# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Wanda Duryea, Matthew Hosking, John McKee, Lisa Melegari, Michael Reilly, Sandra Steffen, Paul Glantz, Edwin Blakey, Jennifer Sullivan, Lisa Axelrod, Anbessa Tufa, and Christina Hall,<br><br>Plaintiffs,<br><br>v.<br><br>Agri Stats, Inc., Clemens Food Group, LLC, Hormel Foods Corporation, Indiana Packers Corporation, JBS USA, Seaboard Foods, LLC, Smithfield Foods, Inc., Triumph Foods, LLC., and Tyson Foods, Inc.,<br><br>Defendants. | Case No. 18-cv-01776-SRN-HB<br><br><br><br>**DEFENDANT HORMEL FOODS CORPORATION'S NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Richard A. Duncan on behalf of the law firm Faegre Baker Daniels LLP, hereby enters his appearance as attorney for Defendant Hormel Foods Corporation in the above-captioned matter.

Date:  July 2, 2018

**FAEGRE BAKER DANIELS LLP**

 s/ Richard A. Duncan
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)

2200 Wells Fargo Center
90 South Seventh Street

1

US.118734486.01

2

Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
richard.duncan@faegrebd.com
aaron.vanoort@faegrebd.com
craig.coleman@faegrebd.com
emily.chow@faegrebd.com
isaac.hall@faegrebd.com
bryan.washburn@faegrebd.com

*Attorneys for Defendant Hormel Foods Corporation*

2

US.118734486.01