UNITED STATES DISTRICT COURT                                                       DISTRICT OF MINNESOTA

Wanda Duryea, et al.
        Plaintiff,

v.

Agri Stats, Inc., et al.
        Defendant,

Court File Number
0:18-cv-01776

**AFFIDAVIT OF SERVICE**

State of Colorado  } SS
County of Denver   }

I, _Layla Aspinall_, state that on
    (Name of Server)

_July 3_ /2018 at _2:45_ P M, I served the:
(Date of Service)   (Time of Service)

    Summons & Complaint

upon: JBS USA

therein named, personally at:   Corporation Service Company
                                    1900 West Littleton Boulevard
                                    Littleton, CO 80120

by handing to and leaving with:

_Cole Stender_ - Service of Process Specialist
(Name of the Person with whom the documents were left)

at Corporation Service Company, the Registered Agent for JBS USA, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: _7_ / _3_ /2018    _L Aspinall_
                                                  (Signature of Server)

                                                  _Layla Aspinall_
                                                  (Printed Name of Server)

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 204127 5009

Re: 5929-001



Metro Legal
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com