82413 Bill

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Wanda Duryea, et al.<br>        Plaintiff,<br><br>v.<br><br>Agri Stats, Inc., et al.<br>        Defendant, | Court File Number<br>0:18-cv-01776<br><br>AFFIDAVIT OF SERVICE |

State of Indiana } SS
County of Marion }

I, **Bill Bone** (Name of Server), state that on **7 / 3 /2018** at **10:38 A**M, I served the:

Summons; Complaint

upon: Agri Stats, Inc.

therein named, personally at:   National Registered Agents, Inc.
150 West Market Street
Suite 800
Indianapolis, IN 46204

by handing to and leaving with:

**Patrick Jones, Registered Agent** Service of Process Specialist
(Name of the Person with whom the documents were left)

at National Registered Agents, Inc., the Registered Agent for Agri Stats, Inc., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: **7 / 5 /2018**         _____
(Signature of Server)

**Bill Bone**
(Printed Name of Server)

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GUSGL 204121 5035

Re: 5929-001



METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-