82529 B.11

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Wanda Duryea, et al.<br>        Plaintiff,<br><br>v.<br><br>Agri Stats, Inc., et al.<br>        Defendant, | Court File Number<br>0:18-cv-01776<br><br>AFFIDAVIT OF SERVICE |

State of Indiana } SS
County of Marion }

I, **Bill Bone** (Name of Server), state that on **7/3**/2018 (Date of Service) at **10:02 A**M (Time of Service), I served the:

Summons & Complaint

upon: Indiana Packers Corporation

therein named, personally at:   Prentice-Hall Corporation System, Inc.
135 North Pennsylvania Street
Suite 1610
Indianapolis, IN 46204

by handing to and leaving with:

**Steven Deeg, Registered Agent** Service of Process Specialist
(Name of the Person with whom the documents were left)

at Prentice-Hall Corporation System, Inc., the Registered Agent for Indiana Packers Corporation, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: **7/5**/2018       _____
(Signature of Server)

**Bill Bone**
(Printed Name of Server)

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GUSGL 204126 5002

Re: 5929-001



METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com