UNITED STATES DISTRICT COURT                                               DISTRICT OF MINNESOTA

Wanda Duryea, et al.
    Plaintiff,
                                                                                        Court File Number
v.                                                                         0:18-cv-01776

Agri Stats, Inc., et al.                                                   AFFIDAVIT OF SERVICE
    Defendant.

State of Missouri ) ss
County of Buchanan )

I, __Conni Wilson__ (Name of Server), state that on

__7/2__/2018 at __4:14 P__ M, I served the:
(Date of Service)   (Time of Service)

Summons & Complaint

upon: Triumph Foods, LLC

therein named, personally at:   5302 Stockyards Expressway
                                       St. Joseph, MO 64504

by handing to and leaving with:

[✓] the Registered Agent of Triumph Foods, LLC
[ ] an Officer of Triumph Foods, LLC
[ ] a Managing Agent, someone within Triumph Foods, LLC whose management capacity is such that (s)he exercises independent judgment and discretion

__Kevin L Wedeking__                                          __Registered Agent__
(Name of the Person with whom the documents were left)        (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: __7/3__/2018                                          _____
                                                               (Signature of Server)
                                                               Conni Wilson
                                                               (Printed Name of Server)

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GUSGL 204130 5058

Re: 5929-001



330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com