| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Wanda Duryea, et al.<br>  Plaintiff,<br>v.<br>Agri Stats, Inc., et al.<br>  Defendant, | Court File Number<br>0:18-cv-01776<br><br>**AFFIDAVIT OF SERVICE** |

State of Arkansas } SS
County of Pulaski }

I, **Andrew Myers** (Name of Server), state that on **7/3**/2018 at **11:20 a**M, I served the:

Summons & Complaint

upon: Tyson Foods, Inc.

therein named, personally at:   The Corporation Company
                                124 West Capitol Avenue
                                Suite 1900
                                Little Rock, AR 72201

by handing to and leaving with:

**Karen Price** (Name of the Person with whom the documents were left) - Service of Process Specialist

at The Corporation Company, the Registered Agent for Tyson Foods, Inc., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: **7/3**/2018        _____
                           (Signature of Server)

                           **Andrew Myers**
                           (Printed Name of Server)

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 204131 5081

Re: 5929-001



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com