| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Wanda Duryea, et al.<br>        Plaintiff,<br><br>v.<br><br>Agri Stats, Inc., et al.<br>        Defendant, | Court File Number<br>0:18-cv-01776<br><br>**AFFIDAVIT OF SERVICE** |

State of Virginia  } SS
County of Chesterfield }

I, Christopher S. Hester, state that on Tuesday, July 03, 2018 at 12:20 PM I served the Summons & Complaint upon Smithfield Foods, Inc., therein named, personally at CT Corporation System, 4701 Cox Road, Suite 285, Glen Allen, VA 23060, by handing to and leaving with Katie Bush, Service of Process Specialist at CT Corporation System, the Registered Agent for Smithfield Foods, Inc., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: __7__/__5__/2018      _____
                                      Christopher S. Hester

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GUSGL 204129 5037

Re: 5929-001



Metro Legal
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

## Service Authorization
## CT Corporation System

CT Corporation System ("CT") is registered agent for service of process for numerous corporations and similar entities. CT receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of CT Corporation System and in receiving the process, do so only on CT's behalf and in CTs capacity as registered agent.

**PLEASE NOTE:** The Code of Virginia §§ 13.1-634 provides in part:
"Registered office and registered agent.
A....
B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

*As such, neither CT Corporation System, nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on CT's clients.*

The following natural persons are designated in the office of the registered agent upon whom any process, notice or demand may be served:

Katie Bush         Teresa Brown         Jessica Fitzgerald

This authorization does not certify the receipt or acceptance of any specific process

_____
Teresa Brown
Team Leader
CT Corporation System

State of Virginia
County of Henrico

This day personally appeared before me, Teresa Brown, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 30th day of April, 2018.

_____
Notary Public

[Notary Seal: LISA D. CHRISTIAN, NOTARY PUBLIC, MY COMMISSION NUMBER 7510278, COMMONWEALTH OF VIRGINIA]