| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Wanda Duryea, et al.<br>        Plaintiff,<br>v.<br>Agri Stats, Inc., et al.<br>        Defendant, | Court File Number<br>0:18-cv-01776<br><br>AFFIDAVIT OF SERVICE |

State of Kansas } SS
County of Sedgwick

I, **AJ JENSEN** (Name of Server), state that on **7 / 03 /2018** at **10 : 03 A** M, I served the:

Summons & Complaint

upon: Seaboard Foods, LLC

therein named, personally at:   Cogency Global Inc.
                                      2101 SW 21st Street
                                      Topeka, KS 66604

by handing to and leaving with:

**GAYLE ALEJOS** - Service of Process Specialist
(Name of the Person with whom the documents were left)

at Cogency Global Inc., the Registered Agent for Seaboard Foods, LLC, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: **07 / 05 /2018**        *AJ Jensen*
                                              (Signature of Server)

                                                    **AJ JENSEN**
                                                    (Printed Name of Server)

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 204128 5017

Re: 5929-001



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-