| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Wanda Duryea, et al.<br>            Plaintiff,<br><br>v.<br><br>Agri Stats, Inc., et al.<br>            Defendant, | Court File Number<br>0:18-cv-01776<br><br>**AFFIDAVIT OF SERVICE** |

State of Virginia       } SS
County of Chesterfield  }

I, David M. Hester, Sr., state that on Tuesday, July 03, 2018 at 10:54 AM I served the Summons; Complaint upon Clemens Food Group, LLC, therein named, personally at Cogency Global, Inc., 250 Browns Hill Court, Midlothian, VA 23114, by handing to and leaving with Philip L. McDaniel, Esq., Authorized Agent of Clemens Food Group, LLC.

I declare under penalty of perjury that this information is true.

Dated: July 5 /2018            _____
                                David M. Hester, Sr.

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GUSGL 204122 5036

Re: 5929-001



Metro Legal
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-

## AFFIDAVIT OF COGENCY GLOBAL INC.

I, Gretchen McDougal, Vice President of COGENCY GLOBAL INC., formerly known as National Corporate Research, Ltd. ("Cogency Global"), hereby state under penalty of perjury that Cogency Global has appointed:

   Philip L. McDaniel, Esquire
   250 Browns Hill Court
   Midlothian, Virginia 23114

as the person who may receive service of process in the Commonwealth of Virginia served on entities for which Cogency Global has been appointed registered agent.

_____
Gretchen McDougal
Vice President
COGENCY GLOBAL INC.

SWORN AND SUBSCRIBED before me this 26 day of October 2017 in Kent County, Delaware.

_____
Notary Public

[Notary Seal: ARACELLY TORRES, NOTARY PUBLIC, STATE OF DELAWARE, MY COMMISSION EXPIRES 01/13/2020]