## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| WANDA DURYEA, MATTHEW HOSKING, JOHN MCKEE, LISA MELEGARI, MICHAEL REILLY, SANDRA STEFFEN, PAUL GLANTZ, EDWIN BLAKEY, JENNIFER SULLIVAN, LISA AXELROD, ANBESSA TUFA AND CHRISTINA HALL,<br><br>            Plaintiff,<br><br>v.<br><br>AGRI STATS, INC., CLEMENS FOOD GROUP, LLC, HORMEL FOODS CORPORATION, INDIANA PACKERS CORPORATION, JBS USA, SEABOARD FOODS, LLC, SMITHFIELD FOODS, INC., TRIUMPH FOODS, LLC, AND TYSON FOODS, INC.,<br><br>            Defendants. | Case No. 18-cv-01776-SRN-HB<br><br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that William L. Greene and Peter J. Schwingler, of the law firm of Stinson Leonard Street LLP, hereby enter their appearance in the above-captioned case on behalf of Defendant Seaboard Foods, LLC.

141312540.1

Dated: July 12, 2018            **STINSON LEONARD STREET LLP**

                                         s/William L. Greene
                                         William L. Greene (#0198730)
                                         50 South Sixth Street, Suite 2600
                                         Minneapolis, MN 55402
                                         Phone: (612) 335-1500
                                         Fax:   (612) 335-1657
                                         william.greene@stinson.com

                                         *-and-*

                                         **STINSON LEONARD STREET LLP**

                                         s/Peter J. Schwingler
                                         Peter J. Schwingler (#0388909)
                                         50 South Sixth Street, Suite 2600
                                         Minneapolis, MN 55402
                                         Phone: (612) 335-1500
                                         Fax:   (612) 335-1657
                                         peter.schwingler@stinson.com

141312540.1