UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wanda Duryea, et al.,  Case No. 18-CV-1776 (SRN/HB)

      Plaintiffs,

  v.

Agri Stats, Inc., et al.,

      Defendants.

### ORDER OF RECUSAL AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses herself from hearing this matter. Accordingly,

IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated July 5, 2017, the above captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the appropriate list of the automated case assignment system.

Dated: July 13, 2018                              s/Susan Richard Nelson
                                                          SUSAN RICHARD NELSON
                                                          United States District Judge