UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Wanda Duryea, Matthew Hosking, John McKee, Lisa Melegari, Michael Reilly, Sandra Steffen, Paul Glantz, Edwin Blakey, Jennifer Sullivan, Lisa Axelrod, Anbessa Tufa and Christina Hall, | Court File No. 0:18-cv-01776 |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| Agri Stats, Inc., Clemens Food Group, LLC, Hormel Foods Corporation, Indiana Packers Corporation, JBS USA, Seaboard Foods, LLC, Smithfield Foods, Inc., Triumph Foods, LLC, and Tyson Foods, Inc., | |
| Defendants. | |

The undersigned attorney hereby notifies the Court and counsel that Kim M. Schmid shall appear as counsel of record for Defendant Agri Stats, Inc. in this case.

**BOWMAN AND BROOKE LLP**

DATED: July 18, 2018       By:  *s/Kim M. Schmid*
                                                        Richard G. Morgan (Atty. No. 0157053)
                                                        Kim M. Schmid (Atty. No. 195613)
                                                        150 South Fifth Street, Suite 3000
                                                        Minneapolis, Minnesota 55402
                                                        Telephone: (612) 339-8682

                                                        *Attorneys for Defendant Agri Stats, Inc.*