UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Wanda Duryea, Matthew Hosking, John McKee, Lisa Melegari, Michael Reilly, Sandra Steffen, Paul Glantz, Edwin Blakey, Jennifer Sullivan, Lisa Axelrod, Anbessa Tufa and Christina Hall,<br><br>     Plaintiff,<br>v.<br><br>Agri Stats, Inc., Clemens Food Group, LLC, Hormel Foods Corporation, Indiana Packers Corporation, JBS USA, Seaboard Foods, LLC, Smithfield Foods, Inc., Triumph Foods, LLC, and Tyson Foods, Inc.,<br><br>     Defendants. | Court File No. 0:18-cv-01776<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Richard G. Morgan shall appear as counsel of record for Defendant Agri Stats, Inc. in this case.

                  **BOWMAN AND BROOKE LLP**

DATED: July 18, 2018     By: _s/Richard G. Morgan_
                  Richard G. Morgan (Atty. No. 0157053)
                  Kim M. Schmid (Atty. No. 195613)
                  150 South Fifth Street, Suite 3000
                  Minneapolis, Minnesota 55402
                  Telephone: (612) 339-8682

                  *Attorneys for Defendant Agri Stats, Inc.*