UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Duryea et al., | Case No: 0:18-cv-1776-JRT-HB |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| Agri Stats, Inc., Clemens Food Group, LLC, Hormel Foods Corporation, Indiana Packers Corporation, JBS USA, Seaboard Foods, LLC, Smithfield Foods, Inc., Triumph Foods, LLC, and Tyson Foods, Inc. | |
| Defendants | |

**PLEASE TAKE NOTICE** that David P. Graham, of the law firm of Dykema Gossett PLLC, hereby enters his appearance in the above-captioned case on behalf of Defendants Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.

Dated: July 18, 2018

Respectfully submitted,

DYKEMA GOSSETT PLLC

By:   s/David P. Graham
   DAVID P. GRAHAM (#0185462)
   90 South Seventh Street
   Suite 4000
   Minneapolis, MN  55402
   Telephone:  (612) 486-1521
   Facsimile:  (855) 236-1209
   dgraham@dykema.com

ATTORNEY FOR DEFENDANTS