## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Wanda Duryea, Matthew Hosking, John McKee, Lisa Melegari, Michael Reilly, Sandra Steffen, Paul Glantz, Edwin Blakey, Jennifer Sullivan, Lisa Axelrod, Anbessa Tufa and Christina Hall,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Agri Stats, Inc., Clemens Food Group, LLC, Hormel Foods Corporation, Indiana Packers Corporation, JBS USA, Seaboard Foods, LLC, Smithfield Foods, Inc., Triumph Foods, LLC, and Tyson Foods, Inc.,<br><br>　　　　　Defendants. | Court File No. 0:18-cv-01776-JRT-HB<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that John A. Cotter, of the law firm of Larkin Hoffman Daly & Lindgren Ltd., hereby enters his appearance in the above-captioned case on behalf of Defendant Smithfield Foods, Inc.

Dated:  July 19, 2018　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*s/ John A. Cotter*
　　　　　　　　　　　　　　　　　　John A. Cotter (Atty. No. 134296)
　　　　　　　　　　　　　　　　　　**Larkin Hoffman Daly & Lindgren Ltd.**
　　　　　　　　　　　　　　　　　　8300 Norman Center Drive, Suite 1000
　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55437
　　　　　　　　　　　　　　　　　　(952) 896-3340
　　　　　　　　　　　　　　　　　　jcotter@larkinhoffman.com

　　　　　　　　　　　　　　　　　　***Attorney for Defendant Smithfield Foods, Inc.***

4833-3932-5805, v. 1