UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WANDA DURYEA, MATTHEW HOSKING, JOHN MCKEE, LISA MELEGARI, MICHAEL REILLY, SANDRA STEFFEN, PAUL GLANTZ, EDWIN BLAKEY, JENNIFER SULLIVAN, LISA AXELROD, ANBESSA TUFA AND CHRISTINA HALL,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>AGRI STATS, INC., CLEMENS FOOD GROUP, LLC, HORMEL FOODS CORPORATION, INDIANA PACKERS CORPORATION, JBS USA, SEABOARD FOODS, LLC, SMITHFIELD FOODS, INC., TRIUMPH FOODS, LLC, AND TYSON FOODS, INC.,<br><br>　　　　　　Defendants. | Case No. 18-cv-01776-JRT-HB<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Jaime Stilson, of Dorsey & Whitney LLP, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, hereby enters her appearance as counsel of record for Defendant Indiana Packers Corporation in this matter.

Dated:  July 23, 2018　　　　　　　　DORSEY & WHITNEY LLP

　　　　　　　　　　　　　　　　　　By: s/ Jaime Stilson
　　　　　　　　　　　　　　　　　　　　　Jaime Stilson, #0392913
　　　　　　　　　　　　　　　　　　Suite 1500, 50 South Sixth Street
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402-1498
　　　　　　　　　　　　　　　　　　Telephone: (612) 340-2600
　　　　　　　　　　　　　　　　　　Facsimile: (612) 340-2868
　　　　　　　　　　　　　　　　　　stilson.jaime@dorsey.com

*Attorney for Defendant Indiana Packers Corporation*