# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 18-cv-1776-JRT-HB

**Case Title:**  *Duryea, et al. v. Agri Stats, Inc., et al.*

**Affidavit of Movant**

I, Jaime Stilson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Robert E. Entwisle, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for Defendant Indiana Packers Corporation in the case listed above.  I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

**X** I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d).

 I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

    Signature:  *s/ Jaime Stilson*                Date: 07-23-2018

    MN Attorney License #: 392913

**Affidavit of Proposed Admittee**

I, Robert E. Entwisle, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but am not admitted to the bar of this court.  I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d).  I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed. R. Civ. P. 5(b) and

1

77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: */s Robert E. Entwisle*          Date: 07-23-2018

Typed Name: Robert E. Entwisle

Attorney License Number: 6294985 issued by the State of Illinois

| | |
|---|---|
| Law Firm Name: | Mayer Brown LLP |
| Law Firm Address: | 71 S. Wacker Drive |
| | Chicago, IL 60606 |
| Main phone: | (312) 782-0600 |
| Direct line: | (312) 701-8151 |
| E-mail address: | rentwisle@mayerbrown.com |