IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Wanda Duryea, Matthew Hosking, John McKee, Lisa Melegari, Michael Reilly, Sandra Steffen, Paul Glantz, Edwin Blakey, Jennifer Sullivan, Lisa Axelrod, Anbessa Tufa and Christina Hall,<br><br>         Plaintiffs,<br><br>v.<br><br>Agri Stats, Inc. Clemens Food Group, LLC, Hormel Foods Corporation, Indiana Packers Corporation, JBS USA, Seaboard Foods, LLC, Smithfield Foods, Inc., Triumph Foods, LLC, and Tyson Foods, Inc.,<br><br>         Defendants. | Case No. 18-cv-01776 (JRT-HB)<br><br><br>**NOTICE OF APPEARANCE**<br><br>**JURY TRIAL DEMANDED** |

TO: The Court and All Counsel of Record:

  PLEASE TAKE NOTICE that Mark L. Johnson and Virginia R. McCalmont of Greene Espel PLLP will appear as counsel of record for the Defendant Clemens Food Group, LLC.

| | |
|---|---|
| Dated: July 23, 2018 | **GREENE ESPEL PLLP** |
| | s/ Mark L. Johnson |
| | Mark L. Johnson, Reg. No. 0345520 |
| | Virginia R. McCalmont, Reg. No. 0399496 |
| | 222 S. Ninth Street, Suite 2200 |
| | Minneapolis, MN 55402 |
| | mjohnson@greeneespel.com |
| | vmccalmont@greeneespel.com |
| | (612) 373-0830 |
| | Attorneys for Defendant Clemens Foods Group, LLC |