# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Wanda Duryea, Matthew Hosking, John
McKee, Lisa Melegari, Michael Reilly, Sandra
Steffen, Paul Glantz, Edwin Blakey, Jennifer
Sullivan, Lisa Axelrod, Anbesa Tufa, and
Christina Hall,

Court File No. 18-cv-1776 (JRT/HB)

                     Plaintiffs,

**NOTICE OF APPEARANCE**

v.

Agri Stats, Inc., Clemens Food Group, LLC,
Hormel Foods Corporation, Indiana Packers
Corporation, JBS USA, Seaboard Foods, LLC,
Smithfield Foods, Inc., Triumph Foods, LLC,
and Tyson Foods, Inc.,

                     Defendants.

---

The undersigned attorneys hereby notify the Court and counsel that Donald G. Heeman,
Jessica J. Nelson, Randi J. Winter, and Daniel R. Haller of Felhaber Larson shall appear as
counsel of record for Defendant JBS USA, in the above-referenced matter.  Please direct all
pleadings and correspondence to the undersigned.

2790940.v1

Dated:  July 24, 2018

FELHABER LARSON

By:   *s/ Donald G. Heeman*
　　　Donald G. Heeman, #286023
　　　Jessica J. Nelson, #347358
　　　Randi J. Winter, #0391354
　　　Daniel R. Haller, #396497
　　　220 South Sixth Street, Suite 2200
　　　Minneapolis, MN  55402-4504
　　　Telephone:  (612) 339-6321
　　　Facsimile:  (612) 338-0535
　　　dheeman@felhaber.com
　　　jnelson@felhaber.com
　　　rwinter@felhaber.com
　　　dhaller@felhaber.com

*Attorneys for Defendant JBS USA*

2790940.v1