# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WANDA DURYEA, MATTHEW HOSKING, JOHN MCKEE, LISA MELEGARI, MICHAEL REILLY, SANDRA STEFFEN, PAUL GLANTZ, EDWIN BLAKEY, JENNIFER SULLIVAN, LISA AXELROD, ANBESSA TUFA AND CHRISTINA HALL, | Case No. 18-cv-01776-JRT-HB |
| Plaintiffs, | **STIPULATION TO EXTEND TIME AND TO ACCEPT SERVICE OF COMPLAINTS** |
| v. | |
| AGRI STATS, INC., CLEMENS FOOD GROUP, LLC, HORMEL FOODS CORPORATION, INDIANA PACKERS CORPORATION, JBS USA, SEABOARD FOODS, LLC, SMITHFIELD FOODS, INC., TRIUMPH FOODS, LLC, AND TYSON FOODS, INC. | |
| Defendants. | |

Several civil actions have been filed in this district alleging that defendants engaged in a conspiracy to fix, raise, maintain, and stabilize the price of certain pork products (the "Actions"). In addition to the above-captioned case, these Actions include: *Maplevale Farms, Inc. v. Agri Stats, Inc., et al.*, Case No. 18-CV-1803 (D. Minn.), *John Gross and Company, Inc. v. Agri Stats, Inc., et al.*, Case No. 18-CV-1810 (D. Minn.), *Sandee's Bakery v. Agri Stats, Inc.,* Case No. 18-CV-1891 (D. Minn.), *Ferraro Foods, Inc., et al. v. Agri Stats, Inc., et al.*, Case No. 18-CV-1946 (D. Minn.), *Litterer, et al. v. Agri Stats, Inc., et al.*, Case No. 18-CV-2008 (D. Minn.), *Realdine v. Agri Stats, Inc., et al.* Case No. 18-CV-2044 (D. Minn.), *Olean Wholesale Grocery Cooperative, Inc. v. Agri Stats, Inc., et al.*, Case No. 18-CV-2058 (D. Minn.), and *Bear's Restaurant Group, et al. v. Agri Stats, Inc., et al*., Case No. 18-CV-2113 (D. Minn.).

The plaintiffs in these Actions intend to file at least one consolidated amended class action complaint ("CAC") on or before August 17, 2018 in this district.  So as to preserve both party and judicial resources, Plaintiffs Wanda Duryea, Matthew Hosking, John McKee, Lisa Melegari, Michael Reilly, Sandra Steffen, Paul Glantz, Edwin Blakey, Jennifer Sullivan, Lisa Axelrod, Anbessa Tufa, and Christina Hall ("Plaintiffs") and defendants Agri Stats, Inc., Clemens Food Group, LLC, Hormel Foods Corporation, Indiana Packers Corporation, Seaboard Foods, LLC, Smithfield Foods, Inc., Triumph Foods, LLC, and Tyson Foods, Inc. (collectively, "Stipulating Defendants"), by and through their undersigned counsel, stipulate to the following:

1.      Except as provided in paragraph 3 of this Stipulation, Stipulating Defendants are not required to respond to the complaints that have been filed in this or any of the Actions, even where a Stipulating Defendant has been served with a complaint or agreed to accept service of a complaint in one or more of the Actions.

2.      Stipulating Defendants agree to accept service of the complaints in the Actions with which they have not yet been formally served as well as the CAC(s) and any future related complaints by electronic mail on the respective undersigned counsel for each Stipulating Defendant.

3.      Stipulating Defendants shall answer, move or otherwise respond to the CAC(s) within 60 days following the filing and service under the terms of this Stipulation of the latest-filed CAC on the last Stipulating Defendant or October 1, 2018, whichever is later.

4.      Plaintiffs and the Stipulating Defendants stipulate and agree that the entry into this stipulation by the Stipulating Defendants shall not constitute a waiver of (a) any jurisdictional defenses that may be available, (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure or otherwise, or (c) any other statutory or common law defenses that may be

2

available to the Stipulating Defendants in this or any other action.  The Stipulating Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the CAC(s) or any amended complaint that may be filed relating to these Actions or others subsequently filed and served, if any.

5. Plaintiffs further agree that this extension is available, without further stipulation with counsel for Plaintiffs, to any named defendants who notify Plaintiffs in writing of their intention to join this Stipulation.

6. Defendants agree to accept service of process for the CAC(s) by ECF or by email sent to the below-identified counsel in the event the ECF filing notice for the CAC(s) does not identify such counsel as a recipient of the ECF notice.

7. Counsel for each defendant that has been served with a complaint either through formal service or as provided in paragraph 2 of this Stipulation will file a notice of appearance on behalf of their client no later than July 27, 2018.

**IT SO STIPULATED.**

*/s/ Daniel E. Gustafson*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
GUSTAFSON GLUEK, PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
(206) 623-7292
steve@hbsslaw.com

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
(510) 725-3000
shanas@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
(708) 628-4949
beth@hbsslaw.com

*Counsel for Plaintiffs*

Dated:  July 24, 2018

*/s/ Kim M. Schmid*
Kim M. Schmid
Richard Morgan
BOWMAN AND BROOKE
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
(612) 672-3247
kim.schmid@bowmanandbrooke.com
richard.morgan@bowmanandbrooke.com

Anne Lee (*pro hac pending*)
COVINGTON & BURLING LLP
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
alee@cov.com

*Counsel for Agri Stats, Inc.*

*/s/ Mark L. Johnson*
Mark L. Johnson
Virginia R. McCalmont
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN  55402
(612) 373-0830
mjohnson@greeneespel.com
vmccalmont@greeneespel.com

Daniel Laytin, P.C. (*pro hac forthcoming*)
Christa Cottrell, P.C.  (*pro hac forthcoming*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com

*Counsel for Clemens Food Group, LLC*

*/s/ Richard A. Duncan*
Richard A. Duncan
Aaron D. Van Oort
Craig S. Coleman
Emily E. Chow
Isaac B. Hall
Bryan K. Washburn
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000
richard.duncan@faegrebd.com
aaron.vanoort@faegrebd.com
craig.coleman@faegrebd.com
emily.chow@faegrebd.com
isaac.hall@faegrebd.com
bryan.washburn@faegrebd.com

*Counsel for Hormel Foods Corporation*

*/s/ Jaime Stilson*
Jaime Stilson
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402-1498
(612) 492-6746
stilson.jaime@dorsey.com

Britt M. Miller (*pro hac pending*)
Robert Entwisle (*pro hac pending*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

William Stallings (*pro hac pending*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000
wstallings@mayerbrown.com

*Counsel for Indiana Packers Company*

*/s/ Jessica J. Nelson*
Donald G. Heeman
Jessica J. Nelson
FELHABER LARSON
220 South Sixth Street, Suite 2200
Minneapolis, MN  55402-4504
(612) 339-6321
dheeman@felhaber.com
jnelson@felhaber.com

*Counsel for JBS USA*

*/s/ William L. Greene*
William L. Greene
Peter J. Schwingler
STINSON LEONARD STREET
50 South Sixth Street, Suite 2600
Minneapolis, MN  55402
(612) 335-1500
william.greene@stinson.com
pete.schwingler@stinson.com

*Counsel for Seaboard Foods, LLC*

2

_/s/ John A. Cotter_
John A. Cotter
Larkin Hoffman
8300 Norman Center Drive, Suite 1000
Minneapolis, MN  55427-1060
(952) 896-3340
jcotter@larkinhoffman.com

Richard Parker (_pro hac pending_)
Josh Lipton (_pro hac pending_)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (_pro hac pending_)
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201-6912
(214) 698-3370
brobison@gibsondunn.com

_Counsel for Smithfield Foods, Inc._

_/s/ Aaron Chapin_
Aaron Chapin (MN# 0386606)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL  60606
(312) 655-1500
aaron.chapin@huschblackwell.com

Gene Summerlin (_pro hac pending_)
Marnie Jensen (_pro hac pending_)
Ryann Glenn (_pro hac pending_)
Kamron Hasan (_pro hac pending_)
Quinn Eaton (_pro hac pending_)
HUSCH BLACKWELL LLP
13330 California St., Suite 200
Omaha, NE 68154
(402) 964-5000
Gene.Summerlin@huschblackwell.com
marnie.jensen@huschblackwell.com
ryann.glenn@huschblackwell.com
kamron.hasan@huschblackwell.com
quinn.eaton@huschblackwell.com

_Counsel for Triumph Foods, LLC_

3

_/s/ David P. Graham_
David P. Graham
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
(612) 486-1521
dgraham@dykema.com

Rachel J. Adcox (_pro hac pending_)
Tiffany Rider Rohrbaugh (_pro hac pending_)
AXINN, VELTROP & HARKRIDER LLP
950 F Street, N.W.
Washington, D.C. 20004
(202) 912-4700
radcox@axinn.com
trider@axinn.com

Felix J. Gilman (_pro hac vice_)
Jonathan Justl (_pro hac pending_)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
fgilman@axinn.com
jjustl@axinn.com

_Counsel for Tyson Foods, Inc._

4