IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Wanda Duryea, Matthew Hosking, John McKee, Lisa Melegari, Michael Reilly, Sandra Steffen, Paul Glantz, Edwin Blakey, Jennifer Sullivan, Lisa Axelrod, Anbessa Tufa and Christina Hall, | Case No. 18-cv-01776 (JRT-HB) |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| Agri Stats, Inc. Clemens Food Group, LLC, Hormel Foods Corporation, Indiana Packers Corporation, JBS USA, Seaboard Foods, LLC, Smithfield Foods, Inc., Triumph Foods, LLC, and Tyson Foods, Inc., | |
| Defendants. | |

TO:   The Court and All Counsel of Record:

PLEASE TAKE NOTICE that Bethany D. Krueger of Greene Espel PLLP will

appear as counsel of record for the Defendant Clemens Food Group, LLC.

Dated:  July 25, 2018          **GREENE ESPEL PLLP**


s/ Bethany D. Krueger
Mark L. Johnson, Reg. No. 0345520
Bethany D. Krueger, Reg. No. 0306368
Virginia R. McCalmont, Reg. No. 0399496
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
mjohnson@greeneespel.com
bkrueger@greeneespel.com
vmccalmont@greeneespel.com
(612) 373-0830

Attorneys for Defendant Clemens Foods
Group, LLC