## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| WANDA DURYEA, et al., | **NOTICE OF APPEARANCE** |
| Plaintiff(s) | Case No:   18-cv-01776-SRN-HB |
| v. | |
| AGRI STATS., TRIUMPH FOODS, et al., | |
| Defendant(s) | |

The undersigned attorney hereby notifies the Court and counsel that Aaron B. Chapin, shall appear as counsel of record for Defendant, Triumph Foods LLC, in this case.

Dated: July 26, 2018         By:   /s/  *Aaron B. Chapin*
                                                      Aaron B. Chapin (MN 6292540)
                                                    Husch Blackwell LLP
                                                    120 S. Riverside Plaza, Suite 2200
                                                    Chicago, IL 60606
                                                    Tel: (312) 655-1500
                                                    Fax:  (312) 655-1501
                                                    aaron.chapin@huschblackwell.com
                                                    *Attorneys for Triumph Foods LLC*

CHI-202566-1

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2018, the Notice of Appearance was electronically filed with the court and a file-stamped copy was forwarded to all counsel of record through the Court's electronic filing system.

July 26, 2018                                By:   /s/  *Aaron B. Chapin*