IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Wanda Duryea, Matthew Hosking, John McKee, Lisa Melegari, Michael Reilly, Sandra Steffen, Paul Glantz, Edwin Blakey, Jennifer Sullivan, Lisa Axelrod, Anbessa Tufa and Christina Hall,<br><br>                    Plaintiffs,<br><br>v.<br><br>Agri Stats, Inc. Clemens Food Group, LLC, Hormel Foods Corporation, Indiana Packers Corporation, JBS USA, Seaboard Foods, LLC, Smithfield Foods, Inc., Triumph Foods, LLC, and Tyson Foods, Inc.,<br><br>                    Defendants. | Case No. 18-cv-01776 (JRT-HB)<br><br><br><br><br>**RULE 7.1 – CORPORATE DISCLOSURE STATMENT** |

Defendant Clemens Food Group, LLC ("CFG") makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does CFG have a parent corporation?

    ☒ Yes    ☐ No

    If yes, the parent corporation is:  The Clemens Family Corporation

2. Is 10% or more of the stock of CFG owned by a publicly-held corporation?

☐ Yes   ☒ No

If yes, identify all such owners:

Dated: July 26, 2018    **GREENE ESPEL PLLP**

s/ Mark L. Johnson
Mark L. Johnson, Reg. No. 0345520
Bethany D. Krueger, Reg. No. 0306368
Virginia R. McCalmont, Reg. No. 0399496
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
mjohnson@greeneespel.com
bkrueger@greeneespel.com
vmccalmont@greeneespel.com
(612) 373-0830

Attorneys for Defendant Clemens Foods Group, LLC