UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WANDA DURYEA, MATTHEW HOSKING, JOHN MCKEE, LISA MELEGARI, MICHAEL REILLY, SANDRA STEFFEN, PAUL GLANTZ, EDWIN BLAKEY, JENNIFER SULLIVAN, LISA AXELROD, ANBESSA TUFA AND CHRISTINA HALL,<br><br>     Plaintiffs,<br><br>v.<br><br>AGRI STATS, INC., CLEMENS FOOD GROUP, LLC, HORMEL FOODS CORPORATION, INDIANA PACKERS CORPORATION, JBS USA, SEABOARD FOODS LLC, SMITHFIELD FOODS, INC., TRIUMPH FOODS, LLC, AND TYSON FOODS, INC.,<br><br>     Defendants. | Case No. 18-cv-01776-JRT-HB<br><br><br><br><br><br><br><br><br>**SEABOARD FOODS LLC'S RULE 7.1 DISCLOSURE STATEMENT** |

Defendant Seaboard Foods LLC ("Seaboard Foods") makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Seaboard Foods is a wholly owned subsidiary of Seaboard Corporation, which is a publicly traded company.

2. No other parent corporation or publicly held corporation owns a membership interest in Seaboard Foods.

| | |
|---|---|
| Dated: July 27, 2018 | */s/ William L. Greene*<br>William L. Greene (#0198730)<br>Peter J. Schwingler (#0388909)<br>STINSON LEONARD STREET LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN  55402<br>(612) 335-1500<br>william.greene@stinson.com<br>peter.schwingler@stinson.com<br><br>*Attorneys for Defendant Seaboard Foods LLC* |

2

## CERTIFICATE OF SERVICE

I certify that on July 27, 2018, I filed a copy of the foregoing document electronically using the Court's CM/ECF system, which will generate notice of this filing to all counsel of record.

                                        */s/ William L. Greene*
                                        William L. Greene