# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Wanda Duryea, Matthew Hosking, John Mckee, Lisa Melegari, Michael Reilly, Sandra Steffen, Paul Glantz, Edwin Blakey, Jennifer Sullivan, Lisa Axelrod, Anbessa Tufa and Christina Hall,<br><br>     Plaintiffs,<br><br>v.<br><br>Agri Stats, Inc., Clemens Food Group, LLC, Hormel Foods Corporation, Indiana Packers Corporation, JBS USA, Seaboard Foods, LLC, Smithfield Foods, Inc., Triumph Foods, LLC, And Tyson Foods, Inc.,<br><br>     Defendants. | Case No. 18-cv-01776-JRT-HB<br><br>**DEFENDANT HORMEL FOODS CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT** |

  Defendant Hormel Foods Corporation ("Hormel") makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

  Hormel has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Date:  July 30, 2018                **FAEGRE BAKER DANIELS LLP**

<u>s/ Richard A. Duncan</u>
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
richard.duncan@faegrebd.com
aaron.vanoort@faegrebd.com
craig.coleman@faegrebd.com
emily.chow@faegrebd.com
isaac.hall@faegrebd.com
bryan.washburn@faegrebd.com

*Attorneys for Defendant Hormel Foods Corporation*

US.119099757.01