# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Wanda Duryea, Matthew Hosking, John McKee, Lisa Melegari, Michael Reilly, Sandra Steffen, Paul Glantz, Edwin Blakey, Jennifer Sullivan, Lisa Axelrod, Anbessa Tufa and Christina Hall,<br><br>    Plaintiffs,<br><br> v.<br><br>Agri Stats, Inc., Clemens Food Group, LLC, Hormel Foods Corporation, Indiana Packers Corporation, JBS USA, Seaboard Foods, LLC, Smithfield Foods, Inc., Triumph Foods, LLC, and Tyson Foods, Inc.,<br><br>    Defendants. | Court File No. 0:18-cv-01776-JRT-HB<br><br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF SMITHFIELD FOODS, INC.** |

Defendant Smithfield Foods, Inc. makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

Smithfield Foods, Inc. is a wholly-owned subsidiary of WH Group Limited, which trades on the Hong Kong Stock Exchange under the stock code 00288.

Dated: July 30, 2018
          *s/ John A. Cotter*
          John A. Cotter (Atty. No. 134296)
          **Larkin Hoffman Daly & Lindgren Ltd.**
          8300 Norman Center Drive, Suite 1000
          Minneapolis, Minnesota 55437
          Telephone: (952) 896-3340
          jcotter@larkinhoffman.com

2.

        Richard G. Parker (Atty. No. 327544)
        Joshua Lipton (Atty. No. 461731)
        **Gibson, Dunn & Crutcher LLP**
        1050 Connecticut Avenue, N.W.
        Washington, D.C. 20036-5306
        Telephone: (202) 955-8500
        rparker@gibsondunn.com
        jlipton@gibsondunn.com

        Brian E. Robison (Atty. No. 00794547)
        **Gibson, Dunn & Crutcher LLP**
        2100 McKinney Avenue, Suite 1100
        Dallas, TX 75201-6912
        Telephone: (214) 698-3100
        brobison@gibsondunn.com

        ***Attorneys for Defendant Smithfield Foods, Inc.***