UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Wanda Duryea, Matthew Hosking, John McKee, Lisa Melegari, Michael Reilly, Sandra Steffen, Paul Glantz, Edwin Blakey, Jennifer Sullivan, Lisa Axelrod, Anbessa Tufa and Christina Hall,<br><br>Plaintiffs,<br><br>v.<br><br>Agri Stats, Inc., Clemens Food Group, LLC, Hormel Foods Corporation, Indiana Packers Corporation, JBS USA, Seaboard Foods, LLC, Smithfield Foods, Inc., Triumph Foods, LLC, and Tyson Foods, Inc.,<br><br>Defendants. | Court File No. 0:18-cv-01776-JRT-HB<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that John A. Kvinge, of the law firm of Larkin Hoffman Daly & Lindgren Ltd., hereby enters his appearance in the above-captioned case on behalf of Defendant Smithfield Foods, Inc.

Dated:  July 31, 2018              Respectfully submitted,

*s/ John A. Kvinge*
John A. Kvinge (Atty. No. 0392303)
**Larkin Hoffman Daly & Lindgren Ltd.**
8300 Norman Center Drive, Suite 1000
Minneapolis, Minnesota 55437
(952) 896-1554
jkvinge@larkinhoffman.com

*Attorney for Defendant Smithfield Foods, Inc.*