UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WANDA DURYEA, MATTHEW HOSKING, JOHN MCKEE, LISA MELEGARI, MICHAEL REILLY, SANDRA STEFFEN, PAUL GLANTZ, EDWIN BLAKEY, JENNIFER SULLIVAN, LISA AXELROD, ANBESSA TUFA AND CHRISTINA HALL,<br><br>                Plaintiffs,<br><br>v.<br><br>AGRI STATS, INC., CLEMENS FOOD GROUP, LLC, HORMEL FOODS CORPORATION, INDIANA PACKERS CORPORATION, JBS USA, SEABOARD FOODS, LLC, SMITHFIELD FOODS, INC., TRIUMPH FOODS, LLC, AND TYSON FOODS, INC.<br><br>                Defendants. | Case No. 18-cv-01776-JRT-HB<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE BY INDIANA PACKERS CORPORATION** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Indiana Packers Corporation ("IPC") makes the following disclosures through its undersigned counsel.

1.    IPC has three parent companies: Itoham Foods, Incorporated, a Japanese corporation, Mitsubishi Corporation, a Japanese Corporation, and Mitsubishi Corporation (Americas), a wholly owned subsidiary of Mitsubishi Corporation.

2.    Itoham Foods, Incorporated holds more than 10% of IPC's stock. Itoham Foods, Incorporated's parent company is Itoham Yonekyu Holdings, a publicly traded corporation on the Tokyo Stock Exchange.

4849-8481-1118\1

3. Mitsubishi Corporation holds more than 10% of IPC's stock, and is a publicly traded corporation on the Nagoya Stock Exchange and the Tokyo Stock Exchange.

Dated: July 31, 2018                                  Respectfully submitted,

<u>s/ Jaime Stilson</u>
Jaime Stilson (#392913)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 492-6746
stilson.jaime@dorsey.com

Britt M. Miller (*pro hac vice*)
Robert E. Entwisle (*pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

William Stallings (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000
wstallings@mayerbrown.com

*Attorneys for Defendant Indiana Packers Corporation*