# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Wanda Duryea, Matthew Hosking, John McKee, Lisa Melegari, Michael Reilly, Sandra Steffen, Paul Glantz, Edwin Blakey, Jennifer Sullivan, Lisa Axelrod, Anbessa Tufa and Christina Hall,<br><br>　　　　　　　　Plaintiff(s)<br>　v.<br><br>Agri Stats, Inc. Clemens Food Group, LLC, Hormel Foods Corporation, Indiana Packers Corporation, JBS USA, Seaboard Foods, LLC, Smithfield Foods, Inc., Triumph Foods, LLC, and Tyson Foods, Inc.,<br><br>　　　　　　　　Defendant(s) | Case Number:  18-cv-01776 (JRT-HB)<br><br><br>**RULE 7.1 – CORPORATE DISCLOSURE STATEMENT** |

Tyson Foods, Inc.,

makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Tyson Foods, Inc. have a parent corporation?

　　[ ] Yes　　　　　[✓] No

　If yes, the parent corporation is _____ .


2. Is 10% or more of the stock of Tyson Foods, Inc. owned by a publicly held corporation?

　　[ ] Yes　　　　　[✓] No

　If yes, identify all such owners _____ .

Date: <u>August 1, 2018</u>

By:  s/David P. Graham

Attorney Name: David P. Graham

Bar ID:0185462

Law Firm:DYKEMA GOSSETT PLLC

Address:90 South Seventh Street Suite 4000 Minneapolis, MN  55402

Phone:(612)486-1521

Email:dgraham@dykema.com

ATTORNEY FOR DEFENDANT

TYSON FOODS, INC.