**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Wanda Duryea, Matthew Hosking, John McKee, Lisa Melegari, Michael Reilly, Sandra Steffen, Paul Glantz, Edwin Blakey, Jennifer Sullivan, Lisa Axelrod, Anbesa Tufa, and Christina Hall, | Court File No. 18-cv-1776 (JRT/HB) |
| Plaintiffs, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| Agri Stats, Inc., Clemens Food Group, LLC, Hormel Foods Corporation, Indiana Packers Corporation, JBS USA, Seaboard Foods, LLC, Smithfield Foods, Inc., Triumph Foods, LLC, and Tyson Foods, Inc., | |
| Defendants. | |

---

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant JBS USA Food Company, LLC ("JBS USA") hereby certifies the following:

1. JBS USA's parent corporation is JBS USA Food Company Holdings ("JBS USA Holdings").

2. JBS USA Holdings is an indirect wholly-owned subsidiary of its ultimate parent JBS, S.A., a Brazilian company.

3. Except for JBS, S.A., which is publicly traded in Brazil, there is no publicly traded corporation that owns more than 10% of JBS USA's stock.

Dated:  August 2, 2018						FELHABER LARSON

By: *s/ Donald G. Heeman*
Donald G. Heeman, #286023
Jessica J. Nelson, #347358
Randi J. Winter, #0391354
Daniel R. Haller, #396497
220 South Sixth Street, Suite 2200
Minneapolis, MN  55402-4504
Telephone:  (612) 339-6321
Facsimile:  (612) 338-0535
dheeman@felhaber.com
jnelson@felhaber.com
rwinter@felhaber.com
dhaller@felhaber.com

*Attorneys for Defendant JBS USA*