UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Wanda Duryea, Matthew Hosking, John McKee, Lisa Melegari, Michael Reilly, Sandra Steffen, Paul Glantz, Edwin Blakey, Jennifer Sullivan, Lisa Axelrod, Anbessa Tufa and Christina Hall,<br><br>Plaintiff,<br>v.<br><br>Agri Stats, Inc., Clemens Food Group, LLC, Hormel Foods Corporation, Indiana Packers Corporation, JBS USA, Seaboard Foods, LLC, Smithfield Foods, Inc., Triumph Foods, LLC, and Tyson Foods, Inc.,<br><br>Defendants. | Court File No. 0:18-cv-01776<br>(JRT/HB)<br><br>**DEFENDANT AGRI STATS, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Agri Stats, Inc. states that it is a direct, wholly-owned subsidiary of Eli Lilly and Company, a publicly held corporation.

2

|  |  |
|---|---|
|  | **BOWMAN AND BROOKE LLP** |
| DATED:  August 3, 2018 | By:   *s/Kim M. Schmid*<br>Richard G. Morgan (Atty. No. 0157053)<br>Kim M. Schmid (Atty. No. 195613)<br>150 South Fifth Street, Suite 3000<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 339-8682<br>Richard.Morgan@bowmanandbrooke.com<br>Kim.Schmid@bowmanandbrooke.com<br><br>Anne Lee (*pro hac vice*)<br>Covington & Burling LLP<br>One City Center, 850 Tenth Street, NW<br>Washington, DC 20001-4956<br>(202) 662-6000<br>alee@cov.com<br><br>***Attorneys for Defendant Agri Stats, Inc.*** |