UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WANDA DURYEA, MATTHEW HOSKING, JOHN MCKEE, LISA MELEGARI, MICHAEL REILLY, SANDRA STEFFEN, PAUL GLANTZ, EDWIN BLAKEY, JENNIFER SULLIVAN, LISA AXELROD, ANBESSA TUFA AND CHRISTINA HALL, | Case No. 18-cv-01776-JRT-HB |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| AGRI STATS, INC., CLEMENS FOOD GROUP, LLC, HORMEL FOODS CORPORATION, INDIANA PACKERS CORPORATION, JBS USA, SEABOARD FOODS LLC, SMITHFIELD FOODS, INC., TRIUMPH FOODS, LLC, AND TYSON FOODS, INC., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Jon M. Woodruff, of the law firm of Stinson Leonard Street LLP, hereby enters his appearance in the above-captioned case on behalf of Defendant Seaboard Foods LLC.

Dated: August 14, 2018

/s/Jon M. Woodruff
Jon M. Woodruff (#0399453)
STINSON LEONARD STREET LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 335-1500
Fax:    (612) 335-1657
jon.woodruff@stinson.com

*Attorneys for Defendant Seaboard Foods LLC*