IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Wanda Duryea, Michael Reilly, Sandra Steffen, Paul Glantz, Edwin Blakey, Jennifer Sullivan, Anbessa Tufa, Lisa Axelrod, Christina Hall, Chad Nodland, Borhan Ishani Afoosi, Kory Bird, Barbara Brueggemann, Jordan Chambers, Donya Collins, Charles Dye, Ryan Kutil, Chase Hoke, Kenneth King, David Look, Rebekah Kingsley, Susan Mccullough, Alika Naehu, Kenneth Neal, Michiya Petrucci, Michael Pickett, Craig Thomsen, Joseph Realdine, Jeffrey Allison, Michael Anderson, Duncan Birch, Thomas Cosgrove, Robert Eccles, and Rebecca Green Watson,<br><br>Plaintiffs,<br><br>v.<br><br>Agri Stats, Inc., The Clemens Family Corporation, Clemens Food Group, LLC, Hormel Foods Corporation, Hormel Foods, LLC, Indiana Packers Corporation, JBS USA Food Company, JBS USA Food Company Holdings, Mitsubishi Corporation (Americas), Seaboard Foods, LLC, Seaboard Corporation, Smithfield Foods, Inc., Triumph Foods, LLC, Tyson Foods, Inc., Tyson Fresh Meats, Inc. and Tyson Prepared Foods, Inc.,<br><br>Defendants. | Case No. 18-cv-01776 (JRT-HB)<br><br>**NOTICE OF APPEARANCE** |

TO: The Court and All Counsel of Record:

PLEASE TAKE NOTICE that Mark L. Johnson, Bethany D. Krueger and Virginia R. McCalmont of Greene Espel PLLP and Daniel E. Laytin and Christa C. Cottrell of Kirkland & Ellis LLP will appear as counsel of record for The Clemens Family Corporation.

Dated: August 24, 2018        **GREENE ESPEL PLLP**

s/ Mark L. Johnson
Mark L. Johnson, Reg. No. 0345520
Bethany D. Krueger, Reg. No. 0306368
Virginia R. McCalmont, Reg. No. 0399496
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
mjohnson@greeneespel.com
bkrueger@greeneespel.com
vmccalmont@greeneespel.com
(612) 373-0830

*AND*

Daniel E. Laytin, P.C., *pro hac vice*
Christa C. Cottrell, P.C., *pro hac vice*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
(312) 862-2000

Attorneys for Defendants The Clemens Family Corporation and Clemens Food Group, LLC

2