# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| Wanda Duryea, et al., | |
| Plaintiffs, | |
| v. | Civil No. 18-1776 (JRT/HB) |
| Agri Stats, Inc., et al., | |
| Defendants. | |
| Maplevale Farms, Inc., | |
| Plaintiff, | |
| v. | Civil No. 18-1803 (PJS/SER) |
| Agri Stats Inc., et al., | |
| Defendants. | |
| John Gross and Company, Inc., | |
| Plaintiff, | |
| v. | Civil No. 18-1810 (JNE/TNL) |
| Agri Stats Inc., et al., | |
| Defendants. | |
| Sandee's Bakery, et al., | |
| Plaintiffs, | |
| v. | Civil No. 18-1891 (JRT/SER) |
| Agri Stats Inc., et al., | |
| Defendants. | |

———————————————

Ferraro Foods, Inc., et al.,

    Plaintiffs,

v.                                                                                          Civil No. 18-1946 (WMW/SER)

Agri Stats, Inc., et al.,

    Defendants.

———————————————

Amelia Litterer, et al.,

    Plaintiffs,

v.                                                                                          Civil No. 18-2008 (PJS/BRT)

Agri Stats Inc., et al.,

    Defendants.

———————————————

Joseph Realdine, et al.,

    Plaintiffs,

v.                                                                                          Civil No. 18-2044 (PAM/LIB)

Agri Stats Inc., et al.,

    Defendants.

———————————————

Olean Wholesale Grocery Cooperative, Inc.,

    Plaintiff,

v.                                                                                          Civil No. 18-2058 (PJS/BRT)

Agri Stats Inc., et al.,

    Defendants.

_____

Gondolier Pizza International, Inc., et al.,

      Plaintiffs,

v.                                                Civil No. 18-2113 (DSD/SER)

Agri Stats Inc., et al.,

      Defendants.

_____

Jeffrey Allison, et al.,

      Plaintiffs,

v.                                                Civil No. 18-2337 (WMW/HB)

Agri Stats Inc., et al.,

      Defendants.

_____

Phil's BBQ, Inc.,

      Plaintiff,

v.                                                Civil No. 18-2390 (JNE/SER)

Agri Stats Inc., et al.,

      Defendants.

_____

Joe Christiana Food Distributors, Inc.,

      Plaintiff,

v.                                                Civil No. 18-2405 (SRN/HB)

Agri Stats Inc., et al.,

      Defendants.

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

Case No. 18-cv-1776 having been assigned to Chief Judge John R. Tunheim and Judge Hildy Bowbeer and Case No. 18-cv-1803 having later been assigned to Judge Patrick J. Schiltz and Magistrate Judge Steven E. Rau, Case No. 18-cv-1810 having later been assigned to Judge Joan N. Ericksen and Magistrate Judge Tony N. Leung, Case No. 18-cv-1891 having later been assigned to Chief Judge John R. Tunheim and Magistrate Judge Steven E. Rau, Case No. 18-cv-1946 having later been assigned to Judge Wilhelmina M. Wright and Magistrate Judge Steven E. Rau, Case No. 18-cv-2008 having later been assigned to Judge Patrick J. Schiltz and Magistrate Judge Becky R. Thorson, Case No. 18-cv-2044 having later been assigned to Judge Paul A. Magnuson and Magistrate Judge Leo I. Briosbos, Case No. 18-cv-2058 having later been assigned to Judge Patrick J. Schiltz and Magistrate Judge Becky R. Thorson, Case No. 18-cv-2113 having later been assigned to Judge David S. Doty and Magistrate Judge Steven E. Rau, Case No. 18-cv-2337 having later been assigned to Judge Wilhelmina M. Wright and Magistrate Judge Hildy Bowbeer, Case No. 18-cv-2390 having later been assigned to Judge Joan N. Ericksen and Magistrate Judge Steven E. Rau, and Case No. 18-cv-2405 having later been assigned to Judge Susan Richard Nelson and Magistrate Judge Hildy Bowbeer, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case Nos. 18-cv-1803, 18-cv-1810, 18-cv-1891, 18-cv-1946, 18-cv-2008, 18-cv-2044, 18-cv-2058, 18-cv-2113, 18-cv-2337, 18-cv-2390, and 18-cv-2405 be assigned to Chief Judge John R. Tunheim and Judge Hildy Bowbeer, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of

Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 5, 2017.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: September 6, 2018                         s/John R. Tunheim
                                             JOHN R. TUNHEIM
                                             Chief Judge, United States District Court

Dated: September 7, 2018                         s/ Joan N. Ericksen
                                             JOAN N. ERICKSEN
                                             Judge, United States District Court

Dated: September 6, 2018                         s/Patrick J. Schiltz
                                             PATRICK J. SCHILTZ
                                             Judge, United States District Court

Dated: September 6, 2018                         s/Susan Richard Nelson
                                             SUSAN RICHARD NELSON
                                             Judge, United States District Court

Dated: September 6, 2018                         s/Wilhelmina W. Wright
                                             WILHELMINA M. WRIGHT
                                             Judge, United States District Court

Dated: September 6, 2018                         s/Paul A. Magnuson
                                             PAUL A. MAGNUSON
                                             Judge, United States District Court

Dated: September 6, 2018                         s/David S. Doty
                                             DAVID S. DOTY
                                             Judge, United States District Court