## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WANDA DURYEA, ET AL., | Case No. 18-CV-1776 (JRT/HB) |
| Plaintiffs, | |
| | Case No. 18-CV-2008 (JRT/HB) |
| v. | |
| | Case No. 18-CV-2044 (JRT/HB) |
| AGRI STATS, INC., ET AL., | |
| Defendants. | Case No. 18-CV-2337 (JRT/HB) |
| | |
| | Case No. 18-CV-2338 (JRT/HB) |
| | |
| | **STIPULATION TO ACCEPT SERVICE OF CONSOLIDATED CLASS ACTION COMPLAINT AND EXTEND TIME TO RESPOND TO THE COMPLAINT** |

Certain plaintiffs and defendants Agri Stats, Inc., Clemens Food Group, LLC, Hormel Foods Corporation, Indiana Packers Corporation, JBS USA, Seaboard Foods, LLC, Smithfield Foods, Inc., Triumph Foods, LLC, and Tyson Foods, Inc. ("Previously Named Defendants") previously entered stipulations to extend time and to accept service of complaints in the related civil actions identified below (the "First Stipulations"); those stipulations were approved and corresponding orders entered by the presiding judge in each action as follows:

a. *Duryea, et al. v. Agri Stats, Inc., et al.*, Case No. 18-CV-1776 (Dkt. 65);

b. *Maplevale Farms, Inc. v. Agri Stats, Inc., et al.*, Case No. 18-CV-1803 (Dkt. 71);

c. *John Gross and Company, Inc. v. Agri Stats, Inc., et al.*, Case No. 18-CV-1810 (Dkt. 57);

d. *Sandee's Bakery v. Agri Stats, Inc., et al.*, Case No. 18-CV-1891 (Dkt. 50);

1

e. *Ferraro Foods, Inc., et al. v. Agri Stats, Inc., et al.*, Case No. 18-CV-1946 (Dkt. 45);

f. *Litterer, et al. v. Agri Stats, Inc., et al.*, Case No. 18-CV-2008 (Dkt. 52);

g. *Realdine, et al. v. Agri Stats, Inc., et al.*, Case No. 18-CV-2044 (Dkt.48);

h. *Olean Wholesale Grocery Cooperative, Inc. v. Agri Stats, Inc., et al.*, Case No. 18-CV-2058 (Dkt. 39);

i. *Bear's Restaurant Group, et al. v. Agri Stats, Inc., et al.*, Case No. 18-CV-02113 (Dkt. 44).

Following entry of the above orders, additional putative class plaintiffs filed four other actions as follows:

a. *Jeffrey Allison v. Agri Stats, Inc., et al.*, Case No. 18-CV-2337;

b. *Anderson, et al. v. Agri Stats, Inc., et al.*, Case No. 18-CV-2338;

c. *Phil's BBQ, Inc. v. Agri Stats, Inc., et al.*, Case No. 18-CV-2390; and,

d. *Joe Christiana Food Distributors, Inc. v. Agri Stats, Inc., et al.*, Case No. 18-CV-2405.

On August 17, 2018, the plaintiffs in all 13 actions ("Plaintiffs") filed three consolidated amended complaints on behalf of three putative classes of plaintiffs (collectively, the "CACs"). *See, e.g.,* Dkt. 83 in Case No. 18-CV-01803-PJS-SER (Direct Purchaser CAC); Dkt. 63 in Case No. 18-CV-01891-JRT-SER (Commercial Food Preparer CAC); Dkt. 74 in Case No. 18-CV-01776 (Indirect Purchaser CAC). Because the 13 cases had not yet been consolidated, identical amended complaints were filed in the various 13 actions—*i.e.*, the CAC on behalf of the putative Direct Purchaser Plaintiffs was filed in all of the direct purchaser actions. The CACs named the following additional defendants: The Clemens Family Corporation, Hormel Foods, LLC, Mitsubishi Corporation (Americas), JBS USA Food Company Holdings, Seaboard Corporation, Tyson Prepared Foods, Inc.

and Tyson Fresh Meats, Inc.[1] (the "Newly-Added Defendants") (together with Previously Named Defendants, the "Defendants"). On Friday, September 7, 2018, all thirteen actions were consolidated before Chief Judge John R. Tunheim and Magistrate Judge Hildy Bowbeer.

So as to preserve both party and judicial resources, Plaintiffs and Defendants, by and through their undersigned counsel, stipulate to the following:

1.      The Newly-Added Defendants agree to accept service of the CACs with which they have not been formally served, and any future related complaints, by electronic mail on the respective undersigned counsel for each Defendant.

2.       All Defendants shall answer, move or otherwise respond to the CACs by October 23, 2018 (superseding the response date specified in the First Stipulations).

3.      Plaintiffs and the Defendants stipulate and agree that the entry into this stipulation by the Defendants shall not constitute a waiver of (a) any jurisdictional defenses that may be available, (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure or otherwise, or (c) any other statutory or common law defenses that may be available to the Defendants in this or any other action.  The Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the CACs or any amended complaint that may be filed relating to these actions or others subsequently filed and served, if any.

---

[1] Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc. were named in certain indirect purchasers' prior complaints.  Thus, both entities are Newly-Added Defendants only with respect to the Direct Purchasers CAC and the Commercial Food Preparers CAC.

4.     Defendants agree to accept service of process for the CACs by ECF, or by email sent to the below-identified counsel in the event the ECF filing notice for the CACs does not identify such counsel as a recipient of the ECF notice.

5.     Neither the parties nor the Court will be prejudiced by an extension of the responsive pleading deadline, because there are no pending pre-trial or other deadlines in these actions.

*[Remainder of the page intentionally left blank]*

**IT SO STIPULATED.**

Dated:  September 10, 2018

*/s/ Steve W. Berman*
Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
(206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
(510) 725-3000
shanas@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
(708) 628-4949
beth@hbsslaw.com

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

Fred T. Isquith, Sr.
Thomas H. Burt
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016
(212) 545-4600
isquith@whafh.com
burt@whafh.com

Carl V. Malmstrom (#391908)
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
70 W. Madison St., Suite 1400
Chicago, IL 60602
(312) 984-0000
malmstrom@whafh.com

Kevin Landau
Miles Greaves
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
(212) 931-0704
klandau@tcllaw.com
mgreaves@tcllaw.com

Rick Paul
Ashlea Schwarz
PAUL LLP
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
(816) 984-8100
Rick@paulllp.com
ashlea@paulllp.com

Kenneth A. Wexler
Thomas A. Doyle
Kara A. Elgersma
Justin N. Boley
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 330
Chicago, IL 60603
(312) 346-2222
kaw@wexlerwallace.com
tad@wexlerwallace.com
kae@wexlerwallace.com
jnb@wexlerwallace.com

Simon B. Paris
Patrick Howard
Charles J. Kocher
SALTZ, MONGELUZZI, BARRETT
& BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
(215) 496-8282
sparis@smbb.com
phoward@smbb.com
ckocher@smbb.com

Dianne M. Nast
Erin C. Burns
NAST LAW LLC
1101 Market Place, Suite 2801
Philadelphia, Pennsylvania 19107
(215) 923-9300
dnast@nastlaw.com
eburns@nastlaw.com

Brian D. Penny
GOLDMAN SCARLATO & PENNY, P.C.
Eight Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, PA 19428
(484) 342-0700
penny@lawgsp.com

Marc H. Edelson, Esq.
EDELSON & ASSOCIATES, LLC
3 Terry Drive, Suite 205
Newtown, PA 18940
Telephone: (215) 867-2399
medelson@edelson-law.com

*Counsel for Plaintiffs Wanda Duryea, Michael Reilly, Sandra Steffen, Paul Glantz, Edwin Blakey, Jennifer Sullivan, Anbessa Tufa, Lisa Axelrod, Christina Hall, Chad Nodland, Borhan Ishani Afoosi, Kory Bird, Barbara Brueggemann, Jordan Chambers, Donya Collins, Charles Dye, Ryan Kutil, Chase Hoke, Kenneth King, David Look, Rebekah Kingsley, Susan Mccullough, Alika Naehu, Kenneth Neal, Michiya Petrucci, Michael Pickett, Craig Thomsen, Joseph Realdine, Jeffrey Allison, Michael Anderson, Duncan Birch, Thomas Cosgrove, Robert Eccles, and Rebecca Green Watson*

/s/ Kim M. Schmid
Kim M. Schmid
Richard Morgan
BOWMAN AND BROOKE
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
(612) 672-3247
kim.schmid@bowmanandbrooke.com
richard.morgan@bowmanandbrooke.com

Anne Lee (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
alee@cov.com

*Counsel for Agri Stats, Inc.*

/s/ Mark L. Johnson
Mark L. Johnson
Bethany Krueger
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
bkrueger@greeneespel.com

Daniel Laytin, P.C. (*pro hac forthcoming*)
Christa Cottrell, P.C. (*pro hac forthcoming*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com

*Counsel for Clemens Food Group, LLC and The Clemens Family Corporation*

/s/ Richard A. Duncan
Richard A. Duncan
Aaron D. Van Oort
Craig S. Coleman
Emily E. Chow
Isaac B. Hall
Bryan K. Washburn
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegrebd.com
aaron.vanoort@faegrebd.com
craig.coleman@faegrebd.com
emily.chow@faegrebd.com
isaac.hall@faegrebd.com
bryan.washburn@faegrebd.com

*Counsel for Hormel Foods Corporation and Hormel Foods, LLC*

/s/ Jessica J. Nelson
Jessica J. Nelson
FELHABER LARSON
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402-4504
(612) 339-6321
jnelson@felhaber.com

*Counsel for JBS USA Food Company and JBS USA Food Company Holdings*

/s/ William L. Greene
William L. Greene
Peter J. Schwingler
STINSON LEONARD STREET
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
pete.schwingler@stinson.com

*Counsel for Seaboard Foods, LLC and Seaboard Corporation*

7

/s/ *Jaime Stilson*
Jaime Stilson
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402-1498
(612) 492-6746
stilson.jaime@dorsey.com

Britt M. Miller (*pro hac vice*)
Robert Entwisle (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

William Stallings (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000
wstallings@mayerbrown.com

*Counsel for Indiana Packers
Corporation and Mitsubishi Corporation
(Americas)*

/s/ *John A. Cotter*
John A. Cotter
LARKIN HOFFMAN
8300 Norman Center Drive, Suite 1000
Minneapolis, MN  55427-1060
(952) 896-3340
jcotter@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201-6912
(214) 698-3370
brobison@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*

/s/ Aaron Chapin
Aaron Chapin
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL  60606
(312) 655-1500
aaron.chapin@huschblackwell.com

Gene Summerlin (*pro hac forthcoming*)
Marnie Jensen (*pro hac forthcoming*)
Ryann Glenn (*pro hac forthcoming*)
Kamron Hasan (*pro hac forthcoming*)
Quinn Eaton (*pro hac forthcoming*)
HUSCH BLACKWELL LLP
13330 California St., Suite 200
Omaha, NE 68154
(402) 964-5000
gene.summerlin@huschblackwell.com
marnie.jensen@huschblackwell.com
ryann.glenn@huschblackwell.com
kamron.hasan@huschblackwell.com
quinn.eaton@huschblackwell.com

*Counsel for Triumph Foods, LLC*

/s/ David P. Graham
David P. Graham
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
(612) 486-1521
dgraham@dykema.com

Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
950 F Street, N.W.
Washington, D.C. 20004
(202) 912-4700
radcox@axinn.com
trider@axinn.com

Felix J. Gilman (*pro hac vice*)
Jonathan Justl (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
fgilman@axinn.com
jjustl@axinn.com

*Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*