# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

DURYEA et al.

                Plaintiff,                Civil No. 18- 1776 (JRT/HB)

v.

AGRI STATS, INC. et al

                Defendant.

---

### ORDER GRANTING MOTION FOR NON-RESIDENT TO SERVE AS LOCAL COUNSEL AND MOTION FOR ADMISSION PRO HAC VICE

     Pursuant to Local Rule 83.5(d), Aaron B. Chapin moved for permission for a non-resident to serve as local counsel and moved for the admission pro hac vice of attorney V. Gene Summerlin in the above case.

     Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED THAT** Aaron B. Chapin's motion for a Non-Resident to serve as Local Counsel (Docket No. 81-1) is **GRANTED**.  **IT IS FURTHER ORDERED** that the Motion for Admission Pro Hac Vice of Attorney V. Gene Summerlin (Docket No. 81) is **GRANTED**.

Dated:  Friday, September 21, 2018
at Minneapolis, Minnesota                s/John R. Tunheim
                                                            JOHN R. TUNHEIM
                                                            Chief Judge
                                                             United States District Court