# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## STATUS CONFERENCE

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | **COURT MINUTES – CIVIL** |
| This Document Relates To: All Actions | BEFORE: Hildy Bowbeer |
| | U.S. Magistrate Judge |

| | |
|---|---|
| Case No.: | 18-cv-1776 (JRT/HB) |
| Date: | September 20, 2018 |
| Court Reporter: | n/a |
| Courthouse: | St. Paul |
| Courtroom: | n/a |
| Commenced: | 9:01 a.m. |
| Concluded: | 9:51 a.m. |
| Time: | 50 minutes |

**APPEARANCES:**

For Plaintiffs: Dan Hedlund, Michelle Looby, Shana Scarlett, Joe Bruckner, Brian Clark, Bobby Pouya, Jon Cuneo, and Dave Cialkowski

For Defendants: Richard Parker, Brian Robison, Josh Lipton, John Cotter, Britt Miller, Robert Entwistle, Jaime Stilson, William Greene, Peter Schwingler, Bethany Krueger, Don Heeman, Jessica Nelson, Richard Duncan, Kim Schmid, Gene Summerlin, Tiffany Rider Rohrbaugh, Rachel Adcox, and Jonathan Justl

**PROCEEDINGS:**

The Court and counsel discussed the proposed initial case management order, the consolidation of these actions, and initial scheduling matters.

The parties do not anticipate that any additional related cases will be filed or transferred.

The parties and the Court discussed the possibility of scheduling a Rule 16 scheduling conference in November 2018.  The parties will meet and confer concerning Defendants' anticipated motion to stay discovery pending the resolution of the motions to dismiss, as well as any activities that the parties could agree to move forward notwithstanding the requested stay (such as, for example, negotiation and entry of a protective order and ESI protocol).  The parties will advise the Court about any agreement reached as a result of their meet-and-confer efforts.

Defendants intend to file motions to dismiss in these matters on or before October 23, 2018.  The parties will meet and confer regarding page limits and a briefing and hearing schedule.

The Court will convene the next telephonic status conference call on **Monday, October 15, 2018, at 9:30 a.m.**  The parties must submit a joint update letter by **Friday, October 12, 2018**. Plaintiffs' counsel will set up a conference bridge for the call and circulate the dial-in and access information.  The same guidelines for participants will apply.

After the status conference, the Court ascertained the following from Judge Tunheim:

- Once the parties identify an agreed timeframe for a hearing on the motions to dismiss, the moving parties may contact Judge Tunheim's chambers to schedule the hearing.

- The parties should submit any proposals for, or disputes concerning, a briefing schedule and page limits directly to Judge Tunheim for his consideration.  If they are in agreement, they may submit their proposal in the form of a stipulation and proposed order; if they disagree, they should identify the disputes in a letter addressed to him and filed on CM/ECF so that he can resolve the disputes in sufficient time before the opening motion papers are due on October 23, 2018.

*s/Adrienne Meyers*
Judicial Law Clerk