UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* <br><br> This Document Relates To: All Actions | No. 1:18-cv-01776-JRT-HB |

## DEFENDANT HORMEL FOODS, LLC's NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorneys hereby notify the Court and counsel that Craig S. Coleman, Richard A. Duncan, Aaron D. Van Oort, Emily E. Chow, Isaac B. Hall and Bryan K. Washburn, of the law firm Faegre Baker Daniels LLP, hereby enter their appearance as attorneys for Defendant Hormel Foods, LLC in the above-captioned civil action.

Date:  September 24, 2018                **FAEGRE BAKER DANIELS LLP**

<u>s/ Richard A. Duncan</u>
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
richard.duncan@faegrebd.com
aaron.vanoort@faegrebd.com
craig.coleman@faegrebd.com
emily.chow@faegrebd.com
isaac.hall@faegrebd.com
bryan.washburn@faegrebd.com

*Attorneys for Defendants Hormel Foods Corporation and Hormel Foods, LLC*

US.120100099.01