UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To: All Actions | No. 1:18-cv-01776-JRT-HB |

**DEFENDANT HORMEL FOODS, LLC'S RULE 7.1 DISCLOSURE STATEMENT**

Defendant Hormel Foods, LLC, makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

a) Hormel Foods, LLC is a wholly-owned subsidiary of Hormel Foods Corporation, a publicly held corporation.

b) Hormel Foods Corporation owns 100% of Hormel Foods, LLC's stock.

| | |
|---|---|
| Date: September 24, 2018 | **FAEGRE BAKER DANIELS LLP**<br><br>s/ Richard A. Duncan<br>Richard A. Duncan (#0192983)<br>Aaron D. Van Oort (#0315539)<br>Craig S. Coleman (#0325491)<br>Emily E. Chow (#0388239)<br>Isaac B. Hall (#0395398)<br>Bryan K. Washburn (#0397733)<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>Telephone: (612) 766-7000<br>Facsimile: (612) 766-1600<br>richard.duncan@faegrebd.com<br>aaron.vanoort@faegrebd.com<br>craig.coleman@faegrebd.com<br>emily.chow@faegrebd.com<br>isaac.hall@faegrebd.com<br>bryan.washburn@faegrebd.com<br><br>*Attorney for Defendants Hormel Foods Corporation and Hormel Foods, LLC* |

US.120051783.01