UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

IN RE PORK ANTITRUST LITIGATION

_____

This document relates to:

*Phil's BBQ, Inc. v. Agri Stats, Inc., et al.,*
Case No. 18-cv-2390-SRN-SER

_____

Case No. 18-cv-1776-JRT-HB

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff Phil's BBQ, Inc. makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does (party name) have a parent corporation?

   ☐ Yes    ✔ No

   If yes, the parent corporation is _____.

2. Is 10% or more of the stock of (party name) owned by a publicly held corporation?

   ☐ Yes    ✔ No

   If yes, identify all such owners _____.

Dated: September 24, 2018

Respectfully submitted,

By:   *s/Garrett D. Blanchfield*
Garrett D. Blanchfield, #209855
Roberta Yard, #322295
**REINHARDT WENDORF & BLANCHFIELD**
W-1050 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Tel:   (651) 287-2100
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com