UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

IN RE PORK ANTITRUST LITIGATION        Case No. 18-cv-1776-JRT-HB

_____

This document relates to:

*Phil's BBQ, Inc. v. Agri Stats, Inc., et al.,*
Case No. 18-cv-2390-SRN-SER

_____

The undersigned attorney hereby notifies the Court and counsel that Garrett D. Blanchfield shall appear as counsel of record for Plaintiff Phil's BBQ, Inc. in this case.

| | |
|---|---|
| Dated: September 25, 2018 | Respectfully submitted, |
| | By: *s/Garrett D. Blanchfield* |
| | Garrett D. Blanchfield, #209855 |
| | Roberta Yard, #322295 |
| | **REINHARDT WENDORF & BLANCHFIELD** |
| | W-1050 First National Bank Building |
| | 332 Minnesota Street |
| | St. Paul, MN 55101 |
| | Tel:    (651) 287-2100 |
| | g.blanchfield@rwblawfirm.com |
| | r.yard@rwblawfirm.com |
| | |
| | *Attorneys for Plaintiff Phil's BBQ* |