UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>Direct Purchaser Plaintiffs actions | Case No. 0:18-cv-01776-JRT-HB |

**MOTION OF DIRECT PURCHASER PLAINTIFFS**
**TO APPOINT INTERIM CO-LEAD CLASS COUNSEL**

Direct Purchaser Plaintiffs respectfully move this Court for an Order, pursuant to Fed. R. Civ. P. 23(g): 1) appointing the firms of Lockridge Grindal Nauen P.L.L.P. and Pearson, Simon & Warshaw, LLP, as interim co-lead class counsel for Direct Purchaser Plaintiffs; and 2) granting any such further relief as the Court may deem just and proper.

Dated: September 26, 2018

Respectfully submitted,

s/ W. Joseph Bruckner
W. Joseph Bruckner (MN #0147758)
Elizabeth R. Odette (MN #0340698)
Brian D. Clark (MN #0390069)
Arielle S. Wagner (MN #0398332)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T:  (612) 339-6900
F:  (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com

530195.1

Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
T: (415) 433-9000
F:  (415) 433-9008
bsimon@pswlaw.com

Daniel L. Warshaw
Bobby Pouya
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
F: (818) 788-8104
dwarshaw@pswlaw.com
bpouya@pswlaw.com

Melissa S. Weiner (MN #0387900)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
T: (612) 389-0600
F: (612) 389-0610
mweiner@pswlaw.com

*Proposed Interim Co-Lead Class Counsel for Direct Purchaser Plaintiffs*