UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>Direct Purchaser Plaintiff actions | Case No. 0:18-cv-01776-JRT-HB |

**CERTIFICATE OF COMPLIANCE ON MOTION OF DIRECT PURCHASER PLAINTIFFS TO APPOINT INTERIM CO-LEAD CLASS COUNSEL**

I, W. Joseph Bruckner, certify that this brief complies with the type-volume limitation of D. Minn. L.R. 72.2(c)(1) and with the type-size limit of D. Minn. L.R. 72.2(c)(2). The brief has 5,854 words of type, font size 13 and was prepared using Microsoft Word, which includes all text, including headings, footnotes, and quotations in the word count.

Dated: September 26, 2018                    Respectfully submitted,

                            s/ W. Joseph Bruckner
                            W. Joseph Bruckner (MN #0147758)
                            Elizabeth R. Odette (MN #0340698)
                            Brian D. Clark (MN #0390069)
                            Arielle S. Wagner (MN #0398332)
                            LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                            100 Washington Avenue South, Suite 2200
                            Minneapolis, MN 55401
                            T: (612) 339-6900
                            F: (612) 339-0981
                            wjbruckner@locklaw.com
                            erodette@locklaw.com
                            bdclark@locklaw.com
                            aswagner@locklaw.com

530200.1

Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
bsimon@pswlaw.com

Daniel L. Warshaw
Bobby Pouya
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
F: (818) 788-8104
dwarshaw@pswlaw.com
bpouya@pswlaw.com

Melissa S. Weiner (MN #0387900)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
T: (612) 389-0600
F: (612) 389-0610
mweiner@pswlaw.com

*Proposed Interim Co-Lead Class Counsel for Direct Purchaser Plaintiffs*