## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>Direct Purchaser Plaintiffs actions | Case No. 0:18-cv-01776-JRT-HB<br><br>**DECLARATION OF ELIZABETH R. ODETTE IN SUPPORT OF MOTION OF DIRECT PURCHASER PLAINTIFFS TO APPOINT INTERIM CO-LEAD COUNSEL** |

I, Elizabeth R. Odette, declare:

1. I am an attorney licensed to practice in the State of Minnesota and have been admitted to practice in several courts across the country, including this Court. For over a decade I have been an attorney with the firm of Lockridge Grindal Nauen P.L.L.P. ("LGN"), attorneys of record for Plaintiff Maplevale Farms, Inc. I make this declaration in support of the accompanying Motion of Direct Purchaser Plaintiffs to Appoint Interim Co-Lead Counsel. I have personal knowledge of the facts in this declaration and could competently testify to them if called as a witness.

2. LGN currently serves as co-lead counsel in several antitrust cases, for example, in *In re Wholesale Grocery Products Antitrust Litigation*, MDL No. 2090 (D. Minn.), appointed by the Honorable Ann Montgomery. LGN is Midwest Plaintiffs' co-lead counsel for a certified class of Midwest retail grocery stores who brought antitrust claims against the nation's two largest grocery wholesalers. After settling with one

530078.1

defendant, Mr. Bruckner and I tried the Midwest Plaintiffs' claims against the remaining defendant to a jury verdict before Judge Montgomery. The judgment is now on appeal.

3. LGN also served in leadership positions in many other major cases, including the following for which I had or have individual responsibilities: *In re Packaged Seafood Antitrust Litig.*, 15-MD-2670 JLS-MDD (S.D. Ca.), on behalf of hundreds of consumer purchasers in complex antitrust class action against producers of tuna products currently conducting discovery and briefing for class certification; *In re Blood Reagents Antitrust Litig.*, Case 2:09-md-02081-JD (E.D. Pa.), resulting in in a $19.5 million settlement with remaining defendant Ortho-Clinical Diagnostics; *In re Aredia and Zometa Products Liability Litig. (E.D. Tenn. Case No. 06-md-1760)*, involving more than a dozen bellwether trials, with a majority resulting in plaintiffs' verdicts, for example, four separate verdicts for the plaintiff for $225,000, $10.45 million, $250,000 and $2.162 million respectively.

4. As described above, I have been extensively involved in several nationwide antitrust class actions, including those mentioned in paragraphs 2 and 3 above. For my contributions to nationwide class actions and multidistrict litigations I was recognized as an "Up and Coming Attorney" by Minnesota Lawyer Magazine in 2013, and have been consistently named as a Super Lawyers Rising Star by my peers.

5. My firm's background and my own experience, our efforts to investigate and develop the allegations contained in our complaints, and our clients' significant stake in this litigation give my firm and me a solid foundation by which we can prosecute this case efficiently and expeditiously.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 26, 2018, at Minneapolis, Minnesota.

s/ Elizabeth R. Odette
Elizabeth R. Odette
