UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Direct Purchaser Plaintiffs actions | Case No. 0:18-cv-01776-JRT-HB<br><br>**AFFIDAVIT OF W. JOSEPH BRUCKNER DESCRIBING EXHIBITS SUBMITTED IN SUPPORT OF MOTION OF DIRECT PURCHASER PLAINTIFFS TO APPOINT INTERIM CO-LEAD COUNSEL** |

STATE OF MINNESOTA )
                  ) ss.
COUNTY OF HENNEPIN )

I, W. Joseph Bruckner, being duly sworn, state:

1. I submit this affidavit to identify the exhibits submitted in support of the accompanying Motion of Direct Purchaser Plaintiffs to Appoint Interim Co-Lead Counsel and related papers.

2. Attached hereto as Exhibit A is a true and correct copy of the Order appointing lead and liaison counsel in the *In re Broiler Chicken Antitrust Litig.*, Case 1:16-cv-08637, N. D. Ill. Dated October 14, 2016 [ECF No. 144].

3. Attached hereto as Exhibit B is the firm resume for Lockridge Grindal Nauen P.L.L.P. which summarizes the firm's experiences.

4. Attached hereto as Exhibit C is the resume of W. Joseph Bruckner which summarizes my experience.

531449.1

5. Attached hereto as Exhibit D is a proposed letter establishing a time and expense reporting protocol for all Direct Purchaser Plaintiffs' Counsel.

6. Attached hereto as Exhibit E is the firm resume for Pearson, Simon & Warshaw, LLP which summarizes the experiences of the firm and the attorneys in the firm.

FURTHER AFFIANT SAYETH NAUGHT.

s/W. Joseph Bruckner<br>W. Joseph Bruckner

Subscribed and sworn to before me
this 26th day of September, 2018.


 s/Cheryl T. Evans
Notary Public – Minnesota
My commission expires: January 31, 2022