UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br><br>PORK ANTITRUST LITIGATION<br><br>*This Document Relates To All Actions* | No. 0:18-cv-01776-JRT-HB<br><br>**FED. R. CIV. P. 7.1 DISCLOSURE OF MITSUBISHI CORPORATION (AMERICAS)** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Mitsubishi Corporation (Americas) states that it is a wholly owned subsidiary of Mitsubishi Corporation. Mitsubishi Corporation is a publicly traded corporation on the Nagoya Stock Exchange and the Tokyo Stock Exchange.

Dated: September 27, 2018         Respectfully submitted,

 *s/ Jaime Stilson*
 Jaime Stilson (#392913)
 DORSEY & WHITNEY LLP
 50 South Sixth Street, Suite 1500
 Minneapolis, MN 55402-1498
 (612) 492-6746
 stilson.jaime@dorsey.com

 Britt M. Miller (*pro hac vice*)
 Robert E. Entwisle (*pro hac vice*)
 MAYER BROWN LLP
 71 S. Wacker Dr.
 Chicago, IL 60606
 Ph: (312) 782-0600
 Fax: (312) 701-7711
 bmiller@mayerbrown.com
 rentwisle@mayerbrown.com

4835-4512-5749\1

William Stallings (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000
wstallings@mayerbrown.com

*Attorneys for Defendant Mitsubishi Corporation (Americas)*