UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:  All Actions | No. 0:18-cv-01776-JRT-HB |

**DEFENDANT SEABOARD CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**

Defendant Seaboard Corporation ("Seaboard") makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Seaboard Corporation has no parent corporation and no publicly-owned shareholder owns 10% or more of its stock.

Dated:  September 27, 2018

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
Jon M. Woodruff (#0399453)
STINSON LEONARD STREET LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN  55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
jon.woodruff@stinson.com

*Attorneys for Defendant Seaboard Corporation*

## CERTIFICATE OF SERVICE

I certify that on September 27, 2018, I filed a copy of the foregoing document electronically using the Court's CM/ECF system, which will generate notice of this filing to all counsel of record.

*/s/ William L. Greene*
William L. Greene
