# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | No. 0:18-cv-01776-JRT-HB |
| This Document Relates To: | |
| Commercial and Institutional Indirect Purchaser Plaintiff Actions | |
| *Sandee's Bakery, et al. v. Agri Stats, Inc. et al.* | No. 0:18-cv-01891-JRT-HB |

### Unopposed Motion for Co-Lead Counsel Application of
### Jonathan W. Cuneo and Shawn M. Raiter
### for Commercial and Institutional Indirect Purchaser Plaintiffs

Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, Jonathan W. Cuneo (Cuneo, Gilbert, LaDuca, LLP) and Shawn M. Raiter (Larson • King, LLP) move the Court to be designated Interim Co-Lead Counsel representing the Commercial and Institutional Indirect Purchaser Plaintiffs in these actions.

Dated: September 28, 2018

Respectfully submitted,

By   *s/ Shawn M. Raiter*
Shawn M. Raiter (MN# 240424)
**LARSON • KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6518 Telephone
sraiter@larsonking.com

Jonathan W. Cuneo
Joel Davidow
Blaine Finley
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
(202) 789-3960 Telephone
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com

Don Barrett
David McMullan
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
(662) 834-2488 Telephone
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Jerry Abdalla
**ABDALLA LAW, PLLC**
602 Steed Road, Suite 200
Ridgeland, MS 32789
(601) 487-4590 Telephone
gmabdall@hotmail.com

Thomas P. Thrash
Marcus Bozeman
**THRASH LAW FIRM, P.A.**
1101 Garland Street
Little Rock, AR 72201
(501) 374-1058 Telephone
tomthrash@sbcglobal.net
mbozeman@thrashlawfirmpa.com

Jon Tostrud
**TOSTRUD LAW GROUP, PC**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
jtostrud@tostrudlaw.com

3

*Counsel for Plaintiffs Sandee's Bakery, Confetti's, Francis T. Enterprises d/b/a Erbert & Gerbert's, Joe Lopez, d/b/a Joe's Steak And Leaf, Longhorn's Steakhouse, Betty's Eat Shop, Ziggy's BBQ Smokehouse & Ice Cream Parlor, LLC, and The Grady Corporation*

3