## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

*IN RE PORK ANTITRUST LITIGATION*　　　　　No. 0:18-cv-01776-JRT-HB

This Document Relates To:

Commercial and Institutional Indirect
Purchaser Plaintiff Actions

*Sandee's Bakery, et al. v. Agri Stats, Inc., et al.*　　　　No. 0:18-cv-01891-JRT-HB

## Meet and Confer Statement for Unopposed Motion for Co-Lead Counsel Application of Jonathan W. Cuneo and Shawn M. Raiter for Commercial and Institutional Indirect Purchaser Plaintiffs

On September 28, 2018, I spoke with J. Gordon Rudd, one of the attorneys representing the plaintiffs in the other CIIP case in this litigation. Mr. Rudd indicated that he and his clients did not oppose the motion to appoint myself and Jonathan Cuneo to serve as interim co-lead counsel for the CIIPs.

Dated: September 28, 2018　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By   *s/ Shawn M. Raiter*
　　　　　　　　　　　　　　　　　　　Shawn M. Raiter (MN# 240424)
　　　　　　　　　　　　　　　　　　　**LARSON • KING, LLP**
　　　　　　　　　　　　　　　　　　　2800 Wells Fargo Place
　　　　　　　　　　　　　　　　　　　30 East Seventh Street
　　　　　　　　　　　　　　　　　　　St. Paul, MN  55101
　　　　　　　　　　　　　　　　　　　(651) 312-6518 Telephone
　　　　　　　　　　　　　　　　　　　sraiter@larsonking.com

Jonathan W. Cuneo
Joel Davidow
Blaine Finley
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
(202) 789-3960 Telephone
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com

Don Barrett
David McMullan
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
(662) 834-2488 Telephone
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Jerry Abdalla
**ABDALLA LAW, PLLC**
602 Steed Road, Suite 200
Ridgeland, MS 32789
(601) 487-4590 Telephone
gmabdall@hotmail.com

Thomas P. Thrash
Marcus Bozeman
**THRASH LAW FIRM, P.A.**
1101 Garland Street
Little Rock, AR 72201
(501) 374-1058 Telephone
tomthrash@sbcglobal.net
mbozeman@thrashlawfirmpa.com

Jon Tostrud
**TOSTRUD LAW GROUP, PC**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
jtostrud@tostrudlaw.com

1

2

*Counsel for Plaintiffs Sandee's Bakery, Confetti's, Francis T. Enterprises d/b/a Erbert & Gerbert's, Joe Lopez, d/b/a Joe's Steak And Leaf, Longhorn's Steakhouse, Betty's Eat Shop, Ziggy's BBQ Smokehouse & Ice Cream Parlor, LLC, and The Grady Corporation*