UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | Civil No. 18-1776 (JRT/HB)<br><br>NOTICE OF CHANGE OF FIRM ADDRESS |

PLEASE TAKE NOTICE that, effective September 21, 2018, the Seattle office of Hagens Berman Sobol Shapiro LLP has changed its address to:

Hagens Berman Sobol Shapiro LLP
1301 2nd Avenue, Suite 2000
Seattle, Washington 98101

All telephone and facsimile numbers remain the same as follows:

Telephone: (206) 623-7292
Facsimile: (206) 623-0594

DATED: September 28, 2018           HAGENS BERMAN SOBOL SHAPIRO LLP

By:     s/ Steve W. Berman
        STEVE W. BERMAN

Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
beth@hbsslaw.com

- 1 -

- 2 -

        Daniel E. Gustafson (#202241)
        Daniel C. Hedlund (#258337)
        Michelle J. Looby (#388166)
        Britany N. Resch (#0397656)
        GUSTAFSON GLUEK PLLC
        120 South 6th Street, Suite 2600
        Minneapolis, MN 55402
        Telephone: (612) 333-8844
        Facsimile: (612) 339-6622
        dgustafson@gustafsongluek.com
        dhedlund@gustafsongluek.com
        mlooby@gustafsongluek.com
        bresch@gustafsongluek.com

        *Counsel for Consumer Indirect Purchaser Plaintiffs*

- 2 -