# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | Civil No. 18-1776 (JRT/HB)<br><br>MOTION OF HAGENS BERMAN SOBOL SHAPIRO LLP AND GUSTAFSON GLUEK PLLC'S FOR APPOINTMENT AS INTERIM CO-LEAD COUNSEL FOR PROPOSED CONSUMER INDIRECT PURCHASER CLASS |

Consumer Indirect Purchaser Plaintiffs respectfully move this Court for an order, pursuant to Federal Rule of Civil Procedure: 1) appointing the firms of Hagens Berman Sobol Shapiro LLP and Gustafson Gluek PLLC as interim co-lead class counsel for Consumer Indirect Purchaser Plaintiffs; and 2) granting any such further relief as the Court may deem just and proper.

DATED: September 28, 2018               HAGENS BERMAN SOBOL SHAPIRO LLP

                                        By:      s/ Steve W. Berman
                                              STEVE W. BERMAN

                                        Breanna Van Engelen
                                        1301 2nd Avenue, Suite 2000
                                        Seattle, Washington 98101
                                        Telephone: (206) 623-7292
                                        Facsimile: (206) 623-0594
                                        steve@hbsslaw.com
                                        breannav@hbsslaw.com

                                        Shana E. Scarlett
                                        HAGENS BERMAN SOBOL SHAPIRO LLP
                                        715 Hearst Avenue, Suite 202
                                        Berkeley, California 94710
                                        Telephone: (510) 725-3000
                                        Facsimile: (510) 725-3001
                                        shanas@hbsslaw.com

                                        Elizabeth A. Fegan
                                        HAGENS BERMAN SOBOL SHAPIRO
                                        455 N. Cityfront Plaza Drive, Suite 2410
                                        Chicago, Illinois 60611
                                        Telephone: (708) 628-4949
                                        Facsimile: (708) 628-4950
                                        beth@hbsslaw.com

                                        Daniel E. Gustafson (#202241)
                                        Daniel C. Hedlund (#258337)
                                        Michelle J. Looby (#388166)

Britany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

*Counsel for Consumer Indirect Purchaser Plaintiffs*