# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | Civil No. 18-1776 (JRT/HB)<br><br>NOTICE OF MOTION OF HAGENS BERMAN SOBOL SHAPIRO LLP AND GUSTAFSON GLUEK PLLC'S FOR APPOINTMENT AS INTERIM CO-LEAD COUNSEL FOR PROPOSED CONSUMER INDIRECT PURCHASER CLASS |

NOTICE IS HEREBY GIVEN that Consumer Indirect Purchaser Plaintiffs, by and through their undersigned counsel, hereby move the Court on their motion to appoint Hagens Berman Sobol Shapiro LLP and Gustafson Gluek PLLC as Interim Co-Lead Class Counsel for Proposed Consumer Indirect Purchaser Class, at a date and time to be determined by the Court, before the Honorable Hildy Bowbeer, United States District Court, District of Minnesota, 632 Federal Building, 316 N. Robert Street, St. Paul, MN 55101, or other location as the Court determines.

DATED: September 28, 2018

HAGENS BERMAN SOBOL SHAPIRO LLP

By:    s/ Steve W. Berman
     STEVE W. BERMAN

Breanna Van Engelen
1301 2nd Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
beth@hbsslaw.com

- 2 -

    Daniel E. Gustafson (#202241)
    Daniel C. Hedlund (#258337)
    Michelle J. Looby (#388166)
    Britanny N. Resch (#0397656)
    GUSTAFSON GLUEK PLLC
    120 South 6th Street, Suite 2600
    Minneapolis, MN 55402
    Telephone: (612) 333-8844
    Facsimile: (612) 339-6622
    dgustafson@gustafsongluek.com
    dhedlund@gustafsongluek.com
    mlooby@gustafsongluek.com
    bresch@gustafsongluek.com

    *Counsel for Consumer Indirect Purchaser Plaintiffs*

- 2 -

010736-11 1067812 V1