# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br><br>This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | Civil No. 18-1776 (JRT/HB)<br><br>CERTIFICATE OF COMPLIANCE REGARDING MEMORANDUM IN SUPPORT OF HAGENS BERMAN SOBOL SHAPIRO LLP AND GUSTAFSON GLUEK PLLC'S MOTION FOR APPOINTMENT AS INTERIM CO-LEAD COUNSEL FOR PROPOSED CONSUMER INDIRECT PURCHASER CLASS |

I, STEVE W. BERMAN, certify that this brief complies with the type-volume limitation of D. Minn. L.R. 72.2(c)(1) and with the type-size limit of D. Minn. L.R. 72.2(c)(2). The brief has 6,022 words of type, font size 13 and was prepared using Microsoft Word, which includes all text, including headings, footnotes, and quotations in the word count.

DATED: September 28, 2018         HAGENS BERMAN SOBOL SHAPIRO LLP

By:     s/ Steve W. Berman
        STEVE W. BERMAN

Breanna Van Engelen
1301 2nd Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
beth@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)

Britany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

*Counsel for Consumer Indirect Purchaser Plaintiffs*

- 2 -