# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | Civil No. 18-1776 (JRT/HB)<br><br>DECLARATION OF STEVE W. BERMAN IN SUPPORT OF HAGENS BERMAN SOBOL SHAPIRO LLP AND GUSTAFSON GLUEK PLLC'S MOTION FOR APPOINTMENT AS INTERIM CO-LEAD COUNSEL FOR PROPOSED CONSUMER INDIRECT PURCHASER CLASS |

010736-11 1067813 V1

I, STEVE W. BERMAN, declare as follows:

1. I am the managing partner of the law firm Hagens Berman Sobol Shapiro LLP, attorneys for plaintiffs in the above-titled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Hagens Berman receives compliments for the outstanding work they do, such as when Judge Andersen complimented counsel, including Ms. Fegan of Hagens Berman, in *Wiginton v. CB Richard Ellis, Inc.*, No. 02-cv-6832 (N.D. Ill.), a nationwide class action alleging sexual harassment on behalf of 16,000 female employees, stating:

> I got a long chance to work with the three of you. . . . I think you are great lawyers and I actually even think you are better people. . . . I have found working with you on this case one of the more interesting, challenging and, at some level, uplifting things that I have been able to do in the 15 years or so that I have been here. . . . I really appreciate your intelligence and your intensity here and the reasonableness overall with which you approached all of this. . . . I will move forward with a sense of affection for each one of you individually, growing out of this really difficult but important dispute.[1]

3. Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   Hagens Berman Sobol Shapiro LLP Firm Resume; and

Exhibit B:   Order, *In re Broiler Chicken Antitrust Litigation*, No. 16-CV-8637 (N.D. Ill. Dec. 14, 2016), ECF No. 248.

---

[1] Transcript of Proceedings at 15, dated January 9, 2008.

010736-11 1067813 V1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of September, 2018 at Seattle, Washington.

                                                                  s/ Steve W. Berman
                                                                 STEVE W. BERMAN