# Exhibit A



# GUSTAFSON GLUEK PLLC

### Firm Résumé

### September 2018

Gustafson Gluek PLLC is a Minneapolis law firm with a national practice, and an emphasis on antitrust, consumer protection, and class action litigation. Its nine members have over one-hundred years of experience in these areas, as well as in intellectual property litigation involving patents, trademarks, and trade dress, complex business litigation, and securities fraud litigation. Gustafson Gluek PLLC practices before state and federal courts throughout the country. Since its founding, in May 2003, its attorneys have worked with and opposed some of the nation's largest companies and law firms.

## Daniel E. Gustafson

Daniel E. Gustafson is a founding member of Gustafson Gluek PLLC. He is a *magna cum laude* graduate of the University of North Dakota, with majors in Economics and Sociology (B.A. 1986), and a *cum laude* graduate of the University of Minnesota Law School (J.D. 1989). He was a member of the Minnesota Law Review from 1987 to 1989, serving as an Associate Research Editor in 1988-1989.

During law school, he clerked for Opperman & Paquin (1987-1989), a firm that also practiced in the areas of antitrust, consumer protection and class action litigation.

After law school, Mr. Gustafson served as a law clerk to the Honorable Diana E. Murphy, United States District Judge for the District of Minnesota (1989-91).



Following his judicial clerkship, Mr. Gustafson returned to his former firm (then known as Opperman Heins & Paquin) and continued his work in the fields of antitrust and consumer protection class action litigation.

In April 1994, Mr. Gustafson became a founding member and partner in the law firm of Heins Mills & Olson, P.L.C.  Between April 1994 and May 2003, Mr. Gustafson continued his work in antitrust and consumer protection class action litigation and also developed a boutique practice of assisting national patent and intellectual property firms in litigation matters.  In May 2003, Mr. Gustafson formed Gustafson Gluek PLLC where he continues to practice antitrust and consumer protection class action law.

Mr. Gustafson is admitted to practice in the United States District Court for the District of Minnesota, the United States District Court for the District of North Dakota, the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Michigan, the United States District Court for the Eastern District of Wisconsin, the United States Courts of Appeals for the First, Third, Fifth, Sixth, Eighth and Eleventh Circuits, the Minnesota Supreme Court and in the United States Supreme Court.

Mr. Gustafson taught as an adjunct professor at the University of Minnesota Law School teaching a seminar on the "Fundamentals of Pretrial Litigation."

Mr. Gustafson is a past president of the Federal Bar Association, Minnesota Chapter (2002-2003) and served in various capacities in the Federal Bar Association over the last several years.  In 2009, he was involved in developing the Federal Bar Association's *Pro Se* Project, which coordinates volunteer representation for *pro se* litigants.  He was the Vice-Chair of the 2003 Eighth Circuit Judicial Conference held during July 2003 in Minneapolis (Judge Diana E.



Murphy was the Chair of the Conference).  He is a member of the Hennepin County, Minnesota, Federal, and American Bar Associations.

In 2001-2018, Mr. Gustafson was designated by *Law & Politics* magazine as a Minnesota "Super Lawyer," in the fields of business litigation, class actions and antitrust.  "Super Lawyer" selection results from peer nominations, a "blue ribbon" panel review process and independent research on the candidates; no more than 5% of lawyers in Minnesota are selected as "Super Lawyers."  He was also ranked in the Top 100 MN Super Lawyers in 2012 – 2018.  In 2005, Mr. Gustafson was one of only eleven Minnesota attorneys selected as a "Super Lawyer" in the field of antitrust litigation.  Mr. Gustafson was also selected as one of *Minnesota Lawyer's* Attorneys of the Year for 2010, 2013 and 2017.  He was selected based on nominations from across the state.

In 2015, the Minnesota State Bar Association (MSBA) gave special recognition to Mr. Gustafson as North Star Lawyer for the year. He was recognized as a member who provided at least 50 hours of pro bono legal services in a calendar year to low income individuals.

In 2014, Mr. Gustafson received the American Antitrust Institute (AAI) Meritorious Service Award for the support he had provided AAI.

In September 2011, Mr. Gustafson testified before the House Committee on the Judiciary, Subcommittee on Intellectual Property, Competition and the Internet regarding the proposed merger between Express Scripts and Medco.  Mr. Gustafson also testified before the United States Congressional Commission on Antitrust Modernization in June 2005.  In addition to congressional testimonies, Mr. Gustafson has authored or presented numerous seminars and continuing legal education pieces on various topics related to class action litigation, antitrust,



consumer protection or legal advocacy. He has also co-authored chapters including "Pretrial Discovery in Civil Litigation" in *Private Enforcement of Antitrust Law in the United States* and "Obtaining Evidence" in *The International Handbook on Private Enforcement of Competition*.

Mr. Gustafson is currently or has previously been named as Lead Counsel, Co-Lead Counsel or a member of the Executive Committee in the following cases, among others: *In re Syngenta Litig.* (Minn.); *In re Broiler Chicken Antitrust Litig.* (N.D. Ill); *In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litig.* (D. Minn.); *In re DRAM Antitrust Litig.* (N.D. Cal. and multiple state court actions); *In re Medtronic, Inc. Implantable Defibrillators Products Liability Litig.* (D. Minn.); *In re Vitamin C Antitrust Litig.* (E.D.N.Y.) (indirect purchaser class); *In re Flash Memory Antitrust Litig.* (N.D. Cal.); *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.); *Aspartame Antitrust Litig.* (E.D. Pa.) (direct purchaser class); *In re Comcast Corp. Set-Top Cable Television Box Antitrust Litig.* (E.D. Pa.).

Mr. Gustafson is involved in the representation of plaintiffs and plaintiff classes in numerous cases, including: *In re Asacol Antitrust Litig.* (D. Mass.); *Trabakoolas v. Watts Water Technologies, Inc.* (N.D. Cal.) ("*Toilet Products*"); *In re Aluminum Warehousing Antitrust Litig.* (S.D.N.Y.); *In re Automotive Parts Antitrust Litig.* (E.D. Mich.); *In re Plasma – Derivative Protein Therapics Antitrust Litig.* (N.D. IL); *In re Blue Cross Blue Shield Antitrust Litig.* (N.D. Ala.); *The Shane Group, Inc. v. Blue Cross Blue Shield of Michigan* (E.D. Mich.) ("*BCBS MI*"); *In re Vehicle Carrier Services Antitrust Litig.* (D.N.J.) ("*Car Carrier*"); *Kleen Products, LLC v. Packaging Corporation of America* (N.D. IL) ("*Containerboard*"); *In re Lithium Ion Batteries Antitrust Litig.* (N.D. Cal.); *Karsjens et al v. Jesson* (D. Minn.); *In re Pool Products Distribution Market Antitrust Litig.* (E.D.L.A.); and *In re Cathode Ray Tube Antitrust Litig.* (N.D. Cal.).



He also has also previously participated in the representation of plaintiff classes in other cases, including: *Dryer et al. v. Nat'l Football League* (D. Minn.); *In re BP Propane Indirect Purchaser Antitrust Litig.* (N.D. Ill.)*; In re Wellbutrin XL Antitrust Litig.* (E.D. Pa.); *In re Wellbutrin SR/Zyban Direct Purchaser Antitrust Litig.* (E.D. Pa.); *In re Ready-Mixed Concrete Antitrust Litig.* (S.D. Ind.); *In re Urethane Antitrust Litig.* (D. Kan.); *SAJ Distributors, Inc. et al. v. SmithKline Beecham Corp. et al.* (E.D. Va.) ("*Augmentin*"); *Iverson et al. v. Pfizer, Inc. et al.* (D. Minn.) ("*Canadian Prescription Drugs*"); *In re Flat Glass Antitrust Litig. (II)*, (W.D. Pa.); *In re Intel Corp Microprocessor Antitrust Litig.* (D. Del.); *In re TFT-LCD (Flat Panel) Antitrust Litig.* (N.D. Cal.); *In re Air Cargo Shipping Services Antitrust Litig.* (E.D.N.Y.); *Cason-Merenda et al., v. VHS of Michigan, Inc., d/b/a/ Detroit Medical Center et al.* (E.D. Mich); *Lief et al. v. Archer Daniels Midland Co., et al.* (D. Minn) ("*Indirect MSG*"); *In re Premarin Antitrust Litig.* (S.D. Ohio); *Blevins v. Wyeth-Ayerst Labs., Inc.* (Cal. Super. Ct.); *Ellerbrake v. Campbell Hausfeld* (20th Jud. Ct. Ill.) ("*Air Compressors*"); *Nichols et al. v. Smithkline Beecham Corp.* (E.D. Pa.) ("*Paxil*"); *Heerwagen v. Clear Channel Communications, Inc.* (S.D.N.Y.); *Wiginton v. CB Richard Ellis* (N.D. Ill.); *Samples v. Monsanto Co.* (E.D. Mo.) ("*Bio Seeds*"); *In re Magnetic Audiotape Antitrust Litig.* (S.D.N.Y.); *In re Terazosin Hydrochloride Antitrust Litig.* (S.D. Fla.) ("*Hytrin*"); *In re High Pressure Laminates Antitrust Litig.* (S.D.N.Y.); *High Pressure Laminates Antitrust Litig.* (multiple state court indirect purchaser actions); *In re Vitamins Antitrust Litig.* (D.D.C.); *Minnesota Vitamins Antitrust Litig.* (Minn. 2nd Jud. Dist.); *Infant Formula Antitrust Litig.* (multiple state court actions; lead trial counsel for Wisconsin action); *Shaw v. Dallas Cowboys Football Club* (E.D. Pa.) ("*NFL*"); *Thermal Fax Paper Antitrust Litig.* (state court actions in Minnesota, Wisconsin and Florida) ("*Fax Paper*"); *Lazy Oil, Inc. v. Witco Corp.*



(W.D. Pa.) ("*Penn Grade*"); *In re Molybdenum Antitrust Litig.* (W.D. Pa.); *In re Motorsports Merchandise Antitrust Litig.* (N.D. Ga.); *In re Commercial Explosives Antitrust Litig.* (D. Utah); *In re Diamonds Antitrust Litig.* (S.D.N.Y.); *In re Drill Bits Antitrust Litig.* (S.D. Tex.); *In re Catfish Antitrust Litig.* (D. Miss.); *In re Steel Drums Antitrust Litig.* (S.D. Ohio); *In re Steel Pails Antitrust Litig.* (S.D. Ohio); *In re Bulk Popcorn Antitrust Litig.* (D. Minn.); *In re Workers' Compensation Ins. Antitrust Litig.* (D. Minn.); *Cimarron Pipeline Constr., Inc. v. National Council on Compensation Ins.* (W.D. Okla.); *Schmulbach v. Pittway Corp.* (Ill., 11th Jud. Dist.) ("*Smoke Detectors*"); *In re Commercial Tissue Antitrust Litig.* (N.D. Fla.); *In re Sodium Gluconate Antitrust Litig.* (N.D. Cal.); and *AL Tech Specialty Steel Corp. v. UCAR Int'l.* (E.D. Pa.) ("*Specialty Steel*").

Mr. Gustafson is also currently or has recently been involved in other non-class complex litigation concerning antitrust, consumer protection, contract, unfair competition, trademark and patent infringement claims, including: *United States ex rel., Gerry Phalp & Matt Peoples v. Lincare Holding Inc.* (D. Fla.); *Regional Multiple Listing Services of MN, Inc. d/b/a NorthstarMLS v. American Home Realty Network, Inc. v. Edina Realty, Inc., et.al.* (D. Minn.); *Metropolitan Regional Information Systems, Inc. v. Am. Home Realty Network, Inc., et al.* (D. Md.); *Preferred Carolinas Realty, Inc. v. Am. Home Realty Network, Inc.* (M.D.N.C.); *Synthes USA, LLC v. Spinal Kinetics* (N.D. Cal.); *KBA- Giori, North America, Inc., v. Muhlbauer, Inc.* (E.D. Va.) ("*KBA II*"); *KBA-Giori, North America, Inc. v. Muhlbauer, Inc.* (E.D. Va.) ("*KBA I*"); *Spine Solutions, Inc., v. Medtronic Sofamor Danek, Inc.* (W.D. Tenn.); *Harmon v. Innomed Technologies, Inc.* (S.D. Ga); *J.D. Edwards World Solutions Company Arbitrations* (AAA) (trial



counsel for Quantegy and Amherst); *INO Therapeutics, Inc. v. SensorMedics Corp.* (D.N.J.); and *In re National Metal Technologies, Inc.* (S.D. Cal.).

He also has represented parties in other unfair competition, trademark, and patent infringement cases, including: *Transclean Corp. v. MotorVac Technologies, Inc.* (D. Minn.); *Ryobi Ltd. v. Truth Hardware Corp.* (D. Minn.); *Minnesota Mining & Mfg. Co. v. Fellowes Mfg. Co.* (D. Minn.); *Eastman Kodak Co. v. Minnesota Mining & Mfg. Co.* (W.D.N.Y.); *On Assignment, Inc. v. Callander* (Minn., 4th Jud. Dist.); *Rainforest Cafe, Inc., v. Amazon, Inc.* (D. Minn.); *Medical Graphics Corp. v. SensorMedics Corp.* (D. Minn.); *Medtronic, Inc., v. Intermedics Inc.* (D. Minn.); *Cardiac Pacemakers, Inc. v. Robert Warner* (D. Minn.); *Cardiac Pacemakers, Inc. v. Intermedics Inc.* (D. Minn.); *Birchwood Laboratories v. Citmed Corp.* (D. Minn.); *Hammond v. Hitachi Power Tools, Inc.* (D. Minn.); *McCarthy v. Welshman* (D. Minn.); and *UFE, Inc., v. Alpha Enters., Inc.* (D. Minn.).

**<u>Karla M. Gluek</u>**

Karla M. Gluek is a founding member of Gustafson Gluek PLLC.  She is a graduate of the University of St. Thomas with a major in English (B.A. 1990) and is a *cum laude* graduate of William Mitchell College of Law (J.D. 1993).

During law school she clerked for the Minnesota Attorney General's Office (1993-1994). Shortly after graduating from law school Ms. Gluek served as a law clerk to the Honorable Gary Larson, District Judge, Fourth Judicial District of Minnesota (1994).

Ms. Gluek has been practicing in the areas of antitrust and consumer protection class action litigation since 1995.  In May 2003, Ms. Gluek joined Mr. Gustafson in forming Gustafson Gluek PLLC.



She is admitted to practice in the United States District Court for the District of Minnesota and the Eighth Circuit Court of Appeals. Ms. Gluek is a member of the Hennepin County, Minnesota, and Federal Bar Associations.

In 2011-2018, she was designated by *Law & Politics* magazine as a Minnesota "Super Lawyer," in the field of antitrust law. "Super Lawyer" selection results from peer nominations, a "blue ribbon" panel review process and independent research on the candidates; no more than 5% of lawyers in Minnesota are selected as "Super Lawyers." She was also selected as one of *Minnesota Lawyer's* Attorneys of the Year for 2014 and 2017 based on nominations from across the state.

Ms. Gluek serves as a volunteer attorney for the Minnesota Federal Bar Association's Federal *Pro Se* Project. In 2015, the Minnesota State Bar Association (MSBA) gave special recognition to Ms. Gluek as North Star Lawyer for the year. She was recognized as a member who provided at least 50 hours of pro bono legal services in a calendar year to low income individuals.

Ms. Gluek is currently actively involved in the representation of plaintiffs and plaintiff classes in numerous cases including: *In re Syngenta Litig.* (Minn.); *In re Asacol Antitrust Litig.* (D. Mass.); *In re Celebrex (Celecoxib) Antitrust Litig.* (E.D. Va.); *In re Opana ER Antitrust Litig.* (N.D. Ill.); *Frost v. LG Electronics Inc.,* (N.D. Cal.); *In re UnitedHealth Group PBM Litig.* (D. Minn.); *Karsjens et al v. Jesson* (D. Minn.); *Regional Multiple Listing Services of MN, Inc. d/b/a NorthstarMLS v. American Home Realty Network, Inc. v. Edina Realty, Inc., et.al.* (D. Minn.); *Metropolitan Regional Information Systems, Inc. v. Am. Home Realty Network, Inc., et al.* (D. Md.); *Preferred Carolinas Realty, Inc. v. Am. Home Realty Network, Inc.* (M.D.N.C.); *In re*



*Plasma – Derivative Protein Therapics Antitrust Litig.* (N.D. IL); *In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation* (D. Minn.); *In re National Arbitration Forum Litigation* (D. Minn.); *In re Wellbutrin XL Antitrust Litigation* (E.D. Pa.); *St. Barnabas Hospital, Inc. et al. v. Lundbeck, Inc. et al.* (D. Minn.); *In re Androgel Antitrust Litigation* (N.D. Ga.); *In re Comcast Corp, Set-Top Cable Television Box Antitrust Litigation* (E.D. Pa); *In re Medtronic, Inc. Implantable Defibrillators Products Liability Litigation* (D. Minn.); *Yarrington v. Solvay Pharmaceuticals, Inc. et al.* (D. Minn.) ("*Estratest*"); *Lief et al. v. Archer Daniels Midland Co. et al.* (D. Minn.) ("*Indirect MSG*"); *Ellerbrake v. Campbell Hausfeld* (20th Jud. Ct. Ill.) ("*Air Compressors*"); *Nichols et al. v. Smithkline Beecham Corp.* (E.D. Pa.) ("*Paxil*"); *Heerwagen v. Clear Channel Communications, Inc.* (S.D.N.Y.); *Wiginton v. CB Richard Ellis* (N.D. Ill.); *Robin Drug Co. v. PharmaCare Management Services Inc.* (Minn. 4th Jud. Dist.) ("*Pharmacy Underpayment*").

She also has been involved in other class actions and complex cases, including: *In re Wellbutrin SR/Zyban Direct Purchaser Antitrust Litig.* (E.D. Pa.); *In re Dry Max Pampers Litig.* (S.D. Ohio); *SAJ Distributors, Inc. et al. v. SmithKline Beecham Corp. et al.* (E.D. Va.) ("*Augmentin*"); *Iverson et al. v. Pfizer, Inc. et al.* (D. Minn.) ("*Canadian Prescription Drug*"); *In re MSG Antitrust Litig.* (D. Minn.) ("*MSG*"); *In re Minnesota Vitamin Antitrust Litig.* (Minn., 2nd Jud. Dist.); *Samples v. Monsanto Co.* (E.D. Mo.) ("*Bio Seeds*"); *In re Terazosin Hydrochloride Antitrust Litig.* (S.D. Fla.) ("*Hytrin*"); *In re Magnetic Audiotape Antitrust Litig.* (S.D.N.Y.); *In re Grand Casinos Inc. Sec. Litig.* (D. Minn.); *In re Olympic Fin., Ltd. Sec. Litig.* (D. Minn.); *Schmulbach v. Pittway Corp.* (Ill., 12th Jud. Dist.) ("*Smoke Detectors*"); *Ruff v. Parex, Inc.* (N.C. New Hanover Cty. Sup. Ct.) ("*EIFS*"); *Behm v. John Nuveen & Co., Inc.*



(Minn. 4th Jud. Dist.); *Infant Formula Antitrust Litig.* (multiple state court actions); *In re Prudential Ins. Co. Sales Practices Litig.* (D.N.J.); *Big Valley Milling, Inc. v. Archer Daniels Midland Co.* (Minn. 8th Jud. Dist.) ("*Lysine*"); *In re High-Fructose Corn Syrup Antitrust Litig.* (C.D. Ill.); *Raz v. Archer Daniels Midland Co.* (Minn. 8th Jud. Dist.) ("*Citric Acid*"); and *S&S Forage Equip. Co. v. Up North Plastics, Inc.* (D. Minn.) ("*Silage Bags*").

Ms. Gluek is also currently or has been involved in other non-class complex cases involving antitrust, consumer protection, contract, unfair competition, trademark and patent infringement claims, including:  *Synthes USA, LLC v. Spinal Kinetics, Inc.* (N.D. Cal.); *KBA-Giori, North America, Inc. v. Muhlbauer, Inc.* (E.D. Va.) ("KBA II"); *KBA-Giori, North America, Inc., v. Muhlbauer, Inc.* (E.D. Va.) ("KBA I"); *Spine Solutions, Inc. v. Medtronic Sofamor Danek, Inc.* (W.D. Tenn.); *Harmon v. Innomed Technologies, Inc.* (S.D. Ga.); *J.D. Edwards World Solutions Company Arbitrations* (AAA); *INO Therapeutics Inc. v. SensorMedics Corp.* (D.N.J.); *In re National Metal Technologies, Inc.* (S.D. Cal.); *Transclean Corp. v. MotorVac Technologies, Inc.* (D. Minn.); *Cardiac Pacemakers, Inc. v. Warner* (D. Minn.); *Intermedics, Inc. v. Cardiac Pacemakers, Inc.* (D. Minn.); *Hammond v. Hitachi Power Tools, Inc.* (D. Minn.); *Minnesota Mining & Mfg. Co. v. Fellowes Mfg. Co.* (D. Minn.); *UFE, Inc. v. Alpha Enters., Inc.* (D. Minn.); *Eastman Kodak Co. v. Minnesota Mining & Mfg. Co.* (W.D.N.Y.); *On Assignment, Inc. v. Callander* (Minn., 4th Jud. Dist.).

## Jason S. Kilene

Jason S. Kilene is a member in the firm of Gustafson Gluek PLLC.  He is a graduate of the University of North Dakota (B.A. 1991) with a major in Political Science and a graduate of the University of North Dakota School of Law *with distinction* (J.D. 1994).



After graduating from law school, Mr. Kilene served as law clerk to the Honorable Bruce M. Van Sickle, United States District Judge, District of North Dakota. Prior to joining Gustafson Gluek PLLC in August 2003, Mr. Kilene practiced in the areas of antitrust, securities and business litigation at the law firms of Oppenheimer Wolff & Donnelly, LLP, and Heins Mills & Olson, P.L.C.

Mr. Kilene is admitted to the Minnesota Bar, North Dakota Bar and is admitted to practice in the United States District Court for the District of Minnesota. He is also a member of the Hennepin County, Minnesota, North Dakota, and Federal Bar Associations.

He is currently or has recently been involved in the representation of plaintiffs and plaintiff classes in numerous cases including: *In re Optical Disk Drive Antitrust Litig.* (N.D. Cal.)*; Kleen Products LLC, et al. v. Packaging Corporation of America et al.* (N.D. Ill.)*; In re American Express Anti-Steering Rules Antitrust Litig.* (E.D.N.Y.)*; In re Automotive Parts Antitrust Litig.* (E.D. Mich.)*; In re Domestic Drywall Antitrust Litig.* (E.D. Penn.); *In re Lithium Ion Batteries Antitrust Litig.* (N.D. Cal.)*; In re NCAA Student-Athlete Name & Likeness Licensing Litig.* (N.D. Cal.)*; Dryer v. National Football League* (D. Minn.); *In re Ductile Iron Pipe Fittings Indirect Purchaser Antitrust Litig.* (D.N.J.)*; In re Pool Products Distribution Market Antitrust Litig.* (E.D. La.); *In re Potash Antitrust Litig. (II)* (N.D. Ill.)*; In re Florida Cement and Concrete Antitrust Litig.* (S.D. Fla.)*; In re Photochromic Lens Antitrust Litig.* (M.D. Fla.); *In re Imprelis Herbicide Marketing, Sales Practices, and Products Liability Litig.* (E.D. Pa.)*; In re Urethane Antitrust Litig.* (D. Kan.); *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.* (E.D.N.Y.); *In re Intel Corp Microprocessor Antitrust Litig.* (D. Del.); *Carolos Lossada v. Union Oil Company of California* (Sup. Ct. Cal.); *In re ATM Fee Antitrust Litig.* (N.D. Cal.)



("*ATM*"); *Edwards et al. v. National Milk Producers Federation, et al.* (N.D. Cal.)*; Ticho v. Budget Rent A Car System, Inc.* (Sup. Ct. Cal.); *In re BP Propane Indirect Purchaser Antitrust Litig.* (N.D. Ill.)*; In re Aftermarkets Filters Antitrust Litig.* (N.D. Ill.); *In re Chocolate Confectionary Antitrust Litig.* (M.D. Pa.); *In re Cathode Ray Tube Antitrust Litig.* (N.D. Cal.); *In re Flat Glass Antitrust Litig. (II)* (W.D. Pa.); *In re Online DVD Rental Antitrust Litig.* (N.D. Ca.); *In re Steel Antitrust Litig.* (N.D. Ill.); *Universal Delaware et al. v. Comdata Corporation et al.* (E.D. Pa.); *In re Vitamins Antitrust Litig.* (D.D.C.); *In re Broadcom Corp. Securities Litig.* (C.D. Cal.); *In re High Pressure Laminates Antitrust Litig.* (S.D.N.Y.); *Microsoft Indirect Purchaser Antitrust Litig.* (Minnesota and North Dakota); and *In re Relafen Antitrust Litig.* (N.D. Cal.).

Mr. Kilene has been involved in other complex cases involving antitrust, consumer protection, contract and unfair competition, including: *In re J.D. Edwards World Solutions Company* (AAA) (trial counsel for Quantegy and Amherst) and *National Metal Technologies, Inc. et al. v. Alliant Techsystems, Inc. et al.* (S.D. Cal.) ("NMT").

**Daniel C. Hedlund**

Daniel C. Hedlund is a member of Gustafson Gluek PLLC.  He is a graduate of Carleton College (B.A. 1989) and is a *cum laude* graduate of the University of Minnesota Law School (J.D. 1995).  He was a Note and Comment Editor and member of the Minnesota Journal of Global Trade from 1993-1995 and a recipient of the Federal Bar Association's John T. Stewart, Jr. Memorial Fund Writing Award (1994).



Mr. Hedlund served as a law clerk to the Honorable Gary L. Crippen, Minnesota Court of Appeals (1997) and to the Honorable Dolores C. Orey, Fourth Judicial District of Minnesota (1995-1996).

Mr. Hedlund has practiced in the areas of antitrust, securities fraud, and consumer protection since 1997.  He is admitted to practice in the United States District Court for the District of Minnesota, the Eighth Circuit Court of Appeals, the Second Circuit Court of Appeals, and in Minnesota State Court.  Mr. Hedlund is a member of the Federal, American, Minnesota, and Hennepin County Bar associations.  Mr. Hedlund is active in the Minnesota Chapter of the Federal Bar Association (FBA), currently serving as Co-Vice President for the Eighth Circuit. He has previously served in several roles for the Minnesota Chapter including: Co-Vice President, Legal Education; Co-Vice President, Special Events; Co-Vice President, Monthly Meetings; Secretary; and Liaison between the FBA and the Minnesota State Bar Association. He recently served as Chairman for the Antitrust Section of the Minnesota State Bar Association (MSBA), Secretary for the MSBA Consumer Litigation Section, and is past President of the Committee to Support Antitrust Laws.

In addition to presenting at CLEs, Dan has testified multiple times before the Minnesota legislature on competition law, and before the Federal Rules Committee.  He is a co-author of the "Plaintiff Overview" in Private Antitrust Litigation 2015 – Getting the Deal Through, and a contributor to Concurrent Antitrust Criminal and Civil Procedure 2013 – American Bar Association.

In 2013-2018, he was designated by *Law & Politics* magazine as a Minnesota "Super Lawyer," in the field of antitrust law.  "Super Lawyer" selection results from peer nominations, a



"blue ribbon" panel review process and independent research on the candidates; no more than 5% of lawyers in Minnesota are selected as "Super Lawyers." He was also ranked in the Top 100 MN Super Lawyers in 2015, 2017 and 2018. Mr. Hedlund has served as a volunteer attorney for the Minnesota Federal Bar Association's Federal *Pro Se* Project and is the recipient of the Minnesota District Court's Distinguished Pro Bono Service Award in 2011.

Mr. Hedlund is currently or has been actively involved in the representation of plaintiffs and classes in numerous cases, including: *In re Dealer Management Systems Antitrust Litig.* (N.D. Ill.) (Member-Plaintiffs' Steering Committee); *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.) (Co-Lead Counsel—Commercial and Institutional Indirect Purchaser Class); *Kleen Prods. v. Intl. Paper (Containerboard Antitrust Litig.)* (N.D. Ill.) (Discovery Team Co-Leader); *Bhatia v. 3M Co.* (D. Minn.) (Co-Lead Counsel); *In re CenturyLink Sales Practices and Securities Litig.* (D. Minn.) (Executive Committee Chair); *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.) (Co-Lead Counsel); *The Shane Group, Inc. v. Blue Cross Blue Shield of Michigan* (E.D. Mich.) (Co-Lead Counsel); *In re Capacitors Antitrust Litig.* (N.D. Cal.); *In re Resistors Antitrust Litig.* (N.D. Cal.); *In re Vitamin C Antitrust Litig.* (E.D.N.Y.) (Co-Lead Counsel-Indirect Purchaser Classes); *In re Blue Cross Blue Shield Antitrust Litig.* (N.D. Ala.) (Member-Damages Committee); *In re Packaged Seafood Antitrust Litig.* (S.D. Cal.); *In re DRAM Antitrust Litig.* (Co-Lead Counsel--multiple federal and state court indirect purchaser class actions); *In re Flash Memory Antitrust Litig.* (N.D. Cal.); *In re Processed Egg Products Antitrust Litig.* (E.D. Pa.); *In re TFT-LCD (Flat Panel) Antitrust Litig.* (N.D. Cal.); *In re Refrigerant Compressors Antirust Litig.* (E.D. Mi.); *In re SIGG Switzerland (USA), Inc. Aluminum Bottles Marketing and Sales Practices Litig.* (W.D. Ky.); *In re Air Cargo Shipping*



*Services Antitrust Litig.* (E.D.N.Y.); *In re St. Paul Travelers Securities Litig. II* (D. Minn.); *In re Digital Music Antitrust* (S.D.N.Y.); *In re OSB Antitrust Litig.* (E.D. Pa.); *In re Funeral Consumers Antitrust Litig.* (S.D. Tex.); *McIntosh v. Monsanto Co.* (E.D. Mo.); *In re AOL Time Warner Securities Litig.* (S.D.N.Y.) (Prior Firm Co-Lead Counsel); *In re Commercial Tissue Antitrust Litig.* (N.D. Fla.); *In re Universal Service Fund Telephone Billing Practices Litig.* (D. Kan.); *In re Green Tree Financial Stock Litig.* (D. Minn.) (Prior Firm Co-lead Counsel); *In re NASDAQ Market-Makers Antitrust Litig.* (S.D.N.Y.); *In re Polypropylene Carpet Antitrust Litig.* (N.D. Ga.); *In re Buffets, Inc. Securities Litig.* (D. Minn.); *In re Mercedes Benz Antitrust Litig.* (D.N.J.); *In re Xcel Energy, Inc. Securities Litig.* (D. Minn.); *In re Blue Cross Subscriber Litig.* (D. Minn.); *In re MSG Antitrust Litig.* (D. Minn.); *In re Mercury Finance Co. Securities Litig.* (N.D. Ill.); *In re Olympic Financial Securities Litig.* (D. Minn.); and *In re Flat Glass Antitrust Litig.* (W.D. Pa.).

**Amanda M. Williams**

Amanda M. Williams is a member of Gustafson Gluek PLLC. She is a *magna cum laude* graduate of Gustavus Adolphus College (B.A. 2001) with a major in Psychology and a graduate of the University of Minnesota Law School (J.D. 2004). Ms. Williams is admitted to the Minnesota Bar and is admitted to practice in the United States District Court for the District of Minnesota.

During law school, Ms. Williams studied comparative international law abroad in Greece and served as a judicial extern for the Honorable George W. Perez, Minnesota Tax Court. Ms. Williams also participated in the Jessup International Law Moot Court.



After graduating from law school Ms. Williams served as law clerk to the Honorable Gordon W. Shumaker, Minnesota Court of Appeals.  She then joined Gustafson Gluek PLLC in 2005.  Ms. Williams is an active member of Minnesota Women Lawyers and is former chair of the Law School Scholarship Committee. She serves as a volunteer attorney for the Minnesota Federal Bar Association's Federal *Pro Se* Project and is a recipient of the Minnesota chapter of the Federal Bar Association's 2011 Distinguished *Pro Bono* Service award.  In 2015, the Minnesota State Bar Association (MSBA) gave special recognition to Ms. Williams as North Star Lawyer for the year. She was recognized as a member who provided at least 50 hours of pro bono legal services in a calendar year to low income individuals.

In 2013-2018, Ms. Williams was designated a "Rising Star" in the field of antitrust litigation by *Law & Politics* magazine.

Ms. Williams is currently or has been actively involved in the representation of plaintiffs and plaintiff classes in numerous cases including:  *In re Syngenta Litig.* (Minn.); *In re Asacol Antitrust Litig.* (D. Mass.); *Fleischman v. Albany Medical Center* (N.D.N.Y.); *Reed, et al. v. Advocate Health Care*, *et al.* (N.D. Ill.); *Clarke et al v. Baptist Memorial Healthcare Corp. et al* (W.D. Tenn.); *Maderazo et al. v. VHS San Antonio Partners D.B.A. Methodist Hospitals et al.* (W.D. Tex.); *Cason-Merenda, et al v. Detroit Medical Center* (E.D. Mich.); *In re Containerboard Antitrust Litig.* (N.D. Ill.); *Pinsonneault v. St. Jude Medical et al* (D. Minn.); *The Shane Group, Inc., et al. v. Blue Cross Blue Shield of Michigan* (E.D. Mich.); *In re Urethane Antitrust Litig.* (D. Kan.); *In re Funeral Consumers Antitrust Litig.* (S.D. Texas); *In re Foundry Resins Antitrust Litig.* (S.D. Ohio); *In re Wellbutrin SR Antitrust Litig.* (E.D. Pa.); *In re Medtronic, Inc. Implantable Defibrillators Products Liability Litig.* (D. Minn); *In re Medtronic,*



*Inc. Sprint Fidelis Leads Products Liab. Litig.* (D. Minn); *Kleen Products LLC, et al. v. Packaging Corp. of America, et al.* (N.D. Ill.); *In re: American Medical Systems, Inc. Litig.* (Henn. Co.); and *Karsjens, et. al v. Jesson, et. al* (D. Minn.).

Ms. Williams also is or has been involved in other non-class complex cases involving antitrust, consumer protection, contract, unfair competition trademark and patent infringement claims including:  *Regional Multiple Listing Services of MN, Inc. d/b/a NorthstarMLS v. American Home Realty Network, Inc. v. Edina Realty, Inc., et.al.* (D. Minn.); *Metropolitan Regional Information Systems, Inc. v. Am. Home Realty Network, Inc., et al.* (D. Md.); *Preferred Carolinas Realty, Inc. v. Am. Home Realty Network, Inc.* (M.D.N.C.); *In re Medtronic Infusion Sets and Insulin Pumps Litigation;* and *In re American Medical Systems, Inc. Pelvic Repair System Product Liability Litigation* (S.D. W.Va.).

### Catherine Sung-Yun K. Smith

Catherine Sung- Yun K. Smith is a member of Gustafson Gluek PLLC.  She is a graduate of Korea University (B.A. 2000) and a graduate of University of Minnesota Law School (J.D. 2005).  Ms. Smith is admitted to the New York Bar, Minnesota Bar and is admitted to practice in the United States District Court for the District of Minnesota.

During law school, Ms. Smith served as a director of the Civil Practice Clinic, and also as a director of the William E. McGee National Civil Rights Moot Court Competition. Ms. Smith served as a judicial extern for the Honorable Regina Chu, District Judge, Fourth Judicial District of Minnesota. In addition, Ms. Smith also participated in the Maynard Pirsig Moot Court. She joined Gustafson Gluek PLLC in 2007.



Ms. Smith has been named as a Minnesota "Super Lawyer Rising Star" in 2013-2016 by *Law & Politics* magazine.

Ms. Smith is fluent in Korean and English and also has basic language skills in German, Japanese, and Chinese.

Ms. Smith is currently or has been actively involved in the representation of plaintiffs and classes in numerous cases including: *In re TFT LCD (Flat Panel) Antitrust Litig.* (N.D. Ca); *In re Cathode Ray Tube Antitrust Litig.* (N.D. Ca.); *In re Optical Disk Drive Antitrust Litig.* (N.D. Cal.)*; In re Air Cargo Shipping Services Antitrust Litig.* (E.D.N.Y.); *Hyun Park et al v. Korean Air Lines Co., Ltd.* (C.D. Ca); *In re Online DVD Rental Antitrust Litig.* (N.D. Ca.); *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.* (E.D.N.Y.); *In re Flash Memory Antitrust Litigation* (N.D. Cal.); *In re American Express Anti-Steering Rules Antitrust Litig.* (E.D.N.Y.)*; In re Automotive Parts Antitrust Litig.* (E.D. Mich.)*;* and *In re Lithium Ion Batteries Antitrust Litig.* (N.D. Cal.)*.*

**<u>David A. Goodwin</u>**

David A. Goodwin is a member of Gustafson Gluek PLLC. He is a graduate of the University of Wisconsin (B.A. 2001) and a graduate of DePaul University College of Law (J.D. 2006). Mr. Goodwin is admitted to practice in the Minnesota Bar and is admitted to practice in the United States District Court for the District of Minnesota.

During law school, Mr. Goodwin worked for Grotefeld & Denenberg LLC, a Chicago law firm specializing in insurance subrogation litigation. In 2005, Mr. Goodwin was selected to serve as the law clerk for the Office of the General Counsel of TCF Bank. Mr. Goodwin worked at TCF while attending the University of Minnesota Law School as a visiting student.



Mr. Goodwin serves on the national Board of Directors for the Federal Bar Association and the Minnesota Chapter of the Federal Bar Association. He is the past Chair for the Federal Bar Association Younger Lawyers Division and Treasurer for the Minnesota State Bar Association Consumer Litigation Section. Mr. Goodwin has been named as a Super Lawyer Rising Star from 2013-2018.  In 2015, the Minnesota State Bar Association (MSBA) gave special recognition to Mr. Goodwin as North Star Lawyer for the year. He was recognized as a member who provided at least 50 hours of pro bono legal services in a calendar year to low income individuals.

Mr. Goodwin is currently or has been actively involved in the representation of plaintiffs and classes in numerous cases including: *In re Aluminum Warehousing Antitrust Litig.* (S.D.N.Y.)*; In re National Football League Players' Concussion Injury Litig.* (E.D. Pa.)*; In re TFT-LCD (Flat Panel) Antitrust Litig.* (N.D. Cal.)*; In re Pre-Filled Propane Tank Marketing and Sales Practices Litig.* (W.D. Mo.)*; In re NCAA Student- Athlete Name and Likeness Licensing Litig.* (N.D. Cal.)*; In re Plasma-Derivative Protein Therapies Antitrust Litig.* (N.D. Ill.)*; Dryer v. NFL* (D. Minn.)*; In re Aluminum Warehousing Antitrust Litig.* (S.D.N.Y)*; Smith v. Questar Capital Corp.* (D. Minn.)*; In re: National Hockey League Players' Concussion Injury Litig.* (D. Minn.); *In re Packaged Ice Antitrust Litig.* (E.D. Mi.); *Luis, et al.  v. RBC Capital Markets* (D. Minn.); *In re FCA US LLC Monostable Electronic Gearshift Litigation* (E.D. Mi.); *Bhatia, et al. v. 3M Company* (D. Minn.); *Karsjens, et. al v. Jesson, et. al* (D. Minn.); *In re CenturyLink Sales Practices and Securities Litig.*  (D. Minn.); and *Ochoa, et al. v. Pershing, LLC* (N.D. Tex.).



**Michelle J. Looby**

Michelle J. Looby is a member of Gustafson Gluek PLLC. She is a graduate of the University of Minnesota *with distinction* (B.A. 2004) and a *magna cum laude* graduate of William Mitchell College of Law (J.D. 2007). Ms. Looby is admitted to the Minnesota Bar and is admitted to practice in the United States District Court for the District of Minnesota and the United State District Court for the District of North Dakota.

During law school, Ms. Looby was a member of the *William Mitchell Law Review* from 2005-2007, serving as Assistant Editor in 2006-2007. She served as a judicial intern to The Honorable Faye Flancher and The Honorable Emily Mueller, Circuit Court Judges, Racine County Circuit Court of Wisconsin. She also served as a judicial extern to The Honorable David Higgs, District Judge, Second Judicial District of Minnesota. In addition, Ms. Looby was a five-time recipient of the CALI Excellence for the Future Award, recognizing the student with the highest grade in the class as determined by the instructor or registrar.

Ms. Looby recently served on the Board of Directors for Minnesota Women Lawyers, an association of more than 1,300 attorneys, judges, law students, legal employers and others dedicated to advancing the success of women attorneys and striving for a just society. Ms. Looby is a member of the Minnesota State Bar Association's Antitrust Council, serving as its Treasurer and Diversity & Inclusion Liaison, serves on the executive committee of the Coalition in Support of the Antitrust Laws, and is a member of the American Bar Association and Federal Bar Association.

Ms. Looby serves on Law360's Competition Editorial Advisory Board, a leading daily legal news and intelligence service that reaches over one million recipients each day, co-authored



the Plaintiff Overview chapter of *Getting the Deal Through: Private Antitrust Litigation 2015,* and has presented at CLEs and conferences on the topic of antitrust law.

In 2015, Ms. Looby received the American Antitrust Institute's award for Outstanding Antitrust Litigation Achievement by a Young Lawyer.  She has been designated by *Law & Politics* magazine as a Minnesota "Super Lawyer Rising Star" from 2014 - 2018.  "Super Lawyer" selection results from peer nominations, a "blue ribbon" panel review process and independent research on the candidates; no more than 2.5% of lawyers in Minnesota are selected as "Rising Stars."

Ms. Looby is currently or has been actively involved in the representation of plaintiffs and classes in numerous cases including: *In re Dealer Management Systems Antitrust Litig.* (N.D. Ill.) (Member-Plaintiffs' Steering Committee); *In re CenturyLink Sales Practices and Securities Litigation* (D. Minn.) (Executive Committee Chair); *Precision Associates, Inc. et al. v. Panalpina World Transport (Holding), Ltd., et al.* (E.D.N.Y.) (firm Co-Lead Counsel); *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.) (firm Co-Lead Counsel)*; In re Asacol Antitrust Litig.* (D. Mass.) (Trial Team); *In re Automotive Parts Antitrust Litig.* (E.D. Mich.)*; In re Steel Antitrust Litig.* (N.D. Ill.); *In re Celebrex (Celecoxib) Antitrust Litig.* (E.D. Va.); *In re Opana ER Antitrust Litig.* (N.D. Ill.); *In re National Arbitration Forum Litig.* (D. Minn.) (firm Co-Lead Counsel); *In re Vitamin C Antitrust Litig.* (E.D.N.Y.) (firm Co-Lead Counsel)*; In re Processed Egg Products Antitrust Litig.* (E.D. Pa.)*; In re Ductile Iron Pipe Fittings ("DIPF") Indirect Purchaser Antitrust Litig.* (D. N.J.)*; Universal Delaware, Inc., d/b/a Gap Truck Stop et al. v. Comdata Corporation* (E.D. Pa.)*; In re Online DVD Rental Antitrust Litig.* (N.D. Cal.); *In re Comcast Corp. Set-Top*



*Cable Television Box Anti-Trust Litig.* (E.D. Pa.); *Marchese v. Cablevision Systems Corp.* (D. N.J.)*;* and *In re Refrigerant Compressors Antitrust Litig.* (E.D. Mich.).

**Joshua J. Rissman**

Joshua J. Rissman is a member of Gustafson Gluek PLLC.  He is a *magna cum laude* graduate of the University of Minnesota with a major in Political Science (B.A. 2005) and a *cum laude* graduate of the University of Minnesota Law School (J.D. 2010).  While in law school, Mr. Rissman was a Student Articles Editor on *Law & Inequality: A Journal of Theory and Practice*.  He also clerked for two Minneapolis law firms, the United States Attorney's Office and interned for the Honorable John McShane in Hennepin County District Court.  Mr. Rissman joined Gustafson Gluek PLLC in August 2010.  He is admitted to the Minnesota Bar and is admitted to practice in the United States District Court District of Minnesota.

In 2014-2018, Mr. Rissman was designated by *Law & Politics* magazine as a Minnesota "Super Lawyer Rising Star."  "Super Lawyer" selection results from peer nominations, a "blue ribbon" panel review process and independent research on the candidates; no more than 2.5% of lawyers in Minnesota are selected as "Rising Stars."

Mr. Rissman is actively involved in the *Pro Se* Project, representing civil litigants in federal court who would otherwise go without representation.  Mr. Rissman is also proficient in Spanish and is a member of the Minnesota, American and Federal Bar Associations.

Mr. Rissman is currently or has been actively involved in the representation of plaintiffs and classes in numerous cases including: *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.); *In re Online DVD Rental Antitrust Litig.* (N.D. Ca.); *In re*



*Containerboard Antitrust Litig.* (N.D. Ill.); and *In re American Express Anti-Steering Rules Antitrust Litig.* (No. II) (E.D.N.Y.).

**Raina C. Borrelli**

Raina C. Borrelli is an associate of Gustafson Gluek PLLC. She is a *summa cum laude* graduate of Tulane University (B.S.M. 2008) and a *magna cum laude* graduate of the University of Minnesota Law School (J.D. 2011). Ms. Borrelli is admitted to the Minnesota Bar and is admitted to practice in the United States District Court for the District of Minnesota. She is a member of the Federal Bar Association, Minnesota Bar Association, and Minnesota Women Lawyers.

In 2014-2018, Ms. Borrelli was designated by *Law & Politics* magazine as a Minnesota "Super Lawyer Rising Star."  "Super Lawyer" selection results from peer nominations, a "blue ribbon" panel review process and independent research on the candidates; no more than 2.5% of lawyers in Minnesota are selected as "Rising Stars." In 2015, the Minnesota State Bar Association (MSBA) gave special recognition to Ms. Borrelli as North Star Lawyer for the year. She was recognized as a member who provided at least 50 hours of pro bono legal services in a calendar year to low income individuals.

During law school, Ms. Borrelli was a member of the Phillip C. Jessup International Moot Court Competition Team, served on the board of NOLA MN, a student group that organized trips to New Orleans for law students to participate in volunteer legal work, and worked as a law clerk in the in-house legal department of two major corporations and as a law clerk for a small plaintiff's firm. Ms. Borrelli was a judicial extern for the Honorable Ann Alton,



District Judge, Fourth Judicial District of Minnesota.  She joined Gustafson Gluek PLLC in

October 2011.

Ms. Borrelli is currently or has been actively involved in the representation of plaintiffs

and classes in cases such as: *In re Syngenta Litig.* (Minn.); *Zeiger v. WellPet, LLC* (N.D. Cal.); *In*

*re Big Heart Pet Brands Litig.* (N.D. Cal.); *Reitman v. Champion Petfoods USA, Inc.* (C.D. Cal.);

*City of Wyoming, Minnesota, et al v. Procter & Gamble Co., et al.* (D. Minn.); *Karsjens, et. al v.*

*Jesson, et. al* (D. Minn.); *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.*

(E.D.N.Y.); *In re Digital Music Antitrust* (S.D.N.Y.); and *Trabakoolas v. Watts* (N.D. Cal.).  She

is also actively involved in the representation of *pro se* litigants as part of the Federal Bar

Association's *Pro Se* Project.

**Daniel J. Nordin**

Daniel J. Nordin is an associate of Gustafson Gluek PLLC. He graduated from the

University of Minnesota *with high distinction* (B.A. 2007) and is a *magna cum laude* graduate of

the University of Minnesota Law School (J.D. 2011).  Mr. Nordin is admitted to the Minnesota

Bar and is admitted to practice in the United States District Court for the District of Minnesota.

In law school, Mr. Nordin was a Managing Editor on the *Minnesota Journal of Law,*

*Science & Technology*. He also volunteered as a Tenant Advocate with HOME Line, a nonprofit

tenant advocacy organization, through the University of Minnesota Law School's Public Interest

Clinic.  Mr. Nordin joined Gustafson Gluek PLLC in October 2011.

In 2018, Mr. Nordin was designated by *Law & Politics* magazine as a Minnesota "Super

Lawyer Rising Star."  "Super Lawyer" selection results from peer nominations, a "blue ribbon"



panel review process and independent research on the candidates; no more than 2.5% of lawyers in Minnesota are selected as "Rising Stars."

Mr. Nordin is currently involved in the representation of plaintiffs and classes in antitrust litigation, including: *In re Packaged Seafood Products Antitrust Litig.* (S.D. Cal.); *In re Blue Cross Blue Shield Antitrust Litig.* (N.D. Ala.); *The Shane Group, Inc., et al. v. Blue Cross Blue Shield of Michigan* (E.D. Mich.); and *In re Vitamin C Antitrust Litig.* (E.D.N.Y.).

**Eric S. Taubel**

Eric S. Taubel is an associate of Gustafson Gluek PLLC. He is a graduate of the University of Georgia (B.A. 2005), the University of Virginia (M.A. 2007), and a *magna cum laude* graduate of the University of Minnesota Law School (J.D. 2011).  Mr. Taubel is admitted to the Minnesota Bar and is admitted to practice in the United States District Court for the District of Minnesota.

In 2017 and 2018, Mr. Taubel was designated by *Law & Politics* magazine as a Minnesota "Super Lawyer Rising Star."  "Super Lawyer" selection results from peer nominations, a "blue ribbon" panel review process and independent research on the candidates; no more than 2.5% of lawyers in Minnesota are selected as "Rising Stars." In 2015, the Minnesota State Bar Association (MSBA) gave special recognition to Mr. Taubel as North Star Lawyer for the year. He was recognized as a member who provided at least 50 hours of pro bono legal services in a calendar year to low income individuals.

In law school, Mr. Taubel served as the Editor-in-Chief of the *Minnesota Journal of Law, Science & Technology*, and he contributed a published Note, *The ICS Three-Step: A Procedural Alternative for Section 230 of the Communications Decency Act and Derivative Liability in the*



*On-Line Setting,* 12 MINN. J.L. SCI. & TECH 365 (2011). Mr. Taubel also provided representation to low-income persons with tax disputes and discrepancies with the Internal Revenue Service and Minnesota Department of Revenue. After graduating from law school, Mr. Taubel served as a law clerk to the Honorable Ivy S. Bernhardson, Assistant Chief Judge, Minnesota Fourth Judicial District.  He then joined Gustafson Gluek PLLC in 2014.

Mr. Taubel is currently or has been actively involved in the representation of plaintiffs and classes in numerous cases, including: *In re: Syngenta Litig.* (Minn.); *Pinsonneault v. St. Jude Medical et al.* (D. Minn.); *Bhatia, et al. v. 3M Company* (D. Minn.); *In re: Bair Hugger Forced Air Warming Products Liability Litig.*; and *Karsjens, et. al v. Jesson, et al.* (D. Minn.).

**<u>Kaitlyn L. Dennis</u>**

Kaitlyn L. Dennis is an associate of Gustafson Gluek PLLC. She is a graduate of Southwestern University (B.A. 2010) with an English literature major and philosophy minor, and is a graduate of the University of Minnesota Law School (J.D., 2015). Ms. Dennis is admitted to the Minnesota Bar and is admitted to practice in the United States District Court for the District of Minnesota.

During law school, Ms. Dennis was a Managing Editor of the *Minnesota Law Review*, was named to the Dean's list from 2012–2015, and was the recipient of a book award, the highest grade in course as awarded by the instructor, for Professional Responsibility: Civil Trial Law. She also was a law clerk at Nichols Kaster PLLC, where she assisted in the representation of individual employees in federal litigation. After law school, Ms. Dennis worked as a fellowship attorney at the Equal Employment Opportunity Commission and assisted the



Honorable Arthur J. Boylan, ret., during the mediation of the bankruptcy of the Archdiocese of St. Paul and Minneapolis. She then joined Gustafson Gluek in 2016.

Ms. Dennis holds the CIPP/US certification in U.S. private-sector privacy law. She is a member of the Federal Bar Association, the Minnesota State Bar Association, the Hennepin County Bar Association, and the International Association of Privacy Professionals.

Ms. Dennis is currently is actively involved in the representation of plaintiffs and classes in numerous cases, including: *In re Equifax Inc. Consumer Data Security Breach Litig.* (N.D. Ga.); *In re EpiPen Marketing, Sales Practices and Antitrust Litig.* (D. Kan.); *In re Intel Corp. CPU Marketing, Sales Practices and Products Liability Litig.* (D. Or.); and *In re Customized Promotional Products Antitrust Litig.* (S.D. Tex.).

**Brittany N. Resch**

Brittany N. Resch is an associate of Gustafson Gluek PLLC.  She is a *magna cum laude* graduate of the University of Minnesota – Twin Cities (B.A., 2012) with a Global Studies major and Finnish and Social Justice minors, and a graduate of the University of Minnesota Law School (J.D., 2015).  Ms. Resch is admitted to the Minnesota Bar and is admitted to practice in the United States District Court for the District of Minnesota.

During law school, Ms. Resch was a member of the Phillip C. Jessup International Moot Court Competition Team, served on the board of NOLA MN and the Federal Bar Association's University of Minnesota Law School chapter, and worked as a law clerk for the United States Attorney's Office, Goldstein & Sutor, PLLC, and Hennepin County Attorney's Office.  Ms. Resch also provided representation to low-income persons with consumer protection issues as a



certified student attorney and served as a judicial extern for the Honorable Steven E. Rau, Magistrate Judge, District of Minnesota.

After graduating from law school, Ms. Resch served as a law clerk to the Honorable Richard H. Kyle, Senior United States District Judge, District of Minnesota.  She then joined Gustafson Gluek PLLC in 2016.  She is a member of the Federal Bar Association and has served as a volunteer attorney for the Minnesota Federal Bar Association's Federal Pro Se Project. She is also a member of the Partner Leadership Council for Minnesota Women Lawyers, a group aimed at engaging influential law firms in the Twin Cities in developing policies and practices to ensure the success of women attorneys and a just society.

Ms. Resch is currently or has been actively involved in the representation of plaintiffs and classes in numerous cases, including: *In re Automotive Parts Antitrust Litig.* (E.D. Mich.)*; In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)*; In re Asacol Antitrust Litig.* (D. Mass.); *In re Disposable Contact Lens Antitrust Litig.* (M.D. Fla.); *State of Illinois, ex rel. Hayes and Heppenstall v. Bank of America Corp., et al.* (Ill. Cir. Ct.); *State of California, ex rel. [under seal] v. [under seal]* (Super. Ct. Cal.); and *State of New Jersey, ex rel. Hayes and Heppenstall v. Bank of America Corp., et al.* (N.J. Super. Ct.).

**Ling S. Wang**

Ling S. Wang is an associate of Gustafson Gluek PLLC. She is a graduate of Augsburg College (now Augsburg University) (B.A. 2013) with an Economics major and Business Administration minor, and a graduate of the University of St. Thomas School of Law (J.D. 2017).



During law school, Ms. Wang was a member of the University of St. Thomas Law Journal, served as a research assistant, and externed with a law firm in Edina. For two years, she provided representation to low-income persons with immigration issues as a certified student attorney with the University's Interprofessional Center for Counseling and Legal Services. Ms. Wang also completed a mentor externship program with the Honorable Steven E. Rau, Magistrate Judge, District of Minnesota and served as a judicial extern for the Honorable Mary R. Vasaly, District Judge, Fourth Judicial District of Minnesota.

Ms. Wang started at Gustafson Gluek as a law clerk in 2015 and joined as an associate in 2017. She is a member of the Federal Bar Association and the Minnesota Asian Pacific American Bar Association.  Ms. Wang is currently actively involved in the representation of plaintiffs and classes in numerous cases, including: *In re: CenturyLink Sales Practices and Securities Litig.* (D. Minn.) and *In re: Generic Pharmaceuticals Pricing Litig.* (E.D. Pa.)