# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Wanda Duryea, Matthew Hosking, John McKee, Lisa Melegar, Michael Reilly, Sandra Steffen, Paul Glantz, Edwin Blakey, Jennifer Sullivan, Lisa Axelrod, Anbessa Ufa, and Christina Hall,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>Agri Stats, Inc., Clemens Food Group, LLC, Hormel Foods Corporation, Indiana Packers Corporation, JBS USA, Seaboard Foods, LLC, Smithfield Foods, Inc., Triumph Foods, LLC, and Tyson Foods, Inc.,<br><br>　　　　　　Defendants. | Court File No. 0:18-cv-01776<br>(JRT-HB)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court and counsel that Anne Lee, currently listed as counsel of record for Defendant Agri Stats, Inc. withdraws as counsel for Defendant Agri Stats, Inc.

                                      **COVINGTON & BURLING LLP**

DATED:  October 3, 2018         By:  *s/Anne Lee*
                                                      Anne Lee (*pro hac vice*)
                                                      One City Center, 850 Tenth Street NW
                                                      Washington, D.C. 20001-4956
                                                      Telephone: (202) 662-6000
                                                      alee@cov.com


                                                      **BOWMAN AND BROOKE LLP**

                                                      Kim M. Schmid (Atty. No. 195613)
                                                      Richard G. Morgan (Atty. No. 0157053)
                                                      Bowman and Brooke LLP
                                                      150 South Fifth Street, Suite 3000
                                                      Minneapolis, MN 55402
                                                      Telephone: (612) 339-8682
                                                      Kim.Schmid@bowmanandbrooke.com
                                                      Richard.Morgan@bowmanandbrooke.com

                                                      *Attorneys for Defendant Agri Stats, Inc.*