UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | |

**NOTICE OF CHANGE OF FIRM ADDRESS**

PLEASE TAKE NOTICE that, effective September 17, 2018, the Seattle office of the firm Hagens Berman Sobol Shapiro LLP has changed its address to the following:

Hagens Berman Sobol Shapiro LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101

The telephone and facsimile numbers will remain the same.  Telephone: (206) 623-7292; Facsimile: (206) 623-0594.

Dated: October 4, 2018　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　HAGENS BERMAN SOBOL SHAPIRO LLP

　　　　　　　　　　　　　　　　　　　　By */s/ Steve W. Berman*
　　　　　　　　　　　　　　　　　　　　　　Steve W. Berman
　　　　　　　　　　　　　　　　　　　　1301 2nd Ave., Suite 2000
　　　　　　　　　　　　　　　　　　　　Seattle, WA  98101
　　　　　　　　　　　　　　　　　　　　Telephone: (206) 623-7292
　　　　　　　　　　　　　　　　　　　　Facsimile:  (206) 623-0594
　　　　　　　　　　　　　　　　　　　　steve@hbsslaw.com

1066638 V1