UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Court File No. 18-cv-1776 (JRT/HB) |
| This Document Relates To:  All Actions | **NOTICE OF APPEARANCE** |

The undersigned attorneys hereby notify the Court and counsel that Donald G. Heeman, Jessica J. Nelson, Randi J. Winter, and Daniel R. Haller of Felhaber Larson shall appear as counsel of record for Defendants JBS USA Food Company and JBS USA Food Company Holdings, in the above-referenced matter.  Please direct all pleadings and correspondence to the undersigned.

Dated:  October 9, 2018

FELHABER LARSON

By:   *s/ Donald G. Heeman*
  Donald G. Heeman, #286023
  Jessica J. Nelson, #347358
  Randi J. Winter, #0391354
  Daniel R. Haller, #396497
  220 South Sixth Street, Suite 2200
  Minneapolis, MN  55402-4504
  Telephone:  (612) 339-6321
  Facsimile:  (612) 338-0535
  dheeman@felhaber.com
  jnelson@felhaber.com
  rwinter@felhaber.com
  dhaller@felhaber.com

*Attorneys for Defendants JBS USA Food Company and JBS USA Food Company Holdings*

2894893.v1