UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

This Document Relates To: All Actions

No. 0:18-cv-01776-JRT-HB

**DEFENDANT JBS USA FOOD COMPANY HOLDINGS'
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant JBS USA Food Company Holdings ("JBS USA Holdings") hereby certifies the following:

1. JBS USA Holdings' parent corporation is JBS Luxembourg S.à r.l ("JBS Luxembourg"), a Luxembourg private limited liability company.

2. JBS USA Holdings and JBS Luxembourg are indirect wholly-owned subsidiaries of their ultimate parent JBS, S.A., a Brazilian company.

3. Except for JBS, S.A., which is publicly traded in Brazil, there is no publicly traded corporation that owns more than 10% of JBS USA Holdings' stock.

Dated:  October 10, 2018            By:    *s/ Donald G. Heeman*
                                                            Donald G. Heeman, #286023
                                                            Jessica J. Nelson, #347358
                                                            Randi J. Winter, #0391354
                                                            Daniel R. Haller, #396497
                                                            FELHABER LARSON
                                                            220 South Sixth Street, Suite 2200
                                                            Minneapolis, MN  55402-4504
                                                            Telephone:  (612) 339-6321
                                                            Facsimile:  (612) 338-0535
                                                            dheeman@felhaber.com
                                                            jnelson@felhaber.com
                                                            rwinter@felhaber.com
                                                            dhaller@felhaber.com

Stephen R. Neuwirth (*pro hac vice* motion pending)
Michael B. Carlinsky (*pro hac vice* motion pending)
Sami H. Rashid (*pro hac vice* motion pending)
Richard T. Vagas (*pro hac vice* motion pending)
Robert P. Vance, Jr. (*pro hac vice* motion pending)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
bobbyvance@quinnemanuel.com

*Attorneys for Defendants JBS USA Food Company and JBS USA Food Company Holdings*

2