# MOTION FOR PERMISSION FOR A
# NON-RESIDENT TO SERVE AS LOCAL COUNSEL

I, Aaron B. Chapin, hereby request permission to serve as local counsel in the following matter:  IN RE PORK ANTITRUST LITIGATION, Court File No. 0:18-cv-01776 (JRT/HB) This Document Relates To:  All Actions.

I am a member in good standing of the bar of this Court and have been admitted to practice before this court since March 19, 2009.  I practice law in Chicago Illinois with the law firm of Husch Blackwell LLP and, if permitted to serve as local counsel, I intend to work primarily from that location.

I have appeared as counsel in the following cases in this court in the last five years:
See Schedule 1 attached hereto.

I have never been sanctioned or disciplined by any court or licensing body.

I have read and understand the Local Rules and the Electronic Case Filing Procedures for the District of Minnesota.

I would like the Judge to consider the following additional information in support of my motion.

None.


 /s/ Aaron B. Chapin                              Date:  October 11, 2018
Attorney's Signature

## SCHEDULE I

| | |
|---|---|
| 0:14-cv-01219-JRT-BRT | Dao v. Trans Union, LLC et al |
| 0:14-cv-01939-JNE-BRT | Sauter v. GE Capital Retail Bank |
| 0:14-cv-03102-RHK-TNL | G.D. van Wagenen Financial Services, Inc. v. Santander Consumer USA, Inc. |
| 0:14-cv-04708-DWF-HB | McDonald v. Synchrony Bank et al. |
| 0:14-cv-04709-JRT-BRT | Pax v. Synchrony Bank et al |
| 0:15-cv-01548-ADM-KMM | General Electric Capital Corporation v. American Steel Systems, Inc. et al |
| 0:16-cv-00559-DWF-HB | Frable v. Synchrony Bank |
| 0:16-cv-00679-JRT-JSM | Swierczek v. Synchrony Financial |
| 0:16-cv-01599-RHK-FLN | Gieseke, Jr. v. Synchrony Bank, et al |
| 0:16-cv-01777-DWF-FLN | Post v. Stryker Sales Corporation |
| 0:16-cv-02356-RHK-BRT | Kiewel v. Synchrony Bank |
| 0:16-cv-03716-RHK-LIB | Koehn v. Synchrony Bank |
| 0:16-cv-03778-PAM-FLN | Murphy v. Synchrony Bank |
| 0:17-cv-00102-PAM-DTS | Bissonnette v. Synchrony Bank |
| 0:17-cv-00404-JNE-HB | Howard v. Synchrony Bank |
| 0:17-cv-00663-WMW-HB | Percic v. Carson Smithfield LLC |
| 0:17-cv-01463-WMW-DTS | Blesi v. Synchrony Bank, N.A. |
| 0:17-cv-01793-PAM-TNL | Welch v. Synchrony Bank, N.A. |
| 0:17-cv-04709-JNE-LIB | BMO Harris Bank N.A. v. Deason et al |

For questions, please contact the Attorney Admissions Clerk at (651) 848-1100.

OMA-501222-1