UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| This Document Relates to:<br><br>All Actions | ORDER REGARDING<br>BRIEFING ON MOTIONS<br>TO DISMISS |

The Court conducted a case management conference on October 15, 2018. During the conference, the parties discussed a proposed briefing schedule for motions to dismiss that Defendants intend to file. After conferring with Chief District Judge John R. Tunheim about the proposed schedule and word count limits,

**IT IS HEREBY ORDERED** that the following deadlines and limitations will govern briefing for Defendants' motions to dismiss:

**BRIEFING SCHEDULE**:

| | |
|---|---|
| **October 23, 2018** | Defendants' moving papers and supporting documentation due |
| **November 30, 2018** | Plaintiffs' responsive memoranda and supporting documentation due |
| **December 21, 2018** | Defendants' reply memoranda and supporting documentation due |

**WORD COUNT LIMITS:**

- Defendants may file a single joint motion to dismiss directed to all three consolidated complaints:
    - Defendants are permitted up to 27,000 words in total for their joint opening and reply briefs.
    - Plaintiffs are permitted up to 27,000 words for their single, joint response brief.

- Defendants may file a single joint motion to dismiss directed at issues unique to the two indirect-purchaser classes (which involve claims under the laws of multiple states):
    - Defendants are permitted up to 15,000 words in total for their joint opening and reply briefs.
    - Plaintiffs are permitted up to 15,000 words for their single, joint response brief.

- Some or all of the Defendants may file individual motions to dismiss making arguments specific to the individual Defendants:
    - Each moving Defendant is permitted up to 3000 words total for its opening and reply briefs.
    - Plaintiffs are permitted up to 3000 words per motion in response, which may be in the form of a joint brief in response to each such motion, or a consolidated joint brief in response to all such motions.

Defendants' counsel shall promptly contact Judge Tunheim's chambers to obtain a hearing date in early January 2019, and shall include that date in their Notice of Motion.

Dated: October 15, 2018        s/ *Hildy Bowbeer*
                               HILDY BOWBEER
                               United States Magistrate Judge

2