# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

**WANDA DURYEA, et al**

Plaintiff,                                                      Case Number: 0:18-cv-01776 JRT-HB

v.

**AGRI STATS, INC., et al**

Defendant.

_____

### ORDER GRANTING MOTIONS FOR NON-RESIDENT TO SERVE AS LOCAL COUNSEL AND MOTIONS FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5(d), Aaron Chapin moved for permission for a non-resident to serve as local counsel and moved for the admission pro hac vice for attorneys Marnie A. Jensen, Ryann A. Glenn, Kamron T. M. Hasan, Quinn R. Eaton and Sierra Faler in the above case.

**IT IS HEREBY ORDERED THAT** Aaron Chapin's motions for a Non-Resident to serve as Local Counsel (Doc. # 139-1, 140-1, 141-1, 142-1, 143-1) are **GRANTED**.

**IT IS FURTHER ORDERED** that the Motions for Admission Pro Hac Vice of Attorneys Marnie A. Jensen, Ryann A. Glenn, Kamron T. M. Hasan, Quinn R. Eaton and Sierra Faler (Doc. # 139, 140, 141, 142, 143) are **GRANTED**.

Dated: October 17, 2018
at Minneapolis, Minnesota

                                                             s/John R. Tunheim
                                                             JOHN R. TUNHEIM
                                                             Chief Judge
                                                             United States District Court