# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Case Number:   0:18-cv-01776-JRT-HB

IN RE PORK ANTITRUST LITIGATION
    This Document Relates To All Actions

**RULE 7.1 – CORPORATE DISCLOSURE STATEMENT**

Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc., makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc., have a parent corporation?

   ☑ Yes    ☐ No

   If yes, the parent corporation is   Tyson Foods, Inc.

2. Is 10% or more of the stock of Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc., owned by a publicly held corporation?

   ☑ Yes    ☐ No

   If yes, identify all such owners   Tyson Foods, Inc.

Date: October 19, 2018

By: s/David P. Graham
Attorney Name: David P. Graham
Bar ID: 0185462
Law Firm: DYKEMA GOSSETT PLLC
Address: 90 South Seventh Street
Suite 4000 Minneapolis, MN 55402
Phone: (612)486-1521
Email: dgraham@dykema.com
ATTORNEY FOR DEFENDANT TYSON FOODS, INC., TYSON PREPARED FOODS, INC., AND TYSON FRESH MEATS, INC.