UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO. 0:18-cv-01776-JRT-HB

| | |
|---|---|
| Wanda Duryea, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Agri Stats, Inc., et al., <br><br> Defendants. | **NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Peter H. Walsh shall appear as counsel of record for Defendant Agri Stats, Inc. in this case.

Respectfully submitted,

Dated: October 19, 2018

By: */s/ Peter H. Walsh*
Peter H. Walsh (MN No. 388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3000
F. (612) 402-3001
peter.walsh@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*