UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

-----------------------------------------

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | No. 0:18-cv-01776-JRT-HB<br><br>**DEFENDANTS' JOINT MOTION TO DISMISS THE DIRECT PURCHASER PLAINTIFFS' COMPLAINT AND THE FEDERAL LAW CLAIMS IN THE INDIRECT PURCHASER PLAINTIFFS' COMPLAINTS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** |

-----------------------------------------

Defendants jointly move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for dismissal of the Direct Purchaser Plaintiffs' First Amended and Consolidated Class Action Complaint and dismissal of the federal law claims in the Commercial and Individual Indirect Purchaser Plaintiffs' First Amended and Consolidated Class Action Complaints in the above-captioned action.[1]

This Motion is supported by the Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Direct Purchaser Plaintiffs' Complaint and the Federal Law Claims in the Indirect Purchaser Plaintiffs' Complaints for Failure to State a Claim Upon

---

[1] This action consolidated thirteen separately-filed actions. (Dkt. No. 85.) The docket numbers for the Consolidated Complaints subject to this Motion are as follows: 18-cv-01776-JRT-HB (Dkt. No. 74); 18-cv-01803-JRT-HB (Dkt. No. 83); 18-cv-01810-JRT-HB (Dkt. No. 70); 18-cv-01891-JRT-HB (Dkt. No. 63); 18-cv-01946-JRT-HB (Dkt. No. 59); 18-cv-02008-JRT-HB (Dkt. No. 70); 18-cv-02044-JRT-HB (Dkt. No. 66); 18-cv-02058-JRT-HB (Dkt. No. 64); 18-cv-02113-JRT-HB (Dkt. No. 54); 18-cv-02337-JRT-HB (Dkt. No. 32); 18-cv-02338-JRT-HB (Dkt. No. 32); 18-cv-02390-JRT-HB (Dkt. No. 34); and 18-cv-02405-JRT-HB (Dkt. No. 9).

Which Relief May Be Granted, the Declaration of John A. Kvinge and accompanying exhibits, and all of the files, records, and proceedings herein.

Date: October 23, 2018                                   Respectfully submitted,

/s/ Mark L. Johnson                                      /s/ Richard A. Duncan
Mark L. Johnson (#0345520)                               Richard A. Duncan (#0192983)
Bethany Krueger (#0306368)                               Aaron D. Van Oort (#0315539)
Virginia R. McCalmont (#0399496)                         Craig S. Coleman (#0325491)
GREENE ESPEL PLLP                                        Emily E. Chow (#0388239)
222 South Ninth Street, Suite 2200                       Isaac B. Hall (#0395398)
Minneapolis, MN 55402                                    Bryan K. Washburn (#0397733)
(612) 373-0830                                           FAEGRE BAKER DANIELS LLP
mjohnson@greeneespel.com                                 2200 Wells Fargo Center
bkrueger@greeneespel.com                                 90 South Seventh Street
vmccalmont@greeneespel.com                               Minneapolis, MN 55402-3901
Daniel Laytin, P.C. (*pro hac vice*)                     (612) 766-7000
Christa Cottrell, P.C. (*pro hac vice*)                  richard.duncan@faegrebd.com
Christina Briesacher (*pro hac vice*)                    aaron.vanoort@faegrebd.com
KIRKLAND & ELLIS LLP                                     craig.coleman@faegrebd.com
300 North LaSalle                                        emily.chow@faegrebd.com
Chicago, IL  60654                                       isaac.hall@faegrebd.com
(312) 861-2000                                           bryan.washburn@faegrebd.com
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com                            *Counsel for Hormel Foods Corporation*
christina.briesacher@kirkland.com                        *and Hormel Foods, LLC*

*Counsel for Clemens Food Group, LLC*
*and The Clemens Family Corporation*

*/s/ Jaime Stilson*
Jaime Stilson (#392913)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 492-6746
stilson.jaime@dorsey.com

Britt M. Miller (*pro hac vice*)
Robert E. Entwisle (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

William H. Stallings (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000
wstallings@mayerbrown.com

*Counsel for Indiana Packers Corporation and Mitsubishi Corporation (Americas)*

*/s/ Donald G. Heeman*
Donald G. Heeman (#286023)
Jessica J. Nelson (#347358)
Randi J. Winter (#391354)
Daniel R. Haller (#396497)
FELHABER LARSON
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402-4504
(612) 339-6321
dheeman@felhaber.com
jnelson@felhaber.com
rwinter@felhaber.com
dhaller@felhaber.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky *pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
Robert P. Vance, Jr. (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
bobbyvance@quinnemanuel.com

*Counsel for JBS USA Food Company and JBS USA Food Company Holdings*

/s/ William L. Greene
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
Jon M. Woodruff (#0399453)
STINSON LEONARD STREET LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
john.woodruff@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LEONARD STREET LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

*Counsel for Seaboard Foods, LLC and Seaboard Corporation*

/s/ John A. Cotter
John A. Cotter (134296)
John A. Kvinge (0392303)
LARKIN HOFFMAN DALY &
LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
(214) 698-3370
brobison@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*

*/s/ Aaron Chapin*
Aaron Chapin (#6292540)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL  60606
(312) 655-1500
aaron.chapin@huschblackwell.com

Gene Summerlin (*pro hac vice*)
Marnie Jensen (*pro hac vice*)
Ryann Glenn (*pro hac vice*)
Kamron Hasan (*pro hac vice*)
Quinn Eaton (*pro hac vice*)
Sierra Faler (*pro hac vice*)
HUSCH BLACKWELL LLP
13330 California St., Suite 200
Omaha, NE 68154
(402) 964-5000
gene.summerlin@huschblackwell.com
marnie.jensen@huschblackwell.com
ryann.glenn@huschblackwell.com
kamron.hasan@huschblackwell.com
quinn.eaton@huschblackwell.com
sierra.faler@huschblackwell.com

*Counsel for Triumph Foods, LLC*

*/s/ David P. Graham*
David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
AXINN, VELTROP &
HARKRIDER LLP
950 F Street, N.W.
Washington, D.C. 20004
(202) 912-4700
radcox@axinn.com
trider@axinn.com

*Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*

5.

/s/ *Peter H. Walsh*
Peter H. Walsh (# 388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3000
F. (612) 402-3001
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
Jennifer A. Fleury (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com
jennifer.fleury@hoganlovells.com

*Counsel for Agri Stats, Inc.*