# Exhibit A

MEMBER CENTER: **CREATE ACCOUNT** | **LOG IN**

**LIVE TV**

FOLLOW US    ALERTS    WATCH

**CONTESTS    ADVERTISE    CONTACT US    APPS**



# New pork processing plant adds second shift in Sioux City

*By Tia Heidebrecht, Internet Director*    **CONNECT**
*Posted: Feb 17, 2017 3:55 PM EST*

SIOUX CITY (KTIV) - In a news release, **Seaboard Triumph Foods** announced plans to expand its new pork processing facility in Sioux City, Iowa, to include the addition of a second shift.

Friday, officials said with the expansion it will allow processing of close to six million hogs annually.

The plant plans to employ around **2,000 workers, including 200 salaried positions and 1,800 hourly production positions**.

Officials said the plant is in the final stages of construction in the Bridgeport West Industrial Park.

"The timing of the expansion for a second shift is a result of growing demand for the Seaboard Foods line of quality pork products as well as ongoing growth in the industry. The support demonstrated thus far by our customers, community, city and state agencies simply gives us great confidence to grow right here in northwest Iowa," said Mark Porter, Seaboard Triumph Foods Chief Operating Officer.

Mayor Bob Scott said, "Today's announcement to add a second shift shows the confidence that Seaboard Triumph Foods has in our community.  As one of the largest projects in Sioux City, this expansion will create the demand for further housing growth to accommodate new employees in the region."

**In May 2015, Seaboard Foods and Triumph Foods announced the formation of Seaboard Triumph Foods, a joint venture with equal ownership, to construct a new pork processing facility in Sioux City, Iowa**. Site work began in September 2015, and construction is expected to be completed by July 2017.

## Can't Find Something?

Search                    GO

**KTIV Television**
2929 Signal Hill Drive Sioux City, IA 51108
Switchboard: 712-239-4100 or 800-234-KTI

News: (712) 226-5480
Fax: (712) 239-3025
News Tips: ktivnews@ktiv.com
**Careers at KTIV   Advertise with us   Advert**
**FCC Public File   EEO Report   Closed Captio**

**NEWS        WEATHER        SPORTS        THINGS TO DO        SLIDESHOWS        KTIV VIDEO**

All content © Copyright 2000 - 2018 KTIV Television. All Rights Reserved. For more information on this site, please read our **Privacy Policy**, **Terms of Service**, and **Ad Choices**.