UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation**<br><br>This Document Relates To: Commercial and Institutional Indirect Purchaser Plaintiff Actions and Consumer Indirect Purchaser Plaintiff Actions | Case No. 18-cv-01776-JRT-HB<br><br>**EXHIBIT INDEX TO DEFENDANTS' JOINT MOTION TO DISMISS THE STATE LAW CLAIMS IN THE INDIRECT PURCHASER PLAINTIFFS' COMPLAINTS** |

| Ex. No. | Description |
|---|---|
| 1. | Four-Year (or Fewer) Statutes of Limitation Applicable to State Law Claims |
| 2. | Commercial Indirect Purchasers: Bases for Dismissal of Consumer Protection Claims |
| 3. | Individual Indirect Purchasers: Bases for Dismissal of Consumer Protection Claims |
| 4. | *Lerfald v. Gen. Motors Corp.*, No. CT 03-003327 (Minn. Dist. Ct. Nov. 7, 2003) |