# EXHIBIT 1
## Four-Year (or Fewer) Statutes of Limitation Applicable to State Law Claims

| State | Antitrust SOL | Consumer Protection/Unfair Trade Practices SOL | Unjust Enrichment SOL |
|---|---|---|---|
| Arizona | Four Years. *See* Ariz. Rev. Stat. § 44-1410. | | Three Years. *See* Ariz. Rev. Stat. § 12-543. |
| Arkansas | | | Three Years. *See* Ark. Code § 16-56-105. |
| California | Four Years. *See* Cal. Bus. & Prof. Code § 16750.1. | Four Years. *See* Cal. Bus. & Prof. Code § 17208. | Two Years. (California Code of Civil Procedure Section 339(1)) or Three Years. (California Code of Civil Procedure Section 338(d)). |
| D.C. | Four Years. *See* D.C. Code § 28-4511. | Three Years. *See* D.C. Code § 12-301(8). | Three Years. *See* D.C. Code § 12-301(7)-(8). |
| Florida | | Four Years. *See* Fla. Stat. § 95.11(3)(f). | Four Years. *See* Fla. Stat. § 95.11(3)(k); *Brown v. Nationscredit Fin. Servs. Corp.*, 32 So.3d 661, 662 (Fla. Dist. Ct. App. 2010). |
| Hawaii | | Four Years. *See* Hawaii Rev. Stat. § 480-24(a). | |
| Illinois | Four Years. *See* 740 Ill. Comp. Stat. 10/7. | Three Years. *See* 815 Ill. Comp. Stat. 505/10a(e). | |
| Iowa | Four Years. *See* Iowa Code § 553.16. | | |

Exhibit 1 Page 1

# EXHIBIT 1
## Four-Year (or Fewer) Statutes of Limitation Applicable to State Law Claims

| State | Antitrust SOL | Consumer Protection/Unfair Trade Practices SOL | Unjust Enrichment SOL |
|---|---|---|---|
| Kansas | Three Years.  *See* Kan. Stat. § 60-512 (2); *Four Seasons Apartments, Ltd. v. AAA Glass Serv., Inc.*, 152 P.3d 101, 105 (Kan. Ct. App. 2007). | | Three Years.  *See* Kan. Stat. § 60-512(1); *Stehlik v. Weaver*, 482 P.2d 21, 27 (Kan. 1971) (holding that Kan. Stat. § 60-512(1) applies to unjust enrichment claims). |
| Massachusetts | | Four Years. *See* Mass. Gen. Laws Ch 260 § 5A. | Three Years. *See Carvalho v. Wells Fargo Co.*, 2012 WL 1326590, at *1 (Mass. Super. Ct. Mar. 21, 2012). |
| Michigan | Four Years.  *See* Mich. Comp. Laws § 445.781(2). | | Three Years.  *See* Mich. Comp. Laws. § 600.5805. |
| Minnesota | Four Years.  *See* Minn. Stat. § 325D.64. | | |
| Mississippi | Three Years.  *See Carder v. BASF Corp.*, 919 So.2d 261-62 (Miss. Ct. App. 2005). | | Three Years.  *See Johnson v. Kansas City S. Ry. Co.*, 208 F. App'x 292, 296 (5th Cir. 2006). |
| Missouri | Four years. *See* Mo. Rev. Stat. § 416.131. | | |
| Nebraska | Four Years.  *See* Neb. Rev. Stat. § 25-206. | Four Years.  Neb. Rev. Stat. § 59-1612. | Four Years.  *See* Neb. Rev. Stat. § 25-207. |
| Nevada | Four Years.  *See* Nev. Rev. Stat. § 598A.220(2). | Four Years.  *See* Nev. Rev. Stat. § 11.190(2)(d). | Four Years.  *See In re AMERCO Derivative Litig.*, 252 P.3d 681, 703 (Nev. 2011). |

Exhibit 1 Page 2

# EXHIBIT 1
## Four-Year (or Fewer) Statutes of Limitation Applicable to State Law Claims

| State | Antitrust SOL | Consumer Protection/Unfair Trade Practices SOL | Unjust Enrichment SOL |
|---|---|---|---|
| New Hampshire | Four Years. *See* N.H. Rev. Stat. § 356:12. | Three Years. *See* N.H. Rev. Stat. § 358-A:3(IV-a). | Three Years. *See* N.H. Rev. Stat. § 508:4, I. |
| New Mexico | Four Years. *See* N.M. Stat. § 57-1-12. | Four Years. *See* N.M. Stat. § 37-1-4; *Nance v. L.J. Dolloff Assocs.*, 126 P.3d 1215, 1220 (N.M. Ct. App. 2005). | Four Years. *See* N.M. Stat. § 31-1-4. |
| New York | Four Years. *See* N.Y. Gen. Bus. Law § 340. | Three Years. *See Statler v. Dell, Inc.*, 775 F.Supp.2d 474, 484 (E.D.N.Y. 2011). | |
| North Carolina | Four Years. *See* N.C. Gen. Stat. § 75-16.2. | Four Years. *See* N.C. Gen. Stat. § 75-16.2. | Three Years. *See* N.C. Gen. Stat. § 1-52(1). |
| North Dakota | Four Years. *See* N.D. Cent. Code § 51-08.1-10. | | |
| Oregon | Four Years. *See* Or. Rev. Stat. § 646.800(1)-(2). | | |
| Rhode Island | Four Years. *See* R.I. Gen. Laws § 6-36-23. | | |
| South Carolina | | Three Years. *See* S.C. Code. § 39-5-150. | Three Years. *See* S.C. Code § 15-3-530(5). |
| South Dakota | Four Years. *See* S.D. Cod. Laws § 37-1-14.4. | Four Years. *See* S.D. Cod. Laws § 37-24-33. | |

Exhibit 1 Page 3

# EXHIBIT 1
## Four-Year (or Fewer) Statutes of Limitation Applicable to State Law Claims

| State | Antitrust SOL | Consumer Protection/Unfair Trade Practices SOL | Unjust Enrichment SOL |
|---|---|---|---|
| **Tennessee** | Three Years. *See State ex rel. Leech v. Levi Strauss & Co.*, 1980 WL 4696, at *4 (Tenn. Chanc. 1980) (three-year residual limitations period in Tenn. Code § 28-3-105 applies to Tennessee antitrust claims). | | Three Years. *See* Tenn. Code § 28-3-105. |
| **Utah** | Four Years. *See* Utah Code § 76-10-3117(2). | Three Years. (Unfair Practices Act) *See* Utah Code § 78B-2-305. Two Years. (Consumer Sales Practices Act). *See* Utah Code § 13-11-19(8). *See In re Toyota Motor Corp. Unintended Acceleration Mktg., Sales Practices, and Prods. Liability Litig.*, 785 F.Supp.2d 925, 933 (C.D. Cal. 2011); *Rosen v. Chrysler Corp.*, 2000 WL 34609135, at *12 n.12 (E.D. Mich. July 18, 2000). | Four Years. *See* Utah Code § 76B-2-307(3). |
| **Virginia** | | Two Years. Va. Code § 59.1-204.1(A). | Three Years. *See Tao of Sys. Integration, Inc. v. Analytical Servs. & Materials, Inc.*, 299 F.Supp.2d 565, 576 (E.D. Va. 2004). |
| **West Virginia** | Four Years. W. Va. Code § 47-18-11. | Four Years. *See* W. Va. Code § 46A-6C-1. | |

Exhibit 1 Page 4

# EXHIBIT 1
## Four-Year (or Fewer) Statutes of Limitation Applicable to State Law Claims

| State | Antitrust SOL | Consumer Protection/Unfair Trade Practices SOL | Unjust Enrichment SOL |
|---|---|---|---|
| **Wisconsin** | | Three Years. *See* Wis. Stat. § 100.18(11)(b)3. | |

Exhibit 1 Page 5