# EXHIBIT 2
## Commercial Indirect Purchasers
## Bases for Dismissal of Consumer Protection Claims

| State | Consumer Protection /Unfair Trade Practice Acts | Fails Rule 9(b) | State Law Requires Deception Or Reliance | Alleged Antitrust Violation Not Action-able | Intra-state Conduct Required | No Statutory Standing | Notice Requirement Or Class-Action Bar | Monetary Damages Unavailable |
|---|---|---|---|---|---|---|---|---|
| Arkansas | Ark. Code §§ 4-88-101, 4-88-107(a)(10) | X | X | X | | | X | |
| California | Cal. Bus. & Prof. Code § 17200 | X | X | | | | | X |
| Florida | Fla. Stat. § 501.201 | X | | | X | | | |
| Massachusetts | Mass. Gen. Laws Ch. 93A, §§ 1, 2, 11 | X | | | X | | | |
| Minnesota | Minn. Stat. § 325F.43 | X | | X | | | | X |
| Missouri | Mo. Rev. Stat. § 407.010, § 407.020 | X | | | | X | | |

Exhibit 2 Page 1

EXHIBIT 2
Commercial Indirect Purchasers
Bases for Dismissal of Consumer Protection Claims

| State | Consumer Protection /Unfair Trade Practice Acts | Fails Rule 9(b) | State Law Requires Deception Or Reliance | Alleged Antitrust Violation Not Action-able | Intra-state Conduct Required | No Statutory Standing | Notice Requirement Or Class-Action Bar | Monetary Damages Unavailable |
|---|---|---|---|---|---|---|---|---|
| Nebraska | Neb. Rev. Stat. § 59-1601 | X | | | | | | |
| New Hampshire | N.H. Rev. Stat. § 358-A:1 | X | | | X | | | |
| New Mexico | N.M. Stat. §§ 57-12-1, 57-12-2(e) | X | | | | | | |
| New York | N.Y. Gen. Laws § 349 | X | X | | X | | | |
| North Carolina | N.C. Gen. Stat. § 75-1.1 | X | | | X | | | |
| North Dakota | N.D. Cent. Code § 51-15-01 | X | X | | | | | |
| Rhode Island | R.I. Gen. Laws § 6-13.1-1 | X | X | | | | X | |
| South Carolina | S.C. Code § 39-5-10 | X | | | | | X | |

Exhibit 2 Page 2

# EXHIBIT 2
## Commercial Indirect Purchasers
## Bases for Dismissal of Consumer Protection Claims

| State | Consumer Protection /Unfair Trade Practice Acts | Fails Rule 9(b) | State Law Requires Deception Or Reliance | Alleged Antitrust Violation Not Action-able | Intra-state Conduct Required | No Statutory Standing | Notice Requirement Or Class-Action Bar | Monetary Damages Unavailable |
|---|---|---|---|---|---|---|---|---|
| **South Dakota** | S.D. Cod. Laws § 37-24-1 | X | | X | | | | |
| **Vermont** | Vt. Stat. Tit. 9, § 2451 | X | | | | | | |
| **West Virginia** | W. Va. Code § 46A-6-101 | X | | | | | X | |
| **Wisconsin** | Wisc. Stat. § 100.18 | X | X | | X | | | |

Exhibit 2 Page 3