# EXHIBIT 3
## Individual Indirect Purchasers
## Bases for Dismissal of Consumer Protection Claims

| State | Consumer Protection/ Unfair Trade Practices | Fails Rule 9(b) | State Law Requires Deception Or Reliance | Alleged Antitrust Violation Not Actionable | Intrastate Conduct Required | Notice Requirement or Class- Action Bar | Monetary Damages Unavailable |
|---|---|---|---|---|---|---|---|
| California | Cal. Bus. & Prof. Code § 17200 | X | X | | | | X |
| D.C. | D.C. Code § 28-3901 | X | X | | | | |
| Florida | Fla. Stat. § 501.201 | X | | | X | | |
| Hawaii | Haw. Rev. Stat. § 480-1 | X | | | | X | |
| Illinois | 815 Ill. Comp. Stat. 505/10A | X | | X | | | |
| Massachusetts | Mass. Gen. Laws Ch. 93A, §§ 1, 2, 11 | | | | X[1] | | |
| Michigan | Mich. Comp. Laws § 445.901 | X | X | X | | | |
| Minnesota | Minn. Stat. § 325D.49 | X | | X | | | |
| Nebraska | Neb. Rev. Stat. § 59-1601 | X | | | | | |

---

[1] The Individual Indirect Purchaser Plaintiffs do not bring a claim under Massachusetts law but instead purport to "reserve their right" to bring such a claim through amendment. Any such claims would be subject to dismissal for this reason.

Exhibit 3 Page 1

# EXHIBIT 3
## Individual Indirect Purchasers
## Bases for Dismissal of Consumer Protection Claims

| State | Consumer Protection/ Unfair Trade Practices | Fails Rule 9(b) | State Law Requires Deception Or Reliance | Alleged Antitrust Violation Not Actionable | Intrastate Conduct Required | Notice Requirement or Class-Action Bar | Monetary Damages Unavailable |
|---|---|---|---|---|---|---|---|
| Nevada | Nev. Rev. Stat. § 598.0903 | X | | | | | |
| New Hampshire | N.H. Rev. Stat. § 358-A:1 | X | | | X | | |
| New Mexico | N.M. Stat. §§ 57-12-1, 57-12-2(e) | X | | | | | |
| North Carolina | N.C. Gen. Stat. § 75-1.1 | X | | | X | | |
| North Dakota | N.D. Cent. Code § 51-15-01 | X | X | | | | |
| Rhode Island | R.I. Gen. Laws § 6-13.1-1 | X | X | | | | |
| South Carolina | S.C. Code § 39-5-10 | X | | | | X | |
| Utah | Utah Code § 13-11-1 (Consumer Sales Practices Act) | X | | X | | X | |
| Virginia | Va. Code § 59.1-196 | | X | | | | |

Exhibit 3 Page 2