IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 18-cv-01776 (JRT-HB) |
| This Document Relates To: *ALL ACTIONS* | **DEFENDANTS CLEMENS FOOD GROUP, LLC'S AND THE CLEMENS FAMILY CORPORATION'S MOTION TO DISMISS** |

Defendants Clemens Food Group, LLC and The Clemens Family Corporation, in the above-named case hereby move the United States District Court for the District of Minnesota for an Order dismissing Plaintiffs' Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6). This motion is based upon the attached Memorandum of Law and all of the files, records, and proceedings herein.

Dated: October 23, 2018	Respectfully submitted,

/s/ *Daniel E. Laytin, P.C.*

Mark L. Johnson (#0345520)
Bethany Krueger (#0306368)
Virginia R. McCalmont (#0399496)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
bkrueger@greeneespel.com
vmccalmont@greeneespel.com

Daniel E. Laytin, P.C. (*pro hac vice*)
Christa C. Cottrell, P.C. (*pro hac vice*)
Christina L. Briesacher (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
312-862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
christina.briesacher@kirkland.com

*Attorneys for Clemens Food Group, LLC and the Clemens Family Corporation*