UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation**<br><br>This Document Relates To: All Actions | Case No. 18-cv-01776-JRT-HB<br><br>**DEFENDANTS HORMEL FOODS CORPORATION AND HORMEL FOODS, LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINTS** |

Defendants Hormel Foods Corporation and Hormel Foods, LLC ("Hormel") hereby move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for dismissal of claims against Hormel in Plaintiffs' First Amended and Consolidated Class Action Complaints in the above-captioned action.[1]

This Motion is supported by all of the files, records, and proceedings herein, including:

- Hormel Foods Corporation and Hormel Foods, LLC's Memorandum in Support of their Motion to Dismiss Plaintiffs' First Amended and Consolidated Class Action Complaints;

---

[1] This action consolidated thirteen separately-filed actions. (ECF No. 85.) The docket numbers for the Consolidated Complaints subject to this Motion are as follows: 18-cv-01776-JRT-HB (ECF No. 74); 18-cv-01803-JRT-HB (ECF No. 83); 18-cv-01810-JRT-HB (ECF No. 70); 18-cv-01891-JRT-HB (ECF No. 63); 18-cv-01946-JRT-HB (ECF No. 59); 18-cv-02008-JRT-HB (ECF No. 70); 18-cv-02044-JRT-HB (ECF No. 66); 18-cv-02058-JRT-HB (ECF No. 64); 18-cv-02113-JRT-HB (ECF No. 54); 18-cv-02337-JRT-HB (ECF No. 32); 18-cv-02338-JRT-HB (ECF No. 32); 18-cv-02390-JRT-HB (ECF No. 34); and 18-cv-02405-JRT-HB (ECF No. 9).

1

- The Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Direct Purchaser Plaintiffs' Complaint and Federal Law Claims in the Indirect Purchaser Plaintiffs' Complaints for Failure to State a Claim Upon Which Relief May Be Granted; and

- The Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the State Law Claims in the Indirect Purchaser Plaintiffs' Complaints.

Date: October 23, 2018                               **FAEGRE BAKER DANIELS LLP**

<em>/s/ Richard A. Duncan</em><br>
Richard A. Duncan (#0192983)<br>
Aaron D. Van Oort (#0315539)<br>
Craig S. Coleman (#0325491)<br>
Emily E. Chow (#0388239)<br>
Isaac B. Hall (#0395398)<br>
Bryan K. Washburn (#0397733)<br>
2200 Wells Fargo Center<br>
90 South Seventh Street<br>
Minneapolis, MN  55402-3901<br>
Telephone: (612) 766-7000<br>
Facsimile: (612) 766-1600<br>
richard.duncan@faegrebd.com<br>
aaron.vanoort@faegrebd.com<br>
craig.coleman@faegrebd.com<br>
emily.chow@faegrebd.com<br>
isaac.hall@faegrebd.com<br>
bryan.washburn@faegrebd.com

*Counsel for Defendants Hormel Foods Corporation and Hormel Foods, LLC*