# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation**<br><br>This Document Relates To All Actions | Case No. 18-cv-01776-JRT-HB<br><br>**EXHIBIT INDEX TO DEFENDANTS HORMEL FOODS CORPORATION AND HORMEL FOODS, LLC'S MOTION TO DISMISS** |

| Ex. No. | Description |
|---|---|
| 1. | Hormel Foods Corporation Q4 2008 Earnings Call Transcript.  Cited at Compl. ¶110. |
| 2. | Hormel Foods Corporation Q1 2009 Earnings Call Transcript.  Cited at Compl. ¶111. |
| 3. | Hormel Foods Corporation Q2 2009 Earnings Call Transcript.  Cited at Compl. ¶113. |
| 4. | Hormel Foods Corporation Q4 2010 Earnings Call Transcript.  Cited at Compl. ¶112. |
| 5. | Hormel Foods Corporation 2009 Form 10K Annual Report. |

US.120418682.02