UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Civil No. 18-cv-01776 (JRT/HB)<br><br>**MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINTS BY INDIANA PACKERS CORPORATION AND MITSUBISHI CORPORATION (AMERICAS)** |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Indiana Packers Corporation and Mitsubishi Corporation (Americas), by and through their undersigned counsel, hereby move for dismissal with prejudice all counts against them in Plaintiffs' Consolidated Amended Class Action Complaints.[1]

This Motion is based upon all of the files, records, and proceedings herein. This Motion is supported by the Memorandum of Law by Indiana Packers Corporation and Mitsubishi Corporation (Americas) in Support of Motion to Dismiss the Consolidated Amended Class Action Complaints; the Declaration of Jaime Stilson in Support of this Motion; Defendants' Joint Motion to Dismiss the Direct Purchaser Plaintiffs' Complaint and the Federal Law Claims in the Indirect Purchaser Plaintiffs' Complaints For Failure to State a Claim Upon Which Relief Can Be Granted and Memorandum of Law in support

---

[1] This action consolidated thirteen separately-filed actions. *See* Dkt. 85. The docket numbers for the consolidated amended complaints subject to this Motion are as follows: 18-cv-01776 (Dkt. 74); 18-cv-01891 (Dkt. 63); 18-cv-02008 (Dkt. 70); 18-cv-02044 (Dkt. 66); 18-cv-02113 (Dkt. 54); 18-cv-02337 (Dkt. 32); 18-cv-02338 (Dkt. 32).

thereof; Defendants' Joint Motion to Dismiss the State Law Claims in the Indirect Purchaser Plaintiffs' Complaints and the Memorandum of Law in support thereof; the laws applicable hereto; and the arguments of counsel.

Dated:  October 23, 2018            DORSEY & WHITNEY LLP

By  *s/Jaime Stilson*
Jaime Stilson (#392913)
stilson.jaime@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
stilson.jaime@dorsey.com

Britt M. Miller (*pro hac vice*)
Robert Entwisle (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0600
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

William Stallings (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
wstallings@mayerbrown.com

*Counsel for Indiana Packers Corporation and Mitsubishi Corporation (Americas)*