UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Civil No. 18-cv-01776 (JRT/HB)<br><br>**LOCAL RULE 7.1(f) CERTIFICATE OF COMPLIANCE** |

I, Jaime Stilson, certify that the Memorandum of Law by Indiana Packers Corporation and Mitsubishi Corporation (Americas) in Support of Motion to Dismiss the Consolidated Amended Class Action Complaints complies with Local Rule 7.1(f).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2016, and that the word-count function of this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced memorandum contains 1,559 words.

I further certify that the above-referenced memorandum complies with the type-size requirements of Local Rule 7.1(h) because it has been prepared using 13-point Times New Roman type as designated by Microsoft Word 2016.

Dated:  October 23, 2018                DORSEY & WHITNEY LLP

                                          By   *s/Jaime Stilson*
                                                Jaime Stilson (#392913)
                                                stilson.jaime@dorsey.com
                                                50 South Sixth Street, Suite 1500
                                                Minneapolis, MN 55402
                                                Telephone:  (612) 340-2600
                                                stilson.jaime@dorsey.com

                                                Britt M. Miller (pro hac vice)
                                                Robert Entwisle (pro hac vice)
                                                MAYER BROWN LLP
                                                71 South Wacker Drive
                                                Chicago, IL 60606-4637
                                                Telephone:  (312) 782-0600
                                                bmiller@mayerbrown.com
                                                rentwisle@mayerbrown.com

                                                William Stallings (pro hac vice)
                                                MAYER BROWN LLP
                                                1999 K Street, N.W.
                                                Washington, D.C. 20006-1101
                                                Telephone:  (202) 263-3000
                                                wstallings@mayerbrown.com

                                                *Counsel for Indiana Packers Corporation and Mitsubishi Corporation (Americas)*