UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Civil No. 18-cv-01776 (JRT/HB)<br><br>**DECLARATION OF JAIME STILSON IN SUPPORT OF MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINTS BY INDIANA PACKERS CORPORATION AND MITSUBISHI CORPORATION (AMERICAS)** |

I, Jaime Stilson, declare as follows:

1. I am an attorney with the law firm of Dorsey & Whitney LLP, counsel in this matter for Defendants Indiana Packers Corporation and Mitsubishi Corporation (Americas).

2. I submit this declaration in support of the Motion to Dismiss the Consolidated Amended Class Action Complaints by Indiana Packers Corporation and Mitsubishi Corporation (Americas).

3. Attached hereto as **Exhibit A** is a true and correct copy of the article titled "Food packing business steady so far despite drought," dated August 1, 2012, *Indiana Economic Digest*, last accessed on October 23, 2018 at the following web address: https://indianaeconomicdigest.com/main.asp?SectionID=31&articleID=65955.

Executed this 23rd day of October, 2018, in Minneapolis, Minnesota.

<u>*s/Jaime Stilson*</u>