UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Civil No. 18-1776 (JRT/HB)<br><br>**JBS USA FOOD COMPANY AND JBS USA FOOD COMPANY HOLDINGS' MOTION TO DISMISS THE COMPLAINTS** |

Defendants JBS USA Food Company ("JBS USA") and JBS USA Food Company Holdings ("JBS Holdings") jointly move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for dismissal of the Complaints in the above-captioned action.[1]

This Motion is supported by the Memorandum of Law in Support of JBS USA Food Company and JBS USA Food Company Holdings' Motion to Dismiss the Complaints, and all of the files, records, and proceedings herein.

---

[1] This action consolidated thirteen separately-filed actions. (Dkt. No. 85.) The docket numbers for the Consolidated Complaints subject to this Motion are as follows: 18-cv-01776-JRT-HB (Dkt. No. 74); 18-cv-01803-JRT-HB (Dkt. No. 83); 18-cv-01810-JRT-HB (Dkt. No. 70); 18-cv-01891-JRT-HB (Dkt. No. 63); 18-cv-01946-JRT-HB (Dkt. No. 59); 18-cv-02008-JRT-HB (Dkt. No. 70); 18-cv-02044-JRT-HB (Dkt. No. 66); 18-cv-02058-JRT-HB (Dkt. No. 64); 18-cv-02113-JRT-HB (Dkt. No. 54); 18-cv-02337-JRT-HB (Dkt. No. 32); 18-cv-02338-JRT-HB (Dkt. No. 32); 18-cv-02390-JRT-HB (Dkt. No. 34); 18-cv-02405-JRT-HB (Dkt. No. 9).

Dated: October 23, 2018
/s/ *Donald G. Heeman*
Donald G. Heeman (#286023)
Jessica J. Nelson (#347358)
Randi J. Winter (#391354)
Daniel R. Haller (#396497)
FELHABER LARSON
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402-4504
(612) 339-6321
dheeman@felhaber.com
jnelson@felhaber.com
rwinter@felhaber.com
dhaller@felhaber.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky *pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
Robert P. Vance, Jr. (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
bobbyvance@quinnemanuel.com

*Counsel for JBS USA Food Company and JBS USA Food Company Holdings*