**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| | **JBS USA FOOD COMPANY AND JBS USA FOOD COMPANY HOLDINGS' WORD COUNT COMPLIANCE CERTIFICATE** |
| This Document Relates To: | |
| ALL ACTIONS | |

I, Donald Heeman, certify that the Memorandum of Law in Support of JBS USA Food Company and JBS USA Food Company Holdings' Motion to Dismiss the Complaints complies with D. Minn. LR 7.1(f) and the Court's October 16, 2018 Order Regarding Briefing on Motions to Dismiss (Dkt. No. 153). I further certify that, in preparation of this Memorandum, I used Microsoft Word 2013, and that this word processing program has been applied specifically to all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced Memorandum contains 1,228 words.

Dated:  October 23, 2018

*/s/ Donald G. Heeman*
Donald G. Heeman (#286023)
Jessica J. Nelson (#347358)
Randi J. Winter (#391354)
Daniel R. Haller (#396497)
FELHABER LARSON
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402-4504
(612) 339-6321
dheeman@felhaber.com
jnelson@felhaber.com
rwinter@felhaber.com
dhaller@felhaber.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky *pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
Robert P. Vance, Jr. (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
bobbyvance@quinnemanuel.com

*Counsel for JBS USA Food Company and JBS USA Food Company Holdings*