UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

In Re Pork Antitrust Litigation
This Document Relates to:  All Actions

_____

No. 1:18-cv-01776-JRT-HB

# MOTION TO DISMISS OF DEFENDANTS SEABOARD FOODS LLC AND SEABOARD CORPORATION

Defendants Seaboard Foods LLC and Seaboard Corporation hereby move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for dismissal of Plaintiffs' First Amended and Consolidated Class Action Complaints in the above-captioned action.[1]

This Motion is supported by Seaboard Foods LLC and Seaboard Corporation's Memorandum in Support of Motion to Dismiss, the Declaration of Peter J. Schwingler and accompanying exhibits, and all of the files, records, and proceedings herein, including Defendants' Joint Motion to Dismiss the Direct Purchaser Plaintiffs' Complaint and the Federal Law Claims in the Indirect Purchaser Plaintiffs' Complaints for Failure to State a Claim Upon Which Relief May Be Granted and Defendants' Joint Motion to

---

[1] This action consolidated thirteen separately-filed actions.  (Dkt. No. 85.)  The docket numbers for the Consolidated Complaints subject to this Motion are as follows: 18-cv-01776-JRT-HB (Dkt. No. 74); 18-cv-01803-JRT-HB (Dkt. No. 83); 18-cv-01810-JRT-HB (Dkt. No. 70); 18-cv-01891-JRT-HB (Dkt. No. 63); 18-cv-01946-JRT-HB (Dkt. No. 59); 18-cv-02008-JRT-HB (Dkt. No. 70); 18-cv-02044-JRT-HB (Dkt. No. 66); 18-cv-02058-JRT-HB (Dkt. No. 64); 18-cv-02113-JRT-HB (Dkt. No. 54); 18-cv-02337-JRT-HB (Dkt. No. 32); 18-cv-02338-JRT-HB (Dkt. No. 32); 18-cv-02390-JRT-HB (Dkt. No. 34); 18-cv-02405-JRT-HB (Dkt. No. 9).

Dismiss the State Law Claims in the Commercial and Individual Indirect Purchaser Plaintiffs' Complaints.

| | |
|---|---|
| Dated:  October 23, 2018 | */s/ William L. Greene*<br>William L. Greene (#0198730)<br>Peter J. Schwingler (#0388909)<br>Jon M. Woodruff (#0399453)<br>STINSON LEONARD STREET LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Phone: (612) 335-1500<br>Fax:   (612) 335-1657<br>william.greene@stinson.com<br>peter.schwingler@stinson.com<br>jon.woodruff@stinson.com<br><br>J. Nicci Warr (*pro hac vice*)<br>STINSON LEONARD STREET LLP<br>7700 Forsyth Boulevard, Suite 1100<br>St. Louis, MO 63105<br>Phone: (314) 863-0800<br>Fax:   (314) 863-9388<br>nicci.warr@stinson.com<br><br>**Attorneys for Defendants**<br>**Seaboard Foods LLC and**<br>**Seaboard Corporation** |