UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

------------------------------------

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | No. 0:18-cv-01776-JRT-HB |
| This Document Relates To: All Actions | **DEFENDANT SMITHFIELD FOODS, INC.'S MOTION TO DISMISS** |

------------------------------------

Defendant Smithfield Foods, Inc. moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for dismissal of Plaintiffs' First Amended and Consolidated Class Action Complaints in the above-captioned actions.

This Motion is supported by Smithfield Foods, Inc.'s Memorandum of Law in Support of Its Motion to Dismiss, the Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Direct Purchaser Plaintiffs' Complaint and the Federal Law Claims in the Indirect Purchaser Plaintiffs' Complaints for Failure to State a Claim Upon Which Relief May Be Granted, the Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the State Law Claims in the Indirect Purchaser Plaintiffs' Complaints, and all of the files, records, and proceedings herein.

| | |
|---|---|
| Dated: October 23, 2018 | /s/ John A. Cotter |

John A. Cotter (134296)
John A. Kvinge (0392303)
LARKIN HOFFMAN DALY & LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (pro hac vice)
Josh Lipton (pro hac vice)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W. Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (pro hac vice)
GIBSON, DUNN & CRUTCHER, LLP
2100 McKinney Avenue, Suite 1100 Dallas, TX 75201-6912
(214) 698-3370
brobison@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*