**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | File No. 18-CV-01776-JRT-HB |
| This Document Relates To: All Actions | **LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |

---

I, John A. Kvinge, certify that Smithfield Foods, Inc.'s Memorandum of Law in Support of its Motion to Dismiss complies with D. Minn. LR 7.1(f) and the Court's October 16, 2018 Order Regarding Briefing on Motions to Dismiss [ECF No. 153]. I further certify that, in preparation of this memorandum, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced memorandum contains 1104 words.

Date: October 23, 2018            */s/ John A. Kvinge*
                                          John A. Cotter (134296)
                                          John A. Kvinge (0392303)
                                          LARKIN HOFFMAN DALY & LINDGREN LTD.
                                          8300 Norman Center Drive, Suite 1000
                                          Minneapolis, MN 55427-1060
                                          (952) 835-3800
                                          jcotter@larkinhoffman.com
                                          jkvinge@larkinhoffman.com

                                          Richard Parker (*pro hac vice*)
                                          Josh Lipton (*pro hac vice*)
                                          GIBSON, DUNN & CRUTCHER, LLP
                                          1050 Connecticut Avenue, N.W.
                                          Washington, D.C. 20036-5306
                                          (202) 955-8500
                                          rparker@gibsondunn.com
                                          jlipton@gibsondunn.com

                                          Brian Robison (*pro hac vice*)
                                          GIBSON, DUNN & CRUTCHER, LLP
                                          2100 McKinney Avenue, Suite 1100
                                          Dallas, TX 75201-6912
                                          (214) 698-3370
                                          brobison@gibsondunn.com

                                          *Counsel for Smithfield Foods, Inc.*

2.