UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Civil No. 18-1776 (JRT/HB)<br><br>**DEFENDANT TRIUMPH FOODS, LLC'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINTS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** |

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Triumph Foods LLC moves for dismissal of the Direct Purchaser Plaintiffs' First Amended and Consolidated Class Action Complaint ("DPP Compl."),[1] the Commercial Food Preparers' First Amended and Consolidated Class Action Complaint ("CFP Compl."),[2] and the Consumer Consolidated Class Action Complaint ("IPP Compl.").[3]

---

[1] *Maplevale Farms, Inc. v. Agri Stats, Inc.*, No. 18-cv-1803 (Dkt. 83); *John Gross & Co. v. Agri Stats, Inc.*, No. 18-cv-1803 (Dkt. 70); *Ferraro Foods, Inc. v. Agri Stats, Inc.*, No. 18-cv-1946 (Dkt. 59); *Olean Wholesale Grocery Coop. v. Agri Stats, Inc.*, No. 18-cv-2058 (Dkt. 64); *Phil's BBQ, Inc. v. Agri Stats, Inc.*, No. 18-cv-2390 (Dkt. 34); *Joe Christiana Food Distribs., Inc. v. Agri Stats, Inc.*, No. 18-cv-2405 (Dkt. 9).
[2] *Sandee's Bakery v. Agri Stats, Inc.*, No. 18-cv-1891 (Dkt. 63); *Bear's Restaurant Grp. v. Agri Stats, Inc.*, No. 18-cv-2113 (Dkt. 54).
[3] *Duryea v. Agri Stats, Inc.*, No. 18-cv-1776 (Dkt. 74); *Litter v. Agri Stats, Inc.*, No. 18-cv-2008 (Dkt. 70); *Realdine v. Agri Stats, Inc.*, No. 18-cv-2044

This Motion is supported by the Memorandum of Law in Support of Defendant Triumph Foods LLC's Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaints and all of the files, records, and proceedings herein.

Date: October 23, 2018.

    Respectfully Submitted

    */s/ Gene Summerlin*
    Gene Summerlin (*pro hac vice*)
    Marnie Jensen (*pro hac vice*)
    Ryann Glenn (*pro hac vice*)
    Kamron Hasan (*pro hac vice*)
    Quinn Eaton (*pro hac vice*)
    Sierra Faler (*pro hac vice*)
    HUSCH BLACKWELL LLP
    13330 California St., Suite 200
    Omaha, NE 68154
    (402) 964-5000
    gene.summerlin@huschblackwell.com
    marnie.jensen@huschblackwell.com
    ryann.glenn@huschblackwell.com
    kamron.hasan@huschblackwell.com
    quinn.eaton@huschblackwell.com
    sierra.faler@huschblackwell.com

    Aaron Chapin (#6292540)
    HUSCH BLACKWELL LLP
    120 South Riverside Plaza, Suite 2200
    Chicago, IL  60606
    (312) 655-1500
    aaron.chapin@huschblackwell.com

    *Counsel for Triumph Foods, LLC*

---

(Dkt. 66); *Allison v. Agri Stats, Inc.*, No. 18-cv-2337 (Dkt. 32); *Anderson v. Agri Stats, Inc.*, No. 18-cv-2338 (Dkt. 32).

OMA-503177-1