**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| This Document Relates To: | **LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |
| ALL ACTIONS | |

I, Gene Summerlin, certify that the Memorandum of Law in Support of Defendant Triumph Foods, LLC's Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaints complies with D. Minn. LR 7.1(f) and the Court's October 16, 2018 Order Regarding Briefing on Motions to Dismiss (ECF No. 153). I further certify that, in preparation of this memorandum, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced memorandum contains 1,092 words.

Date: October 23, 2018.

OMA-503207-1

Respectfully Submitted

*/s/ Gene Summerlin*
Gene Summerlin (*pro hac vice*)
Marnie Jensen (*pro hac vice*)
Ryann Glenn (*pro hac vice*)
Kamron Hasan (*pro hac vice*)
Quinn Eaton (*pro hac vice*)
Sierra Faler (*pro hac vice*)
HUSCH BLACKWELL LLP
13330 California St., Suite 200
Omaha, NE 68154
(402) 964-5000
gene.summerlin@huschblackwell.com
marnie.jensen@huschblackwell.com
ryann.glenn@huschblackwell.com
kamron.hasan@huschblackwell.com
quinn.eaton@huschblackwell.com
sierra.faler@huschblackwell.com

Aaron Chapin (#6292540)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL  60606
(312) 655-1500
aaron.chapin@huschblackwell.com

*Counsel for Triumph Foods, LLC*

OMA-503207-1