UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>All Cases | No. 1:18-cv-01776-JRT-HB |

# MOTION TO DISMISS BY TYSON FOODS, INC., TYSON FRESH MEATS, INC. AND TYSON PREPARED FOODS, INC.

PLEASE TAKE NOTICE that Defendants Tyson Foods, Inc., Tyson Fresh Meats, Inc. and Tyson Prepared Foods, Inc. (together, "Tyson Defendants"), by and through their attorneys, Dykema Gossett PLLC and Axinn, Veltrop & Harkrider LLP, bring this Motion to Dismiss Plaintiffs' claims against Tyson Defendants pursuant to Federal Rule of Civil Procedure 12(b)(6). Tyson Defendants' Memorandum of Law and all further supporting documents will be filed and served in accordance with the Local Rules.

Respectfully Submitted,

Dated: October 23, 2018

/s/ David P. Graham
David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

1

2

        Rachel J. Adcox (*pro hac vice*)
        Tiffany Rider Rohrbaugh (*pro hac vice*)
        AXINN, VELTROP & HARKRIDER LLP
        950 F Street, N.W.
        Washington, D.C. 20004
        (202) 912-4700
        radcox@axinn.com
        trider@axinn.com

        Felix J. Gilman (*pro hac vice*)
        AXINN, VELTROP & HARKRIDER LLP
        114 West 47th Street
        New York, NY 10036
        (212) 728-2200
        fgilman@axinn.com

        *Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*