UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* <br> This Document Relates To: <br> All Cases | No. 1:18-cv-01776-JRT-HB <br><br> **LR 7.1(f)  & LR 72.2(d)** <br> **CERTIFICATE OF COMPLIANCE** |

I, David P. Graham, certify that the

☑ Memorandum titled: <u>SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS BY TYSON FOODS, INC., TYSON FRESH MEATS, INC. AND TYSON PREPARED FOODS, INC.</u>, complies with Local Rule 7.1(f).

or

☐ Objection or Response to the Magistrate Judge's Ruling complies with Local Rule 72.2(d).

I further certify that, in preparation of the above document, I:

☑ Used the following word processing program and version: <u>Microsoft Office Word 10</u> and that this word processing program has been applied specifically to include all text, including footnotes, and quotations in the following word count.

or

☐ Counted the words in the document.

I further certify that the above document contains the following number of words: <u>1,829</u>

Date:  October 23, 2018

s/ David P. Graham
David P. Graham (#0185462)
D<span style="font-variant:small-caps">ykema</span> G<span style="font-variant:small-caps">ossett</span> PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone:  (612) 486-1521
Email:  dgraham@dykema.com

1