# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:  All Actions | No. 0:18-cv-1776-JRT-HB<br><br>**DEFENDANT AGRI STATS, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Agri Stats, Inc. ("Agri Stats") moves this Court for an order dismissing all Plaintiffs' complaints in these actions with prejudice.

The grounds of this motion are that Plaintiffs' complaints fail to allege facts plausibly suggesting that Agri Stats entered any agreement to reduce pork supplies.  Agri Stats is neither a producer nor seller of pork.  To allege a claim that Agri Stats joined a conspiracy to reduce pork supplies, Plaintiffs' complaints must allege that (a) Agri Stats knew of any such agreement and (b) Agri Stats agreed to support such a conspiracy.  Plaintiffs' complaints do neither.

This motion is based on the foregoing, memorandum of law in support of this motion filed concurrently, all other matters of record, and any oral argument that the Court may hear.

October 23, 2018

Respectfully submitted,

/s/ *Peter H. Walsh*
Peter H. Walsh (MN# 388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Tel:  (612) 402-3000
Fax:  (612) 339-5167
peter.walsh@hoganlovells.com

William L. Monts III (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
Jennifer A. Fleury (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004
Tel.:  (202) 637-5600
Fax:  (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com
jennifer.fleury@hoganlovells.com

*Counsel for Agri Stats, Inc.*