## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | No. 0:18-cv-1776-JRT-HB<br><br>**LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |

I, Peter H. Walsh, certify that the Memorandum of Law in Support of Defendant Agri Stats, Inc.'s Motion to Dismiss Plaintiffs' Complaints for Failure to State a Claim Upon Which Relief May Be Granted complies with Local Rule 7.1(f) and the Court's October 16, 2018 Order Regarding Briefing on Motions to Dismiss (ECF No. 153).  I further certify that: (a) this memorandum has been prepared using Microsoft Word 2010; and is in 13-point Times New Roman font; and (b) the word-count function of Microsoft Word 2010 has been applied specifically to include all text, including headings, footnotes, and quotations.  I further certify that the above-referenced memorandum contains 1,842 words.

Date: October 23, 2018
/s/ *Peter H. Walsh*
Peter H. Walsh (MN# 388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Tel:  (612) 402-3000
Fax  (612) 339-5167
peter.walsh@hoganlovells.com

- 2 -

        William L. Monts III (*pro hac vice*)
        Justin W. Bernick (*pro hac vice*)
        Jennifer A. Fleury (*pro hac vice*)
        HOGAN LOVELLS US LLP
        555 Thirteenth Street, N.W.
        Washington, D.C.  20004
        Tel.:  (202) 637-5600
        Fax:  (202) 637-5910
        william.monts@hoganlovells.com
        justin.bernick@hoganlovells.com
        jennifer.fleury@hoganlovells.com

        *Counsel for Agri Stats, Inc.*