UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation**<br><br>This Document Relates to: All Actions | Case No. 18-cv-01776-JRT-HB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS** |

This matter came for hearing before the undersigned Chief Judge of the United States District Court for the District of Minnesota on Defendants' Motions to Dismiss.

Based upon all the files, records, proceedings, and arguments of counsel, **IT IS HEREBY ORDERED** that Defendants' Motions are **GRANTED** as follows:

1. Defendants' Joint Motion to Dismiss the Direct Purchaser Plaintiffs' Complaint and the Federal Law Claims in the Indirect Purchaser Plaintiffs' Complaints for Failure to State a Claim (Docket No. 161) is **GRANTED**.

2. Defendants' Joint Motion to Dismiss the State Law Claims in the Indirect Purchaser Plaintiffs' Complaints (Docket No. 164) is **GRANTED**.

3. The Motion to Dismiss brought by Defendants Clemens Food Group, LLC and The Clemens Family Corporation (Docket No. 167) is **GRANTED**.

4. The Motion to Dismiss brought by Defendants Hormel Foods Corporation and Hormel Foods, LLC (Docket No. 169) is **GRANTED**.

5. The Motion to Dismiss brought by Defendant Indiana Packers Corporation and Mitsubishi Corporation (Americas) (Docket No. 172) is **GRANTED**.

6. The Motion to Dismiss brought by Defendants JBS USA Food Company and JBS USA Food Company Holdings (Docket No. 175) is **GRANTED**.

7. The Motion to Dismiss brought by Defendants Seaboard Foods, LLC and Seaboard Corporation (Docket No. 177) is **GRANTED**.

8. The Motion to Dismiss brought by Defendant Smithfield Foods, Inc. (Docket No. 181) is **GRANTED**.

9. The Motion to Dismiss brought by Defendant Triumph Foods, LLC (Docket No. 183) is **GRANTED**.

10. The Motion to Dismiss brought by Defendants Tyson Foods, Inc., Tyson Fresh Meats, Inc., and Tyson Prepared Foods, Inc. (Docket No. 186) is **GRANTED**.

11. The Motion to Dismiss brought by Defendant Agri Stats, Inc. (Docket No. 188) is **GRANTED**.

Plaintiffs' Complaints are **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated _____, 2018

By the Court:

_____
The Honorable John R. Tunheim