IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 18-cv-01776 (JRT-HB) |
| This Document Relates To:<br>*ALL ACTIONS* | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY** |

The above-titled matter comes before the Court upon joint motion by Defendants to Stay Discovery under Fed. R. Civ. P. 26. Based upon all the files, records, and proceedings herein, IT IS ORDERED:

The Motion to Stay Discovery brought by Defendants is GRANTED.

**SO ORDERED.**

_____
Magistrate Judge Hildy Bowbeer
UNITED STATES DISTRICT COURT