# Exhibit A

8/20/2018 New pork processing plant adds second shift in Sioux City - KTIV News 4 Sioux City IA: News, Weather and Sports

CASE 0:18-cv-01776-JRT-JFD Doc. 188 - Filed 10/24/18 Page 2 of 7

MEMBER CENTER: CREATE ACCOUNT | LOG IN

LIVE TV

FOLLOW US   ALERTS   WATCH



CONTESTS   ADVERTISE   CONTACT US   APPS

# New pork processing plant adds second shift in Sioux City

By Tia Heidebrecht, Internet Director   CONNECT
Posted: Feb 17, 2017 3:55 PM EST

SIOUX CITY (KTIV) - In a news release, **Seaboard Triumph Foods** announced plans to expand its new pork processing facility in Sioux City, Iowa, to include the addition of a second shift.

Friday, officials said with the expansion it will allow processing of close to six million hogs annually.

The plant plans to employ around **2,000 workers, including 200 salaried positions and 1,800 hourly production positions**.

Officials said the plant is in the final stages of construction in the Bridgeport West Industrial Park.

"The timing of the expansion for a second shift is a result of growing demand for the Seaboard Foods line of quality pork products as well as ongoing growth in the industry. The support demonstrated thus far by our customers, community, city and state agencies simply gives us great confidence to grow right here in northwest Iowa," said Mark Porter, Seaboard Triumph Foods Chief Operating Officer.

Mayor Bob Scott said, "Today's announcement to add a second shift shows the confidence that Seaboard Triumph Foods has in our community. As one of the largest projects in Sioux City, this expansion will create the demand for further housing growth to accommodate new employees in the region."

**In May 2015, Seaboard Foods and Triumph Foods announced the formation of Seaboard Triumph Foods, a joint venture with equal ownership, to construct a new pork processing facility in Sioux City, Iowa**. Site work began in September 2015, and construction is expected to be completed by July 2017.

## Can't Find Something?

Search                                    GO

KTIV Television
2929 Signal Hill Drive Sioux City, IA 51108
Switchboard: 712-239-4100 or 800-234-KTI

News: (712) 226-5480
Fax: (712) 239-3025
News Tips: ktivnews@ktiv.com
Careers at KTIV   Advertise with us   Advert
FCC Public File   EEO Report   Closed Captio

NEWS   WEATHER   SPORTS   THINGS TO DO   SLIDESHOWS   KTIV VIDEO

 All content © Copyright 2000 - 2018 KTIV Television. All Rights Reserved. For more information on this site, please read our **Privacy Policy**, **Terms of Service**, and **Ad Choices**.

# Exhibit B

https://www.agupdate.com/iowafarmertoday/news/livestock/pork-packing-capacity-faces-delays-to-growth/article_f86fde7e-64dc-11e8-b288-475ac8083072.html

# Pork packing capacity faces delays to growth

Jeff DeYoung    Jun 2, 2018



More than 10,500 hogs per day can be processed at the Seaboard Triumph Foods pork plant in Sioux City.

Photo courtesy Seaboard Triumph Foods

Growth in packing capacity continues for the hog industry, but additional space may be coming later than scheduled.

Steve Meyer, an economist with Kerns & Associates in Ames, says plans have changed somewhat for the Seaboard Triumph Foods plant in Sioux City, Iowa, which opened in 2017.

"They had hoped to start a second shift this year, but it sounds like starting the second shift is being pushed back to 2019," he says. "The labor situation is really tight there."

The plant currently employs around 1,100 people, with the second shift expected to add another 900 jobs.

Construction continues on the Prestage Foods plant near Eagle Grove, Iowa. Initial plans called for the plant to start processing hogs this year.

"I'm hearing there have been some delays, but they still expect to slaughter some pigs this year," Meyer says.

The plant is expected to employ over 900 workers.

All this comes at a time when large numbers of pigs fill the pipeline. Meyer expects fourth quarter production to be 3.2 percent higher than a year ago, based on USDA numbers.

"We have enough capacity to handle it, but there are more hogs out there than folks have planned to process at these plants," he says. "If the plants aren't ready, that puts more hogs on the market."

Meyer estimates pork production to be up 4 percent in the fourth quarter, thanks to likely higher slaughter weights.

He say per capita consumption of pork is expected to reach 220 pounds again in 2018, and rise to 222 lbs. in 2019.

"Demand will be extremely important," Meyer says.

Despite growth in the cattle industry, packing capacity is expected to be sufficient to handle the increased beef production.

Trevor Amen, animal protein economist with CoBank, says the packing industry has added hours to process more cattle.

"Saturday slaughter hours have been steadily increasing since the middle of 2016," he says in a company news release. "However, it is unlikely that packers will need to re-open shuttered plants or build additional facilities."

Amen says packers will continue to add shifts and extend hours to handle the larger supply, at least through 2019.

"The biggest potential concerns as the industry drifts closer to maximum packing capacity are labor availability and temporary plant closures for unforeseen maintenance issues," he says.

Amen expects to see packing companies invest in automation and other tools to minimize labor shortage risk. He says plants will be modernized in an effort to become more efficient.

## Jeff DeYoung

Jeff DeYoung is livestock editor for Iowa Farmer Today, Missouri Farmer Today and Illinois Farmer Today.