UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | No. 0:18-cv-01776-JRT-HB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Joseph C. Bourne of the law firm of Pearson, Simon & Warshaw, LLP, hereby enters his appearance in the above-captioned case on behalf of Direct Purchaser Plaintiff Maplevale Farms, Inc.

DATED: October 26, 2018     **PEARSON, SIMON & WARSHAW, LLP**


By:     */s/ Joseph C. Bourne*
              JOSEPH C. BOURNE

Melissa S. Wenier (Bar No. 0387900)
  mweiner@pswlaw.com
Joseph C. Bourne (Bar No. 0389922)
  jbourne@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

*Attorneys for Direct Purchaser Plaintiff*
*Maplevale Farms*

895306.1