## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*,<br><br>This Document Related To: All Actions | Court File No. 0:18-cv-01776-JRT-HB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Kim Schmid, Richard Morgan, and the law firm of Bowman and Brooke LLP withdraw as counsel for Defendant Agri Stats, Inc. in the above-captioned case. Please remove the undersigned from any service lists and ECF filing notices in this action.

**BOWMAN AND BROOKE LLP**

DATED: October 29, 2018        By: *s/Kim M. Schmid*
Richard G. Morgan (Atty. No. 0157053)
Kim M. Schmid (Atty. No. 195613)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone: (612) 339-8682
Richard.Morgan@bowmanandbrooke.com
Kim.Schmid@bowmanandbrooke.com

*Attorneys for Defendant Agri Stats, Inc.*