# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Actions | Case No. 0:18-cv-01776-JRT-HB<br><br>**AFFIDAVIT OF BRIAN D. CLARK IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO STAY** |

STATE OF MINNESOTA )
                               ) ss.
COUNTY OF HENNEPIN )

I, Brian D. Clark, being duly sworn, state:

      1.      I submit this affidavit to identify the exhibit submitted in support of the accompanying Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Stay and related papers.

      2.      Attached hereto as Exhibit A is a true and correct copy of excerpts from the Transcript in the *In re Broiler Chicken Antitrust Litig.*, Case 1:16-cv-08637, N. D. Ill., dated February 24, 2017 [ECF No. 336].

      3.      Attached as Exhibit B is a true and correct copy of the Order Regarding Disclosure of Information in the *In re Broiler Chicken Antitrust Litig.*, Case 1:16-cv-08637, N. D. Ill., dated December 21, 2016 [ECF No. 264].

532610.1

4. Attached as Exhibit C is a true and correct copy of the Order regarding disputed issues *In re Broiler Chicken Antitrust Litig.*, Case 1:16-cv-08637, N. D. Ill., dated June 20, 2017 [ECF No. 420].

5. Attached as Exhibit D is a true and correct copy of excerpts from the Transcript in the *In re Broiler Chicken Antitrust Litig.*, Case 1:16-cv-08637, N. D. Ill., dated June 16, 2017 [ECF No. 430].

6. Attached as Exhibit E is a true and correct copy of Plaintiffs' September 25, 2018 proposal for ESI Disclosures.

7. Attached as Exhibit F is a true and correct copy of U.S. Department of Justice Civil Investigative Demand No. 26185.

FURTHER AFFIANT SAYETH NAUGHT.

                                              s/ Brian D. Clark
                                              Brian D. Clark

Subscribed and sworn to before me
this 6th day of November, 2018.


 s/Cheryl T. Evans
Notary Public – Minnesota
My commission expires: January 31, 2022