# INDEX TO AFFIDAVIT OF BRIAN D. CLARK IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO STAY

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| A. | Excerpts from the Transcript in the *In re Broiler Chicken Antitrust Litig.*, Case 1:16-cv-08637, N. D. Ill., dated February 24, 2017 [ECF No. 336] |
| B. | Order Regarding Disclosure of Information in the *In re Broiler Chicken Antitrust Litig.*, Case 1:16-cv-08637, N. D. Ill., dated December 21, 2016 [ECF No. 264] |
| C. | Order regarding disputed issues *In re Broiler Chicken Antitrust Litig.*, Case 1:16-cv-08637, N. D. Ill., dated June 20, 2017 [ECF No. 420] |
| D. | Excerpts from the Transcript in the *In re Broiler Chicken Antitrust Litig.*, Case 1:16-cv-08637, N. D. Ill., dated June 16, 2017 [ECF No. 430] |
| E. | Plaintiffs' September 25, 2018 Proposal for ESI Disclosures |
| F. | U.S. Department of Justice, Civil Investigative Demand, No. 26185 |

532613.1