UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB)<br><br>CERTIFICATE OF SERVICE |
| This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | |

I, the undersigned, declare:

That declarant is and was, at all times herein mentioned, a resident of the United States and is employed in the city of Berkeley, California, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202, Berkeley, California 94710.

On June 28, 2018, declarant served via certified mail a copy of the June 28, 2018 Class Action Complaint in the above-captioned action upon the Attorney General of the State of Arizona, a copy of which is confirmed receipt by the Office of the Arizona State Attorney General on July 3, 2018. A copy of the letter, stamped received is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of November, 2018 at Berkeley, California.

                                                  s/ Jeaneth Decena
                                                JEANETH DECENA

10736-11 1078440V1



T 206.623.7292   F 206.623.0594

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA 98101
www.hbsslaw.com
Direct (206) 268-9320
steve@hbsslaw.com

June 28, 2018

*Via Certified Mail*

PAD/CPA
JUL 03 2018
RECEIVED

Mark Brnovich
Attorney General of Arizona
2005 N Central Ave
Phoenix, AZ 85004-2926

Re:   <u>Duryea et. al. v. Agri Stats et. al.</u>, Case No. 0:18-cv-001176

To the Office of the State Attorney General:

We write to inform you of newly-filed consumer protection and antitrust action which may affect your state's consumers. Enclosed please find a copy of the complaint.

The complaint alleges that from approximately 2009 to the present, U.S. pork producers engaged in unfair and deceptive trade practices. The producers conspired to fix, raise, maintain and stabilize the price of pork. They implemented this conspiracy by coordinating output and limiting production using a benchmarking service, Agri Stats. In furtherance of this conspiracy, we allege that the pork producers exchanged detailed, competitively sensitive, and closely guarded non-public information about prices, capacity, sales volume and demand with their co-conspirators. In essence, the defendants established, maintained, or used a monopoly for the purpose of excluding competition and controlling, fixing, or maintaining prices in the pork market.

Should you have any questions regarding the litigation, I may be reached at the address written above.

Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP

Steve W. Berman
Partner

Enclosure: Class Action Complaint

SEATTLE   BOSTON   CHICAGO   LOS ANGELES   NEW YORK   PHOENIX   SAN DIEGO   SAN FRANCISCO   WASHINGTON, D.C.

010736-11 1044722 V1