IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>*ALL ACTIONS* | Case No. 18-cv-01776 (JRT-HB)<br><br>**DECLARATION OF CHRISTINA BRIESACHER IN SUPPORT OF MOTION TO STAY DISCOVERY** |

Christina Briesacher deposes and states as follows:

1. I am an attorney with the law firm of Kirkland & Ellis LLP. I represent Defendants Clemens Food Group, LLC and The Clemens Family Corporation in the above-captioned lawsuit. I make this declaration based on my personal knowledge and in support of Defendants' Motion to Stay Discovery.

2. Attached hereto are true and correct copies of the following exhibits, which were served to all Defendants on November 1, 2018:

| No. | Description | Date |
|---|---|---|
| 1 | Consumer Indirect Purchaser Plaintiffs And Commercial And Institutional Indirect Purchaser Plaintiffs' First Set Of Requests For Production Of Documents To The Pork Integrator Defendants | November 1, 2018 |
| 2 | All Plaintiffs' First Set of Requests for Production of Documents to Defendant Agri Stats Inc. | November 1, 2018 |
| 3 | All Plaintiffs' First Set Of Requests For Production Of Documents To The Pork Integrator Defendants | November 1, 2018 |

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 15, 2018

>*/s/ Christina Briesacher*
>Christina Briesacher