UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To :<br><br>ALL ACTIONS | No. 0:18-cv-01776-JRT-HB<br><br>**DECLARATION OF WILLIAM L. MONTS III IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY** |

I, William L. Monts III, declare as follows:

1. I am above the age of 18 and not a party to these actions.

2. I am a partner in the law firm of Hogan Lovells US LLP ("Hogan Lovells") where I have practiced for 29 years, principally in the area of antitrust litigation. Hogan Lovells is counsel to Defendant Agri Stats, Inc. ("Agri Stats") in these actions.

3. I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would competently testify to these facts.

4. Hogan Lovells represented Agri Stats during the investigation by the United States Department of Justice Antitrust Division (the "Antitrust Division") referenced in Plaintiffs' memorandum in opposition to Defendants' Motion to Stay Discovery in these actions.

5. Attached to this declaration as Exhibit 4 is a true and correct copy of a letter dated October 3, 2012 from Melanie Krebs-Pilotti, an attorney in the Antitrust Division, to Philip Larson, who was then a partner at Hogan Lovells.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of November 2018 in Washington, D.C.

_____
William L. Monts III