UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>All Actions | Case No. 0:18-cv-01776-JRT-HB<br><br>**JOINT STATUS REPORT FOR NOVEMBER 21, 2018, HEARING** |

Pursuant to the Court's Order on October 15, 2018 (ECF No. 152), the parties in these cases submit this joint status report regarding the (1) attorneys who will be arguing the Motion to Stay at the November 21, 2018, hearing, (2) status of Motion to Stay and issues relating to ESI Protocol and Protective Order, and (3) preservation of the devices and device archives of Defendants' senior executives.

## I. ORAL ARGUMENTS AT NOVEMBER 21, 2018 HEARING

For Plaintiffs, Brian Clark (Lockridge Grindal Nauen P.L.L.P.) and Dan Gustafson (Gustafson Gluek) will be arguing in person.

For Defendants, Christina Briesacher (Kirkland & Ellis) will be arguing in person.

## II. STATUS OF MOTION TO STAY AND ISSUES RELATING TO ESI PROTOCOL AND PROTECTIVE ORDER

Plaintiffs and Defendants have not been able to narrow the areas of disagreement beyond what has been identified in the Motion to Stay briefing. The areas of disagreement highlighted in the parties' briefing, as well as those related to an appropriate Protective Order and ESI Protocol, still remain ripe for the Court to resolve. The parties are still

scheduled to exchange Initial Disclosures and readily accessible relevant organizational charts on December 3, 2018.

### III. PRESERVATION OF THE DEVICES AND DEVICE ARCHIVES OF DEFENDANTS' SENIOR EXECUTIVES

The parties have continued to meet and confer regarding the preservation of Defendants' senior executives' devices and device archives. If any issues remain, then Plaintiffs will raise them at the hearing on November 21, 2018, with the Court.

Dated: November 16, 2018

<div style="display: flex;">
<div>

*s/ Brian D. Clark*
W. Joseph Bruckner (MN #0147758)
Elizabeth R. Odette (MN #0340698)
Brian D. Clark (MN #0390069)
Arielle S. Wagner (MN #0398332)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T:  (612) 339-6900
F:  (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com

Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
T: (415) 433-9000
F:  (415) 433-9008
bsimon@pswlaw.com

Daniel L. Warshaw
Bobby Pouya
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
F: (818) 788-8104
dwarshaw@pswlaw.com
bpouya@pswlaw.com

Melissa S. Weiner (MN #0387900)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
T: (612) 389-0600
F: (612) 389-0610
mweiner@pswlaw.com

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

</div>
<div>

*s/ Steve W. Berman*
Steve. W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO
455 N. Cityfront Plaza Drive, Ste 2410
Chicago, Illinois 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
beth@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Britany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

</div>
</div>

*s/ Shawn M. Raiter*
Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
T: (651) 312-6518
sraiter@larsonking.com

Jonathan W. Cuneo
Joel Davidow
Blaine Finley
Yifei "Evelyn" Li
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
T: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cunelolaw.com

*Co-Lead Counsel for Commercial and
Institutional Indirect Purchaser Plaintiffs*

Date: November 16, 2018

*/s/ Mark L. Johnson*
Mark L. Johnson (#0345520)
Bethany Krueger (#0306368)
Virginia R. McCalmont (#0399496)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
bkrueger@greeneespel.com
vmccalmont@greeneespel.com
Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Christina Briesacher (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
christina.briesacher@kirkland.com

*Counsel for Clemens Food Group, LLC and The Clemens Family Corporation*

*/s/ Richard A. Duncan*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegrebd.com
aaron.vanoort@faegrebd.com
craig.coleman@faegrebd.com
emily.chow@faegrebd.com
isaac.hall@faegrebd.com
bryan.washburn@faegrebd.com

*Counsel for Hormel Foods Corporation and Hormel Foods, LLC*

| | |
|---|---|
| */s/ Jaime Stilson* | */s/ Donald G. Heeman* |
| Jaime Stilson (#392913) | Donald G. Heeman (#286023) |
| DORSEY & WHITNEY LLP | Jessica J. Nelson (#347358) |
| 50 South Sixth Street, Suite 1500 | Randi J. Winter (#391354) |
| Minneapolis, MN 55402-1498 | Daniel R. Haller (#396497) |
| (612) 492-6746 | FELHABER LARSON |
| stilson.jaime@dorsey.com | 220 South Sixth Street, Suite 2200 |
| | Minneapolis, MN 55402-4504 |
| Britt M. Miller (*pro hac vice*) | (612) 339-6321 |
| Robert E. Entwisle (*pro hac vice*) | dheeman@felhaber.com |
| MAYER BROWN LLP | jnelson@felhaber.com |
| 71 South Wacker Drive | rwinter@felhaber.com |
| Chicago, IL 60606-4637 | dhaller@felhaber.com |
| (312) 782-0600 | |
| bmiller@mayerbrown.com | Stephen R. Neuwirth (*pro hac vice*) |
| rentwisle@mayerbrown.com | Michael B. Carlinsky (*pro hac vice*) |
| | Sami H. Rashid (*pro hac vice*) |
| William H. Stallings (*pro hac vice*) | Richard T. Vagas (*pro hac vice*) |
| MAYER BROWN LLP | Robert P. Vance, Jr. (*pro hac vice*) |
| 1999 K Street, N.W. | QUINN EMANUEL URQUHART & |
| Washington, D.C. 20006-1101 | SULLIVAN, LLP |
| (202) 263-3000 | 51 Madison Avenue, 22nd Floor |
| wstallings@mayerbrown.com | New York, NY 10010 |
| | (212) 849-7000 |
| *Counsel for Indiana Packers Corporation and Mitsubishi Corporation (Americas)* | stephenneuwirth@quinnemanuel.com |
| | michaelcarlinsky@quinnemanuel.com |
| | samirashid@quinnemanuel.com |
| | richardvagas@quinnemanuel.com |
| | bobbyvance@quinnemanuel.com |
| | |
| | *Counsel for JBS USA Food Company and JBS USA Food Company Holdings* |

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
Jon M. Woodruff (#0399453)
STINSON LEONARD STREET LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
john.woodruff@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LEONARD STREET LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

*Counsel for Seaboard Foods, LLC and Seaboard Corporation*

*/s/ John A. Cotter*
John A. Cotter (134296)
John A. Kvinge (0392303)
LARKIN HOFFMAN DALY &
LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
(214) 698-3370
brobison@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*

<div style="display: flex;">

*/s/ Aaron Chapin*
Aaron Chapin (#6292540)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500
aaron.chapin@huschblackwell.com

Gene Summerlin (*pro hac vice*)
Marnie Jensen (*pro hac vice*)
Ryann Glenn (*pro hac vice*)
Kamron Hasan (*pro hac vice*)
Quinn Eaton (*pro hac vice*)
Sierra Faler (*pro hac vice*)
HUSCH BLACKWELL LLP
13330 California St., Suite 200
Omaha, NE 68154
(402) 964-5000
gene.summerlin@huschblackwell.com
marnie.jensen@huschblackwell.com
ryann.glenn@huschblackwell.com
kamron.hasan@huschblackwell.com
quinn.eaton@huschblackwell.com
sierra.faler@huschblackwell.com

*Counsel for Triumph Foods, LLC*

*/s/ David P. Graham*
David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
AXINN, VELTROP &
HARKRIDER LLP
950 F Street, N.W.
Washington, D.C. 20004
(202) 912-4700
radcox@axinn.com
trider@axinn.com

*Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*

</div>

/s/ *Peter H. Walsh*
Peter H. Walsh (# 388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3000
F. (612) 402-3001
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
Jennifer A. Fleury (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com
jennifer.fleury@hoganlovells.com

*Counsel for Agri Stats, Inc.*