UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*All Actions* | Case No. 0:18-cv-01776-JRT-HB<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Brittany N. Resch, shall appear as counsel of record for Consumer Indirect Purchaser Plaintiffs in this case.

Dated:  November 20, 2018

Respectfully submitted,

 s/Brittany N. Resch
Daniel E. Gustafson (#202241)
Daniel C.  Hedlund (#258337)
Michelle J. Looby (#388166)
Brittany N. Resch (#397656)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsonguek.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*