# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## MOTION HEARING

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | **COURT MINUTES – CIVIL** |
| | BEFORE: Hildy Bowbeer |
| This Document Relates To: All Actions | U.S. Magistrate Judge |

| | |
|---|---|
| Case No.: | 18-cv-1776 (JRT/HB) |
| Date: | November 21, 2018 |
| Court Reporter: | Carla Bebault |
| Courthouse: | St. Paul |
| Courtroom: | 6B |
| Time: | 9:49 a.m.–11:06 a.m. |

**APPEARANCES:**

For Plaintiffs: Stephanie Chen, Brian D. Clark, Daniel E. Gustafson, Elizabeth R. Odette, Shana Scarlett, Arielle Wagner, Melissa S. Weiner

For Defendants: Justin Bernick, Christina Henk Briesacher, Craig S. Coleman, John A. Cotter, William L. Greene, Isaac B. Hall, Donald G. Heeman, Mark L. Johnson, Joshua Lipton, Britt M. Miller, William L. Monts III, Stephen R. Neuwirth, Richard G. Parker, Sami H. Rashid, Brian E. Robison, Tiffany Rider Rohrbaugh, Jaime Stilson, Gene Summerlin

**PROCEEDINGS:**

The Court held a hearing on Defendants' Motion to Stay [Doc. No. 193]. The Court took the motion under advisement. A written order will be issued in due course.

The Court instructed the parties to meet and confer further on the following issues pertinent to the motion, based on guidance provided during the hearing, and to file a joint letter update reporting on the results of those meet and confer efforts by December 10, 2018:

1. The relevance to the claims in the instant case of documents produced in connection with the U.S. Department of Justice's investigation of Agri Stats, and the burden of reviewing and producing them; and

2. The extent to which the parties can make progress on negotiating the Plaintiffs' Rule 34 requests for production before a decision on the pending motions to dismiss.

*s/Adrienne Meyers*
Judicial Law Clerk
