UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STATUS CONFERENCE

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | **COURT MINUTES – CIVIL** |
| | BEFORE: Hildy Bowbeer |
| This Document Relates To: All Actions | U.S. Magistrate Judge |

| | |
|---|---|
| Case No.: | 18-cv-1776 (JRT/HB) |
| Date: | November 21, 2018 |
| Court Reporter: | Carla Bebault |
| Courthouse: | St. Paul |
| Courtroom: | 6B |
| Time: | 11:24 a.m. – 12:02 p.m. |

**APPEARANCES:**

For Plaintiffs: Stephanie Chen, Brian D. Clark, Daniel E. Gustafson, Elizabeth R. Odette, Shana Scarlett, Arielle Wagner, Melissa S. Weiner

For Defendants: Justin Bernick, Christina Henk Briesacher, Craig S. Coleman, John A. Cotter, William L. Greene, Isaac B. Hall, Donald G. Heeman, Mark L. Johnson, Joshua Lipton, Britt M. Miller, William L. Monts III, Stephen R. Neuwirth, Richard G. Parker, Sami H. Rashid, Brian E. Robison, Tiffany Rider Rohrbaugh, Jaime Stilson, Gene Summerlin

**PROCEEDINGS:**

The Court and counsel discussed the matters identified in the parties' Joint Status Reports [Doc. Nos. 203, 210].

With respect to the Protective Order, the Court stated that it would issue the Protective Order in the form proposed by the parties except that it would not include Defendants' proposed language excluding communications with in-house counsel from privilege logs.

With respect to the ESI Protocol, the Court provided some guidance to the parties and ordered the parties to meet and confer further on paragraphs IV(D)(2) and V to explore whether further progress can be made on those paragraphs before a decision is issued on the pending motions to dismiss. The parties must file a joint letter update on the status of those efforts by December 10, 2018.

Plaintiffs will meet and confer separately with counsel representing the so-called "holding companies" to discuss whether those parties are in a sufficiently different position to warrant a different approach to the limited stay of discovery and/or to the negotiation of an ESI Protocol. The parties will file a joint letter update on this issue by December 10, 2018.

2

By December 10, 2018, the parties will also file a joint letter update on the status of their efforts to resolve any remaining issues concerning preservation.

*s/Adrienne Meyers*
Judicial Law Clerk
