# TRANSCRIPT ORDER

*CJA counsel please complete an AUTH24 in CJA eVoucher*
*Please read instructions on next page.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
(Rev. 03/2018)

**COURT USE ONLY**
**NOTES:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Kim Ocel |
| 2a. CONTACT PHONE NUMBER | 612-335-1467 |
| 3. CONTACT EMAIL ADDRESS | Kim.ocel@stinson.com |
| 1b. ATTORNEY NAME (if different) | Jon M. Woodruff |
| 2b. ATTORNEY PHONE NUMBER | 612-335-1830 |
| 3. ATTORNEY EMAIL ADDRESS | Jon.woodruff@stinson.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | Stinson Leonard Street LLP, 50 S. 6th Street, Ste. 2600, Minneapolis, MN 55402 |
| 5. CASE NAME (Include defendant number, for criminal cases only) | Duryea et al. v. Agri Stats |
| 6. CASE NUMBER | 18-CV-01776 |

**8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):**    CJA: Do not use this form; use AUTH24 in CJA.

☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)
☐ NON-APPEAL   x CIVIL   ☐ Standing Order (**MDL** only)

**7. COURT REPORTER NAME, if applicable**
Carla Bebault

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)

b. SELECT FORMAT(S)  *NOTE: ECF access is included.*

c. DELIVERY TYPE  *Delivery times are not guaranteed.*

| DATE | JUDGE (initials) | PORTION (if requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-21-18 | HB | Full hearing | X | | | | | | | | X | | |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:** Please include the transcript of both the motion hearing and status conference that took place at this time.

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE /s/ Jon M. Woodruff

12. DATE  11/27/2018