UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

(Rev. 03/2018)

# TRANSCRIPT ORDER

*CJA counsel please complete an AUTH24 in CJA eVoucher*
*Please read instructions on next page.*

COURT USE ONLY
**NOTES:**

1a. CONTACT PERSON FOR THIS ORDER
Brian Miller

2a. CONTACT PHONE NUMBER
(510) 725-3000

3. CONTACT EMAIL ADDRESS
brianm@hbsslaw.com

1b. ATTORNEY NAME (if different)
Shana E. Scarlett

2b. ATTORNEY PHONE NUMBER
(510) 725-3000

3. ATTORNEY EMAIL ADDRESS
shanas@hbsslaw.com

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

5. CASE NAME (Include defendant number, for criminal cases only)
Duryea, et al. v. Agri Stats, Inc. et al.

6. CASE NUMBER
18-cv-01776

7. COURT REPORTER NAME, if applicable
Carla Bebault

8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY): CJA: Do not use this form; use AUTH24 in CJA.

❒ APPEAL ❒ CRIMINAL ❒ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)

❒ NON-APPEAL X CIVIL ❒ Standing Order (MDL only)

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. SELECT FORMAT(S) *NOTE: ECF access is included.* | | | | c. DELIVERY TYPE *Delivery times are not guaranteed.* | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
| 11/21/2018 | HB | Full Hearing | X | | | | | | X | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE
s/ Shana E. Scarlett

12. DATE
11/27/2018