| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA<br>(Rev. 03/2018) | TRANSCRIPT ORDER<br>CJA counsel please complete an AUTH24 in CJA eVoucher<br>Please read instructions on next page. | | COURT USE ONLY<br>NOTES: |
|---|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER<br>Jessica J. Nelson | 2a. CONTACT PHONE NUMBER<br>(612) 373-8419 | | 3. CONTACT EMAIL ADDRESS<br>jnelson@felhaber.com |
| 1b. ATTORNEY NAME (if different)<br>Jessica J. Nelson | 2b. ATTORNEY PHONE NUMBER<br>(612) 373-8419 | | 3. ATTORNEY EMAIL ADDRESS<br>jnelson@felhaber.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | 5. CASE NAME (Include defendant number, for criminal cases only)   In re Pork Antitrust Litigation | | 6. CASE NUMBER<br>18-cv-1776 (JRT/HB) |
| 7. COURT REPORTER NAME, if applicable<br>Carla Bebault | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):   CJA: Do not use this form; use AUTH24 in CJA.<br>☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)<br>X NON-APPEAL   X CIVIL<br>☐ Standing Order (MDL only) | | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. SELECT FORMAT(S)<br>NOTE: ECF access is included. | | | | c. DELIVERY TYPE<br>Delivery times are not guaranteed. | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE<br>(initials) | PORTION<br>If requesting less than full hearing, specify portion (e.g. witness or time) | PDF<br>(email) | TEXT/ASCII<br>(email) | PAPER | CONDENSED | ORDINARY<br>(30-day) | 14-Day | EXPEDITED<br>(7-day) | EXPEDITED<br>(3-day) | DAILY<br>(Next day) | HOURLY<br>(2 hrs) | REALTIME<br>(rough draft) |
| 11/21/18 | HB | | | X | | | | | | X | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE   s/ Jessica J. Nelson | 12. DATE  November 27, 2018 |
|---|---|

2932937.v1