# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB)<br><br>CERTIFICATE OF SERVICE |
| This document relates to:<br><br>All Commercial and Institutional Indirect Purchaser Actions | |

| Attorney or Party without Attorney: <br> CUNEO GILBERT & LADUCA, LLP <br> Blaine Finley, Esq. <br> 4725 Wisconsin Ave NW Suite 200 <br> Washington, DC 20016 <br> Telephone No: (202) 789-3960 | | **For Court Use Only** |
|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> USDC-District of Minnesota | | |
| Plaintiff: Sandee's Bakery et al. <br> Defendant: Agri Stats Inc. et al. | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 18-cv-01891 (JRT/SER) |

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   COMMERCIAL FOOD PREPARERS' FIRST AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT

3. a. Party served:       Attorney General Mark Brnovich
   b. Person served:   Bryan Munoz, Administrative Assistant III, Authorized to accept service

4. Address where the party was served:   Office of the Attorney General
                                                                          2005 N Central Avenue, Phoenix, AZ 85012

5. I served the party:
   a. **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive
       process for the party (1) on: Tue, Nov 27 2018 (2) at: 01:00 PM

I Declare under penalty of perjury under the laws of the State of Arizona and under the laws of the United States of America that the foregoing is true and correct.

6. Person Executing:
   a. John Mitchell MC-8436
   b. **FIRST LEGAL**
        3737 North 7th. Street Suite 209
        PHOENIX, AZ 85014
   c. (602) 248-9700

11/29/2018
(Date)

*John Mitchell*
(Signature)

AFFIDAVIT OF SERVICE



2846815 (311543)