UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | Case No. 18-cv-1776 (JRT/HB) |
| This document relates to: All Actions | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |

_____

HILDY BOWBEER, United States Magistrate Judge

    The undersigned will convene a case management conference, not to exceed one hour, in this matter on Thursday, January 10, 2019, at 3:00 p.m.

    In advance of the call, counsel for the parties shall meet and confer about the issues to be discussed and e-file with the Court by Monday, January 7, 2019, a joint agenda prioritizing the matters to be discussed and identifying the attorneys who will participate in the conference.  For any matter on which the parties have differing positions or perspectives, the joint agenda shall briefly describe their respective positions.  The parties shall also include in the joint agenda, or in a separate joint update letter, a status report on any matters on which they have met and conferred since the last case management conference.

    Attorneys may participate in person or by telephone, although the Court prefers that any counsel who is likely to address the Court appear in person.  The Court's judicial assistant will set up a conference bridge for the call and circulate the dial-in and access information to the attorneys of record.  The parties must advise the Court's chambers by

email on or before Monday, January 7, 2019, of the attorneys who will participate and whether participation will be in person or by telephone.

Dated:  November 30, 2018      *s/ Hildy Bowbeer*
                                          HILDY BOWBEER
                                          United States Magistrate Judge