- 1 -

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| This Document Relates to:<br><br>Consumer Indirect Purchaser Plaintiff Actions | |

**DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF INDIRECT PURCHASERS' OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS THE STATE LAW CLAIMS IN THE INDIRECT PURCHASER PLAINTIFFS' COMPLAINTS**

- 1 -

I, Shana E. Scarlett, state under oath, as follows:

1. I am a partner at Hagens Berman Sobol Shapiro LLP. I have full knowledge of the matters stated herein and could and would testify thereto.

2. Attached are the true and correct copy of the following exhibits:

Exhibit A:   Notice of Filing of the Complaint to the Arizona Attorney General;

Exhibit B:   Notice of Filing of the Complaint to the Nevada Attorney General;

Exhibit C:   Notice of Filing of the Complaint to the Utah Attorney General; and

Exhibit D:   Notice of Filing of the Complaint to the Hawaii Attorney General.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: November 30, 2018

                                                                   s/ Shana E. Scarlett
                                                                   SHANA E. SCARLETT

# EXHIBIT A



T 206.623.7292   F 206.623.0594

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA 98101
www.hbsslaw.com
Direct (206) 268-9320
steve@hbsslaw.com

June 28, 2018

PAD/CPA

JUL 03 2018

RECEIVED

*Via Certified Mail*

Mark Brnovich
Attorney General of Arizona
2005 N Central Ave
Phoenix, AZ 85004-2926

Re:   <u>Duryea et. al. v. Agri Stats et. al.</u>, Case No. 0:18-cv-001176

To the Office of the State Attorney General:

We write to inform you of newly-filed consumer protection and antitrust action which may affect your state's consumers. Enclosed please find a copy of the complaint.

The complaint alleges that from approximately 2009 to the present, U.S. pork producers engaged in unfair and deceptive trade practices. The producers conspired to fix, raise, maintain and stabilize the price of pork. They implemented this conspiracy by coordinating output and limiting production using a benchmarking service, Agri Stats. In furtherance of this conspiracy, we allege that the pork producers exchanged detailed, competitively sensitive, and closely guarded non-public information about prices, capacity, sales volume and demand with their co-conspirators. In essence, the defendants established, maintained, or used a monopoly for the purpose of excluding competition and controlling, fixing, or maintaining prices in the pork market.

Should you have any questions regarding the litigation, I may be reached at the address written above.

Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP

Steve W. Berman
Partner

Enclosure: Class Action Complaint

SEATTLE   BOSTON   CHICAGO   LOS ANGELES   NEW YORK   PHOENIX   SAN DIEGO   SAN FRANCISCO   WASHINGTON, D.C.

010736-11 1044722 V1





062S0006248683

$10.650
US POSTAGE
PRIORITY MAIL
COMBASPRICE
FROM 94710
06/28/2018
stamps
endicia

9402 6118 9956 0372 8272 05

Mark Brnovich
Attorney General of Arizona
2005 N Central Ave
Phoenix AZ 85004-1592

Jeaneth Decena
Hagens Berman Sobol Shapiro LLP
715 Hearst Ave., Suite 202
Berkeley CA 94710

**ARTICLE NUMBER**
9402 6118 9956 0372 8272 05

**ARTICLE ADDRESS TO:**
Mark Brnovich
Attorney General of Arizona
2005 N Central Ave
Phoenix AZ 85004-1592

**FEES**
Postage per piece    $7.200
Certified Fee    $3.450
Total Postage & Fees:    $10.650

Postmark
Here

# EXHIBIT B



T 206.623.7292   F 206.623.0594

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA  98101
www.hbsslaw.com
**Direct (206) 268-9320**
**steve@hbsslaw.com**

June 28, 2018

<u>VIA CERTIFIED MAIL</u>

Adam Laxalt
Attorney General of Nevada
Grant Sawyer Building
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101

   Re: <u>Duryea et. al. v. Agri Stats et. al.</u>, Case No. 0:18-cv-001176

To the Office of the State Attorney General:

  We write to inform you of newly-filed consumer protection and antitrust action which may affect your state's consumers.  Enclosed please find a copy of the complaint.

  The complaint alleges that from approximately 2009 to the present, U.S. pork producers engaged in unfair and deceptive trade practices. The producers conspired to fix, raise, maintain and stabilize the price of pork. They implemented this conspiracy by coordinating output and limiting production using a benchmarking service, Agri Stats. In furtherance of this conspiracy, we allege that the pork producers exchanged detailed, competitively sensitive, and closely guarded non-public information about prices, capacity, sales volume and demand with their co-conspirators. In essence, the defendants established, maintained, or used a monopoly for the purpose of excluding competition and controlling, fixing, or maintaining prices in the pork market.

  Should you have any questions regarding the litigation, I may be reached at the address written above.

           Sincerely,

           HAGENS BERMAN SOBOL SHAPIRO LLP

           Steve W. Berman
           Partner

Enclosure: Class Action Complaint

SEATTLE   BOSTON   CHICAGO   LOS ANGELES   NEW YORK   PHOENIX   SAN DIEGO   SAN FRANCISCO   WASHINGTON, D.C.

010736-11 1044722 V1



062S0006248683

$10.550
US POSTAGE
PRIORITY MAIL
COMBASPRICE
FROM 94710
06/28/2018
stamps
endicia



9402 6118 9956 0372 8539 90

Jeaneth Decena
Hagens Berman Sobol Shapiro LLP
715 Hearst Ave., Suite 202
Berkeley CA 94710

**ARTICLE NUMBER**
9402 6118 9956 0372 8539 90

**ARTICLE ADDRESS TO:**
Adam Laxalt
Grant Sawyer Building
555 E. Washington Avenue, Suite 3900
Las Vegas NV 89101-1068

**FEES**
Postage per piece    $7.100
Certified Fee    $3.450
**Total Postage & Fees:**    **$10.550**

Postmark
Here

Adam Laxalt
Grant Sawyer Building
555 E. Washington Avenue, Suite 3900
Las Vegas NV 89101-1068

# EXHIBIT C



Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA  98101
www.hbsslaw.com
**Direct (206) 268-9320**
steve@hbsslaw.com

June 28, 2018

<u>**VIA CERTIFIED MAIL**</u>

Sean D. Reyes
Attorney General of Utah
Utah State Capitol Complex
350 North State Street Suite 230
SLC UT 84114-2320

Re: <u>*Duryea et. al. v. Agri Stats et. al.*</u>, Case No. 0:18-cv-001176

To the Office of the State Attorney General:

We write to inform you of newly-filed consumer protection and antitrust action which may affect your state's consumers. Enclosed please find a copy of the complaint.

The complaint alleges that from approximately 2009 to the present, U.S. pork producers engaged in unfair and deceptive trade practices. The producers conspired to fix, raise, maintain and stabilize the price of pork. They implemented this conspiracy by coordinating output and limiting production using a benchmarking service, Agri Stats. In furtherance of this conspiracy, we allege that the pork producers exchanged detailed, competitively sensitive, and closely guarded non-public information about prices, capacity, sales volume and demand with their co-conspirators. In essence, the defendants established, maintained, or used a monopoly for the purpose of excluding competition and controlling, fixing, or maintaining prices in the pork market.

Should you have any questions regarding the litigation, I may be reached at the address written above.

Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP

Steve W. Berman
Partner

Enclosure: Class Action Complaint

SEATTLE   BOSTON   CHICAGO   LOS ANGELES   NEW YORK   PHOENIX   SAN DIEGO   SAN FRANCISCO   WASHINGTON, D.C.

010736-11 1044722 V1





Jeaneth Decena
Hagens Berman Sobol Shapiro LLP
715 Hearst Ave., Suite 202
Berkeley CA 94710

**ARTICLE NUMBER**
9402 6118 9956 0372 8269 87

**ARTICLE ADDRESS TO:**
Sean D. Reyes
Utah State Capitol Complex
350 North State St Suite 230
SLC UT 84114-0002

**FEES**
Postage per piece        $7.100
Certified Fee            $3.450
Total Postage & Fees:   $10.550

Postmark
Here

Sean D. Reyes
Utah State Capitol Complex
350 North State St Suite 230
SLC UT 84114-0002

# EXHIBIT D



**T** 206.623.7292   **F** 206.623.0594

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA  98101
www.hbsslaw.com
**Direct (206) 268-9320**
**steve@hbsslaw.com**

June 28, 2018

<u>VIA CERTIFIED MAIL</u>

Russell Suzuki
Attorney General of Hawaii
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813

      Re:    <u>*Duryea et. al. v. Agri Stats et. al.*</u>, Case No. 0:18-cv-001176

To the Office of the State Attorney General:

    We write to inform you of newly-filed consumer protection and antitrust action which may affect your state's consumers.  Enclosed please find a copy of the complaint.

    The complaint alleges that from approximately 2009 to the present, U.S. pork producers engaged in unfair and deceptive trade practices. The producers conspired to fix, raise, maintain and stabilize the price of pork. They implemented this conspiracy by coordinating output and limiting production using a benchmarking service, Agri Stats. In furtherance of this conspiracy, we allege that the pork producers exchanged detailed, competitively sensitive, and closely guarded non-public information about prices, capacity, sales volume and demand with their co-conspirators. In essence, the defendants established, maintained, or used a monopoly for the purpose of excluding competition and controlling, fixing, or maintaining prices in the pork market.

    Should you have any questions regarding the litigation, I may be reached at the address written above.

                Sincerely,

                HAGENS BERMAN SOBOL SHAPIRO LLP

                Steve W. Berman
                Partner

Enclosure: Class Action Complaint

SEATTLE   BOSTON   CHICAGO   LOS ANGELES   NEW YORK   PHOENIX   SAN DIEGO   SAN FRANCISCO   WASHINGTON, D.C.

010736-11 1044722 V1



062S0006248683

$11.210
US POSTAGE
PRIORITY MAIL
COMBASPRICE
FROM 94710
06/28/2018
stamps
endicia

Russell Suzuki
Department of the Attorney General
425 Queen Street
Honolulu HI 96813-2903



9402 6118 9956 0372 8547 75

Jeaneth Decena
Hagens Berman Sobol Shapiro LLP
715 Hearst Ave., Suite 202
Berkeley CA 94710

**ARTICLE NUMBER**
9402 6118 9956 0372 8547 75

**ARTICLE ADDRESS TO:**
Russell Suzuki
Department of the Attorney General
425 Queen Street
Honolulu HI 96813-2903

**FEES**
Postage per piece    $7.760
Certified Fee    $3.450
Total Postage & Fees:    $11.210

Postmark
Here