# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| This Document Relates to:<br><br>Commercial and Institutional Indirect Purchaser Plaintiff Actions | |

## DECLARATION OF BLAINE FINLEY IN SUPPORT OF INDIRECT PURCHASERS' OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS THE STATE LAW CLAIMS IN THE INDIRECT PURCHASER PLAINTIFFS' COMPLAINTS

- 1 -

I, Blaine Finley, state under oath, as follows:

1. I am an attorney at Cuneo Gilbert & LaDuca LLP. I have full knowledge of the matters stated herein and could and would testify thereto.

2. Attached are the true and correct copy of the following exhibits:

Exhibit A: Notice of Filing of the Complaint to the Arizona Attorney General;

Exhibit B: Notice of Filing of the Complaint to the Nevada Attorney General;

Exhibit C: Notice of Filing of the Complaint to the Utah Attorney General.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: November 30, 2018

                                                    *s/ Blaine Finley*
                                                    BLAINE FINLEY

# EXHIBIT A



4725 Wisconsin Ave, NW
Suite 200
Washington, DC 20016
Tel: (202) 789-3960
Fax: (202) 789-1813
contact@cuneolaw.com
www.cuneolaw.com

Blaine Finley
bfinley@cuneolaw.com
Admitted in: NY, NJ, DC

November 27, 2018

Attorney General Mark Brnovich
Office of the Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926

RE:  Pending Antitrust Litigation

Dear General Brnovich,

    Cuneo Gilbert & LaDuca, LLP represents a number of commercial and institutional indirect purchaser plaintiffs in a class action lawsuit relating to price fixing and anticompetitive coordination among numerous companies involved in the production of pork and pork products.  The case, *Sandee's Bakery v. Agri Stats, Inc., et. al.*, No. 18-cv-01891, has been consolidated into *Duryea, et. al. v. Agri Stats, Inc., et. al.*, No. 18-cv-1776, and is pending before Judge John R. Tunheim in the United States District Court for the District of Minnesota.

    Enclosed please find a copy of the complaint. If you or your staff have further questions or wish to discuss this or any other matter, please contact me.

With best regards,

/s/ Blaine Finley
Blaine Finley

# EXHIBIT B



**CUNEO GILBERT & LADUCA, LLP**

4725 WISCONSIN AVE, NW, SUITE 200
WASHINGTON, DC 20016
TEL (202) 789-3960
FAX (202) 789-1813
contact@cuneolaw.com
www.cuneolaw.com

July 13, 2018

Attorney General Adam Paul Laxalt
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701

RE:  Pending Antitrust Litigation

Dear General Laxalt,

    Cuneo Gilbert & LaDuca, LLP represents Sandee's Bakery in a recently-filed class action lawsuit relating to price fixing and anticompetitive coordination among numerous companies involved in the production of pork and pork products.  The case, *Sandee's Bakery v. Agri Stats, Inc., et. al.*, No. 18-cv-01891, is pending before Judge John R. Tunheim in the United States District Court for the District of Minnesota.

    Enclosed please find a copy of the complaint. If you or your staff have further questions or wish to discuss this or any other matter, please contact me.

With best regards,

_____
Blaine Finley

Enclosure

# EXHIBIT C



4725 WISCONSIN AVE, NW, SUITE 200
WASHINGTON, DC 20016
TEL (202) 789-3960
FAX (202) 789-1813
contact@cuneolaw.com
www.cuneolaw.com

July 13, 2018

Attorney General Sean D. Reyes
Office of the Attorney General
Utah State Capitol Complex
350 North State Street, Suite 230
Salt Lake City, Utah 84114-2320

RE: Pending Antitrust Litigation

Dear General Reyes,

  Cuneo Gilbert & LaDuca, LLP represents Sandee's Bakery in a recently-filed class action lawsuit relating to price fixing and anticompetitive coordination among numerous companies involved in the production of pork and pork products. The case, *Sandee's Bakery v. Agri Stats, Inc., et. al.*, No. 18-cv-01891, is pending before Judge John R. Tunheim in the United States District Court for the District of Minnesota.

  Enclosed please find a copy of the complaint. If you or your staff have further questions or wish to discuss this or any other matter, please contact me.

With best regards,

*Blaine Finley*
Blaine Finley

Enclosure

WASHINGTON, DC (*Main Office*) • BROOMFIELD, CO • NEW YORK • ST. LOUIS