## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

------------------------------------

IN RE PORK ANTITRUST LITIGATION

This Document Relates To: All Actions

------------------------------------

File No. 18-CV-01776-JRT-HB

**LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE**

I, John A. Kvinge, certify that Defendants' Reply in Support of Their Motion to Dismiss the Direct Purchaser Plaintiffs' Complaint and the Federal Law Claims in the Indirect Purchaser Plaintiffs' Complaints for Failure to State a Claim Upon Which Relief May Be Granted complies with D. Minn. LR 7.1(f) and the Court's October 16, 2018 Order Regarding Briefing on Motions to Dismiss [ECF No. 153]. I further certify that, in preparation of this memorandum, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced memorandum contains 9616 words.

| | |
|---|---|
| Date: December 21, 2018 | */s/ John A. Kvinge* |
| | John A. Cotter (134296) |
| | John A. Kvinge (0392303) |
| | LARKIN HOFFMAN DALY & LINDGREN LTD. |
| | 8300 Norman Center Drive, Suite 1000 |
| | Minneapolis, MN 55427-1060 |
| | (952) 835-3800 |
| | jcotter@larkinhoffman.com |
| | jkvinge@larkinhoffman.com |

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
(214) 698-3370
brobison@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*

2.