## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation**<br><br>This Document Relates To All Actions | Case No. 18-cv-01776-JRT-HB<br><br>**DECLARATION OF RICHARD A. DUNCAN IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS THE STATE LAW CLAIMS IN THE INDIRECT PURCHASER PLAINTIFFS' COMPLAINTS** |

Under 28 U.S.C. § 1746, I, Richard A. Duncan, declare as follows:

1. I am a partner with Faegre Baker Daniels LLP in Minneapolis, Minnesota. I am one of the attorneys representing Defendants Hormel Foods Corporation and Hormel Foods, LLC in this action.

2. Attached as Exhibit 1 is a true and correct copy of the redline of the initial Class Action Complaint filed in *Sandee's Bakery v. Agri Stats*, 18-1891 (Dkt. 1) against the CIPs' Consolidated Class Action Complaint filed in *Sandee's Bakery v. Agri Stats*, 18-1891 (Dkt. 63).

3. Attached as Exhibit 2 is a true and correct copy of the redline of the initial Class Action Complaint filed in *Dureya v. Agri Stats*, 18-1776 (Dkt. 1) against the IIPs' Consolidated Class Action Complaint filed in *Dureya v. Agri Stats*, 18-1776 (Dkt. 74).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 21, 2018.    *s/ Richard A. Duncan*
                             Richard A. Duncan