**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | File No. 18-CV-01776-JRT-HB<br><br>**LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |

---

I, John A. Kvinge, certify that Smithfield Foods, Inc.'s Reply in Support of its Motion to Dismiss complies with D. Minn. LR 7.1(f) and the Court's October 16, 2018 Order Regarding Briefing on Motions to Dismiss [ECF No. 153]. I further certify that, in preparation of this memorandum, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced memorandum contains 841 words.

Date: December 21, 2018               */s/ John A. Kvinge*
                                      John A. Cotter (134296)
                                      John A. Kvinge (0392303)
                                      LARKIN HOFFMAN DALY & LINDGREN LTD.
                                      8300 Norman Center Drive, Suite 1000
                                      Minneapolis, MN 55427-1060
                                      (952) 835-3800
                                      jcotter@larkinhoffman.com
                                      jkvinge@larkinhoffman.com

                                      Richard Parker (*pro hac vice*)
                                      Josh Lipton (*pro hac vice*)
                                      GIBSON, DUNN & CRUTCHER, LLP
                                      1050 Connecticut Avenue, N.W.
                                      Washington, D.C. 20036-5306
                                      (202) 955-8500
                                      rparker@gibsondunn.com
                                      jlipton@gibsondunn.com

                                      Brian Robison (*pro hac vice*)
                                      GIBSON, DUNN & CRUTCHER, LLP
                                      2100 McKinney Avenue, Suite 1100
                                      Dallas, TX 75201-6912
                                      (214) 698-3370
                                      brobison@gibsondunn.com

                                      *Counsel for Smithfield Foods, Inc.*

2.