## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*, <br><br> This Document Relates to:  All Actions | Case No.:  0:18-cv-01776-JRT-HB <br><br> **LR 7.1(f) & LR 72.2(d)** <br> **WORD COUNT COMPLIANCE** <br> **CERTIFICATE** |

I, David P. Graham, certify that Defendants Tyson Foods, Inc., Tyson Fresh Meats, Inc., and Tyson Prepared Foods, Inc.'s Reply Memorandum in Support of Motion to Dismiss complies with Local Rules 7.1(f) and 7.1(d).  I further certify that, in preparation of this memorandum, I used Microsoft Office Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above referenced reply memorandum contains 1,085.

Dated: December 21, 2018        **DYKEMA GOSSETT PLLC**

                                **By:** s/ David. P. Graham
                                David P. Graham (ID # 0185462)
                                DYKEMA GOSSETT PLLC
                                4000 South Seventh Street
                                Minneapolis, MN  55402
                                (612) 486-1521
                                dgraham@dykema.com

Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
AXINN, VELTROP &HARKRIDER LLP
950 F Street, N.W.
Washington, D.C. 20004
(202) 912-4700
radac@axinn.com
trider@axinn.com

Felix J. Gilman (*pro hac vice*)
AXINN, VELTROP &HARKRIDER LLP
114 West 47th Street
New York, NY  10036
(212) 728-2200
fgilman@axinn.com,

*Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*