UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Civil No. 18-cv-01776 (JRT/HB)<br><br>**LOCAL RULE 7.1(f) CERTIFICATE OF COMPLIANCE** |

I, Jaime Stilson, certify that the Reply by Indiana Packers Corporation and Mitsubishi Corporation (Americas) in Support of Motion to Dismiss the Consolidated Amended Class Action Complaints complies with Local Rule 7.1(f).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2016, and that the word-count function of this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 1,208 words. The Memorandum of Law by Indiana Packers Corporation and Mitsubishi Corporation (Americas) in Support of Motion to Dismiss the Consolidated Amended Class Action Complaints contained 1,559 words, for a cumulative total of 2,767 words.

I further certify that the above-referenced memorandum complies with the type-size requirements of Local Rule 7.1(h) because it has been prepared using 13-point Times New Roman type as designated by Microsoft Word 2016.

Dated:  December 21, 2018                    DORSEY & WHITNEY LLP

By   *s/Jaime Stilson*
Jaime Stilson (#392913)
stilson.jaime@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
stilson.jaime@dorsey.com

Britt M. Miller (pro hac vice)
Robert Entwisle (pro hac vice)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
Telephone:  (312) 782-0600
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

William Stallings (pro hac vice)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone:  (202) 263-3000
wstallings@mayerbrown.com

*Counsel for Indiana Packers Corporation and Mitsubishi Corporation (Americas)*