## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:  All Actions | No. 0:18-cv-1776-JRT-HB<br><br>**LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |

I, Peter H. Walsh, certify that the Reply in Support of Defendant Agri Stats, Inc.'s Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted complies with Local Rule 7.1(f) and the Court's October 16, 2018 Order Regarding Briefing on Motions to Dismiss (ECF No. 153).  I further certify that: (a) this memorandum has been prepared using Microsoft Word 2010; and is in 13-point Times New Roman font; and (b) the word-count function of Microsoft Word 2010 has been applied specifically to include all text, including headings, footnotes, and quotations.  I further certify that the above-referenced memorandum contains 1,122 words.

Date: December 21, 2018

*/s/ Peter H. Walsh*
Peter H. Walsh
HOGAN LOVELLS US LLP
80 Eighth Street
Suite 1225
Minneapolis, Minnesota  55402
Tel: (612) 402-3000
Fax: (612) 402-3001
peter.walsh@hoganlovells.com

- 2 -

          William L. Monts III (*Pro Hac Vice*)
          Justin W. Bernick (*Pro Hac Vice*)
          Jennifer A. Fleury (*Pro Hac Vice*)
          HOGAN LOVELLS US LLP
          555 Thirteenth Street, N.W.
          Washington, D.C.  20004
          Tel: (202) 637-5600
          Fax: (202) 637-5910
          william.monts@hoganlovells.com
          justin.bernick@hoganlovells.com
          jennifer.fleury@hoganlovells.com

          *Counsel for Agri Stats, Inc.*