UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>ALL ACTIONS | Court File No. 18-CV-1776 (JRT/HB)<br><br>**NOTICE OF APPEARANCE OF CHRISTOPHER P. RENZ** |

The undersigned attorney hereby notifies the Court and counsel that Christopher P. Renz, shall appear as counsel of record for Plaintiff John Gross and Company, Inc. and the Proposed Class in this case.

**CHESTNUT CAMBRONNE PA**

Dated: _January 9, 2019_____     By_ s/ Christopher P. Renz_____
Christopher P. Renz (#0313415)
17 Washington Ave. N., Ste. 300
Minneapolis, MN  55401
Telephone No. (612) 339-7300
crenz@chestnutcambronne.com

*Attorneys for Plaintiff John Gross and Company, Inc. and the Proposed Class*