UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* <br><br> This Document Relates To:  All Actions | Court File No. 18-cv-1776 (JRT/HB) <br><br> **NOTICE OF WITHDRAWAL AND UPDATE OF SERVICE INFORMATION FOR COUNSEL** |

Pursuant to Local Rule 83.7(a), Defendants JBS USA Food Company and JBS USA Food Company Holdings (together, "JBS Defendants") hereby provide notice that Daniel Haller of the law firm of Felhaber Larson hereby withdraws as counsel of record for the JBS Defendants.

The JBS Defendants provide further notice that attorneys Donald G. Heeman, Jessica J. Nelson, and Randi J. Winter remain counsel of record for the JBS Defendants, and that their service information has changed to the following:

    Donald G. Heeman – dheeman@spencerfane.com

    Jessica J. Nelson – jnelson@spencerfane.com

    Randi J. Winter – rwinter@spencerfane.com

    Spencer Fane LLP
    100 South Fifth Street, Suite 1900
    Minneapolis, MN 55402
    (612) 268-7000

The JBS Defendants provide additional notice that attorneys Stephen R. Neuwirth, Michael B. Carlinsky, Sami H. Rashid, Richard T. Vagas, and Robert P. Vance, Jr. of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP also remain counsel of record for the JBS Defendants.

Dated: January 10, 2019              FELHABER LARSON

                                                 By: */s/Daniel Haller*
                                                 Daniel Haller, #396497
                                                 220 South Sixth Street, Suite 2200
                                                 Minneapolis, MN 55402-4504
                                                 Telephone: (612) 339-6321
                                                 Facsimile: (612)338-0535
                                                 dhaller@felhaber.com

Dated: January 10, 2019

| SPENCER FANE LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: */s/Randi J. Winter* | Stephen R. Neuwirth (*pro hac vice*) |
| Donald G. Heeman, #286023 | Michael B. Carlinsky (*pro hac vice*) |
| Jessica J. Nelson, #347358 | Sami H. Rashid (*pro hac vice*) |
| Randi J. Winter, #0391354 | Richard T. Vagas (*pro hac vice*) |
| 100 South Fifth Street, Suite 1900 | Robert P. Vance, Jr. (*pro hac vice*) |
| Minneapolis, MN 55402 | 51 Madison Avenue, 22nd Floor |
| Telephone: (612) 268-7000 | New York, NY 10010 |
| Facsimile: (612) 268-7001 | Telephone: (212) 849-7000 |
| dheeman@spencerfane.com | Facsimile: (212) 849-7100 |
| jnelson@spencerfane.com | stephenneuwirth@quinnemanuel.com |
| rwinter@spencerfane.com | michaelcarlinsky@quinnemanuel.com |
| | samirashid@quinnemanuel.com |
| | richardvagas@quinnemanuel.com |
| | bobbyvance@quinnemanuel.com |

*Attorneys for Defendants JBS USA Food Company and JBS USA Food Company Holdings*