# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*All Actions* | Case No. 0:18-cv-01776-JRT-HB<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Jeffrey L. Spector, shall appear as counsel of record for Phil's BBQ, Inc. and Direct Purchaser Plaintiffs in this case.

Dated:  January 24, 2019          **BY:**     /s/ *Jeffrey L. Spector*
                                                             Jeffrey L. Spector
                                                             **SPECTOR ROSEMAN & KODROFF, P.C.**
                                                             2001 Market Street, Suite 3420
                                                             Philadelphia, PA  19103
                                                             Tel:     215.496.0300
                                                             Fax:     215.496.6611
                                                             Email:  jspector@srkattorneys.com

                                                             *Counsel for Plaintiff Phil's BBQ, Inc. and Direct Purchaser Plaintiffs*