**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | No. 0:18-cv-01776-JRT-HB<br><br>**JOINT STATUS REPORT FOR THE JANUARY 28, 2019 STATUS CONFERENCE** |

Pursuant to the Court's Order Setting Case Management Conference dated November 10, 2018 (Dkt. 228), the parties in these cases submit this joint status report regarding the January 28, 2019 status conference.

## I. ATTORNEYS ATTENDING AND PRESENTING ARGUMENTS AT THE JANUARY 28, 2019 STATUS CONFERENCE

For Plaintiffs, Bobby Pouya (Pearson, Simon & Warshaw, LLP) and Shana E. Scarlett (Hagens Berman Sobol Shapiro LLP), will be arguing in person.

For Defendants, Justin Bernick (Hogan Lovells US LLP), Britt Miller (Mayer Brown LLP), and Brian Robison (Gibson, Dunn, & Crutcher, LLP), will be arguing in person.

Attached hereto as Exhibit A, is a list of additional attorneys for Plaintiffs and Defendants who will be attending the status conference in person or via telephone.

## II. JOINT AGENDA FOR THE STATUS CONFERENCE

On December 12, 2018 the parties filed a Joint Status Report and Letter Brief (Dkt. 233), which set forth the matters relevant to the status conference upon which they have reached agreement and which remain in dispute. The December 12, 2018 report includes the parties' respective positions on the below listed disputes, which they are prepared to address during the January 28, 2019 Status Conference.

    1.      Plaintiffs' Rule 34 Requests for Production.

    2.      Production of Agri Stats' Department of Justice Documents.

    3.      Issues Relating to the ESI Protocol.

          A.     Time Period (¶ V (A)(1)).

      B.      Commencement of Document Custodian and Source Discussions (¶ V (A)(2)(a)).

      C.      Document Custodian Cell Phone Data (¶ V (E)(1)(a)).

      D.      Social Media Data (¶ V (E)(2)).

      E.      Search Methodology Disclosures.

Dated: January 24, 2019

*/s/ Bobby Pouya*
Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

Clifford H. Pearson
Daniel L. Warshaw
Bobby Pouya
Michael H. Pearson
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Melissa S. Weiner (MN #0387900)
Joseph C. Bourne (MN #0389922)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pswlaw.com
jbourne@pswlaw.com

W. Joseph Bruckner (MN #0147758)
Elizabeth R. Odette (MN #0340698)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Arielle S. Wagner (MN #0398332)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
aswagner@locklaw.com

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

*/s/ Shana E. Scarlett*
Steve. W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO
455 N. Cityfront Plaza Drive, Ste 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
beth@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Britany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

*/s/ Jonathon W. Cuneo*
Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

Jonathan W. Cuneo
Joel Davidow
Blaine Finley
Yifei "Evelyn" Li
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cunelolaw.com

*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

/s/ Mark L. Johnson
Mark L. Johnson (#0345520)
Bethany Krueger (#0306368)
Virginia R. McCalmont (#0399496)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
bkrueger@greeneespel.com
vmccalmont@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Christina Briesacher (*pro hac vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
christina.briesacher@kirkland.com

*Counsel for Clemens Food Group, LLC and The Clemens Family Corporation*

/s/ Richard A. Duncan
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegrebd.com
aaron.vanoort@faegrebd.com
craig.coleman@faegrebd.com
emily.chow@faegrebd.com
isaac.hall@faegrebd.com
bryan.washburn@faegrebd.com

*Counsel for Hormel Foods Corporation and Hormel Foods, LLC*

| | |
|---|---|
| */s/ Jaime Stilson* | /*s/ Donald G. Heeman* |
| Jaime Stilson (#0392913) | Donald G. Heeman (#0286023) |
| DORSEY & WHITNEY LLP | Jessica J. Nelson (#0347358) |
| 50 South Sixth Street, Suite 1500 | Randi J. Winter (#0391354) |
| Minneapolis, MN 55402-1498 | SPENCER FANE |
| (612) 492-6746 | 100 South Fifth Street, Suite 1900 |
| stilson.jaime@dorsey.com | Minneapolis, MN 55402 |
| | (612) 268-7000 |
| Britt M. Miller (*pro hac vice*) | dheeman@spencerfane.com |
| Robert E. Entwisle (*pro hac vice*) | jnelson@spencerfane.com |
| MAYER BROWN LLP | rwinter@spencerfane.com |
| 71 South Wacker Drive | |
| Chicago, IL 60606-4637 | Stephen R. Neuwirth (*pro hac vice*) |
| (312) 782-0600 | Michael B. Carlinsky (*pro hac vice*) |
| bmiller@mayerbrown.com | Sami H. Rashid (*pro hac vice*) |
| rentwisle@mayerbrown.com | Richard T. Vagas (*pro hac vice*) |
| | Robert P. Vance, Jr. (*pro hac vice*) |
| William H. Stallings (*pro hac vice*) | QUINN EMANUEL URQUHART & |
| MAYER BROWN LLP | SULLIVAN, LLP |
| 1999 K Street, N.W. | 51 Madison Avenue, 22nd Floor |
| Washington, D.C. 20006-1101 | New York, NY 10010 |
| (202) 263-3000 | (212) 849-7000 |
| wstallings@mayerbrown.com | stephenneuwirth@quinnemanuel.com |
| | michaelcarlinsky@quinnemanuel.com |
| *Counsel for Indiana Packers Corporation and Mitsubishi Corporation (Americas)* | samirashid@quinnemanuel.com |
| | richardvagas@quinnemanuel.com |
| | bobbyvance@quinnemanuel.com |
| | |
| | *Counsel for JBS USA Food Company and JBS USA Food Company Holdings* |

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
Jon M. Woodruff (#0399453)
STINSON LEONARD STREET LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
john.woodruff@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LEONARD STREET LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

*Counsel for Seaboard Foods, LLC and Seaboard Corporation*

*/s/ John A. Cotter*
John A. Cotter (#0134296)
John A. Kvinge (#0392303)
LARKIN HOFFMAN DALY &
LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
(214) 698-3370
brobison@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*

*/s/ Aaron Chapin*
Aaron Chapin (#06292540)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL  60606
(312) 655-1500
aaron.chapin@huschblackwell.com

Gene Summerlin (*pro hac vice*)
Marnie Jensen (*pro hac vice*)
Ryann Glenn (*pro hac vice*)
Kamron Hasan (*pro hac vice*)
Quinn Eaton (*pro hac vice*)
Sierra Faler (*pro hac vice*)
HUSCH BLACKWELL LLP
13330 California St., Suite 200
Omaha, NE 68154
(402) 964-5000
gene.summerlin@huschblackwell.com
marnie.jensen@huschblackwell.com
ryann.glenn@huschblackwell.com
kamron.hasan@huschblackwell.com
quinn.eaton@huschblackwell.com
sierra.faler@huschblackwell.com

*Counsel for Triumph Foods, LLC*

*/s/ David P. Graham*
David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
AXINN, VELTROP &
HARKRIDER LLP
950 F Street, N.W.
Washington, D.C. 20004
(202) 912-4700
radcox@axinn.com
trider@axinn.com

*Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*

*/s/ Peter H. Walsh*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3000
F. (612) 402-3001
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
Jennifer A. Fleury (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com
jennifer.fleury@hoganlovells.com

*Counsel for Agri Stats, Inc.*

# EXHIBIT A

*In Re Pork Antitrust Litigation*
Case No. 0:18-cv-01776-JRT-HB D. Minn.
Attendance List for January 28, 2019 Status Conference

| Counsel Attending for Plaintiffs: | | |
|---|---|---|
| **Direct Purchaser Plaintiffs** | **In Person** | **By Telephone** |
| | Bobby Pouya | Michael H. Pearson |
| | Bruce L. Simon | |
| | Melissa S. Weiner | |
| | Joseph C. Bourne | |
| | W. Joseph Bruckner | |
| | Brian C. Clark | |
| | Stephanie Chen | |
| | Arielle Wagner | |
| **Consumer Indirect Purchaser Plaintiffs** | Shana E. Scarlett | |
| | Breanna Van Engelen | |
| | Dan Gustafson | |
| | Dan Hedlund | |
| | Brittany Resch | |
| | | |
| | | |
| **Commercial and Institutional Indirect Purchaser Plaintiffs** | Shawn M. Raiter | |
| | | |
| **Counsel Attending for Defendants:** | | |
| | | |
| **Defendant** | **In Person** | **By Telephone** |
| **Agri Stats, Inc.** | Justin Bernick | |
| **Clemens Defendants** | Christa Cottrell | |
| | Christina Briesacher | |
| | Virginia McCalmont | |
| **Hormel Defendants** | Richard Duncan | |
| | Isaac Hall | |
| | Bryan Washburn | |
| **Indiana Packers Defendants** | Britt Miller | |

533132.1

*In Re Pork Antitrust Litigation*
Case No. 0:18-cv-01776-JRT-HB D. Minn.
Attendance List for January 28, 2019 Status Conference

|  | William Stallings |  |
|---|---|---|
|  | Jaime Stilson |  |
| **JBS USA Defendants** | Donald Heeman |  |
|  | Randi Winter |  |
|  | Stephen Neuwirth |  |
|  | Sami Rashid |  |
| **Seaboard Defendants** | William Greene |  |
|  | Peter Schwingler |  |
| **Smithfield Foods, Inc.** | John Cotter | John Kvinge |
|  | Rich Parker |  |
|  | Brian Robison |  |
| **Triumph Foods, LLC** | Gene Summerlin | Megan Scheiderer |
| **Tyson Defendants** | Rachel J. Adcox | Lindsey Strang |
|  | Tiffany Rider Rohrbaugh |  |
|  | David Graham |  |