# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Wanda Duryea, et al.,

    Plaintiffs,

v.

Agri Stats, Inc., et al.,

    Defendants.

**COURT MINUTES**
BEFORE: John R. Tunheim
Chief U.S. District Judge

| | |
|---|---|
| Case No: | 18-1776 (JRT/HB) |
| Date: | January 28, 2019 |
| Deputy: | Heather Arent-Zachary |
| Court Reporter: | Kristine Mousseau |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 10:03 am |
| Time Concluded: | 11:45 am |
| Time in Court: | 1 Hour & 42 Minutes |

Hearing on:

    Defendants' Motions to Dismiss
    [Docket Nos. 161, 164, 167, 169, 172, 175, 181, 183, 186, 188, 177]

APPEARANCES:

    Plaintiffs:   Shana Scarlett, Alec Blaine Finley, Brittany Resch, Daniel Hedlund, Daniel Gustafson, Breanna Van Engelen, Shawn Raiter, Brian Clark, Joseph Bruckner, Bobby Pouya, Melissa Weiner, Bruce Simon, Joseph Bourne, David Cialkowski

    Defendants:   Rachel Adcox, Tiffany Rider Rohrbaugh, Jaime Stilson, Richard Duncan, Richard Parker, Brian Robison, Christa Cottrell, John Cotter, John Kvinge, Britt Miller, William Stallings, Sami Rashid, Stephen Neuwirth, Donald Heeman

    On the phone: Jonathan Cuneo, Michael Pearson, Megan Scheiderer, Jessica Nelson

PROCEEDINGS:

    Motions taken Under Advisement

**\*\*IT IS ORDERED:**

    ☒ Written order forthcoming.

                                                                   s/Heather Arent-Zachary
                                                                                 Courtroom Deputy