UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

**Wanda Duryea, et al.**

Plaintiff,                                              Case Number: 0:18-cv-01776 (JRT/HB)

v.

**Agri Stats, Inc., et al.**

Defendant.

_____

### ORDER GRANTING MOTION FOR NON-RESIDENT TO SERVE AS LOCAL COUNSEL AND MOTION FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5(d), Aaron Chapin moved for permission for a non-resident to serve as local counsel and moved for the admission pro hac vice of attorney Megan A. Scheiderer in the above case.

IT IS HEREBY ORDERED THAT Aaron Chapin's motion for a Non-Resident to serve as Local Counsel (Doc. # 259-1) is GRANTED.

IT IS FURTHER ORDERED that the Motion for Admission Pro Hac Vice of attorney Megan A. Scheiderer (Doc. # 259) is GRANTED.

                                                        BY THE COURT:

                                                        _s/John R. Tunheim_____
                                                        JOHN R. TUNHEIM
                                                        Chief Judge
                                                        United States District Court

Dated:  January 29, 2019
at Minneapolis, Minnesota