| UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA (Rev. 03/2018) | TRANSCRIPT ORDER CJA counsel please complete an AUTH24 in CJA eVoucher Please read instructions on next page. | COURT USE ONLY NOTES: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER Jeaneth Decena | 2a. CONTACT PHONE NUMBER (510) 725-3041 | 3. CONTACT EMAIL ADDRESS jeanethd@hbsslaw.com |
| 1b. ATTORNEY NAME (if different) Shana E. Scarlett | 2b. ATTORNEY PHONE NUMBER (510) 725-3000 | 3. ATTORNEY EMAIL ADDRESS shanas@hbsslaw.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) Hagens Berman Sobol Shapiro LLP 715 Hearst Ave., Suite 202 Berkeley, CA 94710 | 5. CASE NAME (Include defendant number, for criminal cases only) Duryea, et al. v. Agri Stats, et al. | 6. CASE NUMBER 18-cv-1776 (JRT/HB) |
| 7. COURT REPORTER NAME, if applicable Kristine Mousseau | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):    CJA: Do not use this form; use AUTH24 in CJA. ☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached) ☐ NON-APPEAL   ☒ CIVIL ☐ Standing Order (MDL only) | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceedings(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. SELECT FORMAT(S) NOTE: ECF access is included. | | | | c. DELIVERY TYPE Delivery times are not guaranteed. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
| 1/28/19 | JRT | | X | | | | X | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional). 11. SIGNATURE  s/ Shana E. Scarlett | 12. DATE 01/30/2019 |
|---|---|