**RECEIVED** JAN 30 2019 CLERK, U.S. DISTRICT COURT ST. PAUL, MINNESOTA

# TRANSCRIPT ORDER

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
(Rev. 03/2018)

CJA counsel please complete an AUTH24 in CJA eVoucher
Please read instructions on next page.

COURT USE ONLY
NOTES:

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Adam Weber |
| 2a. CONTACT PHONE NUMBER | 518-434-0600 |
| 3. CONTACT EMAIL ADDRESS | aweber@bsfllp.com |
| 1b. ATTORNEY NAME (if different) | Mark A. Singer |
| 2b. ATTORNEY PHONE NUMBER | 518-434-0600 |
| 3. ATTORNEY EMAIL ADDRESS | msinger@bsfllp.com |
| 4. MAILING ADDRESS | Boies Schiller Flexner LLP, 30 South Pearl Street, 11th Floor, Albany, NY 12207 |
| 5. CASE NAME | Duryea, et al., v. Agri Stats, Inc., et al. |
| 6. CASE NUMBER | 18-1776 (JRT/HB) |
| 7. COURT REPORTER NAME, if applicable | Kristine Mousseau |

8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)
☐ NON-APPEAL   X CIVIL   ☐ Standing Order (MDL only)

CJA: Do not use this form: use AUTH24 in CJA.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)   b. SELECT FORMAT(S) NOTE: ECF access is included.   c. DELIVERY TYPE Delivery times are not guaranteed.

| DATE | JUDGE (initials) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/28/19 | JRT | | X | | | | | | X | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:
This is a non-party request – sent via fax on 1/30/19.

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: [signature]
12. DATE: 1/30/19