| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA<br>(Rev. 03/2018) | TRANSCRIPT ORDER<br>*CJA counsel please complete an AUTH24 in CJA eVoucher*<br>*Please read instructions on next page.* | COURT USE ONLY<br>**NOTES:** |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>Priya Desai | 2a. CONTACT PHONE NUMBER<br>312-701-7496 | 3. CONTACT EMAIL ADDRESS<br>pdesai@mayerbrown.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>Britt M. Miller | 2b. ATTORNEY PHONE NUMBER<br>312-701-8663 | 3. ATTORNEY EMAIL ADDRESS<br>bmiller@mayerbrown.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, Illinois 60606-4637 | 5. CASE NAME (Include defendant number, for criminal cases only)<br>Duryea, et al. v. Agri Stats, et al. | 6. CASE NUMBER<br>18-cv-1776 (JRT/HB) |
|---|---|---|
| 7. COURT REPORTER NAME, if applicable<br>Kristine Mousseau | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):   CJA: Do not use this form; use AUTH24 in CJA.<br>☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)<br>☐ NON-APPEAL   **X** CIVIL   ☐ Standing Order (**MDL** only) | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. SELECT FORMAT(S)<br>*NOTE: ECF access is included.* | | | | c. DELIVERY TYPE<br>*Delivery times are not guaranteed.* | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | PORTION<br>If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
| 1/28/19 | JRT | | X | | | | X | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE  s/Britt M. Miller | 12. DATE<br>1/30/2019 |
|---|---|

731246343.1