| UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA (Rev. 03/2018) | TRANSCRIPT ORDER<br>*CJA counsel please complete an AUTH24 in CJA eVoucher*<br>*Please read instructions on next page.* | COURT USE ONLY<br>**NOTES:** |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>Caroline Flinchum | 2a. CONTACT PHONE NUMBER<br>860-275-8187 | 3. CONTACT EMAIL ADDRESS<br>cflinchum@axinn.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>Tiffany Rider Rohrbaugh | 2b. ATTORNEY PHONE NUMBER<br>202-721-5402 | 3. ATTORNEY EMAIL ADDRESS<br>trider@axinn.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Axinn, Veltrop & Harkrider LLP<br>950 F Street, N.W.<br>Washington, DC 20004 | 5. CASE NAME (Include defendant number, for criminal cases only)<br>Duryea, et al. v. Agri Stats, et al. | 6. CASE NUMBER<br>18-cv-1776 (JRT/HB) |
|---|---|---|
| 7. COURT REPORTER NAME, if applicable<br>Renee Rogge | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):   CJA: <u>Do not use this form; use AUTH24</u> in CJA.<br>❐ APPEAL   ❐ CRIMINAL   ❐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)<br>❐ NON-APPEAL   X CIVIL<br>❐ Standing Order (**MDL** only) | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. SELECT FORMAT(S)<br>*NOTE: ECF access is included.* | | | | c. DELIVERY TYPE<br>*Delivery times are not guaranteed.* | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
| 1/28/19 | HB | | X | | | | | X | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE  s/ Tiffany Rider Rohrbaugh | 12. DATE 1/30/2019 |
|---|---|