| UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA (Rev. 03/2018) | TRANSCRIPT ORDER<br>*CJA counsel please complete an AUTH24 in CJA eVoucher*<br>*Please read instructions on next page.* | COURT USE ONLY<br>**NOTES:** |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER<br>Christina M. Hartman | 2a. CONTACT PHONE NUMBER<br>952-896-3368 | 3. CONTACT EMAIL ADDRESS<br>Chartman@larkinhoffman.com |
| 1b. ATTORNEY NAME (if different)<br>John A. Cotter | 2b. ATTORNEY PHONE NUMBER<br>952-896-3340 | 3. ATTORNEY EMAIL ADDRESS<br>Jcotter@larkinhoffman.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>John A. Cotter<br>Larkin Hoffman<br>8300 Norman Center Drive, Suite 1000<br>Minneapolis, MN 55437 | 5. CASE NAME (Include defendant number, for criminal cases only)<br>Duryea, et al. v. Agri Stats, et al. | 6. CASE NUMBER<br>18-cv-1776 (JRT/HB) |
|---|---|---|
| 7. COURT REPORTER NAME, if applicable<br>Kristine Mousseau | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):     CJA: <u>Do not use this form; use AUTH24</u> in CJA.<br>☐ APPEAL     ☐ CRIMINAL          ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)<br>☐ NON-APPEAL  ☒ CIVIL<br>                         ☐ Standing Order (**MDL** only) | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. SELECT FORMAT(S) *NOTE: ECF access is included.* | | | | c. DELIVERY TYPE *Delivery times are not guaranteed.* | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
| 01-28-19 | JRT | | X | | | | | X | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE  s/John A. Cotter | 12. DATE<br>01/30/19 |
|---|---|