| UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA (Rev. 03/2018) | TRANSCRIPT ORDER  *CJA counsel please complete an AUTH24 in CJA eVoucher*  *Please read instructions on next page.* | COURT USE ONLY **NOTES:** |
|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER**  Christina M. Hartman | **2a. CONTACT PHONE NUMBER**  952-896-3368 | **3. CONTACT EMAIL ADDRESS**  Chartman@larkinhoffman.com |
| **1b. ATTORNEY NAME (if different)**  John A. Cotter | **2b. ATTORNEY PHONE NUMBER**  952-896-3340 | **3. ATTORNEY EMAIL ADDRESS**  Jcotter@larkinhoffman.com |
| **4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**  John A. Cotter  Larkin Hoffman  8300 Norman Center Drive, Suite 1000  Minneapolis, MN 55437 | **5. CASE NAME** (Include defendant number, for criminal cases only)  Duryea, et al. v. Agri Stats, et al. | **6. CASE NUMBER**  18-cv-1776 (JRT/HB) |
| **7. COURT REPORTER NAME, if applicable**  Renee Rogge | **8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):**   CJA: Do not use this form; use AUTH24 in CJA.  ☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)  ☐ NON-APPEAL   ☒ CIVIL   ☐ Standing Order (**MDL** only) | |

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. | HEARING(S) (OR PORTIONS OF HEARINGS) | | b. | SELECT FORMAT(S) *NOTE: ECF access is included.* | | | | c. | DELIVERY TYPE *Delivery times are not guaranteed.* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
| 01-28-19 | HB | | X | | | | X | | | | | | |
| | | | | | | | | | | | | | |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).  **11. SIGNATURE**  s/John A. Cotter | **12. DATE**  01/30/19 |
|---|---|