| UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA (Rev. 03/2018) | TRANSCRIPT ORDER CJA counsel please complete an AUTH24 in CJA eVoucher *Please read instructions on next page.* | COURT USE ONLY NOTES: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER Lori Honse | 2a. CONTACT PHONE NUMBER 612-766-7619 | 3. CONTACT EMAIL ADDRESS Lori.honse@faegrebd.com |
| 1b. ATTORNEY NAME (if different) Richard A. Duncan | 2b. ATTORNEY PHONE NUMBER 612-766-8612 | 3. ATTORNEY EMAIL ADDRESS Richard.duncan@faegrebd.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) FAEGRE BAKER DANIELS LLP 2200 Wells Fargo Center 90 South Seventh Street Minneapolis, MN 55402-3901 | 5. CASE NAME (Include defendant number, for criminal cases only) *Duryea vs. Agri Stats, et al.* | 6. CASE NUMBER 18-CV-1776 (JRT/HB) |
|---|---|---|
| 7. COURT REPORTER NAME, if applicable Renee Rogge | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):    CJA: Do not use this form: use AUTH24 in CJA. ❏ APPEAL   ❏ CRIMINAL   ❏ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached) ❏ NON-APPEAL   ☒ CIVIL   ❏ Standing Order (**MDL** only) | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)    b. SELECT FORMAT(S) *NOTE: ECF access is included.*    c. DELIVERY TYPE *Delivery times are not guaranteed.*

| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/28/2019 | HB | | X | | | | | X | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional). 11. SIGNATURE     s/ Richard A. Duncan | 12. DATE February 1, 2019 |
|---|---|