# TRANSCRIPT ORDER

*CJA counsel please complete an AUTH24 in CJA eVoucher*
*Please read instructions on next page.*

(Rev. 03/2018)

COURT USE ONLY
**NOTES:**

| UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA | | |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER<br>Kim Ocel | 2a. CONTACT PHONE NUMBER<br>612-335-1467 | 3. CONTACT EMAIL ADDRESS<br>Kim.ocel@stinson.com |
| 1b. ATTORNEY NAME (if different)<br>Jon M. Woodruff | 2b. ATTORNEY PHONE NUMBER<br>612-335-1830 | 3. ATTORNEY EMAIL ADDRESS<br>Jon.woodruff@stinson.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Stinson Leonard Street LLP<br>50 S. 6th Street, Ste. 2600<br>Minneapolis, MN 55402 | 5. CASE NAME (Include defendant number, for criminal cases only)<br>Duryea et al. v. Agri Stats | 6. CASE NUMBER<br>18-CV-01776 |

8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):     CJA: Do not use this form: use AUTH24 in CJA.

- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)
- ☐ Standing Order (**MDL** only)

7. COURT REPORTER NAME, if applicable
Kristine Mousseau

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)

b. SELECT FORMAT(S)
NOTE: ECF access is included.

c. DELIVERY TYPE
*Delivery times are not guaranteed.*

| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/28/19 | JRT | | X | | | | | X | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE /s/ Jon M. Woodruff

12. DATE February 4, 2019

CORE/3508162.0002/150491472.1