# TRANSCRIPT ORDER

CJA counsel please complete an AUTH24 in CJA eVoucher
Please read instructions on next page.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
(Rev. 03/2018)

**COURT USE ONLY**
**NOTES:**

| 1a. CONTACT PERSON FOR THIS ORDER | 2a. CONTACT PHONE NUMBER | 3. CONTACT EMAIL ADDRESS |
|---|---|---|
| Kim Ocel | 612-335-1467 | Kim.ocel@stinson.com |

| 1b. ATTORNEY NAME (if different) | 2b. ATTORNEY PHONE NUMBER | 3. ATTORNEY EMAIL ADDRESS |
|---|---|---|
| Jon M. Woodruff | 612-335-1830 | Jon.woodruff@stinson.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Stinson Leonard Street LLP
50 S. 6th Street, Ste. 2600
Minneapolis, MN 55402

**5. CASE NAME** (Include defendant number, for criminal cases only)
Duryea et al. v. Agri Stats

**6. CASE NUMBER**
18-CV-01776

**8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):** CJA: Do not use this form: use AUTH24 in CJA.

☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)
☐ NON-APPEAL   x CIVIL   ☐ Standing Order (**MDL** only)

**7. COURT REPORTER NAME, if applicable**
Renee Rogge

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)

b. SELECT FORMAT(S)
NOTE: ECF access is included.

c. DELIVERY TYPE
Delivery times are not guaranteed.

| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/28/19 | HB | | X | | | | | X | | | | | |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE** /s/ Jon M. Woodruff

**12. DATE** February 4, 2019