UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Actions.* | Case No. 0:18-cv-01776-JRT-HB<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Stephanie A. Chen shall appear as counsel of record for Direct Purchaser Plaintiff Maplevale Farms, Inc. and the Direct Purchaser Plaintiffs in this case.

Dated: February 5, 2019                LOCKRIDGE GRINDAL NAUEN P.L.L.P.

*s/ Stephanie A. Chen*
W. Joseph Bruckner (MN#0147758)
Elizabeth R. Odette (MN#340698)
Brian D. Clark (MN#0390069)
Simeon A. Morbey (MN#0391338)
Arielle S. Wagner (MN #0398332)
Stephanie A. Chen (MN #0400032)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T:  (612) 339-6900
F:  (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
aswagner@locklaw.com
sachen@locklaw.com
*Counsel for Direct Purchaser Plaintiff*
*Maplevale Farms, Inc. and*
*Direct Purchaser Plaintiffs*

535072.1