IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 18-cv-01776 (JRT-HB) |
| This Document Relates To: ALL CASES | **NOTICE OF WITHDRAWAL OF BETHANY D. KRUEGER** |

PLEASE TAKE NOTICE pursuant to Rule 83.7(a) of the Local Rules of the United States District for the District of Minnesota, that Bethany D. Krueger has withdrawn as counsel for Defendants The Clemens Family Corporation and Clemens Food Group, LLC in this case. All other counsel of record for Defendants The Clemens Family Corporation and Clemens Food Group, LLC shall remain the same.

Dated: February 20, 2019
　　　　　　　　　　　　　　　　**GREENE ESPEL PLLP**

　　　　　　　　　　　　　　　　s/ *Mark L. Johnson*
　　　　　　　　　　　　　　　　Mark L. Johnson, Reg. No. 0345520
　　　　　　　　　　　　　　　　Virginia R. McCalmont, Reg. No. 0399496
　　　　　　　　　　　　　　　　222 S. Ninth Street, Suite 2200
　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　mjohnson@greeneespel.com
　　　　　　　　　　　　　　　　vmccalmont@greeneespel.com
　　　　　　　　　　　　　　　　(612) 373-0830

　　　　　　　　　　　　　　　　AND

Daniel E. Laytin, P.C., *pro hac vice*
Christa C. Cottrell, P.C., *pro hac vice*
Christina Briesacher, *pro hac vice*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
christina.briesacher@kirkland.com
(312) 862-2000

Attorneys for Defendants The Clemens Family Corporation and Clemens Food Group, LLC