UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-01776 (JRT/HB) |

**NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK OF COURT:

PLEASE TAKE NOTICE that effective April 1, 2019, Block & Leviton LLP, counsel for Plaintiff Maplevale Farms, Inc. in the above referenced matter, has changed office locations. Block & Leviton LLP's California office is now located at 100 Pine Street, Suite 1250, San Francisco, CA 94111, telephone: 415-968-8999 facsimile: 617-507-6020.

Dated: April 3, 2019

Respectfully Submitted,

/s/ Whitney E. Street
Whitney E. Street (admitted *pro hac vice*)
**BLOCK & LEVITON LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Phone: (415)-968-1852
Fax: (617) 507-6020
whitney@blockesq.com

*Counsel for Maplevale Farms, Inc.*

## CERTIFICATE OF SERVICE

     I, Whitney E. Street, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 3, 2019.

Respectfully Submitted,

By: */s/ Whitney E. Street*