UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-01776 (JRT/HB) |

**NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK OF COURT:

PLEASE TAKE NOTICE that effective April 1, 2019, Block & Leviton LLP, counsel for Plaintiff Maplevale Farms, Inc. in the above referenced matter, has changed office locations. Block & Leviton LLP's Massachusetts office is now located at 260 Franklin Street, Suite 1860, Boston, MA 02110, telephone: 617-398-5600, facsimile: 617-507-6020.

Dated: April 3, 2019              Respectfully Submitted,

*/s/ Stephen J. Teti*
Stephen J. Teti (admitted *pro hac vice*)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Fax: (617) 507-6020
steti@blockesq.com

*Counsel for Maplevale Farms, Inc.*

## CERTIFICATE OF SERVICE

I, Stephen J. Teti, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 3, 2019.

Respectfully Submitted,

By:       */s/ Stephen J. Teti*