IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | Case No. 18-cv-01776-JRT-HB |
| **This Document Relates To:** <br> **All Actions** | NOTICE OF APPEARANCE |

The undersigned attorney hereby notifies the Court and counsel that Jonathan M. Jagher, shall appear as counsel of record for Plaintiffs Maplevale Farms, Inc. and Olean Wholesale Grocery Cooperative, Inc. in this case.

Dated: April 3, 2019

By: /s/ Jonathan M. Jagher
Jonathan M. Jagher
FREED KANNER LONDON & MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 234-6487
Fax: (224) 632-4521
Email: jjagher@fklmlaw.com

*Counsel for Plaintiffs Maplevale Farms, Inc. and Olean Wholesale Grocery Cooperative, Inc.*