IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | Case No. 18-cv-01776-JRT-HB |
| **This Document Relates To:** <br> **All Actions** | NOTICE OF APPEARANCE |

The undersigned attorney hereby notifies the Court and counsel that Robert J. Wozniak, shall appear as counsel of record for Plaintiffs Maplevale Farms, Inc. and Olean Wholesale Grocery Cooperative, Inc. in this case.

Dated: April 3, 2019

By: /s/ Robert J. Wozniak
Robert J. Wozniak
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
Email: rwozniak@fklmlaw.com

*Counsel for Plaintiffs Maplevale Farms, Inc. and Olean Wholesale Grocery Cooperative, Inc.*