UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| This Document Relates to: All Actions | **ORDER REGARDING CASE MANAGEMENT CONFERENCE** |

The Court will convene a status conference in this matter on Thursday, April 11, 2019, at 2:00 p.m. CDT.  **The status conference will be conducted exclusively by telephone.**  Counsel should follow the conference bridge instructions emailed to all counsel on Monday, April 8, 2019, to join the call.

Counsel who anticipate speaking at the conference must call in from landlines if at all possible.  Each side must e-file a letter by 4:30 p.m. CDT on Wednesday, April 10, 2019, identifying each attorney who plans to enter an appearance (whether or not they expect to speak) and, as to each agenda item, each attorney who anticipates speaking to that item and on whose behalf.  The Court will not preclude an attorney from appearing or speaking who did not so represent in advance, but wishes simply to minimize any potential confusion and to help assure a clear and accurate record of the proceedings.

    IT IS SO ORDERED.

Dated: April 9, 2019          *s/ Hildy Bowbeer*
                                      HILDY BOWBEER
                                      United States Magistrate Judge