# GUSTAFSON GLUEK PLLC
ATTORNEYS AT LAW

CANADIAN PACIFIC PLAZA
120 SOUTH SIXTH STREET, SUITE 2600
MINNEAPOLIS, MINNESOTA 55402
TEL (612) 333-8844 • FAX (612) 339-6622

DANIEL C. HEDLUND
DHEDLUND@GUSTAFSONGLUEK.COM

April 10, 2019

**VIA ECF**
Magistrate Judge Hildy Bowbeer
United States District Court
632 Federal Building
316 N. Robert Street
St. Paul, MN 55101

  Re: **IN RE PORK ANTITRUST LITIGATION**
     **0:18-cv-01776-JRT-HB**

Dear Magistrate Judge Bowbeer:

  Pursuant to the Court's April 9, 2019 Order Regarding Case Management Conference (Dkt. 315), Plaintiffs submit the following information. Attending on behalf of Plaintiffs for the April 11, 2019 Case Management Conference are the following attorneys:

| | |
|---|---|
| Daniel Hedlund | Consumer Indirect Purchaser Plaintiffs |
| Shana Scarlett | Consumer Indirect Purchaser Plaintiffs |
| Shawn Raiter | Commercial Indirect Purchaser Plaintiffs |
| Brian Clark | Direct Purchaser Plaintiffs |
| Bobby Pouya | Direct Purchaser Plaintiffs |

  The below listed agenda items will be prepared to be addressed during the Status Conference by the designated counsel:

| Agenda Item | Speaker |
|---|---|
| Schedule for Document Custodian Meet and Confer | Brian Clark |
| Telephone Record Preservation Issue | Brian Clark |

Page 2
April 10, 2019

                                            Respectfully submitted,

                                            GUSTAFSON GLUEK PLLC


                                            <u>  s/Daniel C. Hedlund</u>
                                            Daniel C. Hedlund

DCH/mlm

cc: counsel of record (via ECF)