UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STATUS CONFERENCE

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | **COURT MINUTES – CIVIL** |
| | BEFORE: Hildy Bowbeer |
| This Document Relates To: All Actions | U.S. Magistrate Judge |

| | |
|---|---|
| Case No.: | 18-cv-1776 (JRT/HB) |
| Date: | April 11, 2019 |
| Court Reporter: | Debra Beauvais |
| Courthouse: | Minneapolis |
| Courtroom: | 13E |
| Time: | 2:00–2:54 p.m. |

**APPEARANCES:**

For Plaintiffs: W. Joseph Bruckner, Brian D. Clark, Daniel C. Hedlund, Elizabeth R. Odette, Bobby Pouya, Shawn M. Raiter, and Shana E. Scarlett

For Defendants: Justin Bernick, Christina Henk Briesacher, Emily E. Chow, Craig S. Coleman, John A. Cotter, David Graham, Donald G. Heeman, Britt M. Miller, William L. Monts, Jessica J. Nelson, Stephen R. Neuwirth, Sami H. Rashid, Brian E. Robison, Tiffany Rider Rohrbaugh, Peter J. Schwingler, Jaime Stilson, and Gene Summerlin

**PROCEEDINGS:**

The Court and counsel discussed the matters identified in the parties' Joint Status Report [Doc. No. 314].

By April 18, 2019, Defendants will serve their initial lists of proposed document custodians on Plaintiffs. Plaintiffs will respond with counterproposals by May 2, 2019. The parties will meet and confer in good faith promptly thereafter and will update the Court about the status of those efforts in their submissions filed in connection with the next status conference. Those submissions should identify and set forth the parties' respective positions on disputes as to which the parties seek guidance from the Court, as well as disputes on which either or both parties seek a binding decision by the Court, and as to the latter, the parties' proposal regarding the manner and timeline by which they wish to submit the issue or issues for a ruling.

As to proposed document custodians for Plaintiffs, Plaintiffs' initial lists of proposed document custodians must be served on Defendants within two weeks after Defendants serve written discovery requests. Defendants must serve their counterproposals within two weeks thereafter. The parties will then meet and confer in good faith, and must update the Court on the status of

those efforts in their submissions in connection with the next status conference.

The parties will meet and confer further on the preservation of telephone records pertaining to Defendants' document custodians in the possession of their respective telephone service providers and must file a joint letter updating the Court on the status of those discussions on or before May 13, 2019.  The Court may thereafter schedule an interim conference call on this issue if warranted.

The Court will hold the next status conference in late June or early July.  The Court currently has the following dates available for an afternoon conference:  June 24, June 25, July 1, July 2, July 8, July 10, July 11, and July 12, 2019.  Counsel for all parties must meet and confer about those dates and advise the Court in writing of their preference as soon as possible.   The Court will thereafter issue an order scheduling the conference and setting deadlines for submissions in advance of the conference.

*s/Adrienne Meyers*
Judicial Law Clerk