UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | Civil No. 18-cv-1776 (JRT/HB) |
| This document relates to: *All Actions* | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |

HILDY BOWBEER, United States Magistrate Judge

The undersigned will convene a case management conference in this matter **on Tuesday, July 2, 2019, at 2:00 p.m. CDT**.

In advance of the call, counsel for the parties must meet and confer about the issues to be discussed and must e-file with the Court **by Tuesday, June 25, 2019**, a joint agenda that identifies and prioritizes the matters to be discussed, identifies the attorneys who will attend the conference (indicating whether their attendance will be in person or by telephone), and designates which attorneys are expected to speak to each topic.  The parties must also file **by June 25, 2019**, a joint update letter that apprises the Court of the parties' progress in discovery and provides a status report on any matters on which the parties have met and conferred since the last case management conference, indicating as to each what agreements have been reached and briefly describing the parties' respective positions as to any matter on which the parties are not in agreement.  The joint update letter should also indicate which, if any, topics the parties seek guidance on from the Court at the conference, and any proposals for presenting particular disputes to the Court

by motion or otherwise for final resolution.  To the extent the report varies from party to party and cannot be captured in a single letter, individual parties may provide brief supplemental update letters on or before **Wednesday, June 26, 2019.**

Attorneys may participate in person or by telephone, although the Court prefers that any counsel who is likely to address the Court appear in person.  The Court's judicial assistant will set up a conference bridge for the call and circulate the dial-in and access information to the attorneys of record.


Dated:  April 16, 2019            s/ *Hildy Bowbeer*
                                  HILDY BOWBEER
                                  United States Magistrate Judge