UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>The Direct Purchaser Plaintiff Action | No. 0:18-cv-01776-JRT-HB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
<u>**WITHOUT PREJUDICE**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Direct Purchaser Plaintiff Phil's BBQ, Inc. hereby gives notice that its claims in the above-captioned actions are voluntarily dismissed without prejudice, with the parties to bear their own costs and expenses. This notice of voluntary dismissal is made without prejudice to Plaintiff's rights as an absent class member.

538102.1

Dated: April 26, 2019

s/ Brian D. Clark
W. Joseph Bruckner (MN #0147758)
Elizabeth R. Odette (MN #0340698)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Arielle S. Wagner (MN #0398332)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T:  (612) 339-6900
F:  (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
aswagner@locklaw.com

Bruce L. Simon
PEARSON, SIMON  WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 9104
T: (415) 433-9000
F:  (415) 433-900
bsimon@pswlaw.com

Clifford H. Pearson
Michael H. Pearson
Daniel L. Warshaw
Bobby Pouya
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
F: (818) 788-8104
cpearson@pswlaw.com
mpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com

Melissa S. Weiner (MN #0387900)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
T: (612) 389-0600
F: (612) 389-0610
mweiner@pswlaw.com

*Direct Purchaser Plaintiffs' Co-Lead Class Counsel*

538102.1

2

| | |
|---|---|
| Dated:  April 26, 2019 | s/ Jeffrey L. Spector |

Eugene A. Spector
Jeffrey J. Corrigan
Jonathan M. Jagher
Jeffrey L. Spector
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
T: (215) 496-0300
ESpector@srkattorneys.com
JCorrigan@srkattorneys.com
JJagher@srkattorneys.com
JSpector@srkattorneys.com

Garrett D. Blanchfield, #209855
Roberta Yard, #322295
REINHARDT WENDORF & BLANCHFIELD
W-1050 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
T: (651) 287-2100
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com

Michael J. Boni
Joshua D. Snyder
BONI ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: (610) 822-0200
mboni@bonizack.com
jsnyder@bonizack.com

Lee Albert
Brian Murray
GLANCY PRONGAY & MURRAY LLP
New York Helmsley Building
230 Park Ave., Suite 530
New York, NY 10169
Tel: (212) 682-5340
labert@glancylaw.com
bmurray@glancylaw.com

538102.1                                              3

Jeffrey S. Goldenberg
Todd B. Naylor
GOLDENBERG SCHNEIDER, LPA
One West Fourth Street, 18th Floor
Cincinnati, Ohio 45202-3604
Tel: (513) 345-8297
jgoldenberg@gs-legal.com
tnaylor@gs.legal.com

Richard R. Gordon
GORDON LAW OFFICES, LTD.
111 West Washington Street Suite 1240
Chicago, Illinois 60602
T: (312) 332-5200
rrg@gordonlawchicago.com

David P. McLafferty
MCLAFFERTY LAW FIRM, P.C.
923 Fayette Street
Conshohocken, PA 19428
T: (610) 940-4000
dpmclafferty@mclaffertylaw.com

Arthur N. Bailey
RUPP BAASE PFALZGRAF CUNNINGHAM LLC
111 West 2nd Street, Suite 1100
Jamestown, NY 14701
Tel: (716) 664-2967
bailey@ruppbaase.com

*Counsel for Plaintiff Phil's BBQ, Inc.*