**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

WANDA DURYEA, et al.,

          Plaintiffs,

v.    **Civil No. 18-1776 (JRT/HB)**

AGRI STATS, INC., et al,

          Defendants.

- - - - - - - - - - - - - - - - -

KENNETH PETERSON, et al.,

          Plaintiffs,

v.    **Civil No. 19-1129 (PJS/HB)**

AGRI STATS, INC., et al.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No. 18-1776 having been assigned to Judge John R. Tunheim and Case No. 19-1129 having later been assigned to Judge Patrick J. Schiltz and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 19-1129 be assigned to Judge John R. Tunheim, nunc pro tunc, by use of a card on the master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated July 5, 2017.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: April 30, 2019

                                            s/John R. Tunheim
                                            Judge John R. Tunheim
                                            Chief Judge
                                            United States District Court

DATED: 5/1/19

                                            s/Patrick J. Schiltz
                                            Judge Patrick J. Schiltz
                                            United States District Court