# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Duryea et al.

          Plaintiff(s)

v.

Agri Stats, Inc. et al.

          Defendant(s)

**NOTICE OF APPEARANCE**

Case No:    0:18-cv-1776

---

The undersigned attorney hereby notifies the Court and counsel that Carl V. Malmstrom, shall appear as counsel of record for Plaintiffs Robert Eccles, Rebecca Green Watson, Thomas Cosgrove, Duncan Birch, and Michael Anderson in this case.

Dated: May 2, 2019

Carl V. Malmstrom
Wolf Haldenstein Adler
 Freeman & Herz LLC
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com