UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re Pork Antitrust Litigation

This Document Relates to: All Actions

No. 0:18-cv-01776-JRT-HB

## NOTICE OF FIRM NAME CHANGE

Counsel associated with Stinson Leonard Street LLP, who have appeared in this matter for Defendants Seaboard Foods LLC and Seaboard Corporation, hereby provide notice to the Court and counsel for the parties that, effective April 30, 2019, the firm with which they are associated is now named Stinson LLP. Counsel will have the same email address, telephone number and street address.

Dated: May 2, 2019

/s/ Jon M. Woodruff
**STINSON LLP**
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
Jon M. Woodruff (#0399453)
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 335-1500
Fax:   (612) 335-1657
william.greene@stinson.com
peter.schwingler@stinson.com
jon.woodruff@stinson.com

J. Nicci Warr (*pro hac vice*)
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Phone: (314) 863-0800
Fax:   (314) 863-9388
nicci.warr@stinson.com

**Attorneys for Defendants Seaboard Foods LLC and Seaboard Corporation**

152307436.1