UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Court File No. 18-cv-1776 (JRT/HB) |
| | **NOTICE OF CHANGE OF FIRM ADDRESS** |

Please take notice that the Minneapolis office of Spencer Fane LLP has changed its address to the following:

Spencer Fane LLP
150 South Fifth Street, Suite 1900
Minneapolis, MN 55402

Dated: May 21, 2019

| SPENCER FANE LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: */s/ Jessica J. Nelson* | Stephen R. Neuwirth (*pro hac vice*) |
| Donald G. Heeman, #286023 | Michael B. Carlinsky (*pro hac vice*) |
| Jessica J. Nelson, #347358 | Sami H. Rashid (*pro hac vice*) |
| Randi J. Winter, #0391354 | Richard T. Vagas (*pro hac vice*) |
| 150 South Fifth Street, Suite 1900 | Robert P. Vance, Jr. (*pro hac vice*) |
| Minneapolis, MN 55402 | 51 Madison Avenue, 22nd Floor |
| Telephone: (612) 268-7000 | New York, NY 10010 |
| Facsimile: (612) 268-7001 | Telephone: (212) 849-7000 |
| dheeman@spencerfane.com | Facsimile: (212) 849-7100 |
| jnelson@spencerfane.com | stephenneuwirth@quinnemanuel.com |
| rwinter@spencerfane.com | michaelcarlinsky@quinnemanuel.com |
| | samirashid@quinnemanuel.com |
| | richardvagas@quinnemanuel.com |
| | bobbyvance@quinnemanuel.com |

*Attorneys for Defendants JBS USA Food Company and JBS USA Food Company Holdings*