UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | Civil No. 18-1776 (JRT/HB)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF ATTORNEY ELIZABETH A. FEGAN** |

Pursuant to Local Rule 83.17(a)(1), the undersigned attorney hereby notices the Court and counsel the withdrawal of appearance of attorney Elizabeth A. Fegan of Hagens Berman Sobol Shapiro, LLP on behalf of Consumer Indirect Purchaser Plaintiffs.

DATED: May 31, 2019

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By:  */s/ Elizabeth A. Fegan*
       Elizabeth A. Fegan

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
beth@hbsslaw.com

Steve W. Beman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, Washington 98101

- 2 -

Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

*Counsel for Consumer Indirect Purchaser Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed electronically on the 31th day of May, 2019. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

                                          */s/ Elizabeth A. Fegan*
                                          Elizabeth A. Fegan

010736-11 1067812 V1