UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Direct Purchaser Actions | Civil No.: 18-cv-01776 (JRT/HB)<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

Pursuant to Local Rule 83.7(a), the undersigned attorney, James W. Anderson, hereby withdraws as counsel for Plaintiffs Ferraro Foods, Inc., Ferraro Foods of North Carolina, LLC, and Direct Purchaser Plaintiffs.

 

**THOMPSON TARASEK LEE-O'HALLORAN PLLC**

Dated: June 13, 2019

*/s/ James W. Anderson*
James W. Anderson, Esq. (#0337754)
7101 York Avenue South, Suite 255
Edina, MN 55435
(612) 568-0132
james@ttlolaw.com