# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

Wanda Duryea, et al.,

    Plaintiffs,

v.                                                                                          Civil No. 18-1776 (JRT/HB)

Agri Stats, Inc., et al.,

    Defendants.

---

Winn Dixie Stores, Inc., et al.,

    Plaintiffs,

v.                                                                                          Civil No. 19-1578 (WMW/HB)

Agri Stats Inc., et al.,

    Defendants.

---

### ORDER OF DIRECTION TO THE CLERK OF COURT
### FOR REASSIGNMENT OF RELATED CASE

Case No. 18-cv-1776 having been assigned to Chief Judge John R. Tunheim and Judge Hildy Bowbeer and Case No. 19-cv-1578 having later been assigned to Judge Wilhelmina M. Wright and Judge Hildy Bowbeer, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 19-cv-1578 be assigned to Chief Judge John R. Tunheim and Judge Hildy Bowbeer, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 5, 2017.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: June 20, 2019                                s/John R. Tunheim
                                                                    JOHN R. TUNHEIM
                                                                    Chief Judge, United States District Court

Dated: June 21, 2019                                s/Wilhelmina M. Wright
                                                                    WILHELMINA M. WRIGHT
                                                                    Judge, United States District Court