UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STATUS CONFERENCE

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | **COURT MINUTES – CIVIL** <br> BEFORE: Hildy Bowbeer |
| This Document Relates To: All Actions | U.S. Magistrate Judge |

| | |
|---|---|
| Case No.: | 18-cv-1776 (JRT/HB) |
| Date: | July 2, 2019 |
| Court Reporter: | Tim Willette |
| Courthouse: | Saint Paul |
| Courtroom: | Devitt Courtroom |
| Time: | 2:11–3:28 p.m. |

**APPEARANCES (in person or by telephone):**

For Plaintiffs: Brian Clark, Stephanie Chen, Joseph Bourne, Shawn Raiter, Brittany Resch, Clifford Pearson, Simeon Morbey, Blaine Finley, Shana Scarlett

For Defendants: Justin Bernick, William Monts, Christina Briesacher, Virginia McCalmont, Craig Coleman, Emily Chow, Isaac Hall, Britt Miller, Jaime Stilson, Robert Entwisle, Peter Schwingler, Brian Robison, John Cotter, Megan Scheiderer, Gene Summerlin, David Graham, Tiffany Rohrbaugh, Donald Heeman, Jessica Nelson, Sami Rashid, Stephen Neuwirth

Also Present: James Anderson, Theodore Bell for Winn-Dixie Stores, Inc. and Bi-Lo Holdings

**PROCEEDINGS:**

The Court and counsel discussed the matters described in the parties' Joint Status Report [Doc. Nos. 341] and updated the Court on the progress made since the last case management conference.  The parties are continuing to meet and confer on various issues pertaining to discovery, including lists of document custodians and non-custodian sources, and responses and objections to requests for production of documents.  In addition to continuing those discussions, the Court directed counsel to meet and confer on the following matters:

1) Setting a deadline or deadlines by which the parties' meet and confer efforts on pending discovery disputes must be completed and agreement reached or impasse declared.
2) Of those discovery disputes, which could be meaningfully presented to the Court for adjudication before a ruling is issued on Defendants' motions to dismiss (and by when), and which should be reserved until after that ruling is issued.
3) Setting deadlines for discovery and other tasks that will be triggered when the ruling is issued on Defendants' motions to dismiss.

The Court ordered the parties to provide a joint update letter on the results of their discussions of the enumerated items on or before July 25, 2019.

In addition, the Court directed counsel to meet and confer on whether a further search methodology order should be entered (beyond the provisions already contained in the existing ESI Protocol [Doc. No. 292 at Section V(C)] and if so, what subjects and level of detail should be addressed in such an order.  Counsel must update the Court on those discussions at the next case management conference.

Finally, the Court will provide available dates and times for the next conference during the period from August 19 – September 20, 2019.  The parties must meet and confer and contact the Court with an agreed date and time as soon as possible, but no later than July 10, 2019.

*s/Brian Bender*
Judicial Law Clerk
