### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: PORK ANTITRUST LITIGATION** | Civil No.: 0:18-cv-01776 (JRT/HB) |
| **This document relates to:** | |
| *Joseph Realdine,* **et al.** *v. Agri Stats, Inc.* **et al.** | Civil No. 0:18-cv-02044 |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.7(a), the undersigned attorney, Erin C. Burns, hereby withdraws as counsel for Plaintiffs Joseph Realdine, Chad Nodland, and Dan Watson. Plaintiffs continue to be represented by other counsel of record.

Dated: July 16, 2019                                    Respectfully Submitted,

                                               /s/ *Erin C. Burns*
                                         Erin C. Burns *(pro hac vice)*
                                         NastLaw LLC
                                         1101 Market Street
                                         Suite 2801
                                         Philadelphia, Pennsylvania 19107
                                         Telephone:  215-923-9300
                                         Facsimile:  215-923-9302
                                         eburns@nastlaw.com

                                         *Counsel for Plaintiffs Joseph Realdine, Chad Nodland, and Dan Watson*