# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-HB |
| This document relates to:<br><br>Commercial and Institutional Indirect Purchaser Action | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### <u>WITHOUT PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Commercial and Institutional Indirect Purchaser Plaintiff Gondolier Pizza International, Inc. hereby gives notice that its claims in the above-captioned action are voluntarily dismissed without prejudice, with the parties to bear their own costs and expenses. This notice of voluntary dismissal is made without prejudice to Plaintiff's rights as an absent class member.

Dated: August 1, 2019

*s/ Blaine Finley*
Jonathan W. Cuneo
Joel Davidow
Blaine Finley
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW
Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com

Shawn M. Raiter (MN#240424)
**LARSON · KING LLP**
30 East Seventh Street
Suite 2800
St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

Don Barrett
David McMullan
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Jerry Abdalla
**ABDALLA LAW, PLLC**
602 Steed Road, Suite 200
Ridgeland, MS 32789
Telephone: 601-487-4590
gmabdall@hotmail.com

Arthur N. Bailey
Marco Cercone
**ARTHUR N. BAILEY & ASSOCIATES**
111 W. 2nd St., Suite 1100
Jamestown, New York 14701
Tel: (716) 664-2967
Email:  artlaw@windstream.net
Tel: (716) 854-3400
Email: cercone@ruppbaase.com

Thomas P. Thrash
Marcus Bozeman
**THRASH LAW FIRM, P.A.**
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
tomthrash@sbcglobal.net
mbozeman@thrashlawfirmpa.com

Jon Tostrud
**TOSTRUD LAW GROUP, PC**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
jtostrud@tostrudlaw.com

J. Gordon Rudd, Jr., MN 222082
David M. Cialkowski, MN 0306526
Behdad C. Sadeghi MN 393374
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
T: 612.341.0400
gordon.rudd@zimmreed.com
david.cialkowski@zimmreed.com
behdad.sadeghi@zimmreed.com

Robert J. Pavich
John J. Pavich
**PAVICH LAW GROUP, P.C.**
30 West Monroe Street, Suite 1310
Chicago, Illinois 60603
T: (312) 690-8400
rpavich@pavichlawgroup.com
jpavich@pavichlawgroup.com