# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | No. 0:18-cv-01776-JRT-HB |
| This Document Relates To:<br><br>ALL ACTIONS. | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Marcus Neil Bozeman hereby enters his appearance in the above-captioned case on behalf of Commercial and Institutional Indirect Purchaser Plaintiff The Grady Corporation.

Dated: August 8, 2019

Respectfully Submitted,

/s/ Marcus Neil Bozeman
Marcus Neil Bozeman
**THRASH LAW FIRM, P.A.**
1101 Garland Street
Little Rock, Arkansas  72201

*Attorney for CIIP Plaintiff The Grady Corporation*