

DONALD G. HEEMAN
PHONE: 612-268-7005
EMAIL: dheeman@spencerfane.com

August 12, 2019

<u>VIA ECF</u>

Hon. Hildy Bowbeer
United States District Court
632 Federal Building
316 N. Robert Street
St. Paul, MN 55101

Re:   *In re Pork Antitrust Litigation*, **Civil No. 18-1776 (JRT/HB)**

Magistrate Judge Bowbeer:

    Per your instruction, we write on behalf of all Defendants in the above-referenced litigation regarding the September 4, 2019 and September 11, 2019 deadlines/hearing dates currently on the Court's calendar. As the Court is no doubt aware, on August 8, 2019, Chief Judge Tunheim entered his Memorandum Opinion and Order Granting Defendants' Motions to Dismiss Plaintiffs' Complaint, Dkt. 360 (as amended to correct counsel address, Dkt. 361). Although the Court granted all three putative classes leave to amend their complaints within 90 days of the Order (*id.* at 25), there currently is no operative complaint pending against Defendants in this matter. Nor is it clear that any amended pleading would survive a motion to dismiss under the criteria articulated by Judge Tunheim in his opinion last week or in other precedents on issues that Judge Tunheim's opinion did not reach.

    Defendants thus respectfully submit that all further court dates/deadlines should be suspended pending Plaintiffs' amended complaints (if any) and further order of this Court.

Respectfully submitted,

  */s/ Donald G. Heeman*

Donald G. Heeman