UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | No. 0:18-cv-01776-JRT-HB |
| This Document Relates To:<br><br>ALL ACTIONS. | NOTICE OF CHANGE OF FIRM AFFILIATION, ADDRESS, AND CONTACT INFORMATION |

PLEASE TAKE NOTICE THAT the undersigned attorney for Commercial and Institutional Indirect Purchaser Plaintiff The Grady Corporation is now associated with the law firm The Bozeman Law Firm, P.A.

The firm address and contact information for the undersigned will also change as follows:

| OLD | NEW |
|---|---|
| Thrash Law Firm, P.A. | Bozeman Law Firm, P.A. |
| 1101 Garland Street | Little Rock Regions Center |
| Little Rock, Arkansas  72201 | 400 West Capitol, Suite 1700 |
| Tel.:   (501) 374-1058 | Little Rock, Arkansas  72201 |
| Fax:   (501) 374-2222 | Tel.:  (501) 500-0026, Ext. 1026 |
| mbozeman@thrashlawfirmpa.com | mbozeman@bozemanfirm.com |

All future reference and contact with the undersigned attorney in this matter should be addressed to the Bozeman Law Firm, P.A. at the above listed address.

The undersigned shall continue to be counsel of record for CIIP Plaintiff the Grady Corporation.

2

DATED: August 12, 2019

                                  Respectfully Submitted,

By:   /s/ Marcus Bozeman
      Marcus Bozeman
      **Bozeman Law Firm, P.A.**
      Little Rock Regions Center
      400 West Capitol, Suite 1700
      Little Rock, Arkansas  72201
      Tel.:  (501) 500-0026, Ext. 1026
      mbozeman@bozemanfirm.com

      *Attorney for CIIP Plaintiff The Grady Corporation*