UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This document relates to:<br><br>*John Gross and Co., Inc. v. Agri Stats, Inc.* | No. 18-cv-01776 (JRT/HB)<br><br>No. 18-cv-01810 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE pursuant to Rule 83.7(a) of the Local Rules of the United States District for the District of Minnesota, that Fred Isquith, Jr. has withdrawn as counsel for Plaintiff John Gross and Co., Inc. in this case. All other counsel of record for John Gross and Co., Inc. shall remain the same.

Dated: August 13, 2019

Respectfully submitted,

NUSSBAUM LAW GROUP, P.C.

By: s/ Bart D. Cohen
1211 Avenue of the Americas, 40th Fl.
New York, NY 10036

*Attorney for John Gross and Co., Inc.*

**CERTIFICATE OF SERVICE**

I certify that on August 13, 2019 I caused the foregoing to be electronically filed on the Court's electronic filing system. That filing will notify all counsel of record authorized to receive such filings.

/s/ Bart D. Cohen