## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | No. 0:18-cv-01776-JRT-HB |

### NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that effective August 26, 2019, Bruce L. Simon, Neil Swartzberg and the San Francisco office of Pearson, Simon & Warshaw, LLP, have changed their address as follows:

**OLD ADDRESS**

> Pearson, Simon & Warshaw, LLP
> 44 Montgomery Street, Suite 2450
> San Francisco, CA 94104
> Telephone: (415) 433-9000
> Facsimile: (415) 433-9008

**NEW ADDRESS**

> Pearson, Simon & Warshaw, LLP
> 350 Sansome Street, Suite 680
> San Francisco, CA 94104

Please update your records accordingly. The firm's telephone and facsimile numbers as well as all e-mail addresses remain the same.

915775.1

Dated: August 27, 2019  By:  */s/ Bruce L. Simon*

        Bruce L. Simon (*Pro Hac Vice*)
        Neil Swartzberg (*Pro Hac Vice*)
        PEARSON, SIMON & WARSAHW, LLP
        350 Sansome Street, Suite 680
        San Francisco, CA 94104
        Telephone: (415) 433-9000
        Facsimile: (415) 433-9008
        bsimon@pswlaw.com
        nswartzberg@pswlaw.com

        Clifford H. Pearson (*Pro Hac Vice*)
        Daniel L. Warshaw (*Pro Hac Vice*)
        Bobby Pouya (*Pro Hac Vice*)
        Michael H. Pearson (*Pro Hac Vice*)
        PEARSON, SIMON & WARSHAW, LLP
        15165 Ventura Boulevard, Suite 400
        Sherman Oaks, California 91403
        Telphone: (818) 788-8300
        Facsimile: (818) 788-8104
        cpearson@pswlaw.com
        dwarshaw@pswlaw.com
        bpouya@pswlaw.com
        mpearson@pswlaw.com

        Melissa S. Weiner (MN #0387900)
        Joseph C. Bourne (MN #0389922)
        PEARSON, SIMON & WARSHAW, LLP
        800 LaSalle Avenue, Suite 2150
        Minneapolis, MN 55402
        Telephone: (612) 389-0600
        Facsimile: (612) 389-0610
        mweiner@pswlaw.com
        jbourne@pswlaw.com

        ***Co-Lead Class Counsel for Direct Purchaser Plaintiffs***