# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* <br><br> This Document Relates To: <br> All Actions | 18-CV-1776 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Thomas A. Doyle, of Wexler Wallace LLP, hereby withdraws his appearance on behalf of Plaintiffs Amelia Litterer, Michael O'Grady, Reid Kanda, and Lauren Crawley. Plaintiffs continue to be represented by other counsel of record.

Dated: September 6, 2019        /s/Thomas A. Doyle

Thomas A. Doyle
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222

**Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I certify that, on September 6, 2019, I caused a copy of the foregoing document to be served via the Court's ECF system on all Counsel who have appeared in the case.

/s/Thomas A. Doyle