IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 18-cv-01776 (JRT-HB) |
| This Document Relates To:<br>*ALL ACTIONS* | **DECLARATION OF CHRISTINA BRIESACHER IN SUPPORT OF MOTION FOR PROTECTIVE ORDER CONCERNING *EX PARTE* LAWYER COMMUNICATIONS** |

I, Christina Briesacher, declare as follows:

1.     I am an attorney with the law firm of Kirkland & Ellis LLP.  I represent Defendants Clemens Food Group, LLC and The Clemens Family Corporation in the above-captioned lawsuit.  I make this declaration based on my personal knowledge and in support of Defendants' Motion for Protective Order Concerning *Ex Parte* Lawyer Communications.

2.     Attached hereto are true and correct copies of the following exhibits:

| No. | Description | Date |
|---|---|---|
| 1 | Hagens Berman Sobol Shapiro LLP Website, Matt Isaacs, available at https://www.hbsslaw.com/attorneys/investigator/matt-isaacs-investigator | October 8, 2019 |
| 2 | Letter from J. Bourne to C. Briesacher concerning Clemens custodian negotiations | May 15, 2019 |
| 3 | Copy of Clemens Food Group Website, available at https://clemensfoodgroup.com/our-company/our-legacy-of-pork/family-business-to-business-family | October 2, 2019 |

| 4 | Emails between Counsel for Clemens and Counsel for Plaintiffs regarding Plaintiffs' Investigator's Call | August 29, 2019 through October 14, 2019 |
|---|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 15, 2019

*/s/ Christina Briesacher*
Christina Briesacher