# EXHIBIT 1

# Matt Isaacs

HAGENS BERMAN

CASES   ATTORNEYS   NEWS & INSIGHT   ABOUT   PRACTICES   SUCCESS   BLOG   OFFICES   CONTACT



**TITLE:** Investigator
**OFFICE:** Berkeley
**PHONE:** 510-725-3000
**DIRECT:** 510-725-3043
**EMAIL:** matti@hbsslaw.com
V-Card

**YEARS OF EXPERIENCE:** 24

**EDUCATION:**



Masters of Journalism, University of California, Berkeley



Bachelor of Arts in English, San Francisco State University

As a former investigative reporter with more than 20 years of experience, Matt identifies potential class-action cases from complex and often contradictory facts.

**CLICK FOR MORE INFORMATION:**

**Current Role**
- Investigator, Hagens Berman Sobol Shapiro LLP

**Experience**

**Personal Insight**