# EXHIBIT 2

Law Offices
**Pearson, Simon & Warshaw, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
(612) 389-0600
Fax (612) 389-0610
www.pswlaw.com

writer's direct contact
(612) 389-0601
jbourne@pswlaw.com

May 15, 2019

**VIA EMAIL**

Christina L. Briesacher
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
christina.briesacher@kirkland.com

Re: *In re Pork Antitrust Litig.*, 18-cv-01776 (D. Minn.) – Clemens Document Custodians

Dear Christina:

    I write in response to your letter dated April 18, 2019, regarding the proposed document custodians for Defendants Clemens Food Group, LLC, and The Clemens Family Corporation ("Clemens"). Pursuant to § V(A)(2)(a) of the ESI Protocol Order (ECF No. 292), additional document custodians are proposed below on behalf of all Plaintiffs.

    We look forward to discussing this with you. Please let me know some times in the next couple weeks when you are available to talk.

**Custodial Sources**

    *Proposed by Clemens*:

| Name | Title |
|---|---|
| Douglas Clemens | Clemens Food Group, LLC: Chairman (2015-2018); Vice Chairman (2007-2014); President (2007-2014)<br><br>The Clemens Family Corporation: Chairman (2015-2018); CEO (2014-2018) |
| Craig Edsill | Clemens Food Group, LLC: President (2014-2018); Executive Vice President (2007-2014) |

Law Offices
PEARSON, SIMON & WARSHAW, LLP

Christina L. Briesacher
May 15, 2019
Page 2

| Eric Patton | Clemens Food Group, LLC: Senior Vice President (2016-2018); Vice President (2012-2016) |
| --- | --- |
| Joshua Rennells | Clemens Food Group, LLC: Treasurer (2017-2018); Senior Vice President (2015-2018); Vice President (2012-2014); Vice President, Supply Chain (2008-2009); General Manager (2009); Assistant Treasurer (2007-2008) <br><br> The Clemens Family Corporation: Treasurer (2017-2018) |
| Robert Ruth | Clemens Food Group, LLC: Senior Vice President (2010-2018); Senior Vice President, Sales & Marketing (2008-2010); Assistant Secretary (2007-2008) |
| Daniel Groff | Country View Family Farms, LLC: Director of Hog Procurement (2008-2018) |

To the extent a designated custodian (whether proposed by Clemens or by Plaintiffs) inherited custodial files from his or her predecessor, we request that those files be included in the custodial productions.

*Additional Custodians Proposed by Plaintiffs*:[1]

| Name | Title |
| --- | --- |
| David W. Budnick | Clemens Food Group, LLC: CFO (2007-2016); Treasurer (2007-2017) <br><br> The Clemens Family Corporation: CFO and Treasurer (2007-2016); Family Office VP (2016) |
| Christopher Carey | Clemens Food Group, LLC: Supply Chain VP (2016-2018) |
| Kenneth W. Clemens | The Clemens Family Corporation: Director Emeritus of the Owners Advisory Council (2011-2015); Member of Succession Planning Committee (2011-2014) |

---

[1] The organizational charts produced by Clemens are not always clear in what role these individuals worked for Clemens, for which entity, or when. We have attempted to provide as much relevant information as possible to facilitate this conversation, but note that it may be incomplete and Clemens is likely in possession of superior information.

Law Offices
**Pearson, Simon & Warshaw, LLP**

Christina L. Briesacher
May 15, 2019
Page 3

| | |
|---|---|
| Michael Deskiewicz | Clemens Food Group, LLC: VP Operations (2012-2015) |
| Wilma Keller | The Clemens Family Corporation: Corporate Executive Assistant (2007-2009) |
| Diane Nice | The Clemens Family Corporation: Corporate Executive Assistant (2009-2011) |
| Randy Zorn | Clemens Food Group, LLC: VP Operations, Coldwater (at least 2018) |
| Philip A. Clemens | Clemens Food Group, LLC: Chairman (2007-2015); CEO (2007-2012) <br><br> The Clemens Family Corporation: Chairman (2007-2015); CEO (2007-2014) |
| Michael Bracrella | Clemens Food Group, LLC: VP Facilities (2005-2015) |
| Jeffrey Wall | Clemens Food Group, LLC: VP Operations, Hatfield (at least 2018); Senior VP (date unknown) |
| John Garzel | Clemens Food Group, LLC: Supply Chain VP (2007-2008) |
| Martin Reeser | Clemens Food Group, LLC: VP (2012) |
| John Reininger | The Clemens Family Corporation: Chief Relationship Officer (2009-2014); Asst. Treasurer (2011-2014); Asst. Corporate Secretary (2015-2017) <br><br> Clemens Investments LLC: Executive VP (2015-2017) |
| Michael Riley | Clemens Food Group, LLC: VP Business Development (date unknown) |
| Sandra Sage | Clemens Food Group, LLC: VP Retail (2016-2018) |
| Craig Bach | Clemens Food Group, LLC: Account Manager (date unknown) |
| Alessandro Bassanini | Country View Family Farms: Corporate General Manager (at least 2008) |
| Jeffrey Feirick | The Clemens Family Corporation: Corporate Attorney (2005-2014); Chief Compliance Officer (2009-2014); Corporate Secretary (2012-2014) |
| Anthony Schiano | Clemens Food Group, LLC: Board Member (2008-2018) <br><br> The Clemens Family Corporation: Board Member (2008-2018) |

Law Offices
**Pearson, Simon & Warshaw, LLP**

Christina L. Briesacher
May 15, 2019
Page 4

| Charles Zimmerman | Clemens Food Group, LLC: Board Member (2007-2012) <br><br> The Clemens Family Corporation: Board Member and Lead Director (2007-2018) |
|---|---|
| Thomas Clemens | Clemens Food Group, LLC: Senior VP (2010-2015); Facility and Operations Senior VP (2008-2010) |
| Tara Bahn | Clemens Food Group, LLC: Corporate Secretary (2015-2017); Director of Shareholder Services (2018) <br><br> The Clemens Family Corporation: Corporate Secretary (2015-2017); Corporate Counsel (2014-2017); Corporate Secretary (2015-2017) |
| Bradford Clemens | Clemens Food Group, LLC: Senior VP (2018); Tech Services and Marketing Solutions Senior VP (2015-2017) |

**Non-Custodial Sources**

*Proposed by Clemens*:

In its initial disclosures dated March 8, 2019, Clemens disclosed the existence of the following non-custodial data sources.

Unstructured Data

- Certain Departmental Shared Network Drives
- Sharepoint

Structured Data

- SAP ERP: Sales and finance
- Protean: Sales
- BPC (Business Planning and Consolidation): Sales and finance
- IBM Sterling Integrator: EDI system (since May 2017)
- MAS 200: Country View Family Farms, LLC finance

Law Offices
**PEARSON, SIMON & WARSHAW, LLP**

Christina L. Briesacher
May 15, 2019
Page 5

This list does not provide Plaintiffs with enough information to fully understand what types of data may be collected from these sources. Plaintiffs will need to understand which non-custodial sources contain data that is responsive to each request, any issues with the format of the data, and whether the data is appropriate for a keyword search or a "go get" search. In addition, we need to know whether there are any non-custodial sources of hard-copy documents that are likely to contain discoverable documents.

*Additional Document Sources Proposed by Plaintiffs*:

Plaintiffs propose that any collection efforts include any sources that contain the following:

- Any copies of any phone records for company main lines or combined company cellular telephone bills;
- Travel and expense records for Document Custodians;
- Locations where Credit Relations, Investor Relations, and Corporate Communications information are kept;
- Hard-copy and electronic calendars of Document Custodians;
- Hard-copy documents maintained by Departments or Divisions, but not a specific Document Custodian, relating to competitor communications or analysis of Pork Supply Factors.

Sincerely,

PEARSON, SIMON & WARSHAW, LLP

*/s/ Joseph C. Bourne*

JOSEPH C. BOURNE

cc: All Counsel for Clemens
Co-Lead Counsel for all Plaintiffs