# EXHIBIT 3



# FAMILY BUSINESS TO BUSINESS FAMILY

FAMILY BUSINESS TO BUSINESS FAMILY.

## Our company started as a small family business—just a farmer and his wife and eventually their sons.

But over the course of our **120 plus-year history**, we've grown from a small family business into a thriving operation that **stretches from the Atlantic all the way to the Midwest**.

No longer just a family of farmers, Clemens Food Group is a family of leaders, of innovators, of problem-solvers, of business-drivers and has grown to include an extended family of **over 3,500 team members**.

The Clemens family continues to pass down more than just the family business. They've also passed down a [deeply-held set of values](). That's why we still work with integrity, why we run our business with purpose, why we raise animals ethically, and why we always strive to do things the right way—even when it's not the easy or least expensive way.

## CURRENT SENIOR LEADERSHIP

CONTACT US　　　800.523.5291



**DOUG CLEMENS**
CEO



**CRAIG EDSILL**
PRESIDENT, CLEMENS FOOD GROUP



**BRAD CLEMENS**
SENIOR VICE PRESIDENT




**JOSH RENNELLS**
SENIOR VP OF ADMINISTRATION



**ERIC PATTON**
SENIOR VP OF OPERATIONS



**ROBERT RUTH**
PRESIDENT, COUNTRY VIEW FAMILY FARMS

CONTACT US    800.523.5291



**JOHN REININGER**

CHIEF RELATIONSHIP OFFICER, CLEMENS FAMILY CORPORATION



FOOD GROUP

Based in Hatfield, PA, Clemens Food Group is a sixth-generation, family owned company dedicated to providing service and brand solutions that help our customers grow their businesses. Clemens is a vertically coordinated company that includes hog farming, food production, and transportation. We are committed to building a foundation for future generations. It is what we call 'doing business the right way.' It is who we are.

800.523.5291

2700 CLEMENS ROAD
P.O. BOX 902
HATFIELD, PA 19440-0902

CONTACT US

TOP

CONTACT US        800.523.5291



## LINKS

OUR COMPANY
OUR PURPOSE
HOW WE SERVE
OUR COMMITTMENT

## FAMILY SITES

SIMPLY HATFIELD
FARM PROMISE®
PREMIUMRESERVEPORK.COM

CLEMENSFOODSERVICE.COM

CFG COLDWATER

CFG CAREERS

© 2019 CLEMENS FOOD GROUP | PRIVACY POLICY

CONTACT US     800.523.5291