**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | No.  0:18-cv-01776-JRT-HB |
| This Document Relates To:<br>DIRECT PURCHASER PLAINTIFF<br>ACTIONS | |

## DIRECT PURCHASER PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER CONCERNING EX PARTE LAWYER COMMUNICATIONS

On October 15, 2019 Direct Purchaser Plaintiffs were served with a copy of Defendants' Motion for Protective Order Concerning Ex Parte Lawyer Communications ("Motion") via ECF.  *See* ECF Nos. 374-80.  While the Motion was filed in "All Actions" and asserts improper conduct on behalf of "Plaintiffs," the underlying facts arise from investigative conduct allegedly conducted by the Consumer Indirect Purchaser Plaintiffs.

The Direct Purchaser Plaintiffs do not have any involvement in the conduct complained of in the Motion.  The Direct Purchaser Plaintiffs did not hire nor authorize the investigator who allegedly contacted a defense employee.  (*See* Declaration of Bobby Pouya, at ¶ 4.)  No investigator or other person has contacted any current employee of a Defendant on behalf of the Direct Purchaser Plaintiffs in this case.  (*Id.*)

Direct Purchaser Plaintiffs would have advised Defendants of these facts directly had they been given the opportunity to do so.  However, in contravention of Local Rule 7.1(a) the Defendants did not contact Direct Purchaser Plaintiffs prior to the filing of the motion.  (*See* Declaration of Bobby Pouya, at ¶ 3.)  Thus, Defendants' Meet and Confer Statement asserting compliance with Local Rule 7.1(a), which requires a meet and confer prior to the filing of a motion, is inaccurate.  (*See* Dkt. No. 379.)

For the foregoing reasons, the Direct Purchaser Plaintiffs request that: (1) the Motion and supporting documents be withdrawn and amended to make clear that they are not directed at the Direct Purchaser Plaintiffs; and (2) the Court exclude the Direct Purchaser Plaintiffs from the scope of any order or relief arising from the Motion.

Dated: October 15, 2019

*s/ Bobby Pouya*
Clifford H. Pearson
Daniel L. Warshaw
Bobby Pouya
Michael H. Pearson
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

Melissa S. Weiner (MN #0387900)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pswlaw.com

W. Joseph Bruckner (MN #0147758)
Elizabeth R. Odette (MN #0340698)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Arielle S. Wagner (MN #0398332)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
aswagner@locklaw.com

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

919334.1