UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | No.  0:18-cv-01776-JRT-HB |
| This Document Relates To:<br><br>DIRECT PURCHASER ACTIONS | **LR 7.1(f)  & LR 72.2(d)**<br>**CERTIFICATE OF COMPLIANCE** |

I, Bobby Pouya, certify that the

☑ Memorandum titled: <u>Direct Purchaser Plaintiffs' Response to Defendants' Motion for Protective Order Concerning Ex Parte Lawyer Communications</u> complies with Local Rule 7.1(f).

or

☐ Objection or Response to the Magistrate Judge's Ruling complies with Local Rule 72.2(d).

I further certify that, in preparation of the above document, I:

☑ Used the following word processing program and version: <u>Microsoft Word 2010</u> and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

or

☐ Counted the words in the document.

I further certify that the above document contains the following number of words: 262.

Dated: October 15, 2019

*s/ Bobby Pouya*

| | |
|---|---|
| Clifford H. Pearson | W. Joseph Bruckner (MN #0147758) |
| Daniel L. Warshaw | Elizabeth R. Odette (MN #0340698) |
| Bobby Pouya | Brian D. Clark (MN #0390069) |
| Michael H. Pearson | Simeon A. Morbey (MN #0391338) |
| PEARSON SIMON & WARSHAW, LLP | Arielle S. Wagner (MN #0398332) |
| 15165 Ventura Boulevard, Suite 400 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| Sherman Oaks, CA 92403 | 100 Washington Avenue South, Suite 2200 |
| Telephone: (818) 788-8300 | Minneapolis, MN 55401 |
| Facsimile: (818) 788-8104 | Telephone: (612) 339-6900 |
| cpearson@pswlaw.com | Facsimile: (612) 339-0981 |
| dwarshaw@pswlaw.com | wjbruckner@locklaw.com |
| bpouya@pswlaw.com | erodette@locklaw.com |
| mpearson@pswlaw.com | bdclark@locklaw.com |
| | samorbey@locklaw.com |
| | aswagner@locklaw.com |

Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

Melissa S. Weiner (MN #0387900)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pswlaw.com