## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | No. 0:18-cv-01776-JRT-HB |
| This Document Relates To:<br><br>COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | **LR 7.1(f) & LR 72.2(d)**<br>**CERTIFICATE OF COMPLIANCE** |

I, Blaine Finley, certify that the

☑ Memorandum titled: Commercial and Institutional Indirect Purchaser Plaintiffs' Response to Defendants' Motion for Protective Order Concerning Ex Parte Lawyer Communications complies with Local Rule 7.1(f).

or

☐ Objection or Response to the Magistrate Judge's Ruling complies with Local Rule 72.2(d).

I further certify that, in preparation of the above document, I:

☑ Used the following word processing program and version: Microsoft Word 2016 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

or

☐ Counted the words in the document.

I further certify that the above document contains the following number of words: 289.

| | |
|---|---|
| Dated: October 17, 2019 | */s/ Blaine Finley* |
| | Jonathan W. Cuneo |
| | Joel Davidow |
| | Blaine Finley |
| | **CUNEO GILBERT & LADUCA, LLP** |
| | 4725 Wisconsin Ave. NW |
| | Suite 200 |
| | Washington, DC 20016 |
| | Telephone: 202.789.3960 |
| | Facsimile: 202.589.1813 |
| | jonc@cuneolaw.com |
| | joel@cuneolaw.com |
| | bfinley@cuneolaw.com |
| | |
| | Shawn M. Raiter (MN#240424) |
| | **LARSON · KING LLP** |
| | 30 East Seventh Street |
| | Suite 2800 |
| | St. Paul, MN 55101 |
| | Telephone: (651) 312-6518 |
| | sraiter@larsonking.com |
| | |
| | *Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs* |