# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | No. 0:18-cv-01776-JRT-HB |

**DECLARATION OF BLAINE FINLEY IN SUPPORT OF COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER CONCERNING EX PARTE LAWYER COMMUNICATIONS**

I, Blaine Finley, hereby declare as follows:

1.  I am an attorney at the firm of Cuneo Gilbert & LaDuca, LLP, Co-Lead Counsel, along with Larson • King, LLP (together, "CIIPP Co-Lead Counsel"), for Commercial and Institutional Indirect Purchaser Plaintiffs.

2.  On October 15, 2019, Commercial and Institutional Indirect Purchaser Plaintiffs were served with a copy of Defendants' Motion for Protective Order Concerning Ex Parte Lawyer Communications ("Motion") via ECF.

3.  Commercial and Institutional Indirect Purchaser Plaintiffs were not contacted by Defendants in any manner prior to the filing of the Motion. Thus, Defendants' Meet and Confer Statement asserting compliance with Local Rule 7.1(a), which requires a meet and confer prior to the filing of a motion, is inaccurate.

4.  CIIPP Co-Lead Counsel have not hired or authorized any investigator or other person to contact the current employees of the Defendants in connection with this lawsuit.

5.  The Commercial and Institutional Indirect Purchaser Plaintiffs do not have any involvement in the conduct complained of in the Motion and should be excluded from the Motion or any relief arising therefrom.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 17, 2019, in Washington, District of Columbia.

/s/ Blaine Finley
Blaine Finley