**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Consumer Indirect Purchaser Plaintiff Actions | Civil No. 18-1776 (JRT/HB)<br><br>**RULE 7.1(f) COMPLIANCE CERTIFICATE** |

The undersigned hereby certifies that, pursuant to Local Rule 7.1(f), Consumer Indirect Purchaser Plaintiffs' Response to Defendants' Motion for Protective Order Concerning Ex Parte Lawyer Communications contains 2,743 words, as determined through the word count feature of the Microsoft Office Word 2016 word processing software used to prepare the memorandum.  The word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.  The memorandum was prepared in 13-point font in accordance with the type size limitation of Local Rule 7.1(h).

DATED: October 22, 2019        HAGENS BERMAN SOBOL SHAPIRO LLP

By:     s/ Steve W. Berman
      STEVE W. BERMAN (pro hac vice)

Breanna Van Engelen (pro hac vice)
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett (pro hac vice)
Rio S. Pierce (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)

- 2 -

Britany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

*Counsel for Consumer Indirect Purchaser Plaintiffs*