# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

Wanda Duryea, et al.,

      Plaintiffs,

v.                                                    Civil No. 18-1776 (JRT/HB)

Agri Stats, Inc., et al.,

      Defendants.

_____

Commonwealth of Puerto Rico,

      Plaintiff,

v.                                                    Civil No. 19-2723 (DSD/BRT)

Agri Stats Inc., et al.,

      Defendants.

### ORDER OF DIRECTION TO THE CLERK OF COURT
### FOR REASSIGNMENT OF RELATED CASE

Case No. 18-cv-1776 having been assigned to Chief Judge John R. Tunheim and Judge Hildy Bowbeer and Case No. 19-cv-2723 having later been assigned to Judge David S. Doty and Judge Becky R. Thorson, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 19-cv-2723 be assigned to Chief Judge John R. Tunheim and Judge Hildy Bowbeer, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 5, 2017.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: October 22, 2019                                  s/John R. Tunheim
                                                         JOHN R. TUNHEIM
                                                         Chief Judge, United States District Court

Dated: October 22, 2019                                  s/David S. Doty
                                                         DAVID S. DOTY
                                                         Judge, United States District Court