UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | Civil No. 18-cv-1776 (JRT/HB) |
| This document relates to: *All Actions* | **ORDER** |
| And | |
| Winn-Dixie Stores, Inc. et al v. Agri Stats, Inc., et al, Civil No. 19-cv-1578 (JRT/HB) | |
| Commonwealth of Puerto Rico v. Agri Stats, Inc, et al, Civil No. 19-cv-2723 (JRT/HB) | |

These matters are before the Court on Defendants' request in *Winn-Dixie Stores, Inc. et al v. Agri Stats, Inc., et al*, Civil Action No. 19-cv-1578 (JRT/HB) to set a deadline by which Plaintiffs in that action must file an amended complaint, as well as to address the filing and briefing schedule for Defendants' anticipated motions to dismiss the amended complaints in all of the above-captioned cases. After consultation with Chief Judge John R. Tunheim, and in the interests of justice and to optimize the efficient use of the Court's resources, the following schedule will govern:

    Plaintiffs' Amended Complaint in *In Re Pork Antitrust Litigation* must be filed on or before **November 6, 2019**.

    Plaintiffs' Amended Complaint in *Winn-Dixie Stores, Inc. v. Agri Stats, Inc.*, must be filed on or before **December 6, 2019**.

    Plaintiffs' Amended Complaint in *Commonwealth of Puerto Rico v. Agri Stats, Inc*, must be filed on or before **December 6, 2019**.

Immediately upon the filing of the last amended complaint, Plaintiffs in all of the above-

captioned cases must meet and confer with all Defendants to agree on a common parallel briefing schedule and word limits for motions to dismiss the anticipated amended complaints. The parties shall report back to the Court with a proposal by e-filing a joint letter on or before **December 13, 2019**. Absent good cause to the contrary, the parties must propose a schedule that calls for all briefing to be complete no later than **March 13, 2020**. The Court understands from Judge Tunheim's chambers that he would be amenable to having the parties contact his chambers for a hearing date on all motions shortly before the motions to dismiss are filed, such that the motions can be accompanied by a notice of motion with a definite hearing date. The hearing date must be at least 14 days after the deadline for the last-filed brief.

In the interim, Defendants will not be required to answer or otherwise respond to the current operative complaints in *Winn-Dixie* or *Commonwealth of Puerto Rico,* nor to the anticipated amended complaint in *In Re Pork Antitrust Litigation,* pending entry of a common briefing schedule on motions to dismiss.

Dated:  October 24, 2019         s/ *Hildy Bowbeer*
                                 HILDY BOWBEER
                                 United States Magistrate Judge