UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | Civil No. 18-cv-1776 (JRT/HB)<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENTS** |

Pursuant to Local Rule 5.6, Exhibits A-G to Consumer Indirect Purchaser Plaintiffs' Second Amended Consolidated Class Action Complaint (ECF No. 392) have been filed under seal (*see* ECF Nos. 392-1 to 392-7) because each of the documents have been designated by Defendant Agri Stats, Inc. as Highly Confidential – Subject to Protective Order.

Dated: November 6, 2019

HAGENS BERMAN SOBOL SHAPIRO LLP

By:      /s/ Steve W. Berman
          STEVE W. BERMAN

Breanna Van Engelen (*Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

010736-11 1207613V1

Shana E. Scarlett (*Pro Hac Vice*)
Rio S. Pierce (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-lead Counsel for Consumer Indirect Purchaser Plaintiffs*