UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION <br><br><br> This Document Relates to: <br><br> All Consumer Indirect Purchaser Actions | Civil No. 18-cv-1776 (JRT/HB) <br><br> NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JBS USA FOOD COMPANY HOLDINGS |

Pursuant to Federal Rule of Civil Procedure 41(a)(A)(i), Consumer Indirect Purchaser Plaintiffs, by and through their undersigned attorneys, without prejudice and without costs, hereby dismiss JBS USA Food Company Holdings from the above-entitled action.

Dated: November 6, 2019

HAGENS BERMAN SOBOL SHAPIRO LLP

By:      s/ Steve W. Berman
         STEVE W. BERMAN

Breanna Van Engelen (*Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett (*Pro Hac Vice*)
Rio S. Pierce (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202

010736-11/1208178 V1

Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-lead Counsel for Consumer Indirect Purchaser Plaintiffs*