AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Wanda Duryea, et al.,

                                    *Plaintiff,*

v.                                                                Case No. 0:18−cv−01776−JRT−HB

Agri Stats, Inc. , et al.,

                                    *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Tyson Fresh Meats, Inc.

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Daniel E Gustafson
                120 South 6th Street
                Suite 2600
                Mpls, MN
                55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*         By:



Signature of Clerk or Deputy Clerk

Cara L Kreuziger

Date of Issuance:  November 7, 2019

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:18–cv–01776–JRT–HB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Tyson Fresh Meats, Inc.

Date of Service:

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Wanda Duryea, et al.,

                          *Plaintiff,*

v.                                                          Case No. 0:18−cv−01776−JRT−HB

Agri Stats, Inc. , et al.,

                          *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Triumph Foods, LLC

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Daniel E Gustafson
          120 South 6th Street
          Suite 2600
          Mpls, MN
          55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk

Cara L Kreuziger

Date of Issuance:  November 7, 2019

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:18−cv−01776−JRT−HB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Triumph Foods, LLC

Date of Service: _____

## Method of Service

_____ Personally served at this address:
_____
_____
_____

_____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

_____ Other (specify):
_____
_____
_____

_____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Wanda Duryea, et al.,

*Plaintiff,*

v.  Case No. 0:18–cv–01776–JRT–HB

Agri Stats, Inc. , et al.,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Hormel Foods Corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Daniel E Gustafson
> 120 South 6th Street
> Suite 2600
> Mpls, MN
> 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*    By:



Signature of Clerk or Deputy Clerk

Cara L Kreuziger

Date of Issuance:  November 7, 2019

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:18−cv−01776−JRT−HB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Hormel Foods Corporation

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Wanda Duryea, et al.,

                           *Plaintiff,*

v.                                             Case No. 0:18–cv–01776–JRT–HB

Agri Stats, Inc. , et al.,

                           *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   Smithfield Foods, Inc.

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Daniel E Gustafson
            120 South 6th Street
            Suite 2600
            Mpls, MN
            55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*         By:



Signature of Clerk or Deputy Clerk

Cara L Kreuziger

Date of Issuance:  November 7, 2019

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:18−cv−01776−JRT−HB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Smithfield Foods, Inc.

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Wanda Duryea, et al.,

*Plaintiff,*

v.   Case No. 0:18–cv–01776–JRT–HB

Agri Stats, Inc., et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   Clemens Food Group, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Daniel E Gustafson
> 120 South 6th Street
> Suite 2600
> Mpls, MN
> 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*    By:



Signature of Clerk or Deputy Clerk

Cara L Kreuziger

Date of Issuance:  November 7, 2019

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:18−cv−01776−JRT−HB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:        Clemens Food Group, LLC

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Wanda Duryea, et al.,

        *Plaintiff,*

v.           Case No. 0:18–cv–01776–JRT–HB

Agri Stats, Inc. , et al.,

        *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  Seaboard Foods, LLC

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Daniel E Gustafson
        120 South 6th Street
        Suite 2600
        Mpls, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*     By:



Signature of Clerk or Deputy Clerk

Cara L Kreuziger

Date of Issuance:  November 7, 2019

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:18−cv−01776−JRT−HB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:        Seaboard Foods, LLC

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Wanda Duryea, et al.,

                            *Plaintiff,*

v.                                                              Case No. 0:18–cv–01776–JRT–HB

Agri Stats, Inc. , et al.,

                            *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Indiana Packers Corporation

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Daniel E Gustafson
                120 South 6th Street
                Suite 2600
                Mpls, MN
                55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk

Cara L Kreuziger

Date of Issuance:  November 7, 2019

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:18−cv−01776−JRT−HB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Indiana Packers Corporation

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Wanda Duryea, et al.,

                        *Plaintiff,*

v.                                                 Case No. 0:18–cv–01776–JRT–HB

Agri Stats, Inc. , et al.,

                        *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  Agri Stats, Inc.

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Daniel E Gustafson
            120 South 6th Street
            Suite 2600
            Mpls, MN
            55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk

Cara L Kreuziger

Date of Issuance:  November 7, 2019

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:18−cv−01776−JRT−HB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Agri Stats, Inc.

Date of Service:

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Wanda Duryea, et al.,

                             *Plaintiff,*

v.                                                                 Case No. 0:18−cv−01776−JRT−HB

Agri Stats, Inc. , et al.,

                             *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Tyson Prepared Foods, Inc.

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Daniel E Gustafson
        120 South 6th Street
        Suite 2600
        Mpls, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk

Cara L Kreuziger

Date of Issuance:  November 7, 2019

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:18−cv−01776−JRT−HB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Tyson Prepared Foods, Inc.

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: