UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | COURT FILE No. 18-CV-1776 (JRT/HB) |
| | **NOTICE OF APPEARANCE OF JON A. TOSTRUD** |
| This Document Relates to: ALL ACTIONS | |

The undersigned attorney hereby notifies the Court and counsel that Jon A. Tostrud shall appear as counsel of record for Plaintiff Joe Lopez d/b/a Joe's Steak and Leaf and the Proposed Class in this case.

Dated:   November 7, 2019          TOSTRUD LAW GROUP, P.C.

By: */s/* Jon A. Tostrud
Jon A. Tostrud (#0251768)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
E-mail: jtostrud@tostrudlaw.com

*Attorneys for Plaintiff Joe Lopez d/b/a Joe's Steak and Leaf and the Proposed Class*