# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## MOTION HEARING

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | **COURT MINUTES – CIVIL** |
| | BEFORE: Hildy Bowbeer |
| This Document Relates To: All Actions | U.S. Magistrate Judge |

| | |
|---|---|
| Case No.: | 18-cv-1776 (JRT/HB) |
| Date: | November 19, 2019 |
| Court Reporter: | Debra Beauvais |
| Courthouse: | St. Paul |
| Courtroom: | 6B |
| Time: | 9:38–10:41 a.m. |

**APPEARANCES:**

For Plaintiffs: Brian Clark, Clifford Pearson, Joseph Bourne, Shawn Raiter, Shana Scarlett, Blaine Finley, Daniel Gustafson, and Brittany Resch

For Defendants: Justin Bernick, Christina Briesacher, Mark Johnson, Christina Sharkey, Emily Chow, Richard Duncan, Jaime Stilson, William Greene, John Cotter, Gene Summerlin, David Graham, Tiffany Rohrbaugh, Donald Heeman, and Sami Rashid

**PROCEEDINGS:**

The Court held a hearing on Defendants' Motion for Protective Order Concerning Ex Parte Lawyer Communications [Doc. No. 374]. The motion is held in abeyance while all Plaintiffs and Defendants meet and confer fully and in good faith to determine whether they can reach agreement about appropriate limitations to be placed on ex parte lawyer and investigator contacts and interviews of individuals. The parties will file on CM/ECF a joint update letter and/or stipulation and proposed order on or before December 2, 2019. If the parties cannot reach agreement, the Court will take the motion under advisement and will issue an order in due course.

*s/Adrienne Meyers*
Judicial Law Clerk