## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

*IN RE PORK ANTITRUST LITIGATION*  Case No. 0:18-cv-01776-JRT-HB

## JOINT MOTION REGARDING CONTINUED SEALING

Pursuant to Local Rule 5.6(c), documents have been filed under temporary seal in connection with the following motion:

- Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint [ECF No. 390]

Pursuant to Local Rule 5.6(d), the parties submit this Joint Motion Regarding Continued Sealing.

544312.2

| DKT. NO. | DKT NO. OF REDACTED DOCUMENT (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 390 | 391 | Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint | **a)** Direct Purchaser Plaintiffs (DPPs) and Defendant Agri Stats, Inc.(Agri Stats) agree there is no information that should remain sealed.<br><br>**b)** DPPs and Agri Stats do not oppose unsealing.<br><br>**c)** DPPs and Agri Stats do not disagree about any information. | | DPPs and Agri Stats do not oppose unsealing. |

544312.2

Dated November 26, 2019

| | |
|---|---|
| */s/ Bobby Pouya* | */s/ Brian D. Clark* |
| Bruce L. Simon | W. Joseph Bruckner (MN #0147758) |
| PEARSON, SIMON & WARSHAW, LLP | Elizabeth R. Odette (MN #0340698) |
| 44 Montgomery Street, Suite 2450 | Brian D. Clark (MN #0390069) |
| San Francisco, CA 94104 | Simeon A. Morbey (MN #0391338) |
| Telephone: (415) 433-9000 | Arielle S. Wagner (MN #0398332) |
| Facsimile: (415) 433-9008 | Stephanie A. Chen (MN #0400032) |
| bsimon@pswlaw.com | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| | 100 Washington Avenue South, Suite 2200 |
| Clifford H. Pearson | Minneapolis, MN 55401 |
| Daniel L. Warshaw | Telephone: (612) 339-6900 |
| Bobby Pouya | Facsimile: (612) 339-0981 |
| Michael H. Pearson | wjbruckner@locklaw.com |
| PEARSON SIMON & WARSHAW, LLP | erodette@locklaw.com |
| 15165 Ventura Boulevard, Suite 400 | bdclark@locklaw.com |
| Sherman Oaks, CA 92403 | samorbey@locklaw.com |
| Telephone: (818) 788-8300 | aswagner@locklaw.com |
| Facsimile: (818) 788-8104 | sachen@locklaw.com |
| cpearson@pswlaw.com | |
| dwarshaw@pswlaw.com | *Co-Lead Class Counsel for Direct Purchaser* |
| bpouya@pswlaw.com | *Plaintiffs* |
| mpearson@pswlaw.com | |

Melissa S. Weiner (MN #0387900)
Joseph C. Bourne (MN #0389922)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pswlaw.com
jbourne@pswlaw.com

544312.2

*/s/Peter H. Walsh*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3000
F. (612) 402-3001
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
Jennifer A. Fleury (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com
jennifer.fleury@hoganlovells.com

*Counsel for Agri Stats, Inc.*