UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | Civil No. 18-1776 (JRT/HB) |

# JOINT MOTION REGARDING CONTINUED SEALING

Pursuant to Local Rule 5.6(c), documents have been filed under temporary seal in connection with the following motion: Consumer Indirect Purchaser Plaintiffs' Second Amended Consolidated Class Action Complaint and Exhibits A-G thereto (the "Complaint"), filed November 6, 2019 (ECF No. 392).

Pursuant to Local Rule 5.6(d), the parties submit this Joint Motion Regarding Continued Sealing. For the convenience of the Court, the parties attach as exhibits to this joint motion the following:

(1) The Complaint containing only the redactions upon which the parties have agreed, and unsealing the portions of the complaint that the parties have agreed should be unsealed.

(2) Exhibit A to the Complaint, containing only the redactions upon which the parties have agreed, and unsealing the portions of Exhibit A that the parties have agreed should be unsealed.

010736-11/1217531 V1

(3) Exhibit E to the Complaint, containing only the redactions upon which the parties have agreed, and unsealing the portions of Exhibit A that the parties have agreed should be unsealed.

(3) Exhibit E to the Complaint, containing only the redactions upon which the parties have agreed, and unsealing the portions of Exhibit A that the parties have agreed should be unsealed.

DATED: December 13, 2019

| | |
|---|---|
| HOGAN LOVELLS US LLP | HAGENS BERMAN SOBOL SHAPIRO LLP |
| By:   s/ Peter H. Walsh<br>    PETER H. WALSH (#0388672) | By:   s/ Shana E. Scarlett<br>    SHANA E. SCARLETT |

80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3000
F. (612) 402-3001
peter.walsh@hoganlovells.com
William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
Jennifer A. Fleury (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square 555 Thirteenth Street, NW Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com
jennifer.fleury@hoganlovells.com

*Counsel for Agri Stats, Inc.*

Rio S. Pierce (*pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Breanna Van Engelen (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Jason Zweig
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
jasonz@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC

- 1 -

- 2 -

120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Counsel for Consumer Indirect Purchaser Plaintiffs*

- 2 -

| DKT. NO. | DKT NO. OF REDACTED DOCUMENT (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 392 | 393 | Consumer Indirect Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint | **a)** Consumer Indirect Purchaser Plaintiffs (CIPPs) and Defendant Agri Stats, Inc. (Agri Stats) agree the redacted text in the following paragraphs and documents should remain sealed:<br>• paragraphs 36 and 37 of the Complaint;<br>• the images on pages 11, 12, 14, 16-18, 22, 24, 27-29, 31, 33, 35, 36 and 47 of the Complaint;<br>• the attachment to the email in Exhibit A;<br>• Exhibits B, C, D;<br>• page 28 of Exhibit E; | | CIPPs and Agri Stats do not oppose unsealing. |

|  |  |  | <ul><li>Exhibit F;</li><li>and Exhibit G.</li></ul>**b)** CIPPs and Agri Stats do not oppose unsealing the redacted text in<ul><li>line III. A. 2. of the Table of Contents in the Complaint;</li><li>redacted text in paragraphs 17, 20, 23, 24, 26-31, 33-35, 38-43, 45-49, 51-57, 60, 67, 71, 72, 74-82, 85, 86, 92, 187, and 190 of the Complaint;</li><li>and the images on pages19-21, 37, 42-45, 48, and 89 of the Complaint.</li></ul>**c)** CIPPs and Agri Stats do not disagree about any information. |  |  |