# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**IN RE PORK ANTITRUST LITIGATION**

This document relates to: *All Actions*

Civil No. 18-cv-1776 (JRT/HB)

**ORDER ON JOINT MOTION REGARDING CONTINUED SEALING**

Before the Court is the Joint Motion Regarding Continued Sealing (ECF No. 418), pursuant to Local Rule 5.6(d), concerning the confidential documents filed under seal (ECF No. 390). Having reviewed the motion and the documents filed under seal, as well as all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Joint Motion (ECF No. 418) is **GRANTED**, as follows:

1. The Clerk is directed to unseal this document (ECF No. 390) 28 days after the issuance of this Order unless a timely motion for further consideration is filed pursuant to Local Rule 5.6(d)(3).

Dated:  December 17, 2019

s/ *Hildy Bowbeer*
HILDY BOWBEER
United States Magistrate Judge