UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL DIRECT PURCHASER PLAINTIFF ACTIONS | Case No. 0:18-cv-01776-JRT-HB<br><br>**JOINT STIPULATION OF CONSENT FOR LEAVE TO FILE DIRECT PURCHASER PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT** |

Direct Purchaser Plaintiffs ("Plaintiffs") and Defendants hereby stipulate as follows:

1. Plaintiffs may file the Third Amended Class Action Complaint in this matter—attached as Exhibit A (Proposed Redline Complaint) and Exhibit B (Proposed Complaint – Clean)—pursuant to Fed. R. Civ. P. 15(a)(2), which permits a party to amend its pleading with the opposing party's written consent, s*ee Thomas v. United Steelworkers Local 1938*, 743 F.3d 1134, 1140 (8th Cir. 2014), *reh'g denied* (Apr. 8, 2014) ("After 21 days had passed from the filing of his second amended complaint, [plaintiff] was required to either obtain the consent of the opposing parties or seek the permission of the district court if he wanted to amend his complaint to remove certain claims.").

2. Defendants hereby consent to the Court, granting Plaintiffs leave to file the Third Amended Class Action Complaint, attached hereto as Exhibit B.

3. By entering into this stipulation, the parties agree that Defendants do not concede the efficacy of the amendments or that the claims set forth in the Third Amended Class Action Complaint are properly pleaded, nor do they waive any arguments that they

could have raised in the context of an opposition to the motion for leave to amend.  The parties further agree that upon the filing of the Third Amended Class Action Complaint, Defendants may challenge the pleading, in whole or in part, under Rule 12 of the Federal Rules of Civil Procedure, and any other applicable rules.

4. This motion will not affect any of the motion to dismiss briefing deadlines described in ECF No. 424. Defendants' motions to dismiss, together with all supporting documents, must be filed on or before January 15, 2020.

Respectfully submitted,

Dated:  January 14, 2020

*s/ Brian D. Clark*
W. Joseph Bruckner (MN #0147758)
Elizabeth R. Odette (MN #0340698)
Brian D. Clark (MN #0390069)
Arielle S. Wagner (MN #0398332)
Stephanie A. Chen (MN #0400032)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T:  (612) 339-6900
F:  (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com
sachen@locklaw.com

Bruce L. Simon (*Pro Hac Vice*)
Neil Swartzberg (*Pro Hac Vice*)
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
T:  (415) 433-9000
F:  (415) 433-9008
bsimon@pswlaw.com
nswartzberg@pswlaw.com

Clifford H. Pearson (*Pro Hac Vice*)
Daniel Warshaw (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
PEARSON, SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T:  (818) 788-8300
F:  (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Melissa S. Weiner (MN #0387900)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
T: (612) 389-0600
F: (612) 389-0610
mweiner@pswlaw.com

***Interim Co-Lead Counsel for the Direct Purchaser Plaintiff Class***

545955.1                                   3

*/s/ Mark L. Johnson*
Mark L. Johnson (#0345520)
Virginia R. McCalmont (#0399496)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
bkrueger@greeneespel.com
vmccalmont@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Christina Briesacher (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
christina.briesacher@kirkland.com

***Counsel for Clemens Food Group, LLC and The Clemens Family Corporation***

*/s/ Richard A. Duncan*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegrebd.com
aaron.vanoort@faegrebd.com
craig.coleman@faegrebd.com
emily.chow@faegrebd.com
isaac.hall@faegrebd.com
bryan.washburn@faegrebd.com

***Counsel for Hormel Foods Corporation and Hormel Foods, LLC***

*/s/ Jaime Stilson*
Jaime Stilson (#392913)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 492-6746
stilson.jaime@dorsey.com

Britt M. Miller (*pro hac vice*)
Robert E. Entwisle (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

William H. Stallings (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000
wstallings@mayerbrown.com

*Counsel for Indiana Packers Corporation and Mitsubishi Corporation (Americas)*

*/s/ Donald G. Heeman*
Donald G. Heeman (#286023)
Jessica J. Nelson (#347358)
Randi J. Winter (#391354)
SPENCER FANE LLP
150 South Fifth Street, Suite 1900
Minneapolis, MN 55402-4206
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

*Counsel for JBS USA Food Company*

545955.1                                5

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
Jon M. Woodruff (#0399453)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
john.woodruff@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

**Counsel for Seaboard Foods, LLC and Seaboard Corporation**

*/s/ John A. Cotter*
John A. Cotter (134296)
John A. Kvinge (0392303)
LARKIN HOFFMAN DALY &
LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
(214) 698-3370
brobison@gibsondunn.com

**Counsel for Smithfield Foods, Inc.**

545955.1

6

| | |
|---|---|
| */s/ Aaron Chapin* | */s/ David P. Graham* |
| Aaron Chapin (#6292540) | David P. Graham (#0185462) |
| HUSCH BLACKWELL LLP | DYKEMA GOSSETT PLLC |
| 120 South Riverside Plaza, Suite 2200 | 4000 Wells Fargo Center |
| Chicago, IL 60606 | 90 South Seventh Street |
| (312) 655-1500 | Minneapolis, MN 55402 |
| aaron.chapin@huschblackwell.com | (612) 486-1521 |
| | dgraham@dykema.com |
| Gene Summerlin (*pro hac vice*) | |
| Marnie Jensen (*pro hac vice*) | Rachel J. Adcox (*pro hac vice*) |
| Ryann Glenn (*pro hac vice*) | Tiffany Rider Rohrbaugh (*pro hac vice*) |
| Kamron Hasan (*pro hac vice*) | Jetta C. Sandin (*pro hac vice*) |
| Quinn Eaton (*pro hac vice*) | Lindsey Strang Aberg(*pro hac vice*) |
| Sierra Faler (*pro hac vice*) | AXINN, VELTROP & |
| HUSCH BLACKWELL LLP | HARKRIDER LLP |
| 13330 California St., Suite 200 | 950 F Street, N.W. |
| Omaha, NE 68154 | Washington, D.C. 20004 |
| (402) 964-5000 | (202) 912-4700 |
| gene.summerlin@huschblackwell.com | radcox@axinn.com |
| marnie.jensen@huschblackwell.com | trider@axinn.com |
| ryann.glenn@huschblackwell.com | jsandin@axinn.com |
| kamron.hasan@huschblackwell.com | lstrang@axinn.com |
| quinn.eaton@huschblackwell.com | |
| sierra.faler@huschblackwell.com | ***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*** |
| ***Counsel for Triumph Foods, LLC*** | |


/s/ *Peter H. Walsh*
Peter H. Walsh (# 388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3000
F. (612) 402-3001
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
Jennifer A. Fleury (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com
jennifer.fleury@hoganlovells.com

*Counsel for Agri Stats, Inc.*