# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL DIRECT PURCHASER PLAINTIFF ACTIONS | Case No. 0:18-cv-01776-JRT-HB<br><br>[PROPOSED] ORDER APPROVING JOINT STIPULATION OF CONSENT FOR LEAVE TO FILE DIRECT PURCHASER PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT |

This matter comes before the Court on the parties' Joint Stipulation of Consent for Leave to File Direct Purchaser Plaintiffs' Third Amended Class Action Complaint (ECF No. 425).

After consideration of the stipulation, and all of the files, records, and proceedings in this case, IT IS HEREBY ORDERED:

1. The Stipulation of Consent is GRANTED.

2. Plaintiffs shall file the Third Amended Class Action Complaint, which was attached to ECF No. 425 as Exhibit B, by January 14, 2020.

Dated: _____   BY THE COURT:

_____
THE HONORABLE HILDY BOWBEER
UNITED STATES MAGISTRATE JUDGE

545957.1