# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | Civil No. 18-cv-1776 (JRT/HB) |
| This document relates to:<br>ALL DIRECT PURCHASER PLAINTIFF ACTIONS | **ORDER APPROVING JOINT STIPULATION OF CONSENT FOR LEAVE TO FILE DIRECT PURCHASER PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT** |

Pursuant to the Joint Stipulation of Consent for Leave to File Direct Purchaser Plaintiffs' Third Amended Class Action Complaint (ECF No. 425), entered into by the parties, and having reviewed all of the files, records, and proceedings in this case,

**IT IS HEREBY ORDERED** that the Joint Stipulation (ECF No. 425) is **APPROVED**. The Direct Purchaser Plaintiffs shall file their Third Amended Class Action Complaint in the form attached to ECF No. 425 as Exhibit B, by **January 16, 2020**.

Dated:  January 15, 2020        s/ *Hildy Bowbeer*
                                                              HILDY BOWBEER
                                                              United States Magistrate Judge