**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**IN RE PORK ANTITRUST LITIGATION**

Civil No. 18-cv-1776 (JRT/HB)

This document relates to:

ALL COMMERCIAL AND
INSTITUTIONAL INDIRECT PURCHASER
PLAINTIFF ACTIONS

**ORDER APPROVING JOINT
STIPULATION OF CONSENT
FOR LEAVE TO FILE
COMMERCIAL AND
INSTITUTIONAL INDIRECT
PURCHASER PLAINTIFFS'
THIRD AMENDED CLASS
ACTION COMPLAINT**

Pursuant to the Joint Stipulation of Consent for Leave to File Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Class Action Complaint (ECF No. 427), entered into by the parties, and having reviewed all of the files, records, and proceedings in this case,

**IT IS HEREBY ORDERED** that the Joint Stipulation (ECF No. 427) is **APPROVED**. The Commercial and Institutional Indirect Purchaser Plaintiffs shall file their Third Amended Class Action Complaint in the form attached to ECF No. 427 as Exhibit B, by **January 16, 2020**.

Dated: January 15, 2020

 s/ *Hildy Bowbeer*
HILDY BOWBEER
United States Magistrate Judge