UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | No. 18-cv-1776 (JRT/HB)<br><br>**DECLARATION OF JOHN A. KVINGE IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS THE FEDERAL LAW CLAIMS IN PLAINTIFFS' AMENDED COMPLAINTS** |

I, John A. Kvinge, declare as follows:

1. I am an attorney with the law firm Larkin Hoffman Daly & Lindgren, Ltd., which represents Defendant Smithfield Foods, Inc. in this matter.

2. Attached as Exhibit 1 is a true and correct copy of a redline comparison of the Direct Purchaser Plaintiffs' First Amended Complaint and Third Amended Complaint.

3. Attached as Exhibit 2 is a true and correct copy of Successful Farming's *Pork Powerhouses* reports for years 2008 through 2018.

4. Attached as Exhibit 3 is a true and correct copy of Event Brief of Q1 2010 Smithfield Foods Earnings Conference Call (Sept. 8, 2009).

I declare under penalty of perjury of the laws of the United States that everything I have stated in this document is true and correct to the best of my knowledge. Executed on January 15, 2020 in Hennepin County, Minnesota.

/s/ John A. Kvinge
John A. Kvinge