# EXHIBIT 2



**SF**

Successful Farming

*2008*

# PORK POWERHOUSES

*A Successful Farming Exclusive Report*

By Betsy Freese, Executive Editor

**Sponsored by:**







# Top 20 U.S. Pork Powerhouses®2008

| 2008 Ranking | Company/Headquarters | # of Sows In 2008 | # of Sows In 2007 |
|---|---|---|---|
| 1 | **Smithfield Foods/Smithfield, VA.** (Plus 100,000 sows in Mexico; 82,000 in Poland; 37,000 in Romania; worldwide: 1,239,000 sows) | 1,020,000 | 1,027,000 |
| 2 | **Triumph Foods/St. Joseph, MO.** (Christensen Farms: 170,000 sows; Allied Producers' Cooperative: 57,000; The Hanor Company: 80,000; New Fashion Pork: 52,000; Eichelberger Farms: 30,000 sows) | 396,000 | 403,700 |
| 3 | **Seaboard Foods/Shawnee Mission,** KS. No changes planned. | 213,600 | 213,600 |
| 4 | **Iowa Select Farms/Iowa Falls, IA.** Bought sow farm from Whitestone Farms. | 160,000 | 150,000 |
| 5 | **Pipestone System/Pipestone, MN.** Plans to pursue logical growth. | 143,600 | 135,600 |
| 6 | **Prestage Farms/Clinton, NC.** Building more wean-to-finish barns in Iowa. | 140,000 | 142,000 |
| 6 | **The Maschhoffs/Carlyle, IL.** Bought Blackjack Pork. | 130,000 | 115,000 |
| 8 | **Cargill/Minneapolis, MN.** Plans to shrink just a little from normal attrition. | 116,000 | 107,000 |
| 9 | **Maxwell Foods/Goldsboro, NC.** Growth in Indiana. | 87,000 | 85,000 |
| 10 | **AMVC Management Services/Audubon, IA.** Closed three older facilities. No expansion planned. | 82,000 | 95,000 |
| 11 | **Tyson Foods/Springdale, AR.** | 70,000 | 70,000 |
| 12 | **Progressive Swine Technology/Columbus, NE.** Depopulated a 5,000-sow unit, but repopulating it in September. | 55,200 | 55,200 |
| 13 | **Hormel Foods/Austin, MN.** Sold sows in California and switched farms to finishing. | 54,000 | 63,000 |
| 14 | **Nebraska Pork Partners/Columbus, NE.** Plans have not changed. | 50,000 | 50,000 |
| 15 | **Country View Family Farms/Hatfield, PA.** Not planning any changes, just re-allignment of some exisiting operations. | 43,700 | 42,000 |
| 16 | **Wakefield Pork/Gaylord, MN.** | 41,000 | 41,000 |
| 17 | **Holden Farms/Northfield, MN**. Rebuilding one sow farm damaged by fire. | 40,000 | 37,000 |
| 18 | **Texas Farm/Perryton, TX.** Converted finishing units to sow production. | 39,000 | 34,000 |
| 19 | **TriOak Foods/Oakville, IA.** Some farms affected by Iowa floods. | 35,000 | 30,300 |
| 20 | **Coharie Farms/Clinton, NC.** Closed some inefficient farms. | 31,700 | 33,000 |
|  | **Total: Gain of 18,400 sows in 2008** | **2,947,800** | **2,929,400** |



**Successful Farming**

*2009*

# PORK POWERHOUSES

*A Successful Farming Exclusive Report*

*By Betsy Freese, Executive Editor*

**Sponsored by:**

 



# Top 25 U.S. Pork Powerhouses®2009

| 2009 Ranking | Company/Headquarters | # of Sows In 2009 | # of Sows In 2008 |
|---|---|---|---|
| 1 | **Smithfield Foods/Smithfield, VA.** Plus 97,868 sows in Mexico, 76,955 in Poland, and 47,091 in Romania. Worldwide total: 1,144,165 sows. | 922,251 | 1,020,000 |
| 2 | **Triumph Foods/St. Joseph, MO.** Christensen: 162,500 (down 14,500), Hanor: 80,000 (no change), New Fashion Pork: 48,000 (down 4,000), Eichelberger: 25,000 (down 5,000), Allied Producers' Co-op: 56,000 (down 1,000). | 371,500 | 396,000 |
| 3 | **Seaboard Foods/Shawnee Mission, KS.** No plans for any changes at this time. | 213,600 | 213,600 |
| 4 | **Iowa Select Farms/Iowa Falls, IA.** Closing a multiplier and a commercial farm. | 152,500 | 160,000 |
| 5 | **The Pipestone System/Pipestone, MN.** Using a combination of strategies to cut production. | 132,000 | 143,600 |
| 6 | **The Maschhoffs/Carlyle, IL.** Broke ground in August on feed mill in Griggsville, IL. | 130,000 | 130,000 |
| 6 | **Prestage Farms/Clinton, NC.** Cutting back 10% of sows on all farms. | 125,000 | 140,000 |
| 8 | **Cargill/Minneapolis, MN.** No changes planned. | 116,000 | 116,000 |
| 9 | **The Carthage System/Carthage, IL.** More than 250 families involved in the system. | 85,000 | 90,250 |
| 10 | **AVMC Management Services/Audubon, IA.** Closed two farms. | 77,000 | 82,000 |
| 11 | **Maxwell Foods/Goldsboro, NC.** An additional 14,000 sows at Maxwell Farms of Indiana. | 69,000 | 73,000 |
| 12 | **Hormel Foods/Austin, MN.** | 54,000 | 54,000 |
| 13 | **Progressive Swine Technology/Columbus, NE.** Will hold at this level for a while. | 53,200 | 55,200 |
| 14 | **Tyson Foods/Springdale, AR.** Sold five farms and sent sows to slaughter. | 52,000 | 70,000 |
| 15 | **Country View Family Farms/Hatfield, PA.** Added sows on one farm in PA. | 46,500 | 43,700 |
| 16 | **Nebraska Pork Partners/Columbus, NE.** Liquidated 11% of herd and reduced slaughter weights by 22 lbs. | 44,500 | 50,000 |
| 16 | **Wakefield Pork/Gaylord, MN.** | 40,500 | 41,000 |
| 18 | **Holden Farms/Northfield, MN.** | 40,000 | 40,000 |
| 19 | **Texas Farm/Perryton, TX.** | 40,000 | 39,000 |
| 20 | **TriOak Foods/Oakville, IA.** | 35,000 | 35,000 |
| 21 | **Schwartz Farms/Sleepy Eye, MN.** | 30,000 | 30,000 |
| 22 | **Coharie Farms/Clinton, NC.** Will probably take a few more sows out. | 29,000 | 31,700 |
| 23 | **M2P2/Ames, IA.** Closing one older farm and reconfiguring others. | 27,600 | 30,000 |
| 24 | **Swine Graphics Enterprises/Webster City, IA.** | 24,100 | 24,100 |
| 25 | **Coastal Plains Pork/Harrells, NC.** | 24,000 | 27,000 |
| | **Total: Loss of 200,899 sows in 2009** | **2,934,251** | **3,135,150** |



## Top 5 Canadian Pork Powerhouses® 2009

| 2009 Ranking | Company/Headquarters | # of Sows In 2009 | # of Sows In 200 |
|---|---|---|---|
| 1 | **Hytek/LaBroquerie, MB.** Emptied one older sow farm. | 58,000 | 60,000 |
| 2 | **Big Sky Farms/Humboldt, SK.** Closed a few small farms and cut out sow inventories at others. | 42,000 | 47,800 |
| 3 | **Maple Leaf Agri-Farms/Landmark, MB.** Sold swine genetics operation. | 35,000 | 44,000 |
| 4 | **The Puratone Corporation/Niverville, MB.** Bulk of reduction is contract production hat has been terminated. | 28,000 | 40,000 |
| 5 | **Sunterra Farms/LeRoy,SK.** 80% of the pigs are finished in the U.S., but Sunterra retains ownership. | 13,000 | 13,000 |
| | **Total    Loss of 28,800 sows in 2009** | **176,000** | **204,800** |



**SF** Successful Farming

*2010*

# PORK POWERHOUSES

*A Successful Farming Exclusive Report*

By Betsy Freese, Executive Editor

**Sponsored by:**







# Top 25 U.S. Pork Powerhouses® 2010

| 2010 Rank- ing | Company/Headquarters | # of Sows In 2010 | # of Sows In 2009 |
|---|---|---|---|
| 1 | **Smithfield Foods/Smithfield, VA.** In addition to U.S., there are 96,987 sows in Mexico, 85,138 in Poland, and 48,837 in Romania (up 1,746). Worldwide total: 1,107,766 sows. | 876,804 | 922,251 |
| 2 | **Triumph Foods/St. Joseph, MO.** Christensen: 162,500 (no change), Hanor: 80,000 (no change), New Fashion Pork: 48,500 (up 500), Eichelberger: 25,000 (no change), Allied Producers' Co-op: 55,000 (down 1,000). | 371,000 | 371,500 |
| 3 | **Seaboard Foods/Shawnee Mission, KS.** Sow number unchanged in seven years. | 213,600 | 213,600 |
| 4 | **Iowa Select Farms/Iowa Falls, IA.** Made a gilt multiplier out of a farm the company had depopulated. | 157,500 | 152,500 |
| 5 | **The Pipestone System/Pipestone, MN.** With Big Gain, Inc., started Big Stone Marketing, LLC, to provide marketing and risk-management services to Pipestock System members and Big Gain customers. | 140,000 | 132,000 |
| 6 | **The Maschhoffs/Carlyle, IL.** | 137,000 | 130,000 |
| 6 | **Prestage Farms/Clinton, NC.** Moving more weaned pigs and feeder pigs to Iowa. Converting part of Mississippi sow farms to genetic production. | 125,000 | 125,000 |
| 8 | **Cargill/Minneapolis, MN.** Will be 123,000 sows by December. Restocking a couple of sow farms that were emptied for health reasons. | 119,000 | 116,000 |
| 9 | **The Carthage System/Carthage, IL** | 85,000 | 85,000 |
| 10 | **AVMC Management Services/Audubon, IA** | 77,000 | 77,000 |
| 11 | **Maxwell Foods/Goldsboro, NC.** Additional sows at Maxwell Farms of IN. | 69,000 | 69,000 |
| 12 | **Hormel Foods/Austin, MN** | 54,000 | 54,000 |
| 13 | **Progressive Swine Technology/Columbus, NE** | 53,200 | 53,200 |
| 14 | **Tyson Foods/Springdale, AR** | 52,000 | 52,000 |
| 15 | **Nebraska Pork Partners/Columbus, NE** | 50,000 | 44,500 |
| 16 | **Hatfield Quality Meats/Hatfield, PA** | 46,800 | 46,500 |
| 16 | **Texas Farm/Perryton, TX** | 40,500 | 40,000 |
| 18 | **Wakefield Pork/Gaylord, MN** | 40,500 | 40,500 |
| 19 | **Holden Farms/Northfield, MN** | 40,000 | 40,000 |
| 20 | **TriOak Foods/Oakville, IA** | 35,000 | 35,000 |
| 21 | **Schwartz Farms/Sleepy Eye, MN.** Farrowing site manager Biran Oeljenbruns was named the 2010 Minnesota Pork Industry Swne Manager of the Year. | 30,000 | 30,000 |
| 22 | **Wilke Farms/Leigh, NE** | 30,000 | 30,000 |
| 23 | **AgFeed Industries/Hendersonville, TN and Nanchang City, Jiangxi Province, China.** A U.S. company with pork production and animal nutrient operations in China. Acquired M2P2 of Ames, IA. | 27,600 | 27,600 |
| 24 | **Swine Graphics Enterprises/Webster City, IA** | 24,100 | 24,100 |
| 25 | **Hog Slat/Newton Grove, NC** | 23,000 | 23,000 |
| | **Total: Loss of 16,647 sows in 2010** | **2,917,604** | **2,934,251** |



## Top 5 Canadian Pork Powerhouses® 2010

| 2010 Ranking | Company/Headquarters | # of Sows In 2010 | # of Sows In 2009 |
|---|---|---|---|
| 1 | **HyLife**/**LaBroquerie, MB.** Did not renew the lease on one sow unit. | 53,000 | 58,000 |
| 2 | **Big Sky Farms**/**Humboldt, SK.** Used Companies Creditor Arrangement Act to restrucutre financial affairs. | 42,000 | 42,000 |
| 3 | **Maple Leaf Agri-Farms**/**Landmark, MB.** | 35,000 | 35,000 |
| 4 | **The Puratone Corporation**/**Niverville, MB.** | 28,000 | 28,000 |
| 5 | **ProVista Agriculture**/**Steinbach, MB.** Owns 14 hog operations in Manitoba. | 25,000 | 25,000 |
| | **Total    Loss of 5,000 sows in 2010** | **183,000** | **188,000** |



# SF
**Successful Farming**

# 2011
# PORK
# POWERHOUSES

*A Successful Farming Exclusive Report*

By Betsy Freese, Executive Editor

**Sponsored by:**







# Top 25 U.S. Pork Powerhouses® 2011

| 2011 Ranking | Company/Headquarters | # of Sows In 2011 | # of Sows In 2010 |
|---|---|---|---|
| 1 | **Smithfield Foods/Smithfield, VA.** Plus 98,000 sows in Mexico, 81,000 in Poland, and 49,000 in Romania. Worldwide total: 1,065,951 sows (down 41,815 from 2010). Another 30,000 sows to be cut in U.S. herd soon. | 837,951 | 876,804 |
| 2 | **Triumph Foods/St. Joseph, MO.** Christensen: 162,500, Hanor: 80,000, New Fashion Pork: 52,000 (up 3,500), Eichelberger: 25,000,  and Allied Producers' Co-op: 57,500 (up 2,500). | 377,000 | 371,000 |
| 3 | **Seaboard Foods/Shawnee Mission, KS.** | 213,600 | 213,600 |
| 4 | **The Maschhoffs/Carlyle, IL.** Bought Nebraska Pork Partners. | 192,000 | 137,000 |
| 5 | **Prestage Farms/Clinton, NC.** Bought farrow-to-finish operation in Texhoma, OK, from Smithfield. | 165,000 | 125,000 |
| 6 | **Iowa Select Farms/Iowa Falls, IA.** Repopulated a sow farm that was depopulated a couple years ago. | 160,000 | 157,500 |
| 6 | **The Pipestone System/Pipestone, MN.** One sow farm on dra—wing board for 2012. | 140,000 | 140,000 |
| 8 | **Cargill/Minneapolis, MN.** Expanding sow herd slowly in Dalhart, TX. | 123,431 | 119,000 |
| 9 | **The Carthage System/Carthage, IL.** | 92,000 | 85,000 |
| 10 | **AVMC Management Services/Audubon, IA.** Added 5,000 sows through acquisitions. | 82,000 | 77,000 |
| 11 | **Maxwell Foods/Goldsboro, NC.** No expansion planned. | 69,000 | 69,000 |
| 12 | **Hormel Foods/Austin, MN.** Do not plan to increase numbers. | 54,000 | 54,000 |
| 13 | **Tyson Foods/Springdale, AR.** No changes planned. | 52,000 | 52,000 |
| 14 | **Progressive Swine Technology/Columbus, NE.** Fewer sows on same number of farms. | 50,000 | 53,200 |
| 15 | **Hatfield Quality Meats/Hatfield, PA.** Expecting slight increase in sow number in the next few months. | 45,900 | 46,800 |
| 16 | **Wakefield Pork/Gaylord, MN.** Acquired a 2,400-sow unit in MN. | 42,900 | 40,500 |
| 16 | **Texas Farm/Perryton, TX.** Not planning any expansion in the next few months. | 42,500 | 40,500 |
| 18 | **Holden Farms/Northfield, MN.** | 40,000 | 40,000 |
| 19 | **TriOak Foods/Oakville, IA.** No plans to change numbers in the next six months. | 35,000 | 35,000 |
| 20 | **Schwartz Farms/Sleepy Eye, MN.** | 30,000 | 30,000 |
| 21 | **Wilke Farms/Leigh, NE.** | 30,000 | 30,000 |
| 22 | **M2P2 (AgFeed Industries)/Ames, IA.** Any future expansion would be acquisition. | 27,600 | 27,600 |
| 23 | **Hog Slat/Newton Grove, NC.** | 25,500 | 23,000 |
| 24 | **Swine Graphics Enterprises/Webster City, IA.** | 24,100 | 24,100 |
| 25 | **Garland Farm Supply/Garland, NC.** | 22,100 | 22,100 |
| | **Total: Gain of 83,878 sows in 2011** | **2,973,582** | **2,889,704** |



## Top 5 Canadian Pork Powerhouses® 2011

| 2011 Ranking | Company/Headquarters | # of Sows In 2011 | # of Sows In 2010 |
|:---:|:---:|:---:|:---:|
| 1 | **HyLife**/LaBroquerie, MB. Purchased an existing sow herd. | 60,000 | 53,000 |
| 2 | **Big Sky Farms**/Humboldt, SK. No intention of expanding in the near future. | 42,000 | 42,000 |
| 3 | **Maple Leaf Agri-Farms**/Landmark, MB. | 35,000 | 35,000 |
| 4 | **The Puratone Corporation**/Niverville, MB. Don't expect much change in the near term. | 28,000 | 28,000 |
| 5 | **ProVista Agriculture**/Steinbach, MB. Acquired two farms. | 28,000 | 25,000 |
| | **Total    Gain of 10,000 sows in 2011** | **193,000** | **183,000** |



# 2012
# PORK POWERHOUSES

*A Successful Farming Exclusive Report*

By Betsy Freese, Executive Editor

**Successful Farming**

Sponsored by:







# Top 25 U.S. Pork Powerhouses® 2012

| 2012 Ranking | Company/Headquarters | # of Sows In 2015 | # of Sows In 2014 |
|---|---|---|---|
| 1 | **Smithfield Foods**/Smithfield, VA  (Also 100,000 sows in Mexico, 80,000 in Poland, and 47,000 in Romania. Worldwide total: 1,089,000 sows, up 23,049 from 2011.) | 862,000 | 837,951 |
| 2 | **Triumph Foods**/St. Joseph, MO  (Includes Christensen Farms, Hanor, New Fashion Pork, Eichelberger Farms, and Allied Producers' Cooperative.) | 378,500 | 377,000 |
| 3 | **Seaboard Foods**/Shawnee Mission, KS | 217,000 | 217,000 |
| 4 | **The Maschhoffs**/Carlyle, IL | 196,000 | 192,000 |
| 5 | **Prestage Farms**/Clinton, NC | 165,000 | 165,000 |
| 6 | **Iowa Select Farms**/Iowa Falls, IA | 160,000 | 160,000 |
| 6 | **Pipestone System**/Pipestone, MN | 145,000 | 140,000 |
| 8 | **Cargill**/Minneapolis, MN | 136,000 | 123,431 |
| 9 | **Carthage System**/Carthage, IL | 103,500 | 92,000 |
| 10 | **AVMC Management Services**/Audubon, IA | 82,000 | 82,000 |
| 11 | **Maxwell Foods**/Goldsboro, NC | 69,000 | 69,000 |
| 12 | **Hormel Foods**/Austin, MN | 54,000 | 54,000 |
| 13 | **Tyson Foods**/Springdale, AR | 52,000 | 52,000 |
| 14 | **Pillen Family Farms**/Columbus, NE  (Formerly named Progressive Swine Technology.) | 50,000 | 50,000 |
| 15 | **Hatfield Quality Meats**/Hatfield, PA | 49,900 | 45,900 |
| 16 | **Wakefield Pork**/Gaylord, MN | 42,900 | 42,900 |
| 16 | **Holden Farms** /Northfield, MN | 48,000 | 40,000 |
| 18 | **TriOak Foods**/Oakville, IA | 35,000 | 35,000 |
| 19 | **Texas Farm**/Perryton, TX | 32,900 | 42,500 |
| 20 | **Schwartz Farms**/Sleepy Eye, MN | 30,000 | 30,000 |
| 21 | **Wilke Farms**/Leigh, NE | 30,000 | 30,000 |
| 22 | **AgFeed USA**/Ames, IA  (Formerly named M2P2.) | 27,600 | 27,600 |
| 23 | **Hog Slat/TDM Farms**/Newton Grove, NC | 25,500 | 25,500 |
| 24 | **Swine Graphics Enterprises**/Webster City, IA | 24,900 | 24,100 |
| 25 | **Garland Farm Supply**/Garland, NC | 22,100 | 22,100 |
| | **Total     Gain of 61,818 sows in 2012** | **3,038,800** | **2,976,982** |



## Top 5 Canadian Pork Powerhouses® 2012

| 2012 Ranking | Company/Headquarters | # of Sows In 2012 | # of Sows In 2011 |
|---|---|---|---|
| 1 | Maple Leaf Agri-Farms/Landmark, Manitoba | 63,000 | 35,000 |
| 2 | HyLife/LaBroquerie, Manitoba | 60,000 | 60,000 |
| 3 | Big Sky Farms/Humboldt, SK | 41,500 | 42,000 |
| 4 | The Progressive Group of Companies/Niverville, Manitoba | 33,500 | 33,500 |
| 5 | ProVista Agriculture/Steinbach, Manitoba | 28,000 | 28,000 |
| | **Total     Gain of 3,500 sows in 2012** | **226,000** | **198,500** |



**SF**

Successful Farming

2013

# PORK POWERHOUSES

*A Successful Farming Exclusive Report*

By Betsy Freese, Executive Editor

**Sponsored by:**







# Top 25 U.S. Pork Powerhouses® 2013

| 2013 Ranking | Company/Headquarters | # of Sows In 2013 | # of Sows In 2012 |
|:---:|:---|:---:|:---:|
| 1 | **Smithfield Foods/Shuanghui International**/Smithfield, VA (also 99,000 sows in Mexico; 81,000 in Poland; 48,000 in Romania; worldwide total: 1,096,000 sows) | 868,000 | 862,000 |
| 2 | **Triumph Foods**/St. Joseph, MO (includes Christensen Farms:156,500 sows; Hanor: 82,500; Allied Producers' Cooperative: 60,500; New Fashion Pork: 52,000; and Eichelberger Farms: 30,000 sows) | 381,500 | 378,500 |
| 3 | **Seaboard Foods**/Shawnee Mission, KS | 217,000 | 217,000 |
| 4 | **The Maschhoffs**/Carlyle, IL | 208,000 | 196,000 |
| 5 | **Prestage Farms**/Clinton, NC | 170,000 | 165,000 |
| 6 | **Iowa Select Farms**/Iowa Falls, IA | 160,000 | 160,000 |
| 6 | **Pipestone System**/Pipestone, MN | 160,000 | 145,000 |
| 8 | **Cargill**/Minneapolis, MN | 155,000 | 136,000 |
| 9 | **Carthage System**/Carthage, IL | 104,500 | 103,500 |
| 10 | **AVMC Management Services**/Audubon, IA | 100,000 | 82,000 |
| 11 | **Maxwell Foods**/Goldsboro, NC (now includes Indiana operation) | 90,000 | 69,000 |
| 12 | **Tyson Foods**/Springdale, AR | 60,000 | 52,000 |
| 13 | **Hormel Foods**/Austin, MN | 54,000 | 54,000 |
| 14 | **TriOak Foods**/Oakville, IA (bought sows from AgFeed) | 54,000 | 35,000 |
| 15 | **Pillen Family Farms**/Columbus, NE | 52,500 | 50,000 |
| 16 | **Hatfield Quality Meats**/Hatfield, PA | 51,500 | 49,900 |
| 16 | **Holden Farms**/Northfield, MN | 48,000 | 48,000 |
| 18 | **Wakefield Pork**/Gaylord, MN | 45,300 | 42,900 |
| 19 | **Texas Farm**/Perryton, TX | 32,900 | 32,900 |
| 20 | **Schwartz Farms**/Sleepy Eye, MN | 32,500 | 30,000 |
| 21 | **Protein Sources**/Mapleton, MN (sows managed) | 30,000 | 28,000 |
| 22 | **Wilke Farms**/Leigh, NE | 30,000 | 30,000 |
| 23 | **Great Plains Management**/Creston, IL (sows managed) | 28,000 | 33,500 |
| 24 | **TDM Farms**/Newton Grove, NC | 25,500 | 25,500 |
| 25 | **Swine Graphics Enterprises**/Webster City, IA | 25,000 | 24,900 |
| | **Total    Gain of 132,600 sows in 2013** | **3,183,200** | **3,050,600** |



**Successful Farming**

*2014*

# PORK POWERHOUSES

*A Successful Farming Exclusive Report*

*By Betsy Freese, Executive Editor*

**Sponsored by:**







# Top 25 U.S. Pork Powerhouses® 2014

| 2014 Ranking | Company/Headquarters | # of Sows In 2014 | # of Sows In 2013 |
|---|---|---|---|
| 1 | **Smithfield Foods/WH Group/Smithfield, VA** (also 98,000 sows in Mexico; 81,000 in Poland; 45,000 in Romania; worldwide total: 1,111,000 sows) | 887,000 | 868,000 |
| 2 | **Triumph Foods/St. Joseph, MO** (includes Christensen Farms:175,000 sows; Hanor: 82,500; Allied Producers' Cooperative: 60,500; New Fashion Pork: 52,000; and Eichel-berger Farms: 37,500 sows) | 407,500 | 381,500 |
| 3 | **The Maschhoffs/Carlyle, IL** (acquired two sow farms from JBS United in Indiana) | 218,000 | 208,000 |
| 4 | **Seaboard Foods/Shawnee Mission, KS** | 217,000 | 217,000 |
| 5 | **Pipestone System/Pipestone, MN** | 170,000 | 160,000 |
| 5 | **Prestage Farms/Clinton, NC** | 170,000 | 170,000 |
| 7 | **Iowa Select Farms/Iowa Falls, IA** | 165,000 | 160,000 |
| 8 | **Cargill/Minneapolis, MN** | 161,000 | 155,000 |
| 9 | **AMVC Management Services/Audubon, IA** | 110,000 | 100,000 |
| 10 | **Carthage System/Carthage, IL** | 105,000 | 104,500 |
| 11 | **Maxwell Foods/Goldsboro, NC** | 97,000 | 90,000 |
| 12 | **Tyson Foods/Springdale, AR** | 62,000 | 60,000 |
| 13 | **Country View Family Farms/Hatfield, PA** | 55,000 | 51,500 |
| 14 | **Holden Farms/Northfield, MN** | 55,000 | 48,000 |
| 15 | **Pillen Family Farms/Columbus, NE** | 55,000 | 52,500 |
| 16 | **TriOak Foods/Oakville, IA** | 55,000 | 54,000 |
| 17 | **Hormel Foods/Austin, MN** | 54,000 | 54,000 |
| 18 | **Wakefield Pork/Gaylord, MN** | 47,000 | 45,300 |
| 19 | **Great Plains Management/Creston, IL** | 41,500 | 28,000 |
| 20 | **Texas Farm/Perryton, TX** | 35,000 | 32,900 |
| 21 | **Schwartz Farms/Sleepy Eye, MN** | 32,500 | 32,500 |
| 22 | **Protein Sources/Mapleton, MN** | 30,000 | 30,000 |
| 22 | **Wilke Farms/Leigh, NE** | 30,000 | 30,000 |
| 24 | **Tosh Farms/Henry, TN** | 27,000 | 21,400 |
| 25 | **Suidae HP/Algona, IA** (sows managed, not owned) | 26,000 | 25,750 |
| | Total   Gain of 132,650 sows in 2014 | 3,312,500 | 3,179,850 |



## Top 5 Canadian Pork Powerhouses® 2014

| 2014 Ranking | Company/Headquarters | # of Sows In 2014 | # of Sows In 2013 |
|---|---|---|---|
| 1 | HyLife/LaBroquerie, Manitoba | 72,000 | 60,000 |
| 2 | Maple Leaf Agri-Farms/Landmark, Manitoba | 67,000 | 63,000 |
| 3 | Olymel/Saint-Hyacinthe, Quebec | 41,000 | 41,500 |
| 4 | ProVista Agriculture/Steinbach, Manitoba | 40,000 | 25,000 |
| 5 | The Progressive Group/Niverville, Manitoba | 33,500 | 33,500 |
| | Total    Gain of 30,500 sows in 2014 | 253,500 | 223,000 |

# Other Large U.S. Producers

| Company/Headquarters | # of Sows in 2014 |
|---|---|
| TDM Farms/Newton Grove, NC. No change from 2013 | 25,500 |
| Swine Graphics Enterprises/Webster City, IA. Down from 25,000 last year | 24,543 |
| Hord Livestock Company/Bucyrus, OH. Up from 18,000 | 24,000 |
| Cooper Farms/Oakwood, OH. Up from 20,000 | 24,000 |
| Brenneman Pork/Washington, IA. Up from 14,700 | 22,700 |
| Fine Swine Wind/Hilliard, OH. Down from 26,000 | 22,000 |
| Garland Farm Supply/Garland, NC. No change | 22,000 |
| Kalmbach Feeds/Upper Sandusky, OH. Up from 19,950 | 22,000 |
| Reicks View Farms/Lawler, IA. No change | 18,500 |
| J.C. Howard Farms/Deep Run, NC. No change | 18,000 |
| Hitch Pork Producers/Guymon, OK. Up from 14,000 | 16,000 |



**SF**

**Successful Farming**

*2015*

# PORK POWERHOUSES

*A Successful Farming Exclusive Report*

*By Betsy Freese, Executive Editor*

**Sponsored by:**







# Top 25 U.S. Pork Powerhouses® 2015

| 2015 Ranking | Company/Headquarters | # of Sows In 2015 | # of Sows In 2014 |
|---|---|---|---|
| 1 | Smithfield Foods/WH Group/Smithfield, VA/China (also 105,000 sows in Mexico; 87,000 in Poland; 49,000 in Romania; worldwide: 1,135,000 sows) | 894,000 | 887,000 |
| 2 | Triumph Foods/St. Joseph, MO (Christensen Farms: 170,000 sows; Allied Producers' Cooperative: 95,500; The Hanor Company: 82,500; New Fashion Pork: 60,000; Eichelberger Farms: 37,500 sows) | 445,500 | 407,500 |
| 3 | The Maschhoffs/Carlyle, IL | 218,000 | 218,000 |
| 4 | Seaboard Foods/Shawnee Mission, KS | 217,000 | 217,000 |
| 5 | JBS/Brazil/Greeley, CO (acquired Cargill Pork) | 175,000 | 161,000 |
| 6 | Pipestone System/Pipestone, MN | 170,000 | 170,000 |
| 6 | Prestage Farms/Clinton, NC | 170,000 | 170,000 |
| 8 | Iowa Select Farms/Iowa Falls, IA | 165,000 | 165,000 |
| 9 | Carthage System/Carthage, IL | 120,000 | 105,000 |
| 10 | AMVC Management Services/Audubon, IA | 112,500 | 110,000 |
| 11 | Maxwell Foods/Goldsboro, NC | 95,000 | 97,000 |
| 12 | Tyson Foods/Springdale, AR | 62,500 | 62,000 |
| 13 | TriOak Foods/Oakville, IA (acquired Hintzsche Pork) | 61,000 | 55,000 |
| 14 | Schwartz Farms/Sleepy Eye, MN (acquired sows from Wilke Farms in NE) | 58,000 | 32,000 |
| 15 | Country View Family Farms/Hatfield, PA | 55,100 | 55,000 |
| 16 | Holden Farms/Northfield, MN | 55,000 | 55,000 |
| 16 | Pillen Family Farms/Columbus, NE | 55,000 | 55,000 |
| 18 | Great Plains Management/Creston, IL | 53,500 | 41,500 |
| 19 | Hormel Foods/Austin, MN | 50,000 | 54,000 |
| 20 | Wakefield Pork/Gaylord, MN | 48,500 | 47,000 |
| 21 | Swine Graphics Enterprises/Cactus Feeders/Webster City, IA/Amarillo, TX (SGE was acquired by Cactus Feeders and is now the swine operating company for Cactus. Cactus also acquired 9,500 sows from Orangeburg Foods in SC.) | 34,000 | 24,500 |
| 22 | Texas Farm/Perryton, TX | 32,000 | 35,000 |
| 23 | Protein Sources/Mapleton, MN | 31,200 | 30,000 |
| 24 | Tosh Farms/Henry, TN | 27,000 | 27,000 |
| 25 | Brenneman Pork/Washington, IA | 26,500 | 22,700 |
| | Total: Gain of 128,100 sows in 2015 | 3,431,300 | 3,303,200 |



## Top 5 Canadian Pork Powerhouses® 2015

| 2015 Ranking | Company/Headquarters | # of Sows in 2015 | # of Sows in 2014 |
|---|---|---|---|
| 1 | HyLife/LaBroquerie, Manitoba | 72,000 | 72,000 |
| 2 | Maple Leaf Agri-Farms/Landmark, Manitoba | 46,500 | 41,000 |
| 3 | Olymel/Saint-Hyacinthe, Quebec | 46,500 | 41,000 |
| 4 | Olymel/Saint-Hyacinthe, Quebec | 40,000 | 40,000 |
| 5 | The Progressive Group/Niverville, Manitoba | 33,500 | 161,000 |
| | Total    Gain of 3,500 sows in 2015 | 257,000 | 170,000 |

## Other Large U.S. Producers

| Company/Headquarters | # of Sows in 2015 |
|---|---|
| SuidaeHP/Algona, IA (sows managed) | 26,000 |
| TDM Farms/Newton Grove, NC | 25,500 |
| Cooper Farms/Oakwood, OH (expansion planned) | 24,000 |
| Hord Livestock Company/Bucyrus, OH | 24,000 |
| Reicks View Farms/Lawler, IA (added 5,000 sows) | 23,500 |
| Fine Swine/Hilliard, OH (expansion planned) | 22,000 |
| Kalmbach Feeds/Upper Sandusky, OH | 22,000 |
| Garland Farm Supply/Garland, NC | 19,000 |
| J.C. Howard Farms/Deep Run, NC | 18,000 |
| High Lean/Huron Pork/Allendale, MI (expanding) | 17,500 |
| Dykhuis Farms/Holland, MI | 16,000 |
| Hitch Pork Producers/Guymon, OK | 16,000 |



*SF* Successful Farming

2016

# PORK POWERHOUSES

*A Successful Farming Exclusive Report*

By Betsy Freese, Executive Editor, betsy.freese@meredith.com

**Sponsored by:**

 



# Top 35 U.S. Pork Powerhouses® 2016

| 2016 Ranking | Company/Headquarters | # Sows 2016 | # Sows 2015 |
|---|---|---|---|
| 1 | Smithfield Foods/WH Group/Smithfield, VA/China (also 120,000 sows in Mexico; 140,000 in Poland and Romania; worldwide total: 1,140,000 sows) | 880,000 | 894,000 |
| 2 | Triumph Foods/St. Joseph, MO (Christensen Farms: 135,000 sows; The Hanor Company: 82,500; Allied Producers' Cooperative*: 70,500; New Fashion Pork: 60,000; Eichelberger Farms: 37,500 sows. *Note: Livingston Enterprises, with 25,000 sows, now listed separately.) | 385,500 | 428,000 |
| 3 | Seaboard Foods/Shawnee Mission, KS (acquired Texas Farm and 35,000 sows from Christensen Farms) | 290,000 | 217,000 |
| 4 | The Maschhoffs/Carlyle, IL | 218,000 | 218,000 |
| 5 | Pipestone System/Pipestone, MN | 185,000 | 170,000 |
| 6 | JBS/Brazil/Greeley, CO | 177,000 | 175,000 |
| 7 | Prestage Farms/Clinton, NC | 175,000 | 170,000 |
| 8 | Iowa Select Farms/Iowa Falls, IA | 171,000 | 165,000 |
| 9 | Carthage System/Carthage, IL | 145,000 | 120,000 |
| 10 | AMVC Management Services/Audubon, IA | 115,000 | 112,500 |
| 11 | Maxwell Foods/Goldsboro, NC | 98,000 | 95,000 |
| 12 | Tyson Foods/Springdale, AR | 62,500 | 62,500 |
| 13 | TriOak Foods/Oakville, IA | 59,500 | 61,000 |
| 14 | Schwartz Farms/Sleepy Eye, MN | 58,000 | 58,000 |
| 15 | Clemens Food Group/Hatfield, PA | 55,100 | 55,100 |
| 16 | Holden Farms/Northfield, MN | 55,000 | 55,000 |
| 16 | Pillen Family Farms/Columbus, NE | 55,000 | 55,000 |
| 18 | Great Plains Management/Creston, IL | 53,500 | 53,500 |
| 19 | Hormel Foods/Austin, MN | 52,000 | 50,000 |
| 20 | Wakefield Pork/Gaylord, MN | 50,000 | 48,500 |
| 21 | Sietsema Farms/Allendale, MI (includes Great Lakes Pork, Paragon Farms, High Lean Pork, Huron Pork) | 37,000 | 35,000 |
| 22 | Protein Sources/Mapleton, MN | 34,700 | 31,200 |
| 23 | Cactus Family Farms/Amarillo, TX | 34,000 | 34,000 |
| 24 | Pork Vision/Omaha, NE (part of Standard Nutrition Company) | 33,000 | 33,000 |
| 25 | Reicks View Family/Lawler, IA | 29,500 | 24,500 |
| 25 | Tosh Farms/Henry, TN | 29,500 | 27,000 |
| 27 | Brenneman Pork/Washington, IA | 29,000 | 26,500 |
| 28 | Cooper Farms/Oakwood, OH | 28,500 | 24,000 |
| 29 | Fine Swine/Hilliard, OH | 27,000 | 22,000 |
| 30 | SuidaeHP/Algona, IA | 27,000 | 26,000 |
| 31 | Hord Livestock Company/Bucyrus, OH | 26,500 | 24,000 |
| 32 | TDM Farms/Newton Grove, NC | 25,500 | 25,500 |
| 33 | J.C. Howard Farms/Deep Run, NC (acquired sows from Greenwood Packing/Carolina and Howard Farms) | 25,000 | 18,000 |
| 33 | Kalmbach Feeds/Upper Sandusky, OH | 25,000 | 22,000 |
| 33 | Livingston Enterprises/Fairbury, NE | 25,000 | 17,650 |
| | Total: Gain of 122,850 sows in 2016 | 3,776,300 | 3,653,450 |



## Top 5 Canadian Pork Powerhouses® 2016

| 2016 Ranking | Company/Headquarters | # of Sows In 2016 | # of Sows In 2015 |
|---|---|---|---|
| 1 | HyLife/LaBroquerie, Manitoba | 73,000 | 72,000 |
| 2 | Maple Leaf Agri-Farms/Landmark, Manitoba | 67,000 | 65,000 |
| 3 | Olymel/Saint-Hyacinthe, Quebec | 56,000 | 46,500 |
| 4 | The Progressive Group/Niverville, Manitoba | 38,500 | 33,500 |
| 5 | ProVista Agriculture/Steinbach, Manitoba | 36,500 | 40,000 |
| | **Total    Gain of 14,000 sows in 2016** | **271,000** | **257,000** |

**Successful Farming®**

# TOP 40 U.S. PORK POWERHOUSES 2017

| 2017 Ranking | Company/Headquarters | # Sows 2017 | # Sows 2016 |
|---|---|---|---|
| 1 | Smithfield Foods/WH Group/Smithfield, VA/China (also 135,000 sows in Mexico; 150,000 in Poland and Romania; worldwide total: 1,195,000 sows) | 910,000 | 880,000 |
| 2 | Seaboard Foods/Shawnee Mission, KS | 325,000 | 290,000 |
| 3 | Pipestone System/Pipestone, MN | 240,000 | 185,000 |
| 4 | The Maschhoffs/Carlyle, IL | 218,000 | 218,000 |
| 5 | Iowa Select Farms/Iowa Falls, IA | 207,000 | 171,000 |
| 6 | Carthage System/Carthage, IL | 175,000 | 145,000 |
| 6 | Prestage Farms/Clinton, NC | 175,000 | 175,000 |
| 8 | JBS/Brazil/Greeley, CO | 166,570 | 177,000 |
| 9 | Christensen Farms/Sleepy Eye, MN (an owner of Triumph Foods) | 142,500 | 135,000 |
| 10 | AMVC Management Services/Audubon, IA | 117,500 | 115,000 |
| 11 | Maxwell Foods/Goldsboro, NC | 101,000 | 98,000 |
| 12 | Allied Producers' Cooperative/ Westside, IA (an owner of Triumph Foods) | 94,000 | 70,500 |
| 13 | The Hanor Company/Spring Green, WI (an owner of Triumph Foods) | 80,000 | 82,500 |
| 14 | Tyson Foods/Springdale, AR | 64,000 | 62,500 |
| 15 | Clemens Food Group/Hatfield, PA | 62,330 | 55,100 |
| 16 | Schwartz Farms/Sleepy Eye, MN | 62,000 | 58,000 |
| 17 | Holden Farms/Northfield, MN | 60,000 | 55,000 |
| 18 | TriOak Foods/Oakville, IA | 59,500 | 59,500 |
| 19 | New Fashion Pork/Jackson, MN (an owner of Triumph Foods) | 57,000 | 60,000 |
| 20 | Pillen Family Farms/Columbus, NE | 55,000 | 55,000 |
| 21 | Wakefield Pork/Gaylord, MN | 52,400 | 50,000 |
| 22 | Great Plains Management/Creston, IL | 51,000 | 53,500 |
| 23 | Standard Nutrition Company/Pork Vision/Omaha, NE | 47,150 | 33,000 |
| 24 | Eichelberger Farms/Wayland, IA (an owner of Triumph Foods) | 46,000 | 37,500 |
| 25 | Protein Sources/Mapleton, MN | 39,700 | 34,700 |
| 26 | Sietsema Farms/Allendale, MI | 37,000 | 37,000 |
| 27 | Cactus Feeders/Amarillo, TX | 36,000 | 34,000 |
| 28 | Reicks View Family/Lawler, IA | 32,500 | 29,000 |
| 29 | Livingston Enterprises/Fairbury, NE | 32,200 | 25,000 |
| 30 | Fine Swine/Hilliard, OH | 31,500 | 27,000 |
| 31 | Brenneman Pork/Washington, IA | 30,000 | 29,000 |
| 31 | SuidaeHP/Algona, IA | 30,000 | 27,000 |
| 33 | Tosh Farms/Henry, TN | 29,500 | 29,500 |
| 34 | Cooper Farms/Fort Recovery, OH | 28,800 | 28,500 |
| 35 | J.C. Howard Farms/Deep Run, NC | 27,000 | 25,000 |
| 36 | Hord Livestock Company/Bucyrus, OH | 26,000 | 26,500 |
| 37 | TDM Farms/Newton Grove, NC | 25,500 | 25,500 |
| 38 | Kalmbach Feeds/Upper Sandusky, OH | 25,000 | 25,000 |
| 39 | Hormel Foods/Austin, MN | 24,000 | 52,000 |
| 40 | Heimerl Farms/Johnstown, OH | 21,000 | 21,000 |
| | Total: Gain of 246,850 sows in 2017 | 4,043,650 | 3,796,800 |

**Successful Farming®**

# TOP 5 CANADIAN PORK POWERHOUSES 2017

| 2017 Ranking | Company/Headquarters | # Sows 2017 | # Sows 2016 |
|---|---|---|---|
| 1 | Olymel/Saint-Hyacinthe, Quebec | 84,000 | 56,000 |
| 2 | HyLife/LaBroquerie, Manitoba | 78,000 | 73,000 |
| 3 | Maple Leaf Agr-Farms/Landmark, Manitoba | 74,000 | 67,000 |
| 4 | The Progressive Group/Niverville, Manitoba | 38,500 | 38,500 |
| 5 | Provista Agriculture/Steinbach, Manitoba | 34,000 | 36,500 |
| | Total: Gain of 37,500 sows in 2017 | 308,500 | 271,000 |



**SF**

**Successful Farming**

*2018*

# PORK POWERHOUSES

*A Successful Farming Exclusive Report*

*By Betsy Freese, Executive Editor*

Successful **Farming**



## TOP 40 U.S. PORK POWERHOUSES® 2018

| 2018 | Company / Headquarters | # Sows 2018 | # Sows 2017 |
|---|---|---|---|
| 1 | **Smithfield Foods/WH Group** / Smithfield, VA/China (also 147,675 sows in Mexico; 95,100 in Poland; 52,350 in Romania; worldwide total: 1,245,125 sows) | 950,000 | 910,000 |
| 2 | **Seaboard Foods** / Shawnee Mission, KS | 340,000 | 325,000 |
| 3 | **Pipestone System** / Pipestone, MN | 251,000 | 240,000 |
| 4 | **Iowa Select Farms** / Iowa Falls, IA | 235,000 | 207,000 |
| 5 | **The Maschhoffs** / Carlyle, IL | 204,000 | 218,000 |
| 6 | **Prestage Farms** / Clinton, NC | 182,300 | 175,000 |
| 7 | **Carthage System** / Carthage, IL | 180,000 | 175,000 |
| 8 | **JBS** / Brazil/Greeley, CO | 167,500 | 166,570 |
| 9 | **Christensen Farms** / Sleepy Eye, MN (an owner of Triumph Foods) | 142,500 | 142,500 |
| 10 | **AMVC Management Services** / Audubon, IA | 135,500 | 117,500 |
| 11 | **Allied Producers' Cooperative** / Westside, IA (an owner of Triumph Foods) | 102,500 | 94,000 |
| 12 | **The Hanor Company** / Enid, OK (an owner of Triumph Foods) | 100,000 | 80,000 |
| 13 | **Maxwell Foods** / Goldsboro, NC | 99,000 | 101,000 |
| 14 | **Tyson Foods** / Springdale, AR | 80,000 | 64,000 |
| 15 | **Clemens Food Group** / Hatfield, PA | 66,330 | 62,330 |
| 16 | **TriOak Foods** / Oakville, IA | 66,000 | 59,500 |
| 17 | **Schwartz Farms** / Sleepy Eye, MN | 62,000 | 62,000 |
| 18 | **Holden Farms** / Northfield, MN | 60,000 | 60,000 |
| 19 | **New Fashion Pork** / Jackson, MN (an owner of Triumph Foods) | 57,000 | 57,000 |
| 20 | **Pillen Family Farms** / Columbus, NE | 55,000 | 55,000 |
| 21 | **Wakefield Pork** / Gaylord, MN | 54,800 | 52,400 |
| 22 | **Standard Nutrition Services** / Emmetsburg, IA | 54,000 | 47,150 |
| 23 | **Eichelberger Farms** / Wayland, IA (an owner of Triumph Foods) | 53,000 | 46,000 |
| 24 | **Great Plains Management** / Creston, IL | 45,500 | 51,000 |
| 25 | **Protein Sources** / Mapleton, MN | 43,000 | 39,700 |
| 26 | **Reicks View Family** / Lawler, IA | 42,500 | 32,500 |
| 27 | **Sietsema Farms** / Allendale, MI | 37,000 | 37,000 |
| 28 | **Cactus Feeders** / Amarillo, TX | 36,000 | 36,000 |
| 29 | **Brenneman Pork** / Washington, IA | 32,500 | 30,000 |
| 30 | **Tosh Farms** / Henry, TN | 32,400 | 29,500 |
| 31 | **Livingston Enterprises** / Fairbury, NE | 32,200 | 32,200 |
| 32 | **Fine Swine** / Hilliard, OH | 31,500 | 31,500 |
| 33 | **Cooper Farms** / Fort Recovery, OH | 29,000 | 28,800 |
| 34 | **Hord Livestock Company** / Bucyrus, OH | 28,500 | 26,000 |
| 35 | **SuidaeHP** / Algona, IA | 27,100 | 30,000 |
| 36 | **J.C. Howard Farms** / Deep Run, NC | 27,000 | 27,000 |
| 37 | **TDM Farms** / Newton Grove, NC | 25,500 | 25,500 |
| 38 | **Kalmbach Feeds** / Upper Sandusky, OH | 25,000 | 25,000 |
| 39 | **Hormel Foods** / Austin, MN | 23,500 | 24,000 |
| 40 | **Heimerl Farms** / Johnstown, OH | 21,000 | 21,000 |
| | **Total: Gain of 192,980 sows in 2018** | 4,236,630 | 4,043,650 |



## TOP 5 CANADIAN PORK POWERHOUSES® 2018

| | | | |
|---|---|---|---|
| 1 | **Olymel /** Saint-Hyacinthe, Quebec | 106,000 | 84,000 |
| 2 | **HyLife /** LaBroquerie, Manitoba | 84,000 | 78,000 |
| 3 | **Maple Leaf Agri-Farms /** Landmark, Manitoba | 74,000 | 74,000 |
| 4 | **The Progressive Group /** Niverville, Manitoba | 38,500 | 38,500 |
| 5 | **Provista Agriculture /** Steinbach, Manitoba | 35,000 | 34,000 |
| | **Total: Gain of 29,000 sows in 2018** | 337,500 | 308,500 |