UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation**<br><br>This Document Relates To: Commercial and Institutional Indirect Purchaser Plaintiff Actions and Consumer Indirect Purchaser Plaintiff Actions | Case No. 18-cv-01776-JRT-HB<br><br>**EXHIBIT INDEX TO DEFENDANTS' JOINT MOTION TO DISMISS THE STATE LAW CLAIMS IN THE COMMERCIAL AND INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS' AMENDED COMPLAINTS** |

Ex. No.   Description

1. Four-Year (or Fewer) Statutes of Limitation Applicable to State Law Claims

2. Commercial Indirect Purchasers: Bases for Dismissal of Consumer Protection Claims

3. Individual Indirect Purchasers: Bases for Dismissal of Consumer Protection Claims

4. *Lerfald v. Gen. Motors Corp.*, No. CT 03-003327 (Minn. Dist. Ct. Nov. 7, 2003).