**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | No. 18-cv-1776 (JRT/HB) |
| This Document Relates To: All Actions | **LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |

I, John A. Kvinge, certify that the Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Federal Law Claims in Plaintiffs' Amended Complaints complies with D. Minn. LR 7.1(f) and the Court's December 20, 2019 Order Regarding Briefing on Motions to Dismiss (Dkt. No. 424), as well as with the type-size limit of Local Rule 7.1(h). I further certify that: (1) the memorandum was prepared using Microsoft Word 2016, (2) the memorandum is in 13-point Time New Roman Font; (3) the word-count function of Microsoft Word was applied to the memorandum specifically to include all text, including headings, footnotes, and quotations; and (4) the memorandum contains 17,738 words.

Date: January 15, 2020

/s/ *John A. Kvinge*
John A. Cotter (134296)
John A. Kvinge (0392303)
LARKIN HOFFMAN DALY & LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 896-3340
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
(214) 698-3370
brobison@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*