IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*IN RE PORK ANTITRUST LITIGATION*

This Document Relates To:
*ALL ACTIONS*

Case No. 18-cv-01776 (JRT-HB)

**DEFENDANTS CLEMENS FOOD
GROUP, LLC'S AND THE CLEMENS
FAMILY CORPORATION'S
MOTION TO DISMISS**

Defendants Clemens Food Group, LLC and The Clemens Family Corporation, in the above-named case, hereby move the United States District Court for the District of Minnesota for an Order dismissing Direct Purchaser Plaintiffs' Third Amended Complaint, Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Complaint, and Consumer Indirect Purchaser Plaintiffs' Second Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6). This motion is based upon the attached Memorandum of Law and all of the files, records, and proceedings herein.

Dated:  January 15, 2020                    Respectfully submitted,


_/s/ Daniel E. Laytin, P.C._

Mark L. Johnson (#0345520)
Virginia R. McCalmont (#0399496)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
vmccalmont@greeneespel.com

Daniel E. Laytin, P.C. *(pro hac vice)*
Christa C. Cottrell, P.C. *(pro hac vice)*
Christina L. Briesacher *(pro hac vice)*
Christina Sharkey (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
christina.briesacher@kirkland.com
christina.sharkey@kirkland.com

*Counsel for Clemens Food Group, LLC*
*(formerly Hatfield Quality Meats, Inc.)*
*and The Clemens Family Corporation*