IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 18-cv-01776 (JRT-HB) |
| This Document Relates To:<br>*ALL ACTIONS* | **LR 7.1(F) CERTIFICATE OF COMPLIANCE** |

I, Christina Briesacher, certify that the

☒ Memorandum titled: MEMORANDUM OF LAW IN SUPPORT OF CLEMENS FOOD GROUP, LLC'S AND THE CLEMENS FAMILY CORPORATION'S MOTION TO DISMISS complies with Local Rules 7.1(f).

or

☐ Objection or Response to the Magistrate Judge's Ruling complies with Local Rule 72.2(d).

I further certify that, in preparation of the above document, I:

☒ Used the following word processing program and version: Microsoft Word Version 2007 (using the Word 97-2003 file format) and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

or

☐ Counted the words in the document.

I further certify that the above document contains the following number of words: 2,453.

Dated: January 15, 2020                    Respectfully submitted,

/s/ *Christina Briesacher*

Mark L. Johnson (#0345520)
Virginia R. McCalmont (#0399496)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
vmccalmont@greeneespel.com

Daniel E. Laytin, P.C. (*pro hac vice*)
Christa C. Cottrell, P.C. (*pro hac vice*)
Christina L. Briesacher (*pro hac vice*)
Christina Sharkey (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
312-862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
christina.briesacher@kirkland.com
christina.sharkey@kirkland.com

*Counsel for Clemens Food Group, LLC (formerly Hatfield Quality Meats, Inc.) and The Clemens Family Corporation*