UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation**<br><br>This Document Relates To All Actions | Case No. 18-cv-01776-JRT-HB<br><br>**DEFENDANTS HORMEL FOODS CORPORATION AND HORMEL FOODS, LLC'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINTS** |

Defendants Hormel Foods Corporation and Hormel Foods, LLC (collectively "Hormel Foods")[1] hereby move pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for dismissal of claims against Hormel Foods in the Plaintiffs' Amended Complaints in the above-captioned actions.[2]

This Motion is supported by all of the exhibits included therewith, and all of the documents, files, records, and proceedings herein, including:

- Hormel Foods Corporation and Hormel Foods, LLC's Memorandum in Support of Their Motion to Dismiss Plaintiffs' Amended Complaints;

- The Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Federal Law Claims in Plaintiffs' Amended Complaints;

---

[1] The Consumer Indirect Purchasers have voluntarily dismissed Hormel Foods LLC as a defendant from their claims in File No. 18-cv-01776 (ECF No. 395).

[2] File No. 18-cv-01776 consolidated thirteen separately-filed actions. (ECF No. 85). The docket numbers for the complaints subject to this Motion are as follows: ECF Nos. 392, 431, and 432.

1

- The Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the State Law Claims in the Commercial and Individual Indirect Purchaser Plaintiffs' Amended Complaints;

Date:  January 15, 2020                **FAEGRE BAKER DANIELS LLP**

*/s/ Richard A. Duncan*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
richard.duncan@faegrebd.com
aaron.vanoort@faegrebd.com
craig.coleman@faegrebd.com
emily.chow@faegrebd.com
isaac.hall@faegrebd.com
bryan.washburn@faegrebd.com

*Counsel for Defendants Hormel Foods Corporation and Hormel Foods, LLC*