UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation**<br><br>This Document Relates To All Actions | Case No. 18-cv-01776-JRT-HB<br><br>**LR 7.1(f) CERTIFICATE OF COMPLIANCE** |

I, Richard A. Duncan, certify that Defendants Hormel Foods Corporation and Hormel Foods, LLC's Memorandum of Law in Support of their Motion to Dismiss Plaintiffs' Amended Complaints complies with Local Rule 7.1(f) and the Court's Order Regarding Briefing on Motions to Dismiss (ECF No. 424).

I further certify that, in preparation of the above document, I used the following word processing program and version: Microsoft Word 2016 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains the following number of words: 3,291.

2

Date: January 15, 2020　　　　　　　**FAEGRE BAKER DANIELS LLP**

<u>*/s/ Richard A. Duncan*</u>
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
richard.duncan@faegrebd.com
aaron.vanoort@faegrebd.com
craig.coleman@faegrebd.com
emily.chow@faegrebd.com
isaac.hall@faegrebd.com
bryan.washburn@faegrebd.com

*Counsel for Defendants Hormel Foods Corporation and Hormel Foods, LLC*