UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation**<br><br>This Document Relates To All Actions | Case No. 18-cv-01776-JRT-HB<br><br>**EXHIBIT INDEX TO DEFENDANTS HORMEL FOODS CORPORATION AND HORMEL FOODS, LLC'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINTS** |

<u>Ex. No.</u>   <u>Description</u>

1. Hormel Foods Corporation Q1 2009 Earnings Call Transcript.
2. Hormel Foods Corporation 2009 Annual Report.
3. Hormel Foods Corporation Q4 2008 Earnings Call Transcript.
4. Hormel Foods Corporation Q2 2009 Earnings Call Transcript.
5. Transcript of Hormel Foods Corporation June 2, 2009 presentation at Stephens Spring Investment Conference.
6. Hormel Foods Corporation Q4 2009 Earnings Call Transcript.
7. Hormel Foods Corporation Q3 2010 Earnings Call Transcript.
8. Hormel Foods Corporation Q4 2010 Earnings Call Transcript.
9. *Will PEDV Cost Our Industry a Plant?*, National Hog Farmer, June 15, 2014.
10. *2007 Pork Powerhouses*, Successful Farming.
11. *2008 Pork Powerhouses*, Successful Farming.
12. *2009 Pork Powerhouses*, Successful Farming.
13. *2014 Pork Powerhouses*, Successful Farming.
14. Hormel Foods Corporation and Hormel Foods, LLC's Federal Rule of Civil Procedure 26(a)(1)(A) Initial Disclosures.