**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-cv-01776 (JRT/HB) |
| | **INDIANA PACKERS CORPORATION'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINTS** |
| This Document Relates To: *All Actions* | |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Indiana Packers Corporation ("IPC"), by and through their undersigned counsel, hereby moves for dismissal with prejudice all counts against it in Plaintiffs' Amended Class Action Complaints (Dkts. 392, 431, 432).

This Motion is based upon all of the files, records, and proceedings herein. This Motion is supported by IPC's Memorandum of Law in support of its Motion to Dismiss the Amended Class Action Complaints; the Declaration of Jaime Stilson and accompanying exhibits; Defendants' Joint Motion to Dismiss the Federal Law Claims in Plaintiffs' Amended Complaints, the supporting Memorandum of Law, and accompanying exhibits; Defendants' Joint Motion to Dismiss the State Law Claims in the Commercial and Individual Indirect Purchaser Plaintiffs' Amended Complaints, the supporting Memorandum of Law, and accompanying exhibits; all applicable laws; and the arguments of counsel.

2

Dated: January 15, 2020

Respectfully submitted,

*s/ Jaime Stilson*_____
Jaime Stilson (#392913)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402-1498
(612) 492-6746
stilson.jaime@dorsey.com

Britt M. Miller (*pro hac vice*)
Robert Entwisle (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

William Stallings (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000
wstallings@mayerbrown.com

*Counsel for Indiana Packers
Corporation*