# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: *All Actions* | Civil No. 18-cv-01776 (JRT/HB)<br><br>**LOCAL RULE 7.1(f) CERTIFICATE OF COMPLIANCE** |

  I, Jaime Stilson, certify that the Memorandum of Law by Indiana Packers Corporation in Support of Motion to Dismiss the Amended Class Action Complaints complies with Local Rule 7.1(f).

  I further certify that, in preparation of this memorandum, I used Microsoft Word 2016, and that the word-count function of this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.  I further certify that the above-referenced memorandum contains 2,537 words.

  I further certify that the above-referenced memorandum complies with the type-size requirements of Local Rule 7.1(h) because it has been prepared using 13-point Times New Roman type as designated by Microsoft Word 2016.

Dated:  January 15, 2020          DORSEY & WHITNEY LLP

By   *s/Jaime Stilson*
Jaime Stilson (#392913)
stilson.jaime@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
stilson.jaime@dorsey.com

Britt M. Miller (pro hac vice)
Robert Entwisle (pro hac vice)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
Telephone:  (312) 782-0600
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

William Stallings (pro hac vice)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone:  (202) 263-3000
wstallings@mayerbrown.com

*Counsel for Indiana Packers Corporation*

2