### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

|  |
|---|
| IN RE PORK ANTITRUST LITIGATION |
| This Document Relates To: *All Actions* |

Civil No. 18-cv-01776 (JRT/HB)

**DECLARATION OF JAIME STILSON IN SUPPORT OF INDIANA PACKERS CORPORATION'S MOTION TO DISMISS THEAMENDED CLASS ACTION COMPLAINTS**

I, Jaime Stilson, declare as follows:

1.      I am an attorney with the law firm of Dorsey & Whitney LLP, counsel in this matter for Defendant Indiana Packers Corporation ("IPC").

2.      I submit this Declaration in support of IPC's Motion to Dismiss the Second Amended Complaint of the Consumer Indirect Purchaser Plaintiffs, the Third Amended Class Action Complaint of the Direct Purchaser Plaintiffs, and the Third Amended Complaint of the Indirect Purchaser Plaintiffs  (collectively, the "Amended Class Action Complaints").  *See* Dkts. 392, 431, 432.

3.      Attached as **Exhibit A** is a true and correct copy of the article titled "Food packing business steady so far despite drought," dated August 1, 2012, *Indiana Economic Digest*, last accessed on October 23, 2018 at the following web address: https://indianaeconomicdigest.com/main.asp?SectionID=31&articleID=65955.  Exhibit A is a copy of the same article that was attached as Exhibit A to the Declaration that I filed in this matter on October 23, 2018.  *See* Dkt. 174.

Executed this 15th day of January, 2020 in Minneapolis, Minnesota.

_s/Jaime Stilson_____