## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>ALL ACTIONS | Civil No. 18-1776 (JRT/HB)<br><br>**JBS USA FOOD COMPANY'S MOTION TO DISMISS THE AMENDED COMPLAINTS** |

Defendant JBS USA Food Company moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for dismissal of the Direct Purchaser Plaintiffs' Third Amended and Consolidated Class Action Complaint (Dkt. 431), the Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended and Consolidated Class Action Complaint (Dkt. 432), and the Consumer Indirect Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint (Dkt. 392).

This Motion is supported by the Memorandum of Law in Support of JBS USA Food Company's Motion to Dismiss the Amended Complaints, and all of the files, records, and proceedings herein.

[*Remainder of page intentionally left blank.*]

Dated:  January 15, 2020
/s/ Donald G. Heeman
Donald G. Heeman (#286023)
Jessica J. Nelson (#347358)
Randi J. Winter (#391354)
SPENCER FANE LLP
150 South Fifth Street, Suite 1900
Minneapolis, MN 55402
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

*Counsel for JBS USA Food Company*