## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>ALL ACTIONS | Civil No. 18-1776 (JRT/HB)<br><br>**JBS USA FOOD COMPANY'S WORD COUNT COMPLIANCE CERTIFICATE** |

    I, Donald Heeman, certify that the Memorandum of Law in Support of JBS USA Food Company's Motion to Dismiss the Amended Complaints ("Memorandum") complies with D. Minn. LR 7.1(f) and the Court's December 20, 2019 Order Regarding Briefing Deadlines and Word Limits (Dkt. 424). I further certify that, in preparation of this Memorandum, I used Microsoft Word 2016, and that this word processing program has been applied specifically to all text, including headings, footnotes, and quotations in the following word count. This Memorandum also complies with the type size limitation set forth in Local Rule 7.1(h), as the Memorandum utilizes Times New Roman font size 13. I further certify that the above-referenced Memorandum contains 2,254 words.

[*Remainder of page intentionally left blank.*]

Dated:  January 15, 2020 　　　　　 /s/ Donald G. Heeman
　　　　　　　　　　　　　　　　　　Donald G. Heeman (#286023)
　　　　　　　　　　　　　　　　　　Jessica J. Nelson (#347358)
　　　　　　　　　　　　　　　　　　Randi J. Winter (#391354)
　　　　　　　　　　　　　　　　　　SPENCER FANE LLP
　　　　　　　　　　　　　　　　　　150 South Fifth Street, Suite 1900
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　(612) 268-7000
　　　　　　　　　　　　　　　　　　dheeman@spencerfane.com
　　　　　　　　　　　　　　　　　　jnelson@spencerfane.com
　　　　　　　　　　　　　　　　　　rwinter@spencerfane.com

　　　　　　　　　　　　　　　　　　Stephen R. Neuwirth (*pro hac vice*)
　　　　　　　　　　　　　　　　　　Michael B. Carlinsky (*pro hac vice*)
　　　　　　　　　　　　　　　　　　Sami H. Rashid (*pro hac vice*)
　　　　　　　　　　　　　　　　　　Richard T. Vagas (*pro hac vice*)
　　　　　　　　　　　　　　　　　　David B. Adler (*pro hac vice*)
　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART & SULLIVAN, LLP
　　　　　　　　　　　　　　　　　　51 Madison Avenue, 22nd Floor
　　　　　　　　　　　　　　　　　　New York, NY 10010
　　　　　　　　　　　　　　　　　　(212) 849-7000
　　　　　　　　　　　　　　　　　　stephenneuwirth@quinnemanuel.com
　　　　　　　　　　　　　　　　　　michaelcarlinsky@quinnemanuel.com
　　　　　　　　　　　　　　　　　　samirashid@quinnemanuel.com
　　　　　　　　　　　　　　　　　　richardvagas@quinnemanuel.com
　　　　　　　　　　　　　　　　　　davidadler@quinnemanuel.com

　　　　　　　　　　　　　　　　　　*Counsel for JBS USA Food Company*