**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

In Re Pork Antitrust Litigation
This Document Relates to: All Actions

_____

No. 1:18-cv-01776-JRT-HB

**L.R. 7.1 WORD COUNT COMPLIANCE CERTIFICATE**

I, Jon M. Woodruff, certify that the Memorandum in Support of Motion to Dismiss of Defendants Seaboard Foods LLC and Seaboard Corporation complies with D. Minn. L.R. 7.1(f), (h), and the Court's December 20, 2019, Order Regarding Briefing Deadlines and Word Limits (Dkt. No. 424). I further certify that, in preparation of this memorandum, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced memorandum contains 3,057 words.

Dated:  January 15, 2019

/s/ *Jon M. Woodruff*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
Jon M. Woodruff (#0399453)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 335-1500
Fax:   (612) 335-1657
william.greene@stinson.com
peter.schwingler@stinson.com
jon.woodruff@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Phone: (314) 863-0800
Fax:   (314) 863-9388
nicci.warr@stinson.com

**Attorneys for Defendants Seaboard Foods LLC and Seaboard Corporation**