**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | No. 18-cv-1776 (JRT/HB) |
| This Document Relates To: All Actions | **LOCAL RULE 7.1(f)(2) CERTIFICATE OF COMPLIANCE** |

I, John A. Kvinge, certify that Smithfield's Memorandum of Law in Support of its Motion to Dismiss complies with the limits in Local Rule 7.1(f) and the Court's December 20, 2019 Order Regarding Briefing Deadlines and Word Limits, as well as with the type-size limit of Local Rule 7.1(h). I further certify that: (1) the memorandum was prepared using Microsoft Word 2016; (2) the memorandum is in 13-point Times New Roman font; (3) the word-count function of Microsoft Word 2016 was applied to the memorandum specifically to include all text, including headings, footnotes, and quotations; and (4) the memorandum contains 2792 words.

Date: January 15, 2020 /s/ *John A. Kvinge*
John A. Cotter (134296)
John A. Kvinge (0392303)
LARKIN HOFFMAN DALY & LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 896-3340
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
(214) 698-3370
brobison@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*