## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

In Re Pork Antitrust Litigation

This Document Relates to:  All Actions

_____

No. 1:18-cv-01776-JRT-HB

**MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINTS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Triumph Foods, LLC moves for dismissal of Direct Purchaser Plaintiffs' Third Amended and Consolidated Class Action Complaint, *In re Pork Antitrust Litig.*, 0:18-cv-01776-JRT-HB, Dkt. No. 431 (D. Minn. Jan. 15, 2020), the Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended and Consolidated Class Action Complaint, *In re Pork Antitrust Litig.*, 0:18-cv-01776-JRT-HB, Dkt. No. 432 (D. Minn. Jan. 15, 2020), the Consumer Indirect Purchaser Plaintiffs' Second Amended Consolidated Class Action Complaint, *In re Pork Antitrust Litig.*, 0:18-cv-01776-JRT-HB, Dkt. No. 392 (D. Minn. Nov. 6, 2019). This Motion is supported by the Memorandum of Law in Support of Defendant Triumph Foods LLC's Motion to Dismiss Plaintiffs' Amended Complaints and all of the files, records, and proceedings herein.

Dated:  January 15, 2020

                                                  Respectfully Submitted

                                                  */s/ Gene Summerlin*
Gene Summerlin (*pro hac vice*)
Marnie Jensen (*pro hac vice*)
Ryann Glenn (*pro hac vice*)
Kamron Hasan (*pro hac vice*)
Quinn Eaton (*pro hac vice*)
Sierra Faler (*pro hac vice*)
HUSCH BLACKWELL LLP
13330 California St., Suite 200

Omaha, NE 68154
(402) 964-5000
gene.summerlin@huschblackwell.com
marnie.jensen@huschblackwell.com
ryann.glenn@huschblackwell.com
kamron.hasan@huschblackwell.com
quinn.eaton@huschblackwell.com
sierra.faler@huschblackwell.com

Aaron Chapin (#6292540)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500
aaron.chapin@huschblackwell.com

*Counsel for Triumph Foods, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2020 the above-and foregoing document was electronically filed with the court and a file-stamped copy was forwarded to all counsel of record through the Court's electronic filing system.

January 15, 2020                         By*:*   */s/Gene Summerlin*