## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br>This Document Relates To:<br><br>All Class Actions | No. 1:18-cv-01776-JRT-HB |

## MOTION TO DISMISS BY TYSON FOODS, INC., TYSON FRESH MEATS, INC., AND TYSON PREPARED FOODS, INC.

Defendants Tyson Foods, Inc., Tyson Fresh Meats, Inc., and Tyson Prepared Foods, Inc. ('Tyson"), by and through their counsel, Dykema Gossett PLLC and Axinn, Veltrop & Harkrider LLP, respectfully move to dismiss the Complaints in the above captioned action[1] against the Tyson Defendants pursuant to Federal Rule of Civil Procedure 12(b)(6).

This Motion is supported by Tyson's Memorandum of Law in Support of Its Motion to Dismiss, the various joint motions and memoranda filed on behalf of All Defendants, the laws applicable hereto, and the arguments of counsel.

---

[1] The Consolidated Amended Complaints subject to this Motion are all consolidated under case number 0:18-cv-01776-JRT-HB, and are filed under the following docket numbers: Dkt. No. 431, Dkt. No. 432, and Dkt. No. 392.

Tyson's Memorandum of Law in Support of Its Motion to Dismiss and all further supporting documents will be filed and served in accordance with the Local Rules.

Dated: January 15, 2020             Respectfully Submitted,

/s/ David P. Graham
David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
Jetta C. Sandin (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
950 F Street, N.W.
Washington, D.C. 20004
(202) 912-4700
radcox@axinn.com
trider@axinn.com
jsandin@axinn.com
lstrang@axinn.com

*Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*