# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

*IN RE PORK ANTITRUST LITIGATION*

This Document Relates To:

*All Class Actions*

**LR 7.1(f) & LR 72.2(d)**
**CERTIFICATE OF COMPLIANCE**

Case Number: 1:18-cv-01776-JRT-HB

I, David P. Graham, certify that the

☑ Memorandum titled: <u>MEMORANDUM OF LAW BY TYSON FOODS, INC., TYSON FRESH MEATS, INC., AND TYSON PREPARED FOODS, INC. IN SUPPORT OF MOTION TO DISMISS ALL PLAINTIFFS' AMENDED COMPLAINTS</u> complies with Local Rule 7.1(f).

or

☐ Objection or Response to the Magistrate Judge's Ruling complies with Local Rule 72.2(d).

I further certify that, in preparation of the above document, I:

☑ Used the following word processing program and version: <u>Microsoft Office Word 10</u> and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

or

☐ Counted the words in the document.

I further certify that the above document contains the following number of words: <u>1,982</u>

Date: January 15, 2020

    s/ David P. Graham
David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com