# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:  All Actions | No. 0:18-cv-1776-JRT-HB<br><br>**LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |

I, Peter H. Walsh, certify that the Memorandum of Law in Support of Defendant Agri Stats, Inc.'s Motion to Dismiss Plaintiffs' Complaints for Failure to State a Claim Upon Which Relief May Be Granted complies with Local Rule 7.1(f) and the Court's December 20, 2019 Order Regarding Briefing Deadlines and Word Limits on Motions to Dismiss (ECF No. 424).  I further certify that: (a) this memorandum has been prepared using Microsoft Word 2010; and is in 13-point Times New Roman font; and (b) the word-count function of Microsoft Word 2010 has been applied specifically to include all text, including headings, footnotes, and quotations.  I further certify that the above-referenced memorandum contains 2,383 words.


DATED: January 15, 2020         */s/ Peter H. Walsh*
                                Peter H. Walsh (MN# 0388672)
                                HOGAN LOVELLS US LLP
                                80 Eighth Street
                                Suite 1225

Minneapolis, Minnesota  55402
Tel:  (612) 402-3000
Fax:  (612) 339-5167
peter.walsh@hoganlovells.com

William L. Monts III (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
Jennifer A. Fleury (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com
jennifer.fleury@hoganlovells.com


*Counsel for Agri Stats, Inc.*