UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>ALL ACTIONS | Civil No. 18-1776 (JRT/HB)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS** |

This matter came for hearing before the undersigned on Defendants' Motions to Dismiss.

Based upon all the files, records, proceedings, and arguments of counsel, **IT IS HEREBY ORDERED** that Defendants' Motions are **GRANTED** as follows:

1. Defendants' Joint Motion to Dismiss the Federal Law Claims in Plaintiffs' Amended Complaints (Dkt. No. 433) is **GRANTED**.

2. Defendants' Joint Motion to Dismiss the State Law Claims in the Commercial and Individual Indirect Purchaser Plaintiffs' Amended Complaints (Dkt. No. 436) is **GRANTED**.

3. The Motion to Dismiss brought by Defendants Clemens Food Group, LLC (formerly Hatfield Quality Meats, Inc.) and The Clemens Family Corporation (Dkt. No. 440) is **GRANTED**.

4. The Motion to Dismiss brought by Defendants Hormel Foods Corporation and Hormel Foods, LLC (Dkt. No. 442) is **GRANTED**.

5. The Motion to Dismiss brought by Defendant Indiana Packers Corporation (Dkt. No. 445) is **GRANTED**.

6. The Motion to Dismiss brought by Defendants JBS USA Food Company (Dkt. No. 448) is **GRANTED**.

7. The Motion to Dismiss brought by Defendants Seaboard Foods, LLC and Seaboard Corporation (Dkt. No. 450) is **GRANTED**.

8. The Motion to Dismiss brought by Defendant Smithfield Foods, Inc. (Dkt. No. 453) is **GRANTED**.

9. The Motion to Dismiss brought by Defendant Triumph Foods, LLC (Dkt. No. 456) is **GRANTED**.

10. The Motion to Dismiss brought by Defendants Tyson Foods, Inc., Tyson Fresh Meats, Inc., and Tyson Prepared Foods, Inc. (Dkt. No. 458) is **GRANTED**.

11. The Motion to Dismiss brought by Defendant Agri Stats, Inc. (Dkt. No. 460) is **GRANTED**.

Plaintiffs' Amended Complaints are **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____  By the Court

_____
The Honorable John R. Tunheim
Chief United States District Judge