## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:  All Actions | No. 0:18-cv-1776-JRT-HB<br><br>**DEFENDANT AGRI STATS, INC.'S NOTICE OF WITHDRAWAL OF APPEARANCE** |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE pursuant to Rule 83.7(a) of the Local Rules of the United States District for the District of Minnesota, that Jennifer A. Fleury has withdrawn as counsel for Defendant Agri Stats, Inc. in this case. All other counsel of record for Agri Stats, Inc. shall remain the same.

Dated: January 16**,** 2020

Respectfully submitted,

*/s/ Jennifer A. Fleury*
William L. Monts III (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
Jennifer A. Fleury (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004
Tel.:  (202) 637-5600
Fax:  (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com
jennifer.fleury@hoganlovells.com

Peter H. Walsh (MN# 388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402

Tel:  (612) 402-3000
Fax:  (612) 339-5167
peter.walsh@hoganlovells.com

*Counsel for Agri Stats, Inc.*