# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-HB |
| This document relates to:<br><br>Commercial and Institutional Indirect Purchaser Action | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Commercial and Institutional Indirect Purchaser Plaintiff Erbert & Gerbert's, Inc. hereby gives notice that its claims in the above-captioned action are voluntarily dismissed without prejudice, with the parties to bear their own costs and expenses. This notice of voluntary dismissal is made without prejudice to Plaintiff's rights as an absent class member.

Dated: January 23, 2020					Respectfully submitted,

By: */s/ Blaine Finley*
    Jonathan W. Cuneo
    Joel Davidow
    Blaine Finley
    **CUNEO GILBERT & LADUCA, LLP**
    4725 Wisconsin Ave. NW
    Suite 200
    Washington, DC 20016
    Telephone: 202.789.3960
    Facsimile: 202.589.1813
    jonc@cuneolaw.com
    joel@cuneolaw.com
    bfinley@cuneolaw.com

    Shawn M. Raiter (MN#240424)
    **LARSON · KING LLP**
    30 East Seventh Street
    Suite 2800
    St. Paul, MN 55101
    Telephone: (651) 312-6518
    sraiter@larsonking.com