## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>ALL ACTIONS | Civil No. 18-1776 (JRT/HB)<br><br>**DEFENDANTS' JOINT AMENDED NOTICE OF HEARING ON MOTIONS TO DISMISS** |

PLEASE TAKE NOTICE that at a hearing to be held Wednesday, May 13, 2020, at 10:00 a.m., before the Honorable John R. Tunheim, Chief Judge for the United States District Court for the District of Minnesota, Courtroom 15, 300 South Fourth Street, Minneapolis, MN 55415, Defendants will move the Court for an Order granting their joint and respective Motions to Dismiss the Plaintiffs' Amended Complaints with prejudice pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

*[Remainder of page intentionally left blank.]*

Date:  January 28, 2020                                   Respectfully submitted,


s/ Mark L. Johnson                                         s/ Richard A. Duncan
Mark L. Johnson (#0345520)                                 Richard A. Duncan (#0192983)
Virginia R. McCalmont (#0399496)                           Aaron D. Van Oort (#0315539)
GREENE ESPEL PLLP                                          Craig S. Coleman (#0325491)
222 South Ninth Street, Suite 2200                         Emily E. Chow (#0388239)
Minneapolis, MN 55402                                      Isaac B. Hall (#0395398)
(612) 373-0830                                             Bryan K. Washburn (#0397733)
mjohnson@greeneespel.com                                   FAEGRE BAKER DANIELS LLP
vmccalmont@greeneespel.com                                 2200 Wells Fargo Center
                                                           90 South Seventh Street
Daniel Laytin, P.C. (*pro hac vice*)                       Minneapolis, MN 55402-3901
Christa Cottrell, P.C. (*pro hac vice*)                    (612) 766-7000
Christina Briesacher (*pro hac vice)*                      richard.duncan@faegrebd.com
Christina Sharkey (*pro hac vice*)                         aaron.vanoort@faegrebd.com
KIRKLAND & ELLIS LLP                                       craig.coleman@faegrebd.com
300 North LaSalle                                          emily.chow@faegrebd.com
Chicago, IL  60654                                         isaac.hall@faegrebd.com
(312) 861-2000                                             bryan.washburn@faegrebd.com
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com                              ***Counsel for Hormel Foods Corporation***
christina.briesacher@kirkland.com                          ***and Hormel Foods, LLC***
christina.sharkey@kirkland.com

***Counsel for Clemens Food Group, LLC***
***(formerly Hatfield Quality Meats, Inc.)***
***and The Clemens Family Corporation***

2

<u>s/ Jaime Stilson</u>
Jaime Stilson (#392913)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 492-6746
stilson.jaime@dorsey.com

Britt M. Miller (*pro hac vice*)
Robert E. Entwisle (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

William H. Stallings (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000
wstallings@mayerbrown.com

***Counsel for Indiana Packers Corporation***

<u>s/ Donald G. Heeman</u>
Donald G. Heeman (#286023)
Jessica J. Nelson (#347358)
Randi J. Winter (#391354)
SPENCER FANE LLP
150 South Fifth Street, Suite 1900
Minneapolis, MN 55402-4206
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

***Counsel for JBS USA Food Company***

3

*s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
Jon M. Woodruff (#0399453)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
jon.woodruff@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

**Counsel for Seaboard Foods, LLC and Seaboard Corporation**

*s/ John A. Cotter*
John A. Cotter (#134296)
John A. Kvinge (#0392303)
LARKIN HOFFMAN DALY &
LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
(214) 698-3370
brobison@gibsondunn.com

**Counsel for Smithfield Foods, Inc.**

*s/ Aaron Chapin*
Aaron Chapin (#6292540)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500
aaron.chapin@huschblackwell.com

Gene Summerlin (*pro hac vice*)
Marnie Jensen (*pro hac vice*)
Ryann Glenn (*pro hac vice*)
Kamron Hasan (*pro hac vice*)
Quinn Eaton (*pro hac vice*)
Sierra Faler (*pro hac vice*)
HUSCH BLACKWELL LLP
13330 California St., Suite 200
Omaha, NE 68154
(402) 964-5000
gene.summerlin@huschblackwell.com
marnie.jensen@huschblackwell.com
ryann.glenn@huschblackwell.com
kamron.hasan@huschblackwell.com
quinn.eaton@huschblackwell.com
sierra.faler@huschblackwell.com

**Counsel for Triumph Foods, LLC**

*s/ David P. Graham*
David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
Jetta C. Sandin (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
AXINN, VELTROP &
HARKRIDER LLP
950 F Street, N.W.
Washington, D.C. 20004
(202) 912-4700
radcox@axinn.com
trider@axinn.com
jsandin@axinn.com
lstrang@axinn.com

**Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.**

5

*s/ Peter H. Walsh*
Peter H. Walsh (#388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3000
F. (612) 402-3001
peter.walsh@hoganlovells.com

William L. Monts III (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

**Counsel for Agri Stats, Inc.**