IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This document relates to: All cases in which Agri Stats, Inc. is named as a Defendant | Case No. 0:18-cv-01776-JRT-HB<br><br>Honorable John R. Tunheim<br>Magistrate Judge Hildy Bowbeer |

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Agri Stats, Inc. submits this Supplemental Corporate Disclosure Statement and states that it is a wholly owned subsidiary of Agri Stats Omega Holding Co. LP. Agri Stats Omega Holding Co. LP is a domestic limited partnership. No publicly held company owns more than 10% of Agri Stats, Inc.

Dated: February 6, 2020

Respectfully submitted,

*/s/ Peter H. Walsh*
Peter H. Walsh (#388672)
HOGAN LOVELLS US LLP
80 South Eight Street, Suite 1225
Minneapolis, MN 55402
Tel: (612) 402-3000
Fax: (612) 402-3001
peter.walsh@hoganlovells.com

William L. Monts III (*Pro Hac Vice*)
Justin W. Bernick (*Pro Hac Vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.comjustin.bernick@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*

\