UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation**<br><br>This Document Relates To: Commercial and Institutional Indirect Purchaser Plaintiff Actions and Consumer Indirect Purchaser Plaintiff Actions | Case No. 18-cv-01776-JRT-HB<br><br>**NOTICE OF FIRM NAME CHANGE AND EMAIL CONTACT CHANGE** |

Please be advised that effective February 1, 2020, Faegre Baker Daniels LLP has changed its name and email addresses. The new firm name is hereinafter **Faegre Drinker Biddle & Reath LLP**. The mailing address and contact telephone number remains unchanged.

The following attorneys, who are counsel of record for defendants Hormel Foods Corporation and Hormel Foods, LLC may now be reached at the following email addresses:

| Attorney Name | Email Address |
|---|---|
| Richard A. Duncan | richard.duncan@faegredrinker.com |
| Aaron D. Van Oort | aaron.vanoort@faegredrinker.com |
| Craig S. Coleman | craig.coleman@faegredrinker.com |
| Emily E. Chow | emily.chow@faegredrinker.com |
| Isaac B. Hall | isaac.hall@faegredrinker.com |
| Bryan K. Washburn | bryan.washburn@faegredrinker.com |

Counsel for defendants Hormel Foods Corporation and Hormel Foods, LLC respectfully requests that the Clerk and all counsel update this firm's new name and email address information.

Date:  February 10, 2020                    Respectfully submitted,

                                                  *s/ Richard A. Duncan*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com
bryan.washburn@faegredrinker.com

***Counsel for Hormel Foods Corporation and Hormel Foods, LLC***

US.126691331.01