# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 0:18-cv-01776-JRT-HB |
| This Document Relates To: <br> *All Actions*, *including*: <br> *Winn-Dixie Stores, Inc. v. Agri Stats, Inc. et al.*, No. 19-cv-01578-JRT-HB | **ALL CLASS PLAINTIFFS' RESPONSE TO WINN-DIXIE STORES, INC. LETTER TO JUDGE BOWBEER, ECF NO. 470** |

Dear Judge Bowbeer:

We write on behalf of the Direct Purchaser Plaintiffs, the Commercial and Institutional Indirect Purchaser Plaintiffs, and the Consumer Indirect Purchaser Plaintiffs ("All Class Plaintiffs" or "Class Plaintiffs") regarding Winn-Dixie Stores, Inc.'s and Bi-Lo Holdings, LLC's ("Winn-Dixie") Letter, ECF No. 470.

The Court has already ordered separate briefing on the motions to dismiss. *See* ECF No. 424. In the order, the Court also provided a common briefing schedule for all plaintiffs' opposition briefs, including Winn-Dixie's, to be filed by February 21, 2020. Winn-Dixie's Letter is the second time Winn-Dixie seeks modification of the Court's briefing schedule. Class Plaintiffs have been operating under the Court's order, and were contacted by the Direct Action Plaintiffs (including Winn-Dixie) for the first time last week about the requests currently highlighted in Winn-Dixie's letter. Bringing Winn-Dixie into Class Plaintiffs' opposition briefing at this late stage would prejudice our ability to complete and file it on a timely basis.

546911.4

Class Plaintiffs therefore oppose Winn-Dixie's request to modify the Court's order regarding filing joint briefs.  We believe the Direct Action Plaintiffs should file their own opposition brief, as previously ordered.  If the Court is inclined to provide relief to Winn-Dixie, Class Plaintiffs respectfully request that joint briefing not be required.


Dated:  February 14, 2020                                    Respectfully submitted,


LOCKRIDGE GRINDAL NAUEN P.L.L.P.

*/s/ Brian D. Clark*
W. Joseph Bruckner, #147758
Elizabeth R. Odette, #340698
Brian D. Clark, #390069
Simeon A. Morbey, #391338
Arielle S. Wagner, #398332
Stephanie A. Chen, #400032
100 Washington Avenue South Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
aswagner@locklaw.com
sachen@locklaw.com

PEARSON SIMON & WARSHAW, LLP
Clifford H. Pearson (*pro hac vice*)
Daniel Warshaw (*pro hac vice*)
Bobby Pouya (*pro hac vice*)
Michael H. Pearson (*pro hac vice*)
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com


PEARSON, SIMON & WARSHAW, LLP
Bruce L. Simon (*pro hac vice*)
Neil Swartzberg (*pro hac vice*)
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com
nswartzberg@pswlaw.com

PEARSON, SIMON & WARSHAW, LLP
Melissa S. Weiner, #387900
Joseph C. Bourne, #389922
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Telephone: (612) 389-0610
mweiner@pswlaw.com
jbourne@pswlaw.com


*Co-Lead Counsel for Direct Purchaser Plaintiffs*

LARSON • KING, LLP
Shawn M. Raiter, #240424
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone:  (651) 312-6500
Facsimile:  (651) 312-6618
sraiter@larsonking.com

CUNEO GILBERT & LADUCA, LLP

*/s/ Blaine Finley*

Jonathan W. Cuneo (*pro hac vice*)
Joel Davidow (*pro hac vice*)
Blaine Finley (*pro hac vice*)
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
Telephone:  (202) 789-3960
Facsimile:  (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com

*Co-Lead Counsel for Commercial & Institutional Indirect Purchaser Plaintiffs*

GUSTAFSON GLUEK, PLLC
Daniel E. Gustafson, #202241
Daniel C. Hedlund, #258337
Michelle J. Looby, #388166
Joshua J. Rissman, #391500
Britany N. Resch, #397656
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman (*pro hac vice*)
Breanna Van Engelen (*pro hac vice*)
1301 2nd Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP

/s/ *Shana E. Scarlett*

Shana E. Scarlett (*pro hac vice*)
Rio S. Pierce (*pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*