# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Court File No.: 0:18-cv-01803-JRT-HB |
| This Document Relates To: | **NOTICE OF APPEARANCE** |
| ALL DIRECT PURCHASER PLAINTIFF ACTIONS | |

PLEASE TAKE NOTICE that Thomas J. Nolan of the law firm of Pearson, Simon & Warshaw, LLP, hereby enters his appearance in the above-captioned case on behalf of Direct Purchaser Plaintiffs Maplevale Farms, Inc., John Gross and Company, Inc., Ferraro Foods, Inc., Ferraro Foods of North Carolina, LLC, Olean Wholesale Grocery Cooperative, and Joe Christiana Food Distributors, Inc.

DATED: February 21, 2020          **PEARSON, SIMON & WARSHAW, LLP**

By:     */s/ Thomas J. Nolan*
                THOMAS J. NOLAN

Thomas J. Nolan (*Pro Hac Vice*)
   tnolan@pswlaw.com
PEARSON, SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

*Interim Co-Lead Counsel for Direct Purchaser Plaintiff Class*

890311.2