# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Civil No. 18-1776 (JRT/HB)<br><br>CERTIFICATE OF COMPLIANCE REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS THE DIRECT PURCHASER PLAINTIFFS' COMPLAINT AND THE FEDERAL LAW CLAIMS IN THE INDIRECT PURCHASER PLAINTIFFS' COMPLAINTS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED |

I, STEVE W. BERMAN, certify that this brief complies with the type-volume limitation of D. Minn. L.R. 72.2(c)(1) and with the type-size limit of D. Minn. L.R. 72.2(c)(2). The brief has 23,280 words of type, font size 13 and was prepared using Microsoft Word, which includes all text, including headings, footnotes, and quotations in the word count.

DATED: February 21, 2020            HAGENS BERMAN SOBOL SHAPIRO LLP

By:    /s/ Steve W. Berman
    STEVE W. BERMAN
Breanna Van Engelen
1301 2nd Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Britany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com

bresch@gustafsongluek.com

*Counsel for Consumer Indirect Purchaser Plaintiffs*

- 2 -

010736-11/1242088 V1