- 1 -

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Civil No. 18-1776 (JRT/HB) |

**DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS THE DIRECT PURCHASER PLAINTIFFS' COMPLAINT AND THE FEDERAL LAW CLAIMS IN THE INDIRECT PURCHASER PLAINTIFFS' COMPLAINTS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF <u>MAY BE GRANTED</u>**

- 1 -

I, Shana E. Scarlett, state under oath, as follows:

1. I am a partner at Hagens Berman Sobol Shapiro LLP. I have full knowledge of the matters stated herein and could and would testify thereto.

2. Attached is a true and correct copy of the following exhibit:

Exhibit A: Transcript of Motion Hearing, *Haff Poultry, Inc. et al. v. Tyson Foods, Inc.,* No. Civ-17-33-RJNS (E.D. Okla. Jan. 6, 2020).

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: February 21, 2020

                                              /s/ Shana E. Scarlett
                                        SHANA E. SCARLETT