# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
|  | CERTIFICATE OF COMPLIANCE REGARDING PLAINTIFFS' JOINT OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS THE STATE LAW CLAIMS IN THE COMMERCIAL AND INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS' AMENDED COMPLAINTS |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS |  |

010736-11/1242104 V1

I, STEVE W. BERMAN, certify that this brief complies with the type-volume limitation of D. Minn. L.R. 72.2(c)(1) and with the type-size limit of D. Minn. L.R. 72.2(c)(2). The brief has 12,386 words of type, font size 13 and was prepared using Microsoft Word, which includes all text, including headings, footnotes, and quotations in the word count.

DATED: February 21, 2020                HAGENS BERMAN SOBOL SHAPIRO LLP

By:    /s/ Steve W. Berman
    STEVE W. BERMAN
Breanna Van Engelen
1301 2nd Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Britany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com

- 1 -

bresch@gustafsongluek.com

*Counsel for Consumer Indirect Purchaser*
*Plaintiffs*

010736-11/1242104 V1