IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 18-cv-01776 (JRT-HB) |
| This Document Relates To: *ALL ACTIONS* | **NOTICE OF APPEARANCE**  **JURY TRIAL DEMANDED** |

TO:   The Court and All Counsel of Record:

PLEASE TAKE NOTICE that Davida S. McGhee of Greene Espel PLLP will also appear as counsel of record for the Defendant Clemens Food Group, LLC, in addition to Mark L. Johnson and Virginia R. McCalmont of Greene Espel PLLP.

Dated: March 12, 2020            Respectfully submitted,

*/s/ Davida S. McGhee*

Mark L. Johnson (#0345520)
Virginia R. McCalmont (#0399496)
Davida S. McGhee (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
vmccalmont@greeneespel.com
dwilliams@greeneespel.com

Daniel E. Laytin, P.C. *(pro hac vice)*
Christa C. Cottrell, P.C. *(pro hac vice)*
Christina L. Briesacher *(pro hac vice)*
Christina Sharkey (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
christina.briesacher@kirkland.com
christina.sharkey@kirkland.com

*Counsel for Clemens Food Group, LLC (formerly Hatfield Quality Meats, Inc.) and The Clemens Family Corporation*