## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>ALL ACTIONS | Civil No. 18-1776 (JRT/HB)<br><br>**WORD COUNT COMPLIANCE CERTIFICATE** |

I, Jessica J. Nelson, certify that the Reply in Support of Defendants' Joint Motion to Dismiss the Federal Law Claims in Plaintiffs' Amended Complaints ("Reply") complies with D. Minn. LR 7.1(f) and the Court's December 20, 2019 Order Regarding Briefing Deadlines and Word Limits (Dkt. 424). I further certify that, in preparation of this Reply, I used Microsoft Word 2016, and that this word processing program has been applied specifically to all text, including headings, footnotes, and quotations, exclusive of the caption, signature block, table of contents, table of authorities, and citation format table, in the following word count. This Reply also complies with the type size limitation set forth in Local Rule 7.1(h), as the Reply utilizes Times New Roman font size 13. I further certify that the Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Federal Law Claims in Plaintiffs' Amended Complaints contained 17,738 words and the Reply contains 9,261 for a total of 26,999 words.

[*Remainder of page intentionally left blank.*]

Dated:  March 13, 2020	*/s/ Jessica J. Nelson*
Donald G. Heeman (#286023)
Jessica J. Nelson (#347358)
Randi J. Winter (#391354)
SPENCER FANE LLP
150 South Fifth Street, Suite 1900
Minneapolis, MN 55402
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

*Counsel for JBS USA Food Company*