# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>ALL ACTIONS | Civil No. 18-1776 (JRT/HB)<br><br>**DECLARATION OF**<br>**JESSICA J. NELSON** |

Pursuant to 28 U.S.C. § 1746, I, Jessica J. Nelson, declare as follows:

1. I am a partner in the law firm of Spencer Fane LLP, counsel for Defendant JBS USA Food Company in the above-captioned action. I respectfully submit this declaration in support of Defendants' Joint Reply in Support of Their Motions to Dismiss the Federal Law Claims in Plaintiffs' Amended Complaints.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the article *Pork Powerhouses 2009: Big Boys Cut Back* by Betsy Freese, SUCCESSFUL FARMING (Sept. 14, 2009), available at https://www.agriculture.com/livestock/hogs/pk-powerhouses-2009-big-boys-cut-back _283-ar5700, along with *2009 Pork Powerhouses: A Successful Farming Exclusive Report* by Betsy Freese, Executive Editor, SUCCESSFUL FARMING, available at https://www.agriculture.com/content/pork-powerhouses-2009.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiffs' Opposition to the Motion to Dismiss the Consolidated Amended Complaint dated October 23, 2017, filed in *Haff Poultry, Inc. et al. v. Tyson Foods, Inc.*, 6:17-CV-33-RJS (E.D. Okla.) (Dkt. 200).

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Consolidated Amended Complaint dated July 10, 2017, filed in *Haff Poultry, Inc. et al. v. Tyson Foods, Inc.*, 6:17-CV-33-RJS (E.D. Okla.) (Dkt. 137).

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Complaint dated August 9, 1989, filed in *Iannacone, et al. v. Vogel Popcorn Co. et al.*, 3:89-cv-502 (D. Minn.) (Dkt. 1).

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Complaint dated August 9, 1989, filed in *Zarda Brothers Dairy, Inc. v. Vogel Popcorn Company, et al.*, 3:89-cv-503 (D. Minn.) (Dkt. 1).

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Complaint dated August 15, 1989, filed in *Chocolate Pop Corn Company v. Vogel Popcorn Company, et al.*, 3:89-cv-515 (D. Minn.).

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Second Amended and Consolidated Class Action Complaint dated January 31, 1997 filed in *Gerald Bukstein, d/b/a Sol's Super Market et al. v. Marigold Foods, Inc.*, 3:96-cv-458 (D. Minn.) (Dkt. 86).

I declare under penalty of perjury that the foregoing is true and correct. Executed in St. Paul, Minnesota on March 13, 2020.

*/s/ Jessica J. Nelson*

Jessica J. Nelson