UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation**<br><br>This Document Relates To:<br><br>Commercial and Institutional Indirect Purchaser Plaintiff Actions and Consumer Indirect Purchaser Plaintiff Actions | Court File No.  18-cv-01776-JRT-HB |

I, Richard A. Duncan, certify that the Reply Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the State Law Claims in the Commercial and Individual Indirect Purchaser Plaintiffs' Amended Complaints with Local Rule 7.1(f) and the Court's Order Regarding Briefing on Motions to Dismiss (ECF No. 424).

I further certify that, in preparation of the above document, I used the following word processing program and version: Microsoft Word 2016 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count, and excluding the caption, signature block, table of contents, and table of authorities.

I further certify that the above document contains the following number of words: 4,287, and that the combined length of the opening brief and reply briefs is 14,889 words.

US.127028626.01

| | |
|---|---|
| Date: March 13, 2020 | *s/ Richard A. Duncan*<br>Richard A. Duncan (#0192983)<br>Aaron D. Van Oort (#0315539)<br>Craig S. Coleman (#0325491)<br>Emily E. Chow (#0388239)<br>Isaac B. Hall (#0395398)<br>Bryan K. Washburn (#0397733)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>(612) 766-7000<br>richard.duncan@faegredrinker.com<br>aaron.vanoort@faegredrinker.com<br>craig.coleman@faegredrinker.com<br>emily.chow@faegredrinker.com<br>isaac.hall@faegredrinker.com<br>bryan.washburn@faegredrinker.com<br><br>***Counsel for Hormel Foods Corporation and Hormel Foods, LLC*** |

US.127028626.01