UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-cv-01776 (JRT/HB) |
| | **LOCAL RULE 7.1(f) CERTIFICATE OF COMPLIANCE** |
| This Document Relates To: *All Actions* | |

I, Jaime Stilson, certify that the Reply by Indiana Packers Corporation in Support of Motion to Dismiss the Amended Class Action Complaints complies with Local Rule 7.1(f).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2016, and that the word-count function of this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.  I further certify that the above referenced memorandum contains 1,460 words. Indiana Packers Corporation's previously filed Memorandum of Law in Support of Motion to Dismiss the Amended Class Action Complaints [ECF No. 446] contained 2,537 words, for a cumulative total of 3,997 words.

I further certify that the above-referenced memorandum complies with the type-size requirements of Local Rule 7.1(h) because it has been prepared using 13-point Times New Roman type as designated by Microsoft Word 2016.

Dated: March 13, 2020                    DORSEY & WHITNEY LLP

By    *s/Jaime Stilson*
Jaime Stilson (#392913)
stilson.jaime@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
stilson.jaime@dorsey.com

Britt M. Miller (pro hac vice)
Robert Entwisle (pro hac vice)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0600
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

William Stallings (pro hac vice)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
wstallings@mayerbrown.com

*Counsel for Indiana Packers Corporation*