## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST
LITIGATION

This Document Relates To: *All Actions*

Civil No. 18-cv-01776 (JRT/HB)

**DECLARATION OF JAIME
STILSON IN SUPPORT OF REPLY IN
SUPPORT OF INDIANA PACKERS
CORPORATION'S MOTION TO
DISMISS THE AMENDED CLASS
ACTION COMPLAINTS**

I, Jaime Stilson, declare as follows:

1.     I am an attorney with the law firm of Dorsey & Whitney LLP, counsel in this matter for Defendant Indiana Packers Corporation ("IPC").

2.     I submit this Declaration in support of IPC's Reply in Support of Motion to Dismiss the Second Amended Complaint of the Consumer Indirect Purchaser Plaintiffs, the Third Amended Class Action Complaint of the Direct Purchaser Plaintiffs, and the Third Amended Complaint of the Indirect Purchaser Plaintiffs (collectively, the "Amended Class Action Complaints"). *See* Dkts. 392, 431, 432.

3.     Attached as **Exhibit A** is a true and correct copy of a February 27, 2020 Letter from Britt Miller to co-lead class counsel.

4.     Attached as **Exhibit B** is a true and correct copy of a March 2, 2020 Email from co-lead class counsel to Britt Miller.

5.     Attached as **Exhibit C** is a true and correct copy of information provided

by the National Weather Service titled "Hot and Dry Summer 2012," a copy of which is available at https://www.weather.gov/ind/summer2012.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of March, 2020 in Minneapolis, Minnesota.

_s/ Jaime Stilson_