# Exhibit A



Britt M. Miller
Partner
T : 1 312 701 8663
F :1 312 706 8763
bmiller@mayerbrown.com

February 27, 2020

BY EMAIL

| W. Joseph Bruckner | Steve W. Berman | Shawn M. Raiter |
|---|---|---|
| LOCKRIDGE GRINDAL NAUEN PLLP | HAGENS BERMAN SOBOL SHAPIRO LLP | LARSON KING LLP |
| 100 Washington Avenue South | 1301 2nd Avenue | 2800 Wells Fargo Place |
| Minneapolis, MN 55401 | Seattle, WA 98101 | 30 East Seventh Street |
| wjbruckner@locklaw.com | steve@hbsslaw.com | St. Paul, MN 55101 |
| | | sraiter@larsonking.com |

Re:    *Pork Antitrust Litigation*: Joint Federal Opposition Brief

Dear Counsel:

    I write on behalf of Indiana Packers Corporation regarding Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss The DPP's Complaint and the Federal Law Claims in the IPP Complaints (Dkt. 476).

    Your brief states (at 3) that "Indiana Packers reduced its pork processing in 2012." However, no such allegation appears in the amended complaints, nor do you provide the factual basis for this assertion.

    Given the importance of the issue of supply cuts to the Court's consideration of the motions to dismiss, please provide a citation for your assertion by March 2 so that we can incorporate it into our reply brief.

Sincerely,

*Britt M. Miller*

Britt M. Miller

cc:    Co-Lead Counsel for Direct Purchaser Plaintiffs, Consumer Indirect Purchasers, and Commercial Indirect Purchasers (via e-mail)

Mayer Brown LLP operates in combination with other Mayer Brown entities, which have offices in North America, Europe and Asia and are associated with Tauil & Chequer Advogados, a Brazilian law partnership.