# Exhibit B

**Stilson, Jaime**

| | |
|---|---|
| **From:** | Pouya, Bobby <bpouya@pswlaw.com> |
| **Sent:** | Monday, March 2, 2020 5:37 PM |
| **To:** | Miller, Britt M. |
| **Cc:** | Shana Scarlett; Steve Berman; sraiter@larsonking.com; Blaine Finley (bfinley@cuneolaw.com); Bruckner, W. Joseph (wjbruckner@locklaw.com); Clark, Brian D. (bdclark@locklaw.com); Pearson, Clifford H.; Pearson, Michael H. |
| **Subject:** | In re Pork Antitrust Litigation |

Britt,

I'm responding to your February 27, 2020 letter regarding Indiana Packers.  We have reviewed your letter and the referenced excerpt in the opposition papers.  It appears that this statement was included in error and we agree that the complaints do not contain an allegation that Indiana Packers reduced its pork processing in 2012.

Thanks,

Bobby Pouya | Partner
PEARSON|SIMON ▪ WARSHAW, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
bpouya@pswlaw.com
(818) 205-2818 Direct
(818) 788-8300 Main
(818) 788-8104 Facsimile

The information contained in this email is confidential, privileged and/or may also contain attorney-client information or attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any review, reliance, use, dissemination, distribution, copying or forwarding of this communication is strictly prohibited. If you have received this email in error, please immediately notify the sender and delete all copies.