# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* <br><br> This Document Relates To: <br> ALL ACTIONS | Civil No. 18-1776 (JRT/HB) <br><br> **JBS USA FOOD COMPANY'S WORD COUNT COMPLIANCE CERTIFICATE** |

I, Jessica J. Nelson, certify that the Reply in Support of JBS USA Food Company's Motion to Dismiss the Amended Complaints ("Reply") complies with D. Minn. LR 7.1(f) and the Court's December 20, 2019 Order Regarding Briefing Deadlines and Word Limits (Dkt. 424).  I further certify that, in preparation of this Reply, I used Microsoft Word 2016, and that this word processing program has been applied specifically to all text, including headings, footnotes, and quotations in the following word count.  This Reply also complies with the type size limitation set forth in Local Rule 7.1(h), as the Reply utilizes Times New Roman font size 13.  I further certify that the Memorandum of Law in Support of JBS USA Food Company's Motion to Dismiss the Amended Complaints contained 2,254 words and the Reply Memorandum contains 1,713 words for a total of 3,967 words.

[*Remainder of page intentionally left blank.*]

Dated:  March 13, 2020  /s/ Jessica J. Nelson
Donald G. Heeman (#286023)
Jessica J. Nelson (#347358)
Randi J. Winter (#391354)
SPENCER FANE LLP
150 South Fifth Street, Suite 1900
Minneapolis, MN 55402
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

*Counsel for JBS USA Food Company*