# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| | **LR 7.1(f) CERTIFICATE OF COMPLIANCE** |
| This Document Relates To:<br><br>ALL ACTIONS | |

I, Gene Summerlin, certify that the Reply Memorandum in Support of Defendant Triumph Foods, LLC's Motion to Dismiss complies with Local Rule 7.1(f). I further certify that, in preparation of this memorandum, I used Microsoft Word for Office 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced memorandum contains 893 words.

Date: March 13, 2020.

Respectfully Submitted

*/s/ Gene Summerlin*
Gene Summerlin (*pro hac vice*)
Marnie Jensen (*pro hac vice*)
Ryann Glenn (*pro hac vice*)
Kamron Hasan (*pro hac vice*)
Quinn Eaton (*pro hac vice*)
Sierra Faler (*pro hac vice*)
HUSCH BLACKWELL LLP
13330 California St., Suite 200
Omaha, NE 68154
(402) 964-5000
gene.summerlin@huschblackwell.com
marnie.jensen@huschblackwell.com

HB: 4825-5187-8071.2

>ryann.glenn@huschblackwell.com
>kamron.hasan@huschblackwell.com
>quinn.eaton@huschblackwell.com
>sierra.faler@huschblackwell.com
>
>Aaron Chapin (#6292540)
>HUSCH BLACKWELL LLP
>120 South Riverside Plaza, Suite 2200
>Chicago, IL  60606
>(312) 655-1500
>aaron.chapin@huschblackwell.com
>
>*Counsel for Triumph Foods, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2020 the above-and foregoing document was electronically filed with the court and a file-stamped copy was forwarded to all counsel of record through the Court's electronic filing system.

March 13, 2020                    By: */s/Gene Summerlin*