UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 0:18-cv-01776-JRT-HB |
| This Document Relates To:<br>ALL DIRECT PURCHASER PLAINTIFF ACTIONS | **NOTICE OF WITHDRAWAL OF APPEARANCE OF ELIZABETH R. ODETTE** |

PLEASE TAKE NOTICE that pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, Elizabeth R. Odette hereby withdraws as attorney of record for Direct Purchaser Plaintiffs ("Plaintiffs") in the above-captioned matter.

Plaintiffs will continue to be represented by W. Joseph Bruckner, Brian D. Clark, and other attorneys in this matter, therefore, Plaintiffs will not be prejudiced in any way by the withdrawal of Elizabeth R. Odette.

Dated:  March 30, 2020
s/ Elizabeth R. Odette
W. Joseph Bruckner (MN #0147758)
Elizabeth R. Odette (MN #0340698)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Arielle S. Wagner (MN #0398332)
Stephanie A. Chen (MN #0400032)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T:  (612) 339-6900
F:  (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com
sachen@locklaw.com
aswagner@locklaw.com

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiff Class*

548275.1