

T 510.725.3000    F 510.725.3001

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WA 98101
www.hbsslaw.com
**Direct (206) 268-9320**
**steve@hbsslaw.com**

April 28, 2020

<u>Via ECF</u>

Hon. John R. Tunheim
Chief Judge
United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

> RE:   *In re Pork Antitrust Litigation*, Civ. No. 18-cv-1776 (JRT/HB); *Commonwealth of Puerto Rico v. Agri Stats, Inc.*, Civ. No. 19-2723 (JRT/HB); *Winn-Dixie Stores, Inc. v. Agri Stats, Inc.*, Civ. No. 19-1578 (JRT/HB)
> <u>Conference Regarding May 13, 2020 Remote Hearing</u>

Dear Judge Tunheim:

In light of the exigent circumstances caused by the COVID-19 pandemic, and the Court's General Orders providing guidance during this emergency, the parties in these three matters have met and conferred with the goal of developing a joint proposal for conducting the May 13, 2020 hearing remotely. We write to update the Court regarding the agreement reached during these conferences, so that the Court may take the parties' proposal under advisement in advance of the hearing.

This Court's General Order indicates that hearings can take place via video or teleconference. *See* General Order No. 6 (March 31, 2020). All parties in these matters have confirmed that they have the capability of proceeding with either a video conference or a teleconference, as the Court sees fit. Thus, to the extent that the Court has a preference for either method, the parties have no objections. Should the Court have no preference, some counsel in this matter have recently used WebEx successfully in other Federal proceedings, including in the District of Minnesota. The parties would be willing to set up and circulate a WebEx link for a public video hearing, if the Court so desires.

Given that these cases involve numerous parties, all plaintiffs and defendants have agreed to nominate a limited number of attorneys to speak at the hearing. And to the extent that either side anticipates using demonstratives during their argument, the parties

SEATTLE   BOSTON   CHICAGO   LOS ANGELES   NEW YORK   PHOENIX   SAN DIEGO   SAN FRANCISCO   WASHINGTON, D.C.

010736-11 1081306v1

Hon. John R. Tunheim
April 28, 2020
Page 2

have also agreed that those should be shared with the Court by no later than noon CDT the day before the hearing and exchanged among the parties at 5 pm CDT that evening.

    Finally, since remote hearings involve a unique set of challenges, the parties suggest allocating 90 minutes for each side's argument – with defendants speaking first, plaintiffs' response, and a rebuttal for defendants. Absent direction otherwise, the parties plan to submit the motions to dismiss the Indirect Purchaser Class Plaintiffs' state-law claims on the briefs, without oral argument. However, to the extent that the Court believes that different time allocations should govern this hearing, the parties will adapt.

    We hope that the proposals outlined in this letter reduce the burden on the Court during these exceptional circumstances. Thank you for your consideration.

    Respectfully,

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP | HOGAN LOVELLS US LLP |
| By   s/ Steve W. Berman<br>    STEVE W. BERMAN | By   s/ Peter H. Walsh<br>    PETER H. WALSH |
| Breanna Van Engelen<br>1301 2nd Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>breannav@hbsslaw.com | Peter H. Walsh<br>80 South 8th Street, Suite 1225<br>Minneapolis, MN 55402<br>Telephone: (612) 402-3017<br>peter.walsh@hoganlovells.com |
| Shana E. Scarlett<br>Rio R. Pierce<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>shanas@hbsslaw.com<br>riop@hbsslaw.com | William L. Monts III<br>Justin W. Bernick<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>Telephone: (202) 637-5485<br>justin.bernick@hoganlovells.com<br>william.monts@hoganlovells.com<br><br>*Counsel for Defendant Agri Stats, Inc.* |

Hon. John R. Tunheim
April 28, 2020
Page 3

| | |
|---|---|
| Daniel E. Gustafson (#202241)<br>Daniel C. Hedlund (#258337)<br>Michelle J. Looby (#388166)<br>Britany N. Resch (#0397656)<br>GUSTAFSON GLUEK PLLC<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>bresch@gustafsongluek.com<br><br>*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs* | MAYER BROWN LLP<br><br>By   s/ Britt M. Miller<br>       BRITT M. MILLER<br><br>Britt M. Miller (*pro hac vice*)<br>Robert Entwisle (*pro hac vice*)<br>71 South Wacker Drive<br>Chicago, IL 60606-4637<br>(312) 782-0600<br>bmiller@mayerbrown.com<br>rentwisle@mayerbrown.com<br><br>William Stallings (*pro hac vice*)<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, D.C. 20006-1101<br>(202) 263-3000<br>wstallings@mayerbrown.com<br><br>Jaime Stilson (#392913)<br>DORSEY & WHITNEY LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN  55402-1498<br>(612) 492-6746<br>stilson.jaime@dorsey.com<br><br>*Counsel for Defendant Indiana Packers Corporation* |

Hon. John R. Tunheim
April 28, 2020
Page 4

| | |
|---|---|
| LARSON • KING, LLP | KIRKLAND & ELLIS LLP |
| By  s/ Shawn M. Raiter<br>SHAWN M. RAITER | By  s/ Daniel E. Laytin<br>    DANIEL E. LAYTIN |
| 2800 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101<br>Telephone: (651) 312-6518<br>sraiter@larsonking.com | Christa C. Cottrell, P.C. *(pro hac vice)*<br>Christina L. Briesacher *(pro hac vice)*<br>Christina Sharkey (*pro hac vice*)<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br>dlaytin@kirkland.com<br>ccottrell@kirkland.com<br>christina.briesacher@kirkland.com<br>christina.sharkey@kirkland.com |
| Jonathan W. Cuneo<br>Joel Davidow<br>Blaine Finley<br>Yifei "Evelyn" Li<br>CUNEO GILBERT & LADUCA, LLP<br>4725 Wisconsin Avenue NW, Suite 200<br>Washington, DC 20016<br>Telephone: (202) 789-3960<br>jonc@cuneolaw.com<br>joel@cuneolaw.com<br>bfinley@cuneolaw.com<br>evelyn@cunelolaw.com | *Counsel for Defendant Clemens Food Group, LLC and The Clemens Family Corporation* |
| *Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs* | |

Hon. John R. Tunheim
April 28, 2020
Page 5

| | |
|---|---|
| PEARSON SIMON & WARSHAW, LLP | FAEGRE DRINKER BIDDLE & REATH LLP |
| By   s/ Daniel L. Warshaw<br>     DANIEL L. WARSHAW | By   s/ Richard A. Duncan<br>     RICHARD A. DUNCAN (#0192983) |
| Clifford H. Pearson<br>Bobby Pouya<br>Michael H. Pearson<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 92403<br>Telephone: (818) 788-8300<br>Facsimile: (818) 788-8104<br>cpearson@pswlaw.com<br>dwarshaw@pswlaw.com<br>bpouya@pswlaw.com<br>mpearson@pswlaw.com | Aaron D. Van Oort (#0315539)<br>Craig S. Coleman (#0325491)<br>Emily E. Chow (#0388239)<br>Isaac B. Hall (#0395398)<br>Bryan K. Washburn (#0397733)<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Telephone: (612) 766-7000<br>Facsimile: (612) 766-1600<br>richard.duncan@faegredrinker.com<br>aaron.vanoort@faegredrinker.com<br>craig.coleman@faegredrinker.com<br>emily.chow@faegredrinker.com<br>isaac.hall@faegredrinker.com<br>bryan.washburn@faegredrinker.com |
| Melissa S. Weiner (MN #0387900)<br>Joseph C. Bourne (MN #0389922)<br>PEARSON, SIMON & WARSHAW, LLP<br>800 LaSalle Avenue, Suite 2150<br>Minneapolis, MN 55402<br>Telephone: (612) 389-0600<br>Facsimile: (612) 389-0610<br>mweiner@pswlaw.com<br>jbourne@pswlaw.com | *Counsel for Defendants Hormel Foods Corporation and Hormel Foods, LLC* |
| *Co-Lead Class Counsel for Direct Purchaser Plaintiffs* | |

Hon. John R. Tunheim
April 28, 2020
Page 6

| | |
|---|---|
| LOCKRIDGE GRINDAL NAUEN P.L.L.P. | SPENCER FANE LLP |
| By  s/ Brian D. Clark<br>    BRIAN D. CLARK (MN #0390069) | By   s/ Donald G. Heeman<br>    DONALD G. HEEMAN (#286023) |

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By  s/ Brian D. Clark
    BRIAN D. CLARK (MN #0390069)

W. Joseph Bruckner (MN #0147758)
Simeon A. Morbey (MN #0391338)
Arielle S. Wagner (MN #0398332)
Stephanie A. Chen (MN #0400032)
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
aswagner@locklaw.com
sachen@locklaw.com

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

AHERN AND ASSOCIATES, P.C.

By   s/ Patrick J. Ahern
    PATRICK J. AHERN

Willoughby Tower
8 South Michigan Ave., Suite 3600
Chicago, IL 60603
Telephone: (312) 404-3760
patrick.ahern@ahernandassociatespc.com

*Counsel for Direct Action Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC*

SPENCER FANE LLP

By   s/ Donald G. Heeman
    DONALD G. HEEMAN (#286023)

Jessica J. Nelson (#347358)
Randi J. Winter (#391354)
150 South Fifth Street, Suite 1900
Minneapolis, MN 55402
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

*Counsel for Defendant JBS USA Food Company*

Hon. John R. Tunheim
April 28, 2020
Page 7

SCHNEIDER WALLACE COTTRELL KONECKY LLP

By   s/ Kyle G. Bates
    KYLE G. BATES (USDCPR-306412)

SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell St., Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
kbates@schneiderwallace.com

Dennise Longo Quiñones
Attorney General

Johan M. Rosa Rodríguez
PR Bar No. 16819
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Tel: (787) 721-2900, ext. 2600, 2601
Fax: (787) 721-3223
jorosa@justicia.pr.gov

Todd M. Schneider
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell St., Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com

Peter B. Schneider
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
3700 Buffalo Speedway, Suite 300
Houston, Texas 77098
Telephone: (713) 338-2560
Facsimile: (415) 421-7105
pschneider@schneiderwallace.com

*Counsel for the Commonwealth of Puerto Rico*

STINSON LLP

By   s/ William L. Greene
    WILLIAM L. GREENE (#0198730)

Peter J. Schwingler (#0388909)
Jon M. Woodruff (#0399453)
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 335-1500
Fax: (612) 335-1657
william.greene@stinson.com
peter.schwingler@stinson.com
jon.woodruff@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Phone: (314) 863-0800
Fax: (314) 863-9388
nicci.warr@stinson.com

*Counsel for Defendants Seaboard Foods LLC and Seaboard Corporation*

Hon. John R. Tunheim
April 28, 2020
Page 8

        LARKIN HOFFMAN DALY &
        LINDGREN LTD.

        By   s/ John A. Cotter
           JOHN A. COTTER (134296)

        John A. Kvinge (0392303)
        8300 Norman Center Drive, Suite 1000
        Minneapolis, MN 55427-1060
        (952) 896-3340
        jcotter@larkinhoffman.com
        jkvinge@larkinhoffman.com

        Richard Parker (*pro hac vice*)
        Josh Lipton (*pro hac vice*)
        GIBSON, DUNN & CRUTCHER, LLP
        1050 Connecticut Avenue, N.W.
        Washington, D.C. 20036-5306
        (202) 955-8500
        rparker@gibsondunn.com
        jlipton@gibsondunn.com

        Brian Robison (*pro hac vice*)
        GIBSON, DUNN & CRUTCHER, LLP
        2001 Ross Avenue, Suite 2100
        Dallas, TX 75201-2923
        (214) 698-3370
        brobison@gibsondunn.com

        *Counsel for Smithfield Foods, Inc.*

Hon. John R. Tunheim
April 28, 2020
Page 9

HUSCH BLACKWELL LLP

By  s/ Gene Summerlin
    GENE SUMMERLIN

Marnie Jensen (*pro hac vice*)
Ryann Glenn (*pro hac vice*)
Kamron Hasan (*pro hac vice*)
Quinn Eaton (*pro hac vice*)
Sierra Faler (*pro hac vice*)
13330 California St., Suite 200
Omaha, NE 68154
(402) 964-5000
gene.summerlin@huschblackwell.com
marnie.jensen@huschblackwell.com
ryann.glenn@huschblackwell.com
kamron.hasan@huschblackwell.com
quinn.eaton@huschblackwell.com
sierra.faler@huschblackwell.com

Aaron Chapin (#6292540)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500
aaron.chapin@huschblackwell.com

*Counsel for Triumph Foods, LLC*

Hon. John R. Tunheim
April 28, 2020
Page 10

                              DYKEMA GOSSETT PLLC

                              By    s/ David P. Graham
                                   DAVID P. GRAHAM (#0185462)

                              4000 Wells Fargo Center
                              90 South Seventh Street
                              Minneapolis, MN 55402
                              (612) 486-1521
                              dgraham@dykema.com

                              Rachel J. Adcox (*pro hac vice*)
                              Tiffany Rider Rohrbaugh (*pro hac vice*)
                              Jetta C. Sandin (*pro hac vice*)
                              Lindsey Strang Aberg (*pro hac vice*)
                              AXINN, VELTROP & HARKRIDER LLP
                              950 F Street, N.W.
                              Washington, D.C. 20004
                              (202) 912-4700
                              radcox@axinn.com
                              trider@axinn.com
                              jsandin@axinn.com
                              lstrang@axinn.com

                              *Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*