# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Court File No. 18-cv-1776 (JRT/HB) |
| This Document Relates To:  All Actions | **NOTICE OF CHANGE OF FIRM ADDRESS** |

Please take notice that the Minneapolis office of Spencer Fane LLP has changed its address to the following:

Spencer Fane LLP
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402

Dated:  May 7, 2020

| SPENCER FANE LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By:   /s/ Jessica J. Nelson         | Stephen R. Neuwirth (*pro hac vice*) |
| Donald G. Heeman, #286023 | Michael B. Carlinsky (*pro hac vice*) |
| Jessica J. Nelson, #347358 | Sami H. Rashid (*pro hac vice*) |
| Randi J. Winter, #391354 | Richard T. Vagas (*pro hac vice*) |
| 100 South Fifth Street, Suite 2500 | 51 Madison Avenue, 22nd Floor |
| Minneapolis, MN  55402 | New York, NY 10010 |
| Telephone:  (612) 268-7000 | Telephone:  (212) 849-7000 |
| Facsimile:  (612) 268-7001 | Facsimile:  (212) 849-7100 |
| dheeman@spencerfane.com | stephenneuwirth@quinnemanuel.com |
| jnelson@spencerfane.com | michaelcarlinsky@quinnemanuel.com |
| rwinter@spencerfane.com | samirashid@quinnemanuel.com |
| | richardvagas@quinnemanuel.com |

*Attorneys for Defendant JBS USA Food Company*