# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Wanda Duryea, et al, | **COURT MINUTES** |
| | BEFORE: John R. Tunheim |
| | Chief U.S. District Judge |
| Plaintiffs, | |
| v. | Case No:         18-1776 (JRT/HB) |
| | Date:              May 13, 2020 |
| Agri Stats, et al, | Deputy:           Heather Arent-Zachary |
| | Court Reporter: Kristine Mousseau |
| Defendants. | Courthouse:    Minneapolis |
| | Courtroom:     Videoconference |
| | Time Commenced:   1:15 p.m. |
| | Time Concluded:    4:25 p.m. |
| | Time in Court:         2 Hours & 50 Minutes |

Hearing on:

    Defendants' Joint Motion to Dismiss the Federal Law Claims [Docket No. 43]
    Defendants' Joint Motion to Dismiss the State Law Claims [Docket No. 436]

APPEARANCES:

    Plaintiff:    Alec Blaine Finley, Daniel Hedlund, Steve Berman, Shana Scarlett, Brian Clark, W. Joseph Bruckner, Bobby Pouya
    Defendant:    Tiffany Rider Rohrbaugh, Jaime Stilson, Richard Duncan, Richard Parker, Brian Robison, Justin Bernick, William Monts, Vollis Summerlin, Christa Cottrell, Christina Briesacher, Britt Miller, Sami Rashid, Stephen Neuwirth, Donald Heeman, Peter Schwingler, William Greene

PROCEEDINGS:

    Motions taken Under Advisement

**\*\*IT IS ORDERED:**

    ☒ Written order forthcoming.

                                                            s/Heather Arent-Zachary
                                                                   Courtroom Deputy