

September 18, 2020

<u>**VIA ECF**</u>
Chief Judge John R. Tunheim
United States District Court
15 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

      Re:    In re Pork Antitrust Litigation, Civ. No. 18-1776 (JRT/HB)

Dear Chief Judge Tunheim:

      Consumer Indirect Purchaser Plaintiffs, having been given permission from the Court, hereby file as supplemental authority, attached hereto as Exhibit A, the recent decision of the United States District Court for the District of Maryland in *Jien v. Perdue Farms, Inc.*, No. 19-cv-2521-SAG, for the Court's consideration with respect to the pending motions to dismiss the complaint. ECF Nos. 433, 436, 440, 442, 445, 448, 450, 453, 456, 458, 460. The decision addresses whether an Agri Stats-led information exchange agreement is sufficient to support a rule of reason claim.

      This decision was not available at the time the motion was briefed and argued. Plaintiffs have provided a copy of the opinion to Defendants.

| | |
|---|---|
| GUSTAFSON GLUEK PLLC | HAGENS BERMAN SOBOL SHAPIRO LLP |
| */s/ Daniel C. Hedlund* | */s/ Shana Scarlett* |
| Daniel C. Hedlund | Shana Scarlett |
| 120 South Sixth Street, Suite 2600 | 715 Hearst Avenue, Suite 202 |
| Minneapolis, Minnesota 55402 | Berkeley, CA 94710 |
| Tel: (612) 333-8844 | Tel: (510) 725-3000 |
| dhedlund@gustafsongluek.com | shanas@hbsslaw.com |

cc:    All Counsel of Record (via ECF)