UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | Civil No. 18-cv-1776 (JRT/HB) |
| This document relates to: All Consumer Indirect Purchaser Actions | **ORDER ON JOINT MOTION REGARDING CONTINUED SEALING** |

Before the Court is the Joint Motion Regarding Continued Sealing (ECF No. 421) ("Joint Sealing Motion"), pursuant to Local Rule 5.6(d), concerning the confidential documents filed under seal (ECF Nos. 392, 392-1, 392-1, 392-3, 392-4, 392-5, 392-6, 392-7). Having reviewed the motion and the documents filed under seal, as well as all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Joint Sealing Motion (ECF No. 421) is **GRANTED**, as follows:

1. The following confidential documents filed under seal shall remain sealed and the Clerk is directed to keep the following documents sealed:

    ECF Nos. 392, 392-1, 392-1, 392-3, 392-4, 392-5, 392-6, 392-7.

2. The parties shall separately file the redacted public version of the above-listed documents in the form attached to the Joint Sealing Motion (ECF No. 421-1).

Dated: September 22, 2020            s/ *Hildy Bowbeer*
                                     HILDY BOWBEER
                                     United States Magistrate Judge