UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re Pork Antitrust Litigation

This Document Relates to:  All Actions

No. 1:18-cv-01776-JRT-HB

**MOTION TO WITHDRAW AS ATTORNEY**

Quinn R. Eaton hereby moves to withdraw as attorney of record for Triumph Foods, LLC. Mr. Eaton is no longer associated with the law firm of Husch Blackwell LLP.

Gene Summerlin, Marnie Jensen, Ryann Glenn, Kamron Hasan, Sierra Faler, and Aaron Chapin of Husch Blackwell LLP will continue to represent Triumph Foods, LLC.  Allowing the requested withdrawal will not prejudice any party or delay this proceeding.

Respectfully submitted this 22nd day of September 2020.

          Triumph Foods, LLC.

          */s/ Quinn R. Eaton*
          Gene Summerlin (*pro hac vice*)
          Marnie Jensen (*pro hac vice*)
          Ryann Glenn (*pro hac vice*)
          Kamron Hasan (*pro hac vice*)
          Quinn Eaton (*pro hac vice*)
          Sierra Faler (*pro hac vice*)
          HUSCH BLACKWELL LLP
          13330 California St., Suite 200
          Omaha, NE 68154
          (402) 964-5000
          gene.summerlin@huschblackwell.com
          marnie.jensen@huschblackwell.com
          ryann.glenn@huschblackwell.com
          kamron.hasan@huschblackwell.com
          quinn.eaton@huschblackwell.com
          sierra.faler@huschblackwell.com

          and

>Aaron Chapin (#6292540)
>HUSCH BLACKWELL LLP
>120 South Riverside Plaza, Suite 2200
>Chicago, IL 60606
>(312) 655-1500
>aaron.chapin@huschblackwell.com
>
>*Counsel for Triumph Foods, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2020 the above-and foregoing document was electronically filed with the court and a file-stamped copy was forwarded to all counsel of record through the Court's electronic filing system.

By: */s/Quinn R. Eaton*