UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re Pork Antitrust Litigation

This Document Relates to: All Actions

No. 0:18-cv-01776-JRT-HB

NOTICE OF WITHDRAWAL AS ATTORNEY

Quinn R. Eaton hereby gives notice of his withdrawal as attorney of record for Triumph Foods, LLC. Mr. Eaton is no longer associated with the law firm of Husch Blackwell LLP.

Gene Summerlin, Marnie Jensen, Ryann Glenn, Kamron Hasan, Sierra Faler, and Aaron Chapin of Husch Blackwell LLP will continue to represent Triumph Foods, LLC.

Respectfully submitted this 23rd day of September 2020.

Triumph Foods, LLC.

*/s/ Quinn R. Eaton*
Gene Summerlin (*pro hac vice*)
Marnie Jensen (*pro hac vice*)
Ryann Glenn (*pro hac vice*)
Kamron Hasan (*pro hac vice*)
Quinn Eaton (*pro hac vice*)
Sierra Faler (*pro hac vice*)
HUSCH BLACKWELL LLP
13330 California St., Suite 200
Omaha, NE 68154
(402) 964-5000
gene.summerlin@huschblackwell.com
marnie.jensen@huschblackwell.com
ryann.glenn@huschblackwell.com
kamron.hasan@huschblackwell.com
quinn.eaton@huschblackwell.com
sierra.faler@huschblackwell.com

and
Aaron Chapin (#6292540)
HUSCH BLACKWELL LLP

120 South Riverside Plaza, Suite 2200<br>
Chicago, IL 60606<br>
(312) 655-1500<br>
aaron.chapin@huschblackwell.com

*Counsel for Triumph Foods, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23rd, 2020 the above-and foregoing document was electronically filed with the court and a file-stamped copy was forwarded to all counsel of record through the Court's electronic filing system.

By: */s/Quinn R. Eaton*