## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

This Document Relates to:

*All Actions*.

Case No. 0:18-cv-01776-JRT-HB

**NOTICE OF APPEARANCE**

The undersigned attorney hereby notifies the Court and counsel that Craig S. Davis shall appear as counsel of record for Direct Purchaser Plaintiff Maplevale Farms, Inc. and the Direct Purchaser Plaintiffs in this case.

Dated: October 22, 2020

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

*s/ Craig S. Davis*
W. Joseph Bruckner (MN#0147758)
Craig S. Davis (MN #0148192)
Brian D. Clark (MN#0390069)
Simeon A. Morbey (MN#0391338)
Arielle S. Wagner (MN #0398332)
Stephanie A. Chen (MN #0400032)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T:  (612) 339-6900
F:  (612) 339-0981
wjbruckner@locklaw.com
csdavis@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
aswagner@locklaw.com
sachen@locklaw.com
*Counsel for Direct Purchaser Plaintiff Maplevale Farms, Inc. and Direct Purchaser Plaintiffs*

553877.1