UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Actions*. | Case No. 0:18-cv-01776-JRT-HB<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Stephen M. Owen shall appear as counsel of record for Direct Purchaser Plaintiffs Maplevale Farms, Inc., Joe Christiana Food Distributors, Inc. and Olean Wholesale Grocery Cooperative, Inc., and the Direct Purchaser Plaintiff Class in this case.

Dated: October 22, 2020

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

*s/ Stephen M. Owen*
W. Joseph Bruckner (MN#0147758)
Brian D. Clark (MN#0390069)
Simeon A. Morbey (MN#0391338)
Arielle S. Wagner (MN #0398332)
Stephen M. Owen (MN #0399370)
Stephanie A. Chen (MN #0400032)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T:  (612) 339-6900
F:  (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
aswagner@locklaw.com
smowen@locklaw.com
sachen@locklaw.com

*Counsel for Direct Purchaser Plaintiffs Maplevale Farms, Inc., Joe Christiana Food Distributors, Inc. and Olean Wholesale Grocery Cooperative, Inc. and the Direct Purchaser Plaintiff Class*

553876.1