UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 18-cv-01776 (JRT-HB)<br><br>**[PROPOSED] ORDER APPROVING JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER** |
| WINN-DIXIE STORES, INC., ET AL.,<br>      Plaintiffs,<br><br>V.<br><br>AGRI STATS, INC., et al.,<br>      Defendants. | Case No. 19-cv-1578 (JRT/HB) |
| COMMONWEALTH OF PUERTO RICO,<br>      Plaintiff,<br><br>v.<br><br>AGRI STATS, INC., et al.,<br>      Defendants. | Case No. 19-cv-2723 (JRT/HB) |

  Pursuant to the Joint Stipulation for Extension of Time to Answer (ECF No. ____), entered into by the parties, and having reviewed all of the files, records, and proceedings in this case,

  IT IS HEREBY ORDERED that the Joint Stipulation (ECF No. ____) is APPROVED. Defendants shall have until December 16, 2020 to answer Direct Purchaser Plaintiffs' Third

Amended and Consolidated Class Action Complaint (18-cv-01776, ECF No. 431), Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended and Consolidated Class Action Complaint (18-cv-01776, ECF No. 432), Consumer Indirect Purchaser Plaintiffs' Second Amended Consolidated Class Action Complaint (18-cv-01776, ECF No. 392), the Second Amended Complaint of Winn-Dixie Stores, Inc. *et al.* (19-cv-1578, ECF No. 94), and the Third Amended Complaint of the Commonwealth Puerto Rico (19-cv-2723, ECF No. 103).

Dated:

                      HILDY BOWBEER
                      United States Magistrate Judge