## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

IN RE PORK ANTITRUST
LITIGATION

This Document Relates To:
ALL ACTIONS

Case No. 18-cv-01776 (JRT-HB)

**ORDER APPROVING JOINT
STIPULATION FOR EXTENSION
OF TIME TO ANSWER**

---

WINN-DIXIE STORES, INC., ET AL.,
                    Plaintiffs,

V.

AGRI STATS, INC., et al.,
                  Defendants.

Case No. 19-cv-1578 (JRT/HB)

---

COMMONWEALTH OF PUERTO
RICO,
                 Plaintiff,

v.

AGRI STATS, INC., et al.,
                 Defendants.

Case No. 19-cv-2723 (JRT/HB)

---

       Pursuant to the Joint Stipulation for Extension of Time to Answer [ECF No. 524],

entered into by the parties, and having reviewed all of the files, records, and proceedings

in this case, **IT IS HEREBY ORDERED** that the Joint Stipulation [ECF No. 524] is

**GRANTED**.

       Defendants shall have until **December 16, 2020,** to answer:

1. Direct Purchaser Plaintiffs' Third Amended and Consolidated Class Action Complaint, 18-cv-01776, [ECF No. 431],

2. Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended and Consolidated Class Action Complaint, 18-cv-01776, [ECF No. 432],

3. Consumer Indirect Purchaser Plaintiffs' Second Amended Consolidated Class Action Complaint, 18-cv-01776, [ECF No. 392],

4. the Second Amended Complaint of Winn-Dixie Stores, Inc. *et al.*, 19-cv-1578, [ECF No. 94], and

5. the Third Amended Complaint of the Commonwealth Puerto Rico, 19-cv-2723, [ECF No. 103].

Dated: October 29, 2020

*s/ Hildy Bowbeer*
HILDY BOWBEER
United States Magistrate Judge