# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In Re: Pork Antitrust Litigation

File No. 18CV1776
19CV1578 & 19CV2723
(JRT/HB)

Minneapolis, Minnesota
May 13, 2020
2:08 P.M.

---

BEFORE THE HONORABLE CHIEF JUDGE JOHN R. TUNHEIM
UNITED STATES DISTRICT COURT JUDGE
**(MOTIONS HEARING VIA VIDEO CONFERENCE)**

relationship with Agri Stats and to oversee the transmission of data to and from Agri Stats.

That is the level of importance that these defendants ascribed to the Agri Stats reports, that they would put such high level directors, treasurers, division controllers in control of this relationship.

Your Honor, just briefly on the -- I'm finished, unless Your Honor has any questions further on the rule of reason or the per se?

THE COURT: I just had one question. Other than participating in providing information to Agri Stats, are there any other allegations against Indiana Packers?

MS. SCARLETT: Your Honor, I would have to go back through the complaints in detail, but I believe in large part, the allegations against Indiana Packers rest with their participation in Agri Stats.

THE COURT: All right. That's what I thought. Thank you.

MS. SCARLETT: Just briefly addressing Rule 9(b), it's a very fact specific inquiry. Your Honor is more than capable of addressing it, but it's whether or not these claims sound in fraud. These are price fixing and supply constraints antitrust claims. These are not consumer allegations of deception of packaging or labeling. These are the core critical antitrust claims.