UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| This Document Relates to:<br><br>Direct Purchaser Plaintiff Action | **DIRECT PURCHASER PLAINTIFFS AND DEFENDANT JBS USA FOOD COMPANY'S JOINT NOTICE OF SETTLEMENT** |

Direct Purchaser Plaintiffs and Defendant JBS USA Food Company ("JBS", and, together with Direct Purchaser Plaintiffs, the "Parties") respectfully write to the Court to provide notice that Direct Purchaser Plaintiffs have reached an agreement with JBS to settle all claims against JBS. This agreement is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, Plaintiffs will move for preliminary – and, ultimately, final – approval of a proposed settlement in the near future.

Date:   November 4, 2020

Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P

/s W. Joseph Bruckner
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Arielle S. Wagner (MN #0398332)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
aswagner@locklaw.com

554396.1

Clifford H. Pearson
Daniel L. Warshaw
Bobby Pouya
Michael H. Pearson
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswlaw.com

Melissa S. Weiner (MN #0387900)
Joseph C. Bourne (MN #0389922)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile:  (612) 389-0610
mweiner@pswlaw.com
jbourne@pswlaw.com

*Co-Lead Class Counsel for*
*Direct Purchaser Plaintiffs*

Date:   November 4, 2020	QUINN EMANUEL URQUHART & SULLIVAN, LLP


	<u>s/Stephen Neuwirth</u>
	Stephen Neuwirth
	Sami Rashid
	51 Madison Avenue, 22nd Floor
	New York, NY 10010
	Telephone: 212-849-7000
	Facsimile: 212-849-7100
	stephenneuwirth@quinnemanuel.com
	samirashid@quinnemanuel.com

	***Counsel for***
	***Defendant JBS USA Food Company***

## CERTIFICATE OF SERVICE

I, W. Joseph Bruckner, depose and state that I have served a copy of Joint Notice of Settlement upon all counsel of record via the United States Court for the District of Minnesota ECF Document Filing System on November 4, 2020.

*s/W. Joseph Bruckner*
W. Joseph Bruckner (MN #0147758)
