UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: ALL ACTIONS | Civil No. 18-1776 (JRT/HB)<br><br>**[PROPOSED] ORDER REGARDING PRETRIAL SCHEDULING ORDER** |

Pursuant to the parties' Stipulation Regarding Pretrial Scheduling Order [ECF No. 530], Rule 16(b) of the Federal Rules of Civil Procedure and Rule 16.3 of the Local Civil Rules of the United States District Court for District of Minnesota, **IT IS HEREBY ORDERED THAT** the Pretrial Scheduling Order is modified as follows:

| Event | Deadline |
|---|---|
| Parties to begin meet-and-confer regarding production of deferred RFPs<br><br>Parties to begin meet and confer on any deferred disputes concerning RFPs, custodians, or non-custodial data sources (but not structured data) | November 2, 2020 |
| Parties to begin meet and confer on production of structured data | November 17, 2020 |
| Deadline for parties to complete meet and confer regarding search methodology order, including whether such an order is necessary. If the parties reach an impasse, they will submit a joint letter brief to the Court on this date. | November 20, 2020 |

554280.1

| Event | Deadline |
| --- | --- |
| Parties to complete meet and confer on any deferred disputes concerning RFPs, custodians, or non-custodial data sources, and submit proposed briefing schedule regarding any disputes | November 23, 2020 |
| Parties to Serve Amended Objections and Responses to First Set of Requests for Production of Documents | November 23, 2020 |
| Parties begin rolling production of Readily Available Responsive Phone Records for Agreed Document Custodians and Central Phone Lines, with production complete 30 days later | November 23, 2020 through December 23, 2020 |
| Production of responsive, readily-accessible Agri Stats reports from centrally-located files | December 16, 2020 |
| Deadline for Producing Party to notify Requesting Party of intent to use search terms and disclose initial search terms (or other search methodology process), for all custodians agreed-to by the November 23 deadline above | December 18, 2020 |
| Deadline to complete search term negotiations, and submit proposed briefing schedule regarding any disputes | January 8, 2021 |
| Deadline to reach agreement on production of structured data or seek relief from the court | January 16, 2021 |
| Commencement of Rolling Production of Documents Reviewed by Producing Party | March 16, 2021 |
| Substantial Completion of Document and Structured Data Productions | September 1, 2021 |

Dated: _____

_____
HILDY BOWBEER
United States Magistrate Judge