UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

IN RE PORK ANTITRUST LITIGATION

This Document Relates To:  ALL ACTIONS

Civil No. 18-cv-1776 (JRT/HB)

**ORDER ON STIPULATION REGARDING PRETRIAL SCHEDULING ORDER**

---

Pursuant to the Stipulation Regarding Pretrial Scheduling Order (ECF No. 530), entered into by the parties, as well as Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.3,

**IT IS HEREBY ORDERED** that the Stipulation (ECF No. 530) is **APPROVED** and the following deadlines shall govern discovery of documents and structured data in these actions:

| Event | Deadline |
|---|---|
| Parties to begin meet-and-confer regarding production of deferred RFPs | November 2, 2020 |
| Parties to begin meet and confer on any deferred disputes concerning RFPs, custodians, or non- custodial data sources (but not structured data) | |
| Parties to begin meet and confer on production of structured data | November 17, 2020 |
| Deadline for parties to complete meet and confer regarding search methodology order, including whether such an order is necessary.  If the parties reach an impasse, they will submit a joint letter brief to the Court on this date. | November 20, 2020 |
| Parties to complete meet and confer on any deferred disputes concerning RFPs, custodians, or non- custodial data sources, and submit proposed briefing schedule regarding any disputes | November 23, 2020 |

| Event | Deadline |
|---|---|
| Parties to Serve Amended Objections and Responses to First Set of Requests for Production of Documents | November 23, 2020 |
| Parties begin rolling production of Readily Available Responsive Phone Records for Agreed Document Custodians and Central Phone Lines, with production complete 30 days later | November 23, 2020 through December 23, 2020 |
| Production of responsive, readily-accessible Agri Stats reports from centrally-located files | December 16, 2020 |
| Deadline for Producing Party to notify Requesting Party of intent to use search terms and disclose initial search terms (or other search methodology process), for all custodians agreed-to by the November 23 deadline above | December 18, 2020 |
| Deadline to complete search term negotiations, and submit proposed briefing schedule regarding any disputes | January 8, 2021 |
| Deadline to reach agreement on production of structured data or seek relief from the court | January 15, 2021 |
| Commencement of Rolling Production of Documents Reviewed by Producing Party | March 16, 2021 |
| Substantial Completion of Document and Structured Data Productions | September 1, 2021 |

**IT IS FURTHER ORDERED** that counsel shall meet and confer regarding the timing of a Rule 16 scheduling and case management conference to discuss a full pretrial scheduling order for this litigation, as well as other matters the parties may wish to discuss with the Court. They shall file a joint letter on or before **November 20, 2020**, with their recommendation for the timing of such a conference as well as proposed deadlines for submissions in advance of the conference.

Dated:  November 12, 2020         s/ *Hildy Bowbeer*
                                   HILDY BOWBEER
                                   United States Magistrate Judge