## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Civil No. 18-1776 (JRT/HB)<br><br>**[PLAINTIFFS' PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR CERTAIN DISCOVERY DISPUTES** |

Pursuant to the Scheduling Order (ECF No. 530), **IT IS HEREBY ORDERED THAT** motions relating to Class Plaintiffs' and Defendants' requests for production (RFPs), custodians, and non-custodial data sources shall proceed on the following briefing schedule:

| EVENT | DEADLINE |
|---|---|
| Deadline for joint letter briefs addressing (1) any disputed document custodians; and (2) the four overarching issues outlined in the parties' July 26, 2019 Joint Update Letter (ECF No. 355). | December 15, 2021 |
| Deadline for joint letter briefs addressing any remaining RFP disputes (including disputes relating to non-custodial sources). | January 15, 2021 |