# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 18-cv-1776 (JRT/HB) |
| This Document Relates To: All Actions | **ORDER** |

HILDY BOWBEER, United States Magistrate Judge

This matter is before the Court on the Joint Status Update and Proposed Briefing Schedule for Certain Discovery Disputes [Doc. No. 537]. The Court believes formal motion practice is appropriate under the circumstances and establishes the following hearing dates and briefing schedule.

The Court will conduct a hearing on motions to compel arising from disputes about the Class Plaintiffs' and Defendants' document custodians and the four overarching issues outlined in the parties' July 26, 2019 Joint Update Letter [ECF No. 355][1] on **Friday, January 8, 2021, at 9:30 a.m. Central time, by ZoomGov videoconferencing means.** Motions and supporting documents must be filed on or before **December 7, 2020**. Responses must be filed on or before **December 21, 2020**. No replies will be permitted without prior permission of the Court.

---

[1] These issues are (1) use of general objections; (2) production of complete work calendars; (3) production of complete telephone records; and (4) production of documents relating to benchmarking services other than Agri Stats. [*See* ECF No. 355 at 3–4, 13–18.]

The Court will conduct a hearing on motions to compel arising from any remaining disputes about the Class Plaintiffs' and Defendants' amended responses and objections to requests for production on **Wednesday, February 10, 2021, at 9:30 a.m. Central time, by ZoomGov videoconferencing means.** Motions and supporting documents must be filed on or before **January 15, 2021**. Responses must be filed on or before **January 29, 2021**. No replies will be permitted without prior permission of the Court.

**IT IS SO ORDERED.**


Dated: November 24, 2020            *s/ Hildy Bowbeer*
                                    HILDY BOWBEER
                                    United States Magistrate Judge