# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>*ALL ACTIONS* | Case No. 18-cv-01776 (JRT-HB) |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Melinda J. Morales, shall appear as counsel of record for Plaintiffs, Amelia Litterer, Lauren Crawley, Michael O'Grady and Reid Kanda in this case.

Dated: November 30, 2020

/s/ Melinda J. Morales
Melinda J. Morales
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
Fax: (312) 346-0022
mjm@wexlerwallace.com