**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

In Re Pork Antitrust Litigation

This Document Relates to:  All Actions

_____

No. 18-cv-01776-JRT-HB
No. 19-cv-02723-JRT-HB
No. 19-cv-01578-JRT-HB

**SEABOARD CORPORATION'S MOTION TO RECONSIDER**

Defendant Seaboard Corporation hereby moves for reconsideration of the Court's October 20, 2020, Amended Memorandum Opinion and Order dismissing Seaboard Corporation's Motions to Dismiss in their entirety.  [ECF No. 520].

This Motion is supported by the Memorandum in Support of Seaboard Corporation's Motion to Reconsider and all of the files, records, and proceedings herein, including Seaboard Corporation's previously filed motions to dismiss.  [*Pork* ECF No. 450; *Puerto Rico* ECF No. 75; *Winn-Dixie* ECF No. 114].

Dated:  December 2, 2020     */s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
Jon M. Woodruff (#0399453)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 335-1500
Fax:    (612) 335-1657
william.greene@stinson.com
peter.schwingler@stinson.com
jon.woodruff@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Phone: (314) 863-0800
Fax:    (314) 863-9388
nicci.warr@stinson.com

**Attorneys for Defendants Seaboard Foods LLC and Seaboard Corporation**

2

CORE/3508162.0002/163408088.2