## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

In Re Pork Antitrust Litigation

This Document Relates to:  All Actions

_____

No. 18-cv-01776-JRT-HB
No. 19-cv-02723-JRT-HB
No. 19-cv-01578-JRT-HB

## SEABOARD CORPORATION'S NOTICE OF MOTION TO RECONSIDER

PLEASE TAKE NOTICE that Defendant Seaboard Corporation will move the Court for an Order granting its motion to reconsider and dismissing Seaboard from the above-captioned actions with prejudice. Chambers staff has advised that the motion will likely be decided on the written submissions. Should the Court schedule a hearing, Seaboard Corporation will amend this notice accordingly.

CORE/3508162.0002/163408475.2

| | |
|---|---|
| Dated:  December 2, 2020 | */s/ William L. Greene* <br> William L. Greene (#0198730) <br> Peter J. Schwingler (#0388909) <br> Jon M. Woodruff (#0399453) <br> STINSON LLP <br> 50 South Sixth Street, Suite 2600 <br> Minneapolis, MN 55402 <br> Phone: (612) 335-1500 <br> Fax:    (612) 335-1657 <br> william.greene@stinson.com <br> peter.schwingler@stinson.com <br> jon.woodruff@stinson.com <br><br> J. Nicci Warr (*pro hac vice*) <br> STINSON LLP <br> 7700 Forsyth Boulevard, Suite 1100 <br> St. Louis, MO 63105 <br> Phone: (314) 863-0800 <br> Fax:    (314) 863-9388 <br> nicci.warr@stinson.com <br><br> **Attorneys for Defendants Seaboard Foods LLC and Seaboard Corporation** |

2