# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

In Re Pork Antitrust Litigation

This Document Relates to:  All Actions

_____

No. 18-cv-01776-JRT-HB
No. 19-cv-02723-JRT-HB
No. 19-cv-01578-JRT-HB

## SEABOARD CORPORATION'S MEET AND CONFER STATEMENT ON ITS MOTION TO RECONSIDER

The undersigned counsel, representing Defendant Seaboard Corporation in the above captioned actions, hereby certify that the parties have met and conferred on Seaboard Corporation's Motion to Reconsider and the parties were not able to reach agreement.

Dated:  December 2, 2020

/s/ William L. Greene
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
Jon M. Woodruff (#0399453)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 335-1500
Fax:   (612) 335-1657
william.greene@stinson.com
peter.schwingler@stinson.com
jon.woodruff@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Phone: (314) 863-0800
Fax:   (314) 863-9388
nicci.warr@stinson.com

**Attorneys for Defendants Seaboard Foods
LLC and Seaboard Corporation**

2