UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

In Re Pork Antitrust Litigation

This Document Relates to:  All Actions
_____

No. 18-cv-01776-JRT-HB
No. 19-cv-02723-JRT-HB
No. 19-cv-01578-JRT-HB

[PROPOSED] ORDER GRANTING SEABOARD CORPORATION'S MOTION TO RECONSIDER

This matter came for hearing before the undersigned on Defendant Seaboard Corporation's Motion to Reconsider. Based on all the files, records, proceedings, and arguments of counsel, IT IS ORDERED that Seaboard Corporation's Motion is GRANTED as follows:

1. The Direct Purchaser Plaintiffs' Third Amended Complaint [*Pork* ECF No. 431] is DISMISSED WITH PREJUDICE as to Seaboard Corporation.

2. The Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Complaint [*Pork* ECF No. 432] is DISMISSED WITH PREJUDICE as to Seaboard Corporation.

3. The Commonwealth of Puerto Rico's Second Amended Complaint [*Puerto Rico* ECF No. 47] is DISMISSED WITH PREJUDICE as to Seaboard Corporation.

4. Winn-Dixie Stores, Inc.'s Second Amended Complaint [*Winn-Dixie* ECF No. 94] is DISMISSED WITH PREJUDICE as to Seaboard Corporation.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: _____                By the Court

 

 

_____
The Honorable John R. Tunheim
Chief United States District Judge