# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

In Re Pork Antitrust Litigation

This Document Relates to:  All Actions

_____

No. 18-cv-01776-JRT-HB
No. 19-cv-02723-JRT-HB
No. 19-cv-01578-JRT-HB

## L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE

I, Jon M. Woodruff, certify that the Memorandum in Support of Seaboard Corporation's Motion to Reconsider complies with D. Minn. L.R. 7.1(f), (h). I further certify that, in preparation of this memorandum, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced memorandum contains 1083 words.

Dated:  December 2, 2020

*/s/ Jon M. Woodruff*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
Jon M. Woodruff (#0399453)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 335-1500
Fax:   (612) 335-1657
william.greene@stinson.com
peter.schwingler@stinson.com
jon.woodruff@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Phone: (314) 863-0800
Fax:   (314) 863-9388
nicci.warr@stinson.com

**Attorneys for Defendants Seaboard Foods LLC and Seaboard Corporation**