UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Civil No. 18-cv-1776 (JRT/HB) |

PLAINTIFFS' NOTICE OF HEARING ON
MOTION TO COMPEL CUSTODIANS AND DOCUMENTS

PLEASE TAKE NOTICE that at a hearing to be held by ZoomGov videoconferencing means on January 8, 2021 at 9:30 a.m. Central time, Plaintiffs will move the Honorable Hildy Bowbeer, Magistrate Judge for the United States District Court for the District of Minnesota, for an Order granting their Motion to Compel Custodians and Documents.

Date: December 7, 2020

Respectfully submitted,

/s/ Bobby Pouya
Bobby Pouya (Pro Hac Vice)
Clifford H. Pearson (Pro Hac Vice)
Daniel L. Warshaw (Pro Hac Vice)
Michael H. Pearson (Pro Hac Vice)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com

/s/ Arielle S. Wagner
Arielle S. Wagner (MN #0398332)
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Craig S. Davis (MN #0148192)
Simeon A. Morbey (MN #0391338)
Stephen M. Owen (MN # 0399370)
Stephanie A. Chen (MN #0400032)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

- 1 -

| | |
|---|---|
| mpearson@pswlaw.com | Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981 |
| Melissa S. Weiner (MN #0387900)<br>Joseph C. Bourne (MN #0389922)<br>PEARSON, SIMON & WARSHAW, LLP<br>800 LaSalle Avenue, Suite 2150<br>Minneapolis, MN 55402<br>Telephone: (612) 389-0600<br>Facsimile: (612) 389-0610<br>mweiner@pswlaw.com<br>jbourne@pswlaw.com | aswagner@locklaw.com<br>wjbruckner@locklaw.com<br>csdavis@locklaw.com<br>bdclark@locklaw.com<br>samorbey@locklaw.com<br>smowen@locklaw.com<br>sachen@locklaw.com<br><br>Co-*Lead Class Counsel for Direct Purchaser Plaintiffs* |
| Bruce L. Simon<br>PEARSON, SIMON & WARSHAW, LLP<br>350 Sansome Street, Suite 680<br>San Francisco, CA 94104<br>Telephone: (415) 433-9000<br>Facsimile: (415) 433-9008<br>bsimon@pswlaw.com | |
| */s/* Shana E. Scarlett<br>Shana E. Scarlett<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>shanas@hbsslaw.com | */s/* Shawn M. Raiter<br>Shawn M. Raiter (MN# 240424)<br>LARSON • KING, LLP<br>2800 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101<br>Telephone: (651) 312-6518<br>sraiter@larsonking.com |
| Steve. W. Berman<br>Breanna Van Engelen<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 2nd Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>breannav@hbsslaw.com | Jonathan W. Cuneo<br>Joel Davidow<br>Blaine Finley<br>Yifei "Evelyn" Li<br>CUNEO GILBERT & LADUCA, LLP<br>4725 Wisconsin Avenue NW, Suite 200<br>Washington, DC 20016<br>Telephone: (202) 789-3960<br>jonc@cuneolaw.com<br>joel@cuneolaw.com<br>bfinley@cuneolaw.com<br>evelyn@cunelolaw.com |
| */s/* Daniel E. Gustafson<br>Daniel E. Gustafson (#202241)<br>Daniel C. Hedlund (#258337)<br>Michelle J. Looby (#388166)<br>Britany N. Resch (#0397656)<br>GUSTAFSON GLUEK PLLC<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com | *Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs* |

- 3 -

bresch@gustafsongluek.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

- 3 -