UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Civil No. 18-1776 (JRT/HB) |

**CERTIFICATE OF COMPLIANCE REGARDING**
**PLAINTIFFS' MOTION TO COMPEL CUSTODIANS AND DOCUMENTS**

I, SHANA E. SCARLETT, certify that this brief complies with the type-volume limitation of D. Minn. L.R. 72.2(c)(1) and with the type-size limit of D. Minn. L.R. 72.2(c)(2). The brief has 3,629 words of type, font size 13 and was prepared using Microsoft Word, which includes all text, including headings, footnotes, and quotations in the word count.

DATED: December 7, 2020

| */s/ Bobby Pouya* | */s/ Arielle S. Wagner* |
|---|---|
| Bobby Pouya (Pro Hac Vice) | Arielle S. Wagner (MN #0398332) |
| Clifford H. Pearson (Pro Hac Vice) | W. Joseph Bruckner (MN #0147758) |
| Daniel L. Warshaw (Pro Hac Vice) | Brian D. Clark (MN #0390069) |
| Michael H. Pearson (Pro Hac Vice) | Craig S. Davis (MN #0148192) |
| PEARSON SIMON & WARSHAW, LLP | Simeon A. Morbey (MN #0391338) |
| 15165 Ventura Boulevard, Suite 400 | Stephen M. Owen (MN # 0399370) |
| Sherman Oaks, CA 92403 | Stephanie A. Chen (MN #0400032) |
| Telephone: (818) 788-8300 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| Facsimile: (818) 788-8104 | 100 Washington Avenue South, Suite 2200 |
| cpearson@pswlaw.com | Minneapolis, MN 55401 |
| dwarshaw@pswlaw.com | Telephone: (612) 339-6900 |
| bpouya@pswlaw.com | Facsimile: (612) 339-0981 |
| mpearson@pswlaw.com | |

Melissa S. Weiner (MN #0387900)
Joseph C. Bourne (MN #0389922)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pswlaw.com
jbourne@pswlaw.com

Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

*/s/* Shana E. Scarlett
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve. W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

*/s/* Daniel E. Gustafson
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Britany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

aswagner@locklaw.com
wjbruckner@locklaw.com
csdavis@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
smowen@locklaw.com
sachen@locklaw.com

Co-*Lead Class Counsel for Direct Purchaser Plaintiffs*

*/s/* Shawn M. Raiter
Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

Jonathan W. Cuneo
Joel Davidow
Blaine Finley
Yifei "Evelyn" Li
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cunelolaw.com

*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

010736-11/1242088 V1

- 3 -

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*