UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Civil No. 18-cv-1776 (JRT/HB) |

**DECLARATION OF ARIELLE S. WAGNER IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPEL CUSTODIANS AND DOCUMENTS**

- 1 -

I, Arielle S. Wagner, declare as follows:

1. I am an attorney with the law firm of Lockridge Grindal Nauen P.L.L.P. and counsel of record in this matter for the Direct Purchaser Plaintiffs. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

| Exhibit | DESCRIPTION |
|---|---|
| A | Excerpts of All Plaintiffs' First Set of Requests for Production of Documents to the Pork Integrator Defendants |
| B | Excerpts of All Plaintiffs' First Set of Requests for Production of Documents to Agri Stats, Inc. |
| C | Excerpts of Clemens Food Group, LLC and the Clemens Family Corporation's Amended Responses and Objections to All Plaintiffs' First set of Requests for Production of Documents |
| D | Excerpts of Defendants Hormel Foods Corporation and Hormel Food, LLC's Amended Objections and Responses to All Plaintiffs' First Set of Requests |
| E | Excerpts of JBS USA Food Company's Amended Responses and Objections to All Plaintiffs' First Set of Requests for Production of Documents |
| F | Excerpts of Seaboard Foods LLC's and Seaboard Corporation's Amended and Supplemental Objections and Responses to All Plaintiffs' First Set of Requests for Production of Documents to the Pork Integrator Defendants |
| G | Excerpts of Smithfield Foods, Inc.'s Amended Responses and Objections to All Plaintiffs' First Set of Requests for Production of Documents to the Pork Integrator Defendants |
| H | Excerpts of Triumph Foods, LLC's Amended and Supplemental Objections and Responses to All Plaintiffs' First Set of Requests for Production of Documents to the Pork Integrator Defendants |
| I | Excerpts of Tyson Defendants' Amended Objections and Responses to All Plaintiffs' First Set of Requests for Production of Documents to the Pork Integrator Defendants |
| J | Excerpts of Defendant Agri Stats, Inc.'s Responses and Objections to All Plaintiffs' First Set of Requests for Production |
| K | Order Regarding Production of Electronically Stored Information and Paper Documents, dated February 20, 2019 |

| Exhibit | DESCRIPTION |
|---|---|
| L | Letter dated November 2, 2020 from Tiffany Rider, Esq. to Whitney Street, Esq., RE: *In re Pork Antitrust Litigation* Meet and Confer Regarding Tyson's Document Custodians. |
| M | Amended JBS USA Food Company's Disclosures Pursuant to the Court's February 7, 2019 Order |
| N | Article titled *Tyson Foods to mark 83 years with record share price, sustained growth*, dated February 6, 2018, by Kim Souza, published by Talk Business & Politics, *available at* https://talkbusiness.net/2018/02/tyson-foods-to-mark-83-years-with-record-share-price-sustained-growth/, last visited December 7, 2020. |
| O | Article titled *CEO Quits at Giant Tyson*, dated January 6, 2009, by Lauren Etter, Joann S. Lublin and Scott Kilman published by The Wall Street Journal |
| P | Article titled, Tyson CEO: The next step, dated August 15, 2020, by Stacey Roberts, published by the Arkansas Democratic Gazette, *available at*: https://www.arkansasonline.com/news/2010/aug/15/tyson-ceo-next-step-20100815/, last visited December 7, 2020. |
| Q | Agreement, dated as of October 3, 2010, between Tyson Foods, Inc. and John Tyson, submitted to the U.S. Securities and Exchange Commission, *available at*: https://www.sec.gov/Archives/edgar/data/100493/000119312510265708/dex1022.htm, last visited December 7, 2020. |
| R | Excerpts of Tyson Foods, Inc.'s December 17, 2010 Proxy Statement filed on Form 14-A with the U.S. Securities and Exchange Commission, *available at*: https://www.sec.gov/Archives/edgar/data/100493/000119312510283007/ddef14a.htm#toc125355_6, last visited December 7, 2020. |
| S | Excerpts of Tyson Foods, Inc.'s Annual Report for the Fiscal Year Ended October 3, 2020, *available at*: https://www.sec.gov/ix?doc=/Archives/edgar/data/100493/000010049320000132/tsn202010kq4.htm, last visited December 7, 2020. |
| T | Order Instituting Cease-And-Desist Proceedings Pursuant to Section 21C of the Securities and Exchange Act of 1934, Making Findings, and Imposing a Cease-and-Desist Order, *available at*: https://www.sec.gov/litigation/admin/2020/34-90170.pdf, last visited December 7, 2020. |
| U | Article titled *JBS: The Story Behind the World's Biggest Meat Producer*, dated April 21, 2011, by Karen Blankfeld, published by Forbes, *available at*: https://www.forbes.com/sites/kerenblankfeld/2011/04/21/jbs-the-story-behind-the-worlds-biggest-meat-producer/?sh=6d3f74d17e82, last visited December 7, 2020. |

3. Plaintiffs conducted a meet-and-confer with all Defendants on December 1, 2020, following Defendants' service on November 23, 2020 of Amended Responses and Objections to Plaintiffs' First Set of Requests for Production. As in previous meet-and-confers, during this meet-and-confer counsel for all Defendants reserved a purported right

- 3 -

to redact responsive work calendars generally for relevance. As in previous meet-and-confers, during this meet-and-confer Plaintiffs' counsel stated that such redactions do not comply with the stipulated ESI Protocol (ECF No. 292), which at Section II(K) restricts such redactions to discrete categories of information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of December, 2020 at Minneapolis, Minnesota.

*s/* Arielle S. Wagner
ARIELLE S. WAGNER

- 4 -