UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-cv-1776 (JRT/HB) |
| This Document Relates to:<br><br>ALL ACTIONS | |

**PLAINTIFFS' MEET AND CONFER STATEMENT FOR
MOTION TO COMPEL CUSTODIANS AND DOCUMENTS**

Counsel for Plaintiffs have met and conferred with counsel for all Defendants regarding Plaintiffs' Motion to Compel Custodians and Documents and the parties were not able to reach agreement.

Date:  December 7, 2020

Respectfully submitted,

*/s/ Bobby Pouya*
Bobby Pouya (Pro Hac Vice)
Clifford H. Pearson (Pro Hac Vice)
Daniel L. Warshaw (Pro Hac Vice)
Michael H. Pearson (Pro Hac Vice)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Melissa S. Weiner (MN #0387900)
Joseph C. Bourne (MN #0389922)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600

*/s/ Arielle S. Wagner*
Arielle S. Wagner (MN #0398332)
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Craig S. Davis (MN #0148192)
Simeon A. Morbey (MN #0391338)
Stephen M. Owen (MN # 0399370)
Stephanie A. Chen (MN #0400032)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
aswagner@locklaw.com
wjbruckner@locklaw.com
csdavis@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
smowen@locklaw.com

- 1 -

| | |
|---|---|
| Facsimile: (612) 389-0610<br>mweiner@pswlaw.com<br>jbourne@pswlaw.com | sachen@locklaw.com<br><br>Co-*Lead Class Counsel for Direct Purchaser Plaintiffs* |
| Bruce L. Simon<br>PEARSON, SIMON & WARSHAW, LLP<br>350 Sansome Street, Suite 680<br>San Francisco, CA 94104<br>Telephone: (415) 433-9000<br>Facsimile: (415) 433-9008<br>bsimon@pswlaw.com | |
| */s/* Shana E. Scarlett<br>Shana E. Scarlett<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>shanas@hbsslaw.com | */s/* Shawn M. Raiter<br>Shawn M. Raiter (MN# 240424)<br>LARSON • KING, LLP<br>2800 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101<br>Telephone: (651) 312-6518<br>sraiter@larsonking.com |
| Steve. W. Berman<br>Breanna Van Engelen<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 2nd Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>breannav@hbsslaw.com | Jonathan W. Cuneo<br>Joel Davidow<br>Blaine Finley<br>Yifei "Evelyn" Li<br>CUNEO GILBERT & LADUCA, LLP<br>4725 Wisconsin Avenue NW, Suite 200<br>Washington, DC 20016<br>Telephone: (202) 789-3960<br>jonc@cuneolaw.com<br>joel@cuneolaw.com<br>bfinley@cuneolaw.com<br>evelyn@cunelolaw.com |
| */s/* Daniel E. Gustafson<br>Daniel E. Gustafson (#202241)<br>Daniel C. Hedlund (#258337)<br>Michelle J. Looby (#388166)<br>Britany N. Resch (#0397656)<br>GUSTAFSON GLUEK PLLC<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844 | *Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs* |

- 3 -

Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

- 3 -

010736-11/1412087 V1