UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Civil No. 18-cv-1776 (JRT/HB) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO COMPEL CUSTODIANS AND DOCUMENTS**

Having come for hearing before the undersigned Magistrate Judge of the United States District Court for the District of Minnesota, and based upon all the files, records, proceedings, and arguments of counsel, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel Custodians and Documents is **GRANTED** in its entirety.

Accordingly, in producing work calendars in response to Request No. 5 of All Plaintiffs' First Set of Requests for Production of Documents to the Pork Integrator Defendants, and Request No. 16 of All Plaintiffs' First Set of Requests for Production of Documents to Agri Stats, Inc., Defendants may redact and/or withhold only the information specifically authorized under the ESI Protocol (ECF No. 292 at § II(K)). Defendants Tyson Foods, Inc., Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc. shall designate Don Tyson and John H. Tyson as Document Custodians in accordance with the ESI Protocol. Defendants JBS USA Food Company and JBS USA Food

Company Holdings shall designate Wesley Batista, Joesley Batista, Don Jackson, and Andrew Nogueira as Document Custodians in accordance with the ESI Protocol.

    SO ORDERED.

Dated _____, 2021

                                      By the Court:

                                      _____
                                      HON. HILDY BOWBEER
                                      Magistrate Judge