UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>All Actions | Case No. 0:18-cv-01776-JRT-HB<br>Hon. John R. Tunheim<br>Magistrate Judge Hildy Bowbeer |

**MEET AND CONFER STATEMENT FOR MOTION OF CLASS PLAINTIFFS FOR AN ORDER GRANTING DISCOVERY UNDER THE CABLE ACT**

Counsel for Class Plaintiffs have met and conferred with counsel for all Defendants regarding Class Plaintiffs' Motion for and Order Granting Discovery Under the Cable Act, and all Defendants have advised us that they take no position on this motion.

555385.1

Dated: December 9, 2020                     Respectfully submitted,

| | |
|---|---|
| */s/ Bobby Pouya* | */s/ Arielle S. Wagner* |
| Bobby Pouya (Pro Hac Vice) | Arielle S. Wagner (MN #0398332) |
| Clifford H. Pearson (Pro Hac Vice) | W. Joseph Bruckner (MN #0147758) |
| Daniel L. Warshaw (Pro Hac Vice) | Brian D. Clark (MN #0390069) |
| Michael H. Pearson (Pro Hac Vice) | Craig S. Davis (MN #0148192) |
| PEARSON SIMON & WARSHAW, LLP | Simeon A. Morbey (MN #0391338) |
| 15165 Ventura Boulevard, Suite 400 | Stephen M. Owen (MN # 0399370) |
| Sherman Oaks, CA 92403 | Stephanie A. Chen (MN #0400032) |
| Telephone: (818) 788-8300 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| Facsimile: (818) 788-8104 | 100 Washington Avenue South, Suite 2200 |
| cpearson@pswlaw.com | Minneapolis, MN 55401 |
| dwarshaw@pswlaw.com | Telephone: (612) 339-6900 |
| bpouya@pswlaw.com | Facsimile: (612) 339-0981 |
| mpearson@pswlaw.com | aswagner@locklaw.com |
| | wjbruckner@locklaw.com |
| Melissa S. Weiner (MN #0387900) | csdavis@locklaw.com |
| Joseph C. Bourne (MN #0389922) | bdclark@locklaw.com |
| PEARSON, SIMON & WARSHAW, LLP | samorbey@locklaw.com |
| 800 LaSalle Avenue, Suite 2150 | smowen@locklaw.com |
| Minneapolis, MN 55402 | sachen@locklaw.com |
| Telephone: (612) 389-0600 | |
| Facsimile: (612) 389-0610 | *Co-Lead Class Counsel for Direct Purchaser Plaintiffs* |
| mweiner@pswlaw.com | |
| jbourne@pswlaw.com | |
| | |
| Bruce L. Simon | |
| PEARSON, SIMON & WARSHAW, LLP | |
| 350 Sansome Street, Suite 680 | |
| San Francisco, CA 94104 | |
| Telephone: (415) 433-9000 | |
| Facsimile: (415) 433-9008 | |
| bsimon@pswlaw.com | |

/s/ *Shana E. Scarlett*
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve. W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

/s/ *Daniel E. Gustafson*
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Britany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

/s/ *Shawn M. Raiter*
Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

Jonathan W. Cuneo
Joel Davidow
Blaine Finley
Yifei "Evelyn" Li
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cunelolaw.com

*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*