UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>DPP and CIIPP Actions<br><br>_____<br><br>COMMONWEALTH OF PUERTO RICO,<br>                                Plaintiff,<br><br>v.<br><br>AGRI STATS, ET AL.,<br>                                Defendants.<br>_____<br><br>WINN-DIXIE STORES, INC., AND<br>BI-LO HOLDINGS, LLC,<br>                                Plaintiffs,<br><br>v.<br><br>AGRI STATS, ET AL.,<br>                                Defendants. | Case No. 18-cv-01776 (JRT-HB)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT SEABOARD CORPORATION WITHOUT PREJUDICE**<br><br>Case No. 19-cv-02723 (JRT-HB)<br><br><br><br><br><br>Case No. 19-cv-01578 (JRT-HB) |

       This matter came before the undersigned on the parties' Stipulation for Dismissal of Defendant Seaboard Corporation Without Prejudice. Based on all the files, records, and proceedings herein IT IS ORDERED that the parties' Stipulation is GRANTED as follows:

       1.     The Direct Purchaser Plaintiffs' Third Amended Complaint [*Pork* ECF No. 431] is DISMISSED WITHOUT PREJUDICE as to Seaboard Corporation.

- 2 -

2. The Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Complaint [*Pork* ECF No. 432] is DISMISSED WITHOUT PREJUDICE as to Seaboard Corporation.

3. The Commonwealth of Puerto Rico's Third Amended Complaint [*Puerto Rico* ECF No. 103] is DISMISSED WITHOUT PREJUDICE as to Seaboard Corporation.

4. Winn-Dixie Stores, Inc.'s and Bi-Lo Holdings, LLC's Second Amended Complaint [*Winn-Dixie* ECF No. 94] is DISMISSED WITHOUT PREJUDICE as to Seaboard Corporation.

Dated: _____         By the Court

 

_____
The Honorable John R. Tunheim
Chief United States District Judge