UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: ALL ACTIONS | Case No. 0:18-cv-01776-JRT-HB<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Kyle Pozan shall appear as counsel of record for Direct Purchaser Plaintiffs Maplevale Farms, Inc., Joe Christiana Food Distributors, Inc. and Olean Wholesale Grocery Cooperative, Inc., and the Direct Purchaser Plaintiff Class in this case.

Dated:  December 15, 2020     HART MCLAUGHLIN & ELDRIDGE, LLC

/s/ *Kyle Pozan*
Kyle Pozan (IL#6306761)
22 W. Washington St., Suite 1600
Chicago, Illinois  60602
T:  (312) 955-0545
F:  (312) 971-9243
kpozan@hmelegal.com

*Counsel for Direct Purchaser Plaintiffs Maplevale Farms, Inc., Joe Christiana Food Distributors, Inc. and Olean Wholesale Grocery Cooperative, Inc. and the Direct Purchaser Plaintiff Class*