UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL CONSUMER INDIRECT PURCHASER PLAINTIFF ACTIONS | No. 0:18-cv-01776-JRT-HB<br><br>**DEFENDANT SMITHFIELD FOODS, INC.'S ANSWER AND DEFENSES TO CONSUMER INDIRECT PURCHASER PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

Defendant Smithfield Foods, Inc. ("Smithfield") answers the Consumer Indirect Purchaser Plaintiffs' Second Amended Consolidated Class Action Complaint ("Complaint") as follows:

## ANSWER

In response to the Preamble, Smithfield admits that Plaintiffs have filed suit against it and the other Defendants, but denies that Plaintiffs are entitled to relief under applicable law.

1.      Smithfield lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first four sentences in paragraph 1.  Smithfield denies the allegations in the last two sentences in paragraph 1.[1]

---

[1]   On those occasions in the Complaint when Plaintiffs make allegations against all Defendants together, unless otherwise stated in this answer, Smithfield will answer for itself only, and any allegations directed against other Defendants will be denied. Smithfield incorporates this footnote by reference into its response to any paragraph in the Complaint that makes global allegations against Defendants as a group.

2.      Smithfield denies the allegations in the first and third sentences of paragraph 2.  Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the second and fourth sentences.  As for the fifth sentence, Smithfield admits that Plaintiffs pasted a screenshot of a photo into the Complaint but otherwise denies the allegations.

3.      As for paragraph 3, Smithfield denies that Agri Stats has had an anticompetitive impact on the supply or price of pork in the US but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations.

4.      As for the first three sentences of paragraph 4, Smithfield admits that Agri Stats is a subscription service but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations.  Smithfield denies the allegations in the fourth sentence.

5.      As for the fifth sentence in paragraph 5, Smithfield admits that benchmarking is a procompetitive business practice that is common in many US industries and that allows certain information to be sent to a third party but denies any other allegations.  As for the second sentence, Smithfield responds that the US hog, fresh pork, and packaged pork industries are competitive and that it makes independent, unilateral decisions as to the production and pricing of its products and denies any other allegations.  Smithfield denies the allegations in the last two sentences.

6.      Smithfield denies the allegations in paragraph 6.

7.      Smithfield denies the allegations in the first, second, and third sentences in paragraph 7.  The fourth sentence contains a quote from a Second Circuit decision and does

2

not require a response.  Smithfield denies the allegations in the fifth and sixth sentences. As for the seventh and ninth sentences, Smithfield denies that there was any conspiracy in the US pork industry but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations.  The eighth sentence contains a quote from a Second Circuit decision and does not require a response.

8.      Smithfield denies the allegations in paragraph 8.

9.      As for the first sentence of paragraph 9, Smithfield denies that there was any collusion in the US pork industry and denies that there was some abnormal shift in pricing during the relevant time frame but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations.  Smithfield denies the allegations in the second sentence.  Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the third sentence.  Smithfield denies the allegations in the fourth and fifth sentences, although Smithfield is unsure what Plaintiffs mean when they allege that there has been some form of unspecified testing on unspecified data and therefore lacks knowledge or information sufficient to form a belief about the truth of those allegations.  As for the sixth sentence, Smithfield is unsure what Plaintiffs mean when they say they somehow tested unspecified data in unspecified ways and thus lacks knowledge or information sufficient to form a belief about the truth of those allegations, but denies the remaining allegations.  Smithfield denies the allegations in the seventh sentence.

10.     Smithfield denies the allegations in paragraph 10.

11.     Smithfield denies the allegations in paragraph 11.

12.     Smithfield denies the allegations in paragraph 12.

13.     As for paragraph 13, Smithfield admits that Plaintiffs assert various causes of action but denies that Plaintiffs are entitled to any relief.

14.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the first two sentences in paragraph 14.  As for the last two sentences, Smithfield admits that Plaintiffs assert various causes of action on behalf of various putative classes but denies that Plaintiffs or any putative classes are entitled to any relief and denies that any class may be certified.

15.     Smithfield denies the allegations in the first sentence of paragraph 15. Smithfield admits that the second sentence lists the Defendants as of the date the Complaint was filed but denies that Plaintiffs are entitled to any relief.

16.     Smithfield denies the allegations in paragraph 16.

17.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the first two sentences of paragraph 17.  Smithfield admits the allegations in the last two sentences.

18.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence of paragraph 18.  As for the second sentence, Smithfield admits that Plaintiffs later put their spin on excerpts from a few examples of Agri Stats reports that are several years old (which are documents that speak for themselves and are the best evidence of their contents), but otherwise denies the allegations. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

19.     Smithfield denies the allegations in paragraph 19.

4

20.     Smithfield denies the allegations in the first two sentences of paragraph 20. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the third and fourth sentences, except to say that the referenced documents speak for themselves and are the best evidence of their contents.  As for the fifth, sixth, and seventh sentences, Smithfield responds that the Agri Stats report speaks for itself and is the best evidence of its contents and that there is a difference between showing actual, current prices of specified competitors and national averages, but Smithfield otherwise denies the allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

21.     As for paragraph 21, Smithfield admits that Plaintiffs purport to show an excerpt from an Agri Stats report from 2009, which speaks for itself and is the best evidence of its contents, but otherwise denies the allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

22.     As for the first two sentences in paragraph 22, Smithfield responds that the Agri Stats report speaks for itself and is the best evidence of its contents and that there is a difference between showing actual, current prices of specified competitors and national averages, but Smithfield otherwise denies the allegations.  Smithfield denies the allegations in the last two sentences.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

23.     As for paragraph 23, Smithfield responds that Agri Stats reports typically listed the companies that submitted information, that Agri Stats reports speak for

5

themselves and are the best evidence of their contents, and that Plaintiffs purport to paste a snippet from an Agri Stats report into the Complaint, but Smithfield otherwise denies the allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

24.    Smithfield admits the allegations in the first and second sentences of paragraph 24.  As for the third sentence, Smithfield admits that the reports it would receive from Agri Stats (which speak for themselves and are the best evidence of their contents) would identify Smithfield's own plants but denies that its copies of the reports would identify Cargill plants (or any other producer's plants) and denies any other allegations. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

25.    Smithfield denies the allegations in paragraph 25.

26.    As for paragraph 26, Smithfield admits that Plaintiffs refer to an excerpt from an Agri Stats report, further responds that the report speaks for itself and is the best evidence of its contents, and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

27.    As for the first sentence of paragraph 27, Smithfield responds that the Agri Stats report speaks for itself and is the best evidence of its contents and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.  Smithfield denies any characterization or description of a

6

document that contradicts the contents of the document or takes its contents out of context. Smithfield denies the allegations in the last two sentences.

28.    As for paragraph 28, Smithfield responds that the Agri Stats report speaks for itself and is the best evidence of its contents and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

29.    As for paragraph 29, Smithfield responds that the Agri Stats report speaks for itself and is the best evidence of its contents and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

30.    As for paragraph 30, Smithfield responds that the Agri Stats report speaks for itself and is the best evidence of its contents and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context. Smithfield further responds by denying the existence of a conspiracy, as alleged in the fourth sentence.

31.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the first two sentences of paragraph 31. Smithfield denies the allegations in the third sentence.

32.     Smithfield denies the allegations in the first sentence of paragraph 32.  As for the second sentence, Smithfield admits the general concept that it is sometimes possible in some circumstances to lower certain costs of production through negotiations with various third parties but lacks knowledge or information sufficient to form a belief about the truth of any remaining allegations.  As for the third sentence, Smithfield denies that it shared current data on prices and costs and lacks knowledge or information sufficient to form a belief about the truth of any remaining allegations.

33.     As for paragraph 33, Smithfield responds that Agri Stats reports speak for themselves and are the best evidence of their contents and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

34.     As for paragraph 34, Smithfield responds that Agri Stats reports speak for themselves and are the best evidence of their contents and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

35.     Smithfield denies the allegations in the first sentence of paragraph 35. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the other sentences.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their

contents.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

36.     Smithfield denies the allegations in the first sentence of paragraph 36. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the other sentences.   To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

37.     Smithfield denies the allegations in the first sentence of paragraph 37. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the other sentences.   To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

38.     Smithfield denies the allegations in the first two sentences of paragraph 38. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the other sentences.   To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

39.     Smithfield denies the allegations in the first sentence of paragraph 39. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the

allegations in the other sentences. To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

40. Smithfield denies the allegations in the first sentence of paragraph 40. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the other sentences. To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

41. Smithfield admits that the general statements in the first two sentences of paragraph 41 can be true in many circumstances. Smithfield denies the allegations in the third sentence. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the fourth and fifth sentences. To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

42. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 42. To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

43.     As for paragraph 43, Smithfield denies that the Agri Stats reports that it received contained current pricing, further responds that Agri Stats reports speak for themselves and are the best evidence of their contents, and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

44.     Smithfield denies the allegations in paragraph 44.

45.     As for paragraph 45, Smithfield responds that the Agri Stats reports speak for themselves and are the best evidence of their contents and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

46.     As for paragraph 46, Smithfield responds that the Agri Stats report speaks for itself and is the best evidence of its contents and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

47.     As for paragraph 47, Smithfield responds that the Agri Stats report speaks for itself and is the best evidence of its contents and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

11

48.     As for paragraph 48, Smithfield responds that the Agri Stats report speaks for itself and is the best evidence of its contents and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

49.     As for paragraph 49, Smithfield responds that the Agri Stats report speaks for itself and is the best evidence of its contents and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

50.     Smithfield denies the allegations in paragraph 50.

51.     As for paragraph 51, Smithfield responds that Agri Stats reports speak for themselves and are the best evidence of their contents and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

52.     Smithfield denies the allegations in paragraph 52.

53.     As for paragraph 53, Smithfield responds that the Agri Stats report speaks for itself and is the best evidence of its contents and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

12

54.     As for paragraph 54, Smithfield responds that the Agri Stats report speaks for itself and is the best evidence of its contents and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

55.     As for paragraph 55, Smithfield responds that the Agri Stats report speaks for itself and is the best evidence of its contents and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

56.     As for paragraph 56, Smithfield responds that the Agri Stats report speaks for itself and is the best evidence of its contents and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

57.     As for paragraph 57, Smithfield responds that the Agri Stats report speaks for itself and is the best evidence of its contents and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

58.     Smithfield denies the allegations in paragraph 58.

59.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 59.

60.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 60.

61.     Smithfield denies that there was any conspiracy in the pork industry, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 61.

62.     Smithfield denies that there was any conspiracy in the pork industry, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 62.

63.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 63.

64.     Smithfield denies the allegations in paragraph 64.

65.     Smithfield denies that there was any conspiracy in the pork industry, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 65.

66.     Smithfield denies that there was any conspiracy in the pork industry, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 66.

67.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 67.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their

14

contents. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

68. Smithfield denies that there was any conspiracy in the pork industry, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 68.

69. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 69.

70. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 70.

71. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 71.

72. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 72. To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

73. Smithfield denies that there was any conspiracy in the pork industry, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 73.

74. Smithfield denies that there was any conspiracy in the pork industry, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 74. To the extent Plaintiffs' allegations rely upon

documents, those documents speak for themselves and are the best evidence of their contents. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

75. As for paragraph 75, Smithfield admits that Plaintiffs appear to be quoting from a document, which speaks for itself and is the best evidence of its contents, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

76. Smithfield denies that there was any conspiracy in the pork industry, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 76.

77. Smithfield denies that there was any conspiracy in the pork industry, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 77. To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

78. As for paragraph 78, Plaintiffs appear to be quoting from a document, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations. To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents. Smithfield

16

denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

79.     As for paragraph 79, Plaintiffs appear to be quoting from a document, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

80.     Smithfield denies that there was any conspiracy in the pork industry, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 80.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

81.     As for paragraph 81, Smithfield admits that Agri Stats is a subscription service but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

82.     As for paragraph 82, Smithfield admits that Agri Stats is a subscription service but otherwise lacks knowledge or information sufficient to form a belief about the

17

truth of the allegations.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

83.     Smithfield denies the allegations in paragraph 83.

84.     As for paragraph 84, Smithfield denies the allegations as to itself but lacks knowledge or information sufficient to form a belief about the truth of the allegations as to other defendants.

85.     As for the first sentence in paragraph 85, Smithfield admits that the Agri Stats reports it received would list the other companies that had data represented in the reports but denies any remaining allegations.  As for the second sentence, Smithfield responds that the Agri Stats report speaks for itself and is the best evidence of its contents and further responds that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

86.     Smithfield denies the allegations in the first sentence of paragraph 86.  As for the last two sentences, Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations.

87.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 87.

88.     The allegations in paragraph 88 are very general and high-level.  Smithfield admits that the allegations are generally true for itself in most cases but cannot confirm that they would be true in literally every instance for itself or would be true for any other company.  Smithfield further responds that Agri Stats reports speak for themselves and are the best evidence of their contents.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

89.     Smithfield admits the allegations in the first sentence of paragraph 89.  As for the second and third sentences, Smithfield denies the allegations as to itself but is without knowledge or information sufficient to form a belief about the truth of the allegations as to other parties.

90.     As for the first sentence in paragraph 90, Smithfield denies the allegations as to itself but is without knowledge or information sufficient to form a belief about the truth of the allegations as to other parties.  Smithfield is without knowledge or information sufficient to form a belief about the truth of the allegations in the second and third sentences.

91.     Smithfield denies that there was any conspiracy in the pork industry, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 91.

92.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 92.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their

19

contents.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

93.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 93.

94.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 94.

95.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 95.

96.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 96.

97.    Smithfield denies that there was any conspiracy in the pork industry, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 97.

98.    Smithfield denies the allegations in paragraph 98.

99.    Smithfield denies the allegations in the first two sentences of paragraph 99. As for the remainder of paragraph 99, Smithfield admits that Plaintiffs have quoted a few sentences from a presentation, which speaks for itself and is the best evidence of its contents, but otherwise denies the allegations.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

100.    Smithfield denies the allegations in the first sentence of paragraph 100. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the

allegations in the second sentence.   To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

101.   Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 101.

102.   Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 102.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

103.   As for paragraph 103, Plaintiffs are apparently quoting excerpts from documents or transcripts, which speak for themselves and are the best evidence of their contents, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

104.   As for paragraph 104, Plaintiffs are apparently quoting a snippet from a transcript, which speaks for itself and is the best evidence of its contents, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

105.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 105.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

106.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 106.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

107.     As for paragraph 107, Smithfield admits that Plaintiffs have quoted a few sentences from a transcript, which speaks for itself and is the best evidence of its contents, but otherwise denies the allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

108.     As for paragraph 108, Smithfield admits that Plaintiffs have quoted a few sentences from a transcript, which speaks for itself and is the best evidence of its contents, but otherwise denies the allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

109.     As for paragraph 109, Plaintiffs are apparently quoting a snippet from a transcript, which speaks for itself and is the best evidence of its contents, but Smithfield

lacks knowledge or information sufficient to form a belief about the truth of the allegations. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

110.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 110.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

111.    As for paragraph 111, Smithfield admits that Plaintiffs have quoted a few sentences from a transcript, which speaks for itself and is the best evidence of its contents, but otherwise denies the allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

112.    Smithfield denies that there was any conspiracy in the pork industry, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 112.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

113.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 113.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their

contents. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

114. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 114. To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

115. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 115. To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

116. As for paragraph 116, Smithfield admits that Plaintiffs have quoted a few sentences from a transcript, which speaks for itself and is the best evidence of its contents, but otherwise denies the allegations. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

117. As for paragraph 117, Smithfield admits that Plaintiffs have quoted a snippet from a transcript, which speaks for itself and is the best evidence of its contents, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

24

118.    As for paragraph 118, Plaintiffs have quoted a snippet from a transcript, which speaks for itself and is the best evidence of its contents, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

119.    Smithfield denies the allegations in the first sentence of paragraph 119.  As for the second sentence, Smithfield admits that Plaintiffs quote a few sentences from a transcript, which speaks for itself and is the best evidence of its contents, but otherwise denies the allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.  Smithfield denies the allegations in the third sentence.

120.    Smithfield denies the allegations in the first sentence of paragraph 120.  As for the second sentence, Smithfield admits that Plaintiffs purport to quote from some source, which speaks for itself and is the best evidence of its contents, but lacks knowledge or information sufficient to form a belief about the truth of the allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.  As for the third sentence, Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations.

121.    Smithfield denies the allegations in paragraph 121 except it admits that Plaintiffs have quoted a portion of a transcript, which speaks for itself and is the best evidence of its contents.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

25

122.     As for paragraph 122, Smithfield admits that Plaintiffs have quoted a few sentences from a transcript, which speaks for itself and is the best evidence of its contents, but otherwise denies the allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

123.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 123.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

124.     Smithfield denies the allegations in the first two sentences of paragraph 124. As for the third sentence, Smithfield admits that Plaintiffs purport to have run various calculations in unknown ways using unidentified data but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations.

125.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence of paragraph 125 but notes that the data in Figure 2 do not seem to match the allegations.  Smithfield denies the allegations in the second and third sentences.

126.     Smithfield denies the allegations in the first sentence of paragraph 126.  As for the second sentence, Smithfield admits that Plaintiffs purport to have run some sort of calculations on unidentified data in unidentified ways but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations.

127.     Smithfield denies the allegations in the first and second sentences of paragraph 127.  As for the third sentence, Smithfield admits that Plaintiffs purport to have run some sort of calculations, on unidentified data in unidentified ways, that make no sense but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations.

128.     As for paragraph 128, Smithfield admits that Plaintiffs purport to have run some sort of calculations that make no sense but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations.

129.     As for the first two sentences of paragraph 129, Smithfield admits that Plaintiffs claim their experts examined certain factors in unspecified ways using unidentified data but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations.  Smithfield denies the allegations in the third sentence.

130.     As for paragraph 130, Smithfield admits that Plaintiffs refer to a chart but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations.

131.     As for paragraph 131, Smithfield admits that Plaintiffs refer to a chart that reflects an unidentified analysis but otherwise denies the allegations.

132.     As for paragraph 132, Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations as to how Plaintiffs compiled their various charts but otherwise denies the allegations.

133.     In paragraph 133, Smithfield admits that Plaintiffs have quoted a USDA paper, which speaks for itself and is the best evidence of its contents, but otherwise denies

27

the allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

134.   Paragraph 134 recites Plaintiffs' views on certain high-level economic principles that may or may not hold true for any particular company responding to a competitive situation in a particular market at a specific point in time.  A wide range of factors determines how a company prices its products and services, whether a company is profitable, and whether a company passes-on all or any portion of an increase in the cost of an input.  Smithfield denies the insinuation in paragraph 134 that there is a one-size-fits-all set of rules that governs all economic activity for all companies in all markets at all times and denies any other allegations.

135.   Smithfield admits the allegations in the first sentence in paragraph 135. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the second and third sentences.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

136.   Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 136.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

28

137.   Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 137.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

138.   Smithfield denies the allegations in paragraph 138.

139.   Smithfield denies the allegations in paragraph 139.

140.   Smithfield admits that the first sentence in paragraph 140 describes, at a high level, three stages in the production of pork in the US but denies any other allegations. Smithfield denies the allegations in the second sentence.  Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the third sentence.  As for the fourth sentence, Smithfield denies that vertical integration is pervasive in the pork industry but is without knowledge or information sufficient to form a belief about the truth of the remaining allegations.

141.   As for paragraph 141, Smithfield admits that Plaintiffs quoted a portion of an annual report from 2014, which speaks for itself and is the best evidence of its contents, but denies any other allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

142.   As for the first sentence in paragraph 142, Smithfield admits as an integrated company, it has control over its own production process and makes unilateral decisions as to which pork products it will sell and in which volumes, based upon its own view of how

best to compete, but Smithfield denies any other allegations. As for the highly generalized allegations in the last three sentences in paragraph 142 about pork production contracts, Smithfield responds that it: has various different contracts with third parties that raise company-owned hogs for fees that are structured various ways, denies that these third parties somehow become Smithfield employees under these contracts, denies that these contracts allow Smithfield to control the supply of pork, but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

143.    Smithfield admits that the chart shown in paragraph 143 lists several steps in the production of hogs, fresh pork, and packaged pork but denies that it necessarily includes every step. To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

144.    As for the first sentence in paragraph 144, Smithfield denies that it has colluded with any competitor, denies that the supposed economic concept mentioned here has any relevance to the US pork industry, lacks knowledge or information sufficient to form a belief about the truth of the allegation that vertical integration would make it easier to collude with a competitor, and denies any remaining allegations. As for the second sentence, Smithfield denies that a company that has a 5% share of any relevant market could be said to have "significant operations," admits that Smithfield produces hogs,

30

processes hogs, processes pork products, and engages in further processing pork products, but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations.

145.    Smithfield denies the allegations in paragraph 145.

146.    Smithfield denies the allegations in the first sentence in paragraph 146. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the second sentence.  As for the third sentence, Smithfield admits that Plaintiffs refer to a chart that estimates market share using an unknown methodology but otherwise denies the allegations.

147.    Smithfield denies the allegations in first and third sentences of paragraph 147.  Smithfield admits the allegations in the second sentence.

148.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 148.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

149.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 149.

150.    As for paragraph 150, Smithfield admits that the listed dates for transactions involving Smithfield are accurate, denies that the timeline accurately describes the details of those transactions, denies that the pork industry has seen increased concentration in

recent years, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations about other companies' transactions.

151.   Smithfield denies the allegations in paragraph 151.

152.   Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence in paragraph 152.  The allegations and chart in the second sentence are so vague and devoid of explanation, context, or support that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations.

153.   As for the first sentence of paragraph 153, Smithfield admits that courts and regulators often consider the HHI as one of many factors when analyzing whether a relevant market is concentrated but denies any other allegations.  The allegations in the second and third sentences are so vague and devoid of explanation, context, or support (e.g., Plaintiffs give no explanation as to how they defined a supposed market for "hog processing and intermediate pork processing," what they mean by that phrase, which companies they believe compete in whatever market they defined, what source(s) they used to determine market shares for each competitor, or what period of time is supposedly covered by their calculations) that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations.

154.   Smithfield denies the allegations in the first and third sentences of paragraph 154.  As for the second sentence, Smithfield admits that Plaintiffs quoted a portion of a WH Group Interim Report, which speaks for itself and is the best evidence of its contents, but otherwise denies the allegations.  Smithfield denies any characterization or description

of a document that contradicts the contents of the document or takes its contents out of context.

155.   Smithfield denies the allegations in the first sentence of paragraph 155.  As for the allegations in the second, fourth, and sixth sentences, Smithfield responds that they might be true in certain circumstances as to certain companies but denies that they are always true as to all companies, denies that construction and entry costs can be generalized in this manner, and denies any remaining allegations.  Smithfield admits the allegations in the third sentence.  Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the fifth sentence.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

156.   Smithfield denies the allegations in the first sentence in paragraph 156.  As for the second sentence, Smithfield denies that the conspiracy Plaintiffs allege ever existed but further responds that through the exercise of reasonable diligence, Plaintiffs could have discovered the facts they allege in their Complaint because, as shown on the face of the Complaint, those facts were public and not concealed.  Smithfield denies the allegations in the third and fourth sentences.

157.   As for paragraph 157, Smithfield denies that a conspiracy existed and denies the remaining allegations.

158.   Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 158.  To the extent Plaintiffs' allegations rely upon

documents, those documents speak for themselves and are the best evidence of their contents.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

159.   As for paragraph 159, Smithfield admits that Plaintiffs quote a portion of a statement, which speaks for itself and is the best evidence of its contents, but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

160.   As for the first two sentences in paragraph 160, Smithfield admits that Plaintiffs quote a sentence from a statement, which speaks for itself and is the best evidence of its contents, but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.  Smithfield denies the allegations in the third sentence.

161.   As for paragraph 161, Smithfield admits that Plaintiffs quote a snippet from a transcript, which speaks for itself and is the best evidence of its contents, but otherwise denies the allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

162.   As for the first sentence in paragraph 162, Smithfield admits that it truthfully answers market analysts' questions as to the factors that affect supply, demand, and pricing in the pork market but denies any other allegations.  As for the second sentence, Smithfield admits that Plaintiffs quote a portion of a transcript, which speaks for itself and is the best

evidence of its contents, but denies any other allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

163.    Smithfield denies the first two sentences in paragraph 163.  As for the third sentence, Smithfield admits that Plaintiffs quote a portion of an article, which speaks for itself and is the best evidence of its contents, but denies any other allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.  As for the fourth sentence, Smithfield admits that the referenced article "did not conclude that pork producers were engaged in a horizontal conspiracy," likely because there was and is no such conspiracy in the pork industry, but denies any other allegations.

164.    Smithfield denies the allegations in paragraph 164.

165.    Smithfield denies the allegations in paragraph 165.

166.    As for the first sentence in paragraph 166, Smithfield denies that there was a conspiracy and denies the remaining allegations.  As for the second sentence, Smithfield admits that the antitrust laws apply to the pork industry but lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.  Smithfield denies the allegations in the third sentence.

167.    Smithfield denies the allegations in paragraph 167.

168.    As for paragraph 168, Smithfield admits that Plaintiffs purport to state antitrust claims under various statutes and under both the *per se* rule and the rule of reason,

but Smithfield denies that Plaintiffs have stated a claim, denies that it has violated any laws, denies that Plaintiffs are entitled to any relief, and denies any remaining allegations.

169.   As for the first sentence of paragraph 169, Smithfield admits that it competes with numerous other companies to sell many different fresh and packaged pork products to customers and denies any other allegations.  Smithfield denies the allegations in the second sentence.

170.   Smithfield denies the allegations in the first sentence of paragraph 170. Smithfield admits that it subscribed to certain Agri Stats reports at certain points in time, but Smithfield is without knowledge or information sufficient to form a belief about the truth of the remaining allegations in the second sentence.

171.   Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the first two sentences of paragraph 171.  As for the third sentence, Smithfield admits that Plaintiffs quote an excerpt from an article, which speaks for itself and is the best evidence of its contents, but is without knowledge or information sufficient to form a belief about the truth of the remaining allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

172.   As for paragraph 172, Smithfield denies that there was a conspiracy, admits that Plaintiffs quote excerpts from an article, which speaks for itself and is the best evidence of its contents, but is without knowledge or information sufficient to form a belief about the truth of the remaining allegations.  Smithfield denies any characterization or description

of a document that contradicts the contents of the document or takes its contents out of context.

173.    As for paragraph 173, Smithfield admits that Plaintiffs quote an excerpt from a presentation, which speaks for itself and is the best evidence of its contents, but is without knowledge or information sufficient to form a belief about the truth of the remaining allegations. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

174.    As for the first sentence in paragraph 174, Smithfield admits that at certain points in time, it subscribed to certain Agri Stats benchmarking reports for the pork industry, but Smithfield is without knowledge or information sufficient to form a belief about the remaining allegations. As for the second sentence, Smithfield admits that during discovery in these cases, it disclosed Ms. Ward, Mr. Hilbrands, and Ms. Barger as three people who were responsive to the requested disclosure related to Agri Stats reports, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

175.    Smithfield admits that some courts in some cases analyze the question of market definition but denies any other allegations in the first sentence in paragraph 175. The second sentence contains a legal conclusion to which no response is required. To the extent a response is required, Smithfield denies the allegations. As for the third sentence, Smithfield admits that it contains Plaintiffs' characterization of their case but denies any other allegations.

176.    Smithfield denies the allegations in the first sentence of paragraph 176.  The second sentence is so vague and devoid of explanation, context, or support that Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations.

177.    Smithfield denies the allegations in paragraph 177.

178.    Paragraph 178 is internally inconsistent, contains a non-sequitur, and appears to mix and match different levels of the pork-production process.  As such, Smithfield denies that high barriers to entry exist and otherwise lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

179.    Smithfield denies the allegations in paragraph 179.

180.    The first and fourth sentences of paragraph 180 contain Plaintiffs' apparent views on general economic theories and on hypothetical scenarios in which hypothetical companies might theoretically have a reduced incentive to compete, but Smithfield denies that these high-level, theoretical scenarios have any relevance to the US pork industry and denies any other allegations.  As for the second sentence, Smithfield denies that it exchanged competitively sensitive information with competitors, admits that it participated in Agri Stats' legitimate benchmarking service, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.  Smithfield admits that the third sentence lists some of the ways in which Smithfield competes for customers in the highly competitive US pork industry.

181.    Smithfield denies the allegations in paragraph 181.

182.    Smithfield denies the allegations in paragraph 182.

183.     Smithfield denies the allegations in the first two sentences of paragraph 183. As for the third sentence, Smithfield admits that Plaintiffs quoted a portion of a WH Group Interim Report, which speaks for itself and is the best evidence of its contents, but otherwise denies the allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.  As for the fourth sentence, Smithfield denies that there was a conspiracy in the US pork industry and denies any other allegations.

184.     Smithfield denies the allegations in the first two sentences of paragraph 184. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the third sentence.  To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents. Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

185.     As for paragraph 185, Smithfield admits that Plaintiffs appear to be quoting from an unidentified source, which speaks for itself and is the best evidence of its contents, but Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

186.     As for paragraph 186, Smithfield admits that Agri Stats circulated various reports (which speak for themselves and are the best evidence of their contents) on various different categories of pork products but denies all other allegations.  Smithfield denies any

characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

187.    As for the first sentence in paragraph 187, Smithfield admits that it competes for customers on the basis of price (and other factors) but denies all other allegations. Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the second sentence.   To the extent Plaintiffs' allegations rely upon documents, those documents speak for themselves and are the best evidence of their contents.   Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

188.    As for the first and second sentences of paragraph 188, Smithfield admits that Plaintiffs describe general economic concepts adhered to by some economists but denies any other allegations.  Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the third sentence.

189.    Smithfield denies that the general economic concept referenced in the first sentence in paragraph 189 has any relevance to the US hog, fresh pork, or packaged pork industries.  Smithfield admits the allegations in the second sentence.  Smithfield denies the allegations in the third and fourth sentences.  As for the fifth sentence, Smithfield admits that Plaintiffs appear to be quoting from an unknown source, which speaks for itself and is the best evidence of its contents, but otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

190.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 190, other than to say Plaintiffs appear to be quoting from a PowerPoint slide from a presentation, which speaks for itself and is the best evidence of its contents.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

191.    Smithfield denies the allegations in paragraph 191.

192.    Smithfield admits that Plaintiffs appear to be quoting from an unknown source, which speaks for itself and is the best evidence of its contents, but Smithfield otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 192.  Smithfield denies any characterization or description of a document that contradicts the contents of the document or takes its contents out of context.

193.    Smithfield denies the allegations in paragraph 193.

194.    Smithfield denies the allegations in paragraph 194.

195.    As for the first two sentences of paragraph 195, Smithfield admits that Plaintiffs purport to state antitrust claims under various statutes, but Smithfield denies that Plaintiffs have stated a claim, denies that it has violated any laws, denies that Plaintiffs are entitled to any relief, and denies any remaining allegations.  Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the third sentence.  The fourth sentence states a legal conclusion to which no response is required. To the extent a response is required, Smithfield denies the allegations.

196.    Paragraph 196 states a legal conclusion to which no response is required.  To the extent a response is required, Smithfield denies the allegations.

41

197.    Paragraph 197 states a legal conclusion to which no response is required.  To the extent a response is required, Smithfield denies the allegations.

198.    Smithfield denies the allegations in paragraph 198.

199.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 199.

200.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 200.

201.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 201.

202.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 202.

203.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 203.

204.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 204.

205.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 205.

206.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 206.

207.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 207.

208.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 208.

209.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 209.

210.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 210.

211.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 211.

212.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 212.

213.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 213.

214.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 214.

215.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 215.

216.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 216.

217.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 217.

218.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 218.

219.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 219.

220.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 220.

221.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 221.

222.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 222.

223.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 223.

224.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 224.

225.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 225.

226.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 226.

227.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 227.

228.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 228.

229.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 229.

230.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 230.

231.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 231.

232.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 232.

233.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 233.

234.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 234.

235.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 235.

236.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 236.

237.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 237.

238.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 238.  Smithfield also notes that the Court dismissed all claims against IPC with prejudice.

239.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 239.

45

240.   Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 240.

241.   As for the allegations in the first sentence in paragraph 241, Smithfield admits that it is incorporated in the Commonwealth of Virginia, admits that it is owned by WH Group Ltd, which is an investment group based in Hong Kong, not the People's Republic of China, and denies any other allegations.  Smithfield admits the allegations in the second and third sentences in paragraph 241.

242.   Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 242.

243.   Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 243.

244.   Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 244.

245.   Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 245.

246.   As for paragraph 246, Smithfield admits that Plaintiffs seek to certify an injunctive-relief class and several state-specific damages classes, but Smithfield denies that any class may be certified and denies that Plaintiffs or any of their putative classes are entitled to any relief.

247.   As for paragraph 247, Smithfield admits that Plaintiffs purport to exclude various entities and people from their putative classes, but Smithfield denies that any class

may be certified and denies that Plaintiffs or any of their putative classes are entitled to any relief.

248.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 248.

249.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 249.

250.    Smithfield denies the allegations in paragraph 250.

251.    Smithfield denies the allegations in paragraph 251.

252.    Smithfield denies the allegations in paragraph 252.

253.    Smithfield denies the allegations in paragraph 253.

254.    As for paragraph 254, Smithfield denies that a certified class action in any of these cases would generate any efficiencies, denies that any class may be certified, and denies that Plaintiffs are entitled to any relief.

255.    As for paragraph 255, Smithfield admits that Plaintiffs seek to certify various classes, but Smithfield denies that any class may be certified and denies that Plaintiffs or any of their putative classes are entitled to any relief.

256.    Smithfield denies the allegations in paragraph 256.

257.    Smithfield denies the allegations in paragraph 257.

258.    Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence of paragraph 258.  As for the second sentence, Smithfield denies that there was any overcharge, denies that any alleged

overcharge could be traced to any subsequent transactions, but lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

259.   Paragraph 259 recites Plaintiffs' views on certain high-level economic principles that may or may not hold true for any particular company responding to a competitive situation in a particular market at a specific point in time.  A wide range of factors determines how a company prices its products and services, whether a company is profitable, and whether a company passes-on all or any portion of an increase in the cost of an input.  Smithfield denies the insinuation in paragraph 259 that there is a one-size-fits-all set of rules that governs economic activity for all companies in all markets at all times and denies any other allegations.  Smithfield denies any remaining allegations.

260.   Smithfield denies that there was an overcharge, denies that any alleged overcharge could be traced to any subsequent transactions, and denies any remaining allegations in paragraph 260.

261.   Smithfield denies that there was an overcharge, denies that any alleged overcharge could be traced to any subsequent transactions, and denies any remaining allegations in paragraph 261.

262.   Smithfield denies the allegations in paragraph 262.

263.   Smithfield denies the allegations in paragraph 263.

264.   Smithfield denies the allegations in paragraph 264.

265.   Smithfield incorporates by reference its prior responses.

266.   Smithfield denies the allegations in paragraph 266.

267.   Smithfield denies the allegations in paragraph 267.

48

268.   Smithfield denies the allegations in paragraph 268.

269.   Smithfield denies the allegations in paragraph 269.

270.   Smithfield denies the allegations in paragraph 270.

271.   Smithfield incorporates by reference its prior responses.

272.   Smithfield denies the allegations in paragraph 272.

273.   Smithfield denies the allegations in paragraph 273.

274.   Smithfield denies the allegations in paragraph 274.

275.   Smithfield denies the allegations in paragraph 275.

276.   Smithfield denies the allegations in paragraph 276.

277.   Smithfield denies the allegations in paragraph 277.

278.   Smithfield denies the allegations in paragraph 278.

279.   Smithfield denies the allegations in paragraph 279.

280.   Smithfield denies the allegations in paragraph 280.

281.   Smithfield denies the allegations in paragraph 281.

282.   Smithfield denies the allegations in paragraph 282.

283.   Smithfield denies the allegations in paragraph 283.

284.   Smithfield denies the allegations in paragraph 284.

285.   Smithfield incorporates by reference its prior responses.

286.   Smithfield admits that Plaintiffs purport to state claims under various state antitrust statutes but denies that Plaintiffs are entitled to any relief.

287.   Smithfield incorporates by reference its prior responses.

288.   Smithfield denies the allegations in paragraph 288.

49

289.    Smithfield denies the allegations in paragraph 289.

290.    Smithfield denies the allegations in paragraph 290.

291.    Smithfield denies the allegations in paragraph 291.

292.    Smithfield denies the allegations in paragraph 292.

293.    Smithfield denies the allegations in paragraph 293.

294.    Smithfield denies the allegations in paragraph 294.

295.    Smithfield incorporates by reference its prior responses.

296.    Paragraph 296 states Plaintiffs' view of the law and requires no response.  To the extent a response is required, Smithfield denies the allegations.

297.    Smithfield admits that in paragraph 297, Plaintiffs quote a portion of a California statute but denies that Plaintiffs are entitled to any relief under the statute.

298.    Paragraph 298 states a proposition of law to which no response is required. To the extent a response is required, Smithfield denies the allegations.

299.    Paragraph 299 states propositions of law to which no response is required. To the extent a response is required, Smithfield denies the allegations.

300.    Smithfield lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 300.  Smithfield denies the allegations in the second sentence.

301.    Smithfield denies the allegations in paragraph 301.

302.    Smithfield denies the allegations in paragraph 302.

303.    Smithfield incorporates by reference its prior responses.

304.    In Paragraph 304, Smithfield admits that Plaintiffs quote a portion of a statute but denies that Plaintiffs are entitled to any relief under the statute.

305.    Smithfield lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 305. Smithfield denies the allegations in the second sentence.

306.    Paragraph 306 states propositions of law to which no response is required. To the extent a response is required, Smithfield denies the allegations.

307.    Smithfield denies the allegations in paragraph 307.

308.    Smithfield denies the allegations in paragraph 308.

309.    Smithfield incorporates by reference its prior responses.

310.    In paragraph 310, Smithfield admits that Plaintiffs quote a portion of a statute but denies that Plaintiffs are entitled to any relief under the statute.

311.    Smithfield lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 311. Smithfield denies the allegations in the second sentence.

312.    Paragraph 312 states propositions of law to which no response is required. To the extent a response is required, Smithfield denies the allegations.

313.    Smithfield denies the allegations in paragraph 313.

314.    Smithfield denies the allegations in paragraph 314.

315.    Smithfield denies the allegations in paragraph 315.

316.    Smithfield incorporates by reference its prior responses.

317.     In paragraph 317, Smithfield admits that plaintiffs quote a portion of a statute but denies that plaintiffs are entitled to any relief under the statute.

318.     Smithfield lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 318.  Smithfield denies the allegations in the second sentence.

319.     Smithfield denies the allegations in paragraph 319.

320.     Smithfield denies the allegations in paragraph 320.

321.     Smithfield incorporates by reference its prior responses.

322.     In paragraph 322, Smithfield admits that plaintiffs quote a portion of a statute but denies that plaintiffs are entitled to any relief under the statute.

323.     Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence of paragraph 323.  Smithfield denies the allegations in the second sentence.

324.     Paragraph 324 states a proposition of law to which no response is required. To the extent a response is required, Smithfield denies the allegations.

325.     Smithfield denies the allegations in paragraph 325.

326.     Smithfield denies the allegations in paragraph 326.

327.     Smithfield incorporates by reference its prior responses.

328.     Paragraph 328 states a proposition of law to which no response is required. To the extent a response is required, Smithfield denies the allegations.

329.     Smithfield lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 329.  Smithfield denies the allegations in the second sentence.

330.     Paragraph 330 states a proposition of law to which no response is required. To the extent a response is required, Smithfield denies the allegations.

331.     Smithfield denies the allegations in paragraph 331.

332.     Smithfield denies the allegations in paragraph 332.

333.     Smithfield incorporates by reference its prior responses.

334.     In paragraph 334, Smithfield admits that plaintiffs quote a portion of a statute but denies that Plaintiffs are entitled to any relief under the statute.

335.     Smithfield lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 335.  Smithfield denies the allegations in the second sentence.

336.     Paragraph 336 states a proposition of law to which no response is required. To the extent a response is required, Smithfield denies the allegations.

337.     Smithfield denies the allegations in paragraph 337.

338.     Smithfield denies the allegations in paragraph 338.

339.     Smithfield incorporates by reference its prior responses.

340.     Paragraph 340 contains Plaintiffs' view of the law and requires no response. To the extent a response is required, Smithfield denies the allegations.

341.    Smithfield lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 341.  Smithfield denies the allegations in the second sentence.

342.    Paragraph 342 states a proposition of law to which no response is required. To the extent a response is required, Smithfield denies the allegations.

343.    Smithfield denies the allegations in paragraph 343.

344.    Smithfield denies the allegations in paragraph 344.

345.    Dismissed.

346.    Dismissed.

347.    Dismissed.

348.    Dismissed.

349.    Dismissed.

350.    Dismissed.

351.    Dismissed.

352.    Dismissed.

353.    Dismissed.

354.    Smithfield incorporates by reference its prior responses.

355.    Paragraph 355 contains Plaintiffs' view of the law to which no response is required.  To the extent a response is required, Smithfield denies the allegations.

356.    Smithfield lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 356.  Smithfield denies the allegations in the second sentence.

357.    Paragraph 357 states a proposition of law to which no response is required. To the extent a response is required, Smithfield denies the allegations.

358.    Smithfield denies the allegations in paragraph 358.

359.    Smithfield denies the allegations in paragraph 359.

360.    Smithfield incorporates by reference its prior responses.

361.    Paragraph 361 contains Plaintiffs' view of the law to which no response is required.  To the extent a response is required, Smithfield denies the allegations.

362.    Smithfield lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 362.  Smithfield denies the allegations in the second sentence.

363.    Paragraph 363 states a proposition of law to which no response is required. To the extent a response is required, Smithfield denies the allegations.

364.    Smithfield denies the allegations in paragraph 364.

365.    Smithfield denies the allegations in paragraph 365.

366.    Smithfield incorporates by reference its prior responses.

367.    As for paragraph 367, Smithfield admits that Plaintiffs quote a portion of a statute but denies that Plaintiffs are entitled to any relief under the statute.

368.    Paragraph 368 states Plaintiffs' view of the law to which no response is required.  To the extent a response is required, Smithfield denies the allegations.

369.    Smithfield lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 369.  Smithfield denies the allegations in the second sentence.

370.    Paragraph 370 states a proposition of law to which no response is required. To the extent a response is required, Smithfield denies the allegations.

371.    Smithfield denies the allegations in paragraph 371.

372.    Smithfield denies the allegations in paragraph 372.

373.    Smithfield denies the allegations in paragraph 373.

374.    Smithfield denies the allegations in paragraph 374.

375.    Smithfield incorporates by reference its prior responses.

376.    Paragraph 376 contains Plaintiffs' view of the law to which no response is required.  To the extent a response is required, Smithfield denies the allegations.

377.    Smithfield lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 377.  Smithfield denies the allegations in the second sentence.

378.    Paragraph 378 states a proposition of law to which no response is required. To the extent a response is required, Smithfield denies the allegations.

379.    Smithfield denies the allegations in paragraph 379.

380.    Smithfield denies the allegations in paragraph 380.

381.    Smithfield incorporates by reference its prior responses.

382.    Paragraph 382 states a proposition of law to which no response is required. To the extent a response is required, Smithfield denies the allegations.

383.    Smithfield lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 383.  Smithfield denies the allegations in the second sentence.

384.     Paragraph 384 states a proposition of law to which no response is required. To the extent a response is required, Smithfield denies the allegations.

385.     Smithfield denies the allegations in paragraph 385.

386.     Smithfield denies the allegations in paragraph 386.

387.     Smithfield incorporates by reference its prior responses.

388.     Paragraph 388 states Plaintiffs' view of the law to which no response is required.  To the extent a response is required, Smithfield denies the allegations.

389.     Smithfield lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 389.  Smithfield denies the allegations in the second sentence.

390.     Paragraph 390 states a proposition of law to which no response is required. To the extent a response is required, Smithfield denies the allegations.

391.     Smithfield denies the allegations in paragraph 391.

392.     Smithfield denies the allegations in paragraph 392.

393.     Smithfield incorporates by reference its prior responses.

394.     Smithfield denies the allegations in paragraph 394.

395.     Smithfield denies the allegations in paragraph 395.

396.     Smithfield denies the allegations in paragraph 396.

397.     Smithfield denies the allegations in paragraph 397.

398.     Smithfield denies the allegations in paragraph 398.

399.     Smithfield incorporates by reference its prior responses.

400.     Paragraph 400 states Plaintiffs' view of the law to which no response is required.  To the extent a response is required, Smithfield denies the allegations.

401.     Smithfield lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 401.  Smithfield denies the allegations in the second sentence.

402.     Paragraph 402 states a proposition of law to which no response is required.  To the extent a response is required, Smithfield denies the allegations.

403.     Smithfield denies the allegations in paragraph 403.

404.     Smithfield denies the allegations in paragraph 404.

405.     Smithfield incorporates by reference its prior responses.

406.     Paragraph 406 states Plaintiffs' view of the law to which no response is required.  To the extent a response is required, Smithfield denies the allegations.

407.     Smithfield lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 407.  Smithfield denies the allegations in the second sentence.

408.     The first sentence of paragraph 408 states a proposition of law to which no response is required.  To the extent a response is required, Smithfield denies the allegations. Smithfield denies the allegations in the second sentence.  Smithfield further responds that the Court dismissed all damages claims arising before July 15, 2013.

409.     Smithfield denies the allegations in paragraph 409.  Smithfield further responds that the Court dismissed all damages claims arising before July 15, 2013.

58

410.    Smithfield denies the allegations in paragraph 410.    Smithfield further responds that the Court dismissed all damages claims arising before July 15, 2013.

411.    Smithfield incorporates its prior responses.

412.    Paragraph 412 states Plaintiffs' view of the law to which no response is required.  To the extent a response is required, Smithfield denies the allegations.

413.    Smithfield denies the allegations in paragraph 413.

414.    Smithfield denies the allegations in paragraph 414.

415.    Smithfield denies the allegations in paragraph 415.

416.    Smithfield lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 416.  Smithfield denies the allegations in the second and third sentences.

417.    Smithfield denies the allegations in paragraph 417.

418.    Smithfield denies the allegations in paragraph 418.

419.    Smithfield incorporates its prior responses.

420.    As for paragraph 420, Smithfield admits that Plaintiffs quote a portion of a statute but denies that Plaintiffs are entitled to any relief under the statute.

421.    Smithfield lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 421.  Smithfield denies the allegations in the second sentence.

422.    Paragraph 422 states a proposition of law to which no response is required. To the extent a response is required, Smithfield denies the allegations.

423.    Smithfield denies the allegations in paragraph 423.

424.   Smithfield denies the allegations in paragraph 424.

425.   Smithfield incorporates by reference its prior responses.

426.   Smithfield denies the allegations in paragraph 426.

427.   Smithfield denies the allegations in paragraph 427.

428.   Smithfield denies the allegations in paragraph 428.

429.   Smithfield denies the allegations in paragraph 429.

430.   Smithfield incorporates by reference its prior responses.

431.   As for paragraph 431, Smithfield admits that Plaintiffs assert claims under various state consumer-protection statutes but denies the Plaintiffs are entitled to any relief.

432.   Smithfield incorporates by reference its prior responses.

433.   Smithfield denies the allegations in paragraph 433.

434.   Smithfield denies the allegations in paragraph 434.

435.   Smithfield denies the allegations in paragraph 435.

436.   Smithfield denies the allegations in paragraph 436.

437.   Smithfield denies the allegations in paragraph 437.

438.   Smithfield denies the allegations in paragraph 438.

439.   Smithfield denies the allegations in paragraph 439.

440.   Smithfield denies the allegations in paragraph 440.

441.   Smithfield denies the allegations in paragraph 441.

442.   Smithfield incorporates by reference its prior responses.

443.   Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 443.

444.   Smithfield denies the allegations in paragraph 444.

445.   Smithfield denies the allegations in paragraph 445.

446.   Smithfield denies the allegations in paragraph 446.

447.   Smithfield denies the allegations in paragraph 447.

448.   Smithfield denies the allegations in paragraph 448.

449.   Smithfield denies the allegations in paragraph 449.

450.   Smithfield denies the allegations in paragraph 450.

451.   Smithfield denies the allegations in paragraph 451.

452.   Smithfield incorporates by reference its prior responses.

453.   As for paragraph 453, Smithfield admits that Plaintiffs quote a portion of a statute but denies that Plaintiffs are entitled to any relief under the statute.

454.   As for paragraph 454, Plaintiffs give their view of the law, to which no response is required, and quote a statute.  To the extent a response is required, Smithfield denies the allegations and denies that Plaintiffs are entitled to any relief under the statute.

455.   As for paragraph 455, Plaintiffs give their view of the law to which no response is required.  To the extent a response is required, Smithfield denies the allegations.

456.   Paragraph 456 states a proposition of law to which no response is required. To the extent a response is required, Smithfield denies the allegations.

457.   Smithfield lacks knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence of paragraph 457.  Smithfield denies the allegations in the second sentence.

458.   Smithfield denies the allegations in paragraph 458.

459.   Smithfield denies the allegations in paragraph 459.

460.   Smithfield denies the allegations in paragraph 460.

461.   Smithfield denies the allegations in paragraph 461.

462.   Smithfield denies the allegations in paragraph 462.

463.   Smithfield denies the allegations in paragraph 463.

464.   Smithfield incorporates by reference its prior responses.

465.   Smithfield denies the allegations in paragraph 465.

466.   Smithfield denies the allegations in paragraph 466.

467.   Smithfield denies the allegations in paragraph 467.

468.   Smithfield denies the allegations in paragraph 468.

469.   Smithfield incorporates by reference its prior responses.

470.   Smithfield denies the allegations in paragraph 470.

471.   Smithfield denies the allegations in paragraph 471.

472.   Smithfield denies the allegations in paragraph 472.

473.   Smithfield denies the allegations in paragraph 473.

474.   Smithfield denies the allegations in paragraph 474.

475.   Smithfield denies the allegations in paragraph 475.

476.   Smithfield denies the allegations in paragraph 476.

477.   Smithfield denies the allegations in paragraph 477.

478.   Dismissed.

479.   Dismissed.

480.   Dismissed.

481.   Dismissed.

482.   Dismissed.

483.   Dismissed.

484.   Dismissed.

485.   Dismissed.

486.   Dismissed.

487.   Dismissed.

488.   Dismissed.

489.   Dismissed.

490.   Dismissed.

491.   Dismissed.

492.   Dismissed.

493.   Dismissed.

494.   Dismissed.

495.   Dismissed.

496.   Dismissed.

497.   Dismissed.

498.   Dismissed.

499.   Dismissed.

500.   Smithfield incorporates by reference its prior responses.

501.   Smithfield denies the allegations in paragraph 501.

502.   Smithfield denies the allegations in paragraph 502.

503.    Smithfield denies the allegations in paragraph 503.

504.    Smithfield denies the allegations in paragraph 504.

505.    Smithfield denies the allegations in paragraph 505.

506.    Smithfield denies the allegations in paragraph 506.

507.    Smithfield denies the allegations in paragraph 507.

508.    Smithfield denies the allegations in paragraph 508.

509.    Smithfield denies the allegations in paragraph 509.

510.    Smithfield incorporates by reference its prior responses.

511.    Smithfield denies the allegations in paragraph 511.

512.    Smithfield denies the allegations in paragraph 512.

513.    Smithfield denies the allegations in paragraph 513.

514.    Smithfield denies the allegations in paragraph 514.

515.    Smithfield denies the allegations in paragraph 515.

516.    Smithfield denies the allegations in paragraph 516.

517.    Smithfield denies the allegations in paragraph 517.

518.    Smithfield denies the allegations in paragraph 518.

519.    Smithfield denies the allegations in paragraph 519.

520.    Dismissed.

521.    Dismissed.

522.    Dismissed.

523.    Dismissed.

524.    Dismissed.

525.   Dismissed.

526.   Dismissed.

527.   Dismissed.

528.   Dismissed.

529.   Dismissed.

530.   Dismissed.

531.   Smithfield incorporates by reference its prior responses.

532.   Smithfield denies the allegations in paragraph 532.

533.   Smithfield denies the allegations in paragraph 533.

534.   Smithfield denies the allegations in paragraph 534.

535.   Smithfield denies the allegations in paragraph 535.

536.   Smithfield denies the allegations in paragraph 536.

537.   Smithfield denies the allegations in paragraph 537.

538.   Smithfield denies the allegations in paragraph 538.

539.   Smithfield denies the allegations in paragraph 539.

540.   Smithfield denies the allegations in paragraph 540.

541.   Smithfield denies the allegations in paragraph 541.

542.   Smithfield incorporates by reference its prior responses.

543.   Smithfield denies the allegations in paragraph 543.

544.   Smithfield denies the allegations in paragraph 544.

545.   Smithfield denies the allegations in paragraph 545.

546.   Smithfield denies the allegations in paragraph 546.

547.   Smithfield denies the allegations in paragraph 547.

548.   Smithfield denies the allegations in paragraph 548.

549.   Smithfield denies the allegations in paragraph 549.

550.   Smithfield denies the allegations in paragraph 550.

551.   Smithfield denies the allegations in paragraph 551.

552.   Smithfield incorporates by reference its prior responses.

553.   Smithfield denies the allegations in paragraph 553.

554.   Smithfield denies the allegations in paragraph 554.

555.   Smithfield denies the allegations in paragraph 555.

556.   Smithfield denies the allegations in paragraph 556.

557.   Smithfield denies the allegations in paragraph 557.

558.   Smithfield denies the allegations in paragraph 558.

559.   Smithfield denies the allegations in paragraph 559.

560.   Smithfield denies the allegations in paragraph 560.

561.   Smithfield denies the allegations in paragraph 561.

562.   Smithfield incorporates by reference its prior responses.

563.   Smithfield denies the allegations in paragraph 563.

564.   Smithfield denies the allegations in paragraph 564.

565.   Smithfield denies the allegations in paragraph 565.

566.   Smithfield denies the allegations in paragraph 566.

567.   Smithfield denies the allegations in paragraph 567.

568.   Smithfield denies the allegations in paragraph 568.

569.    Smithfield denies the allegations in paragraph 569.

570.    Smithfield denies the allegations in paragraph 570.

571.    Smithfield denies the allegations in paragraph 571.

572.    Smithfield denies the allegations in paragraph 572.

573.    Smithfield denies the allegations in paragraph 573.

574.    Smithfield denies the allegations in paragraph 574.

575.    Smithfield incorporates by reference its prior responses.

576.    Smithfield denies the allegations in paragraph 576.

577.    Smithfield denies the allegations in paragraph 577.

578.    Smithfield denies the allegations in paragraph 578.

579.    Smithfield denies the allegations in paragraph 579.

580.    Smithfield denies the allegations in paragraph 580.

581.    Smithfield denies the allegations in paragraph 581.

582.    Smithfield denies the allegations in paragraph 582.

583.    Smithfield denies the allegations in paragraph 583.

584.    Dismissed.

585.    Dismissed.

586.    Dismissed.

587.    Dismissed.

588.    Dismissed.

589.    Dismissed.

590.    Dismissed.

591.    Dismissed.

592.    Dismissed.

593.    Dismissed.

594.    Dismissed.

595.    Dismissed.

596.    Dismissed.

597.    Dismissed.

598.    Dismissed.

599.    Dismissed.

600.    Dismissed.

601.    Dismissed.

602.    Dismissed.

603.    Dismissed.

604.    Dismissed.

605.    Dismissed.

606.    Dismissed.

607.    Dismissed.

608.    Dismissed.

609.    Dismissed.

610.    Dismissed.

611.    Dismissed.

612.    Smithfield incorporates by reference its prior responses.

613.   Smithfield denies the allegations in paragraph 613.

614.   Smithfield denies the allegations in paragraph 614.   Smithfield further responds that the Court dismissed the unjust-enrichment claims under the common law of the states of Arizona, Florida, North Dakota, and Utah.

615.   Smithfield denies any and all allegations contained in Plaintiffs' request for relief (including paragraphs 615-22), denies that any class may be certified, denies that Plaintiffs are entitled to any relief, and requests that Plaintiffs take nothing in this suit and that this matter be dismissed with prejudice, with costs and fees awarded to Smithfield.

## DEFENDANT'S AFFIRMATIVE DEFENSES

1.   Plaintiffs fail, in whole or in part, to state a claim upon which relief could be granted.

2.   To the extent that Plaintiffs seek to collect compensatory damages, penalties, punitive damages, exemplary damages, attorneys' fees and expenses, and other monetary relief from Smithfield, they seek a recovery that is so grossly excessive and inequitable that it would violate the Due Process Clause of the Fifth and Fourteenth Amendments of the United States Constitution.

3.   Smithfield has engaged in no behavior that it knew to be, or could reasonably foresee would ever be found to be, improper or forbidden under the federal law alleged by Plaintiffs, and thus neither actual nor treble damages may be awarded against it.

4.   Some or all of the damages sought in these consolidated cases on behalf of the alleged classes of indirect purchasers are duplicative of damages sought on behalf of the alleged class of direct purchasers, under a theory of "passing-on" or otherwise.  Double

recovery of the same damages should not be permitted because, among other reasons, it would violate the Fifth and Fourteenth Amendments of the United States Constitution and various states' antitrust statutes.

5.      Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations and/or laches.

6.      Plaintiffs' claims are barred, in whole or in part, by waiver, ratification, and/or estoppel.

7.      To the extent Plaintiffs claim that Smithfield fraudulently concealed any actions, Plaintiffs have failed to allege this fraud with the particularity required by Federal Rule of Civil Procedure 9(b).

8.      Plaintiffs' claims are barred, in whole or in part, because any alleged anti-competitive effects of the conduct alleged by Plaintiffs do not outweigh the pro-competitive benefits.

9.      Plaintiffs' claims are barred, in whole or in part, because Smithfield's conduct did not cause harm to competition in any relevant market.

10.     Plaintiffs' claims are barred, in whole or in part, because Smithfield acted unilaterally, in furtherance of its independent business interests.

11.     Plaintiffs' claims are barred, in whole or in part, because any contracts or agreements between Smithfield and any other person were lawful business arrangements and cannot support a claim that Smithfield engaged in any unlawful conspiracy.

12.     Plaintiffs' claims are barred, in whole or in part, because they did not suffer antitrust injury.

13.     Plaintiffs' claims are barred, in whole or in part, because Plaintiffs' claimed injuries and damages were not legally or proximately caused by any act or omission of Smithfield, or were caused, if at all, by the conduct of third parties, including, without limitation, the previous, intervening, or superseding conduct of such third parties.

14.     To the extent Plaintiffs have sustained damages, if any, they have failed to mitigate those damages and are therefore barred from recovering damages in whole or in part.

15.     Plaintiffs' damages claims are barred, in whole or in part, because they have suffered no damages or because the damages they seek are speculative and uncertain.

16.     Plaintiffs' claims are barred, in whole or in part, because of a failure to join necessary and/or indispensable parties.

17.     Plaintiffs' claims are barred, in whole or in part, because of the *Copperweld* doctrine.

18.     Plaintiffs' claims are barred, in whole or in part, because Smithfield did not act knowingly, willfully, or intentionally.

19.     Plaintiffs' claims are barred, in whole or in part, by the doctrines of *in pari delicto*, involvement, participation, equal involvement, complete involvement, and unclean hands.

20.     Plaintiffs' claims are barred, in whole or in part, because they lack standing to bring some or all of their claims.

21.    Plaintiffs' claims are barred, in whole or in part, because Defendant's actions were required, permitted, or approved by federal or state law, regulation, or regulatory body.

22.    Plaintiffs' claims are barred, in whole or in part, under certain consumer-fraud and/or consumer-protection statutes because Plaintiffs did not rely on—or were not induced to act by—Smithfield's conduct.

23.    Plaintiffs' unjust-enrichment claims are barred, in whole or in part, because Plaintiffs did not confer any direct or indirect benefit on Smithfield.

24.    Plaintiffs' unjust-enrichment claims are barred, in whole or in part, because Plaintiffs have an adequate remedy at law.

25.    Plaintiffs' unjust-enrichment claims are barred, in whole or in part, because Plaintiffs received the benefit of the bargain.

26.    Plaintiffs' unjust-enrichment and restitution claims are barred, in whole or in part, to the extent that they have never had an ownership or vested interest in the money or property sought to be recovered from Smithfield.

27.    Plaintiffs' claim for damages under the California UCL is barred because damages are not recoverable under the UCL.

28.    Smithfield adopts by reference any applicable defense pleaded by any other Defendant that is not otherwise expressly set forth in this Answer.

29.    In stating these affirmative defenses, Smithfield does not concede that it has the burden of proof on any of the aforementioned defenses and denials.

72

**PRAYER FOR RELIEF**

WHEREFORE, Defendant Smithfield Foods, Inc. denies that Plaintiffs are entitled to any relief whatsoever and respectfully requests: (a) that Plaintiffs take nothing by their action; (b) that this Court dismiss Plaintiffs' claims with prejudice; (c) that this Court assess costs and fees against Plaintiffs; and (d) that this Court award Smithfield Foods, Inc. such other and further relief to which it may be justly entitled.

Dated: December 16, 2020

/s/ Brian E. Robison
John A. Cotter (134296)
John A. Kvinge (0392303)
LARKIN HOFFMAN DALY &
LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 896-3340
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian E. Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
(214) 698-3370
brobison@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*

104182393.2

73