# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 18-cv-1776 (JRT/HB) |
| This Document Relates to:<br><br>ALL CONSUMER INDIRECT PURCHASER ACTIONS | **ANSWER TO CONSUMER INDIRECT PURCHASER PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

Tyson Foods, Inc. Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc. ("Tyson"), by and through the undersigned counsel, submits its answer and affirmative defenses to the Complaint filed by Consumer Indirect Purchaser Plaintiffs ("Plaintiffs") on November 6, 2019 as follows:

1.      Paragraph 1 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

2.      The allegations set forth in Paragraph 2 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. Further, to the extent that the allegations in Paragraph 2 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

3.     The allegations set forth in Paragraph 3 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 and, therefore, denies these allegations.

4.     The allegations set forth in Paragraph 4 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 and, therefore, denies these allegations. Further, to the extent that the allegations in Paragraph 4 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. Tyson denies any remaining allegations in Paragraph 4.

5.     Tyson denies the allegations in Paragraph 5.

6.     Tyson admits only that Tyson and some other pork producers submit information to Agri Stats and Agri Stats reports anonymized information to Tyson for pro-competitive benchmarking purposes. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 6 and, therefore, denies these allegations. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

7.     Tyson only admits only that Tyson and some other pork producers submit information to Agri Stats and Agri Stats reports anonymized information to Tyson for pro-competitive benchmarking purposes, as it has done since at least the mid-1990s. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations

in Paragraph 7 and, therefore, denies these allegations. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

8.     To the extent that the allegations in Paragraph 8 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. Tyson denies any remaining allegations in Paragraph 8 and generally and specifically denies the conspiracy alleged in the Complaint.

9.     Paragraph 9 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. To the extent the allegations in Paragraph 9 purport to relate to Tyson, Tyson denies these allegations. To the extent that the allegations in Paragraph 9 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

10.     Paragraph 10 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

11.     Paragraph 11 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. To the extent the allegations in Paragraph 11 purport to relate to Tyson, Tyson denies these allegations. To the extent that the allegations in Paragraph 11 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and,

therefore, denies these allegations. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

12.     Tyson denies the allegations in Paragraph 12.

13.     Paragraph 13 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

14.     Paragraph 14 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 14 and, therefore, denies these allegations.

15.     Paragraph 15 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

16.     Paragraph 16 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. To the extent that the allegations in Paragraph 16 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 and, therefore, denies these allegations. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

17.     The allegations set forth in Paragraph 17 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this

Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 and, therefore, denies these allegations. To the extent the allegations in Paragraph 17 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

18.     Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and, therefore, denies these allegations.

19.     Paragraph 19 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. To the extent that the allegations in Paragraph 19 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. To the extent the allegations in Paragraph 19 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson denies any remaining allegations in Paragraph 19. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

20.     The allegations set forth in Paragraph 20 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and, therefore, denies these allegations. To the extent the allegations in Paragraph 20 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and

denies any characterization or description that is inconsistent therewith. Tyson denies any remaining allegations in Paragraph 20.

21.     To the extent the allegations in Paragraph 21 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

22.     To the extent the allegations in Paragraph 22 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. To the extent that the allegations in Paragraph 22 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. Tyson denies any remaining allegations in Paragraph 22. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

23.     To the extent that the allegations in Paragraph 23 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. To the extent the allegations in Paragraph 23 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson denies any remaining allegations in Paragraph 23. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

24.     The allegations set forth in Paragraph 24 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and, therefore, denies these allegations. To the extent the allegations in Paragraph 24 characterize or

describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson denies the remaining allegations in Paragraph 24.

25.     Paragraph 25 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 25 and, therefore, denies these allegations. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

26.     The allegations set forth in Paragraph 26 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and, therefore, denies these allegations. To the extent the allegations in Paragraph 26 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson denies any remaining allegations in Paragraph 26.

27.     Paragraph 27 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 27 and, therefore, denies these allegations. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

28.     To the extent the allegations in Paragraph 28 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

29.     To the extent the allegations in Paragraph 29 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 29 and, therefore, denies these allegations.

30.     The allegations set forth in Paragraph 30 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 and, therefore, denies these allegations. To the extent that the allegations in Paragraph 30 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. To the extent the allegations in Paragraph 30 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

31.     To the extent the allegations in Paragraph 31 purport to relate to Tyson, Tyson denies these allegations. To the extent that the allegations in Paragraph 31 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. To the extent the allegations in Paragraph 31 characterize or describe documents or other sources,

Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson denies any remaining allegations in Paragraph 31.

32.     Paragraph 32 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

33.     To the extent the allegations in Paragraph 33 purport to relate to Tyson, Tyson denies them. To the extent that the allegations in Paragraph 33 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. To the extent the allegations in Paragraph 33 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson denies any remaining allegations in Paragraph 33. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

34.     Tyson admits that Tyson and some other pork producers submit information to Agri Stats and Agri Stats reports anonymized information to Tyson for pro-competitive benchmarking purposed. To the extent that the allegations in Paragraph 34 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. To the extent the allegations in Paragraph 34 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson denies any remaining allegations in Paragraph 34. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

35.     Paragraph 35 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. To the extent the allegations in Paragraph 35 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

36.     Paragraph 36 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. To the extent that the allegations in Paragraph 36 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. To the extent the allegations in Paragraph 36 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

37.     Paragraph 37 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. To the extent that the allegations in Paragraph 37 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. To the extent the allegations in Paragraph 37 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

38.     Tyson admits only that Tyson and some other pork producers submit information to Agri Stats and Agri Stats reports anonymized information to Tyson for pro-competitive benchmarking purposes. Paragraph 38 contains Plaintiffs' characterization of their claims and/or

legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson denies the conspiracy alleged in the Complaint. To the extent the allegations in Paragraph 38 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson specifically denies the characterization of the emails referenced in Paragraph 38. To the extent that the allegations in Paragraph 38 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations.

39.     To the extent the allegations in Paragraph 39 purport to relate to Tyson, Tyson denies the allegations. To the extent that the allegations in Paragraph 39 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 39 and, therefore, denies these allegations.

40.     Tyson admits only that Noel White became CEO of Tyson Foods in September 2018. To the extent the allegations in Paragraph 40 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

41.     To the extent the allegations in Paragraph 41 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson denies any remaining

allegations in Paragraph 41. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

42.     The allegations set forth in Paragraph 42 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 and, therefore, denies these allegations. To the extent the allegations in Paragraph 42 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

43.     To the extent the allegations in Paragraph 43 purport to relate to Tyson, Tyson denies the allegations. To the extent that the allegations in Paragraph 43 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. To the extent the allegations in Paragraph 43 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson denies any remaining allegations in Paragraph 43.

44.     Tyson generally and specifically denies the conspiracy alleged in the Complaint. Tyson denies the allegations in Paragraph 44.

45.     The allegations set forth in Paragraph 45 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 and, therefore, denies these allegations. To the extent the allegations in Paragraph 45 characterize or

describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson denies any remaining allegations in Paragraph 45.

46.     The allegations set forth in Paragraph 46 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 and, therefore, denies these allegations. To the extent the allegations in Paragraph 46 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson denies any remaining allegations in Paragraph 46.

47.     Paragraph 47 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. To the extent the allegations in Paragraph 47 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson denies any remaining allegations in Paragraph 47.

48.     The allegations set forth in Paragraph 48 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 and, therefore, denies these allegations. To the extent the allegations in Paragraph 48 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

49.     The allegations set forth in Paragraph 49 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. To the extent the allegations in Paragraph 49 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson denies any remaining allegations in Paragraph 49.

50.     Paragraph 50 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson generally and specifically denies the conspiracy in the Complaint.

51.     To the extent the allegations in Paragraph 51 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson denies any remaining allegations in Paragraph 51.

52.     Tyson admits that Tyson and some other pork producers submit information to Agri Stats and Agri Stats reports anonymized information to Tyson for pro-competitive benchmarking purposes. To the extent the allegations in Paragraph 52 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. To the extent that the allegations in Paragraph 52 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. Tyson denies any remaining allegations in Paragraph 52.

53.     The allegations set forth in Paragraph 53 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

54.     To the extent the allegations in Paragraph 54 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

55.     To the extent the allegations in Paragraph 55 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

56.     The allegations set forth in Paragraph 56 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 and, therefore, denies these allegations. To the extent the allegations in Paragraph 56 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson denies any remaining allegations in Paragraph 56.

57.     To the extent the allegations in Paragraph 57 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

58.     Paragraph 58 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies

such characterizations and/or conclusions. Tyson denies any remaining allegations in Paragraph 58. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

59.     Tyson admits that it submits information to Agri Stats and Agri Stats reports anonymized information to Tyson for pro-competitive benchmarking purposes. Tyson further admits that Agri Stats has worked with Tyson at times to ensure standardization of the data collected. To the extent the remaining allegations in Paragraph 59 purport to relate to Tyson, Tyson denies these allegations. To the extent that the allegations in Paragraph 59 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations.

60.     To the extent that the allegations in Paragraph 60 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. To the extent the allegations in Paragraph 60 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson denies any remaining allegations in Paragraph 60.

61.     Paragraph 61 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

62.     Paragraph 62 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

63.     The allegations set forth in Paragraph 63 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 and, therefore, denies these allegations. To the extent that the allegations in Paragraph 63 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations.

64.     Paragraph 64 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

65.     Paragraph 65 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

66.     Paragraph 66 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

67.     To the extent the allegations in Paragraph 67 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

68.     Paragraph 68 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies

such characterizations and/or conclusions. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

69.     Tyson admits that it submits information to Agri Stats and Agri Stats reports anonymized information to Tyson for pro-competitive benchmarking purposes. Tyson admits that Agri Stats has worked with Tyson at times to ensure standardization of the data collected. To the extent the remaining allegations in Paragraph 69 purport to relate to Tyson, Tyson denies these allegations. To the extent that the allegations in Paragraph 69 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations.

70.     The allegations set forth in Paragraph 70 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 and, therefore, denies these allegations. To the extent that the allegations in Paragraph 70 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. Tyson denies any remaining allegations in Paragraph 70.

71.     The allegations set forth in Paragraph 71 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71 and, therefore, denies these allegations.

72.     The allegations set forth in Paragraph 72 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this

Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72 and, therefore, denies these allegations. To the extent the allegations in Paragraph 72 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

73.     Tyson admits that Agri Stats employees made site visits to Tyson facilities, but denies the characterization of these visits as set forth in Paragraph 73. To the extent that the allegations in Paragraph 73 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. Tyson denies any remaining allegations in Paragraph 73. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

74.     To the extent the allegations in Paragraph 74 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. To the extent that the allegations in Paragraph 74 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

75.     The allegations set forth in Paragraph 75 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75 and, therefore, denies these allegations. To the extent the allegations in Paragraph 75 characterize or

describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

76.     Paragraph 76 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. To the extent that the allegations in Paragraph 76 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

77.     Tyson admits that Tyson and some other pork producers submit information to Agri Stats and Agri Stats reports anonymized information to Tyson for pro-competitive benchmarking purposes. To the extent that the allegations in Paragraph 77 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. To the extent the allegations in Paragraph 77 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

78.     Tyson admits that Tyson and some other pork producers submit information to Agri Stats and Agri Stats reports anonymized information to Tyson for pro-competitive benchmarking purposes. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 78 and, therefore, denies these allegations.

79.     To the extent the allegations in Paragraph 79 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

80.     The allegations set forth in Paragraph 80 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80 and, therefore, denies these allegations. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

81.     The allegations set forth in Paragraph 81 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 and, therefore, denies these allegations.

82.     The allegations set forth in Paragraph 82 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82 and, therefore, denies these allegations. To the extent the allegations in Paragraph 82 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

83.     The allegations set forth in Paragraph 83 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 83 and, therefore, denies these allegations. To the extent that the allegations in Paragraph 83 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

84.     Paragraph 84 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson denies any remaining allegations in Paragraph 84. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

85.     To the extent that the allegations in Paragraph 85 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. To the extent the allegations in Paragraph 85 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

86.     To the extent that the allegations in Paragraph 86 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. To the extent the allegations in Paragraph 86 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

87.     The allegations set forth in Paragraph 87 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this

Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87 and, therefore, denies these allegations.

88.     Tyson admits only to receiving quarterly and monthly reports from Agri Stats. To the extent that the allegations in Paragraph 88 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. To the extent the allegations in Paragraph 88 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 88 and, therefore, denies these allegations.

89.     Tyson admits that it received reports mailed to it by Agri Stats. To the extent the remaining allegations in Paragraph 89 purport to relate to Tyson, Tyson denies such allegations. To the extent that the allegations in Paragraph 89 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations.

90.     Paragraph 90 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. To the extent that the allegations in Paragraph 90 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations.

91.     Paragraph 91 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies

such characterizations and/or conclusions. Tyson denies any remaining allegations in

Paragraph 91. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

92.     The allegations set forth in Paragraph 92 are not directed to Tyson and, therefore,

no response is required from Tyson. To the extent any of the allegations set forth in this

Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 92 and,

therefore, denies these allegations.

93.     The allegations set forth in Paragraph 93 are not directed to Tyson and, therefore,

no response is required from Tyson. To the extent any of the allegations set forth in this

Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 93 and,

therefore, denies these allegations. To the extent the allegations refer to the complaints in the

*Broiler Chicken Antitrust Litigation* contained the allegations in Paragraph 93, such pleadings

speak for themselves. Tyson denies the remaining allegations in Paragraph 93. Tyson generally

and specifically denies the conspiracy alleged in the Complaint.

94.     Paragraph 94 contains Plaintiffs' characterization of their claims and/or legal

conclusions to which no response is required. To the extent a response is required, Tyson denies

such characterizations and/or conclusions. To the extent the allegations refer to the complaints in

the *Broiler Chicken Antitrust Litigation* contained the allegations in Paragraph 94, such

pleadings speak for themselves. Tyson denies any remaining allegations in Paragraph 94. Tyson

generally and specifically denies the conspiracy alleged in the Complaint.

95.     The allegations set forth in Paragraph 95 are not directed to Tyson and, therefore,

no response is required from Tyson. To the extent any of the allegations set forth in this

Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 95 and, therefore, denies these allegations. To the extent the allegations refer to the complaints in the *Broiler Chicken Antitrust Litigation* contained the allegations in Paragraph 95 such pleadings speak for themselves. Tyson denies any remaining allegations in Paragraph 95. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

96.     To the extent the allegations refer to any order in the *Broiler Chicken Antitrust Litigation* contained the allegations in Paragraph 96, such orders speak for themselves. Tyson denies any remaining allegations in Paragraph 96.

97.     Paragraph 97 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson denies any remaining allegations in Paragraph 97. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

98.     Tyson states that numerous factors and events throughout the alleged Class Period, including a Swine Flu in 2009 to 2010, and the PEDv epidemic in 2014, impacted Tyson's pork production, and that Tyson makes production decisions based solely on its independent business judgment. Paragraph 98 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. To the extent the allegations in Paragraph 98 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

99.      Paragraph 99 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. To the extent the allegations in Paragraph 99

characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

100.    Tyson states that numerous factors and events throughout the alleged Class Period, including a Swine Flu in 2009 to 2010, and the PEDv epidemic in 2014, impacted Tyson's pork production, and that Tyson makes production decisions based solely on its independent business judgment. Paragraph 100 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. To the extent the allegations in Paragraph 100 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

101.    The allegations set forth in Paragraph 101 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101 and, therefore, denies these allegations.

102.    Tyson states that numerous factors and events throughout the alleged Class Period, including a Swine Flu in 2009 to 2010, and the PEDv epidemic in 2014, impacted Tyson's pork production, and that Tyson makes production decisions based solely on its independent business judgment. To the extent the allegations in Paragraph 102 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

103.     The allegations set forth in Paragraph 103 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103 and, therefore, denies these allegations.

104.     The allegations set forth in Paragraph 104 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104 and, therefore, denies these allegations.

105.     Tyson states that numerous factors and events throughout the alleged Class Period, including a Swine Flu in 2009 to 2010, and the PEDv epidemic in 2014, impacted Tyson's pork production, and that Tyson makes production decisions based solely on its independent business judgment. To the extent the allegations in Paragraph 105 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

106.     The allegations set forth in Paragraph 106 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106 and, therefore, denies these allegations.

107.     The allegations set forth in Paragraph 107 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 107 and, therefore, denies these allegations.

108.    The allegations set forth in Paragraph 108 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108 and, therefore, denies these allegations.

109.    The allegations set forth in Paragraph 109 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109 and, therefore, denies these allegations.

110.    The allegations set forth in Paragraph 110 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110 and, therefore, denies these allegations.

111.    The allegations set forth in Paragraph 111 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111 and, therefore, denies these allegations.

112.    Paragraph 112 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies

such characterizations and/or conclusions. To the extent the allegations in Paragraph 112 purport to relate to Tyson, Tyson denies them. To the extent that the allegations in Paragraph 112 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations.

113.    Tyson states that numerous factors and events throughout the alleged Class Period, including a Swine Flu in 2009 to 2010, and the PEDv epidemic in 2014, impacted Tyson's pork production, and that Tyson makes production decisions based solely on its independent business judgment. To the extent the allegations in Paragraph 113 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

114.    The allegations set forth in Paragraph 114 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114 and, therefore, denies these allegations.

115.    The allegations set forth in Paragraph 115 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115 and, therefore, denies these allegations.

116.    The allegations set forth in Paragraph 116 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 116 and, therefore, denies these allegations.

117.    The allegations set forth in Paragraph 117 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117 and, therefore, denies these allegations.

118.    The allegations set forth in Paragraph 118 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118 and, therefore, denies these allegations.

119.    To the extent the allegations in Paragraph 119 purport to relate to Tyson, Tyson denies them. To the extent that the allegations in Paragraph 119 relate to other Defendants and/or third parties to this action, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119 and, therefore, denies these allegations.

120.    To the extent the allegations in Paragraph 120 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

121.    The allegations set forth in Paragraph 121 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121 and, therefore, denies these allegations.

122. The allegations set forth in Paragraph 122 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122 and, therefore, denies these allegations.

123. The allegations set forth in Paragraph 123 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123 and, therefore, denies these allegations.

124. Tyson specifically denies the conspiracy alleged in the Complaint. Paragraph 124 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

125. The allegations set forth in Paragraph 125 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125 and, therefore, denies these allegations.

126. Tyson states that numerous factors and events throughout the alleged Class Period, including a Swine Flu in 2009 to 2010, and the PEDv epidemic in 2014, impacted Tyson's pork production, and that Tyson makes production decisions based solely on its independent business judgment. Paragraph 126 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is

required, Tyson denies such characterizations and/or conclusions. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126 and, therefore, denies these allegations.

127.     Tyson states that Between 2009 and 2018, Tyson purchased approximately 95% of its hogs from independent hog farmers and that an increase in hog prices increases Tyson's cost of production, and Tyson is unable to increase its pork prices in response to a rise in hog prices. Paragraph 127 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson denies the allegations in Paragraph 127. To the extent that the allegations in Paragraph 127 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. To the extent the allegations in Paragraph 127 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

128.     Paragraph 128 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

129.     Paragraph 129 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129 and, therefore, denies these allegations.

130.     Tyson states that Between 2009 and 2018, Tyson purchased approximately 95% of its hogs from independent hog farmers and that an increase in hog prices increases Tyson's

cost of production, and Tyson is unable to increase its pork prices in response to a rise in hog prices. Paragraph 130 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. To the extent the allegations in Paragraph 130 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130 and, therefore, denies these allegations.

131. The allegations set forth in Paragraph 131 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131 and, on that basis, denies them.

132. Tyson denies the allegations in Paragraph 132. Paragraph 132 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

133. To the extent the allegations in Paragraph 133 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. Tyson denies any remaining allegations in Paragraph 133.

134. Paragraph 134 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions

135.     To the extent the allegations in Paragraph 135 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

136.     To the extent the allegations in Paragraph 136 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

137.     To the extent the allegations in Paragraph 137 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

138.     Tyson specifically denies the conspiracy alleged in the Complaint. Paragraph 138 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

139.     Tyson denies that it is vertically integrated and states that Between 2009 and 2018, Tyson purchased approximately 95% of its hogs from independent hog farmers. Tyson specifically denies the conspiracy alleged in the Complaint. Paragraph 139 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson denies the allegations in Paragraph 139.

140.     Tyson denies that it is vertically integrated and states that Between 2009 and 2018, Tyson purchased approximately 95% of its hogs from independent hog farmers. Paragraph 140 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson denies the allegations in Paragraph 140.

141.    The allegations set forth in Paragraph 141 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141 and, therefore, denies these allegations.

142.    Tyson denies that it is vertically integrated and states that between 2009 and 2018, Tyson purchased approximately 95% of its hogs from independent hog farmers. Paragraph 142 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 142 and, therefore, denies these allegations.

143.    To the extent the allegations in Paragraph 143 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

144.    Tyson denies that it is vertically integrated and states that Between 2009 and 2018, Tyson purchased approximately 95% of its hogs from independent hog farmers. Paragraph 144 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson denies any remaining allegations in Paragraph 144.

145.    Tyson specifically denies the conspiracy alleged in the Complaint. Paragraph 145 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

146.    Paragraph 146 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. To the extent that the allegations in Paragraph 146 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. To the extent the allegations in Paragraph 146 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

147.    Tyson denies that it is vertically integrated and states that between 2009 and 2018, Tyson purchased approximately 95% of its hogs from independent hog farmers. Paragraph 147 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson denies the allegations in Paragraph 147.

148.    The allegations set forth in Paragraph 148 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 148 and, therefore, denies these allegations.

149.    Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149 and, therefore, denies these allegations.

150.    Tyson admits that Cargill acquired one of Tyson Food's pork packing divisions in 1995. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 150 and, therefore, denies these allegations.

151.     Paragraph 151 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

152.     Paragraph 152 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

153.     Paragraph 153 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

154.     Paragraph 154 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. To the extent that the allegations in Paragraph 154 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

155.     Paragraph 155 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 155 and, therefore, denies these allegations.

156.     Paragraph 156 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies

such characterizations and/or conclusions. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

157.    Tyson denies the allegations in Paragraph 157.

158.    The allegations set forth in Paragraph 158 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 158 and, therefore, denies these allegations.

159.    The allegations set forth in Paragraph 159 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159 and, therefore, denies these allegations.

160.    The allegations set forth in Paragraph 160 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson¸ Tyson lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 160 and, therefore, denies these allegations. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

161.    The allegations set forth in Paragraph 161 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in

Paragraph 161 and, therefore, denies these allegations. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

162.     The allegations set forth in Paragraph 162 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 162 and, therefore, denies these allegations.

163.     Paragraph 163 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 163 and, therefore, denies these allegations. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

164.     Tyson denies the allegations in Paragraph 164.

165.     Tyson specifically denies the conspiracy alleged in the Complaint. Paragraph 165 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

166.     Tyson specifically denies the conspiracy alleged in the Complaint. Paragraph 166 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

167.     Tyson denies the allegations in Paragraph 167.

168.     Tyson specifically denies the conspiracy alleged in the Complaint. Paragraph 168 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson denies the allegations in Paragraph 168.

169.     Tyson denies the conspiracy alleged in the Complaint. Tyson admits only that it competes in the pork industry for sales of pork. Tyson denies the remaining allegations in Paragraph 169.

170.     Tyson generally and specifically denies the conspiracy alleged in the Complaint. Tyson admits only that Tyson and some other pork producers submit information to Agri Stats and Agri Stats reports anonymized information to Tyson for pro-competitive benchmarking purposes. To the extent the remaining allegations in Paragraph 170 purport to relate to Tyson, Tyson denies these allegations.

171.     To the extent the allegations in Paragraph 171 purport to relate to Tyson, Tyson denies the allegations. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 171 and, therefore, denies these allegations.

172.     Tyson specifically denies the conspiracy alleged in the Complaint. To the extent that the allegations in Paragraph 172 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations.

173.     To the extent the allegations in Paragraph 173 purport to relate to Tyson, Tyson denies the allegations. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 173 and, therefore, denies these allegations. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

174.     Tyson admits that it directly submits certain information to Agri Stats about its pork operations for procompetitive benchmarking purposes. To the extent the allegations in Paragraph 174 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith. To the extent that the allegations in Paragraph 174 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations.

175.     Paragraph 175 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Paragraph 175 contains Plaintiffs' explanation of a defined term, to which no response is required.

176.     Paragraph 176 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

177.     Paragraph 177 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

178.     Paragraph 178 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson denies the allegations in Paragraph 178.

179.     Paragraph 179 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

180.     Paragraph 180 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson denies the allegations in Paragraph 180. Tyson generally and specifically denies the conspiracy alleged in the Complaint.

181.     Tyson denies the allegations in Paragraph 181.

182.     Paragraph 182 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

183.     Tyson specifically denies the conspiracy alleged in the Complaint. Paragraph 183 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. To the extent that the allegations in Paragraph 183 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations.

184.     Paragraph 184 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

185.     To the extent the allegations in Paragraph 185 characterize or describe documents or other sources, Tyson notes that such sources speak for themselves and denies any characterization or description that is inconsistent therewith.

186.     Paragraph 186 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson lacks knowledge or information sufficient to

form a belief as to the truth of the remaining allegations in Paragraph 186 and, therefore, denies these allegations.

187.    Paragraph 187 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 187 and, therefore, denies these allegations.

188.    Paragraph 188 contains Plaintiff's characterization of its claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or allegations.

189.    Tyson admits only that it is required to pay a legislatively-mandated "Pork Checkoff." Paragraph 189 contains Plaintiff's characterization of its claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or allegations. Tyson denies knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 189, and on that basis denies them.

190.    To the extent that the allegations in Paragraph 190 relate to other Defendants and/or third parties to this action, Tyson denies knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies these allegations.

191.    Tyson denies the conspiracy alleged in the Complaint. Tyson denies the allegations in Paragraph 191.

192.    The allegations set forth in Paragraph 192 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in

43

this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 192 and, therefore, denies these allegations.

193.    Tyson specifically denies the conspiracy alleged in the Complaint. Tyson denies the allegations in Paragraph 193.

194.    Tyson specifically denies the conspiracy alleged in the Complaint. Tyson denies the allegations in Paragraph 194.

195.    Paragraph 195 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

196.    Tyson admits the allegations in Paragraph 196.

197.    Tyson admits the allegations in Paragraph 197.

198.    Tyson denies the conspiracy alleged in the Complaint.

199.    The allegations set forth in Paragraph 199 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199 and, therefore, denies these allegations.

200.    The allegations set forth in Paragraph 200 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200 and, therefore, denies these allegations.

201.     The allegations set forth in Paragraph 201 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 201 and, therefore, denies these allegations.

202.     The allegations set forth in Paragraph 202 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 202 and, therefore, denies these allegations.

203.     The allegations set forth in Paragraph 203 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 203 and, therefore, denies these allegations.

204.     The allegations set forth in Paragraph 204 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 204 and, therefore, denies these allegations.

205.     The allegations set forth in Paragraph 205 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson. Tyson lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 205 and, therefore, denies these allegations.

206.    The allegations set forth in Paragraph 206 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 206 and, therefore, denies these allegations.

207.    The allegations set forth in Paragraph 207 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 207 and, therefore, denies these allegations.

208.    The allegations set forth in Paragraph 208 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 208 and, therefore, denies these allegations.

209.    The allegations set forth in Paragraph 209 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 209 and, therefore, denies these allegations.

210.    The allegations set forth in Paragraph 210 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in

this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 210 and, therefore, denies these allegations.

211.     The allegations set forth in Paragraph 211 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 211 and, therefore, denies these allegations.

212.     The allegations set forth in Paragraph 212 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 212 and, therefore, denies these allegations.

213.     The allegations set forth in Paragraph 213 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213 and, therefore, denies these allegations.

214.     The allegations set forth in Paragraph 214 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 214 and, therefore, denies these allegations.

215.    The allegations set forth in Paragraph 215 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 215 and, therefore, denies these allegations.

216.    The allegations set forth in Paragraph 216 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 216 and, therefore, denies these allegations.

217.    The allegations set forth in Paragraph 217 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 217 and, therefore, denies these allegations.

218.    The allegations set forth in Paragraph 218 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 218 and, therefore, denies these allegations.

219.    The allegations set forth in Paragraph 219 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 219 and, therefore, denies these allegations.

220.    The allegations set forth in Paragraph 220 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 220 and, therefore, denies these allegations.

221.    The allegations set forth in Paragraph 221 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 221 and, therefore, denies these allegations.

222.    The allegations set forth in Paragraph 222 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 222 and, therefore, denies these allegations.

223.    The allegations set forth in Paragraph 223 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson¸ Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 223 and, therefore, denies these allegations.

224.    The allegations set forth in Paragraph 224 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in

this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 224 and, therefore, denies these allegations.

225.    The allegations set forth in Paragraph 225 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 225 and, therefore, denies these allegations.

226.    The allegations set forth in Paragraph 226 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 226 and, therefore, denies these allegations.

227.    The allegations set forth in Paragraph 227 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 227 and, therefore, denies these allegations.

228.    The allegations set forth in Paragraph 228 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 228 and, therefore, denies these allegations.

229.    The allegations set forth in Paragraph 229 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 229 and, therefore, denies these allegations.

230.    The allegations set forth in Paragraph 230 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 230 and, therefore, denies these allegations.

231.    The allegations set forth in Paragraph 231 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 231 and, therefore, denies these allegations.

232.    The allegations set forth in Paragraph 232 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 232 and, therefore, denies these allegations.

233.    The allegations set forth in Paragraph 233 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 233 and, therefore, denies these allegations.

234.     Tyson denies that it is a pork integrator, a term inaccurately used by the Plaintiffs' complaint, because Between 2009 and 2018, Tyson purchased approximately 95% of its hogs from independent hog farmers. Tyson lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 234 and, therefore, denies these allegations.

235.     The allegations set forth in Paragraph 235 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 235 and, therefore, denies these allegations.

236.     The allegations set forth in Paragraph 236 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 236 and, therefore, denies these allegations.

237.     The allegations set forth in Paragraph 237 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 237 and, therefore, denies these allegations.

238.     The allegations set forth in Paragraph 238 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in

this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 238 and, therefore, denies these allegations.

239.    The allegations set forth in Paragraph 239 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 239 and, therefore, denies these allegations.

240.    The allegations set forth in Paragraph 240 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 240 and, therefore, denies these allegations.

241.    The allegations set forth in Paragraph 241 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 241 and, therefore, denies these allegations.

242.    The allegations set forth in Paragraph 242 are not directed to Tyson and, therefore, no response is required from Tyson. To the extent any of the allegations set forth in this Paragraph could be construed as allegations against Tyson, Tyson lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 242 and, therefore, denies these allegations.

243.    Tyson admits the allegations in Paragraph 243.

244.   Tyson admits the allegations in Paragraph 244.

245.   Tyson admits the allegations in Paragraph 245.

246.   Tyson denies the allegations in Paragraph 246.

247.   Tyson denies the allegations in Paragraph 247.

248.   Tyson denies the allegations in Paragraph 248.

249.   Tyson denies the allegations in Paragraph 249.

250.   Tyson denies the allegations in Paragraph 250.

251.   Tyson denies the allegations in Paragraph 251.

252.   Tyson denies the allegations in Paragraph 252.

253.   Tyson denies the allegations in Paragraph 253.

254.   Tyson denies the allegations in Paragraph 254.

255.   Tyson denies the allegations in Paragraph 255.

256.   Tyson denies the allegations in Paragraph 256.

257.   Tyson denies the allegations in Paragraph 257.

258.   Tyson denies the allegations in Paragraph 258.

259.   Tyson denies the allegations in Paragraph 259.

260.   Tyson denies the allegations in Paragraph 260.

261.   Tyson denies the allegations in Paragraph 261.

262.   Tyson denies the allegations in Paragraph 262.

263.   Tyson denies the allegations in Paragraph 263.

264.   Tyson denies the allegations in Paragraph 264.

265.   Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

266.   Tyson denies the allegations in Paragraph 266.

267.   Tyson denies the allegations in Paragraph 267.

268.   Tyson denies the allegations in Paragraph 268.

269.   Tyson denies the allegations in Paragraph 269.

270.   Tyson denies that Plaintiffs are entitled to any of the relief requested herein.

271.   Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

272.   Tyson denies the allegations in Paragraph 272.

273.   Tyson denies the allegations in Paragraph 273.

274.   Tyson denies the allegations in Paragraph 274.

275.   Tyson denies the allegations in Paragraph 275.

276.   Tyson denies the allegations in Paragraph 276.

277.   Tyson denies the allegations in Paragraph 277.

278.   Tyson denies the allegations in Paragraph 278.

279.   Tyson denies the allegations in Paragraph 279.

280.   Tyson denies the allegations in Paragraph 280.

281.   Tyson denies the allegations in Paragraph 281.

282.   Tyson denies the allegations in Paragraph 282.

283.   Tyson denies the allegations in Paragraph 283.

284.   Paragraph 284 contains Plaintiffs' characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, Tyson denies such characterizations and/or conclusions.

285.   Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

286.   Tyson denies that Plaintiffs are entitled to any of the relief requested herein.

287.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

288.    Tyson denies the allegations in Paragraph 288.

289.    Tyson denies the allegations in Paragraph 289.

290.    Tyson denies the allegations in Paragraph 290.

291.    Tyson denies the allegations in Paragraph 291.

292.    Tyson denies the allegations in Paragraph 292.

293.    Tyson denies the allegations in Paragraph 293.

294.    Tyson denies the allegations in Paragraph 294.

295.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

296.    Tyson denies the allegations in Paragraph 296.

297.    Tyson denies the allegations in Paragraph 297.

298.    Tyson denies the allegations in Paragraph 298.

299.    Tyson denies the allegations in Paragraph 299.

300.    Tyson denies the allegations in Paragraph 300.

301.    Tyson denies the allegations in Paragraph 301.

302.    Tyson denies the allegations in Paragraph 302.

303.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

304.    Tyson denies the allegations in Paragraph 304.

305.    Tyson denies the allegations in Paragraph 305.

306.    Tyson denies the allegations in Paragraph 306.

307.    Tyson denies the allegations in Paragraph 307.

308.    Tyson denies the allegations in Paragraph 308.

309.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

310.    Tyson denies the allegations in Paragraph 310.

311.    Tyson denies the allegations in Paragraph 311.

312.    Tyson denies the allegations in Paragraph 312.

313.    Tyson denies the allegations in Paragraph 313.

314.    Tyson denies the allegations in Paragraph 314.

315.    Tyson denies the allegations in Paragraph 315.

316.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

317.    Tyson denies the allegations in Paragraph 317.

318.    Tyson denies the allegations in Paragraph 318.

319.    Tyson denies the allegations in Paragraph 319.

320.    Tyson denies the allegations in Paragraph 320.

321.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

322.    Tyson denies the allegations in Paragraph 322.

323.    Tyson denies the allegations in Paragraph 323.

324.    Tyson denies the allegations in Paragraph 324.

325.    Tyson denies the allegations in Paragraph 325.

326.    Tyson denies the allegations in Paragraph 326.

327.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

328.    Tyson denies the allegations in Paragraph 328.

329.    Tyson denies the allegations in Paragraph 329.

330.    Tyson denies the allegations in Paragraph 330.

331.    Tyson denies the allegations in Paragraph 331.

332.    Tyson denies the allegations in Paragraph 332.

333.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

334.    Tyson denies the allegations in Paragraph 334.

335.    Tyson denies the allegations in Paragraph 335.

336.    Tyson denies the allegations in Paragraph 336.

337.    Tyson denies the allegations in Paragraph 337.

338.    Tyson denies the allegations in Paragraph 338.

339.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

340.    Tyson denies the allegations in Paragraph 340.

341.    Tyson denies the allegations in Paragraph 341.

342.    Tyson denies the allegations in Paragraph 342.

343.    Tyson denies the allegations in Paragraph 343.

344.    Tyson denies the allegations in Paragraph 344.

345.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

346.    Tyson denies the allegations in Paragraph 346.

347.    Tyson denies the allegations in Paragraph 347.

348.    Tyson denies the allegations in Paragraph 348.

349.   Tyson denies the allegations in Paragraph 349.

350.   Tyson denies the allegations in Paragraph 350.

351.   Tyson denies the allegations in Paragraph 351.

352.   Tyson denies the allegations in Paragraph 352.

353.   Tyson denies the allegations in Paragraph 353.

354.   Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

355.   Tyson denies the allegations in Paragraph 354.

356.   Tyson denies the allegations in Paragraph 356.

357.   Tyson denies the allegations in Paragraph 357.

358.   Tyson denies the allegations in Paragraph 358.

359.   Tyson denies the allegations in Paragraph 359.

360.   Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

361.   Tyson denies the allegations in Paragraph 361.

362.   Tyson denies the allegations in Paragraph 362.

363.   Tyson denies the allegations in Paragraph 363.

364.   Tyson denies the allegations in Paragraph 364.

365.   Tyson denies the allegations in Paragraph 365.

366.   Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

367.   Tyson denies the allegations in Paragraph 367.

368.   Tyson denies the allegations in Paragraph 368.

369.   Tyson denies the allegations in Paragraph 369.

370.   Tyson denies the allegations in Paragraph 370.

371.   Tyson denies the allegations in Paragraph 371.

372.   Tyson denies the allegations in Paragraph 372.

373.   Tyson denies the allegations in Paragraph 373.

374.   Tyson denies the allegations in Paragraph 374.

375.   Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

376.   Tyson denies the allegations in Paragraph 376.

377.   Tyson denies the allegations in Paragraph 377.

378.   Tyson denies the allegations in Paragraph 378.

379.   Tyson denies the allegations in Paragraph 379.

380.   Tyson denies the allegations in Paragraph 380.

381.   Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

382.   Tyson denies the allegations in Paragraph 382.

383.   Tyson denies the allegations in Paragraph 383.

384.   Tyson denies the allegations in Paragraph 384.

385.   Tyson denies the allegations in Paragraph 385.

386.   Tyson denies the allegations in Paragraph 386.

387.   Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

388.   Tyson denies the allegations in Paragraph 388.

389.   Tyson denies the allegations in Paragraph 389.

390.   Tyson denies the allegations in Paragraph 390.

391.    Tyson denies the allegations in Paragraph 391.

392.    Tyson denies the allegations in Paragraph 392.

393.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

394.    Tyson denies the allegations in Paragraph 394.

395.    Tyson denies the allegations in Paragraph 395.

396.    Tyson denies the allegations in Paragraph 396.

397.    Tyson denies the allegations in Paragraph 397.

398.    Tyson denies the allegations in Paragraph 398.

399.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

400.    Tyson denies the allegations in Paragraph 400.

401.    Tyson denies the allegations in Paragraph 401.

402.    Tyson denies the allegations in Paragraph 402.

403.    Tyson denies the allegations in Paragraph 403.

404.    Tyson denies the allegations in Paragraph 404.

405.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

406.    Tyson denies the allegations in Paragraph 406.

407.    Tyson denies the allegations in Paragraph 407.

408.    Tyson denies the allegations in Paragraph 408.

409.    Tyson denies the allegations in Paragraph 409.

410.    Tyson denies the allegations in Paragraph 410.

411.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

412.    Tyson denies the allegations in Paragraph 412.

413.    Tyson denies the allegations in Paragraph 413.

414.    Tyson denies the allegations in Paragraph 414.

415.    Tyson denies the allegations in Paragraph 415.

416.    Tyson denies the allegations in Paragraph 416.

417.    Tyson denies the allegations in Paragraph 417.

418.    Tyson denies the allegations in Paragraph 418.

419.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

420.    Tyson denies the allegations in Paragraph 420.

421.    Tyson denies the allegations in Paragraph 421.

422.    Tyson denies the allegations in Paragraph 422.

423.    Tyson denies the allegations in Paragraph 423.

424.    Tyson denies the allegations in Paragraph 424.

425.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

426.    Tyson denies the allegations in Paragraph 426.

427.    Tyson denies the allegations in Paragraph 427.

428.    Tyson denies the allegations in Paragraph 428.

429.    Tyson denies the allegations in Paragraph 429.

430.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

431.   Tyson denies the allegations in Paragraph 431.

432.   Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

433.   Tyson denies the allegations in Paragraph 433.

434.   Tyson denies the allegations in Paragraph 434.

435.   Tyson denies the allegations in Paragraph 435.

436.   Tyson denies the allegations in Paragraph 436.

437.   Tyson denies the allegations in Paragraph 437.

438.   Tyson denies the allegations in Paragraph 438.

439.   Tyson denies the allegations in Paragraph 439.

440.   Tyson denies the allegations in Paragraph 440.

441.   Tyson denies the allegations in Paragraph 441.

442.   Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

443.   Tyson denies the allegations in Paragraph 443.

444.   Tyson denies the allegations in Paragraph 444.

445.   Tyson denies the allegations in Paragraph 445.

446.   Tyson denies the allegations in Paragraph 446.

447.   Tyson denies the allegations in Paragraph 447.

448.   Tyson denies the allegations in Paragraph 448.

449.   Tyson denies the allegations in Paragraph 449.

450.   Tyson denies the allegations in Paragraph 450.

451.   Tyson denies the allegations in Paragraph 451.

452.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

453.    Tyson denies the allegations in Paragraph 453.

454.    Tyson denies the allegations in Paragraph 454.

455.    Tyson denies the allegations in Paragraph 455.

456.    Tyson denies the allegations in Paragraph 456.

457.    Tyson denies the allegations in Paragraph 457.

458.    Tyson denies the allegations in Paragraph 458.

459.    Tyson denies the allegations in Paragraph 459.

460.    Tyson denies the allegations in Paragraph 460.

461.    Tyson denies the allegations in Paragraph 461.

462.    Tyson denies the allegations in Paragraph 462.

463.    Tyson denies the allegations in Paragraph 463.

464.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

465.    Tyson denies the allegations in Paragraph 465.

466.    Tyson denies the allegations in Paragraph 466.

467.    Tyson denies the allegations in Paragraph 467.

468.    Tyson denies the allegations in Paragraph 468.

469.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

470.    Tyson denies the allegations in Paragraph 470.

471.    Tyson denies the allegations in Paragraph 471.

472.    Tyson denies the allegations in Paragraph 472.

473.   Tyson denies the allegations in Paragraph 473.

474.   Tyson denies the allegations in Paragraph 474.

475.   Tyson denies the allegations in Paragraph 475.

476.   Tyson denies the allegations in Paragraph 476.

477.   Tyson denies the allegations in Paragraph 477.

478.   Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

479.   Tyson denies the allegations in Paragraph 479.

480.   Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

481.   Tyson denies the allegations in Paragraph 481.

482.   Tyson denies the allegations in Paragraph 482.

483.   Tyson denies the allegations in Paragraph 483.

484.   Tyson denies the allegations in Paragraph 484.

485.   Tyson denies the allegations in Paragraph 485.

486.   Tyson denies the allegations in Paragraph 486.

487.   Tyson denies the allegations in Paragraph 487.

488.   Tyson denies the allegations in Paragraph 488.

489.   Tyson denies the allegations in Paragraph 489.

490.   Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

491.   Tyson denies the allegations in Paragraph 491.

492.   Tyson denies the allegations in Paragraph 492.

493.   Tyson denies the allegations in Paragraph 493.

494.   Tyson denies the allegations in Paragraph 494.

495.   Tyson denies the allegations in Paragraph 495.

496.   Tyson denies the allegations in Paragraph 496.

497.   Tyson denies the allegations in Paragraph 497.

498.   Tyson denies the allegations in Paragraph 498.

499.   Tyson denies the allegations in Paragraph 499.

500.   Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

501.   Tyson denies the allegations in Paragraph 501.

502.   Tyson denies the allegations in Paragraph 502.

503.   Tyson denies the allegations in Paragraph 503.

504.   Tyson denies the allegations in Paragraph 504.

505.   Tyson denies the allegations in Paragraph 505.

506.   Tyson denies the allegations in Paragraph 506.

507.   Tyson denies the allegations in Paragraph 507.

508.   denies the allegations in Paragraph 508.

509.   Tyson denies the allegations in Paragraph 509.

510.   Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

511.   Tyson denies the allegations in Paragraph 511.

512.   . Tyson denies the allegations in Paragraph 512.

513.   Tyson denies the allegations in Paragraph 513.

514.   Tyson denies the allegations in Paragraph 514.

515.   Tyson denies the allegations in Paragraph 515.

516.    Tyson denies the allegations in Paragraph 516.

517.    Tyson denies the allegations in Paragraph 517.

518.    Tyson denies the allegations in Paragraph 518.

519.    Tyson denies the allegations in Paragraph 519.

520.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

521.    Tyson denies the allegations in Paragraph 521.

522.    Tyson denies the allegations in Paragraph 522.

523.    Tyson denies the allegations in Paragraph 523.

524.    Tyson denies the allegations in Paragraph 524.

525.    Tyson denies the allegations in Paragraph 525.

526.    Tyson denies the allegations in Paragraph 526.

527.    Tyson denies the allegations in Paragraph 527.

528.    Tyson denies the allegations in Paragraph 528.

529.    Tyson denies the allegations in Paragraph 529.

530.    Tyson denies the allegations in Paragraph 530.

531.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

532.    Tyson denies the allegations in Paragraph 532.

533.    Tyson denies the allegations in Paragraph 533.

534.    Tyson denies the allegations in Paragraph 534.

535.    Tyson denies the allegations in Paragraph 535.

536.    Tyson denies the allegations in Paragraph 536.

537.    Tyson denies the allegations in Paragraph 537.

538.    Tyson denies the allegations in Paragraph 538.

539.    Tyson denies the allegations in Paragraph 539.

540.    Tyson denies the allegations in Paragraph 540.

541.    Tyson denies the allegations in Paragraph 541.

542.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

543.    Tyson denies the allegations in Paragraph 543.

544.    Tyson denies the allegations in Paragraph 544.

545.    Tyson denies the allegations in Paragraph 545.

546.    Tyson denies the allegations in Paragraph 546.

547.    Tyson denies the allegations in Paragraph 547.

548.    Tyson denies the allegations in Paragraph 548.

549.    Tyson denies the allegations in Paragraph 549.

550.    Tyson denies the allegations in Paragraph 550.

551.    Tyson denies the allegations in Paragraph 551.

552.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

553.    Tyson denies the allegations in Paragraph 553.

554.    Tyson denies the allegations in Paragraph 554.

555.    Tyson denies the allegations in Paragraph 555.

556.    Tyson denies the allegations in Paragraph 556.

557.    Tyson denies the allegations in Paragraph 557.

558.    Tyson denies the allegations in Paragraph 558.

559.    Tyson denies the allegations in Paragraph 559.

560.    Tyson denies the allegations in Paragraph 560.

561.    Tyson denies the allegations in Paragraph 561.

562.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

563.    Tyson denies the allegations in Paragraph 563.

564.    Tyson denies the allegations in Paragraph 564.

565.    Tyson denies the allegations in Paragraph 565.

566.    Tyson denies the allegations in Paragraph 566.

567.    .Tyson denies the allegations in Paragraph 567.

568.    Tyson denies the allegations in Paragraph 568.

569.    Tyson denies the allegations in Paragraph 569.

570.    Tyson denies the allegations in Paragraph 570.

571.    Tyson denies the allegations in Paragraph 571.

572.    Tyson denies the allegations in Paragraph 572.

573.    Tyson denies the allegations in Paragraph 573.

574.    Tyson denies the allegations in Paragraph 574.

575.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

576.    Tyson denies the allegations in Paragraph 576.

577.    Tyson denies the allegations in Paragraph 577.

578.    Tyson denies the allegations in Paragraph 578.

579.    Tyson denies the allegations in Paragraph 579.

580.    Tyson denies the allegations in Paragraph 580.

581.    Tyson denies the allegations in Paragraph 581.

582.    Tyson denies the allegations in Paragraph 582.

583.    Tyson denies the allegations in Paragraph 583.

584.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

585.    Tyson denies the allegations in Paragraph 585.

586.    Tyson denies the allegations in Paragraph 586.

587.    Tyson denies the allegations in Paragraph 587.

588.    Tyson denies the allegations in Paragraph 588.

589.    Tyson denies the allegations in Paragraph 589.

590.    Tyson denies the allegations in Paragraph 590.

591.    Tyson denies the allegations in Paragraph 591.

592.    Tyson denies the allegations in Paragraph 592.

593.    Tyson denies the allegations in Paragraph 593.

594.    Tyson denies the allegations in Paragraph 594.

595.    Tyson denies the allegations in Paragraph 595.

596.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

597.    Tyson denies the allegations in Paragraph 597.

598.    Tyson denies the allegations in Paragraph 598.

599.    Tyson denies the allegations in Paragraph 599.

600.    Tyson denies the allegations in Paragraph 600.

601.    Tyson denies the allegations in Paragraph 601.

602.    Tyson denies the allegations in Paragraph 602.

603.    Tyson denies the allegations in Paragraph 603.

604.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

605.    Tyson denies the allegations in Paragraph 605.

606.    Tyson denies the allegations in Paragraph 606.

607.    Tyson denies the allegations in Paragraph 607.

608.    Tyson denies the allegations in Paragraph 608.

609.    Tyson denies the allegations in Paragraph 609.

610.    Tyson denies the allegations in Paragraph 610.

611.    Tyson denies the allegations in Paragraph 611.

612.    Tyson incorporates by reference its answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this Paragraph.

613.    Tyson denies the allegations in Paragraph 613.

614.    Tyson denies the allegations in Paragraph 614.

615.    Tyson denies that Plaintiffs are entitled to any of the relief requested herein.

616.    Tyson denies that Plaintiffs are entitled to any of the relief requested herein.

617.    Tyson denies that Plaintiffs are entitled to any of the relief requested herein.

618.    Tyson denies that Plaintiffs are entitled to any of the relief requested herein.

619.    Tyson denies that Plaintiffs are entitled to any of the relief requested herein.

620.    Tyson denies that Plaintiffs are entitled to any of the relief requested herein.

621.    Tyson denies that Plaintiffs are entitled to any of the relief requested herein.

622.    Tyson denies that Plaintiffs are entitled to any of the relief requested herein.

623.    Paragraph 623 does not contain factual allegations to which a response is required. To the extent a response is required, Tyson also demands a jury trial as set forth below.

## ADDITIONAL ALLEGATIONS AND GENERAL DENIAL

Tyson denies all allegations in the Complaint unless Tyson has expressly admitted those allegations herein. Where an allegation in the Complaint is directed at another Defendant or a party that is not affiliated with Tyson, then except as otherwise expressly stated, Tyson denies the allegations set forth in the Complaint on the basis that it denies the knowledge or information sufficient to form a belief concerning the truth of such allegations. Further, unless otherwise expressly admitted, Tyson denies any allegations in the headings, footnotes or in other places in the Complaint, to the extent that any such allegations require a response. Any headings, subheadings or similar text that Tyson has included in this Answer are for the convenience of the Court and the parties, and are not intended to be nor shall they be construed as an admission of any fact by Tyson.

## AFFIRMITIVE DEFENSES

Without assuming any burden that it otherwise would not bear, and reserving the right to assert additional defenses as those defenses become known during discovery, Tyson asserts the following separate and additional defenses pursuant to Federal Rule of Civil Procedure 8.

## <u>FIRST DEFENSE</u>

1.     Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

2.     The statute of limitations for Plaintiffs' claims is four years. 15 U.S.C. § 15(b); *Jackson v. Swift Eckrich, Inc.*, 53 F.3d 1452, 1460 (8th Cir. 1995). Plaintiffs filed their original Complaint in the above captioned litigation on June 28, 2018

("Original Complaint"). The information Plaintiffs allege in support of their claims had been public for more than four years before the Original Complaint was filed.

3.     Plaintiffs' effort to implicate Tyson in the alleged conspiracy relies on language set forth in Tyson's 2009 10K Report, which would have been available to the public for almost ten years before Plaintiffs filed their Original Complaint. Second Am. Compl. ¶ 113. The Plaintiffs' Complaint cites other public statements made by Tyson. *See, e.g.*, *Id*., ¶ 102 ("In January 2009, Tyson stated that the capacity utilization for its pork processing plants was 90% for the quarter, down from the previous year's rate of 94%. This indicated that Tyson was reducing the amount of pork that it processed in its plants.").

4.     Information pled by Plaintiffs regarding the pork industry as alleged dates from more than four years before the Original Complaint was filed. *See, e.g.*, Second Am. Compl. ¶¶ 98 (alleging production cuts in 2009, 2010, and 2013), 117 ("On March 8, 2010, Wesley Mendonca Batista [of JBS] mentioned that there was a reduction in hog supply"); 121 ("[I]n March 2011, Smithfield *publicly signaled* to its competitors that it would not increase capacity") (emphasis added); 146 ("Between 1988 and 2015, the top four pork integrators . . . increased their market share from 34 percent in 1988 to just under 70 percent in 2015.").

5.     Plaintiffs' fraudulent concealment claims were dismissed by the Court on October 16, 2020. Mem. Op. & Order at 21, *In re Pork Antitrust Litigation*, No. 0:18-cv-01776-JRT-HB (D. Minn. Oct. 16, 2020).

6.      Plaintiffs' Complaint is time-barred.

**SECOND DEFENSE**

7.      Plaintiffs' claims are barred by the equitable doctrine of laches.

8.      The doctrine of laches stems from "the desire to avoid unfairness that can result

from the prosecution of stale claims." *Goodman v. McDonnell Douglas Corp.*,

606 F.2d 800, 805 (8th Cir. 1979). Specifically, the laches defense is available

when there is: (1) lack of diligence by the party against whom the defense is

asserted, and (2) prejudice to the party asserting the defense." *National Railroad

Passenger Corp. v. Morgan*, 536 U.S. 101, 121-22 (2002) (quoting *Kansas v.

Colorado*, 514 U.S. 673, 687 (1995)).

9.      Tyson hereby incorporates Paragraphs 3-6 of Tyson's Affirmative Defenses,

*supra*, in support of this Second Defense. Plaintiffs demonstrated an unreasonable

lack of diligence in bringing their claims. Additionally, Plaintiffs' unreasonable

delay in bringing their claims has resulted in economic prejudice to Tyson. Tyson

continued to invest in its relationships with consumer indirect pork-product

purchasers while Plaintiffs delayed their claims alleging misconduct in Tyson's

pork-related activities. Tyson also continued to pay to participate in Agri Stats.

This unreasonable lack of diligence in raising their claims bars them now.

10.     Accordingly, the equitable principles embodied by the doctrine of laches bar

Plaintiffs from seeking relief at this delayed juncture.

## THIRD DEFENSE

11.    Plaintiffs' claims are barred, in whole or in part, because Plaintiffs failed to exercise reasonable care to mitigate, prevent or avoid any alleged damages.

12.    Tyson hereby incorporates Paragraphs 3-6 of Tyson's Affirmative Defenses, *supra*, in support of this Third Defense.

13.    If Plaintiffs believed that Defendants were unfairly anti-competitively raising prices for their direct purchasers through the use of Agri Stats and by conspiring at trade forums for approximately nine years or more before filing their Original Complaint, Plaintiffs had an obligation to switch to pork integrators that are not alleged to have been part of the alleged conspiracy, including but not limited to those that process specialty pork such as organic, pasture-raised and/or locally-sourced.

14.    Plaintiffs' failure to exercise reasonable care to mitigate damages was the complete or partial cause of any damages Plaintiffs are alleged to have suffered.

## FOURTH DEFENSE

15.    Plaintiffs' claims are barred, in whole or in part, by the doctrine of waiver as a result of Plaintiffs' own acts and omissions.

16.    Tyson hereby incorporates Paragraphs 3-6 of Tyson's Affirmative Defenses, *supra*, in support of this Fourth Defense.

17.    According to facts alleged in Plaintiffs' Complaint, allegations of the existence of trade coordination have been public since at least 2008, if not earlier.

18.     Plaintiffs' conduct in continuing to purchase pork products under a system of allegedly artificially inflated pricing is evidence of Plaintiffs' waiver of any right to bring this suit. Plaintiffs' conduct was, and continues to be, inconsistent with any intention other than to waive their right to bring suit.

19.     Plaintiffs, by their actions, accepted the benefits of an ongoing relationship with Tyson and relinquished their right to bring suit.

**FIFTH DEFENSE**

20.     Plaintiffs' claims are barred, in whole or in part, by the doctrine of estoppel.

21.     Tyson hereby incorporates Paragraphs 3-6 of Tyson's Affirmative Defenses, *supra*, in support of this Fifth Defense.

22.     Tyson relied in good faith, and to its detriment, on Plaintiffs' actions in continuing to purchase pork products without complaining about the use of Agri Stats or the alleged existence of industry-wide price coordination.

23.     Plaintiffs are therefore estopped, in whole or in part, from pursuing their claims.

**SIXTH DEFENSE**

24.     Plaintiffs' claims are barred, in whole or in part, due to ratification of, and consent to, the alleged conduct of Tyson.

25.     Tyson hereby incorporates Paragraphs 3-6 of Tyson's Affirmative Defenses, *supra*, in support of this Sixth Defense.

26.     Accordingly, because Plaintiffs have been aware for years of the same conduct they now challenge, Plaintiffs' claims are barred, in whole or in part, by the doctrine of ratification.

**SEVENTH DEFENSE**

27.     Without admitting any violation of the Sherman Act or any other state statute alleged in the Complaint, Plaintiffs' claims and/or entitlement to damages for their claims are barred, in whole or in part, by non-settling Defendants' right to offset any amounts paid to Plaintiffs by any Defendants who have settled, or do settle, Plaintiffs' claims in this action.

**EIGHTH DEFENSE**

28.     Plaintiffs' claims are barred in whole or in part, to the extent they seek improper multiple damage awards, and damage awards duplicative of those sought in other actions, in violation of the Due Process guarantees of the Fifth and Fourteenth Amendments of the United States Constitution.

**NINTH DEFENSE**

29.     Plaintiffs' claims are barred, in whole or in part, because the alleged damages are speculative and too difficult to ascertain.

30.     Claims for damages under Clayton Act § 4 must fail when the alleged damages are unduly speculative or difficult to ascertain. *See, e.g.*, *Associated Gen. Contractors of Cal., Inc. v. Cal. State Council of Carpenters*, 459 U.S. 519, 545 (1983) (concluding that the "tenuous and speculative character of the relationship between the alleged antitrust violation" and the alleged injury, along with other

factors, "weigh heavily against judicial enforcement" of the antitrust claim);

*Sharp v. United Airlines, Inc.*, 967 F.2d 404, 409 (10th Cir. 1992) (rejecting

antitrust standing in part on the basis of speculative damages); *Home Placement*

*Serv., Inc. v. Providence Journal Co.*, 819 F.2d 1199, 1205 (1st Cir. 1987) ("If the

plaintiff's proffered evidence permits no more than 'pure speculation and

guesswork,' then the damage evidence is insufficient as a matter of law."

(citations omitted)); *see also IQ Dental Supply, Inc. v. Henry Schein, Inc.*, 924

F.3d 57, 66-67 (2d Cir. 2019) ("Although 'some degree of uncertainty stems from

the nature of antitrust law,' a high degree of speculation in a damages calculation

suggests that 'a given plaintiff is an inefficient engine of enforcement.' . . . As the

district court correctly ascertained, calculating IQ's damages essentially would

require the creation of an 'alternative universe.' . . . Thus, IQ's damages

calculation rests on multiple layers of speculation. No amount of expert testimony

can adequately ameliorate the highly speculative nature of IQ's alleged losses."

(citations omitted)).

31.     Plaintiffs allege that "[a]s a result of Defendants' unlawful conduct, [P]laintiffs

and the classes paid artificially inflated prices for pork during the [C]lass [P]eriod.

Such prices exceeded the amount they would have paid if the price for pork had

been determined by a competitive market." Second Am. Compl. ¶ 12.

32.     Pork product pricing varies based on, among other things, (i) the integrator, (ii)

the complex, (iii) complex-specific factors, (iv) feed and other input cost

fluctuations, and (v) both local and global market supply and demand.

33. The large number of factors that affect pork product pricing renders any damages calculation speculative.

34. Plaintiffs' claims of damages are therefore too speculative or difficult to ascertain.

## TENTH DEFENSE

35. Plaintiffs' claims are barred, in whole or in part, to the extent the contracts pursuant to which Plaintiffs purchased pork products contain valid and enforceable clauses waiving and agreeing not to pursue class action claims against Tyson or clauses providing a different forum for the resolution of their claims.

## ELEVENTH DEFENSE

36. Plaintiffs' claims are barred, in whole or in part, to the extent the contracts pursuant to which Plaintiffs purchased pork products contain valid and enforceable clauses waiving the right to a trial by jury on any claims against Tyson.

## TWELFTH DEFENSE

37. Plaintiffs' claims are barred, in whole or in part, to the extent the contracts pursuant to which Plaintiffs purchased pork products contain valid and enforceable clauses waiving claims against Tyson under any previous contract purchase arrangement.

## THIRTEENTH DEFENSE

38. Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing under the Sherman Act or any of the state statutes raised in Plaintiffs' Complaint.

**FOURTEENTH DEFENSE**

39.     Tyson adopts and incorporates by reference any and all other defenses asserted by

any other Defendant to the extent that the defense would apply to Tyson.

**PRAYER FOR RELIEF**

WHEREFORE, Tyson respectfully requests that judgment be entered in favor of Tyson

and the other Defendants and against Plaintiffs, dismissing the Complaint in its entirety with

prejudice. Tyson further requests that this Court (i) award Tyson its costs and disbursements, and

(ii) award such other and further relief as the Court deems just and proper.

**JURY TRIAL DEMANDED**

Pursuant to the Federal Rules of Civil Procedure 38, Defendant Tyson demands a trial by

jury on all claims so triable.

Dated:  December 16, 2020

DYKEMA GOSSETT PLLC

s/ David P. Graham
David P. Graham
90 S 7th Street, FL 2
Minneapolis, MN 55402
Telephone: 612-486-1521
dgraham@dykema.com

Rachel Adcox
Tiffany Rider
Axinn, Veltrop & Harkrider LLP
Washington, DC 20004
Telephone:  202.912.4700

*Attorneys for Defendants Tyson Foods, Inc.,*
*Tyson Fresh Meats, Inc., and Tyson Prepared*
*Foods, Inc.*

**CERTIFICATE OF SERVICE**

I, David P. Graham, hereby certify that a true and correct copy of the foregoing Tyson

Defendants' Answer to Consumer Indirect Purchaser Plaintiffs' Second Amended Consolidated

Class Action Complaint was electronically filed with the Clerk of the Court using the CM/ECF

system on December 16, 2020, which constitutes service on counsel of record who are registered

electronic filing users.


s/ David P. Graham

David P. Graham
90 S 7th Street, FL 2
Minneapolis, MN 55402
Telephone: 612-486-1521
dgraham@dykema.com
*Attorneys for Defendants Tyson Foods, Inc.,*
*Tyson Fresh Meats, Inc., and Tyson Prepared*
*Foods, Inc.*