UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| This Document Relates To:<br>DPP and CIIPP Actions | **ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT SEABOARD CORPORATION WITHOUT PREJUDICE** |
| COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>v.<br><br>AGRI STATS, ET AL.,<br><br>    Defendants. | Civil No. 19-2723 (JRT/HB) |
| WINN-DIXIE STORES, INC., AND<br>BI-LO HOLDINGS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>AGRI STATS, ET AL.,<br><br>    Defendants. | Civil No. 19-1578 (JRT/HB) |

This matter came before the undersigned on the parties' Stipulation for Dismissal of Defendant Seaboard Corporation Without Prejudice. Based on all the files, records, and proceedings herein **IT IS HEREBY ORDERED** that the parties' Stipulation is **GRANTED** as follows:

- 2 -

1. The Direct Purchaser Plaintiffs' Third Amended Complaint [*Pork* ECF No. 431] is **DISMISSED WITHOUT PREJUDICE** as to Seaboard Corporation.

2. The Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Complaint [*Pork* ECF No. 432] is **DISMISSED WITHOUT PREJUDICE** as to Seaboard Corporation.

3. The Commonwealth of Puerto Rico's Third Amended Complaint [*Puerto Rico* ECF No. 103] is **DISMISSED WITHOUT PREJUDICE** as to Seaboard Corporation.

4. Winn-Dixie Stores, Inc.'s and Bi-Lo Holdings, LLC's Second Amended Complaint [*Winn-Dixie* ECF No. 94] is **DISMISSED WITHOUT PREJUDICE** as to Seaboard Corporation.

DATED: December 17, 2020
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court