UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All ACTIONS | Civil No. 18-cv-1776 (JRT/HB) |

**CERTIFICATE OF COMPLIANCE ON DEFENDANTS TYSON FOODS, INC., TYSON PREPARED FOODS, INC., AND TYSON FRESH MEATS, INC.'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO COMPEL CUSTODIANS**

I, David P. Graham, certify that this brief complies with the type-volume limitation of D. Minn. L.R. 7.1(f) and with the type-size limit of D. Minn. L.R. 7.1(h). The brief has 1,615words of type, font size 13 and was prepared using Microsoft Word, which includes all text, including headings, footnotes, and quotations in the word count.

Dated: December 21, 2020

Respectfully submitted,

By: *David P. Graham*
David P. Graham
DYKEMA GOSSETT PLLC
90 S 7th Street, FL 2
Minneapolis, MN 55402
Telephone: 612-486-1521
dgraham@dykema.com

Rachel Adcox
Tiffany Rider
AXINN, VELTROP & HARKRIDER LLP
950 F. Street, NW
Washington, DC 20004
Telephone: 202.912.4700
radcox@axinn.com
trider@axinn.com

Jarod Taylor
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Telephone: 860.275.8109
jtaylor@axinn.com

*Counsel for Tyson Foods, Inc.,*
*Tyson Fresh Meats, Inc., and Tyson Prepared*
*Foods, Inc.*