UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Civil No. 18-cv-01776 (JRT/HB)<br><br>**DECLARATION OF CHRIS GADDIS IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL CUSTODIANS AND DOCUMENTS** |

**Declaration of Chris Gaddis**

I, Chris Gaddis, declare as follows:

1. I am the Head of Human Resources at JBS USA Food Company ("JBS USA"). I have worked at JBS USA since September 2007. From September 2007 to June 2011, I held the position of General Counsel for JBS USA. From June 2011 to the present, I have served in my current role as Head of Human Resources for JBS USA. I submit this declaration based on my personal knowledge and information provided to me by the relevant business units, and in support of JBS USA's Opposition to Plaintiffs' Motion to Compel Custodians and Documents.

*Overview of JBS USA*

2. JBS USA has its headquarters in Greeley, Colorado and it and its subsidiaries produce beef, pork, lamb, further processed and consumer ready protein offerings, hides, leather, variety meats, and rendered products.

3. The business operations of JBS USA extend beyond the United States and are organized into two main segments: (1) the beef segment, through which JBS USA conducts its domestic beef processing business and its international beef, lamb, and sheep processing businesses in Australia; and (2) the pork segment, through which JBS USA conducts its domestic pork processing business. In addition, JBS USA is a majority shareholder of Pilgrim's Pride Corporation, a poultry producer, and is an affiliate of JBS Food Canada, which includes a beef processing facility in Brooks, Alberta, Canada.

### *JBS USA's Pork Business*

4.      Between January 1, 2008 and June 30, 2018, JBS USA's pork business was overseen by the Pork Management Team. A true and correct copy of an organizational chart reflecting the structure of the Pork Management Team in 2017 is reflected below:



5.      I understand that JBS USA produced this chart to Plaintiffs (with the bates stamp JBS-Pork-00000059), along with other, historical organizational charts reflecting this basic structure of the Pork Management Team, and the broader pork business, during the relevant time period for this litigation (January 1, 2008 to June 30, 2018).

6.      During the relevant time period, the Pork Management Team was responsible for, among other things, decisions regarding the following matters: (1) JBS USA's procurement and raising of hogs for pork processing; (2) JBS USA's pork processing; and (3) the price and supply of pork processed and sold by JBS USA.

Members of the Pork Management Team met multiple times a day to assess and make these decisions.

7.     Between 2007 and August 2019, Marty Dooley served as the President and Chief Operating Officer of JBS USA's pork business unit.  In August 2019, Bob Krebs assumed the role of JBS USA's President and Chief Operating Officer (COO) of the pork business unit.  Prior to that, Mr. Krebs had served as Head of Pork Operations for JBS USA since 2013.

8.     During the relevant time period, the President and Chief Executive Officer (CEO), and the Chief Financial Officer (CFO), of JBS USA did not participate in the pork-related decision-making or meetings described in Paragraph 6 above.  Rather, those pork-related decisions were made by members of the Pork Management Team, and ultimately approved by Mr. Dooley.

### *JBS USA's Custodian Proposal*

9.     I understand that JBS USA's initial custodian proposal in this action consisted of the key, relevant members of the Pork Management Team during the relevant time period, including Mr. Dooley.  JBS USA did not propose the inclusion of one member of the Pork Management Team (the Head of Human Resources) as a document custodian, as that individual was not involved in business decisions related to pork or hog supply, output, or pricing.

10.    I understand that JBS USA's initial custodian proposal included individuals holding the following roles and titles, among others:  President and COO; Head of Pork Operations; Head of Hog Procurement; Head of Live Operations; Head of Processor

4

Sales; Head of Boxed Pork Sales; Head of International Sales; Head of Business Analysis, Transportation and Scheduling; and Head of Finance.

11. I understand that JBS USA's initial custodian proposal included Garry Albright and Kevin Arnold, the individuals at JBS USA primarily responsible for overseeing the use of Agri Stats by JBS USA's pork business unit.

12. In addition, I understand that JBS USA has agreed to add another sixteen JBS USA employees as document custodians. These include JBS USA employees that reported to members of the Pork Management Team between January 1, 2008 and June 30, 2018.

### *The Disputed Custodians*

13. I understand Plaintiffs have also requested that JBS USA designate Wesley Batista, Joesley Batista, Don Jackson, and Andre Nogueira as custodians. None of these four individuals were involved in the day-to-day management of JBS USA's pork business at any relevant point in time.

14. Although Wesley Batista served as the President and CEO of JBS USA from July 2007-December 2010, he was not responsible for pork or hog supply, output, or pricing decisions in that role. Rather, in that role, Mr. Batista oversaw JBS USA's entire business, which included the diversified operations described in Paragraphs 2 and 3 above, including the production of beef and lamb in the United States and Australia. Wesley Batista did not participate in the pork-related decision-making or meetings described in Paragraph 6 above.

15. Joesley Batista has never held an executive or management role at JBS

USA.  He did not oversee JBS USA's pork business at any point between January 1, 2008 and June 30, 2018.  I understand that his responsibilities primarily concern JBS S.A., the Brazilian parent company of JBS USA.  Joesley Batista thus did not participate in the pork-related decision-making or meetings described in Paragraph 6 above.  He also served on the board of JBS USA from 2007-2017, but held no pork-related responsibilities in connection with that board position.

16. Don Jackson was President and CEO of JBS USA from December 2010-December 2012.  In that role, he was not responsible for pork or hog supply, output, or pricing decisions.  Rather, like his predecessor (Wesley Batista), Mr. Jackson oversaw JBS USA's entire business, which included the diversified operations described in Paragraphs 2 and 3 above.  Mr. Jackson did not participate in the pork-related decision-making or meetings described in Paragraph 6 above.

17. Andre Nogueira has served as the President and CEO of JBS USA from January 2013-present.  He previously served as the CFO of JBS USA from July 2007-January 2012.  In these positions, Mr. Nogueira was not responsible for pork or hog supply, output, or pricing decisions.  Rather, like the CEOs that preceded him (Wesley Batista and Mr. Jackson), Mr. Nogueira oversaw JBS USA's entire business, which included the diversified operations described in Paragraphs 2 and 3 above.  Mr. Nogueira did not participate in the pork-related decision-making or meetings described in Paragraph 6 above.

18. The burden of adding any of the above-mentioned individuals as document custodians would be significant.  For example, a preliminary search of Mr. Nogueira's

6

documents shows that he possesses hundreds of thousands of emails (not counting attachments) dated between January 1, 2008 and June 30, 2018.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 21st day of December 2020 at Greeley, Colorado.

Chris Gaddis
*Head of Human Resources*
*JBS USA Food Company*