UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RULE 16 SCHEDULING CONFERENCE

| IN RE PORK ANTITRUST LITIGATION | COURT MINUTES – CIVIL |
|---|---|
| This Document Relates To: All Actions | BEFORE: Hildy Bowbeer<br>U.S. Magistrate Judge |

Case No.:           18-cv-1776 (JRT/HB)
Date:               December 18, 2020
Court Reporter:     Debra Beauvais
Courthouse:         n/a (videoconference)
Time:               3:00 – 4:51 p.m.
Time Allocation:    37 minutes for each case

| Commonwealth of Puerto Rico, | Case No. 19-cv-2723 (JRT/HB) |
|---|---|
| Plaintiff, | |
| v. | |
| Agri Stats, Inc., et al, | |
| Defendants. | |

| Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC, | Case No. 19-cv-1578 (JRT/HB) |
|---|---|
| Plaintiffs, | |
| v. | |
| Agri Stats Inc., et al., | |
| Defendants. | |

**APPEARANCES:**

For Plaintiffs: Bobby Pouya, Michael Pearson, Brian Clark, W. Joseph Bruckner, Shana Scarlett, Rio Pierce, Breanna Van Engelen, Michelle Looby, Britany Resch, Shawn Raiter, A. Blaine Finley, David McMullan, Matthew Weiler, Patrick Ahern, Joseph Bourne

For Defendants: William Monts, Christina Briesacher, Mark Johnson, Craig Coleman, Donald Heeman, Sami Rashid, Jessica Nelson, Peter Schwingler, Brian Robison, John Cotter, John Kvinge, Christopher Smith, Gene Summerlin, Jarod Taylor, Rachel Adcox

**PROCEEDINGS:**

The Court held a Rule 16 scheduling conference in these cases, and a scheduling order will be issued in due course.

Counsel will meet and confer on a deadline for any further motions to amend the pleadings and, if they reach agreement, will provide their written proposal to the Court as soon as possible.

Counsel for the Commonwealth of Puerto Rico and Defendants in that action will meet and confer and file a joint letter by Tuesday, December 22, 2020, concerning an extension of the December 22 deadline for custodian lists, Rule 26(a)(1) initial disclosures, and additional disclosures required by the Court's Order Regarding Disclosure of Information [ECF No. 290 in Case No. 18-cv-1776] to January 22, 2021.

By Wednesday, December 23, 2020, counsel for the Direct Purchaser Plaintiffs and Defendants will file a stipulation and revised proposed order that incorporates their anticipated agreement on some of the disputes concerning Plaintiffs' Proposed Search Methodology Order [ECF No. 534-1 at 47–56]. If counsel are not able to reach agreement, the revised proposed order should identify the remaining dispute(s) and set forth the parties' respective positions. The Court heard arguments and took under advisement the issue of whether to include a validation protocol in the search methodology order.

The Court will schedule the next case management conference in late January or early February 2021.

*s/Adrienne Meyers*
Judicial Law Clerk
