**SCHNEIDER WALLACE COTTRELL KONECKY** LLP

December 22, 2020

**Via ECF**

Hon. Hildy Bowbeer
U.S. District Court
District of Minnesota
316 N. Robert Street
St. Paul, MN 55101

Re: *In re Pork Antitrust Litig.,* Case No. 0:18-cv-01776-JRT-HB (D. Minn.); *Commonwealth of Puerto Rico v. Agri Stats, Inc. et al.*, Case No. 0:2019-cv-02723-JRT-HB (D. Minn.)

Dear Judge Bowbeer:

We write on behalf of the Commonwealth of Puerto Rico ("Puerto Rico") concerning the deadline for Puerto Rico to provide Defendants its initial disclosures, and certain other information, in connection with the above-referenced matters. Defendants and Puerto Rico have met and conferred and agree that Puerto Rico shall have until January 22, 2021 to serve Defendants with its initial disclosures under Federal Rule 26(a)(1), a custodian list, any disclosures required under the Court's Order Requiring Disclosure of Information, *see* ECF No. 290, and its initial list of search terms or its alternative plan for locating and producing relevant documents and data.

Respectfully submitted,

/s/ Matthew S. Weiler
Kyle G. Bates (USDCPR-306412) (*pro hac vice*)
Todd M. Schneider (*pro hac vice*)
Matthew S. Weiler (*pro hac vice*)
SCHNEIDER WALLACE COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
kbates@schneiderwallace.com
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com


Peter B. Schneider
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
3700 Buffalo Speedway, Suite 300

Honorable Hildy Bowbeer
December 22, 2020

Houston, Texas 77098
Telephone: (713) 338-2560
Facsimile: (415) 421-7105
pschneider@schneiderwallace.com

*Counsel for the Commonwealth of Puerto Rico*