UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | Case No. 18-cv-1776 (JRT/HB) |
| This document relates to: ALL CASES | **ORDER SETTING CASE MANAGEMENT CONFERENCE AND RESCHEDULING MOTION HEARING** |
| Commonwealth of Puerto Rico, <br> Plaintiff, <br> v. <br> Agri Stats, Inc., et al., <br> Defendants. | Case No. 19-cv-2723 (JRT/HB) |
| Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC, <br> Plaintiffs, <br> v. <br> Agri Stats, Inc., et al., <br> Defendants. | Case No. 19-cv-1578 (JRT/HB) |

HILDY BOWBEER, United States Magistrate Judge

The undersigned will convene a case management conference by ZOOMGOV video technology in this matter on **February 10, 2021, immediately following the motion hearing reserved that morning**. To allow sufficient time for the motion hearing and the case management conference, the motion hearing will begin at **9:00 a.m. CST** rather than at 9:30 a.m. as previously scheduled.

In advance of the conference, counsel for the parties shall meet and confer about the issues to be discussed and file on CM/ECF, on the due dates set forth below, a joint agenda prioritizing the matters to be discussed and identifying the attorneys who will participate in the conference, and update letters from each party or group of parties advising the Court of the status of those matters from their perspective/s.  For any topics identified on the agenda that are not the subject of pending motions but on which the parties have differing positions or perspectives, their update letters shall briefly describe their respective positions.  *The conference, however, does not relieve counsel of the obligation to meet and confer in good faith to resolve or narrow disputes without the need for the Court's assistance.*

The Court may in future case management conferences also hear disputes that the parties wish to submit through the IDR process.  However, since the Court will have conducted two motion hearings in the preceding month, including a motion hearing immediately preceding this conference, the Court does not intend to entertain IDR submissions at this conference.  If there are ripe disputes that the parties agree to submit through the IDR process, they should identify those on the agenda and in their update letters, and discuss with the Court at the case management conference the timing of a separate IDR conference call or calls to address them.   Submissions for such IDR conference calls must comply with the Court's process, which will be set forth in the Pretrial Scheduling Order.

The Court will circulate the ZOOMGOV information to counsel in advance of the conference.

3

The following deadlines will govern submissions for this conference:

Joint agenda due:  **February 3, 2021, by 5:00 p.m. CST**

Update letters due:  **February 8, 2021, by 12:00 p.m. CST**

**IT IS SO ORDERED.**

Dated:  December 23, 2020                *s/ Hildy Bowbeer*
                                         HILDY BOWBEER
                                         United States Magistrate Judge