UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>DPP and CIIP Actions | Case No. 18-cv-01776 (JRT-HB) |
| COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>v.<br><br>AGRISTATS, ET AL.,<br><br>    Defendants. | Case No. 19-cv-02723 (JRT-HB)<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT HORMEL FOODS, LLC WITHOUT PREJUDICE** |
| WINN-DIXIE STORES, INC., AND BI-LO HOLDINGS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>AGRISTATS, ET AL.,<br><br>    Defendants. | Case No. 19-cv-01578 (JRT-HB) |

WHEREAS, Defendants Hormel Foods Corporation and Hormel Foods, LLC (collectively, the "Hormel Defendants") and the Plaintiffs in the above-captioned actions have stipulated to dismissing the Plaintiffs' claims against Hormel Foods, LLC without prejudice, provided that Hormel Foods, LLC makes satisfactory representations about its lack of direct involvement in hog and pork production;

1

WHEREAS, Hormel Foods, LLC represents that it is a wholly owned subsidiary of Hormel Foods Corporation, that holds the intellectual property of Hormel Foods Corporation, that it has no employees, has no hog-producing or pork-processing assets, and has no operations or records relevant to the above-captioned actions;

WHEREAS, the Hormel Defendants continue to deny all wrongdoing and do not admit liability for claims alleged in the above-captioned cases, and maintain all defenses to any future claims by Plaintiffs against Hormel Foods, LLC except as specifically enumerated below;

THEREFORE, the undersigned parties hereby stipulate and agree as follows:

1. The Direct Purchaser Plaintiffs' Third Amended Complaint [ECF No. 431] shall be dismissed as to Hormel Foods, LLC without prejudice;

2. The Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Complaint [ECF No. 432] shall be dismissed as to Hormel Foods, LLC without prejudice;

3. The Commonwealth of Puerto Rico's Third Amended Complaint [ECF No. 103] shall be dismissed as to Hormel Foods, LLC without prejudice;

4. Winn-Dixie Stores, Inc.'s and Bi-Lo Holdings, LLC's Second Amended Complaint [ECF No. 94] shall be dismissed as to Hormel Foods, LLC without prejudice; and

5. All statutes of limitations applicable to any and all claims that the DPP and CIIPP plaintiff groups, the Commonwealth of Puerto Rico, Winn-Dixie Stores Inc., and/or Bi-Lo Holdings, LLC may have against Hormel Foods,

LLC shall be tolled from the entry of the dismissal without prejudice until such a time, if it were to occur, that the DPPs, CIIPPs, the Commonwealth of Puerto Rico, Winn-Dixie Stores, Inc., and/or Bi-Lo Holdings, LLC reinstate any such claims, but, in any event, no later than judgment is entered on the claims against Hormel Foods Corporation.

Dated: January 7, 2021

/s/ Richard A. Duncan
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
FAEGRE DRINKER BIDDLE
 & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com
bryan.washburn@faegredrinker.com

**Counsel for Hormel Foods Corporation and Hormel Foods, LLC**

/s/ Blaine Finley
Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

Jonathan W. Cuneo
Joel Davidow
Blaine Finley
Yifei "Evelyn" Li
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cunelolaw.com

**Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs**

3

/s/ Bobby Pouya
Bobby Pouya
Clifford H. Pearson
Daniel L. Warshaw
Michael H. Pearson
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Melissa S. Weiner (MN #0387900)
Joseph C. Bourne (MN #0389922)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pswlaw.com
jbourne@pswlaw.com

Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

Arielle S. Wagner (MN #0398332)
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Craig S. Davis (MN #0148192)
Simeon A. Morbey (MN #0391338)
Stephen M. Owen (MN # 0399370)
Stephanie A. Chen (MN #0400032)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
aswagner@locklaw.com
wjbruckner@locklaw.com
csdavis@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
smowen@locklaw.com
sachen@locklaw.com

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

/s/ Kyle G. Bates
Kyle G. Bates (USDCPR-306412)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell St., Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
kbates@schneiderwallace.com

Ines Carrau Martinez
Attorney General
Johan M. Rosa Rodríguez PR Bar No. 16819
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Tel: (787) 721-2900
Fax: (787) 721-3223
jorosa@justicia.pr.gov

Todd M. Schneider
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell St., Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com

Peter B. Schneider
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
3700 Buffalo Speedway, Suite 300
Houston, Texas 77098
Telephone: (713) 338-2560
Facsimile: (415) 421-7105
pschneider@schneiderwallace.com

*Counsel for the Commonwealth of Puerto Rico*

/s/ Patrick J. Ahern
Patrick J. Ahern (admitted pro hac vice)
Theodore B. Bell (admitted pro hac vice)
AHERN AND ASSOCIATES, P.C.
Willoughby Tower
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
Ph: (312) 404-3760
patrick.ahern@ahernandassociatespc.com
theo.bell@ahernandassociatespc.com

Patrick J. Lee-O'Halloran (#269074)
THOMPSON TARASEK LEE-O'HALLORAN PLLC
7101 York Avenue South, Suite 255
Edina, MN 55435
Telephone: (612) 568-0132
Fax: (612) 564-6976
patrick@ttlolaw.com

*Attorneys for Plaintiffs Winn-Dixie Stores, Inc., and Bi-Lo Holdings, LLC*