# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>DPP and CIIP Actions | Case No. 18-cv-01776 (JRT-HB) |
| COMMONWEALTH OF PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>AGRISTATS, ET AL.,<br><br>Defendants. | Case No. 19-cv-02723 (JRT-HB)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT HORMEL FOODS, LLC WITHOUT PREJUDICE** |
| WINN-DIXIE STORES, INC., AND BI-LO HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AGRISTATS, ET AL.,<br><br>Defendants. | Case No. 19-cv-01578 (JRT-HB) |

This matter came before the undersigned on the parties' Stipulation for Dismissal of Defendant Hormel Foods, LLC Without Prejudice. Based on all the files, records, and proceedings herein IT IS ORDERED that the parties' Stipulation is GRANTED as follows:

1

1. The Direct Purchaser Plaintiffs' Third Amended Complaint [*Pork* ECF No.431] is DISMISSED WITHOUT PREJUDICE as to Hormel Foods, LLC.

2. The Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Complaint [*Pork* ECF No. 432] is DISMISSED WITHOUT PREJUDICE as to Hormel Foods, LLC.

3. The Commonwealth of Puerto Rico's Third Amended Complaint [*Puerto Rico* ECF No. 103] is DISMISSED WITHOUT PREJUDICE as to Hormel Foods, LLC.

4. Winn-Dixie Stores, Inc.'s and Bi-Lo Holdings, LLC's Second Amended Complaint [*Winn-Dixie* ECF No. 94] is DISMISSED WITHOUT PREJUDICE as to Hormel Foods, LLC.


Dated:_____                By the Court


                                             _____
                                             The Honorable John R. Tunheim
                                             Chief United States District Judge