## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION HEARING

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | **COURT MINUTES – CIVIL**<br>BEFORE: Hildy Bowbeer |
| This Document Relates To: All Actions | U.S. Magistrate Judge |

| | |
|---|---|
| Case No.: | 18-cv-1776 (JRT/HB) |
| Date: | January 8, 2021 |
| Court Reporter: | Carla Bebault |
| Courthouse: | n/a (videoconference) |
| Time: | 9:32–11:09 a.m. |

**APPEARANCES:**

For Plaintiffs: Bobby Pouya, Michael Pearson, Brian Clark, Arielle Wagner, Rio Pierce, Breanna Van Engelen, Michelle Looby, Britany Resch, A. Blaine Finley, Katherine Barrett Riley, Matthew Weiler, Kyle Bates, Patrick Ahern

For Defendants: Justin Bernick, Christina Briesacher, Mark Johnson, Isaac Hall, Peter Schwingler, Brian Robison, John Cotter, Christopher Smith, Gene Summerlin, Sami Rashid, Jessica Nelson, Tiffany Rohrbaugh, Jarod Taylor

**PROCEEDINGS:**

The Court held a motion hearing on Plaintiffs' Motion to Compel Custodians and Documents [ECF No. 555]. Ruling from the Bench for the reasons stated fully on the record, the Court **DENIED** the motion in its entirety. The Court's oral order shall serve as the Court's formal ruling.

The motion to compel Defendants Tyson Foods, Inc., Tyson Prepared Foods, Inc., Tyson Fresh Meats, Inc., JBS USA Food Company, and JBS USA Food Company Holdings to designate certain custodians was denied without prejudice.

Notwithstanding the Court's ruling on calendars, the Court ordered counsel for the parties to meet and confer about parameters for determining the relevance and responsiveness of hard copy and electronic calendar entries and the means of review.

The parties advised the Court of their intent to submit by the end of next week a stipulation to consolidate *Commonwealth of Puerto Rico v. Agri Stats, Inc.*, Case No. 19-cv-2723, and *Winn-Dixie Stores, Inc. et al v. Agri Stats, Inc.*, Case No. 19-cv-1578, with this action. If the parties need additional time, they will inform the Court by Thursday, January 14, 2021.

*s/Adrienne Meyers*
Judicial Law Clerk
