UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

IN RE PORK ANTITRUST
LITIGATION

                              Civil Number: 18-01776 (JRT/HB)

_____

**ORDER GRANTING MOTION FOR NON-RESIDENT TO SERVE AS LOCAL COUNSEL AND MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5(d), Aaron B Chapin moved for permission for a non-resident to serve as local counsel and moved for the admission pro hac vice of attorney Christopher A. Smith in the above case.

IT IS HEREBY ORDERED THAT Aaron B Chapin's motion for a Non-Resident to serve as Local Counsel (Docket No. 571-1) is **GRANTED**.

IT IS FURTHER ORDERED that the Motion for Admission Pro Hac Vice of Attorney Christopher A. Smith (Docket No. 571) is **GRANTED**.

Dated:  January 13, 2021
At Minneapolis, Minnesota

                                          s/John R. Tunheim_____
                                          JOHN R. TUNHEIM
                                          Chief Judge
                                          United States District Court