## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Court File No. 18-cv-1776 (JRT/HB) |
| This Document Relates To:  All Actions | **STIPULATION TO EXTEND DEADLINES FOR MOTIONS TO COMPEL RELATING TO JBS USA** |

Plaintiffs and Defendant JBS USA Food Company ("JBS USA"), by and through their undersigned counsel, jointly stipulate to an extension of the deadline for Plaintiffs to file motions to compel arising from any remaining disputes about JBS USA's amended responses and objections to Plaintiffs' requests for production ("Amended RFP Responses") as follows:

WHEREAS, pursuant to the Court's Order dated November 24, 2020 (ECF No. 538), the current deadline for Plaintiffs to file a motion to compel relating to JBS USA's Amended RFP Responses is January 15, 2021.

WHEREAS, Plaintiffs and JBS have had substantive discussions regarding JBS USA's Amended RFP Responses, but have not yet exhausted the meet-and-confer process; and Plaintiffs and JBS USA believe they may be able to resolve or narrow the current disputes relating to JBS USA's Amended RFP Responses if given more time to meet and confer.

WHEREAS, certain disputes regarding JBS USA's Amended RFP Responses are intertwined with Plaintiff and JBS USA's ongoing negotiations on search terms.

1

WHEREAS, the parties have agreed to provide an update to the Court regarding any disputes on document search methodology and search terms by January 22, 2021 (ECF No. 615).

WHEREAS, Plaintiffs and JBS USA will (1) work diligently to complete the meet-and-confer process relating to JBS USA's Amended RFP Responses by January 22, 2021; (2) provide an update to the Court as to the status of that process to accompany the parties' January 22, 2021 joint status update letter; and (3) to the extent any disputes remain regarding JBS USA's Amended RFP Responses, propose a mechanism and schedule for bringing such disputes to the Court.

NOW, THEREFORE, the parties stipulate to an Order consistent with the following:

1. The deadline for Plaintiffs to file any motions to compel relating to JBS USA's Amended RFP Responses is held in abeyance pending further order of the Court.

2. Plaintiffs and JBS USA shall work diligently to complete the meet-and-confer process relating to JBS USA's Amended RFP Responses by January 22, 2021.

3. Plaintiffs and JBS USA shall notify the Court in a joint status letter by January 22, 2021 whether any disputes remain regarding JBS USA's Amended RFP Responses. If any such disputes remain, Plaintiffs and JBS USA shall propose a mechanism and schedule for bringing such disputes to the Court.

Dated:  January 14, 2021

*/s/ Shana E. Scarlett*
Shana E. Scarlett (*pro hac vice*)
Rio S. Pierce (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

Steve. W. Berman (*pro hac vice*)
Breanna Van Engelen (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

*/s/ Daniel E. Gustafson*
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Britany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

*/s/ Shawn M. Raiter*
Shawn M. Raiter (#240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

Jonathan W. Cuneo (*pro hac vice*)
Joel Davidow (*pro hac vice*)
Blaine Finley (*pro hac vice*)
Yifei "Evelyn" Li (*pro hac vice*)
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cuneolaw.com

*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

Dated: January 14, 2021

<div style="display: flex;">

*/s/ Jessica J. Nelson*
Jessica J. Nelson, #347358
Donald G. Heeman, #286023
Randi J. Winter, #391354
SPENCER FANE LLP
100 South Fifth Street, Suite 2500
Minneapolis, MN  55402
Telephone:  (612) 268-7000
Facsimile:  (612) 268-7001
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

</div>

*Attorneys for Defendant JBS USA Food Company*