## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Court File No. 18-cv-1776 (JRT/HB) |
| This Document Relates To: All Actions | **[PROPOSED] ORDER** |

Pursuant to the Stipulation filed by Plaintiffs and Defendant JBS USA Food Company ("JBS USA") to Extend Deadlines for Motions to Compel Relating to JBS USA ("Stipulation") (ECF No. 634), the Stipulation is approved and **IT IS HEREBY ORDERED THAT:**

1. The deadline for Plaintiffs to file any motions to compel relating to JBS USA's Amended Request for Production of Document ("RFP") Responses is held in abeyance pending further order of the Court.

2. Plaintiffs and JBS USA shall work diligently to complete the meet-and-confer process relating to JBS USA's Amended RFP Responses by January 22, 2021.

3. Plaintiffs and JBS USA shall notify the Court in a joint status letter by January 22, 2021 whether any disputes remain regarding JBS USA's Amended RFP Responses. If any such disputes remain, Plaintiffs and JBS USA shall propose a mechanism and schedule for bringing such disputes to the Court.

   **IT IS SO ORDERED.**

   DATED: _____

   _____
   HILDY BOWBEER
   United States Magistrate Judge