# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-01776 (JRT-HB) |
| This Document Relates To: ALL ACTIONS | |

## [PROPOSED] ORDER

This matter is before the Court on the Parties' Stipulation to Amend the Pretrial Scheduling Order Regarding Deadline on Structured Data to extend to February 23, 2021, the deadline to reach agreement on production of structured data or seek relief from the Court. The Parties seek to extend the current deadline of January 15, 2021 in the Court's November 12, 2020 Order on Stipulation Regarding Pretrial Scheduling Order (Dkt. 532). Based on the files, records, and proceedings herein:

**IT IS HEREBY ORDERED THAT:**

1. The Parties' Stipulation to Amend the Pretrial Scheduling Order Regarding Deadline on Structured Data is **GRANTED**.

2. The deadline to reach agreement on production of structured data or seek relief from the Court is February 23, 2021.

3. The remainder of the Pretrial Scheduling Order (Dkt. 532) is unchanged.

**IT IS SO ORDERED.**

Dated: January __, 2021

_____
HILDY BOWBEER
United States Magistrate Judge.