UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>DPP and CIIP Actions | Civil No. 18-1776 (JRT/HB) |
| COMMONWEALTH OF<br>PUERTO RICO,<br><br>       Plaintiff,<br><br>v.<br><br>AGRISTATS, ET AL.,<br><br>       Defendants. | Civil No. 19-2723 (JRT/HB)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT HORMEL FOODS, LLC WITHOUT PREJUDICE** |
| WINN-DIXIE STORES, INC., AND<br>BI-LO HOLDINGS, LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>AGRISTATS, ET AL.,<br><br>       Defendants. | Civil No. 19-1578 (JRT/HB) |

    The parties have filed a Stipulation for Dismissal of Defendant Hormel Foods, LLC Without Prejudice. (ECF No. 622) Based on all the files, records, and proceedings herein

1

**IT IS HEREBY ORDERED** that the parties' Stipulation is **GRANTED** as follows:

1. The Direct Purchaser Plaintiffs' Third Amended Complaint [*Pork* ECF No. 431] is **DISMISSED WITHOUT PREJUDICE** as to Hormel Foods, LLC.

2. The Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Complaint [*Pork* ECF No. 432] is **DISMISSED WITHOUT PREJUDICE** as to Hormel Foods, LLC.

3. The Commonwealth of Puerto Rico's Third Amended Complaint [*Puerto Rico* ECF No. 103] is **DISMISSED WITHOUT PREJUDICE** as to Hormel Foods, LLC.

4. Winn-Dixie Stores, Inc.'s and Bi-Lo Holdings, LLC's Second Amended Complaint [*Winn-Dixie* ECF No. 94] is **DISMISSED WITHOUT PREJUDICE** as to Hormel Foods, LLC.

DATED: January 14, 2021
at Minneapolis, Minnesota.

                                            s/John R. Tunheim
                                            JOHN R. TUNHEIM
                                            Chief Judge
                                            United States District Court