# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Court File No. 18-cv-1776 (JRT/HB) |
| This Document Relates To:  All Actions | **ORDER ON STIPULATION TO EXTEND DEADLINES FOR MOTIONS TO COMPEL RELATING TO JBS USA** |

Pursuant to the Stipulation to Extend Deadlines for Motions to Compel Relating to JBS USA (ECF No. 634), entered into by Plaintiffs and Defendant JBS USA Food Company ("JBS USA"),

**IT IS HEREBY ORDERED** that the Stipulation (ECF No. 634) is **APPROVED** as follows:

1. The deadline for Plaintiffs to file any motions to compel relating to JBS USA's Amended RFP Responses is held **in abeyance** pending further order of the Court;

2. Plaintiffs and JBS USA shall work diligently to complete the meet-and-confer process relating to JBS USA's Amended RFP Responses by **January 22, 2021**; and

3. Plaintiffs and JBS USA shall notify the Court in a joint status letter by **January 22, 2021**, whether any disputes remain regarding JBS USA's Amended RFP Responses.  If any such disputes remain, Plaintiffs and JBS USA shall propose a mechanism and schedule for bringing such disputes to the Court.


Dated:  January 15, 2021         s/ *Hildy Bowbeer*
                                 HILDY BOWBEER
                                 United States Magistrate Judge