## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST
LITIGATION

This Document Relates To:

ALL ACTIONS

Civil No. 18-cv-1776 (JRT/HB)

**JOINT UPDATE LETTER**

Dear Judge Bowbeer:

Pursuant to the proposed order submitted at ECF No. 615, plaintiffs and defendant Agri Stats Inc. ("Agri Stats") hereby provide the following joint update regarding the status of their ongoing negotiations regarding document search methodology and search terms. The parties have had a number of substantive discussions regarding the document search methodology and search terms that will be used by Agri Stats. The parties have made significant progress but a number of current disputes still remain. Plaintiffs and Agri Stats have not yet exhausted the meet-and-confer process; and plaintiffs and Agri Stats believe that they will be able to resolve or narrow the current disputes regarding the document search methodology and search terms if given more time to meet and confer.

Plaintiffs and Agri Stats will work diligently to complete the meet-and-confer process relating to the Agri Stats document search methodology and search terms by February 5, 2021. The parties shall submit a joint status letter by February 5, 2021 regarding any disputes on document search methodology and search terms that still remain at that point.

DATED: January 22, 2021

PEARSON SIMON & WARSHAW, LLP

*/s/ Bobby Pouya*
BOBBY POUYA (*Pro Hac Vice*)

Clifford H. Pearson (*Pro Hac Vice*)
Daniel L. Warshaw (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403

LOCKRIDGE GRINDAL NAUEN
P.L.L.P.

*/s/ Arielle S. Wagner*
ARIELLE S. WAGNER (MN #0398332)

W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Craig S. Davis (MN #0148192)
Simeon A. Morbey (MN #0391338)

Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Melissa S. Weiner (MN #0387900)
Joseph C. Bourne (MN #0389922)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pswlaw.com
jbourne@pswlaw.com

Bruce L. Simon (Pro Hac Vice)
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Shana E. Scarlett*
SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve. W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP

Stephen M. Owen (MN # 0399370)
Stephanie A. Chen (MN #0400032)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
aswagner@locklaw.com
wjbruckner@locklaw.com
csdavis@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
smowen@locklaw.com
sachen@locklaw.com

***Co-Lead Class Counsel for Direct
Purchaser Plaintiffs***

CUNEO GILBERT & LADUCA, LLP

*/s/ Blaine Finley*
BLAINE FINLEY

Jonathan W. Cuneo
Joel Davidow
Yifei "Evelyn" Li
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cunelolaw.com

1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

GUSTAFSON GLUEK PLLC

/s/ Brittany N. Resch
BRITTANY N. RESCH (#0397656)

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

*Co-Lead Counsel for Consumer Indirect
Purchaser Plaintiffs*

HOGAN LOVELLS US LLP

/s/ Justin W. Bernick
JUSTIN W. BERNICK (*Pro Hac Vice*)

Peter H. Walsh (#0388672)
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3000
F. (612) 402-3001
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
HOGAN LOVELLS US LLP

Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

*Co-Lead Counsel for Commercial and
Institutional Indirect Purchaser
Plaintiffs*

Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

***Counsel for Agri Stats, Inc.***