UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | No. 0:18-cv-01776-JRT-HB<br><br>**DEFENDANT SMITHFIELD FOODS, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFFS' NON-PARTY SUBPOENA TO VERIZON WIRELESS** |

Pursuant to Rule 26(c)(1) and 45 of the Federal Rules of Civil Procedure, Defendant Smithfield Foods, Inc. ("Smithfield") hereby moves the Court for a protective order to narrow the subpoena Plaintiffs served on third-party Cellco Partnership d/b/a Verizon Wireless ("Verizon"). Smithfield requests that the Court modify the terms of the subpoena to the extent that it requests phone records (1) outside of the relevant discovery period set by this Court and (2) covering any time period during which the relevant custodians were not employed by Smithfield. Smithfield files this Motion to prevent overbroad discovery and to protect the privacy interests of its current and former employees. Smithfield's Motion is based on Rules 26 and 45 of the Federal Rules of Civil Procedure, the accompanying Memorandum of Law, arguments of counsel, and all relevant files, records, and proceedings herein.

Dated: January 23, 2021  /s/ Brian Robison
Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
(214) 698-3370
brobison@gibsondunn.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

John A. Cotter (134296)
John A. Kvinge (0392303)
LARKIN HOFFMAN DALY &
LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 896-3340
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

*Counsel for Smithfield Foods, Inc.*

## CERTIFICATE OF CONFERENCE

Brian Robison, counsel for Smithfield Foods, Inc., conferred on January 22, 2021 with Arielle Wagner, counsel for Plaintiffs who signed the Subpoena at issue, regarding the relief requested in Smithfield's Motion for Protective Order. Mr. Robison offered three solutions that would have avoided the need for motion practice. Ms. Wagner said that Plaintiffs could not agree to two of the three possible solutions but were willing to discuss the third potential option next week, which would be too late because that would be after Verizon had already produced the phone records to Plaintiffs. She also stated that Plaintiffs would not agree on January 22 to send a standstill letter to Verizon to stop the production of phone records while the parties talked. Thus, the parties were not able to resolve this dispute.

Dated: January 23, 2021                    /s/ Brian Robison
                                           Brian Robison


## CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of January 2021, all counsel of record are being served with a copy of this document via the Court's ECF System.

                                           /s/ Brian Robison
                                           Brian Robison