UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | No. 0:18-cv-01776-JRT-HB<br><br>**DECLARATION OF BRIAN ROBISON IN SUPPORT OF DEFENDANT SMITHFIELD FOODS, INC.'S MOTION FOR PROTECTIVE ORDER** |

I, Brian E. Robison, declare as follows:

1. I am over the age of 18, and my place of business is Gibson, Dunn & Crutcher, 2001 Ross Ave, Suite 2100, Dallas, Texas 75201.

2. I am an attorney admitted *pro hac vice* to practice before this Court.

3. I am a partner in the law firm of Gibson, Dunn & Crutcher LPP, counsel to Defendant Smithfield Foods, Inc ("Smithfield"). I make this declaration in support of Smithfield's Motion for Protective Order. I have personal knowledge of the facts stated herein, and, if called to testify, I could and would competently testify to these facts.

4. Attached as Exhibit A is a true and correct copy of Plaintiffs' December 30, 2020 Notice of Subpoena to Cellco Partnership d/b/a Verizon Wireless ("Verizon").

5. Attached as Exhibit B is a true and correct copy of Plaintiffs' January 5, 2021 Subpoena served on Verizon.

6. Attached as Exhibit C are true and correct copies of Verizon's notices of subpoenas sent to certain of Smithfield's custodians, dated January 14, 2021.

**DECLARATION OF BRIAN E. ROBISON - PAGE 1**

I declare, under penalty of perjury under the laws of the United State of America, that the foregoing statements are within my personal knowledge and are true and correct.

Executed in Denton County, State of Texas, on this 23rd day of January 2021.

									_____
									Brian E. Robison

**DECLARATION OF BRIAN E. ROBISON - PAGE 2**