UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | No. 0:18-cv-01776-JRT-HB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SMITHFIELD FOODS, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFFS' NON-PARTY SUBPOENA TO VERIZON WIRELESS** |

Upon consideration of Defendant Smithfield Foods, Inc.'s ("Smithfield") Motion of Protective Order Regarding Plaintiffs' Non-Party Subpoena to Verizon Wireless and the Memorandum of Law, declaration, and materials filed in support thereof, it is hereby

**ORDERED** that Defendant Smithfield Foods, Inc.'s Motion of Protective Order is **GRANTED**.

Accordingly, **IT IS SO ORDERED** that the January 5, 2021 subpoena issued to third-party Cellco Partnership d/b/a Verizon Wireless shall be modified to (1) exclude any phone records for any date after June 30, 2018 and (2) exclude any time period during which a custodian was not employed by Smithfield.

SO ORDERED THIS _____ day of _____, 2021.

_____
HILDY BOWBEER
United States Magistrate Judge