# EXHIBIT C



**verizon✓**
Verizon Security Subpoena Compliance
180 Washington Valley Road
Bedminster, NJ 07921
PHONE: 800-451-5242 FAX: 888-667-0028

January 14, 2021

Verizon Case #: 21106785 23
Docket/File: 0:18-CV-01776-JRT-HB
Target:

Dear Customer,

This is to notify you that Verizon has received a subpoena requiring the production of certain records associated with the target referenced above.

Verizon has no information as to the purpose of the subpoena or the nature of the action. Any questions you have should be directed to the party who issued the subpoena.

Please be advised that unless Verizon is provided with a motion for a protective order or a motion to quash within 10 days from the date of this letter, or by the date specified in the subpoena (whichever is later) Verizon intends to produce the records. Motion papers can be sent to Verizon via fax number 325-949-6916.

Very truly yours,

Debbie H
Verizon Security Assistance Team

Enclosed

From: Kyle Pozan   Fax: 13179550545   To:   Fax: (888) 667-0028   Page: 2 of 15   01/05/2021 3:42 PM

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| IN RE PORK ANTITRUST LITIGATION | ) ) ) ) | Civil Action Nos. 0:18-CV-01776-JRT-HB, 19-CV-01978 and 19-CV-02723 |
|---|---|---|

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Cellco Partnership d/b/a Verizon Wireless, via Fax: (888) 667-0028
*(Name of person to whom this subpoena is directed)*

☑ **Production:** YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: **As described in the attached Schedule A.**

| Place: Arielle S. Wagner, Lockridge Grindal Nauen P.L.L.P. 100 Washington Avenue South, Suite 2200 Minneapolis, MN 55401 | Date and Time: January 15, 2021, 9:00 a.m. |
|---|---|

☐ **Inspection of Premises:** YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: January 5, 2021

CLERK OF COURT                                     OR

_____                    s/Arielle S. Wagner
Signature of Clerk or Deputy Clerk                 _____
                                                   Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Class Plaintiffs, who issues or requests this subpoena, are:

Arielle S. Wagner, Lockridge Grindal Nauen P.L.L.P., 100 Washington Avenue South, Suite 2200 Minneapolis, MN 55401 (612) 339-6900 aswagner@locklaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## SCHEDULE A

### PLAINTIFFS' REQUESTS FOR PRODUCTION TO NON-PARTY VERIZON WIRELESS

Pursuant to the foregoing subpoena duces tecum, Verizon Wireless is required to produce, by the date stated on the subpoena, the documents requested herein.

### INSTRUCTIONS

1. Provide all records electronically in any format available, including Microsoft Excel format (.xls or .xlsx), a Microsoft Excel compatible format (.csv), or an electronically generated PDF.

2. If excess or additional data is included with the information requested below and would require any additional work to remove, then please include such data with what you provide.

3. Provide records electronically to Arielle S. Wagner via email: aswagner@locklaw.com.

4. If any of the requested data is not available, then please contact Arielle S. Wagner at the email address listed above to discuss the data that is available.

5. If a phone record **cannot be produced with call times in Central Time Zone**, then please identify the time zone applicable to the phone record in a cover letter or otherwise.

### DOCUMENT REQUEST

**REQUEST NO. 1:** For the phone numbers listed in the table below, provide the following information for the time period from January 1, 2008 through the present for each phone number, including the following types of information: (1) records of "talk" and/or "call details," including the number a call is received from or made to, whether the call is incoming or outgoing, the date and time of the call (**Central Time Zone**), the length of the call, and, to the extent such information is available or maintained separately, any calls to check voicemail and (2) text message report,



**verizon**✓

Verizon Security Subpoena Compliance
180 Washington Valley Road
Bedminster, NJ 07921
PHONE: 800-451-5242 FAX: 888-667-0028

January 14, 2021



Verizon Case #:  21106785  20
Docket/File:  0:18-CV-01776-JRT-HB
Target:

Dear Customer,

This is to notify you that Verizon has received a subpoena requiring the production of certain records associated with the target referenced above.

Verizon has no information as to the purpose of the subpoena or the nature of the action. Any questions you have should be directed to the party who issued the subpoena.

Please be advised that unless Verizon is provided with a motion for a protective order or a motion to quash within 10 days from the date of this letter, or by the date specified in the subpoena (whichever is later) Verizon intends to produce the records. Motion papers can be sent to Verizon via fax number 325-949-6916.

Very truly yours,

Debbie H
Verizon Security Assistance Team

Enclosed