UNITED STATES DISTRCT COURT
DISTRICT OF MINNESOTA

---

In Re Pork Antitrust Litigation,

Civil No. 18-1776 (JRT/HB)

---------------------------------------------------------

Cheney Brothers, Inc.,

        Plaintiff,

v.                                                                                  Civil No. 20-2642 (NEB/BRT)

Agri Stats, Inc., et al.,

        Defendants.

---------------------------------------------------------

---

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

---

    Case No. 18-1776 (JRT/HB) having been assigned to Chief Judge John R. Tunheim and Magistrate Judge Hildy Bowbeer, and Case No. 20-2642 (NEB/BRT) having later been assigned to Judge Nancy E. Brasel and Magistrate Judge Becky R. Thorson, and said matters being related cases,

    **IT IS HEREBY ORDERED** that Case No. 20-2642 (NEB/BRT) be assigned to Chief Judge John R. Tunheim and Magistrate Judge Hildy Bowbeer, nunc pro tunc, by

2

use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to void and reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases Order dated January 10, 2020.

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above respective files.

Dated:  January 19, 2021                    s/John R. Tunheim
                                            John R. Tuheim
                                            Chief United States District Judge


Dated:  January 22, 2021                    s/Nancy E. Brasel
                                            Nancy E. Brasel
                                            United States District Judge