## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | No. 0:18-cv-01776-JRT-HB |
| This Document Relates To: All Actions | **DEFENDANT SMITHFIELD FOODS, INC.'S REPORT REGARDING OUTCOME OF PARTIES' MEET-AND-CONFER PROCESS ON NON-PARTY SUBPOENAS TO COMMUNICATIONS CARRIERS** |

On January 23, 2021, Smithfield Foods, Inc. filed a Motion for Protective Order Regarding Plaintiffs' Non-Party Subpoena to Verizon Wireless (ECF No. 651) ("Motion").

On January 25, this Court entered an Order on that Motion (ECF No. 656). The Court's Order instructed: (1) the parties to continue their meet-and-confer efforts; (2) Smithfield to file a statement by January 27 reporting on the outcome of the parties' discussions; (3) Smithfield to file a notice of hearing; and (4) Smithfield to fax a copy of that Order to Verizon so that Verizon would defer producing records until further Order of this Court.

Smithfield hereby updates the Court on the outcome of the parties' continued discussions over the Motion.

As soon as counsel for Smithfield saw the Court's Order, counsel sent a copy of the Order to Verizon to ensure that Verizon did not produce any records pending further order from this Court.

From January 25-27, the parties exchanged correspondence in an attempt to resolve the disputes raised in the Motion.  As a result of those exchanges, Smithfield now reports to the Court that the parties have reached an agreement.  The details of the parties' agreement are being provided to the Court in the Stipulation and Proposed Order that are being filed concurrently with this Report.  Because the parties have reached an agreement, Smithfield believes that a notice of hearing is no longer necessary.

Dated: January 27, 2021

/s/ Brian Robison
Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
(214) 698-3370
brobison@gibsondunn.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

John A. Cotter (134296)
John A. Kvinge (0392303)
LARKIN HOFFMAN DALY &
LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 896-3340
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

*Counsel for Smithfield Foods, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 27th day of January, 2021, all counsel of record are being served with a copy of this document via the Court's ECF System.


/s/ Brian Robison
Brian Robison

104393384.2