# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: ALL ACTIONS | No. 0:18-cv-01776<br><br>Hon. John R. Tunheim<br>Magistrate Judge Hildy Bowbeer |

## CLASS PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF ORDER PERMITTING PRODUCTION OF DOCUMENTS BY THIRD PARTY COBANK, ACB

On November 23, 2020, Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, and Consumer Indirect Purchaser Plaintiffs (collectively, "Class Plaintiffs") served a document subpoena on non-party CoBank, ACB ("CoBank"). *See* Declaration of Stephen M. Owen ("Owen Decl."), Exhibit A.  As an entity regulated by the Farm Credit Act, CoBank notified Class Plaintiffs that it may not produce responsive documents except pursuant to a Court order permitting such a production to be made. CoBank, however, does not oppose entry of an order permitting it to produce nonprivileged, responsive documents the parties have identified through one custodian and a set of search terms.  Owen Decl., Ex. B (email dated January 13, 2021 from CoBank counsel N. Hendrix to S. Owen).  Therefore, pursuant to Fed. R. Civ. P. 45, Plaintiffs seek an order permitting CoBank to comply with the subpoena consistent with the agreement between Class Plaintiffs and CoBank and as required by 12 C.F.R. § 618.8330(b). Additionally, CoBank is entitled to the protections of the Protective Order in responding to Plaintiffs' subpoena.  (*See* Dkt #212).

A party may "obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case . . . [and] [i]nformation within this scope of discovery need not be admissible in evidence to be discoverable." Fed. R. Civ. P. 26(b)(1).  "Courts construe the Rule broadly to encompass any matter that bears on, or that reasonably could lead to other matter[s] that could bear on, any issue that is or may be in the case."  *Arctic Cat, Inc. v. Bombardier Recreational Prods, Inc.*, No. 12-cv-2692 (JRT/LIB), 2013 WL 12153519, *2 (D. Minn. Nov. 7, 2013) (internal quotations and citations omitted).

The subpoena consists of four requests seeking documents relevant to the claims asserted in this case, including documents reflecting the work CoBank performed on behalf of Defendants, such as analyses of pricing, production, supply, and demand in the Pork Market during the Relevant Period.  *See* Owen Decl., Ex. A.  Plaintiffs have met and conferred with counsel for CoBank and have agreed on a set of search terms and a custodian for which CoBank would produce responsive documents, subject to any narrow follow-up that may result from documents CoBank produces.  *See* Owen Decl., Ex. B.  Plaintiffs and CoBank have further agreed that CoBank does not waive any claims of privilege in connection with its contemplated production.

Federal Rule of Civil Procedure 45(a) allows the issuance of subpoenas for production of documents in a non-party's custody or control.  CoBank does not seek an order quashing or modifying the subpoena, and if it did, it would bear the burden of demonstrating that the subpoena is overly broad, unduly burdensome, or seeks information that is not relevant.  *See, e.g.*, *Heitzman v. Engelstad*, No. 12–cv–2274 (MJD/LIB), 2013

WL 4519403, at *3 (D. Minn. July 11, 2013), *aff'd*, 2013 WL 4516320 (D. Minn. Aug. 26, 2013). Given that CoBank is not objecting to production under the negotiated search parameters, good cause exists to permit CoBank to comply with the subpoena consistent with the agreement between Class Plaintiffs and CoBank.

Class Plaintiffs respectfully ask the Court to enter an order permitting CoBank to produce documents responsive to Class Plaintiffs' subpoena consistent with the agreement between Class Plaintiffs and CoBank and as required by 12 C.F.R. § 618.8330(b).

Dated: January 27, 2021

/s/ Bobby Pouya
Bobby Pouya (Pro Hac Vice)
Clifford H. Pearson (Pro Hac Vice)
Daniel L. Warshaw (Pro Hac Vice)
Michael H. Pearson (Pro Hac Vice)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Melissa S. Weiner (MN #0387900)
Joseph C. Bourne (MN #0389922)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pswlaw.com
jbourne@pswlaw.com

/s/ Arielle S. Wagner
Arielle S. Wagner (MN #0398332)
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Craig S. Davis (MN #0148192)
Simeon A. Morbey (MN #0391338)
Stephen M. Owen (MN # 0399370)
Stephanie A. Chen (MN #0400032)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
aswagner@locklaw.com
wjbruckner@locklaw.com
csdavis@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
smowen@locklaw.com
sachen@locklaw.com

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswlaw.com

/s/ Shana E. Scarlett
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve. W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

/s/ Daniel E. Gustafson
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Britany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

*Co-Lead Counsel for Consumer Indirect
Purchaser Plaintiffs*

/s/ Shawn M. Raiter
Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

Jonathan W. Cuneo
Joel Davidow
Blaine Finley
Yifei "Evelyn" Li
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cunelolaw.com

*Co-Lead Counsel for Commercial and
Institutional Indirect Purchaser Plaintiffs*