UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: ALL ACTIONS | No. 0:18-cv-01776<br><br>Hon. John R. Tunheim<br>Magistrate Judge Hildy Bowbeer |

DECLARATION OF STEPHEN M. OWEN IN SUPPORT OF CLASS PLAINTIFFS' UNOPPOSED MOTION FOR ORDER PERMITTING PRODUCTION OF DOCUMENTS BY THIRD PARTY COBANK, ACB

I, Stephen M. Owen, declare as follows:

1. I am an attorney with the law firm of Lockridge Grindal Nauen P.L.L.P., appointed by the Court as Interim Co-Lead Class Counsel for the Direct Purchaser Plaintiff ("DPP") Class in the above-captioned matter. I submit this declaration in support of Class Plaintiffs' Motion for Order Permitting Production of Documents by Third Party CoBank, ACB.

2. Attached as Exhibit A is a true and correct copy of the November 23, 2020 document subpoena served on non-party CoBank, ACB ("CoBank") by Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, and Consumer Indirect Purchaser Plaintiffs (collectively, "Class Plaintiffs").

3. Attached as Exhibit B is a true and correct copy of the January 13, 2021 email from CoBank Counsel Nick Hendrix to DPP counsel Stephen Owen.

Dated: January 27, 2021

*/s/Stephen M. Owen*
Stephen M. Owen

556261.1