# EXHIBIT B

# Larsen, Sandie S.

| | |
|---|---|
| **From:** | Hendrix, Nick <nick.hendrix@nortonrosefulbright.com> |
| **Sent:** | Wednesday, January 13, 2021 4:26 PM |
| **To:** | Owen, Stephen M.; Wagner, Arielle S.; Sipe, Elizabeth M.; Clark, Brian D. |
| **Cc:** | Drake, Scott |
| **Subject:** | In re Pork Antitrust Litigation |

Steve,

Per our discussions regarding the subpoena in the *In re Pork Antitrust Litigation* matter to my client CoBank, Class Plaintiffs and CoBank have agreed on a set of search terms and custodian for which CoBank will produce responsive documents, subject to any narrow follow-up that may result from documents CoBank produces.   Class Plaintiffs and CoBank have further agreed that CoBank does not waive any objections or claims of privileges in connection with its contemplated production.

We have reviewed the draft of the motion you intend to file with the Court and we do not intend to oppose the motion.

Thanks,

Nick

**Nick Hendrix** | Senior Associate
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600, Dallas, Texas  75201-7932, United States
Tel +1 214 855 7427 | Fax +1 214 855 8200
nick.hendrix@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.