UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: ALL ACTIONS | No. 0:18-cv-01776<br><br>Hon. John R. Tunheim<br>Magistrate Judge Hildy Bowbeer |

**MEET AND CONFER STATEMENT FOR UNOPPOSED MOTION
FOR ORDER PERMITTING PRODUCTION OF DOCUMENTS
BY THIRD PARTIES COBANK, ACB**

Counsel for Direct Purchaser Plaintiffs have met and conferred with counsel for CoBank, ACB ("CoBank") and Liaison Counsel for Defendants regarding the filing of an unopposed motion for an order permitting the production of documents by CoBank to satisfy 12 C.F.R. § 618.8330(b). Neither CoBank nor Defendants object to the filing of this motion.

Dated: January 27, 2021

| | |
|---|---|
| */s/* Bobby Pouya<br>Bobby Pouya (Pro Hac Vice)<br>Clifford H. Pearson (Pro Hac Vice)<br>Daniel L. Warshaw (Pro Hac Vice)<br>Michael H. Pearson (Pro Hac Vice)<br>PEARSON SIMON & WARSHAW, LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 92403<br>Telephone: (818) 788-8300<br>Facsimile: (818) 788-8104<br>cpearson@pswlaw.com<br>dwarshaw@pswlaw.com<br>bpouya@pswlaw.com<br>mpearson@pswlaw.com | */s/* Arielle S. Wagner<br>Arielle S. Wagner (MN #0398332)<br>W. Joseph Bruckner (MN #0147758)<br>Brian D. Clark (MN #0390069)<br>Craig S. Davis (MN #0148192)<br>Simeon A. Morbey (MN #0391338)<br>Stephen M. Owen (MN # 0399370)<br>Stephanie A. Chen (MN #0400032)<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>aswagner@locklaw.com<br>wjbruckner@locklaw.com<br>csdavis@locklaw.com |

556278.1

| | |
|---|---|
| Melissa S. Weiner (MN #0387900)<br>Joseph C. Bourne (MN #0389922)<br>PEARSON, SIMON & WARSHAW, LLP<br>800 LaSalle Avenue, Suite 2150<br>Minneapolis, MN 55402<br>Telephone: (612) 389-0600<br>Facsimile: (612) 389-0610<br>mweiner@pswlaw.com<br>jbourne@pswlaw.com | bdclark@locklaw.com<br>samorbey@locklaw.com<br>smowen@locklaw.com<br>sachen@locklaw.com<br><br>*Co-Lead Class Counsel for Direct Purchaser Plaintiffs* |

Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

| | |
|---|---|
| */s/* Shana E. Scarlett<br>Shana E. Scarlett<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>shanas@hbsslaw.com | */s/* Shawn M. Raiter<br>Shawn M. Raiter (MN# 240424)<br>LARSON • KING, LLP<br>2800 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101<br>Telephone: (651) 312-6518<br>sraiter@larsonking.com |
| Steve. W. Berman<br>Breanna Van Engelen<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 2nd Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>breannav@hbsslaw.com | Jonathan W. Cuneo<br>Joel Davidow<br>Blaine Finley<br>Yifei "Evelyn" Li<br>CUNEO GILBERT & LADUCA, LLP<br>4725 Wisconsin Avenue NW, Suite 200<br>Washington, DC 20016<br>Telephone: (202) 789-3960<br>jonc@cuneolaw.com<br>joel@cuneolaw.com<br>bfinley@cuneolaw.com<br>evelyn@cunelolaw.com |
| */s/* Daniel E. Gustafson<br>Daniel E. Gustafson (#202241)<br>Daniel C. Hedlund (#258337)<br>Michelle J. Looby (#388166)<br>Britany N. Resch (#0397656)<br>GUSTAFSON GLUEK PLLC | *Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs* |

556278.1                                         2

120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*