# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | No. 0:18-cv-01776-JRT-HB<br><br>**DEFENDANT SMITHFIELD FOODS, INC.'S NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFFS' NON-PARTY SUBPOENA TO VERIZON WIRELESS** |

On January 23, 2021, Defendant Smithfield Foods, Inc. ("Smithfield") filed a Motion for Protective Order Regarding Plaintiffs' Non-Party Subpoena to Verizon Wireless (ECF No. 651) ("Motion"). The parties have reached an agreement that resolves the issues raised in the Motion, and the Court has entered an Order on the parties' Stipulation Regarding Plaintiffs' Non-Party Subpoenas to Communications Carriers (ECF No. 667). Accordingly, Smithfield hereby withdraws its Motion.

| | |
|---|---|
| Dated: January 28, 2021 | /s/ Brian Robison<br>Brian Robison (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201-6912<br>(214) 698-3370<br>brobison@gibsondunn.com<br><br>Richard Parker (*pro hac vice*)<br>Josh Lipton (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>(202) 955-8500<br>rparker@gibsondunn.com<br>jlipton@gibsondunn.com<br><br>John A. Cotter (134296)<br>John A. Kvinge (0392303)<br>LARKIN HOFFMAN DALY &<br>LINDGREN LTD.<br>8300 Norman Center Drive, Suite 1000<br>Minneapolis, MN 55427-1060<br>(952) 896-3340<br>jcotter@larkinhoffman.com<br>jkvinge@larkinhoffman.com<br><br>*Counsel for Smithfield Foods, Inc.* |