# MOTION FOR PERMISSION FOR A
# NON-RESIDENT TO SERVE AS LOCAL COUNSEL

I, <u>Aaron B. Chapin</u>, hereby request permission to serve as local counsel in the following matter: <u>IN RE PORK ANTITRUST LITIGATION</u>, Court File No. <u>0:18-cv-01776-JRT-HB</u>.(This Document Relates To: All Actions)

I am a member in good standing of the bar of this Court and have been admitted to practice before this court since <u>2009</u> [year]. I practice law in <u>Chicago, Illinois</u> [city and state] with the law firm of <u>Husch Blackwell LLP</u> and, if permitted to serve as local counsel, I intend to work primarily from that location.

I have appeared as counsel in the following cases in this court in the last five years: <u>See Schedule 1 attached hereto.</u>

I have never been sanctioned or disciplined by any court or licensing body. [If you have been sanctioned or disciplined by any court or licensing body, please attach a detailed explanation with your motion.]

I have read and understand the Local Rules and the Electronic Case Filing Procedures for the District of Minnesota.

I would like the Judge to consider the following additional information in support of my motion.
<u>This matter is related to the anti-trust litigation in which I am already serving as non-resident local counsel.</u>

/s/ Aaron B. Chapin
Attorney's Signature

Date: February 3, 2021

For questions, please contact the Attorney Admissions Clerk at (651) 848-1100.

## SCHEDULE I

| | |
|---|---|
| 0:14-cv-01219-JRT-BRT | Dao v. Trans Union, LLC et al |
| 0:14-cv-01939-JNE-BRT | Sauter v. GE Capital Retail Bank |
| 0:14-cv-03102-RHK-TNL | G.D. van Wagenen Financial Services, Inc. v. Santander Consumer USA, Inc. |
| 0:14-cv-04708-DWF-HB | McDonald v. Synchrony Bank et al. |
| 0:14-cv-04709-JRT-BRT | Pax v. Synchrony Bank et al |
| 0:15-cv-01548-ADM-KMM | General Electric Capital Corporation v. American Steel Systems, Inc. et al |
| 0:16-cv-00559-DWF-HB | Frable v. Synchrony Bank |
| 0:16-cv-00679-JRT-JSM | Swierczek v. Synchrony Financial |
| 0:16-cv-01599-RHK-FLN | Gieseke, Jr. v. Synchrony Bank, et al |
| 0:16-cv-01777-DWF-FLN | Post v. Stryker Sales Corporation |
| 0:16-cv-02356-RHK-BRT | Kiewel v. Synchrony Bank |
| 0:16-cv-03716-RHK-LIB | Koehn v. Synchrony Bank |
| 0:16-cv-03778-PAM-FLN | Murphy v. Synchrony Bank |
| 0:17-cv-00102-PAM-DTS | Bissonnette v. Synchrony Bank |
| 0:17-cv-00404-JNE-HB | Howard v. Synchrony Bank |
| 0:17-cv-00663-WMW-HB | Percic v. Carson Smithfield LLC |
| 0:17-cv-01463-WMW-DTS | Blesi v. Synchrony Bank, N.A. |
| 0:17-cv-01793-PAM-TNL | Welch v. Synchrony Bank, N.A. |
| 0:17-cv-04709-JNE-LIB | BMO Harris Bank N.A. v. Deason et al |
| 0:18-cv-01776-JRT-HB | Duryea et al v. Agri Stats, Inc. et al |
| 0:18-cv-01803-JRT-HB | Maplevale Farms, Inc. v. Agri Stats, Inc. et al |
| 0:18-cv-01810-JRT-HB | John Gross and Company, Inc. v. Agri Stats, Inc., et al |
| 0:18-cv-01891-JRT-HB | Sandee's Bakery et al v. Agri Stats, Inc. et al |
| 0:18-cv-01946-JRT-HB | Ferraro Foods, Inc. et al v. Agri Stats, Inc. et al |
| 0:18-cv-02008-JRT-HB | Litterer et al v. Agri Stats, Inc. et al |
| 0:18-cv-02044-JRT-HB | Realdine et al v. Agri Stats, Inc. et al |

For questions, please contact the Attorney Admissions Clerk at (651) 848-1100.

| | |
|---|---|
| 0:18-cv-02058-JRT-HB | Olean Wholesale Grocery Cooperative, Inc. v. Agri Stats, Inc. et al |
| 0:18-cv-02113-JRT-HB | Bear's Restaurant Group et al v. Agri Stats, Inc. et al |
| 0:18-cv-02390-JRT-HB | Phil's BBQ, Inc. v. Agri Stats, Inc. et |
| 0:18-cv-02405-JRT-HB | Joe Christiana Food Distributors, Inc. v. Agri Stats, Inc. et al |
| 0:19-cv-01578-JRT-HB | Winn-Dixie Stores, Inc. et al. v. Agri Stats, Inc. et al. |
| 0:19-cv-02723-JRT-HB | Commonwealth of Puerto Rico v. Agri Stats, Inc. et al. |

For questions, please contact the Attorney Admissions Clerk at (651) 848-1100.