# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>Direct Purchaser Plaintiff and Direct Action Plaintiff Actions | Case No. 0:18-cv-01776-JRT-HB<br><br>**DIRECT PURCHASER PLAINTIFFS' MOTION FOR ENTRY OF A SET-ASIDE ORDER** |

Direct Purchaser Plaintiffs ("DPPs") respectfully move this Court for Entry of a Set-Aside Order, pursuant to Direct Purchaser Plaintiffs' Memorandum in Support of Motion for Entry of a Set-Aside Order.

Dated: February 5, 2021

Respectfully submitted,

*/s/ Brian D. Clark*

| | |
|---|---|
| Bobby Pouya (Pro Hac Vice)<br>Clifford H. Pearson (Pro Hac Vice)<br>Thomas J. Nolan (Pro Hac Vice)<br>Daniel L. Warshaw (Pro Hac Vice)<br>Michael H. Pearson (Pro Hac Vice)<br>PEARSON SIMON & WARSHAW, LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 92403<br>Telephone: (818) 788-8300<br>Facsimile: (818) 788-8104<br>cpearson@pswlaw.com<br>tnolan@pswlaw.com<br>dwarshaw@pswlaw.com<br>bpouya@pswlaw.com<br>mpearson@pswlaw.com<br><br>Melissa S. Weiner (MN #0387900)<br>Joseph C. Bourne (MN #0389922)<br>PEARSON, SIMON & WARSHAW, LLP<br>800 LaSalle Avenue, Suite 2150<br>Minneapolis, MN 55402 | W. Joseph Bruckner (MN #0147758)<br>Brian D. Clark (MN #0390069)<br>Craig S. Davis (MN #0148192)<br>Simeon A. Morbey (MN #0391338)<br>Arielle S. Wagner (MN #0398332)<br>Stephen M. Owen (MN # 0399370)<br>Stephanie A. Chen (MN #0400032)<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>wjbruckner@locklaw.com<br>bdclark@locklaw.com<br>csdavis@locklaw.com<br>samorbey@locklaw.com<br>aswagner@locklaw.com<br>smowen@locklaw.com<br>sachen@locklaw.com |

556791.3

Telephone: (612) 389-0600  *Co-Lead Class Counsel for*
Facsimile: (612) 389-0610  *Direct Purchaser Plaintiffs*
mweiner@pswlaw.com
jbourne@pswlaw.com

Bruce L. Simon
Neil Swartzberg
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com
nswartzberg@pswlaw.com