# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>Direct Purchaser Plaintiff and Direct Action Plaintiff Actions | Case No. 0:18-cv-01776-JRT-HB<br><br>**NOTICE OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR ENTRY OF A SET-ASIDE ORDER** |

PLEASE TAKE NOTICE that at a hearing to be held on February 25, 2021, at 9:00 a.m. Central, before the Honorable Hildy Bowbeer, Magistrate Judge for the United States District Court for the District of Minnesota, Courtroom 6B, 316 N. Robert Street, St. Paul, MN 55101, Direct Purchaser Plaintiffs will move the Court for Entry of a Set-Aside Order pursuant to Direct Purchaser Plaintiffs' Memorandum in Support of Motion for Entry of a Set-Aside Order.

Dated: February 5, 2021

Respectfully submitted,

*/s/ Brian D. Clark*

| | |
|---|---|
| Bobby Pouya (Pro Hac Vice)<br>Clifford H. Pearson (Pro Hac Vice)<br>Thomas J. Nolan (Pro Hac Vice)<br>Daniel L. Warshaw (Pro Hac Vice)<br>Michael H. Pearson (Pro Hac Vice)<br>PEARSON SIMON & WARSHAW, LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 92403<br>Telephone: (818) 788-8300<br>Facsimile: (818) 788-8104<br>cpearson@pswlaw.com<br>tnolan@pswlaw.com<br>dwarshaw@pswlaw.com<br>bpouya@pswlaw.com<br>mpearson@pswlaw.com<br><br>Melissa S. Weiner (MN #0387900)<br>Joseph C. Bourne (MN #0389922) | W. Joseph Bruckner (MN #0147758)<br>Brian D. Clark (MN #0390069)<br>Craig S. Davis (MN #0148192)<br>Simeon A. Morbey (MN #0391338)<br>Arielle S. Wagner (MN #0398332)<br>Stephen M. Owen (MN # 0399370)<br>Stephanie A. Chen (MN #0400032)<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>wjbruckner@locklaw.com<br>bdclark@locklaw.com<br>csdavis@locklaw.com<br>samorbey@locklaw.com<br>aswagner@locklaw.com |

556792.3

| | |
|---|---|
| PEARSON, SIMON & WARSHAW, LLP<br>800 LaSalle Avenue, Suite 2150<br>Minneapolis, MN 55402<br>Telephone: (612) 389-0600<br>Facsimile: (612) 389-0610<br>mweiner@pswlaw.com<br>jbourne@pswlaw.com | smowen@locklaw.com<br>sachen@locklaw.com<br><br>*Co-Lead Class Counsel for*<br>*Direct Purchaser Plaintiffs* |

Bruce L. Simon
Neil Swartzberg
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com
nswartzberg@pswlaw.com