# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

*IN RE PORK ANTITRUST LITIGATION*

This Document Relates To:

Direct Purchaser Plaintiff and Direct Action Plaintiff Actions

Case No. 0:18-cv-01776-JRT-HB

Hon. John R. Tunheim

Magistrate Judge Hildy Bowbeer

## MEET AND CONFER STATEMENT FOR DIRECT PURCHASER PLAINTIFFS' MOTION FOR ENTRY OF A SET-ASIDE ORDER

Counsel for Direct Purchaser Plaintiffs have met and conferred with counsel for all Defendants regarding Direct Purchaser Plaintiffs' Motion for Entry of a Set-Aside Order. On February 1, 2021 at 11:30 a.m., Direct Purchaser Plaintiffs and all Defendants met and conferred via Zoom for approximately 15 minutes. Defendants subsequently advised on February 2, 2021, that they would like to review the motion after it is filed before deciding whether or not to oppose (or respond) to the motion. Counsel for Smithfield and Direct Purchaser Plaintiffs had a subsequent telephone call on February 3, 2021.

Counsel for Direct Purchaser Plaintiffs also met and conferred with counsel for Cheney Bros., Inc., Kristin Gore of Carlton Fields Jorden Burt, P.A., via telephone on January 27, 2021. In an email dated February 2, 2021, counsel for Cheney Bros. indicated it intends to oppose the motion.

On January 26, January 29, and February 3, 2021, Counsel for Direct Purchaser Plaintiffs met and conferred with counsel for Winn Dixie Stores, Inc., Patrick J. Ahern of

556625.3

Ahern & Associates, P.C., via telephone. Winn Dixie confirmed it takes no position on Direct Purchaser Plaintiffs' motion.

The two other classes, Commercial and Institutional Indirect Purchaser Plaintiffs and Consumer Indirect Purchaser Plaintiffs, do not oppose this motion.

Dated: February 5, 2021                    Respectfully submitted,

/s/ Brian D. Clark

| | |
|---|---|
| Bobby Pouya (Pro Hac Vice) | W. Joseph Bruckner (MN #0147758) |
| Clifford H. Pearson (Pro Hac Vice) | Brian D. Clark (MN #0390069) |
| Thomas J. Nolan (Pro Hac Vice) | Craig S. Davis (MN #0148192) |
| Daniel L. Warshaw (Pro Hac Vice) | Simeon A. Morbey (MN #0391338) |
| Michael H. Pearson (Pro Hac Vice) | Arielle S. Wagner (MN #0398332) |
| PEARSON SIMON & WARSHAW, LLP | Stephen M. Owen (MN # 0399370) |
| 15165 Ventura Boulevard, Suite 400 | Stephanie A. Chen (MN #0400032) |
| Sherman Oaks, CA 92403 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| Telephone: (818) 788-8300 | 100 Washington Avenue South, Suite 2200 |
| Facsimile: (818) 788-8104 | Minneapolis, MN 55401 |
| cpearson@pswlaw.com | Telephone: (612) 339-6900 |
| tnolan@pswlaw.com | Facsimile: (612) 339-0981 |
| dwarshaw@pswlaw.com | wjbruckner@locklaw.com |
| bpouya@pswlaw.com | bdclark@locklaw.com |
| mpearson@pswlaw.com | csdavis@locklaw.com samorbey@locklaw.com |
| | aswagner@locklaw.com |
| Melissa S. Weiner (MN #0387900) | smowen@locklaw.com |
| Joseph C. Bourne (MN #0389922) | sachen@locklaw.com |
| PEARSON, SIMON & WARSHAW, LLP | |
| 800 LaSalle Avenue, Suite 2150 | *Co-Lead Class Counsel for Direct Purchaser* |
| Minneapolis, MN 55402 | *Plaintiffs* |
| Telephone: (612) 389-0600 | |
| Facsimile: (612) 389-0610 | |
| mweiner@pswlaw.com | |
| jbourne@pswlaw.com | |
| | |
| Bruce L. Simon | |
| Neil Swartzbert | |
| PEARSON, SIMON & WARSHAW, LLP | |
| 350 Sansome Street, Suite 680 | |
| San Francisco, CA 94104 | |
| Telephone: (415) 433-9000 | |
| Facsimile: (415) 433-9008 | |

bsimon@pswlaw.com
nswartzberg@pswlaw.com

556625.3 3