## UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>Direct Purchaser Plaintiff and Direct Action Plaintiff Actions | Case No. 0:18-cv-01776-JRT-HB<br><br>**NOTICE OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR ENTRY OF A SET-ASIDE ORDER** |

PLEASE TAKE NOTICE that at a hearing to be held on February 25, 2021, at 9:00 a.m. Central, before the Honorable Hildy Bowbeer, Magistrate Judge for the United States District Court for the District of Minnesota, Courtroom 6B, 316 N. Robert Street, St. Paul, MN 55101, Direct Purchaser Plaintiffs will move the Court for Entry of a Set-Aside Order pursuant to Direct Purchaser Plaintiffs' Memorandum in Support of Motion for Entry of a Set-Aside Order.

Dated: February 5, 2021

Bobby Pouya (Pro Hac Vice)
Clifford H. Pearson (Pro Hac Vice)
Thomas J. Nolan (Pro Hac Vice)
Daniel L. Warshaw (Pro Hac Vice)
Michael H. Pearson (Pro Hac Vice)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
tnolan@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Melissa S. Weiner (MN #0387900)
Joseph C. Bourne (MN #0389922)

Respectfully submitted,

*/s/ Brian D. Clark*
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Craig S. Davis (MN #0148192)
Simeon A. Morbey (MN #0391338)
Arielle S. Wagner (MN #0398332)
Stephen M. Owen (MN # 0399370)
Stephanie A. Chen (MN #0400032)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
csdavis@locklaw.com
samorbey@locklaw.com
aswagner@locklaw.com

556792.3

PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pswlaw.com
jbourne@pswlaw.com

Bruce L. Simon
Neil Swartzberg
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com
nswartzberg@pswlaw.com

smowen@locklaw.com
sachen@locklaw.com

*Co-Lead Class Counsel for
Direct Purchaser Plaintiffs*