**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Court File No. 18-cv-1776 (JRT/HB) |
| This Document Relates To:  All Actions | **JOINT UPDATE LETTER** |

Dear Judge Bowbeer:

Pursuant to the Court's order at ECF No. 613, the proposed order submitted at ECF No. 615, and the joint update letter submitted at ECF No. 648, the Consumer Indirect Purchaser Plaintiffs and Commercial and Institutional Indirect Purchaser Plaintiffs (collectively, "Plaintiffs") and Defendant JBS USA Food Company hereby provide the following joint update regarding the status of their ongoing negotiations regarding document search methodology and search terms.  The parties are pleased to report that their meet-and-confer efforts have been successful, such that the parties have reached agreement and there are no disputes that require the Court's intervention at this time.

Dated:  February 8, 2021

/s/ Rio S. Pierce
Shana E. Scarlett (*pro hac vice*)
Rio S. Pierce (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

Steve. W. Berman (*pro hac vice*)
Breanna Van Engelen (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

/s/ Daniel E. Gustafson
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Britany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

*Co-Lead Counsel for Consumer Indirect
Purchaser Plaintiffs*

/s/ Shawn M. Raiter
Shawn M. Raiter (#240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

Jonathan W. Cuneo (*pro hac vice*)
Joel Davidow (*pro hac vice*)
Blaine Finley (*pro hac vice*)
Yifei "Evelyn" Li (*pro hac vice*)
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cuneolaw.com

*Co-Lead Counsel for Commercial and
Institutional Indirect Purchaser Plaintiffs*

2

Dated:  February 8, 2021

SPENCER FANE LLP

By: */s/ Jessica J. Nelson*
    Donald G. Heeman, #286023
    Jessica J. Nelson, #347358
    Randi J. Winter, #391354
    100 South Fifth Street, Suite 2500
    Minneapolis, MN  55402
    Telephone:  (612) 268-7000
    Facsimile:  (612) 268-7001
    dheeman@spencerfane.com
    jnelson@spencerfane.com
    rwinter@spencerfane.com

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
    Stephen R. Neuwirth (*pro hac vice*)
    Michael B. Carlinsky (*pro hac vice*)
    Sami H. Rashid (*pro hac vice*)
    Richard T. Vagas (*pro hac vice*)
    David B. Adler (*pro hac vice*)
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    Telephone:  (212) 849-7000
    Facsimile:  (212) 849-7100
    stephenneuwirth@quinnemanuel.com
    michaelcarlinsky@quinnemanuel.com
    samirashid@quinnemanuel.com
    richardvagas@quinnemanuel.com
    davidadler@quinnemanuel.com

*Attorneys for Defendant JBS USA Food Company*