UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | Case No. 18-cv-1776 (JRT/HB) |
| This document relates to: All Actions | **ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

HILDY BOWBEER, United States Magistrate Judge

The undersigned will convene a case management conference by ZOOMGOV video technology in this matter on **March 22, 2021** at **1:00 p.m. CT**.

The Court will circulate the ZOOMGOV information to counsel in advance of the conference.

In advance of the conference, counsel for the parties shall meet and confer about the issues to be discussed, and must file on CM/ECF, on the due dates set forth below, a joint agenda prioritizing the matters to be discussed and identifying the attorneys who will participate in the conference, and update letters from each party or group of parties advising the Court of the status of those matters from their perspective/s. For any topics identified on the agenda that are not the subject of pending motions but on which the parties have differing positions or perspectives, their update letters shall briefly describe their respective positions. *The conference, however, does not relieve counsel of the obligation to meet and confer in good faith to resolve or narrow disputes without the need for the Court's assistance.*

The Court may in future case management conferences also hear disputes that the parties wish to submit through the IDR process, but because of other scheduling considerations will not entertain IDR submissions at this particular conference. If there are ripe disputes that the parties have agreed to submit through the IDR process, they should identify those on the agenda and in their update letters, and discuss with the Court at the case management conference the timing of a separate IDR conference call or calls to address them. Submissions for such IDR conference calls must comply with the Court's process, which is set forth in the Pretrial Scheduling Order.

The following deadlines will govern submissions for this conference:

    Joint agenda due: **March 15, 2021, by 5:00 p.m. CT**

    Update letters due: **March 18, 2021, by 12:00 p.m. CT**

Dated:  February 8, 2021　　　　　　　*s/ Hildy Bowbeer*
　　　　　　　　　　　　　　　　　　HILDY BOWBEER
　　　　　　　　　　　　　　　　　　United States Magistrate Judge