UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

IN RE PORK ANTITRUST LITIGATION

                                          Civil Number: 18-01776 (JRT/HB)

_____

### ORDER GRANTING MOTION FOR NON-RESIDENT TO SERVE AS LOCAL COUNSEL AND MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5(d), Aaron B. Chapin moved for permission for a non-resident to serve as local counsel and moved for the admission pro hac vice of attorney Tessa Jacob in the above case.

IT IS HEREBY ORDERED THAT Aaron B. Chapin's motion for a Non-Resident to serve as Local Counsel (Docket No. 670-1) is **GRANTED**.

IT IS FURTHER ORDERED that the Motion for Admission Pro Hac Vice of Attorney Tessa Jacob (Docket No. 670) is **GRANTED**.

Dated:  February 10, 2021
At Minneapolis, Minnesota

                                                  s/John R. Tunheim_____
                                                  JOHN R. TUNHEIM
                                                  Chief Judge
                                                  United States District Court