## UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No: 0:18-cv-01776-JRT-HB |
| **This Document Relates To**:<br><br>CHENEY BROTHERS, INC.,<br><br>    Plaintiff,<br>v.<br><br>AGRI STATS, INC., CLEMENS FOOD GROUP, LLC, THE CLEMENS FAMILY CORPORATION, HORMEL FOODS CORPORATION, HORMEL FOODS, LLC, JBS USA FOOD COMPANY, SEABOARD FOODS LLC, SMITHFIELD FOODS, INC., TRIUMPH FOODS, LLC, TYSON FOODS, INC., TYSON PREPARED FOODS, INC., AND TYSON FRESH MEATS, INC.,<br><br>    Defendants. | Case No. 20-cv-2642 JRT/HB<br><br>**PLAINTIFF CHENEY BROTHERS, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(i), Plaintiff Cheney Brothers, Inc. hereby dismisses its claims in *Cheney Brothers, Inc. v. Agri Stats, et al.,* Case No. 20-cv-2642 JRT/HB without prejudice. Defendants have not been served with Plaintiff's Summons or Complaint, and, therefore, have not filed an answer, responsive pleading, or motion for summary judgment.

1

| | |
|---|---|
| Date: February 11, 2021 | **HELLMUTH & JOHNSON**<br><br>By: /s/ Carol R. M. Moss<br>Carol R. M. Moss, #389202<br>8050 W. 78th St.<br>Edina, MN 55439<br>Phone: 952-941-4005<br>Fax: 952-941-2337<br>Email: cmoss@hjlawfirm.com<br><br>and<br><br>David B. Esau (*Pro Hac Vice*)<br>Kristin A. Gore (*Pro Hac Vice*)<br>Garth T. Yearick (*Pro Hac Vice*)<br>**CARLTON FIELDS, P.A.**<br>525 Okeechobee Boulevard, Suite 1200<br>West Palm Beach, Florida  33401<br>Tel: (561) 659-7070<br>Fax: (561) 659-7368<br>Email:  desau@carltonfields.com<br>Email:  kgore@carltonfields.com<br>Email:  gyearick@carltonfields.com<br><br>**ATTORNEYS FOR CHENEY BROTHERS, INC.** |