UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All ACTIONS | Civil No. 18-cv-1776 (JRT/HB)<br><br>**[PROPOSED] STIPULATED ORDER EXTENDING THE TIME FOR THE NON-SETTLING DEFENDANTS TO SEND FINAL CUSTOMER LISTS TO THE SETTLEMENT ADMINISTRATOR** |

WHEREAS on January 31, 2021, the Court entered an Order Granting Motion for Preliminary Approval of the Class Action Settlement Between Direct Purchaser Plaintiffs and Defendant JBS (ECF No. 631);

WHEREAS that Order set February 26, 2021 as the deadline for all non-settling defendants to submit a final customer list to the administrator for the DPP-JBS settlement (ECF No. 631 at p. 4);

WHEREAS the non-settling defendants have been working diligently to prepare final customer lists that correspond to the class period and the definition of pork in the DPP-JBS settlement agreement;

WHEREAS despite those diligent efforts, certain of the non-settling defendants have requested an extension of time to send their final customer lists to the settlement administrator;

1

WHEREAS the DPPs and JBS have agreed to the requested extension of time under the conditions set forth below;

THEREFORE, IT IS ORDERED that:

1. Any non-settling defendant that can meet the February 26, 2021 deadline for submitting a customer list to the settlement administrator shall do so.

2. All non-settling defendants shall submit final customer lists to the settlement administrator on a rolling basis as they become available.

3. Any defendant not producing a final customer list by February 26, 2021 shall submit a sample customer list by that date showing the format and manner in which the list will be provided.

4. The final deadline for non-settling defendants to submit all final customer lists to the settlement administrator is hereby extended through and including March 12, 2021.

**IT IS SO ORDERED.**

Dated: _____

                HILDY BOWBEER
                United States Magistrate Judge