# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Civil No. 18-cv-01776-JRT-HB |

### [PROPOSED] ORDER ON STIPULATION TO AMEND THE PRETRIAL SCHEDULING ORDER REGARDING DEADLINE ON STRUCTURED DATA

Pursuant to the Stipulation to Amend the Pretrial Scheduling Order Regarding Deadline on Structured Data (ECF No. 693) entered into by the parties, and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the Stipulation (ECF No. 693) is **APPROVED**, and the deadline for the parties to reach agreement on production of structured data or seek relief from the Court shall be extended to and including **March 2, 2021**.

All remaining provisions and dates in the Initial Case Management Order (ECF No. 85), as amended (ECF No. 532), remain in effect.

Dated: February ___, 2021

_____
HILDY BOWBEER
United States Magistrate Judge.

010736-11/1438929 V1