UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Case No. 0:18-cv-01776-JRT-HB |

**MEMORANDUM IN SUPPORT MOTION TO APPOINT TOSTRUD LAW GROUP, P.C.; ZIMMERMAN REED LLP; BARRETT LAW GROUP, P.A.; AND BOZEMAN LAW FIRM, P.A. TO PLAINTIFFS' STEERING COMMITTEE**
_____

**Introduction**

The Court previously appointed Cuneo Gilbert & LaDuca, LLP and Larson • King LLP as interim co-lead counsel on behalf of the Commercial and Institutional Indirect Purchaser Plaintiff ("CIIPP") Class. (ECF No. 150). Pursuant to Federal Rule of Civil Procedure 23(g), CIIPPs move the Court for an order establishing a Plaintiffs' Steering Committee ("PSC") in the CIIPP actions consisting of the law firms: Tostrud Law Group, P.C., Zimmerman Reed LLP, Barrett Law Group, P.A., and the Bozeman Law Firm, P.A.

This PSC would be specific to the CIIPP actions, and it would work, in concert with previously appointed CIIPP co-lead counsel, to organize CIIPP counsels' efforts. The creation of a PSC would recognize the past and expected future leadership of the proposed member

firms in prosecuting the CIIPP actions. Interim co-lead counsel for the CIIPPs support this application and believe creating a PSC would benefit the prosecution of the CIIPPs' claims.

## Factual Background

The first CIIPP case in this litigation was filed with Sandee's Bakery as the lead representative plaintiff. *See Sandee's Bakery v. Agri Stats, Inc., et al.*, Case No. 0:18-cv-01891-JRT-HB (D. Minn.) (ECF No. 1). Following the parties' stipulation concerning consolidation and amendments to the complaints, an additional seven named plaintiffs were added as putative class representatives to the *Sandee's* case. *See Sandee's Bakery v. Agri Stats, Inc., et al.*, Case No. 0:18-cv-01891-JRT-HB (D. Minn.) (ECF No. 63). Several weeks later, a second CIIPP action was filed on behalf of two putative class representatives. *See* Case No. 0:18-cv-02113-JRT-HB (D. Minn.). The complaint filed in this second action was like the *Sandee's* complaint, but involved two new plaintiffs represented by two law firms, including Zimmerman Reed. *Id.*

## Legal Standard

Federal Rule of Civil Procedure 23(g)(3) provides that the Court "may designate interim counsel to act on behalf of a putative class before determining whether to certify the class." "[D]esignation of interim counsel clarifies responsibility for protecting the interests of the class during precertification activities . . . ." Manual For Complex Litigation (Fourth) § 21.11 (2004) ("Manual"). The Court may adopt "special procedures for coordination of counsel early in the litigation." Manual § 10.22. The central goal in doing so is to achieve "efficiency and economy without jeopardizing fairness to the parties." *Id.* § 10.221. It also helps "avoid what otherwise might well become chaotic." *In re Zyprexa Prods. Liability Litig.*, 594 F.3d 113, 130 (2d Cir. 2010) (noting the establishment of a second plaintiffs' steering committee mid-case).

In addition to lead counsel, a district court may appoint liaison counsel or committees of counsel. *Id.* And "committees of counsel," or "steering committees, coordinating committees, management committees, discovery committees, or trial teams" may be assigned to assist lead counsel with preparing briefs, conducting portions of the discovery, or other assigned tasks. *Id.*

**Argument**

I.  **The Court Should Grant this Motion to Establish a Steering Committee for the CIIPP Claims.**

The four firms proposed to form the PSC for the CIIPPs, Tostrud Law Group, P.C. ("Tostrud Law Group"), Zimmerman Reed LLP ("Zimmerman Reed"), the Barrett Law Group, P.A. ("Barrett Law Group"), and the Bozeman Law Firm, P.A. ("Bozeman Law Firm"), all have excellent track records of prosecuting complex litigation throughout the United States and can provide a vital combination of experience and subject matter expertise to assist interim co-lead counsel in prosecuting claims for CIIPPs.

One of the most important factors in establishing leadership in any complex litigation is the ability to create a group of experienced attorneys who can work together effectively. "The just and efficient resolution of this case may depend in large part upon the way the attorneys comport themselves and how they overcome conflicts." *See* Manual §10.23 (quoting *Northern Indiana Pub. Serv. Co. v. Certain Underwriters at Lloyd's London*, 1996 WL 115466 (N.D. Ind. 1996)).

Here, Barrett Law Group, the principal of the Bozeman Law Firm, Zimmerman Reed, and Tostrud Law Group have been working together with CIIPP interim co-lead counsel, sharing resources, evidence and strategy to benefit the CIIPPs. The proposed PSC firms and

3

CIIPP plaintiffs' interim co-lead counsel work well together both as firms and among the individuals involved in this litigation, will present the needed unified and coherent plan to confront substantial defendants with excellent counsel, and can be trusted to reach reasoned consensus views with all involved plaintiffs and avoid unnecessary motion practice and other distractions for the Court. Barrett Law Group, Zimmerman Reed, the Bozeman Law Firm, and Tostrud Law Group have and will commit the resources necessary to successfully pursue this litigation and, along with the other firms that support their appointment, will work efficiently for the CIIPP plaintiffs.

CIIPPs respectfully request that this Court appoint Barrett Law Group, Zimmerman Reed, the Bozeman Law Firm, and Tostrud Law Group as members of CIIPPs' PSC. Having four PSC Members and two Co-Lead Counsel enables the CIIPPs to draw upon the talent and experience of these law firms, as well as to supervise the teams organized to perform work for the benefit of the CIIPP class, while providing the proposed class and the Court clearly accountable firms for CIIPPs' prosecution of the case.

**A. Barrett Law Group, Zimmerman Reed, Bozeman Law Firm, and Tostrud Law Group Have a Track Record of Success, and Knowledge and Experience Prosecuting Antitrust Claims, Which Should Be Used to Benefit the CIIPPs in this Litigation.**

Don Barrett and the Barrett Law Group, P.A., have vast experience litigating and trying complex class actions. Mr. Barrett maintains a nationwide complex civil litigation practice including antitrust class action litigation and has significant experience shepherding these kinds of large-scale class actions to successful conclusions. Mr. Barrett has served as lead counsel or as a member of the executive committee in numerous antitrust class action cases. Mr. Barrett also has the valuable, and rare, experience of successfully trying a certified national class action

4

case, in federal court, to a verdict for the class. Barrett Decl. ¶ 16. Barrett Law Group has served as co-lead counsel with CGL in *In re Automotive Parts Antitrust Litigation*, 2:12-md-02311 (E.D. Mich.), and has joined with other firms across the country in suing several brand name pharmaceutical manufacturers for engaging in anti-competitive conduct. Barrett Decl. ¶ 7.

Dave Cialkowski and Zimmerman Reed LLP have a proven track record of successfully prosecuting class actions and other aggregate litigation. Having represented both public and private plaintiffs for over 35 years, Zimmerman Reed has earned the trust of courts nationwide to handle complex liability and class action litigation involving antitrust, securities, consumer protection, products liability, data breach, and medical device and pharmaceutical mass torts. Cialkowski Decl. ¶ 15. Zimmerman Reed also works as outside counsel to several state attorneys general offices to assist in various enforcement actions. *Id.* Courts have appointed Mr. Cialkowski to serve in MDL leadership and as class counsel in numerous cases, and lead counsel has entrusted him in several antitrust cases to lead plaintiff discovery teams. *Id.* ¶¶ 4, 6-10. Mr. Cialkowski was a member of the outside counsel team representing the Mississippi Attorney General's Office in Mississippi's antitrust case against the alleged LCD-TFT screen manufacturer cartel, where he argued against CAFA jurisdiction before the U.S. Court of Appeals for the Fifth Circuit, and subsequently drafted briefing to the Supreme Court, leading to the Court's unanimous ruling in Mississippi's favor in *Mississippi ex rel. Hood v. AU Optronics*, 571 U.S. 161 (2014). *Id.* ¶ 5. Mr. Cialkowski has previously, successfully collaborated on numerous cases with both Larson • King and Cuneo Gilbert & LaDuca, including in antitrust and class actions. *Id.* ¶ 11. Zimmerman Reed has committed to devote the resources necessary to support Plaintiffs' prosecution of this action. *Id.* ¶ 16.

5

Tostrud Law Group, P.C. is experienced in class and collective action litigation, with co-founding partner Jon Tostrud possessing 24 years of experience in the field. Tostrud Decl. ¶ 5. Tostrud Law Group has been appointed lead counsel in *Small v. UMC*, 2:13-cv-00298 APG-PAL (D. Nev.) Tostrud Decl. ¶ 6. Tostrud Law Group currently serves on the Plaintiffs' Steering Committee in *In re Generic Pharmaceuticals Pricing Antitrust Litig.*, MDL No. 2724 (E.D. Pa.). *Id.* Tostrud Law Group has also worked with a variety of other firms in prosecuting *In re Lithium-Ion Batteries Antitrust Litigation.*, MDL No. 2420 (N.D. Cal.) *Id.*

The Bozeman Law Firm is also experienced and qualified in class action litigation. The firm's founder, Marcus Bozeman, has been litigating class actions for 20 years, and he is the only attorney to have been involved for the 14-year life of the Arkansas class action claiming damages for the deceptive marketing of Marlboro Lights cigarettes, *Miner v. Philip Morris Cos.*, No 60CV-03-4661 (Pulaski County, Ark., Circuit Court). Bozeman Decl. ¶ 6. Significantly, that is the only case, nationwide, in which Philip Morris (now Altria) paid damages for its behavior. Marcus Bozeman has also played a significant role in many other class action cases. Bozeman Decl. ¶ 7.

### B. Barrett Law Group, Zimmerman Reed, the Bozeman Law Firm, and Tostrud Law Group Are Willing to Commit Significant Time and Resources to Prosecute This Litigation.

Barrett Law Group, Zimmerman Reed, the Bozeman Law Firm, and Tostrud Law Group have the personnel and financial resources required to litigate this case to a successful conclusion. Barrett Decl. ¶ 4, 6; Tostrud Decl. 8, 9: Cialkowski Decl. ¶¶ 15-16; Bozeman Decl. ¶ 8. The four firms' accomplishments in prior class actions required a similar, if not greater, expenditure of resources than will be required in this case. As proposed members of the

6

steering committee, the four firms can provide interim co-lead counsel with any resources necessary to prosecute the action swiftly and efficiently. *Id.* Barrett Law Group, Zimmerman Reed, the Bozeman Law Firm, and Tostrud Law Group have many well-qualified attorneys who can and will contribute to obtaining a successful result in this litigation. Barrett Law Group Firm Resume; Tostrud Decl. ¶ 8; Cialkowski Decl. ¶¶ 15-16; Bozeman Decl. ¶¶ 5-7.

### C. Barrett Law Group, Zimmerman Reed, the Bozeman Law Firm, and Tostrud Law Group Will Work Efficiently and Cooperatively with Lead Counsel and the Court.

Barrett Law Group, Zimmerman Reed, the Bozeman Law Firm, and Tostrud Law Group's experience demonstrate that they are well-qualified to present case management suggestions to lead counsel and the Court, to work with plaintiffs' and defense counsel to develop and implement a litigation plan, to initiate and complete discovery, to conduct the principal examination of deponents, to employ experts, and to ensure that all deadlines are timely met—all of which weigh in favor of appointing Barrett Law Group, Zimmerman Reed, the Bozeman Law Firm and Tostrud Law Group to a PSC. *See* Manual § 10.221; *see generally* Barrett Decl.; Tostrud Decl.; Cialkowski Decl.; Bozeman Decl.

Barrett Law Group, Zimmerman Reed, the Bozeman Law Firm, and Tostrud Law Group will also assist in the litigation effectively and efficiently, avoid duplication of labor, assign tasks to attorneys commensurate with their experience and expertise, and employ a timekeeping and reporting protocol compliant with this Court's orders. Barrett Law Group, Zimmerman Reed, the Bozeman Law Firm, and Tostrud Law Group have proven track records of working cooperatively and collegially with other counsel and courts, and they will do the same here. Barrett Decl. ¶¶ 4, 6, 7; Tostrud Decl. ¶ 6; Cialkowski Decl. ¶¶ 2, 7, 11;

Bozeman Decl. ¶¶ 5-7. Barrett Law Group, Zimmerman Reed, and Tostrud Law Group also have worked as co-lead counsel and/or on steering committee teams with a number of firms that have filed cases in this action, and are willing and able to work with these firms again. Barrett Decl. ¶¶ 6, 7; Tostrud Decl. ¶ 6; Cialkowski Decl. ¶¶ 4, 6, 7, 11.

### Conclusion

For the foregoing reasons, Commercial and Institutional Indirect Purchaser Plaintiffs respectfully request that the Court grant their motion for establishing a Plaintiffs' Steering Committee in the CIIPP actions consisting of the law firms Tostrud Law Group, P.C., Zimmerman Reed LLP, Barrett Law Group, P.A., and the Bozeman Law Firm, P.A.

Dated: February 23, 2021              Respectfully submitted,

By: */s/ Jonathan W. Cuneo*
Jonathan W. Cuneo (*pro hac vice*)
Blaine Finley (*pro hac vice*)
Yifei (Evelyn) Li (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
(202) 789-3960 Telephone
jonc@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cuneolaw.com

Shawn M. Raiter (MN# 240424)
**LARSON • KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6518 Telephone
sraiter@larsonking.com

Don Barrett (*pro hac vice*)
David McMullan (*pro hac vice*)
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
(662) 834-2488 Telephone
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Jon Tostrud
Anthony Carter (*pro hac vice*)
**TOSTRUD LAW GROUP, PC**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

J. Gordon Rudd, Jr., (MN# 222082)
David M. Cialkowski, (MN# 0306526)
Behdad C. Sadeghi (MN# 393374)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
T: 612.341.0400
gordon.rudd@zimmreed.com
david.cialkowski@zimmreed.com
behdad.sadeghi@zimmreed.com

Marcus Bozeman (*pro hac vice*)
**BOZEMAN LAW FIRM, P.A.**
400 West Capitol, Suite 1700
Little Rock, Arkansas 72201
https://www.bozemanfirm.com
T: 501-492-3441
mbozeman@bozemanfirm.com

*Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

9