# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Case No. 0:18-cv-01776-JRT-HB |

**DECLARATION OF MARCUS BOZEMAN IN SUPPORT OF MOTION TO APPOINT TOSTRUD LAW GROUP, P.C.; ZIMMERMAN REED LLP; BARRETT LAW GROUP, P.A.; AND BOZEMAN LAW FIRM, P.A. TO PLAINTIFFS' STEERING COMMITTEE**

I, Marcus Neil Bozeman, declare:

1. I am the founding member of Bozeman Law Firm, P.A. ("BLF"), a law firm headquartered in Little Rock, Arkansas.

2. I am an attorney duly licensed by the states of Arkansas, Missouri, and Tennessee, and I have been admitted *Pro Hac Vice* to practice before this Court in this case.

3. On August 17, 2018, my client, The Grady Corporation, was named as a Plaintiff in the Commercial Food Preparers' First Amended and Consolidated Class Action Complaint as a part of this MDL. The BLF has taken significant steps to advance the interests of its Arkansas client and the putative class, including efforts to coordinate and streamline discovery issues in order to positively advance the litigation.

4. I am confident the BLF will make significant contributions to the Steering Committee. The matters set forth herein are within my personal knowledge. If called upon and sworn as a witness, I could competently testify regarding them.

5. I have been prosecuting complex class and collective action litigation cases for approximately 19 years. I am admitted to the bars of Arkansas, Missouri, and Tennessee, as well as numerous United States District and Circuit Courts. For almost two decades, I have dedicated myself to representing plaintiffs in complex class and collective actions.

6. During that time, I have achieved significant rulings and accomplishments, including sharing a role as lead counsel in *Miner v. Philip Morris Cos.*, No. 60CV-03-4661 (Pulaski County, Ark., Circuit Court), which was the only "Marlboro Lights" class action in which damages were paid as a result of the deceptive marketing of Marlboro Lights

cigarettes. I was the only attorney who litigated the case from its inception in 2003 until its conclusion in 2017.

7. Some other notable cases in which I have served significant roles include the following: *Shumate v. City of Conway*, Case No. 23CV-12-855 (Faulkner County, Ark., Circuit Court); *Hale v. State Farm*, No. 3:12-cv-00660-DRH-SCW (S.D. Ill.); *In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*, No. 14-md-2542 (VSB) (S.D.N.Y.); and *In re: BISYS Securities Litigation*, Civil Action No. 04-CV-38 (JSR) (S.D.N.Y.).

8. I have been actively participating in and prosecuting the Pork Antitrust case for over two years. The BLF has demonstrated its commitment to the case by having already invested substantial time and financial resources in this matter. The BLF spent considerable time researching and investigating The Grady Corporation's suitability to serve as a representative for the Commercial and Institutional Indirect Purchaser Plaintiffs class. The BLF has since worked with Lead Counsel to research and obtain critical and important information and data from The Grady Corporation. At the same time, the BLF is ready, willing, and able to make substantial *additional* commitments to this litigation and has adequate financial resources to prosecute this class action in a timely manner.

9. During many years of practice, I have demonstrated an ability to work cooperatively with dozens of co-counsel on the plaintiffs' side, including on this case.

I affirm under penalty of perjury on this 29th day of January, 2021 that the foregoing is true to the best of my knowledge.

                                              /s/ *Marcus Neil Bozeman*
                                               Marcus Neil Bozeman