

400 W. Capitol, Ste. 1700
Little Rock, AR 72201
(501) 492-3441
https://www.bozemanfirm.com

## About Marcus – Overview

After graduating first in his class from law school, Marcus Bozeman has spent his entire career successfully litigating complex actions on behalf of his clients.

## About Marcus - Education

University of Arkansas at Little Rock School of Law, Little Rock, Arkansas Juris Doctor with High Honors (May 1995); Class rank 1 of 106

University of Arkansas, Fayetteville, Arkansas Bachelor of Arts in Political Science (May 1992)

## About Marcus – Work Experience

Bozeman Law Firm, P.A., Little Rock, Arkansas
Managing Partner (April 2020-Present, August 2019-December 2019)

Schlanger Law Group, LLP, New York, New York Attorney (December 2019-April 2020)

Thrash Law Firm, P.A., Little Rock, Arkansas Class Action Attorney (March 2012-August 2019)

Carney Williams Bates Bozeman & Pulliam, PLLC, Little Rock, Arkansas
Complex Litigation Partner (November 2007-May 2011); Securities Litigation Associate (July 2003-November 2007)

Baker Donelson Bearman Caldwell & Berkowitz, PC, Memphis, Tennessee Litigation Associate (March 2001-July 2003)

Waring Cox, PLC, Memphis, Tennessee Litigation Associate (May 1999-March 2001)

Rouse Hendricks German May, PC, Kansas City, Missouri Litigation Associate (August 1997-May 1999)

United States Court of Appeals for the Eighth Circuit
Judicial Law Clerk to the Honorable Floyd R. Gibson (August 1995-August 1997)

**FEDERAL BAR ADMSSIONS**
- United States Supreme Court, April 25, 2007.
- United States Court of Appeals for the Eighth Circuit, November 15, 1995.
- United States Court of Appeals for the Federal Circuit, February 10, 1999.
- United States Court of Appeals for the Sixth Circuit, September 7, 1999.
- United States Court of Appeals for the Third Circuit, November 4, 2003.
- United States Court of Appeals for the Seventh Circuit, May 25, 2007.
- United States Court of Appeals for the Second Circuit, October 11, 2007.
- United States Court of Appeals for the Eleventh Circuit, February 23, 2010.
- United States Court of Appeals for the Ninth Circuit, September 2, 2010.
- United States District Courts for the Eastern and Western Districts of Arkansas, February 8, 2000.
- United States District Court for the Western District of Tennessee, October 19, 2001.
- United States District Court for the Eastern District of Michigan, October 12, 2016.

# About Marcus – Notable Past Cases

*Shumate v. City of Conway,*

**Faulkner County, Arkansas Circuit Court**
Primarily responsible for briefing and day-to-day tasks in class action alleging city failed to pay promised salary increases to its police officers and firefighters.
Took and defended most depositions in lawsuit, including depositions of defense expert, the former and current mayors of Conway, and the city's HR Director.
Helped to achieve $1.15 million settlement on behalf of Conway's police officers and firefighters.

*Miner v. Philip Morris,*

**Pulaski County, Arkansas Circuit Court**
Only attorney involved in case from 2003-2017.
Responsible for virtually all substantive briefing in action.
Entered an appearance at oral arguments before the United States Supreme Court.
Took and defended expert depositions.
Only 'Marlboro Lights' case in country in which Philip Morris paid damages to class members for deceptive marketing of Marlboro Lights cigarettes (with every eligible claimant receiving at least $400).

*In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation,*

**United States District Court, S.D.N.Y.**
Member of legal team representing nationwide class of indirect purchasers of Keurig K-Cups.
Primary contact with proposed class representatives for Missouri and Tennessee statewide classes.
Defended deposition of proposed class representative for Tennessee.
At the request of Lead Counsel, served as Allocation Counsel advocating to Special Master on behalf of indirect purchasers from non-repealer states.

*In re: Autoparts Antitrust Litigation,*

**United States District Court, E.D. Mich.**
Participated in briefing on behalf of nationwide class of automobile dealerships.
Participated around the country in taking many depositions of defendants and third parties.
Helped to obtain numerous significant settlements on behalf of class.

*In re: Packaged Seafood Products Antitrust Litigation,*
**United States District Court, S.D. Cal.**
Member of legal team representing nationwide class of Commercial Food Preparer indirect purchasers.
Participated around the country in taking many depositions of employees and representatives of the "Big 3" Tuna manufacturers (Starkist, Bumble Bee, and Chicken of the Sea).
Defended depositions of numerous proposed class representatives for various states.


*In re: BISYS Securities Litigation,*
**United States District Court, S.D.N.Y.**
Responsible for day-to-day activities in case on behalf of institutional Lead Plaintiffs and nationwide class of BISYS shareholders.
Primarily responsible for all briefing in case before the trial and appellate courts
Took depositions of corporate employees and representatives
Entered an appearance at oral arguments before the United States Court of Appeals for the Second Circuit
Helped to secure a $65 million cash settlement for the class


*Hale v. State Farm,*
**United States District Court, S.D. Ill.**
On 'briefing team' in RICO litigation involving State Farm's practice of using 'aftermarket' parts.
Responsible for numerous discovery and pretrial briefs in case.
Helped to obtain $250 million settlement on behalf of class.


*In re: Pork Antitrust Litigation*
**United States District Court, D. Minn.**
Member of legal team representing purported nationwide class of commercial and institutional indirect purchasers of pork in ongoing antitrust litigation.
Primary contact with proposed class representative for Arkansas