# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-HB |
| This Document Relates To:<br><br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | [PROPOSED] ORDER GRANTING MOTION TO APPOINT TOSTRUD LAW GROUP, P.C.; ZIMMERMAN REED LLP; BARRETT LAW GROUP, P.A.; AND BOZEMAN LAW FIRM, P.A. TO PLAINTIFFS' STEERING COMMITTEE |

This matter comes before the Court on the Commercial and Institutional Indirect Purchaser Plaintiffs' Motion to Appoint Tostrud Law Group, P.C.; Zimmerman Reed LLP; Barrett Law Group, P.A.; and Bozeman Law Firm, P.A. to Plaintiffs' Steering Committee ("Motion").

After consideration of the Motion and related papers, IT IS HEREBY ORDERED:

1. The Motion is GRANTED; and

2. The Court appoints Tostrud Law Group, P.C.; Zimmerman Reed LLP; Barrett Law Group, P.A.; and Bozeman Law Firm, P.A. to a Plaintiffs' Steering Committee in the Commercial and Institutional Indirect Purchaser Plaintiff Actions.

**IT IS SO ORDERED.**

Dated: _____   BY THE COURT:

_____
THE HONORABLE JOHN R. TUNHEIM
UNITED STATES DISTRICT JUDGE