UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-HB |
| This Document Relates to:<br><br>ALL ACTIONS | **WITHDRAWAL OF NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, Karl L. Cambronne hereby withdraws as attorney of record for Plaintiffs in the above-captioned matter.

Plaintiffs will continue to be represented by other attorneys in this matter, therefore, Plaintiffs will not be prejudiced in any way by the withdrawal of Karl L. Cambronne.

Dated:  February 24, 2021         **CHESTNUT CAMBRONNE PA**

                                  By *s/ Karl L. Cambronne*_____
                                     Karl L. Cambronne (#14321)
                                     100 Washington Avenue South, Suite 1700
                                     Minneapolis, MN 55401
                                     (612) 339-7300
                                     kcambronne@chestnutcambronne.com

                                  **ATTORNEYS FOR PLAINTIFFS**