# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## MOTION HEARING

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | **COURT MINUTES – CIVIL** |
| | BEFORE: Hildy Bowbeer |
| This Document Relates To: All Actions | U.S. Magistrate Judge |

| | |
|---|---|
| Case No.: | 18-cv-1776 (JRT/HB) |
| Date: | February 25, 2021 |
| Court Reporter: | Erin Drost |
| Courthouse: | n/a (by videoconference) |
| Time: | 9:00–10:16 a.m. |

**APPEARANCES:**

For Plaintiffs: Patrick Ahern, W. Joseph Bruckner, Brian Clark, A. Blaine Finley, Daniel Hedlund, Michael Pearson, Rio Pierce, Bobby Pouya, Shana Scarlett, Arielle Wagner

For Defendants: Justin Bernick, Christina Briesacher, John Cotter, Isaac Hall, Donald Heeman, Mark Johnson, William Monts, Sami Rashid, Brian Robison, Tiffany Rohrbaugh, Peter Schwingler, Christopher Smith

**PROCEEDINGS:**

The Court held a motion hearing on the Direct Purchaser Plaintiffs' Motion for Entry of a Set-Aside Order [ECF No. 673]. Ruling from the Bench for the reasons stated fully on the record, the Court **DENIED WITHOUT PREJUDICE** the motion. The Court's oral order shall serve as the Court's formal ruling.

*s/AM*
Judicial Law Clerk
