# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT-HB) |
| This Document Relates To: | ORDER AMENDING NOTICE DOCUMENTS REGARDING THE CLASS ACTION SETTLEMENT BETWEEN DIRECT PURCHASER PLAINTIFFS AND DEFENDANT JBS |
| THE DIRECT PURCHASER PLAINTIFF ACTION | |

Having reviewed and considered the parties' Stipulation Amending Notice Documents Regarding the Class Action Settlement Between Direct Purchaser Plaintiffs and Defendant JBS (ECF No. 708), the Court hereby approves the form and content of the following attached notice documents: Long Form Notice (Exhibit A), Email Notice (Exhibit B), and Summary Publication Notice (Exhibit C).

Other than the amendments approved herein, all aspects of the January 13, 2021 order granting the Motion for Preliminary Approval of the Class Action Settlement Between Direct Purchaser Plaintiffs and JBS (ECF No. 631) shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED: March 3, 2021
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court