# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Case No. 0:18-cv-01776-JRT-HB |

**SUPPLEMENTAL DECLARATION OF ANTHONY CARTER IN SUPPORT OF MOTION TO APPOINT TOSTRUD LAW GROUP, P.C.; ZIMMERMAN REED LLP; AND BARRETT LAW GROUP, P.A. TO PLAINTIFFS' STEERING COMMITTEE**

I, Anthony Carter, declare:

1.     I, along with my partner, Jon A. Tostrud, are the founding members of Tostrud Law Group, P.C. ("TLG"), a law firm headquartered in Los Angeles, California.

2.     Pursuant to the Court's Order regarding the filing of a supplemental declaration in support of TLG's appointment to Plaintiffs' Steering Committee (Dkt No. 707), this declaration details TLG's representation of and commitment to inclusion and diversity.  Additionally, this declaration provides information to the Court regarding the proposed PSC's commitment to and advancement of diversity in the litigation of this matter. As an African-American, I believe the addition of TLG on the proposed steering committee would contribute to the goal of creating a more inclusive and diverse committee.

3.     I received my undergraduate degree from the University of Virginia and juris doctorate from the University of Arizona College of Law.

4.     Jon Tostrud and I have worked together in various permutations and roles for almost 24 years, and co-founded TLG in 2012.

5.     I am already and will continue to play a critical role in this litigation.  I have worked extensively on discovery issues, including responding to discovery and working on third party discovery-related issues.  I will continue with these efforts and expect to play a broader role in discovery as documents are produced and depositions are taken.

6.     Throughout the duration of this case, my interactions with lead counsel and the other members of the proposed PSC reflect each of their firms' respective commitment to diversity. Jonathan Cuneo and Shawn Raiter, whose respective firms reflect diversity, both expressed support for the leadership application of TLG and, more specifically, myself, taking an important role in substantive litigation matters.  Both Mr. Cuneo and Mr. Raiter supported these goals in

other cases, including *In Re Generic Pharmaceuticals Pricing Antitrust Litigation* in the Eastern District of Pennsylvania, Case No. 16-md-2724, in which Tostrud Law Group sits on the PSC and in which I have and continue to play a substantial role.

7. As part of TLG's appointment to the Plaintiffs' Steering Committee in *Generic Pharmaceuticals*, I have and continue to take on significant responsibility in the prosecution of the case, including pre-complaint investigations and discovery negotiations. Deposition in the matter began this January, and I am currently working as the indirect reseller plaintiff group representative on several deposition preparation teams.

8. Since 2012, TLG has offered internship and externship opportunities to numerous law school students, including students representative of diverse populations. Most recently, from July-December, 2019, TLG employed a third year, African-American female and United States Air Force veteran from Mitchell Hamline Law School.

9. TLG considers the advancement of diversity in the legal profession a priority and has taken concrete actions to advance that goal.

I affirm under penalty of perjury on this 4th day of March, 2021 that the foregoing is true to the best of my knowledge.

              */s/ Anthony Carter*
               Anthony Carter