UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Documents Relates To:<br><br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Case No. 0:18-cv-01776-JRT-HB |

DECLARATION OF ALIA M. ABDI IN SUPPORT OF COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION TO APPOINT TOSTRUD LAW GROUP, P.C.; ZIMMERMAN REED LLP; BARRETT LAW GROUP, P.A.; AND BOZEMAN LAW FIRM, P.A. TO PLAINTIFFS' STEERING COMMITTEE

I, Alia M. Abdi, declare:

1. I am an associate of Zimmerman Reed LLP ("ZR"), headquartered in Minneapolis, Minnesota, with additional offices in Los Angeles, California, and Scottsdale, Arizona. I make this declaration based on my personal knowledge and can verify the truth of these statements if called to testify.

2. I am licensed to practice law in, and am a member in good standing of the bar of, the State of Minnesota. I am admitted to practice in this District, and I am member of the Federal Bar Association, District of Minnesota Chapter.

3. In 2017, I graduated from the University of Minnesota Law School, and began my tenure at ZR working on complex class action cases in areas of antitrust, employment, and consumer protection.

4. I am currently working with co-lead counsel Cuneo, Gilbert & LaDuca, LLP, and Larson · King, on another antitrust litigation on behalf of a class of commercial indirect purchasers, *In re Hard Disk Drive Suspension Assemblies Antitrust Litigation*, 19-md-291 (N.D. Cal.). As the

ZR associate on the case, I am working closely with lead counsel on behalf of a commercial indirect purchaser plaintiff by gathering client information for discovery purposes, attending meet and confers, and helping to resolve discovery disputes.

5. I am also working with Mr. Cialkowski in *In re Domestic Airline Travel Antitrust Litigation*, 15-mc-1404 (D.D.C.). I am assisting with plaintiffs' opposition to summary judgement with respect to defendant Delta Airlines.

6. In addition to the above-mentioned antitrust cases, I currently serve as counsel in the following cases:

- *SRP v. Ellis*, No. 2:19-cv-01228-SMB (D. Ariz.), an antitrust class action case on behalf of consumers of solar energy systems;

- *In re Deva Concepts Prods. Liab. Litig.*, No. 1:20-cv-01234 (S.D.N.Y.), a consumer protection class action involving defective hair care products;

- *Robbins v. Generali U.S. Branch*, No. 1:20-cv-06635-JGK (S.D.N.Y.), a class action to recover under the terms of Generali's travel insurance contracts for losses and damages sustained following the closures and travel restrictions imposed due to COVID-9; and

- *Noll v. Flowers Foods, Inc.*, No. 1:15-cv-00493-LEW (D. Me.), class actions challenging Flowers Foods' independent contractor model for its distributors.

7. I have served as counsel in several other complex class action cases, including cases involving allegations of unfair university admissions processes, employment status violations, environmental torts, personal injury, opioids marketing practices on behalf of public clients, data breaches, and HIPAA violations. In both these and my current cases, I have handled the following responsibilities:

- Coordinated and negotiated production of informal discovery requests with opposing counsel;

- Prepared for and participated in meet and confer discussions with opposing counsel on issues relating to litigation;

- Negotiated and entered into stipulations with opposing counsel;

- Drafted substantial briefing on complex legal issues in all of my cases;

- Prepared for and participated in pre-trial hearing on behalf of a nationwide consumer class;

- Settled client's personal injury claims and negotiated a reduction of all medial liens; and

- Coordinated responses to client inquiries on a majority of my cases.

8. My peers recognized me as a Rising Star in Minnesota in 2020 by Minnesota Super Lawyers.

9. I am active in various legal organization in Minnesota. I am an active member of the Minnesota Black Lawyers Association and the Somali American Bar Association ("SABA"). I previously served as treasurer for SABA and Co-Chair of the Newer Lawyers Committee for the Minnesota Chapter of the Federal Bar Association. Currently, I serve as the Co-Vice President of Diversity & Inclusion for the Minnesota Chapter of the FBA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2021                                         *s/Alia M. Abdi*
                                                                  Alia M. Abdi