## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* <br><br> This Document Relates To: <br> ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Case No. 0:18-cv-01776-JRT-HB |

**DECLARATION OF MARCUS NEIL BOZEMAN IN SUPPORT OF COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION TO APPOINT TOSTRUD LAW GROUP, P.C.; ZIMMERMAN REED LLP; BARRETT LAW GROUP, P.A.; AND BOZEMAN LAW FIRM, P.A. TO PLAINTIFFS' STEERING COMMITTEE**

I, Marcus Neil Bozeman, declare:

1. My statements contained herein are based on my personal knowledge.

2. I am an attorney licensed to practice law in the States of Arkansas, Missouri, and Tennessee, and I am a partner and founder of Bozeman Law Firm, P.A ("Bozeman Law"), a solo practitioner law firm headquartered in Little Rock, Arkansas. The inclusion of Bozeman Law on the proposed Plaintiffs' Steering Committee would meaningfully add to the size-of-firm and geographical diversity of the attorneys expected to play meaningful and substantial roles in the work of the committee.

3. I have developed considerable familiarity with the kind of complex litigation at stake in the instant matter in working at the direction of co-lead counsel Jon Cuneo and Shawn Raiter in other matters on behalf of commercial indirect purchaser plaintiff classes, including *In Re*: *Automotive Parts Antitrust Litigation*, MDL No. 2311, pending before Judge Marianna Battani

in the Eastern District of Michigan, and also in *In re Packaged Seafood Products Antitrust Litig.*, No. 3:15-md-02670-JLS-MDD (S.D. Cal.).

4. The solo practitioner nature of my firm notwithstanding, I am prepared to contribute meaningfully to the advancement of the CIIPP actions by virtue of my prior experience in price-fixing class actions on behalf of commercial indirect purchasers. In addition, I have expressed and confirmed my willingness to advance this litigation with both my efforts and financial resources, at the direction of lead counsel, on a comparable basis to the other firms proposed for the Plaintiffs' Steering Committee.

I affirm under penalty of perjury on this 4th day of March 2021 that the foregoing is true to the best of my knowledge.

By: */s/ Marcus Neil Bozeman*
Marcus Neil Bozeman