UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | Case No. 18-cv-1776 (JRT/HB) |
| This document relates to:<br>ALL COMMERCIAL AND<br>INSTITUTIONAL INDIRECT<br>PURCHASER PLAINTIFF<br>ACTIONS | **ORDER APPOINTING<br>TOSTRUD LAW GROUP, P.C.;<br>ZIMMERMAN REED LLP;<br>BARRETT LAW GROUP, P.A.;<br>AND BOZEMAN LAW FIRM,<br>P.A. TO PLAINTIFFS'<br>STEERING COMMITTEE** |

HILDY BOWBEER, United States Magistrate Judge

This matter comes before the Court on the Commercial and Institutional Indirect Purchaser Plaintiffs' Motion to Appoint Tostrud Law Group, P.C.; Zimmerman Reed LLP; Barrett Law Group, P.A.; and Bozeman Law Firm, P.A. to Plaintiffs' Steering Committee [ECF No. 696]. Upon consideration of the Motion and related filings, including the Declarations filed on March 4, 2021 [ECF Nos. 722, 723, 724, 725], **IT IS HEREBY ORDERED**:

1. The Commercial and Institutional Indirect Purchaser Plaintiffs' Motion to Appoint Tostrud Law Group, P.C.; Zimmerman Reed LLP; Barrett Law Group, P.A.; and Bozeman Law Firm, P.A. to Plaintiffs' Steering Committee [ECF No. 696] is **GRANTED**; and

2. The Court appoints Tostrud Law Group, P.C.; Zimmerman Reed LLP; Barrett Law Group, P.A.; and Bozeman Law Firm, P.A. to a Plaintiffs' Steering

Committee in the Commercial and Institutional Indirect Purchaser Plaintiff Actions.

Dated:  March 5, 2021              <u>*s/ Hildy Bowbeer*</u>
                                                   HILDY BOWBEER
                                                   United States Magistrate Judge