UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | Civil No. 18-cv-01776-JRT-HB |

**STIPULATION TO AMEND THE PRETRIAL SCHEDULING ORDER REGARDING DEADLINE ON STRUCTURED DATA**

The undersigned parties ("Parties") stipulate and hereby request, under Federal Rule of Civil Procedure 16(b)(4) and D. Minn. L.R. 16.3, to amend the Court's March 3, 2021 Order on Stipulation to Amend the Pretrial Scheduling Order Regarding Deadline on Structured Data (ECF No. 717), to extend from March 9, 2021, to March 29, 2021 the deadline to reach agreement on production of structured data or seek relief from the Court.

Good cause exists for amendment of the schedule to extend such deadline as set forth below:

1. The first deadline to reach agreement on production of structured data or seek relief from the Court was January 15, 2021.

2. On Jan. 15, 2021, the Court extended this deadline to February 23, 2021, and again to March 2, 2021 and March 9, 2021.

3. The Parties have had substantive discussions on the production of structured data and continue to make progress on reaching a resolution or, in the alternative, limiting the issues to be presented to the Court.

4. Included in the discussions are an effort between the Parties to clarify the categories of pork products involved in this litigation. The Parties require additional time to both investigate these issues and to digest the information. The Parties propose that:

    a) During the week of March 15, 2021, defendants will make good-faith, reasonable efforts to provide plaintiffs with additional information regarding the categories of products each defendant sold during the class period and channels those products are sold into. The list will be provided for each defendant.

    b) By March 22, 2021, the Parties will meet and confer to determine whether or not certain categories of these pork products may be excluded from the definition of Pork Products used in this case.

    c) These are interim deadlines that the Parties may move by agreement.

5. The Parties therefore collectively request that the deadline to reach agreement on production of structured data or seek relief from the Court be moved to March 29, 2021. The Parties do not request that any other deadline under the Pretrial Scheduling Order be moved or extended.

6. This request is being made to further efficient and cooperative case management. It is not being made for the purpose of delay, and the requested extension would not delay the resolution of this matter or prejudice any party.

DATED: March 9, 2021                    Respectfully submitted,

*/s/ Bobby Pouya*                                          */s/ Arielle S. Wagner*
Bobby Pouya                                                  Arielle S. Wagner (MN #0398332)
Clifford H. Pearson                                         W. Joseph Bruckner (MN #0147758)
Daniel L. Warshaw                                        Brian D. Clark (MN #0390069)
Michael H. Pearson                                       Craig S. Davis (MN #0148192)
PEARSON SIMON & WARSHAW, LLP       Simeon A. Morbey (MN #0391338)
15165 Ventura Boulevard, Suite 400        Stephen M. Owen (MN # 0399370)
Sherman Oaks, CA 92403                        Stephanie A. Chen (MN #0400032)
Telephone: (818) 788-8300                       LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Facsimile: (818) 788-8104                         100 Washington Avenue South, Suite 2200
cpearson@pswlaw.com                            Minneapolis, MN 55401
dwarshaw@pswlaw.com                          Telephone: (612) 339-6900
bpouya@pswlaw.com                               Facsimile: (612) 339-0981
mpearson@pswlaw.com                           aswagner@locklaw.com
                                                                        wjbruckner@locklaw.com
Melissa S. Weiner (MN #0387900)          csdavis@locklaw.com
Joseph C. Bourne (MN #0389922)         bdclark@locklaw.com
PEARSON, SIMON & WARSHAW, LLP    samorbey@locklaw.com
800 LaSalle Avenue, Suite 2150              smowen@locklaw.com
Minneapolis, MN 55402                           sachen@locklaw.com
Telephone: (612) 389-0600
Facsimile: (612) 389-0610                         ***Co-Lead Class Counsel for Direct Purchaser***
mweiner@pswlaw.com                           ***Plaintiffs***
jbourne@pswlaw.com

Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

- 3 -

010736-11/1446458 V1

*/s/ Shana E. Scarlett*
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve. W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

*/s/ Daniel C. Hedlund*
Daniel C. Hedlund (#258337)
Daniel E. Gustafson (#202241)
Michelle J. Looby (#388166)
Britany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

***Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs***

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN# 240424)
LARSON KING, LLP
2800 Wells Fargo Place 30 East Seventh Street St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

Jonathan W. Cuneo
Joel Davidow Blaine Finley
Yifei "Evelyn" Li
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com joel@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cunelolaw.com

***Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs***

- 4 -

*/s/ Kyle G. Bates*
Kyle G. Bates (USDCPR-306412)
Todd M. Schneider
Matthew S. Weiler
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell St., Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
kbates@schneiderwallace.com
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com

Peter B. Schneider
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
3700 Buffalo Speedway, Suite 300
Houston, Texas 77098
Telephone: (713) 338-2560
Facsimile: (415) 421-7105
pschneider@schneiderwallace.com

Ines Carrau Martinez Attorney General
Johan M. Rosa Rodríguez PR Bar No. 16819
Assistant Attorney General Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192 Tel: (787) 721-2900, ext. 2600, 2601
Fax: (787) 721-3223
jorosa@justicia.pr.gov

***Counsel for the Commonwealth of Puerto Rico***

- 5 -

*/s/ Mark L. Johnson*
Mark L. Johnson (#0345520)
Virginia R. McCalmont (#0399496)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
vmccalmont@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Christina Briesacher (*pro hac vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
christina.briesacher@kirkland.com

**Counsel for Clemens Food Group, LLC and The Clemens Family Corporation**

/*s/ Donald G. Heeman*
Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)

*/s/ Richard A. Duncan*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center 90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com
bryan.washburn@faegredrinker.com

**Counsel for Hormel Foods Corporation and Hormel Foods, LLC**

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
Jon M. Woodruff (#0399453)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
john.woodruff@stinson.com
J. Nicci Warr (*pro hac vice*)

STINSON LLP
7700 Forsyth Blvd., Suite 1100 St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

- 6 -

QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

***Counsel for JBS USA Food Company***

*/s/ John A. Cotter*
John A. Cotter (#0134296)
John A. Kvinge (#0392303)
LARKIN HOFFMAN DALY & LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
(214) 698-3370
brobison@gibsondunn.com

***Counsel for Smithfield Foods, Inc.***

***Counsel for Seaboard Foods LLC and Seaboard Corporation***

*/s/ Gene Summerlin*
Gene Summerlin (*pro hac vice*)
Aaron Chapin (#06292540)
Marnie Jensen (*pro hac vice*)
Ryann Glenn (*pro hac vice*)
Kamron Hasan (*pro hac vice*)
Sierra Faler (pro hac vice)
HUSCH BLACKWELL LLP
13330 California St., Suite 200
Omaha, NE 68154
(402) 964-5000
gene.summerlin@huschblackwell.com
marnie.jensen@huschblackwell.com
ryann.glenn@huschblackwell.com
kamron.hasan@huschblackwell.com
sierra.faler@huschblackwell.com

***Counsel for Triumph Foods, LLC***

- 7 -

| | |
|---|---|
| */s/ David P. Graham* | */s/ Peter H. Walsh* |
| David P. Graham (#0185462) | Peter H. Walsh (#0388672) |
| DYKEMA GOSSETT PLLC | HOGAN LOVELLS US LLP |
| 4000 Wells Fargo Center | 80 South Eighth Street, Suite 1225 |
| 90 South Seventh Street | Minneapolis, MN 55402 |
| Minneapolis, MN 55402 | T. (612) 402-3000 |
| (612) 486-1521 | F. (612) 402-3001 |
| dgraham@dykema.com | peter.walsh@hoganlovells.com |
| | |
| Rachel J. Adcox (*pro hac vice*) | William L. Monts (*pro hac vice*) |
| Tiffany Rider Rohrbaugh (*pro hac vice*) | Justin W. Bernick (*pro hac vice*) |
| AXINN, VELTROP & HARKRIDER LLP | HOGAN LOVELLS US LLP |
| 950 F Street, N.W. | Columbia Square |
| Washington, D.C. 20004 | 555 Thirteenth Street, NW |
| (202) 912-4700 | Washington, D.C. 20004 |
| radcox@axinn.com | (202) 637-5600 |
| trider@axinn.com | william.monts@hoganlovells.com |
| | justin.bernick@hoganlovells.com |
| ***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*** | ***Counsel for Agri Stats, Inc.*** |

- 8 -