# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-cv-01776-JRT-HB |
| This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | |

## ORDER ON STIPULATION TO AMEND THE PRETRIAL SCHEDULING ORDER REGARDING DEADLINE ON STRUCTURED DATA

Pursuant to the Stipulation to Amend the Pretrial Scheduling Order Regarding Deadline on Structured Data (ECF No. 727) entered into by the parties, and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the Stipulation (ECF No. 727) is **APPROVED**, and the deadline for the parties to reach agreement on production of structured data or seek relief from the Court shall be extended to and including **March 29, 2021**.

All remaining provisions and dates in the Initial Case Management Order (ECF No. 85), as amended (ECF No. 532), remain in effect.

DATED: March 10, 2021

s/*Hildy Bowbeer*
HILDY BOWBEER
United States Magistrate Judge