UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re Pork Antitrust Litigation

This Document Relates to:  All Actions

No. 1:18-cv-01776-JRT-HB

**NOTICE OF WITHDRAWAL AS ATTORNEY**

Gene Summerlin hereby gives notice of his withdrawal as attorney of record for Triumph Foods, LLC.

Christopher Smith, Tessa Jacob, Marnie Jensen, Ryann Glenn, Kamron Hasan, Sierra Faler, and Aaron Chapin of Husch Blackwell LLP will continue to represent Triumph Foods, LLC. Allowing the requested withdrawal will not prejudice any party or delay this proceeding.

Respectfully submitted this 12th day of March 2021.

Triumph Foods, LLC.

*/s/ Gene Summerlin*
Gene Summerlin (*pro hac vice*)
Marnie Jensen (*pro hac vice*)
Ryann Glenn (*pro hac vice*)
Kamron Hasan (*pro hac vice*)
Sierra Faler (*pro hac vice*)
HUSCH BLACKWELL LLP
13330 California St., Suite 200
Omaha, NE 68154
(402) 964-5000
gene.summerlin@huschblackwell.com
marnie.jensen@huschblackwell.com
ryann.glenn@huschblackwell.com
kamron.hasan@huschblackwell.com
sierra.faler@huschblackwell.com

and

HB: 4837-0872-2656.1

        Christopher A. Smith (*pro hac vice*)
        HUSCH BLACKWELL LLP
        190 Carondelet Plaza, Suite 600
        St. Louis, MO 63105
        (314) 480-1500
        chris.smith@huschblackwell.com

        and

        Tessa Jacob *(pro hac vice)*
        HUSCH BLACKWELL LLP
        4801 Main Street, Suite 1000
        Kansas City, MO 64112
        (816) 983-8000
        tessa.jacob@huschblackwell.com

        and

        Aaron Chapin (#6292540)
        HUSCH BLACKWELL LLP
        120 South Riverside Plaza, Suite 2200
        Chicago, IL 60606
        (312) 655-1500
        aaron.chapin@huschblackwell.com

        *Counsel for Triumph Foods, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2021 the above-and foregoing document was electronically filed with the court and a file-stamped copy was forwarded to all counsel of record through the Court's electronic filing system.

                                            By*:*   */s/ Gene Summerlin*

HB: 4837-0872-2656.1