UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | Case No. 18-cv-1776 (JRT/HB) |
| This document relates to: All Actions | **ORDER FOR CASE MANAGEMENT CONFERENCE** |

HILDY BOWBEER, United States Magistrate Judge

The undersigned will convene a case management conference by ZOOMGOV video technology in this matter on **April 28, 2021** at **1:00 p.m. CT**.  The Court will circulate the ZOOMGOV information to counsel a few days prior to the conference.

In preparation for the conference, counsel for the parties must meet and confer about the issues to be discussed, and must file on CM/ECF, on the due dates set forth below, a joint agenda prioritizing the matters to be discussed and identifying the attorneys who will participate in the conference, specifying to the extent possible which attorneys will speak to which agenda items or issues and which attend but do not anticipate speaking.[1]  Absent extraordinary circumstances, the Court will not entertain matters at the case management conference about which the parties have not met and conferred in advance and included on the agenda.  The Court expects the parties to be transparent with each other in preparation for the conference.  Sandbagging and ambushing will not be tolerated.

---

[1] Failure to identify an attorney in advance as having a speaking role will not preclude him or her from speaking at the conference, but advance notice is appreciated both by the Court and by the court reporter.

Each party or group of parties must also file update letters that track the agenda and describe progress made in discovery and other case activities, and that briefly apprise the Court of that party or group's position or perspective on any agenda items as to which there may be a dispute but which are not yet ripe for submission to the Court through motion practice or the IDR process.  Groups are encouraged to collaborate with each other where possible on their update letters to avoid duplication, perhaps through the submission of a joint letter that addresses matters as to which they have a common perspective, with separate sections or shorter, supplemental letters to cover updates or positions that are specific to a particular party or group of parties.  *The conference does not relieve counsel of the obligation to meet and confer in good faith to resolve or narrow disputes without the need for the Court's assistance.*

The Court is willing to hear disputes through its IDR process at this case management conference, subject to the time available in view of other matters on the agenda.  The IDR process is described in the Pretrial Scheduling Order [ECF No. 658 at p. 11].  *The agenda submitted by the parties for the case management conference must clearly identify any dispute as to which the parties have agreed to seek a decision at the conference through the IDR process*.  The parties' IDR position letters must be filed in accordance with the deadlines set forth below; the content and length must be in compliance with the requirements set forth in the Pretrial Scheduling Order.  Absent leave of Court, which must be sought in advance, a party or party group seeking relief on more than one issue may only file a single position letter, which must cover all matters on which they seek relief.  If the dispute is common to more than one party or

group, they must collaborate on a single letter in support of or in opposition to the request for relief.  Exhibits should be kept to a minimum, and include only what is necessary for the Court to understand and address the dispute.  Documents already a party of the record may be cited by docket number and need not be attached. If after review of the letters the Court determines there will not be adequate time at the case management conference to address the dispute/s, the Court will discuss with the parties at the conference the timing of a separate IDR conference call or calls to address them.

The following deadlines will govern submissions for this conference:

Joint agenda due: **April 20, 2021, by 5:00 p.m. CT**

IDR "moving party" letters due: **April 21, 2021 by 5:00 p.m. CT**

IDR "responding party" letters due:  **April 26, 2021 by 5:00 p.m. CT**

Update letters due: **April 26, 2021, by 5:00 p.m. CT**


Dated:  March 17, 2021               s/*Hildy Bowbeer*
                                     HILDY BOWBEER
                                     United States Magistrate Judge