IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 18-cv-01776 (JRT-HB) |
| This Document Relates To:<br>ALL ACTIONS | **NOTICE OF WITHDRAWAL OF CHRISTINA L. BRIESACHER** |
| -and- | |
| Winn-Dixie Stores, Inc., et al v Agri Stats, Inc., et al, Civil No. 19-cv-1578 (JRT/HB) | |
| Commonwealth of Puerto Rico v Agri Stats, Inc., et al, Civil No. 19-cv-2723 (JRT/HB) | |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Christina L. Briesacher of Kirkland & Ellis LLP withdraws as counsel for Defendants The Clemens Family Corporation and Clemens Food Group, LLC.

Dated: March 19, 2021               **GREENE ESPEL PLLP**

s/ Mark L. Johnson
Mark L. Johnson, Reg. No. 0345520
Davida S. McGhee, Reg. No. 0400175
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
mjohnson@greeneespel.com
dwilliams@greeneespel.com
(612) 373-0830

*AND*

Daniel E. Laytin, P.C., *pro hac vice*
Christa C. Cottrell, P.C., *pro hac vice*
Christina L. Briesacher, *pro hac vice*
Christina Sharkey, *pro hac vice*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
christina.briesacher@kirkland.com
christina.sharkey@kirkland.com
(312) 862-2000

Attorneys for Defendants The Clemens Family Corporation and Clemens Food Group, LLC