- 1 -

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | Case No. 0:18-cv-1776 (JRT-HB)<br><br>**MEET AND CONFER STATEMENT** |

Pursuant to Local Rule 7.1(a)(1), Consumer Indirect Purchaser Plaintiffs ("consumer IPPs") hereby state that their counsel met and conferred with Defendants JBS USA Food Company, JBS USA Food Company Holdings, and Swift Pork Company ("JBS") counsel regarding this motion for preliminary approval of settlement. Counsel for Defendant JBS does not oppose consumer IPP's Motion for Preliminary Approval of the Class Action Settlement between consumer IPPs and JBS.

010736-11/1456382 V1

| | |
|---|---|
| DATED: March 26, 2021 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By: */s/ Shana E. Scarlett*<br>    SHANA E. SCARLETT |

Rio Pierce
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Counsel for Consumer Indirect Purchaser Plaintiffs*