# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-HB |
| This Document Relates to: | **NOTICE OF APPEARANCE** |
| *All Actions*. | |

The undersigned attorney hereby notifies the Court and counsel that Joseph C. Bourne shall appear as counsel of record for Direct Purchaser Plaintiffs Maplevale Farms, Inc., Joe Christiana Food Distributors, Inc. and Olean Wholesale Grocery Cooperative, Inc., and the Direct Purchaser Plaintiff Class in this case.

Dated: March 29, 2021

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

*s/ Joseph C. Bourne*
W. Joseph Bruckner (MN#0147758)
Brian D. Clark (MN#0390069)
Simeon A. Morbey (MN#0391338)
Arielle S. Wagner (MN #0398332)
Stephen M. Owen (MN #0399370)
Stephanie A. Chen (MN #0400032)
Joseph C. Bourne (MN #0389922)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T:  (612) 339-6900
F:  (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
aswagner@locklaw.com
smowen@locklaw.com
sachen@locklaw.com
jcbourne@locklaw.com

*Counsel for Direct Purchaser Plaintiffs Maplevale Farms, Inc., Joe Christiana Food Distributors, Inc. and Olean Wholesale Grocery Cooperative, Inc. and the Direct Purchaser Plaintiff Class*

558042.1