UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE COMMERCIAL AND INSTITUTIONAL PURCHASER PLAINTIFF ACTION | Case No. 18-cv-1776 (JRT/HB)<br><br>**Notice of Hearing on Motion for Preliminary Approval of Class Action Settlement Between the Commercial and Institutional Indirect Purchaser Plaintiffs and Defendant JBS** |

Please take notice that a hearing on a date and time to be determined, before the Honorable John R. Tunheim, Chief Judge for the United States District Court for the District of Minnesota, Courtroom 15, 300 South Fourth Street, Minneapolis, Minnesota 55415, Commercial and Institutional Indirect Purchaser Plaintiffs will move the Court for an order, pursuant to Rule 23 of the Federal Rules of Civil Procedure, granting preliminary approval of the class action settlement between Commercial and Institutional Indirect Purchaser Plaintiffs and Defendants JBS USA Food Company, JBS USA Food Company Holdings, and Swift Pork Company.

Dated: April 15, 2021                **Larson · King, LLP**

By    *s/ Shawn M. Raiter*
Shawn M. Raiter (#240424)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
sraiter@larsonking.com

2

        Jonathan W. Cuneo (admitted *pro hac vice*)
        Blaine Finley (admitted *pro hac vice*)
        **Cuneo Gilbert & LaDuca, LLP**
        4725 Wisconsin Ave NW, Suite 200
        Washington, DC  20016
        (202) 789-3960
        jonc@cuneolaw.com
        bfinley@cuneolaw.com

        **Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**