# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE COMMERCIAL AND INSTITUTIONAL PURCHASER PLAINTIFF ACTION | Case No. 18-cv-1776 (JRT/HB)<br><br>**Local Rule 7.1(c) Word Count Compliance Certificate Regarding Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement Between the Commercial and Institutional Indirect Purchaser Plaintiffs and Defendant JBS** |

I, Shawn M. Raiter, certify that the Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement Between the Commercial and Institutional Indirect Purchaser Plaintiffs and Defendant JBS complies with Local Rule 7.1(c).

I further certify that, in preparation of this Memorandum, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Memorandum contains 4,242 words.

Dated: April 15, 2021                **Larson · King, LLP**

                                     By   *s/ Shawn M. Raiter*
                                     Shawn M. Raiter (#240424)
                                     2800 Wells Fargo Place
                                     30 East Seventh Street
                                     St. Paul, MN  55101
                                     (651) 312-6500
                                     sraiter@larsonking.com

Jonathan W. Cuneo (admitted *pro hac vice*)
Blaine Finley (admitted *pro hac vice*)
**Cuneo Gilbert & LaDuca, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC  20016
(202) 789-3960
jonc@cuneolaw.com
bfinley@cuneolaw.com

**Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**