UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE COMMERCIAL AND INSTITUTIONAL PURCHASER PLAINTIFF ACTION | Case No. 18-cv-1776 (JRT/HB)<br><br>**Statement Instead of Redacted Document** |

      Commercial and Institutional Indirect Purchaser Plaintiffs, in connection with the Declaration of Shawn M. Raiter, filed Exhibit B under seal. The Commercial and Institutional Indirect Purchaser Plaintiffs now file this Statement Instead of Redacted Document because the sealed Exhibit B is entirely confidential.

Dated: April 15, 2021                        **Larson · King, LLP**

                                                          By   *s/ Shawn M. Raiter*
                                                          Shawn M. Raiter (#240424)
                                                           2800 Wells Fargo Place
                                                           30 East Seventh Street
                                                           St. Paul, MN  55101
                                                           (651) 312-6500
                                                           sraiter@larsonking.com

Jonathan W. Cuneo (admitted *pro hac vice*)
Blaine Finley (admitted *pro hac vice*)
**Cuneo Gilbert & LaDuca, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC  20016
(202) 789-3960
jonc@cuneolaw.com
bfinley@cuneolaw.com

**Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**