UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

IN RE PORK ANTITRUST LITIGATION

                                                Civil Number: 18-01776 (JRT/HB)

_____

### ORDER GRANTING MOTION FOR NON-RESIDENT TO SERVE AS LOCAL COUNSEL AND MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5(d), Aaron B. Chapin moved for permission for a non-resident to serve as local counsel and moved for the admission pro hac vice of attorney Jason Husgen in the above case.

IT IS HEREBY ORDERED THAT Aaron B. Chapin's motion for a Non-Resident to serve as Local Counsel (Docket No. 753-1) is **GRANTED**.

IT IS FURTHER ORDERED that the Motion for Admission Pro Hac Vice of Attorney Jason Husgen (Docket No. 753) is **GRANTED**.

Dated:  April 19, 2021
At Minneapolis, Minnesota

                                                s/John R. Tunheim_____
                                                JOHN R. TUNHEIM
                                                Chief Judge
                                                United States District Court