# UNITED STATE DISTRICT COURT
# DISTRICT OF MINNESOTA

In Re Pork Antitrust Litigation          No. 1:18-cv-01776-JRT-HB

This Document Relates to: All Actions      **NOTICE OF WITHDRAWAL OF JETTA C. SANDIN**

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, Jetta C. Sandin hereby withdraws as counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc. ("Tyson"). Ms. Sandin is no longer associated with the law firm of Axinn, Veltrop & Harkrider LLP.

David Graham, Rachel Adcox, Tiffany Rider, and Jarod Taylor will continue to represent Tyson. Allowing the requested withdrawal will not prejudice any party or delay this proceeding.

Respectfully submitted this 12th day of May 2021.

    /s/ *Jetta C. Sandin*
Jetta C. Sandin (*pro hac vice*)
Rachel Adcox (*pro hac vice*)
Tiffany Rider (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
950 F. Street, NW
Washington, DC 20004
Telephone: 202.912.4700
jsandin@axinn.com
radcox@axinn.com
trider@axinn.com

Jarod Taylor (*pro hac vice pending*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Telephone: 860.275.8109
jtaylor@axinn.com

and

        David P. Graham
        DYKEMA GOSSETT PLLC
        90 S 7th Street, FL 2
        Minneapolis, MN 55402
        Telephone: 612.486.1521
        dgraham@dykema.com

*Counsel for Tyson Foods, Inc., Tyson Fresh Meats, Inc., and Tyson Prepared Foods Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2021 the above-and foregoing document was electronically filed with the court and a file-stamped copy was forwarded to all counsel of record through the Court's electronic filing system.

By: */s/ Jetta C. Sandin*