UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* <br><br> This Document Relates To: <br><br><br><br> Commonwealth of Puerto Rico, <br><br> Plaintiff, <br><br> v. <br><br> Agri Stats, Inc., et al., <br><br> Defendants. | Case No. 18-cv-1776 (JRT/HB) <br><br><br><br><br><br> Case No. 19-cv-2723 (JRT/HB) |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS FOR KYLE G. BATES

The undersigned counsel for Plaintiff Commonwealth of Puerto Rico hereby provides notice that Kyle G. Bates is no longer affiliated with Schneider Wallace Cottrell Konecky LLP. Mr. Bates is now affiliated with the law firm of Hausfeld LLP. Mr. Bates will continue to represent Commonwealth of Puerto Rico in this case. The docket should be updated to reflect that his new contact information is as follows:

>Kyle G. Bates
>HAUSFELD LLP
>600 Montgomery Street, Suite 3200
>San Francisco, California 94111
>Telephone: (415) 633-1908
>Facsimile: (415) 358-4980
>Email: kbates@hausfeld.com

Dated: May 28, 2021                                       Respectfully submitted,

2

/s/ *Kyle G. Bates*
Kyle G. Bates (USDCPR-306412)
**HAUSFELD LLP**
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
kbates@hausfeld.com

*Counsel for the Commonwealth of Puerto Rico*

2