# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | Civil No. 18-1776 (JRT/HB)<br><br>**CERTIFICATE OF COMPLIANCE ON MOTION TO APPROVE THE MANNER AND FORM OF CLASS NOTICE REGARDING SETTLEMENT WITH JBS DEFENDANTS** |

I, SHANA E. SCARLETT, certify that this brief complies with the type-volume limitation of D. Minn. L.R. 72.2(c)(1) and with the type-size limit of D. Minn. L.R. 72.2(c)(2). The brief has 2,327 words of type, font size 13 and was prepared using Microsoft Word, which includes all text, including headings, footnotes, and quotations in the word count.

DATED: June 1, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　HAGENS BERMAN SOBOL SHAPIRO LLP

　　　　　　　　　　　　　　　　　　By:    /s/ Shana E. Scarlett
　　　　　　　　　　　　　　　　　　　　　SHANA E. SCARLETT
　　　　　　　　　　　　　　　　　　Rio Pierce
　　　　　　　　　　　　　　　　　　715 Hearst Avenue, Suite 202
　　　　　　　　　　　　　　　　　　Berkeley, California 94710
　　　　　　　　　　　　　　　　　　Telephone: (510) 725-3000
　　　　　　　　　　　　　　　　　　Facsimile: (510) 725-3001
　　　　　　　　　　　　　　　　　　shanas@hbsslaw.com
　　　　　　　　　　　　　　　　　　riop@hbsslaw.om

　　　　　　　　　　　　　　　　　　Steve W. Berman
　　　　　　　　　　　　　　　　　　Breanna Van Engelen
　　　　　　　　　　　　　　　　　　HAGENS BERMAN SOBOL SHAPIRO LLP
　　　　　　　　　　　　　　　　　　1301 Second Avenue, Suite 2000
　　　　　　　　　　　　　　　　　　Seattle, Washington 98101
　　　　　　　　　　　　　　　　　　Telephone: (206) 623-7292
　　　　　　　　　　　　　　　　　　Facsimile: (206) 623-0594
　　　　　　　　　　　　　　　　　　steve@hbsslaw.com
　　　　　　　　　　　　　　　　　　breannav@hbsslaw.com

　　　　　　　　　　　　　　　　　　Daniel E. Gustafson (#202241)
　　　　　　　　　　　　　　　　　　Daniel C. Hedlund (#258337)
　　　　　　　　　　　　　　　　　　Michelle J. Looby (#388166)
　　　　　　　　　　　　　　　　　　Joshua J. Rissman (#391500)
　　　　　　　　　　　　　　　　　　GUSTAFSON GLUEK PLLC
　　　　　　　　　　　　　　　　　　120 South 6th Street, Suite 2600
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　Telephone: (612) 333-8844

Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Counsel for Consumer Indirect Purchaser Plaintiffs*

- 2 -