UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br><br><br>This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | Case No. 0:18-cv-01776-JRT-HB<br><br>**DECLARATION OF ERIC SCHACHTER IN SUPPORT OF PLAINTIFFS' MOTION TO APPROVE THE MANNER AND FORM OF CLASS NOTICE REGARDING SETTLEMENT WITH JBS USA FOOD COMPANY** |

I, Eric Schachter, hereby declare as follows:

1. I am a Vice President with A.B. Data, Ltd. ("A.B. Data"). A.B. Data has been selected by Consumer Indirect Purchaser Plaintiffs as the Settlement Administrator in this case after a competitive bidding process. I am fully familiar with the facts contained herein based upon my personal knowledge, and if called as a witness, could and would testify competently thereto.

2. In consultation with Co-Lead Counsel, I have prepared a proposed settlement notice and administration plan for this litigation. This Declaration will describe the proposed Notice Plan and how it will meet the requirements of Rule 23 of the Federal Rules of Civil Procedure and provide due process to the potential members of the Settlement Class. This Declaration is based upon my personal knowledge and upon

information provided to me by Co-Lead Counsel, my associates, and A.B. Data staff members.

3.  I have implemented and coordinated some of the largest and most complex class action notice and administration plans in the country. The scope of my work includes notification, claims processing, and distribution plans in all types of class actions, including but not limited to consumer, antitrust, securities, ERISA, insurance, and government agency settlements.

4.  A.B. Data has also been appointed as notice, claims, and/or settlement administrator in hundreds of high-volume consumer, antitrust, civil rights, insurance, ERISA, securities, and wage and hour class action cases. A profile of A.B. Data's background and capabilities, including representative case and client lists, is included hereto as **Exhibit A**.

## Notice Plan Overview

5.  The objective of the Notice Plan, attached as **Exhibit E**, is to provide the best practicable notice, under the circumstances, of the proposed Settlement to potential Settlement Class Members. The Settlement Class is defined as follows:

> All persons and entities who indirectly purchased Pork from any of the Defendants or any co-conspirator, or their respective subsidiaries or affiliates, for personal use in the United States from January 1, 2009, through April 2, 2021. Specifically excluded from the Settlement Class are the Defendants; the officers, directors, or employees of any Defendant; any entity in which any Defendant has a controlling interest; and any affiliate, legal representative, heir, or assign of any Defendant. Also excluded from this Settlement Class are any federal, state, or local governmental entities, any judicial officer presiding over this action and the members of his/her immediate family and judicial staff, and any juror assigned to this action.

**Target Audience/Media Usage Analysis**

6.   To develop the Notice Plan, A.B. Data's media experts profiled the Settlement Class using the accredited resource, MRI-Simmons 2020 Doublebase data.[1] MRI is used by advertising agencies and other marketing professionals to understand the demographics, interests, and activities of a targeted group of people and aids in the proper selection of media to reach that target audience. It is also instrumental in developing the estimated net reach of a particular notice plan and uses the type of accepted methodology that the Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* advises be used in class action notice plans.

7.   MRI measures a combined category called "Households Used in the Last 6 Months: Pork (Chops) or Other Pork Meat Fresh/Frozen or Pork Roasts or Bacon and Breakfast Strips or Sausage or Cold Cuts or Ham or Salami or Cooked Hams," which was used to review the demographics and media habits. This research defines the target audience as having the following characteristics:

---

[1] MRI-Simmons (formerly known as GfK MRI) Survey of the American Consumer is the country's largest, most comprehensive, and most reliable consumer and media and product/service usage database. Data from MRI's Survey of the American Consumer, conducted continuously since 1979, are used in most media and marketing plans written in the United States. The firm's multidimensional database is the largest and most reliable source for integrated media planning. About 450 U.S. advertising agencies, including 90 of the top 100, subscribe to MRI Research, as does A.B. Data; and more than 200 national marketers access the MRI database. MRI-Simmons offers the most detailed and representative picture of U.S. demographics and lifestyles, including information on usage of nearly 6,000 product and service brands across 550 categories, the magazines and newspapers audiences read, the websites they look at, the television programs they watch, and the radio stations they listen to. MRI has been accredited by the Media Ratings Council ("MRC") since 1988. MRC requires its members to disclose all the methodological aspects, meet MRC standards for rating research, and submit to MRC-designed audits.

- Age 25 and older;

- Have attended/graduated from college;

- Employed full or part time;

- Married or living with partner and own their home; and

- They live in large urban and suburban metropolitan areas

8. To identify the best vehicles to deliver the message to the target audience, A.B. Data reviewed the media-quintile profiles, which measure the degree to which an audience uses media relative to the general population. This analysis showed that "Households Used in the Last 6 Months: Pork (Chops) or Other Pork Meat Fresh/Frozen or Pork Roasts or Bacon and Breakfast Strips or Sausage or Cold Cuts or Ham or Salami or Cooked Hams" spend an average amount of time using digital media.

9. Based upon this information, A.B. Data will use a combination of direct email notice, digital media, social media, and earned media to effectively and efficiently reach the target audience and deliver notice to potential members of the Settlement Class to inform them of their rights and options.

**Direct Notice**

10. I understand from Co-Lead Counsel that third parties have been subpoenaed, have produced some contact information, and will continue to provide potential Settlement Class Member names and contact information that includes an email address. A.B. Data will electronically process all potential Settlement Class Member

4

contact information to consolidate duplicate records and ultimately load all unique potential Settlement Class Member names and contact information into our secure notice database for purposes of providing notice.

11. In advance of initiating a direct notice email campaign, A.B. Data will perform several tasks to maximize deliverability and avoid SPAM and junk filters. These tasks include running the list of recipient email addresses through a deliverability analysis to ensure the email addresses are valid, and working with our contacts at the email service providers to develop sending strategies to achieve optimal deliverability. A.B. Data will also incorporate certain best practices to maximize deliverability, such as ensuring no inclusion of words or phrases known to trigger SPAM or junk filters, not including attachments to the email, and sending the emails in tranches over a period of days or weeks.

12. The Email Notice, attached as **Exhibit B**, will include summary information concerning the Settlement, including that this is a class action; a description of the Settlement Class in plain and engaging language ("If you purchased any Pork product in the United States from January 1, 2009, through April 2, 2021, a class action settlement may affect your rights."); that the Settlement Class alleges price-fixing claims; that a Settlement Class Member may appear through an attorney; that Settlement Class Members can be excluded, or if they remain in the Settlement Class, may object to the terms of the Settlement; the deadlines for requesting exclusion or for objecting; and the binding effect of a class judgment. A more detailed long-form notice will be available for

download on the case-specific website (the "Website Notice") in English and Spanish. Attached as **Exhibit C** is the proposed Website Notice.

## Digital Media

13.     To supplement direct notice efforts, targeted digital banner and newsfeed ads will be placed on websites and applications across desktop, tablet, and mobile devices. Digital advertising allows the viewer to click on a banner or newsfeed advertisement and instantly be directed to the case website or Facebook page. The digital ads will be placed in premium positioning on websites and social media sites, ensuring that they can be easily seen. We expect a minimum of 340 million impressions to be delivered across digital networks and social media, enabling maximum exposure and delivering the reach required to satisfy Rule 23 and due process. The number of impressions ultimately served will depend on how many potential Settlement Class Members are successfully sent email notice and will be adjusted accordingly to provide sufficient reach.

14.     Guided by our in-house Comscore[2] data analysis, digital banner, text, and/or newsfeed ads will be placed via Google Display Networks and Google AdWords, and on the social media platforms Facebook, Instagram, and YouTube. All banner and newsfeed ads will include an embedded and trackable link to the case-specific website.

---

[2] Comscore is a global internet information provider on which leading companies and advertising agencies rely for consumer behavior insight and internet data usage. Comscore maintains a proprietary database of more than 2 million consumers who have given Comscore permission to monitor their browsing and transaction behavior, including online and offline purchasing.

Links will be tracked using Google Analytics and Facebook Pixel tracking codes, providing a way to optimize ads based on traffic and conversions. Images appropriate for this action and target audience will also be included in all digital ad formats, as this increases the visibility and click-through rate of the ads. Example ads are attached as **Exhibit D**.

15. The digital impressions will be highly targeted, specifically delivered to the social media feeds of potential Settlement Class Members using their known contact information, and to digital users that have expressed an interest in information relevant to the subject of this case, such as pork products. A case-specific Facebook page will also be created as a landing page for the links in the Facebook and Instagram newsfeed ads.

16. To deliver highly targeted ads likely to reach potential Settlement Class Members, several campaign optimization strategies will be utilized including:

- Mobile In-App – targeting users inside mobile applications that fit into our data pool.
- Mobile websites – targeting phones and tablets whose users are visiting websites that are contextually relevant.
- Contextual targeting – serving ads on websites with relevant content such as grocery stores or specialty food stores.
- Behavioral targeting – targeting users whose owners have shown activity in the target data pools such as those interested in pork products.
- Predictive Modeling – Using "look alike" modeling to target users whose owners have strong similarities to users who previously clicked through to the case website.

17. To reach the significant Hispanic audience that could be potential Settlement Class Members, banner ads will be served with Spanish-language copy on websites specifically serving the Hispanic community.

7

18.     Sponsored search listings will be acquired on Google, the most visited search engine. When identified target phrases and keywords relevant to the Action are used in searches on Google, links to the Settlement website will appear on the search result pages.

19.     The digital and social media ad campaign, including utilization of the digital networks and social media described above, will run for 30 days to ensure ample time to serve the targeted impressions and deliver potential Settlement Class Members to the website.

20.     A.B. Data employs a fully staffed digital buying team to manage all digital and social media programs in-house for the greatest control and oversight. A.B. Data's digital media experts will monitor the success, conversions, and activity associated with the digital and social media and will optimize the number of impressions delivered across each platform to achieve maximum engagement and efficiency.

### **Earned Media**

21.     A.B. Data will disseminate a news release via *PR Newswire*'s US1 Newsline distribution list to announce the Settlement. This news release will be distributed via *PR Newswire* to the news desks of approximately 10,000 newsrooms, including those of print, broadcast, and digital websites across the United States. The news release will also be translated and published to *PR Newswire*'s U.S. Hispanic media contacts and Hispanic news websites. News about the Settlement will also be sent via Twitter to the followers of *PR Newswire* and A.B. Data.

### Website and Telephone

22. To assist potential Settlement Class Members in understanding the terms of the Settlement and their rights, A.B. Data will establish a case-specific toll-free telephone number and a case-specific website.

23. A.B. Data will implement and maintain a toll-free telephone number with an automated interactive voice response system. The automated interactive voice response system will present callers with a series of choices to hear prerecorded information concerning the Settlement.

24. A.B. Data will also implement and maintain a case-specific website for this matter at www.overchargedforpork.com. The Website Notice, which contains a detailed summary of the terms of the Settlement, will be posted prominently. The website will also provide, among other things, a summary of the case, all relevant documents, important dates, and any pertinent updates concerning the litigation or the settlement process. The website will be secure, with an "https" designation. Google Analytics and Facebook Pixel tracking codes will also be placed on the website to ensure accurate optimization with the digital and social media ads.

### Conclusion

25. It is my opinion, based on my individual expertise and experience and that of my A.B. Data colleagues, that the proposed Notice Plan is designed to effectively reach potential Settlement Class Members and provide them with the information in an informative and easy to understand manner that is necessary to effectively understand their rights and options. Through a multi-media approach that includes direct notice,

microtargeted notice on digital networks and social media, and earned media, an estimated 81.1% of the target audience and thus potential Settlement Class Members will be reached, on average 1.4 times, as calculated by Comscore, MRI, and A.B. Data media professionals. The Notice Plan provides a reach and frequency that conforms to The Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*, which considers reach among class members that exceeds 70% to be reasonable. For these reasons, in my opinion, the proposed Notice Plan satisfies the requirements of Rule 23 and due process, will provide ample notice to potential members of the Settlement Class, and is the best notice practicable under the circumstances.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of June 2021 in Milwaukee, Wisconsin.

ERIC SCHACHTER