# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB)<br><br>**MEET AND CONFER STATEMENT FOR CONSUMER INDIRECT PURCHASER PLAINTIFFS' MOTION TO APPROVE THE MANNER AND FORM OF CLASS NOTICE REGARDING SETTLEMENT WITH JBS DEFENDANTS** |
| This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | |

Pursuant to Local Rule 7.1(a)(1), Consumer Indirect Purchaser Plaintiffs ("IPPs") hereby state and certify that their counsel met and conferred with JBS Defendants' counsel regarding this motion to approve the manner and form of class notice regarding Settlement with JBS USA Food Company, JBS USA Food Company Holdings, and Swift Pork Company. Counsel for JBS Defendants do not oppose IPPs' Motion to Approve the Manner and Form of Class Notice Regarding Settlement with JBS Defendants.

DATED: June 1, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP

By:  s/Shana E. Scarlett
     SHANA E. SCARLETT

Rio Pierce
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402

- 1 -

- 2 -

Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Counsel for Consumer Indirect Purchaser Plaintiffs*

010736-11/1063716 V1