UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | Civil No. 18-1776 (JRT/HB)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO APPROVE THE MANNER AND FORM OF CLASS NOTICE REGARDING SETTLEMENT WITH JBS DEFENDANTS** |
|---|---|

Now before the Court is Consumer Indirect Purchaser Plaintiffs' ("IPPs") Motion to Approve the Manner and Form of Class Notice Regarding Settlement with JBS Defendants.

The Court, having reviewed the Motion, its accompanying memorandum and the exhibits thereto, hereby ORDERS that the Motion is GRANTED and a schedule shall be established for the completion of the notice program and for final approval. IPPs propose the following schedule:

| DATE | EVENT |
|---|---|
| Within 30 days from order directing notice | Settlement Administrator to provide direct mail and email notice, and commence implementation of the publication notice plan |
| 90 days after the commencement of Notice | Last day for Settlement Class members to request exclusion from the Settlement Class; for Settlement Class members to object to the Settlement; and for Settlement Class members to file notices to appear at the Final Fairness Hearing |

- 1 -

- 2 -

| DATE | EVENT |
|---|---|
| 7 days after last day to request exclusion from the Settlements | Co-Lead Counsel to provide JBS with a list of all persons and entities who have timely and adequately requested exclusion from the Settlement Class |
| 14 days before the Final Settlement Fairness Hearing | Co-Lead Counsel shall file a motion for final approval of the Settlement and all supporting papers, and Co-Lead Counsel and JBS may respond to any objections to the proposed Settlement |
| 40 days after last day to request exclusion from the Settlement or as soon thereafter as the matter may be heard by the Court | Final Fairness Hearing |

IT IS SO ORDERED.

DATED: _____

                                                                                             _____
HONORABLE JOHN R. TUNHEIM
CHIEF JUDGE UNITED STATES DISTRICT COURT