UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | |

**STIPULATION OF CONSENT FOR LEAVE TO FILE
CONSUMER INDIRECT PURCHASER PLAINTIFFS'
THIRD CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Consumer Indirect Purchaser Plaintiffs ("CIPPs") and Defendants (the "Parties") hereby stipulate and agree, subject to the approval and order of this Court as follows:[1]

1.  CIPPs may file their Third Consolidated Amended Class Action Complaint ("TAC") - attached as follows:

EXHIBIT A: SEALED Proposed Redlined Complaint (without Exhibits);

EXHIBIT B: SEALED Proposed Clean Complaint (with Exhibits);

EXHIBIT C: REDACTED Proposed Redlined Complaint (without Exhibits);

EXHIBIT D: REDACTED Proposed Clean Complaint (with Exhibits)

In accordance with the Court's October 20, 2020 order, the TAC removes certain state law claims and Indiana Packers as a Defendant. The TAC also substitutes five new named plaintiffs— Debbie Boyko (Florida), Pam Petersen (Nebraska), Stacy Troupe (California), James Eaton (Kansas), and Isabelle Bell (Tennessee)—for individuals who are no longer willing to serve as class representatives.

2.  Defendants hereby consent to the Court granting CIPPs leave to file the Third Amended Class Action Complaint, attached as Exhibit B.

3.  The Parties further stipulate that Defendants are not required to answer the TAC, and that all admissions and denials as to factual allegations and all affirmative defenses in Defendants' prior answers to the Second Amended Complaint remain operative.

---

[1] JBS takes no position on the amendment.

DATED: June 1, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Shana E. Scarlett*
SHANA E. SCARLETT (*pro hac vice*)

Rio S. Pierce (*pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com
Steve. W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

*/s/ Daniel C. Hedlund*
Daniel C. Hedlund (#258337)
Daniel E. Gustafson (#202241)
Michelle J. Looby (#388166)
Britany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

GREENE ESPEL PLLP

*/s/ Mark L. Johnson*
MARK L. JOHNSON (#0345520)

Virginia R. McCalmont (#0399496)
222 South Ninth Street, Suite 2200

Respectfully submitted,

LARKIN HOFFMAN DALY & LINDGREN LTD.

*/s/ John A. Cotter*
JOHN A. COTTER (#0134296)

John A. Kvinge (#0392303)
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
(214) 698-3370
brobison@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Richard A. Duncan*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)

010736-11/1556524 V1

Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
vmccalmont@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com

***Counsel for Clemens Food Group, LLC and The Clemens Family Corporation***

HOGAN LOVELLS US LLP

*/s/ Peter H. Walsh*
PETER H. WALSH (#0388672)

80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3000
F. (612) 402-3001
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

***Counsel for Agri Stats, Inc.***

DYKEMA GOSSETT PLLC

*/s/ David P. Graham*
DAVID P. GRAHAM (#0185462)

4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521

Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
2200 Wells Fargo Center 90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com
bryan.washburn@faegredrinker.com

***Counsel for Hormel Foods Corporation***

STINSON LLP

*/s/ William L. Greene*
WILLIAM L. GREENE (#0198730)

Peter J. Schwingler (#0388909)
Jon M. Woodruff (#0399453)
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
john.woodruff@stinson.com
J. Nicci Warr (*pro hac vice*)

STINSON LLP
7700 Forsyth Blvd., Suite 1100 St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

***Counsel for Seaboard Foods LLC and Seaboard Corporation***

HUSCH BLACKWELL LLP

*/s/ Gene Summerlin*
GENE SUMMERLIN (*pro hac vice*)

Aaron Chapin (#06292540)
Marnie Jensen (*pro hac vice*)
Ryann Glenn (*pro hac vice*)
Kamron Hasan (*pro hac vice*)

dgraham@dykema.com

Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, D.C. 20036
(202) 912-4700
radcox@axinn.com
trider@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Telephone: 860.275.8109
jtaylor@axinn.com

***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.***

Sierra Faler (*pro hac vice*)
13330 California St., Suite 200
Omaha, NE 68154
(402) 964-5000
gene.summerlin@huschblackwell.com
marnie.jensen@huschblackwell.com
ryann.glenn@huschblackwell.com
kamron.hasan@huschblackwell.com
sierra.faler@huschblackwell.com

***Counsel for Triumph Foods, LLC***

- 4 -