## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-cv-01776-JRT-HB |
| This Document Relates to: All Consumer Indirect Purchaser Actions | |

### ORDER ON STIPULATION OF CONSENT FOR LEAVE TO FILE CONSUMER INDIRECT PURCHASER PLAINTIFFS' THIRD CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Pursuant to the Stipulation of Consent for Leave to File Consumer Indirect Purchaser Plaintiffs' Third Consolidated Amended Class Action Complaint (ECF No. 779) entered into by the parties, and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the Stipulation (ECF No. 779) is **APPROVED**. Consumer Indirect Purchaser Plaintiffs are granted leave to file their Third Consolidated Amended Complaint. Defendants are not required to answer the Third Consolidated Amended Complaint, and all admissions and denials as to factual allegations and all affirmative defenses in Defendants' prior answers to the Second Amended Complaint remain operative.

DATED: June 1, 2021

HILDY BOWBEER
United States Magistrate Judge.

010736-11/1556527 V1