# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br><br>This Document Relates To:<br><br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Case No. 0:18-cv-01776-JRT-HB |

**NOTICE OF HEARING ON COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that on a date and time to be determined by the Court,

the Court will hear Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for

Leave to File Fourth Amended and Consolidated Class Action Complaint.

Dated: June 1, 2021                    Respectfully submitted,

By:  */s/ Blaine Finley*
    Jonathan W. Cuneo (*pro hac vice*)
    Blaine Finley (*pro hac vice*)
    Yifei (Evelyn) Li (*pro hac vice*)
    **CUNEO GILBERT & LADUCA, LLP**
    4725 Wisconsin Ave. NW, Suite 200
    Washington, DC 20016
    (202) 789-3960 Telephone
    jonc@cuneolaw.com
    bfinley@cuneolaw.com
    evelyn@cuneolaw.com

    Shawn M. Raiter (MN# 240424)
    **LARSON • KING, LLP**
    2800 Wells Fargo Place
    30 East Seventh Street
    St. Paul, MN  55101
    (651) 312-6518 Telephone
    sraiter@larsonking.com

    ***Interim Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs***

    Don Barrett (*pro hac vice*)
    David McMullan (*pro hac vice*)
    Sterling Starns (pro hac vice)
    **BARRETT LAW GROUP, P.A.**
    P.O. Box 927
    404 Court Square
    Lexington, MS 39095
    (662) 834-2488 Telephone
    dbarrett@barrettlawgroup.com
    dmcmullan@barrettlawgroup.com
    sstarns@barrettlawgroup.com

Jon Tostrud
Anthony Carter (*pro hac vice*)
**TOSTRUD LAW GROUP, PC**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

J. Gordon Rudd, Jr., (MN# 222082)
David M. Cialkowski, (MN# 0306526)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
T: 612.341.0400
gordon.rudd@zimmreed.com
david.cialkowski@zimmreed.com
behdad.sadeghi@zimmreed.com

Marcus Bozeman (*pro hac vice*)
**BOZEMAN LAW FIRM, P.A.**
400 West Capitol, Suite 1700
Little Rock, Arkansas  72201
https://www.bozemanfirm.com
T:  (501) 492-3441
mbozeman@bozemanfirm.com

*Interim Plaintiffs' Steering Committee for Commercial and Institutional Indirect Purchaser Plaintiffs*

3