# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Case No. 0:18-cv-01776-JRT-HB |

## MEET AND CONFER STATEMENT FOR COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT

Defendants are continuing to consider Commercial and Institutional Indirect Purchaser Plaintiffs' proposed amended complaint and have not yet indicated whether they oppose this motion.

Dated: June 1, 2021                            Respectfully submitted,

                                        By:   */s/ Blaine Finley*
                                              Jonathan W. Cuneo (*pro hac vice*)
                                              Blaine Finley (*pro hac vice*)
                                              Yifei (Evelyn) Li (*pro hac vice*)
                                              **CUNEO GILBERT & LADUCA, LLP**
                                              4725 Wisconsin Ave. NW, Suite 200
                                              Washington, DC 20016
                                              (202) 789-3960 Telephone
                                              jonc@cuneolaw.com
                                              bfinley@cuneolaw.com
                                              evelyn@cuneolaw.com

                                              Shawn M. Raiter (MN# 240424)
                                              **LARSON • KING, LLP**
                                              2800 Wells Fargo Place
                                              30 East Seventh Street
                                              St. Paul, MN  55101
                                              (651) 312-6518 Telephone
                                              sraiter@larsonking.com

                                              ***Interim Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs***

                                              Don Barrett (*pro hac vice*)
                                              David McMullan (*pro hac vice*)
                                              Sterling Starns (pro hac vice)
                                              **BARRETT LAW GROUP, P.A.**
                                              P.O. Box 927
                                              404 Court Square
                                              Lexington, MS 39095
                                              (662) 834-2488 Telephone
                                              dbarrett@barrettlawgroup.com
                                              dmcmullan@barrettlawgroup.com
                                              sstarns@barrettlawgroup.com

Jon Tostrud
Anthony Carter (*pro hac vice*)
**TOSTRUD LAW GROUP, PC**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

J. Gordon Rudd, Jr., (MN# 222082)
David M. Cialkowski, (MN# 0306526)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
T: 612.341.0400
gordon.rudd@zimmreed.com
david.cialkowski@zimmreed.com
behdad.sadeghi@zimmreed.com

Marcus Bozeman (*pro hac vice*)
**BOZEMAN LAW FIRM, P.A.**
400 West Capitol, Suite 1700
Little Rock, Arkansas  72201
https://www.bozemanfirm.com
T:  (501) 492-3441
mbozeman@bozemanfirm.com

*Interim Plaintiffs' Steering Committee for Commercial and Institutional Indirect Purchaser Plaintiffs*

3