# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Case No. 0:18-cv-01776-JRT-HB<br><br>**[PROPOSED] ORDER GRANTING COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT** |

This matter comes before the Court on Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Leave to File Fourth Amended and Consolidated Class Action Complaint ("Motion").

After consideration of the Motion and related papers, IT IS HEREBY ORDERED:

1. The Motion is GRANTED; and

2. Commercial and Institutional Indirect Purchaser Plaintiffs shall file their Fourth Amended and Consolidated Class Action Complaint by June 15, 2021.

**IT IS SO ORDERED.**

Dated: _____   BY THE COURT:

_____
THE HONORABLE JOHN R. TUNHEIM
UNITED STATES DISTRICT JUDGE