# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Case No. 0:18-cv-01776-JRT-HB<br><br>**[PROPOSED] ORDER APPROVING JOINT STIPULATION OF CONSENT FOR LEAVE TO FILE COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' FOURTH AMENDED CLASS ACTION COMPLAINT** |

This matter comes before the Court on the parties' Joint Stipulation of Consent for Leave to File Commercial and Institutional Indirect Purchaser Plaintiffs' Fourth Amended Class Action Complaint (ECF No. 791).

After consideration of the stipulation, and all of the files, records, and proceedings in this case, IT IS HEREBY ORDERED:

1. The Stipulation of Consent is GRANTED.

2. Plaintiffs shall file the Fourth Amended Class Action Complaint, which was attached to ECF No. 791 as Exhibit B, by June 15, 2021.

3. Defendants are not required to answer the Fourth Amended Class Action Complaint, and that all admissions and denials as to factual allegations and all affirmative defenses in Defendants' prior answers to the Third Amended Complaint remain operative.

Dated: _____

BY THE COURT:

_____
THE HONORABLE HILDY BOWBEER
UNITED STATES MAGISTRATE JUDGE