UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Commercial and Institutional Indirect Purchaser Plaintiff Actions | Case No. 18-cv-1776 (JRT/HB)<br><br>**ORDER APPROVING JOINT STIPULATION OF CONSENT FOR LEAVE TO FILE COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' FOURTH AMENDED CLASS ACTION COMPLAINT** |

This matter comes before the Court on the parties' Joint Stipulation of Consent for Leave to File Commercial and Institutional Indirect Purchaser Plaintiffs' Fourth Amended Class Action Complaint [ECF No. 791].

After consideration of the stipulation and all of the files, records, and proceedings in this case, **IT IS HEREBY ORDERED**:

1. The Stipulation is **APPROVED**.

2. Commercial and Institutional Indirect Purchaser Plaintiffs shall file the Fourth Amended Class Action Complaint, which was attached to ECF No. 791 as Exhibit B, by **June 15, 2021**.

3. Defendants are not required to answer the Fourth Amended Class Action Complaint, and all admissions and denials as to factual allegations and all affirmative defenses in Defendants' prior answers to the Third Amended Complaint remain operative.

4. Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Leave to File Fourth Amended and Consolidated Class Action Complaint [ECF No. 782] is **DENEID AS MOOT**, and the hearing noticed for July 20, 2021, is **CANCELED**.

Dated: June 4, 2021                     *s/ Hildy Bowbeer*
                                        HILDY BOWBEER
                                        UNITED STATES MAGISTRATE JUDGE