UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | COURT MINUTES – CIVIL |
| | BEFORE: Hildy Bowbeer |
| This Document Relates To: All Actions | U.S. Magistrate Judge |

| | |
|---|---|
| Case No.: | 18-cv-1776 (JRT/HB) |
| Date: | June 4, 2021 |
| Court Reporter: | Debra Beauvais |
| Courthouse: | n/a (videoconference) |
| Time: | 1:05–1:52 p.m. |

**APPEARANCES:**

For Plaintiffs: Patrick Ahern, Kyle Bates, Joseph C. Bourne, W. Joseph Bruckner, Anthony Carter, Brian D. Clark, A. Blaine Finley, Michelle J. Looby, David McMullan, Thomas Nolan, Clifford H. Pearson, Bobby Pouya, Shana Scarlett, Arielle S. Wagner

For Defendants: Vanessa Barsanti, Craig Coleman, John Cotter, David Graham, Don Heeman, Dan Laytin, William Monts, Liam Phibbs, Sami Rashid, Tiffany Rider, Brian Robison, Peter Schwingler, Christopher Smith, Jarod Taylor, Davida Williams

**PROCEEDINGS:**

The Court held a case management conference on the issues raised in the Proposed Joint Agenda for Case Management Conference [ECF No. 771], Plaintiffs' Update Letter [ECF No. 787], and Defendants' Update Letter [ECF No. 790]. The parties reported good progress overall on document production and on the resolution of disputes through the meet-and-confer process. The parties will continue to meet and confer on the topic of validation protocols. The parties also will continue to meet and confer on the timing of production of structured data and will file a joint update letter or letters on or before June 18, 2021. The Court will hold the next case management conference on July 15, 2021. A specific time and deadlines for submissions will be set by separate notice.

*s/Adrienne Meyers*
Judicial Law Clerk