**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | No. 0:18-cv-01776<br><br>Hon. John R. Tunheim<br>Magistrate Judge Hildy Bowbeer |

**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE TO UNOPPOSED MOTION FOR AN ORDER PERMITTING PRODUCTION OF DOCUMENTS BY THIRD PARTY COMPEER FINANCIAL, ACA**

This brief complies with the word limitation of L.R. 7.1(f) because it contains 537 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by L.R. 7.1(f).  This brief was prepared using Microsoft Word 2016.  This brief complies with the type size requirements of LR 7.1(h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on 8½" by 11" paper with at least one inch margins on all four sides.

559127.1

Dated: June 15, 2021

| | |
|---|---|
| */s/Bobby Pouya* | */s/Arielle S. Wagner* |
| Bobby Pouya (*Pro Hac Vice*) | Arielle S. Wagner (MN #0398332) |
| Clifford H. Pearson (*Pro Hac Vice*) | W. Joseph Bruckner (MN #0147758) |
| Daniel L. Warshaw (*Pro Hac Vice*) | Brian D. Clark (MN #0390069) |
| Michael H. Pearson (*Pro Hac Vice*) | Craig S. Davis (MN #0148192) |
| PEARSON SIMON & WARSHAW, LLP | Joseph C. Bourne (MN #0389922) |
| 15165 Ventura Boulevard, Suite 400 | Simeon A. Morbey (MN #0391338) |
| Sherman Oaks, CA 92403 | Stephen M. Owen (MN # 0399370) |
| Telephone: (818) 788-8300 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| Facsimile: (818) 788-8104 | 100 Washington Avenue South, Suite 2200 |
| cpearson@pswlaw.com | Minneapolis, MN 55401 |
| dwarshaw@pswlaw.com | Telephone: (612) 339-6900 |
| bpouya@pswlaw.com | Facsimile: (612) 339-0981 |
| mpearson@pswlaw.com | aswagner@locklaw.com |
| | wjbruckner@locklaw.com |
| Melissa S. Weiner (MN #0387900) | bdclark@locklaw.com |
| PEARSON, SIMON & WARSHAW, LLP | csdavis@locklaw.com |
| 800 LaSalle Avenue, Suite 2150 | jcbourne@locklaw.com |
| Minneapolis, MN 55402 | samorbey@locklaw.com |
| Telephone: (612) 389-0600 | smowen@locklaw.com |
| Facsimile: (612) 389-0610 | |
| mweiner@pswlaw.com | |

Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

*Co-Lead Class Counsel for
Direct Purchaser Plaintiffs*

559127.1                                2

<div style="display:flex">
<div>

*/s/Shana E. Scarlett*
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

*/s/Daniel C. Hedlund*
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Brittany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

*Co-Lead Counsel for*
*Consumer Indirect Purchaser Plaintiffs*

</div>
<div>

*/s/Shawn M. Raiter*
Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

Jonathan W. Cuneo
Joel Davidow
Blaine Finley
Yifei "Evelyn" Li
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cunelolaw.com

*Co-Lead Counsel for Commercial and*
*Institutional Indirect Purchaser Plaintiffs*

</div>
</div>

559127.1                                3