UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | No. 0:18-cv-01776<br><br>Hon. John R. Tunheim<br>Magistrate Judge Hildy Bowbeer |

**DECLARATION OF STEPHEN M. OWEN
IN SUPPORT OF CLASS PLAINTIFFS' UNOPPOSED MOTION FOR AN
ORDER PERMITTING PRODUCTION OF DOCUMENTS
BY THIRD PARTY COMPEER FINANCIAL, ACA**

I, Stephen M. Owen, declare as follows:

1. I am an attorney with the law firm of Lockridge Grindal Nauen P.L.L.P. and appointed by the Court as Interim Co-Lead Class Counsel for the Direct Purchaser Plaintiff ("DPP") Class in the above-captioned matter. I submit this declaration in support of Class Plaintiffs' Unopposed Motion for Order Permitting Production of Documents by Third Party Compeer Financial, ACA.

2. Attached as Exhibit A is a true and correct copy of the November 23, 2020 document subpoena served on non-party Compeer Financial, ACA ("Compeer") by Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, and Consumer Indirect Purchaser Plaintiffs (collectively, "Class Plaintiffs").

3. Attached as Exhibit B is a true and correct copy of the June 9, 2021 email from Compeer Counsel to DPP counsel Stephen Owen.

559132.1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2021, at Minneapolis, Minnesota.

/s/Stephen M. Owen
Stephen M. Owen

559132.1                                                           2