# EXHIBIT B

**Archived:** Tuesday, June 15, 2021 2:41:09 PM
**From:** Laudon, Kelly G.
**Sent:** Wednesday, June 9, 2021 10:02:50 PM
**To:** Owen, Stephen M.
**Cc:** Clark, Brian D.; Wagner, Arielle S.; Sipe, Elizabeth M.; Bourne, Joseph C.; Temkin, Eli M.
**Subject:** In re Pork Antitrust Litigation; Subpoena to Compeer Financial, ACA
**Sensitivity:** Normal

---

Steve,

Per our discussions and correspondence regarding the third-party subpoena served on Compeer Financial, ACA in *In re Pork Antitrust Litigation*, Class Plaintiffs and Compeer have agreed on categories of documents and an accompanying document custodian that constitute the parameters of responsive documents. Class Plaintiffs reserve their right to make narrow requests for additional documents that may result from Compeer's production, and Compeer reserves its right to object to such requests. In the event Compeer objects to Class Plaintiffs' requests for additional documents, Class Plaintiffs and Compeer agree to meet and confer in good faith about the requests.

We have reviewed the draft of the motion you intend to file with the Court and we do not intend to oppose the motion. Therefore, we do not believe a hearing is necessary for this unopposed motion.

Best,
Kelly

Counsel for Compeer Financial, ACA

Kelly G. Laudon
Of Counsel
**JONES DAY® - One Firm Worldwide**\u8480 ?
90 South Seventh Street
Suite 4950
Minneapolis, MN 55402
Office +1.612.217.8921
Mobile +1.612.822.4075
Fax +1.844.345.3178
klaudon@jonesday.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***