UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT/HB) |
| This Document Relates To:<br><br>THE COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | **Meet and Confer Statement for Commercial and Institutional Indirect Purchaser Plaintiffs' Motion to Approve the Manner and Form of Class Notice Regarding Settlement with JBS Defendants** |

Pursuant to local Rule 7.1(a)(1), Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPS") hereby state and certify that their counsel met and conferred with counsel for JBS USA Food Company, JBS USA Food Company Holdings, and Swift Pork Company ("JBS Defendants") regarding this motion to approve the manner and form of class notice regarding Settlement with JBS Defendants. Counsel for JBS Defendants do not oppose CIIPPs' Motion to Approve the Manner and Form of Class Notice Regarding Settlement with JBS Defendants.

Dated: June 15, 2021              **Larson · King, LLP**

By ___*s/ Shawn M. Raiter*___
Shawn M. Raiter (#240424)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
sraiter@larsonking.com

                              Jonathan W. Cuneo (admitted *pro hac vice*)
                              Blaine Finley (admitted *pro hac vice*)
                              **Cuneo Gilbert & LaDuca, LLP**
                              4725 Wisconsin Ave NW, Suite 200
                              Washington, DC  20016
                              (202) 789-3960
                              jonc@cuneolaw.com
                              bfinley@cuneolaw.com

                              **Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**