# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Case No. 18-cv-1776 (JRT/HB)<br><br>**Local Rule 7.1(c) Word Count Compliance Certificate Regarding Memorandum in Support of Commercial and Institutional Indirect Purchaser Plaintiffs' Motion to Approve the Manner and Form of Class Notice Regarding Settlement with JBS Defendants** |

I, Shawn M. Raiter, certify that the Memorandum in Support of Commercial and Institutional Indirect Purchaser Plaintiffs' Motion to Approve the Manner and Form of Class Notice Regarding Settlement with JBS Defendants complies with Local Rule 7.1(c).

I further certify that, in preparation of this Memorandum, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Memorandum contains 2,775 words.

Dated: June 15, 2021    **Larson · King, LLP**

By    *s/ Shawn M. Raiter*
Shawn M. Raiter (#240424)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
sraiter@larsonking.com

2

        Jonathan W. Cuneo (admitted *pro hac vice*)
        Blaine Finley (admitted *pro hac vice*)
        **Cuneo Gilbert & LaDuca, LLP**
        4725 Wisconsin Ave NW, Suite 200
        Washington, DC  20016
        (202) 789-3960
        jonc@cuneolaw.com
        bfinley@cuneolaw.com

        **Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**

2