# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions<br>_____ | Case No. 18-CV-01776 (JRT/HB)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
| COMMONWEALTH OF PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>AGRI STATS, ET AL.<br>Defendants.<br>_____ | Case No. 19-cv-02723 (JRT-HB) |
| WINN-DIXIE STORES, INC., AND BI-LO HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AGRI STATS, ET AL.<br>Defendants. | Case No. 19-cv-01578 |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Jon M. Woodruff of Stinson LLP withdraws as counsel for Defendants Seaboard Foods LLC in the above matter. Multiple attorneys will remain as counsel of record for Seaboard Foods LLC following the withdrawal.

CORE/3508162.0002/167828030.1

Dated:   June 25, 2021 　　　　　　　　　*s/ Jon M. Woodruff*
　　　　　　　　　　　　　　　　　　　　Jon M. Woodruff (#0399453)
　　　　　　　　　　　　　　　　　　　　STINSON LLP
　　　　　　　　　　　　　　　　　　　　50 South Sixth Street, Suite 2600
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55402
　　　　　　　　　　　　　　　　　　　　Telephone: (612) 335-1500
　　　　　　　　　　　　　　　　　　　　Facsimile: (612) 335-1657
　　　　　　　　　　　　　　　　　　　　E-mail: jon.woodruff@stinson.com

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANTS**
　　　　　　　　　　　　　　　　　　　　**SEABOARD FOODS LLC**