**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

2001 Ross Avenue
Dallas, TX 75201-2911
Tel 214.698.3100
www.gibsondunn.com

Brian E. Robison
Direct: +1 214.698.3370
Fax: +1 214.571.2928
BRobison@gibsondunn.com

Client: 91389-00001

June 29, 2021

**FILED VIA ECF**

The Honorable Hildy Bowbeer
Magistrate Judge, District of Minnesota
United States District Court
316 N. Robert Street
St. Paul, MN 55101

Re:   *In re: Pork Antitrust Litigation*, Civil No. 18-1776 (JRT/HB)

Dear Hon. Magistrate Judge Bowbeer:

  The Court set the next status conference for the *In re: Pork Antitrust Litig.* cases for July 15.  Defendants write to propose that the Court require plaintiffs' counsel in several cases recently transferred to the District of Minnesota to participate in that conference.  Plaintiffs' counsel in the pre-existing Minnesota cases agree that it would be helpful to have the plaintiffs' lawyers from the new cases attend the conference.

  On June 9, the Judicial Panel on Multidistrict Litigation ("Panel") entered a Transfer Order, transferring the following two cases to the District of Minnesota: *Cheney Bros., Inc. v. Agri Stats, Inc.*, Cause No. 9:21-80424 in the United States District Court for the Southern District of Florida; *Sysco Corp. v. Agri Stats, Inc.*, Cause No. 4:21-00773 in the United States District Court for the Southern District of Texas.  A true and correct copy of the Transfer Order is attached as Exhibit A.  The Panel ruled that "centralization in the District of Minnesota will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation." Transfer Order at 1-2.  The Panel also noted that: "Centralization will eliminate duplicative discovery; prevent inconsistent pretrial rulings; and conserve the resources of the parties, their counsel, and the judiciary." *Id*. at 2.  Finally, the Panel stated that "No. 2998 is renamed *In re: Pork Antitrust Litigation*." *Id*.

  On June 11, the Panel issued a Conditional Transfer Order (CTO-1) that transferred another case to the District of Minnesota: *Action Meat Distributors, Inc. v. Agri Stats, Inc.*, Cause No. 21-03002 in the United States District Court for the Northern

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

**GIBSON DUNN**

The Honorable Hildy Bowbeer
June 29, 2021
Page 2

District of Illinois.  A true and correct copy of CTO-1 is attached hereto as Exhibit B.  CTO-1 became final on June 21 without objection.

Now that the *Sysco*, *Cheney*, and *Action Meat* cases have been transferred to Minnesota, Defendants believe it is important that pretrial proceedings in these three new cases be coordinated with the other cases in *In re: Pork Antitrust Litig*.  Defendants believe it would be helpful to have counsel for the new plaintiffs participate in the July 15 status conference so that all parties and the Court can discuss coordination in all of these cases.  Defendants also respectfully suggest that the Court require all parties to submit their coordination and scheduling proposals no later than July 8 at 5:00 PM Central to facilitate the discussion during the July 15 conference.


Respectfully submitted,

*Brian Robison*

Brian E. Robison