UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Direct Purchaser Plaintiff Action | Civil No. 18-1776 (JRT/HB)<br><br>**DIRECT PURCHASER PLAINTIFFS' NOTICE OF SETTLEMENT WITH SMITHFIELD FOODS, INC.** |

**NOTICE OF SETTLEMENT**

Direct Purchaser Plaintiffs respectfully write to the Court to provide notice that Direct Purchaser Plaintiffs have reached an agreement with Defendant Smithfield Foods, Inc. ("Smithfield," and, together with Direct Purchaser Plaintiffs, the "Parties") to settle all claims against Smithfield. This agreement is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, Direct Purchaser Plaintiffs will move for preliminary – and, ultimately, final – approval of a proposed settlement in the near future.

956971.4 560486.1

Date:   June 29, 2021           Respectfully submitted,

                                      LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                                      By: */s/Brian D. Clark*
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Arielle S. Wagner (MN #0398332)
Joseph C. Bourne (MN #0389922)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
aswagner@locklaw.com
jcbourne@locklaw.com

Clifford H. Pearson
Daniel L. Warshaw
Thomas J. Nolan
Bobby Pouya
Michael H. Pearson
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
tnolan@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswlaw.com

Melissa S. Weiner (MN #0387900)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile:  (612) 389-0610
mweiner@pswlaw.com

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, <u>Brian D. Clark</u>, depose and state that I have served a copy of Notice of Settlement upon all counsel of record via the United States Court for the District of Minnesota ECF Document Filing System on June 29, 2021.

By: <u>   */s/. Brian D. Clark*   </u>
     Brian D. Clark