# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-01776 (JRT/HB) |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS FOR STEPHEN J. TETI

The undersigned counsel for Plaintiff Maplevale Farms, Inc. hereby provides notice that Stephen J. Teti is no longer affiliated with Block and Leviton LLP. Mr. Teti is now affiliated with the law firm of Lockridge Grindal Nauen P.L.L.P. Mr. Teti will continue to represent Maplevale Farms, Inc. in this case. The docket should be updated to reflect that his new contact information is as follows:

>Stephen J. Teti
>LOCKRIDGE GRINDAL NAUEN P.L.L.P.
>100 Washington Avenue South, Suite 2200
>Minneapolis, MN 55401
>Telephone: (612) 339-6900
>Facsimile: (612) 339-0981
>Email: sjteti@locklaw.com

Dated: June 30, 2021

Respectfully submitted,

/s/ Stephen J. Teti
Stephen J. Teti (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
sjteti@locklaw.com

*Counsel for Maplevale Farms, Inc.*

540365.1

## CERTIFICATE OF SERVICE

     I, Stephen J. Teti, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 30, 2021.

                           Respectfully submitted,

                           */s/ Stephen J. Teti*
                           Stephen J. Teti