# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 18-cv-1776 (JRT/HB) |

## CLASS PLAINTIFFS' COORDINATION AND SCHEDULING PROPOSAL

In accordance with the Court's order that all parties to submit their coordination and scheduling proposals (ECF No. 817), Class Plaintiffs hereby propose the following:

Class Plaintiffs strongly believe that the existing deadlines entered in Pretrial Scheduling Order entered at ECF No. 658 should remain in place. Class Plaintiffs are happy to coordinate regarding discovery issues with Plaintiffs' counsel in the *Cheney Bros., Inc. v. Agri Stats, Inc.*, *Sysco Corp. v. Agri Stats, Inc.*, and *Action Meat Distributors, Inc. v. Agri Stats, Inc.* actions (the "new DAPs"), and believe that all Plaintiffs' counsel can work together to complete all fact discovery by the current September 1, 2022 deadline.

Class Plaintiffs believe that the actions recently transferred to this Court by the J.P.M.L., in its order creating MDL No. 2998, should all be centralized and coordinated as part of MDL No. 2998. Class Plaintiffs propose that "MDL No. 2998" be added to the caption of future filings, and that this docket, Case No. 18-cv-1778, remain the master docket for this litigation moving forward.

Class Plaintiffs do not take any position regarding disclosure or production deadlines for the new DAPs, provided that these dates do not affect existing deadlines.

560711.1

Dated:  July 8, 2021

| | |
|---|---|
| */s/* Bobby Pouya | */s/* Arielle S. Wagner |
| Bobby Pouya (Pro Hac Vice) | Arielle S. Wagner (MN #0398332) |
| Clifford H. Pearson (Pro Hac Vice) | W. Joseph Bruckner (MN #0147758) |
| Daniel L. Warshaw (Pro Hac Vice) | Brian D. Clark (MN #0390069) |
| Michael H. Pearson (Pro Hac Vice) | Joseph C. Bourne (MN #0389922) |
| Thomas J. Nolan (Pro Hac Vice) | Craig S. Davis (MN #0148192) |
| PEARSON SIMON & WARSHAW, LLP | Simeon A. Morbey (MN #0391338) |
| 15165 Ventura Boulevard, Suite 400 | Stephen M. Owen (MN # 0399370) |
| Sherman Oaks, CA 92403 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| Telephone: (818) 788-8300 | 100 Washington Avenue South, Suite 2200 |
| Facsimile: (818) 788-8104 | Minneapolis, MN 55401 |
| cpearson@pswlaw.com | Telephone: (612) 339-6900 |
| dwarshaw@pswlaw.com | Facsimile: (612) 339-0981 |
| bpouya@pswlaw.com | aswagner@locklaw.com |
| mpearson@pswlaw.com | wjbruckner@locklaw.com |
| tnolan@pswlaw.com | csdavis@locklaw.com |
| | bdclark@locklaw.com |
| Melissa S. Weiner (MN #0387900) | jcbourne@locklaw.com |
| PEARSON, SIMON & WARSHAW, LLP | samorbey@locklaw.com |
| 800 LaSalle Avenue, Suite 2150 | smowen@locklaw.com |
| Minneapolis, MN 55402 | |
| Telephone: (612) 389-0600 | *Co-Lead Class Counsel for Direct Purchaser Plaintiffs* |
| Facsimile: (612) 389-0610 | |
| mweiner@pswlaw.com | |

Bruce L. Simon
Benjamin E. Shiftan
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com
bshiftan@pswlaw.com

/s/ Shana E. Scarlett
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve. W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

/s/ Michelle J. Looby
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Brittany Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

/s/ Shawn M. Raiter
Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

Jonathan W. Cuneo
Joel Davidow
Blaine Finley
Yifei "Evelyn" Li
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cunelolaw.com

*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*