Exhibit B

## Robison, Brian E.

| | |
|---|---|
| **From:** | Robison, Brian E. |
| **Sent:** | Wednesday, June 16, 2021 8:33 PM |
| **To:** | 'Yearick, Garth'; 'Gore, Kristin A.'; 'Esau, David B.'; 'Michael Mitchell'; 'Scott Gant'; 'elifvendahl@lgcounsel.com'; 'rmanion@lgcounsel.com'; 'rkaplan@kaplanfox.com'; 'mmccahill@kaplanfox.com'; 'juris@kaplanfox.com'; 'rcoffman@coffmanlawfirm.com' |
| **Subject:** | New Pork DAPs |
| **Attachments:** | 2018-11-26 [212] Protective Order.pdf; 2019-02-07 [290] Order re Disclosure of Information.pdf; 2019-02-20 [292] Order re Production of ESI and Paper Documents.pdf; 2021-01-26 [658] Rule 16 Pretrial Scheduling Order.pdf |

Dear Counsel for Sysco, Cheney Brothers, and the DAPs in the Action Meat Distributors case:

  The JPML has issued CTOs transferring your cases to the District of Minnesota. Assuming that those transfers are formally completed soon, the defendants believe it will be important for your cases to get onto the same discovery schedule as all of the actions that have been pending for almost three years. To facilitate that process, I have attached the following discovery-related materials: The Protective Order; the ESI Protocol; the Rule 16 Pretrial Scheduling Order; and the Order requiring certain ESI Disclosures. You may have pulled these from PACER, but the defendants wanted to make sure you were aware of their contents so you can get started with your clients on complying with these orders, if you have not already.

  Please let me know if you have any questions about these requirements or any other aspect of the discovery that is already underway.

Best regards,

Brian


Brian E. Robison

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3370 • Fax +1 214.571.2928 BRobison@gibsondunn.com • www.gibsondunn.com