Exhibit C

**Robison, Brian E.**

| | |
|---|---|
| **From:** | Robison, Brian E. |
| **Sent:** | Friday, June 18, 2021 10:30 AM |
| **To:** | 'Scott Gant'; Garth Yearick; Kristin A. Gore; David B. Esau; Michael Mitchell; elifvendahl@lgcounsel.com; Ryan Manion; Robert Kaplan; Matthew McCahill; Jason Uris; Richard Coffman |
| **Subject:** | RE: New Pork DAPs |
| **Attachments:** | Pork Plaintiffs' Search Terms_104641340_1.XLSX |

Scott – The defendants are open to hearing from your group on how you think your new cases should be coordinated with the existing pork cases, and I think a call makes sense. We can share our thoughts as well. I am trying to find some times (hopefully Tuesday) that work for the defendants that I can then propose to you. In the meantime, here are the search terms that the defendants ask all of the new DAPs to run on their documents. These are the same terms we asked the other corporate plaintiffs to run.

Brian

**Brian E. Robison**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3370 • Fax +1 214.571.2928
BRobison@gibsondunn.com • www.gibsondunn.com

**From:** Scott Gant <sgant@bsfllp.com>
**Sent:** Thursday, June 17, 2021 9:40 PM
**To:** Robison, Brian E. <BRobison@gibsondunn.com>; Garth Yearick <gyearick@carltonfields.com>; Kristin A. Gore <kgore@carltonfields.com>; David B. Esau <desau@carltonfields.com>; Michael Mitchell <mmitchell@bsfllp.com>; elifvendahl@lgcounsel.com; Ryan Manion <RManion@lgcounsel.com>; Robert Kaplan <RKaplan@kaplanfox.com>; Matthew McCahill <mmccahill@kaplanfox.com>; Jason Uris <juris@kaplanfox.com>; Richard Coffman <rcoffman@coffmanlawfirm.com>
**Subject:** RE: New Pork DAPs

[External Email]
Brian,

Thank you for reaching out.  We look forward to working cooperatively with counsel for defendants.

Defendants appear to be making presumptions about how the Court is going to handle the new cases, including how they will relate to the existing cases in the District of Minnesota, and the schedule that will be set for new (and future) Direct Action Plaintiff cases transferred as part of the MDL.  We will want to address these and other issues with the Court, but welcome an advance discussion with counsel for defendants.  Please let us know if you'd like to schedule a call for next week.

Thank you,

Scott

**From:** Robison, Brian E. <BRobison@gibsondunn.com>
**Sent:** Wednesday, June 16, 2021 9:33 PM
**To:** Garth Yearick <gyearick@carltonfields.com>; Kristin A. Gore <kgore@carltonfields.com>; David B. Esau <desau@carltonfields.com>; Michael Mitchell <mmitchell@bsfllp.com>; Scott Gant <sgant@bsfllp.com>; elifvendahl@lgcounsel.com; Ryan Manion <RManion@lgcounsel.com>; Robert Kaplan <RKaplan@kaplanfox.com>; Matthew McCahill <mmccahill@kaplanfox.com>; Jason Uris <juris@kaplanfox.com>; Richard Coffman <rcoffman@coffmanlawfirm.com>
**Subject:** New Pork DAPs

Dear Counsel for Sysco, Cheney Brothers, and the DAPs in the Action Meat Distributors case:
The JPML has issued CTOs transferring your cases to the District of Minnesota. Assuming that those transfers are formally completed soon, the defendants believe it will be important for your cases to get onto the same discovery schedule as all of the actions that have been pending for almost three years. To facilitate that process, I have attached the following discovery-related materials: The Protective Order; the ESI Protocol; the Rule 16 Pretrial Scheduling Order; and the Order requiring certain ESI Disclosures. You may have pulled these from PACER, but the defendants wanted to make sure you were aware of their contents so you can get started with your clients on complying with these orders, if you have not already.
Please let me know if you have any questions about these requirements or any other aspect of the discovery that is already underway.
Best regards,
Brian


Brian E. Robison

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3370 * Fax +1 214.571.2928
BRobison@gibsondunn.com * www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]