# Exhibit D

## Robison, Brian E.

| | |
|---|---|
| **From:** | Robison, Brian E. |
| **Sent:** | Wednesday, June 23, 2021 9:45 AM |
| **To:** | 'Scott Gant'; Eric R. Lifvendahl; Kristin A. Gore; Robert Kaplan; Garth Yearick; David B. Esau; Michael Mitchell; Ryan Manion; Matthew McCahill; Jason Uris; Richard Coffman |
| **Subject:** | Defendants' questions for the new DAPs |

New DAP Counsel:

Thanks for joining the call today. We hope the parties can agree on how the new DAP cases should be coordinated with the other cases. Here are the questions I just asked all of you during our call. Please let us know your position on each one. If the group has any other questions, I will send them to you.

Brian

----------------------

- Do the new DAPs plan to participate in the July 15 status conference?
- Will the new DAPs agree on some process for answers that does not require us to go paragraph-by-paragraph through each complaint?
- Will the new DAPs agree to abide by the Protective Order? (I sent this to you already).
- Will the new DAPs agree to abide by the ESI Protocol? (I sent this to you already).
- Will the new DAPs serve the ESI Disclosures that the Court required all other corporate parties to serve? (I sent you that Order already).
- Will the new DAPs agree to abide by the discovery limits and schedule in the Court's Rule 16 Scheduling Order and the Court's November 2020 Scheduling Order (with slight tweaks, such as more time beyond September 1, 2021 for you substantially completing document productions)?
- Will the new DAPs provide us with org charts by a date certain?
- Will the new DAPs propose their list of custodians by a date certain?
- Will the new DAPs serve us with their ESI Disclosures by a date certain?
- Will the new DAPs agree to respond to our RFPs and Interrogatories within 30 days of service?
- Will the new DAPs agree to use the search terms we requested that each new DAP run on its own documents?

Brian E. Robison

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3370 • Fax +1 214.571.2928
BRobison@gibsondunn.com • www.gibsondunn.com

1