# Exhibit E

**Robison, Brian E.**

| | |
|---|---|
| **From:** | Robison, Brian E. |
| **Sent:** | Friday, June 25, 2021 11:54 AM |
| **To:** | 'Scott Gant'; 'Garth Yearick'; 'Kristin A. Gore'; 'David B. Esau'; 'Michael Mitchell'; 'elifvendahl@lgcounsel.com'; 'Ryan Manion'; 'Robert Kaplan'; 'Matthew McCahill'; 'Jason Uris'; 'Richard Coffman' |
| **Cc:** | Clark, Brian D.; 'Wagner, Arielle S.' |
| **Subject:** | Service lists |
| **Attachments:** | Defendants Lead Counsel Email Service List (05.12.21)_104654900_1.XLSX; DM-# 532088-v3-PORK_-_Plaintiffs_Lead_Counsel_email_service_list.XLSX |

New DAP Counsel:
    I have attached updated email service lists for the plaintiffs and defendants involved in the original Minnesota cases. When the parties serve things by email (rather than ECF), these are the lists they use. Discovery responses would be an example. Please let me know if you have any questions.
Brian


**Brian E. Robison**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3370 • Fax +1 214.571.2928
BRobison@gibsondunn.com • www.gibsondunn.com