# Exhibit F

# Robison, Brian E.

| | |
|---|---|
| **From:** | Robison, Brian E. |
| **Sent:** | Tuesday, July 6, 2021 9:51 AM |
| **To:** | 'Scott Gant'; 'Garth Yearick'; 'Kristin A. Gore'; 'David B. Esau'; 'Michael Mitchell'; 'elifvendahl@lgcounsel.com'; 'Ryan Manion'; 'Robert Kaplan'; 'Matthew McCahill'; 'Jason Uris'; 'Richard Coffman'; 'wjbruckner@locklaw.com'; 'bdclark@locklaw.com'; 'samorbey@locklaw.com'; 'aswagner@locklaw.com'; 'emsipe@locklaw.com'; 'smowen@locklaw.com'; 'jcbourne@locklaw.com'; 'galoeding@locklaw.com'; dwarshaw@pswlaw.com; 'bpouya@pswlaw.com'; mweiner@pswlaw.com; 'mpearson@pswlaw.com'; 'cpearson@pswlaw.com'; 'tnolan@pswlaw.com'; 'bshiftan@pswlaw.com'; 'egrant@pswlaw.com'; 'dgustafson@gustafsongluek.com'; 'dhedlund@gustafsongluek.com'; 'mlooby@gustafsongluek.com'; 'bresch@gustafsongluek.com'; 'mmorgan@gustafsongluek.com'; 'mstevens@gustafsongluek.com'; steve@hbsslaw.com; 'breannav@hbsslaw.com'; 'riop@hbsslaw.com'; shanas@hbsslaw.com; 'sraiter@larsonking.com'; 'jjohnson@larsonking.com'; 'jonc@cuneolaw.com'; 'joel@cuneolaw.com'; 'bfinley@cuneolaw.com'; 'evelyn@cuneolaw.com'; 'tschneider@schneiderwallace.com'; 'pschneider@schneiderwallace.com'; 'kbates@hausfeld.com'; 'mweiler@schneiderwallace.com'; 'gdiaz@justicia.pr.gov'; 'patrick.ahern@ahernandassociatespc.com'; 'theo.bell@ahernandassociatespc.com'; 'patrick@ttlolaw.com' |
| **Cc:** | Parker, Richard G.; Lipton, Joshua; Stone, Rod; Yu, Minae |
| **Subject:** | Pork Defendants' Proposal for Integrating the New DAPs into the Existing Schedule |

All Pork Plaintiffs' Counsel:
     I have pasted below the defendants' proposal for integrating the new DAPs into the Court's existing schedule. Please let us know if you have any comments on these ideas. Unless the Court orders otherwise, we think the default rule should be that the Court's discovery and scheduling orders apply equally to the new DAPs. Thanks.
Brian

| **Discovery Event** | **Deadline** |
|---|---|
| **Date when Defendants Proposed Keyword Search Terms to Be Applied to Current Direct Action Plaintiffs' Documents** | June 18, 2021 |
| **Deadline for Defendants to Serve Initial Rule 33 and Rule 34 Requests on Current Direct Action Plaintiffs** | July 15, 2021 |
| **Current Direct Action Plaintiffs to Disclose Keyword Search Tools and/or TAR/CAL Tools** | July 26, 2021 |
| **Current Direct Action Plaintiffs to Make Disclosures Described in Dkt. No. 290 (Order Regarding Disclosure of Information) and Rule 26(a) Disclosures** | August 16, 2021 |
| **Current Direct Action Plaintiffs to Propose Document Custodians and Non-Custodial Document Sources** | August 16, 2021 |

| | |
|---|---|
| **Deadline for Current Direct Action Plaintiffs' Objections and Response to Initial Rule 33 and 34 Requests** | August 16, 2021 |
| **Deadline for the Parties to Resolve Any Disputes over the Keyword Search Terms, Document and Data Sources, or Search Methodology the Current Direct Action Plaintiffs Will Use or to Raise Disputes with the Court** | August 30, 2021 |
| **Commencement of Rolling Production of Documents by Current Direct Action Plaintiffs** | August 30, 2021 |
| **Substantial Completion of Document and Structured-Data Productions by Current Direct Action Plaintiffs** | December 1, 2021 |
| <u>**Pleading Event**</u> | <u>**Deadline**</u> |
| **Deadline for Current Direct Action Plaintiffs to File a Consolidated Complaint** | August 4, 2021 |
| **Defendants' Deadline to File Answers or Otherwise Respond to Current Direct Action Plaintiffs' Consolidated Complaint (the parties will agree on a briefing schedule for any motions to dismiss)** | September 17, 2021 |

Brian E. Robison

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3370 • Fax +1 214.571.2928
BRobison@gibsondunn.com • www.gibsondunn.com