# Exhibit G

## Robison, Brian E.

| | |
|---|---|
| **From:** | Robison, Brian E. |
| **Sent:** | Tuesday, July 6, 2021 12:55 PM |
| **To:** | 'Scott Gant'; 'Garth Yearick'; 'Kristin A. Gore'; 'David B. Esau'; 'Michael Mitchell'; 'elifvendahl@lgcounsel.com'; 'Ryan Manion'; 'Robert Kaplan'; 'Matthew McCahill'; 'Jason Uris'; 'Richard Coffman' |
| **Subject:** | Discovery requests |
| **Attachments:** | 2018-11-01 Class Pltfs 1st RFP to Pork Integrator Defs.pdf; 2018-11-01 Consumer IPP 1st RFP to Pork Integrator Defs.pdf; 2020-11-20 Class Pltfs' 1st Interrogatories to Pork Integrator Defs.pdf; 2019-04-19 Defs' 1st RFPs to DPPs.pdf; 2021-01-26 Defs' 1st Interrogatories to DPPs.pdf; 2021-02-08 Defs' 1st RFPs to Winn Dixie.pdf |

Dear New DAP Counsel:

I have attached the following discovery requests that you requested during our June 23 call:
1. All class plaintiffs' first set of RFPs to the pork-producing defendants
2. The IPP class plaintiffs' separate RFPs to the pork-producing defendants
3. All class plaintiffs' first set of Interrogatories to the pork-producing defendants
4. The defendants' first set of RFPs to the DPPs
5. The defendants' first set of Interrogatories to the DPPs
6. The defendants' first set of RFPs to the Winn-Dixie DAPs

Once the New DAPs confirm that they will abide by the Protective Order, I can start sending you Smithfield's discovery responses and the search terms that Smithfield used when searching its documents.

Best regards,
Brian

**Brian E. Robison**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3370 • Fax +1 214.571.2928
BRobison@gibsondunn.com • www.gibsondunn.com

1