UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 0:18-cv-01776 (JRT-HB)<br><br>**MEET AND CONFER STATEMENT** |

Pursuant to Local Rule 7.1(a)(1), Direct Purchaser Plaintiffs ("DPPs") hereby state and certify that their counsel met and conferred with Defendant JBS' counsel regarding this motion for final approval of settlement. Counsel for Defendant JBS does not oppose DPPs' Motion for Final Approval of the Class Action Settlement Between Direct Purchaser Plaintiffs and JBS.

560823.1

Date: July 12, 2021

*/s/ W. Joseph Bruckner*

| | |
|---|---|
| W. Joseph Bruckner (MN #0147758) | Bruce L. Simon (*Pro Hac Vice*) |
| Brian D. Clark (MN #0390069) | Benjamin E. Shiftan (*Pro Hac Vice*) |
| Joseph C. Bourne (MN #0389922) | Neil Swartzberg (*Pro Hac Vice*) |
| Arielle S. Wagner (MN #0398332) | **PEARSON, SIMON & WARSHAW, LLP** |
| Craig S. Davis (MN #0148192) | 350 Sansome Street, Suite 680 |
| Simeon A. Morbey (MN #0391338) | San Francisco, CA 94104 |
| Stephen M. Owen (MN # 0399370) | T:  (415) 433-9000 |
| Stephen J. Teti (*Pro Hac Vice)* | F:  (415) 433-9008 |
| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** | bsimon@pswlaw.com |
| 100 Washington Avenue South, Suite 2200 | bshiftan@pswlaw.com |
| Minneapolis, MN 55401 | nswartzberg@pswlaw.com |
| T:  (612) 339-6900 | |
| F:  (612) 339-0981 | Melissa S. Weiner (MN #0387900) |
| wjbruckner@locklaw.com | **PEARSON, SIMON & WARSHAW, LLP** |
| bdclark@locklaw.com | 800 LaSalle Avenue, Suite 2150 |
| jcbourne@locklaw.com | Minneapolis, MN 55402 |
| aswagner@locklaw.com | T: (612) 389-0600 |
| csdavis@locklaw.com | F: (612) 389-0610 |
| samorbey@locklaw.com | mweiner@pswlaw.com |
| smowen@locklaw.com | |
| sjteti@locklaw.com | *Interim Co-Lead Class Counsel for the Direct Purchaser Plaintiff Class* |

Clifford H. Pearson (*Pro Hac Vice*)
Daniel Warshaw (*Pro Hac Vice*)
Thomas J. Nolan (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T:  (818) 788-8300
F:  (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
tnolan@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com