# INDEX TO DECLARATION OF W. JOSEPH BRUCKNER IN SUPPORT OF PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT BETWEEN DIRECT PURCHASER PLAINTIFFS AND SMITHFIELD FOODS, INC.

| Exhibit No. | DESCRIPTION |
|---|---|
| A. | Settlement Agreement between DPPs and Smithfield executed June 20, 2021 |

531099.1