**INDEX TO DECLARATION OF ERIC SCHACHTER
IN SUPPORT OF PRELIMINARY APPROVAL OF THE CLASS ACTION
SETTLEMENT BETWEEN DIRECT PURCHASER PLAINTIFFS AND
SMITHFIELD FOODS, INC.**

| EXHIBIT NO. | DESCRIPTION |
|:---:|---|
| A. | Profile - A.B. Data Ltd |
| B. | Long-Form Notice |
| C. | Email Notice |
| D. | Summary Publication Notice |
| E. | Sample banner ads |

560936.1