# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## STATUS CONFERENCE

| | |
|---|---|
| In Re: Pork Antitrust Litigation,<br><br>        Plaintiff,<br><br>v.<br><br><br>        Defendant | **COURT MINUTES**<br>BEFORE: John R. Tunheim<br>Chief U.S. District Judge<br><br>Case Nos: 21md2998 JRT/HB; 18cv1776 JRT/HB<br>Date: July 14, 2021<br>Deputy: Heather Arent<br>Court Reporter: Kristine Mousseau<br>Time Commenced: 10:08 a.m.<br>Time Concluded:   11:00 a.m.<br>Time in Court:    52 minutes |

Hearing on: Status Conference

    **I.**    **Case Management Order**

The Court and counsel discussed the need for an initial case management order for the newly assigned multidistrict litigation ("MDL"), In re Pork Antitrust Litigation (ECF21-md-2998), and the need to coordinate the MDL as much as possible with the already pending and consolidated actions ("Consolidated Actions") in In re Pork Antitrust Litigation (ECF18-cv-1776).

The Court directed counsel for all parties, in the MDL and the Consolidated Actions, to jointly draft an initial case management order for the MDL, which should be emailed to chambers on or before **Wednesday, July 28, 2021**.  If aspects arise that cannot be determined or agreed upon by the parties, then they can write short briefing materials, which the Court will consider.

The initial case management order for the MDL should resemble, as closely as possible, the case management order for the Consolidated Actions.  The Court may

amend the case management order for the Consolidated Actions to accommodate the MDL, if necessary.

## II.    Depositions

Regarding who will lead depositions or other discovery matters, the Court will consider these after the initial case management order for the MDL is in place, though the parties can address such issues in their draft, if they wish.  The Court will coordinate with Magistrate Judge Bowbeer regarding the coordination of the MDL and the Consolidated Actions.

## III.   Scheduling of Next Status Conference

The next status conference will be scheduled in late August 2021.

**APPEARANCES BY VIDEOCONFERENCE:**

Plaintiffs: Marcus Bozeman, Kyle Bates, Bobby Pouya, Michael Pearson, W. Joseph Bruckner, Brian Clark, Shana Scarlett, Daniel Hedlund, Anthony Carter, A. Blaine Finley, Kyle Bates, Patrick Ahern, Kristin Gore, Eric Lifvendahl, Robert Kaplan, Ryan Manion, Katherine Riley, Kyle Pozan, Sarah Sterling Aldridge

Defendants: Craig Coleman, Richard Duncan, William Monts, Christopher Smith, Mark Johnson, Dan Laytin, Sami Rashid, Don Heeman, Peter Schwingler, John Cotter, Brian Robison, Tiffany Rohrbaugh, David Graham, Richard Parker, Richard Duncan

s/Heather Arent<br>
Courtroom Deputy