# EXHIBIT B

| *In re Pork Antitrust Litigation (Direct Purchaser Action),* Case No. 0:18-cv-01776-JRT-HB |||||
|---|---|---|---|
| **EXHIBIT B - Assignment Report** ||||
| Assigment ID | Exclusion Number | Assignee | Assignor Name |
| 1. | 10-1 | Checkers Drive-In Restaurants, Inc. | I-Supply Company |
| 1-1 | 10-2 | Checkers Drive-In Restaurants, Inc. | Upper Lakes Foods, Inc. |
| 1-2 | 10-3 | Checkers Drive-In Restaurants, Inc. | DiCarlo Foods |
| 1-3 | 10-4 | Checkers Drive-In Restaurants, Inc. | Customized Distribution, LLC |
| 1-4 | 10-5 | Checkers Drive-In Restaurants, Inc. | Pocono Produce Co., Inc. DBA Pocono ProFoods |
| 2. | 11-1 | Restaurant Services, Inc. | McLane Company, Inc. and affiliates |
| 2-1 | 11-2 | Restaurant Services, Inc. | MBM Food Distribution |
| 2-2 | 11-3 | Restaurant Services, Inc. | Nicholas and Company |
| 2-3 | 11-4 | Restaurant Services, Inc. | Performance Food Group, Inc. |
| 2-4 | 11-5 | Restaurant Services, Inc. | Reinhart Foodservice, LLC and affiliates |
| 2-5 | 11-6 | Restaurant Services, Inc. | Lineage Foodservice Solutions, LLC and affiliates |
| 2-6 | 11-7 | Restaurant Services, Inc. | Shamrock Foods Company |
| 2-7 | 11-8 | Restaurant Services, Inc. | Maines Paper and Food Service, Inc. and affiliates |
| 2-8 | 11A-1 | Restaurant Services, Inc. | Sysco Corporation |
| 2-9 | 11A-2 | Restaurant Services, Inc. | SYGMA Network, Inc. |
| 3. | 12-1 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust | Independent Purchasing Cooperative, Inc. |
| 3-1 | 12-2 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust | Cash-Wa Distributing |
| 3-2 | 12-3 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust | Gordon Food Service, Inc. |
| 3-3 | 12-4 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust | Lineage Logistics |
| 3-4 | 12-5 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust | Nicholas & Company |
| 3-5 | 12-6 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust | Performance Food Group, Inc., Including its majority-owned subsidiaries |
| 3-6 | 12-7 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust | Saladino's Inc. |
| 3-7 | 12-8 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust | Shamrock Foods Company |
| 3-8 | 12-9 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust | Labatt Food Service LLC |
| 3-9 | 12-10 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust | Ed Miniat LLC |
| 3-10 | 12-11 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust | West Liberty Foods, LLC |
| 4. | 19-1 | CKE Restaurants Holding, Inc. | McLane Company, Inc. |
| 4-1 | 19-2 | CKE Restaurants Holding, Inc. | McLane Foodservice, Inc. |
| 4-2 | 19-3 | CKE Restaurants Holding, Inc. | McLane Foodservice Distribution, Inc. |
| 4-3 | 19-4 | CKE Restaurants Holding, Inc. | Meadowbrook Meat Company, Inc., and their affiliates |
| 5. | 20-2 | BJ's Wholesale Club, Inc. | Burris Logistics |
| 6. | 23-1 | Amory Investments LLC | MPFS Liquidating Trust, acting by and through Advisory Trust Group, LLC |
| 6-1 | 23-2 | Amory Investments LLC | Maines Paper & Food Service, Inc. ("MPFS") (dba MainSource; dba MainSource Food & Party Warehouse; dba Produce Express; dba Maines Food & Party Warehouse) |
| 6-2 | 23-3 | Amory Investments LLC | Maines Funding Corporation ("MFC") |
| 6-3 | 23-4 | Amory Investments LLC | Maines Paper & Food Service - Chicago, Inc. ("MPFS-Chicago") |
| 6-4 | 23-5 | Amory Investments LLC | Maines Paper & Food Service - Dallas, Inc. ("MPFS-Dallas") |
| 6-5 | 23-6 | Amory Investments LLC | Maines Paper & Food Service - Great Lakes, Inc. ("MPFS-Great Lakes") |
| 6-6 | 23-7 | Amory Investments LLC | Maines Paper & Food Service - Maryland, Inc. ("MPFS-MD") |
| 6-7 | 23-8 | Amory Investments LLC | Maines Paper & Food Service -Mid-Atlantic, Inc. ("MPFS-Mid-Atlantic") |
| 6-8 | 23-9 | Amory Investments LLC | Maines Paper & Food Service - New England, Inc. ("MPFS-NE") |
| 6-9 | 23-10 | Amory Investments LLC | Maines Paper & Food Service - NY Metro, Inc. ("MPFS-NY") |
| 6-10 | 23-11 | Amory Investments LLC | Maines Paper & Food Service - Ohio Inc. ("MPFS-OH") |
| 6-11 | 23-12 | Amory Investments LLC | Maines Paper & Food Service -Tennessee, Inc. ("MPFS-TN") |
| 6-12 | 23-13 | Amory Investments LLC | Maines Paper & Food Service -Worcester, Inc. ("MPFS-Worcester") |
| 6-13 | 23-14 | Amory Investments LLC | Warehouse & Logistics, Inc. ("W&L") |
| 7 | 25-1 | Barbeque Integrated, Inc. d/b/a Smokey Bones Bar and Fire Grill | McLane Foodservice, Inc. |
| 7-1 | 25-2 | Barbeque Integrated, Inc. d/b/a Smokey Bones Bar and Fire Grill | Performance Food Group, Inc. |
| 8. | 26-1 | Bojangles' Restaurants, Inc. | McLane Foodservice, Inc. |

| *In re Pork Antitrust Litigation (Direct Purchaser Action)*, Case No. 0:18-cv-01776-JRT-HB ||||
|---|---|---|---|
| **EXHIBIT B - Assignment Report** ||||
| Assigment ID | Exclusion Number | Assignee | Assignor Name |
| 8-1 | 26-3 | Bojangles Opco, LLC. | McLane Foodservice, Inc. |
| 9 | 28-1 | Golden Corral Corporation | McLane Foodservice, Inc. |
| 10 | 29-1 | Boston Market Corporation | McLane Foodservice, Inc. |
| 11. | 47-4 | Winn-Dixie Stores, Inc. | C&S Wholesale Grocers, Inc. |
| 11-1 | 47-2 | Southeastern Grocers LLC | C&S Wholesale Grocers, Inc. |
| 11-2 | 47-12 | Bi-Lo Holding LLC | C&S Wholesale Grocers, Inc. |
| 11-3 | 47-14 | Bi-Lo, LLC | C&S Wholesale Grocers, Inc. |
| 11-4 | 47-19 | Bi-Lo, LLC | C&S Wholesale Grocers, Inc. |
| 12. | 49-83 | US Foods, Inc. a/k/a US Foodservice, Inc. | Food Services of America, Inc. |
| 12-1 | 49-84 | US Foods, Inc. a/k/a US Foodservice, Inc. | System Services of America, Inc. |
| 12-2 | 49-85 | US Foods, Inc. a/k/a US Foodservice, Inc. | Ameristar Meats, Inc. |
| 12-3 | 49-86 | US Foods, Inc. a/k/a US Foodservice, Inc. | Amerifresh, Inc. |
| 12-4 | 49-87 | US Foods, Inc. a/k/a US Foodservice, Inc. | GAMPAC Express, Inc. |
| 12-5 | 49-88 | US Foods, Inc. a/k/a US Foodservice, Inc. | SSA Exports, LLC |
| 13. | 50-1 | The Cheesecake Factory Incorporated | Halperns' Steak and Seafood Company, LLC |
| 13-1 | 50-2 | The Cheesecake Factory Incorporated | Nealy Foods |
| 14 | 51-1 | Cracker Barrel Old Country Store, Inc. | Performance Food Group, Inc. |
| 15 | 53-36 | Quality Supply Chain Co-op, Inc. | The SYGMA Network, Inc. |
| 15-1 | 53-37 | Quality Supply Chain Co-op, Inc. | The Sysco Corporation |
| 15-2 | 53-38 | Quality Supply Chain Co-op, Inc. | Performance Food Group |
| 15-3 | 53-39 | Quality Supply Chain Co-op, Inc. | Kenneth O. Lester Company, Inc. d/b/a PFG Customized Distribution |
| 15-4 | 53-40 | Quality Supply Chain Co-op, Inc. | Quality Custom Distribution Services, Inc. |
| 15-5 | 53-41 | Quality Supply Chain Co-op, Inc. | Shamrock Foods Company |
| 15-6 | 53-42 | Quality Supply Chain Co-op, Inc. | Upper Lake Foods, Inc. |
| 15-7 | 53-43 | Quality Supply Chain Co-op, Inc. | ULF Janesville, LLC |
| 15-8 | 53-44 | Quality Supply Chain Co-op, Inc. | Willow Run Foods, Inc. |
| 15-9 | 53-45 | Quality Supply Chain Co-op, Inc. | Fresh Mark, Inc. |
| 15-10 | 53-46 | Quality Supply Chain Co-op, Inc. | Harvest Distribution, Inc. |
| 15-11 | 53-47 | Quality Supply Chain Co-op, Inc. | Southeastern Food Merchandisers, LP |
| 16. | 54-4 | Aramark Food and Support Services Group, Inc. | Sysco Corporation |
| 16-1 | 54-5 | Aramark Food and Support Services Group, Inc. | Single Source, Inc |
| 17. | 60-1 | The Fresh Market, Inc. | Burris Logistics |
| 18. | 65-1 | Sonic Industries Services Inc. | McLane Foodservice, Inc. |
| 18-1 | 65-2 | Sonic Industries Services Inc. | Performance Food Group, Inc. |
| 18-2 | 65-3 | Sonic Industries Services Inc. | Nicholas and Company |
| 18-3 | 65-4 | Sonic Industries Services Inc. | Merchants Foodservice |
| 18-4 | 65-5 | Sonic Industries Services Inc. | Shamrock Foods Company |
| 19. | 66-1 | Buffalo Wild Wings, Inc. | McLane Foodservice, Inc. |
| 20. | 69-89 | Hy-Vee (Affiliate of The Kroger Co.) | Topco Associates LLC |
| 20-1 | 69-90 | Hy-Vee (Affiliate of The Kroger Co.) | Topco Associates, Inc. |
| 20-2 | 69-100 | Pollo Operations, Inc. (Affiliate of The Kroger Co.) | Performance Food Group, Inc. d/b/a Performance Foodservice |
| 21. | 70-1 | McDonald's Corporation | The HAVI Group LP |
| 21-1 | 70-2 | McDonald's Corporation | HAVI Global Solutions LLC |
| 21-2 | 70-3 | McDonald's Corporation | Armada Supply Chain Solutions, LLC |
| 21-3 | 70-4 | McDonald's Corporation | ATEC Systems, Ltd. |
| 21-4 | 70-5 | McDonald's Corporation | IBD Foods, Inc. |
| 21-5 | 70-6 | McDonald's Corporation | OSI Group, LLC |
| 21-6 | 70-7 | McDonald's Corporation | Lopez Foods, Inc. |
| 21-7 | 70-8 | McDonald's Corporation | Dorada Poultry LLC |
| 21-8 | 70-9 | McDonald's Corporation | DeOro Foods LLC |
| 21-9 | 70-10 | McDonald's Corporation | The Martin-Brower Company, L.L.C. |
| 22. | 71-70 | Target Corporation | C&S Wholesale Grocers, Inc. |
| 23. | 72 | Restaurant Supply Chain Solutions, LLC | Not provided |
| 24. | 76-2 | Dollar General Corporation | Nash Finch Company |
| 24-1 | 76-3 | Dollar General Corporation | Super Food Services, Inc. |
| 24-2 | 76-4 | Dollar General Corporation | MDV SpartanNash, LLC |