# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| In re: Pork Antitrust Litigation<br>Wanda Duryea, et al.,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br>Agri Stats, Inc., et al.,<br><br>　　　　　　　　　Defendants. | **COURT MINUTES**<br>BEFORE: John R. Tunheim<br>Chief U.S. District Judge<br><br>Case No:　　　18-1776 (JRT/HB)<br>Date:　　　　　July 26, 2021<br>Deputy:　　　　Heather Arent<br>Court Reporter: Kristine Mousseau<br>Courthouse:　　Minneapolis<br>Courtroom:　　Video conference<br>Time Commenced:　11:06 a.m.<br>Time Concluded:　 11:13 a.m.<br>Time in Court:　　7 Minutes |

Hearing on:

　Motion for Approval of Final Settlement between Direct Purchaser Plaintiffs and the JBS Defendants [Docket No. 822]

APPEARANCES:

　Plaintiffs:　　Bobby Pouya, Clifford Pearson, Joseph Bruckner, Michael Pearson, Brian Clark, Kyle Bates, Shawn Raiter, Thomas Nolan, Sarah Sterling Aldridge, Marcus Bozeman, Blaine Finley
　Defendants:　　Sami Rashid, Don Heeman, Peter Schwingler, Nicholas Ruge, Jason Husgen

PROCEEDINGS:

　Motion granted.

**IT IS ORDERED:

　☒ Written order forthcoming.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 s/Heather Arent
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy