IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | ) ) ) ) ) CASE NO: 18-cv-1776 (JRT/HB) |

**NOTICE OF APPEARANCE ON BEHALF OF NON-PARTY
CASH-WA DISTRIBUTING CO. OF FARGO, LLC**

The undersigned attorney hereby notifies the Court and counsel that Daniel R. Mitchell, Esq. Donna Law Firm, PC, shall appear as counsel of record for non-party Cash-Wa Distributing Co. of Fargo, LLC, limited solely to the subpoena issued by Commercial and Institutional Indirect Purchaser Plaintiffs.

Dated: July 28, 2021         DONNA LAW FIRM, PC

*/s/ Daniel R. Mitchell*
Daniel R. Mitchell, Reg. No. 0329150
7601 France Avenue South, Suite 350
Minneapolis, MN 55435
Tel. (952) 562-2460
Fax. (952) 562-2461
dmitchell@donnalaw.com

1