IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | ) ) ) ) ) CASE NO: 18-cv-1776 (JRT/HB) |

**MOTION FOR ADMISSION PRO HAC VICE**

I, Daniel R. Mitchell, an active member in good standing of the bar of the State of Minnesota, move that this Court to admit pro hac vice, Andrew D. Weeks, an attorney admitted to practice and currently in good standing in the U.S. District Courts for the District of Nebraska and Nebraska State Bar, with bar number 22733, but not admitted to the bar of this Court, who will be counsel of record for non-party Cash-Wa Distributing Co. of Fargo, LLC, limited solely to the subpoena issued by Commercial and Institutional Indirect Purchaser Plaintiffs, in the case listed above.  I am aware that the local rules of this Court require that an active Minnesota resident, unless the Court grants a motion for non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this Court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

I am a resident of the state of Minnesota and agree to participate in the preparation and the presentation of the case above and will accept service of all papers served as required by LR 83.5(d).

Dated: July 28, 2021           DONNA LAW FIRM, PC

*/s/ Daniel R. Mitchell*
Daniel R. Mitchell, Reg. No. 0329150
7601 France Avenue South, Suite 350
Minneapolis, MN 55435
Tel. (952) 562-2460
Fax. (952) 562-2461
dmitchell@donnalaw.com

## Affidavit of Proposed Admittee

I, Andrew D. Weeks, am currently a member in good standing of the U.S. District Court for the District of Nebraska, but am not admitted to the bar of this Court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: _/s/ AW_    Date: July 28, 2021
Andrew D. Weeks

| | |
|---|---|
| License No.: | Nebraska State Bar No. 22733 |
| Firm Name: | Baylor Evnen, LLP |
| Address: | Wells Fargo Center<br>1248 "O" Street, Suite 600<br>Lincoln, NE  68508 |
| Phone: | (402) 475-1075 |
| E-mail: | aweeks@baylorevnen.com |