IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | ) ) ) ) ) |  CASE NO: 18-cv-1776 (JRT/HB) |

**NON-PARTY CASH-WA DISTRIBUTING CO. OF FARGO, LLC'S MOTION TO QUASH SUBPOENA**

Non-Party Cash-Wa Distributing Co. of Fargo, LLC ("Cash-Wa"), moves this Court under Fed. R. Civ. P. 45(d)(3) for an Order quashing the attached subpoena issued by Commercial and Institutional Indirect Purchaser Plaintiffs. In support of this Motion, Cash-Wa states:

1. The subpoena is directed to Cash-Wa Distributing Co. of Fargo, LLC c/o Registered Agent Shawn Ressler, 4101 15th Ave N, Fargo, ND 58102;
2. The subpoena commands the place of compliance at Cuneo Gilbert & LaDuca, LLP, 4725 Wisconsin Ave., NW, Suite 200, Washington D.C. 20016;
3. Fargo, North Dakota and Washington D.C. are over 100 miles from each other.
4. The subpoena requires Cash-Wa to comply beyond the geographical limits specified in Fed. R. Civ. P. 45(c).

IT IS SO MOVED.

                 CASH-WA DISTRIBUTING CO. OF FARGO, LLC, NON-PARTY

By:    Donna Law Firm, P.C.
         7601 France Ave S, Ste 350
         Minneapolis, MN  55435
         Phn:  (952) 562-2460
         Fax:  (952) 562-2461
         dmitchell@donnalaw.com

         */s/ Daniel R. Mitchell*
         Daniel R. Mitchell

         and

By:    Baylor Evnen, LLP
         Wells Fargo Center
         1248 "O" Street, Suite 600
         Lincoln, NE 68508
         402/475-1075
         aweeks@baylorevnen.com

         */s/ Andrew D. Weeks*
         Andrew D. Weeks, Nebraska Bar No. 22733
         *Pro hac vice application pending*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to those listed.

By:    *s/ Daniel R. Mitchell*
         Daniel R. Mitchell

483650