IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | ) CASE NO: 18-cv-1776 (JRT/HB) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF ANDREW D. WEEKS

| | |
|---|---|
| STATE OF NEBRASKA | ) <br> ) ss. |
| COUNTY OF LANCASTER | ) |

I, Andrew D. Weeks, being first duly sworn upon oath, depose and state as follows:

1. I am competent to testify and at least 21 years of age.

2. I have personal knowledge of the facts stated herein or have knowledge of the testimony and documents reflecting the facts stated herein.

3. I am one of the attorneys for non-party Cash-Wa Distributing Co. of Fargo, LLC with respect to the subpoena issued by Commercial and Institutional Indirect Purchaser Plaintiffs in this matter. A true and accurate copy of the subpoena is attached as Exhibit "A".

4. Our firm was recently retained to assist Cash-Wa Distributing Co. of Fargo, LLC with objections to and/or responding to Exhibit A.

5. I have visited both Fargo, North Dakota and Washington D.C. and I am aware that they are more than 100 miles from each other.

6. My colleague has left a voicemail with counsel for Commercial and Institutional Indirect Purchaser Plaintiffs in this matter, but has not received a response to date.

7. Pursuant to LR 7.1(a)(1) the opposing party was unavailable to meet and confer before the moving party filed its Motion to Quash, and alternative Motions for Leave to Make Objections Out of Time and Extension of Time to Comply with Exhibit A.

8. The subpoena requests the documents to be produced July 28, 2021.

9. In the event the Court does not grant Cash-Wa's Motion to Quash the subpoena, Cash-Wa is requesting, in the alternative, that the Court allow additional time to make objections and/or respond to the subpoena as set forth in those motions.

Dated this 28th day of July, 2021.

_____
Andrew D. Weeks, Affiant

Subscribed and sworn to before me this 28th day of July, 2021.

GENERAL NOTARY - State of Nebraska
TINA M. SCULLY
My Comm. Exp. December 1, 2021

_____
Notary Public

3483595