IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | CASE NO: 18-cv-1776 (JRT/HB) |

**MEET AND CONFER STATEMENT FOR NON-PARTY CASH-WA DISTRIBUTING CO. OF FARGO, LLC'S MOTION TO QUASH SUBPOENA**

Non-party Cash-Wa Distributing Co. of Fargo, LLC ("Cash-Wa"), under LR 7.1(a)(1) offers the following meet and confer statement for Non-party Cash-Wa's Motion to Quash Subpoena:

1. Undersigned counsel were recently retained by Cash-Wa;
2. My colleague has left a voicemail with counsel for Commercial and Institutional Indirect Purchaser Plaintiffs in this matter but has not received a response to date.
3. Pursuant to LR 7.1(a)(1), opposing party was unavailable to meet and confer before the moving party filed its Motion to Quash Subpoena; and
4. The subpoena requests the documents to be produced July 28, 2021.

1

                                                       CASH-WA DISTRIBUTING CO. OF FARGO, LLC, NON-PARTY

By:   Donna Law Firm, P.C.
        7601 France Ave S, Ste 350
        Minneapolis, MN  55435
        Phn:  (952) 562-2460
        Fax:  (952) 562-2461
        dmitchell@donnalaw.com

        */s/ Daniel R. Mitchell*
        Daniel R. Mitchell

        and

By:   Baylor Evnen, LLP
        Wells Fargo Center
        1248 "O" Street, Suite 600
        Lincoln, NE 68508
        402/475-1075
        aweeks@baylorevnen.com

        */s/ Andrew D. Weeks*
        Andrew D. Weeks, Nebraska Bar No. 22733
        *Pro hac vice application pending*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to those listed.

                                            By:   *s/ Daniel R. Mitchell*
                                                    Daniel R. Mitchell

483650