IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | ) ) ) ) ) CASE NO: 18-cv-1776 (JRT/HB) |

**PROPOSED ORDER GRANTING NON-PARTY CASH-WA DISTRIBUTING CO. OF FARGO, LLC'S MOTION TO QUASH SUBPOENA**

The above-entitled matter came on for hearing before the undersigned upon non-party Cash-Wa Distributing Co. of Fargo, LLC's Motion to Quash Subpoena. Based upon the Memoranda, Affidavits, and Exhibits filed relative to this Motion, arguments of counsel, and upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED:

The subpoena issued by Commercial and Institutional Indirect Purchaser Plaintiffs to Cash-Wa Distributing Co. Of Fargo, LLC is hereby QUASHED.

Dated: _____, 2021          BY THE COURT:

_____
Judge of District Court

1

CASH-WA DISTRIBUTING CO. OF FARGO, LLC, NON-PARTY

By: Donna Law Firm, P.C.
7601 France Ave S, Ste 350
Minneapolis, MN  55435
Phn:  (952) 562-2460
Fax:  (952) 562-2461
dmitchell@donnalaw.com

*/s/ Daniel R. Mitchell*
Daniel R. Mitchell

and

By: Baylor Evnen, LLP
Wells Fargo Center
1248 "O" Street, Suite 600
Lincoln, NE 68508
402/475-1075
aweeks@baylorevnen.com

*/s/ Andrew D. Weeks*
Andrew D. Weeks, Nebraska Bar No. 22733
*Pro hac vice application pending*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to those listed.

By: *s/ Daniel R. Mitchell*
Daniel R. Mitchell

483650