IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST          )          CASE NO: 18-cv-1776 (JRT/HB)
LITIGATION                    )
                              )
                              )
                              )

**PROPOSED ORDER GRANTING NON-PARTY CASH-WA DISTRIBUTING CO. OF FARGO, LLC'S MOTION TO QUASH SUBPOENA**

The above-entitled matter came on for hearing before the undersigned upon non-party Cash-Wa Distributing Co. of Fargo, LLC's Motion to Quash Subpoena.  Based upon the Memoranda, Affidavits, and Exhibits filed relative to this Motion, arguments of counsel, and upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED:

The subpoena issued by Commercial and Institutional Indirect Purchaser Plaintiffs to Cash-Wa Distributing Co. Of Fargo, LLC is hereby QUASHED.

Dated: _____, 2021          BY THE COURT:


                                        _____
                                        Judge of District Court

1