IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE PORK ANTITRUST LITIGATION | ) ) ) ) ) | CASE NO: 18-cv-1776 (JRT/HB) |

**CERTIFICATE OF COMPLIANCE**

I hereby certify that filed Memorandum of Law in Support of Motion to Quash Subpoena complies with the length and type size limitations in Local Rule 7.1. I further certify that this document contains 272 words, inclusive of the caption and signature block. I have relied on the work count program of Microsoft Word version 2010, and this program has been specifically applied to include all text, headings, footnotes and quotations.

Respectfully submitted,

Dated: July 28, 2021

CASH-WA DISTRIBUTING CO. OF FARGO, LLC, NON PARTY

By: Donna Law Firm, P.C.
7601 France Ave S, Ste 350
Minneapolis, MN  55435
Phn:  (952) 562-2460
Fax:  (952) 562-2461
dmitchell@donnalaw.com

*/s/ Daniel R. Mitchell*
Daniel R. Mitchell

and

By: Baylor Evnen, LLP
Wells Fargo Center
1248 "O" Street, Suite 600
Lincoln, NE 68508
402/475-1075
aweeks@baylorevnen.com

*/s/ Andrew D. Weeks*
Andrew D. Weeks, Nebraska Bar No. 22733
*Pro hac vice application pending*