IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE PORK ANTITRUST LITIGATION | ) ) ) ) ) | CASE NO: 18-cv-1776 (JRT/HB) |

## CERTIFICATE OF COMPLIANCE

I hereby certify that filed Memorandum of Law in Support of Motion for Leave to File Objections Out of Time complies with the length and type size limitations in Local Rule 7.1.  I further certify that this document contains 272 words, inclusive of the caption and signature block.  I have relied on the work count program of Microsoft Word version 2010, and this program has been specifically applied to include all text, headings, footnotes and quotations.

Respectfully submitted,

Dated:  July 28, 2021                    CASH-WA DISTRIBUTING CO. OF FARGO, LLC, NON PARTY

By:   Donna Law Firm, P.C.
7601 France Ave S, Ste 350
Minneapolis, MN  55435
Phn:  (952) 562-2460
Fax:  (952) 562-2461
dmitchell@donnalaw.com

*/s/ Daniel R. Mitchell*
Daniel R. Mitchell

and

By: Baylor Evnen, LLP
Wells Fargo Center
1248 "O" Street, Suite 600
Lincoln, NE 68508
402/475-1075
aweeks@baylorevnen.com

*/s/ Andrew D. Weeks*
Andrew D. Weeks, Nebraska Bar No. 22733
*Pro hac vice application pending*