IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE PORK ANTITRUST LITIGATION | ) ) ) ) ) | CASE NO: 18-cv-1776 (JRT/HB) |

**MEET AND CONFER STATEMENT FOR NON-PARTY CASH-WA DISTRIBUTING CO. OF FARGO, LLC'S MOTION FOR LEAVE TO FILE OBJECTIONS OUT OF TIME**

Non-party Cash-Wa Distributing Co. of Fargo, LLC ("Cash-Wa"), under LR 7.1(a)(1) offers the following meet and confer statement for non-party Cash-Wa's Motion For Leave to File Objections Out of Time:

1. Undersigned counsel were recently retained by Cash-Wa;
2. My colleague has left a voicemail with counsel for Commercial and Institutional Indirect Purchaser Plaintiffs in this matter but has not received a response to date.
3. Pursuant to LR 7.1(a)(1), opposing party was unavailable to meet and confer before the moving party filed its Motion for Leave to File Objections Out of Time; and
4. The subpoena requests the documents to be produced July 28, 2021.

                                CASH-WA DISTRIBUTING CO. OF FARGO, LLC, NON-PARTY

By:    Donna Law Firm, P.C.
        7601 France Ave S, Ste 350
        Minneapolis, MN  55435
        Phn:  (952) 562-2460
        Fax:  (952) 562-2461
        dmitchell@donnalaw.com

        */s/ Daniel R. Mitchell*
        Daniel R. Mitchell

        and

By:    Baylor Evnen, LLP
        Wells Fargo Center
        1248 "O" Street, Suite 600
        Lincoln, NE 68508
        402/475-1075
        aweeks@baylorevnen.com

        */s/ Andrew D. Weeks*
        Andrew D. Weeks, Nebraska Bar No. 22733
        *Pro hac vice application pending*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to those listed.

                                By:    *s/ Daniel R. Mitchell*
                                        Daniel R. Mitchell

3483660