IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE PORK ANTITRUST LITIGATION | ) ) ) ) ) | CASE NO: 18-cv-1776 (JRT/HB) |

**PROPOSED ORDER GRANTING NON-PARTY CASH-WA DISTRIBUTING CO. OF FARGO, LLC'S MOTION FOR LEAVE TO FILE OBJECTIONS OUT OF TIME**

The above-entitled matter came on for hearing before the undersigned upon non-party Cash-Wa Distributing Co. of Fargo, LLC's Motion for Leave to File Objections Out of Time. Based upon the Memoranda, Affidavits, and Exhibits filed relative to this Motion, arguments of counsel, and upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED:

Cash-Wa Distributing Co. of Fargo, LLC's Motion for Leave to File Objections Out of Time is hereby GRANTED.

IT IS HEREBY FURTHER ORDERED:

Cash-Wa shall have until August 11, 2021 to file its objection the subpoena issued by Commercial and Institutional Indirect Purchaser Plaintiffs.

Dated: _____, 2021     BY THE COURT:

_____
Judge of District Court