IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE PORK ANTITRUST LITIGATION | ) ) ) ) ) | CASE NO: 18-cv-1776 (JRT/HB) |

**NON-PARTY CASH-WA DISTRIBUTING CO. OF FARGO, LLC'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH SUBPOENA**

Non-party Cash-Wa Distributing Co. of Fargo, LLC ("Cash-Wa"), moves this Court, in the alternative to its Motion to Quash, for an Order granting leave to file its objections to the subpoena issued by Commercial and Institutional Indirect Purchaser Plaintiffs. In support of this Motion, Cash-Wa states:

1. Undersigned counsel were recently retained by Cash-Wa; and
2. In the event the Court does not grant Cash-Wa's Motion to Quash, Cash-Wa requests that the Court enter an Order granting Cash-Wa until August 28, 2021 to comply with the subpoena issued by Commercial and Institutional Indirect Purchaser Plaintiffs.

IT IS SO MOVED.

1

                        CASH-WA DISTRIBUTING CO. OF FARGO, LLC, NON-PARTY

By:    Donna Law Firm, P.C.
         7601 France Ave S, Ste 350
         Minneapolis, MN  55435
         Phn:  (952) 562-2460
         Fax:  (952) 562-2461
         dmitchell@donnalaw.com

         */s/ Daniel R. Mitchell*
         Daniel R. Mitchell

and

By:    Baylor Evnen, LLP
         Wells Fargo Center
         1248 "O" Street, Suite 600
         Lincoln, NE 68508
         402/475-1075
         aweeks@baylorevnen.com

         */s/ Andrew D. Weeks*
         Andrew D. Weeks, Nebraska Bar No. 22733
         *Pro hac vice application pending*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to those listed.

By:    *s/ Daniel R. Mitchell*
         Daniel R. Mitchell

3483596