IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | ) ) ) ) ) CASE NO: 18-cv-1776 (JRT/HB) |

**NON-PARTY CASH-WA DISTRIBUTING CO. OF FARGO, LLC'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO COMPLY WITH SUBPOENA**

Non-party Cash-Wa Distributing Co. of Fargo, LLC ("Cash-Wa"), pursuant to LR(b)(1)(c) offers this memorandum of law in support of its Motion for Extension of Time to Comply with the subpoena issued by Commercial and Institutional Indirect Purchaser Plaintiffs.

## BACKGROUND

Commercial and Institutional Indirect Purchaser Plaintiffs issued a subpoena directed to Cash-Wa Distributing Co. of Fargo, LLC. Counsel for Cash-Wa was recently retained. The subpoena requests the documents to be produced July 28, 2021. In the event the Court does not grant Cash-Wa's Motion to Quash the subpoena, Cash-Wa is requesting, in the alternative, that the Court allow additional time to comply with the subpoena by August 28, 2021.

1

## ARGUMENT

Fed. R. Civ. P. 6(b) states in relevant part:

(b) Extending Time.
(1) In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time:
(A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
(B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Here, counsel for non-party Cash-Wa was recently retained to assist with objecting and/or responding to the subpoena issued by Commercial and Institutional Indirect Purchaser Plaintiffs in the event the Court does not grant Cash-Wa's Motion to Quash the subpoena, in the alternative, Cash-Wa respectfully request the Court grant additional time to comply with the subpoena by August 28, 2021.

## CONCLUSION

For the foregoing reasons, non-party Cash-Wa respectfully requests that in the event the Court does not grant Cash-Wa's Motion to Quash the subpoena, in the alternative, that the Court grant Cash-Wa additional time to comply with the subpoena by August 28, 2021.

        CASH-WA DISTRIBUTING CO. OF FARGO, LLC, NON-PARTY

By:   Donna Law Firm, P.C.
       7601 France Ave S, Ste 350
       Minneapolis, MN  55435
       Phn:  (952) 562-2460
       Fax:  (952) 562-2461
       dmitchell@donnalaw.com

       */s/ Daniel R. Mitchell*
       Daniel R. Mitchell

and

By:   Baylor Evnen, LLP
       Wells Fargo Center
       1248 "O" Street, Suite 600
       Lincoln, NE 68508
       402/475-1075
       aweeks@baylorevnen.com

       */s/ Andrew D. Weeks*
       Andrew D. Weeks, Nebraska Bar No. 22733
       *Pro hac vice application pending*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to those listed.

                                By:   *s/ Daniel R. Mitchell*
                                         Daniel R. Mitchell

3483596