IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE PORK ANTITRUST LITIGATION | ) ) ) ) ) | CASE NO: 18-cv-1776 (JRT/HB) |

**CERTIFICATE OF COMPLIANCE**

I hereby certify that filed Memorandum of Law in Support of Motion for Extension of Time to Comply complies with the length and type size limitations in Local Rule 7.1.  I further certify that this document contains 294 words, inclusive of the caption and signature block.  I have relied on the work count program of Microsoft Word version 2010, and this program has been specifically applied to include all text, headings, footnotes and quotations.

                                      Respectfully submitted,

Dated:  July 28, 2021            CASH-WA DISTRIBUTING CO. OF FARGO, LLC, NON-PARTY

                        By:    Donna Law Firm, P.C.
                                7601 France Ave S, Ste 350
                                Minneapolis, MN  55435
                                Phn:  (952) 562-2460
                                Fax:  (952) 562-2461
                                dmitchell@donnalaw.com

                                */s/ Daniel R. Mitchell*
                                Daniel R. Mitchell

                                and

By: Baylor Evnen, LLP
Wells Fargo Center
1248 "O" Street, Suite 600
Lincoln, NE 68508
402/475-1075
aweeks@baylorevnen.com

*/s/ Andrew D. Weeks*
Andrew D. Weeks, Nebraska Bar No. 22733
*Pro hac vice application pending*