IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE PORK ANTITRUST LITIGATION | ) ) ) ) ) | CASE NO: 18-cv-1776 (JRT/HB) |

**MEET AND CONFER STATEMENT FOR NON-PARTY CASH-WA DISTRIBUTING CO. OF FARGO, LLC'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH SUBPOENA**

Non-party Cash-Wa Distributing Co. of Fargo, LLC ("Cash-Wa"), under LR 7.1(a)(1) offers the following meet and confer statement for non-party Cash-Wa's Motion for Extension of Time to Comply with Subpoena:

1. Undersigned counsel were recently retained by Cash-Wa;
2. My colleague has left a voicemail with counsel for Commercial and Institutional Indirect Purchaser Plaintiffs in this matter but has not received a response to date.
3. Pursuant to LR 7.1(a)(1), opposing party was unavailable to meet and confer before the moving party filed its Motion for Extension of Time to Comply with Subpoena; and
4. The subpoena requests the documents to be produced July 28, 2021.

        CASH-WA DISTRIBUTING CO. OF FARGO, LLC, NON-PARTY

By: Donna Law Firm, P.C.
   7601 France Ave S, Ste 350
   Minneapolis, MN  55435
   Phn:  (952) 562-2460
   Fax:  (952) 562-2461
   dmitchell@donnalaw.com

   */s/ Daniel R. Mitchell*
   Daniel R. Mitchell

   and

By: Baylor Evnen, LLP
   Wells Fargo Center
   1248 "O" Street, Suite 600
   Lincoln, NE 68508
   402/475-1075
   aweeks@baylorevnen.com

   */s/ Andrew D. Weeks*
   Andrew D. Weeks, Nebraska Bar No. 22733
   *Pro hac vice application pending*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to those listed.

By: *s/ Daniel R. Mitchell*
   Daniel R. Mitchell

3483596

2