IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | CASE NO: 18-cv-1776 (JRT/HB) |

**PROPOSED ORDER GRANTING NON-PARTY CASH-WA DISTRIBUTING CO. OF FARGO, LLC'S MOTION EXTENSION OF TIME TO COMPLY WITH SUBPOENA**

The above-entitled matter came on for hearing before the undersigned upon non-party Cash-Wa Distributing Co. of Fargo, LLC's Motion for Extension of Time to Comply with Subpoena. Based upon the Memoranda, Affidavits, and Exhibits filed relative to this Motion, arguments of counsel, and upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED:

Cash-Wa Distributing Co. of Fargo, LLC's Motion for Extension of Time to Comply with Subpoena is hereby GRANTED.

IT IS HEREBY FURTHER ORDERED:

Cash-Wa shall have until August 28, 2021 to comply with the subpoena issued by Commercial and Institutional Indirect Purchaser Plaintiffs.

Dated: _____, 2021        BY THE COURT:

_____
Judge of District Court