UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | Civil No. 18-cv-01776 (JRT/HB) |

**ORDER ON STIPULATION OF CONSENT FOR LEAVE TO FILE CONSUMER INDIRECT PURCHASER PLAINTIFFS' THIRD CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Pursuant to the Stipulation of Consent for Leave to File Consumer Indirect Purchaser Plaintiffs' Third Consolidated Amended Class Action Complaint (ECF No. 779) entered into by the parties, and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the Stipulation (ECF No. 779) is **APPROVED**. Consumer Indirect Purchaser Plaintiffs are granted leave to file their Third Consolidated Amended Complaint. Defendants are not required to answer the Third Consolidated Amended Complaint, and all admissions and denials as to factual allegations and all affirmative defenses in Defendants' prior answers to the Second Amended Complaint remain operative.

DATED: August 3, 2021

s/*Hildy Bowbeer*
HILDY BOWBEER
United States Magistrate Judge.