UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions | Case No. 18-CV-01776 (JRT/HB)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that William D. Thomson, of the law firm of Stinson LLP, hereby enters his appearance in the above-captioned matter on behalf of defendant Seaboard Foods LLC.

Dated: August 6, 2021

*/s/ William D. Thomson*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 335-1500
Fax:   (612) 335-1657
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Phone: (314) 863-0800
Fax:   (314) 863-9388
nicci.warr@stinson.com

**Attorneys for Defendant Seaboard Foods LLC**