UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT/HB) |
| This Document Relates To: ALL ACTIONS | **NOTICE OF APPEARANCE OF JASON T. JOHNSON** |

The undersigned attorney hereby notifies the Court and counsel that Jason T. Johnson shall appear as counsel of record for the Commercial and Institutional Indirect Purchaser Plaintiffs in the above-captioned matter.

Dated: August 9, 2021

**Larson · King, LLP**

By  *s/Jason T. Johnson*
Shawn M. Raiter (240424)
Jason T. Johnson (0399974)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
sraiter@larsonking.com
jjohnson@larsonking.com

Jonathan W. Cuneo (admitted *pro hac vice*)
Blaine Finley (admitted *pro hac vice*)
**Cuneo Gilbert & LaDuca, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC  20016
(202) 789-3960
jonc@cuneolaw.com
bfinley@cuneolaw.com

**Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**