# MOTION FOR PERMISSION FOR A
# NON-RESIDENT TO SERVE AS LOCAL COUNSEL

I, __Aaron B. Chapin__, hereby request permission to serve as local counsel in the following matter: __IN RE PORK ANTITRUST LITIGATION__, Court File No. _0:18-cv-01776-JRT-HB_

I am a member in good standing of the bar of this Court and have been admitted to practice before this court since __2009__ [year]. I practice law in _Chicago, Illinois_ [city and state] with the law firm of __Husch Blackwell LLP__ and, if permitted to serve as local counsel, I intend to work primarily from that location.

I have appeared as counsel in the following cases in this court in the last five years:
_____See Schedule 1 attached hereto._____
_____
_____
_____

I have never been sanctioned or disciplined by any court or licensing body. [If you have been sanctioned or disciplined by any court or licensing body, please attach a detailed explanation with your motion.]

I have read and understand the Local Rules and the Electronic Case Filing Procedures for the District of Minnesota.

I would like the Judge to consider the following additional information in support of my motion.
___This matter is related to the anti-trust litigation in which I am already serving as_____
___non-resident local counsel._____
_____
_____

___/s/ Aaron B. Chapin_____          Date: __8/13/2021___
Attorney's Signature

For questions, please contact the Attorney Admissions Clerk at (651) 848-1100.

# SCHEDULE 1

| | |
|---|---|
| 0:16-cv-00559-DWF-HB | Frable v. Synchrony Bank |
| 0:16-cv-00679-JRT-JSM | Swierczek v. Synchrony Financial |
| 0:16-cv-01599-RHK-FLN | Gieseke, Jr. v. Synchrony Bank, et al. |
| 0:16-cv-01777-DWF-FLN | Post v. Stryker Sales Corporation |
| 0:16-cv-02356-RHK-BRT | Kiewel v. Synchrony Bank |
| 0:16-cv-03716-RHK-LIB | Koehn v. Synchrony Bank |
| 0:16-cv-03778-PAM-FLN | Murphy v. Synchrony Bank |
| 0:17-cv-00102-PAM-DTS | Bissonnette v. Synchrony Bank |
| 0:17-cv-00404-JNE-HB | Howard v. Synchrony Bank |
| 0:17-cv-00663-WMW-HB | Percic v. Carson Smithfield LLC |
| 0:17-cv-01463-WMW-DTS | Blesi v. Synchrony Bank, N.A. |
| 0:17-cv-01793-PAM-TNL | Welch v. Synchrony Bank, N.A. |
| 0:17-cv-04709-JNE-LIB | BMO Harris Bank N.A. v. Deason et al. |
| 0:18-cv-01776-JRT-HB | IN RE PORK ANTITRUST LITIGATION |
| 0:18-cv-01803-JRT-HB | Maplevale Farms, Inc. v. Agri Stats, Inc. et al. |
| 0:18-cv-01810-JRT-HB | John Gross and Company, Inc. v. Agri Stats, et al. |
| 0:18-cv-01891-JRT-HB | Sandee's Bakery et al. v. Agri Stats, Inc. et al. |
| 0:18-cv-01946-JRT-HB | Ferraro Foods, Inc. et al. v. Agri Stats, Inc. et al. |
| 0:18-cv-02008-JRT-HB | Litterer et al. v. Agri Stats, Inc. et al. |

For questions, please contact the Attorney Admissions Clerk at (651) 848-1100.

| | |
|---|---|
| 0:18-cv-02044-JRT-HB | Realdine et al. v. Agri Stats, Inc. et al. |
| 0:18-cv-02058-JRT-HB | Olean Wholesale Grocery Cooperative, Inc. v. Agri Stats Inc., et al. |
| 0:18-cv-02113-JRT-HB | Bear's Restaurant Group et al. v. Agri Stats, Inc. et al. |
| 0:18-cv-02390-JRT-HB | Phil's BBQ, Inc. v. Agri Stats, Inc. et al. |
| 0:18-cv-02405-JRT-HB | Joe Christiana Food Distributors, Inc. v. Agri Stats, et al. |
| 0:19-cv-01578-JRT-HB | Winn-Dixie Stores, Inc. et al. v. Agri Stats, Inc. et al. |
| 0:19-cv-02723-JRT-HB | Commonwealth of Puerto Rico v. Agri Stats, Inc. et al. |
| 0:20-cv-02702-DSD-HB | Terra Ingredients, LLC v. Healthy Food Ingredients, LLC |
| 0:21-cv-00377-MJD-TNL | BMO Harris Bank N.A. v. Devont Group, Inc. et al. |
| 0:21-cv-01036-DSD-DTS | Control Products, Inc. v. Song Chuan USA, Inc. |
| 0:21-cv-01059-DSD-HB | Rysavy v. Syngenta Crop Protection, LLC et al. |
| 0:21-cv-01062-DSD-HB | Supenia v. Syngenta Crop Protection, LLC et al. |
| 0:21-cv-01064-DSD-HB | Trower v. Syngenta Crop Protection, LLC et al. |
| 0:21-cv-01066-DSD-HB | Kirk v. Syngenta Crop Protection, LLC et al. |
| 0:21-cv-01067-DSD-HB | Richmond v. Syngenta Crop Protection, LLC et al. |
| 0:21-cv-01068-DSD-HB | McDonald v. Syngenta Crop Protection, LLC et al. |
| 0:21-cv-01106-DSD-HB | Cates v. Syngenta Crop Protection, LLC et al. |
| 0:21-cv-01107-DSD-HB | Pilgreen v. Syngenta Crop Protection, LLC et al. |
| 0:21-cv-01108-DSD-HB | Self v. Syngenta Crop Protection, LLC et al. |
| 0:21-cv-01109-DSD-HB | West v. Syngenta Crop Protection, LLC et al. |

For questions, please contact the Attorney Admissions Clerk at (651) 848-1100.

| | |
|---|---|
| 0:21-cv-01112-DSD-HB | Smith v. Syngenta Crop Protection, LLC et al. |
| 0:21-cv-01113-DSD-HB | Wilson et al v. Syngenta Crop Protection, LLC et al. |
| 0:21-md-02998-JRT-HB | In Re: Pork Antitrust Litigation |
| 0:21-cv-01036-DSD-DTS | Control Products, Inc. v. Song Chuan USA, Inc. |

For questions, please contact the Attorney Admissions Clerk at (615) 848-1100.