**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 0:18-cv-01776-JRT-HB |
| This Document Relates To:<br><br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | |

**COMMERCIAL AND INSTITUTIONAL INDIRECT**
**PURCHASER PLAINTIFFS' MOTION TO COMPEL COMPLIANCE**
**WITH SUBPOENA DIRECTED TO AFFILIATED FOODS, INC.**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, and supported by the Memorandum and Declaration submitted herewith, Commercial and Institutional Indirect Purchaser Plaintiffs request that the Court compel third party Affiliated Foods, Inc. to produce documents in compliance with the third-party subpoena served on May 7, 2021. A proposed order is included with this motion.

Date: August 17, 2021                          Respectfully Submitted,

                                      By:  */s/ Blaine Finley*
                                           Jonathan W. Cuneo (*pro hac vice*)
                                           Blaine Finley (*pro hac vice*)
                                           Yifei (Evelyn) Li (*pro hac vice*)
                                           **CUNEO GILBERT & LADUCA, LLP**
                                           4725 Wisconsin Ave. NW, Suite 200
                                           Washington, DC 20016
                                           Telephone: (202) 789-3960
                                           Facsimile: (202) 589-1813
                                           jonc@cuneolaw.com
                                           bfinley@cuneolaw.com
                                           evelyn@cuneolaw.com

                                           Shawn M. Raiter (MN# 240424)
                                           **LARSON • KING, LLP**
                                           2800 Wells Fargo Place
                                           30 East Seventh Street
                                           St. Paul, MN  55101
                                           (651) 312-6518 Telephone
                                           sraiter@larsonking.com

                                           ***Co-Lead Counsel for Commercial and
                                           Institutional Indirect Purchaser Plaintiffs***

                                           Don Barrett (*pro hac vice*)
                                           David McMullan (*pro hac vice*)
                                           Sterling Starns (pro hac vice)
                                           **BARRETT LAW GROUP, P.A.**
                                           P.O. Box 927
                                           404 Court Square
                                           Lexington, MS 39095
                                           Telephone: (662) 834-2488
                                           dbarrett@barrettlawgroup.com
                                           dmcmullan@barrettlawgroup.com
                                           sstarns@barrettlawgroup.com

2

Jon A. Tostrud
Anthony M. Carter
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

J. Gordon Rudd, Jr., (MN# 222082)
David M. Cialkowski, (MN# 0306526)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
gordon.rudd@zimmreed.com
david.cialkowski@zimmreed.com
behdad.sadeghi@zimmreed.com

Marcus Bozeman (*pro hac vice*)
**BOZEMAN LAW FIRM, P.A.**
400 West Capitol, Suite 1700
Little Rock, Arkansas  72201
https://www.bozemanfirm.com
Telephone:  (501) 492-3441
mbozeman@bozemanfirm.com

*Plaintiffs' Steering Committee for Commercial
and Institutional Indirect Purchaser Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of August, 2021, I served the foregoing document and related motion filings through the CM/ECF system and on the following party by electronic mail:

David Mullin
**MULLIN HOARD & BROWN, L.L.P.**
500 S. Taylor, Suite 800
Amarillo, Texas 79101-2445
dmullin@mhba.com

By:   */s/ Blaine Finley*
      Blaine Finley