UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Case No. 0:18-cv-01776-JRT-HB |

**COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER
PLAINTIFFS' MEET AND CONFER STATEMENT
FOR MOTION TO COMPEL COMPLIANCE
<u>WITH SUBPOENA DIRECTED TO AFFILIATED FOODS, INC.</u>**

Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs ("Plaintiffs") have met and conferred telephonically with counsel for Affiliated Foods, Inc. regarding Plaintiffs' subpoena to Affiliated Foods, and the parties were not able to reach agreement that Affiliated Foods would produce any materials in response to the subpoena.

Date: August 17, 2021                    Respectfully Submitted,

                                         By: */s/ Blaine Finley*
Jonathan W. Cuneo (*pro hac vice*)
Blaine Finley (*pro hac vice*)
Yifei (Evelyn) Li (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
Facsimile: (202) 589-1813
jonc@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cuneolaw.com

Shawn M. Raiter (MN# 240424)
**LARSON • KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6518 Telephone
sraiter@larsonking.com

*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

Don Barrett (*pro hac vice*)
David McMullan (*pro hac vice*)
Sterling Starns (pro hac vice)
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
sstarns@barrettlawgroup.com

2

Jon A. Tostrud
Anthony M. Carter
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

J. Gordon Rudd, Jr., (MN# 222082)
David M. Cialkowski, (MN# 0306526)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
gordon.rudd@zimmreed.com
david.cialkowski@zimmreed.com
behdad.sadeghi@zimmreed.com

Marcus Bozeman (*pro hac vice*)
**BOZEMAN LAW FIRM, P.A.**
400 West Capitol, Suite 1700
Little Rock, Arkansas  72201
https://www.bozemanfirm.com
Telephone:  (501) 492-3441
mbozeman@bozemanfirm.com

***Plaintiffs' Steering Committee for Commercial and Institutional Indirect Purchaser Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of August, 2021, I served the foregoing document and related motion filings through the CM/ECF system and on the following party by electronic mail:

David Mullin
**MULLIN HOARD & BROWN, L.L.P.**
500 S. Taylor, Suite 800
Amarillo, Texas 79101-2445
dmullin@mhba.com

By: */s/ Blaine Finley*
Blaine Finley