UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* <br><br><br>This Document Relates To:<br><br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Case No. 0:18-cv-01776-JRT-HB |

**DECLARATION OF ANTHONY CARTER
IN SUPPORT OF COMMERCIAL AND INSTITUTIONAL
INDIRECT PURCHASER PLAINTIFFS' MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA DIRECTED TO AFFILIATED FOODS, INC.**

I, Anthony Carter, declare as follows:

1. I am an attorney with the law firm of Tostrud Law Group, P.C. and counsel of record for Commercial and Institutional Indirect Purchaser Plaintiffs ("Plaintiffs") in the above captioned litigation. I submit his declaration in support of Plaintiffs' Motion to Compel Compliance With Subpoena Directed to Affiliated Foods, Inc. I am familiar with the facts set forth herein, based on my personal knowledge, involvement in the proceedings, and review of the materials referenced herein.

2. Attached as Exhibit A is a true and correct copy of the subpoena *duces tecum* served on Affiliated Foods, Inc. on May 7, 2021.

3. Attached as Exhibit B is an email from David Mullin to Anthony Carter, dated May 17, 2021.

4. Attached as Exhibit C is an email chain between David Mullin and Anthony Carter (and others), dated May 17-20, 2021.

5. Attached as Exhibit D is an email chain between David Mullin and Anthony Carter (and others), dated June 25, 2021.

6. Attached as Exhibit E is an email chain between David Mullin and Anthony Carter (and others), dated June 7- July 25, 2021.

I affirm under penalty of perjury on this 16th day of August, 2021 that the foregoing is true to the best of my knowledge.

/s/ Anthony M. Carter
ANTHONY M. CARTER