# EXHIBIT B

8/9/2021 Tostrud Law Group, LLC Mail - Subpoena Duces Tecum to Affliliated Foods, Inc. in No. 18-CV-1776 in the U.S. District Court for the Distric…

CASE 0:18-cv-01776-JRT-JFD Doc. 880-2 Filed 08/17/21 Page 2 of 3



Anthony Carter <acarter@tostrudlaw.com>

## Subpoena Duces Tecum to Affliliated Foods, Inc. in No. 18-CV-1776 in the U.S. District Court for the District of Minnesota, In re Pork Antitrust Litigation

**David Mullin** <dmullin@mhba.com>  Mon, May 17, 2021 at 6:50 AM
To: "acarter@tostrudlaw.com" <acarter@tostrudlaw.com>
Cc: Johnny Merritt <JMerritt@legalstrategy.com>

Anthony,

I am counsel to Affiliated Foods, Inc. in connection with the subpoena duces tecum issued by your firm to Affiliated Foods.   The subpoena duces tecum is defective under Federal Rule of Civil Procedure 45 in that it commands Affiliated Foods to produce documents in Washington, D.C., which is more than 100 miles from Amarillo.

Please let me know by close of business on Wednesday, May 19, if you will withdraw the subpoena duces tecum or we will have no choice but to file a motion to quash and for sanctions in the appropriate forum.  I have attached the pertinent portions of Rule 45 for your consideration:

2) *For Other Discovery.* A subpoena may command:

(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person.

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.


Respectfully,

**David Mullin**
**Mullin Hoard & Brown, LLP**
500 S. Taylor, Suite 800
Amarillo National Bank Plaza II
Amarillo, Texas 79101

**806.372.5050**
**806.372.5086 – fax**

Mailing Address:
P. O. Box 31656
Amarillo, TX 79120-1656

www.mullinhoard.com
dmullin@mhba.com

This email contains confidential information (including any attachments) belonging to the sender or his

8/9/2021 Tostrud Law Group, PC Mail - Subpoena Duces Tecum to Affiliated Foods, Inc. in No. 18-CV-1776 in the U.S. District Court for the Distric…

CASE 0:18-cv-01776-JRT-JFD Doc. 880-2 Filed 08/17/21 Page 3 of 3

client which may be protected from disclosure by the attorney-client privilege, the attorney or core work product immunity, the work product immunity, and/or other privilege or immunity. This confidential information is intended only for the use of the individuals or entities identified above. If you are not the intended recipient, you are hereby notified that any use, disclosure, copying, distribution, dissemination, or the taking of any action in reliance on the contents of the emailed information, is strictly prohibited. If you have received this email in error, please immediately notify the sender by replying to the email or by telephone at 806.372.5050.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.