# EXHIBIT D

8/9/2021 Tostrud Law Group, LLC Mail - RE: Notification: Pork Antitrust Litigation - Subpoena to Affiliated Foods @ Fri Jun 25, 2021 1pm - 2pm (PD…

CASE 0:18-cv-01776-JRT-JFD Doc. 880-4 Filed 08/17/21 Page 2 of 4



Anthony Carter <acarter@tostrudlaw.com>

## RE: Notification: Pork Antitrust Litigation - Subpoena to Affiliated Foods @ Fri Jun 25, 2021 1pm - 2pm (PDT) (Anthony Carter)

**David Mullin** <dmullin@mhba.com>  Fri, Jun 25, 2021 at 1:20 PM
To: Anthony Carter <acarter@tostrudlaw.com>
Cc: "Johnson, Jason" <jjohnson@larsonking.com>

Anthony:

Affiliated's IT department estimated that it would take them at a minimum 327 hours to complete their portion of the request (backup tape restorations, and data formatting, etc…). The IT department is down 2 headcount right now in operations/development and is in process on 5 projects along with their daily operational workload. These projects are critical and would not be able to be stopped to allow time for this request. Two projects are 30-60 days away from completion but our largest and most critical project is 9 months away from completion.

Affiliated's accounting department looked at the data requested and determined there is an estimated total of 295,756 potential records they would be able to retrieve (again, only back through 2009). These would need to be manually searched and retrieved from our imaging database, imported and prepared. Our CFO performed a test on one batch to determine an average time and came back with 7 minutes for purchase records and 8 minutes for sales records. Based on this average applied to the total potential records this would require 73,939 hours to execute the request. At an average of $17.00 hour this would cost us $1,256,963.00 in labor plus benefits and would require the hiring 35.5 people to complete this request in **one year**.

As Affiliated struggling to hire enough folks to work in our warehouse and transportation operations and still need to fill over 50 open positions there I do not believe we would be able to hire enough people to complete this task in even as little as 5 years.

**David Mullin**
**Mullin Hoard & Brown, LLP**

**From:** Anthony Carter [mailto:acarter@tostrudlaw.com]
**Sent:** Friday, June 25, 2021 3:06 PM
**To:** David Mullin
**Cc:** Johnson, Jason
**Subject:** Fwd: Notification: Pork Antitrust Litigation - Subpoena to Affiliated Foods @ Fri Jun 25, 2021 1pm - 2pm (PDT) (Anthony Carter)

David,

Just wanted to check if you're still able to speak briefly today, or would another time work better for you?

Thanks,

8/9/2021 Tostrud Law Group, P.C. Mail - RE: Notification: Pork Antitrust Litigation - Subpoena to Affiliated Foods @ Fri Jun 25, 2021 1pm - 2pm (PD…

CASE 0:18-cv-01776-JRT-JFD Doc. 880-4 Filed 08/17/21 Page 3 of 4

Anthony M. Carter

(VA Bar No. 39736)

TOSTRUD LAW GROUP, P.C.
1925 Century Park East
Suite 2100
Los Angeles, CA. 90067
ph: 310-278-2600
fax: 310-278-2640
acarter@tostrudlaw.com
www.tostrudlaw.com

Notice: This communication may contain material that is confidential, privileged and/or attorney work product or exempt from disclosure under applicable law. It is for the sole use of the intended recipient.  If you have received this in error, or are not the named recipient, please immediately notify the sender and delete this from your computer and all copies thereof.  Also, this message does not create an attorney-client relationship; does not constitute legal advice and should not be relied upon for any purpose without named recipient's hard copy signed verification by sender. We do not accept service of process via e-mail. Nothing herein is or is intended to be an electronic signature under any law.

---------- Forwarded message ---------
From: **Google Calendar** <calendar-notification@google.com>
Date: Fri, Jun 25, 2021 at 12:50 PM
Subject: Notification: Pork Antitrust Litigation - Subpoena to Affiliated Foods @ Fri Jun 25, 2021 1pm - 2pm (PDT) (Anthony Carter)
To: Anthony Carter <acarter@tostrudlaw.com>

**Pork Antitrust Litigation - Subpoena to Affiliated Foods**

8/9/2021 Tostrud Law Group, PC Mail - RE: Notification: Pork Antitrust Litigation - Subpoena to Affiliated Foods @ Fri Jun 25, 2021 1pm - 2pm (PD…

CASE 0:18-cv-01776-JRT-JFD Doc. 880-4 Filed 08/17/21 Page 4 of 4

| | |
|---|---|
| When | Fri Jun 25, 2021 1pm – 2pm Pacific Time - Los Angeles |
| Where | Dial-in: (866) 528-2256, Passcode: 4925899# (map) |
| Calendar | Anthony Carter |
| Who | • Anthony Carter - organizer<br><br>• bfinley@cuneolaw.com<br><br>• jtostrud@tostrudlaw.com<br><br>• dmullin@mhba.com<br><br>• evelyn@cuneolaw.com<br><br>• jjohnson@larsonking.com |

**more details »**

Going (acarter@tostrudlaw.com)?   **Yes** - **Maybe** - **No**   more options »

Invitation from Google Calendar

You are receiving this email at the account acarter@tostrudlaw.com because you are subscribed for notifications on calendar Anthony Carter.

To stop receiving these emails, please log in to https://calendar.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.


**Pork Item list.xlsx**
119K