# EXHIBIT E

8/9/2021 Tostrud Law Group, P.C. Mail - RE: In re Subpoena Serviced on Affiliated Foods, Inc. - Misc. Case No. 21-3

CASE 0:18-cv-01776-JRT-JFD   Doc. 880-5   Filed 08/17/21   Page 2 of 7



Anthony Carter <acarter@tostrudlaw.com>

## RE: In re Subpoena Serviced on Affiliated Foods, Inc. - Misc. Case No. 21-3

**David Mullin** <dmullin@mhba.com>  Sun, Jul 25, 2021 at 5:57 PM
To: Anthony Carter <acarter@tostrudlaw.com>
Cc: Erica Anderson <eanderson@mhba.com>, Mark Glawe <mglawe@mhba.com>, Kim Hall <khall@mhba.com>, "Johnny Youngblood (youngblood@amaonline.com)" <youngblood@amaonline.com>, "evelyn@cuneolaw.com" <evelyn@cuneolaw.com>, "bfinley@cuneolaw.com" <bfinley@cuneolaw.com>, Jon Tostrud <jtostrud@tostrudlaw.com>

Anthony,  The pork purchase and sale transactional data that Affiliated Foods maintains in the ordinary course of business is not retrievable without the massive investment in time and labor cost outlined in our motion.  Additionally the reference to Affiliated's prior participation in antitrust litigation is irrelevant; the discovery duties of plaintiffs in litigation are in no way comparable to the duties of a non-party. Finally, I did confer with you concerning your subpoena on multiple occasions and provided you the same cost of retrieval data on which the motion is based well in advance of filing the motion on the last day permitted by law for the filing of the motion.  We did not reach an agreement to produce any of the documents covered by the subpoena and we still have not.  We are not going to withdraw our motion and this is notice to you to proceed to file a response to the motion within 21 days from tomorrow's date.

**David Mullin**
**Mullin Hoard & Brown, LLP**
500 S. Taylor, Suite 800
Amarillo National Bank Plaza II
Amarillo, Texas 79101

806.372.5050
806.372.5086 – fax

Mailing Address:
P. O. Box 31656
Amarillo, TX 79120-1656

www.mullinhoard.com
dmullin@mhba.com

This email contains confidential information (including any attachments) belonging to the sender or his client which may be protected from disclosure by the attorney-client privilege, the attorney or core work product immunity, the work product immunity, and/or other privilege or immunity.  This confidential information is intended only for the use of the individuals or entities identified above.  If you are not the intended recipient, you are hereby notified that any use, disclosure, copying, distribution, dissemination, or the taking of any action in reliance on the contents of the emailed information, is strictly prohibited.  If you have received this email in error, please immediately notify the sender by replying to the email or by telephone at 806.372.5050.

**From:** Anthony Carter [mailto:acarter@tostrudlaw.com]
**Sent:** Thursday, July 15, 2021 4:05 PM
**To:** David Mullin
**Cc:** Erica Anderson; Mark Glawe; Kim Hall; Johnny Youngblood (youngblood@amaonline.com); evelyn@cuneolaw.com; bfinley@cuneolaw.com; Jon Tostrud
**Subject:** Re: In re Subpoena Serviced on Affiliated Foods, Inc. - Misc. Case No. 21-3

David,

Thank you for speaking with us on Monday. On the call, we clarified that we are seeking the pork purchase and sale transactional data that Affiliated Foods maintains in the ordinary course of business. In contrast to the assertion by your currently-filed motion, we are not asking for your client to engage in efforts that will require tens of thousands of employee hours of labor to be expended. Pursuant to our conversation, you agreed to investigate whether your client maintains transactional data for its purchases and sales of pork products from 2005 to the present. If so, please let us know whether the data can be produced in the form that it is kept in the ordinary course of business.

Please also note that your client, Affiliated Foods, Inc., has previously served as a plaintiff in numerous antitrust matters, including *In re Broiler Chicken Antitrust Litigation* (2017, N.D. Ill.) and *In Re: Packaged Seafood Products Antitrust Litigation* (2016, S.D. Cal.). As a result, we understand that it is familiar with pulling and producing transactional data for responding to similar discovery requests. Please note that we are not asking it to create a new dataset or document that does not already exist in the ordinary course of business. We have never asked for the creation of a document that is a "summary" of its "transactional data." As shown by our email communication to you on May 20, 2021 and July 11, 2021, our request for the production of transactional data has always been the transactional data itself, which should impose minimal burden.

Please also note that we have received transactional data productions from other third parties in this litigation. Some have also provided us with sample sets of their transactional data for the purpose of moving the discussion forward. We welcome a production of sample transactional data from your client as it will be helpful for us to understand the granularity of the data (i.e., whether it is kept sale by sale, purchase by purchase, and customer by customer), as well as data fields that are included. If it is simply easier for your client to pull and produce the complete transactional data set one time, that would also work for us.

We also want to bring to your attention that we were genuinely surprised by its motion to quash. There has been no indication or notice in advance. You have never expressed to us that we were at an impasse on any issues. We were working with you on a good faith basis and extended your deadline to comply with our subpoena when you requested it. As you admitted during our call, you are required to meet and confer with us prior to filing of your motion under Local Rule 7.1, and you did not do so. Your filing of the certificate of conference on July 12 was five days after your motion was already filed. This is a clear violation of the local rule. We request again that you withdraw your motion to quash. We believe it is premature and unnecessary as we are still negotiating and have not reached any impasse. We believe it would be in the best interest of both parties to focus on the negotiation of the subpoena right now rather than expending resources on litigating a motion that relies on contingent future conditions. We also do not want to waste the court's time on a matter that is not ripe for adjudication.

Please let us know if there are any other questions.

As per our call on Monday, we continue to request that you determine what kind of pork purchase and sale transactional data your client maintains. We would like to know the time period covered by any existent datasets, data fields that are maintained in the datasets, and the granularity of the data.

We would like to schedule a call with you next week to get an update on these issues. We are generally available Monday, Tuesday before 2 pm CT, and Wednesday. Please let us know if any of these time slots work for you or if a different time works better.

Best regards,

Anthony M. Carter

8/9/2021 Tostrud Law Group, P.C. Mail - RE: In re Subpoena Serviced on Affiliated Foods, Inc. - Misc. Case No. 21-3

CASE 0:18-cv-01776-JRT-JFD Doc. 880-5 Filed 08/17/21 Page 4 of 7

(VA Bar No. 39736)

TOSTRUD LAW GROUP, P.C.
1925 Century Park East
Suite 2100
Los Angeles, CA. 90067
ph: 310-278-2600
fax: 310-278-2640
acarter@tostrudlaw.com
www.tostrudlaw.com

Notice: This communication may contain material that is confidential, privileged and/or attorney work product or exempt from disclosure under applicable law. It is for the sole use of the intended recipient. If you have received this in error, or are not the named recipient, please immediately notify the sender and delete this from your computer and all copies thereof. Also, this message does not create an attorney-client relationship; does not constitute legal advice and should not be relied upon for any purpose without named recipient's hard copy signed verification by sender. We do not accept service of process via e-mail. Nothing herein is or is intended to be an electronic signature under any law.

> **From:** Anthony Carter [mailto:acarter@tostrudlaw.com]
> **Sent:** Sunday, July 11, 2021 9:11 PM
> **To:** David Mullin
> **Cc:** Erica Anderson; Mark Glawe; Kim Hall; Johnny Youngblood (youngblood@amaonline.com); evelyn@cuneolaw.com; bfinley@cuneolaw.com; Jon Tostrud
> **Subject:** Re: In re Subpoena Serviced on Affiliated Foods, Inc. - Misc. Case No. 21-3
>
> David,
>
> Yes—let's talk on Monday at 9:30 Eastern. Conference dial: (866) 516-3949, Passcode: 7213913#. I will circulate an Outlook invitation shortly.
>
> We continue to request, as a compromise solution that would satisfy my group's subpoena, that your client produce structured data about its pork product purchases and sales that your client maintains in the ordinary course of business. Hopefully, this process is as straightforward as exporting whatever purchase/sale datasets are maintained into a usable form, such as Microsoft Excel, and then producing these files, along with agreeing to answer reasonable, narrowly focused follow-up questions.
>
> I would ask that you determine what structured data already your client maintains for pork purchases and sales. It would be helpful to know the fields that your client tracks, the time periods covered by the datasets, and whether the transactional data that your client maintains is on a transaction-by-transaction basis.
>
> To be clear, we are definitely not requesting that your client spend tens of thousands of employee hours creating a dataset that does not exist, like your motion seems to suggest. As a result, we request that you withdraw you motion to quash until it can be determined whether there is actually a dispute about what should be produced.
>
> Best regards,

> Anthony M. Carter
>
> (VA Bar No. 39736)
>
> TOSTRUD LAW GROUP, P.C.
> 1925 Century Park East
> Suite 2100
> Los Angeles, CA. 90067
> ph: 310-278-2600
> fax: 310-278-2640
> acarter@tostrudlaw.com
> www.tostrudlaw.com
>
> Notice: This communication may contain material that is confidential, privileged and/or attorney work product or exempt from disclosure under applicable law. It is for the sole use of the intended recipient. If you have received this in error, or are not the named recipient, please immediately notify the sender and delete this from your computer and all copies thereof. Also, this message does not create an attorney-client relationship; does not constitute legal advice and should not be relied upon for any purpose without named recipient's hard copy signed verification by sender. We do not accept service of process via e-mail. Nothing herein is or is intended to be an electronic signature under any law.
>
> On Sat, Jul 10, 2021 at 6:30 PM David Mullin <dmullin@mhba.com> wrote:
>
>> Before 10 eastern on Monday or Wednesday would be best for me. If you have a proposal that I could run by the client in advance of the call, that might move the ball.
>>
>> **David Mullin**
>> **Mullin Hoard & Brown, LLP**
>>
>> **From:** Anthony Carter [mailto:acarter@tostrudlaw.com]
>> **Sent:** Friday, July 9, 2021 3:16 PM
>> **To:** David Mullin
>> **Cc:** Erica Anderson; Mark Glawe; Kim Hall; Johnny Youngblood (youngblood@amaonline.com); evelyn@cuneolaw.com; bfinley@cuneolaw.com; Jon Tostrud
>> **Subject:** Re: In re Subpoena Serviced on Affiliated Foods, Inc. - Misc. Case No. 21-3
>>
>> David,
>>
>> We are in receipt of Affiliated Foods' Motion to Quash and would like to set up a time to confer with you regarding our subpoena. I propose we schedule a call on either Monday, Tuesday, or Wednesday next week (July 12-14) if any of those days work for you, or let me know if a different time works better.
>>
>> Best regards,
>>
>> Anthony M. Carter

8/9/2021, Tostrud Law Group, P.C. Mail - RE: In re Subpoena Service for Affiliated Foods, Inc. Misc. Case No. 21-3

CASE 0:18-cv-01776-JRT-JFD Doc. 880-5 Filed 08/17/21 Page 6 of 7

(VA Bar No. 39736)

TOSTRUD LAW GROUP, P.C.
1925 Century Park East
Suite 2100
Los Angeles, CA. 90067
ph: 310-278-2600
fax: 310-278-2640
acarter@tostrudlaw.com
www.tostrudlaw.com

Notice: This communication may contain material that is confidential, privileged and/or attorney work product or exempt from disclosure under applicable law. It is for the sole use of the intended recipient. If you have received this in error, or are not the named recipient, please immediately notify the sender and delete this from your computer and all copies thereof. Also, this message does not create an attorney-client relationship; does not constitute legal advice and should not be relied upon for any purpose without named recipient's hard copy signed verification by sender. We do not accept service of process via e-mail. Nothing herein is or is intended to be an electronic signature under any law.

On Wed, Jul 7, 2021 at 2:11 PM Erica Anderson <eanderson@mhba.com> wrote:

> Counsel:
>
> Please see the attached file-marked Non-Party Affiliated Foods' Motion to Quash and For Protection, filed in the United Stated District Clerk for the Northern District of Texas. Should you have trouble accessing the attachment, please let me know.
>
> Thanks,
>
> **Erica Anderson, ACP**
>
> *NALA Advanced Certified Paralegal*
> **Mullin Hoard & Brown, LLP**
> 500 S. Taylor, Suite 800
> Amarillo National Bank Plaza II
> Amarillo, Texas 79101
>
> **806.337.1124**
> **806.686.6250 – fax**
>
> Mailing Address:
> P. O. Box 31656
> Amarillo, TX 79120-1656
>
> www.mullinhoard.com
> eanderson@mhba.com
>
> This email contains confidential information (including any attachments) belonging to the sender or his client which may be protected from disclosure by the attorney-client privilege, the

8/9/2021 Costad Law Group, P.C. Mail - RE: In re: Subpoena Service for Affiliated Foods, Inc. - Misc. Case No. 21-3

CASE 0:18-cv-01776-JRT-JFD Doc. 880-5 Filed 08/17/21 Page 7 of 7

attorney or core work product immunity, the work product immunity, and/or other privilege or immunity. This confidential information is intended only for the use of the individuals or entities identified above. If you are not the intended recipient, you are hereby notified that any use, disclosure, copying, distribution, dissemination, or the taking of any action in reliance on the contents of the emailed information, is strictly prohibited. If you have received this email in error, please immediately notify the sender by replying to the email or by telephone at 806.372.5050.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.