UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Case No. 0:18-cv-01776-JRT-HB |

**[PROPOSED] ORDER GRANTING COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO AFFILIATED FOODS, INC.**

Having come for hearing before the undersigned Magistrate Judge of the United States District Court for the District of Minnesota, and based upon all the files, records, proceedings, and arguments of counsel, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel Compliance With Subpoena is **GRANTED** in its entirety.

SO ORDERED.

Dated: _____, 2021

By the Court:

_____
HON. HILDY BOWBEER
Magistrate Judge