# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Actions | No. 0:18-cv-01776-JRT-HB<br><br>Hon. John R. Tunheim<br>Magistrate Judge Hildy Bowbeer<br><br>**CLASS PLAINTIFFS' MOTION TO COMPEL HORMEL TO PRODUCE RESPONSIVE TEXT MESSAGE CONTENT AND TO ENFORCE SUBPOENAS TO HORMEL CUSTODIANS** |

Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, and Consumer Indirect Purchaser Plaintiffs (collectively, "Class Plaintiffs") respectfully move this Court pursuant to Federal Rule of Civil Procedure 37(a) for an Order to compel Hormel to produce responsive text message content and phone log data, and pursuant to Federal Rule of Civil Procedure 45 to enforce the subpoenas served upon the Hormel custodians.

This motion is based upon the grounds set forth in the accompanying memorandum of law submitted pursuant to Federal Rules of Civil Procedure 37(a) and 45 and Local Rules 7.1 and 37.1 and all of the files, records, and proceedings in this matter.

561451.1

Dated:  August 18, 2021                                      Respectfully submitted,

*/s/ Joseph C. Bourne*
 W. Joseph Bruckner (MN #0147758)
 Brian D. Clark (MN #0390069)
 Craig S. Davis (MN #0148192)
 Arielle S. Wagner (MN #0398332)
 Joseph C. Bourne (MN #0389922)
 Simeon A. Morbey (MN #0391338)
 Stephen M. Owen (MN # 0399370)
 Stephen J. Teti (Pro Hac Vice)
 LOCKRIDGE GRINDAL NAUEN P.L.L.P.
 100 Washington Avenue South, Suite 2200
 Minneapolis, MN 55401
 Telephone: (612) 339-6900
 Facsimile: (612) 339-0981
 wjbruckner@locklaw.com
 bdclark@locklaw.com
 jcbourne@locklaw.com
 aswagner@locklaw.com
 csdavis@locklaw.com
 samorbey@locklaw.com
 smowen@locklaw.com
 steti@locklaw.com

Bobby Pouya (Pro Hac Vice)
Clifford H. Pearson (Pro Hac Vice)
Daniel L. Warshaw (Pro Hac Vice)
Michael H. Pearson (Pro Hac Vice)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Melissa S. Weiner (MN #0387900)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pswlaw.com

Bruce L. Simon
Benjamin E. Shiftan
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com
bshiftan@pswlaw.com

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

/s/ Shana E. Scarlett
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve. W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Brittany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

/s/ Shawn M. Raiter
Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

Jonathan W. Cuneo
Joel Davidow
Blaine Finley
Yifei "Evelyn" Li
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cunelolaw.com

*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

561451.1                              3