# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 0:18-cv-01776 (JRT-HB)<br><br>**CERTIFICATE OF COMPLIANCE** |

I, Joseph C. Bourne, certify that this brief complies with the type-volume limitation of D. Minn. L.R. 72.2(c)(1), and with the type-size limit of D. Minn. L.R. 72.2(c)(2). The brief has 4,403 words of type, font size 13 and was prepared using Microsoft Word, which includes all text, including headings, footnotes, and quotations in the word count.

Date: August 18, 2021

*/s/ Joseph C. Bourne*
Joseph C. Bourne (MN #0389922)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T:  (612) 339-6900
F:  (612) 339-0981
wjbruckner@locklaw.com

560907.1