## INDEX TO DECLARATION OF JOSEPH C. BOURNE
## IN SUPPORT OF CLASS PLAINTIFFS' MOTION TO COMPEL HORMEL TO PRODUCE RESPONSIVE TEXT MESSAGE CONTENT AND TO ENFORCE SUBPOENAS TO HORMEL CUSTODIANS

| Exhibit No. | DESCRIPTION |
|---|---|
| 1. | Summary Chart of Response Letters and Objections on Behalf of Subpoenaed Hormel Custodians from Rock Hutchinson PLLP |
| 2. | Compilation of All Letters and Objections Received by Plaintiffs from the Individual Hormel Custodians |
| 3. | All Plaintiffs' First Set of Requests for Documents to the Pork Integrator Defendants served November 1, 2018 |
| 4. | Defendant Hormel Foods Corporation's Answers and Objections to Plaintiffs' First Set of Interrogatories [REDACTED] |
| 5. | Direct Purchaser Plaintiffs, Consumer Indirect Purchaser Plaintiffs, and Commercial and Institutional Indirect Purchaser Plaintiffs' First Set of Interrogatories to The Pork Integrator Defendants |
| 6. | Email exchange between Class Plaintiffs and counsel for Hormel from April 19, 2021 to April 23, 2021 |
| 7. | April 30, 2021 letter from Joseph C. Bourne to Isaac B. Hall |
| 8. | May 5, 2021 letter from Craig S. Coleman to Joseph C. Bourne |
| 9. | May 10, 2021 letter from Joseph C. Bourne to Craig S. Coleman |
| 10. | May 12, 2021 letter from Craig S. Coleman to Joseph C. Bourne |
| 11. | Email correspondence between Kathryn Stephens and Stephen M. Owen between July 16, 2021 and July 22, 2021 |
| 12. | August 2, 2021 letter from Kathryn Stephens to Joseph C. Bourne (inadvertently dated July 16, 2021) and its transmittal email |
| 13. | Defendant Hormel Foods Corporation's Initial Objections and Responses to All Plaintiffs' First Set of Requests |
| 14. | Hormel Foods Corporate Services, LLC's Hormel Foods Mobile Device Policy, bates-labeled HFC-PORKAT-0000428 [FILED UNDER SEAL] |
| 15. | October 26, 2018 correspondence from Richard A. Duncan, on behalf of Hormel Foods Corporation, to W. Joseph Bruckner, counsel for the Direct Purchaser Plaintiffs |
| 16. | Search terms and methodology Class Plaintiffs proposed for the search of the Hormel custodians' cell phones |
| 17. | PDF compilation of all subpoenas Plaintiffs served on the Hormel custodians |

561819.1