UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Civil No. 18-cv-01776-JRT-HB |

**[PROPOSED] ORDER GRANTING MOTION OF CLASS PLAINTIFFS TO COMPEL HORMEL TO PRODUCE RESPONSIVE TEXT MESSAGE CONTENT AND TO ENFORCE SUBPOENAS TO HORMEL CUSTODIANS**

**IT IS HEREBY ORDERED THAT:**

This matter came before this Court on September 7, 2021, on Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, and Consumer Indirect Purchaser Plaintiffs' (collectively, "Class Plaintiffs") Motion to Compel Hormel to Produce Responsive Text Message Content and to Enforce Subpoenas to Hormel Custodians.

**IT IS HEREBY ORDERED** that Class Plaintiffs' Motion to Compel Hormel to Produce Responsive Text Message Content and to Enforce Subpoenas to Hormel Custodians [ECF No. 883] is **GRANTED** in its entirety. Specifically: (1) Hormel shall search for and produce responsive text message content from its agreed document custodians' mobile devices and cloud backup for any custodians who are currently Hormel employees; (2) the Court declares that Hormel had, and has, an obligation to preserve the

561457.1

text message content of its agreed document custodians; and (3) the Court hereby enforces the subpoenas to the Hormel custodians.

**SO ORDERED.**

Dated: _____, 2021

_____
HON. HILDY BOWBEER
United States Magistrate Judge