## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* <br><br> This Document Relates To: <br> All Actions | Case No. 0:18-cv-01776-JRT-HB <br><br> **CERTIFICATE OF SERVICE FOR SERVICE BY MAIL** |

I hereby certify that on August 18, 2021, I caused the following documents:

1. CLASS PLAINTIFFS' MOTION TO COMPEL HORMEL TO PRODUCE RESPONSIVE TEXT MESSAGE CONTENT AND TO ENFORCE SUBPOENAS TO HORMEL CUSTODIANS [ECF NO. 883];

2. NOTICE OF HEARING ON CLASS PLAINTIFFS' MOTION TO COMPEL HORMEL TO PRODUCE RESPONSIVE TEXT MESSAGE CONTENT AND TO ENFORCE SUBPOENAS TO HORMEL CUSTODIANS [ECF NO. 884];

3. <u>REDACTED - FILED PUBLICALLY</u> - CLASS PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL HORMEL TO PRODUCE RESPONSIVE TEXT MESSAGE CONTENT AND TO ENFORCE SUBPOENAS TO HORMEL CUSTODIANS [ECF NO. 886];

4. <u>REDACTED - FILED PUBLICALLY</u> - DECLARATION OF JOSEPH C. BOURNE IN SUPPORT OF CLASS PLAINTIFFS' MOTION TO COMPEL HORMEL TO PRODUCE RESPONSIVE TEXT MESSAGE CONTENT AND TO ENFORCE SUBPOENAS TO HORMEL CUSTODIANS; EXHIBITS 1-3, 5-13, 15-17; REDACTED EXHIBIT 4; AND STATEMENT RE EXHIBIT 14 [ECF NO. 888];

5. MEET AND CONFER STATEMENT FOR CLASS PLAINTIFFS' MOTION TO COMPEL HORMEL TO PRODUCE RESPONSIVE TEXT MESSAGE CONTENT AND TO ENFORCE SUBPOENAS TO HORMEL CUSTODIANS [ECF NO. 889]; and

6. [PROPOSED] ORDER GRANTING MOTION OF CLASS PLAINTIFFS TO COMPEL HORMEL TO PRODUCE RESPONSIVE TEXT MESSAGE CONTENT AND TO ENFORCE SUBPOENAS TO HORMEL CUSTODIANS [ECF NO. 890]

561830.1

to be mailed by first class mail, postage prepaid, to the following:

>John Rock
>Rock Hutchinson, PLLP
>120 South 6th Street
>Canadian Pacific Plaza, Suite 2050
>Minneapolis, MN 55402
>
>*Counsel for Jerry Adwell, Nathan Annis, Steven Binder, Paul Bogle, Corwynn Bollum, Jessica Chenoweth, Mark Coffey, Thomas Day, Jeffrey Ettinger, Bryan Farnsworth, Jody Feragen, James Fiala, Michael Gyarmaty, Jana Haynes, Lance Hoefflin, Neal Hull, Jesse Hyland, Jennifer Johnson, Holly LaVallie, Glenn Leitch, Albert Lieberum, Jr., Alan Meiergerd, Paul Peil, Jose Rojas, James Sheehan, James Snee, William Snyder, Eric Steinbach, Donald Temperley, Steven Venenga*

| | |
|---|---|
| Dated:  August 18, 2021 | */s/ Joseph C. Bourne*  |
| | W. Joseph Bruckner (MN #0147758) |
| | Brian D. Clark (MN #0390069) |
| | Craig S. Davis (MN #0148192) |
| | Arielle S. Wagner (MN #0398332) |
| | Joseph C. Bourne (MN #0389922) |
| | Simeon A. Morbey (MN #0391338) |
| | Stephen M. Owen (MN # 0399370) |
| | Stephen J. Teti (Pro Hac Vice) |
| | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| | 100 Washington Avenue South, Suite 2200 |
| | Minneapolis, MN 55401 |
| | Telephone: (612) 339-6900 |
| | Facsimile: (612) 339-0981 |
| | wjbruckner@locklaw.com |
| | bdclark@locklaw.com |
| | jcbourne@locklaw.com |
| | aswagner@locklaw.com |
| | csdavis@locklaw.com |
| | samorbey@locklaw.com |
| | smowen@locklaw.com |
| | steti@locklaw.com |