UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>DIRECT PURCHASER PLAINTIFF ACTION | No. 0:18-cv-01776-JRT-HB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Benjamin E. Shiftan of the law firm of Pearson, Simon & Warshaw, LLP, hereby enters his appearance in the above-captioned case on behalf of Direct Purchaser Plaintiffs and the Direct Purchaser Plaintiff Class.

DATED: August 19, 2021         **PEARSON, SIMON & WARSHAW, LLP**

By: */s/ Benjamin E. Shiftan*
        BENJAMIN E. SHIFTAN

Benjamin E. Shiftan (*Pro Hac Vice*)
  bshiftan@pswlaw.com
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008