- 1 -

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>All Actions | Case No. 0:18-cv-01776 (JRT-HB)<br><br>Case No. 0:21-md-02998 (JRT-HB)<br><br>**DECLARATION OF SHANA SCARLETT IN SUPPORT OF CONSUMER INDIRECT PURCHASER PLAINTIFFS' RESPONSE REGARDING COURT'S AUGUST 5, 2021, BRIEFING ORDER** |

- 1 -

I, Shana E. Scarlett, state under oath, as follows:

1. I am a partner at Hagens Berman Sobol Shapiro LLP. I am admitted to this Court *pro hac vice*, and am counsel for the Consumer Indirect Purchaser Plaintiffs in the above-titled action. I have full knowledge of the matters stated herein and could and would testify thereto.

2. Attached is a true and correct copy of the following exhibits:

Exhibit A: July 14, 2021, Hearing Transcript in Case No. 0:18-cv-1776; and

Exhibit B: December 2, 2020, Letter from Gustafson Gluek PLLC to all counsel.

3. Since the Court requested briefing regarding consolidation, new DAPs requested copies of documents produced in response to third-party subpoenas to date, but Defendants take the position that the protective order prohibits producing third party materials in a different case without express permission; new DAPs say theirs is a separate case, so Defendants say the materials cannot be produced.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: August 19, 2021

        */s/ Shana E. Scarlett*
        SHANA E. SCARLETT