UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation**<br><br>This Document Relates To All Actions | Case No. 18-cv-01776-JRT-HB |

**DEFENDANT HORMEL FOODS CORPORATION'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO CLASS PLAINTIFFS' MOTION TO COMPEL**

Hormel Foods Corporation ("Hormel Foods" or "Company") hereby moves the Court for an extension of its deadline to respond to Class Plaintiffs' Motion to Compel to August 31, 2021. Hormel Foods has conferred with Class Plaintiffs, and Class Plaintiffs do not oppose Hormel Foods' request.

Class Plaintiffs filed their Motion to Compel against Hormel Foods and thirty individuals who have been identified as Hormel Foods document custodians on August 18, 2021. The Motion to Compel was accompanied by a Notice of Hearing informing Hormel Foods that argument on the motion will be heard on September 7, 2021. Under Local Rule 7.1, Hormel Foods' response is currently due on or before August 25, 2021, thirteen days prior to the hearing. Hormel Foods' requested extension to August 31, 2021 that its opposition brief will be filed seven days prior to the Court's hearing.

Hormel Foods requests this extension to accommodate the work, travel, and vacation schedules of counsel and employees who may be consulted regarding the motion. In addition, Hormel Foods understands that counsel for the custodians also has scheduling conflicts during the week of August 25.

US.134294257.03

Hormel Foods respectfully requests that the Court enter an order setting the deadline for all parties to respond to Class Plaintiffs' Motion to Compel is set for August 31, 2021.

Date:  August 20, 2021

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Craig S. Coleman*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com
bryan.washburn@faegredrinker.com

*Counsel for Defendants Hormel Foods Corporation and Hormel Foods, LLC*