# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation** | Case No. 18-cv-01776-JRT-HB |
| This Document Relates To All Actions | |

## DEFENDANT HORMEL FOODS CORPORATION'S NOTICE OF HEARING ON UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO CLASS PLAINTIFFS' MOTION TO COMPEL

**PLEASE TAKE NOTICE** that at a hearing to be held by ZoomGov videoconferencing means on September 10, 2021, at 3:00 p.m., central time, Defendant Hormel Foods Corporation, by and through its undersigned counsel, will move the Honorable Hildy Bowbeer, Magistrate Judge for the United States District Court for the District of Minnesota, for an Order granting its Unopposed Motion to Extend Deadline to Respond to Class Plaintiffs' Motion to Compel.  Hormel Foods Corporation does not believe a motion is necessary on this motion.

Date:  August 20, 2021

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Craig S. Coleman*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901

US.134298380.01

Telephone: (612) 766-7000
Facsimile: (612) 766-1600
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com
bryan.washburn@faegredrinker.com

*Counsel for Defendants Hormel Foods*
*Corporation and Hormel Foods, LLC*