**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **In re Pork Antitrust Litigation** | Case No. 18-cv-01776-JRT-HB |
| This Document Relates To All Actions | |

**MEET AND CONFER STATEMENT FOR DEFENDANT HORMEL FOODS CORPORATION'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO CLASS PLAINTIFFS' MOTION TO COMPEL**

As required by Local Rule 7.1, Defendant Hormel Foods Corporation conferred with Plaintiffs regarding its Motion to Extend Deadline to Respond to Class Plaintiffs' Motion to Compel.  Class Plaintiffs do not oppose Hormel Foods Corporation's motion.

US.134298787.01

Date:  August 20, 2021

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Craig S. Coleman*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com
bryan.washburn@faegredrinker.com

*Counsel for Defendants Hormel Foods Corporation and Hormel Foods, LLC*