**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **In re Pork Antitrust Litigation**<br><br>This Document Relates To All Actions | Case No. 18-cv-01776-JRT-HB |

**[PROPOSED] ORDER GRANTING DEFENDANT HORMEL FOODS CORPORATIONS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO CLASS PLAINTIFFS' MOTION TO COMPEL**

This matter came before the court on Defendant Hormel Food Corporations' Unopposed Motion to Extend Deadline to Respond to Class Plaintiffs' Motion to Compel.

**IT IS HEREBY ORDERED** that Hormel Foods Corporation's Motion is **GRANTED**. The deadline for all parties to respond to Class Plaintiffs' Motion to Compel is set for August 31, 2021.

**SO ORDERED.**

Dated: _____, 2021

HON. HILDY BOWBEER
United States Magistrate Judge

US.134298549.01