UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation** <br><br> This Document Relates To All Actions | Case No. 18-cv-01776-JRT-HB |

## ORDER GRANTING DEFENDANT HORMEL FOODS CORPORATIONS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO CLASS PLAINTIFFS' MOTION TO COMPEL

This matter came before the court on Defendant Hormel Food Corporations' Unopposed Motion to Extend Deadline to Respond to Class Plaintiffs' Motion to Compel (ECF No. 900).

**IT IS HEREBY ORDERED** that Hormel Foods Corporation's Motion is **GRANTED**. The deadline for all parties to respond to the Class Plaintiffs' Motion to Compel is set for August 31, 2021.[1]

**SO ORDERED.**

Dated: August 23, 2021

s/*Hildy Bowbeer*
HILDY BOWBEER
United States Magistrate Judge

---

[1] The hearing on this motion to extend the deadline for response was scheduled in error and is accordingly CANCELED. The underlying motion to compel will be heard on September 10, 2021 as scheduled.