UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

Civil Number: 18-01776 (JRT/HB)

ORDER GRANTING MOTION FOR NON-RESIDENT TO SERVE AS LOCAL COUNSEL AND MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5(d), Aaron B. Chapin moved for permission for a non-resident to serve as local counsel and moved for the admission pro hac vice of attorney A. James Spung in the above case.

IT IS HEREBY ORDERED THAT Aaron B. Chapin's motion for a Non-Resident to serve as Local Counsel (Docket No. 875-1) is **GRANTED**.

IT IS FURTHER ORDERED that the Motion for Admission Pro Hac Vice of Attorney A. James Spung (Docket No. 875) is **GRANTED**.

Dated: August 25, 2021
At Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court