### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-HB |
| This Document Relates To: All Actions | NOTICE OF CHANGE OF LAW FIRM AFFILIATION |

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Kyle Pozan, counsel for Direct Purchaser Plaintiffs in the above-captioned matter, is no longer affiliated with the law firm of Hart McLaughlin & Eldridge. Mr. Pozan is now affiliated with the law firm of Lockridge Grindal Nauen P.L.L.P.

All pleadings and other papers should be served on Mr. Pozan at:

>   LOCKRIDGE GRINDAL NAUEN P.L.L.P.
>   100 Washington Avenue South, Suite 2200
>   Minneapolis, MN  55401
>   Telephone:  612-339-6900
>   Facsimile:  612-339-0981
>   Email:  kjpozan@locklaw.com

561968.1

Date:  August 25, 2021                           **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By:  /s/*Kyle Pozan*
Kyle Pozan (Pro Hac Vice)
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Craig S. Davis (MN #0148192)
Arielle S. Wagner (MN #0398332)
Joseph C. Bourne (MN #0389922)
Simeon A. Morbey (MN #0391338)
Stephen M. Owen (MN # 0399370)
Stephen J. Teti (Pro Hac Vice)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
kjpozan@locklaw.com
wjbruckner@locklaw.com
bdclark@locklaw.com
csdavis@locklaw.com
aswagner@locklaw.com
jcbourne@locklaw.com
samorbey@locklaw.com
smowen@locklaw.com
steti@locklaw.com

**Attorneys for the Direct Purchaser Plaintiffs**

## CERTIFICATE OF SERVICE

Kyle Pozan hereby certifies that on this 25th day of August, 2021, I caused the foregoing Notice of Change of Law Firm Affiliation to be filed electronically with the Clerk of Court by using the CM/ECF system which served a copy on all on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF System.

/s/ *Kyle Pozan*