UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **In Re Pork Antitrust Litigation** <br><br> This Document Relates to All Actions | Civil No. 18-cv-1776 (JRT/HB) |

NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Ian F. McFarland shall appear as counsel of record for the Commercial and Institutional Indirect Purchaser Plaintiffs in this case.

Dated: August 26, 2021

Respectfully Submitted,

ZIMMERMAN REED LLP

By: *s/Ian F. McFarland*
Ian F. McFarland (0392900)
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Ian.McFarland@zimmreed.com