## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | NOTICE OF APPEARANCE |
| | Case No:   0:18-CV-01776-JRT-HB |
| This Document Relates to ALL ACTIONS | |

The undersigned attorney hereby notifies the Court and counsel that John Marrese, shall appear as counsel of record for Direct Purchaser Plaintiffs Maplevale Farms, Inc., Joe Christiana Food Distributors, Inc, and Olean Wholesale Grocery Cooperation, Inc. and the Direct Purchaser Plaintiff Class in this case.

Dated: August 27, 2021          HART MCLAUGHLIN & ELDRIDGE, LLC

/s/John Marrese
John Marrese (IL#6306516)
22 W. Washington St., Suite 1600
Chicago, Illinois  60602
T:  (312) 955-0545
F:  (312) 971-9243
jmarrese@hmelegal.com

*Counsel for Direct Purchaser Plaintiffs Maplevale Farms, Inc., Joe Christiana Food Distributors, Inc. and Olean Wholesale Grocery Cooperative, Inc. and the Direct Purchaser Plaintiff Class*