**In Re Pork Antitrust Litigation**
**Commercial and Institutional Purchaser Plaintiff Action**
**Case No. 18-cv-1776 (JRT/HB)**

# EXHIBIT A
## LODESTAR SUMMARY

Firm: **Larson King LLP**
Reporting Period: **Inception – July 31, 2021**

| Professional | Status | Hourly Rate | Total Hours To Date | Total Lodestar To Date |
|---|---|---|---|---|
| Shawn Raiter | P | $850.00 | 847.70 | $720,545.00 |
| Kevin McCarthy | A | $475.00 | 21.00 | $9,975.00 |
| Jason Johnson | A | $475.00 | 177.30 | $84,217.50 |
| Patrick O'Neill, III | A | $475.00 | 8.70 | $4,132.50 |
| Gretchen Touchette | PL | $200.00 | 1095.80 | $219,180.00 |
| Courtney Burks | PL | $250.00 | 162.00 | $40,500.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | **TOTALS** | **2312.50** | **$1,078,550.00** |

Status:
Partner (P)
Associate (A)
Paralegal (PL)
Of Counsel (OC)
Law Clerk (LC)
Legal Assistant (LA)

**In Re Pork Antitrust Litigation**
**Commercial and Institutional Purchaser Plaintiff Action**
**Case No. 18-cv-1776 (JRT/HB)**

# EXHIBIT B
### EXPENSE / DISBURSEMENT SUMMARY

Firm: **Larson King LLP**
Reporting Period: **Inception – July 31, 2021**

| EXPENSE | AMOUNT |
|---|---:|
| Federal Express, Local Courier, etc. | $15.00 |
| Postage Charges | $2.13 |
| Facsimile Charges | $0.00 |
| Long Distance | $0.00 |
| In-House Photocopying | $2.00 |
| Outside Photocopying | $0.00 |
| Travel (Transportation, lodging, meals, etc.) | $10.00 |
| Court fees (filing, etc.) | $1,600.00 |
| Professional Fees (expert/investigators, etc.) | $0.00 |
| Witness/Service Fees | $0.00 |
| Court Reporter/Transcripts | $0.00 |
| Computer Research | $830.74 |
| Miscellaneous (Document Database Processing/Production) | $7,971.98 |
| **TOTAL** | **$10,431.85** |