**In Re Pork Antitrust Litigation**
**Commercial and Institutional Purchaser Plaintiff Action**
**Case No. 18-cv-1776 (JRT/HB)**

# EXHIBIT A
## LODESTAR SUMMARY

Firm: **Barrett Law Group**
Reporting Period: **Inception – July 31, 2021**

| Professional | Status | Hourly Rate | Total Hours To Date | Total Lodestar To Date |
|---|---|---|---|---|
| Don Barrett | P | $1,250.00 | 59.20 | $71,662.50 |
| Katherine Riley | P | $575.00 | 33.90 | $18,692.50 |
| Richard Barrett | P | $575.00 | 0.00 | $0.00 |
| David McMullan | P | $575.00 | 0.00 | $0.00 |
| Sterling Aldridge | P | $575.00 | 54.40 | $31,280.00 |
| Ben White | P | $575.00 | 211.00 | $121,325.00 |
| Brandi Hamilton | P | $575.00 | 0.00 | $0.00 |
| Lisa Barrett | P | $575.00 | 126.20 | $72,565.00 |
| Nanci-Taylor Maddux | PL | $225.00 | 12.90 | $2,902.50 |
| Marie Thomas | PL | $150.00 | 0.00 | $0.00 |
| Cate Cain | PL | $150.00 | 12.70 | $1,905.00 |
| | | | | |
| | | | | |
| | | **TOTALS** | **510.30** | **$320,332.50** |

Status:
Partner (P)
Associate (A)
Paralegal (PL)
Of Counsel (OC)
Law Clerk (LC)
Legal Assistant (LA)

**In Re Pork Antitrust Litigation**
**Commercial and Institutional Purchaser Plaintiff Action**
**Case No. 18-cv-1776 (JRT/HB)**

# EXHIBIT B
### EXPENSE / DISBURSEMENT SUMMARY

Firm: **Barrett Law Group**
Reporting Period: **Inception – July 31, 2021**

| EXPENSE | AMOUNT |
|---|---:|
| Federal Express, Local Courier, etc. | $0.00 |
| Postage Charges | $0.00 |
| Facsimile Charges | $0.00 |
| Long Distance | $0.00 |
| In-House Photocopying | $11.20 |
| Outside Photocopying | $0.00 |
| Travel (Transportation, lodging, meals, etc.) | $0.00 |
| Court fees (filing, etc.) | $0.00 |
| Professional Fees (expert/investigators, etc.) | $0.00 |
| Witness/Service Fees | $0.00 |
| Court Reporter/Transcripts | $0.00 |
| Computer Research | $273.19 |
| Miscellaneous (Describe) | $0.00 |
| **TOTAL** | **$ 284.39** |