**In Re Pork Antitrust Litigation**
**Commercial and Institutional Purchaser Plaintiff Action**
**Case No. 18-cv-1776 (JRT/HB)**

# EXHIBIT A
## LODESTAR SUMMARY

Firm: **Bozeman Law Firm, PA**
Reporting Period: **Inception – July 31, 2021**

| Professional | Status | Hourly Rate | Total Hours To Date | Total Lodestar To Date |
|---|---|---|---|---|
| Marcus Bozeman | P | $650.00 | 73.70 | $47,905.00 |
| | | | | |
| | | **TOTALS** | **73.70** | **$47,905.00** |

Status:
Partner (P)
Associate (A)
Paralegal (PL)
Of Counsel (OC)
Law Clerk (LC)
Legal Assistant (LA)

**In Re Pork Antitrust Litigation**
**Commercial and Institutional Purchaser Plaintiff Action**
**Case No. 18-cv-1776 (JRT/HB)**

# EXHIBIT B
### EXPENSE / DISBURSEMENT SUMMARY

Firm: **Bozeman Law Firm, PA**
Reporting Period: **Inception – July 31, 2021**

| EXPENSE | AMOUNT |
|---|---:|
| Federal Express, Local Courier, etc. | $0.00 |
| Postage Charges | $0.00 |
| Facsimile Charges | $0.00 |
| Long Distance | $0.00 |
| In-House Photocopying | $0.00 |
| Outside Photocopying | $0.00 |
| Travel (Transportation, lodging, meals, etc.) | $719.64 |
| Court fees (filing, etc.) | $0.00 |
| Professional Fees (expert/investigators, etc.) | $0.00 |
| Witness/Service Fees | $0.00 |
| Court Reporter/Transcripts | $0.00 |
| Computer Research | $67.50 |
| Miscellaneous (Describe) | $0.00 |
| **TOTAL** | **$ 787.14** |