**In Re Pork Antitrust Litigation**
**Commercial and Institutional Purchaser Plaintiff Action**
**Case No. 18-cv-1776 (JRT/HB)**

# EXHIBIT A
### LODESTAR SUMMARY

Firm: **Cuneo Gilbert & LaDuca, LLP**
Reporting Period: **Inception – July 31, 2021**

| Professional | Status | Hourly Rate | Total Hours To Date | Total Lodestar To Date |
|---|---|---|---|---|
| Jonathan Cuneo | P | $1250.00 | 255.00 | $318,750.00 |
| Joel Davidow | P | $1050.00 | 131.50 | $138,075.00 |
| Monica Miller | P | $950.00 | 0.70 | $665.00 |
| James Wallace | P | $895.00 | 54.00 | $48,330.00 |
| Daniel Cohen | P | $800.00 | 136.50 | $109,200.00 |
| Jennifer Kelly | P | $750.00 | 2.00 | $1,500.00 |
| Evelyn Li | P | $750.00 | 124.50 | $93,375.00 |
| Blaine Finley | P | $725.00 | 1659.90 | $1,203,427.50 |
| Aaron Zoellick | LC | $275.00 | 4.70 | $1,292.50 |
| John Yuill | LC | $225.00 | 7.10 | $1,597.50 |
| Benjamin Apelbaum | PL | $225.00 | 36.10 | $8,122.50 |
| Noa Bray | PL | $225.00 | 143.30 | $32,242.50 |
| Greg Heeren | PL | $225.00 | 0.10 | $22.50 |
| Darren Villalobos | PL | $225.00 | 11.30 | $2,542.50 |
| Natasha Vij | PL | $225.00 | 6.50 | $1,462.50 |
| | | **TOTALS** | **2573.20** | **$1,960,605.00** |

Status:
Partner (P)
Associate (A)
Paralegal (PL)
Of Counsel (OC)
Law Clerk (LC)
Legal Assistant (LA)

**In Re Pork Antitrust Litigation**
**Commercial and Institutional Purchaser Plaintiff Action**
**Case No. 18-cv-1776 (JRT/HB)**

# EXHIBIT B
### EXPENSE / DISBURSEMENT SUMMARY

Firm: **Cuneo Gilbert & LaDuca, LLP**
Reporting Period: **Inception – July 31, 2021**

| EXPENSE | AMOUNT |
|---|---:|
| Federal Express, Local Courier, etc. | $339.34 |
| Postage Charges | $0.00 |
| Facsimile Charges | $0.00 |
| Long Distance | $827.53 |
| In-House Photocopying | $0.00 |
| Outside Photocopying | $0.00 |
| Travel (Transportation, lodging, meals, etc.) | $2,745.91 |
| Court fees (filing, etc.) | $0.00 |
| Professional Fees (expert/investigators, etc.) | $5,760.17 |
| Witness/Service Fees | $4,217.50 |
| Court Reporter/Transcripts | $153.00 |
| Computer Research | $1,553.08 |
| Miscellaneous (Database Hosting) | $12,507.47 |
| **TOTAL** | **$28,104.00** |