**In Re Pork Antitrust Litigation**
**Commercial and Institutional Purchaser Plaintiff Action**
**Case No. 18-cv-1776 (JRT/HB)**

# EXHIBIT A
## LODESTAR SUMMARY

Firm: **Tostrud Law Group, PC**
Reporting Period: **Inception – July 31, 2021**

| Professional | Status | Hourly Rate | Total Hours To Date | Total Lodestar To Date |
|---|---|---|---|---|
| Jon Tostrud | P | $775.00 | 649.7 | $503,517.50 |
| Anthony Carter | P | $675.00 | 220.6 | $148,905.00 |
| Scott Lundering | A | $475.00 | 476.2 | $226,195.00 |
| | | **TOTALS** | **1346.50** | **$878,617.50** |

Status:
Partner (P)
Associate (A)
Paralegal (PL)
Of Counsel (OC)
Law Clerk (LC)
Legal Assistant (LA)

**In Re Pork Antitrust Litigation**
**Commercial and Institutional Purchaser Plaintiff Action**
**Case No. 18-cv-1776 (JRT/HB)**

# EXHIBIT B
### EXPENSE / DISBURSEMENT SUMMARY

Firm: **Tostrud Law Group, PC**
Reporting Period: **Inception – July 31, 2021**

| EXPENSE | AMOUNT |
|---|---:|
| Federal Express, Local Courier, etc. | $0.00 |
| Postage Charges | $0.00 |
| Facsimile Charges | $0.00 |
| Long Distance | $1,472.50 |
| In-House Photocopying | $745.00 |
| Outside Photocopying | $0.00 |
| Travel (Transportation, lodging, meals, etc.) | $4,759.82 |
| Court fees (filing, etc.) | $0.00 |
| Professional Fees (expert/investigators, etc.) | $0.00 |
| Witness/Service Fees | $0.00 |
| Court Reporter/Transcripts | $0.00 |
| Computer Research | $1,386.00 |
| Miscellaneous (Describe) | $0.00 |
| **TOTAL** | **$8,363.32** |