**In Re Pork Antitrust Litigation**
**Commercial and Institutional Purchaser Plaintiff Action**
**Case No. 18-cv-1776 (JRT/HB)**

# EXHIBIT A
### LODESTAR SUMMARY

Firm:              **Zimmerman Reed LLP**
Reporting Period:  **Inception – July 31, 2021**

| Professional | Status | Hourly Rate | Total Hours To Date | Total Lodestar To Date |
|---|---|---:|---:|---:|
| David Cialkowski | P | $800.00 | 308.90 | $247,120.00 |
| J. Gordon Rudd, Jr. | P | $845.00 | 42.60 | $35,997.00 |
| Carolyn Anderson | P | $805.00 | 0.20 | $161.00 |
| June Hoidal | P | $775.00 | 0.50 | $387.50 |
| Alia Abdi | A | $495.00 | 47.40 | $23,463.00 |
| Ian F. McFarland | A | $545.00 | 166.00 | $90,470.00 |
| Julianne Van Norman | PL | $275.00 | 24.80 | $6,820.00 |
| Karen Colt | PL | $275.00 | 0.20 | $55.00 |
| Heidi Cuppy | PL | $275.00 | 4.70 | $1,292.50 |
| Leslie Harms | PL | $275.00 | 1.00 | $275.00 |
| | | **TOTALS** | **596.30** | **$406,041.00** |

Status:
Partner (P)
Associate (A)
Paralegal (PL)
Of Counsel (OC)
Law Clerk (LC)
Legal Assistant (LA)

**In Re Pork Antitrust Litigation**
**Commercial and Institutional Purchaser Plaintiff Action**
**Case No. 18-cv-1776 (JRT/HB)**

# EXHIBIT B
### EXPENSE / DISBURSEMENT SUMMARY

Firm:             **Zimmerman Reed LLP**
Reporting Period:     **Inception – July 31, 2021**

| EXPENSE | AMOUNT |
|---|---|
| Federal Express, Local Courier, etc. | $0.00 |
| Postage Charges | $0.00 |
| Facsimile Charges | $0.00 |
| Long Distance | $0.00 |
| In-House Photocopying | $0.00 |
| Outside Photocopying | $0.00 |
| Travel (Transportation, lodging, meals, etc.) | $0.00 |
| Court fees (filing, etc.) | $600.00 |
| Professional Fees (expert/investigators, etc.) | $0.00 |
| Witness/Service Fees | $0.00 |
| Court Reporter/Transcripts | $0.00 |
| Computer Research | $2,268.47 |
| Miscellaneous (Describe) | $0.00 |
| **TOTAL** | **$2,868.47** |