# EXHIBIT B



**LOCKRIDGE GRINDAL NAUEN** P.L.L.P.

Attorneys at Law

www.locklaw.com

**Stephen M. Owen**

smowen@locklaw.com
Direct: 612.596.4068

**MINNEAPOLIS**
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T 612.339.6900
F 612.339.0981

June 30, 2021

John Rock
Canadian Pacific Plaza
120 South Sixth Street
Suite 2050
Minneapolis, MN 55402

Re:   *In re Pork Antitrust Litigation*, No. 18-cv-01776-JRT-HB

Dear Mr. Rock:

This letter concerns the subpoenas we have served on the Hormel custodians and addresses each of the custodians' responses.[1]

In the responses, each custodian states they are unaware of responsive documents and otherwise objects to the requests. Through our June 1 meet-and-confer, however, we understood you would consider imaging each of the custodians' cell phones, search the resulting images with terms we provide, and have an attorney review the results if desired.

To that end, the responses indicate that Glenn Leitch had his cell phone imaged in 2021, and that James Sheehan, Steven Binder, and Thomas Day had their cell phones imaged in 2018. For these imaged phones, please provide (1) the exact date the phones were imaged (mm/dd/yyyy); (2) the overall  date range of the text messages captured by the imaging; and (3) the quantity of text messages, measured in standard measurement units for data storage (*e.g.*, bit, byte, kilobyte, megabyte, gigabyte), per year.

You contend that responsive information is equally obtainable from service providers. As we described in our previous correspondence, text message content cannot be obtained through service providers and can only be obtained through the custodians' personal devices or through data backed up on the cloud. Similarly, logs of Apple iMessages are only obtainable through personal devices because Apple only retains iMessage logs for thirty days. According to the responses, the Hormel custodians are using different cell phones than those used during the relevant period or during the majority of the relevant period. Thus, for each custodian, please state

---

[1] We have not received responses on behalf of Neal Hull or James Snee.

560538.3

John Rock
June 30, 2021
Page 2

whether the cell phones they used during the relevant period are in their possession, or whether the cell phones have been lost or destroyed.[2]

Additionally, please list all phones that Leitch, Sheehan, Binder, and Day used from the dates their prior phones were imaged to the present, including the quantity of text messages on each phone, per year, measured in the standard measurement units for data storage described above.

We have attached search terms and a proposed search methodology to the email transmitting this letter for purposes of searching imaged phones. Specifically, Plaintiffs request that the attached list of telephone numbers (tab 1) be searched for in the text message data collected by your clients and that "hits" on these numbers either be produced directly or, at a minimum, undergo a relevance review. For avoidance of confusion, Plaintiffs' position is that any inter-defendant text message should be produced (irrespective of a relevance review), because the fact of the communication is, in itself, relevant. As a second and separate step, Plaintiffs request that any remaining text messages be searched using the attached list of search terms (tab 2). Plaintiffs will not pay for these searches, but please let us know if you will agree to use these terms to search imaged phones.

If a call to discuss further would be helpful, please let me know dates and times you are available.

Sincerely,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

*s. Stephen M. Owen*

Stephen M. Owen

SMO
cc. JCB

---

[2] We note that according to your letter, Jody Feragen is no longer in possession of her prior cell phones.

Pork Antitrust Litigation

| Telephone Numbers |
| --- |
| (202) 277-6328 |
| (202) 320-4858 |
| (202) 680-3820 |
| (202) 720-1749 |
| (203) 663-1966 |
| (209) 988-2940 |
| (212) 574-7588 |
| (215) 237-6605 |
| (215) 237-7472 |
| (215) 368-2500 |
| (215) 680-1373 |
| (215) 896-6408 |
| (217) 370-7284 |
| (217) 494-9027 |
| (217) 547-7109 |
| (217) 622-2535 |
| (217) 652-5171 |
| (217) 871-2166 |
| (219) 309-4350 |
| (224) 255-9448 |
| (224) 500-8285 |
| (224) 944-7107 |
| (252) 813-0769 |
| (252) 813-2669 |
| (260) 241-0371 |
| (260) 249-4648 |
| (260) 249-4833 |
| (260) 249-9777 |
| (260) 341-7636 |
| (260) 407-2700 |
| (260) 407-2725 |
| (260) 407-2737 |
| (260) 407-2738 |
| (260) 407-2751 |
| (260) 407-2759 |
| (260) 407-2772 |
| (260) 407-2788 |
| (260) 407-6009 |
| (260) 409-1538 |
| (260) 410-3403 |
| (260) 414-3356 |
| (260) 416-6538 |
| (260) 416-7143 |
| (260) 416-9069 |
| (260) 417-4999 |
| (260) 433-7142 |

| |
|---|
| (260) 433-9957 |
| (260) 433-9960 |
| (260) 433-9969 |
| (260) 433-9992 |
| (260) 437-3550 |
| (260) 437-3806 |
| (260) 437-3808 |
| (260) 437-3812 |
| (260) 437-3974 |
| (260) 437-8678 |
| (260) 437-9633 |
| (260) 438-0784 |
| (260) 438-1997 |
| (260) 438-2188 |
| (260) 443-4489 |
| (260) 571-0914 |
| (260) 579-6169 |
| (260) 579-6943 |
| (260) 579-8470 |
| (260) 579-8474 |
| (260) 705-1090 |
| (262) 305-5032 |
| (262) 496-5933 |
| (267) 221-1669 |
| (267) 347-2481 |
| (267) 347-9624 |
| (267) 374-5173 |
| (267) 374-9576 |
| (267) 377-5818 |
| (267) 377-6051 |
| (267) 421-1264 |
| (267) 421-4724 |
| (267) 421-4896 |
| (270) 776-2533 |
| (270) 776-2536 |
| (303) 386-5871 |
| (303) 517-7630 |
| (303) 548-9311 |
| (303) 710-0703 |
| (305) 491-8491 |
| (309) 335-4842 |
| (310) 683-8348 |
| (312) 246-7617 |
| (312) 446-1288 |
| (312) 588-3013 |
| (314) 276-5406 |
| (314) 765-2702 |

| |
|---|
| (316) 200-3040 |
| (316) 291-3012 |
| (316) 734-1521 |
| (317) 225-9976 |
| (317) 450-5925 |
| (317) 489-1552 |
| (317) 518-7433 |
| (317) 525-1728 |
| (317) 600-6751 |
| (317) 730-0918 |
| (317) 967-1107 |
| (319) 239-3473 |
| (319) 256-6912 |
| (319) 330-9822 |
| (319) 429-6642 |
| (319) 575-5420 |
| (319) 575-5462 |
| (319) 575-5485 |
| (319) 594-4000 |
| (319) 759-6874 |
| (319) 766-2230 |
| (319) 850-9457 |
| (319) 931-7893 |
| (319) 931-9303 |
| (320) 214-5847 |
| (320) 894-1492 |
| (320) 963-3307 |
| (330) 806-6399 |
| (331) 212-1482 |
| (336) 430-0443 |
| (361) 813-9819 |
| (388) 437-4603 |
| (402) 202-3431 |
| (402) 216-9483 |
| (402) 380-5371 |
| (402) 490-9370 |
| (402) 670-9878 |
| (402) 720-7406 |
| (402) 720-8638 |
| (402) 729-7761 |
| (402) 826-8809 |
| (402) 928-0635 |
| (402) 952-0532 |
| (402) 952-0553 |
| (402) 952-0560 |
| (402) 952-0561 |
| (402) 968-8284 |

Phone Numbers for Text Searches

| |
|---|
| (402) 983-1681 |
| (402) 990-2175 |
| (402) 990-5244 |
| (404) 229-8910 |
| (404) 754-6570 |
| (405) 227-1360 |
| (405) 550-2195 |
| (405) 747-4832 |
| (405) 833-2074 |
| (407) 952-0553 |
| (410) 271-1398 |
| (414) 732-3883 |
| (414) 918-3293 |
| (419) 266-1978 |
| (435) 691-4705 |
| (440) 225-4854 |
| (440) 506-8501 |
| (479) 200-3879 |
| (479) 200-4576 |
| (479) 236-1192 |
| (479) 236-4836 |
| (479) 236-5157 |
| (479) 236-5375 |
| (479) 236-7651 |
| (479) 236-8706 |
| (479) 263-0358 |
| (479) 263-6083 |
| (479) 263-9890 |
| (479) 268-5920 |
| (479) 268-5922 |
| (479) 273-0128 |
| (479) 290-2970 |
| (479) 290-3949 |
| (479) 290-4001 |
| (479) 290-4002 |
| (479) 290-4194 |
| (479) 290-4235 |
| (479) 290-4617 |
| (479) 290-5817 |
| (479) 290-6338 |
| (479) 290-6393 |
| (479) 290-6676 |
| (479) 290-8094 |
| (479) 290-8095 |
| (479) 290-8096 |
| (479) 387-1749 |
| (479) 387-6178 |

Phone Numbers for Text Searches

Pork Antitrust Litigation

| |
|---|
| (479) 387-7426 |
| (479) 435-4974 |
| (479) 466-9322 |
| (479) 595-1328 |
| (479) 601-1584 |
| (479) 601-3250 |
| (479) 713-0877 |
| (479) 713-9779 |
| (479) 713-9961 |
| (479) 841-7584 |
| (479) 871-0563 |
| (479) 871-1240 |
| (479) 871-4186 |
| (479) 871-4959 |
| (479) 871-8566 |
| (479) 871-9491 |
| (479) 879-2864 |
| (479) 879-7262 |
| (479) 903-5783 |
| (479) 957-7801 |
| (479) 968-5376 |
| (479) 986-1364 |
| (502) 552-5341 |
| (502) 582-0317 |
| (503) 784-3036 |
| (505) 220-4796 |
| (507) 206-7232 |
| (507) 206-7433 |
| (507) 206-7544 |
| (507) 206-7957 |
| (507) 206-9643 |
| (507) 206-9833 |
| (507) 208-3021 |
| (507) 208-8179 |
| (507) 215-0474 |
| (507) 215-3749 |
| (507) 215-5032 |
| (507) 219-1048 |
| (507) 219-6986 |
| (507) 227-2308 |
| (507) 227-9485 |
| (507) 272-9693 |
| (507) 276-7883 |
| (507) 279-0216 |
| (507) 279-0480 |
| (507) 298-0968 |
| (507) 301-1089 |

Phone Numbers for Text Searches

Pork Antitrust Litigation

| |
|---|
| (507) 301-1110 |
| (507) 301-1160 |
| (507) 301-2128 |
| (507) 317-5617 |
| (507) 344-6466 |
| (507) 381-0611 |
| (507) 381-9630 |
| (507) 383-3062 |
| (507) 437-5173 |
| (507) 437-5318 |
| (507) 437-5691 |
| (507) 437-5694 |
| (507) 437-5696 |
| (507) 437-5697 |
| (507) 437-5698 |
| (507) 438-0009 |
| (507) 438-1119 |
| (507) 440-4172 |
| (507) 440-4920 |
| (507) 440-6811 |
| (507) 460-8708 |
| (507) 589-5890 |
| (507) 774-9655 |
| (507) 794-8582 |
| (507) 822-8488 |
| (507) 822-8489 |
| (507) 840-0778 |
| (507) 841-0402 |
| (507) 841-0931 |
| (507) 841-4108 |
| (507) 848-6751 |
| (507) 993-0346 |
| (507) 993-2661 |
| (507) 993-3506 |
| (507) 993-5185 |
| (513) 218-5392 |
| (513) 226-1690 |
| (513) 235-3414 |
| (513) 260-4401 |
| (513) 502-8948 |
| (513) 672-4520 |
| (513) 884-5044 |
| (513) 979-5141 |
| (515) 203-1325 |
| (515) 204-7036 |
| (515) 210-1263 |
| (515) 210-6907 |

Phone Numbers for Text Searches

| |
|---|
| (515) 223-2606 |
| (515) 229-4235 |
| (515) 230-9272 |
| (515) 231-2758 |
| (515) 231-7027 |
| (515) 238-7389 |
| (515) 240-0315 |
| (515) 240-7240 |
| (515) 250-4505 |
| (515) 284-4856 |
| (515) 298-1421 |
| (515) 320-1343 |
| (515) 321-5550 |
| (515) 330-5431 |
| (515) 333-1092 |
| (515) 360-6188 |
| (515) 418-2450 |
| (515) 450-2029 |
| (515) 451-6652 |
| (515) 473-1580 |
| (515) 480-0370 |
| (515) 491-5173 |
| (515) 509-1570 |
| (515) 520-3299 |
| (515) 520-9208 |
| (515) 554-6059 |
| (515) 556-8964 |
| (515) 577-0784 |
| (515) 669-5536 |
| (515) 681-3445 |
| (515) 681-6476 |
| (515) 681-7673 |
| (515) 689-0500 |
| (515) 689-0522 |
| (515) 689-2495 |
| (515) 689-3632 |
| (515) 689-6642 |
| (515) 720-0936 |
| (515) 720-3332 |
| (515) 778-7763 |
| (515) 795-3626 |
| (515) 817-6065 |
| (515) 864-1776 |
| (515) 864-7994 |
| (515) 864-8848 |
| (515) 890-2252 |
| (515) 979-5730 |

Phone Numbers for Text Searches

| |
|---|
| (515) 984-6046 |
| (515) 988-2244 |
| (515) 988-5686 |
| (520) 582-0317 |
| (520) 907-8170 |
| (540) 750-0399 |
| (540) 896-4043 |
| (559) 999-1514 |
| (561) 523-1796 |
| (563) 212-3475 |
| (563) 299-6112 |
| (563) 320-0369 |
| (563) 343-3545 |
| (563) 349-8722 |
| (563) 379-9100 |
| (563) 412-9208 |
| (563) 412-9256 |
| (563) 529-1581 |
| (563) 940-0600 |
| (573) 268-1422 |
| (573) 289-0088 |
| (580) 334-5750 |
| (580) 461-7151 |
| (580) 541-9166 |
| (580) 651-6299 |
| (580) 651-6507 |
| (580) 651-6725 |
| (580) 651-7141 |
| (580) 651-7566 |
| (585) 662-7131 |
| (602) 430-5105 |
| (605) 235-2692 |
| (605) 235-2812 |
| (605) 235-3081 |
| (605) 235-3325 |
| (605) 235-3649 |
| (605) 295-2406 |
| (605) 323-3514 |
| (605) 330-3144 |
| (605) 330-3300 |
| (605) 592-0373 |
| (605) 660-8944 |
| (608) 243-0776 |
| (608) 279-2160 |
| (608) 588-5405 |
| (608) 588-5407 |
| (608) 588-5409 |

Phone Numbers for Text Searches

| |
|---|
| (608) 588-5884 |
| (610) 405-4985 |
| (610) 504-9078 |
| (612) 202-3143 |
| (612) 747-0943 |
| (612) 805-4735 |
| (612) 963-8092 |
| (614) 783-9800 |
| (615) 476-0808 |
| (617) 560-9351 |
| (618) 301-2051 |
| (618) 301-2055 |
| (618) 322-5315 |
| (618) 335-0555 |
| (618) 335-0883 |
| (618) 335-1359 |
| (618) 335-1557 |
| (618) 335-1940 |
| (618) 335-2022 |
| (618) 335-8663 |
| (618) 335-8933 |
| (618) 401-3572 |
| (618) 525-8824 |
| (618) 541-2286 |
| (618) 791-3560 |
| (618) 792-8082 |
| (618) 792-8320 |
| (618) 830-1041 |
| (618) 830-2077 |
| (618) 830-5821 |
| (618) 830-7676 |
| (618) 830-8362 |
| (618) 844-7471 |
| (618) 844-7527 |
| (619) 980-9962 |
| (626) 905-5029 |
| (630) 437-0900 |
| (630) 453-1024 |
| (630) 544-7169 |
| (630) 835-9892 |
| (641) 229-6170 |
| (641) 229-6319 |
| (641) 330-3943 |
| (641) 364-7844 |
| (641) 394-6514 |
| (641) 485-5631 |
| (641) 485-9363 |

| |
|---|
| (641) 584-2777 |
| (641) 660-2469 |
| (641) 680-2041 |
| (641) 751-6714 |
| (641) 757-9300 |
| (660) 748-5602 |
| (704) 298-0936 |
| (704) 330-9171 |
| (704) 533-2088 |
| (704) 791-4858 |
| (712) 212-6127 |
| (712) 212-6731 |
| (712) 223-6480 |
| (712) 229-2102 |
| (712) 229-8906 |
| (712) 229-8913 |
| (712) 229-8915 |
| (712) 251-2272 |
| (712) 251-2678 |
| (712) 251-5243 |
| (712) 251-6112 |
| (712) 251-7650 |
| (712) 252-7650 |
| (712) 252-9075 |
| (712) 259-4587 |
| (712) 259-9054 |
| (712) 273-5745 |
| (712) 277-2632 |
| (712) 299-0891 |
| (712) 299-3426 |
| (712) 330-3678 |
| (712) 371-2150 |
| (712) 389-7860 |
| (712) 490-2506 |
| (712) 490-2809 |
| (712) 490-3502 |
| (712) 490-6201 |
| (712) 490-8076 |
| (712) 490-8148 |
| (712) 490-9209 |
| (712) 490-9777 |
| (712) 539-2994 |
| (712) 574-0092 |
| (712) 574-0284 |
| (712) 574-1230 |
| (712) 574-1994 |
| (712) 574-2069 |

Pork Antitrust Litigation

| |
|---|
| (712) 574-4194 |
| (712) 574-8736 |
| (712) 749-5254 |
| (712) 752-8666 |
| (712) 830-7745 |
| (712) 898-1460 |
| (712) 898-7402 |
| (712) 898-8812 |
| (712) 899-6143 |
| (712) 899-6278 |
| (712) 899-8961 |
| (717) 413-8717 |
| (717) 554-0475 |
| (717) 725-2781 |
| (720) 579-4920 |
| (732) 673-8323 |
| (757) 274-6172 |
| (757) 275-4548 |
| (757) 284-8025 |
| (757) 323-5025 |
| (757) 332-0049 |
| (757) 334-2402 |
| (757) 345-1146 |
| (757) 355-2620 |
| (757) 357-1514 |
| (757) 365-1986 |
| (757) 371-1032 |
| (757) 371-9499 |
| (757) 375-1648 |
| (757) 375-2541 |
| (757) 375-5758 |
| (757) 377-0989 |
| (757) 377-3983 |
| (757) 377-7733 |
| (757) 377-8730 |
| (757) 503-6793 |
| (757) 510-3194 |
| (757) 535-7703 |
| (757) 570-2441 |
| (757) 585-6544 |
| (757) 593-3144 |
| (757) 618-9246 |
| (757) 620-1746 |
| (757) 620-9438 |
| (757) 620-9715 |
| (757) 642-0359 |
| (757) 687-9664 |

Phone Numbers for Text Searches

| |
|---|
| (757) 705-1989 |
| (757) 771-6418 |
| (757) 803-3620 |
| (757) 803-4521 |
| (757) 803-7452 |
| (757) 803-8518 |
| (757) 813-4899 |
| (757) 846-7077 |
| (757) 846-8197 |
| (757) 846-8435 |
| (757) 876-2475 |
| (757) 876-6606 |
| (763) 744-7011 |
| (765) 210-0658 |
| (765) 412-1450 |
| (765) 426-0029 |
| (765) 489-1387 |
| (765) 564-3680 |
| (765) 564-3844 |
| (765) 564-7269 |
| (765) 654-9722 |
| (785) 806-4732 |
| (800) 626-7424 |
| (800) 679-7979 |
| (803) 429-3759 |
| (804) 382-4697 |
| (804) 690-5430 |
| (804) 814-9353 |
| (806) 252-8156 |
| (812) 493-2892 |
| (814) 758-3115 |
| (815) 275-9018 |
| (815) 591-4010 |
| (815) 761-5368 |
| (815) 848-5158 |
| (816) 243-2737 |
| (816) 243-2738 |
| (816) 243-2739 |
| (816) 243-2782 |
| (816) 243-2783 |
| (816) 243-2786 |
| (816) 243-2793 |
| (816) 243-2803 |
| (816) 243-2804 |
| (816) 243-2808 |
| (816) 243-2809 |
| (816) 243-2822 |

Pork Antitrust Litigation

| |
|---|
| (816) 243-2824 |
| (816) 243-2825 |
| (816) 243-2827 |
| (816) 243-2870 |
| (816) 243-2871 |
| (816) 243-2876 |
| (816) 243-2878 |
| (816) 243-3396 |
| (816) 243-4312 |
| (816) 243-4334 |
| (816) 243-4342 |
| (816) 243-4355 |
| (816) 260-0149 |
| (816) 260-0892 |
| (816) 260-1209 |
| (816) 260-1660 |
| (816) 260-5882 |
| (816) 260-9231 |
| (816) 261-4789 |
| (816) 261-5284 |
| (816) 266-0040 |
| (816) 273-8890 |
| (816) 288-3488 |
| (816) 289-5501 |
| (816) 304-1101 |
| (816) 344-8580 |
| (816) 396-2701 |
| (816) 396-2706 |
| (816) 396-2707 |
| (816) 396-2736 |
| (816) 396-2831 |
| (816) 396-2832 |
| (816) 396-2856 |
| (816) 401-7768 |
| (816) 500-4979 |
| (816) 500-6184 |
| (816) 500-9701 |
| (816) 507-1402 |
| (816) 507-5940 |
| (816) 509-0971 |
| (816) 509-5585 |
| (816) 509-5657 |
| (816) 510-3641 |
| (816) 510-6484 |
| (816) 510-8476 |
| (816) 510-9966 |
| (816) 516-5992 |

Phone Numbers for Text Searches

| |
|---|
| (816) 519-6826 |
| (816) 522-0827 |
| (816) 536-6046 |
| (816) 589-8824 |
| (816) 591-1240 |
| (816) 591-4010 |
| (816) 591-8443 |
| (816) 604-7088 |
| (816) 665-4308 |
| (816) 678-5579 |
| (816) 728-8640 |
| (816) 728-8659 |
| (816) 786-0629 |
| (816) 803-1935 |
| (816) 805-0156 |
| (816) 806-3326 |
| (816) 806-3354 |
| (816) 807-7303 |
| (816) 835-7542 |
| (816) 868-3348 |
| (816) 868-4139 |
| (816) 868-7978 |
| (816) 872-0469 |
| (816) 876-1086 |
| (847) 421-6772 |
| (847) 651-9870 |
| (847) 757-2842 |
| (847) 772-5313 |
| (850) 699-3950 |
| (860) 208-3342 |
| (866) 267-4412 |
| (888) 634-6740 |
| (901) 647-8453 |
| (901) 761-8420 |
| (901) 761-8465 |
| (910) 289-9155 |
| (910) 290-1511 |
| (910) 290-5531 |
| (910) 293-3434 |
| (910) 293-5200 |
| (910) 299-3006 |
| (910) 301-0072 |
| (910) 372-8060 |
| (910) 379-7555 |
| (910) 385-6229 |
| (910) 385-6913 |
| (910) 470-1042 |

Phone Numbers for Text Searches

| |
|---|
| (910) 506-9411 |
| (910) 592-2104 |
| (910) 596-8295 |
| (910) 862-5246 |
| (910) 862-5252 |
| (912) 665-8155 |
| (913) 205-4234 |
| (913) 205-7839 |
| (913) 219-1044 |
| (913) 229-2335 |
| (913) 261-2614 |
| (913) 302-0361 |
| (913) 302-1480 |
| (913) 302-1550 |
| (913) 302-2484 |
| (913) 302-3057 |
| (913) 302-4229 |
| (913) 302-5890 |
| (913) 302-9638 |
| (913) 302-9880 |
| (913) 302-9881 |
| (913) 302-9882 |
| (913) 302-9883 |
| (913) 302-9884 |
| (913) 302-9885 |
| (913) 314-1384 |
| (913) 314-7379 |
| (913) 314-7501 |
| (913) 314-8597 |
| (913) 314-9824 |
| (913) 314-9907 |
| (913) 394-9907 |
| (913) 439-9858 |
| (913) 449-8764 |
| (913) 558-2575 |
| (913) 558-6175 |
| (913) 558-8141 |
| (913) 593-3352 |
| (913) 593-6455 |
| (913) 660-3463 |
| (913) 687-2897 |
| (913) 708-2194 |
| (913) 709-8881 |
| (913) 754-6244 |
| (913) 787-2044 |
| (913) 851-3269 |
| (913) 888-5103 |

Phone Numbers for Text Searches

Pork Antitrust Litigation

| |
|---|
| (913) 957-0163 |
| (913) 957-6206 |
| (913) 972-2673 |
| (913) 991-0290 |
| (917) 297-3360 |
| (917) 692-6985 |
| (918) 964-9729 |
| (920) 698-0594 |
| (928) 358-8372 |
| (928) 386-0544 |
| (941) 400-1265 |
| (941) 450-5905 |
| (949) 794-2241 |
| (952) 292-7759 |
| (970) 223-1237 |
| (970) 237-1273 |
| (970) 260-5920 |
| (970) 260-5960 |
| (970) 301-6181 |
| (970) 302-5020 |
| (970) 302-6194 |
| (970) 302-8191 |
| (970) 330-7712 |
| (970) 371-2754 |
| (970) 373-6261 |
| (970) 373-8024 |
| (970) 381-4430 |
| (970) 506-7595 |
| (970) 506-7622 |
| (970) 506-7664 |
| (970) 506-7904 |
| (970) 506-8003 |
| (970) 506-8008 |
| (970) 506-8235 |
| (970) 584-9659 |
| (970) 590-5763 |
| (970) 590-5886 |
| (973) 873-4935 |
| (973) 938-9256 |
| (262) 587-2410 |
| (262) 587-2618 |
| (402) 314-0669 |
| (910) 267-1870 |
| (910) 269-2918 |
| (910) 282-0605 |
| (910) 282-6605 |
| (910) 285-2778 |

Phone Numbers for Text Searches

| |
|---|
| (910) 285-6865 |
| (910) 289-2111 |
| (910) 289-2114 |
| (910) 289-2263 |
| (910) 289-2414 |
| (910) 289-2918 |
| (910) 289-4211 |
| (910) 289-4214 |
| (910) 289-4476 |
| (910) 289-4493 |
| (910) 293-2939 |
| (910) 293-3089 |
| (910) 293-3139 |
| (910) 293-3285 |
| (910) 293-4226 |
| (910) 293-4344 |
| (910) 293-4737 |
| (910) 293-9352 |
| (910) 296-0107 |
| (910) 296-1120 |
| (910) 296-1437 |
| (910) 296-1524 |
| (910) 296-1800 |
| (910) 296-1823 |
| (910) 296-1860 |
| (910)265-2778 |
| (919) 865-3059 |
| (940) 267-1870 |
| (940) 843-3487 |

560617

Phone Numbers for Text Searches

| Search Terms for Text Messages |
|---|
| Smithfield OR "Farmland" or "MurphyBrown" or "Murphy Brown" or "John Morrell" or "Farmer John" or farmerjohn |
| *smithfield.com OR *smithfieldfoods.com OR *farmland.com OR *murphybrownllc.com OR *sf-fl.com OR *sf.fl.com OR *jmfg.com OR *farmerjohn.com |
| Copa OR Dubbert OR (Ron* w/2 Knowles) OR ((robert or bo) w/2 manly) OR Phalen OR (Larry w/2 Pope) OR (Scott w/2 Saunders) OR (Gregg w/2 Schmidt) OR (Dhamu or Thamodaran) OR Barger OR Bogaard OR Dohlman OR (Su* w/2 Dow) OR (Vic* w/2 Flemming) OR Kaster OR Lombardo OR ((Robert or Bob*) w/2 Moore) OR Sabin OR Szaloky OR Luckman OR (Ken* w/2 Sullivan) OR (Keller w/2 Watts) OR ((joe or joseph) w/2 Weber) OR luter OR Schellpeper OR Nunziata OR Sebring OR Dokken OR (Arn* w/2 Silver) OR Mallahan OR (Jerry w/2 Lamb) OR Kapella OR (john w/2 french) or (Darden w/2 Hurt) or (Jacob w/2 Einberger) or ((Benjamin or Benjie or Ben) w/2 Oates) or  (Brian w/2 Gordon) |
| timshellpeper* OR toschellpeper* OR ebarger* OR ddubbert* OR srphalen* OR joeweber* OR markcopa* OR dandubbert* OR ronknowles* OR robertmanly* OR shellyphalen* OR clarrypope* OR larrypope* OR scottsaunders* OR greggschmidt* OR dhamuthamodaran* OR elizabethbarger*  OR robertbogaard*OR jessedohlman* OR susandow* OR victorflemming* OR collettekaster* OR keiralombardo* OR robertmoore*  OR dansabin* OR joeszaloky* OR jeffluckman* OR kennethsullivan* OR kellerwatts* OR josephluter* OR glennnunziata* OR josephsebring* OR russelldokken* OR arnoldsilver* OR karolinamallahan* OR jerrylamb* OR dankapella* OR jfrench* or dhurt* or jeinberger* or boates* or bgordon* |
| Tyson or TSN or TYSN |
| *tyson.com |
| (Don* w/2 Tyson) OR John* w/2 Tyson) OR ((Thomas or Tom) w/2 Hayes) OR (Don* w/2 Smith) OR (Rich* w/2 Bond) OR (Noel w/2 White) OR Stouffer OR (Todd w/2 Neff) OR (Shane w/2 Miller) OR Krehbiel OR Solsma OR ((James or Jim) w/2 Schmitz) OR (Steve* w/2 Billups) OR (Deborah w/2 McConnell) OR Tollett OR Lochner OR (Leah w/2 Anders*) OR Brester OR Machan OR (Jeremy w/2 Dickinson) OR (John* w/2 Thomas) OR Kathol OR Wisener OR Holbrook OR Leatherby OR (Ray* w/2 McGaugh) OR Sheneman OR Hollingsworth OR Gingerich OR Glendinning OR Johnk OR Roel or Andriessen or (melissa w/2 fick) or (donnie w/2 king) or Heffernan |
| deb.mcconnell* OR noel.white* OR todd.neff* OR shane.miller* OR jason.brester* OR gary.machan* OR john.c.thomas* OR don.tyson* OR john.h.tyson* OR thomas.hayes* OR donnie.smith* OR richard.bond* OR stephen.stouffer* OR jay.krehbiel* OR jason.solsma* OR james.schmitz* OR steve.billups* OR leland.tollett* OR james.lochner* OR leah.andersen* OR jeremy.dickinson* OR jon.kathol* OR ruth.wisener* OR ruth.a.wisener* OR jerry.holbrook* OR dennis.leatherby* OR ray.mcgaugh* OR gary.sheneman* OR raymond.hollingsworth* OR mark.gingerich* OR steward.glendinning* OR lanny.johnk* OR roel.andriessen* or melissa.fick* or donnie.king* or daniel.heffernan* |

| |
|---|
| Triumph or seaboardtriumphfoods |
| *triumphfoods.com OR *seaboardtriumphfoods.com OR *stfmail.com |
| (Mark w/2 Campbell) OR Papenberg OR (Matt* w/2 England) OR Wedeking OR Lehenbauer OR ((Tom* or Thomas) w/2 French) OR (Ken* w/2 Grannas) OR Diebold OR ((Rick or Rich*) w/2 Hoffman) OR Kleiniein OR Larimer OR (Pat* w/2 Lilly) OR (Dan* w/2 Marlow) OR Schmerbach OR McClain OR Southwell OR (Clay w/2 Swan) OR Conaway OR Reeder OR (Misty w/2 Taylor) |
| kgrannas* OR mengland* OR alarimer* OR mcampbell* OR fpapenberg* OR kwedeking* OR jlehenbauer* OR tfrench* OR jdiebold* OR rhoffman* OR jkleiniein* OR plilly* OR dmarlow* OR dschmerbach* OR msouthwell* OR cswan* OR kconaway* OR jreeder* OR mtaylor* |
| Seaboard or "sea board" or SBF or seaboardtriumphfoods |
| *seaboardfoods.com OR *seaboardtriumphfoods.com OR *stfmail.com |
| Blumhardt OR Brenneman OR (Mel w/2 Davis) OR Dye OR Getzel OR Ginther OR Hast OR (Kevin w/2 Henn) or (Ter* w/ Holton) OR Hunderdosse OR (Gary w/2 Lewis) OR (Duke w/2 Sand) OR (Kevin w/2 Smith) OR (Josh* w/2 Stewart) OR Summerlin OR Taphorm OR (Joan w/2 Contreras) OR Lecluyse OR (Lesa w/2 Tuley) OR Brandi w/2 McClure |
| stephen_summerlin* OR damon_ginther* OR rod_brenneman* OR terry_holton* OR marty_hast* OR thomas_blumhardt* OR mel_davis* OR tom_dye* OR bret_getzel* OR kevin_henn* OR aaron_hunderdosse* OR gary_lewis* OR duke_sand* OR kevin_smith* OR josh_stewart* OR brian_taphorn* OR joan_contreras* OR anna_lecluyse* OR lesa_tuley* OR brandi.mcclure* or brandi_mcclure* |
| "Agri Stats" or agristat* or agstat* or "A-stat" OR "agri-stats" OR "agri-metrix" or agrimetrix OR "agri metrix" OR "agri tech" OR "AG-stats" OR agsts OR astats OR agst OR agrimetric* OR "agri metric" OR "agri metrics" OR "agri-metrics" "Express Market" OR "Express Markets" OR "EMI" OR ExpressMarket* OR  paragon* OR *emianalytics.com |
| *agristats.com OR *expressmarketsinc.com OR *emianalytics.com |
| (Brian w/2 Synder) OR Grismore OR Scholer OR Bilbrey OR (Stac* w/2 Edwards) OR (Stac* w/2 Brooks) OR Dess OR Agne OR (Josh* w/2 Edwards) OR Feitz OR (Steve* w/2 Meyer) OR Stegall OR Neff OR (Blair w/2 Synder) OR Matt w/2 McNeal |
| dgrismore* OR sedwards* OR bhsnyder* OR escholer* OR gbilbrey* OR gdess* OR cagne* OR jedwards* OR jfeitz* OR smeyer* OR cstegall* OR tneff* OR bsnyder* OR sbrooks* OR mmcneal* |
| Hormel or PFFJ* |
| *hormel.com |
| Bogle OR Bollum OR Chenoweth OR Hoefflin OR Peil OR (Jose w/2 Rojas) OR Temperley OR Adwell OR Annis OR (Steve* w/2 Binder) OR ((Tom or Thomas) w/2 Day) OR Ettinger or Farnsworth OR Feragen OR (Jana w/2 Haynes) OR Hyland or Lieberum OR ((Jim OR James) w/2 Sheehan) OR ((William or Bill) w/2 Snyder) OR Coffey OR Fiala OR Leitch OR Meiergerg OR Snee OR Gyarmarty OR (Neal w/2 Hull) OR ((Jennifer or Jenny) w/2 Johnson) OR LaVallie OR Steinbach OR Venenga OR  (Rebecca w/2 Roddy) |
| jnsheehan* OR cdbollum* OR paul_l_peil* OR RMRoddy* |

| |
|---|
| Clemens or CFG or CVF or "country view family farms" or Hatfield or cvff or hqm |
| *cvff.com OR *clemensfoodgroup.com OR *clemensdevelopment.com OR *clemensfamilycorp.com OR *cvff.com OR *hqm.com |
| (Doug* w/2 Clemens) OR Edsill OR (Eric w/2 Patton) OR Rennells OR ((Rob* OR Bob) w/ Ruth) OR Groff OR Masotta OR Schmberbeck OR Budnick OR (Phil* w/2 Clemens) OR ((Ronald or Ron) w/2 Freed) or ((Thomas or Tom) w/2 Clemens) |
| dgroff* or dclemens* OR cedsill* or epatton* OR jrennells* OR rruth* OR jmasotta* OR jschmerbeck* OR dbudnick* OR pclemens* OR ron@clemens* or tom@hqm* |
| JBS* or Cargill |
| *jbssa.com OR *JBSunited.com OR *cargill.com |
| (wesley w/2 batista) OR (joesley w/2 batista) OR (Don* w/2 Jackson) OR Nogueira OR Bruett OR Denilson OR (Garry w/2 Albright) OR (Kevin w/2 Arnold) OR (Ed* w/2 Bick) OR (Jerry w/2 Bick) OR (Jerry w/2 Brooks ) OR Dooley OR Goulding OR (Tim* w/2 Hiller) OR ((Bob OR Robert) w/2 Krebs) OR (Kristina w/2 Lambert) OR Lorenger OR (Matt* w/2 Turner) OR (Eric w/2 Wallin) OR Andersland OR Fosbery OR Huebner OR (Rob* w/2 Kearns) OR Kupfer OR (Ron* w/2 Ott) OR (Lisa w/2 Peters) OR (George w/2 Price) OR ((Mike OR Michael) w/2 Swanson) OR (Joe* w/2 Newhart) OR ((Mike or Michael) w/2 McCarthy) OR (Sara w/2 Armstrong) OR (Beth w/2 Foss) OR (Jeannie w/2 Foster) OR (Jeff* w/2 Greene) OR (Tim* w/2 Uber) |
| kevin.arnold* OR wesley.batista* OR joesley.batista* OR don.jackson* OR andre.nogueira* OR cameron.bruett* OR denilson.molina* OR garry.albright* OR ed.bick* OR jerry.brooks* OR martin.dooley* OR roger.goulding* OR tim.hiller* OR bob.krebs* OR kristina.lambert* OR brad.lorenger* OR matthew.turner* OR eric.wallin* OR ryan.andersland* OR jamie.fosbery* OR pat.huebner* OR robbie.kearns* OR joh.kupfer* OR ron.ott* OR lisa.peters* OR george.price* OR michael.swanson* OR joe.newhart* OR mike.mccarthy* OR sara.armstrong* OR beth.foss* OR jeannie.foster* OR jeff.greene* OR tim.uber* |
| IPC or "Indiana Packers" |
| *inpac.com OR *indianapackerscorp.com |
| (Gary w/3 Jacobson) OR (Russ* w/3 Yearwood) OR (Dav* w/3 Murray) OR (Galen w/3 Stiverson) OR (Mark w/3 McCain) OR  ((James or Jim) w/3 Allen) |
| Gary.Jacobson OR Russell.Yearwood OR David.Murray OR Galen.Stiverson OR Mark.McCain OR James.Allen |
| (agro w/2 bauer) OR (aspen w/2 pork) OR (cottonwood w/2 river) OR (eichelberger w/2 farm*) OR (IC w/2 pork) OR (kronseder w/2 farm*) OR (nfp w/2 west) OR (oak w/2 research) OR (southern w/2 minnesota w/2 farm*) OR hanor OR trioak OR (upper w/2 midwest w/2 swine) OR (allied w/2 producer*) OR (christensen w/2 farm*) OR (crown w/2 prairie) OR (ewington w/2 farm*) OR (new w/2 fashion w/2 pork) OR (roberts w/2 ranch) OR ((daily's OR dailys) w/2 premium) |

Text Message Search Terms

*eichelbergerfarms@gmail.com OR *eichfarms.com OR *eichelbergerfarms.com OR *hanorusa.com OR *hanorcompany.com OR *trioak.com OR *alliedproducers.com OR *christensenfarms.com OR *nfpinc.com OR *dailysmeats.com

(allied w/2 producer*) OR christensen OR eichelberger OR hanor OR "Iowa Select" OR *iowaselect OR *jkerns OR "Joe Kerns" OR (maple w/2 leaf) OR (pork w/2 king w/2 packing) OR (Premium w/2 Iowa w/2 Pork) OR (sara w/2 lee) OR (swift w/2 pork) OR pigsrus OR Maschhoffs OR themaschhoffs OR trioak OR (wakefield w/2 pork)

*christensenfarms.com OR *farmtel.net OR *hanorusa.com OR *iowaselect.com OR *mapleleaf.ca OR *mapleleaf.com OR *porkkingpacking.com OR *premiumiowapork.com OR *saralee.com OR *jbssa.com OR *pigsrus.net OR *trioak.com OR *wakefieldpork.com

"National Pork Producers Council" OR (neil w/2 dierks) OR NPPC OR *@nppc.org OR "PORK Academy" OR "National Pork" OR "Fall Legislative Action Conference" OR "National Pork Industry Forum" OR "Spring Legislative Conference" OR "World Pork Expo" OR PORKPAC OR LEADR OR "Pork Leadership Institute" OR "Food Marketplace Inc." OR (Leslie w/2 sarasin) OR "Food Marketing Institute" OR *fmi.org OR "21st Century Strategic Forums" OR *porkconference.com OR *21stforums.com OR "National Pork Industry Conference" OR NPIC OR "Graham Strategic Partners" OR "Larry Graham" OR "Lawrence Graham" OR "National Pork Board" OR (dav* w/2 newman) OR (gene w/2 noem) OR *@pork.org OR "21st Century Pork Club" OR "Pork Checkoff" OR "North American Meat Institute" OR (pat* w/2 boyle) OR jpboyle* OR (barry w/2 carpenter) OR bcarpenter* OR *meatami OR (cristl w/2 (mccarthy or cmccarthy*)) OR NAMI OR *@meatinstitute.org OR "American Meat Institute" OR NAMI OR AMI OR (animal w/2 care w/2 handling w/2 conference) OR "Annual Meat Conference"

(International w/2 Meat /2 Poultry w/2 Seafood w/2 Convention w/2 Expo) OR "Meat Industry Management Conference" OR "Meat Industry Summit" OR "Outlook and Industry Management Conference*" OR "Meat Institute" or meatinstitute or *meatinstitute.org OR (julie w/2 potts) OR "Worldwide Food Expo" OR IFDA OR "Center of the Plate Training" OR "Environmental Conference" OR "Fall Forum" OR IPPE OR "Meat Pavilion" OR "Meat Industry Food Safety Conference" OR "International Meat Secretariat" OR *meat-ims.org OR "World Meat Congress" OR IMS OR "United States Meat Export Federation" OR "U.S. Meat Export Federation" OR USMEF OR *@usmef.org OR (phil* w/2 (seng OR pseng*)) OR *usmef.org OR jhaggard* OR "World Meat Congress" OR "American Feed Industry Assoc*" OR ((constance or connie) w/2 cullman) OR AFIA OR *@afia.org OR "International Production and Processing Expo" OR IPPE

Text Message Search Terms

(Justin w/2 Sherrard)  OR (sawyer w/2 (will* OR WR OR W.R.)) OR (don* w/2 close) or Cordingley OR (Chenjun w/2 Pan) OR (Ben w/2 santoso) OR (Christine w/2 McCracken) OR or (Weststrate or westrate or Adriaan)  or (juan 2/ manual w/2 fernandez) OR ((jm or j.m.) w/2 fernandez) OR CoBank* OR tamen* OR Isahling* OR *cobank.com OR BMO*  OR bmocm or *bmo.com or zaslow or kzaslow OR (ken* /2 zaslow) OR Compeer*  OR *kerns-associates.com OR (Kerns w/2 Assoc*) OR (steve w/2 meyer) OR (Meredith* w/2 Corp*) OR (Jefferies w/2 LLC) OR Jagdale* OR Akshay* OR (Stephens w/2 Inc)  OR bienvenu* or *stephens.com or faslam* Farha or Aslam OR "Goldman Sachs"  OR GoldmanSachs or *gs.com OR "JP Morgan*"  OR  JPMorgan* or JPM or "Basic Materials Conference" or *jpmorganchase.com or *jpmchase.com or *jpmorgan or (Ken* w/2 Goldman) or *jpmresearchmail.com or jpmchase or (Hinsdale w/2 Palmer) or  (alan w/2 alanis) OR "Merrill Lynch" OR ml.com OR (Bank w/2 America) OR bankofamerica or BOA or "Global Agriculture Conference" or *bankofamerica.com or *baml.com OR "b of a" OR bofa OR boa OR "bottom line" OR agstar or (Graham w/2 Dee) OR (Aaron w/2 Knewston) OR (Craig w/2 Nelson) OR (Mark w/2 Greenwood) OR "Deutsche Bank*" OR db.com or (Christina w/2 McGlone) OR (Vertical w/2 Group) OR (Heather w/2 Jones) OR hljones* or vertgrp* OR *bbandtcm.com or bbtcapitalmarkets.com or "BB&T Capital" OR "Morgan Stanley" or morganstanley* or Colantuoni* OR "Credit Suisse" or ((bob OR Robert) w/2 Moskow) OR "Cleveland Research" or  OR "cleveland-research" or cmccracken* or (Christine w/2 McCracken) OR "pork outlook" OR "outlook conference" or "pork conference" OR (Nielsen OR IRI OR iriworldwide OR nielsen.com) AND (supply* OR Inventor* OR Pric*) OR "Urner Barry" OR UrnerBarry* or Urner* or UB OR (BAIN  OR  Mckinsey  OR  Deloitte  OR  "hudson river group"  OR  "charles river") AND (pork or swine or hog* or sow*)

---

pork OR hog* OR swine OR porcine OR pig* OR sow OR shoat* OR boar* OR gilt OR bacon* OR sausage OR ham OR shoulder OR loin* OR backloin* OR tenderloin* OR chop* OR hock* OR picnics OR butt OR butts OR rib OR ribs OR backrib* OR bellies OR primal* OR "sub-primal" OR subprimal OR brisket OR jowl* OR lard OR herd OR drift OR drove OR litter* OR passel OR sounder OR singular

---

pric* OR demand OR suppl* OR head OR kill* OR cut* OR tight* OR capacity OR market* OR industry OR compet* OR slaughter OR quantity OR courage* OR disciplin* OR coordinat* OR produc* OR inventor* OR cost* OR rational* OR irrational* OR benchmark OR index OR indic* OR share OR monitor* OR manual OR lead* OR intelligence OR deanonym* OR anonym* OR "de-anonymize" OR "de-anonymization"

---

constrain* OR restrain* OR increas* OR expand* OR grow* OR grew* OR spik* OR climb* OR increment* OR fluctuat* OR decreas* OR shrink* OR reduc* OR restrict* OR reced* OR recession* OR slow* OR drop* OR dips* OR fall* OR chang* OR adjust* OR modif* OR add* OR subtract* OR amend* OR revis* OR rework* OR refin* OR alter OR chang*  OR  adjust*  OR  modif* OR decrease* OR lower* OR raise*

| |
|---|
| export* OR "relief valve" OR dump OR foreign OR territor* OR international OR import* |
| Civil investigative demand OR CID or "Department of Justice" OR USDOJ OR DOJ OR "Federal Trade Commission" OR FTC OR "the feds" OR *doj.gov OR "Securities Exchange Commission" OR *sec.gov OR antitrust OR "anti-trust" OR "anti trust" OR collu* OR cartel OR "anticartel" OR "Sherman Act" OR monop* OR "anti compet*" OR conspir* OR "unfair competition" |
| do not forward or "don't forward" or "dont forward" or "do not circulate" or "don't circulate" or "dont circulate" or "do not distribute" or "don't distribute" or "dont distribute" or "destroy after reading" or "read and delete" or "delete after reading" or "do not save" or "do not share" or "don't share" or "dont share" or "handle with care" or discretion or evidence or "paper trail" or papertrail or "call me" or "not over email" or "not over email" or "against the law" or laws or illegal or "not legal" or "in person" or "fill you in" or "keep to yourself" or "keep to your self" or "keep confidential" or "downlow" or "down low" or "down-low" or "close to the vest" or "do not tell" or "don't tell" or "dont tell" or CYA or "cover your ass" or "go to jail" or stripes or sensitive or confidential or paranoi* or "someone is talking" or "wrong message" or "wrong signal" or rumor or rumour or "our friend" or "our friends" or "your friend" or "your friends" or |
| tour or swap OR "co pack*" OR "co-pack*" OR copack* OR due-diligence OR "M&A" OR "spin off " OR "spun off" OR "joint venture" OR "joint ventures" |
| "pass through" "pass-through" or "pass thru" or "pass along" or "pass-along" or "pass on" or distribut* OR  channel*  OR  ship* OR truck* OR freight* OR retail* OR wholesale* OR MSRP OR FS OR foodserv! OR "food serv*" OR supermarket* or "super market" or "super markets" or grocery or customer* or consumer* |
| warehous* |
| "21st century club" |
| "21st century group" |
| "apple cart" |
| "back off" |
| "bacon report" |
| "Big Stone Marketing" |
| "blue book" |
| "cost plus" |
| "cut out" |
| "difficult times" |
| disappearance |
| "Econ 101" |
| "green book" |
| "hold the line" |
| "Joe Christiana Foods" |
| "john gross" |
| "lifts all boats" |
| "madison project" |
| "mandatory price report" |

| |
|---|
| "national average" |
| "new entry" |
| "operations planning" |
| "our fair share" |
| "our part" |
| "our share" |
| "parts of whole" |
| "pay grade" |
| "prop up" |
| "pull back" |
| "quid pro quo" |
| "red book" |
| "reliable source" |
| "rising tide" |
| "rock da boat" |
| "rock the boat" |
| "senior mgmt" |
| "senior mgt" |
| "sold out" |
| "Stein Incident" |
| "target list" |
| "top 25" |
| "under pressure" |
| "USDA mandatory" |
| "weather the storm" |
| "weathering the storm" |
| "worst performing" |
| "yellow book" |
| "Olean Wholesale" |
| "operating efficiency" |
| "powers that be" |
| "push back" |
| "rough shape" |
| "Senior management" |
| "swine sales analysis" |
| *agstar.com |
| *bigstonemarketing.com |
| *ferraro.com |
| *ferrarofoods.com |
| *ferrarofoods.net |
| *jgrossco.com |
| *mcvean.com |
| *meatfyi.com |
| *metafarms.com |
| *oleanwholesale.com |
| *reicksview.com |
| acquir* |

| action |
|---|
| adjust* |
| advantage |
| advertis* |
| agreement |
| alternativ* |
| analy* |
| announcement* |
| approv* |
| asset* |
| authorit* |
| availab* |
| balanc* |
| barrier* |
| behav* |
| bid* |
| bottom |
| bought* |
| brand* |
| "break even" |
| breakeven |
| budget* |
| buil* |
| bulletin* |
| buy* |
| capacit* |
| challenge* |
| charg* |
| cheap |
| collectively |
| command* |
| complain* |
| complex |
| component |
| consolid* |
| construction |
| contract* |
| control* |
| cost-plus |
| credit* |
| crosswalk |
| curv* |
| customer* |
| cut-out |
| cutout |
| cycle |
| data |

| |
|---|
| de-pop* |
| decision |
| delay |
| depop* |
| direct* |
| disadvantage |
| discount* |
| Divest* |
| drive* |
| econom* |
| efficien* |
| elasticit* |
| elimin* |
| entrant* |
| ES&OP |
| ESOP |
| estimate* |
| excess |
| expand* |
| expansion |
| expensive |
| facilit* |
| farm* |
| ferraro* |
| financ* |
| fixed |
| flat |
| floor |
| focus |
| follow* |
| forecast* |
| formula* |
| friend* |
| future* |
| graph* |
| grow* |
| guid* |
| guideline* |
| harvest* |
| hedg* |
| idl* |
| imbalance* |
| inelastic* |
| internal |
| jgrossco |
| label* |
| landscape |

| letter* |
|---|
| liquidat* |
| loss* |
| mafia |
| manipulat* |
| mapleview* |
| margin* |
| "mark up" |
| mark-up |
| mark.greenwood* |
| markup |
| match* |
| matrix |
| mcvean |
| meat |
| Metafarms |
| method* |
| metric |
| metrix |
| mill* |
| mothball* |
| offset |
| operating |
| operation* |
| opportunit* |
| order* |
| outlook* |
| P&L |
| participant* |
| paygrade |
| plan |
| plant* |
| PnL |
| polic* |
| practice* |
| priorit* |
| problem* |
| procedur* |
| process* |
| profit* |
| program* |
| project* |
| protein |
| protocol* |
| pull-back |
| pullback |
| purchas* |

| |
|---|
| pushback |
| quot* |
| rank* |
| ratchet |
| react* |
| rebate* |
| reduc* |
| reference* |
| region* |
| reicksview |
| report* |
| request* |
| resale* |
| resell* |
| respect* |
| restrain* |
| retire |
| return* |
| revenue* |
| review |
| Robert.A.Brown@cox.net |
| RTC |
| rumor* |
| S&OP |
| sale* |
| Sell* |
| sensitiv* |
| shape |
| share |
| sheet* |
| shelf |
| shift |
| shut* |
| situation |
| smeyer* |
| sold-out |
| soldout |
| SOP |
| standard* |
| strategy |
| strength |
| studies |
| study |
| substitut* |
| surcharg* |
| surcharge* |
| surplus |

Pork Antitrust Litigation

| |
|---|
| sustain* |
| swap* |
| target* |
| term* |
| territor* |
| together |
| track* |
| trade* |
| trading |
| transfer* |
| tray |
| trend* |
| turbulen* |
| upcharg* |
| utlilization |
| variable |
| varian* |
| volume* |
| weight |
| whisper* |
| withdraw* |
| yield* |
| "brown book" |
| "brown profit book" |

Text Message Search Terms