# EXHIBIT D

| | |
|---|---|
| **From:** | Owen, Stephen M. <smowen@locklaw.com> |
| **Sent:** | Monday, July 19, 2021 3:23 PM |
| **To:** | Kathryn Stephens |
| **Cc:** | John Rock; Clark, Brian D.; Bourne, Joseph C. |
| **Subject:** | RE: In re Pork Antitrust Litigation, No. 18-CV-01776-JRT-HB |

Kathryn,

Thank you for your correspondence. We disagree with your characterization of our June 1 meet and confer and disagree that Plaintiffs would be responsible for costs associated with the subpoenas. Further, we contend that we have sufficiently explained why your clients could have information highly relevant to this litigation. In light of your correspondence, we understand you do not intend to image the devices and run search terms on the imaged devices or cloud backup of any messaging apps used by your clients, which we continue to maintain is necessary to conduct a reasonable search.

Best,
Steve

**From:** Kathryn Stephens <kstephens@rockhutchinson.com>
**Sent:** Friday, July 16, 2021 10:29 AM
**To:** Owen, Stephen M. <smowen@locklaw.com>
**Cc:** John Rock <jrock@rockhutchinson.com>; Clark, Brian D. <bdclark@locklaw.com>; Bourne, Joseph C. <jcbourne@locklaw.com>
**Subject:** In re Pork Antitrust Litigation, No. 18-CV-01776-JRT-HB

Mr. Owen,

Please see the attached correspondence.

Best,

*Kathy Stephens*
Senior Attorney



120 South Sixth Street
Suite 2050 Canadian Pacific Plaza
Minneapolis, MN 55402
Tel. 612-573-3661
Fax 612-330-0959
Email kstephens@rockhutchinson.com
Web www.rockhutchinson.com

This e-mail may contain information that is privileged, confidential or otherwise protected from disclosure. If you are not the intended recipient or otherwise have received this message in error, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you are not the intended recipient or otherwise have received this message in error, please notify us immediately by e-mail, discard any paper copies and delete all electronic files of the message.