# EXHIBIT G



| | |
|---|---|
| Canadian Pacific Plaza | Kathryn Stephens |
| Suite 2050 | (612) 573-3661 |
| 120 South Sixth Street | FAX (612) 330-0959 |
| Minneapolis, MN 55402 | kstephens@rockhutchinson.com |

July 16, 2021

**VIA E-MAIL**
Joe Bourne
Lockridge Grindal Nauen PLLP
100 Washington Ave. S. #2200
Minneapolis, MN 55401-2179
smowen@locklaw.com

      Re:    Case No. 18-CV-01776-JRT-HB, *In re Pork Antitrust Litigation*

Dear Mr. Bourne:

Thank you for your time on the phone this morning; however, we were surprised and disappointed by your unwillingness to negotiate or compromise in any way as to the scope and proposed method for the cell phone subpoenas issued to our clients.

As we understand your current position, Plaintiffs are (1) refusing to identify any sub-set of the broad spectrum of our thirty individual clients who might be most likely to have potentially relevant communications in their current cell phones as a starting point for any further discovery; (2) refusing to provide the justification or basis for inclusion of all thirty of our clients; and (3) unwilling to narrow the extremely broad and inclusive list of proposed search terms beyond your initial proposal.

If our understanding is incorrect, please advise.

                                  Sincerely,

                                  *Kathy Stephens*

cc:    Stephen Owen
        John Rock