UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation** <br><br> This Document Relates To All Actions | Case No. 18-cv-01776-JRT-HB |

## LR 7.1(f) CERTIFICATE OF COMPLIANCE

I, Craig S. Coleman, certify that Defendant Hormel Foods Corporation's Memorandum in Opposition to Class Plaintiffs' Motion to Compel complies with Local Rule 7.1(f).

I further certify that, in preparation of the above document, I used the following word processing program and version: Microsoft Word 2016 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count, and excluding the caption, signature block, and table of contents.

I further certify that the above document contains the following number of words: 7,926.

US.134424384.01

Date: August 31, 2021  Respectfully submitted,

*/s/ Craig S. Coleman*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com
bryan.washburn@faegredrinker.com

*Counsel for Defendants Hormel Foods Corporation and Hormel Foods, LLC*

US.134424384.01