UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation** <br><br> This Document Relates To All Actions | Case No. 18-cv-01776-JRT-HB |

**EXHIBIT INDEX TO DEFENDANT HORMEL FOODS CORPORATION'S MEMORANDUM IN OPPOSITION TO CLASS PLAINTIFFS' MOTION TO COMPEL**

| **Exhibit Number** | **Document Description** |
|---|---|
| HRL Ex. 1 (Filed Under Seal) | Hormel Foods Mobile Device Policy produced to Plaintiffs at HFC-PORKAT-0000536 |
| HRL Ex. 2 | Letter from Plaintiffs' counsel to Hormel Foods' counsel dated July 19, 2018. |
| HRL Ex. 3 | Letter from Hormel Foods' counsel to Plaintiffs' counsel dated October 26, 2018. |
| HRL Ex. 4 | Letter from Hormel Foods' counsel to Plaintiffs' counsel dated November 14, 2018. |
| HRL Ex. 5 | Parties' Agreed Protocol For Preservation of Phone Records dated May 13, 2019. |
| HRL Ex. 6 | Defendant Hormel Foods Corporation's Initial List of Proposed Document Custodians dated April 18, 2019. |
| HRL Ex. 7 | Subpoenas issued to cell carriers by Plaintiffs in December 2020. |
| HRL Ex. 8 | Letter from Plaintiffs' counsel to Hormel Foods' counsel dated May 15, 2019. |
| HRL Ex. 9 | Email from Plaintiffs' counsel to Hormel Foods' counsel dated November 24, 2020. |
| HRL Ex. 10 | Letter from Hormel Foods' counsel to Plaintiffs' counsel dated November 19, 2020. |
| HRL Ex. 11 | Letter from Hormel Foods' counsel to Plaintiffs' counsel dated November 23, 2020. |

US.134418523.02