# HRL EXHIBIT 2

**LOCKRIDGE GRINDAL NAUEN**
P.L.L.P.

Attorneys at Law

www.locklaw.com

**W. Joseph Bruckner**
wjbruckner@locklaw.com
Phone: 612.339.6900

MINNEAPOLIS
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T 612.339.6900
F 612.339.0981

July 19, 2018

*VIA EMAIL*
Richard A. Duncan
Faegre Baker Daniels
90 South 7th Street, Suite 2200
Minneapolis, MN 55402
richard.duncan@FaegreBD.com

Re:  *Wanda Duryea, et al. v. Agri Stats, Inc., et al.*, D MN Case No. 0:18-cv-01776,
*Maplevale Farms, Inc. v. Agri Stats, Inc., et al.*, D MN Case No. 0:18-cv-01803,
*John Gross and Company, Inc. v. Agri Stats, Inc., et al.*, D MN Case No. 0:18-cv-01810,
*Sandee's Bakery v. Agri Stats, Inc., et al.*, D MN Case No. 0:18-cv-01891, and
*Ferraro Foods, Inc., et al v. Agri Stats, Inc., et al.*, D MN Case No. 0:18-cv-01946
*Olean Wholesale Grocery Cooperative, Inc. v. Agri Stats. Inc. et al.*, D MN Case No. 0:18-cv-02058

Dear Counsel:

We understand you represent Hormel Foods Corporation in the above-referenced matters. As you know, we, the undersigned, are counsel for the various Plaintiff groups in the above-referenced matters. We are writing on behalf of all Plaintiffs to request a meet and confer regarding this defendant (hereinafter, "You" or "Yours") preservation of information relevant to this lawsuit. We intend to obtain either an order or stipulation governing the scope of relevant information to be preserved by You in this matter, so prior to filing any motion in that respect, we would like to meet and confer with you and determine whether the parties can agree to the contents of a stipulated preservation order. We are generally available next week, so please provide some days and times that would work for you.

We also want to specifically address Your obligations to preserve relevant data relating to Jim Snee, Jim Sheehan, Tom Day, Steve Binder, and Cory Bollum (hereinafter, "Identified Senior Executives"). With respect to such Identified Senior Executives, Plaintiffs specifically request that the data from each Identified Senior Executive's cellphone(s) (including archived copies of cellphone data stored via programs such as iTunes or iCloud), personal computer(s), and similar devices (iPad, Microsoft Surface, etc.) be forensically extracted and preserved no later than one (1) week from now. Plaintiffs also request that any phone record logs in Your possession, custody, or control relating to telephone calls by Your Identified Senior Executives be preserved, including any such records maintained internally by You or accessible to You and/or Your Identified Senior Executive through Your telephone carriers website. This request is time sensitive because data stored on cellphones, laptop data, and telephone log data is susceptible to being lost or deleted if immediate preservation efforts are not undertaken. Our

529633.1

July 19, 2018
Page 2

experience is that such data is routinely overlooked for preservation in the initial months after an antitrust action is filed, which we do not want to be the case in this matter.

If you take the position that any of the above-referenced data for Your Identified Senior Executives is not in Your possession, custody, or control, then please advise us of that position immediately, as Plaintiff will seek an order pursuant from the Court requiring You to undertake efforts to ensure such information be preserved.

Please note that this letter is not intended to and does not alter any obligations You have with respect to preservation of data in connection with this lawsuit including, but not limited to, email, shared drives, hard copy documents, cellphone, personal computer, and/or similar devices for non-Identified Senior Executives.

Very truly yours,

| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** | **PEARSON SIMON & WARSHAW, LLP** |
|---|---|
| s/ W. Joseph Bruckner<br>s/ Brian D. Clark | s/ Bruce L. Simon |
| **GUSTAFSON GLUEK PLLC** | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| s/ Daniel E. Gustafson | s/ Steve W. Berman |
| **CUNEO GILBERT& LADUCA, LLP** | **LARSON KING, LLP** |
| s/ Jonathan W. Cuneo | s/ Shawn M. Raiter |

529633.1