# HRL EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br><br>This Document Relates To:<br><br>All Actions | No. 0:18-cv-01776-JRT-HB<br><br>PARTIES' AGREED PROTOCOL FOR PRESERVATION OF PHONE RECORDS |

The Parties agree that Defendants are to use the following protocol regarding "the preservation of telephone records pertaining to Defendants' document custodians in the possession of their respective telephone service providers." (Dkt. No. 318).

For each agreed-upon document custodian, each Defendant will take the following steps to the extent it has not already done so:

1. Defendants will notify the relevant telephone service providers to preserve the telephone records associated with phone numbers/accounts associated with agreed-upon document custodians to the extent that such phone numbers/accounts are within Defendants' possession, custody, or control and can be identified by a reasonable search.

2. With respect to the telephone records associated with personal cell phones that a Defendant asserts are not within its possession, custody, or control, such Defendant will undertake reasonable efforts:

    - To determine whether each agreed-upon document custodian has a personal cell phone that was used by that document custodian for work purposes; and

    - For each agreed-upon document custodian determined to have a personal cell phone that was used by that document custodian for work purposes, such Defendant will *either*:

        a. Assist that document custodian in sending a letter to their telephone carrier asking that carrier to preserve telephone records related to their phone number; or

        b. If the Defendant or document custodian will not agree to the sending of such a letter, inform Plaintiffs that such a letter will not be sent with regard to that document custodian.

3. For any document custodian a Defendant has already proposed, the Defendant will make reasonable efforts to send the letter outlined above to the phone carrier, or provide the notice outlined above to the Plaintiffs, no later than June 1, 2019. For any document custodian the parties subsequently agree upon, the Defendant will make reasonable efforts to send the letter outlined above to the phone carrier, or provide the notice outlined above to the Plaintiffs, within 30 days of such agreement.

Nothing in this protocol shall be construed as a concession that any information addressed by any preservation request is relevant, admissible, or will be produced to Plaintiffs in this litigation; nor do Defendants concede that personal cell phones or any other personal property of their employees are within Defendants' possession, custody, or control.

Dated: May 13, 2019

*/s/ Bobby Pouya*
Bruce L. Simon
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

Clifford H. Pearson
Daniel L. Warshaw
Bobby Pouya
Michael H. Pearson
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Melissa S. Weiner (MN #0387900)
Joseph C. Bourne (MN #0389922)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pswlaw.com
jbourne@pswlaw.com

W. Joseph Bruckner (MN #0147758)
Elizabeth R. Odette (MN #0340698)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Arielle S. Wagner (MN #0398332)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
aswagner@locklaw.com

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

*/s/ Shana E. Scarlett*
Steve. W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO
455 N. Cityfront Plaza Drive, Ste 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
beth@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Britany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

*/s/ Jonathan W. Cuneo*
Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

Jonathan W. Cuneo
Joel Davidow
Blaine Finley
Yifei "Evelyn" Li
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cunelolaw.com

*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

| | |
|---|---|
| */s/ Mark L. Johnson* | */s/ Richard A. Duncan* |
| Mark L. Johnson (#0345520) | Richard A. Duncan (#0192983) |
| | Aaron D. Van Oort (#0315539) |
| Virginia R. McCalmont (#0399496) | Craig S. Coleman (#0325491) |
| GREENE ESPEL PLLP | Emily E. Chow (#0388239) |
| 222 South Ninth Street, Suite 2200 | Isaac B. Hall (#0395398) |
| Minneapolis, MN 55402 | Bryan K. Washburn (#0397733) |
| (612) 373-0830 | FAEGRE BAKER DANIELS LLP |
| mjohnson@greeneespel.com | 2200 Wells Fargo Center |
| bkrueger@greeneespel.com | 90 South Seventh Street |
| vmccalmont@greeneespel.com | Minneapolis, MN 55402-3901 |
| | (612) 766-7000 |
| Daniel Laytin, P.C. (*pro hac vice*) | richard.duncan@faegrebd.com |
| Christa Cottrell, P.C. (*pro hac vice*) | aaron.vanoort@faegrebd.com |
| Christina Briesacher (*pro hac vice)* | craig.coleman@faegrebd.com |
| KIRKLAND & ELLIS LLP | emily.chow@faegrebd.com |
| 300 North LaSalle | isaac.hall@faegrebd.com |
| Chicago, IL  60654 | bryan.washburn@faegrebd.com |
| (312) 861-2000 | |
| daniel.laytin@kirkland.com | *Counsel for Hormel Foods Corporation* |
| christa.cottrell@kirkland.com | *and Hormel Foods, LLC* |
| christina.briesacher@kirkland.com | |
| | |
| *Counsel for Clemens Food Group, LLC* | |
| *and The Clemens Family Corporation* | |

| | |
|---|---|
| */s/ Jaime Stilson* | /s/ *Donald G. Heeman* |
| Jaime Stilson (#0392913) | Donald G. Heeman (#0286023) |
| DORSEY & WHITNEY LLP | Jessica J. Nelson (#0347358) |
| 50 South Sixth Street, Suite 1500 | Randi J. Winter (#0391354) |
| Minneapolis, MN 55402-1498 | SPENCER FANE |
| (612) 492-6746 | 100 South Fifth Street, Suite 1900 |
| stilson.jaime@dorsey.com | Minneapolis, MN 55402 |
| | (612) 268-7000 |
| Britt M. Miller (*pro hac vice*) | dheeman@spencerfane.com |
| Robert E. Entwisle (*pro hac vice*) | jnelson@spencerfane.com |
| MAYER BROWN LLP | rwinter@spencerfane.com |
| 71 South Wacker Drive | |
| Chicago, IL 60606-4637 | Stephen R. Neuwirth (*pro hac vice*) |
| (312) 782-0600 | Michael B. Carlinsky (*pro hac vice*) |
| bmiller@mayerbrown.com | Sami H. Rashid (*pro hac vice*) |
| rentwisle@mayerbrown.com | Richard T. Vagas (*pro hac vice*) |
| | Robert P. Vance, Jr. (*pro hac vice*) |
| William H. Stallings (*pro hac vice*) | QUINN EMANUEL URQUHART & |
| MAYER BROWN LLP | SULLIVAN, LLP |
| 1999 K Street, N.W. | 51 Madison Avenue, 22nd Floor |
| Washington, D.C. 20006-1101 | New York, NY 10010 |
| (202) 263-3000 | (212) 849-7000 |
| wstallings@mayerbrown.com | stephenneuwirth@quinnemanuel.com |
| | michaelcarlinsky@quinnemanuel.com |
| *Counsel for Indiana Packers Corporation and Mitsubishi Corporation (Americas)* | samirashid@quinnemanuel.com |
| | richardvagas@quinnemanuel.com |
| | bobbyvance@quinnemanuel.com |
| | |
| | *Counsel for JBS USA Food Company and JBS USA Food Company Holdings* |

<table>
<tr><td>

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
Jon M. Woodruff (#0399453)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
john.woodruff@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

*Counsel for Seaboard Foods LLC and Seaboard Corporation*

</td><td>

*/s/ John A. Cotter*
John A. Cotter (#0134296)
John A. Kvinge (#0392303)
LARKIN HOFFMAN DALY &
LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
(214) 698-3370
brobison@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*

</td></tr>
</table>

*/s/ Aaron Chapin*
Aaron Chapin (#06292540)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500
aaron.chapin@huschblackwell.com

Gene Summerlin (*pro hac vice*)
Marnie Jensen (*pro hac vice*)
Ryann Glenn (*pro hac vice*)
Kamron Hasan (*pro hac vice*)
Quinn Eaton (*pro hac vice*)
Sierra Faler (*pro hac vice*)
HUSCH BLACKWELL LLP
13330 California St., Suite 200
Omaha, NE 68154
(402) 964-5000
gene.summerlin@huschblackwell.com
marnie.jensen@huschblackwell.com
ryann.glenn@huschblackwell.com
kamron.hasan@huschblackwell.com
quinn.eaton@huschblackwell.com
sierra.faler@huschblackwell.com

*Counsel for Triumph Foods, LLC*

*/s/ David P. Graham*
David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
AXINN, VELTROP &
HARKRIDER LLP
950 F Street, N.W.
Washington, D.C. 20004
(202) 912-4700
radcox@axinn.com
trider@axinn.com

*Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*

*/s/ Peter H. Walsh*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3000
F. (612) 402-3001
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
Jennifer A. Fleury (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com
jennifer.fleury@hoganlovells.com

*Counsel for Agri Stats, Inc.*