**HRL EXHIBIT 6**

**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Case No. 18-cv-01776-JRT-HB

**In re Pork Antitrust Litigation**
This Document Relates To:

All Actions

**DEFENDANT HORMEL FOODS
CORPORATION'S INITIAL LIST OF
PROPOSED DOCUMENT
CUSTODIANS**

Pursuant to Court order—as discussed during the April 11, 2019 status conference

and later memorialized in the Court Minutes (*see* Court Minutes 1 [Doc. No. 318])—

Defendant Hormel Foods Corporation[1] ("Hormel Foods" or the "Company") hereby

serves the following Initial List of Proposed Document Custodians ("Initial List"):

## PRELIMINARY STATEMENT

This Initial List is based upon the allegations set forth in Plaintiffs' Consolidated

Class Action Complaints and information reasonably available to Hormel Foods at this

time. It has been prepared prior to the Court's ruling on the Defendants' motions to

dismiss, and prior to the completion of Hormel Foods' investigation, discovery, and

preparation for trial. While it is not presently possible to reasonably estimate the burden

or expense of the proposed discovery, this Initial List contemplates the production of data

---

[1] As stipulated by the parties in their December 12, 2018 Joint Status Report and Letter
Brief, discovery as to holding-company defendant Hormel Foods, LLC is deferred
pending resolution of the motions to dismiss. (*See* Joint Status Report & Letter Br. 1
[Doc. No. 233]) In any event, Hormel Foods is aware of no document custodians specific
to Hormel Foods, LLC with any relevant knowledge or records.

and information from various noncustodial data sources, as described in Hormel Foods'

March 8, 2019 Limited Disclosures and its March 29, 2019 Initial Objections and

Responses to the Plaintiffs' First Sets of Requests.

Hormel Foods reserves the right to supplement and amend this Initial List—or

otherwise make changes if it appears that omissions or errors have been made—after

receiving and reviewing Plaintiffs' counterproposal, if any, and after any meet-and-

confers with Plaintiffs. Hormel Foods further reserves the right to supplement and amend

its list of document custodians as information becomes available in the course of

discovery and further investigation. Hormel Foods also reserves its right to rely upon and

introduce into evidence at trial or any pre-trial proceeding any such additional

information. Hormel Foods further reserves the right to introduce any documents and call

any witnesses not provided in this Initial List at trial, should a trial of this matter be

necessary.

This Initial List is for the purpose of discovery only, and is not an admission or

acceptance that any disclosure, fact, or document is relevant or admissible into evidence.

Hormel Foods does not waive—and expressly reserves—without limitation, any

evidentiary objections based upon relevance, materiality, competence, privilege, trade

secret, or the appropriate scope of discovery on any other grounds.

## INITIAL LIST OF PROPOSED DOCUMENT CUSTODIANS

The Complaints[2] allege a conspiracy among the Defendants to restrict hog production through the use of Agri Stats reports. (*See, e.g.*, Direct Purchaser Pls.' Compl. ¶¶ 51-52 [Doc. No. 83]) According to Plaintiffs, "[v]ertical integration is . . . pervasive [in the pork industry, and] allows the . . . Defendants to directly control the production and supply of pork . . . ." (*Id.* ¶ 69) And "the [Agri Stats] reports contain such detailed figures covering every aspect of pork production and sales that participants can accurately identify the companies behind the metrics" and "monitor each other's ongoing adherence to agreed-upon plans for coordinated production limits." (*Id.* ¶¶ 60-61) The Complaints, however, fail to explain how Hormel Foods—as a net purchaser of hogs with a limited Agri Stats subscription—could have used Agri Stats information to take any action furthering a conspiracy to limit the supply of hogs. (*Compare, e.g.*, *with* Hormel Foods' Mem. in Supp. of Mot. to Dismiss 4-7)

As explained in its Limited Disclosures, for the period from January 1, 2007 to June 30, 2018, Hormel Foods subscribed to Agri Stats reports as follows: Hormel Foods subscribed to Agri Stats reports for Swine Processing from January 1, 2007 to October 2010, and from December 2014 to November 2017. Through the now-divested PFFJ, LLC, the Company also subscribed to Agri Stats reports for Swine Production. After the divestiture of PFFJ to Smithfield in 2016, Hormel Foods subscribed to the Agri Stats

---

[2] Although Hormel Foods cites the Direct Purchaser Plaintiffs' First Amended and Consolidated Class Action Complaint for purposes of illustration, the allegations against the Company in the other complaints are materially identical.

reports for Swine Production from June 2017 to February 2018. Hormel Foods never subscribed to any other Agri Stats reports—including, for example, Swine Sales.

As set forth in the Company's Rule 26(a)(1)(A) Initial Disclosures, the below-listed individuals have knowledge of Hormel Foods' limited subscription to Agri Stats. Collectively, they have interacted with Agri Stats, provided select Company data to Agri Stats, reviewed Agri Stats materials, and exercised decision-making authority regarding the Company's use of Agri Stats' services. As such, Hormel Foods' Initial List of Proposed Document Custodians is as follows:

| Name | Title |
|---|---|
| Paul Bogle | Director, Cost Accounting |
| Corwyn Bollum | Director, Pork Operations and Procurement |
| Jessica Chenoweth | Cost Analyst |
| Lance Hoefflin | Manager, Pork Operations |
| Paul Peil | Director of Sales, Fresh Meat |
| Jose Rojas | Vice President, Farm Operations (2012-17) |
| Donald Temperley | Vice President, Operations-Refrigerated Foods |

Hormel Foods could not have participated in the alleged conspiracy—the existence of which Hormel Foods specifically denies—without some or all of the above-listed individuals possessing documents or information relevant to claims or defenses related to it.

Dated:  April 18, 2019

<div style="margin-left:50%">

*s/ Emily E. Chow*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
**FAEGRE BAKER DANIELS LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
richard.duncan@faegrebd.com
aaron.vanoort@faegrebd.com
craig.coleman@faegrebd.com
emily.chow@faegrebd.com
isaac.hall@faegrebd.com
bryan.washburn@faegrebd.com

*Counsel for Defendants Hormel Foods*
*Corporation and Hormel Foods, LLC*

</div>

US.122811808.01

5