# HRL EXHIBIT 9

| | |
|---|---|
| **From:** | Michelle Looby |
| **To:** | Coleman, Craig S. |
| **Cc:** | Chow, Emily E.; Hall, Isaac B.; Brittany Resch; Duncan, Richard A.; bfinley@cuneolaw.com; joel@cuneolaw.com; JonC@cuneolaw.com; Dan Hedlund; Joshua Rissman; Breanna Van Engelen; beth@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com; samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com; erodette@locklaw.com; bpouya@pswlaw.com; bsimon@pswlaw.com; cpearson@pswlaw.com; dwarshaw@pswlaw.com; jbourne@pswlaw.com; mpearson@pswlaw.com; nswartzberg@pswlaw.com; mweiner@pswlaw.com; sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson |
| **Subject:** | RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC"s RFP Responses |
| **Date:** | Tuesday, November 24, 2020 9:26:20 AM |

**This Message originated outside your organization.**

Craig,

Based on the representations in your letter regarding the most appropriate pricing custodians, Plaintiffs accept your offer and confirm the parties are in agreement on custodians such that there are no "differed disputes" regarding custodians for purposes of complying with the November 23 deadline.  Plaintiffs reserve all rights to revisit custodians as may be necessary or appropriate as discovery proceeds.

Have a good Thanksgiving!

Thanks,

Michelle

**Michelle J. Looby** (profile)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 333-8844

website | vCard | map

*committed to the protection of fair competition ...*

**From:** Coleman, Craig S. <craig.coleman@faegredrinker.com>
**Sent:** Monday, November 23, 2020 4:22 PM
**To:** Michelle Looby <mlooby@gustafsongluek.com>
**Cc:** Chow, Emily E. <emily.chow@faegredrinker.com>; Hall, Isaac B. <isaac.hall@faegredrinker.com>; Brittany Resch <BResch@gustafsongluek.com>; Duncan, Richard A. <richard.duncan@faegredrinker.com>; bfinley@cuneolaw.com; joel@cuneolaw.com; JonC@cuneolaw.com; Dan Hedlund <DHedlund@gustafsongluek.com>; Joshua Rissman <jrissman@gustafsongluek.com>; Breanna Van Engelen <breannav@hbsslaw.com>;

beth@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com; samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com; erodette@locklaw.com; bpouya@pswlaw.com; bsimon@pswlaw.com; cpearson@pswlaw.com; dwarshaw@pswlaw.com; jbourne@pswlaw.com; mpearson@pswlaw.com; nswartzberg@pswlaw.com; mweiner@pswlaw.com; sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson <DGustafson@gustafsongluek.com>
**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's RFP Responses

Michelle –

As promised, a letter confirming our discussion is attached.

Regards, Craig

**Craig S. Coleman**
Partner
craig.coleman@faegredrinker.com
Connect: vCard

+1 612 766 6981 direct / +1 612 986 7756 mobile / +1 612 766 1600 fax

**Faegre Drinker Biddle & Reath** LLP
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

**From:** Michelle Looby <mlooby@gustafsongluek.com>
**Sent:** Friday, November 20, 2020 5:46 PM
**To:** Coleman, Craig S. <craig.coleman@faegredrinker.com>
**Cc:** Chow, Emily E. <emily.chow@faegredrinker.com>; Hall, Isaac B. <isaac.hall@faegredrinker.com>; Brittany Resch <BResch@gustafsongluek.com>; Duncan, Richard A. <richard.duncan@faegredrinker.com>; bfinley@cuneolaw.com; joel@cuneolaw.com; JonC@cuneolaw.com; Dan Hedlund <DHedlund@gustafsongluek.com>; Joshua Rissman <jrissman@gustafsongluek.com>; Breanna Van Engelen <breannav@hbsslaw.com>; beth@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com; samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com; erodette@locklaw.com; bpouya@pswlaw.com; bsimon@pswlaw.com; cpearson@pswlaw.com; dwarshaw@pswlaw.com; jbourne@pswlaw.com; mpearson@pswlaw.com; nswartzberg@pswlaw.com; mweiner@pswlaw.com; sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson <DGustafson@gustafsongluek.com>
**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's RFP Responses

**This Message originated outside your organization.**

Craig and Emily,

Please see letter attached regarding our on-going meet and confer efforts.

We look forward to talking to you Monday at 1 pm Central:

(866) 453-5550
7299000#

Have a good weekend,

Michelle

**Michelle J. Looby** (profile)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 333-8844

website | vCard | map

*committed to the protection of fair competition …*

**From:** Coleman, Craig S. <craig.coleman@faegredrinker.com>
**Sent:** Thursday, November 19, 2020 1:40 PM
**To:** Michelle Looby <mlooby@gustafsongluek.com>
**Cc:** Chow, Emily E. <emily.chow@faegredrinker.com>; Hall, Isaac B. <isaac.hall@faegredrinker.com>;
Brittany Resch <BResch@gustafsongluek.com>; Duncan, Richard A.
<richard.duncan@faegredrinker.com>; bfinley@cuneolaw.com; joel@cuneolaw.com;
JonC@cuneolaw.com; Dan Hedlund <DHedlund@gustafsongluek.com>; Joshua Rissman
<jrissman@gustafsongluek.com>; Breanna Van Engelen <breannav@hbsslaw.com>;
beth@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com;
samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com; erodette@locklaw.com;
bpouya@pswlaw.com; bsimon@pswlaw.com; cpearson@pswlaw.com; dwarshaw@pswlaw.com;
jbourne@pswlaw.com; mpearson@pswlaw.com; nswartzberg@pswlaw.com;
mweiner@pswlaw.com; sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson
<DGustafson@gustafsongluek.com>
**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's RFP Responses

Michelle –

A letter regarding custodians is attached. We look forward to discussing this at 4:30.

Regards, Craig

**Craig S. Coleman**
Partner
craig.coleman@faegredrinker.com
Connect: vCard

+1 612 766 6981 direct / +1 612 986 7756 mobile / +1 612 766 1600 fax

**Faegre Drinker Biddle & Reath** LLP
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

---

**From:** Michelle Looby <mlooby@gustafsongluek.com>
**Sent:** Thursday, November 19, 2020 9:24 AM
**To:** Coleman, Craig S. <craig.coleman@faegredrinker.com>
**Cc:** Chow, Emily E. <emily.chow@faegredrinker.com>; Hall, Isaac B. <isaac.hall@faegredrinker.com>;
Brittany Resch <BResch@gustafsongluek.com>; Duncan, Richard A.
<richard.duncan@faegredrinker.com>; bfinley@cuneolaw.com; joel@cuneolaw.com;
JonC@cuneolaw.com; Dan Hedlund <DHedlund@gustafsongluek.com>; Joshua Rissman
<jrissman@gustafsongluek.com>; Breanna Van Engelen <breannav@hbsslaw.com>;
beth@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com;
samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com; erodette@locklaw.com;
bpouya@pswlaw.com; bsimon@pswlaw.com; cpearson@pswlaw.com; dwarshaw@pswlaw.com;
jbourne@pswlaw.com; mpearson@pswlaw.com; nswartzberg@pswlaw.com;
mweiner@pswlaw.com; sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson
<DGustafson@gustafsongluek.com>
**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's RFP Responses

**This Message originated outside your organization.**

---

Today at 4:30 pm Central works for all plaintiffs.

We can use the following dial-in:
(866) 453-5550
7299000#

**Michelle J. Looby**  (profile)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Phone: (612) 333-8844

website | vCard | map

*committed to the protection of fair competition ...*

---

**From:** Michelle Looby
**Sent:** Wednesday, November 18, 2020 8:07 PM
**To:** Coleman, Craig S. <craig.coleman@faegredrinker.com>
**Cc:** Chow, Emily E. <emily.chow@faegredrinker.com>; Hall, Isaac B. <isaac.hall@faegredrinker.com>;
Brittany Resch <BResch@gustafsongluek.com>; Duncan, Richard A.
<richard.duncan@faegredrinker.com>; bfinley@cuneolaw.com; joel@cuneolaw.com;
JonC@cuneolaw.com; Dan Hedlund <DHedlund@gustafsongluek.com>; Joshua Rissman
<jrissman@gustafsongluek.com>; Breanna Van Engelen <breannav@hbsslaw.com>;
beth@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com;
samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com; erodette@locklaw.com;
bpouya@pswlaw.com; bsimon@pswlaw.com; cpearson@pswlaw.com; dwarshaw@pswlaw.com;
jbourne@pswlaw.com; mpearson@pswlaw.com; nswartzberg@pswlaw.com;
mweiner@pswlaw.com; sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson
<DGustafson@gustafsongluek.com>
**Subject:** Re: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's RFP Responses

I'm still verifying tomorrow at 4:30 works for all plaintiff groups, but let's plan on it for now. Thanks.

**Michelle J. Looby**  (profile)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 333-8844


website | vCard  | map

---

*committed to the protection of fair competition ...*

> On Nov 18, 2020, at 5:07 PM, Coleman, Craig S. <craig.coleman@faegredrinker.com>
> wrote:
>
>
> Michelle –
>
> We'd like to meet tomorrow, if possible, to build in time to confirm any tentative
> agreements we're able to reach. Unfortunately, our schedules are difficult. Are you
> available at 4:30 tomorrow? If that doesn't work, early on Friday would be fine.
>
> We'll do our best to get you our letter in advance of our meeting. We are still doing
> some due diligence regarding Plaintiffs' requests for pricing-related custodians.

Regards, Craig

**Craig S. Coleman**
Partner
craig.coleman@faegredrinker.com
Connect: vCard

+1 612 766 6981 direct / +1 612 986 7756 mobile / +1 612 766 1600 fax

**Faegre Drinker Biddle & Reath LLP**
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

---

**From:** Michelle Looby <mlooby@gustafsongluek.com>
**Sent:** Wednesday, November 18, 2020 12:06 PM
**To:** Coleman, Craig S. <craig.coleman@faegredrinker.com>; Chow, Emily E. <emily.chow@faegredrinker.com>; Hall, Isaac B. <isaac.hall@faegredrinker.com>; Brittany Resch <BResch@gustafsongluek.com>; Duncan, Richard A. <richard.duncan@faegredrinker.com>
**Cc:** bfinley@cuneolaw.com; joel@cuneolaw.com; jonc@cuneolaw.com; Dan Hedlund <DHedlund@gustafsongluek.com>; Joshua Rissman <jrissman@gustafsongluek.com>; Breanna Van Engelen <breannav@hbsslaw.com>; beth@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com; samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com; erodette@locklaw.com; bpouya@pswlaw.com; bsimon@pswlaw.com; cpearson@pswlaw.com; dwarshaw@pswlaw.com; jbourne@pswlaw.com; mpearson@pswlaw.com; nswartzberg@pswlaw.com; mweiner@pswlaw.com; sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson <DGustafson@gustafsongluek.com>
**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's RFP Responses

**This Message originated outside your organization.**

---

Craig and Emily, do you have an eta on your custodian letter?  Also, could you please provide some times tomorrow and/or Friday for a meet and confer to discuss the outstanding RFP and custodian issues?

**Michelle J. Looby**  (profile)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600

Minneapolis, MN 55402

Phone: (612) 333-8844

website | vCard | map

*committed to the protection of fair competition …*

---

**From:** Michelle Looby <mlooby@gustafsongluek.com>
**Sent:** Friday, November 13, 2020 10:56 AM
**To:** Coleman, Craig S. <craig.coleman@faegredrinker.com>; Chow, Emily E. <emily.chow@faegredrinker.com>; Hall, Isaac B. <isaac.hall@faegredrinker.com>; Brittany Resch <BResch@gustafsongluek.com>; Duncan, Richard A. <richard.duncan@faegredrinker.com>
**Cc:** bfinley@cuneolaw.com; joel@cuneolaw.com; jonc@cuneolaw.com; Dan Hedlund <DHedlund@gustafsongluek.com>; Joshua Rissman <jrissman@gustafsongluek.com>; Breanna Van Engelen <breannav@hbsslaw.com>; beth@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com; samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com; erodette@locklaw.com; bpouya@pswlaw.com; bsimon@pswlaw.com; cpearson@pswlaw.com; dwarshaw@pswlaw.com; jbourne@pswlaw.com; mpearson@pswlaw.com; nswartzberg@pswlaw.com; mweiner@pswlaw.com; sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson <DGustafson@gustafsongluek.com>
**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's RFP Responses

Craig and Emily,

Following up on our conversation earlier this week, below is a list of where we believe the parties left things.

Given the November 23 deadline to meet and confer on any remaining disputes concerning RFPs, custodians and non-custodial sources, please let us know your availability for a call next week.

**RFP Negotiations**
- The parties previously appeared to be at an impasse on the following RFPs, but agreed to discuss further next week: RFP Nos. 5, 14, 15, 22, and 33, and IPP RFPs No. 1 and 2.
- The parties had previously discussed potentially addressing the following RFPs via custodian discussions: RFP No. 7, 24, and 34.
- Plaintiffs will discuss IPP RFP No. 7 internally and be prepared to discuss further with Hormel during the next meet and confer.
- The parties still also need to further discuss the definition of Pork.

**Deferred RFPs**
- Certain RFPs were deferred pending the Court's resolution of the defendants' motions to dismiss.  Now that the motions have been decided, the parties should discuss these deferred RFPs (See Doc. No. 233):
  - RFP Nos. 9, 12-13, 18, 28-30, and 35-39
  - IPP RFP Nos. 5-6

**Global Issues**
- Both sides previously described their positions in a Joint Letter at ECF No. 355 on the following issues: 1) Defendants' General Objections; 2) Production of Complete Work Calendars; 3) Production of Complete Telephone Records; and 4) Production of Documents Relating to Benchmark Services. Plaintiffs' positions on those global issues have not changed.

**Custodians**
- The last written communication between the parties on custodians was Plaintiffs' August 2, 2019 letter.  Hormel stated it would further investigate various custodian issues discussed on the parties' meet and confer and respond in writing.
- During the meet and confer, Hormel offered to add the following as custodians: Mark Coffey, Glen Leitch (for the period he worked in supply chain and manufacturing), and Jim Snee (for the period he served as President and/or CEO).

**Non-Custodial Sources**
- We did not discuss this during our call, but are required to reach resolution or declare an impasse on non-custodial sources by November 23.  Please provide a complete list of non-custodial sources Hormel intends to search.

Thanks,

Michelle

**Michelle J. Looby**  (profile)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Phone: (612) 333-8844

website | vCard  |  map

_committed to the protection of fair competition ..._

**From:** Michelle Looby <mlooby@gustafsongluek.com>
**Sent:** Tuesday, November 3, 2020 10:26 AM

**To:** Coleman, Craig S. <craig.coleman@faegredrinker.com>; Chow, Emily E. <emily.chow@faegredrinker.com>; Hall, Isaac B. <isaac.hall@faegredrinker.com>; Brittany Resch <BResch@gustafsongluek.com>; Duncan, Richard A. <richard.duncan@faegredrinker.com>
**Cc:** bfinley@cuneolaw.com; joel@cuneolaw.com; jonc@cuneolaw.com; Dan Hedlund <DHedlund@gustafsongluek.com>; Joshua Rissman <jrissman@gustafsongluek.com>; Breanna Van Engelen <breannav@hbsslaw.com>; beth@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com; samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com; erodette@locklaw.com; bpouya@pswlaw.com; bsimon@pswlaw.com; cpearson@pswlaw.com; dwarshaw@pswlaw.com; jbourne@pswlaw.com; mpearson@pswlaw.com; nswartzberg@pswlaw.com; mweiner@pswlaw.com; sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson <DGustafson@gustafsongluek.com>
**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's RFP Responses

Thanks, Craig.  Next Monday at 2 pm Central works for Plaintiffs.  I will send an invite to those that have typically participated in the Hormel meet and confers, but in case anyone else wishes to join the dial-in is: (866) 453-5550; 7299000#.

**Michelle J. Looby**  (profile)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Phone: (612) 333-8844

website | vCard  |  map

*committed to the protection of fair competition ...*

**From:** Coleman, Craig S. <craig.coleman@faegredrinker.com>
**Sent:** Monday, November 2, 2020 3:53 PM
**To:** Michelle Looby <mlooby@gustafsongluek.com>; Chow, Emily E. <emily.chow@faegredrinker.com>; Hall, Isaac B. <isaac.hall@faegredrinker.com>; Brittany Resch <BResch@gustafsongluek.com>; Duncan, Richard A. <richard.duncan@faegredrinker.com>
**Cc:** bfinley@cuneolaw.com; joel@cuneolaw.com; jonc@cuneolaw.com; Dan Hedlund <DHedlund@gustafsongluek.com>; Joshua Rissman <jrissman@gustafsongluek.com>; Breanna Van Engelen <breannav@hbsslaw.com>; beth@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com; samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com; erodette@locklaw.com; bpouya@pswlaw.com; bsimon@pswlaw.com; cpearson@pswlaw.com; dwarshaw@pswlaw.com; jbourne@pswlaw.com; mpearson@pswlaw.com; nswartzberg@pswlaw.com; mweiner@pswlaw.com;

sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson
<DGustafson@gustafsongluek.com>
**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's RFP
Responses

Michelle –

We are available next Monday, November 9 or Tuesday morning, November 10 to
reconvene discovery discussions. If either of those options work, please go ahead and
circulate a calendar invite to Emily and me.

Thanks, Craig

---

**From:** Coleman, Craig S.
**Sent:** Wednesday, October 28, 2020 11:20 AM
**To:** 'Michelle Looby' <mlooby@gustafsongluek.com>; Chow, Emily E.
<emily.chow@faegredrinker.com>; Hall, Isaac B. <isaac.hall@faegredrinker.com>;
Brittany Resch <BResch@gustafsongluek.com>; Mollberg, Eric A.
<eric.mollberg@faegredrinker.com>; Duncan, Richard A.
<richard.duncan@faegredrinker.com>; Van Oort, Aaron D.
<aaron.vanoort@faegredrinker.com>; Washburn, Bryan K.
<bryan.washburn@faegredrinker.com>
**Cc:** bfinley@cuneolaw.com; joel@cuneolaw.com; jonc@cuneolaw.com; Dan Hedlund
<DHedlund@gustafsongluek.com>; Joshua Rissman <jrissman@gustafsongluek.com>;
Breanna Van Engelen <breannav@hbsslaw.com>; beth@hbsslaw.com;
shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com;
samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com;
erodette@locklaw.com; bpouya@pswlaw.com; bsimon@pswlaw.com;
cpearson@pswlaw.com; dwarshaw@pswlaw.com; jbourne@pswlaw.com;
mpearson@pswlaw.com; nswartzberg@pswlaw.com; mweiner@pswlaw.com;
sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson
<DGustafson@gustafsongluek.com>
**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's RFP
Responses

Michelle –

Thanks for reaching out. You can continue to use Emily and me as the points of contact
for Hormel on discovery issues. We're in the process of comparing calendars and will
suggest times shortly.

Thanks, Craig

**Craig S. Coleman**
Partner

craig.coleman@faegredrinker.com
Connect: vCard

+1 612 766 6981 direct / +1 612 986 7756 mobile / +1 612 766 1600 fax

**Faegre Drinker Biddle & Reath** LLP
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

---

**From:** Michelle Looby <mlooby@gustafsongluek.com>
**Sent:** Wednesday, October 28, 2020 7:20 AM
**To:** Coleman, Craig S. <craig.coleman@faegredrinker.com>; Chow, Emily E.
<emily.chow@faegredrinker.com>; Hall, Isaac B. <isaac.hall@faegredrinker.com>;
Brittany Resch <BResch@gustafsongluek.com>; Mollberg, Eric A.
<eric.mollberg@faegredrinker.com>; Duncan, Richard A.
<richard.duncan@faegredrinker.com>; Van Oort, Aaron D.
<aaron.vanoort@faegredrinker.com>; Washburn, Bryan K.
<bryan.washburn@faegredrinker.com>
**Cc:** bfinley@cuneolaw.com; joel@cuneolaw.com; jonc@cuneolaw.com; Dan Hedlund
<DHedlund@gustafsongluek.com>; Joshua Rissman <jrissman@gustafsongluek.com>;
Breanna Van Engelen <breannav@hbsslaw.com>; beth@hbsslaw.com;
shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com;
samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com;
erodette@locklaw.com; bpouya@pswlaw.com; bsimon@pswlaw.com;
cpearson@pswlaw.com; dwarshaw@pswlaw.com; jbourne@pswlaw.com;
mpearson@pswlaw.com; nswartzberg@pswlaw.com; mweiner@pswlaw.com;
sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson
<DGustafson@gustafsongluek.com>
**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's RFP
Responses

**This Message originated outside your organization.**

---

Craig,

Plaintiffs would like to resume the meet and confer process with Hormel regarding the
RFPs and custodians.  I have attached what I believe are the parties' most recent letters
on these issues.

Please let me know your availability for a call.

Thanks,

Michelle

**Michelle J. Looby**  (profile)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Phone: (612) 333-8844

website | vCard  | map

*committed to the protection of fair competition ...*

**From:** Coleman, Craig S. <Craig.Coleman@FaegreBD.com>
**Sent:** Thursday, August 8, 2019 11:33 AM
**To:** Michelle Looby <mlooby@gustafsongluek.com>; Chow, Emily E.
<Emily.Chow@FaegreBD.com>; Hall, Isaac B. <isaac.hall@FaegreBD.com>; Brittany
Resch <BResch@gustafsongluek.com>; Mollberg, Eric A.
<Eric.Mollberg@FaegreBD.com>; Duncan, Richard A.
<Richard.Duncan@FaegreBD.com>; Van Oort, Aaron D.
<Aaron.VanOort@faegrebd.com>; Washburn, Bryan K.
<Bryan.Washburn@FaegreBD.com>
**Cc:** bfinley@cuneolaw.com; joel@cuneolaw.com; jonc@cuneolaw.com; Dan Hedlund
<DHedlund@gustafsongluek.com>; Joshua Rissman <jrissman@gustafsongluek.com>;
Breanna Van Engelen <breannav@hbsslaw.com>; beth@hbsslaw.com;
shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com;
samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com;
erodette@locklaw.com; bpouya@pswlaw.com; bsimon@pswlaw.com;
cpearson@pswlaw.com; dwarshaw@pswlaw.com; jbourne@pswlaw.com;
mpearson@pswlaw.com; nswartzberg@pswlaw.com; mweiner@pswlaw.com;
sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson
<DGustafson@gustafsongluek.com>
**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's RFP
Responses

Michelle –

In light of the Court's decision and recognition that Defendants should not be subject
to the burden of discovery at this point, we are not intending to proceed with the
meet-and-confer call scheduled for this afternoon. If, after reviewing the decision, you
believe there is something for us to discuss, please let me know.

Thanks, Craig


Craig S. Coleman

*Partner*
craig.coleman@FaegreBD.com   Download vCard
D: +1 612 766 6981 | M: +1 612 986 7756 | F: +1 612 766 1600

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402-3901, USA

---

**From:** Michelle Looby <mlooby@gustafsongluek.com>
**Sent:** Wednesday, August 07, 2019 8:53 AM
**To:** Chow, Emily E. <Emily.Chow@FaegreBD.com>; Hall, Isaac B.
<isaac.hall@FaegreBD.com>; Brittany Resch <BResch@gustafsongluek.com>; Mollberg,
Eric A. <Eric.Mollberg@FaegreBD.com>; Duncan, Richard A.
<Richard.Duncan@FaegreBD.com>; Van Oort, Aaron D.
<Aaron.VanOort@faegrebd.com>; Coleman, Craig S. <Craig.Coleman@FaegreBD.com>;
Washburn, Bryan K. <Bryan.Washburn@FaegreBD.com>
**Cc:** bfinley@cuneolaw.com; joel@cuneolaw.com; jonc@cuneolaw.com; Dan Hedlund
<DHedlund@gustafsongluek.com>; Joshua Rissman <jrissman@gustafsongluek.com>;
Breanna Van Engelen <breannav@hbsslaw.com>; beth@hbsslaw.com;
shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com;
samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com;
erodette@locklaw.com; bpouya@pswlaw.com; bsimon@pswlaw.com;
cpearson@pswlaw.com; dwarshaw@pswlaw.com; jbourne@pswlaw.com;
mpearson@pswlaw.com; nswartzberg@pswlaw.com; mweiner@pswlaw.com;
sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson
<DGustafson@gustafsongluek.com>
**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's RFP
Responses

Thanks, Emily.

Plaintiffs are available Aug. 8 at 2:30 pm CDT to discuss RFPs and Aug. 20 at 2 pm CDT
to discuss custodians.

We can use the following dial-in for both:
(866) 453-5550
7299000#

**Michelle J. Looby** *(profile)*
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Phone: (612) 333-8844

website | vCard | map

*committed to the protection of fair competition ...*

**From:** Chow, Emily E. <Emily.Chow@FaegreBD.com>
**Sent:** Tuesday, August 6, 2019 9:00 AM
**To:** Michelle Looby <mlooby@gustafsongluek.com>; Hall, Isaac B.
<isaac.hall@FaegreBD.com>; Brittany Resch <BResch@gustafsongluek.com>; Mollberg,
Eric A. <Eric.Mollberg@FaegreBD.com>; Duncan, Richard A.
<Richard.Duncan@FaegreBD.com>; Van Oort, Aaron D.
<Aaron.VanOort@faegrebd.com>; Coleman, Craig S. <Craig.Coleman@FaegreBD.com>;
Washburn, Bryan K. <Bryan.Washburn@FaegreBD.com>
**Cc:** bfinley@cuneolaw.com; joel@cuneolaw.com; jonc@cuneolaw.com; Dan Hedlund
<DHedlund@gustafsongluek.com>; Joshua Rissman <jrissman@gustafsongluek.com>;
Breanna Van Engelen <breannav@hbsslaw.com>; beth@hbsslaw.com;
shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com;
samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com;
erodette@locklaw.com; bpouya@pswlaw.com; bsimon@pswlaw.com;
cpearson@pswlaw.com; dwarshaw@pswlaw.com; jbourne@pswlaw.com;
mpearson@pswlaw.com; nswartzberg@pswlaw.com; mweiner@pswlaw.com;
sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson
<DGustafson@gustafsongluek.com>
**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's RFP
Responses

Dear Michelle:

For the RFP meet-and-confer call, we are available on August 8 from 2 to 3:30 pm CDT, and
again after 4:30 pm CDT. For the custodian meet-and-confer call, we are available on August
20 after 1 pm CDT. Please let us know if any of those times work for Plaintiffs.

Best,
Emily

Emily E. Chow
*Partner*
emily.chow@FaegreBD.com    Download vCard
D: +1 612 766 8012

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402-3901, USA

**From:** Michelle Looby [mailto:mlooby@gustafsongluek.com]
**Sent:** Monday, August 05, 2019 4:09 PM

**To:** Chow, Emily E. <Emily.Chow@FaegreBD.com>; Hall, Isaac B. <isaac.hall@FaegreBD.com>; Brittany Resch <BResch@gustafsongluek.com>; Mollberg, Eric A. <Eric.Mollberg@FaegreBD.com>; Duncan, Richard A. <Richard.Duncan@FaegreBD.com>; Van Oort, Aaron D. <Aaron.VanOort@faegrebd.com>; Coleman, Craig S. <Craig.Coleman@FaegreBD.com>; Washburn, Bryan K. <Bryan.Washburn@FaegreBD.com>
**Cc:** bfinley@cuneolaw.com; joel@cuneolaw.com; jonc@cuneolaw.com; Dan Hedlund <DHedlund@gustafsongluek.com>; Joshua Rissman <jrissman@gustafsongluek.com>; Breanna Van Engelen <breannav@hbsslaw.com>; beth@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com; samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com; erodette@locklaw.com; bpouya@pswlaw.com; bsimon@pswlaw.com; cpearson@pswlaw.com; dwarshaw@pswlaw.com; jbourne@pswlaw.com; mpearson@pswlaw.com; nswartzberg@pswlaw.com; mweiner@pswlaw.com; sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson <DGustafson@gustafsongluek.com>
**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's RFP Responses

Dear Emily:

Thanks for your response. With respect to the RFPs, I'm generally available to meet and confer August 8 or 12.  Please let me know if there are some times that work for you on one or both of those days and I will coordinate with counsel for the other plaintiff classes to find a time that will work for all.  We are in receipt of your July 18 letter, which was sent in response to our July 1 letter regarding our prior meet-and-confer. We will be prepared to discuss issues raised in both letters on the upcoming meet-and-confer.

With respect to custodians, please let us know if there are some times that work for you on August 19 or 20 and we will find a time that works for all plaintiff classes to discuss custodians.

Regards,

Michelle

**Michelle J. Looby**  (profile)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Phone: (612) 333-8844

website | vCard  | map

*committed to the protection of fair competition …*

---

**From:** Chow, Emily E. <Emily.Chow@FaegreBD.com>
**Sent:** Monday, August 5, 2019 9:18 AM
**To:** Michelle Looby <mlooby@gustafsongluek.com>; Hall, Isaac B. <isaac.hall@FaegreBD.com>; Brittany Resch <BResch@gustafsongluek.com>; Mollberg, Eric A. <Eric.Mollberg@FaegreBD.com>; Duncan, Richard A. <Richard.Duncan@FaegreBD.com>; Van Oort, Aaron D. <Aaron.VanOort@faegrebd.com>; Coleman, Craig S. <Craig.Coleman@FaegreBD.com>; Washburn, Bryan K. <Bryan.Washburn@FaegreBD.com>
**Cc:** bfinley@cuneolaw.com; joel@cuneolaw.com; jonc@cuneolaw.com; Dan Hedlund <DHedlund@gustafsongluek.com>; Joshua Rissman <jrissman@gustafsongluek.com>; Breanna Van Engelen <breannav@hbsslaw.com>; beth@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com; samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com; erodette@locklaw.com; bpouya@pswlaw.com; bsimon@pswlaw.com; cpearson@pswlaw.com; dwarshaw@pswlaw.com; jbourne@pswlaw.com; mpearson@pswlaw.com; nswartzberg@pswlaw.com; mweiner@pswlaw.com; sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson <DGustafson@gustafsongluek.com>
**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's RFP Responses

Dear Michelle:

We are in receipt of your August 2 letter, which proposes that the parties meet and confer this week regarding Hormel Foods' initial objections and responses to Plaintiffs' RFPs and custodians.

We are open to scheduling a meet-and-confer call regarding RFPs later this week, but note that Plaintiffs have not yet responded to our July 18 letter (see attached). Because your August 2 letter raises a number of items which require additional investigation and input by our client and because of scheduling issues, we would propose scheduling a separate call regarding custodians during the week of August 19.

Please let us know Plaintiffs' availability for this week and the week of August 19.

Best,
Emily

Emily E. Chow
*Partner*
emily.chow@FaegreBD.com    Download vCard
D: +1 612 766 8012

**Faegre Baker Daniels LLP**

2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402-3901, USA

---

**From:** Michelle Looby [mailto:mlooby@gustafsongluek.com]
**Sent:** Friday, August 02, 2019 12:47 PM
**To:** Hall, Isaac B. <isaac.hall@FaegreBD.com>; Brittany Resch
<BResch@gustafsongluek.com>; Chow, Emily E. <Emily.Chow@FaegreBD.com>;
Mollberg, Eric A. <Eric.Mollberg@FaegreBD.com>; Duncan, Richard A.
<Richard.Duncan@FaegreBD.com>; Van Oort, Aaron D.
<Aaron.VanOort@faegrebd.com>; Coleman, Craig S. <Craig.Coleman@FaegreBD.com>;
Washburn, Bryan K. <Bryan.Washburn@FaegreBD.com>
**Cc:** bfinley@cuneolaw.com; joel@cuneolaw.com; jonc@cuneolaw.com; Dan Hedlund
<DHedlund@gustafsongluek.com>; Joshua Rissman <jrissman@gustafsongluek.com>;
Breanna Van Engelen <breannav@hbsslaw.com>; beth@hbsslaw.com;
shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com;
samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com;
erodette@locklaw.com; bpouya@pswlaw.com; bsimon@pswlaw.com;
cpearson@pswlaw.com; dwarshaw@pswlaw.com; jbourne@pswlaw.com;
mpearson@pswlaw.com; nswartzberg@pswlaw.com; mweiner@pswlaw.com;
sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson
<DGustafson@gustafsongluek.com>
**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's RFP
Responses

Counsel:

Please see the attached correspondence.

Have a good weekend.

Michelle

**Michelle J. Looby**  (profile)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Phone: (612) 333-8844

website | vCard  |  map

---

*committed to the protection of fair competition ...*

---

**From:** Hall, Isaac B. <isaac.hall@FaegreBD.com>
**Sent:** Thursday, July 18, 2019 2:15 PM

**To:** Brittany Resch <BResch@gustafsongluek.com>; Chow, Emily E. <Emily.Chow@FaegreBD.com>; Michelle Looby <mlooby@gustafsongluek.com>; Mollberg, Eric A. <Eric.Mollberg@FaegreBD.com>; Duncan, Richard A. <Richard.Duncan@FaegreBD.com>; Van Oort, Aaron D. <Aaron.VanOort@faegrebd.com>; Coleman, Craig S. <Craig.Coleman@FaegreBD.com>; Washburn, Bryan K. <Bryan.Washburn@FaegreBD.com>

**Cc:** bfinley@cuneolaw.com; joel@cuneolaw.com; jonc@cuneolaw.com; Dan Hedlund <DHedlund@gustafsongluek.com>; Joshua Rissman <jrissman@gustafsongluek.com>; Breanna Van Engelen <breannav@hbsslaw.com>; beth@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com; samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com; erodette@locklaw.com; bpouya@pswlaw.com; bsimon@pswlaw.com; cpearson@pswlaw.com; dwarshaw@pswlaw.com; jbourne@pswlaw.com; mpearson@pswlaw.com; nswartzberg@pswlaw.com; mweiner@pswlaw.com; sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson <DGustafson@gustafsongluek.com>

**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's RFP Responses

Counsel:

Please see the attached correspondence on behalf of Emily Chow.

Kind regards,

Isaac B. Hall
*Associate*
isaac.hall@FaegreBD.com   Download vCard
D: +1 612 766 7266

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402-3901, USA

---

**From:** Brittany Resch <BResch@gustafsongluek.com>
**Sent:** Monday, July 01, 2019 6:16 PM
**To:** Chow, Emily E. <Emily.Chow@FaegreBD.com>; Michelle Looby <mlooby@gustafsongluek.com>; Mollberg, Eric A. <Eric.Mollberg@FaegreBD.com>; Duncan, Richard A. <Richard.Duncan@FaegreBD.com>; Van Oort, Aaron D. <Aaron.VanOort@faegrebd.com>; Coleman, Craig S. <Craig.Coleman@FaegreBD.com>; Hall, Isaac B. <isaac.hall@FaegreBD.com>; Washburn, Bryan K. <Bryan.Washburn@FaegreBD.com>

**Cc:** bfinley@cuneolaw.com; joel@cuneolaw.com; jonc@cuneolaw.com; Dan Hedlund <DHedlund@gustafsongluek.com>; Joshua Rissman <jrissman@gustafsongluek.com>; Breanna Van Engelen <breannav@hbsslaw.com>; beth@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com; samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com;

erodette@locklaw.com; bpouya@pswlaw.com; bsimon@pswlaw.com;
cpearson@pswlaw.com; dwarshaw@pswlaw.com; jbourne@pswlaw.com;
mpearson@pswlaw.com; nswartzberg@pswlaw.com; mweiner@pswlaw.com;
sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson
<DGustafson@gustafsongluek.com>
**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's Initial List of
Proposed Document Custodians

Counsel –

Please see the attached correspondence on behalf of Michelle Looby.

Thanks,

**Brittany N. Resch**   (profile)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 333-8844

website | vCard  | map

*committed to the protection of fair competition …*

---

**From:** Chow, Emily E. <Emily.Chow@FaegreBD.com>
**Sent:** Thursday, June 6, 2019 9:02 AM
**To:** Michelle Looby <mlooby@gustafsongluek.com>; Mollberg, Eric A.
<Eric.Mollberg@FaegreBD.com>; Duncan, Richard A.
<Richard.Duncan@FaegreBD.com>; Van Oort, Aaron D.
<Aaron.VanOort@faegrebd.com>; Coleman, Craig S. <Craig.Coleman@FaegreBD.com>;
Hall, Isaac B. <isaac.hall@FaegreBD.com>; Washburn, Bryan K.
<Bryan.Washburn@FaegreBD.com>
**Cc:** bfinley@cuneolaw.com; joel@cuneolaw.com; jonc@cuneolaw.com; Brittany Resch
<BResch@gustafsongluek.com>; Dan Hedlund <DHedlund@gustafsongluek.com>;
Joshua Rissman <jrissman@gustafsongluek.com>; Breanna Van Engelen
<breannav@hbsslaw.com>; beth@hbsslaw.com; shanas@hbsslaw.com;
steve@hbsslaw.com; aswagner@locklaw.com; samorbey@locklaw.com;
sachen@locklaw.com; wjbruckner@locklaw.com; erodette@locklaw.com;
bpouya@pswlaw.com; bsimon@pswlaw.com; cpearson@pswlaw.com;
dwarshaw@pswlaw.com; jbourne@pswlaw.com; mpearson@pswlaw.com;
nswartzberg@pswlaw.com; mweiner@pswlaw.com; sraiter@larsonking.com;
bdclark@locklaw.com; Dan Gustafson <DGustafson@gustafsongluek.com>
**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's Initial List of
Proposed Document Custodians

Dear Michelle:

In advance of our meet-and-confer call this afternoon, please see the attached correspondence in response to your May 15, 2019 letter. We look forward to speaking with you.

Best,
Emily

Emily E. Chow
*Partner*
emily.chow@FaegreBD.com    Download vCard
D: +1 612 766 8012

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402-3901, USA

---

**From:** Michelle Looby [mailto:mlooby@gustafsongluek.com]
**Sent:** Wednesday, May 15, 2019 10:28 AM
**To:** Mollberg, Eric A. <Eric.Mollberg@FaegreBD.com>; Duncan, Richard A. <Richard.Duncan@FaegreBD.com>; Van Oort, Aaron D. <Aaron.VanOort@faegrebd.com>; Coleman, Craig S. <Craig.Coleman@FaegreBD.com>; Chow, Emily E. <Emily.Chow@FaegreBD.com>; Hall, Isaac B. <isaac.hall@FaegreBD.com>; Washburn, Bryan K. <Bryan.Washburn@FaegreBD.com>
**Cc:** bfinley@cuneolaw.com; joel@cuneolaw.com; jonc@cuneolaw.com; Brittany Resch <BResch@gustafsongluek.com>; Dan Hedlund <DHedlund@gustafsongluek.com>; Joshua Rissman <jrissman@gustafsongluek.com>; Breanna Van Engelen <breannav@hbsslaw.com>; beth@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com; aswagner@locklaw.com; samorbey@locklaw.com; sachen@locklaw.com; wjbruckner@locklaw.com; erodette@locklaw.com; bpouya@pswlaw.com; bsimon@pswlaw.com; cpearson@pswlaw.com; dwarshaw@pswlaw.com; jbourne@pswlaw.com; mpearson@pswlaw.com; nswartzberg@pswlaw.com; mweiner@pswlaw.com; sraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson <DGustafson@gustafsongluek.com>
**Subject:** RE: In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's Initial List of Proposed Document Custodians

Counsel:

Please see the attached correspondence in response to Hormel's initial list of proposed document custodians.

Regards,

Michelle

**Michelle J. Looby** (profile)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Phone: (612) 333-8844

website | vCard | map

_committed to the protection of fair competition ..._

**From:** Mollberg, Eric A. <Eric.Mollberg@FaegreBD.com>
**Sent:** Thursday, April 18, 2019 3:50 PM
**To:** srraiter@larsonking.com; bdclark@locklaw.com; Dan Gustafson
<DGustafson@gustafsongluek.com>
**Cc:** bfinley@cuneolaw.com; joel@cuneolaw.com; jonc@cuneolaw.com; Brittany Resch
<BResch@gustafsongluek.com>; Dan Hedlund <DHedlund@gustafsongluek.com>;
Joshua Rissman <jrissman@gustafsongluek.com>; Michelle Looby
<mlooby@gustafsongluek.com>; Breanna Van Engelen <breannav@hbsslaw.com>;
beth@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com;
aswagner@locklaw.com; samorbey@locklaw.com; sachen@locklaw.com;
wjbruckner@locklaw.com; erodette@locklaw.com; bpouya@pswlaw.com;
bsimon@pswlaw.com; cpearson@pswlaw.com; dwarshaw@pswlaw.com;
jbourne@pswlaw.com; mpearson@pswlaw.com; nswartzberg@pswlaw.com;
mweiner@pswlaw.com; apessin@finekaplan.com; jistvan@finekaplan.com;
rliebenberg@finekaplan.com; bcohen@nussbaumpc.com; fisquith@nussbaumpc.com;
steti@blockesq.com; whitney@blockesq.com; delman@gelaw.com;
lnussbaum@gelaw.com; dbarrett@barrettlawgroup.com;
rpavich@pavichlawgroup.com; medelson@edelson-law.com; jnb@wexlerwallace.com;
kae@wexlerwallace.com; kaw@wexlerwallace.com; tad@wexlerwallace.com;
janderson@heinsmills.com; rsteiner@heinsmills.com;
behdad.sadeghi@zimmreed.com; david.cialkowski@zimmreed.com;
gordon.rudd@zimmreed.com; espector@srkattorneys.com;
jcorrigan@srkattorneys.com; bbleichner@chestnutcambronne.com;
crenz@chestnutcambronne.com; jbores@chestnutcambronne.com;
kcambronne@chestnutcambronne.com; ckocher@smbb.com; Pat Howard
<phoward@smbb.com>; Simon Paris <sparis@smbb.com>; dnast@nastlaw.com;
eburns@nastlaw.com; gmabdall@hotmail.com; Ashlea Schwarz <ashlea@paulllp.com>;
Rick@paulllp.com; Garrett Blanchfield <g.blanchfield@rwblawfirm.com>;
r.yard@rwblawfirm.com; jspector@srkw-law.com; bcaldes@srkw-law.com
**Subject:** In re Pork Antitrust Litigation, No 18-cv-1776 (JRT/HB) -- HFC's Initial List of
Proposed Document Custodians

Counsel:

Attached please find Hormel Foods Corporation's Initial List of Proposed Document Custodians.

Eric A. Mollberg

*Paralegal*

eric.mollberg@FaegreBD.com    Download vCard

D: +1 612 766 7913

**Faegre Baker Daniels LLP**

2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402-3901, USA