UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation** <br><br> This Document Relates To All Actions | Case No. 18-cv-01776-JRT-HB |

## STATEMENT THAT ENTIRE DOCUMENT IS CONFIDENTIAL OR IMPRACTICAL TO REDACT

Pursuant to Local Rule 5.6, HRL Exhibit 1 filed with Defendant Hormel Foods Corporation's Memorandum in Opposition to Class Plaintiffs' Motion to Compel was filed under seal pursuant to the Court's Protective Order (Dkt. 290) because the document contains information designated "Highly Confidential" and redaction is impracticable.

US.134424366.01

Date: August 31, 2021          Respectfully submitted,

         */s/ Craig S. Coleman*
         Richard A. Duncan (#0192983)
         Aaron D. Van Oort (#0315539)
         Craig S. Coleman (#0325491)
         Emily E. Chow (#0388239)
         Isaac B. Hall (#0395398)
         Bryan K. Washburn (#0397733)
         FAEGRE DRINKER BIDDLE & REATH LLP
         2200 Wells Fargo Center
         90 South Seventh Street
         Minneapolis, MN 55402-3901
         Telephone: (612) 766-7000
         Facsimile: (612) 766-1600
         richard.duncan@faegredrinker.com
         aaron.vanoort@faegredrinker.com
         craig.coleman@faegredrinker.com
         emily.chow@faegredrinker.com
         isaac.hall@faegredrinker.com
         bryan.washburn@faegredrinker.com

         *Counsel for Defendants Hormel Foods Corporation and Hormel Foods, LLC*