

**JASON T. JOHNSON**
jjohnson@larsonking.com
D 651-312-6525

September 1, 2021

**VIA CM/ECF**

Honorable Hildy Bowbeer
United States District Court
316 North Robert Street
Saint Paul, MN 55101

    **Re:**  *In re Pork Antitrust Litigation*, No. 18-cv-1776 (JRT/HB)
         Request for Leave to File Reply Memorandum

Dear Judge Bowbeer:

The Commercial and Institutional Indirect Purchaser Plaintiffs (CIIPPs) respectfully request that the Court grant leave to file a reply memorandum in support of its motion to compel. (ECF No. 876).

The CIIPP's Motion to Compel Compliance with Subpoena Directed to Affiliated Foods, Inc. was filed on August 17, 2021. Affiliated Foods filed its memorandum in opposition on August 30, 2021, (ECF No. 924), and the motion is scheduled to be heard before your honor on September 8, 2021 via video conference (ECF No. 910).

Affiliated Foods raises a number of issues in its opposition memorandum that CIIPPs contend are largely rebutted by applicable case law and statutes. Rather than reciting cases and legal standards at the hearing regarding the Court's authority to adjudicate the motion, the CIIPPs contend that it would serve the interests of judicial economy to provide these arguments in advance. Permitting a reply brief under these circumstances will facilitate a more effective hearing and allow for a thorough examination of the CIIPP's motion and Affiliated Foods' response.



Therefore, pursuant to Local Rule 7.1(f), CIIPPs request that the Court grant leave to file a short reply memorandum in connection with its motion to compel compliance with its subpoena to Affiliated Foods.

Thank you for your attention to this matter.

Very truly yours,

*s/ Jason T. Johnson*

**JASON T. JOHNSON**

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 1st day of September, 2021, I served the foregoing letter through the CM/ECF system and on the counsel for Affiliated Foods by electronic mail:

David Mullin
**MULLIN HOARD & BROWN, L.L.P.**
500 S. Taylor, Suite 800
Amarillo, Texas 79101-2445
dmullin@mhba.com

                                                By: /s/ Jason T. Johnson
                                                        Jason T. Johnson