**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* <br><br> This Document Relates To: <br><br> ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Case No. 0:18-cv-01776-JRT-HB |

**CERTIFICATE OF COMPLIANCE ON COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO AFFILIATED FOODS, INC.**

I, Alec Blaine Finley, certify that this brief complies with the type-volume limitation of D. Minn. L.R. 72.2(c)(1) and with the type-size limit of D. Minn. L.R. 72.2(c)(2). The brief has 1,733 words of type, font size 13 and was prepared using Microsoft Word, which includes all text, including headings, footnotes, and quotations in the word count.

Date: September 3, 2021				Respectfully Submitted,

						By: /s/ *Blaine Finley*
						Jonathan W. Cuneo (*pro hac vice*)
						Blaine Finley (*pro hac vice*)
						Yifei (Evelyn) Li (*pro hac vice*)
						**CUNEO GILBERT & LADUCA, LLP**
						4725 Wisconsin Ave. NW, Suite 200
						Washington, DC 20016
						Telephone: (202) 789-3960
						Facsimile: (202) 589-1813
						jonc@cuneolaw.com
						bfinley@cuneolaw.com
						evelyn@cuneolaw.com

						Shawn M. Raiter (MN# 240424)
						**LARSON • KING, LLP**
						2800 Wells Fargo Place
						30 East Seventh Street
						St. Paul, MN  55101
						(651) 312-6518 Telephone
						sraiter@larsonking.com

						*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

						Don Barrett (*pro hac vice*)
						David McMullan (*pro hac vice*)
						Sterling Starns (pro hac vice)
						**BARRETT LAW GROUP, P.A.**
						P.O. Box 927
						404 Court Square
						Lexington, MS 39095
						Telephone: (662) 834-2488
						dbarrett@barrettlawgroup.com
						dmcmullan@barrettlawgroup.com
						sstarns@barrettlawgroup.com

Jon A. Tostrud
Anthony M. Carter
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

J. Gordon Rudd, Jr., (MN# 222082)
David M. Cialkowski, (MN# 0306526)
Ian McFarland (MN# 0392900)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
gordon.rudd@zimmreed.com
david.cialkowski@zimmreed.com
ian.mcfarland@zimmreed.com

Marcus Bozeman (*pro hac vice*)
**BOZEMAN LAW FIRM, P.A.**
400 West Capitol, Suite 1700
Little Rock, Arkansas  72201
https://www.bozemanfirm.com
Telephone:  (501) 492-3441
mbozeman@bozemanfirm.com

*Plaintiffs' Steering Committee for Commercial and Institutional Indirect Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 3rd day of September, 2021, I served the foregoing document and related motion filings through the CM/ECF system and on the following party by electronic mail:

David Mullin
**MULLIN HOARD & BROWN, L.L.P.**
500 S. Taylor, Suite 800
Amarillo, Texas 79101-2445
dmullin@mhba.com

By: */s/ Blaine Finley*
Blaine Finley