**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | No. 0:18-cv-01776 |
| This Document Relates To: | Hon. John R. Tunheim |
| All actions and 21-md-2998 | Magistrate Judge Hildy Bowbeer |

**WINN-DIXIE PLAINTIFFS' STATEMENT IN CONNECTION
WITH THIS COURT'S BRIEFING ORDER DKT. #23**

The Winn-Dixie Plaintiffs make this statement in connection with the briefing ordered by this Court (Dkt. #23 in 21-md-2998) relating to whether the new MDL DAP cases should be coordinated or consolidated with the existing class cases and the Winn-Dixie Plaintiffs' action. The Winn-Dixie Plaintiffs are differently situated than the MDL DAPs because the Winn-Dixie Plaintiffs filed directly into this Court. Thus, their case will go to trial in this Court and will not be remanded for trial to another jurisdiction. Thus, for this reason and for the reasons stated in the submission by the new MDL DAPs in Dkt. #32 in 21-md-2998, it is the position of the Winn-Dixie Plaintiffs that the new MDL DAP cases should be <u>coordinated only</u> and should not be consolidated and that there should not be a consolidated DAP complaint

September 7, 2021

/s/ Patrick J. Ahern
Patrick J. Ahern
Theodore B. Bell
AHERN AND ASSOCIATES, P.C.
8 South Michigan Avenue, Suite 3600
Chicago, IL 60603
(312) 404-3760
Patrick.ahern@ahernandassociatespc.com
Theo.bell@ahernandassociatespc.com

*Counsel for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC*