# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | **COURT MINUTES** |
| | BEFORE: Hildy Bowbeer |
| This Document Relates to: | U.S. Magistrate Judge |
| All Actions | |

| | |
|---|---|
| Case No.: | 18-cv-1776 (JRT/HB) |
| Date: | September 7, 2021 |
| Location: | n/a (by videoconference) |
| Court Reporter: | Lori Simpson |
| Time: | 3:41 pm – 5:06 pm |
| Total Time: | 1 hour 25 minutes |

**APPEARANCES:**

For Direct Purchaser Plaintiffs: Joseph Bourne, Bobby Pouya, Clifford H. Pearson, Arielle S. Wagner, Brian D. Clark, and Michael Pearson
For Commercial and Institutional Indirect Purchaser Plaintiffs: Blaine Finley
For Consumer Indirect Purchaser Plaintiffs: Shana E. Scarlett and Daniel C. Hedlund
For Defendant Hormel Foods Corporation: Craig Coleman
For Non-Parties Hormel Food Custodians: John Rock and Kathryn Stephens
For Defendant The Clemens Family Corporation: Christina Sharkey and Mark L. Johnson
For Defendant Triumph Foods, LLC: Jason Husgen
For Defendant Seaboard Foods: William Thomson
For Defendant Tyson Foods: Jarod Taylor

Steve Toeniskoetter, in-house counsel for Defendant Hormel Foods Corporation, was also present.

**PROCEEDINGS:**

The Court held a hearing on Direct Purchaser Plaintiffs' Motion to Compel Hormel to Produce Responsive Text Message Content and to Enforce Subpoenas to Hormel Custodians. [ECF No. 883.]

The Court took the motion under advisement and a written order will be issued.

<em>s/MJA</em><br>
Judicial Law Clerk