**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| **In re Pork Antitrust Litigation**<br><br>This Document Relates To All Actions | Case No. 18-cv-01776-JRT-HB |
|---|---|

**JOINT MOTION REGARDING CONTINUED SEALING**

Documents have been filed under temporary seal in connection with the following motion:

| Class Plaintiffs' Motion to Compel Hormel To Produce Responsive Text Message Content and to Enforce Subpoenas to Hormel Custodians | Dkt. 883 |
|---|---|

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: **a)** The information that the parties agree should remain sealed; **b)** The information the parties agree should be unsealed; and **c)** The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 885 | 886 | Unredacted copy of Plaintiffs' Memorandum in Support of Motion to Compel | Hormel Foods submits, and Class Plaintiffs do not oppose, that the redacted information should remain redacted. | For some content, AT&T. | Redacted portions of the document contain confidential business information about Hormel Foods' employee policies.[1] Redacted portions of the brief also contain information produced by non-party AT&T and designated "Confidential" under the Protective Order. |

[1] When considering a request for continued sealing of documents, the court weighs "a party or nonparty's need for confidentiality" against "the public's right of access." 2017 Advisory Committee Note to LR 5.6; *see also In re Bair Hugger Forced Air Warming Devices Prod. Liab. Litig.*, No. 15-MD-2666 (JNE/DTS), 2020 WL 4035548, at *1 (D. Minn. July 17, 2020) (Schultz, M.J.) ("Unlike some circuits, the Eighth Circuit does not recognize a 'strong presumption' of public access to judicial records."). A lesser showing is required to keep a document sealed in the context of discovery motions when compared to dispositive motions. *See FurnitureDealer.net, Inc. v. Amazon.com*, Inc., No. 18-CV-0232 (JRT/HB), 2020 WL 6324157, at *2 (D. Minn. Oct. 19, 2020) (Bowbeer, M.J.) (granting a motion to seal documents even where "the Court [was] highly skeptical that the parties would be able to make the requisite showing to overcome the public's right to access if that same material were to be filed in connection with dispositive motions").

| | | | | | |
|---|---|---|---|---|---|
| 887 | 888 | Unredacted Declaration of J. Bourne in support of Plaintiffs' Motion to Compel | Hormel Foods submits, and Class Plaintiffs do not oppose, that the redacted information should remain redacted. | AT&T | Redacted portions of the document contain information produced by non-party AT&T and designated "Confidential" under the Protective Order. |
| 887-1 | 883-3 | Unredacted copy of Defendant Hormel Foods Corporation's Answers and Objections to Plaintiffs' First Set of Interrogatories | Hormel Foods submits, and Class Plaintiffs do not oppose, that the redacted information should remain redacted. | N/A | Redacted portions of the document contain confidential, non-public, competitively sensitive business information of Hormel Foods. |
| 887-2 | | Hormel Foods Corporation's Mobile Device Policy | Hormel Foods submits, and Class Plaintiffs do not oppose, that the entire document should remain sealed. | N/A | The document contains confidential business information about Hormel Foods' employee policies. |
| 930 | | Hormel Foods Corporation's Mobile Device Policy | Hormel Foods submits, and Class Plaintiffs do not oppose, that the entire document should remain sealed. | N/A | The document contains confidential business information about Hormel Foods' employee policies. |

Dated: September 21, 2021 Respectfully submitted,

*/s/ Joseph C. Bourne*
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Craig S. Davis (MN #0148192)
Arielle S. Wagner (MN #0398332)
Joseph C. Bourne (MN #0389922)
Simeon A. Morbey (MN #0391338)
Stephen M. Owen (MN # 0399370)
Stephen J. Teti (Pro Hac Vice)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
jcbourne@locklaw.com
aswagner@locklaw.com
csdavis@locklaw.com
samorbey@locklaw.com
smowen@locklaw.com
steti@locklaw.com

Bobby Pouya (Pro Hac Vice)
Clifford H. Pearson (Pro Hac Vice)
Daniel L. Warshaw (Pro Hac Vice)
Michael H. Pearson (Pro Hac Vice)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Melissa S. Weiner (MN #0387900)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pswlaw.com

Bruce L. Simon (Pro Hac Vice)
Benjamin E. Shiftan (Pro Hac Vice)
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com
bshiftan@pswlaw.com

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

*/s/ Shana E. Scarlett*
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve. W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Brittany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

Jonathan W. Cuneo
Joel Davidow
Blaine Finley
Yifei “Evelyn” Li
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cunelolaw.com

*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

Date: September 21, 2021

Respectfully submitted,

*/s/ Craig B. Coleman*

Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com
bryan.washburn@faegredrinker.com

*Counsel for Defendant Hormel Foods Corporation*