# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation** | Civil No. 18-cv-1776 (JRT/HB) |
| This Document Relates to All Actions | **ORDER ON JOINT MOTION REGARDING CONTINUED SEALING** |

Before the Court is the Joint Motion Regarding Continued Sealing (ECF No. 946), pursuant to Local Rule 5.6(d), concerning the documents filed under seal in connection with Class Plaintiffs' Motion to Compel Hormel to Produce Responsive Text Message Content and to Enforce Subpoenas to Hormel Custodians (ECF Nos. 883). Having reviewed the motion and the documents filed under seal, as well as all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Joint Motion (ECF No. 946) is **GRANTED**, as follows:

1. The following confidential documents filed under seal shall remain sealed and the Clerk is directed to keep the following documents sealed:

    ECF Nos. 885, 887, 887-1, 887-2, 930.

Dated:  September 22, 2021        s/*Hildy Bowbeer*
                                  HILDY BOWBEER
                                  United States Magistrate Judge