## CERTIFICATE OF SERVICE

I certify that on or before October __1__, 2021, a true and correct copy of the foregoing was filed with the Clerk of Court by U.S. mail. CM/ECF will then notify all counsels of record electronically. I additionally served a copy of the objection to the [settlement admin]

Parties can and are encouraged to serve any filings to defectivesettlement@gmail.com to constitute service under Fed. R. Civ. Proc. 5(b) in light of the COVID-19 pandemic.

/s/ Shiyang Huang

RECEIVED BY MAIL
OCT 04 2021
CLERK U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
OCT 04 2021
U.S. DISTRICT COURT MPLS