SHIYANG HUANG
2800 SW ENGLER CT
TOPEKA KS 66614

ATTN: CIVIL NO 18-1776 (JRT/HB)
UNITED STATES DISTRICT COURT
300 S FOURTH STREET
MINNEAPOLIS, MN 55415

SCANNED
OCT 04 2021
U.S. DISTRICT COURT MPLS

RECEIVED BY MAIL
OCT 04 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA