## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776 (JRT-HB) <br><br> **NOTICE OF HEARING ON CONSUMER INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES** |
| *This Document Relates to*: <br><br> All Consumer Indirect Purchaser Plaintiff Actions | |

010736-11/1670692 V1

Please take notice that at a videoconferenced hearing on November 29, 2021, at 11:30 a.m., before the Honorable John R. Tunheim, Chief Judge for the United States District Court for the District of Minnesota, Courtroom 15, 300 South Fourth Street, Minneapolis, Minnesota 55415, Consumer Indirect Purchaser Plaintiffs ("the Consumer Indirect Class") will move the Court for an order granting the Consumer Indirect Class's motion for an award of attorneys' fees and reimbursement of past expenses.

DATED: October 6, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Shana E. Scarlett*
　　　SHANA E. SCARLETT

Rio Pierce
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

- 1 -

- 2 -

Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*