## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| This Document Relates to:<br><br>ALL CONSUMER INDIRECT PURCHASER ACTIONS | **DECLARATION OF CARL V. MALMSTROM IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES SUBMITTED ON BEHALF OF WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC _____** |

I, Carl Malmstrom, hereby declare and state as follows:

1.      I am Of Counsel and a Member of Wolf Haldenstein Adler Freeman & Herz LLC. I submit this declaration in support of Plaintiffs' Motion for an award of attorneys' fees and expenses in connection with the services rendered, and costs and expenses incurred, in the above-captioned action (the "Action"). I make this declaration based on my personal knowledge and if called as a witness, I could and would competently testify to the matters stated herein.

2.      My firm and I serve as Counsel in this matter for Plaintiffs.

3.      Attached hereto as **Exhibit 1** is my firm's total hours and lodestar, computed at current rates, for the period from inception of the case through June 30, 2021. The total number of hours spent by my firm during this time period was 17.3 hours of attorney time and 6.3 hours of paralegal time with a corresponding current lodestar of

$15,090.00.[1] This summary was prepared from contemporaneous, daily time records regularly prepared and maintained by the firm. The lodestar amount reflected in **Exhibit 1** is for work assigned by Plaintiffs' Co-Lead Counsel and was performed by professional staff at my law firm for the benefit of the Class/Plaintiffs during the aforementioned time period. In preparing this time I followed Lead Counsel's protocol for time keeping and assignments and have audited my time to comply with that protocol. In connection with representing Plaintiffs in the Action, my firm did the following: retention by clients, factual research and investigation, and discovery relating to plaintiffs' claims and documents.  The hourly rates for the attorneys and professional staff in my firm reflected in Exhibit A are the usual and customary hourly rates charged by my firm in similar complex litigation matters.

4.      My firm has expended a total of $419.77 in unreimbursed costs and expenses in connection with the prosecution of the Action from inception of the case through and including June 30, 2021. These costs and expenses are set forth in the chart attached as **Exhibit 2** and reflected on the books and records of my firm. They were incurred on behalf of Plaintiffs by my firm and have not been reimbursed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 5, 2021 in Skokie, Illinois.

 *s/ Carl V. Malmstrom*
Carl V. Malmstrom

---

[1] Such time does not include any time expended in completing this declaration.

2

## EXHIBIT 1

## WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC

**Reported Hours and Lodestar**
Inception through June 30, 2021

| Timekeeper | Professional Status | Hours | Current Rate | Total Lodestar |
|---|---|---|---|---|
| Fred T. Isquith, Sr. | P | 9.3 | $945 | $8788.50 |
| Rachele R. Byrd | P | 0.1 | $670 | $67.00 |
| Carl V. Malmstrom | OC | 7.9 | $530 | $4187.00 |
| James Cirigliano | PL | 6.3 | $325 | $2047.5 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Grand Total** | | 23.6 | | $15,090.00 |

**Role Legend**

P       Partner/Shareholder
OC     Of Counsel
A       Associate
LC     Law Clerk
PL     Paralegal
I        Investigator
SA     Staff Attorney
CA     Contract Attorney

**Exhibit 2**

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**

**Expenses Incurred**

Inception through June 30, 2021

| Expense Category | Amount Incurred |
|---|---|
| Electronic Research (Lexis/Westlaw/PACER) | $67.07 |
| Court Costs – Filing Fees | $205.00 |
| Litigation Fund Contribution | |
| Express Delivery/Messengers | |
| Photocopies – In House | $147.70 |
| Photocopies - Outside | |
| Postage | |
| Service of Process Fees | |
| Telephone / Fax | |
| Transportation / Meals / Lodging | |
| Experts/Consultant Fees | |
| Court Reporter Service/Hearing Transcript Fees | |
| **TOTAL EXPENSES** | **$419.77** |