**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-1776 (JRT/HB)<br><br>**Notice of Hearing on Motion for Final Approval of Class Action Settlement Between the Commercial and Institutional Indirect Purchaser Plaintiffs and Defendant JBS** |

NOTICE IS HEREBY GIVEN that at a hearing to be held on November 3, 2021, before the Honorable John R. Tunheim, Chief Judge for the United States Court for the District of Minnesota, in Courtroom 15, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minneapolis 55415, Commercial and Institutional Indirect Purchaser Plaintiffs will move the Court for final approval of the class action settlement between Commercial and Institutional Indirect Purchaser Plaintiffs and Defendants JBS USA Food Company, JBS USA Food Company Holdings, and Swift Pork Company.

Pursuant to the United States District Court for the District of Minnesota's 28th Order regarding court operations (Apr. 29, 2021), the undersigned counsel will not request an in-person presentment of this Motion, and instead will present this motion by telephone or videoconference, as directed by the Court. Should the Court determine that an in-person hearing is necessary, the undersigned counsel is available at the Court's earliest availability.

| | |
|---|---|
| Dated: October 20, 2021 | **Larson · King, LLP** |
| | By    *s/ Shawn M. Raiter* |
| | Shawn M. Raiter (#240424) |
| | Jason T. Johnson (#0399974) |
| | 2800 Wells Fargo Place |
| | 30 East Seventh Street |
| | St. Paul, MN  55101 |
| | (651) 312-6500 |
| | sraiter@larsonking.com |
| | jjohnson@larsonking.com |
| | |
| | Jonathan W. Cuneo (admitted *pro hac vice*) |
| | Blaine Finley (admitted *pro hac vice*) |
| | **Cuneo, Gilbert & LaDuca, LLP** |
| | 4725 Wisconsin Ave NW, Suite 200 |
| | Washington, DC  20016 |
| | (202) 789-3960 |
| | jonc@cuneolaw.com |
| | bfinley@cuneolaw.com |
| | |
| | **Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs** |