UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-1776 (JRT/HB)<br><br>**Meet and Confer Statement** |

Pursuant to Local Rule 7.1(a)(1), Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") hereby state and certify that their counsel met and conferred with Defendant JBS' counsel regarding this motion for final approval of settlement. Counsel for Defendant JBS does not oppose CIIPPs' Motion for Final Approval of the Class Action Settlement Between Commercial and Institutional Indirect Purchaser Plaintiffs and JBS.

Dated: October 20, 2021            **Larson · King, LLP**

By _____s/ Shawn M. Raiter_____
Shawn M. Raiter (#240424)
Jason T. Johnson (#0399974)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
sraiter@larsonking.com
jjohnson@larsonking.com

                Jonathan W. Cuneo (admitted *pro hac vice*)
                Blaine Finley (admitted *pro hac vice*)
                **Cuneo, Gilbert & LaDuca, LLP**
                4725 Wisconsin Ave NW, Suite 200
                Washington, DC  20016
                (202) 789-3960
                jonc@cuneolaw.com
                bfinley@cuneolaw.com

                **Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**