# Attachment 1

| From: | mail@msgbsvc.com on behalf of Pork Antitrust Litigation (CIIPP) <noreply@porkcommercialcase.com> |
|---|---|
| Sent: | Friday, July 9, 2021 12:44 PM |
| To: | |
| Subject: | HTML Sample -- Notice of Class Action Settlement |

<u>Court Approved Legal Notice</u>

# If you purchased any Pork product in the United States from January 1, 2009, through May 3, 2021, for business use in commercial food preparation, a class action settlement may affect your rights.

A settlement has been reached in a class action antitrust lawsuit filed on behalf of Commercial and Institutional Indirect Purchaser Plaintiffs with Defendants JBS USA Food Company, JBS USA Food Company Holdings, Swift Pork Company, and related or affiliated entities ("JBS" or "Settling Defendants"). The Settlement requires JBS to pay $12,750,000. There will be no payments to the Settlement Class at this time.  You will be notified later of an opportunity to file a claim. Before any money is paid, the Court will hold a hearing to decide whether to approve the Settlement.

The United States District Court for the District of Minnesota authorized this notice. This Court ordered notice may affect your rights. Please read this notice carefully.

**WHO IS INCLUDED?**

For settlement purposes, members of the Settlement Class are defined as all entities who indirectly purchased Pork from Defendants or co-conspirators or their respective subsidiaries or affiliates in the United States from January 1, 2009, to May 3, 2021, for their own business use in commercial food preparation.

Only Settlement Class members in the following jurisdictions are eligible to potentially recover money from the settlement: Arkansas, Arizona, California, District of Columbia, Florida, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia and/or Wisconsin.

For purposes of the Settlement, "Pork" means porcine or swine products processed, produced or sold by JBS, or by any of the Defendants or their co-conspirators, including but not limited to: primals (including but not limited to loins, shoulders, picnics, butts, ribs, bellies, hams, or legs), trim or sub-primal products (including but not limited to backloins, tenderloins, backribs, boneless loins, boneless sirloins, riblets, chef's prime, prime ribs, brisket, skirt, cushion, ground meats, sirloin tip roast, or hocks), further processed and value added porcine products (including, but not limited to bacon, sausage, lunch meats, further processed ham, or jerky products), offal or variety products (including, but not limited to hearts, tongues, livers, head products, spleens, kidneys, feet, stomach, bladder, uterus, snoot, ears, tail, brisket bone, intestines, jowls, neck bones or other bones, skin, lungs, glands, hair, or pet food ingredients), rendered product and byproducts (including, but not limited to, lard, grease, meat meal, bone meal, blood meal, or blood plasma), casings (including, but not limited to, mucosa), and carcasses.

In addition to JBS, the Defendants and alleged co-conspirators in this lawsuit are Clemens Food Group, LLC, The

Clemens Family Corporation, Hormel Foods Corporation, Seaboard Foods LLC, Smithfield Foods, Inc., Triumph Foods, LLC, Tyson Foods, Inc., Tyson Prepared Foods, Inc., Tyson Fresh Meats, Inc., and Agri Stats, Inc.

If you are not sure you are included, you can get more information, including a detailed notice, at the Settlement Website here or by calling toll-free 1-855-867-0738.

**WHAT IS THIS LAWSUIT ABOUT?**

Commercial and Institutional Indirect Purchaser Plaintiffs allege that Defendants and their co-conspirators conspired and combined to fix, raise, maintain, and stabilize the price of Pork, as of January 1, 2009, with the intent and expected result of increasing prices of Pork in the United States, in violation of federal antitrust laws and various state antitrust, consumer protection and unfair trade practices, and unjust enrichment laws. JBS denies it did anything wrong. The Court did not decide which side was right, but both sides agreed to the Settlement to resolve the case and get benefits to the Settlement Class. The case is still proceeding on behalf of the Commercial and Institutional Indirect Purchaser Plaintiffs against other Defendants who may be subject to separate settlements, judgments, or class certification orders.

**WHAT DOES THE SETTLEMENT PROVIDE?**

The Settlement Agreement provides that JBS will pay $12,750,000 to resolve all Settlement Class members' claims against JBS for the Released Claims (as defined in the Settlement Agreement). In addition to this monetary benefit, JBS has also agreed to provide specified cooperation in the Commercial and Institutional Indirect Purchaser Plaintiffs' continued prosecution of the litigation. No money will be distributed at this time. Settlement Class Counsel will continue to pursue the lawsuit against the other Defendants. Settlement Class Counsel may request that the Court award attorneys' fees, permit the reimbursement of certain litigation costs and expenses, set aside funds for future expenses, and grant the class representatives service awards. If such request is made at this time, it will be filed at least fourteen days before the objection deadline and posted on the Settlement Website here at that time. Settlement Class Counsel will ask the Court for attorneys' fees not to exceed one third  of the Settlement Fund and may ask to be reimbursed for costs not to exceed $350,000. All Settlement funds that remain after payment of the Court ordered attorneys' fees, costs, expenses, and service awards will be distributed at the conclusion of the lawsuit or as ordered by the Court. You will be notified later, if and when there is an opportunity to make a claim to receive a payment.

**WHAT ARE YOUR RIGHTS AND OPTIONS?**

You do not need to take any action to remain a member of the Settlement Class and be bound by the Settlement Agreement. As a Settlement Class member, you may be able to participate in (or exclude yourself from) any future settlements or judgments obtained by Commercial and Institutional Indirect Purchaser Plaintiffs against other Defendants in the case.

If you do not want to be legally bound by the Settlement Agreement, you must exclude yourself. Your exclusion request must be **postmarked by September 11, 2021**, or you will not be able to sue or continue to sue Settling Defendants for the Released Claims (as defined in the Settlement Agreement). If you exclude yourself, you cannot get money from the Settlement. If you do not exclude yourself from the Settlement Class, you may object to the Settlement. Your objection must be **postmarked by September 11, 2021**. The detailed notice explains how to exclude yourself or object. Details may also be found on the FAQs page of the Settlement website here.

While this Settlement is only with Settling Defendants at this time, the Settlement Class includes persons who purchased Pork products (as defined in the Settlement Agreement) from *any* of the Defendants or their co-conspirators. If you are a member of the Settlement Class and do not exclude yourself, you may be eligible to participate in (or exclude yourself from) any additional settlements which may arise with any other Defendants in the case.

The Court will hold a hearing in this case *In re Pork Antitrust Litigation* (Commercial and Institutional Indirect Purchaser Actions), Case No. 0:18-cv-01776 (D. Minn.) on **November 3, 2021**, at **10:00 a.m.**, to consider whether to approve the Settlement Agreement. You may ask to speak at the hearing, but you do not have to.

**This notice is a summary only. You can find more details about the Settlement [here](#) or by calling toll-free 1-855-867-0738. Please do not contact the Court.**

If you would prefer not to receive further messages from this sender, please [Click Here](#) and confirm your request.

# Attachment 2

<span style="text-align:center">UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA</span>

# If you purchased any Pork product in the United States from January 1, 2009, through May 3, 2021, for business use in commercial food preparation, a class action settlement may affect your rights.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

- A Settlement has been reached in a class action antitrust lawsuit filed on behalf of Commercial and Institutional Indirect Purchaser Plaintiffs with Defendants JBS USA Food Company, JBS USA Food Company Holdings, Swift Pork Company, and related or affiliated entities ("JBS" or "Settling Defendants"). This Settlement only applies to Settling Defendants and does not dismiss claims against other Defendants in the case entitled *In re Pork Antitrust Litigation (Commercial and Institutional Indirect Purchaser Actions)*, Case No. 0:18-cv-01776 (D. Minn.)

- If approved by the Court, the Settlement will resolve a lawsuit over whether JBS combined and conspired in restraint of trade, the purpose and effect of which was to suppress competition and to allow JBS and other Pork producers to charge supra-competitive prices for Pork products during the Settlement Class Period, in violation of federal and state laws. If approved, the Settlement will avoid litigation costs and risks to Commercial and Institutional Indirect Purchaser Plaintiffs and JBS and will release JBS from liability to members of the Settlement Class.

- The Settlement requires JBS to pay $12,750,000. In addition to this monetary payment, JBS has agreed to provide specified cooperation in the Commercial and Institutional Indirect Purchaser Plaintiffs' continued prosecution of the litigation. There will be no payments to the Settlement Class at this time. You will be notified later of an opportunity to file a claim.

- The Court has not decided whether JBS did anything wrong, and JBS denies any wrongdoing.

- Your legal rights are affected whether you act or do not act. Please read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS | | DEADLINE |
|---|---|---|
| **EXCLUDE YOURSELF** | Get no settlement benefits, but keep any right to file your own lawsuit or be part of any *other* lawsuit against JBS concerning the Released Claims (as defined in the Settlement Agreement). | **Postmarked by September 11, 2021** |
| **OBJECT** | Write to the Court about why you do not like the Settlement. | **Postmarked by September 11, 2021** |
| **ATTEND A HEARING** | Ask to speak to the Court about the fairness of the Settlement. | **Notice of Appearance: September 11, 2021** |
| **DO NOTHING** | You will remain part of the Settlement and you may participate in any monetary distribution, which may happen later. The Settlement will resolve your claims against JBS, and you will give up your rights to sue JBS about the Released Claims (as defined in the Settlement Agreement). You will be bound by the judgment. | |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

- The Court in charge of this case must still decide whether to approve the Settlement and the requested attorneys' fees and expenses.

<span style="text-align:center">**Questions? Go to www.PorkCommercialCase.com or call 1-855-867-0738**</span>

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** ........................................................................................**PAGE 3**
    1.  What is this lawsuit about?
    2.  Why is the lawsuit a class action?
    3.  Why is there a Settlement?
    4.  What if I received previous communications regarding this lawsuit?

**WHO IS INCLUDED IN THE SETTLEMENT** ................................................**PAGE 4**
    5.  How do I know if I am part of the Settlement?
    6.  What Pork products are included in the Settlement?
    7.  Are there exceptions to being included in the Settlement?
    8.  What if I am still not sure whether I am part of the Settlement?

**THE BENEFITS OF THE SETTLEMENT** ......................................................**PAGE 5**
    9.  What does the Settlement with JBS provide?
    10. What are the Settlement benefits being used for?
    11. What am I giving up by staying in the Settlement Class?
    12. What are the Released Claims?
    13.  What happens if I do nothing at all?

**EXCLUDING YOURSELF FROM THE SETTLEMENT** ................................**PAGE 6**
    14. How do I exclude myself from the Settlement with JBS?
    15. If I exclude myself, can I get anything from the Settlement with JBS?
    16. If I do not exclude myself, can I sue JBS for the same thing later?

**OBJECTING TO THE SETTLEMENT** .............................................................**PAGE 6**
    17. How do I tell the Court that I do not like the Settlement?
    18. What is the difference between objecting and excluding myself?

**THE LAWYERS REPRESENTING YOU** .........................................................**PAGE 7**
    19. Do I have lawyers in this case?
    20. How will Settlement Class Counsel be paid?

**THE COURT'S FAIRNESS HEARING** ...........................................................**PAGE 8**
    21. When and where will the Court decide whether to approve the Settlement?
    22. Do I have to attend the Fairness Hearing?
    23. May I speak at the Fairness Hearing?

**GETTING MORE INFORMATION** ...................................................................**PAGE 9**
    24. How do I get more information?

## BASIC INFORMATION

| 1. What is this lawsuit about? |
| --- |

This class action is called *In re Pork Antitrust Litigation (Commercial and Institutional Indirect Purchaser Actions)*, Case No. 0:18-cv-01776, and is pending in the United States District Court for the District of Minnesota. United States District Court Judge John R. Tunheim is overseeing this class action. Commercial and Institutional Indirect Purchaser Plaintiffs allege that Defendants and their co-conspirators conspired and combined to fix, raise, maintain, and stabilize the price of Pork products, from at least January 1, 2009, with the intent and expected result of increasing prices of Pork products in the United States, in violation of federal antitrust laws and various state antitrust, consumer protection and unfair trade practices, and unjust enrichment laws.

The Defendants and co-conspirators named in the Commercial and Institutional Indirect Purchaser Plaintiffs' Fourth Amended and Consolidated Class Action Complaint are producers of Pork products in the United States. In this notice, "Defendants" refers to JBS USA Food Company, JBS USA Food Company Holdings, Swift Pork Company, Clemens Food Group, LLC, The Clemens Family Corporation, Hormel Foods Corporation, Seaboard Foods Inc., Smithfield Foods, Inc., Triumph Foods, LLC, Tyson Foods, Inc., Tyson Prepared Foods, Inc., Tyson Fresh Meats, Inc., and Agri Stats, Inc.

Commercial and Institutional Indirect Purchaser Plaintiffs have reached the Settlement with JBS. However, the Commercial and Institutional Indirect Purchaser Plaintiffs' case is still proceeding against other Defendants. Those other Defendants may be subject to separate settlements, judgments, or class certification orders. If applicable, you will receive a separate notice regarding the progress of the litigation and any resolution of claims against the other Defendants.

JBS has denied all allegations of wrongdoing in this lawsuit and would allege numerous defenses to Plaintiffs' claims if the case against it were to proceed.

| 2. Why is the lawsuit a class action? |
| --- |

In a class action lawsuit, one or more people or businesses called class representatives sue on behalf of others who have similar claims, all of whom together are a "class." Individual class members do not have to file a lawsuit to participate in the class action settlement, or be bound by the judgment in the class action. One court resolves the issues for everyone in the class, except for those who exclude themselves from the class. The class representatives in this case are the Plaintiffs: Sandee's Bakery; Confetti's; Francis T. Enterprises d/b/a Erbert & Gerbert's; Joe Lopez, d/b/a Joe's Steak and Leaf; Longhorn's Steakhouse; Betty's Eat Shop; Ziggy's BBQ Smokehouse & Ice Cream Parlor, LLC; The Grady Corporation; Mcmjoynt LLC d/b/a The Breakfast Joynt; Edley's Restaurant Group, LLC; Basil Mt. Pleasant, LLC; Basil Charlotte, Inc.; Farah's Courtyard Deli, Inc.; and Tri-Ten LLC.

| 3. Why is there a Settlement? |
| --- |

The Court did not decide in favor of Commercial and Institutional Indirect Purchaser Plaintiffs or JBS. Commercial and Institutional Indirect Purchaser Plaintiffs believe they may have won at trial and possibly obtained a greater recovery. JBS believes the Commercial and Institutional Indirect Purchaser Plaintiffs may not have succeeded at class certification or won at a trial. But litigation involves risks to both sides, and therefore Commercial and Institutional Indirect Purchaser Plaintiffs and JBS have agreed to the Settlement. The Settlement requires JBS to pay money, as well as provide specified cooperation in the Commercial and Institutional Indirect Purchaser Plaintiffs' continued prosecution of the litigation. Commercial and Institutional Indirect Purchaser Plaintiffs and their attorneys believe the Settlement is in the best interests of all Settlement Class members.

**Questions? Go to www.PorkCommercialCase.com or call 1-855-867-0738**

3

## 4.   What if I received previous communications regarding this lawsuit?

You may have received other communications regarding this lawsuit, including solicitations by other attorneys seeking to represent you as a plaintiff in an individual (or "direct action") lawsuit against Defendants. These communications were not approved by the Court and did not come from Court-appointed Settlement Class Counsel. You should carefully review this Notice and your rights as a potential member of the Settlement Class before deciding whether to opt out or stay in the Settlement Class.

## WHO IS INCLUDED IN THE SETTLEMENT

## 5.   How do I know if I am part of the Settlement?

The Court decided that, for settlement purposes, members of the Settlement Class are defined as:

> All entities who indirectly purchased Pork from Defendants or co-conspirators or their respective subsidiaries or affiliates in the United States during the Settlement Class Period for their own business use in commercial food preparation.

> The Settlement Class Period is from January 1, 2009, to May 3, 2021.

All Settlement Class members are members of the nationwide class. Only Settlement Class members in the following jurisdictions are eligible to potentially recover money from the settlement funds: Arkansas Arizona, California, District of Columbia, Florida, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia and/or Wisconsin.

While this Settlement is only with JBS at this time, the Settlement Class includes purchasers Pork products (as defined in the Settlement Agreement) from *any* of the Defendants or their co-conspirators. If you are a member of the Settlement Class and do not exclude yourself, you may be eligible to participate in (or exclude yourself from) any additional settlements which may arise with any other Defendants in the case.

## 6.   What Pork products are included in the Settlement?

For purposes of the Settlement, "Pork" means porcine or swine products processed, produced or sold by JBS, or by any of the Defendants or their co-conspirators, including but not limited to: primals (including but not limited to loins, shoulders, picnics, butts, ribs, bellies, hams, or legs), trim or sub-primal products (including but not limited to backloins, tenderloins, backribs, boneless loins, boneless sirloins, riblets, chef's prime, prime ribs, brisket, skirt, cushion, ground meats, sirloin tip roast, or hocks), further processed and value added porcine products (including, but not limited to bacon, sausage, lunch meats, further processed ham, or jerky products), offal or variety products (including, but not limited to hearts, tongues, livers, head products, spleens, kidneys, feet, stomach, bladder, uterus, snoot, ears, tail, brisket bone, intestines, jowls, neck bones or other bones, skin, lungs, glands, hair, or pet food ingredients), rendered product and byproducts (including, but not limited to, lard, grease, meat meal, bone meal, blood meal, or blood plasma), casings (including, but not limited to, mucosa), and carcasses.

## 7.   Are there exceptions to being included in the Settlement?

Yes. Specifically excluded from the Settlement Class are the Defendants; the officers, directors, or employees of any Defendant; the parent companies of any Defendant; the subsidiaries of any

Defendant and any entity in which Defendant has a controlling interest; purchasers of Pork that purchased Pork directly from any Defendant, including those that directly purchased Pork for resale in an unmodified and untransformed form; and any affiliate, legal representative, heir or assign of any Defendant. Also excluded from the Settlement Class are any federal, state or local government entities, any judicial officer presiding over this action and the members of his/her immediate family and judicial staff, any juror assigned to this action.

If you are in one of these categories, you are not a member of the Settlement Class and not eligible to participate in the Settlement.

| 8.  What if I am still not sure whether I am part of the Settlement? |
| --- |

If you are still not sure if you included, please review the detailed information contained in the Settlement Agreement, available at www.PorkCommercialCase.com, or call the Settlement Administrator toll-free at 1-855-867-0738.

## THE BENEFITS OF THE SETTLEMENT

| 9.  What does the Settlement with JBS provide? |
| --- |

If the Settlement is approved, JBS will pay $12,750,000 to resolve all Settlement Class members' claims against JBS for the Released Claims (as defined in the Settlement Agreement). In addition to this monetary benefit, JBS has also agreed to provide specified cooperation in the Commercial and Institutional Indirect Purchaser Plaintiffs' continued prosecution of the litigation. The Settlement Agreement is available at www.PorkCommercialCase.com.

| 10. What are the Settlement benefits being used for? |
| --- |

No money will be distributed at this time. Settlement Class Counsel will continue to pursue the lawsuit against the other Defendants. Settlement Class Counsel may request that the Court award attorneys' fees and permit the reimbursement of certain litigation costs and expenses. Settlement Class Counsel will also seek permission to set aside up to ten percent of the Settlement Fund for future litigation expenses to be used in the continuing lawsuits against the non-settling Defendants and will seek service awards for the class representatives. See Question 20 for more information regarding Settlement Class Counsel's attorneys' fees, costs, expenses, and class representative service awards. All Settlement funds that remain after payment of the Court ordered attorneys' fees, costs, expenses, and service awards will be distributed at the conclusion of the lawsuit or as ordered by the Court. You will be notified later, when there is an opportunity to make a claim to receive a payment.

| 11. What am I giving by staying in the Settlement Class? |
| --- |

Unless you exclude yourself, you are staying in the Settlement Class, which means that you cannot sue, continue to sue, or be part of any other lawsuit against the Settling Defendants that pertains to the Released Claims (as defined in the Settlement Agreement).

It also means that all of the Court's orders will apply to you and legally bind you. The Released Claims are detailed in the Settlement Agreement, available at www.PorkCommercialCase.com.

You are not releasing your claims against any Defendant other than the Settling Defendants by staying in the Settlement Class.

## 12. What are the Released Claims?

The Settlement Agreement in paragraph 14 (titled "Release") describes these "Released Claims" and the "Released Parties" in necessary legal terminology, so read this section carefully. The Settlement Agreement is available at www.PorkCommercialCase.com or in the public court records on file in this lawsuit. For questions regarding the Releases or what they mean, you can also contact one of the lawyers listed in Question 17 for free, or you can talk to your own lawyer at your own expense.

## 13. What happens if I do nothing at all?

If you do nothing, you will remain a member of the Settlement Class and participate in this Settlement if you submit a Valid Claim Form, if required, when that option is available at a later date. You will also have the opportunity to participate in (or exclude yourself from) any future settlements or judgments obtained by Commercial and Institutional Indirect Purchaser Plaintiffs against other Defendants in the case.

### EXCLUDING YOURSELF FROM THE SETTLEMENT

## 14. How do I exclude myself from the Settlement with JBS?

If you do not want the benefits offered by the Settlement and you do not want to be legally bound by the terms of the Settlement, or if you wish to pursue your own separate lawsuit against the Settling Defendants, you must exclude yourself by submitting a written request to the Settlement Administrator stating your intent to exclude yourself from the Settlement Class (an "Exclusion Request"). Your Exclusion Request must include the following:

(a) Your name and address;
(b) A statement that you want to be excluded from the Settlement Class in *In re Pork Antitrust Litigation (Commercial and Institutional Indirect Purchaser Actions)*; and
(c) Your signature.

You must mail your Exclusion Request, **postmarked** by **September 11, 2021**, to:

Pork Commercial and Institutional Indirect Purchaser Litigation
P.O. Box 6610
Portland, OR 97228-6610

## 15. If I exclude myself, can I still get anything from the Settlement with JBS?

No. If you exclude yourself, you are telling the Court that you do not want to be part of the Settlement with JBS. You can only get settlement benefits from the Settlement with JBS if you stay in the Settlement and submit a valid Claim Form when that option is available at a later date.

## 16. If I do not exclude myself, can I sue JBS for the same thing later?

No. Unless you exclude yourself, you give up the right to sue JBS for the claims that the Settlement resolves. If you have a pending lawsuit against JBS, speak to your lawyer for that lawsuit immediately to determine whether you must exclude yourself from this Settlement Class to continue your own lawsuit against Settling Defendants.

By staying in the lawsuit, you are not releasing your claims in this case against any Defendant other than the Settling Defendants.

**Questions? Go to www.PorkCommercialCase.com or call 1-855-867-0738**

6

## OBJECTING TO THE SETTLEMENT

**17.  How do I tell the Court that I do not like the Settlement?**

If you are a member of the Settlement Class and have not excluded yourself from the Settlement, you can object to the Settlement if you do not like part or all of it. The Court will consider your views.

To object, you must send a letter or other written statement saying that you object to the Settlement with JBS in *In re Pork Antitrust Litigation (Commercial and Institutional Indirect Purchaser Actions)* and the reasons why you object to the Settlement. Be sure to include your full name, current mailing address, and email address. Your objection must be signed. You may include or attach any documents that you would like the Court to consider. Do not send your written objection to the Court or the judge. Instead, mail the objection to the Settlement Administrator, Settlement Class Counsel, and counsel for JBS at the addresses listed below. Your objection must be **postmarked** by **September 11, 2021**.

| Settlement Administrator: | Settlement Class Counsel: | Counsel for JBS: |
|---|---|---|
| Pork Commercial and Institutional Indirect Purchaser Litigation Settlement Administrator P.O. Box 6610 Portland, OR 97228-6610 | Jonathan W. Cuneo Blaine Finley Cuneo Gilbert & LaDuca, LLP 4725 Wisconsin Ave. NW, Suite 200 Washington, DC 20016 **Settlement Class Counsel:** Shawn M. Raiter Larson · King LLP 30 East Seventh St., Suite 2800 St. Paul, MN 55101 | Stephen R. Neuwirth Sami H. Rashid Quinn Emanuel Urquhart & Sullivan, LLP 51 Madison Ave., 22nd Floor New York, NY 10010 |

**18.  What is the difference between objecting and excluding myself?**

Objecting is telling the Court that you do not like something about the Settlement. You can object only if you do not exclude yourself from the Settlement Class. Excluding yourself is telling the Court that you do not want to be part of the Settlement Class. If you exclude yourself, you cannot object because the Settlement no longer affects you.

## THE LAWYERS REPRESENTING YOU

**19.  Do I have a lawyer in this case?**

Yes, the Court has appointed Cuneo Gilbert & LaDuca, LLP and Larson · King LLP as Settlement Class Counsel for the Settlement Class. If you wish to remain a member of the Settlement Class, you do not need to hire your own lawyer because Settlement Class Counsel is working on your behalf. If you wish to pursue your own case separate from this one, or if you exclude yourself from the Settlement Class, these lawyers will no longer represent you. You will need to hire your own lawyer if you wish to pursue your own lawsuit against JBS.

**20.  How will Settlement Class Counsel be paid?**

Settlement Class Counsel will ask the Court for attorneys' fees based on their services in this litigation, not to exceed one third of the Settlement Fund net of any expense reimbursement and class

representative service awards. Settlement Class Counsel will ask to be reimbursed for certain expenses already incurred on behalf of the Settlement Class in an amount not to exceed $350,000 and will also seek permission to set aside up to ten percent of the gross Settlement Fund for future litigation expenses to be used in the continuing lawsuits against the non-settling Defendants. Settlement Class Counsel will also seek service awards of up to $7,500 for each class representative. Any payment to the attorneys or class representatives will be subject to Court approval, and the Court may award less than the requested amount. The attorneys' fees, costs, expenses, and service awards that the Court orders, plus the costs to administer the Settlement, will come out of the Settlement Fund. Settlement Class Counsel may seek additional attorneys' fees, costs, expenses, and service awards from any other settlements or recoveries obtained in the future. When Settlement Class Counsel's motion for fees, costs, expenses, and service awards is filed, it will be available at www.PorkCommercialCase.com. The motion will be posted on the website at least 14 days before the deadline for objecting, commenting on, or excluding yourself from the Settlement. You will have an opportunity to comment on this request.

## THE COURT'S FAIRNESS HEARING

### 21.  When and where will the Court decide whether to approve the Settlement?

The Court will hold a hearing to decide whether to approve the Settlement (the "Fairness Hearing"). You may attend and you may ask to speak, but you do not have to. The Court will hold a Fairness Hearing on **November 3, 2021**, at **10:00 a.m.**, at the United States District Court for the District of Minnesota, Courtroom 15, 300 South Fourth Street, Minneapolis, MN 55415. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court will listen to class members who have asked to speak at the hearing. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take. Pursuant to any applicable orders relating to the COVID-19 emergency or otherwise, the Fairness Hearing may take place remotely, including via telephone or video conference. The Court may also move the Fairness Hearing to a later date without providing additional notice to the Class. Updates will be posted to the Settlement website www.PorkCommercialCase.com regarding any changes to the hearing date.

### 22.  Do I have to attend to the Fairness Hearing?

No. Settlement Class Counsel will answer any questions the Court may have. However, you are welcome to come at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it's not necessary.

### 23.  May I speak at the Fairness Hearing?

Yes.  You may ask to speak at the Fairness Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in *In re Pork Antitrust Litigation (Commercial and Institutional Indirect Purchaser Actions)*." Be sure to include your name, current mailing address, telephone number, and signature. Your Notice of Intention to Appear must be **postmarked** by **September 11, 2021**, and it must be sent to the Clerk of the Court, Settlement Class Counsel, and counsel for JBS. The address for the Clerk of the Court is: 300 South Fourth Street, Courtroom 15, Minneapolis, MN 55415. The addresses for Settlement Class Counsel and counsel for JBS are provided in Question 17. You cannot ask to speak at the hearing if you excluded yourself from the Settlement Class.

## GETTING MORE INFORMATION

| 24.  How do I get more information about the Settlement? |
| --- |

This Notice summarizes the proposed Settlement. More details are in the Settlement Agreement. You can find a copy of the Settlement Agreement, other important documents, and information about the current status of the litigation by visiting www.PorkCommercialCase.com. You may contact the Settlement Administrator at info@PorkCommercialCase.com or toll-free at 1-855-867-0738.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

Attachment 3



▼ DOW    34,968.37    -27.81    -0.08%
▲ S&P 500    4,390.14    +5.51    +0.13%
▲ NASDAQ    14,794.84    +61.60    +0.42%

**Crypto 101**
Everything you need to know about bitcoin, blockchain, NFTs and more.

Rising gas prices will hurt low-income families the most. The government needs to help

Goldman Sachs posts $5.5 billion profit as the stock market booms

Corporate America is used to making money. But not like this

# The new American life



## There's no escaping it: Everything is getting more expensive, including all the essentials

Inflation rockets to a 13-year high

Many homebuyers are dropping out of the market

How to prepare your finances now that things are opening up again

**Opinion:** Rising gas prices will hurt low-income families the most. The government needs to help

Here's everything you need to know about ransomware ▶

JPMorgan's profit spikes 155% as the US economy races back from the pandemic

Goldman Sachs posts $5.5 billion profit as the stock market booms

Global demand for Chinese-made goods is soaring. Shipping delays are easing too

Popeyes' chicken sandwich is so popular it's adding nuggets to the menu

Authors of new book depict 'Facebook's dilemma and its ugly truth'

Content by Quicken Loans
Why You Should Refi ASAP



## Corporate America is used to making money. But not like this



## Boeing discloses a new problem with 787 Dreamliner



## Coke is giving one of its most popular drinks a makeover


If you purchased any **PORK PRODUCT** in the United States from January 1, 2009, to May 3, 2021, for business use in commercial food preparation,

Advertisement

**MARKETS**   ›

🔍 Quote search

**MOST ACTIVE STOCKS**   ›

| S&P 500 | S&P 1500 |
|---|---|

| | | |
|---|---|---|
| ▼ **F** Ford Motor Co | -0.16 / -1.13% | 14.45 |
| ▼ **BAC** Bank of America Corp | -0.87 / -2.14% | 39.76 |
| ▼ **GE** General Electric Co | -0.19 / -1.45% | 12.92 |
| ▼ **BA** Boeing Co | -7.80 / -3.27% | 230.49 |

Updated as of 11:57AM 7/13/2021

 E✳TRADE    Sign up now




| | | | |
|---|---|---|---|
| ▼ DOW | 34,968.37 | -25.00 | -0.07% |
| ▲ S&P 500 | 4,390.14 | +5.49 | +0.13% |
| ▲ NASDAQ | 14,794.84 | +61.74 | +0.42% |

**Crypto 101**
Everything you need to know about bitcoin, blockchain, NFTs and more.

Rising gas prices will hurt low-income families the most. The government needs to help

Goldman Sachs posts $5.5 billion profit as the stock market booms

Corporate America is used to making money. But not like this

# The new American life



### There's no escaping it: Everything is getting more expensive, including all the essentials

Inflation rockets to a 13-year high

Many homebuyers are dropping out of the market

How to prepare your finances now that things are opening up again

**Opinion**: Rising gas prices will hurt low-income families the most. The government needs to help

Here's everything you need to know about ransomware ▶

JPMorgan's profit spikes 155% as the US economy races back from the pandemic

Goldman Sachs posts $5.5 billion profit as the stock market booms

Global demand for Chinese-made goods is soaring. Shipping delays are easing too

Popeyes' chicken sandwich is so popular it's adding nuggets to the menu

Authors of new book depict 'Facebook's dilemma and its ugly truth'

Content by Quicken Loans



### Corporate America is used to making money. But not like this



### Boeing discloses a new problem with 787 Dreamliner



### Coke is giving one of its most popular drinks a makeover


a class action settlement may affect your rights.
**Learn More**
www.PorkCommercialCase.com
Advertisement

**MARKETS** ›

Quote search 🔍

**MOST ACTIVE STOCKS** ›



| S&P 500 | S&P 1500 |
|---|---|

| | | |
|---|---|---|
| ▼ **F**<br>Ford Motor Co | -0.16 / -1.13%<br>14.45 | |
| ▼ **BAC**<br>Bank of America Corp | -0.87 / -2.14%<br>39.76 | |
| ▼ **GE**<br>General Electric Co | -0.19 / -1.45%<br>12.92 | |
| ▼ **BA**<br>Boeing Co | -7.80 / -3.27%<br>230.49 | |

Updated as of 11:57AM 7/13/2021


E*TRADE    Sign up now

MARKETS | BUSINESS | INVESTING

BUSINESS NEWS

# FOOD & BEVERAGE

TECH TO TABLE | BEER, WINE & SPIRITS | RETAIL | RESTAURANTS | HOUSEHOLD PRODUCTS



## PepsiCo and Conagra plan to battle rising costs with higher prices

**Amelia Lucas**  44 MIN AGO



## PepsiCo raises forecast after earnings crush estimates

**Amelia Lucas**  2 HOURS AGO



If you purchased any **PORK PRODUCT** in the United States from January 1, 2009, to May 3, 2021, for business use in commercial food preparation, a class action settlement may affect your rights.

Learn More

www.PorkCommercialCase.com



**The self-driving race between Tesla and Domino's pizza robots**

**Charlie Wood**  MON, JUL 12TH 2021



**What McDonald's minimum wage raise says about fast-food franchise future**

**Willem Marx**  MON, JUL 12TH 2021



**Employers sweeten child-care benefits with perks like tutoring to woo workers**

**Nadine El-Bawab**  FRI, JUL 9TH 2021







# Food Business News.

SIGN IN   CREATE ACCOUNT

Free Newsletter Sign-up

Companies ⌄   Trends ⌄   Product Development ⌄   Advertising ⌄   Subscribe ⌄   More ⌄

Search 🔍 🛒


If you purchased any **PORK PRODUCT** in the United States from January 1, 2009, to May 3, 2021, for business use in commercial food preparation,



Photo: Adobe Stock

## Cell-based meat faces a major challenge in regulatory approval

Poultry   07.13.2021   By Sam Danley

Lux Research examines the status of regulations in key markets.



### Bonduelle to expand canned and frozen vegetables plant

Operations
07.13.2021   By Eric Schroeder



### Flavor, gummy innovation on tap at Bazooka

Trends
07.13.2021   By Sam Danley



### PepsiCo achieves renewable energy goal in Mexico

Operations
07.13.2021   By Eric Schroeder



WE MAKE PRODUCTS THAT MAKE YOUR PRODUCTS **BETTER**

LEARN MORE   Essentia



### Prestage Farms to expand with new processing plant

Business
07.13.2021
By Ryan McCarthy



### All-wheat carryover forecast at eight-year low

Ingredient Markets
07.13.2021   By Jay Sjerven



### USDA cuts sugar production forecast

Ingredient Markets
07.12.2021   By Ron Sterk

Free analysis & market information,

# Food Business News.

SIGN IN   CREATE ACCOUNT

Free Newsletter Sign-up

Companies ⌄   Trends ⌄   Product Development ⌄   Advertising ⌄   Subscribe ⌄   More ⌄   Search


a class action settlement may affect your rights.
Learn More   www.PorkCommercialCase.com


Photo: Adobe Stock

## Cell-based meat faces a major challenge in regulatory approval

Poultry   07.13.2021   By Sam Danley

Lux Research examines the status of regulations in key markets.



### Bonduelle to expand canned and frozen vegetables plant

Operations   07.13.2021   By Eric Schroeder



### Flavor, gummy innovation on tap at Bazooka

Trends   07.13.2021   By Sam Danley



### PepsiCo achieves renewable energy goal in Mexico

Operations   07.13.2021   By Eric Schroeder



• Clean Label     • Non-GMO
• 100% Natural    • Non-Allergenic

LEARN MORE      Essentia



### Prestage Farms to expand with new



### All-wheat carryover forecast at eight-year



### USDA cuts sugar production forecast

The New York Times

Subscribe for $1 | Log in



If you purchased any PORK PRODUCT in the United States from January 1, 2009, to May 3, 2021, for business use in commercial food preparation, a class action settlement may affect your rights.

Learn More

www.PorkCommercialCase.com

BUSINESS

# Entrepreneurship

DEALBOOK | MARKETS | ECONOMY | ENERGY | MEDIA | TECHNOLOGY | PERSONAL TECH | **ENTREPRENEURSHIP** | YOUR MONEY

| Latest | 🔍 Search |

July 13, 2021

### China Called Finance Apps the Best Thing Since the Compass. No Longer.

Beijing's tech crackdown could imperil the innovation that brought modern finance to underserved people — but also led to concerns about reckless lending and borrowing.

By RAYMOND ZHONG



阅读简体中文版 · 閱讀繁體中文版

July 6, 2021

THE NEW NEW WORLD

### For China's Business Elites, Staying Out of Politics Is No Longer an Option

The fallout from Beijing's crackdown on the ride-hailing app Didi has ensnared even those who made it a point to not mix business with politics.

By LI YUAN



阅读简体中文版 · 閱讀繁體中文版

ADVERTISEMENT

The New York Times
WineClub

Taste the World, From Home.

A selection of high-quality wines are delivered right to your door.

SIGN UP NOW



July 2, 2021

### A Maryland Summer Starts With Limits on Its Big Attraction: Crab



Search Facebook

Friends

Saved

Groups
● 4 new

Pages
● 9+ new

Marketplace

See More

**Claims Notice**
Sponsored · 🌐

If you purchased any PORK PRODUCT for business use in commercial food preparation, you may qualify for benefits.



PORKCOMMERCIALCASE.COM
**Pork Purchaser Settlement**                    Learn More

👍 1

👍 Like          💬 Comment          ↪ Share

**Recently Saved**                                ✕


**Incredible Smoothie Skills ...**
Video · Saved to Food

    
**Search Facebook**

 Friends

 Saved

 Groups
• 4 new

 Pages
• 9+ new

 Marketplace

⌄ See More

 **The Food Ranger**
4h · 🌐

this family in the village cooks amazing recipes, these apricot dishes look amazing!
Thanks to Country Life Vlog: https://youtu.be/aeIdepaFAtA

···



Sponsored

 **Pork Purchaser Settlement**
porkcommercialcase.com

Recent

- Ending Age-Related Diseases ...
- Tesla Science Center at Warde...
- Digital Xchange Group
- Digital Marketing
- Empire Government Strategies

Groups

- Tesla Science Center at Warde...
- Digital Xchange Group
- Digital Marketing
  Show more ∨

Events                              +

- Ending Age-Related Diseases ...
  See all

Followed Hashtags

Discover more

**Claims Notice**

Promoted                                      ...

If you purchased any PORK PRODUCT for business use in commercial food preparation, you may qualify for benefits.



**Pork Purchaser Settlement**                    Learn more

porkcommercialcase.com

Like    Comment    Share    Send

Add a comment...

Ad ...



Get the applicants you need for free

Post a free job

About    Accessibility    Help Center

Privacy & Terms ∨    Ad Choices

Advertising    Business Services ∨

Get the LinkedIn app    More

Linked in LinkedIn Corporation © 2021

# Attachment 4

# Pork Purchaser Settlement
# Sponsored Search Keywords

Pork Settlement
Pork Class Action
Pork Class Action Settlement
Pork Lawsuit
Pork Litigation
Pork Antitrust
Pork Antitrust Litigation
Pork Product Settlement
Pork Product Class Action
Pork Product Class Action Settlement
Pork Product Lawsuit
Pork Product Litigation
Pork Product Antitrust
Pork Product Antitrust Litigation
Pork Purchaser Settlement
Pork Purchaser Class Action
Pork Purchaser Class Action Settlement
Pork Purchaser Lawsuit
Pork Purchaser Litigation
Pork Purchaser Antitrust
Pork Purchaser Antitrust Litigation

# Attachment 5





pork antitrust litigation

Q All    News    Images    Shopping    Videos    More      Tools

About 7,220,000 results (0.42 seconds)

Ad · www.porkcommercialcase.com/ ▾

**Pork Purchaser Settlement - Legal Notice**

If you purchased any pork product for business use, you may qualify for benefits.

UPDATE: March 30, 2021: Court documents revealed JBS will pay $20 million to resolve consumer **antitrust** claims for damages in the price-fixing class action suit involving **pork**, according to Meat + Poultry. The deal does not cover claims made against JBS by seven other plaintiffs who did not sign on to the **settlement**.  Jun 30, 2021

https://www.fooddive.com › news › jbs-settles-a-portion-o...

**Smithfield Foods will pay $83M to settle pork price-fixing ...**

❓ About featured snippets  ·  ▣ Feedback

https://www.locklaw.com › pork-antitrust-litigation

**Pork Antitrust Litigation - Lockridge Grindal Nauen P.L.L.P.**

Apr 6, 2021 — The **settlement** with JBS came shortly after the Court's ruling on October 16, 2020 (as amended on October 20, 2020), upholding plaintiffs' ...

https://porkantitrustlitigation.com

**In re Pork Antitrust Litigation**

A Settlement has been reached in a class action **antitrust lawsuit** filed on behalf of Direct Purchaser Plaintiffs with Defendants JBS USA Food Company, JBS USA ...

Notice/FAQs · Court Documents · Contact Information

 Google

pork antitrust                                                   ✕  🎤  🔍

🔍 All    📰 News    🖼 Images    🏷 Shopping    ▶ Videos    ⋮ More              Tools

About 4,930,000 results (0.40 seconds)

**Ad** · www.porkcommercialcase.com/ ▾

**Pork Purchaser Settlement - Commercial Food Preparation**

If you purchased any pork product for business use, you may qualify for benefits.

https://www.locklaw.com › pork-antitrust-litigation      ⋮

**Pork Antitrust Litigation - Lockridge Grindal Nauen P.L.L.P.**

Apr 6, 2021 — Plaintiffs allege that beginning in 2009, **pork** producers coordinated their efforts to artificially reduce the supply of **pork** for sale in the United States ...

https://porkantitrustlitigation.com      ⋮

**In re Pork Antitrust Litigation**

A Settlement has been reached in a class action **antitrust** lawsuit filed on behalf of Direct Purchaser Plaintiffs with Defendants JBS USA Food Company, JBS USA ...

Notice/FAQS · Court Documents · Contact Information

https://news.bloomberglaw.com › class-action › jbs-pre...      ⋮

**JBS Prepares to Exit Pork Antitrust Case With Third Settlement**

Apr 16, 2021 — JBS SA will pay nearly $13 million to resolve a proposed **pork** price-fixing class action led by restaurants and retailers, the last plaintiffs with live ...

https://www.law360.com › cases      ⋮

**IN RE PORK ANTITRUST LITIGATION - Law360**

$83M Deal Chops Smithfield From Direct Buyers' **Pork** Suit ... Smithfield Foods has reached a tentative $83 million settlement to resolve **antitrust** claims in ...

https://www.fooddive.com › news › jbs-settles-a-portio...      ⋮

Smithfield Foods will pay $83M to settle pork price-fixing





About 4,930,000 results (0.34 seconds)

Ad · www.porkcommercialcase.com/ ▾

**Benefits Available - Pork Purchaser Settlement**

Purchasers of pork product for business use in commercial food preparation may qualify.

Pork antitrust case

JBS SA will pay **nearly $13 million** to resolve a proposed pork price-fixing class action led by restaurants and retailers, the last plaintiffs with live claims against the meatpacking giant after deals with wholesalers and consumers worth $45 million, according to a federal court filing in Minneapolis. Apr 16, 2021

https://news.bloomberglaw.com › class-action › jbs-prepar...    ⋮

**JBS Prepares to Exit Pork Antitrust Case With Third Settlement**

Search for: Pork antitrust case

❓ About featured snippets    ·    ▣ Feedback

https://www.locklaw.com › pork-antitrust-litigation    ⋮

**Pork Antitrust Litigation - Lockridge Grindal Nauen P.L.L.P.**

Apr 6, 2021 — Plaintiffs allege that beginning in 2009, **pork** producers coordinated their efforts to artificially reduce the supply of **pork** for sale in the United States ...

https://porkantitrustlitigation.com    ⋮

**In re Pork Antitrust Litigation**

pork purchaser lawsuit

yahoo!

digitalm...

All   Images   Videos   News   More                    Anytime

Get beautiful photos on every new browser tab. Download >>

Ad related to: pork purchaser lawsuit

**Pork Purchaser** Settlement - Legal Notice

www.porkcommercialcase.com

If you purchased any **pork** product for business use, you may qualify for benefits.

---

Commercial and Institutional Indirect Purchaser Plaintiffs allege that Defendants and their co-conspirators conspired and combined to fix, raise, maintain, and stabilize the price of Pork, as of January 1, 2009, with the intent and expected result of increasing prices of Pork in the United States, in violation of federal antitrust laws and various state antitrust, consumer protection and unfair trade practices, and unjust enrichment laws.

If you purchased any Pork product in the United States from ...

www.southernminn.com/around_the_web/news/article_32b99e2b-c2cc-533a-a068-033115e...

---

People also ask

Where is the in re pork antitrust litigation located?                 ⌄

Who are the defendants in the Swift pork antitrust lawsuit?            ⌄

When did pork become legal in the United States?                      ⌄

---

**Settlement Reached Over Pork Price-Fixing | Food Manufacturing**

www.foodmanufacturing.com › recalls-alerts › news ⌄

Jul 13, 2021 · MINNEAPOLIS, July 13, 2021 /PRNewswire/ -- A settlement has been reached in a class action antitrust **lawsuit** filed on behalf of Commercial and Institutional Indirect **Purchaser** Plaintiffs with Defendants JBS USA Food Company, JBS USA Food Company Holdings, Swift **Pork** Company, and related or affiliated entities ("JBS" or "Settling Defendants").

If you purchased any Pork product in the United States from ...

pork purchaser class action

  yahoo!

digitalm...

Q All    📷 Images    ▷ Videos    📰 News    ⋮ More                    Anytime ⌄                    Get beautiful photos on every new browser tab. Download >>

Ad related to: pork purchaser class action

**Pork Purchaser** Settlement - Commercial Food Preparation
www.porkcommercialcase.com
If you purchased any **pork** product for business use, you may qualify for benefits.

> If you purchased any Pork product in the United States from January 1, 2009,
> through May 3, 2021, for business use in commercial food preparation, a class
> action settlement may affect your rights. By United States District Court for the
> District of Minnesota Jul 13, 2021
>
> If you purchased any Pork product in the United States from ...
> www.southernminn.com/around_the_web/news/article_32b99e2b-c2cc-533a-a068-033115e...

## People also ask

Where is the in re pork antitrust litigation located?    ⌄

Who are the defendants in the Swift pork antitrust lawsuit?    ⌄

When did pork become legal in the United States?    ⌄

## In re Pork Antitrust Litigation
www.porkantitrustlitigation.com ⌄
Jan 01, 2009 · Class Definition—You May Be Part of the Class The Court decided that, for
settlement purposes, members of the **Settlement Class** are defined as: All persons who
**purchased Pork** directly from any of the Defendants or any co-conspirator, or their respective
subsidiaries or affiliates for use or delivery in the United States from at least as early as January 1,
2009, until January 12, 2021.

## Settlement Reached Over Pork Price-Fixing | Food Manufacturing
www.foodmanufacturing.com › recalls-alerts › news ⌄
Jul 13, 2021 · MINNEAPOLIS, July 13, 2021 /PRNewswire/ -- A settlement has been reached in a

Ad related to: pork purchaser settlement

**Benefits Available - Pork Purchaser Settlement**
www.porkcommercialcase.com
**Purchasers** of **pork** product for business use in commercial food preparation may qualify.

For settlement purposes, members of the Settlement Class are defined as all entities who indirectly purchased Pork from Defendants or co-conspirators or their respective subsidiaries or affiliates in the United States from January 1, 2009, to May 3, 2021, for their own business use in commercial food preparation.

If you purchased any Pork product in the United States from ...
www.southernminn.com/around_the_web/news/article_32b99e2b-c2cc-533a-a068-033115e...

## People also ask

Where is the in re pork antitrust litigation located?

Who are the defendants in the Swift pork antitrust lawsuit?

When did pork become legal in the United States?

**In re Pork Antitrust Litigation**
www.porkantitrustlitigation.com
Jan 01, 2009 · The **Settlement** requires **JBS** to pay $24,500,000. In addition to this monetary payment, **JBS** has agreed to provide specified cooperation in the Direct **Purchaser** Plaintiffs' continued prosecution of the litigation. The Court has not decided whether **JBS** did anything wrong, and **JBS** denies any wrongdoing.

**Settlement Reached Over Pork Price-Fixing | Food Manufacturing**
www.foodmanufacturing.com › recalls-alerts › news
Jul 13, 2021 · MINNEAPOLIS, July 13, 2021 /PRNewswire/ -- A **settlement** has been reached in a class action antitrust lawsuit filed on behalf of Commercial and Institutional Indirect **Purchaser**



🔲 Microsoft Bing    pork purchaser class action

ALL    IMAGES    VIDEOS    MAPS    NEWS    SHOPPING

4,170,000 Results    Any time ▾

### Pork Purchaser Settlement - Legal Notice
http://www.**pork**commercialcase.com ▾

Ad · If you purchased any **pork** product for business use, you may qualify for benefits.

> If you **purchased** any **Pork** product in the United States from January 1, 2009, through May 3, 2021, for business use in commercial food preparation, a **class action** settlement may affect your rights. By United States District Court for the District of Minnesota Jul 13, 2021
>
> If you purchased any Pork product in the United States ...
> 🔗 www.southernminn.com/around_the_web/news/article_32b99e2b-c2cc-533a-a…

Was this helpful? 👍 👎

**PEOPLE ALSO ASK**

Where is the in re pork antitrust litigation located?    ⌄

Who are the defendants in the Swift pork antitrust lawsuit?    ⌄

When did pork become legal in the United States?    ⌄

Feedback

### In re Pork Antitrust Litigation
https://www.porkantitrustlitigation.com ▾

Jan 01, 2009 · Class Definition—You May Be Part of the Class The Court decided that, for settlement purposes, members of the **Settlement Class** are defined as: All persons who **purchased Pork** directly …

**EXPLORE FURTHER**

Pork Antitrust Litigation - **Lockridge Grindal Nauen P.L.L.P.**      www.locklaw.com

Pork Antitrust | **Hagens Berman** - **Class Action** Lawsuits      www.hbsslaw.com

IN RE PORK ANTITRUST LITIGATION - **Law360**      www.law360.com

Bleichmar Fonti & Auld LLP | In re Packaged Seafood ...      www.bfalaw.com

Recommended to you based on what's popular · Feedback

### Settlement Reached Over Pork Price-Fixing | Food Manufacturing
https://www.foodmanufacturing.com/recalls-alerts/... ▾

Jul 13, 2021 · MINNEAPOLIS, July 13, 2021 /PRNewswire/ -- A settlement has been reached in a **class action** antitrust lawsuit filed on behalf of Commercial and Institutional Indirect **Purchaser** Plaintiffs with Defendants JBS USA Food Company, JBS USA Food Company Holdings, Swift **Pork** …

Microsoft Bing

pork purchaser settlement

ALL    IMAGES    VIDEOS    MAPS    NEWS    SHOPPING

47,000,000 Results    Any time ▾

### Pork Purchaser Settlement - Commercial Food Preparation
http://www.**pork**commercialcase.com ▾

Ad If you purchased any **pork** product for business use, you may qualify for benefits.

For **settlement** purposes, members of the **Settlement** Class are defined as all entities who indirectly **purchased Pork** from Defendants or co-conspirators or their respective subsidiaries or affiliates in the United States from January 1, 2009, to May 3, 2021, for their own business use in commercial food preparation.

If you purchased any Pork product in the United States ...
www.southernminn.com/around_the_web/news/article_32b99e2b-c2cc-533a-a...

Was this helpful? 👍 👎

PEOPLE ALSO ASK

Where is the in re pork antitrust litigation located?    ⌄

Who are the defendants in the Swift pork antitrust lawsuit?    ⌄

When did pork become legal in the United States?    ⌄

Feedback

### In re Pork Antitrust Litigation
https://www.porkantitrustlitigation.com ▾

Jan 01, 2009 · The **Settlement** requires **JBS** to pay $24,500,000. In addition to this monetary payment, **JBS** has agreed to provide specified cooperation in the Direct **Purchaser** Plaintiffs' continued prosecution of the litigation. The Court has not decided whether **JBS** did anything wrong, and **JBS** ...

EXPLORE FURTHER

Pork Antitrust Litigation - Lockridge Grindal Nauen P.L.L.P.    www.locklaw.com

Pork Antitrust | Hagens Berman    www.hbsslaw.com

IN RE PORK ANTITRUST LITIGATION    www.law360.com

Bleichmar Fonti & Auld LLP | In re Packaged Seafood ...    www.bfalaw.com

Recommended to you based on what's popular · Feedback

### Settlement Reached Over Pork Price-Fixing | Food Manufacturing
https://www.foodmanufacturing.com/recalls-alerts/... ▾

Jul 13, 2021 · MINNEAPOLIS, July 13, 2021 /PRNewswire/ -- A **settlement** has been reached in a class action antitrust lawsuit filed on behalf of Commercial and Institutional Indirect **Purchaser** Plaintiffs with



■ Microsoft Bing

pork purchaser class action

ALL    IMAGES    VIDEOS    MAPS    NEWS    SHOPPING

4,170,000 Results          Any time ▾

**Benefits Available - Pork Purchaser Settlement**
http://www.**pork**commercialcase.com ▾
Ad **Purchaser**s of **pork** product for business use in commercial food preparation may qualify.

If you **purchased** any **Pork** product in the United States from January 1,
2009, through May 3, 2021, for business use in commercial food
preparation, a **class action** settlement may affect your rights. By United
States District Court for the District of Minnesota Jul 13, 2021

If you purchased any Pork product in the United States ...
🔗 www.southernminn.com/around_the_web/news/article_32b99e2b-c2cc-533a-a...

Was this helpful? 👍 👎

PEOPLE ALSO ASK

Where is the in re pork antitrust litigation located?                    ˅

Who are the defendants in the Swift pork antitrust lawsuit?              ˅

When did pork become legal in the United States?                         ˅

Feedback

**In re Pork Antitrust Litigation**
https://www.porkantitrustlitigation.com ▾
Jan 01, 2009 · Class Definition—You May Be Part of the Class The Court decided that, for settlement
purposes, members of the **Settlement Class** are defined as: All persons who **purchased Pork** directly ...

EXPLORE FURTHER

Pork Antitrust Litigation - Lockridge Grindal Nauen P.L.L.P.        www.locklaw.com
Pork Antitrust | Hagens Berman - Class Action Lawsuits           www.hbsslaw.com
IN RE PORK ANTITRUST LITIGATION - Law360                         www.law360.com
Bleichmar Fonti & Auld LLP | In re Packaged Seafood ...           www.bfalaw.com
Recommended to you based on what's popular · Feedback

**Settlement Reached Over Pork Price-Fixing | Food Manufacturing**
https://www.foodmanufacturing.com/recalls-alerts/... ▾
Jul 13, 2021 · MINNEAPOLIS, July 13, 2021 /PRNewswire/ -- A settlement has been reached in a **class
action** antitrust lawsuit filed on behalf of Commercial and Institutional Indirect **Purchaser** Plaintiffs with
Defendants JBS USA Food Company, JBS USA Food Company Holdings, Swift **Pork** ...

If you purchased any Pork product in the United States ...

# Attachment 6

# If you purchased any Pork product in the United States from January 1, 2009, through May 3, 2021, for business use in commercial food preparation, a class action settlement may affect your rights.

NEWS PROVIDED BY
**United States District Court for the District of Minnesota →**
Jul 13, 2021, 09:00 ET

MINNEAPOLIS, July 13, 2021 /PRNewswire/ -- A settlement has been reached in a class action antitrust lawsuit filed on behalf of Commercial and Institutional Indirect Purchaser Plaintiffs with Defendants JBS USA Food Company, JBS USA Food Company Holdings, Swift Pork Company, and related or affiliated entities ("JBS" or "Settling Defendants"). The Settlement requires JBS to pay $12,750,000. There will be no payments to the Settlement Class at this time.  You will be notified later of an opportunity to file a claim. Before any money is paid, the Court will hold a hearing to decide whether to approve the Settlement.

The United States District Court for the District of Minnesota authorized this notice. This Court ordered notice may affect your rights. Please read this notice carefully.

**WHO IS INCLUDED?**

For settlement purposes, members of the Settlement Class are defined as all entities who indirectly purchased Pork from Defendants or co-conspirators or their respective subsidiaries or affiliates in the United States from January 1, 2009, to May 3, 2021, for their own business use in commercial food preparation.

Only Settlement Class members in the following jurisdictions are eligible to potentially recover money from the settlement: Arkansas, Arizona, California, District of Columbia, Florida, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New Mexico, New

York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia and/or Wisconsin.

For purposes of the Settlement, "Pork" means porcine or swine products processed, produced or sold by JBS, or by any of the Defendants or their co-conspirators, including but not limited to: primals (including but not limited to loins, shoulders, picnics, butts, ribs, bellies, hams, or legs), trim or sub-primal products (including but not limited to backloins, tenderloins, backribs, boneless loins, boneless sirloins, riblets, chef's prime, prime ribs, brisket, skirt, cushion, ground meats, sirloin tip roast, or hocks), further processed and value added porcine products (including, but not limited to bacon, sausage, lunch meats, further processed ham, or jerky products), offal or variety products (including, but not limited to hearts, tongues, livers, head products, spleens, kidneys, feet, stomach, bladder, uterus, snoot, ears, tail, brisket bone, intestines, jowls, neck bones or other bones, skin, lungs, glands, hair, or pet food ingredients), rendered product and byproducts (including, but not limited to, lard, grease, meat meal, bone meal, blood meal, or blood plasma), casings (including, but not limited to, mucosa), and carcasses.

In addition to JBS, the Defendants and alleged co-conspirators in this lawsuit are Clemens Food Group, LLC, The Clemens Family Corporation, Hormel Foods Corporation, Seaboard Foods LLC, Smithfield Foods, Inc., Triumph Foods, LLC, Tyson Foods, Inc., Tyson Prepared Foods, Inc., Tyson Fresh Meats, Inc., and Agri Stats, Inc.

If you are not sure you are included, you can get more information, including a detailed notice, at www.PorkCommercialCase.com or by calling toll-free 1-855-867-0738.

**WHAT IS THIS LAWSUIT ABOUT?**

Commercial and Institutional Indirect Purchaser Plaintiffs allege that Defendants and their co-conspirators conspired and combined to fix, raise, maintain, and stabilize the price of Pork, as of January 1, 2009, with the intent and expected result of increasing prices of Pork in the United States, in violation of federal antitrust laws and various state antitrust, consumer protection and unfair trade practices, and unjust enrichment laws. JBS denies it did anything wrong. The Court did not decide which side was right, but both sides agreed to the Settlement to resolve the case and get benefits to the Settlement Class. The case is still proceeding on behalf of the Commercial and Institutional Indirect Purchaser Plaintiffs against other Defendants who may be subject to separate settlements, judgments, or class certification orders.

**WHAT DOES THE SETTLEMENT PROVIDE?**

The Settlement Agreement provides that JBS will pay $12,750,000 to resolve all Settlement Class members' claims against JBS for the Released Claims (as defined in the Settlement Agreement). In addition to this monetary benefit, JBS has also agreed to provide specified cooperation in the Commercial and Institutional Indirect Purchaser Plaintiffs' continued prosecution of the litigation. No money will be distributed at this time. Settlement Class Counsel will continue to pursue the lawsuit against the other Defendants. Settlement Class Counsel may request that the Court award attorneys' fees, permit the reimbursement of certain litigation costs and expenses, set aside funds for future expenses, and grant the class representatives service awards. If such request is made at this time, it will be filed at least fourteen days before the objection deadline and posted on the website www.PorkCommercialCase.com at that time. Settlement Class Counsel will ask the Court for attorneys' fees not to exceed one third of the Settlement Fund and may ask to be reimbursed for costs not to exceed $350,000. All Settlement funds that remain after payment of the Court ordered attorneys' fees, costs, expenses, and service awards will be distributed at the conclusion of the lawsuit or as ordered by the Court. You will be notified later, if and when there is an opportunity to make a claim to receive a payment.

**WHAT ARE YOUR RIGHTS AND OPTIONS?**

You do not need to take any action to remain a member of the Settlement Class and be bound by the Settlement Agreement. As a Settlement Class member, you may be able to participate in (or exclude yourself from) any future settlements or judgments obtained by Commercial and Institutional Indirect Purchaser Plaintiffs against other Defendants in the case.

If you do not want to be legally bound by the Settlement Agreement, you must exclude yourself.  Your exclusion request must be **postmarked** by **September 11, 2021**, or you will not be able to sue or continue to sue Settling Defendants for the Released Claims (as defined in the Settlement Agreement). If you exclude yourself, you cannot get money from the Settlement. If you do not exclude yourself from the Settlement Class, you may object to the Settlement.  Your objection must be **postmarked** by **September 11, 2021**. The detailed notice explains how to exclude yourself or object. Details may also be found on the FAQs page of the Settlement website.

While this Settlement is only with Settling Defendants at this time, the Settlement Class includes persons who purchased Pork products (as defined in the Settlement Agreement) from *any* of the Defendants or their co-conspirators. If you are a member of the Settlement Class and do not exclude yourself, you may be eligible to participate in (or exclude yourself from) any additional settlements which may arise with any other Defendants in the case.

The Court will hold a hearing in this case *In re Pork Antitrust Litigation* (Commercial and Institutional Indirect Purchaser Actions), Case No. 0:18-cv-01776 (D. Minn.) on **November 3, 2021**, at **10:00 a.m.**, to consider whether to approve the Settlement Agreement. You may ask to speak at the hearing, but you do

**This notice is a summary only. You can find more details about the Settlement at www.PorkCommercialCase.com or by calling toll-free 1-855-867-0738. Please do not contact the Court.**

SOURCE United States District Court for the District of Minnesota