SHUYANG HUANG
2800 SW ENGLER CT
TOPEKA KS 66614

CAROL STREAM IL 601
19 OCT 2021 PM

RECEIVED BY MAIL
OCT 22 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

ATTN CASE No. 0-18-CV-3176
UNITED STATES DISTRICT COURT
300 S FOURTH STREET
Minneapolis MN 55415

SCANNED
OCT 22 2021
U.S. DISTRICT COURT MPLS

FOREVER / USA

55415-132099