UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL WHITNEY E. STREET** |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the court and counsel that Whitney E. Street withdraws as counsel for the Direct Purchaser Plaintiffs ("Plaintiffs"). Plaintiffs will continue to be represented by Brian Clark and Joseph Bourne of Lockridge Grindal Nauen P.L.L.P., in addition to other counsel of record. Direct Purchaser Plaintiffs will therefore not be prejudiced in anyway by the withdrawal of Ms. Street.

Date: October 27, 2021

By: */s/* Brian D. Clark
Brian D. Clark (MN #0390069)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South Suite 2200 Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
bdclark@locklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 27 day of October 2021.

By: */s/* Brian D. Clark
Brian D. Clark (MN #0390069)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South Suite 2200 Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
bdclark@locklaw.com