UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Case No. 0:18-cv-01776-JRT-HB<br><br>**[PROPOSED] ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFFS CONFETTI'S, ZIGGY'S BBQ SMOKEHOUSE & ICE CREAM PARLOR, LLC, AND BETTY'S EAT SHOP WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

This matter comes before the Court on the parties' Stipulation of Voluntary Dismissal of Claims of Plaintiffs Confetti's, Ziggy's BBQ Smokehouse & Ice Cream Parlor, LLC, and Betty's Eat Shop with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 976).

After consideration of the stipulation, and all of the files, records, and proceedings in this case, IT IS HEREBY ORDERED:

1. The Stipulation of Voluntary Dismissal is GRANTED.

2. Certain Plaintiffs Confetti's, Ziggy's BBQ Smokehouse & Ice Cream Parlor, LLC, and Betty's Eat Shop are hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2

Dated: _____   BY THE COURT:

_____
THE HONORABLE JOHN R. TUNHEIM
UNITED STATES DISTRICT JUDGE