# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

|  |  |
|---|---|
| In re: Pork Antitrust Litigation | ) |
| Wanda Duryea, et al., | ) |
|  | ) |
|  | ) |
| Plaintiffs, | ) |
| v. | ) |
|  | ) |
| Agri Stats, Inc., et al., | ) |
|  | ) |
| Defendants. | ) |

**COURT MINUTES**
BEFORE: John R. Tunheim
Chief U.S. District Judge

Case No:          18-1776 (JRT/HB)
Date:              November 3, 2021
Deputy:          Heather Arent
Court Reporter: Kristine Mousseau
Courthouse:    Minneapolis
Courtroom:     Video conference
Time Commenced:      10:10 a.m.
Time Concluded:        10:30 a.m.
Time in Court:            20 Minutes

Hearing on:

Motion for Approval of Final Settlement between Institutional Indirect Purchaser
Plaintiffs and the JBS Defendants [Docket No. 965]
Motion for Attorney Fees Consumer Indirect Purchaser Plaintiffs [Docket No. 949]

APPEARANCES:

Plaintiffs:      Michael Pearson, W. Joseph Bruckner, Brian D. Clark, Arielle Wagner, Shana Scarlett,
Daniel Hedlund, Michelle Looby, Blaine Finley, Shawn Raiter, Kathryn Riley, Marcus Bozeman, Ryan Manion
Defendants:    Sami Rashid, Christopher Smith, Jessica Nelson

PROCEEDINGS:

Motions granted.

**IT IS ORDERED:

☒ Written order forthcoming.

 s/Heather Arent
Courtroom Deputy