UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Civil No. 0:18-1776 (JRT/HB)<br><br>**ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFFS CONFETTI'S, ZIGGY'S BBQ SMOKEHOUSE & ICE CREAM PARLOR, LLC, AND BETTY'S EAT SHOP WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The parties filed a Stipulation of Voluntary Dismissal of Claims of Plaintiffs Confetti's, Ziggy's BBQ Smokehouse & Ice Cream Parlor, LLC, and Betty's Eat Shop with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 976).

After consideration of the stipulation, and all of the files, records, and proceedings in this case, **IT IS HEREBY ORDERED**:

1. The Stipulation of Voluntary Dismissal is **GRANTED**.

2. Certain Plaintiffs Confetti's, Ziggy's BBQ Smokehouse & Ice Cream Parlor, LLC, and Betty's Eat Shop are hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 10, 2021
at Minneapolis, Minnesota.

                                                        s/John R. Tunheim_____
                                                        JOHN R. TUNHEIM
                                                        Chief Judge
                                                        United States District Court