UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL BART COHEN** |

    Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the court and counsel that Bart Cohen, formerly of Nussbaum Law Group, P.C., withdraws as counsel for Direct Purchaser Plaintiffs. Linda Nussbaum and Nussbaum Law Group, P.C. continue to represent Plaintiffs and the proposed class.

Date: November 11, 2021

By: */s/* Brian D. Clark
Brian D. Clark (MN #0390069)
W. Joseph Bruckner (MN#0147758)
Joseph C. Bourne (MN #0389922)
Arielle S. Wagner (MN #0398332)
Craig S. Davis (MN #0148192)
Simeon A. Morbey (MN #0391338)
Stephen M. Owen (MN # 0399370)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
bdclark@locklaw.com

563700.1

wjbruckner@locklaw.com
jcbourne@locklaw.com
aswagner@locklaw.com
csdavis@locklaw.com
samorbey@locklaw.com
smowen@locklaw.com

***Interim Co-Lead Counsel for the Direct Purchaser Plaintiff Class***