# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-HB |
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:21-md-02998-JRT-HB |
| WINN-DIXIE STORES, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>AGRI STATS, *et al.*,<br><br>Defendants. | Case No. 19-cv-01578-JRT-HB |

**STIPULATION FOR DISMISSAL OF WINN-DIXIE STORES, INC.'S AND BI-LO HOLDINGS, LLC'S CLAIMS AGAINST JBS USA FOOD COMPANY WITH PREJUDICE**

The parties in the above-styled actions, through counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

This Stipulation is between Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC (collectively, the "WD DAPs"), and Defendant JBS USA Food Company ("JBS USA").

1.   This Stipulation relates to *In re: Pork Antitrust Litigation*, Case No. 0:18-cv-01776-JRT-HB; *Winn-Dixie Stores Inc., et al., v. Agri Stats, et al.*, Case No. 19-cv-01578-JRT-HB; and *In re: Pork Antitrust Litigation*, 0:21-md-02998-JRT-HB (MDL No. 2998) (collectively referred to as "Actions").

2.   In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the WD DAPs and JBS USA stipulate and agree to the dismissal, with prejudice, of the WD DAPs' claims asserted against JBS USA in the Actions with each side bearing its own attorneys' fees and

08141-00007/13044789.1

costs. The Stipulation of Dismissal, with prejudice, has no bearing on the WD DAPs' claims against Defendants other than JBS USA.

| | |
|---|---|
| Dated: November 11, 2021 | Respectfully submitted, |
| /s/ Patrick J. Ahern | /s/ Stephen R. Neuwirth |
| Patrick J. Ahern | Donald G. Heeman (#0286023) |
| Theodore B. Bell | Jessica J. Nelson (#0347358) |
| AHERN AND ASSOCIATES, P.C. | Randi J. Winter (#0391354) |
| Willoughby Tower | SPENCER FANE LLP |
| 8 South Michigan Avenue, Suite 3600 | 100 South Fifth Street, Suite 2500 |
| Chicago, Illinois 60603 | Minneapolis, MN 55402 |
| Tel: (312) 404-3760 | Telephone: (612) 268-7000 |
| patrick.ahern@ahernandassociatespc.com | dheeman@spencerfane.com |
| theo.bell@ahernandassociatespc.com | jnelson@spencerfane.com |
| | rwinter@spencerfane.com |
| *Counsel for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC* | Stephen R. Neuwirth (*pro hac vice*) |
| | Michael B. Carlinsky (*pro hac vice*) |
| | Sami H. Rashid (*pro hac vice*) |
| | Richard T. Vagas (*pro hac vice*) |
| | David B. Adler (*pro hac vice*) |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 51 Madison Avenue, 22nd Floor New York, NY 10010 |
| | Telephone: (212) 849-7000 |
| | stephenneuwirth@quinnemanuel.com |
| | michaelcarlinsky@quinnemanuel.com |
| | samirashid@quinnemanuel.com |
| | richardvagas@quinnemanuel.com |
| | davidadler@quinnemanuel.com |
| | *Counsel for Defendant JBS USA Food Company* |