# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | 0:21-md-02998-JRT-HB<br><br>MDL No. 2998 |
| This document relates to:<br><br>ALL CASES | |

## STIPULATION REGARDING PROPOSED PROTECTIVE ORDER

The undersigned parties ("Parties") in the above-captioned MDL proceeding stipulate and hereby request the Court to enter the proposed Protective Order filed contemporaneously herewith. The proposed Protective Order is substantively identical to the Protective Order entered in *In re Pork Antitrust Litigation*, Civil No. 18-cv-1776 (JRT/HB). *See* ECF No. 212 (Nov. 26, 2018). The Parties will submit a Word version of the proposed Protective Order to the Court by email to chambers.

Dated: July 28, 2021

Respectfully submitted,

/s/ *Eric R. Lifvendahl*
Eric R. Lifvendahl
**L&G LAW GROUP, LLP**
Eric R. Lifvendahl
Ryan F. Manion
175 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone: (312) 364-2500
Email: elifvendahl@lgcounsel.com
Email: rmanion@lgcounsel.com

**KAPLAN FOX & KILSHEIMER, LLP**
Robert N. Kaplan
Matthew P. McCahill
Jason A. Uris
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: mmccahill@kaplanfox.com
Email: juris@kaplanfox.com

**THE COFFMAN LAW FIRM**
Richard L. Coffman
3355 W. Alabama Street, Suite 240
Houston, Texas 77098
Telephone: (713) 528-6700
Email: rcoffman@coffmanlawfirm.com

*Counsel for MDL Direct Action Plaintiffs Action Meat Distributors, Inc., Topco Associates, LLC, Alex Lee, Inc. and Merchants Distributors, LLC, Associated Food Stores, Inc., Brookshire Grocery Company, Certco, Inc., Colorado Boxed Beef Co., The Golub Corporation, Nicholas & Co., Inc., PFD Enterprises, Inc., SpartanNash Company, Springfield Grocer Company, The Distribution Group d/b/a Van Eerden Foodservice Co., Troyer Foods, Inc., and URM Stores, Inc.*

/s/ *Michael S. Mitchell*
Scott E. Gant
Michael S. Mitchell
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave., NW
Washington, DC 20005
Tel: 202-237-2727
Fax: 202-237-6131
sgant@bsfllp.com
mmitchell@bsfllp.com

Colleen Harrison
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Tel: 914-749-8204
Fax: 914-749-8300
charrison@bsfllp.com

*Counsel for Plaintiffs Sysco Corporation, and Amory Investments LLC*

/s/ *David B. Esau*
David B. Esau
Email: desau@carltonfields.com
Kristin A. Gore
Email: kgore@carltonfields.com
Garth T. Yearick
Email: gyearick@carltonfields.com
**CARLTON FIELDS, P.A.**
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070
Fax: (561) 659-7368

*Counsel for Plaintiffs Cheney Brothers, Inc. and Subway Protein Litigation Corp., as litigation trustee of the Subway® Protein Litigation Trust*

2

*s/ David C. Eddy*
David C. Eddy
Dennis J. Lynch
Travis C. Wheeler
Chase C. Keibler
NEXSEN PRUET LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 771-8900
Facsimile: (803) 253-8277
deddy@nexsenpruet.com
dlynch@nexsenpruet.com
twheeler@nexsenpruet.com
ckeibler@nexsenpruet.com

*Counsel for Plaintiffs Nestlé Purina*
*PetCare Company and Nestlé USA, Inc.*

\s\ *Mark L. Johnson*
Mark L. Johnson (#0345520)
Virginia R. McCalmont (#0399496)
**GRENNE ESPEL PLLP**
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
T. 612.373.0930
mjohnson@greeneespel.com
vmccalmonst@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Christina Briesacher (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
T. 312.861.2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
christina.briesacher@kirkland.com

*Counsel for Clemens Food Group, LLC
and The Clemens Family Corporation*

\s\ *Richard A. Duncan*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388238)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
**FAEGRE DRINKER BIDDLE &
REATH LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T. 612.766.7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com
bryan.washburn@faegredrinker.com

*Counsel for Hormel Foods Corporation
and Hormel Foods, LLC*

\s\*Donald G. Heeman*
Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
**SPENCER FANE LLP**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
T.  612.268.7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vargas (*pro hac vice*)
David B. Adler (*pro hac vice*)
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
T.  202.849.7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

*Counsel for JBS USA Food Company*

\s\ *William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
Jon M. Woodruff (#0399453)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
T.  612.335.1500
william.greene@stinson.com
peter.schwingler@stinson.com
john.woodruff@stinson.com

J. Nicci Warr (*pro hac vice*)
**STINSON LLP**
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
T.  314.863.0800
nicci.warr@stinson.com

*Counsel for Seaboard Foods LLC*

\s\ *John A. Cotter*
John A. Cotter (#0134296)
John A. Kvinge (#0392903)
**LARKIN HOFFMAN DALY &**
**LINDGREN LTD.**
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427
T.  952.835.3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER,**
**LLP**
1050 Connecticut Avenue, NW
Washington, DC 20036
T.  202.955.8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER,**
**LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
T.  214.698.3370
brobison@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*

\s\ *Aaron Chapin*
Aaron Chapin (#6292540)
**HUSCH BLACKWELL LLP**
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
T.  312.655.1500
aaron.chapin@huschblackwell.com

Christopher A. Smith (*pro hac vice*)
Jason Husgen (*pro hac vice*)
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
T.  314.480.1500
chris.smith@huschblackwell.com
jason.husgen@huschblackwell.com

Tessa K. Jacob (*pro hac vice*)
**HUSCH BLACKWELL LLP**
4801 Main Street, Suite 1000
Kansas City, MO 64112
T.  816.983.8000
tessa.jacob@huschblackwell.com

*Counsel for Triumph Foods, LLC*

\s\ *Tiffany Rider Rohrbaugh*
Tiffany Rider Rohrbaugh (*pro hac vice*)
Rachel J. Adcox (*pro hac vice*)
Lindsey Strang Aberg
**AXINN, VELTROP & HARKRIDER
LLP**
1901 L. Street NW
Washington, DC 20036
T.  202.912.4700
trider@axinn.com
radcox@axinn.com
lstrang@axinn.com

Jarod Taylor (*pro hac vice*)
**AXINN, VELTROP & HARKRIDER
LLP**
90 State House Square
Hartford, CT 06103
T.  860.275.8109
jtaylor@axinn.com

David P. Graham
**DYKEMA GOSSETT PLLC**
90 S 7th Street, FL 2
Minneapolis, MN 55402
T.  612.486.1521
dgraham@dykema.com

*Counsel for Tyson Foods, Inc., Tyson
Fresh Meats, Inc., and Tyson Prepared
Foods, Inc.*

\s\ *Peter H. Walsh*
Peter H. Walsh (#0388672)
**HOGAN LOVELLS US LLP**
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T.  612.402.3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
**HOGAN LOVELLS US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T.  202.637.5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Agri Stats, Inc.*