UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | 0:21-md-02998-JRT-HB<br><br>MDL No. 2998 |
| This document relates to:<br><br>ALL CASES | |

**STIPULATION REGARDING PROPOSED ESI PROTOCOL**

The undersigned parties ("Parties") in the above-captioned MDL proceeding stipulate and hereby request the Court to enter the proposed Order Regarding Production of Electronically Stored Information and Paper Documents ("ESI Protocol"), filed contemporaneously herewith. The proposed ESI Protocol is largely unchanged (there are a few agreed upon revisions) to the Order Regarding Production of Electronically Stored Information and Paper Documents entered in *In re Pork Antitrust Litigation*, Civil No. 18-cv-1776 (JRT/HB). *See* ECF No. 292 (Feb. 20, 2019). The Parties will submit a Word version of the proposed ESI Protocol to the Court by email to chambers.

1

Dated: August 2, 2021                              Respectfully submitted,

/s/ *Eric R. Lifvendahl*                           /s/ *Michael S. Mitchell*
Eric R. Lifvendahl                                 Scott E. Gant
**L&G LAW GROUP, LLP**                             Michael S. Mitchell
Eric R. Lifvendahl                                 **BOIES SCHILLER FLEXNER LLP**
Ryan F. Manion                                     1401 New York Ave., NW
175 W. Jackson Blvd., Suite 950                    Washington, DC 20005
Chicago, Illinois 60604                            Tel: 202-237-2727
Telephone: (312) 364-2500                          Fax: 202-237-6131
Email: elifvendahl@lgcounsel.com                   sgant@bsfllp.com
Email: rmanion@lgcounsel.com                       mmitchell@bsfllp.com

**KAPLAN FOX & KILSHEIMER, LLP**                   Colleen Harrison
Robert N. Kaplan                                   **BOIES SCHILLER FLEXNER LLP**
Matthew P. McCahill                                333 Main Street
Jason A. Uris                                      Armonk, NY 10504
850 Third Avenue, 14th Floor                       Tel: 914-749-8204
New York, New York 10022                           Fax: 914-749-8300
Telephone: (212) 687-1980                          charrison@bsfllp.com
Email: rkaplan@kaplanfox.com
Email: mmccahill@kaplanfox.com                     *Counsel for Plaintiffs Sysco Corporation,*
Email: juris@kaplanfox.com                         *and Amory Investments LLC*

**THE COFFMAN LAW FIRM**
Richard L. Coffman                                 /s/ *David B. Esau*
3355 W. Alabama Street, Suite 240                  David B. Esau
Houston, Texas 77098                               Email: desau@carltonfields.com
Telephone: (713) 528-6700                          Kristin A. Gore
Email: rcoffman@coffmanlawfirm.com                 Email: kgore@carltonfields.com
                                                   Garth T. Yearick
*Counsel for MDL Direct Action Plaintiffs*         Email: gyearick@carltonfields.com
*Action Meat Distributors, Inc., Topco*            **CARLTON FIELDS, P.A.**
*Associates, LLC, Alex Lee, Inc. and*              525 Okeechobee Boulevard, Suite 1200
*Merchants Distributors, LLC, Associated*          West Palm Beach, Florida  33401
*Food Stores, Inc., Brookshire Grocery*            Tel: (561) 659-7070
*Company, Certco, Inc., Colorado Boxed*            Fax: (561) 659-7368
*Beef Co., The Golub Corporation,*
*Nicholas & Co., Inc., PFD Enterprises,*           *Counsel for Plaintiffs Cheney Brothers,*
*Inc., SpartanNash Company, Springfield*           *Inc. and Subway Protein Litigation Corp.,*
*Grocer Company, The Distribution Group*           *as litigation trustee of the Subway®*
*d/b/a Van Eerden Foodservice Co., Troyer*         *Protein Litigation Trust*
*Foods, Inc., and URM Stores, Inc.*

2

*s/ David C. Eddy*
David C. Eddy
Dennis J. Lynch
Travis C. Wheeler
Chase C. Keibler
NEXSEN PRUET LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 771-8900
Facsimile: (803) 253-8277
deddy@nexsenpruet.com
dlynch@nexsenpruet.com
twheeler@nexsenpruet.com
ckeibler@nexsenpruet.com

*Counsel for Plaintiffs Nestlé Purina PetCare Company and Nestlé USA, Inc.*

*\s\ Mark L. Johnson*
Mark L. Johnson (#0345520)
Virginia R. McCalmont (#0399496)
**GRENNE ESPEL PLLP**
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
T.  612.373.0930
mjohnson@greeneespel.com
vmccalmonst@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Christina Briesacher (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
T.  312.861.2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
christina.briesacher@kirkland.com

*Counsel for Clemens Food Group, LLC and The Clemens Family Corporation*

*\s\ Richard A. Duncan*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388238)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T.  612.766.7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com
bryan.washburn@faegredrinker.com

*Counsel for Hormel Foods Corporation and Hormel Foods, LLC*

*\s\Donald G. Heeman*
Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
**SPENCER FANE LLP**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
T.  612.268.7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vargas (*pro hac vice*)
David B. Adler (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
T.  202.849.7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

*Counsel for JBS USA Food Company*

*\s\ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
T.  612.335.1500
william.greene@stinson.com
peter.schwingler@stinson.com

J. Nicci Warr (*pro hac vice*)
**STINSON LLP**
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
T.  314.863.0800
nicci.warr@stinson.com

*Counsel for Seaboard Foods LLC*

5

\s\ *John A. Cotter*
John A. Cotter (#0134296)
John A. Kvinge (#0392903)
**LARKIN HOFFMAN DALY & LINDGREN LTD.**
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427
T. 952.835.3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER, LLP**
1050 Connecticut Avenue, NW
Washington, DC 20036
T. 202.955.8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER, LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
T. 214.698.3370
brobison@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*

\s\ *Aaron Chapin*
Aaron Chapin (#6292540)
**HUSCH BLACKWELL LLP**
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
T. 312.655.1500
aaron.chapin@huschblackwell.com

Christopher A. Smith (*pro hac vice*)
Jason Husgen (*pro hac vice*)
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
T. 314.480.1500
chris.smith@huschblackwell.com
jason.husgen@huschblackwell.com

Tessa K. Jacob (*pro hac vice*)
**HUSCH BLACKWELL LLP**
4801 Main Street, Suite 1000
Kansas City, MO 64112
T. 816.983.8000
tessa.jacob@huschblackwell.com

*Counsel for Triumph Foods, LLC*

| | |
|---|---|
| \s\ *Tiffany Rider Rohrbaugh* | \s\ *Peter H. Walsh* |
| Tiffany Rider Rohrbaugh (*pro hac vice*) | Peter H. Walsh (#0388672) |
| Rachel J. Adcox (*pro hac vice*) | **HOGAN LOVELLS US LLP** |
| Lindsey Strang Aberg | 80 South Eighth Street, Suite 1225 |
| **AXINN, VELTROP & HARKRIDER LLP** | Minneapolis, MN 55402 |
| 1901 L. Street NW | T. 612.402.3000 |
| Washington, DC 20036 | peter.walsh@hoganlovells.com |
| T. 202.912.4700 | |
| trider@axinn.com | William L. Monts (*pro hac vice*) |
| radcox@axinn.com | Justin W. Bernick (*pro hac vice*) |
| lstrang@axinn.com | **HOGAN LOVELLS US LLP** |
| | Columbia Square |
| Jarod Taylor (*pro hac vice*) | 555 Thirteenth Street, NW |
| **AXINN, VELTROP & HARKRIDER LLP** | Washington, DC 20004 |
| 90 State House Square | T. 202.637.5600 |
| Hartford, CT 06103 | william.monts@hoganlovells.com |
| T. 860.275.8109 | justin.bernick@hoganlovells.com |
| jtaylor@axinn.com | |
| | *Counsel for Agri Stats, Inc.* |
| David P. Graham | |
| **DYKEMA GOSSETT PLLC** | |
| 90 S 7th Street, FL 2 | |
| Minneapolis, MN 55402 | |
| T. 612.486.1521 | |
| dgraham@dykema.com | |
| | |
| *Counsel for Tyson Foods, Inc., Tyson Fresh Meats, Inc., and Tyson Prepared Foods, Inc.* | |