## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LIGITATION | 0:21-md-02998 (JRT/HB) |
| | MDL No. 2998 |
| This document relates to: | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| ALL CASES | |

PLEASE TAKE NOTICE that Jon M. Woodruff has left the law firm of Stinson LLP and withdraws as counsel for Defendant Seaboard Foods LLC in the above-referenced matter.

Peter J. Schwingler of Stinson LLP has communicated with Mr. Woodruff regarding this Withdrawal and Mr. Woodruff approves of its filing.  William L. Greene, Peter J. Schwingler and J. Nicci Warr will continue to represent Defendant.

168607078.1

|  |  |
|---|---|
| Dated:  August 4, 2021 | */s/ Peter J. Schwingler*<br>William L. Greene (#0198730)<br>Peter J. Schwingler (#388909)<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN  55402<br>Telephone: (612) 335-1500<br>Facsimile: (612) 335-1657<br>william.greene@stinson.com<br>peter.schwingler@stinson.com<br><br>J. Nicci Warr (*pro hac vice*)<br>STINSON LLP<br>7700 Forsyth Boulevard, Suite 1100<br>St. Louis, MO 63105<br>Phone: (314) 863-0800<br>Fax: (314) 863-9388<br>nicci.warr@stinson.com<br><br>**ATTORNEYS FOR DEFENDANT SEABOARD FOODS LLC** |

168607078.1