21md2998 JRT

Appear In Report

Antiturst Litigation Commercial and Institutional Indirect

Purshaser Action

Clifton + Iola Harrison
641 Deep Botton RD
Wallace N.C 28466

Craig M Harriso
641 Deep Botton Rd
Wallace NC 28466

910-285-2454

910 285 2454

RECEIVED BY MAIL
AUG 16 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
AUG 16 2021
U.S. DISTRICT COURT MPLS

The joy of the Lord is your strength!

Clinton Lola Harrison
6411 Deep Bottom Rd
Wallace CHARLOTTE NC 280
28466

Clerk of the Court
300 South Fourth Street
Courtroom 15
Minneapolis MN MN 55415

