21md2998
JRT

Appear in Repork
Antiturst Litigation Commercial and
Institutional
Indirect

Purshase Action

Lisa M Harrison
641 Deep Botten Rd
Wallace NC 28466

919- 758- 3292

RECEIVED BY MAIL
AUG 16 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
AUG 16 2021
U.S. DISTRICT COURT MPLS

"Those who exalt themselves will be humbled,
and those who humble themselves will be exalted."
MATT. 23:12



Lisa M. Harrison
641 Deep Boulevard
Wallace NC 28466

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA
300 South Fourth Street
Minneapolis MS
55415

RECEIVED BY MAIL
AUG 16 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
AUG 16 2021
U.S. DISTRICT COURT MPLS