21md2176
JRT
Appear in Repork
Antiturst Litigation Commercial
and Instutional Indineet

Purshase Action

Willie And Gloria Whitehead
641 Deep Bottom Rd
Wallace N.C. 28466

910-337-5367
910 - 337 - 5367
910   290  - 6719

RECEIVED BY MAIL
AUG 16 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
AUG 16 2021
U.S. DISTRICT COURT MPLS

Let the peace that comes from Christ rule in your hearts.
For as members of one body you are called to live in peace.
COL. 3:15



Willie + Gloria Whitehead
641 Deep Bitten Rd
Wallace N.C. 28466

AUG 16 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS-MINNESOTA

RECEIVED BY MAIL

11 AUG 2021 PM 6 L

55415-2239799

Clerk Of Court is
300 South Fourth Street
Minneapolis MN

SCANNED
AUG 16 2021
U.S. DISTRICT COURT MPLS

Forever
USA