IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 21-md-2998 (JRT/HB) |
| This Document Relates To:ALL ACTIONS | **NOTICE OF WITHDRAWAL OF COUNSEL** |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Virginia R. McCalmont withdraws as counsel for Defendants The Clemens Family Corporation and Clemens Food Group, LLC. In addition, Mark L. Johnson and Davida S. McGhee of Greene Espel PLLP remain as counsel for Defendants The Clemens Family Corporation and Clemens Food Group, LLC.

Dated: August 23, 2021    **FORSGREN FISHER MCCALMONT DEMAREA TYSVER**

s/ Virginia R. McCalmont
Virginia R. McCalmont (0399496)
225 South Sixth Street, Suite 1750
Minneapolis, MN 55402
vmccalmont@forsgrenfisher.com
(612) 474-3300

*AND*

Mark L. Johnson, Reg. No. 0345520
Davida S. McGhee, Reg. No. 0400175
GREENE ESPEL PLLP
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
mjohnson@greeneespel.com
dwilliams@greeneespel.com
(612) 373-0830

*Attorneys for Defendants The Clemens Family Corporation and Clemens Food Group, LLC*

2