# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | **NOTICE OF APPEARANCE** |
| | Case No:     21-MD-2998 |

The undersigned attorney hereby notifies the Court and counsel that Kail J. Jethmalani, shall appear as counsel of record for Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; and Tyson Prepared Foods, Inc. in this case.

Dated: 09/02/2021

*Kail J. Jethmalani*
Kail J. Jethmalani
AXINN, VELTROP & HARKRIDER
114 West 47th Street
New York, New York 10036
Phone: (212) 261-5649
Fax: (212) 728-2201
kjethmalani@axinn.com