UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | No. 0:21-md-02998-JRT-HB |
| AMORY INVESTMENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>AGRI STATS, INC., *et al.*,<br><br>Defendants. | No. 0:21-cv-01697-JRT-HB |

**STIPULATION CONCERNING WAIVER OF SERVICE**

The parties in the above-styled action, through counsel, stipulate to the following, subject to the Court's approval:

1. This Stipulation is between Amory Investments LLC ("Stipulating Plaintiff") and Defendants Agri Stats, Inc.; Clemens Food Group, LLC; The Clemens Family Corporation; Hormel Foods Corporation; JBS USA Food Company; Seaboard Foods LLC; Smithfield Foods, Inc.; Triumph Foods, LLC; Tyson Foods, Inc.; Tyson Prepared Foods, Inc.; and Tyson Fresh Meats, Inc. (collectively, "Stipulating Defendants").

2. This Stipulation relates only to the Complaint filed in *Amory Investments LLC v. Agri Stats, Inc., et al.*, Case No. 0:21-cv-01697, ECF No. 1 (the "Complaint").

1

3. Stipulating Plaintiff was transferred to this district pursuant to 28 U.S.C. § 1407 for centralized pretrial proceedings on July 23, 2021. (MDL No. 2998, ECF No. 72 (J.P.M.L. July 23, 2021).)

4. Stipulating Defendants waive service of the Complaint pursuant to Federal Rule of Civil Procedure 4(d), and this Stipulation shall be deemed proof of that waiver pursuant to Federal Rule of Civil Procedure 4(d)(4).

5. On July 1, 2021, the Court ordered the MDL Direct Action Plaintiffs ("MDL DAPs") and Defendants to file their scheduling and coordination proposals. (Case No. 0:21-md-02998, ECF No. 3.) On July 8, 2021, MDL DAPs and Defendants filed their coordination and scheduling proposals. (ECF Nos. 4-5.) The Court held a status conference on these proposals on July 14, 2021. On August 5, 2021, the Court ordered the Direct Purchaser Plaintiffs from Case No. 0:18-cv-1776, MDL DAPs, and Defendants to "file simultaneous briefs addressing the question of consolidation" of the MDL DAPs with Case No. 0:18-cv-1776. (ECF No. 23.) On August 19, 2021, the parties filed briefs regarding consolidation versus coordination. (ECF Nos. 31-37.) An order has not yet been issued on those proposals.

6. Stipulating Plaintiff agrees that the deadline for Stipulating Defendants to answer or respond to the Complaint may be extended pending the Court's resolution of the above-described scheduling issues. Accordingly, the Stipulating Defendants' responses to the Complaint must be filed no later than sixty (60) days after the Court's ruling on the above-described scheduling issues, unless otherwise ordered by the Court or agreed between Stipulating Plaintiff and Stipulating Defendants.

7. This Stipulation does not constitute a waiver by the Stipulating Defendants of any defense, including but not limited to those defenses provided under <u>Federal Rule of Civil Procedure 12</u>. Nothing in this Stipulation precludes Stipulating Defendants from filing one or more motions under <u>Federal Rule of Civil Procedure 12(b)</u>.

Dated: September 17, 2021             Respectfully submitted,

By: /s/ *Rachel J. Adcox*
Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
radcox@axinn.com
trider@axinn.com
lstrang@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

Kail Jethmalani (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
kjethmalani@axinn.com

3

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

*Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*

| | |
|---|---|
| */s/ Mark L. Johnson* | */s/ Richard A. Duncan* |
| Mark L. Johnson (#0345520) | Richard A. Duncan (#0192983) |
| Virginia R. McCalmont (#0399496) | Aaron D. Van Oort (#0315539) |
| GREENE ESPEL PLLP | Craig S. Coleman (#0325491) |
| 222 South Ninth Street, Suite 2200 | Emily E. Chow (#0388239) |
| Minneapolis, MN 55402 | Isaac B. Hall (#0395398) |
| (612) 373-0830 | Bryan K. Washburn (#0397733) |
| mjohnson@greeneespel.com | FAEGRE DRINKER BIDDLE & REATH LLP |
| bkrueger@greeneespel.com | 2200 Wells Fargo Center |
| vmccalmont@greeneespel.com | 90 South Seventh Street |
| | Minneapolis, MN 55402-3901 |
| Daniel Laytin, P.C. (*pro hac vice*) | (612) 766-7000 |
| Christa Cottrell, P.C. (*pro hac vice*) | richard.duncan@faegredrinker.com |
| KIRKLAND & ELLIS LLP | aaron.vanoort@faegredrinker.com |
| 300 North LaSalle | craig.coleman@faegredrinker.com |
| Chicago, IL 60654 | emily.chow@faegredrinker.com |
| (312) 861-2000 | isaac.hall@faegredrinker.com |
| daniel.laytin@kirkland.com | bryan.washburn@faegredrinker.com |
| christa.cottrell@kirkland.com | |
| | |
| ***Counsel for Clemens Food Group, LLC and The Clemens Family Corporation*** | ***Counsel for Hormel Foods Corporation*** |

/s/ *Peter H. Walsh*
Peter H. Walsh (# 388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3000
F. (612) 402-3001
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square 555 Thirteenth Street,
NW Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

**Counsel for Agri Stats, Inc.**

/s/ *Donald G. Heeman*
Donald G. Heeman (#286023)
Jessica J. Nelson (#347358)
Randi J. Winter (#391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402-4206
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

**Counsel for JBS USA Food Company**

6

/s/ *William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

**Counsel for Seaboard Foods LLC**

/s/ *John A. Cotter*
John A. Cotter (134296)
John A. Kvinge (0392303)
LARKIN HOFFMAN DALY &
LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN &CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
(214) 698-3370
brobison@gibsondunn.com

**Counsel for Smithfield Foods, Inc.**

*/s/ Christopher A. Smith*
Aaron Chapin (#6292540)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500
aaron.chapin@huschblackwell.com

Christopher A. Smith (*pro hac vice*)
Jason Husgen (*pro hac vice*)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500
chris.smith@huschblackwell.com
jason.husgen@huschblackwell.com

Tessa K. Jacob (*pro hac vice*)
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
(816) 983-8000
tessa.jacob@huschblackwell.com

**Counsel for Triumph Foods, LLC**

*/s/ Scott E. Gant*
Scott E. Gant
Michael S. Mitchell
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, DC 20005
Tel: 202-237-2727
Fax: 202-237-6131
sgant@bsfllp.com
mmitchell@bsfllp.com

Ryan T. McAllister
BOIES SCHILLER FLEXNER LLP
30 South Pearl Street
11th Floor
Albany, NY 12207
Tel: 518-694-4271
rmcallister@bsfllp.com

Colleen Harrison
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: 914-749-8204
Fax: 914-749-8300
charrison@bsfllp.com

**Counsel for Plaintiff Amory Investments LLC**