UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | No. 0:21-md-02998-JRT-HB |
| SUBWAY PROTEIN LITIGATION CORP., AS LITIGATION TRUSTEE OF THE SUBWAY® PROTEIN LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AGRI STATS, INC., *et al.*,<br><br>Defendants. | No. 0:21-cv-01605-JRT-HB |

**STIPULATION CONCERNING WAIVER OF SERVICE**

The parties in the above-styled action, through counsel, stipulate to the following, subject to the Court's approval:

1. This Stipulation is between Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust ("Stipulating Plaintiff") and Defendants Agri Stats, Inc.; Clemens Food Group, LLC; The Clemens Family Corporation; Hormel Foods Corporation; Hormel Foods, LLC; JBS USA Food Company; Seaboard Foods LLC; Smithfield Foods, Inc.; Triumph Foods, LLC; Tyson Foods, Inc.; Tyson Prepared Foods, Inc.; and Tyson Fresh Meats, Inc. (collectively, "Stipulating Defendants").

2. This Stipulation relates only to the Complaint filed in *Subway Protein Litigation Corp. v. Agri Stats, Inc., et al.*, Case No. 0:21-cv-01605, ECF No. 1 (the "Complaint").

1

3. Stipulating Plaintiff was transferred to this district pursuant to 28 U.S.C. § 1407 for centralized pretrial proceedings on July 12, 2021. (MDL No. 2998, ECF No. 64 (J.P.M.L. July 12, 2021).)

4. Stipulating Defendants waive service of the Complaint pursuant to Federal Rule of Civil Procedure 4(d), and this Stipulation shall be deemed proof of that waiver pursuant to Federal Rule of Civil Procedure 4(d)(4).

5. On July 1, 2021, the Court ordered the MDL Direct Action Plaintiffs ("MDL DAPs") and Defendants to file their scheduling and coordination proposals. (Case No. 0:21-md-02998, ECF No. 3.) On July 8, 2021, MDL DAPs and Defendants filed their coordination and scheduling proposals. (ECF Nos. 4-5.) The Court held a status conference on these proposals on July 14, 2021. On August 5, 2021, the Court ordered the Direct Purchaser Plaintiffs from Case No. 0:18-cv-1776, MDL DAPs, and Defendants to "file simultaneous briefs addressing the question of consolidation" of the MDL DAPs with Case No. 0:18-cv-1776. (ECF No. 23.) On August 19, 2021, the parties filed briefs regarding consolidation versus coordination. (ECF Nos. 31-37.) An order has not yet been issued on those proposals.

6. Stipulating Plaintiff agrees that the deadline for Stipulating Defendants to answer or respond to the Complaint may be extended pending the Court's resolution of the above-described scheduling issues. Accordingly, the Stipulating Defendants' responses to the Complaint must be filed no later than sixty (60) days after the Court's ruling on the above-described scheduling issues, unless otherwise ordered by the Court or agreed between Stipulating Plaintiff and Stipulating Defendants.

7. This Stipulation does not constitute a waiver by the Stipulating Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12. Nothing in this Stipulation precludes Stipulating Defendants from filing one or more motions under Federal Rule of Civil Procedure 12(b).

Dated: October 7, 2021          Respectfully submitted,

By: /s/ *Rachel J. Adcox*
Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
radcox@axinn.com
trider@axinn.com
lstrang@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

Kail Jethmalani (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
kjethmalani@axinn.com

3

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.***

*/s/ Mark L. Johnson*
Mark L. Johnson (#0345520)
Virginia R. McCalmont (#0399496)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
bkrueger@greeneespel.com
vmccalmont@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com

**Counsel for Clemens Food Group, LLC and The Clemens Family Corporation**

*/s/ Richard A. Duncan*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com
bryan.washburn@faegredrinker.com

**Counsel for Hormel Foods Corporation and Hormel Foods, LLC**

5

/s/ *Peter H. Walsh*
Peter H. Walsh (# 388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3000
F. (612) 402-3001
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square 555 Thirteenth Street,
NW Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

**Counsel for Agri Stats, Inc.**

/s/ *Donald G. Heeman*
Donald G. Heeman (#286023)
Jessica J. Nelson (#347358)
Randi J. Winter (#391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402-4206
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

**Counsel for JBS USA Food Company**

6

| | |
|---|---|
| */s/ William L. Greene* | */s/ John A. Cotter* |
| William L. Greene (#0198730) | John A. Cotter (134296) |
| Peter J. Schwingler (#0388909) | John A. Kvinge (0392303) |
| William D. Thomson (#0396743) | LARKIN HOFFMAN DALY & |
| STINSON LLP | LINDGREN LTD. |
| 50 South Sixth Street, Suite 2600 | 8300 Norman Center Drive, Suite 1000 |
| Minneapolis, MN 55402 | Minneapolis, MN 55427-1060 |
| (612) 335-1500 | (952) 835-3800 |
| william.greene@stinson.com | jcotter@larkinhoffman.com |
| peter.schwingler@stinson.com | jkvinge@larkinhoffman.com |
| william.thomson@stinson.com | |
| | Richard Parker (*pro hac vice*) |
| J. Nicci Warr (*pro hac vice*) | Josh Lipton (*pro hac vice*) |
| STINSON LLP | GIBSON, DUNN &CRUTCHER, LLP |
| 7700 Forsyth Blvd., Suite 1100 | 1050 Connecticut Avenue, N.W. |
| St. Louis, MO 63105 | Washington, D.C. 20036-5306 |
| (314) 863-0800 | (202) 955-8500 |
| nicci.warr@stinson.com | rparker@gibsondunn.com |
| | jlipton@gibsondunn.com |
| **Counsel for Seaboard Foods LLC** | |
| | Brian Robison (*pro hac vice*) |
| | GIBSON, DUNN & CRUTCHER, LLP |
| | 2001 Ross Avenue, Suite 2100 |
| | Dallas, TX 75201 |
| | (214) 698-3370 |
| | brobison@gibsondunn.com |
| | |
| | **Counsel for Smithfield Foods, Inc.** |

*/s/ Christopher A. Smith*
Aaron Chapin (#6292540)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500
aaron.chapin@huschblackwell.com

Christopher A. Smith (*pro hac vice*)
Jason Husgen (*pro hac vice*)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500
chris.smith@huschblackwell.com
jason.husgen@huschblackwell.com

Tessa K. Jacob (*pro hac vice*)
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
(816) 983-8000
tessa.jacob@huschblackwell.com

**Counsel for Triumph Foods, LLC**

*/s/ David B. Esau*
David B. Esau
Email:  desau@carltonfields.com
Kristin A. Gore
Email:  kgore@carltonfields.com
Garth T. Yearick
Email: gyearick@carltonfields.com
CARLTON FIELDS, P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070
Fax: (561) 659-7368

Roger S. Kobert
Email: rkobert@carltonfields.com
CARLTON FIELDS, P.A.
405 Lexington Avenue, 36th Floor
New York, New York 10174-3699
Tel: (212) 785-2577
Fax: (212) 785-5203

**Counsel for Plaintiff Subway Protein Litigation Corp., as litigation trustee of the Subway® Protein Litigation Trust**