## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION** | No. 0:21-md-02998-JRT-HB |
| SUBWAY PROTEIN LITIGATION CORP., AS LITIGATION TRUSTEE OF THE SUBWAY® PROTEIN LITIGATION TRUST, | No. 0:21-cv-01605-JRT-HB |
| Plaintiff, | |
| v. | |
| AGRI STATS, INC., *et al.*, | |
| Defendants. | |

## ORDER ADOPTING
## <u>STIPULATION CONCERNING WAIVER OF SERVICE</u>

This matter is before the Court on the parties' Stipulation Concerning Waiver of Service (ECF No. 49) ("Stipulation").  The above-named Plaintiff ("Plaintiff") filed a Complaint on June 24, 2021 in the matter of *Subway Protein Litigation Corp. v. Agri Stats, Inc., et al.*, Case No. 0:21-cv-01605, ECF No. 1 (the "Complaint").  Plaintiff was transferred to this District pursuant to <u>28 U.S.C. § 1407</u> for centralized pretrial proceedings on July 12, 2021.  (MDL No. 2998, ECF No. 64 (J.P.M.L. July 12, 2021).)

On July 1, 2021, the Court ordered the MDL Direct Action Plaintiffs ("MDL DAPs") and Defendants to file their scheduling and coordination proposals.  (Case No. 0:21-md-02998, ECF No. 3.)  On July 8, 2021, MDL DAPs and Defendants filed their coordination and scheduling proposals.  (ECF Nos. 4-5.)  The Court held a status conference on these proposals on July 14, 2021.  On August 5, 2021, the Court ordered

the Direct Purchaser Plaintiffs from Case No. 0:18-cv-1776, MDL DAPs, and Defendants

to "file simultaneous briefs addressing the question of consolidation" of the MDL DAPs

with Case No. 0:18-cv-1776.  (ECF No. 23.)  On August 19, 2021, the parties filed briefs

regarding consolidation versus coordination.  (ECF Nos. 31-37.)  An order has not yet

been issued on those proposals.

Accordingly, in view of the above, the facts and agreements set forth in the

Stipulation, and all of the files and proceedings herein, and good cause having been

shown,

IT IS HEREBY ORDERED THAT:

1.     The Stipulation between Subway Protein Litigation Corp., as Litigation

Trustee of the Subway® Protein Litigation Trust ("Plaintiff") and Defendants Agri Stats,

Inc.; Clemens Food Group, LLC; The Clemens Family Corporation; Hormel Foods

Corporation; Hormel Foods, LLC; JBS USA Food Company; Seaboard Foods LLC;

Smithfield Foods, Inc.; Triumph Foods, LLC; Tyson Foods, Inc.; Tyson Prepared Foods,

Inc.; and Tyson Fresh Meats, Inc. (collectively, "Stipulating Defendants") filed on

October 7, 2021, is adopted.

2.     This Order and the Stipulation relate only to the Complaint filed in *Subway

Protein Litigation Corp. v. Agri Stats, Inc., et al.*, Case No. 0:21-cv-01605, ECF No. 1.

3.     Stipulating Defendants have waived service of the Complaint pursuant to

Federal Rule of Civil Procedure 4(d), and the Stipulation shall be deemed proof of that

waiver pursuant to Federal Rule of Civil Procedure 4(d)(4).

2

4.     The Stipulating Defendants' responses to the Complaint must be filed no later than sixty (60) days after the Court's ruling on the above-described scheduling issues, unless otherwise ordered by the Court.

5.     Nothing in the Stipulation or this Order shall be deemed to waive or preclude any defense Stipulating Defendants may have, including but not limited to defenses provided under Federal Rule of Civil Procedure 12, or to preclude Stipulating Defendants from filing one or more motions under Federal Rule of Civil Procedure 12(b).


DATED: October 8, 2021                   s/*Hildy Bowbeer*
                                         HILDY BOWBEER
                                         United States Magistrate Judge

3