## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776 (JRT-HB) <br><br> **NOTICE OF HEARING ON MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT BETWEEN CONSUMER INDIRECT PURCHASER PLAINTIFFS AND JBS DEFENDANTS** |
| *This Document Relates to*: <br><br> All Consumer Indirect Purchaser Plaintiff Actions | |

Please take notice that at a videoconferenced hearing on November 29, 2021, at 11:30 a.m., before the Honorable John R. Tunheim, Chief Judge for the United States District Court for the District of Minnesota, Courtroom 15, 300 South Fourth Street, Minneapolis, Minnesota 55415, Consumer Indirect Purchaser Plaintiffs ("CIPPs") will move the Court for an order granting CIPPs' motion for final approval of the class action settlement between Consumer Indirect Purchaser Plaintiffs and Defendants JBS USA Food Company, JBS USA Food Company Holdings, and Swift Pork Company.

| | |
|---|---|
| DATED: November 15, 2021 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By:   */s/ Shana E. Scarlett* |
| |      SHANA E. SCARLETT |

Rio Pierce
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600

- 2 -

Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*