- 1 -

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>All Consumer Indirect Purchaser Plaintiff Actions | Case No. 0:18-cv-01776 (JRT-HB)<br><br>**DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT BETWEEN CONSUMER INDIRECT PURCHASER PLAINTIFFS AND JBS DEFENDANTS** |

I, Shana E. Scarlett, state under oath, as follows:

1. I am a partner at Hagens Berman Sobol Shapiro LLP. I am admitted to this Court *pro hac vice*, and am one of the Interim Co-Lead Counsel (along with Gustafson Gluek PLLC) for the Consumer Indirect Purchaser Plaintiffs appointed by the Court to represent the Consumer Indirect Class in this litigation. I submit this declaration is support of the Consumer Indirect Purchaser Plaintiffs' Motion for Final Approval of the Class Action Settlement Between Consumer Indirect Purchaser Plaintiffs and JBS Defendants. I have full knowledge of the matters stated herein and would testify to these facts if called upon.

2. The Settling Defendants provided the required CAFA notice to all Attorneys General and the U.S. Department of Justice. Attached as Exhibit A is a true and correct copy of that notice.

3. Of the millions of potential settlement class members, no settlement class members have opted out, and only one settlement class member has objected.

4. The Settlement cash payment of $20 million has been deposited into the Settlement Fund.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: November 15, 2021

                */s/ Shana E. Scarlett*
                SHANA E. SCARLETT