# EXHIBIT A

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
212-849-7237

WRITER'S EMAIL ADDRESS
samirashid@quinnemanuel.com

April 2, 2021

**VIA UPS OR USPS CERTIFIED MAIL**

All Addressees Listed in Attachment A.

Re:   **Class Action Fairness Act – Notice to Federal and State Officials**
      *In re Pork Antitrust Litigation*, D. Minn. Case No. 18-1776 (JRT/HB)

Dear Sir or Madam:

We represent JBS USA Food Company, JBS USA Food Company Holdings, Swift Pork Company, and related or affiliated entities ("JBS") in the above-referenced matter. On behalf of JBS, this notice is to inform you, pursuant to 28 U.S.C. § 1715, of a proposed settlement of the Consumer Indirect Purchaser Plaintiffs' claims against JBS in the above-referenced matter.

In accordance with 28 U.S.C. § 1715(b), JBS states as follows:

1) A court-filed copy of Consumer Indirect Purchaser Plaintiffs' operative Second Amended Complaint in the above-captioned matter is included in the accompanying CD. This version of the Second Amended Complaint has been filed under seal with the Court and should be treated as confidential. In addition, prior complaints and all other pleadings and records filed in the above-captioned matter are available through the Pacer service for the U.S. District Court for the District of Minnesota.[1]

2) On March 26, 2021, Consumer Indirect Purchaser Plaintiffs filed a Motion for Preliminary Approval of the Class Action Settlement Between Consumer Indirect Purchaser Plaintiffs and Defendant JBS ("Motion"). The Motion, and accompanying brief, declaration, all exhibits, the Proposed Order, and the parties' Settlement Agreement are included in the accompanying CD.

3) The hearing on the Motion has not yet been scheduled. A final approval hearing also has not yet been scheduled.

---

[1]  *See https://pacer.login.uscourts.gov/csologin/login.jsf?pscCourtId=MNDC&appurl=https://ecf.mnd.uscourts.gov/cgi-bin/showpage.pl?16.*

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

4) No final judgment or notice of dismissal by Consumer Indirect Purchaser Plaintiffs has yet been entered in the above-referenced matter.

5) The Class Action Fairness Act also requires a defendant, "if feasible" to provide the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement," or if that is not feasible, to provide a "reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." *See* 28 U.S.C. §1715(b)(7)(A)-(B).  For a number of reasons, it is not feasible at this time to provide such information.

   *First*, the potential members of the Settlement Class include "[a]ll persons and entities who purchased pork indirectly from any of the Defendants or any co-conspirator, or their respective subsidiaries or affiliates, for personal use in the United States from at least as early as January 1, 2009 until the date of the order granting Preliminary Approval of the Settlement Agreement."  Given that the potential members of the Settlement Class include indirect purchasers that purchased from entities other than JBS, JBS lacks the information requested.

   *Second*, and relatedly, Co-Lead counsel for the proposed Settlement Class have issued subpoenas to third-parties to obtain identifying information on potential Settlement Class members and that process is still ongoing.

6) No written judicial opinions relating to proposed settlement have been issued as of this date.

If you have questions about this notice, the Settlement, or the enclosed materials, or if you do not receive any of the above-listed materials, please contact us.  Thank you for your attention to this matter.

[*Remainder of page intentionally left blank.*]

        Respectfully submitted,

        */s/*

        _____
        Sami H. Rashid
        Stephen R. Neuwirth
        Michael B. Carlinsky
        Richard T. Vagas
        David B. Adler
        QUINN EMANUEL URQUHART &
        SULLIVAN, LLP
        51 Madison Avenue, 22nd Floor
        New York, NY 10010
        (212) 849-7000
        samirashid@quinnemanuel.com
        stephenneuwirth@quinnemanuel.com
        michaelcarlinsky@quinnemanuel.com
        richardvagas@quinnemanuel.com
        davidadler@quinnemanuel.com

        *Attorneys for JBS USA Food Company, JBS USA Food Company Holdings, and Swift Pork Company*

Enclosure and Attachment

**Attachment A**
**CAFA Notice Service List**
**UPS or USPS Certified Mail**

| Jurisdiction | Address |
| --- | --- |
| United States | U.S. Attorney General Merrick Garland<br>Office of the Attorney General<br>U. S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530-0001 |
| Alabama | Attorney General Steve Marshall<br>Office of the Attorney General<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 |
| Alaska | Acting Attorney General Treg R. Taylor<br>Office of the Attorney General<br>Alaska Department of Justice<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994 |
| Arizona | Attorney General Mark Brnovich<br>Office of the Attorney General<br>2005 N. Central Avenue<br>Phoenix, AZ 85004 |
| Arkansas | Attorney General Leslie Rutledge<br>Office of the Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201-2610 |
| California | Attorney General Rob Bonta<br>Office of the Attorney General<br>California Department of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 |
| Colorado | Attorney General Phil Weiser<br>Office of the Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |

**Attachment A**
**CAFA Notice Service List**
**UPS or USPS Certified Mail**

| Jurisdiction | Address |
|---|---|
| Connecticut | Attorney General William Tong<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106 |
| Delaware | Attorney General Kathy Jennings<br>Office of the Attorney General<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 |
| District of Columbia | Attorney General Karl A. Racine<br>Office of the Attorney General<br>400 6th Street, NW<br>Washington, D.C. 20001 |
| Florida | Attorney General Ashley Moody<br>Office of the Attorney General<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 |
| Georgia | Attorney General Chris Carr<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 |
| Hawaii | Attorney General Clare E. Connors<br>Office of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| Idaho | Attorney General Lawrence G. Wasden<br>Office of the Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 |
| Illinois | Attorney General Kwame Raoul<br>Office of the Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601 |

**Attachment A**
**CAFA Notice Service List**
**UPS or USPS Certified Mail**

| Jurisdiction | Address |
| --- | --- |
| Indiana | Attorney General Todd Rokita<br>Office of the Attorney General<br>Indiana Government Center South<br>302 W. Washington Street, 5th Floor<br>Indianapolis, IN 46204 |
| Iowa | Attorney General Tom Miller<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 E. Walnut Street<br>Des Moines, IA 50319 |
| Kansas | Attorney General Derek Schmidt<br>Office of the Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597 |
| Kentucky | Attorney General Daniel Cameron<br>Office of the Attorney General<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601-3449 |
| Louisiana | Attorney General Jeff Landry<br>Office of the Attorney General<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 |
| Maine | Attorney General Aaron Frey<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| Maryland | Attorney General Brian E. Frosh<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 |
| Massachusetts | Attorney General Maura Healey<br>Office of the Attorney General<br>1 Ashburton Place, 20th Floor<br>Boston, MA 02108-1698 |

**Attachment A**
**CAFA Notice Service List**
**UPS or USPS Certified Mail**

| Jurisdiction | Address |
|---|---|
| Michigan | Attorney General Dana Nessel<br>Office of the Attorney General<br>G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909-0212 |
| Minnesota | Attorney General Keith Ellison<br>Office of the Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101-2131 |
| Mississippi | Attorney General Lynn Fitch<br>Office of the Attorney General<br>Department of Justice<br>P.O. Box 220<br>Jackson, MS 39205 |
| Missouri | Attorney General Eric S. Schmitt<br>Office of the Attorney General<br>Supreme Court Building<br>207 West High Street<br>P.O. Box 899<br>Jefferson City, MO 65102 |
| Montana | Attorney General Austin Knudsen<br>Office of the Attorney General<br>215 N. Sanders Street, Third Floor<br>P.O. Box 201401<br>Helena, MT 59620-1401 |
| Nebraska | Attorney General Doug Peterson<br>Nebraska Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509 |
| Nevada | Attorney General Aaron Ford<br>Office of the Attorney General<br>Old Supreme Court Building<br>100 N. Carson Street<br>Carson City, NV 89701 |

**Attachment A**
**CAFA Notice Service List**
**UPS or USPS Certified Mail**

| Jurisdiction | Address |
|---|---|
| New Hampshire | Acting Attorney General Jane Young<br>New Hampshire Department of Justice<br>33 Capitol Street<br>Concord, NH 03301 |
| New Jersey | Attorney General Gurbir S. Grewal<br>Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, Box 080<br>Trenton, NJ 08625-0080 |
| New Mexico | Attorney General Hector Balderas<br>Office of the Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |
| New York | Attorney General Letitia James<br>Office of the Attorney General<br>Department of Law<br>The Capitol, 2nd Floor<br>Albany, NY 12224-0341 |
| North Carolina | Attorney General Josh Stein<br>Office of the Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| North Dakota | Attorney General Wayne Stenehjem<br>Office of the Attorney General<br>600 E. Boulevard Avenue, Dept. 125<br>Bismarck, ND 58505-0040 |
| Ohio | Attorney General Dave Yost<br>Ohio Attorney General<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| Oklahoma | Attorney General Mike Hunter<br>Oklahoma Office of the Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |

**Attachment A**
**CAFA Notice Service List**
**UPS or USPS Certified Mail**

| Jurisdiction | Address |
|---|---|
| Oregon | Attorney General Ellen F. Rosenblum<br>Office of the Attorney General<br>Oregon Department of Justice<br>1162 Court Street, NE<br>Salem, OR 97301-4096 |
| Pennsylvania | Attorney General Josh Shapiro<br>Pennsylvania Office of the Attorney General<br>Strawberry Square, 16th Floor<br>Harrisburg, PA 17120 |
| Rhode Island | Attorney General Peter F. Neronha<br>Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903 |
| South Carolina | The Honorable Alan Wilson<br>Office of the Attorney General<br>P.O. Box 11549<br>Columbia, SC 29211-1549 |
| South Dakota | Attorney General Jason Ravnsborg<br>Office of the Attorney General<br>1302 US-14, Suite 1<br>Pierre, SD 57501-8501 |
| Tennessee | Attorney General Herbert Slatery III<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| Texas | Attorney General Ken Paxton<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Utah | Attorney General Sean D. Reyes<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State Street, Suite 230<br>Salt Lake City, UT 84114-2320 |

**Attachment A**
**CAFA Notice Service List**
**UPS or USPS Certified Mail**

| Jurisdiction | Address |
|---|---|
| Vermont | Attorney General T. J. Donovan<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609 |
| Virginia | Attorney General Mark R. Herring<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 |
| Washington | Attorney General Bob Ferguson<br>Office of the Attorney General<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 |
| West Virginia | Attorney General Patrick Morrisey<br>Office of the Attorney General<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, WV 25305 |
| Wisconsin | Attorney General Josh Kaul<br>Office of the Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 |
| Wyoming | Attorney General Bridget Hill<br>Office of the Attorney General<br>Kendrick Building<br>2320 Capitol Avenue<br>Cheyenne, WY 82002 |
| American Samoa | Attorney General Fainu'ulelei L. P. Falefatu Alailima-Utu<br>Office of the Attorney General<br>Executive Office Building, 3rd Floor, P.O. Box 7<br>Utulei, American Samoa 96799 |

**Attachment A**
**CAFA Notice Service List**
**UPS or USPS Certified Mail**

| Jurisdiction | Address |
|---|---|
| Guam | Attorney General Leevin T. Camacho<br>Office of the Attorney General<br>ITC Building<br>590 S. Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913 |
| National Government of the Federated States of Micronesia | The Honorable Joses R. Gallen<br>Department of Justice<br>PS105, Palikir<br>Pohnpei State, FM 96941 |
| Puerto Rico | Secretaria de Justicia Interina Domingo Emanuelli<br>Oficina de la Secretaria<br>Apartado 9020192<br>San Juan, PR 00902-0192 |
| Republic of the Marshall Islands | Attorney General Richard Hickson<br>Office of the Attorney General<br>P.O. Box 890<br>Majuro, MH 96990 |
| Republic of Palau | Attorney General Ernestine Rengiil<br>Office of the Attorney General<br>P.O. Box 1365<br>Koror, Palau 96940 |
| Saipan, Commonwealth of the Northern Mariana Islands | Attorney General Edward E. Manibusan<br>Office of the Attorney General<br>Caller Box 10007<br>Saipan, MP 96950-8907 |
| U.S. Virgin Islands | Attorney General Denise N. George<br>Office of the Attorney General<br>34-38 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, Virgin Islands 00802 |