## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST
LITIGATION

Case No. 0:18-cv-01776-JRT-HB

**DECLARATION OF ERIC
SCHACHTER IN SUPPORT OF
PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF SETTLEMENT**

This Document Relates to:

All Consumer Indirect Purchaser Actions

I, Eric Schachter, hereby declare as follows:

1.      I am a Vice President with A.B. Data, Ltd. ("A.B. Data"). I am fully familiar with the facts contained herein based upon my personal knowledge, and if called as a witness, could and would testify competently thereto. I submit this declaration at the request of Co-Lead Counsel in connection with the above-captioned action (the "Action").

2.      As detailed in my previous Declaration of Eric Schachter in Support of Plaintiffs' Motion to Approve the Manner of Notice and Form of Class Notice Regarding Settlement with JBS USA Food Company dated June 1, 2021 (ECF No. 776) (the Preliminary Approval Declaration") and pursuant to the Court's Order Granting Motion to Approve the Manner and Form of Class Notice Regarding Settlement with JBS Defendants dated June 22, 2021 (ECF No. 811) (the "Notice Order"), A.B. Data was responsible for implementing the Court-approved Notice Plan. The Notice Plan was

designed to provide notice to potential Settlement Class Members. The Settlement Class

is defined as follows:

> All persons and entities who indirectly purchased Pork from any of the
> Defendants or any co-conspirator, or their respective subsidiaries or
> affiliates, for personal use in the United States from January 1, 2009, through
> April 2, 2021. Specifically excluded from the Settlement Class are the
> Defendants; the officers, directors, or employees of any Defendant; any
> entity in which any Defendant has a controlling interest; and any affiliate,
> legal representative, heir, or assign of any Defendant. Also excluded from
> this Settlement Class are any federal, state, or local governmental entities,
> any judicial officer presiding over this action and the members of his/her
> immediate family and judicial staff, and any juror assigned to this action.

3.       As detailed in the Preliminary Approval Declaration, the Notice Plan

featured a combination of: i) direct email notice to potential Settlement Class Members;

ii) a digital advertising campaign on numerous digital and social media platforms; iii) a

news release disseminated of *PR Newswire*; and iv) a toll-free telephone number and

case-specific website to address potential Settlement Class Member inquiries.

### **Direct Notice**

4.       As detailed in the Preliminary Approval Declaration, A.B. Data obtained

from Co-Lead Counsel, contact information for potential Settlement Class Members

provided by third parties that had been subpoenaed. A.B. Data electronically processed

all potential Settlement Class Member contact information to consolidate duplicate

records and ultimately load all unique potential Settlement Class Member names and

contact information into our secure notice database for purposes of providing notice.

5.       On July 22, 2021, A.B. Data began to send the Email Notice by email to

potential Settlement Class Members with a known email address. To maximize

deliverability, A.B. Data implemented several  best practices to maximize deliverability, such as ensuring no inclusion of words or phrases known to trigger SPAM or junk filters, not including attachments to the email, and sending the emails in tranches over a period of days.  In total, A.B. Data sent the Email Notice to 104,242 unique email addresses, of which 102,164 were successfully delivered.  A true and correct copy of the emailed Email Notice is attached as **Exhibit A**.

### Digital Media

6.      To supplement direct notice efforts, beginning on July 22, 2021, A.B. Data caused digital banner and newsfeed ads to appear on various websites and social media platforms.  Over 343 million impression have been delivered resulting in over 268 thousand engagements and/or conversions across Google Display Network, Google AdWords, Facebook, Instagram, and YouTube.  A case-specific Facebook page was also be created as a landing page for the links in the Facebook and Instagram newsfeed ads. A sampling of the digital banner and newsfeed ads are attached as **Exhibit B**.

### Earned Media

7.      On July 22, 2021, A.B. Data caused the notice to be disseminated as a news release via PR Newswire's US1 Newsline distribution list. This news release was distributed via PR Newswire to the news desks of approximately 10,000 newsrooms, including those of print, broadcast, and digital websites across the United States. The news release was also translated and published to PR Newswire's U.S. Hispanic media contacts and Hispanic news websites. A copy of the news release is attached as

**Exhibit C**.

### Website and Telephone

8.      To assist potential Settlement Class Members in understanding the terms of the Settlement and their rights, A.B. Data established a case-specific toll-free telephone number and a case-specific website (overchargedforpork.com).

9.      On July 22, 2021, A. B. Data established a case-specific toll-free telephone number (877-777-9594), with an interactive voice response ("IVR") system in both English and Spanish language. The toll-free number appeared on the Email Notice, Long-Form Notice, and *PR Newswire*. The automated interactive voice response system provides callers with a series of choices to hear prerecorded information concerning the Settlement. Callers also have the option to speak to a live operator during business hours.

10.     On July 22, 2021, A.B. Data established a case-specific website, www.overchargedforpork.com. The website address appeared on the Email Notice, Long-Form Notice, and *PR Newswire.* The website includes case specific information, including relevant deadlines, downloadable versions of the Complaint, Settlement Agreement, the Notice in English and Spanish, and other relevant documents.  Copies of the Notice are attached as **Exhibit D** and **Exhibit E**, respectively.  The website also includes functionality for Settlement Class Members to submit an online claim.  To date, the website has over 245,798 hits.

11.     On October 7, 2021, A.B. Data posted the Consumer Indirect Purchaser Plaintiffs' Motion for an Award of Attorneys' Fees and Expenses and associated documents to the website.

## **Requests for Exclusion and Objections**

12.     The notice provides that Settlement Class Members may request exclusion by sending a written request to the Settlement Administrator that was postmarked by October 20, 2021. As of the date of this declaration, A.B. Data has received no requests for exclusion from the Settlement Class.

13.     The deadline to object to the Settlement was October 20, 2021. The Notice informed Settlement Class Members that objections were to be mailed to the Settlement Administrator, Indirect Purchaser Plaintiffs' Co-Lead Counsel and Counsel for JBS. As of the date of this declaration, A.B. Data has received one (1) objection.

## **Conclusion**

14.     It is my opinion, based on my individual expertise and experience and that of my A.B. Data colleagues, that the notice program effectively reached an estimated 81.1% of the target audience and thus potential Settlement Class Members, delivered plain language notices designed to capture potential Settlement Class Members' attention, and provided them with the information in an informative and easy to understand manner that is necessary to effectively understand their rights and options.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of November 2021 in Milwaukee, Wisconsin.

ERIC SCHACHTER