- 1 -

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-1776 (JRT-HB)<br><br>**MEET AND CONFER STATEMENT** |
| *This Document Relates to*:<br><br>All Consumer Indirect Purchaser Plaintiff Actions | |

      Pursuant to Local Rule 7.1(a)(1), Consumer Indirect Purchaser Plaintiffs ("Consumer IPPs") hereby state that their counsel met and conferred with Defendants JBS USA Food Company, JBS USA Food Company Holdings, and Swift Pork Company ("JBS") counsel regarding this motion for final settlement approval between Consumer IPPs and JBS. Defendant JBS does not oppose the motion for final approval.

- 1 -

DATED: November 15, 2021                HAGENS BERMAN SOBOL SHAPIRO LLP

By:   */s/ Shana E. Scarlett*
         SHANA E. SCARLETT

Rio Pierce
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

- 2 -

010736-11/1705474 V1