SHIYANG HUANG
2800 SW ENGLER CT
TOPEKA, KS 66614

SCANNED
NOV 16 2021
U.S. DISTRICT COURT MPLS

ATTN: NO. 18-1776 (JRT/HB)
UNITED STATES DISTRICT COURT
300 S FOURTH ST.
MINNEAPOLIS, MN 55415

RECEIVED
BY MAIL
NOV 16 2021
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

