## UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL STEPHANIE A. CHEN** |

      Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the court and counsel that Stephanie A. Chen withdraws as counsel for the Direct Purchaser Plaintiffs ("Plaintiffs"). Plaintiffs will continue to be represented by Brian Clark and Arielle Wagner of Lockridge Grindal Nauen P.L.L.P., in addition to other counsel of record. Direct Purchaser Plaintiffs will therefore not be prejudiced in anyway by the withdrawal of Ms. Chen.

Date: November 24, 2021

By: */s/* Brian D. Clark
Brian D. Clark (MN #0390069)
W. Joseph Bruckner (MN#0147758)
Joseph C. Bourne (MN #0389922)
Arielle S. Wagner (MN #0398332)
Craig S. Davis (MN #0148192)
Simeon A. Morbey (MN #0391338)
Stephen M. Owen (MN # 0399370)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South
Suite 2200

563978.1

Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
bdclark@locklaw.com
wjbruckner@locklaw.com
jcbourne@locklaw.com
aswagner@locklaw.com
csdavis@locklaw.com
samorbey@locklaw.com
smowen@locklaw.com

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiff Class*

563978.1                        2