UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-01776 (JRT/HB) |
| | Case No. 21-md-02998 (JRT/HB) |
| WINN-DIXIE STORES, INC*., et al.*, | |
| | Case No. 19-cv-01578 (JRT/HB) |
| Plaintiffs, | |
| vs. | |
| AGRI STATS, *et al.,* | **ORDER** |
| Defendants. | |

Patrick Ahern, **AHERN AND ASSOCIATES, P.C.,** 590 North Sheridan Road, Lake Forest, IL 60045, for Plaintiffs Winn-Dixie Stores and Bi-Lo Holdings, LLC.

Stephen R Neuwirth, **QUINN EMANUEL URQUHART & SULLIVAN, LLP,** 123 Overlook Road, New Rochelle, NY 10804, for Defendant JBS USA Food Company.

Pursuant to the Stipulation for Dismissal of Winn-Dixie Stores, Inc.'s and Bi-Lo Holdings, LLC's Claims Against JBS USA Food Company with Prejudice filed by Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC (collectively, the "WD DAPs") and Defendant JBS USA Food Company ("JBS USA") ("Stipulation") [ECF No. 983], the Stipulation is approved and **IT IS HEREBY ORDERED THAT:**

1. This Order relates to *In re: Pork Antitrust Litigation*, Case No. 0:18-cv-01776-JRT-HB; *Winn-Dixie Stores Inc., et al., v. Agri Stats, et al.*, Case No. 19-cv-01578-JRT-HB; and *In re: Pork Antitrust Litigation*, 0:21-md-02998-JRT-HB (MDL No. 2998) (collectively referred to as "Actions").

2. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the WD DAPs' claims asserted against JBS USA in the Actions are hereby **DISMISSED WITH PREJUDICE**, with each side bearing its own attorneys' fees and costs.

3. This Order has no bearing on the WD DAPs' claims against Defendants other than JBS USA.

DATED: December 1, 2021
at Minneapolis, Minnesota.

                                                     s/John R. Tunheim
                                                     JOHN R. TUNHEIM
                                                     Chief Judge
                                                     United States District Court