# EXHIBIT B

| No. | Terms | Time limitation | To Defendants | Basis and Comments to Defendants | Status | Agreed upon terms: |
|---|---|---|---|---|---|---|
| 1 | (Thomas OR Tom) w/2 Clemens | | All but Clemens | This search will capture documents and communications regarding or with Tom Clemens, employee/executive of the Defendant's competitor. During the relevant time period Mr. Clemens was Clemens Food Group Sr. VP, Facility and Operations Sr. VP, and Country View Family Farms Sr. VP. | Defendants have not engaged with this term. | |
| 2 | (Ben*) w/2 Oates | | All but Smithfield | This search will capture documents and communications regarding or with Ben Oates, employee/executive of the Defendant's competitor. Mr. Oates was Smithfield Director of Production Accounting, Hog Production Division. | Defendants have not engaged with this term. | |
| 3 | (Daniel OR Dan) w/2 Hefferman | | All but Tyson | This search will capture documents and communications regarding or with Daniel Hefferman, employee/executive of the Defendant's competitor. Mr. Hefferman was Tyson VMR Manager. | Defendants have not engaged with this term. | |
| 4 | Don* w/2 Jackson | | All but JBS | This search will capture documents and communications regarding or with Donald Jackson, employee/executive of the Defendant's competitor. Mr. Jackson is the former President & CEO of JBS. | Defendants have not engaged with this term. | |
| 5 | Jason w/2 Kuan | | All but JBS | This search will capture documents and communications regarding or with Jason Kuan, employee/executive of the Defendant's competitor. Mr. Kuan is the former JBS Case Ready President | Defendants have not engaged with this term. | |
| 6 | Brian w/2 Piedmonte | | All but JBS | This search will capture documents and communications regarding or with Brian Piedmonte, employee/executive of the Defendant's competitor. Mr. Piedmonte is JBS' current Case Ready President | Defendants have not engaged with this term. | |
| 7 | Wes* w/2 Batista | | All but JBS | This search will capture documents and communications regarding or with Wesley Mendonca Batista, employee/executive of the Defendant's competitor. Mr. Batista is the former President & CEO of JBS. | Defendants have not engaged with this term. | |
| 8 | Andre* w/2 Nogueira | | All but JBS | This search will capture documents and communications regarding or with Andre Nogueira, employee/executive of the Defendant's competitor. Mr. Nogueira has been the President and CEO of JBS since January 2013. | Defendants have not engaged with this term. | |
| 9 | (Jacob OR Jake) w/2 Einberger | | All but Smithfield | This search will capture documents and communications regarding or with Jacob Einberger, employee/executive of the Defendant's competitor. Mr. Einberger was Smithfield Senior Director of Continuous Improvement, previously employed by JBS. | Defendants have not engaged with this term. | |
| 10 | "Boston Consulting" OR *@bcg.com | | All | This search targets whether Defendants used third party analysis of the pork market | Defendants have not engaged with this term. | |

| # | Search Term | | Custodian | Justification | Response | |
|---|---|---|---|---|---|---|
| 11 | *Rabo* | | Hormel | This search targets communications about and to/from Rabobank, a leading lender in the agricultural industry believed to have facilitated communications between integrators. Tyson, Smithfield, Seaboard, JBS, and Clemens have previously agreed to run search terms targeting Rabobank. | Defendants have not engaged with this term. | |
| 12 | "attorney* general" w/10 CID | | All | This search targets state antitrust inquiries or investigations into Defendants' conduct | Defendants have not engaged with this term. | |
| 13 | "civil investigative demand" | | Clemens, Triumph, Agristats, JBS, Seaboard, Hormel | This search targets state antitrust inquiries or investigations into Defendants' conduct | Defendants have not engaged with this term. | |
| 14 | "Pilgrim* w/10 (guilty OR plea OR indictment) | | All | This search targets Defendants' communications about the antitrust violations of the Pilgrim's subsidiary of JBS USA | Defendants have not engaged with this term. | |
| 15 | Feds OR DOJ or FBI | | Clemens, Triumph, Agristats, JBS | This search targets federal antitrust inquiries or investigations into Defendants' conduct | Defendants have not engaged with this term. | |
| 16 | "Department of Justice" OR USDOJ OR DOJ OR "Federal Trade Commission" OR FTC OR "the feds" OR FBI OR *doj.gov OR "Securities Exchange Commission" OR *sec.gov OR conspir* OR collud* OR collusion OR antitrust OR "anti-trust" OR "anti trust" AND (pork OR hog* OR swine OR porcine OR pig* OR sow OR shoat* OR boar* OR gilt OR bacon* OR sausage OR ham OR shoulder OR loin* OR backloin* OR tenderloin* OR chop* OR hock*) | | Seaboard and Hormel | This search will target documents identifying Defendants' conduct alleged in DAP complaints in the context of government oversight and investigation. A similar version of this search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 17 | Antitrust w/10 (compliance OR training OR policy) | | All | This search seeks Defendants' antitrust policies, training and compliance | Defendants have not engaged with this term. | |
| 18 | West /2 liberty | | All | This search will target documents and communications with a potential co-conspirator, who competed with Defendants in pork production. | Defendants have not engaged with this term. | |
| 19 | "Iowa Meat Processors Association" OR "Iowa Meat Processors" OR "IMPA" | | All | This search will target industry activities and communications which provided opportunities for Defendants to collude and conspire. | Defendants have not engaged with this term. | |
| 20 | "Pork Alliance" | | All | This search will target industry activities and communications which provided opportunities for Defendants to collude and conspire. | Defendants have not engaged with this term. | |
| 21 | "Strategic Investment Program" OR "SIP" | | All | This search will target industry activities and communications which provided opportunities for Defendants to collude and conspire. | Defendants have not engaged with this term. | |
| 22 | "Minnesota Pork Producers Association" OR MPPA | | All | This search targets Defendants' communications and conduct with competitors in a major state pork trade association | Defendants have not engaged with this term. | |
| 23 | North Carolina Pork Council OR NCPC | | All | This search targets Defendants' communications and conduct with competitors in a major state pork trade association | Defendants have not engaged with this term. | |
| 24 | "South Carolina Pork Council" OR SCPC | | All | This search targets Defendants' communications and conduct with competitors in a major state pork trade association | Defendants have not engaged with this term. | |
| 25 | (compet* OR cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift") W/5 (call* OR meet* OR told OR contact OR reach OR "our friend") | | Smithfield | This search will target documents evidencing Defendants' communications to one another as they relate to competition and monitoring of cooperation in the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |

| # | Search Term | | Custodian | Purpose | Status | |
|---|---|---|---|---|---|---|
| 26 | (compet* OR cargill* OR smithfield* OR tyson* OR clemens* OR CFG OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift") W/5 (call* OR meet* OR told OR contact OR reach OR "our friend") | | Seaboard | This search will target documents evidencing Defendants' communications to one another as they relate to competition and monitoring of cooperation in the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 27 | (compet* OR cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift") W/5 (agree* OR concur* OR unison OR cooper*) | | Smithfield | This search will target documents evidencing Defendants' communications to one another as they relate to competition and monitoring of cooperation in the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 28 | (meeting OR debrief OR "follow-up" OR followup) W/25 (cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift") | | Smithfield | This search will target documents evidencing Defendants' communications to one another as they relate to competition and monitoring of cooperation in the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 29 | (meeting OR debrief OR "follow-up" OR followup) W/25 (cargill* OR tyson* OR clemens* OR CFG OR smithfield* OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift") | | Seaboard | This search will target documents evidencing Defendants' communications to one another as they relate to competition and monitoring of cooperation in the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 30 | (meeting OR debrief OR "follow-up" OR followup) W/25 (cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR Smithfield* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift") | | Hormel | This search will target documents evidencing Defendants' communications to one another as they relate to competition and monitoring of cooperation in the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 31 | (meeting OR debrief OR "follow-up" OR followup) W/25 (cargill* OR Smithfield* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift") | | Tyson | This search will target documents evidencing Defendants' communications to one another as they relate to competition and monitoring of cooperation in the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 32 | "*farmland.com" OR "*murphybrownllc.com" OR "*tyson.com" OR "*triumphfoods.com" OR "*seaboardfoods.com" OR "*hormel.com" OR "*cvff.com" OR "*clemensfoodgroup.com" OR "*jbssa.com" OR "*inpac.com" OR "*indianapackerscorp.com" OR "*cargill.com" | | Smithfield | This search will target documents evidencing Defendants' communications to one another as they relate to competition and monitoring of cooperation in the conspiracy. | Defendants have not engaged with this term. | |
| 33 | "*smithfield.com" OR "*smithfieldfoods.com" OR "*farmland.com" OR "*murphybrownllc.com" OR "*tyson.com" OR "*triumphfoods.com" OR "*hormel.com" OR "*cvff.com" OR "*clemensfoodgroup.com" OR "*jbssa.com" OR "*inpac.com" OR "*indianapackerscorp.com" OR "*cargill.com" | | Seaboard | This search will target documents evidencing Defendants' communications to one another as they relate to competition and monitoring of cooperation in the conspiracy. | Defendants have not engaged with this term. | |
| 34 | "*smithfield.com" OR "*smithfieldfoods.com" OR "*seaboardfoods.com" OR "*farmland.com" OR "*murphybrownllc.com" OR "*tyson.com" OR "*triumphfoods.com" OR "*hormel.com" OR "*cvff.com" OR "*jbssa.com" OR "*inpac.com" OR "*indianapackerscorp.com" OR "*cargill.com" | | Clemens | This search targets Defendants' communications and conduct with competitors | Defendants have not engaged with this term. | |
| 35 | "*smithfield.com" OR "*smithfieldfoods.com" OR "*seaboardfoods.com" OR "*farmland.com" OR "*murphybrownllc.com" OR "*tyson.com" OR *clemensfoodgroup.com" OR "*hormel.com" OR "*cvff.com" OR "*jbssa.com" OR "*inpac.com" OR "*indianapackerscorp.com" OR "*cargill.com" | | Triumph | This search targets Defendants' communications and conduct with competitors | Defendants have not engaged with this term. | |

| # | Search Term | | Defendant(s) | Purpose | Status | |
|---|---|---|---|---|---|---|
| 36 | "parts to whole" W/50 ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) OR (cargill* OR smithfield* OR tyson* OR clemens* OR CFG OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Seaboard and Hormel | This search will target general communications evidencing the conspiracy regarding pork products with other Defendants. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 37 | ((industry OR market OR mkt OR competit*) W/5 (info* OR report* OR intelligence)) W/50 (pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) | | Smithfield, Seaboard and Hormel | This search will target documents and communications regarding the competitive intelligence that Defendants utilized to monitor cooperation in the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 38 | ("do not save" OR "dont save" OR "don't save" OR "do not share" OR "dont share" OR "don't share" OR "need to know" OR "your information only" OR "your info only" OR "down low" OR DL OR coerc* OR "consistent level") AND (pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) AND (cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift") | | Smithfield | This search will target documents and communications where Defendants attempted to conceal the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 39 | (anticompetitive OR "anti-competitive" OR "anti competitive" OR antitrust OR "anti trust" OR "anti-trust") AND (pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) OR (cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Smithfield | This search will target documents identifying Defendants' anticompetitive conduct alleged in DAP complaints. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 40 | destr* or delet* /2 read* | | Smithfield | This search will target documents and communications where Defendants attempted to conceal the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 41 | (destroy OR discard OR delete*) W/5 read* | | Smithfield | This search will target documents and communications where Defendants attempted to conceal the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 42 | avoid W/5 (evidence OR paper OR trail* OR writing OR written) | | Smithfield | This search will target documents and communications where Defendants attempted to conceal the conspiracy. | Defendants have not engaged with this term. | |
| 43 | "maintain secrecy" OR (limit W/2 recipient) OR concea* OR "cease and desist" OR "do not tell" OR "don t tell" OR "do not share" OR "don t share" OR CYA OR "cover your ass" OR "go to jail" OR stripes | | Smithfield | This search will target documents and communications where Defendants attempted to conceal the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 44 | (broad* OR wide*) W/10 (distribut* OR "not recommended" OR "do not" OR "not for" OR "don t" OR "don't") | | Smithfield | This search will target documents and communications where Defendants attempted to conceal the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 45 | paranoid OR paranoia OR "your friend*" OR "our friend*" OR "someone is talking" | | Smithfield | This search will target documents and communications where Defendants attempted to conceal the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 46 | (else OR other* OR competitor*) W/10 (see* OR know* OR "figur* out") AND ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) AND (cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Smithfield | This search will target documents and communications evidencing that Defendants could and did learn about one another's confidential production information in order to monitor cooperation in the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |

| # | Search Term | | Custodian | Purpose | Response | |
|---|---|---|---|---|---|---|
| 47 | (else OR other* OR competitor*) W/10 (see* OR know* OR "figur* out") AND ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) AND (cargill* OR smithfield* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Seaboard | This search will target documents and communications evidencing that Defendants could and did learn about one another's confidential production information in order to monitor cooperation in the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 48 | "stick out" AND ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) AND (cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Smithfield | This search will target documents and communications evidencing that Defendants monitored each other's cooperation in the conspiracy.  This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 49 | "stick out" AND ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) AND (cargill* OR smithfield* OR tyson* OR clemens* OR CFG OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Seaboard | This search will target documents and communications evidencing that Defendants monitored each other's cooperation in the conspiracy.  This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 50 | ((purchas* OR Acquir* OR Divest* OR Clos* OR Open* OR buil* OR due-diligence OR "M&A" OR (spin* W/5 off) OR (spun W/5 off) OR "joint venture" OR "joint ventures") W/10 (plant* OR facilit* OR asset* OR mill OR warehouse OR farm OR complex OR line OR operation*)) W/50 (pork OR hog* OR swine OR porcine OR pig* OR sow OR shoat* OR boar* OR gilt OR bacon* OR sausage OR ham OR shoulder OR hock* OR picnics OR butt OR butts OR rib OR ribs OR backrib* OR bellies OR jowl* OR passel OR sounder) | | Smithfield and Hormel | This search will target documents and communications evidencing Defendants' various attempts to reduce its production and/or production capacity. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 51 | ((lead* OR command* OR guid* OR authorit* OR respect*) W/25 (pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*)) AND (cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift") | | Smithfield | This search will target documents and communications evidencing that Defendants monitored each other's cooperation in the conspiracy.  This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 52 | ((lead* OR command* OR guid* OR authorit* OR respect*) W/25 (pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*)) AND (cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR smithfield OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift") | | Hormel | This search will target documents and communications evidencing that Defendants monitored each other's cooperation in the conspiracy.  This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 53 | ((lead* OR command* OR guid* OR authorit* OR respect*) W/25 (pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*)) AND (cargill* OR smithfield* OR tyson* OR clemens* OR CFG OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift") | | Seaboard | This search will target documents and communications evidencing that Defendants monitored each other's cooperation in the conspiracy.  This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 54 | (((lead* OR drive) W/25 (market OR price OR supply OR production OR cut*)) W/50 (pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*)) AND (cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift") | | Smithfield | This search will target documents and communications evidencing that Defendants monitored each other's cooperation in the conspiracy. | Defendants have not engaged with this term. | |
| 55 | (((lead* OR drive) W/25 (market OR price OR supply OR production OR cut*)) W/50 (pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*)) AND (cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR Smithfield* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift") | | Hormel | This search will target documents and communications evidencing that Defendants monitored each other's cooperation in the conspiracy.  This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |

| # | Search Term | | Custodian | Purpose | Response | |
|---|---|---|---|---|---|---|
| 56 | (("powers that be" OR "Senior management" OR "senior mgmt" OR "senior mgt" OR leadership) W/25 (sensitive OR approv*)) AND (pork OR hog* OR swine OR porcine OR pig* OR sow OR shoat* OR boar* OR gilt OR bacon* OR sausage OR ham OR shoulder OR loin* OR backloin* OR tenderloin* OR chop* OR hock* OR picnics OR butt OR butts OR rib OR ribs OR backrib* OR bellies OR primal* OR "sub-primal" OR subprimal OR brisket OR jowl* OR lard OR herd OR drift OR drove OR litter* OR passel OR sounder OR singular) | | Seaboard | This search will target documents and communications evidencing Defendants' senior employees and executives making significant production decisions consistent with cooperation in the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 57 | ((above or beyond or high*) w/10 (paygrade or (pay grade))) AND (pork OR hog* OR swine OR porcine OR pig* OR sow OR shoat* OR boar* OR gilt OR bacon OR sausage OR ham OR shoulder OR loin* OR backloin* OR tenderloin* OR chop* OR hock* OR picnics OR butt OR butts OR rib OR ribs OR backrib* OR bellies OR primal* OR "sub-primal" OR subprimal OR brisket OR jowl* OR lard OR herd OR litter* OR passel OR sounder) | | Seaboard | This search will target documents and communications evidencing Defendants' senior employees and executives making significant production decisions consistent with cooperation in the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 58 | rationaliz* W/50 ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) OR (cargill* OR smithfield* OR tyson* OR clemens* OR CFG OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Seaboard | This search will target documents and communications where Defendants attempted to conceal the conspiracy by echoing false narratives about production cuts. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 59 | rationaliz* W/50 ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) OR (cargill* OR seaboard* OR "sea board" OR tyson* OR clemens* OR CFG OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Smithfield | This search will target documents and communications where Defendants attempted to conceal the conspiracy by echoing false narratives about production cuts. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 60 | (("price floor" OR "price expectation*" OR "pricing expectation*" OR "price war" OR "rock the boat" OR "rock da boat" OR "apple cart" OR "pricing power" OR (("push back" OR "under pressure") W/5 pric*)) W/50 ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) OR (cargill* OR tyson* OR clemens* CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Smithfield | This search will target documents evidencing Defendants' communications to one another as they relate to competition and monitoring of cooperation in the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 61 | (("price floor" OR "price expectation*" OR "pricing expectation*" OR "price war" OR "rock the boat" OR "rock da boat" OR "apple cart" OR "pricing power" OR (("push back" OR "under pressure") W/5 pric*)) W/50 ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) OR (cargill* OR smithfield* OR tyson* OR clemens* OR CFG OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Seaboard | This search will target documents evidencing Defendants' communications to one another as they relate to competition and monitoring of cooperation in the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 62 | (swap OR "co pack*" OR "co-pack*" OR copack*) W/50 (pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) | | Smithfield and Hormel | This search will target documents evidencing Defendants' arrangements with one another including co-packing as they relate to competition and monitoring of cooperation in the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 63 | ((special OR unique) W/2 (run* OR cut*)) AND ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) OR (cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Smithfield | This search will target documents pertaining to any unique cuts of pork products that Smithfield communicated with other defendants about producing during the conspiracy period. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 64 | ((special OR unique) W/2 (run* OR cut*)) AND ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) OR (cargill* OR smithfield* OR tyson* OR clemens* OR CFG OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Seaboard | This search will target documents pertaining to any unique cuts of pork products that Smithfield communicated with other defendants about producing during the conspiracy period. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |

| # | Search Term | | Custodian | Purpose | Response | |
|---|---|---|---|---|---|---|
| 65 | ((idl* OR mothball* OR close OR shut*) W/25 (facility OR facilities OR production OR plant OR complex* OR warehous* OR capacit* OR plants)) W/50 (pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell* OR cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift") | | Smithfield | This search will target documents and communications evidencing Defendants' various attempts to reduce its production and/or production capacity. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 66 | ((elim* OR reduc* OR cut*) W/10 (shift OR employees OR position OR job*)) W/50 ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) OR (cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Smithfield | This search will target documents and communications evidencing Defendants' various attempts to reduce its production and/or production capacity. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 67 | ((elim* OR reduc* OR cut*) W/10 (shift OR employees OR position OR job*)) W/50 ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) OR (cargill* OR smithfield* OR tyson* OR clemens* OR CFG OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Seaboard | This search will target documents and communications evidencing Defendants' various attempts to reduce its production and/or production capacity. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 68 | (((balance OR adjust* OR condolid*) w/5 (industry OR supply OR production)) w/50 (pig* OR hog* OR swine OR pork* OR ham OR loin* OR picnics)) | | Smithfield | This search will target documents and communications evidencing signaling and concerted production behavior among the Defendants. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 69 | ((action W/2 plan) AND (opportunit* OR return OR agristats)) AND ((cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift") OR (pork OR hog* OR swine OR porcine OR pig* OR sow bacon* OR sausage OR ham OR shoulder OR loin* OR backloin* OR tenderloin* OR chop* OR hock* OR picnics OR butt OR butts OR rib OR ribs OR backrib OR bellies OR primal* OR "sub-primal" OR subprimal OR brisket OR jowl* OR lard OR sounder* OR passel* OR boar*) | | Smithfield | This search will target documents and communications evidencing signaling and concerted production behavior among the Defendants. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 70 | ((action W/2 plan) AND (opportunit* OR return OR agristats)) AND ((cargill* OR tyson* OR clemens* OR CFG OR smithfield* OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift") OR (pork OR hog* OR swine OR porcine OR pig* OR sow bacon* OR sausage OR ham OR shoulder OR loin* OR backloin* OR tenderloin* OR chop* OR hock* OR picnics OR butt OR butts OR rib OR ribs OR backrib* OR bellies OR primal* OR "sub-primal" OR subprimal OR brisket OR jowl* OR lard OR sounder* OR passel* OR boar*) | | Seaboard | This search will target documents and communications evidencing signaling and concerted production behavior among the Defendants. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 71 | ((special OR unique) W/2 (run* OR cut*)) AND ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) OR (cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Smithfield | This search will target documents pertaining to any unique cuts of pork products that Smithfield communicated with other defendants about producing during the conspiracy period. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 72 | ((special OR unique) W/2 (run* OR cut*)) AND ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) OR (cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR Smithfield* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Hormel | This search will target documents pertaining to any unique cuts of pork products that Hormel communicated with other defendants about producing during the conspiracy period. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 73 | ((special OR unique) W/2 (run* OR cut*)) AND ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) OR (cargill* OR Smithfield* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Tyson | This search will target documents pertaining to any unique cuts of pork products that Tyson communicated with other defendants about producing during the conspiracy period. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |

| # | Search Term | | Custodian | Description | Status | |
|---|---|---|---|---|---|---|
| 74 | ("cut back" OR "cut backs" OR cutback* OR contraction OR "pull back" OR "pullback" OR "pull-back" OR ratchet) AND (pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) | | Seaboard | This search will target documents and communications evidencing Defendants' various attempts to reduce its production and/or production capacity. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 75 | "quid pro quo" | | Seaboard and Hormel | This search will target documents and communications evidencing the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 76 | ((industry W/5 (coordinat* OR capacity OR losses OR cut* OR reduction* OR outlook OR turbulent OR turbulence OR absorb* OR margin* OR strategy OR profit* OR "Higher cost" OR "higher costs" OR contraction* OR expand* OR expansion OR whisper* OR rumor* OR shape)) AND ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) AND (cargill* OR smithfield* OR tyson* OR clemens* OR CFG OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Seaboard | This search will target documents and communications evidencing signaling and concerted production behavior among the Defendants. A similar version of this search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 77 | Sysco* and ((payment OR credit OR extend* OR day*) w/10 term*) | | All | This search will capture communications and documents regarding Sysco's request for payment term modifications in 2016. | Defendants have not engaged with this term. | |
| 78 | ("x-ed" OR "x-d" OR "x-ing" OR xed OR xd OR xing OR "x'd" OR "x'ed" OR "x'ing" OR "x-out" OR xout) AND ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) OR (cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Smithfield | This search will target documents and communications evidencing that Defendants could and did learn about one another's confidential production information in order to monitor cooperation in the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 79 | ("x-ed" OR "x-d" OR "x-ing" OR xed OR xd OR xing OR "x'd" OR "x'ed" OR "x'ing" OR "x-out" OR xout) AND ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) OR (cargill* OR tyson* OR clemens* OR CFG OR smithfield* OR triumph* OR hormel* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Seaboard | This search will target documents and communications evidencing that Defendants could and did learn about one another's confidential production information in order to monitor cooperation in the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 80 | ("x-ed" OR "x-d" OR "x-ing" OR xed OR xd OR xing OR "x'd" OR "x'ed" OR "x'ing" OR "x-out" OR xout) AND ((pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) OR (cargill* OR tyson* OR clemens* OR CFG OR seaboard* OR "sea board" OR SBF OR triumph* OR Smithfield* OR "murphy brown" OR farmland OR IPC OR "indiana packers" OR "swift")) | | Hormel | This search will target documents and communications evidencing that Defendants could and did learn about one another's confidential production information in order to monitor cooperation in the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 81 | (break* OR breach* OR breech*) W/5 confidential* | | Smithfield, Seaboard, Tyson and Hormel | This search will target documents and communications between Defendants regarding confidential information shared to further the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 82 | (concern* OR issue* OR problem*) W/5 confidentiality | | Smithfield, Seaboard, Tyson and Hormel | This search will target documents and communications between Defendants regarding confidential information shared to further the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 83 | ((compet* OR landscape OR market OR industry OR share) w/20 (cargill* or smithfield* or jbs* or clemens* or CFG or seaboard* or "sea board" or SBF or triumph* or hormel* or "murphy brown" or farmland OR IPC OR "Indiana Packers")) AND (pork OR hog* OR swine OR porcine OR pig* OR sow OR shoat* OR boar OR boars OR gilt OR bacon* OR sausage OR ham OR shoulder OR hock* OR picnics OR butt OR butts OR rib OR ribs OR backrib* OR bellies OR jowl* OR passel OR sounder) | | Clemens, Triumph | This search targets Defendants' analysis of the functioning of and competition in the pork market | Defendants have not engaged with this term. | |

| # | Search Term | | Custodians | Purpose | Defendants' Position | Plaintiffs' Proposal |
|---|---|---|---|---|---|---|
| 84 | "barrier to entry" OR "barriers to entry" OR (barrier* w/5 (market or entry or participat*)) | | Clemens, Triumph | This search targets analysis or discussion of the barriers to entry into the pork market | Defendants have not engaged with this term. | |
| 85 | (((top w/2 (10 or ten)) OR (top w/2 (twenty or 20)) OR (top w/5 opportunity) OR ("target list") OR ("worst performing")) w/5 (sales OR return OR variance OR price)) w/25 (pork OR hog* OR swine OR pig* OR sow OR bacon* OR sausage OR ham OR shoulder OR hock* OR picnics OR butt OR butts OR rib OR ribs OR backrib* OR bellies) | | Seaboard and Hormel | This search will target documents and communications evidencing the monitoring of cooperation in the conspiracy. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 86 | (Production OR supply OR volume OR industry) w/10 (("price response") OR ("pricing response") OR ("pricing action") OR ("price action")) | | Seaboard and Hormel | This search will target documents and communications evidencing signaling and concerted production behavior among the Defendants. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 87 | (substitut* OR alternative* OR "other protein" OR "other proteins") W/15 (pig* OR hog* OR swine OR pork* OR porcine OR bacon* OR sausage OR ham OR shoulder OR loin* OR hock* OR rib* OR bell*) | | Smithfield and Seaboard | This search will target documents and communications where Defendants attempted to conceal the conspiracy by echoing false narratives about production cuts. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 88 | (ahead OR higher OR lower OR spread OR "pric* structure" OR "return*") W/10 (compet*) | | Smithfield, Hormel, Tyson | This search will target documents and communications evidencing signaling and concerted production behavior among the Defendants. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 89 | (surplus OR excess OR tight* OR capacity) W/50 (pig* OR hog* OR swine OR pork*) | | Smithfield, Seaboard and Hormel | This search will target documents and communications evidencing signaling and concerted production behavior among the Defendants. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 90 | ("time the market" OR "industry issues" OR "market tightening" OR "market tightened" OR "markets tightened" OR "markets tightening" OR "market conditions" OR "market direction" OR "industry participant*" OR "market effects" OR "industry results") W/25 (pork OR hog* OR swine OR porcine OR pig* OR sow OR shoat* OR boar* OR gilt OR bacon* OR sausage OR ham OR shoulder OR loin* OR backloin* OR tenderloin* OR chop* OR hock* OR picnics OR butt OR butts OR rib OR ribs OR backrib* OR bellies OR primal* OR "sub-primal" OR subprimal OR brisket OR jowl* OR lard OR herd OR drift OR drove OR litter* OR passel OR sounder OR singular) | | Seaboard | This search will target documents and communications evidencing signaling and concerted production behavior among the Defendants. This search was accepted and run by AgriStats. | Defendants have not engaged with this term. | |
| 91 | (Animal /5 welfare) OR (Animal /5 wellbeing) OR (animal /5 rights) OR "animal-welfare" OR (animal /5 care) OR (animal /5 ethical)  OR (animal /5 environment!) OR (environment /5 impact) OR (environment /5 standard) OR (animal /5 safe!) OR (agriculture /5 responsib!)   OR "Global Animal Partnership" OR (GAP /2 certifi!) OR PETA OR (spac! /10 (gestation OR cage! OR pen! OR crate! OR stall! OR housing)) OR (group /5 housing) OR HSUS | | All | This is a search strand that Defendants have proposed to MDL DAPs apparently in aid of their defense. | Defendants have sent a counter-proposal, which DAPs accept. | (gestation w/3 crate*) OR (sow w/3 "group housing") |
| 92 | "African swine fever" OR "ASF" OR "porcine epidemic diarrhea virus" OR "PEDv" OR "PEDV" OR ((hog OR swine OR pig) /3 (flu OR fever OR virus OR disease)) | | All | This is a search strand that Defendants have proposed to MDL DAPs apparently in aid of their defense. | Defendants have agreed, subject to individual modifiers. | ✓ |
| 93 | (corn OR ethanol OR fuel! OR biofuel! OR bioenergy OR biodiesel) /25 (tax! /25 (break! OR deduct! OR credit! OR saving!)) | | All | This is a search strand that Defendants have proposed to MDL DAPs apparently in aid of their defense. | Defendants have agreed subject to a universal modifer and individual modifiers. Plaintiffs accept the universal modifier. | (corn OR ethanol OR fuel! OR biofuel! OR bioenergy OR biodiesel) /25 (tax! /25 (break! OR deduct! OR credit! OR saving!)) % ("wheat report" OR "cheese market" OR "wheat prices" OR "cut corn" OR "green giant corn" OR "soybean oil" OR "corn meal" OR "whole kernel corn" OR "canned corn" OR "corn king" OR "corn beef" OR "soybean plastics" OR "flour facts" OR !progressivebaker.com OR "corn starch" OR "baby corn" OR "corn baby" OR "daily dairy report" OR "corn dog" OR "kettle corn" OR "pop corn" OR popcorn OR "whole kernel") |
| 94 | (corn /5 (price OR pricing)) % ("wheat report" OR "cheese market" OR "wheat prices" OR "cut corn" OR "green giant corn" OR "soybean oil" OR "corn meal" OR "whole kernel corn" OR "canned corn" OR "corn king" OR "corn beef" OR "soybean plastics" OR "flour facts" OR !progressivebaker.com OR "corn starch" OR "baby corn" OR "corn baby" OR "daily dairy report" OR "corn dog" OR "kettle corn" OR "pop corn" OR popcorn OR "whole kernel") | | All | This is a search strand that Defendants have proposed to MDL DAPs apparently in aid of their defense. | Defendants have agreed, subject to individual modifiers. | ✓ |

| # | Search Terms | | Custodians | Party | Notes | ✓ |
|---|---|---|---|---|---|---|
| 95 | subway or *subway.com OR IPC or *ipcoop.com or "Independent Purchasing Coop*" | | All | Subway | Defendants have agreed, subject to individual modifiers. | ✓ |
| 96 | Cheney or CBI or C.B.I. or *cheneybrothers.com or cheneybro* or (cheney /2 bro*) or (Pate Dawson) or patedawson or *pdco.com or (PD /2 Co*) or PDNC or (Bari Beef) or *baribeefint.com or (Grand Western) or *grandwestern.com OR (meat and seafood) OR (meat /2 seafood) OR (M&S) OR (Southern Foods) or *southernfoods.com OR *southernfoodsinc.com | | All | Cheney Bros. | Defendants have agreed, subject to individual modifiers. | ✓ |
| 97 | *sysco.com OR Sysco* | | All | Sysco | Defendants have agreed, subject to individual modifiers. | ✓ |
| 98 | *maines.net OR maines* OR MPFS* OR "MP&FS*" | | All | Maines Paper & Food Service | Defendants have agreed, subject to individual modifiers. | ✓ |
| 99 | *actionmeat.com OR "Action Meats" OR "Action Meat" OR "Action Meat Dist." OR "Action Meat Distributors" OR "Action Meat Houston" | | All | Action Meat Distributors | Defendants have agreed, subject to individual modifiers. | ✓ |
| 100 | alexlee.com OR lowesfoods.com OR merchantsdistributors.com OR "Alex Lee" OR "Lowe's Food" OR "MDI" OR "Merchants Distributors" OR "Lowes Food!" OR "W. Lee Flowers" | | All | Alex Lee/Merchants Distributors, LLC | Defendants have agreed, subject to individual modifiers. | ✓ |
| 101 | *afstores.com OR "Associated Food Stores" OR "AFS" OR "Associated Salt Lake" OR "Macey's" OR ((Dan! OR Dick! OR Lin!) w/2 "Fresh Markets") | | All | Associated Food Stores | Defendants have agreed, subject to individual modifiers. | ✓ |
| 102 | *brookshires.com OR *super1foods.com OR *freshbybrookshires.com OR "Brookshires" OR "Brookshire Grocery Co." OR "Brookshire Grocery Company" OR "Brookshire Grocery" OR "BGC" OR "Brookshires Tyler" OR "Brookshire Tyler" OR "Brookshire - Tyler" OR "Brookshire's" OR "Super One Foods" OR "Super 1 Foods" OR "Fresh by Brookshire's" | | All | Brookshire Grocery Co. | Defendants have agreed, subject to individual modifiers. | ✓ |
| 103 | *cbbcorp.com OR *coloradoboxedbeef.com OR "CBBC" OR "Colorado Boxed Beef" OR "Colorado Boxed Beef Company" OR "Colorado Boxed Beef Co" | | All | Colorado Boxed Beef | Defendants have agreed, subject to individual modifiers. | ✓ |
| 104 | *nicholasandco.com OR "Nicholas and Company" OR "Nicholas w/2 Co!" | | All | Nicholas & Co. | Defendants have agreed, subject to individual modifiers. | ✓ |
| 105 | *pacfoods.com OR "Pacific Food Dist!" OR "PFD" OR "Pac Foods" OR "Pacific Foods" OR "PFD Enterprises" | | All | Pacific Food Distributors/PFD Enterprises | Defendants have agreed, subject to individual modifiers. | ✓ |
| 106 | *vaneerden.com OR "Van Eerden" OR "vaneerden" OR "Van Eerden Food!" OR "TDG" OR "The Distribution Group" | | All | The Distribution Group/Van Eerden Foodservice | Defendants have agreed, subject to individual modifiers. | ✓ |
| 107 | *pricechopper.com OR "Golub!" OR "Price Chopper" OR "Price Chopper Supermarket!" OR "Market 32" OR "Market Bistro" | | All | Golub Corp./Price Chopper | Defendants have agreed, subject to individual modifiers. | ✓ |
| 108 | *troyers.com OR "Troyer! w/2 Food!" OR "Troyer!" OR "Cicinelli and Sons" OR "Cicinelli!" | | All | Troyer Foods | Defendants have agreed, subject to individual modifiers. | ✓ |
| 109 | *urmstores.com OR "URM" OR "URM Stores" OR "URM Food" OR "URM w/2 Food!" | | All | URM Stores | Defendants have agreed, subject to individual modifiers. | ✓ |
| 110 | *spartannash.com OR *nashfinch.com OR *spartanstores.com OR *mdvnf.com OR "SpartanNash" OR "Spartan Nash" OR "Spartan-Nash" OR "Nash Finch" OR "Nash-Finch" OR "Spartan Stores" OR "MDV" OR "Dan's Supermarket" OR "D&W Fresh Market" OR "Econofoods" OR "Family Fare" OR "Family Fresh Market" OR "Forest Hills Foods" OR "Fresh Madison Market" OR "Martin's Super Markets" OR "No Frills" OR "SunMart" OR "Supermercado Nuestra Familia" OR "VG's Grocery" OR "Caito Foods" | | All | SpartanNash Company | Defendants have agreed, subject to individual modifiers. | ✓ |
| 111 | *sgcfoodservice.com OR "Springfield w/2 Grocer!" OR "SGC Foodservice" OR "SGC w/2 Food!" | | All | Springfield Grocer Company/SGC Foodservice | Defendants have agreed, subject to individual modifiers. | ✓ |
| 112 | *topco.com OR "Topco" OR "Topco Associates" | | All | Topco Associates, LLC | Defendants have agreed, subject to individual modifiers. | ✓ |

| # | Terms | | Custodians | Entity | Notes | |
|---|---|---|---|---|---|---|
| 113 | *gianteagle.com OR *getgocafe.com OR marketdistrict.com OR "Giant Eagle" OR "GiantEagle!" OR "American Seaway Foods" OR "ASF" OR "OK Grocery" OR "Butler Refrigerated Meats" OR "BRM" OR "Market District" OR "GetGo" | | All | Giant Eagle | Defendants have agreed, subject to individual modifiers. | ✓ |
| 114 | *certco.com OR "Certco" | | All | Certco | Defendants have agreed, subject to individual modifiers. | ✓ |
| 115 | *purina.nestle.com OR *nestle.com OR *us.nestle.com OR NUSA OR NPPC OR Purina | | All | Nestle | Defendants have agreed, subject to individual modifiers. | ✓ |
| 116 | ("Nestle Purina Petcare" OR Nestl* OR NPPC OR NUSA OR "Nestle" OR "Nestlé" OR "Nestle USA" OR Purina OR "Ralston Purina" OR "Purina Dog Chow" OR "Purina Dog*" OR "Purina ONE*" OR "Purina Pro Plan*" or "Friskies" OR "Fancy Feast" OR "Stouffer*" OR "Lean Cuisine*" OR "DiGiorno*" OR "Buitoni*" OR "Hot Pocket*" | | All | Nestle | Defendants have agreed, subject to individual modifiers. | ✓ |
| 117 | ("Conagra Brands" OR Conagra* OR "Con Agra*" OR "Conagra Frozen Food*" OR "Healthy Choice" OR "Marie Callender*" OR Banquet* OR Bertolli* OR "Chef Boyardee" OR Frontera* OR "Pinnacle Food*" OR "Pinnacle*" OR "Birds Eye*" OR *conagra.com OR *pinnaclefoods.com) | | All | Conagra | Defendants have agreed, subject to individual modifiers. | ✓ |
| 118 | kraft* OR heinz* OR *@kraftheinzcompany.com OR *@kraftheinz.com | | All | Kraft | Defendants have agreed, subject to individual modifiers. | ✓ |
| 119 | *bjs.com OR *burrislogistics.com OR Burris OR BJ* | | All | BJs | Defendants have agreed, subject to individual modifiers. | ✓ |
| 120 | *restaurantdepot.com OR *jetrord.com OR Jetro OR "Restaurant Depot" | | All | Restaurant Depo | Defendants have agreed, subject to individual modifiers. | ✓ |