# EXHIBIT C

## Search Term Categories

| Category | Search Term |
|---|---|
| Communications with and regarding competitors, co-Defendants, and their subsidiaries, affiliates and employees | 1-9, 32-35, 60-61 |
| Communications with and regarding investors and industry analysts | 10-11 |
| Communications and documents regarding government investigations and enforcement | 12-16 |
| Communications and documents regarding Antitrust policies | 17 |
| Communications and documents reflecting market manipulation, including production decisions consistent with the conspiracy | 50, 56-57, 65-67, 74 |
| Communications and documents regarding potential co-conspirators | 18 |
| Communications and documents regarding trade associations | 19-24 |
| Communications and documents regarding meetings between Defendants | 25-31 |
| General communications evidencing the conspiracy | 36, 39, 75 |
| Communications and documents regarding competitive intelligence | 37 |
| Communications and document reflecting attempts to conceal the wrongful acts of the conspiracy | 38, 40-45, 58-59, 87 |
| Communications and documents reflecting that Defendants monitored each other's cooperation in the conspiracy | 46-49, 51-55, 60-62, 85 |
| Communications and documents regarding business relationships between Defendants | 62 |
| Communications and documents reflecting signaling and concerted production behavior | 68-70, 76, 86, 88, 89-90 |
| Communications with other Defendants about unique cuts of pork products | 63-64, 71-73 |
| Communications and documents regarding deanonymizing reports from benchmarking services such as Agri Stats | 78-80 |
| Communications and documents regarding confidential information shared between Defendants | 81-82 |

| | |
|---|---|
| Communications and documents regarding Defendants' analysis of the pork market, including competition and barriers to entry | 83-84 |
| Communications and documents regarding Sysco's request for payment term modification in 2016[1] | 77 |

---

[1] This search term is obviously unique to Plaintiff Sysco, but only Defendant JBS included it in a list of MDL DAP "specific" responses, which suggests the other Defendants did not fully review the list of MDL DAP proposed terms.