

JAROD G. TAYLOR
1901 L STREET NW
WASHINGTON, DC  20036
860.275.8109
JTAYLOR@AXINN.COM

December 3, 2021

**VIA ECF**

The Honorable John R. Tunheim
Chief U.S. District Judge
United States District Court for the District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

**Re: *In re Pork Antitrust Litigation*, Civil No. 18-cv-1776 (JRT/HB)**

Dear Chief Judge Tunheim,

We write on behalf of the parties in the MDL Direct Action Plaintiff cases consolidated to the above-captioned action from Case No. 0:21-md-02998 (the "*MDL DAP Cases*").

In the Court's Memorandum Opinion and Order Consolidating Actions (ECF No. 985) entered on November 14, 2021 (the "Consolidation Order"), the Court set a deadline of 21 days from the order to move to amend an order or object in writing to application of an order from either case number 18-1776 or 21-2998.  The MDL Direct Action Plaintiffs ("MDL DAPs") and Defendants believe the Consolidation Order leaves open a number of issues pertaining only to the *MDL DAP Cases* that had been briefed by MDL DAPs and Defendants and submitted to the Court via email to chambers on August 2, 2021, including as to a schedule for interim discovery deadlines in the *MDL DAP Cases*, and other pleading or discovery issues on which the parties had been unable to reach agreement.

Accordingly, the MDL DAPs and Defendants request a brief extension of time of the deadline imposed by paragraph 7 of the Consolidation Order, to allow the parties to make a joint submission setting out the outstanding issues by next Friday, December 10, 2021.  To the extent any party in the *MDL DAP Cases* seeks to amend or objects to the application of any existing orders in Case No. 1776, the parties' joint submission will contain their respective positions on any such issue for the Court to resolve.

Counsel for the parties in the *MDL DAP Cases* spoke to the Court's chambers today, and were instructed to submit this request for extension by letter filed via ECF.

Chief Judge John R. Tunheim
December 3, 2021
Page 2

                                            Respectfully submitted,

                                            */s/ Jarod G. Taylor*
                                            Jarod G. Taylor (pro hac vice)
                                            Axinn, Veltrop & Harkrider LLP
                                            90 State House Square
                                            Hartford, CT 06103
                                            Office 860.275.8109
                                            Fax 860.275.8101
                                            jtaylor@axinn.com

cc:     counsel of record (via ECF)