UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to Commercial and Institutional Indirect Purchaser Plaintiffs' Action | Case No. 18-cv-1776 (JRT/HB) |

**COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO PACIFIC AGRI-PRODUCTS, INC.**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Commercial and Institutional Indirect Purchaser Plaintiffs' ("CIIPPs") respectfully request that the Court enter an order compelling Pacific Agri-Products, Inc ("Pac-Agri") to produce its structured transactional data for purchases and sales of pork products in compliance with the third-party subpoena it was served on May 10, 2021.

This motion is based upon the grounds set forth in the accompanying memorandum of law submitted pursuant to Federal Rules of Civil Procedure and 45 and Local Rules 7.1 and 37.1 and all of the files, records, and proceedings in this matter.

Dated: December 3, 2021

Respectfully submitted,

*/s/ Ian F. McFarland*
David M. Cialkowski (0306526)
Ian F. McFarland, (0392900)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street

Minneapolis, MN 55402
Telephone: (612) 341-0400
ian.mcfarland@zimmreed.com

**Members of Steering Committee for Commercial and Institutional Indirect Purchaser Plaintiffs**

Shawn M. Raiter (#240424)
Jason T. Johnson (#0399974)
**Larson King, LLP**
2800 Wells Fargo Place 30 East Seventh Street
St. Paul, MN 55101 (651) 312-6500
sraiter@larsonking.com
jjohnson@larsonking.com

Jonathan W. Cuneo (admitted pro hac vice)
Blaine Finley (admitted pro hac vice)
**Cuneo, Gilbert & LaDuca, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016 (202) 789-3960
jonc@cuneolaw.com
bfinley@cuneolaw.com

**Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**