UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to Commercial and Institutional Indirect Purchaser Plaintiffs' Action | Case No. 18-cv-1776 (JRT/HB) |

**NOTICE OF HEARING ON COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO PACIFIC AGRI-PRODUCTS, INC.**

Please take notice that at a hearing to be held by ZoomGov videoconferencing means on December 17, 2021, at 1:30 p.m., Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") will move the Honorable Hildy Bowbeer, Magistrate Judge for the United States District Court for the District of Minnesota, for an order granting CIIPPs' motion to compel compliance with a subpoena directed to Pacific Agriproducts, Inc.

Dated: December 3, 2021           Respectfully submitted,

/s/ Ian F. McFarland
David M. Cialkowski (0306526)
Ian F. McFarland, (0392900)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
ian.mcfarland@zimmreed.com
**Members of Steering Committee for Commercial and Institutional Indirect Purchaser Plaintiffs**

Shawn M. Raiter (#240424)
Jason T. Johnson (#0399974)
**Larson King, LLP**
2800 Wells Fargo Place 30 East Seventh Street
St. Paul, MN 55101 (651) 312-6500
sraiter@larsonking.com
jjohnson@larsonking.com

Jonathan W. Cuneo (admitted pro hac vice)
Blaine Finley (admitted pro hac vice)
**Cuneo, Gilbert & LaDuca, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016 (202) 789-3960
jonc@cuneolaw.com
bfinley@cuneolaw.com

**Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**