UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to Commercial and Institutional Indirect Purchaser Plaintiffs' Action | Case No. 18-cv-1776 (JRT/HB) |

**LOCAL RULE 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE**

I, Ian F. McFarland, certify that the Memorandum of Law in Support of Commercial and Institutional Indirect Purchaser Plaintiffs' Motion to Compel Compliance With Subpoena Directed to Pacific Agri-Products, Inc complies with Local Rule 7.1(c).

I further certify that, in preparation of this Memorandum, I used Microsoft Word 2110, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Memorandum contains 5,026 words.

Dated: December 3, 2021              Respectfully submitted,

                                     */s/ Ian F. McFarland*
                                     David M. Cialkowski (0306526)
                                     Ian F. McFarland, (0392900)
                                     **ZIMMERMAN REED LLP**
                                     1100 IDS Center
                                     80 South 8th Street
                                     Minneapolis, MN 55402
                                     Telephone: (612) 341-0400
                                     ian.mcfarland@zimmreed.com
                                     **Members of Steering Committee for Commercial and Institutional Indirect Purchaser Plaintiffs**

Shawn M. Raiter (#240424)
Jason T. Johnson (#0399974)
**Larson King, LLP**
2800 Wells Fargo Place 30 East Seventh Street
St. Paul, MN 55101 (651) 312-6500
sraiter@larsonking.com
jjohnson@larsonking.com

Jonathan W. Cuneo (admitted pro hac vice)
Blaine Finley (admitted pro hac vice)
**Cuneo, Gilbert & LaDuca, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016 (202) 789-3960
jonc@cuneolaw.com
bfinley@cuneolaw.com

**Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**