UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to Commercial and Institutional Indirect Purchaser Plaintiffs' Action | Case No. 18-cv-1776 (JRT/HB) |

**DECLARATION OF IAN F. MCFARLAND IN SUPPORT OF COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO PACIFIC AGRI-PRODUCTS, INC.**

I, Ian F. McFarland, declare as follows:

1. I am an attorney on the Steering Committee for Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") in the above captioned litigation. I submit this declaration in support of CIIPPs' Motion to Compel Compliance with Subpoena Directed to Pacific Agri-Products, Inc. ("Pacific"). I am familiar with the facts set forth herein, based on my personal knowledge, involvement in the proceedings, and review of the materials referenced herein.

2. Attached as Exhibit A is a true and correct copy of the CIIPPs' Fourth Amended Complaint filed in In Re Pork Antitrust Litigation, No. 18-cv-1776 (D. Minn.) on June 15, 2021.

3. Attached as Exhibit B is a true and correct copy of the subpoena duces tecum, served on Pacific on May 10, 2021.

4. Attached as Exhibit C is a true and correct copy of Pacific's objections to CIIPPs' subpoena, served on CIIPPs May 21, 2021.

5. Attached as Exhibit D is an email chain between Ian McFarland and Adrian Sawyer (and others), dated June 25-26, 2021.

6. Attached as Exhibit E is an email chain between Ian McFarland and Adrian Sawyer (and others), dated May 28, 2021 to June 17, 2021.

I affirm under penalty of perjury this 3rd day of December, 2021, that the foregoing is true to the best of my knowledge.

  /s/ Ian F. McFarland
Ian F. McFarland