UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to Commercial and Institutional Indirect Purchaser Plaintiffs' Action | Case No. 18-cv-1776 (JRT/HB) |

**COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MEET AND CONFER STATEMENT REGARDING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO PACIFIC AGRI-PRODUCTS, INC.**

Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") have met and conferred telephonically with counsel for Pacific Agri-products, Inc. ("Pac-Agri") regarding CIIPPs' subpoena to Pac-Agri, and the parties were not able to reach agreement that Pac-Agri would produce its sales data together with its purchase data.

Dated: December 3, 2021                 Respectfully submitted,

/s/ Ian F. McFarland
David M. Cialkowski (0306526)
Ian F. McFarland, (0392900)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
ian.mcfarland@zimmreed.com
**Members of Steering Committee for Commercial and Institutional Indirect Purchaser Plaintiffs**

Shawn M. Raiter (#240424)
Jason T. Johnson (#0399974)
**Larson King, LLP**
2800 Wells Fargo Place 30 East Seventh Street
St. Paul, MN 55101 (651) 312-6500
sraiter@larsonking.com
jjohnson@larsonking.com

Jonathan W. Cuneo (admitted pro hac vice)
Blaine Finley (admitted pro hac vice)
**Cuneo, Gilbert & LaDuca, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016 (202) 789-3960
jonc@cuneolaw.com
bfinley@cuneolaw.com

**Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**