UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to Commercial and Institutional Indirect Purchaser Plaintiffs' Action | Case No. 18-cv-1776 (JRT/HB) |

**[PROPOSED] ORDER GRANTING COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO PACIFIC AGRI-PRODUCTS, INC.**

Having come for hearing before the undersigned Magistrate Judge of the United States District Court for the District of Minnesota, and based upon all the filings, records, proceedings, and arguments of counsel, IT IS HEREBY ORDERED that Commercial and Institutional Indirect Purchaser Plaintiffs' Motion to Compel Compliance with Subpoena Directed to Pacific Agri-Products, Inc. is GRANTED in its entirety. Pacific Agri-Products, Inc. shall produce all transactional data responsive to Requests Nos. 2 and 4 within ten (10) business days of the issuance of its Order.

IT IS SO ORDERED.

Dated: _____

_____
United States District Court Magistrate Judge