UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to Commercial and Institutional Indirect Purchaser Plaintiffs' Action | Case No. 18-cv-1776 (JRT/HB) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, I caused the following documents to be filed electronically with the Clerk of Court through ECF:

1. Commercial and Institutional Indirect Purchaser Plaintiffs' Motion to Compel Compliance with Subpoena Directed to Pacific Agri-Products, Inc.;

2. Notice of Hearing on Commercial and Institutional Indirect Purchaser Plaintiffs' Motion to Compel Compliance with Subpoena Directed to Pacific Agri-Products, Inc.;

3. Commercial and Institutional Indirect Purchaser Plaintiffs' Memorandum of Law in Support Of Motion to Compel Compliance with Subpoena Directed to Pacific Agri-Products, Inc.;

4. Local Rule 7.1(c) Word Count Compliance Certificate;

5. Declaration of Ian F. McFarland in Support of Commercial and Institutional Indirect Purchaser Plaintiffs' Motion to Compel Compliance with Subpoena Directed to Pacific Agri-Products, Inc.; Exhibits A through E;

6. Commercial and Institutional Indirect Purchaser Plaintiffs' Meet and Confer Statement Regarding Motion to Compel Compliance with Subpoena Directed to Pacific Agri-Products, Inc.; and

7. [Proposed] Order Granting Commercial and Institutional Indirect Purchaser Plaintiffs' Motion to Compel Compliance With Subpoena Directed to Pacific Agri-Products, Inc.

I further certify that I served the above documents via email upon the following:

Adrian Sawyer
Sawyer & Labar LLP
1700 Montgomery St., Suite 108
San Francisco, CA 94111
sawyer@sawyerlabar.com

/s/ Ian F. McFarland
Ian F. McFarland, (0392900)
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
ian.mcfarland@zimmreed.com