# EXHIBIT B

**From:** Singer, Mark <Mark.Singer@cwt.com>
**Sent:** Friday, November 19, 2021 10:32 AM
**To:** Smith, Chris <Chris.Smith@huschblackwell.com>; heatherchristenson@quinnemanuel.com
**Cc:** Moore, Elizabeth <Elizabeth.Moore@cwt.com>
**Subject:** Pork -- CWT Client Coordination

[EXTERNAL EMAIL]

Hi Chris and Heather,

Hope you're doing well.  As you know, we represent Jetro Holdings, LLC and BJ's Wholesale Club, Inc. in the Pork antitrust matter.  We are also co-counsel for Kraft Heinz Foods Company, and our co-counsel Patrick Ahern has been taking the lead on that discovery.  As you've been our primary defense-side contacts thus far with respect to Jetro and BJ's, we wanted to let you know that we recently filed on behalf of Sherwood Food Distributors, L.L.C. and related entities Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., and Hamilton Meat, LLC (copies of these complaints are attached).  We anticipate that the Sherwood action will be consolidated in the MDL shortly.  We also anticipate filing in Pork on behalf of a number of additional clients in the coming weeks and months, including several that we also represent in the Broiler Chicken antitrust matter.  While defendants are of course free to divide responsibilities for plaintiff-side discovery however they'd like, we wanted to raise the suggestion that defendants assign one firm to handle discovery for the CWT group.  To the extent possible, we intend to take consistent positions across our group of clients, so we thought that may be a more efficient way to proceed that is beneficial to both sides.  But of course, we'll proceed however you choose.

Additionally, to resolve any potential ambiguity regarding electronic service and defendants' time to answer while the proposed scheduling order remains pending, we'd be interested in filing a stipulation for Jetro, BJ's, and Sherwood/Harvest as some other DAPs have done in Pork (see attached sample regarding Subway) as well as in Broiler Chicken.  If you have a Word doc version of that, just let us know if you'd like us to fill in any of the plaintiff-specific information.

Finally, I know we you owe a couple responses on various discovery matters for Jetro and BJ's.  We will be in touch regarding that soon.

Thanks,
Mark

**Mark Singer**
*Associate*
Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel: +1 (917) 213-4193 | Fax: +1 (212) 504-6666
Mark.Singer@cwt.com | www.cadwalader.com

NOTE: The information in this email is confidential and may be legally privileged.  If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy.  Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.