SHIYANG HUANG
5300 SW ENGLER CT
TOPEKA, KS 66614

CAROL STREAM IL 601
CAR RT LOT**C-024 FRG 1

U.S. District Court, District of Minnesota
ATTN: Case No. 18-cv-1776
300 South Fourth Street - Suite 202
Minneapolis, MN 55415

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

RECEIVED BY MAIL
DEC 09 2021

SCANNED
DEC 09 2021
U.S. DISTRICT COURT MPLS

FOREVER / USA

55415-226352