**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION**<br><br>**This Document Relates to Commercial and Institutional Indirect Purchaser Plaintiffs' Action** | Case No. 18-cv-1776 (JRT/HB) |

**LOCAL RULE 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE**

I, Adrian Sawyer, certify that the Memorandum of Law in Opposition to Commercial and Institutional Indirect Purchaser Plaintiffs' Motion to Compel Compliance With Subpoena Directed to Pacific Agri-Products, Inc complies with Local Rule 7.1(f).

I further certify that, in preparation of this Memorandum, I used Microsoft Word for Microsoft Office 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Memorandum contains 3,226 words.

Dated: December 10, 2021        Respectfully Submitted,

By:  */s/ Adrian Sawyer*
     Adrian Sawyer (CA SBN 203712)
     SAWYER & LABAR LLP
     1700 Montgomery Street, Suite 108
     San Francisco, California 94111
     Telephone: 415.262.3820
     sawyer@sawyerlabar.com

     *Attorneys for Pacific Agri-Products, Inc.*