UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION                 Court File No. 18-cv-1776 (JRT/HB)

**NOTICE OF APPEARANCE**

The undersigned attorneys hereby notify the Court and counsel that Heather Christenson, Andrew T. Sutton and Kari Wohlschlegel of Quinn Emanuel Urquhart & Sullivan LLP shall appear as counsel of record for Defendant JBS USA Food Company in the above-referenced matter. This appearance is without waiver of any defenses. Please direct all pleadings and correspondence to the undersigned.

Dated: December 14, 2021

| SPENCER FANE LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: */s/ Jessica J. Nelson* | Stephen R. Neuwirth |
| Donald G. Heeman, #286023 | Michael B. Carlinsky |
| Jessica J. Nelson, #347358 | Sami H. Rashid |
| Randi J. Winter, #0391354 | Heather Christenson |
| 150 South Fifth Street, Suite 1900 | Andrew T. Sutton |
| Minneapolis, MN 55402 | Kari Wohlschlegel |
| Telephone: (612) 268-7000 | 51 Madison Avenue, 22nd Floor |
| Facsimile: (612) 268-7001 | New York, NY 10010 |
| dheeman@spencerfane.com | Telephone: (212) 849-7000 |
| jnelson@spencerfane.com | Facsimile: (212) 849-7100 |
| rwinter@spencerfane.com | stephenneuwirth@quinnemanuel.com |
| | michaelcarlinsky@quinnemanuel.com |
| | samirashid@quinnemanuel.com |
| | heatherchristenson@quinnemanuel.com |
| | andrewsutton@quinnemanuel.com |
| | kariwohlschlegel@quinnemanuel.com |

*Attorneys for Defendant JBS USA Food Company*