IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

This document relates to:

*Howard B. Samuels, solely as Chapter 7 Trustee of the estate of Central Grocers, Inc. v. Agri Stats, Inc., et al. 0:21-cv-02526*

Case No. 0:18-cv-01776 (JRT/HB)

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

To the Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that David C. Eddy of the law firm of Nexsen Pruet, LLC, hereby enters his appearance as counsel on behalf of Plaintiff Howard B. Samuels, acting solely in his capacity as Chapter 7 trustee for the bankruptcy of the estate of Central Grocers, Inc., in substitution for Robert M. Andalman in the above captioned matter.  Mr. Andalman's appearance should be removed.  Mr. Eddy is admitted or otherwise authorized to practice in this Court.

This the 15th day of December, 2021.


*/s/ Robert M. Andalman*
Robert M. Andalman
A & G Law LLC
542 S. Dearborn Street, 10th Floor
Chicago, IL 60605
(312) 348-7629
randalman@aandglaw.com

*/s/ David C. Eddy*
David C. Eddy
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC  29201
T: (803) 771-8900
deddy@nexsenpruet.com

*Counsel for Howard B. Samuels, acting solely in his capacity as Chapter 7 trustee for the bankruptcy of the estate of Central Grocers, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 15th day of December, 2021, I caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system on all counsel of record.


<u>/s/ *David C. Eddy*    </u>
David C. Eddy