## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation**<br><br>This Document Relates To All Actions | Case No. 18-cv-01776-JRT-HB |

**PLEASE TAKE NOTICE** that John Yi, of the law firm Faegre Drinker Biddle & Reath LLP, hereby enters his appearance as attorney for Defendants Hormel Foods Corporation and Hormel Foods, LLC in the above-captioned matter.

Date:  December 15, 2021

**FAEGRE DRINKER BIDDLE & REATH LLP**

*s/ John Yi*
John Yi
One Logan Square
Suite 2000
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
John.yi@faegredrinker.com

*Attorney for Defendants Hormel Foods Corporation and Hormel Foods, LLC*

US.118736451.01

US.135781918.01