UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation**<br><br>This Document Relates To All Actions | Case No. 18-cv-01776-JRT-HB |

**PLEASE TAKE NOTICE** that Jonathan Todt, of the law firm Faegre Drinker Biddle & Reath LLP, hereby enters his appearance as attorney for Defendants Hormel Foods Corporation and Hormel Foods, LLC in the above-captioned matter.

Date:  December 15, 2021

**FAEGRE DRINKER BIDDLE & REATH LLP**

*s/ Jonathan Todt*
Jonathan Todt
1500 K Street
Suite 1100
Washington, DC 20005
Telephone: (202) 230-5000
Facsimile: (202) 842-8465
jonathan.todt@faegredrinker.com

*Attorney for Defendants Hormel Foods Corporation and Hormel Foods, LLC*

US.118736451.01

US.135781796.01