## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | No. 0:18-CV-01776-JRT-HB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Bennett Rawicki of the law firm of Gibson, Dunn & Crutcher LLP hereby enters his appearance in the above-captioned matter on behalf of Defendant Smithfield Foods, Inc.

Dated: December 15, 2021

*/s/ Bennett Rawicki*
Bennett Rawicki
GIBSON, DUNN & CRUTCHER, LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
(214) 698-3100
brawicki@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*