# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| | ) | **COURT MINUTES** |
| In re: Pork Antitrust Litigation | ) | BEFORE: John R. Tunheim |
| Wanda Duryea, et al., | ) | Chief U.S. District Judge |
| | ) | |
| | ) | Case No:        18-1776 (JRT/HB) |
| Plaintiffs, | ) | Date:              December 10, 2021 |
| v. | ) | Deputy:          Heather Arent |
| | ) | Court Reporter: Kristine Mousseau |
| Agri Stats, Inc., et al., | ) | Courthouse:      Minneapolis |
| | ) | Courtroom:      Video conference |
| Defendants. | ) | Time Commenced:      2:06 p.m. |
| | | Time Concluded:        2:35 p.m. |
| | | Time in Court:            29 Minutes |

Hearing on:

Motion for Approval of Final Settlement between Consumer Indirect Purchaser Plaintiffs and the JBS Defendants [Docket No. 990]
Motion for Attorney Fees Consumer Indirect Purchaser Plaintiffs [Docket No. 949]

## APPEARANCES:

Plaintiffs:     Joseph Bruckner, Arielle Wagner, Steven Hart, Michael Pearson, Brittany Resch, Daniel Hedlund, Joshua Rissman, Michelle Looby, Breanna Van Engelen, Rio Pierce, Shana Scarlett, Blaine Finley, Marcus Bozeman
Defendants:   Sami Rashid, David Adler, Donald Heeman, Brian Robison
Objector:      Shiyang Huang

## PROCEEDINGS:

Motions taken under advisement.

**\*\*IT IS ORDERED:**

☒ Written order forthcoming.

  s/Heather Arent
Courtroom Deputy