UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-HB |
| IN RE: PORK ANTITRUST LITIGATION | Case No. 0:21-md-02998-JRT-HB |
| This document relates to: Cheney Brothers, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-01373-JRT-HB |

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
OF CLAIMS BY CHENEY BROTHERS, INC.
<u>AGAINST DEFENDANT JBS USA FOOD COMPANY</u>**

Pursuant to the Stipulation of Dismissal with Prejudice of Claims by Cheney Brothers, Inc. Against Defendant JBS USA Food Company filed by Plaintiff Cheney Brothers, Inc. ("Plaintiff") and Defendant JBS USA Food Company ("JBS USA"). [ECF No. 1056], the Stipulation is approved and **IT IS HEREBY ORDERED THAT**:

1. This Order relates only to Plaintiff's claims in *In re: Pork Antitrust Litigation,* Case No. 0:18-cv-01776-JRT-HB; *In re: Pork Antitrust Litigation,* 0:21-md-02998-JRT-HB (MDL No. 2998); and *Cheney Brothers, Inc. v. Agri Stats, Inc. et al.,* Case No. 21-cv-01373-JRT-HB (collectively referred to as "Actions").

1

2. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against JBS USA in the Actions are hereby **DISMISSED WITH PREJUDICE**, with each side bearing its own attorneys' fees and costs.

3. This Order has no bearing on the Plaintiff's claims against Defendants other than JBS USA.

SO ORDERED:

Dated: _____

_____
The Honorable John R. Tunheim
United States Chief District Judge