UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-HB |
| IN RE: PORK ANTITRUST LITIGATION | Case No. 0:21-md-02998-JRT-HB |
| This document relates to:<br><br>Buffalo Wild Wings, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02508-JRT-HB |

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF CLAIMS BY BUFFALO WILD WINGS, INC.
<u>AGAINST DEFENDANT JBS USA FOOD COMPANY</u>**

The parties in the above styled action, through counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

This Stipulation is between Plaintiff Buffalo Wild Wings, Inc. ("Plaintiff") and Defendant JBS USA Food Company ("JBS USA").

1. This Stipulation relates only to Plaintiff's claims in *In re: Pork Antitrust Litigation,* Case No. 0:18-cv-01776-JRT-HB; *In re: Pork Antitrust Litigation,* 0:21-md-02998-JRT-HB (MDL No. 2998); and *Buffalo Wild Wings, Inc. v. Agri Stats, Inc. et al.,* Case No. 21-cv-02508-JRT-HB (collectively referred to as "Actions").

2. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and JBS USA stipulate and agree to the dismissal, with prejudice, of Plaintiff's claims asserted against JBS USA in the Actions with each side bearing its own

1

attorneys' fees and costs. The Stipulation of Dismissal, with prejudice, has no bearing on the Plaintiff's claims against Defendants other than JBS USA.

Dated:  December 16, 2021            Respectfully submitted,

| | |
|---|---|
| /s/ David B. Esau | /s/ Stephen R. Neuwirth |
| **CARLTON FIELDS, P.A.** | Donald G. Heeman (#0286023) |
| David B. Esau | Jessica J. Nelson (#0347358) |
| Kristin A. Gore | Randi J. Winter (#0391354) |
| Garth T. Yearick | SPENCER FANE LLP |
| 525 Okeechobee Boulevard, Suite 1200 | 100 South Fifth Street, Suite 2500 |
| West Palm Beach, Florida 33401 | Minneapolis, MN 55402 |
| Tel: (561) 659-7070 | Telephone: (612) 268-7000 |
| Fax: (561) 659-7368 | dheeman@spencerfane.com |
| desau@carltonfields.com | jnelson@spencerfane.com |
| kgore@carltonfields.com | rwinter@spencerfane.com |
| gyearick@carltonfields.com | |
| | Stephen R. Neuwirth (*pro hac vice*) |
| Roger S. Kobert | Michael B. Carlinsky (*pro hac vice*) |
| Email: rkobert@carltonfields.com | Sami H. Rashid (*pro hac vice*) |
| 405 Lexington Avenue, 36th Floor | Richard T. Vagas (*pro hac vice*) |
| New York, New York 10174-3699 | David B. Adler (*pro hac vice*) |
| Tel: (212) 785-2577 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Fax: (212) 785-5203 | 51 Madison Avenue, 22nd Floor New York, NY 10010 |
| Aaron A. Holman | Telephone: (212) 849-7000 |
| Email:  aholman@carltonfields.com | stephenneuwirth@quinnemanuel.com |
| 200 S. Orange Avenue, Suite 1000 | michaelcarlinsky@quinnemanuel.com |
| Orlando, Florida 32801 | samirashid@quinnemanuel.com |
| Tel: (407) 849-0300 | richardvagas@quinnemanuel.com |
| Fax: (407) 648-9099 | davidadler@quinnemanuel.com |
| **Counsel for Plaintiff** | **Counsel for Defendant JBS USA Food Company** |

2

128033422.1