UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-HB |
| IN RE: PORK ANTITRUST LITIGATION | Case No. 0:21-md-02998-JRT-HB |
| This document relates to:<br><br>Jimmy John's Buying Group SPV, LLC v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02509-JRT-HB |

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF CLAIMS BY JIMMY JOHN'S BUYING GROUP SPV, LLC
<u>AGAINST DEFENDANT JBS USA FOOD COMPANY</u>**

The parties in the above styled action, through counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

This Stipulation is between Plaintiff Jimmy John's Buying Group SPV, LLC ("Plaintiff") and Defendant JBS USA Food Company ("JBS USA").

1. This Stipulation relates only to Plaintiff's claims in *In re: Pork Antitrust Litigation,* Case No. 0:18-cv-01776-JRT-HB; *In re: Pork Antitrust Litigation,* 0:21-md-02998-JRT-HB (MDL No. 2998); and *Jimmy John's Buying Group SPV, LLC v. Agri Stats, Inc. et al.,* Case No. 21-cv-02509-JRT-HB (collectively referred to as "Actions").

2. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and JBS USA stipulate and agree to the dismissal, with prejudice, of Plaintiff's claims asserted against JBS USA in the Actions with each side bearing its own

1

attorneys' fees and costs. The Stipulation of Dismissal, with prejudice, has no bearing on the Plaintiff's claims against Defendants other than JBS USA.

Dated:  December 16, 2021                              Respectfully submitted,

| /s/ David B. Esau | /s/ Stephen R. Neuwirth |
|---|---|
| **CARLTON FIELDS, P.A.** <br> David B. Esau <br> Kristin A. Gore <br> Garth T. Yearick <br> 525 Okeechobee Boulevard, Suite 1200 <br> West Palm Beach, Florida 33401 <br> Tel: (561) 659-7070 <br> Fax: (561) 659-7368 <br> desau@carltonfields.com <br> kgore@carltonfields.com <br> gyearick@carltonfields.com <br><br> Roger S. Kobert <br> Email: rkobert@carltonfields.com <br> 405 Lexington Avenue, 36th Floor <br> New York, New York 10174-3699 <br> Tel: (212) 785-2577 <br> Fax: (212) 785-5203 <br><br> Aaron A. Holman <br> Email:  aholman@carltonfields.com <br> 200 S. Orange Avenue, Suite 1000 <br> Orlando, Florida 32801 <br> Tel: (407) 849-0300 <br> Fax: (407) 648-9099 <br><br> **Counsel for Plaintiff** | Donald G. Heeman (#0286023) <br> Jessica J. Nelson (#0347358) <br> Randi J. Winter (#0391354) <br> SPENCER FANE LLP <br> 100 South Fifth Street, Suite 2500 <br> Minneapolis, MN 55402 <br> Telephone: (612) 268-7000 <br> dheeman@spencerfane.com <br> jnelson@spencerfane.com <br> rwinter@spencerfane.com <br><br> Stephen R. Neuwirth (*pro hac vice*) <br> Michael B. Carlinsky (*pro hac vice*) <br> Sami H. Rashid (*pro hac vice*) <br> Richard T. Vagas (*pro hac vice*) <br> David B. Adler (*pro hac vice*) <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 51 Madison Avenue, 22nd Floor New York, NY 10010 <br> Telephone: (212) 849-7000 <br> stephenneuwirth@quinnemanuel.com <br> michaelcarlinsky@quinnemanuel.com <br> samirashid@quinnemanuel.com <br> richardvagas@quinnemanuel.com <br> davidadler@quinnemanuel.com <br><br> **Counsel for Defendant JBS USA Food Company** |

128033466.1