UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-HB |
| IN RE: PORK ANTITRUST LITIGATION | Case No. 0:21-md-02998-JRT-HB |
| This document relates to:<br><br>CKE Restaurants Holdings, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02511-JRT-HB |

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF CLAIMS BY CKE RESTAURANTS HOLDINGS, INC.
<u>AGAINST DEFENDANT JBS USA FOOD COMPANY</u>**

The parties in the above styled action, through counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

This Stipulation is between Plaintiff CKE Restaurants Holdings, Inc. ("Plaintiff") and Defendant JBS USA Food Company ("JBS USA").

1.  This Stipulation relates only to Plaintiff's claims in *In re: Pork Antitrust Litigation,* Case No. 0:18-cv-01776-JRT-HB; *In re: Pork Antitrust Litigation,* 0:21-md-02998-JRT-HB (MDL No. 2998); and *CKE Restaurants Holdings, Inc. v. Agri Stats, Inc. et al.,* Case No. 21-cv-02511-JRT-HB (collectively referred to as "Actions").

2.  In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and JBS USA stipulate and agree to the dismissal, with prejudice, of Plaintiff's claims asserted against JBS USA in the Actions with each side bearing its own

1

attorneys' fees and costs. The Stipulation of Dismissal, with prejudice, has no bearing on the Plaintiff's claims against Defendants other than JBS USA.

Dated:  December 16, 2021

Respectfully submitted,

 /s/ David B. Esau

**CARLTON FIELDS, P.A.**
David B. Esau
Kristin A. Gore
Garth T. Yearick
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070
Fax: (561) 659-7368
desau@carltonfields.com
kgore@carltonfields.com
gyearick@carltonfields.com

Roger S. Kobert
Email: rkobert@carltonfields.com
405 Lexington Avenue, 36th Floor
New York, New York 10174-3699
Tel: (212) 785-2577
Fax: (212) 785-5203

Aaron A. Holman
Email:  aholman@carltonfields.com
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Tel: (407) 849-0300
Fax: (407) 648-9099

**Counsel for Plaintiff**

 /s/ Stephen R. Neuwirth

Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Telephone: (612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor New York, NY 10010
Telephone: (212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

**Counsel for Defendant JBS USA Food Company**