UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL MOTION HEARING

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | **COURT MINUTES**<br>BEFORE: Hildy Bowbeer<br>U.S. Magistrate Judge |
| This Document Relates to:<br>All Actions | |

| | |
|---|---|
| Case No.: | 18-cv-1776 (JRT/HB) |
| Date: | December 17, 2021 |
| Location: | n/a (by videoconference) |
| Court Reporter: | Lynne Krenz |
| Time: | 1:41 pm – 2:15 pm |
| | 2:25 pm – 2:33 pm |
| Total Time: | 42 minutes |

**APPEARANCES:**

For Direct Purchaser Plaintiffs: Brian D. Clark, Joseph C. Bourne, and Clifford H. Pearson
For Commercial and Institutional Indirect Purchaser Plaintiffs: Ian F. McFarland and Alec Blaine Finley
For Consumer Indirect Purchaser Plaintiffs: Michelle J. Looby and Shana Scarlett

For Defendant Hormel: Craig S. Coleman
For Defendant Seaboard Foods: Jaclyn Nicci Warr
For Defendant Smithfield Foods, Inc.: Brian Edward Robison
For Defendant Triumph Foods: Tessa K. Jacob
For Defendant Tyson Foods, Inc.: Jarod Taylor
For Defendant JBS USA Food Co.: Donald G. Heeman and Richard Thomas Vagas

For Non-party Pacific Agri-Products, Inc.: Adrian Sawyer

**PROCEEDINGS:**

The Court held a hearing on Commercial and Institutional Indirect Purchaser Plaintiffs' Motion to Compel Compliance with Subpoena Directed to Pacific Agri-Products, Inc. [ECF No. 1024.]

Ruling from the bench and for the reasons fully stated on the record, the Court GRANTED the motion as follows: Pacific Agri-Products ("PacAgri") shall produce structured data sought by Requests 2 and 4 for the time period identified in the subpoena but limited to data concerning purchases from Defendants and sales of products incorporating products purchased from Defendants. PacAgri may designate that data as highly confidential.

In addition, counsel for CIIPPs must meet and confer with counsel for PacAgri and then with counsel for the other parties in these actions to attempt to reach agreement on revisions to the current Protective Order [ECF. No. 212] to protect confidential and highly confidential information produced by non-parties. **No later than January 7, 2022**, CIIPPs shall file a

stipulation and proposed amended protective order.  To the extent the parties and PacAgri cannot agree on the language, the stipulation and proposed order should present the respective positions of each and a brief explanation of the reasons for those positions.

Unless otherwise agreed by PacAgri and the CIIPPs or ordered by the Court, PacAgri must produce the data ordered to be produced no later than two weeks after entry of an amended protective order.

*s/MJA*
Judicial Law Clerk
