UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

INFORMAL DISPUTE RESOLUTION CONFERENCE

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | **COURT MINUTES**<br>BEFORE: Hildy Bowbeer<br>U.S. Magistrate Judge |
| This Document Relates to:<br>Direct Action Plaintiffs | |

| | |
|---|---|
| Case No.: | 18-cv-1776 (JRT/HB) |
| Date: | December 17, 2021 |
| Location: | n/a (by videoconference) |
| Court Reporter: | Lynne Krenz |
| Time: | 2:49 pm – 3:28 pm |
| | 3:51 pm – 4:00 pm |
| Total Time: | 48 minutes |

**APPEARANCES:**

For MDL Direct Action Plaintiffs: Michael S. Mitchell and David Eddy
For Direct Purchaser Plaintiffs: Brian D. Clark
For Commercial and Institutional Indirect Purchaser Plaintiffs: Alec Blaine Finley
For Consumer Indirect Purchaser Plaintiffs: Michelle J. Looby and Shana Scarlett

For Defendant Tyson Foods: Jarod Taylor
For Defendant Seaboard Foods: Jaclyn Nicci Warr
For Defendant Smithfield Foods, Inc.: Brian Edward Robison
For Defendant Triumph Foods: Tessa K. Jacob
For Defendant JBS USA Food Co.: Donald G. Heeman and Richard Thomas Vagas
For Defendant Hormel: Craig S. Coleman
For Clemens Foods Group, LLC: Vanessa Barsanti

**PROCEEDINGS:**

Michael Mitchell spoke on behalf of all MDL DAPs.  Jarod Taylor spoke on behalf of all Defendants.

The Court and counsel discussed the parties' disputes concerning search terms, which the parties had agreed to submit through the Court's IDR process.  (*See* MDL DAPs' Ltr., Dec. 1, 2021 [ECF No. 1022]; Defs.' Ltr., Dec. 7, 2021 [ECF No. 1035].)  The Court denied the MDL Direct Action Plaintiffs' request for an order compelling Defendants to run the list of search terms proposed by the MDL DAPs, and provided guidance for future discussions.

*s/MJA*
Judicial Law Clerk
