

December 23, 2021

**FILED VIA ECF**

The Honorable Hildy Bowbeer
Magistrate Judge, District of Minnesota
United States District Court
316 N. Robert Street
St. Paul, MN 55101

      RE:   *In re Pork Antitrust Litigation*, 0:18-cv-01776-JRT-HB
             <u>Oral Argument Request by MDL Direct Action Plaintiffs</u>

Dear Judge Bowbeer:

    I write on behalf of the MDL Direct Action Plaintiffs ("MDL DAPs") in the above-captioned action. Pursuant to the Court's December 20, 2021 Order (ECF No. 1072), the MDL DAPs believe resolution of the following issues identified in the parties' Joint Report submitted to the Court on December 10, 2021 (ECF No. 1046), should await further discussion at the upcoming January 31, 2022, case management conference:

1. Amended pleading deadline (ECF No. 1046 at 3-5 (Section II));

2. Defendants' request for a Consolidated Amended MDL DAP Complaint (*id.* at 5-12 (Section III));

3. Number of depositions of MDL DAPs (*id.* at 12-16 (Section IV); and

4. Limits on the number of Interrogatories and Requests for Admission available to the MDL DAPs (*id.* at 16-19 (Section V)).

    Resolution of these issues can and should wait until the upcoming case management conference because the MDL DAPs believe a brief hearing may help the Court resolve them, and because delaying resolution until the conference will not affect any of the ongoing discovery efforts or schedule in the case.



|  |  |
|---|---|
|  | Respectfully submitted, |
| */s/ Robert N. Kaplan* | */s/ Michael S. Mitchell* |
| Robert N. Kaplan | Michael S. Mitchell |
| Matthew P. McCahill | Scott E. Gant |
| Jason A. Uris | Sarah L. Jones |
| **KAPLAN FOX & KILSHEIMER, LLP** | **BOIES SCHILLER FLEXNER LLP** |
| 850 Third Avenue, 14th Floor | 1401 New York Ave., NW |
| New York, New York 10022 | Washington, DC 20005 |
| Telephone: (212) 687-1980 | Tel: 202-237-2727 |
| Email: rkaplan@kaplanfox.com | Fax: 202-237-6131 |
| Email: mmccahill@kaplanfox.com | sgant@bsfllp.com |
| Email: juris@kaplanfox.com | mmitchell@bsfllp.com |
|  | sjones@bsfllp.com |
| */s/ Eric R. Lifvendahl* | Colleen Harrison |
| Eric R. Lifvendahl | **BOIES SCHILLER FLEXNER LLP** |
| Ryan F. Manion | 333 Main Street |
| **L&G LAW GROUP, LLP** | Armonk, NY 10504 |
| 175 W. Jackson Blvd., Suite 950 | Tel: 914-749-8204 |
| Chicago, Illinois 60604 | Fax: 914-749-8300 |
| Telephone: (312) 364-2500 | charrison@bsfllp.com |
| Email: elifvendahl@lgcounsel.com |  |
| Email: rmanion@lgcounsel.com | *Counsel for Plaintiffs Sysco Corporation and Amory Investments LLC* |
| */s/ Richard L. Coffman* | */s/ David C. Eddy* |
| Richard L. Coffman | David C. Eddy |
| **THE COFFMAN LAW FIRM** | Dennis J. Lynch |
| 3355 W. Alabama St., Suite 240 | Travis C. Wheeler |
| Houston, Texas 77098 | Chase C. Keibler |
| Telephone: (713) 528-6700 | **NEXSEN PRUET, LLC** |
| Email: rcoffman@coffmanlawfirm.com | 1230 Main Street, Suite 700 |
|  | Columbia, South Carolina 29201 |
| */s/ Bernard D. Marcus* | Telephone: (803) 771-8900 |
| Bernard D. Marcus | Facsimile: (803) 253-8277 |
| Moira Cain-Mannix | Email: deddy@nexsenpruet.com |
| Brian C. Hill | Email: dlynch@nexsenpruet.com |
| Rachel A. Beckman | Email: twheeler@nexsenpruet.com |
| **MARCUS & SHAPIRA LLP** | Email: ckeibler@nexsenpruet.com |
| One Oxford Center, 35th Floor |  |
| Pittsburgh, Pennsylvania 15219 |  |



Telephone: (412) 471-3490
Email: marcus@marcus-shapira.com
Email: cain-mannix@marcus-shapira.com
Email: hill@marcus-shapira.com
Email: beckman@marcus-shapira.com

*Counsel for MDL DAPs Action Meat Distributors, Inc., Topco Associates, LLC, Alex Lee, Inc./Merchants Distributors, LLC, Associated Food Stores, Inc., Brookshire Grocery Company, Colorado Boxed Beef Co., Certco, Inc., The Golub Corporation, Nicholas & Co., PFD Enterprises, Inc., SpartanNash Company, Springfield Grocer Company, The Distribution Group d/b/a Van Eerden Foodservice Co., Troyer Foods, Inc., URM Stores, Inc., and Giant Eagle, Inc.*

*/s/ David B. Esau*
**CARLTON FIELDS, P.A.**
David B. Esau
Email: desau@carltonfields.com
Kristin A. Gore
Email: kgore@carltonfields.com
Garth T. Yearick
Email: gyearick@carltonfields.com
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070
Fax: (561) 659-7368

Roger S. Kobert
Email: rkobert@carltonfields.com
405 Lexington Avenue, 36th Floor
New York, New York 10174-3699
Tel: (212) 785-2577
Fax: (212) 785-5203

Aaron A. Holman
Email: aholman@carltonfields.com
200 S. Orange Avenue, Suite 1000

*Counsel for Plaintiffs Conagra Brands, Inc., Nestlé USA, Inc., and Nestlé Purina PetCare Co.; and Howard B. Samuels, acting solely in his capacity as Chapter 7 trustee for the bankruptcy of the estate of Central Grocers, Inc.*

*/s/ Philip J. Iovieno*
Philip J. Iovieno
Nicholas A. Gravante, Jr.
Karen C. Dyer
Lawrence S. Brandman
Jack G. Stern
Gillian Groarke Burns
Mark A. Singer
Elizabeth R. Moore
**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
E-mail: philip.iovieno@cwt.com
E-mail: nicholas.gravante@cwt.com
E-mail: karen.dyer@cwt.com
E-mail: lawrence.brandman@cwt.com
E-mail: jack.stern@cwt.com
E-mail: gillian.burns@cwt.com
E-mail: mark.singer@cwt.com
E-mail: elizabeth.moore@cwt.com

*Counsel for Plaintiffs Jetro Holdings, LLC, BJ's Wholesale Club, Inc., and Sherwood Food Distributors, L.L.C., Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., and Hamilton Meat, LLC and Co-Counsel for Plaintiffs Kraft Heinz Foods Company; Winn-Dixie Stores, Inc.; and Bi-Lo Holdings, LLC*

3

CASE 0:18-cv-01776-JRT-JFD   Doc. 1084   Filed 12/23/21   Page 4 of 4



Orlando, Florida 32801
Tel: (407) 849-0300
Fax: (407) 648-9099

*Counsel for Cheney Brothers, Inc.; Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust; Buffalo Wild Wings, Inc.; Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc; and Restaurant Services, Inc.*

4