# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE PORK ANTITRIST LITIGATION  **NOTICE OF APPEARANCE**

Case No:   18-cv-1776-JRT-HB
21-md-02998 (JRT/HB)

This Document Relates To:

*UniPro Foodservice, Inc. v. Agri Stats, Inc., et al.*,
Civil Action No. 21-cv-2757-JRT-HB

The undersigned attorney hereby notifies the Court and counsel that Ryan F. Manion, shall appear as counsel of record for Plaintiff UniPro Foodservice, Inc. in this case.

Dated: 12/30/2021            /s/ Ryan F. Manion
                             Ryan F. Manion
                             L&G LAW GROUP, LLP
                             175 W. Jackson Blvd., Suite 950
                             Chicago, Illinois 60604
                             Tel: (312) 364-2500
                             Email: RManion@lgcounsel.com