UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT/HB) |
| IN RE: PORK ANTITRUST LITIGATION | Case No. 21-md-2998 (JRT/HB) |
| This document relates to: | Case No. 21-cv-2511 (JRT/HB) |
| CKE Restaurants Holdings, Inc. v. Agri Stats, Inc. et al. | **ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of Dismissal with Prejudice of Claims by CKE Restaurants Holdings, Inc. Against Defendant JBS USA Food Company filed by Plaintiff CKE Restaurants Holdings, Inc. ("Plaintiff") and Defendant JBS USA Food Company ("JBS USA"). [ECF No. 1066], the Stipulation is approved and **IT IS HEREBY ORDERED THAT**:

1. This Order relates only to Plaintiff's claims in *In re: Pork Antitrust Litigation,* Case No. 0:18-cv-01776-JRT-HB; *In re: Pork Antitrust Litigation,* 0:21-md-02998-JRT-HB (MDL No. 2998); and *CKE Restaurants Holdings, Inc. v. Agri Stats, Inc. et al.,* Case No. 21-cv-02511-JRT-HB (collectively referred to as "Actions").

1

2.  In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against JBS USA in the Actions are hereby **DISMISSED WITH PREJUDICE**, with each side bearing its own attorneys' fees and costs.

3.  This Order has no bearing on the Plaintiff's claims against Defendants other than JBS USA.

DATED: January 3, 2022　　　　　　　　　　　_____
at Minneapolis, Minnesota.　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court