UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | |

**STIPULATION OF CONSENT FOR LEAVE TO FILE
CONSUMER INDIRECT PURCHASER PLAINTIFFS'
FOURTH CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Consumer Indirect Purchaser Plaintiffs ("CIPPs") and undersigned Defendants[1] (the "Parties") hereby stipulate and agree, subject to the approval and order of this Court as follows:

1. CIIPs may file their Fourth Consolidated Amended Class Action Complaint ("4AC") – attached as follows:

    a. Exhibit A: SEALED Proposed Redline Complaint;

    b. Exhibit B: SEALED Proposed Clean Complaint;

    c. Exhibit C: REDACTED Proposed Redlined Complaint;

    d. Exhibit D: REDACTED Proposed Clean Complaint

2. The 4AC substitutes three new named plaintiffs— Eric Schaub (Florida), Kate Smith (Nebraska), and Sarah Isola (Nevada) —for individuals who are no longer willing to serve as class representatives. The 4AC also drops named plaintiff Anbessa Tufa (Minnesota).

3. The Parties stipulate that all previous discovery requests served on CIPPs would be deemed served on the three new class representatives and that the three new named plaintiffs will substantially complete their document productions in response to defendants' requests within 30 days of the date of this filing.

4. The Parties further stipulate that Defendants are not required to answer the 4AC, and that all admissions and denials as to factual allegations and all affirmative defenses in Defendants' prior answers to the Second Amended Complaint remain

---

[1] As CIPPs and Defendant JBS USA Food Company have reached a settlement (Dkt. No. 990), JBS USA Food Company takes no position on this stipulation.

- 2 -

operative.

DATED: January 4, 2022                          Respectfully submitted,

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP<br><br>*/s/ Shana E. Scarlett*<br>SHANA E. SCARLETT (*pro hac vice*)<br><br>Rio S. Pierce (*pro hac vice*)<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>shanas@hbsslaw.com<br>riop@hbsslaw.com<br>Steve. W. Berman<br>Breanna Van Engelen<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 2nd Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>breannav@hbsslaw.com<br><br>*/s/ Daniel C. Hedlund*<br>Daniel C. Hedlund (#258337)<br>Daniel E. Gustafson (#202241)<br>Michelle J. Looby (#388166)<br>Britany N. Resch (#0397656)<br>GUSTAFSON GLUEK PLLC<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>bresch@gustafsongluek.com<br><br>***Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*** | FAEGRE DRINKER BIDDLE & REATH LLP<br><br>*/s/ Richard A. Duncan*<br>Richard A. Duncan (#0192983)<br>Aaron D. Van Oort (#0315539)<br>Craig S. Coleman (#0325491)<br>Emily E. Chow (#0388239)<br>Isaac B. Hall (#0395398)<br>Bryan K. Washburn (#0397733)<br>2200 Wells Fargo Center 90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>(612) 766-7000<br>richard.duncan@faegredrinker.com<br>aaron.vanoort@faegredrinker.com<br>craig.coleman@faegredrinker.com<br>emily.chow@faegredrinker.com<br>isaac.hall@faegredrinker.com<br>bryan.washburn@faegredrinker.com<br><br>***Counsel for Hormel Foods Corporation*** |
| GREENE ESPEL PLLP<br><br>*/s/ Mark L. Johnson*<br>MARK L. JOHNSON (#0345520) | STINSON LLP<br><br>*/s/ William L. Greene*<br>WILLIAM L. GREENE (#0198730) |

| | |
|---|---|
| Virginia R. McCalmont (#0399496)<br>222 South Ninth Street, Suite 2200<br>Minneapolis, MN 55402<br>(612) 373-0830<br>mjohnson@greeneespel.com<br>vmccalmont@greeneespel.com<br><br>Daniel Laytin, P.C. (*pro hac vice*)<br>Christa Cottrell, P.C. (*pro hac vice*)<br>Christina Briesacher (*pro hac vice)*<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 861-2000<br>daniel.laytin@kirkland.com<br>christa.cottrell@kirkland.com<br>christina.briesacher@kirkland.com<br><br>**Counsel for Clemens Food Group, LLC and The Clemens Family Corporation** | Peter J. Schwingler (#0388909)<br>William D. Thomson (#0396743)<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>(612) 335-1500<br>william.greene@stinson.com<br>peter.schwingler@stinson.com<br>william.thomson@stinson.com<br><br>J. Nicci Warr (*pro hac vice*)<br>STINSON LLP<br>7700 Forsyth Blvd., Suite 1100 St. Louis, MO 63105<br>(314) 863-0800<br>nicci.warr@stinson.com<br><br>**Counsel for Seaboard Foods LLC** |
| LARKIN HOFFMAN DALY & LINDGREN LTD.<br><br>*/s/ John A. Cotter*<br>JOHN A. COTTER (#0134296)<br><br>John A. Kvinge (#0392303)<br>8300 Norman Center Drive, Suite 1000<br>Minneapolis, MN 55427-1060<br>(952) 835-3800<br>jcotter@larkinhoffman.com<br>jkvinge@larkinhoffman.com<br><br>Richard Parker (*pro hac vice*)<br>Josh Lipton (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER, LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>(202) 955-8500<br>rparker@gibsondunn.com<br>jlipton@gibsondunn.com<br><br>Brian Robison (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER, LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201-6912<br>(214) 698-3370<br>brobison@gibsondunn.com<br><br>**Counsel for Smithfield Foods, Inc.** | HUSCH BLACKWELL LLP<br><br>/s/ *Christopher A. Smith*<br>CHRISTOPHER A. SMITH (*pro hac vice*)<br><br>Aaron Chapin (#06292540)<br>Christopher A. Smith (*pro hac vice*)<br>Tessa K. Jacob (*pro hac vice*)<br>A. James Spung (*pro hac vice*)<br>Jason Husgen (*pro hac vice*)<br>190 Carondelet Plaza, Ste 600<br>St. Louis, MO 63105<br>(314) 480-1500<br>aaron.chapin@huschblackwell.com<br>chris.smith@huschblackwell.com<br>tessa.jacob@huschblackwell.com<br>james.spung@huschblackwell.com<br>jason.husgen@huschblackwell.com<br><br>**Counsel for Triumph Foods, LLC** |

| | |
|---|---|
| DYKEMA GOSSETT PLLC<br><br>*/s/ David P. Graham*<br>DAVID P. GRAHAM (#0185462)<br><br>4000 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>(612) 486-1521<br>dgraham@dykema.com<br><br>Rachel J. Adcox (*pro hac vice*)<br>Tiffany Rider Rohrbaugh (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>1901 L Street NW<br>Washington, D.C. 20036<br>(202) 912-4700<br>radcox@axinn.com<br>trider@axinn.com<br><br>Jarod Taylor (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103<br>Telephone: 860.275.8109<br>jtaylor@axinn.com<br><br>***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*** | HOGAN LOVELLS US LLP<br><br>*/s/ Peter H. Walsh*<br>PETER H. WALSH (#0388672)<br><br>80 South Eighth Street, Suite 1225<br>Minneapolis, MN 55402<br>T. (612) 402-3000<br>F. (612) 402-3001<br>peter.walsh@hoganlovells.com<br><br>William L. Monts (*pro hac vice*)<br>Justin W. Bernick (*pro hac vice*)<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>(202) 637-5600<br>william.monts@hoganlovells.com<br>justin.bernick@hoganlovells.com<br><br>***Counsel for Agri Stats, Inc.*** |

- 4 -