# Exhibit 2

**Table of Pac-Agri's Proposed Revisions and the Parties' Positions**

| Pac-Agri's Proposed Revision | CIIPPs' Position | CIPPs' Position | DPPs' Position | Defendants' Position | DAPs' Position |
|---|---|---|---|---|---|
| Paragraph 6(b)(5) (Consultants and Experts) at page 9: "Outside consultants, investigators, or experts retained by the parties or counsel for the parties to assist in the preparation and trial of this action…" This revision adds the word "outside" and changes the formerly used "employed" to "retained." | Agree | Agree | Agree | Do not object (as part of a separate stipulation) | Do not object |
| Paragraph 6(b)(5) (Consultants and Experts) at page 9: "(i) in the case of a third-party to this action, the third-party has been given notice and 2 court days' opportunity to object, the sole basis of which objection shall be that the expert's business activities with the third-party's competitors or customers raise a substantial likelihood of competitive harm; and (ii)" | Do not agree | Do not agree | Do not agree | Do not agree | Do not agree |
| End of paragraph 6(b): "In the event of an objection by a third-party to disclosure to an expert under paragraph 6(b)(5) governing disclosure of Highly Confidential Information, the third-party and the notifying party shall first meet and confer to resolve the issue, and if the meet and confer is not successful, submit simultaneous letter briefs to the Court submitting the issue not later than 5 calendar days from receipt of the objection.  The third party shall bear the burden of showing that that the expert's business activities with the third-party's | Do not agree | Do not agree | Do not agree | Do not agree | Do not agree |

| | | | | | |
|---|---|---|---|---|---|
| competitors or customers raise a substantial likelihood of competitive harm. Moreover, the third-party must not disclose to any person the identity of the expert disclosed under paragraph 6(b)(5)." | | | | | |
| Paragraph 6(c) (High Level Summaries): "High-level summaries of financial or transactional information produced by a third party and designated Highly Confidential must be anonymized." | **Agree** | **Agree** | **Agree** | **Do not object (as part of a separate stipulation)** | **Do not object** |
| Paragraph 7 (Absent Class Members): "In the case of Highly Confidential Information belonging to a third-party to this action, the third-party must be given notice and 5 days' opportunity to object, the sole basis of which objection shall be that the third-party faces a likelihood of competitive harm from the disclosure.  In the event of such an objection by a third-party, the third-party and the notifying party shall meet and confer to resolve the issue. If the meet and confer is not successful, the third-party shall have 10 days to file a motion for protective order, and shall bear the burden of showing that it faces a likelihood of competitive harm from the disclosure of its Highly Confidential Information to the Absent Class Member." | **Agree** | **Agree** | **Agree** | **Do not object (as part of a separate stipulation)** | **Does not apply to MDL DAPs** |
| Paragraph 14 (Third Parties): "and with respect to the handling of their Confidential or Highly Confidential Information under all terms of this Protective Order." | **Agree** | **Agree** | **Agree** | **Do not object (as part of a separate stipulation)** | **Do not object** |