UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re Pork Antitrust Litigation

This Document Relates to:  All Actions

No. 1:18-cv-01776-JRT-HB

**NOTICE OF WITHDRAWAL AS ATTORNEY**

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, Marnie A. Jensen hereby gives notice of her withdrawal as attorney of record for Triumph Foods, LLC.

Christopher Smith, Tessa Jacob, James Spung, Jason Husgen, and Aaron Chapin of Husch Blackwell LLP will continue to represent Triumph Foods, LLC.  Allowing the requested withdrawal will not prejudice any party or delay this proceeding.

Respectfully submitted this 11th day of January 2022.

Triumph Foods, LLC.

*/s/ Marnie A. Jensen*
Marnie A. Jensen (*pro hac vice*)
Ryann A. Glenn (*pro hac vice*)
Kamron Hasan (*pro hac vice*)
HUSCH BLACKWELL LLP
13330 California St., Suite 200
Omaha, NE 68154
(402) 964-5000
marnie.jensen@huschblackwell.com
ryann.glenn@huschblackwell.com
kamron.hasan@huschblackwell.com

and

Christopher A. Smith (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)

HB: 4864-4345-5753.1

HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500
chris.smith@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com

and

Tessa Jacob *(pro hac vice)*
Megan A. Scheiderer (*pro hac vice*)
Sierra Faler (*pro hac vice*)
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
(816) 983-8000
tessa.jacob@huschblackwell.com
megan.scheiderer@huschblackwell.com
sierra.faler@huschblackwell.com

and

Aaron Chapin (#6292540)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500
aaron.chapin@huschblackwell.com

*Counsel for Triumph Foods, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022 the above-and foregoing document was electronically filed with the court and a file-stamped copy was forwarded to all counsel of record through the Court's electronic filing system.

By:  */s/ Marnie A. Jensen*

HB: 4864-4345-5753.1