## UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776 (JRT-HB) |
| This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | **CERTIFICATE OF COMPLIANCE** |

I, W. Joseph Bruckner, certify that this brief complies with the type-volume limitation of D. Minn. L.R. 72.2(c)(1), and with the type-size limit of D. Minn. L.R. 72.2(c)(2). The brief has 4,878 words of type, font size 13 and was prepared using Microsoft Word, which includes all text, including headings, footnotes, and quotations in the word count.

Date: January 13, 2022  */s/ W. Joseph Bruckner*
W. Joseph Bruckner (MN #147758)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
wjbruckner@locklaw.com

565168.1