# EXHIBIT B

*In re Pork Antitrust Litigation (Direct Purchaser Action),* Case No. 0:18-cv-01776-JRT-HB
Assignment Report- Smithfield

| Assigment ID | Exclusion Number | Assignee | Assignor Name |
|---|---|---|---|
| 1 | 8-1 | Amory Investments LLC | MPFS Liquidating Trust, acting by and through Advisory Trust Group, LLC |
| 1-1 | 8-2 | Amory Investments LLC | Maines Paper & Food Service, Inc. ("MPFS") (dba MainSource; dba MainSource Food & Party Warehouse; dba Produce Express; dba Maines Food & Party Warehouse) |
| 1-2 | 8-3 | Amory Investments LLC | Maines Funding Corporation ("MFC") |
| 1-3 | 8-4 | Amory Investments LLC | Maines Paper & Food Service - Chicago, Inc. ("MPFS-Chicago") |
| 1-4 | 8-5 | Amory Investments LLC | Maines Paper & Food Service - Dallas, Inc. ("MPFS-Dallas") |
| 1-5 | 8-6 | Amory Investments LLC | Maines Paper & Food Service - Great Lakes, Inc. ("MPFS-Great Lakes") |
| 1-6 | 8-7 | Amory Investments LLC | Maines Paper & Food Service - Maryland, Inc. ("MPFS-MD") |
| 1-7 | 8-8 | Amory Investments LLC | Maines Paper & Food Service -Mid-Atlantic, Inc. ("MPFS-Mid-Atlantic") |
| 1-8 | 8-9 | Amory Investments LLC | Maines Paper & Food Service - New England, Inc. ("MPFS-NE") |
| 1-9 | 8-10 | Amory Investments LLC | Maines Paper & Food Service - NY Metro, Inc. ("MPFS-NY") |
| 1-10 | 8-11 | Amory Investments LLC | Maines Paper & Food Service - Ohio Inc. ("MPFS-OH") |
| 1-11 | 8-12 | Amory Investments LLC | Maines Paper & Food Service -Tennessee, Inc. ("MPFS-TN") |
| 1-12 | 8-13 | Amory Investments LLC | Maines Paper & Food Service -Worcester, Inc. ("MPFS-Worcester") |
| 1-13 | 8-14 | Amory Investments LLC | Warehouse & Logistics, Inc. ("W&L") |
| 2 | 16-4 | Aramark Food and Support Services Group, Inc. | Sysco Corporation |
| 2-1 | 16-5 | Aramark Food and Support Services Group, Inc. | Single Source, Inc. |
| 3 | 17-35 | Quality Supply Chain Co-op, Inc. | The SYGMA Network, Inc. |
| 3-1 | 17-36 | Quality Supply Chain Co-op, Inc. | The Sysco Corporation |
| 3-2 | 17-37 | Quality Supply Chain Co-op, Inc. | Performance Food Group |
| 3-3 | 17-38 | Quality Supply Chain Co-op, Inc. | Kenneth O. Lester Company, Inc. d/b/a PFG Customized Distribution |
| 3-4 | 17-39 | Quality Supply Chain Co-op, Inc. | Quality Custom Distribution Services, Inc. |
| 3-5 | 17-40 | Quality Supply Chain Co-op, Inc. | Shamrock Foods Company |
| 3-6 | 17-41 | Quality Supply Chain Co-op, Inc. | Upper Lake Foods, Inc. |
| 3-7 | 17-42 | Quality Supply Chain Co-op, Inc. | ULF Janesville, LLC |
| 3-8 | 17-43 | Quality Supply Chain Co-op, Inc. | Willow Run Foods, Inc. |
| 3-9 | 17-44 | Quality Supply Chain Co-op, Inc. | Fresh Mark, Inc. |
| 3-10 | 17-45 | Quality Supply Chain Co-op, Inc. | Harvest Distribution, Inc. |
| 3-11 | 17-46 | Quality Supply Chain Co-op, Inc. | Southeastern Food Merchandisers, LP |
| 4 | 27-1 | BJ's Wholesale Club, Inc. | Burris Logistics |
| 5 | 29-1 | Buffalo Wild Wings, Inc. | McLane Foodservice, Inc. and its affiliates |
| 6 | 30-1 | CKE Restaurants Holdings, Inc. | McLane Company, Inc. |
| 6-1 | 30-2 | CKE Restaurants Holdings, Inc. | McLane Foodservice, Inc. |
| 6-2 | 30-3 | CKE Restaurants Holdings, Inc. | McLane Foodservice Distribution, Inc. |
| 6-3 | 30-4 | CKE Restaurants Holdings, Inc. | Meadowbrook Meat Company, Inc. |
| 7 | 31-1 | The Fresh Market, Inc. | Burris Logistics |
| 8 | 33-1 | Jimmy John's Buying Group SPV, LLC | Sysco Corporation |
| 9 | 36-1 | The Cheesecake Factory Incorporated | Halperns' Steak and Seafood Company, LLC |
| 9-1 | 36-2 | The Cheesecake Factory Incorporated | Nealy Foods |
| 10 | 38-70 | Target Corporation | C&S Wholesale Grocers, Inc. |
| 11 | 39-2 | Southeastern Grocers LLC | C&S Wholesale Grocers, Inc. |
| 11-1 | 39-4 | Winn-Dixie Stores, Inc. | C&S Wholesale Grocers, Inc. |
| 11-2 | 39-12 | Bi-Lo Holding LLC | C&S Wholesale Grocers, Inc. |
| 11-3 | 39-14 | Bi-Lo LLC | C&S Wholesale Grocers, Inc. |
| 11-4 | 39-19 | Bi-Lo, LLC | C&S Wholesale Grocers, Inc. |
| 12 | 40-1 | McDonald's Corporation | The HAVI Group LP, HAVI Global Solutions LLC and their affiliates |
| 12-1 | 40-2 | McDonald's Corporation | Lopez Foods, Inc., Dorada Poultry LLC, DeOro Foods LLC and their affiliates |
| 12-2 | 40-3 | McDonald's Corporation | OSI Group, LLC and its affiliates |
| 12-3 | 40-4 | McDonald's Corporation | Armada Supply Chain Solutions, LLC and its affiliates |
| 12-4 | 40-5 | McDonald's Corporation | ATEC Systems, Ltd. and its affiliates |
| 12-5 | 40-6 | McDonald's Corporation | IBD Foods, Inc. and its affiliates |
| 12-6 | 40-7 | McDonald's Corporation | The Martin-Brower Company, L.L.C. and its affiliates |
| 13 | 41-1 | Checkers Drive-In Restaurants, Inc. | I-Supply Company |
| 13-1 | 41-2 | Checkers Drive-In Restaurants, Inc. | Upper Lakes Foods, Inc. |
| 13-2 | 41-3 | Checkers Drive-In Restaurants, Inc. | DiCarlo Foods |
| 13-3 | 41-4 | Checkers Drive-In Restaurants, Inc. | Customized Distribution, LLC |
| 13-4 | 41-5 | Checkers Drive-In Restaurants, Inc. | Pocono Produce Co., Inc. d/b/a Pocono ProFoods |
| 14 | 42-1 | Sonic Industries Services Inc. | McLane Foodservice, Inc. |
| 14-1 | 42-2 | Sonic Industries Services Inc. | Performance Food Group, Inc. |

*In re Pork Antitrust Litigation (Direct Purchaser Action)*, Case No. 0:18-cv-01776-JRT-HB
**Assignment Report- Smithfield**

| Assigment ID | Exclusion Number | Assignee | Assignor Name |
|---|---|---|---|
| 14-2 | 42-3 | Sonic Industries Services Inc. | Nicholas and Company |
| 14-3 | 42-4 | Sonic Industries Services Inc. | Merchants Foodservice |
| 14-4 | 42-5 | Sonic Industries Services Inc. | Shamrock Foods Company |
| 14-5 | 42-6 | Sonic Industries Services Inc. | Gordon Food Service, Inc. |
| 15 | 43-1 | Restaurant Services, Inc. | McLane Company, Inc. and affiliates |
| 15-1 | 43-2 | Restaurant Services, Inc. | Meadowbrook Meat Company, Inc. |
| 15-2 | 43-3 | Restaurant Services, Inc. | Nicholas and Company |
| 15-3 | 43-4 | Restaurant Services, Inc. | Performance Food Group, Inc. |
| 15-4 | 43-5 | Restaurant Services, Inc. | Reinhart Foodservice, LLC and affiliates |
| 15-5 | 43-6 | Restaurant Services, Inc. | Lineage Foodservice Solutions, LLC and affiliates |
| 15-6 | 43-7 | Restaurant Services, Inc. | Shamrock Foods Company |
| 15-7 | 43-8 | Restaurant Services, Inc. | Maines Paper and Food Service, Inc. and affiliates |
| 15-8 | 43-9 | Restaurant Services, Inc. | Sysco Corporation |
| 15-9 | 43-10 | Restaurant Services, Inc. | SYGMA Network, Inc. |
| 16 | 44-1 | Subway Protein Litigation Corp. | Independent Purchasing Cooperative, Inc. |
| 16-1 | 44-2 | Subway Protein Litigation Corp. | Cash-Wa Distributing |
| 16-2 | 44-3 | Subway Protein Litigation Corp. | Gordon Food Service, Inc. |
| 16-3 | 44-4 | Subway Protein Litigation Corp. | Lineage Logistics |
| 16-4 | 44-5 | Subway Protein Litigation Corp. | Nicholas & Company |
| 16-5 | 44-6 | Subway Protein Litigation Corp. | Performance Food Group, Inc. |
| 16-6 | 44-7 | Subway Protein Litigation Corp. | Saladino's Inc. |
| 16-7 | 44-8 | Subway Protein Litigation Corp. | Shamrock Foods Company |
| 16-8 | 44-9 | Subway Protein Litigation Corp. | Labatt Food Service LLC |
| 16-9 | 44-10 | Subway Protein Litigation Corp. | Ed Miniat LLC |
| 16-10 | 44-11 | Subway Protein Litigation Corp. | West Liberty Foods, LLC |
| 17 | 45-1 | Golden Corral Corporation | McLane Foodservice, Inc. |
| 18 | 46-1 | Barbeque Integrated, Inc. d/b/a Smokey Bones Bar And Fire Grill | McLane Foodservice, Inc. |
| 18-1 | 46-2 | Barbeque Integrated, Inc. d/b/a Smokey Bones Bar And Fire Grill | Performance Food Group, Inc. |
| 18-2 | 46-3 | Barbeque Integrated, Inc. d/b/a Smokey Bones Bar And Fire Grill | Reinhart Foodservice, LLC |
| 19 | 48-1 | Cracker Barrel Old Country Store, Inc. | Performance Food Group, Inc. |
| 19-1 | 48-2 | Cracker Barrel Old Country Store, Inc. | Reinhart Foodservice, LLC |
| 20 | 49-1 | Boston Market Corporation | McLane Foodservice, Inc. |
| 21 | 50-2 | Bojangles Restaurants and Bojangles Opco LLC | McLane Foodservice, Inc. |
| 22 | 52-1 | Services Group of America, Inc. | Food Services of America, Inc. |
| 22-1 | 52-2 | Services Group of America, Inc. | Systems Services of America, Inc. |
| 22-2 | 52-3 | Services Group of America, Inc. | Ameristar Meats, Inc. |
| 23 | 74-2 | Dollar General Corporation | Nash-Finch Company |
| 23-1 | 74-3 | Dollar General Corporation | Super Food Services, Inc. |
| 23-2 | 74-4 | Dollar General Corporation | MDV SpartanNash LLC |
| 24 | 91-3 | Hy-Vee | Topco Associates LLC or Topco Associates, Inc. |
| 25 | 93-3 | US Foods, Inc. | Food Services, of America, Inc., |
| 25-1 | 93-4 | US Foods, Inc. | System Services of America, Inc., |
| 25-2 | 93-5 | US Foods, Inc. | Ameristar Meats, Inc., |
| 25-3 | 93-6 | US Foods, Inc. | Amerifresh, Inc. |
| 25-4 | 93-7 | US Foods, Inc. | GAMPAC Express, Inc. |