## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:  All Actions | Case No. 18-cv-1776 (JRT/HB) |

## JOINT AGENDA FOR JANUARY 31, 2022 STATUS CONFERENCE

The parties hereby submit this Joint Agenda for the status conference set before Magistrate Judge Bowbeer at 1:00 PM on January 31, 2022.

565214.1

**JOINT AGENDA ITEMS**

I. **Hearing on Proposed Case Management Order for MDL DAP Cases**

   a. The parties in the MDL Direct Action Plaintiff ("DAP") cases will be prepared to discuss their Joint Statement submitted to the Court on December 10, 2021 (ECF No. 1046), and their respective proposals regarding the four case management issues on which the MDL DAPs requested argument in their December 23, 2021 letter to the Court (ECF No. 1084).

II. **Status of Discovery**

   a. Depositions: The parties will be prepared to discuss the progress and status of depositions.

   b. Structured data and data questions: The parties will be prepared to discuss the status of Defendants' productions of structured data and answers to data questions from Plaintiffs.

   c. Validation: The parties will be prepared to discuss the status of Defendants' validation of their search methodologies, including any agreements or disputes related thereto.

   d. Defendants' Responses to MDL DAPs' First Request for Production of Documents: The parties in the MDL DAP cases will provide a summary of their discussions related to the Defendants' responses to the MDL DAPs' First Request for Production of Documents.

   e. Plaintiffs' Responses to Defendants' Interrogatories: The parties in all cases will be prepared to discuss all Plaintiffs' responses to Defendants' Interrogatories.

   f. The MDL DAPs' document productions: The parties in the MDL DAPs' cases will be prepared to discuss the status and anticipated timing of the MDL DAPs' structured-data and document productions.

   g. Production of DPP Class Member Purchase Information: The pork products included in the Direct Purchaser Plaintiff ("DPP") class settlements with Defendants JBS and Smithfield are broader than the litigation class definition of pork products. DPPs and non-settling Defendants are meeting and conferring to determine whether they can reach agreement on what, if any, additional information those Defendants should provide to facilitate distribution of settlement proceeds.

III. **Status of Pending Motions**

   a. Pending discovery motions: The parties will be prepared to discuss whether the Court would like any additional briefing or information regarding pending discovery motions. *See, e.g.*, Class Plaintiffs' Motion to Compel Hormel to Produce Responsive Text Message Content and Enforce Subpoenas to Hormel Custodians (ECF No. 883).

IV. **Dates for future Case Management Conferences**

   a. With depositions and discovery well underway, the parties respectfully suggest that regularly scheduled status conferences (e.g., every two months) will help ensure the efficient progress of this litigation through the discovery period.

**CONFERENCE ATTENDEES**

The attorneys listed below will attend the conference for each party or group of parties as indicated. Names in bold indicate those attorneys who are expected to speak to which agenda items or issues on behalf of which party or group of parties.

   a. For the DPP Class Plaintiffs:

   Joseph Bruckner, Brian Clark, **Joseph Bourne** (Depositions; Validation; Status of Pending Motions), Clifford Pearson, **Bobby Pouya** (Plaintiffs' Responses to Defendants' Interrogatories; Production of DPP Class Member Purchase Information), Michael Pearson

   b. For the Consumer Indirect Purchaser Class Plaintiffs:

   **Shana Scarlett** (Structured Data and Data Questions), **Breanna Van Engelgen** (Dates for Future Case Management Conferences), Daniel Hedlund, Joshua Rissman

   c. For the Commercial and Institutional Indirect Purchaser Class Plaintiffs:

   Blaine Finley

   d. For the DAPs:

   For Sysco and Amory Investments LLC – **Michael S. Mitchell** (proposed Case Management Order for MDL DAPs); Scott E. Gant

> For Action Meat Distributors, Inc., Topco Associates, LLC, Alex Lee, Inc./Merchants Distributors, LLC, Associated Food Stores, Inc., Brookshire Grocery Company, Colorado Boxed Beef Co., Certco, Inc., The Golub Corporation, Nicholas & Co., PFD Enterprises, Inc., SpartanNash Company, Springfield Grocer Company, The Distribution Group d/b/a Van Eerden Foodservice Co., Troyer Foods, Inc., URM Stores, Inc., and Giant Eagle, Inc. – **Matthew P. McCahill** (Defendants' Responses to MDL DAPs' First Request for Production of Documents)
>
> For The Kroger Co., Albertsons Companies, Inc., Hy-Vee Inc., Save Mart Supermarkets, and US Foods, Inc.: William J. Blechman, Samuel J. Randall, Michael A. Ponzoli
>
> For Associated Grocers of the South, Inc., Dollar General Corporation, Dolgencorp, LLC, Meijer, Inc., Meijer Distribution Inc., Publix Super Markets, Inc., Raley's, United Natural Foods, Inc., SuperValu, Inc., Associated Grocers of Florida, Inc., Unified Grocers, Inc., Tony's Fine Foods, and Wakefern Food Corp.: David P. Germaine, Alberto Rodriguez, Phillip F. Cramer, and Christina Lopez.
>
> In addition, a lawyer representing each DAP will be prepared to answer any DAP-specific questions regarding any of the Agenda Items listed above, in particular Plaintiffs' Responses to Defendants' Interrogatories, and MDL DAPs' document productions.

e. For Defendants:

> For Smithfield Foods – **Brian Robison** (MDL DAPs' document productions)
>
> For Triumph – **Chris Smith** (Plaintiffs' interrogatory responses)
>
> For Seaboard – **Pete Schwingler** (Plaintiffs' interrogatory responses)
>
> For Tyson – **Jarod Taylor** (proposed Case Management Order for MDL DAPs; Plaintiffs' request for validation protocols)
>
> For Hormel – **Craig Coleman** (the DPPs' request for additional transaction data for settlement purposes)
>
> In addition, a lawyer representing each Defendant will be prepared to answer any defendant-specific questions regarding any of the Agenda Items listed above.

565214.1

4

DATED: January 17, 2022                                                    Respectfully submitted,

/s/ *Bobby Pouya*                                                                    /s/ *Joseph C. Bourne*
Bobby Pouya                                                                           Joseph C. Bourne (MN #0389922)
Clifford H. Pearson                                                                 W. Joseph Bruckner (MN #0147758)
Daniel L. Warshaw                                                                Brian D. Clark (MN #0390069)
Michael H. Pearson                                                               Arielle S. Wagner (MN #0398332)
PEARSON SIMON & WARSHAW, LLP                               Craig S. Davis (MN #0148192)
15165 Ventura Boulevard, Suite 400                                 Simeon A. Morbey (MN #0391338)
Sherman Oaks, CA 92403                                                  Stephen M. Owen (MN # 0399370)
T: (818) 788-8300                                                                    LOCKRIDGE GRINDAL NAUEN P.L.L.P.
cpearson@pswlaw.com                                                        100 Washington Avenue South, Suite 2200
dwarshaw@pswlaw.com                                                     Minneapolis, MN 55401
bpouya@pswlaw.com                                                          T: (612) 339-6900
mpearson@pswlaw.com                                                     jcbourne@locklaw.com
                                                                                                wjbruckner@locklaw.com
Melissa S. Weiner (MN #0387900)                                    bdclark@locklaw.com
PEARSON, SIMON & WARSHAW, LLP                             aswagner@locklaw.com
800 LaSalle Avenue, Suite 2150                                        csdavis@locklaw.com
Minneapolis, MN 55402                                                       samorbey@locklaw.com
T: (612) 389-0600                                                                    smowen@locklaw.com
mweiner@pswlaw.com

Bruce L. Simon
Benjamin E. Shiftan
Neil Swartzberg
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
bsimon@pswlaw.com
bshiftan@pswlaw.com
nswartzberg@pswlaw.com                                                *Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

565214.1                                                                5

*/s/ Shana E. Scarlett*
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
T: (510) 725-3000
shanas@hbsslaw.com

Steve. W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

*/s/ Daniel E. Gustafson*
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Brittany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

***Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs***

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
T: (651) 312-6518
sraiter@larsonking.com

Jonathan W. Cuneo
Joel Davidow
Blaine Finley
Yifei "Evelyn" Li
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
T: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cunelolaw.com

***Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs***

*/s/ Kyle G. Bates*
Kyle G. Bates
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
T: (415) 633-1908
kbates@hausfled.com

Peter B. Schneider
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
3700 Buffalo Speedway, Suite 300
Houston, Texas 77098
T: (713) 338-2560
F: (415)421-7105
pschneider@schneiderwallace.com

Todd M. Schneider
Matthew S. Weiler
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell St., Suite 1400
Emeryville, California 94608
T: (415) 421-7100
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
T: (480) 428-0145
gwotkyns@schneiderwallace.com

Domingo Emanuelli-Hernández
Attorney General
Guarionex Díaz Martínez
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
T: (787) 721-2900, ext. 2600, 2601
F: (787) 721-3223
gdiaz@justicia.pr.gov

*Counsel for the Commonwealth of Puerto Rico*

<div style="columns:2">

*/s/ Robert N. Kaplan*
Robert N. Kaplan
Matthew P. McCahill
Jason A. Uris
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, New York 10022
T: (212) 687-1980
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com
juris@kaplanfox.com

*/s/ Richard L. Coffman*
Richard L. Coffman
THE COFFMAN LAW FIRM
3355 W. Alabama St., Suite 240
Houston, Texas 77098
T: (713) 528-6700
rcoffman@coffmanlawfirm.com

*/s/ Eric R. Lifvendahl*
Eric R. Lifvendahl
Ryan F. Manion
L&G LAW GROUP, LLP
175 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
T: (312) 364-2500
elifvendahl@lgcounsel.com
rmanion@lgcounsel.com

*/s/ Bernard D. Marcus*
Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
Rachel A. Beckman
MARCUS & SHAPIRA LLP
One Oxford Center, 35th Floor
Pittsburgh, Pennsylvania 15219
T: (412) 471-3490
marcus@marcus-shapira.com
cain-mannix@marcus-shapira.com
hill@marcus-shapira.com
beckman@marcus-shapira.com

***Counsel for MDL DAPs Action Meat Distributors, Inc., Topco Associates, LLC, Alex Lee, Inc./Merchants Distributors, LLC, Associated Food Stores, Inc., Brookshire Grocery Company, Colorado Boxed Beef Co., Certco, Inc., The Golub Corporation, Nicholas & Co., PFD Enterprises, Inc., SpartanNash Company, Springfield Grocer Company, The Distribution Group d/b/a Van Eerden Foodservice Co., Troyer Foods, Inc., URM Stores, Inc., and Giant Eagle, Inc***.

</div>

*/s/ David C. Eddy*
David C. Eddy
Dennis J. Lynch
Travis C. Wheeler
Chase C. Keibler
**NEXSEN PRUET, LLC**
1230 Main Street, Suite 700
Columbia, South Carolina 29201
Telephone: (803) 771-8900
Facsimile: (803) 253-8277
Email: deddy@nexsenpruet.com
Email: dlynch@nexsenpruet.com
Email: twheeler@nexsenpruet.com
Email: ckeibler@nexsenpruet.com

*Counsel for Plaintiffs Conagra Brands, Inc.; Nestlé USA, Inc.; Nestlé Purina PetCare Co.; and Howard B. Samuels, acting solely in his capacity as Chapter 7 trustee for the bankruptcy of the estate of Central Grocers, Inc.*

*/s/ David B. Esau*
**CARLTON FIELDS, P.A.**
David B. Esau
Email: desau@carltonfields.com
Kristin A. Gore
Email: kgore@carltonfields.com
Garth T. Yearick
Email: gyearick@carltonfields.com
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070
Fax: (561) 659-7368

Roger S. Kobert
Email: rkobert@carltonfields.com
405 Lexington Avenue, 36th Floor
New York, New York 10174-3699
Tel: (212) 785-2577
Fax: (212) 785-5203

Aaron A. Holman
Email: aholman@carltonfields.com
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Tel: (407) 849-0300
Fax: (407) 648-9099

*Counsel for Cheney Brothers, Inc.; Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust; Buffalo Wild Wings, Inc.; Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc; and Restaurant Services, Inc.*

<div style="display: flex;">

<div>

/s/ William J. Blechman
Richard A. Arnold, Esquire
William J. Blechman, Esquire
Kevin A. Murray, Esquire
Douglas H. Patton, Esquire
Samuel J. Randall, Esquire
Michael A. Ponzoli, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida  33131
Tel:	(305) 373-1000
Fax:	(305) 372-1861
E-mail:	rarnold@knpa.com
	wblechman@knpa.com
	kmurray@knpa.com
	dpatton@knpa.com
	srandall@knpa.com
	mponzoli@knpa.com

**Counsel for The Kroger Co., Albertsons Companies, Inc., Hy-Vee Inc., Save Mart Supermarkets, and US Foods, Inc.**

</div>

<div>

/s/ Scott E. Gant
Scott E. Gant
Michael S. Mitchell
Sarah L. Jones
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, DC 20005
T: 202-237-2727
sgant@bsfllp.com
mmitchell@bsfllp.com
sjones@bsfllp.com

Colleen Harrison
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
T: 914-749-8204
charrison@bsfllp.com

**Counsel for MDL DAPs Sysco Corporation and Amory Investments LLC**

</div>
</div>

/s/ *Patrick J. Ahern*
Patrick J. Ahern
Theodore B. Bell
AHERN & ASSOCIATES, P.C.
Willoughby Tower
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
T: (312) 404-3760
patrick.ahern@ahernandassociatespc.com
theo.bell@ahernandassociatespc.com

**Counsel for Plaintiffs Winn-Dixie Stores, Inc.; Bi-Lo Holdings, LLC; and Kraft Heinz Foods Company**

/s/ *David P. Germaine*
Paul E. Slater
Joseph M. Vanek
David P. Germaine
Alberto Rodriguez
Jeffrey H. Bergman
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
pes@sperling-law.com
jvanek@sperling-law.com
dgermaine@sperling-law.com
arodriguez@sperling-law.com
jbergman@sperling-law.com

Phillip F. Cramer
Christina Lopez
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Tel: (615) 742-4200
pcramer@srvhlaw.com
clopez@srvhlaw.com

**Counsel for Associated Grocers of the South, Inc., Dollar General Corporation, Dolgencorp, LLC, Meijer, Inc., Meijer Distribution Inc., Publix Super Markets, Inc., Raley's, United Natural Foods, Inc., SuperValu, Inc., Associated Grocers of Florida, Inc., Unified Grocers, Inc., Tony's Fine Foods, and Wakefern Food Corp.**

/s/ *Philip J. Iovieno*
Philip J. Iovieno
Nicholas A. Gravante, Jr.
Karen C. Dyer
Lawrence S. Brandman
Jack G. Stern
Gillian Groarke Burns
Mark A. Singer
Elizabeth R. Moore
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
T: (212) 504-6000
philip.iovieno@cwt.com
nicholas.gravante@cwt.com
karen.dyer@cwt.com
lawrence.brandman@cwt.com
jack.stern@cwt.com
gillian.burns@cwt.com
mark.singer@cwt.com
elizabeth.moore@cwt.com

**Counsel for MDL DAPs Jetro Holdings, LLC and BJ's Wholesale Club, Inc. and Co-Counsel for Plaintiffs Kraft Heinz Foods Company; Winn-Dixie Stores, Inc.; and Bi-Lo Holdings, LLC**

/s/ Mark L. Johnson
Mark L. Johnson (#0345520)
Davida Williams (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Christina Sharkey (*pro hac vice*)
Jenna Stupar (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
christina.sharkey@kirkland.com
jenna.stupar@kirkland.com

**Counsel for Clemens Food Group, LLC and The Clemens Family Corporation**

/s/ Richard A. Duncan
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center 90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com
bryan.washburn@faegredrinker.com

Jacob D. Bylund (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone: (515) 248-9000
Facsimile: (515) 248-9010
jacob.bylund@faegredrinker.com

Jonathan H. Todt (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465
jonathan.todt@faegredrinker.com

John S. Yi (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
john.yi@faegredrinker.com

**Counsel for Hormel Foods Corporation and Hormel Foods, LLC**

*/s/ Don Heeman*
Jessica J. Nelson (#0347358)
Donald G. Heeman (#0286023)
Randi J. Winter (#0391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402-4206
Telephone: (612) 268-7000
jnelson@spencerfane.com
dheeman@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
Heather K. Christenson (*pro hac vice*)
Kari Wohlschlegel (*pro hac vice*)
Andrew T. Sutton (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
stephenneuwirth@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com
heatherchristenson@quinnemanuel.com
kariwohlschlegel@quinnemanuel.com
andrewsutton@quinnemanuel.com

**Counsel for JBS USA Food Company**

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 863-0800
nicci.warr@stinson.com

**Counsel for Seaboard Foods LLC and Seaboard Corporation**

*/s/ John A. Cotter*
John A. Cotter (#0134296)
John A. Kvinge (#0392303)
LARKIN HOFFMAN DALY & LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
Telephone: (952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
Telephone: (214) 698-3370
brobison@gibsondunn.com

**Counsel for Smithfield Foods, Inc.**

*/s/ Christopher A. Smith*
CHRISTOPHER A. SMITH (*pro hac vice*)
Aaron Chapin (#0386606)
Christopher A. Smith (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
Sarah L. Zimmerman (*pro hac vice filed*)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com

**Counsel for Triumph Foods, LLC**

*/s/ David P. Graham*
David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 486-1521
dgraham@dykema.com

Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
Lindsey Strang Aberg (pro hac vice)
AXINN, VELTROP &
HARKRIDER LLP
950 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 912-4700
radcox@axinn.com
trider@axinn.com
lstrang@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8109
jtaylor@axinn.com

Kail Jethmalani (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
kjethmalani@axinn.com

***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.***

*/s/ Peter H. Walsh*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Telephone: (612) 402-3000
Facsimile: (612) 402-3001
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

***Counsel for Agri Stats, Inc.***