# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | |

**STIPULATION CORRECTING ORDER (ECF NO. 1102) ON CONSENT FOR LEAVE TO FILE CONSUMER INDIRECT PURCHASER PLAINTIFFS' FOURTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

- 1 -

The Consumer Indirect Purchaser Plaintiffs ("CIPPs") and the undersigned Defendants[1] hereby stipulate to the following:

1.  On January 4, 2022, the parties filed a Stipulation of Consent for Leave to File CIPPs' Fourth Consolidated Amended Class Action Complaint. *See* ECF No. 1099. The stipulation correctly stated that the amended complaint adds three named plaintiffs (Eric Schaub, Kate Smith, and Sarah Isola) as substitutes for individuals who no longer wish to serve as class representatives. A redline and clean copy reflecting these proposed changes accompanied the stipulation.

2.  However, the proposed order accompanying the stipulation (ECF No. 1101) erroneously stated that plaintiffs Eric Schaub, Kate Smith, Sarah Isola and Anbessa Tufa were to be dismissed without prejudice; the correct parties to be dismissed without prejudice were Alika Naehu, Debbie Boyko, Pam Petersen, and Anbessa Tufa.

3.  On January 7, 2022, the Court entered the proposed order that contained the language submitted in error. *See* ECF No. 1102.

4.  On January 12, 2022, CIPPs filed their Fourth Consolidated Amended Complaint. *See* ECF Nos. 1110 (redacted), 1111 (under seal). The complaint correctly named the substitute plaintiffs (Eric Schaub, Kate Smith, Sarah Isola), and dropped the allegations concerning were Alika Naehu, Debbie Boyko, Pam Petersen, and Anbessa Tufa.

---

[1] As CIPPs and Defendant JBS USA Food Company have reached a settlement (ECF No. 990), JBS USA Food Company takes no position on this stipulation.

5. On January 13, 2022, the Court identified the error in the entered order and sought clarification from the CIPPs.

6. The parties hereby stipulate that the Court may enter an amended order to correct the Court's Order Granting Consent for Leave to File Consumer Indirect Purchaser Plaintiffs' Fourth Amended Consolidated Class Action Complaint (ECF No. 1102). An amended proposed order is filed concurrently herewith.

7. The parties further stipulate that Alika Naehu, Debbie Boyko, Pam Petersen, and Anbessa Tufa are to be dismissed without prejudice, with each party to bear its own costs. Plaintiffs Eric Schaub, Kate Smith and Sara Isola are substituted in as plaintiffs.

8. The parties also stipulate that all previous discovery requests served on CIPPs would be deemed served on the three new class representatives and that the three new named plaintiffs will substantially complete their document productions in response to defendants' requests by February 3, 2022.

9. The operative complaint for Consumer Indirect Purchaser Plaintiffs is their Fourth Consolidated Amended Complaint. See ECF Nos. 1110 (redacted), 1111 (under seal). Defendants are not required to answer the Fourth Consolidated Amended Complaint, and all admissions and denials as to factual allegations and all affirmative defenses in Defendants' prior answers to the Second Amended Complaint remain operative.

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP<br><br>*/s/ Shana E. Scarlett*<br>SHANA E. SCARLETT (*pro hac vice*)<br><br>Rio S. Pierce (*pro hac vice*)<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>shanas@hbsslaw.com<br>riop@hbsslaw.com<br><br>Steve. W. Berman  (*pro hac vice*)<br>Breanna Van Engelen (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>breannav@hbsslaw.com<br><br>*/s/ Daniel C. Hedlund*<br>Daniel C. Hedlund (#258337)<br>Daniel E. Gustafson (#202241)<br>Michelle J. Looby (#388166)<br>Britany N. Resch (#0397656)<br>GUSTAFSON GLUEK PLLC<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>bresch@gustafsongluek.com<br><br>***Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*** | |
| GREENE ESPEL PLLP<br><br>*/s/ Mark L. Johnson*<br>MARK L. JOHNSON (#0345520)<br>Virginia R. McCalmont (#0399496)<br>222 South Ninth Street, Suite 2200<br>Minneapolis, MN 55402<br>(612) 373-0830 | FAEGRE DRINKER BIDDLE & REATH LLP<br><br>*/s/ Richard A. Duncan*<br>Richard A. Duncan (#0192983)<br>Aaron D. Van Oort (#0315539)<br>Craig S. Coleman (#0325491)<br>Emily E. Chow (#0388239)<br>Isaac B. Hall (#0395398)<br>Bryan K. Washburn (#0397733) |

- 3 -

| | |
|---|---|
| mjohnson@greeneespel.com<br>vmccalmont@greeneespel.com<br><br>Daniel Laytin, P.C. (*pro hac vice*)<br>Christa Cottrell, P.C. (*pro hac vice*)<br>Christina Briesacher (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 861-2000<br>daniel.laytin@kirkland.com<br>christa.cottrell@kirkland.com<br>christina.briesacher@kirkland.com<br><br>***Counsel for Clemens Food Group, LLC and The Clemens Family Corporation*** | 2200 Wells Fargo Center 90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>(612) 766-7000<br>richard.duncan@faegredrinker.com<br>aaron.vanoort@faegredrinker.com<br>craig.coleman@faegredrinker.com<br>emily.chow@faegredrinker.com<br>isaac.hall@faegredrinker.com<br>bryan.washburn@faegredrinker.com<br><br>***Counsel for Hormel Foods Corporation*** |
| LARKIN HOFFMAN DALY & LINDGREN LTD.<br><br>*/s/ John A. Cotter*<br>JOHN A. COTTER (#0134296)<br>John A. Kvinge (#0392303)<br>8300 Norman Center Drive, Suite 1000<br>Minneapolis, MN 55427-1060<br>(952) 835-3800<br>jcotter@larkinhoffman.com<br>jkvinge@larkinhoffman.com<br><br>Richard Parker (*pro hac vice*)<br>Josh Lipton (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER, LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>(202) 955-8500<br>rparker@gibsondunn.com<br>jlipton@gibsondunn.com<br><br>Brian Robison (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER, LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201-6912<br>(214) 698-3370<br>brobison@gibsondunn.com<br><br>***Counsel for Smithfield Foods, Inc.*** | STINSON LLP<br><br>*/s/ William L. Greene*<br>WILLIAM L. GREENE (#0198730)<br><br>Peter J. Schwingler (#0388909)<br>William D. Thomson (#0396743)<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>(612) 335-1500<br>william.greene@stinson.com<br>peter.schwingler@stinson.com<br>william.thomson@stinson.com<br><br>J. Nicci Warr (*pro hac vice*)<br>STINSON LLP<br>7700 Forsyth Blvd., Suite 1100 St. Louis, MO 63105<br>(314) 863-0800<br>nicci.warr@stinson.com<br><br>***Counsel for Seaboard Foods LLC*** |
| DYKEMA GOSSETT PLLC<br><br>*/s/ David P. Graham*<br>DAVID P. GRAHAM (#0185462) | HUSCH BLACKWELL LLP<br><br>*/s/ Christopher A. Smith*<br>CHRISTOPHER A. SMITH (*pro hac vice*) |

- 4 -

CASE 0:18-cv-01776-JRT-JFD   Doc. 1124   Filed 01/18/22   Page 6 of 7

| | |
|---|---|
| 4000 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>(612) 486-1521<br>dgraham@dykema.com<br><br>Rachel J. Adcox (*pro hac vice*)<br>Tiffany Rider Rohrbaugh (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>1901 L Street NW<br>Washington, D.C. 20036<br>(202) 912-4700<br>radcox@axinn.com<br>trider@axinn.com<br><br>Jarod Taylor (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103<br>Telephone: 860.275.8109<br>jtaylor@axinn.com<br><br>***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*** | Aaron Chapin (#0386606)<br>Christopher A. Smith (*pro hac vice*)<br>Tessa K. Jacob (*pro hac vice*)<br>A. James Spung (*pro hac vice*)<br>Jason Husgen (*pro hac vice*)<br>Sarah L. Zimmerman (*pro hac vice* filed)<br>HUSCH BLACKWELL LLP<br>190 Carondelet Plaza, Ste 600<br>St. Louis, MO 63105<br>Telephone: (314) 480-1500<br>aaron.chapin@huschblackwell.com<br>chris.smith@huschblackwell.com<br>tessa.jacob@huschblackwell.com<br>james.spung@huschblackwell.com<br>jason.husgen@huschblackwell.com<br>sarah.zimmerman@huschblackwell.com<br><br>***Counsel for Triumph Foods, LLC*** |
| HOGAN LOVELLS US LLP<br><br>*/s/ Peter H. Walsh*<br>PETER H. WALSH (#0388672)<br><br>80 South Eighth Street, Suite 1225<br>Minneapolis, MN 55402<br>T. (612) 402-3000<br>F. (612) 402-3001<br>peter.walsh@hoganlovells.com<br><br>William L. Monts (*pro hac vice*)<br>Justin W. Bernick (*pro hac vice*)<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>(202) 637-5600<br>william.monts@hoganlovells.com<br>justin.bernick@hoganlovells.com | |

- 5 -

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.<br>NYDOCS\1517531.1<br>NYDOCS\1517728.1

- 6 -

| | |
|---|---|
| ***Counsel for Agri Stats, Inc.*** | |