# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | Civil No. 18-cv-01776 (JRT/HB) |

### AMENDED ORDER ON STIPULATION OF CONSENT FOR LEAVE TO FILE CONSUMER INDIRECT PURCHASER PLAINTIFFS' FOURTH CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

On January 7, 2022, the Court granted leave for Consumer Indirect Purchaser Plaintiffs leave to file their Fourth Consolidated Amended Complaint, pursuant to the parties' stipulation. *See* ECF Nos. 1099, 1102. On January 12, 2022, the Consumer Indirect Purchaser Plaintiffs filed their Fourth Consolidated Amended Complaint. *See* ECF Nos. 1110 (redacted), 1111 (under seal).

The parties have submitted a joint stipulation informing the Court that their previously submitted proposed order erroneously stated that Plaintiffs Eric Schaub, Kate Smith, Sarah Isola and Anbessa Tufa are dismissed without prejudice. *See* ECF No. 1124. The correct parties to be dismissed without prejudice are Alika Naehu, Debbie Boyko, Pam Petersen, and Anbessa Tufa. Their claims are dismissed without prejudice, with each party to bear its own costs. Plaintiffs Eric Schaub, Kate Smith and Sara Isola are to be

substituted in as plaintiffs. The Fourth Consolidated Amended Complaint, as filed on January 12, 2022, correctly names these substitute plaintiffs.

Thus, pursuant to the parties' amended stipulation:

**IT IS HEREBY ORDERED** that:

Plaintiffs Alika Naehu, Debbie Boyko, Pam Petersen, and Anbessa Tufa are dismissed without prejudice, with each party to bear its own costs.

Plaintiffs Eric Schaub, Kate Smith and Sara Isola are substituted in as plaintiffs.

DATED:  January 19, 2022                    s/*Hildy Bowbeer*
                                            HILDY BOWBEER
                                            United States Magistrate Judge