## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | No. 0:18-cv-01776-JRT-HB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that David P. Germaine of the law firm of Sperling & Slater, P.C. hereby enters his appearance in the above-captioned matter on behalf of Plaintiffs, Associated Grocers of the South, Inc., Dollar General Corporation., Dolgencorp, LLC, Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc., Raley's, United Natural Foods, Inc., Supervalu, Inc., Associated Grocers of Florida, Inc., Unified Grocers, Inc., Tony's Fine Foods and Wakefern Food Corp.

Dated: January 20, 2022

/s/ David P. Germaine
David P. Germaine
Sperling & Slater, P.C.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
(312) 641-3200
dgermaine@sperling-law.com

## CERTIFICATE OF SERVICE

David P. Germaine, certifies that on January 20, 2022, I caused a true and correct copy of the foregoing *Notice of Appearance* to be filed via CM/ECF.

                                         */s/ David P. Germaine*
                                             David P. Germaine