## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | No. 0:18-cv-01776-JRT-HB |
| This Document Relates To: | **NOTICE OF APPEARANCE** |
| All Actions | |

PLEASE TAKE NOTICE that Alberto Rodriguez of the law firm of Sperling & Slater, P.C. hereby enters his appearance in the above-captioned matter on behalf of Plaintiffs, Associated Grocers of the South, Inc., Dollar General Corporation., Dolgencorp, LLC, Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc., Raley's, United Natural Foods, Inc., Supervalu, Inc., Associated Grocers of Florida, Inc., Unified Grocers, Inc., Tony's Fine Foods and Wakefern Food Corp.

Dated: January 20, 2022

*/s/ Alberto Rodriguez*
Alberto Rodriguez
Sperling & Slater, P.C.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
(312) 641-3200
arodriguez@sperling-law.com

## **CERTIFICATE OF SERVICE**

Alberto Rodriguez, certifies that on January 20, 2022, I caused a true and correct copy of the foregoing *Notice of Appearance* to be filed via CM/ECF.

>  */s/ Alberto Rodriguez*
>  Alberto Rodriguez