UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re Pork Antitrust Litigation

This Document Relates to: All Actions

No. 1:18-cv-01776-JRT-HB

**NOTICE OF WITHDRAWAL AS ATTORNEY**

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, Ryan F. Manion hereby provides notice of his withdrawal as attorney of record for the following Direct Action Plaintiffs: (1) Action Meat Distributors, Inc.; (2) Topco Associates, LLC; (3) Alex Lee, Inc. and Merchants Distributors, LLC; (4) Associated Food Stores, Inc.; (5) Brookshire Grocery Company; (6) Certco, Inc.; (7) Colorado Boxed Beef Co.; (8) The Golub Corporation; (9) Nicholas & Co., Inc.; (10) PFD Enterprises, Inc.; (11) SpartanNash Company; (12) Springfield Grocer Company; (13) The Distribution Group d/b/a Van Eerden Foodservice Co.; (14) Troyer Foods, Inc.; (15) URM Stores, Inc.; and (16) Unipro Foodservice, Inc.

Eric Lifvendahl, Matthew McCahill, Richard Coffman, Robert Kaplan, and Jason Uris will continue to represent the Direct Action Plaintiffs listed above. Allowing the requested withdrawal will not prejudice any party or delay this proceeding.

Respectfully submitted this 20th day of January 2022.

/s/ Ryan F. Manion
Ryan F. Manion
**L&G LAW GROUP, LLP**

Eric. R. Lifvendahl
Ryan F. Manion
175 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone: (312) 364-2500
Email: ELifvendahl@lgcounsel.com
Email: RManion@lgcounsel.com

**THE COFFMAN LAW FIRM**
Richard L. Coffman
3355 W. Alabama, Suite 240
Houston, Texas 77098
Telephone: (713) 528-6700
Email: RCoffman@coffmanlawfirm.com

**KAPLAN FOX & KILSHEIMER, LLP**
Robert N. Kaplan
Matthew P. McCahill
Jason A. Uris
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Email: RKaplan@kaplanfox.com
Email: MMcCahill@kaplanfox.com
Email: Juris@kaplanfox.com

*Counsel for Action Meat Distributors, Inc., Topco Associates, LLC, Alex Lee, Inc. and Merchants Distributors, LLC, Associated Food Stores, Inc., Brookshire Grocery Company, Certco, Inc., Colorado Boxed Beef Co., The Golub Corporation, Nicholas & Co., Inc., PFD Enterprises, Inc., SpartanNash Company, Springfield Grocer Company, The Distribution Group d/b/a Van Eerden Foodservice Co., Troyer Foods, Inc., URM Stores, Inc., and Unipro Foodservice, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2022, the foregoing document was electronically filed with the court and a file-stamped copy was forwarded to all counsel of record through the Court's electronic filing system.

By: /s/ Ryan F. Manion