# EXHIBIT B

*In re Pork Antitrust Litigation (Direct Purchaser Action),* Case No. 0:18-cv-01776-JRT-HB
Assignment Report- Smithfield

| Assigment ID | Exclusion Number | Assignee | Assignor Name |
|---|---|---|---|
| 1 | 8-1 | Amory Investments LLC | MPFS Liquidating Trust, acting by and through Advisory Trust Group, LLC |
| 1-1 | 8-2 | Amory Investments LLC | Maines Paper & Food Service, Inc. ("MPFS") (dba MainSource; dba MainSource Food & Party Warehouse; dba Produce Express; dba Maines Food & Party Warehouse) |
| 1-2 | 8-3 | Amory Investments LLC | Maines Funding Corporation ("MFC") |
| 1-3 | 8-4 | Amory Investments LLC | Maines Paper & Food Service - Chicago, Inc. ("MPFS-Chicago") |
| 1-4 | 8-5 | Amory Investments LLC | Maines Paper & Food Service - Dallas, Inc. ("MPFS-Dallas") |
| 1-5 | 8-6 | Amory Investments LLC | Maines Paper & Food Service - Great Lakes, Inc. ("MPFS-Great Lakes") |
| 1-6 | 8-7 | Amory Investments LLC | Maines Paper & Food Service - Maryland, Inc. ("MPFS-MD") |
| 1-7 | 8-8 | Amory Investments LLC | Maines Paper & Food Service -Mid-Atlantic, Inc. ("MPFS-Mid-Atlantic") |
| 1-8 | 8-9 | Amory Investments LLC | Maines Paper & Food Service - New England, Inc. ("MPFS-NE") |
| 1-9 | 8-10 | Amory Investments LLC | Maines Paper & Food Service - NY Metro, Inc. ("MPFS-NY") |
| 1-10 | 8-11 | Amory Investments LLC | Maines Paper & Food Service - Ohio Inc. ("MPFS-OH") |
| 1-11 | 8-12 | Amory Investments LLC | Maines Paper & Food Service -Tennessee, Inc. ("MPFS-TN") |
| 1-12 | 8-13 | Amory Investments LLC | Maines Paper & Food Service -Worcester, Inc. ("MPFS-Worcester") |
| 1-13 | 8-14 | Amory Investments LLC | Warehouse & Logistics, Inc. ("W&L") |
| 2 | 16-4 | Aramark Food and Support Services Group, Inc. | Sysco Corporation |
| 2-1 | 16-5 | Aramark Food and Support Services Group, Inc. | Single Source, Inc. |
| 3 | 17-35 | Quality Supply Chain Co-op, Inc. | The SYGMA Network, Inc. |
| 3-1 | 17-36 | Quality Supply Chain Co-op, Inc. | The Sysco Corporation |
| 3-2 | 17-37 | Quality Supply Chain Co-op, Inc. | Performance Food Group* |
| 3-3 | 17-38 | Quality Supply Chain Co-op, Inc. | Kenneth O. Lester Company, Inc. d/b/a PFG Customized Distribution |
| 3-4 | 17-39 | Quality Supply Chain Co-op, Inc. | Quality Custom Distribution Services, Inc. |
| 3-5 | 17-40 | Quality Supply Chain Co-op, Inc. | Shamrock Foods Company |
| 3-6 | 17-41 | Quality Supply Chain Co-op, Inc. | Upper Lake Foods, Inc. |
| 3-7 | 17-42 | Quality Supply Chain Co-op, Inc. | ULF Janesville, LLC |
| 3-8 | 17-43 | Quality Supply Chain Co-op, Inc. | Willow Run Foods, Inc. |
| 3-9 | 17-44 | Quality Supply Chain Co-op, Inc. | Fresh Mark, Inc. |
| 3-10 | 17-45 | Quality Supply Chain Co-op, Inc. | Harvest Distribution, Inc. |
| 3-11 | 17-46 | Quality Supply Chain Co-op, Inc. | Southeastern Food Merchandisers, LP |
| 4 | 27-1 | BJ's Wholesale Club, Inc. | Burris Logistics |
| 5 | 29-1 | Buffalo Wild Wings, Inc. | McLane Foodservice, Inc. and its affiliates |
| 6 | 30-1 | CKE Restaurants Holdings, Inc. | McLane Company, Inc. |
| 6-1 | 30-2 | CKE Restaurants Holdings, Inc. | McLane Foodservice, Inc. |
| 6-2 | 30-3 | CKE Restaurants Holdings, Inc. | McLane Foodservice Distribution, Inc. |
| 6-3 | 30-4 | CKE Restaurants Holdings, Inc. | Meadowbrook Meat Company, Inc. |
| 7 | 31-1 | The Fresh Market, Inc. | Burris Logistics |
| 8 | 33-1 | Jimmy John's Buying Group SPV, LLC | Sysco Corporation |
| 9 | 36-1 | The Cheesecake Factory Incorporated | Halperns' Steak and Seafood Company, LLC |
| 9-1 | 36-2 | The Cheesecake Factory Incorporated | Nealy Foods |
| 10 | 38-70 | Target Corporation | C&S Wholesale Grocers, Inc. |
| 11 | 39-2 | Southeastern Grocers LLC | C&S Wholesale Grocers, Inc. |
| 11-1 | 39-4 | Winn-Dixie Stores, Inc. | C&S Wholesale Grocers, Inc. |
| 11-2 | 39-12 | Bi-Lo Holding LLC | C&S Wholesale Grocers, Inc. |
| 11-3 | 39-14 | Bi-Lo LLC | C&S Wholesale Grocers, Inc. |
| 11-4 | 39-19 | Bi-Lo, LLC | C&S Wholesale Grocers, Inc. |
| 12 | 40-1 | McDonald's Corporation | The HAVI Group LP, HAVI Global Solutions LLC and their affiliates |
| 12-1 | 40-2 | McDonald's Corporation | Lopez Foods, Inc., Dorada Poultry LLC, DeOro Foods LLC and their affiliates |
| 12-2 | 40-3 | McDonald's Corporation | OSI Group, LLC and its affiliates |
| 12-3 | 40-4 | McDonald's Corporation | Armada Supply Chain Solutions, LLC and its affiliates |
| 12-4 | 40-5 | McDonald's Corporation | ATEC Systems, Ltd. and its affiliates |
| 12-5 | 40-6 | McDonald's Corporation | IBD Foods, Inc. and its affiliates |
| 12-6 | 40-7 | McDonald's Corporation | The Martin-Brower Company, L.L.C. and its affiliates |
| 13 | 41-1 | Checkers Drive-In Restaurants, Inc. | I-Supply Company |
| 13-1 | 41-2 | Checkers Drive-In Restaurants, Inc. | Upper Lakes Foods, Inc. |
| 13-2 | 41-3 | Checkers Drive-In Restaurants, Inc. | DiCarlo Foods |
| 13-3 | 41-4 | Checkers Drive-In Restaurants, Inc. | Customized Distribution, LLC |
| 13-4 | 41-5 | Checkers Drive-In Restaurants, Inc. | Pocono Produce Co., Inc. d/b/a Pocono ProFoods |
| 14 | 42-1 | Sonic Industries Services Inc. | McLane Foodservice, Inc. |

*In re Pork Antitrust Litigation (Direct Purchaser Action),* Case No. 0:18-cv-01776-JRT-HB
Assignment Report- Smithfield

| Assigment ID | Exclusion Number | Assignee | Assignor Name |
|---|---|---|---|
| 14-1 | 42-2 | Sonic Industries Services Inc. | Performance Food Group, Inc.* |
| 14-2 | 42-3 | Sonic Industries Services Inc. | Nicholas and Company |
| 14-3 | 42-4 | Sonic Industries Services Inc. | Merchants Foodservice |
| 14-4 | 42-5 | Sonic Industries Services Inc. | Shamrock Foods Company |
| 14-5 | 42-6 | Sonic Industries Services Inc. | Gordon Food Service, Inc. |
| 15 | 43-1 | Restaurant Services, Inc. | McLane Company, Inc. and affiliates |
| 15-1 | 43-2 | Restaurant Services, Inc. | Meadowbrook Meat Company, Inc. |
| 15-2 | 43-3 | Restaurant Services, Inc. | Nicholas and Company |
| 15-3 | 43-4 | Restaurant Services, Inc. | Performance Food Group, Inc.* |
| 15-4 | 43-5 | Restaurant Services, Inc. | Reinhart Foodservice, LLC and affiliates |
| 15-5 | 43-6 | Restaurant Services, Inc. | Lineage Foodservice Solutions, LLC and affiliates |
| 15-6 | 43-7 | Restaurant Services, Inc. | Shamrock Foods Company |
| 15-7 | 43-8 | Restaurant Services, Inc. | Maines Paper and Food Service, Inc. and affiliates |
| 15-8 | 43-9 | Restaurant Services, Inc. | Sysco Corporation |
| 15-9 | 43-10 | Restaurant Services, Inc. | SYGMA Network, Inc. |
| 16 | 44-1 | Subway Protein Litigation Corp. | Independent Purchasing Cooperative, Inc. |
| 16-1 | 44-2 | Subway Protein Litigation Corp. | Cash-Wa Distributing |
| 16-2 | 44-3 | Subway Protein Litigation Corp. | Gordon Food Service, Inc. |
| 16-3 | 44-4 | Subway Protein Litigation Corp. | Lineage Logistics |
| 16-4 | 44-5 | Subway Protein Litigation Corp. | Nicholas & Company |
| 16-5 | 44-6 | Subway Protein Litigation Corp. | Performance Food Group, Inc.* |
| 16-6 | 44-7 | Subway Protein Litigation Corp. | Saladino's Inc. |
| 16-7 | 44-8 | Subway Protein Litigation Corp. | Shamrock Foods Company |
| 16-8 | 44-9 | Subway Protein Litigation Corp. | Labatt Food Service LLC |
| 16-9 | 44-10 | Subway Protein Litigation Corp. | Ed Miniat LLC |
| 16-10 | 44-11 | Subway Protein Litigation Corp. | West Liberty Foods, LLC |
| 17 | 45-1 | Golden Corral Corporation | McLane Foodservice, Inc. |
| 18 | 46-1 | Barbeque Integrated, Inc. d/b/a Smokey Bones Bar And Fire Grill | McLane Foodservice, Inc. |
| 18-1 | 46-2 | Barbeque Integrated, Inc. d/b/a Smokey Bones Bar And Fire Grill | Performance Food Group, Inc.* |
| 18-2 | 46-3 | Barbeque Integrated, Inc. d/b/a Smokey Bones Bar And Fire Grill | Reinhart Foodservice, LLC |
| 19 | 48-1 | Cracker Barrel Old Country Store, Inc. | Performance Food Group, Inc.* |
| 19-1 | 48-2 | Cracker Barrel Old Country Store, Inc. | Reinhart Foodservice, LLC |
| 20 | 49-1 | Boston Market Corporation | McLane Foodservice, Inc. |
| 21 | 50-2 | Bojangles Restaurants and Bojangles Opco LLC | McLane Foodservice, Inc. |
| 22 | 52-1 | Services Group of America, Inc. | Food Services of America, Inc. |
| 22-1 | 52-2 | Services Group of America, Inc. | Systems Services of America, Inc. |
| 22-2 | 52-3 | Services Group of America, Inc. | Ameristar Meats, Inc. |
| 23 | 74-2 | Dollar General Corporation | Nash-Finch Company |
| 23-1 | 74-3 | Dollar General Corporation | Super Food Services, Inc. |
| 23-2 | 74-4 | Dollar General Corporation | MDV SpartanNash LLC |
| 24 | 91-3 | Hy-Vee | Topco Associates LLC or Topco Associates, Inc. |
| 25 | 93-3 | US Foods, Inc. | Food Services, of America, Inc., |
| 25-1 | 93-4 | US Foods, Inc. | System Services of America, Inc., |
| 25-2 | 93-5 | US Foods, Inc. | Ameristar Meats, Inc., |
| 25-3 | 93-6 | US Foods, Inc. | Amerifresh, Inc. |
| 25-4 | 93-7 | US Foods, Inc. | GAMPAC Express, Inc. |

*Neither Performance Food Group, Inc. nor any of its subsidiaries (together, "PFG") have requested exclusion from the Settlement Class and, therefore, PFG, to the extent of its eligible purchases that have not been assigned, (a) is a member of the Settlement Class, and (b) such membership of is not affected by any exclusion request submitted by any other entity, including, but not limited to, any entity to which PFG assigned any of its eligible purchases.