UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | NOTICE OF APPEARANCE<br><br>No. 18-cv-01776 |

PLEASE TAKE NOTICE that John Matthew Butler of the law firm of Gibson, Dunn & Crutcher LLP hereby enters his appearance in the above-captioned matter on behalf of Defendant Smithfield Foods, Inc.

Dated January 24, 2021

*/s/ John Matthew Butler*
John Matthew Butler
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave NW
Washington, DC 20036
Telephone:  (202) 887-3739
mbutler@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*