UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | NOTICE OF APPEARANCE<br><br>No. 18-cv-01776 |

PLEASE TAKE NOTICE that Christopher Kopp of the law firm of Gibson, Dunn & Crutcher LLP hereby enters his appearance in the above-captioned matter on behalf of Defendant Smithfield Foods, Inc.

Dated January 24, 2022

/s/ Christopher Kopp
Christopher Kopp
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave NW
Washington, DC 20036
202.955.8619
Ckopp@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*