**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 18-cv-1776 (JRT/HB) |
| This Document Relates To:  All Actions | |

**JOINT UPDATE LETTER FOR JANUARY 31, 2022 STATUS CONFERENCE**

Pursuant to the Court's Order Setting Case Management Conference dated December 20, 2021 (ECF No. 1072), the parties in these cases submit this Joint Update Letter for the status conference set before Magistrate Judge Bowbeer at 1:00 PM on January 31, 2022.

**I.     Hearing on Proposed Case Management Order for MDL DAP Cases**

The parties in the MDL Direct Action Plaintiffs cases have had no further discussions on these issues since submitting their Joint Statement on December 10, 2021 (ECF No. 1046), but will be prepared to discuss those issues during the status conference. The parties respectfully refer the Court to the Joint Statement for their positions on those issues.

**II.    Status of Discovery**

**A. Depositions:**

**Joint Statement:** All Plaintiffs collectively began taking depositions of Defendants' current and former employees on December 1, 2021. Plaintiffs have presently taken seven depositions, and by the January 31 status conference, will have taken ten depositions. Additional depositions are scheduled, and are in the process of being scheduled, in February and March. Most depositions have proceeded remotely.

The first deposition of a Plaintiff, a Consumer Indirect Purchaser Plaintiff, is scheduled for January 25.  Defendants expect to notice depositions of additional Plaintiffs and to subpoena third parties for depositions soon.

There are no disputes or issues related to depositions that require Court intervention at this time.

B. **Structured Data and Data Questions:**

**Plaintiffs' Statement:** Defendants represent that they have substantially completed their data productions to the Classes. They are still in the process of producing additional data in response to requests from the DAPs. Although the productions are represented as "substantially complete," there still remain a number of pieces of unavailable data. For example, two Defendants (JBS and Clemens) do not have readily accessible pre-conduct sales data. The parties are meeting and conferring for the experts to understand the data. Plaintiffs have sent, and Defendants have responded to, numerous sets of letters with detailed technical questions regarding the fields and content of the data sets. Defendants are in the process of responding to some remaining sets of questions and letters.

**Defendants' Statement**: Defendants substantially completed their respective productions of structured data in or prior to September 2021. Plaintiffs have sent Defendants letters containing hundreds of data interpretation questions, and Defendants have supplied answers on a rolling basis.[1]  Given the breadth and complexity of the questions posed and the fact that the questions relate to a multitude of current and historic data systems for various separate business divisions, this has been a difficult and time-consuming exercise.  Defendants will continue to engage with Plaintiffs in good faith regarding their specific data questions.

C. **Validation:**

**Class Plaintiffs' Statement:** The parties are conferring about Defendants' validation of their search methodologies (e.g., the use of technology assisted review ("TAR") and/or search terms). Those meet and confers generally began around the time Defendants substantially completed their document productions.

The various Defendants are situated differently with respect to validation. Certain Defendants have provided all the information requested by Plaintiffs, while others, for instance, are still completing their validation process. Some require further discussion about the information requested by Plaintiffs and Defendants' willingness to provide it.

Plaintiffs are mindful that the Court expressed its preference at the June 4, 2021 status conference to resolve disputes related to validation on a focused factual record rather than through entry of a more general order, as Plaintiffs initially sought (*see* ECF Nos. 534, 534-1). Plaintiffs will continue to meet and confer with each Defendant and hope to avoid the need for Court intervention as to any Defendant. Should any disputed issues require

---

[1] JBS USA has undertaken the restoration of a backup tape to access earlier sales data and, absent any issues, anticipates producing pre-conduct sales data covering April 2007 through 2009 in the next few weeks.

Court intervention, Plaintiffs will work with each relevant Defendant to raise those with the Court in a timely and orderly manner.

**Defendants' Statement**: Defendants have supplied answers to the questions they have received about their validation processes and are not aware of any outstanding disputes. Defendants are willing to continue to meet and confer to the extent that Plaintiffs continue to have questions regarding specific Defendants' validation processes.

## D. <u>Defendants' Responses to MDL DAPs' First Request for Production of Documents:</u>

**MDL DAPs' and Defendants' Joint Statement**: The MDL DAPs received Defendants' responses to their First Request for Production of Documents (the "RFPs") on November 21, 2021. Since then the MDL DAPs have been reviewing those responses, as well as the documents and data produced by Defendants. The MDL DAPs have exchanged correspondence with Defendants regarding Defendants' responses to the MDL DAPs' RFPs and their document and structured data productions, and the MDL DAPs have held meet and confers with a number of the Defendants individually, and certain aspects of those discussions remain ongoing. Those discussions have focused on: the MDL DAPs' requests for additional information or clarification as to what Defendants have already produced in response to Class Plaintiffs' requests for production; information that the MDL DAPs believe was not covered by requests for production propounded by the various plaintiff classes; and on the MDL DAPs' efforts to ensure the completeness of the Defendants' structured data productions related to pork sales and production. The parties are continuing to meet and confer and expect discussions to conclude in the next few weeks. To the extent any dispute about any specific Defendant's responses to the MDL DAPs' RFPs arises and cannot be resolved by agreement, the MDL DAPs will bring those issues to the Court for resolution.

## E. <u>Plaintiffs' Responses to Defendants' Interrogatories</u>:

**Class Plaintiffs' and Defendants' Joint Statement:** Defendants' Second Set of Interrogatories to Class Action Plaintiffs [2] ask the Class Plaintiffs to identify "every Current or Former Employee of any Defendant, including but not limited to every Current or Former Employee of JBS, who provided You with facts, Documents or other information relating to the allegations in the Complaint, including but not limited to facts, Documents, or information provided in accordance with any Settlement Agreement, and Describe what facts, Documents or information each Current or Former Employee provided to You." Class Plaintiffs have objected on various grounds, including breadth, privilege, attorney

---

[2] All Defendants except JBS served the Second Set of Interrogatories on the Commercial and Institutional Indirect Purchaser Class and Consumer Indirect Purchaser Class, and All Defendants except JBS and Smithfield served the Second Set of Interrogatories on the Direct Purchaser Class.

work product, that the interrogatories impermissibly interfere with confidential cooperation provisions of their settlement agreements.  Defendants do not believe that Class Plaintiffs have a legal basis to withhold the requested information, taking the position that the information is not privileged or otherwise protected.  The parties held an initial meet and confer conference on January 20, 2022 and agreed to continue to meet and confer on these issues.

The parties also continue to meet and confer regarding Defendants' First Set of Interrogatories to Class Plaintiffs.  Class Plaintiffs have objected to many these requests as premature contention interrogatories.  Defendants' view is that a number of Defendants' interrogatories are not contention interrogatories, that contention interrogatories are permissible, and that Plaintiffs have an obligation to answer them in a reasonable time period, as with any other discovery.  Fed. R. Civ. P. 33(a)(2).

To the extent the parties are unable to resolve their dispute, they will submit it to the Court for resolution.

### F.  The MDL DAPs' Document Productions:

**MDL DAPs' Statement**: The MDL DAPs were, until the parties' January 14, 2022 conference call to discuss the agenda for the upcoming conference, unaware of Defendants' concerns regarding the status and timing of certain MDL DAPs' structured-data and document productions.  Since Defendants raised this issue for the first time during that conference call, outside of the ongoing negotiations with respect to document custodians, the Defendants have not identified any specific concern as to any MDL DAP's production. On January 20, 2022, the Defendants emailed MDL DAP counsel seeking confirmation as to which MDL DAPs anticipated substantially completing their document productions by January 31, 2022; counsel for the relevant MDL DAPs have responded, or will soon respond, to Defendants' query as to their clients.

**Defendants' Statement:** Only two MDL DAPs—Amory Investments, LLC and Sysco Corporation—have made material productions of unstructured documents to date. Defendants have asked each MDL DAP with passed or impending production deadlines to confirm that they will substantially complete production by the January 31, 2022 or other applicable deadline set forth in the parties' proposed order at ECF No. 1046-1.  Many MDL DAPs have so confirmed; others have requested extensions, to which Defendants expect to agree.  Defendants will be prepared to raise issues as necessary to avoid impacting the case schedule or to address other problems with the timing or content of these productions at the January 31 status conference.

### G.  Production of DPP Class Member Purchase Information:

**Joint Statement**: Direct Purchaser Plaintiffs ("DPPs") have requested that the non-settling Defendants provide additional information regarding pork purchases that fall

4

within the settlement class definition of the Smithfield and JBS settlements in order to facilitate distribution of the settlement proceeds. DPPs and the non-settling Defendants held a global conference regarding this issue on January 21, 2022 and have agreed to continue conferring to see if they can reach an agreement.  If the parties are unable to reach an agreement, DPPs will present this issue to the Court as part of their motion for approval of the DPP settlement class claims distribution process, which they anticipate will be filed by the end of January.

## III.   STATUS OF PENDING MOTIONS

The parties have not had further discussions regarding Class Plaintiffs' Motion to Compel Hormel to Produce Responsive Text Message Content and Enforce Subpoenas to Hormel Custodians but will be prepared to discuss additional information the Court may request.

## IV.   ADDITIONAL STATUS CONFERENCE ATTENDEES

The full list of anticipated attendees for the Defendants at the January 31 status conference is shown below with likely speakers in bold:

Agri Stats: **Liam Phibbs**
Clemens: **Vanessa Barsanti** and Max Samels
Hormel: **Craig Coleman** (also speaking on DPPs' request for additional transactional data for settlement purposes)
JBS: **Sami H. Rashid** and Jessica Nelson
Seaboard: **Pete Schwingler**
Smithfield: **Brian Robison** (also speaking on MDL DAPs' document productions) and John Cotter
Triumph: **Chris Smith** (also speaking on Plaintiffs' interrogatory responses) and Jason Husgen
Tyson: Tiffany Rohrbaugh Rider and **Jarod Taylor** (also speaking on the proposed Case Management Order for MDL DAPs and validation protocols)

DATED: January 24, 2022

Respectfully submitted,

/s/ Bobby Pouya
Bobby Pouya
Clifford H. Pearson
Daniel L. Warshaw
Michael H. Pearson
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
cpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Melissa S. Weiner (MN #0387900)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
T: (612) 389-0600
mweiner@pswlaw.com

Bruce L. Simon
Benjamin E. Shiftan
Neil Swartzberg
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
bsimon@pswlaw.com
bshiftan@pswlaw.com
nswartzberg@pswlaw.com

/s/ Joseph C. Bourne
Joseph C. Bourne (MN #0389922)
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Arielle S. Wagner (MN #0398332)
Craig S. Davis (MN #0148192)
Simeon A. Morbey (MN #0391338)
Stephen M. Owen (MN # 0399370)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
jcbourne@locklaw.com
wjbruckner@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com
csdavis@locklaw.com
samorbey@locklaw.com
smowen@locklaw.com

***Co-Lead Class Counsel for Direct Purchaser Plaintiffs***

/s/ Shana E. Scarlett
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
T: (510) 725-3000
shanas@hbsslaw.com

Steve. W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

/s/ Daniel E. Gustafson
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Brittany N. Resch (#0397656)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
bresch@gustafsongluek.com

**Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs**

/s/ Shawn M. Raiter
Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
T: (651) 312-6518
sraiter@larsonking.com

Jonathan W. Cuneo
Joel Davidow
Blaine Finley
Yifei "Evelyn" Li
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
T: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cunelolaw.com

**Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs**

*/s/ Kyle G. Bates*
Kyle G. Bates
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
T: (415) 633-1908
kbates@hausfled.com

Peter B. Schneider
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
3700 Buffalo Speedway, Suite 300
Houston, Texas 77098
T: (713) 338-2560
F: (415)421-7105
pschneider@schneiderwallace.com

Todd M. Schneider
Matthew S. Weiler
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell St., Suite 1400
Emeryville, California 94608
T: (415) 421-7100
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
T: (480) 428-0145
gwotkyns@schneiderwallace.com

Domingo Emanuelli-Hernández
Attorney General
Guarionex Díaz Martínez
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
T: (787) 721-2900, ext. 2600, 2601
F: (787) 721-3223
gdiaz@justicia.pr.gov

**Counsel for the Commonwealth of Puerto Rico**

*/s/ Robert N. Kaplan*
Robert N. Kaplan
Matthew P. McCahill
Jason A. Uris
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, New York 10022
T: (212) 687-1980
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com
juris@kaplanfox.com

*/s/ Richard L. Coffman*
Richard L. Coffman
THE COFFMAN LAW FIRM
3355 W. Alabama St., Suite 240
Houston, Texas 77098
T: (713) 528-6700
rcoffman@coffmanlawfirm.com

*/s/ Eric R. Lifvendahl*
Eric R. Lifvendahl
L&G LAW GROUP, LLP
175 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
T: (312) 364-2500
elifvendahl@lgcounsel.com
rmanion@lgcounsel.com

*/s/ Bernard D. Marcus*
Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
MARCUS & SHAPIRA LLP
One Oxford Center, 35th Floor
Pittsburgh, Pennsylvania 15219
T: (412) 471-3490
marcus@marcus-shapira.com
cain-mannix@marcus-shapira.com
hill@marcus-shapira.com

***Counsel for MDL DAPs Action Meat Distributors, Inc., Topco Associates, LLC, Alex Lee, Inc./Merchants Distributors, LLC, Associated Food Stores, Inc., Brookshire Grocery Company, Colorado Boxed Beef Co., Certco, Inc., The Golub Corporation, Nicholas & Co., PFD Enterprises, Inc., SpartanNash Company, Springfield Grocer Company, The Distribution Group d/b/a Van Eerden Foodservice Co., Troyer Foods, Inc., URM Stores, Inc., and Giant Eagle, Inc.***

*/s/ David C. Eddy*
David C. Eddy
Dennis J. Lynch
Travis C. Wheeler
Chase C. Keibler
**NEXSEN PRUET, LLC**
1230 Main Street, Suite 700
Columbia, South Carolina 29201
Telephone: (803) 771-8900
Facsimile: (803) 253-8277
Email: deddy@nexsenpruet.com
Email: dlynch@nexsenpruet.com
Email: twheeler@nexsenpruet.com
Email: ckeibler@nexsenpruet.com

***Counsel for Plaintiffs Conagra Brands, Inc.; Nestlé USA, Inc.; Nestlé Purina PetCare Co.; and Howard B. Samuels, acting solely in his capacity as Chapter 7 trustee for the bankruptcy of the estate of Central Grocers, Inc.***

*/s/ David B. Esau*
**CARLTON FIELDS, P.A.**
David B. Esau
Email: desau@carltonfields.com
Kristin A. Gore
Email: kgore@carltonfields.com
Garth T. Yearick
Email: gyearick@carltonfields.com
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070
Fax: (561) 659-7368

Roger S. Kobert
Email: rkobert@carltonfields.com
405 Lexington Avenue, 36th Floor
New York, New York 10174-3699
Tel: (212) 785-2577
Fax: (212) 785-5203

Aaron A. Holman
Email:  aholman@carltonfields.com
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Tel: (407) 849-0300
Fax: (407) 648-9099

***Counsel for Cheney Brothers, Inc.; Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust; Buffalo Wild Wings, Inc.; Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc; and Restaurant Services, Inc.***

/s/  William J. Blechman

Richard A. Arnold, Esquire
William J. Blechman, Esquire
Kevin A. Murray, Esquire
Douglas H. Patton, Esquire
Samuel J. Randall, Esquire
Michael A. Ponzoli, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida  33131
Tel:     (305) 373-1000
Fax:     (305) 372-1861
E-mail:     rarnold@knpa.com
            wblechman@knpa.com
            kmurray@knpa.com
            dpatton@knpa.com
            srandall@knpa.coSm
            mponzoli@knpa.com

**_Counsel for The Kroger Co., Albertsons
Companies, Inc., Hy-Vee Inc., Save Mart
Supermarkets, and US Foods, Inc._**

/s/ Scott E. Gant

Scott E. Gant
Michael S. Mitchell
Sarah L. Jones
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, DC 20005
T: 202-237-2727
sgant@bsfllp.com
mmitchell@bsfllp.com
sjones@bsfllp.com

Colleen Harrison
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
T: 914-749-8204
charrison@bsfllp.com

**_Counsel for MDL DAPs Sysco Corporation
and Amory Investments LLC_**

/s/ *Patrick J. Ahern*
Patrick J. Ahern
Theodore B. Bell
AHERN & ASSOCIATES, P.C.
Willoughby Tower
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
T: (312) 404-3760
patrick.ahern@ahernandassociatespc.com
theo.bell@ahernandassociatespc.com

***Counsel for Plaintiffs Winn-Dixie Stores, Inc.; Bi-Lo Holdings, LLC; and Kraft Heinz Foods Company***

*/s/ David P. Germaine*
Paul E. Slater
Joseph M. Vanek
David P. Germaine
Alberto Rodriguez
Jeffrey H. Bergman
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
pes@sperling-law.com
jvanek@sperling-law.com
dgermaine@sperling-law.com
arodriguez@sperling-law.com
jbergman@sperling-law.com

Phillip F. Cramer
Christina Lopez
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Tel: (615) 742-4200
pcramer@srvhlaw.com
clopez@srvhlaw.com

/s/ *Philip J. Iovieno*
Philip J. Iovieno
Nicholas A. Gravante, Jr.
Karen C. Dyer
Lawrence S. Brandman
Jack G. Stern
Gillian Groarke Burns
Mark A. Singer
Elizabeth R. Moore
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
T: (212) 504-6000
philip.iovieno@cwt.com
nicholas.gravante@cwt.com
karen.dyer@cwt.com
lawrence.brandman@cwt.com
jack.stern@cwt.com
gillian.burns@cwt.com
mark.singer@cwt.com
elizabeth.moore@cwt.com

***Counsel for MDL DAPs Jetro Holdings, LLC and BJ's Wholesale Club, Inc. and Co-Counsel for Plaintiffs Kraft Heinz Foods Company; Winn-Dixie Stores, Inc.; and Bi-Lo Holdings, LLC***

***Counsel for Associated Grocers of the South, Inc., Dollar General Corporation, Dolgencorp, LLC, Meijer, Inc., Meijer Distribution Inc., Publix Super Markets, Inc., Raley's, United Natural Foods, Inc., SuperValu, Inc., Associated Grocers of Florida, Inc., Unified Grocers, Inc., Tony's Fine Foods, and Wakefern Food Corp.***

/s/ Mark L. Johnson
Mark L. Johnson (#0345520)
Davida Williams (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Christina Sharkey (*pro hac vice)*
Jenna Stupar (*pro hac vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
christina.sharkey@kirkland.com
jenna.stupar@kirkland.com

***Counsel for Clemens Food Group, LLC and The Clemens Family Corporation***

/s/ Richard A. Duncan
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center 90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com
bryan.washburn@faegredrinker.com

Jacob D. Bylund (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone: (515) 248-9000
Facsimile: (515) 248-9010
jacob.bylund@faegredrinker.com

Jonathan H. Todt (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465

jonathan.todt@faegredrinker.com

John S. Yi (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
john.yi@faegredrinker.com

**Counsel for Hormel Foods Corporation and Hormel Foods, LLC**

*/s/ Don Heeman*
Jessica J. Nelson (#0347358)
Donald G. Heeman (#0286023)
Randi J. Winter (#0391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402-4206
Telephone: (612) 268-7000
jnelson@spencerfane.com
dheeman@spencerfane.com
rwinter@spencerfane.com

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com

Stephen R. Neuwirth (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
Heather K. Christenson (*pro hac vice*)
Kari Wohlschlegel (*pro hac vice*)
Andrew T. Sutton (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
stephenneuwirth@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com
heatherchristenson@quinnemanuel.com
kariwohlschlegel@quinnemanuel.com
andrewsutton@quinnemanuel.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100 St. Louis, MO
63105
Telephone: (314) 863-0800
nicci.warr@stinson.com

**Counsel for Seaboard Foods LLC and Seaboard Corporation**

**Counsel for JBS USA Food Company**

*/s/ John A. Cotter*
John A. Cotter (#0134296)
John A. Kvinge (#0392303)
LARKIN HOFFMAN DALY & LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
Telephone: (952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W. Washington, D.C. 20036-5306
Telephone: (202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
Telephone: (214) 698-3370
brobison@gibsondunn.com

**Counsel for Smithfield Foods, Inc.**

*/s/ Christopher A. Smith*
CHRISTOPHER A. SMITH (*pro hac vice*)
Aaron Chapin (#0386606)
Christopher A. Smith (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
Sarah L. Zimmerman (*pro hac vice filed*)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com

**Counsel for Triumph Foods, LLC**

*/s/ David P. Graham*
David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street Minneapolis, MN 55402
Telephone: (612) 486-1521
dgraham@dykema.com

Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
Lindsey Strang Aberg (pro hac vice)
AXINN, VELTROP &
HARKRIDER LLP
950 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 912-4700
radcox@axinn.com trider@axinn.com
lstrang@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8109
jtaylor@axinn.com

Kail Jethmalani (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
kjethmalani@axinn.com

*Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*

*/s/ Peter H. Walsh*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Telephone: (612) 402-3000
Facsimile: (612) 402-3001
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW Washington, D.C. 20004
Telephone: (202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Agri Stats, Inc.*