## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Chief Judge John R. Tunheim |
| | Mag. Judge Hildy Bowbeer |
| This Document Relates To: | 18-cv-1776 |
| *All Actions* | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kenina J. Lee of the law firm of Axinn, Veltrop & Harkrider, LLP hereby enters her appearance in the above-captioned matter on behalf of Defendants Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; and Tyson Prepared Foods, Inc.

Dated: January 24, 2022

Respectfully submitted,

By: */s/ Kenina J. Lee*
Kenina J. Lee
Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
Telephone:  202.912.4700
Facsimile:  202.912.4701
klee@axinn.com

NYDOCS\1517838.1