**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Chief Judge John R. Tunheim |
| | Mag. Judge Hildy Bowbeer |
| This Document Relates To: | 18-cv-1776 |
| *All Actions* | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Brandon T. Boxbaum of the law firm of Axinn, Veltrop & Harkrider, LLP hereby enters his appearance in the above-captioned matter on behalf of Defendants Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; and Tyson Prepared Foods, Inc.

Dated: January 24, 2022

Respectfully submitted,

By: */s/ Brandon T. Boxbaum*
Brandon T. Boxbaum
Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
Telephone: 202.469.3538
Facsimile: 202.912.4701
bboxbaum@axinn.com