UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-HB |
| IN RE: PORK ANTITRUST LITIGATION | Case No. 0:21-md-02998-JRT-HB |
| This document relates to: | |
| Cheney Brothers, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-01373-JRT-HB |
| Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust v. Agri Stats, Inc. et al. | Case No. 0:21-cv-01605-JRT-HB |
| Buffalo Wild Wings, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02508-JRT-HB |
| Jimmy John's Buying Group SPV, LLC v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02509-JRT-HB |
| Sonic Industries Services Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02510-JRT-HB |
| CKE Restaurants Holdings, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02511-JRT-HB |
| Wawa, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02512-JRT-HB |
| Restaurant Services, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02513-JRT-HB |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that attorney Scott L. Menger of the law firm of Carlton Fields, LLP hereby enters his appearance as additional counsel of record for Plaintiffs Cheney Brothers, Inc.; Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust; Buffalo Wild Wings, Inc.; Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc; and Restaurant Services, Inc. in the above-captioned matter.

Dated:  January 25, 2022

*/s/ Scott L Menger*

Scott L. Menger
Email: smenger@carltonfields.com
CARLTON FIELDS, LLP
2029 Century Park East, Suite 1200
Los Angeles, California 90067
Tel: (310) 843-6300

*Counsel for Cheney Brothers, Inc.; Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust; Buffalo Wild Wings, Inc.; Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc.; and Restaurant Services, Inc.*