UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No: 18-cv-1776 (JRT/HB) |
| This document relates to:<br><br>ASSOCIATED GROCERS OF THE SOUTH, INC., DOLLAR GENERAL CORPORATION, DOLGENCORP, LLC, MEIJER, INC., MEIJER DISTRIBUTION, INC., PUBLIX SUPER MARKETS, INC., RALEY'S, UNITED NATURAL FOODS, INC., SUPERVALU, INC., ASSOCIATED GROCERS OF FLORIDA, INC., UNIFIED GROCERS, INC., TONY'S FINE FOODS, WAKEFERN FOOD CORP.<br><br>           Plaintiffs,<br>vs.<br><br>AGRI STATS, INC., CLEMENS FOOD GROUP, LLC, THE CLEMENS FAMILY CORPORATION, HORMEL FOODS CORPORATION, JBS USA FOOD COMPANY, SEABOARD FOODS LLC, SMITHFIELD FOODS, INC., TRIUMPH FOODS, LLC, TYSON FOODS, INC., TYSON PREPARED FOODS, INC., AND TYSON FRESH MEATS, INC.<br><br>Defendants. | Case No.: 22-cv-00071 (JRT/HB) |

**PLAINTIFFS' CONSOLIDATED RULE 7.1 DISCLOSURE STATEMENT**

1

Plaintiffs Associated Grocers of the South, Inc.; Dollar General Corporation; Dolgencorp, LLC; Meijer, Inc.; Meijer Distribution, Inc.; Publix Super Markets, Inc., Raley's; United Natural Foods, Inc.; SuperValu, Inc.; Associated Grocers of Florida, Inc.; Unified Grocers, Inc.; Tony's Fine Foods; and Wakefern Food Corporation make the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Associated Grocers of the South, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

2. Dollar General Corporation is a publicly held corporation whose shares are traded on the New York Stock Exchange. Dollar General Corporation has no parent corporation and no publicly held corporation owns 10% or more of its stock.

3. Dolgencorp, LLC states that it has the following parent corporation or publicly held corporation that owns 10% or more of its membership interest: Dollar General Corporation.

4. Meijer, Inc. and Meijer Distribution Inc. state that: (1) Meijer Distribution, Inc. is a wholly owned subsidiary of Meijer, Inc.; (2) Meijer, Inc. is a wholly owned subsidiary of Meijer Companies, Ltd., and (3) no publicly held corporation owns 10% or more of the stock Meijer, Inc. or Meijer Distribution, Inc.

5. Publix Super Markets, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

6. Raley's has no parent corporation and no publicly held corporation owns 10% or more of its stock.

7. United Natural Foods, Inc. ("**UNFI**") is a publicly held corporation whose shares are traded on the New York Stock Exchange. UNFI has no parent corporation. To the knowledge of UNFI, as of September 29, 2021, BlackRock, Inc. is the only publicly traded entity that owns more than 10% of the outstanding shares of UNFI.

8. SuperValu Inc. ("**SVU**"), Associated Grocers of Florida, Inc. ("**AGFL**"), Unified Grocers, Inc. ("**Unified**"), and Tony's Fine Foods ("**Tony's**") are not publicly held corporations. UNFI, a publicly held corporation. is parent corporation or the ultimate parent corporation of SVU, AGFL, Unified, and Tony's. No other publicly held corporation owns 10% or more of SVU, AGFL, Unified, or Tony's.

9. Wakefern Corporation has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: January 26, 2022                Respectfully submitted,

By: _/s/ David P. Germaine_
David P. Germaine

Paul E. Slater
Joseph M. Vanek
David P. Germaine
Alberto Rodriguez
Jeffrey H. Bergman
**SPERLING & SLATER, P.C.**
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
pes@sperling-law.com
jvanek@sperling-law.com
dgermaine@sperling-law.com
arodriguez@sperling-law.com
jbergman@sperling-law.com

Phillip F. Cramer
**SHERRARD ROE VOIGT & HARBISON, PLC**
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Phone: (615) 742-4200
pcramer@srvhlaw.com
clopez@srvhlaw.com

*Counsel for Associated Grocers of the South, Inc., Dollar General Corp., Dolgencorp, LLC, Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc., United Natural Foods, Inc., Supervalu Inc., Associated Grocers of Florida, Inc., Unified Grocers, Inc., Tony's Fine Foods, and Wakefern Food Corp.*

## CERTIFICATE OF SERVICE

I certify that on January 26, 2022, I filed the foregoing document electronically using the Court's CM/ECF system, which will generate notice of this filling to all counsel of record.

**SPERLING & SLATER, P.C.**

By: /s/ David P. Germaine
David P. Germaine

4