# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 0:18-cv-01776-JRT-HB<br><br>**Notice of Appearance** |

PLEASE TAKE NOTICE that Matthew P. McCahill of the law firm of Kaplan Fox & Kilsheimer, LLP hereby enters his appearance in the above-captioned matter on behalf of Plaintiffs Action Meat Distributors, Inc., Topco Associates, LLC, Alex Lee, Inc./Merchants Distributors, LLC, Associated Food Stores, Inc., Brookshire Grocery Company, Colorado Boxed Beef Co., Certco, Inc., The Golub Corporation, Nicholas & Co., PFD Enterprises, Inc., SpartanNash Company, Springfield Grocer Company, The Distribution Group d/b/a Van Eerden Foodservice Co., Troyer Foods, Inc., URM Stores, Inc., Giant Eagle, Inc. and UniPro Foodservice, Inc.

Dated: January 27, 2022

*/s/ Matthew P. McCahill*
Matthew P. McCahill
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Email: mmccahill@kaplanfox.com

*Counsel for Plaintiffs Action Meat Distributors, Inc., Topco Associates, LLC, Alex Lee, Inc./Merchants Distributors, LLC, Associated Food Stores, Inc., Brookshire Grocery Company, Colorado Boxed Beef Co., Certco, Inc., The Golub Corporation, Nicholas & Co., PFD Enterprises, Inc., SpartanNash Company, Springfield Grocer Company, The Distribution Group d/b/a Van Eerden Foodservice Co., Troyer Foods, Inc., URM Stores, Inc., Giant Eagle, Inc. and UniPro Foodservice, Inc.*

## Certificate of Service

Matthew P. McCahill hereby certifies that on January 27, 2022, I caused a true and correct copy of the foregoing Notice of Appearance to be filed and served on all counsel of record via CM/ECF.

*/s/ Matthew P. McCahill*
Matthew P. McCahill