UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Direct Purchaser Plaintiff Actions | No. 0:18-cv-01776-JRT-HB<br><br>**DEFENDANT SMITHFIELD FOODS, INC.'S NOTICE OF COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT** |

Pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"), on July 23, 2021, Defendant Smithfield Foods, Inc. ("Smithfield") notified the appropriate federal and state officials of its proposed settlement with the Direct Purchaser Plaintiffs in this action. An example of the notice that Smithfield sent to the Attorney General of the United States and State attorneys general is attached as Exhibit A.

Dated: January 27, 2022

/s/ *Brian Robison*
Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
(214) 698-3370
brobison@gibsondunn.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

John A. Cotter (134296)
John A. Kvinge (0392303)
LARKIN HOFFMAN DALY &
LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 896-3340
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

*Counsel for Smithfield Foods, Inc.*