# EXHIBIT A

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

2001 Ross Avenue
Dallas, TX 75201-2911
Tel 214.698.3100
www.gibsondunn.com

Brian E. Robison
Direct: +1 214.698.3370
Fax: +1 214.571.2928
BRobison@gibsondunn.com

Client: 91389-00001

July 23, 2021

<u>**VIA USPS PRIORITY MAIL**</u>

U.S. Attorney General Merrick Garland
Office of the Attorney General
U. S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

Re:   **CAFA Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**;
*In re: Pork Antitrust Litigation*, No. 0:18-cv-01776-JRT-HB, in the United States District Court for the District of Minnesota

Dear Attorney General Garland:

Smithfield Foods, Inc. ("Smithfield") is a defendant in the above-referenced matter that is pending in the United States District Court for the District of Minnesota before the Honorable John R. Tunheim. In compliance with the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, Smithfield hereby serves you with notice that a proposed settlement of this action between Smithfield and the Direct Purchaser Plaintiffs as well as a class of similarly situated purchasers ("DPPs") has been filed with the Court.

The DPPs' consolidated putative nationwide class action lawsuit asserts a claim under Section 1 of the Sherman Act arising from an alleged agreement to restrict the supply of, and thereby raise the price of, pork. Smithfield denies all of these claims but has agreed to settle this lawsuit to avoid the expense, uncertainty, delay, and other risks inherent in further litigation.

**PROPOSED SETTLEMENT CLASS DEFINITION**

The proposed settlement class consists of:

DPPs and all other persons who purchased Pork directly from any of the Defendants or any co-conspirator, or their respective subsidiaries or affiliates for use or delivery in the United States from January 1, 2009 through January 12, 2021. Specifically excluded from the Settlement Class

**GIBSON DUNN**

July 23, 2021
Page 2

are the Defendants; the officers, directors or employees of any Defendant; any entity in which any Defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any Defendant. Also excluded from this Settlement Class are any federal, state, or local governmental entities, any judicial officer presiding over this action and the members of his/her immediate family and judicial staff, and any juror assigned to this action.

**MATERIALS REQUIRED BY 28 U.S.C. § 1715**

I have enclosed a CD containing the materials required by 28 U.S.C. § 1715(b). We have prepared this CD in Adobe Acrobat (.pdf) format.

**(1)   A copy of the complaint and any materials filed with the complaint and any amended complaints.**

Folder 1 in the enclosed CD contains the following complaints filed by the DPPs: the First Amended and Consolidated Class Action Complaint (filed on August 17, 2018); the Second Amended and Consolidated Class Action Complaint [REDACTED] (filed on November 6, 2019); and the Third Consolidated Amended Class Action Complaint (filed on January 15, 2021).

**(2)   Notice of any scheduled judicial hearing in the class action.**

The Court has not yet set the DPPs' motion for preliminary approval of the settlement with Smithfield for a hearing. The Court could set a hearing on that motion at any time. In order to monitor the Court's schedule for hearing dates and changes to hearing dates, you may find scheduling information by visiting the "CM/ECF" online docket for the above-captioned case at https://ecf.mnd.uscourts.gov/cgi-bin/DktRpt.pl?145327783640445-L_1_1-1 or the settlement website at www.porkantitrustlitigation.com.

**(3)   Any proposed or final notification to class members of — (A) (i) the members' rights to request exclusion from the class action; or (ii) if no right to request exclusion exists, a statement that no such right exists; and (B) a proposed settlement of a class action.**

Folder 3 in the enclosed CD contains the all three forms of the class action notice (the long-form notice, the email notice, and the publication notice) for the Smithfield

**GIBSON DUNN**

July 23, 2021
Page 3

settlement with the DPPs that the DPPs recently filed with the Court. The notice informs the class members of their right to request exclusion from the Smithfield settlement class and provides extensive information about the terms of the Smithfield settlement with the DPPs.

Folder 3 in the enclosed CD also includes the final class action notices used for the DPPs' prior settlement with one other defendant: JBS USA Food Company ("JBS").

**(4)     Any proposed or final class action settlement.**

Folder 4 in the enclosed CD contains a copy of Smithfield's settlement agreement with the DPPs, which was fully executed on June 29, 2021.

Folder 4 in the enclosed CD also contains a copy of the class action settlement agreement signed by the DPPs and JBS on November 17, 2020.

**(5)     Any settlement or other agreement contemporaneously made between class counsel and counsel for the defendants.**

The total amount of Smithfield's settlement payment shall be reduced if the class members opting-out of the settlement class exceed a certain percentage of the class members' direct purchases of pork from Smithfield during a defined time period. As disclosed in the settlement agreement, Smithfield and class counsel entered into a confidential letter agreement that contains information necessary for the parties to calculate the amount of any payment reduction. Upon request, Smithfield will provide this supplemental agreement to your office on a confidential basis. Please let us know if you need a copy.

**(6)     Any final judgment or notice of dismissal.**

Because the DPPs' motion for preliminary approval of their class action settlement with Smithfield was just filed on July 14, 2021, there has been no final judgment or notice of dismissal entered as to Smithfield.

Likewise, the DPPs' motion for final approval of their class action settlement with JBS was filed on July 12, 2021, and the hearing on that motion has been set for July 26 at 11 AM central time. Thus, there has been no final judgment or notice of dismissal entered as to JBS.

**GIBSON DUNN**

July 23, 2021
Page 4

**(7) (A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.**

It is not feasible to provide the information requested in subsection 7(A) at this time. Because the proposed settlement class includes entities that bought pork not only from Smithfield but also from other defendants, Smithfield does not have knowledge of the names of the class members who reside in each state or the estimated proportionate share of the claims of such class members. The names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class member names by state of residence.

Class members that properly submit claim forms and supporting documentation shall receive a share of the settlement fund.

**(8)   Any written judicial opinion relating to the materials described under subparagraphs (3) through (6).**

Because the DPPs' motion for preliminary approval of their class action settlement with Smithfield was just filed on July 14, 2021, there has been no written judicial opinion entered relating to the Smithfield class action settlement, the proposed notice to the Smithfield settlement class, preliminary or final approval of the Smithfield settlement, or the other matters discussed in 28 U.S.C. § 1715(b)(3)-(6).

Folder 8 contains the Court's order granting preliminary approval of the DPPs' settlement with JBS and approving the notice plan for the JBS settlement.

------------

Any materials relating to the proposed settlement that are filed after the service of this notice can be found by visiting the "CM/ECF" online docket for the above-captioned case at https://ecf.mnd.uscourts.gov/cgi-bin/DktRpt.pl?145327783640445-L_1_1-1. These materials can also be obtained by visiting the settlement website at www.porkantitrustlitigation.com, to which class members have been directed to obtain updated information regarding the settlement.

**GIBSON DUNN**

July 23, 2021
Page 5

-----------

      Please be advised that the parties will ask that the Court find that this notice fully complies with CAFA, and there will be no supplement to this notice.  Please do not hesitate to contact me with any questions you may have regarding these materials.

Sincerely,

*Brian Robison*

Brian E. Robison
Counsel for Smithfield Foods, Inc.

Enclosures