## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* <br><br> This Document Relates To:  All Actions | Case No. 18-cv-1776 (JRT/HB) |

### NOTICE OF *IN CAMERA* SUBMISSION BY DIRECT PURCHASER PLAINTIFFS OF THE CONFIDENTIAL AGREEMENT REGARDING THE OPT-OUT REDUCTION THRESHOLD FOR SMITHFIELD SETTLEMENT

In accordance with the Court's request during the January 27, 2022 final approval hearing for the settlement between the Direct Purchaser Plaintiffs ("DPPs") and defendant Smithfield Foods, Inc. ("Smithfield"), the DPPs hereby give notice that the Confidential Agreement regarding the percentage of opt-out commerce that would trigger application of the settlement reduction formula referenced in Paragraph 20 of the parties' class action settlement agreement (ECF No. 831-2, at p. 19) is being submitted for *in camera* review by the Court.

565471.1

DATED: January 27, 2022.

| | |
|---|---|
| */s/ Bobby Pouya*<br>Bobby Pouya<br>Clifford H. Pearson<br>Daniel L. Warshaw<br>Michael H. Pearson<br>PEARSON SIMON & WARSHAW, LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 91403<br>T: (818) 788-8300<br>cpearson@pswlaw.com<br>dwarshaw@pswlaw.com<br>bpouya@pswlaw.com<br>mpearson@pswlaw.com<br><br>Melissa S. Weiner (MN #0387900)<br>PEARSON, SIMON & WARSHAW, LLP<br>800 LaSalle Avenue, Suite 2150<br>Minneapolis, MN 55402<br>T: (612) 389-0600<br>mweiner@pswlaw.com<br><br>Bruce L. Simon<br>Benjamin E. Shiftan<br>Neil Swartzberg<br>PEARSON, SIMON & WARSHAW, LLP<br>350 Sansome Street, Suite 680<br>San Francisco, CA 94104<br>T: (415) 433-9000<br>F: (415) 433-9008<br>bsimon@pswlaw.com<br>bshiftan@pswlaw.com<br>nswartzberg@pswlaw.com | */s/ Joseph C. Bourne*<br>Joseph C. Bourne (MN #0389922)<br>W. Joseph Bruckner (MN #0147758)<br>Brian D. Clark (MN #0390069)<br>Arielle S. Wagner (MN #0398332)<br>Craig S. Davis (MN #0148192)<br>Simeon A. Morbey (MN #0391338)<br>Stephen M. Owen (MN # 0399370)<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>T: (612) 339-6900<br>jcbourne@locklaw.com<br>wjbruckner@locklaw.com<br>bdclark@locklaw.com<br>aswagner@locklaw.com<br>csdavis@locklaw.com<br>samorbey@locklaw.com<br>smowen@locklaw.com<br><br><br>***Co-Lead Class Counsel for Direct Purchaser Plaintiffs*** |