UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No: 18-cv-1776-JRT-HB |
| This Document Relates To: ALL ACTIONS | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William J. Blechman, Douglas H. Patton, Samuel J. Randall and Michal A. Ponzoli of the law firm of Kenny Nachwalter, P.A. hereby enter their appearance in the above-captioned matter on behalf of Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc., Save Mart Supermarkets, and US Foods, Inc.

Dated: January 28, 2022　　　　　　　　Respectfully submitted,

By: *s/ William J. Blechman*
William J. Blechman, Esquire
Douglas H. Patton, Esquire
Samuel J. Randall, Esquire
Michael A. Ponzoli, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:  (305) 373-1000
Fax:  (305) 372-1861
E-mail:  wblechman@knpa.com
　　　　　dpatton@knpa.com
　　　　　srandall@knpa.com
　　　　　mponzoli@knpa.com

**Counsel for Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc., Save Mart Supermarkets, and US Foods, Inc.**

642579.1