# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT-HB) |
| This Document Relates To: Below-Listed DAP Actions | **STIPULATION FOR DISMISSAL OF DEFENDANT SEABOARD CORPORATION WITHOUT PREJUDICE** |
| ACTION MEAT DISTRIBUTORS, INC., et al., Plaintiffs, v. AGRI STATS, ET AL., Defendants. | Case No. 21-cv-01454 (JRT-HB) |
| CONAGRA BRANDS, INC., Plaintiff, v. AGRI STATS, ET AL., Defendants. | Case No. 21-cv-1873 (JRT-HB) |
| GIANT EAGLE, INC., Plaintiff, v. AGRI STATS, ET AL., Defendants | Case No. 21-cv-1874 (JRT-HB) |
| NESTLÉ PURINA PETCARE COMPANY and NESTLÉ USA, INC. | Case No. 21-cv-01715 (JRT-HB) |

CORE/9990000.2334/172348860.1

|  |  |
|---|---|
| Plaintiff, <br><br> v. <br><br> AGRI STATS, ET AL., <br> Defendants |  |
| UNIPRO FOODSERVICE, INC. <br> Plaintiff, <br><br> v. <br><br> AGRI STATS, ET AL., <br> Defendants | Case No. 21-cv-02757 (JRT-HB) |
| HOWARD B. SAMUELS, solely as Chapter 7 Trustee of the estate of CENTRAL GROCERS, INC. <br> Plaintiff, <br><br> v. <br><br> AGRI STATS, ET AL., <br> Defendants | Case No. 21-cv-2526 (JRT-HB) |

WHEREAS, Plaintiffs in the above-named actions brought claims against Defendants Seaboard Foods LLC and Seaboard Corporation relating to hog and pork production;

WHEREAS, Plaintiffs in the above-named actions have agreed to dismiss the claims against Seaboard Corporation without prejudice, provided that Seaboard Corporation

- 2 -

makes satisfactory representations about its lack of direct involvement in hog and pork production;

WHEREAS, Seaboard Corporation represents that it does not directly own any hog-producing or pork-processing assets and does not directly produce, market, or sell hogs or pork;

THEREFORE, the undersigned parties hereby stipulate and agree as follows:

1. The Complaint of Action Meat Distributors, Inc., Alex Lee, Inc., Associated Food Stores, Inc., Brookshire Grocery Company, Certco, Inc., Colorado Boxed Beef Co., Merchants Distributors, LLC, Nicholas & Co., Inc., PFD Enterprises, Inc., Spartannash Company's, Springfield Grocer Company, The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company), The Golub Corporation, Topco Associates, LLC, Troyer Foods, Inc., and URM Stores, Inc. (collectively, the "Action Meat Plaintiffs") (Case No. 21-cv-01454) shall be dismissed as to Seaboard Corporation without prejudice;

2. The Complaint of Conagra Brands, Inc. (Case No. 21-cv-1873) shall be dismissed as to Seaboard Corporation without prejudice;

3. The Complaint of Giant Eagle, Inc. (Case No. 21-cv-1874) shall be dismissed as to Seaboard Corporation without prejudice;

4. The Complaint of Nestlê Purina Petcare Company and Nestlê USA, Inc. (Case No. 21-cv-01715) shall be dismissed as to Seaboard Corporation without prejudice;

5. The Complaint of UniPro Foodservice, Inc. (Case No. 21-cv-02757) shall be dismissed as to Seaboard Corporation without prejudice; and

6. The Complaint of Howard Samuels, solely as Chapter 7 Trustee of the estate of Central Grocers, Inc. ("Central Grocers") (Case No. 21-cv-2526) shall be dismissed as to Seaboard Corporation without prejudice.

7. All statutes of limitations applicable to any and all claims that the Action Meat Plaintiffs, Conagra Brands, Inc., Giant Eagle, Inc., Nestlê Purina Petcare Company and Nestlê USA, Inc., UniPro Foodservice, Inc., and Central Grocers may have against Seaboard Corporation shall be tolled from the entry of the dismissal without prejudice until such a time, if it were to occur, that the Action Meat Plaintiffs, Conagra Brands, Inc., Giant Eagle, Inc., Nestlê Purina Petcare Company and Nestlê USA, Inc., UniPro Foodservice, Inc., and/or Central Grocers reinstate any such claims, but, in any event, no later than judgment is entered on the claims against Seaboard Foods LLC.

Dated: January 28, 2022

/s/ Peter Schwingler
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Phone: (612) 335-1500
Fax:   (612) 335-1657
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com

/s/ Matthew P. McCahill
Eric R. Lifvendahl
**L&G LAW GROUP, LLP**
175 W. Jackson Blvd., Suite 950

Chicago, Illinois 60604
Telephone: (312) 364-2500
Email: elifvendahl@lgcounsel.com

**KAPLAN FOX & KILSHEIMER, LLP**
Robert N. Kaplan
Matthew P. McCahill
Jason A. Uris

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Phone: (314) 863-0800
Fax: (314) 863-9388
nicci.warr@stinson.com

*Attorneys for Defendants Seaboard Foods LLC and Seaboard Corporation*

**THE COFFMAN LAW FIRM**
Richard L. Coffman
3355 W. Alabama Street, Suite 240
Houston, Texas 77098
Telephone: (713) 528-6700
Email: rcoffman@coffmanlawfirm.com

*Counsel for the Action Meat Plaintiffs and UniPro Foodservice, Inc.*

*/s/ David C. Eddy*
David C. Eddy
Dennis J. Lynch
Travis C. Wheeler
Chase C. Keibler
**NEXSEN PRUET, LLC**
1230 Main Street, Suite 700
Columbia, South Carolina 29201
Telephone: (803) 771-8900
Facsimile: (803) 253-8277
deddy@nexsenpruet.com
dlynch@nexsenpruet.com
twheeler@nexsenpruet.com
ckeibler@nexsenpruet.com

*Attorneys for Plaintiffs Conagra Brands, Inc., Nestlê Purina Petcare Company and Nestlê USA, Inc., and Howard Samuels, solely as Chapter 7 Trustee of the estate of Central Grocers, Inc.*

850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: mmccahill@kaplanfox.com
Email: juris@kaplanfox.com

*/s/ Moira Cain-Mannix*

- 6 -

**MARCUS & SHAPIRA LLP**
Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
One Oxford Center, 35th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 471-3490
Email: marcus@marcus-shapira.com
Email: cain-mannix@marcus-shapira.com
Email: hill@marcus-shapira.com

*Counsel for Giant Eagle, Inc.*