UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT-HB) |
| This Document Relates To: Below-Listed DAP Actions | **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT SEABOARD CORPORATION WITHOUT PREJUDICE** |
| ACTION MEAT DISTRIBUTORS, INC., et al., Plaintiffs, v. AGRI STATS, ET AL., Defendants. | Case No. 21-cv-01454 (JRT-HB) |
| CONAGRA BRANDS, INC., Plaintiff, v. AGRI STATS, ET AL., Defendants. | Case No. 21-cv-1873 (JRT-HB) |
| GIANT EAGLE, INC., Plaintiff, v. AGRI STATS, ET AL., Defendants | Case No. 21-cv-1874 (JRT-HB) |
| NESTLÉ PURINA PETCARE COMPANY and NESTLÉ USA, INC. | Case No. 21-cv-01715 (JRT-HB) |

CORE/9990000.2334/172348868.1

- 2 -

|  |  |
|---|---|
| Plaintiff,<br><br>v.<br><br>AGRI STATS, ET AL.,<br>Defendants |  |
| UNIPRO FOODSERVICE, INC.<br>         Plaintiff,<br><br>v.<br><br>AGRI STATS, ET AL.,<br>Defendants | Case No. 21-cv-02757 (JRT-HB) |
| HOWARD B. SAMUELS, solely as Chapter 7 Trustee of the estate of CENTRAL GROCERS, INC.<br>         Plaintiff,<br><br>v.<br><br>AGRI STATS, ET AL.,<br>Defendants | Case No. 21-cv-2526 (JRT-HB) |

This matter came before the undersigned on the parties' Stipulation for Dismissal of Defendant Seaboard Corporation Without Prejudice. Based on all the files, records, and proceedings herein IT IS ORDERED that the parties' Stipulation is GRANTED as follows:

1.     The Complaint of Action Meat Distributors, Inc., Alex Lee, Inc., Associated Food Stores, Inc., Brookshire Grocery Company, Certco, Inc., Colorado Boxed Beef Co., Merchants Distributors, LLC, Nicholas & Co., Inc., PFD Enterprises, Inc., Spartannash Company's, Springfield Grocer Company, The Distribution Group, Inc.

(d/b/a Van Eerden Foodservice Company), The Golub Corporation, Topco Associates, LLC, Troyer Foods, Inc., and URM Stores, Inc. (Case No. 21-cv-1454) is DISMISSED WITHOUT PREJUDICE as to Seaboard Corporation;

3. The Complaint of Conagra Brands, Inc. (Case No. 21-cv-1873) is DISMISSED WITHOUT PREJUDICE as to Seaboard Corporation.

4. The Complaint of Giant Eagle, Inc. (Case No. 21-cv-1874) is DISMISSED WITHOUT PREJUDICE as to Seaboard Corporation.

5. The Complaint of Nestlê Purina Petcare Company and Nestlê USA, Inc. (Case No. 21-cv-01715) is DISMISSED WITHOUT PREJUDICE as to Seaboard Corporation.

6. The Complaint of UniPro Foodservice, Inc. (Case No. 21-cv-02757) is DISMISSED WITHOUT PREJUDICE as to Seaboard Corporation.

7. The Complaint of Howard Samuels, solely as Chapter 7 Trustee of the estate of Central Grocers, Inc. (Case No. 21-cv-2526) is DISMISSED WITHOUT PREJUDICE as to Seaboard Corporation.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: _____  By the Court

_____
The Honorable John R. Tunheim
Chief United States District Judge