# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| In re: Pork Antitrust Litigation<br>Wanda Duryea, et al.,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br><br>Agri Stats, Inc., et al.,<br><br>　　　　　　　　　Defendants. | **COURT MINUTES**<br>BEFORE: John R. Tunheim<br>Chief U.S. District Judge<br><br>Case No:　　　　18-1776 (JRT/HB)<br>Date:　　　　　　January 27, 2022<br>Deputy:　　　　　Heather Arent<br>Court Reporter: Maria Weinbeck<br>Courthouse:　　　Minneapolis<br>Courtroom:　　　 Video conference<br>Time Commenced:　10:15 a.m.<br>Time Concluded:　10:24 a.m.<br>Time in Court:　　9 Minutes |

Hearing on:

Motion for Approval of Final Settlement between Direct Purchaser Plaintiffs and Smithfield Foods, Inc. [Docket No. 1115]

APPEARANCES:

　　Plaintiffs:　　Joseph Bruckner, Steven Hart, Michael Pearson, Brian Clark, Daniel Warshaw, Breanna Van Engelen, Blaine Finley
　　Defendants:　Richard Parker, Brian Robison

PROCEEDINGS:

　　Motion granted.

**IT IS ORDERED:

　　☒ Written order forthcoming.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 s/Heather Arent
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy