# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE PORK ANTITRUST LITIGATION**<br><br>This document relates to:<br><br>*Ferraro Foods, Inc. et al v. Agri Stats, Inc. et al,* No. 18-cv-01946 | Case No. 0:18-cv-01776 (JRT/HB) |

## NOTICE OF WITHDRAWAL

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Deborah A. Elman withdraws as counsel for Direct Purchaser Plaintiffs Ferraro Foods, Inc. & Ferraro Foods of North Carolina, LLC as she is no longer affiliated with Grant & Eisenhofer P.A. Counsel with Grant & Eisenhofer P.A. will continue to represent Direct Purchaser Plaintiffs Ferraro Foods, Inc. & Ferraro Foods of North Carolina, LLC and Ms. Elman's withdrawal will not affect any deadlines or cause any delay.

Dated: January 31, 2022

*/s/ Robert G. Eisler*
Robert G. Eisler
GRANT & EISENHOFER P.A.
123 Justison St.
Wilmington, DE 19801
P: 302-622-7000
Email: reisler@gelaw.com

*Counsel to Direct Purchaser Plaintiffs Ferraro Foods, Inc. & Ferraro Foods of North Carolina, LLC*