UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Actions | No. 0:18-cv-01776-JRT-HB<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE THAT Brian E. Robison, counsel for Defendant Smithfield, Inc. has changed his firm and address. The new firm and address information for Brian E. Robison is:

> Brian E. Robison
> BROWN FOX PLLC
> 6303 Cowboys Way, Suite 450
> Frisco, TX 75034
> (972) 707-2809
> brian@brownfoxlaw.com

| | |
|---|---|
| Dated: January 31, 2022 | */s/ Brian E. Robison*<br>Brian E. Robison (*pro hac vice*)<br>BROWN FOX PLLC<br>6303 Cowboys Way, Suite 450<br>Frisco, TX 75034<br>(972) 707-2809<br>brian@brownfoxlaw.com<br><br>Richard Parker (*pro hac vice*)<br>Josh Lipton (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>(202) 955-8500<br>rparker@gibsondunn.com<br>jlipton@gibsondunn.com<br><br>John A. Cotter (134296)<br>John A. Kvinge (0392303)<br>LARKIN HOFFMAN DALY &<br>LINDGREN LTD.<br>8300 Norman Center Drive, Suite 1000<br>Minneapolis, MN 55427-1060<br>(952) 896-3340<br>jcotter@larkinhoffman.com<br>jkvinge@larkinhoffman.com<br><br>*Counsel for Smithfield Foods, Inc.* |