# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 18-cv-1776-JRT-HB |
| This Document Relates To:<br><br>ALL ACTIONS | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Phillip F. Cramer of SHERRARD ROE VOIGT & HARBISON, PLC hereby enters his appearance in the above-captioned matter as counsel for Direct Action Plaintiffs Associated Grocers of the South, Inc., Dollar General Corp., Dolgencorp, LLC, Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc., Raley's, United Natural Foods, Inc., Supervalu, Inc., Associated Grocers of Florida, Inc., Unified Grocers, Inc., Tony's Fine Foods and Wakefern Food Corp.

Dated:  February 1, 2022

Respectfully submitted,

By:   /s/ Phillip F. Cramer
      Phillip F. Cramer
      SHERRARD ROE VOIGT &
      HARBISON, PLC
      150 3rd Avenue South, Suite 1100
      Nashville, TN  37201
      Tel:   (615) 742-4200
      Fax:   (615 742-4539
      Email: pcramer@srvhlaw.com

      *Counsel for Direct Action Plaintiffs
      Associated Grocers of the South, Inc.,
      Dollar General Corp., Dolgencorp,
      LLC, Meijer, Inc., Meijer Distribution,
      Inc., Publix Super Markets, Inc.,
      Raley's, United Natural Foods, Inc.,
      Supervalu, Inc., Associated Grocers of
      Florida, Inc., Unified Grocers, Inc.,
      Tony's Fine Foods and Wakefern
      Food Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022, I filed the foregoing document with the Clerk of the Court for the United States District Court, District of Minnesota, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record.

      /s/ Phillip F. Cramer
      Phillip F. Cramer