# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re Pork Antitrust Litigation** | Case No. 18-cv-01776-JRT-HB |
| This Document Relates To All Actions | **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Stephanie Koltookian, of the law firm Faegre Drinker Biddle & Reath LLP, hereby enters her appearance as attorney for Defendants Hormel Foods Corporation and Hormel Foods, LLC in the above-captioned matter.

Date: February 1, 2022

**FAEGRE DRINKER BIDDLE & REATH LLP**

*s/ Stephanie Koltookian*
Stephanie Koltookian
801 Grand Avenue
33rd Floor
Des Moines, IA 50309
Telephone: (515) 248-9000
Facsimile: (515) 248-9010
Stephanie.koltookian@faegredrinker.com

*Attorney for Defendants Hormel Foods Corporation and Hormel Foods, LLC*