# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

# CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | **COURT MINUTES**<br>BEFORE: Hildy Bowbeer |
| This Document Relates to:<br>All Actions | U.S. Magistrate Judge |

| | |
|---|---|
| Case No.: | 18-cv-1776 (JRT/HB) |
| Date: | January 31, 2022 |
| Location: | n/a (by videoconference) |
| Court Reporter: | Erin Drost |
| Time: | 1:00 pm – 2:54 pm |
| | 3:06 pm – 3:45 pm |
| Total Time: | 2 hours 33 minutes |

**APPEARANCES:**

Class Plaintiffs:
- For Direct Purchaser Plaintiffs: W. Joseph Bruckner, Brian D. Clark, Joseph C. Bourne, Clifford H. Pearson, Bobby Pouya, and Michael H. Pearson
- For Commercial and Institutional Indirect Purchaser Plaintiffs: A. Blaine Finley
- For Consumer Indirect Purchaser Plaintiffs: Breanna Van Engelen, Daniel C. Hedlund, Joshua J. Rissman, and Shana Scarlett

Direct Action Plaintiffs:
- For the Commonwealth of Puerto Rico: Kyle G. Bates
- For Winn Dixie and Kraft Heinz DAPs: Patrick Ahern
- For Cheney Brothers DAPs: Kristin A. Gore
- For Sysco DAPs: Michael S. Mitchell and Scott E. Gant
- For Action Meat DAPs: Matthew P. McCahill and Robert N. Kaplan
- For Kroger DAPs: Samuel J. Randall and Michael A. Ponzoli
- For Dollar General DAPs: Alberto Rodriguez and Christina Rae Burgart Lopez
- For Nestle DAPs: David C. Eddy

Defendants:
- For Defendant Agri Stats: Liam Phibbs
- For Defendant Clemens Foods Group, LLC: Vanessa Anne Barsanti and Max Samels
- For Defendant Hormel Foods Corp.: Craig S. Coleman
- For Defendant JBS USA Food Co.: Sami H. Rashid and Jessica J. Nelson
- For Defendant Seaboard Foods LLC: Peter J. Schwingler
- For Defendant Smithfield Foods, Inc.: Brian Edward Robison and John A. Cotter
- For Defendant Triumph Foods, LLC: Christopher A. Smith and Jason Husgen
- For Defendant Tyson Foods, Inc.: Tiffany Rider Rohrbaugh and Jarod Taylor

**PROCEEDINGS:**

The Court heard oral argument on the issues raised in MDL DAPs' December 23, 2021 letter [ECF No. 1084] regarding the Joint Statement of the Parties in the Direct Action Plaintiff Cases Regarding Case Management Issues in Response to the Court's Consolidation Order Dkt. 985 [ECF No. 1046].  Without conceding their own positions on the appropriateness of a consolidated complaint, counsel will meet and confer to discuss further the logistics of the MDL DAPs' proposal that Defendants answer a single exemplar complaint, provide a statement of defenses and affirmative defenses in response to each complaint, and delay full answers to individual complaints until a later time. [*See* ECF. No. 1046 at 8.]   No later than **Friday, February 4, 2022**, counsel shall file a letter updating the Court as to the results of that discussion.  The update letter should also include a definition of "MDL DAP family" as that term is used in the Joint Statement [ECF No. 1046].

The parties updated the Court on discovery matters as described in the parties' joint agenda [ECF No. 1122] and joint update letter [ECF No. 1136].  With regard to disputes concerning discovery, the Court encouraged the parties to continue their meet-and-confer process, but to promptly obtain a hearing date from chambers and proceed with motion practice if they reach impasse so that disputes do not further impede progress in discovery.

The parties agreed that case management conferences every two months would be beneficial.  The Court will issue a case management conference order to schedule conferences and set due dates for submissions prior to each conference.

*s/MJA*
Judicial Law Clerk
