UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>DIRECT PURCHASER PLAINTIFF ACTION | No. 0:18-cv-01776-JRT-HB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jill M. Manning of the law firm of Pearson, Simon & Warshaw, LLP, hereby enters her appearance in the above-captioned case on behalf of Direct Purchaser Plaintiffs and the Direct Purchaser Plaintiff Class.

DATED: February 3, 2022          **PEARSON, SIMON & WARSHAW, LLP**

By:     */s/ Jill M. Manning*
           JILL M. MANNING

Jill M. Manning (CA Bar No. 178849)
  jmanning@pswlaw.com
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008