**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE PORK ANTITRUST LITIGATION

This Document Relates to:

All Actions

Civil No. 18-1776 (JRT/HB)

**STIPULATED CONFIDENTIALITY AGREEMENT REGARDING NON-PARTY TRADER JOE'S COMPANY'S MATERIALS**

This confidentiality agreement ("Agreement") is made and executed as of the 4th day of February, 2022 by and between Trader Joe's Company (together with its parents, subsidiaries, affiliates, corporate predecessors and assigns, agents, and attorneys, "Trader Joe's") and the undersigned parties ("Parties") to *In re Pork Antitrust Litigation* (No. 18-cv-01776-JRT-HB) (the "Action"), which is currently pending in the United States District Court for the District of Minnesota.

The Court adopted the Parties' agreed upon Protective Order on November 26, 2018 (Dkt. 212), which contains at Paragraph 6(c) a provision indicating that Outside Counsel may, under certain circumstances, provide their clients with high level summaries or characterizations of evidence in the case. (Dkt. 212 at 11-12).[1] Trader Joe's objected to the breadth of this provision with respect to any evidence it produces under a Highly Confidential designation in connection with the subpoenas issued by the Parties because of the potential that Trader Joe's extremely sensitive business information may be revealed to parties in this case that could gain a competitive advantage as a result. The Court amended Paragraph 6(c) of the Protective Order on January 31, 2022 to require that high level summaries of a non-party's Highly Confidential information must be anonymized. (Dkt. 1155 at 12). Trader Joe's maintains its concern that Trader Joe's extremely sensitive business information may be revealed to parties in this case that could gain a competitive advantage as a result.

[1] All capitalized terms herein shall have the meaning given in the Protective Order.

Therefore, the Parties enter into this Agreement to govern treatment of evidence produced in this litigation by Trader Joe's that Trader Joe's designates as Highly Confidential. Specifically, the Parties agree as follows:

A. The Amended Protective Order (Dkt. 1155) shall govern the treatment of Confidential or Highly Confidential Material produced by Trader Joe's, except that the Parties agree to interpret Paragraph 6(c) with respect to evidence produced by Trader Joe's that Trader Joe's has designated as Highly Confidential as outlined in Section B below.

B. Notwithstanding paragraph 6(b) of the Protective Order, experts retained by the parties to the Action may review and analyze the evidence produced by Trader Joe's, draw conclusions therefrom, and generate expert witness reports summarizing those conclusions at a high level to be shared with the Parties and the Court. The Parties are permitted to review such materials prepared by their Experts, except to the extent any portion of the materials both 1) identify Trader Joe's, whether implicitly or explicitly; and 2) describe, summarize, characterize, or otherwise reveal the contents of evidence produced by Trader Joe's, in which case the materials must be redacted so as to conceal the identity of Trader Joe's. Redactions will be considered compliant if, and only if, *all* retailer identities are redacted or anonymized where any such evidence involving Trader Joe's will be disclosed. To illustrate, an expert report addressing retailers' wholesale costs for bacon may permissibly state: "one supermarket spent $1.00/lb for bacon, another spent $1.10/lb, and a third spent $1.20/lb"; "supermarkets whose data was surveyed spent, on average, $1.10/lb for bacon"; or "[REDACTED] spent $1.00/lb for

bacon, [redacted] spent $1.10/lb, and [redacted] spent $1.20/lb,” with the unredacted version available only to those persons identified in Section 6(b) of the Protective Order as “allowed to review Highly Confidential Information.” However, an expert report would *not* be compliant if it stated, for example: “[redacted] spent $1.00/lb for bacon, Kroger spent $1.10/lb, and Whole Foods spent $1.20/lb” or “Trader Joe’s spent $1.00/lb for bacon, Kroger spent $1.10/lb, and Whole Foods spent $1.20/lb.” In addition, high level summaries may not describe individual retailers in a manner that could make them identifiable to someone with knowledge of the industry, for example, by stating the numbers of store locations affiliated with a given entity, the state or city of its headquarters, or other descriptors that are not shared among like retailers. For avoidance of doubt, it is the intention of the Parties that no Party’s experts or counsel may share with the Party any information referring to, summarizing, describing, detailing, excerpting, containing, or otherwise based on materials produced and designated “Highly Confidential” by Trader Joe’s in this litigation where the Party could identify Trader Joe’s as the source of the substance of that information.

IN WITNESS WHEREOF, Trader Joe’s and the Parties, through their undersigned counsel, intending to be legally bound hereby, have executed this Agreement as of the date stated above:

DATED: February 4, 2022

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Shana E. Scarlett*

Shana E. Scarlett
Rio Pierce
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

Respectfully submitted,

*/s/ Bobby Pouya*

Clifford H. Pearson
Daniel L. Warshaw
Michael H. Pearson
PEARSON, SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
dwarshw@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Melissa S. Weiner (MN #0387900)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pswlaw.com

Bruce L. Simon
Benjamin E. Shiftan
Neil Swartzberg
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com
bshiftan@pswlaw.com
nswartzberg@pswlaw.com

*/s/ Brian D. Clark*

W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)

Arielle S. Wagner (MN #0398332)
Craig S. Davis (MN #0148192)
Simeon A. Morbey (MN #0391338)
Joseph C. Bourne (MN #0389922)
Stephen M. Owen (MN #0399370)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com
csdavis@locklaw.com
samorbey@locklaw.com
jcbourne@locklaw.com
smowen@locklaw.com

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

*/s/ Matthew P. McCahill*
Robert N. Kaplan
Matthew P. McCahill
Jason A. Uris
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com
juris@kaplanfox.com

*Counsel for MDL DAPs Action Meat Distributors, Inc., Topco Associates, LLC, Alex Lee, Inc./Merchants Distributors, LLC, Associated Food Stores, Inc., Brookshire Grocery Company, Colorado Boxed Beef Co., Certco, Inc., The Golub Corporation, Nicholas & Co., PFD Enterprises, Inc., SpartanNash Company, Springfield Grocer Company, The Distribution Group d/b/a Van Eerden Foodservice Co., Troyer Foods, Inc., URM Stores, Inc., and Giant Eagle, Inc.*
On behalf of the other MDL DAPs

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

Jonathan W. Cuneo
Joel Davidow
Blaine Finley
Yifei "Evelyn" Li
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cunelolaw.com

*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

*/s/ Kyle G. Bates*
Kyle G. Bates (USDCPR-306412)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, California 94111
Telephone: (415) 633-1908
kbates@hausfeld.com

Todd M. Schneider
Matthew S. Weiler
SCHNEIDER WALLACE COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com

Peter B. Schneider
SCHNEIDER WALLACE COTTRELL KONECKY LLP
3700 Buffalo Speedway, Suite 300
Houston, Texas 77098
Telephone: (713) 338-2560
Facsimile: (415) 421-7105
pschneider@schneiderwallace.com

Domingo Emanuelli-Hernández
Attorney General
Thaizza M. Rodriguez Pagán
Special Assistant
Office of the Secretary
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, ext. 1806
Facsimile: (787) 721-3223
trodiguez@justicia.pr.gov

*Counsel for the Commonwealth of Puerto Rico*

*/s/ Mark L. Johnson*
Mark L. Johnson (#0345520)
Virginia R. McCalmont (#0399496)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, Minnesota 55402
Telephone: (612) 373-0830
mjohnson@greeneespel.com
vmccalmont@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Christina Briesacher (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
christina.briesacher@kirkland.com

*Counsel for Clemens Food Group, LLC and The Clemens Family Corporation*

*/s/ Richard A. Duncan*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com
bryan.washburn@faegredrinker.com

*Counsel for Hormel Foods Corporation and Hormel Foods, LLC*

*/s/ Donald G. Heeman*
Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
Telephone: (612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

*Counsel for JBS USA Food Company*

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
Jon M. Woodruff (#0399453)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
john.woodruff@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: (314) 863-0800
nicci.warr@stinson.com

*Counsel for Seaboard Foods LLC*

*/s/ John A. Cotter*
John A. Cotter (#0134296)
John A. Kvinge (#0392303)
LARKIN HOFFMAN DALY & LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
Telephone: (952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-6912
Telephone: (214) 698-3370
brobison@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*

*/s/ Aaron Chapin*
Aaron Chapin (#6292540)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Telephone: (312) 655-1500
aaron.chapin@huschblackwell.com

Christopher A. Smith (*pro hac vice*)
Jason Husgen (*pro hac vice*)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: (314) 480-1500
chris.smith@huschblackwell.com
jason.husgen@huschblackwell.com

Tessa K. Jacob (*pro hac vice*)
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
tessa.jacob@huschblackwell.com

*Counsel for Triumph Foods, LLC*

*/s/ David P. Graham*
David P. Graham
DYKEMA GOSSETT PLLC
90 S 7th Street, FL 2
Minneapolis, Minnesota 55402
Telephone: (612) 486-1521
dgraham@dykema.com

Rachel Adcox (*pro hac vice*)
Tiffany Rider (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
950 F. Street, NW
Washington, DC 20004
Telephone: (202) 912-4700
radcox@axinn.com
trider@axinn.com

Jarod Taylor (*pro hac vice pending*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, Connecticut 06103
Telephone: (860) 275-8109
jtaylor@axinn.com

*Counsel for Tyson Foods, Inc., Tyson Fresh Meats, Inc., and Tyson Prepared Foods, Inc.*

*/s/ Peter H. Walsh*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, Minnesota 55402
Telephone: (612) 402-3000
Facsimile: (612) 402-3001
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Agri Stats, Inc.*

*/s/ R. Collins Kilgore*
R. Collins Kilgore
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
ckilgore@omm.com

*Counsel for Non-Party Trader Joe's Company*