UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Below-Listed DAP Actions | Civil No. 18-1776 (JRT/HB)<br><br>**ORDER**<br>**GRANTING STIPULATION FOR**<br>**DISMISSAL OF DEFENDANT**<br>**SEABOARD CORPORATION WITHOUT**<br>**PREJUDICE** |
| ACTION MEAT DISTRIBUTORS, INC., et al.,<br>                                          Plaintiffs,<br>v.<br>AGRI STATS, ET AL.,<br>                                          Defendants. | Civil No. 21-1454 (JRT/HB) |
| CONAGRA BRANDS, INC.,<br>                                          Plaintiff,<br>v.<br>AGRI STATS, ET AL.,<br>                                          Defendants. | Civil No. 21-1873 (JRT/HB) |
| GIANT EAGLE, INC.,<br>                                          Plaintiff,<br>v.<br>AGRI STATS, ET AL.,<br>Defendants | Civil No. 21-1874 (JRT/HB) |
| NESTLÉ PURINA PETCARE COMPANY and NESTLÉ USA, INC. | Civil No. 21-1715 (JRT/HB) |

| | |
|---|---|
| Plaintiff,<br><br>v.<br><br>AGRI STATS, ET AL.,<br>Defendants | |
| UNIPRO FOODSERVICE, INC.<br>                      Plaintiff,<br><br>v.<br><br>AGRI STATS, ET AL.,<br>Defendants | Civil No. 21-2757 (JRT/HB) |
| HOWARD B. SAMUELS, solely as Chapter 7 Trustee of the estate of CENTRAL GROCERS, INC.<br>                      Plaintiff,<br><br>v.<br><br>AGRI STATS, ET AL.,<br>Defendants | Civil No. 21-2526 (JRT/HB) |

This matter came before the undersigned on the parties' Stipulation for Dismissal of Defendant Seaboard Corporation Without Prejudice. Based on all the files, records, and proceedings herein **IT IS HEREBY ORDERED** that the parties' Stipulation is **GRANTED** as follows:

1. The Complaint of Action Meat Distributors, Inc., Alex Lee, Inc., Associated Food Stores, Inc., Brookshire Grocery Company, Certco, Inc., Colorado Boxed Beef Co., Merchants Distributors, LLC, Nicholas & Co., Inc., PFD Enterprises, Inc., Spartannash Company's, Springfield Grocer Company, The Distribution Group, Inc.

(d/b/a Van Eerden Foodservice Company), The Golub Corporation, Topco Associates, LLC, Troyer Foods, Inc., and URM Stores, Inc. (Case No. 21-cv-1454) is **DISMISSED WITHOUT PREJUDICE** as to Seaboard Corporation;

3. The Complaint of Conagra Brands, Inc. (Case No. 21-cv-1873) is **DISMISSED WITHOUT PREJUDICE** as to Seaboard Corporation.

4. The Complaint of Giant Eagle, Inc. (Case No. 21-cv-1874) is **DISMISSED WITHOUT PREJUDICE** as to Seaboard Corporation.

5. The Complaint of Nestle Purina Petcare Company and Nestle USA, Inc. (Case No. 21-cv-01715) is **DISMISSED WITHOUT PREJUDICE** as to Seaboard Corporation.

6. The Complaint of UniPro Foodservice, Inc. (Case No. 21-cv-02757) is **DISMISSED WITHOUT PREJUDICE** as to Seaboard Corporation.

7. The Complaint of Howard Samuels, solely as Chapter 7 Trustee of the estate of Central Grocers, Inc. (Case No. 21-cv-2526) is **DISMISSED WITHOUT PREJUDICE** as to Seaboard Corporation.

Dated: February 8, 2022
At Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court