# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-cv-1776 -JRT-HB |
| This Document Relates to: | **NOTICE OF APPEARANCE** |
| All Consumer Indirect Purchaser Actions | |

The undersigned attorney hereby notifies the Court and counsel that Abou B. Amara, Jr., shall appear as counsel of record for Consumer Indirect Purchaser Plaintiffs in this case.

Dated:  February 8, 2022                    Respectfully submitted,

                                             s/Abou B. Amara, Jr.
                                            Abou B. Amara, Jr. (#401146)
                                            Daniel E. Gustafson (#202241)
                                            Daniel C.  Hedlund (#258337)
                                            Michelle J. Looby (#388166)
                                            Joshua J. Rissman (#391500)
                                            **GUSTAFSON GLUEK PLLC**
                                            Canadian Pacific Plaza
                                            120 South 6th Street, Suite 2600
                                            Minneapolis, MN 55402
                                            Telephone: (612) 333-8844
                                            dgustafson@gustafsongluek.com
                                            dhedlund@gustafsongluek.com
                                            mlooby@gustafsongluek.com
                                            jrissman@gustafsongluek.com
                                            aamara@gustafsongluek.com

*Co-Lead Counsel for Consumer*
*Indirect Purchaser Plaintiffs*