UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No.: 18-cv-1776-JRT-HB |
| This Document Relates To:<br><br>ALL ACTIONS | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Sarah L. Jones of the law firm of Boies Schiller Flexner LLP hereby enters her appearance in the above-captioned matter on behalf of Plaintiffs Sysco Corporation and Amory Investments LLC.

Dated: February 11, 2022

Respectfully submitted,

/s/ Sarah L. Jones
Sarah L. Jones
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave., NW
Washington, DC 20005
Tel: 202-237-2727
Fax: 202-237-6131
sjones@bsfllp.com

*Counsel for Plaintiffs Sysco Corporation and Amory Investments LLC*