


February 11, 2022

**VIA ECF**

The Honorable Hildy Bowbeer
Magistrate Judge, District of Minnesota
United States District Court
316 N. Robert Street
St. Paul, MN 55101

**RE:** ***In re Pork Antitrust Litigation*, 0:18-cv-01776-JRT-HB**
**Letter Regarding Case Management Issues for Direct Action Plaintiff Cases**

Dear Judge Bowbeer:

We write on behalf of the Direct Action Plaintiffs ("DAP") in response to Your Honor's instructions during the January 31, 2022 status conference directing counsel to "meet and confer to discuss further the logistics of the MDL DAPs' proposal that Defendants answer a single exemplar complaint, provide a statement of defenses and affirmative defenses in response to each complaint, and delay full answers to individual complaints until a later time" and "to file a letter updating the Court as to the results of that discussion," and related minute orders. (ECF Nos. 1162, 1176).

DAPs submit this letter to specifically address Defendants' proposed language regarding motions to dismiss, as set forth in Section I, Paragraph 6 of Exhibit A to Defendants' February 11, 2022 letter (ECF No. 1182-1), and in response to Defendants' commentary about that proposal in their cover letter (ECF No. 1182).

DAPs object to the inclusion of Defendants' proposed language, which the parties have not previously addressed in writing or orally with the Court. DAPs received Defendants' proposed language in Paragraph 6 for the first time at approximately 6:00 pm Eastern Time on Thursday, February 10, 2022. Thus, DAPs had less than 24 hours to consider, coordinate, and react to Defendants' proposed language before the Court's deadline to file the report on the parties' efforts to meet and confer. *See* ECF No. 1176. As Chief Judge Tunheim indicated at the February 4, 2022 status conference, issues concerning motions to dismiss as to the DAP complaints could be addressed at the next status conference. DAPs agree.

DAPs further object to Defendants' proposal because it makes the provision of defenses/affirmative defenses contingent on events that may or may not occur (e.g., the filing of amended complaints), but if they do, may not occur or be resolved for many months, which would deprive DAPs the full opportunity to take discovery



concerning Defendants' defenses/affirmative defenses before the current fact discovery deadline of September 1, 2022.

Under Defendants' proposal, Defendants need not file any motion to dismiss as to any DAP complaint except the exemplar *Associated Grocers* complaint, and any decision on the motion to dismiss that complaint would "apply equally" to all other DAP complaints, regardless of any substantive differences between the DAP complaints. ECF 1182-1, at p. 4. If the Defendants believe the DAP complaints are so similar (as they have argued in support of their proposal for a consolidated amended DAP complaint), then any motion to dismiss can be easily drafted to cover any DAP complaint against which Defendants move to dismiss—all Defendants would need to do is identify the DAP complaints subject to the motion to dismiss. This is done all the time. *Cf.* Jan. 31, 2022 Hr'g Tr. at 31:15-21 ("it's not at all unheard of, and we've done it in this and other cases, where the Court will order the parties to collaborate on a joint motion for summary judgment or a joint opposition, and then to file supplemental briefs to the extent there are individualized issues. So I don't know that that -- we can do that. We can handle that"). Moreover, if Defendants contend the DAP complaints are so different so as to require multiple separate motions to dismiss, then such differences underscore the substantive and procedural unfairness to DAPs of having any decision on the *Associate Grocers* complaint "apply equally" to every other DAP complaint.

DAPs respectfully suggest that all issues related to potential motions to dismiss be addressed after entry of the case management order.[1]

The DAPs are available to discuss these issues further at the Court's convenience.

Respectfully submitted,

*/s/ Michael S. Mitchell*

Michael S. Mitchell
Scott E. Gant
Sarah L. Jones
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave., NW
Washington, DC 20005
Tel: 202-237-2727
Fax: 202-237-6131
sgant@bsfllp.com

[1] MDL DAPs do not concede the timeliness of any such motion, at least with respect to certain DAP complaints, and maintain their right to oppose any such motion on that basis.



mmitchell@bsfllp.com
sjones@bsfllp.com

Colleen Harrison
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Tel: 914-749-8204
Fax: 914-749-8300
charrison@bsfllp.com

*Counsel for Plaintiffs Sysco Corporation and Amory Investments LLC*

*/s/ Robert N. Kaplan*
Robert N. Kaplan
Matthew P. McCahill
Jason A. Uris
**KAPLAN FOX & KILSHEIMER, LLP**
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: mmccahill@kaplanfox.com
Email: juris@kaplanfox.com

*/s/ Eric R. Lifvendahl*
Eric R. Lifvendahl
**L&G LAW GROUP, LLP**
175 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone: (312) 364-2500
Email: elifvendahl@lgcounsel.com

*/s/ Richard L. Coffman*
Richard L. Coffman
**THE COFFMAN LAW FIRM**
3355 W. Alabama St., Suite 240
Houston, Texas
77098
Telephone: (713) 528-6700
Email: rcoffman@coffmanlawfirm.com

*/s/ David C. Eddy*
David C. Eddy
Dennis J. Lynch
Travis C. Wheeler
Chase C. Keibler
**NEXSEN PRUET, LLC**
1230 Main Street, Suite 700
Columbia, South Carolina 29201
Telephone: (803) 771-8900
Facsimile: (803) 253-8277
Email: deddy@nexsenpruet.com
Email: dlynch@nexsenpruet.com
Email: twheeler@nexsenpruet.com
Email: ckeibler@nexsenpruet.com

*Counsel for Plaintiffs Conagra Brands, Inc., Nestlé USA, Inc., and Nestlé Purina PetCare Co.; and Howard B. Samuels, acting solely in his capacity as Chapter 7 trustee for the bankruptcy of the estate of Central Grocers, Inc.*

*/s/ Philip J. Iovieno*
Philip J. Iovieno
Nicholas A. Gravante, Jr.
Karen C. Dyer
Lawrence S. Brandman



*/s/ Bernard D. Marcus*
Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
**MARCUS & SHAPIRA LLP**
One Oxford Center, 35th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 471-3490
Email: marcus@marcus-shapira.com
Email: cain-mannix@marcus-shapira.com
Email: hill@marcus-shapira.com

*Counsel for Plaintiffs Action Meat Distributors, Inc., Topco Associates, LLC, Alex Lee, Inc./Merchants Distributors, LLC, Associated Food Stores, Inc., Brookshire Grocery Company, Colorado Boxed Beef Co., Certco, Inc., The Golub Corporation, Nicholas & Co., PFD Enterprises, Inc., SpartanNash Company, Springfield Grocer Company, The Distribution Group d/b/a Van Eerden Foodservice Co., Troyer Foods, Inc., URM Stores, Inc., and Giant Eagle, Inc.*

*/s/ David B. Esau*
**CARLTON FIELDS, P.A.**
David B. Esau
Email: desau@carltonfields.com
Kristin A. Gore
Email: kgore@carltonfields.com
Garth T. Yearick
Email: gyearick@carltonfields.com
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070
Fax: (561) 659-7368

Roger S. Kobert
Email: rkobert@carltonfields.com
405 Lexington Avenue, 36th Floor

Jack G. Stern
Gillian Groarke Burns
Mark A. Singer
Elizabeth R. Moore
**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
E-mail: philip.iovieno@cwt.com
E-mail: nicholas.gravante@cwt.com
E-mail: karen.dyer@cwt.com
E-mail: lawrence.brandman@cwt.com
E-mail: jack.stern@cwt.com
E-mail: gillian.burns@cwt.com
E-mail: mark.singer@cwt.com
E-mail: elizabeth.moore@cwt.com

*Counsel for Plaintiffs Jetro Holdings, LLC, BJ's Wholesale Club, Inc., and Sherwood Food Distributors, L.L.C., Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., and Hamilton Meat, LLC and Co-Counsel for Plaintiffs Kraft Heinz Foods Company; Winn-Dixie Stores, Inc.; and Bi-Lo Holdings, LLC*

*/s/ William J. Blechman*
Richard A. Arnold, Esquire
William J. Blechman, Esquire
Kevin A. Murray, Esquire
Douglas H. Patton, Esquire
Samuel J. Randall, Esquire
Michael A. Ponzoli, Esquire
**KENNY NACHWALTER, P.A.**
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: rarnold@knpa.com



New York, New York 10174-3699
Tel: (212) 785-2577
Fax: (212) 785-5203

Aaron A. Holman
Email: aholman@carltonfields.com
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Tel: (407) 849-0300
Fax: (407) 648-9099

*Counsel for Cheney Brothers, Inc.; Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust; Buffalo Wild Wings, Inc.; Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc; and Restaurant Services, Inc.*

*/s/ David P. Germaine*

Paul E. Slater
Joseph M. Vanek
David P. Germaine
Alberto Rodriguez
Jeffrey H. Bergman
**SPERLING & SLATER, P.C.**
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
pes@sperling-law.com
jvanek@sperling-law.com
dgermaine@sperling-law.com
arodriguez@sperling-law.com
jbergman@sperling-law.com

Phillip F. Cramer
Christina Lopez
**SHERRARD ROE VOIGT & HARBISON, PLC**
150 3rd Avenue South, Suite 1100

wblechman@knpa.com
kmurray@knpa.com
dpatton@knpa.com
srandall@knpa.coSm
mponzoli@knpa.com

***Counsel for Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee Inc., Save Mart Supermarkets, and US Foods, Inc.***



Nashville, Tennessee 37201
Tel: (615) 742-4200
pcramer@srvhlaw.com
clopez@srvhlaw.com

***Counsel for Plaintiffs Associated Grocers of the South, Inc., Dollar General Corporation, Dolgencorp, LLC, Meijer, Inc., Meijer Distribution Inc., Publix Super Markets, Inc., Raley's, United Natural Foods, Inc., SuperValu, Inc., Associated Grocers of Florida, Inc., Unified Grocers, Inc., Tony's Fine Foods, and Wakefern Food Corp.***