**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 0:18-cv-01776-JRT-HB |
| This Document Relates to: | |
| *Giant Eagle Inc v. Agri Stats Inc. et al* | Case No. 0:21-cv-01874-JRT-HB |

**NOTICE OF WITHDRAWAL**

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Rachel A. Beckman withdraws as counsel for Plaintiff Giant Eagle, Inc. as she is no longer affiliated with Marcus & Shapira LLP. Counsel with Marcus & Shapira LLP will continue to represent Plaintiff Giant Eagle, Inc. and Ms. Beckman's withdrawal will not affect any deadlines or cause any delay.

Dated: February 11, 2022

Respectfully yours,

*/s/ Moira Cain-Mannix*
Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
MARCUS & SHAPIRA LLP
301 Grant Street
One Oxford Centre, 35th Floor
Pittsburgh, PA 15219-6401
Telephone: 412-471-3490
Facsimile: 412-391-8758
E-mail: marcus@marcus-shapira.com
E-mail: cain-mannix@marcus-shapira.com
E-mail: hill@marcus-shapira.com

KAPLAN FOX & KILSHEIMER, LLP
Robert N. Kaplan
Matthew P. McCahill
Jason A. Uris
850 Third Avenue, 14th Floor
New York, NY 10022

Telephone: 212-687-1980
Facsimile: 212-687-7714
E-mail: rkaplan@kaplanfox.com
E-mail: mmccahill@kaplanfox.com
E-mail: juris@kaplanfox.com

L&G LAW GROUP, LLP
Eric R. Lifvendahl
175 W. Jackson, Suite 950
Chicago, IL 60604
Telephone: 312-456-2707
Facsimile: 312-364-1003
E-mail: elifvendahl@lgcounsel.com

*Counsel for Plaintiff Giant Eagle, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11th, 2022, a true and correct copy of the foregoing was electronically filed and served via operation of the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record entitled to notice who are registered users of ECF.

*/s/ Moira Cain-Mannix*
Moira Cain-Mannix
