# **EXHIBIT B**

| | |
|---|---|
| **From:** | Michael Mitchell |
| **To:** | Taylor, Jarod G.; Scott Gant; Colleen Harrison; Sarah Jones; Kae Moat; David B. Esau; Kristin A. Gore; Aaron Holman; Roger Kobert; Casey McGowan; Scott L. Menger; ksadlo@carltonfields.com; Garth Yearick; Richard Coffman; Robert Kaplan; Matthew McCahill; mmoonsammy@kaplanfox.com; Jason Uris; elifvendahl@lgcounsel.com; Ryan Manion; Moira Moira Cain-mannix; Bernard D. Marcus; beckman@marcus-shapira.com; Hill@marcus-shapira.com; DEddy@nexsenpruet.com; CKeibler@nexsenpruet.com; DLynch@nexsenpruet.com; CSteele@nexsenpruet.com; GSurratt@nexsenpruet.com; TWheeler@nexsenpruet.com; Jack G. Stern; Mark Singer; Philip Iovieno; Nicholas Gravante; Gillian Burns; Elizabeth Moore; aneill@knpa.com; William J. Blechman; mponzoli@kennynachwalter.com; D Patton; S Randall; M KB; jruiz@kennynachwalter.com; DEddy@nexsenpruet.com; rblackburn@aandglaw.com; dkaron@karonllc.com; Beau Hollowell; karen.dyer@cwt.com; lawrence.brandman@cwt.com; arodriguez@sperling-law.com; David Germaine; Joseph M. Vanek; Ryan Manion |
| **Cc:** | justin.bernick@hoganlovells.com; william.monts@hoganlovells.com; peter.walsh@hoganlovells.com; liam.phibbs@hoganlovells.com; olga.fleysh@hoganlovells.com; holden.steinhauer@hoganlovells.com; dlaytin@kirkland.com; ccottrell@kirkland.com; christina.sharkey@kirkland.com; adam.collins@kirkland.com; mjohnson@greeneespel.com; nicholas.ruge@kirkland.com; amarto.bhattacharyya@kirkland.com; vanessa.barsanti@kirkland.com; Richard.Duncan@FaegreDrinker.com; Craig.Coleman@FaegreDrinker.com; Emily.Chow@FaegreDrinker.com; Isaac.Hall@FaegreDrinker.com; Stephanie.Koltookian@FaegreDrinker.com; stephenneuwirth@quinnemanuel.com; michaelcarlinsky@quinnemanuel.com; samirashid@quinnemanuel.com; richardvagas@quinnemanuel.com; davidadler@quinnemanuel.com; anaisberland@quinnemanuel.com; allisonsilber@quinnemanuel.com; andrewmollard@quinnemanuel.com; michaelguerrero@quinnemanuel.com; dheeman@spencerfane.com; jnelson@spencerfane.com; rwinter@spencerfane.com; amcclintic@spencerfane.com; william.greene@stinson.com; nicci.warr@stinson.com; peter.schwingler@stinson.com; zachary.hemenway@stinson.com; courtney.harrison@stinson.com; rparker@gibsondunn.com; jlipton@gibsondunn.com; brian@brownfoxlaw.com; rrobertson@gibsondunn.com; PPatel@gibsondunn.com; jcotter@larkinhoffman.com; jkvinge@larkinhoffman.com; cfitzgerald@gibsondunn.com; rstone@gibsondunn.com; mvu@gibsondunn.com; aaron.chapin@huschblackwell.com; chris.smith@huschblackwell.com; tessa.jacob@huschblackwell.com; james.spung@huschblackwell.com; jason.husgen@huschblackwell.com; amanda.wall@huschblackwell.com; tanner.cook@huschblackwell.com; sarah.zimmerman@huschblackwell.com; LegalSupportTeam-Law-OMA@huschblackwell.com; Adcox, Rachel J; Rider, Tiffany; Strang, Lindsey; Oppenheimer, Brooke J.; David Graham; Boxbaum, Brandon; Greathouse, Madeline A.; Holleran, Keith J.; Lovett, Kate; Jethmalani, Kail J.; AxinnServicePork |
| **Subject:** | RE: In re Pork: MDL DAPs" 2/11 ltr to Court |
| **Date:** | Monday, February 14, 2022 12:22:40 PM |
| **Attachments:** | image001.png |

**Caution: External Email**

Jarod,

We do not agree the statement you quote from our letter is misleading. Defendants cannot dispute that they did not provide to DAPs a written proposal regarding any motions to dismiss until just before 5pm CT on February 10—less than 24 hours before Magistrate Judge Bowbeer's February 11, 12pm CT deadline. There is therefore nothing to correct.

It is also not accurate that on our first call on February 2, you "stated Defendants' position that DAPs should agree that any order dismissing part of the exemplar complaint should apply to all DAP complaints." You raised that as a *possibility* Defendants were considering, but you did not state, and I did not understand, that to be the position of all Defendants, let alone a proposal.

Moreover, if Defendants had settled on their proposal as of February 2, there is no reason for Defendants to have waited until February 10 to provide it to DAPs. There was no "agreement" that Defendants would not provide their proposal until after seeing DAPs' proposal. I shared that DAPs were working on a proposal, and that we would get it to Defendants as soon as we could, which we did. If Defendants had something in hand earlier to advance the discussions, they could have provided it at any time.

As Defendants stated to Chief Judge Tunheim on February 4, there has been little discussion about

potential motions to dismiss.  2/4/22 Hr'g Tr. at 42:15-43:10.  DAPs believe any such discussion should not delay entry of the case management order and the filing of Defendants' defenses and affirmative defenses.  As the Court suggested, if Defendants wish to raise issues about potential motions to dismiss, that can be addressed at "our next status conference . . . ."  *Id.* at 43:11-16.

Accordingly, DAPs will not "file a joint correction or clarification with Defendants."  If Defendants decide to submit something unilaterally, please be sure to attach this email to your submission.

Best regards,
Mike

**Michael S. Mitchell**
Partner

**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, NW
Washington, DC 20005
(t) +1 202 274 1125
(m) +1 301 452 5764
mmitchell@bsfllp.com
www.bsfllp.com

**From:** Taylor, Jarod G. <jtaylor@axinn.com>
**Sent:** Saturday, February 12, 2022 12:17 PM
**To:** Scott Gant <sgant@bsfllp.com>; Colleen Harrison <CHarrison@BSFLLP.com>; Sarah Jones <sjones@BSFLLP.com>; Michael Mitchell <mmitchell@bsfllp.com>; Kae Moat <kmoat@BSFLLP.com>; David B. Esau <desau@carltonfields.com>; Kristin A. Gore <kgore@carltonfields.com>; Aaron Holman <aholman@carltonfields.com>; Roger Kobert <rkobert@carltonfields.com>; Casey McGowan <CMcGowan@carltonfields.com>; Scott L. Menger <SMenger@carltonfields.com>; ksadlo@carltonfields.com; Garth Yearick <gyearick@carltonfields.com>; Richard Coffman <rcoffman@coffmanlawfirm.com>; Robert Kaplan <RKaplan@kaplanfox.com>; Matthew McCahill <mmccahill@kaplanfox.com>; mmoonsammy@kaplanfox.com; Jason Uris <juris@kaplanfox.com>; elifvendahl@lgcounsel.com; Ryan Manion <RManion@lgcounsel.com>; Moira Moira Cain-mannix <cain-mannix@marcus-shapira.com>; Bernard D. Marcus <Marcus@marcus-shapira.com>; beckman@marcus-shapira.com; Hill@marcus-shapira.com; DEddy@nexsenpruet.com; CKeibler@nexsenpruet.com; DLynch@nexsenpruet.com; CSteele@nexsenpruet.com; GSurratt@nexsenpruet.com; TWheeler@nexsenpruet.com; Jack G. Stern <Jack.Stern@cwt.com>; Mark Singer <mark.singer@cwt.com>; Philip Iovieno <Philip.Iovieno@cwt.com>; Nicholas Gravante <nicholas.gravante@cwt.com>; Gillian Burns <Gillian.burns@cwt.com>; Elizabeth Moore <elizabeth.moore@cwt.com>; aneill@knpa.com; William J. Blechman <wblechman@knpa.com>; mponzoli@kennynachwalter.com; D Patton <dpatton@kennynachwalter.com>; S Randall <srandall@kennynachwalter.com>; M KB <mkb@kennynachwalter.com>; jruiz@kennynachwalter.com; DEddy@nexsenpruet.com; rblackburn@aandglaw.com; dkaron@karonllc.com; Beau Hollowell <bhollowell@karonllc.com>; karen.dyer@cwt.com; lawrence.brandman@cwt.com; arodriguez@sperling-law.com; David Germaine <dgermaine@sperling-law.com>; Joseph M. Vanek <jvanek@sperling-law.com>; Ryan Manion

<RManion@lgcounsel.com>
**Cc:** justin.bernick@hoganlovells.com; william.monts@hoganlovells.com;
peter.walsh@hoganlovells.com; liam.phibbs@hoganlovells.com; olga.fleysh@hoganlovells.com;
holden.steinhauer@hoganlovells.com; dlaytin@kirkland.com; ccottrell@kirkland.com;
christina.sharkey@kirkland.com; adam.collins@kirkland.com; mjohnson@greeneespel.com;
nicholas.ruge@kirkland.com; amarto.bhattacharyya@kirkland.com; vanessa.barsanti@kirkland.com;
Richard.Duncan@FaegreDrinker.com; Craig.Coleman@FaegreDrinker.com;
Emily.Chow@FaegreDrinker.com; Isaac.Hall@FaegreDrinker.com;
Stephanie.Koltookian@FaegreDrinker.com; stephenneuwirth@quinnemanuel.com;
michaelcarlinsky@quinnemanuel.com; samirashid@quinnemanuel.com;
richardvagas@quinnemanuel.com; davidadler@quinnemanuel.com;
anaisberland@quinnemanuel.com; allisonsilber@quinnemanuel.com;
andrewmollard@quinnemanuel.com; michaelguerrero@quinnemanuel.com;
dheeman@spencerfane.com; jnelson@spencerfane.com; rwinter@spencerfane.com;
amcclintic@spencerfane.com; william.greene@stinson.com; nicci.warr@stinson.com;
peter.schwingler@stinson.com; zachary.hemenway@stinson.com; courtney.harrison@stinson.com;
Richard Parker <RParker@gibsondunn.com>; jlipton@gibsondunn.com; brian@brownfoxlaw.com;
rrobertson@gibsondunn.com; PPatel@gibsondunn.com; jcotter@larkinhoffman.com;
jkvinge@larkinhoffman.com; cfitzgerald@gibsondunn.com; rstone@gibsondunn.com;
myu@gibsondunn.com; aaron.chapin@huschblackwell.com; chris.smith@huschblackwell.com;
tessa.jacob@huschblackwell.com; james.spung@huschblackwell.com;
jason.husgen@huschblackwell.com; amanda.wall@huschblackwell.com;
tanner.cook@huschblackwell.com; sarah.zimmerman@huschblackwell.com; LegalSupportTeam-
Law-OMA@huschblackwell.com; Adcox, Rachel J <radcox@axinn.com>; Rider, Tiffany
<trider@axinn.com>; Strang, Lindsey <lstrang@axinn.com>; Oppenheimer, Brooke J.
<boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>; Boxbaum, Brandon
<bboxbaum@axinn.com>; Greathouse, Madeline A. <mgreathouse@axinn.com>; Taylor, Jarod G.
<jtaylor@axinn.com>; Holleran, Keith J. <kholleran@axinn.com>; Lovett, Kate <klovett@axinn.com>;
Jethmalani, Kail J. <kjethmalani@axinn.com>; AxinnServicePork <AxinnServicePork@axinn.com>
**Subject:** In re Pork: MDL DAPs' 2/11 ltr to Court

**CAUTION**: **External email. Please do not respond to or click on links/attachments unless you recognize
the sender.**

---

Counsel:

We were surprised to see the following statements in MDL DAPs' letter to the Court filed
yesterday:  "DAPs received Defendants' proposed language in Paragraph 6 for the first
time at approximately 6:00 pm Eastern Time on Thursday, February 10, 2022. Thus, DAPs
had less than 24 hours to consider, coordinate, and react to Defendants' proposed
language before the Court's deadline to file the report on the parties' efforts to meet and
confer. *See* ECF No. 1176."  These statements mislead the Court, given the following facts:

- All parties agreed that MDL DAPs would provide a written proposal first, and

Defendants would respond to that proposal.  While we did not provide Defendants' written response to MDL DAPs' proposal until 6 pm ET on Thursday, you know that is because we did not receive MDL DAPs' draft until Tuesday afternoon.

- Importantly, that was also not the first time MDL DAPs learned of Defendants' proposal, contrary to your statement to the Court in your letter.  When I spoke with Mike Mitchell on Wednesday, February 2, I stated Defendants' position that DAPs should agree that any order dismissing part of the exemplar complaint should apply to all DAP complaints.

- The proposal from MDL DAPs we received the following Tuesday instead proposed that "a motion under Federal Rule of Civil Procedure 12 with respect to any MDL DAP complaint" be filed "on or before the date by which the Defendants' defenses/affirmative defenses are due"—again showing that all parties understood that motions to dismiss were under consideration for this proposal.

- I spoke with Mike Mitchell again that same day about this issue.  He confirmed that he had previously raised Defendants' proposal with MDL DAPs, and even explained why MDL DAPs did not agree with Defendants' proposal.

We ask that MDL DAPs file a joint correction or clarification with Defendants on Monday apprising the Court of these facts.  If MDL DAPs do not agree to do so, we will file one unilaterally.

I am available only intermittently over the weekend, but will of course make time to discuss.

Best regards,
Jarod

**Jarod G. Taylor**
*Counsel*



Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
Office 860.275.8109
Fax 860.275.8101
jtaylor@axinn.com
**Axinn.com**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Notice: The information contained in this electronic mail and any attached documents from Axinn, Veltrop & Harkrider LLP is confidential. This email may be an attorney-client communication, and as such is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this electronic mail in error, please notify us immediately by telephone (212) 728-

2200/(860) 275-8100 or by reply electronic mail to the sender. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

*************************************************************************

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]