UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Commercial and Institutional Indirect Purchaser Plaintiff Actions | Case No. 0:18-cv-01176-JRT-HB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL YIFEI LI** |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Yifei Li withdraws as counsel for Commercial and Institutional Indirect Purchaser Plaintiffs ("Plaintiffs"). Plaintiffs will continue to be represented by other counsel of record.

Date: February 15, 2022        By:  */s/ Blaine Finley*
Jonathan W. Cuneo (*pro hac vice*)
Joel Davidow (*pro hac vice*)
Blaine Finley (p*ro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW
Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com

Shawn M. Raiter (MN#240424)
LARSON · KING LLP
30 East Seventh Street Suite 2800 St. Paul, MN 55101
Telephone: (651)312-6518
sraiter@larsonking.com

*Interim Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney, hereby certifies that on February 15, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

By: */s/ Blaine Finley*
Blaine Finley