UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB)<br><br>**LOCAL RULE 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |

I, W. Joseph Bruckner, certify that the Memorandum of Points and Authorities in Support of Direct Purchaser Plaintiffs' Motion for Approval of Notice Plan and Claims Process complies with Local Rule 7.1(f).

This Memorandum contains 2,875 words and was prepared using Microsoft Word, which includes all text, including headings, footnotes, and quotations.

Dated: February 15, 2022

*/s/ W. Joseph Bruckner*
W. Joseph Bruckner (MN #0147758)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
T:  (612) 339-6900
wjbruckner@locklaw.com

970311.1

1