# EXHIBIT B

| | |
|---|---|
| **From:** | noreply@porkantitrustlitigation.com |
| **Sent:** | Monday, February 14, 2022 9:55 AM |
| **To:** | XXXXXXXXXXXX |
| **Subject:** | Test - Notice of Class Action Settlements |

EXTERNAL SENDER

```
Please do not reply to this email, this inbox is unmonitored.
```

## COURT-APPROVED LEGAL NOTICE

## If you purchased any Pork product directly from a Pork producer for use or delivery in the United States from January 1, 2009, through January 12, 2021, you may be eligible to receive benefits from class action settlements.

*Para una notificacion in español, llame gratis al 1-866-797-0864 o visite nuestro website www.PorkAntitrustLitigation.com.*

Two settlements have been finally approved in a class action antitrust lawsuit filed on behalf of Direct Purchasers of Pork in the United States, with Defendants Smithfield Foods, Inc. ("Smithfield") and JBS USA Food Company, JBS USA Food Company Holdings, and Swift Pork Company (collectively, "JBS") and their related or affiliated entities (collectively "Settled Defendants"). The final approved amount of the JBS settlement is $24,500,000 and the Smithfield settlement is $77,364,300. The total for both settlements is $101,864,300 (the "Settlement Proceeds").

The Settlements with JBS and Smithfield have been given final approval by the Court and the deadline to object or opt out of these Settlements has passed. This notice informs Settlement Class members how to make a claim to receive money from the JBS and Smithfield settlements. Please follow the claims instructions in the Distribution Notice and Claim Form, available at www.PorkAntitrustLitigation.com, to receive money from the Settlements.

The Direct Purchaser Class Representatives and Interim Co-Lead Counsel will now ask the Court to award an interim payment of attorneys' fees, reimbursement of litigation expenses, and service awards for the Class Representatives. If approved by the Court, these amounts will be deducted from the Settlement Proceeds.

## WHO IS INCLUDED?

The Court decided that, for settlement purposes, members of the Settlement Class for the JBS and Smithfield settlements are defined as: All persons who purchased Pork directly from any of the Defendants or any coconspirator, or their respective subsidiaries or affiliates for use or delivery in the United States from January 1, 2009, through January 12, 2021, subject to certain exclusions. If you are not sure you are included, you can get more information, including a detailed notice, at www.PorkAntitrustLitigation.com or by calling toll-free 1-866-797-0864.

## **HOW CAN I FILE A CLAIM TO GET A PAYMENT FROM THE SETTLEMENTS?**

To be eligible to receive a payment from any of the settlements, you must complete and submit a timely Claim Form by _____, 2022. If you do not submit a valid Claim Form by the deadline, you will not receive a payment from any of the settlements, but you will be bound by the Court's judgment in these actions.

Claim Forms for known Settlement Class Members were sent by U.S. mail and were pre-populated to reflect the amount of your Pork purchases from each Defendant, based on a review of Defendants' records. You may use your personal Unique ID listed on your Claim Form to log in at www.porkantitrustlitigation.com, where you can submit a claim and review your purchase information electronically. You can accept the purchase amounts that are pre-populated or, if you disagree with those amounts, you can challenge them by completing the Purchase Audit Request form posted on the Settlement Website and providing supporting documentation. All revised Pork purchase amounts will be subject to a review process by the Settlement Administrator, Interim Co-Lead Counsel, and ultimately the Court.

You can also request that a Claim Form be sent to you on the Settlement Website or by sending a written request to the Settlement Administrator by mail: Pork Antitrust Litigation, c/o AB Data, Ltd. PO Box 173117, Milwaukee, WI 53217; or by email: info@porkantitrustlitigation.com.

## **WHAT ARE YOUR RIGHTS AND OPTIONS?**

You will not have to pay any attorneys' fees or costs out-of-pocket. Interim Co-Lead Counsel will file a motion by \_\_\_\_\_, 2022 in which they will seek amounts not to exceed 33⅓% of the Settlement Proceeds in attorneys' fees, $5 million in current and ongoing litigation expenses incurred in the prosecution of this case, and $125,000 total in service awards for the Class Representative Plaintiffs. A copy of the motion for interim payment of attorneys' fees, reimbursement of litigation expenses, and service awards will be available on the Settlement Website, www.PorkAntitrustLitigation.com, and on the Court docket. The Court will determine the amount of the attorneys' fees, reimbursement of litigation expenses, and Class Representative service awards to be paid. You may object or comment on the motion for interim payment of attorneys' fees, reimbursement of litigation expenses, and service awards. The detailed Distribution Notice explains how to object. The Court will hold a hearing in this case (In re Pork Antitrust Litigation,

Case No. 0:18-cv-01776) on _____, **2022, at \_\_:\_\_ \_\_.m.**, to consider whether to approve the motion.  You may ask to speak at the hearing, but you don't have to.

Unsubscribe

3