UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | |

**STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFF BORHAN AFOOSI WITH PREJUDICE**

IT IS STIPULATED AND AGREED by Consumer Indirect Purchaser Plaintiff Borhan Afoosi and all Defendants in the above-referenced and numbered case that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

1. Plaintiff Borhan Afoosi's claims and causes of action against all Defendants in this action hereby are voluntarily dismissed, with prejudice as to re-filing such claims and causes of action against Defendants in the future (whether as a representative of a class or as a direct action), as well as with prejudice as to Plaintiff Borhan Afoosi's filing in the future any claims or causes of action against Defendants that arise, directly or indirectly, out of the same set of operative facts as those alleged in the above-captioned litigation;

2. This dismissal is without prejudice to Plaintiff Borhan Afoosi's rights as absent class member; and

3. All Parties to this stipulation will bear their own attorneys' fees, litigation expenses, and court costs.

4. Plaintiff Borhan Afoosi is hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

5. DATED: February 23, 2022    Respectfully submitted,

GUSTAFSON GLUEK PLLC

*/s/ Daniel C. Hedlund*
Daniel C. Hedlund (#258337)
Daniel E. Gustafson (#202241)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
Britany Resch (#0397656)
Abou B. Amara (#401146)
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com
aamara@gustafsongluek.com

Shana E. Scarlett (*pro hac vice*)
Rio S. Pierce (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com
Steve. W. Berman

Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*