UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | |

### [PROPOSED] ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFF BORHAN AFOOSI WITH PREJUDICE

This matter comes before the Court on the parties' Stipulation of Voluntary Dismissal of Claims of Plaintiff Borhan Afoosi with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No.1200).

After consideration of the stipulation, and all of the files, records, and proceedings in this case, IT IS HEREBY ORDERED:

1. The Stipulation of Voluntary Dismissal is APPROVED.

2. Plaintiff Borhan Afoosi is hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice as to Defendants, but without prejudice as to his ability to remain an absent class member.

DATED: _____   BY THE COURT:

_____
THE HONORABLE JOHN R. TUNHEIM
UNITED STATES DISTRICT JUDGE