**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Chief Judge John R. Tunheim |
| | Mag. Judge Hildy Bowbeer |
| | 18-cv-1776 |
| This Document Relates To: | |
| *All Actions* | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Keith J. Holleran of the law firm of Axinn,

Veltrop & Harkrider LLP hereby enters his appearance in the above-captioned matter

on behalf of Defendants Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; and Tyson

Prepared Foods, Inc.

Dated: February 28, 2022

Respectfully submitted,

By: */s/ Keith J. Holleran*
    Keith J. Holleran
    Axinn, Veltrop & Harkrider LLP
    1901 L Street NW
    Washington, DC 20036
    Telephone:  202.469.3506
    Facsimile:  202.912.4701
    kholleran@axinn.com