UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-HB |
| IN RE: PORK ANTITRUST LITIGATION | Case No. 0:21-md-02998-JRT-HB |
| This Document Relates To: *Action Meat Distributors, Inc. et al. v. Agri Stats, Inc. et al.*, Case No. 0:21-cv-01454 (D. Minn.); and *Giant Eagle, Inc. v. Agri Stats, Inc. et al.*, Case No. 0:21-cv-01874 (D. Minn.) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS
BY THE *ACTION MEAT* DIRECT ACTION PLAINTIFFS
AND DIRECT ACTION PLAINTIFF GIANT EAGLE, INC.
AGAINST DEFENDANT JBS USA FOOD COMPANY**

The parties in the above styled actions, through counsel, stipulate to the following, and respectfully request this Court's approval of their stipulation:

1.  This Stipulation is between Direct Action Plaintiffs Action Meat Distributors, Inc., Topco Associates, LLC, Alex Lee, Inc./Merchants Distributors, LLC, Associated Food Stores, Inc., Brookshire Grocery Company, Certco, Inc., Colorado Boxed Beef Co., f/k/a CBBC Opco, LLC, The Golub Corporation, Nicholas & Co., Inc., PFD Enterprises, Inc., d/b/a Pacific Food Distributors, Inc., SpartanNash Company, Springfield

1

Grocer Company, Inc. d/b/a SGC Foodservice Company Inc, The Distribution Group d/b/a Van Eerden Foodservice Co, Troyer Foods, Inc., and URM Stores, Inc. (collectively, the "*Action Meat* Plaintiffs"), Direct Action Plaintiff Giant Eagle, Inc. ("Giant Eagle"), and Defendant JBS USA Food Company ("JBS USA").

2. This Stipulation relates only to the *Action Meat* Plaintiffs' and Giant Eagle's claims in *In re: Pork Antitrust Litigation*, Case No. 0:18-cv-01776-JRT-HB, *In re: Pork Antitrust Litigation*, 0:21-md-02998-JRT-HB (MDL No. 2998), *Action Meat Distributors, Inc. et al. v. Agri Stats, Inc. et al.*, Case No. 21-cv-01454-JRT-HB, and *Giant Eagle, Inc. v. Agri Stats, Inc. et al.*, Case No. 21-cv-01874-JRT-HB (collectively referred to as the "Actions").

3. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the *Action Meat* Plaintiffs, Giant Eagle, and JBS USA stipulate and agree to the dismissal, with prejudice, of the *Action Meat* Plaintiffs' and Giant Eagle's claims asserted against JBS USA in the Actions with each side bearing its own attorneys' fees and costs. The Stipulations of Dismissal, with prejudice, have no bearing on the *Action Meat* Plaintiffs' and Giant Eagle's claims against Defendants other than JBS USA.

Dated: March 3, 2022

Respectfully submitted,

*/s/ Robert N. Kaplan*
Robert N. Kaplan
Matthew P. McCahill
Jason A. Uris
**KAPLAN FOX & KILSHEIMER, LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com
juris@kaplanfox.com

*s/ Eric R. Lifvendahl*
Eric R. Lifvendahl
**L&G LAW GROUP**
175 W. Jackson Blvd., Suite 950
Chicago, IL 60604
Telephone: (312) 364-2500
elifvendahl@lgcounsel.com

*/s/ Richard L. Coffman*
Richard L. Coffman
**THE COFFMAN LAW FIRM**
3355 W. Alabama St., Suite 240
Houston, TX 77098
Telephone: (713) 528-6700
rcoffman@coffmanlawfirm.com

*/s/ Bernard D. Marcus*
Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
**MARCUS & SHAPIRA LLP**
One Oxford Center, 35th Floor
Pittsburgh, PA 15219
Telephone: (412) 471-3490
marcus@marcus-shapira.com
cain-mannix@marcus-shapira.com
hill@marcus-shapira.com

*Counsel for the Action Meat Plaintiffs and Plaintiff Giant Eagle, Inc.*

*/s/* Jessica J. Nelson
Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
**SPENCER FANE LLP**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402-4206
Telephone: (612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
Heather K. Christenson (*pro hac vice*)
Kari Wohlschlegel (*pro hac vice*)
Andrew T. Sutton (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com
heatherchristenson@quinnemanuel.com
kariwohlschlegel@quinnemanuel.com
andrewsutton@quinnemanuel.com

*Counsel for Defendant JBS USA Food Company*