IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | CASE NO: 18-cv-1776 (JRT/HB) |

## NOTICE OF WITHDRAWAL

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Andrew D. Weeks and Daniel R. Mitchell withdraw as counsel for Cash-Wa Distributing Co. of Fargo, LLC as it has complied with the subpoena issued on June 28, 2021, by the Commercial and Institutional Indirect Purchaser Plaintiffs.

Dated: March 4, 2022

                                                         CASH-WA DISTRIBUTING CO. OF FARGO, LLC, NON PARTY

By:    Donna Law Firm, P.C.
        7601 France Ave S, Ste 350
        Minneapolis, MN  55435
        Phn:  (952) 562-2460
        Fax:  (952) 562-2461
        dmitchell@donnalaw.com

By:    */s/ Daniel R. Mitchell*
        Daniel R. Mitchell, Reg. No. 0329150

            and

By:    Baylor Evnen, LLP
        Wells Fargo Center
        1248 "O" Street, Suite 600
        Lincoln, NE 68508
        402/475-1075
        aweeks@baylorevnen.com

By:    */s/ Andrew D. Weeks*
        Andrew D. Weeks, Nebraska Bar No. 22733
        *Pro hac vice*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to those listed.

By:    */s/ Andrew D. Weeks*
        Andrew D. Weeks, Nebraska Bar No. 22733
        *Pro hac vice*

3682763