# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-cv-1776-JRT-HB |
| This Document Relates to:<br><br>All Commercial and Institutional Indirect Purchaser Plaintiff Actions | **NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Daniel Cohen shall appear as counsel of record for Commercial and Institutional Indirect Purchaser Plaintiffs in this case.

Dated: March 9, 2022

Respectfully submitted,

*s/ Daniel Cohen*

Daniel Cohen
Jonathan W. Cuneo (admitted *pro hac vice*)
Blaine Finley (admitted *pro hac vice*)
**Cuneo Gilbert & LaDuca, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016
(202) 789-3960
danielc@cuneolaw.com
jonc@cuneolaw.com
bfinley@cuneolaw.com