UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| | **ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFF BORHAN AFOOSI WITH PREJUDICE** |
| This Document Relates to: | |
| All Consumer Indirect Purchaser Actions | |

The parties filed a Stipulation of Voluntary Dismissal of Claims of Plaintiff Borhan Afoosi with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No.1200).

After consideration of the stipulation, and all of the files, records, and proceedings in this case, **IT IS HEREBY ORDERED**:

1. The Stipulation of Voluntary Dismissal is **APPROVED**.

2. Plaintiff Borhan Afoosi is hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice as to Defendants, but without prejudice as to his ability to remain an absent class member.

DATED: March 10, 2022                                        s/John R. Tunheim
at Minneapolis, Minnesota.                          JOHN R. TUNHEIM
                                                                                 Chief Judge
                                           United States District Court