UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE: PORK ANTITRUST LITIGATION* | Case No. 0:18-cv-01776-JRT-HB |
| | Case No. 0:21-md-02998-JRT-HB |
| This Document Relates To: *Action Meat Distributors, Inc. et al v. Agri Stats, Inc. et al*, Case No. 0:21-cv-01454-JRT-HB (D. Minn.); and *Giant Eagle Inc v. Agri Stats Inc. et al*, Case No. 0:21-cv-01874-JRT-HB (D. Minn.) | **ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS BY THE *ACTION MEAT* DIRECT ACTION PLAINTIFFS AND DIRECT ACTION PLAINTIFF GIANT EAGLE, INC. AGAINST DEFENDANT JBS USA FOOD COMPANY** |

Pursuant to the Stipulation of Dismissal with Prejudice of Claims by the *Action Meat* Direct Action Plaintiffs ("*Action Meat* Plaintiffs") and Direct Action Plaintiff Giant Eagle, Inc. ("Giant Eagle") Against Defendant JBS USA Food Company ("JBS USA") (ECF No. 1203), the Stipulation is approved, and **IT IS HEREBY ORDERED THAT**:

1. This Order relates only to the *Action Meat* Plaintiffs' and Giant Eagle's claims in *IN RE PORK ANTITRUST LITIGATION*, Case. No. 0:18-cv-01776-JRT-HB; *In Re: Pork Antitrust Litigation*, Case No. 0:21-md-02998-JRT-HB (MDL No. 2998); *Action Meat Distributors, Inc. et al v. Agri Stats, Inc. et al*, Case No. 0:21-cv-01454-JRT-HB; and *Giant Eagle Inc v. Agri Stats Inc. et al*, Case No. 0:21-cv-01874-JRT-HB (collectively referred to as "Actions").

2. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the *Action Meat* Plaintiffs' and Giant Eagle's claims against JBS USA in the Actions are hereby **DISMISSED WITH PREJUDICE**, with each side bearing its own attorneys' fees and costs.

3. This Order has no bearing on the *Action Meat* Plaintiffs' or Giant Eagle's claims against Defendants other than JBS USA.

DATED:  March 10, 2022                                                     s/John R. Tunheim
at Minneapolis, Minnesota.                                       JOHN R. TUNHEIM
                                                                             Chief Judge
                                                       United States District Court