# EXHIBIT 1
# Filed Under Seal

566590.1

# EXHIBIT 2
# Filed Under Seal

# EXHIBIT 3
# Filed Under Seal

566590.1

# EXHIBIT 4
# Filed Under Seal

566590.1