# EXHIBIT 11
# Filed Under Seal

# EXHIBIT 12

# Filed Under Seal

566590.1

# EXHIBIT 13
# Filed Under Seal

566590.1

# EXHIBIT 14
# Filed Under Seal

566590.1

# EXHIBIT 15
# Filed Under Seal

566590.1

# EXHIBIT 16
# Filed Under Seal

566590.1

# EXHIBIT 17
# Filed Under Seal

# EXHIBIT 18
# Filed Under Seal

566590.1

# EXHIBIT 19
# Filed Under Seal

566590.1