# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL ACTIONS | Civil No. 0:18-cv-01776-JRT-HB |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL INDIANA PACKERS CORPORATION TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA DUCES TECUM

Having come for hearing before the undersigned Magistrate Judge of the United States District Court for the District of Minnesota, and based upon all the filings, records, proceedings, and arguments of counsel, IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel Indiana Packers Corporation to Produce Documents Responsive to Subpoena Duces Tecum [ECF 1219] is GRANTED in its entirety. Indiana Packers Corporation shall comply with requests 1, 2, 4, and 9 in the subpoena, and produce the requested documents within thirty (30) business days of the issuance of this Order, or as Indiana Packers Corporation and Plaintiffs otherwise agree.

IT IS SO ORDERED.

Dated: _____

_____
HILDY BOWBEER
United States Magistrate Judge

566570.1