## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL ACTIONS | Civil No. 0:18-cv-01776-JRT-HB<br><br>**CERTIFICATE OF SERVICE FOR SERVICE BY MAIL** |

I hereby certify that on March 17, 2022, I caused the following documents:

1. PLAINTIFFS' MOTION TO COMPEL INDIANA PACKERS CORPORATION TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA DUCES TECUM [ECF NO. 1219];

2. NOTICE OF HEARING ON PLAINTIFFS' MOTION TO COMPEL INDIANA PACKERS CORPORATION TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA DUCES TECUM [ECF NO. 1220];

3. MEET AND CONFER STATEMENT FOR PLAINTIFFS' MOTION TO COMPEL INDIANA PACKERS CORPORATION TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA DUCES TECUM [ECF NO. 1221]

4. <u>REDACTED - FILED PUBLICLY</u> - PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL INDIANA PACKERS CORPORATION TO COMPLY WITH SUBPOENA DUCES TECUM [ECF NO. 1223];

5. DECLARATION OF JOSEPH C. BOURNE IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL INDIANA PACKERS CORPORATION TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA DUCES TECUM, EXHIBITS 1-20 [ECF NO. 1224];

6. STATEMENT INSTEAD OF REDACTED DOCUMENTS [ECF NO. 1226]; and

7. [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL INDIANA PACKERS CORPORATION TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA DUCES TECUM [ECF NO. 1227],

to be mailed by first class mail, postage prepaid, to the following:

566623.1

Britt M. Miller
Robert Entwisle
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637

William Stallings
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101

Jaime Stilson
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

*Counsel for Indiana Packers Corporation*

Dated:  March 17, 2022         *s/ Joseph C. Bourne*
                                                Joseph C. Bourne (MN #0389922)
                                                W. Joseph Bruckner (MN #0147758)
                                                Brian D. Clark (MN #0390069)
                                                Arielle S. Wagner (MN #0398332)
                                                Simeon A. Morbey (MN #0391338)
                                                Stephen M. Owen (MN # 0399370)
                                                LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                                                100 Washington Avenue South, Suite 2200
                                                Minneapolis, MN 55401
                                                Telephone: (612) 339-6900
                                                Facsimile: (612) 339-0981
                                                jcbourne@locklaw.com
                                                wjbruckner@locklaw.com
                                                bdclark@locklaw.com
                                                aswagner@locklaw.com
                                                samorbey@locklaw.com
                                                smowen@locklaw.com