UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**STATUS CONFERENCE**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | **COURT MINUTES** |
| | BEFORE: Hildy Bowbeer |
| This Document Relates to: | U.S. Magistrate Judge |
| All Actions | |

| | |
|---|---|
| Case No.: | 18-cv-1776 (JRT/HB) |
| Date: | March 16, 2022 |
| Location: | n/a (by videoconference) |
| Court Reporter: | Paula Richter |
| Time: | 10:06 am – 11:29 am |
| Total Time: | 1 hours 23 minutes |

**APPEARANCES:**

Class Plaintiffs:
- For Direct Purchaser Plaintiffs: W. Joseph Bruckner, Brian D. Clark, Joseph C. Bourne, Bobby Pouya, Michael Pearson, and Clifford H. Pearson
- For Commercial and Institutional Indirect Purchaser Plaintiffs: A. Blaine Finley and Shawn M. Raiter
- For Consumer Indirect Purchaser Plaintiffs: Breanna Van Engelen, Daniel C. Hedlund, Michelle J. Looby, and Shana Scarlett

Direct Action Plaintiffs:
- For the Commonwealth of Puerto Rico: Kyle G. Bates
- For Winn Dixie and Kraft Heinz DAPs: Jack G. Stern
- For Cheney Brothers DAPs: Kristin A. Gore
- For Sysco DAPs: Michael S. Mitchell, Sarah L. Jones, and Scott E. Gant
- For Action Meat DAPs: Matthew P. McCahill and Robert N. Kaplan
- For Kroger DAPs: Samuel J. Randall, William J. Blechman and Michael A. Ponzoli
- For Dollar General DAPs: Jeffrey Bergman[1]
- For Nestle DAPs: David C. Eddy

Defendants:
- For Defendant Agri Stats: William L. Monts and Liam Phibbs
- For Defendant Clemens Foods Group, LLC: Max Samels
- For Defendant Hormel Foods Corp.: Craig S. Coleman
- For Defendant JBS USA Food Co.: Donald G. Heeman and Richard T. Vagas
- For Defendant Seaboard Foods LLC: Peter J. Schwingler

---

[1] The Court notes that Mr. Bergman is not listed as counsel of record for any plaintiff on the docket. The Court recommends he contact the Clerk's office if this is an oversight or file a notice of appearance if he has not already done so.

- For Defendant Smithfield Foods, Inc.: Rod Stone, John Anders Kvinge, and Brian Edward Robison
- For Defendant Triumph Foods, LLC: Christopher A. Smith and Abraham James Spung
- For Defendant Tyson Foods, Inc.: Jarod Taylor and Tiffany Rider Rohrbaugh

**PROCEEDINGS:**

The Court held a status conference to discuss two proposals: 1) a master amended DAP complaint and 2) appointment of liaison counsel and a plaintiffs steering committee. Counsel provided their immediate input on the topics.

As to the first proposal, the Court invited short written comments by letters filed no later than Tuesday, March 22, 2022. Counsel may reply to those initial comments by short letters no later than Thursday, March 24, 2022.

As to the second proposal, Judge Bowbeer agreed to speak with Chief Judge Tunheim about counsel's suggestion that a letter outlining the envisioned responsibilities of the liaison counsel and plaintiffs steering committee would help the plaintiffs to provide comments and ultimately provide a slate of nominees. An order inviting further comments will follow that conversation at a later date.

*s/MJA*
Judicial Law Clerk
