

JAROD G. TAYLOR
90 STATE HOUSE SQUARE
HARTFORD, CT  06103
860.275.8109
JTAYLOR@AXINN.COM

March 24, 2022

**FILED VIA ECF**

The Honorable Hildy Bowbeer
Magistrate Judge, District of Minnesota
United States District Court
316 N. Robert Street St. Paul, MN 55101
Bowbeer_chambers@mnd.uscourts.gov

    Re:   *In re Pork Antitrust Litig.*, 0:18-cv-01776-JRT-HB
           Defendants' Reply Letter Regarding Case Management Issues

Dear Judge Bowbeer:

    In response to the DAPs' March 22 letter to the Court, Defendants do not believe that further argument is warranted regarding the same objections to a Master DAP Complaint that the DAPs have repeatedly made to the Court.  Defendants are also confident that the proposal set forth in Defendants' March 22 letter fully addresses the DAPs' stated interest in reviewing Defendants' affirmative defenses to the DAPs' complaints.

    Defendants object to the DAPs' remarkable suggestion that the Court simply ignore any forthcoming motion to dismiss brought by Defendants.  Defendants are mindful of the Court's interest in economizing judicial resources and intend to focus any motion to dismiss on pleading defects that would allow the Court to streamline the litigation and provide important guidance to the parties regarding the claims at issue.

Dated: March 24, 2022                                Respectfully submitted,

By: */s/ Jarod Taylor*
Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
radcox@axinn.com
trider@axinn.com
lstrang@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

Kail Jethmalani (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
kjethmalani@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.***

*/s/ Mark L. Johnson*
Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com

***Counsel for Clemens Food Group, LLC and The Clemens Family Corporation***

*/s/ Richard A. Duncan*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com
bryan.washburn@faegredrinker.com

***Counsel for Hormel Foods Corporation and Hormel Foods, LLC***

| | |
|---|---|
| /s/ *Peter H. Walsh* | /s/ *Donald G. Heeman* |
| Peter H. Walsh (#0388672) | Donald G. Heeman (#0286023) |
| HOGAN LOVELLS US LLP | Jessica J. Nelson (#0347358) |
| 80 South Eighth Street, Suite 1225 | Randi J. Winter (#0391354) |
| Minneapolis, MN 55402 | SPENCER FANE LLP |
| (612) 402-3000 | 100 South Fifth Street, Suite 1900 |
| peter.walsh@hoganlovells.com | Minneapolis, MN 55402-4206 |
| | (612) 268-7000 |
| William L. Monts (*pro hac vice*) | dheeman@spencerfane.com |
| Justin W. Bernick (*pro hac vice*) | jnelson@spencerfane.com |
| HOGAN LOVELLS US LLP | rwinter@spencerfane.com |
| Columbia Square | |
| 555 Thirteenth Street, NW | Stephen R. Neuwirth (*pro hac vice*) |
| Washington, D.C. 20004 | Michael B. Carlinsky (*pro hac vice*) |
| (202) 637-5600 | Sami H. Rashid (*pro hac vice*) |
| william.monts@hoganlovells.com | Richard T. Vagas (*pro hac vice*) |
| justin.bernick@hoganlovells.com | David B. Adler (*pro hac vice*) |
| | QUINN EMANUEL URQUHART & |
| ***Counsel for Agri Stats, Inc.*** | SULLIVAN, LLP |
| | 51 Madison Avenue, 22nd Floor |
| | New York, NY 10010 |
| | (212) 849-7000 |
| | stephenneuwirth@quinnemanuel.com |
| | michaelcarlinsky@quinnemanuel.com |
| | samirashid@quinnemanuel.com |
| | richardvagas@quinnemanuel.com |
| | davidadler@quinnemanuel.com |
| | |
| | ***Counsel for JBS USA Food Company*** |

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

**Counsel for Seaboard Foods LLC and Seaboard Corporation**

*/s/ John A. Cotter*
John A. Cotter (#0134296)
John A. Kvinge (#0392303)
LARKIN HOFFMAN DALY &
LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN &CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
(214) 698-3370
brobison@gibsondunn.com

**Counsel for Smithfield Foods, Inc.**

*/s/ Christopher A. Smith*
Aaron Chapin (#0386606)
Christopher A. Smith (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
Sarah L. Zimmerman (*pro hac vice filed*)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com

***Counsel for Triumph Foods, LLC***