# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Chief Judge John R. Tunheim |
| | Mag. Judge Hildy Bowbeer |
| | 18-cv-1776 |
| This Document Relates To: *All Actions* | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrea N. Rivers of the law firm of Axinn, Veltrop & Harkrider LLP hereby enters her appearance in the above-captioned matter on behalf of Defendants Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; and Tyson Prepared Foods, Inc.

Dated: March 28, 2022

Respectfully submitted,

By: */s/ Andrea N. Rivers*
   Andrea N. Rivers
   Axinn, Veltrop & Harkrider LLP
   114 West 47th Street
   New York, NY 10036
   Telephone: 212.782.3182
   Facsimile: 212.728.2201
   arivers@axinn.com