UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: *All Actions* | Civil No. 18-cv-01776 (JRT/HB)<br><br>**LOCAL RULE 7.1(f) CERTIFICATE OF COMPLIANCE** |

I, Jaime Stilson, certify that Non-Party Indiana Packers Corporation's Response to Plaintiffs' Motion to Compel Indiana Packers Corporation to Comply with Subpoena *Duces Tecum* complies with Local Rule 7.1(f).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2016, and that the word-count function of this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced memorandum contains 3,400 words.

I further certify that the above-referenced memorandum complies with the type-size requirements of Local Rule 7.1(h) because it has been prepared using 13-point Times New Roman type as designated by Microsoft Word 2016.

Dated:  March 28, 2022          DORSEY & WHITNEY LLP


                                By   *s/Jaime Stilson*
                                     Jaime Stilson (#392913)
                                     stilson.jaime@dorsey.com
                                     50 South Sixth Street, Suite 1500
                                     Minneapolis, MN 55402

Telephone: (612) 340-2600
stilson.jaime@dorsey.com

Britt M. Miller (pro hac vice)
Robert Entwisle (pro hac vice)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0600
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

William Stallings (pro hac vice)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
wstallings@mayerbrown.com

*Counsel for Indiana Packers Corporation*