# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Chief Judge John R. Tunheim |
| | Mag. Judge Hildy Bowbeer |
| | 18-cv-1776 |
| This Document Relates To: | |
| *All Actions* | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Allison M. Vissichelli of the law firm of Axinn, Veltrop & Harkrider LLP hereby enters her appearance in the above-captioned matter on behalf of Defendants Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; and Tyson Prepared Foods, Inc.

Dated: March 28, 2022

Respectfully submitted,

By: */s/ Allison M. Vissichelli*
Allison M. Vissichelli
Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
Telephone: 202.469.3510
Facsimile: 202.912.4701
avissichelli@axinn.com