IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*All Actions* | Chief Judge John R. Tunheim<br><br>Mag. Judge Hildy Bowbeer<br><br>18-cv-1776 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Madeline A. Greathouse of the law firm of Axinn, Veltrop & Harkrider LLP hereby enters her appearance in the above-captioned matter on behalf of Defendants Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; and Tyson Prepared Foods, Inc.

Dated: March 28, 2022

Respectfully submitted,

By: */s/ Madeline A. Greathouse*
Madeline A. Greathouse
Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
Telephone:  202.469.3529
Facsimile:  202.912.4701
mgreathouse@axinn.com