# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Actions | No. 0:18-CV-01776-JRT-HB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

      Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, Bennett Rawicki hereby notifies the Court and counsel that he withdraws as counsel for Defendant Smithfield Foods, Inc. as he will no longer be affiliated with the law firm Gibson, Dunn & Crutcher LLP after March 31, 2022.  Counsel with Gibson, Dunn & Crutcher LLP, Brown Fox PLLC, and Larkin Hoffman Daly & Lindgren Ltd. will continue to represent Defendant Smithfield Foods, Inc., and Mr. Rawicki's withdrawal will not affect any deadlines or cause any delay.

Dated: March 31, 2022

                */s/ Bennett Rawicki*
                Bennett Rawicki
                GIBSON, DUNN & CRUTCHER LLP
                2001 Ross Avenue, Suite 2100
                Dallas, TX 75201-2923
                (214) 698-3100
                brawicki@gibsondunn.com

                *Counsel for Smithfield Foods, Inc.*