UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Direct Purchaser Actions | Case No. 0:18-cv-01776 (JRT/HB) |

## STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFF JOE CHRISTIANA FOOD DISTRIBUTORS, INC., WITH PREJUDICE

IT IS STIPULATED AND AGREED by Direct Purchaser Plaintiff Joe Christiana Food Distributors, Inc., and Defendants Agri Stats, Inc., Clemens Food Group, LLC, The Clemens Family Corporation, Hormel Foods Corporation, Hormel Foods, LLC, Seaboard Foods LLC, Seaboard Corporation, Triumph Foods, LLC, Tyson Foods, Inc., Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc. ("Defendants") in the above-referenced and numbered case that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

1. Plaintiff Joe Christiana Food Distributors, Inc.'s claims and causes of action against Defendants are hereby voluntarily dismissed with prejudice;

2. This dismissal is without prejudice to Plaintiff Joe Christiana Food Distributors, Inc.'s rights to participate in any settlements as an absent class member; and

3. All parties to this stipulation will bear their own attorneys' fees, litigation expenses, and court costs.

566166.4

| | |
|---|---|
| DATED: April 1, 2022 | Respectfully submitted, |
| *s/ Joseph C. Bourne* | *s/ Bobby Pouya* |
| W. Joseph Bruckner (MN #0147758) | Bobby Pouya |
| Brian D. Clark (MN #0390069) | Clifford H. Pearson |
| Arielle S. Wagner (MN #0398332) | Daniel L. Warshaw |
| Craig S. Davis (MN #0148192) | Michael H. Pearson |
| Simeon A. Morbey (MN #0391338) | PEARSON SIMON & |
| Joseph C. Bourne (MN #0389922) | WARSHAW, LLP |
| Stephen M. Owen (MN # 0399370) | 15165 Ventura Boulevard, Suite 400 |
| LOCKRIDGE GRINDAL | Sherman Oaks, CA 92403 |
| NAUEN P.L.L.P. | T: (818) 788-8300 |
| 100 Washington Avenue South, | cpearson@pswlaw.com |
| Suite 2200 | dwarshaw@pswlaw.com |
| Minneapolis, MN 55401 | bpouya@pswlaw.com |
| T: (612) 339-6900 | mpearson@pswlaw.com |
| wjbruckner@locklaw.com | |
| bdclark@locklaw.com | Melissa S. Weiner (MN #0387900) |
| aswagner@locklaw.com | PEARSON, SIMON & |
| csdavis@locklaw.com | WARSHAW, LLP |
| samorbey@locklaw.com | 800 LaSalle Avenue, Suite 2150 |
| jcbourne@locklaw.com | Minneapolis, MN 55402 |
| smowen@locklaw.com | T: (612) 389-0600 |
| | mweiner@pswlaw.com |
| | |
| | Bruce L. Simon |
| | Benjamin E. Shiftan |
| | Neil Swartzberg |
| | PEARSON, SIMON & |
| | WARSHAW, LLP |
| | 350 Sansome Street, Suite 680 |
| | San Francisco, CA 94104 |
| | T: (415) 433-9000 |
| | F: (415) 433-9008 |
| | bsimon@pswlaw.com |
| | bshiftan@pswlaw.com |
| | nswartzberg@pswlaw.com |
| | |
| | ***Co-Lead Class Counsel for Direct Purchaser Plaintiffs*** |

566166.4

2

*/s/ Mark L. Johnson*
Mark L. Johnson (#0345520)
Davida Williams (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Christina Sharkey (*pro hac vice*)
Jenna Stupar (*pro hac vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
christina.sharkey@kirkland.com
jenna.stupar@kirkland.com

***Counsel for Clemens Food Group, LLC and The Clemens Family Corporation***

*/s/ Richard A. Duncan*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center 90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com
bryan.washburn@faegredrinker.com

Jacob D. Bylund (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone: (515) 248-9000
Facsimile: (515) 248-9010
jacob.bylund@faegredrinker.com

Jonathan H. Todt (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465
jonathan.todt@faegredrinker.com

566166.4                                        3

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100 St. Louis, MO 63105
Telephone: (314) 863-0800
nicci.warr@stinson.com

*Counsel for Seaboard Foods LLC and Seaboard Corporation*

*/s/ David P. Graham*
David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 486-1521
dgraham@dykema.com

Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
Lindsey Strang Aberg (pro hac vice)
AXINN, VELTROP & HARKRIDER LLP
950 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 912-4700
radcox@axinn.com
trider@axinn.com
lstrang@axinn.com

John S. Yi (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
john.yi@faegredrinker.com

*Counsel for Hormel Foods Corporation and Hormel Foods, LLC*

*/s/ Christopher A. Smith*
Christopher A. Smith (*pro hac vice)*
Aaron Chapin (#0386606)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
Sarah L. Zimmerman (*pro hac vice filed*)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com

*Counsel for Triumph Foods, LLC*

566166.4                           4

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8109
jtaylor@axinn.com

Kail Jethmalani (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
kjethmalani@axinn.com

***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.***

*/s/ Peter H. Walsh*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Telephone: (612) 402-3000
Facsimile: (612) 402-3001
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW Washington, D.C. 20004
Telephone: (202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

***Counsel for Agri Stats, Inc.***