# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

This Document Relates to:

All Direct Purchaser Actions

Case No. 0:18-cv-01776 (JRT/HB)

## [PROPOSED] ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFF JOE CHRISTIANA FOOD DISTRIBUTORS, INC., WITH PREJUDICE

This matter comes before the Court on the parties' Stipulation of Voluntary Dismissal of Claims of Plaintiff Joe Christiana Food Distributors, Inc., With Prejudice (ECF No. 1246).

After consideration of the stipulation, and all of the files, records, and proceedings in this case, IT IS HEREBY ORDERED:

1. The Stipulation of Voluntary Dismissal is APPROVED;

2. Plaintiff Joe Christiana Food Distributors, Inc.'s claims and causes of action against Defendants are hereby voluntarily dismissed with prejudice;

3. This dismissal is without prejudice to Plaintiff Joe Christiana Food Distributors, Inc.'s rights to participate in any settlements as an absent class member; and

4. All parties to this stipulation will bear their own attorneys' fees, litigation expenses, and court costs.

566169.1

2

DATED: _____          BY THE COURT:


_____
THE HONORABLE JOHN R. TUNHEIM
CHIEF U.S. DISTRICT JUDGE