## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST
LITIGATION

This Document Relates To:
All Actions

No. 0:18-CV-01776-JRT-HB

**NOTICE OF APPEARANCE**

 

The undersigned attorney hereby notifies the Court and counsel that Allison Lewis

shall appear as counsel of record for Defendant Smithfield Foods, Inc. in this case.

Dated: April 6, 2022

*/s/ Allison Lewis*
Allison Lewis
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
ALewis@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*