## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions | Case No. 18-CV-01776 (JRT/HB)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Logan T. Fancher, of the law firm of Stinson LLP, hereby enters his appearance in the above-captioned matter on behalf of defendants Seaboard Foods LLC and Seaboard Corporation.

Dated: April 7, 2022

/s/ *Logan T. Fancher*
Logan T. Fancher (*pro hac vice*)
STINSON LLP
1201 West 12th Street, Suite 2900
Kansas City, MO 64106
Phone: (816) 691-2692
Fax:    (816) 412-1132
logan.fancher@stinson.com

**Attorneys for Defendants Seaboard Foods LLC and Seaboard Corporation**