UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT/HB) |
| This Document Relates To:<br><br>THE COMMERCIAL AND INSTITUTIONAL PURCHASER PLAINTIFF ACTION | **Motion for Preliminary Approval of Class Action Settlement Between the Commercial and Institutional Indirect Purchaser Plaintiffs and Defendant Smithfield Foods, Inc.** |

Commercial and Institutional Indirect Purchaser Plaintiffs respectfully move the Court for preliminary approval of the class action settlement between Commercial and Institutional Indirect Purchaser Plaintiffs and Defendant Smithfield Foods, Inc. This motion is based on Federal Rule of Civil Procedure 23 and the concurrently filed memorandum of law and supporting declaration as well as any other evidence and arguments presented through the Court at any hearing on this motion.

Dated: April 8, 2022

**Larson · King, LLP**

By   *s/ Shawn M. Raiter*
Shawn M. Raiter (#240424)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
sraiter@larsonking.com

        Jonathan W. Cuneo (admitted *pro hac vice*)
        Blaine Finley (admitted *pro hac vice*)
        **Cuneo Gilbert & LaDuca, LLP**
        4725 Wisconsin Ave NW, Suite 200
        Washington, DC  20016
        (202) 789-3960
        jonc@cuneolaw.com
        bfinley@cuneolaw.com

        **Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**