UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | No. 0:18-CV-01776-JRT-HB<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that JeanAnn Tabbaa shall appear as additional counsel of record for Defendant Smithfield Foods, Inc. in this case.

Dated: April 12, 2022

/s/ *JeanAnn Tabbaa*
JeanAnn Tabbaa
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
jtabbaa@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*