## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| This Document Relates to: | **ORDER APPROVING STIPULATION** |
| All Direct Purchaser Actions | |

The parties filed a Stipulation of Voluntary Dismissal of Claims of Plaintiff Joe Christiana Food Distributors, Inc., With Prejudice (ECF No. 1246).

After consideration of the stipulation, and all of the files, records, and proceedings in this case, **IT IS HEREBY ORDERED**:

1. The Stipulation of Voluntary Dismissal is **APPROVED**;

2. Plaintiff Joe Christiana Food Distributors, Inc.'s claims and causes of action against Defendants are hereby voluntarily **DISMISSED WITH PREJUDICE**;

3. This dismissal is without prejudice to Plaintiff Joe Christiana Food Distributors, Inc.'s rights to participate in any settlements as an absent class member; and

4. All parties to this stipulation will bear their own attorneys' fees, litigation expenses, and court costs.

DATED:  April 13, 2022  
at Minneapolis, Minnesota.

                                                        ___s/John R. Tunheim___  
                                                         JOHN R. TUNHEIM  
                                                            Chief Judge  
                                                United States District Court