**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>ALL CASES | Case No. 18-cv-01776 (JRT / HB)<br><br>**NOTICE OF WITHDRAWAL OF**<br>**CHASE C. KEIBLER** |

PLEASE TAKE NOTICE that, pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, Chase C. Keibler has withdrawn as counsel for the following Direct Action Plaintiffs: (1) Nestlé Purina PetCare Company; (2) Nestlé USA, Inc.; (3) Conagra Brands, Inc.; and (4) Howard B. Samuels, solely as Chapter 7 Trustee of the estate of Central Grocers, Inc. All other Nexsen Pruet, LLC counsel of record for the foregoing Direct Action Plaintiffs shall remain the same.

DATED: April 14, 2022

/s/ David C. Eddy
David C. Eddy
Dennis J. Lynch
Travis C. Wheeler
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, South Carolina 29201
Telephone: (803) 771-8900
deddy@nexsenpruet.com

*Attorneys for Plaintiffs Nestlé USA, Inc.; Nestlé USA, Inc.; Conagra Brands, Inc.; and Howard B. Samuels, solely as Chapter 7 Trustee of the estate of Central Grocers, Inc.*

1