IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-01776 (JRT-HB) |
| This Document Relates To:<br><br>*All Actions* | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Max A. Samels and Amarto Bhattacharyya of the law firm of Kirkland & Ellis LLP hereby enter their appearance in the above captioned matter on behalf of Defendants Clemens Food Group, LLC and The Clemens Family Corporation.

Dated: April 20, 2022  **GREENE ESPEL PLLP**

 *s/ Davida S. McGhee*
Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
mjohnson@greeneespel.com
dwilliams@greeneespel.com
(612) 373-0830

and

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Christina Sharkey (*pro hac vice*)
Jenna Stupar (*pro hac vice*)
Max A. Samels (MDL Registered)
Amarto Bhattacharyya (MDL Registered)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
christina.sharkey@kirkland.com
jenna.stupar@kirkland.com
max.samels@kirkland.com
amarto.bhattacharry@kirkland.com
(312) 861-2000

***Attorneys for Defendants Clemens Food Group, LLC and The Clemens Family Corporation***

2