# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Chief Judge John R. Tunheim |
| | Mag. Judge Hildy Bowbeer |
| This Document Relates To: | 18-cv-1776 |
| *All Actions* | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Victoria J. Lu of the law firm of Axinn, Veltrop & Harkrider LLP hereby enters her appearance in the above-captioned matter on behalf of Defendants Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; and Tyson Prepared Foods, Inc.

Dated: April 20, 2022

Respectfully submitted,

By: */s/ Victoria J. Lu*
Victoria J. Lu
Axinn, Veltrop & Harkrider LLP
114 West 47th Street
New York, NY 10036
Telephone:  212.261.5659
Facsimile:  212.728.2201
vlu@axinn.com