UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br><u>All Actions</u> | No. 0:18-cv-01776-JRT-HB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jeffrey H. Bergman of the law firm of Sperling & Slater, P.C. hereby enters his appearance in the above-captioned matter on behalf of Plaintiffs, Associated Grocers of the South, Inc., Dollar General Corporation., Dolgencorp, LLC, Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc., Raley's, United Natural Foods, Inc., Supervalu, Inc., Associated Grocers of Florida, Inc., Unified Grocers, Inc., Tony's Fine Foods and Wakefern Food Corp.


Dated:  <u>April 26, 2022</u>                              */s/ Jeffrey H. Bergman*
                                                                        Jeffrey H. Bergman
                                                                        Sperling & Slater, P.C.
                                                                        55 W. Monroe Street, Suite 3200
                                                                        Chicago, IL 60603
                                                                        (312) 641-3200
                                                                        jbergman@sperling-law.com

## CERTIFICATE OF SERVICE

Jeffrey H. Bergman certifies that on April 26, 2022, I caused a true and correct copy of the foregoing *Notice of Appearance* to be filed via CM/ECF.

*/s/ Jeffrey H. Bergman*
Jeffrey H. Bergman