# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>The Below-Listed DAP Action<br><br>ALDI, INC.,<br>                              Plaintiff,<br>v.<br>AGRI STATS, ET AL.,<br>                              Defendants. | Case No. 18-cv-1776 (JRT-HB)<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT SEABOARD CORPORATION WITHOUT PREJUDICE**<br><br>Case No. 22-cv-00367 (JRT-HB) |

      WHEREAS, Plaintiff ALDI Inc., brought claims against Defendants Seaboard Foods LLC and Seaboard Corporation relating to hog and pork production;

      WHEREAS, ALDI Inc., has agreed to dismiss the claims against Seaboard Corporation without prejudice, provided that Seaboard Corporation makes satisfactory representations about its lack of direct involvement in hog and pork production;

      WHEREAS, Seaboard Corporation represents that it does not directly own any hog-producing or pork-processing assets and does not directly produce, market, or sell hogs or pork;

      THEREFORE, the undersigned parties hereby stipulate and agree as follows:

      1.     The Complaint of ALDI Inc. (Case No. 22-cv-00367) shall be dismissed as to Seaboard Corporation without prejudice;

2.   All statutes of limitations applicable to any and all claims that ALDI Inc., may have against Seaboard Corporation shall be tolled from the entry of the dismissal without prejudice until such a time, if it were to occur, that ALDI Inc., reinstates any such claims, but, in any event, no later than judgment is entered on the claims against Seaboard Foods LLC.

| | |
|---|---|
| Dated: April 27, 2022 | Dated: April 27, 2022 |
| */s/ Peter J. Schwingler* | */s/ Christopher P. Wilson* |
| William L. Greene (#0198730)<br>Peter J. Schwingler (#0388909)<br>William D. Thomson (#0396743)<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Phone: (612) 335-1500<br>Fax:    (612) 335-1657<br>william.greene@stinson.com<br>peter.schwingler@stinson.com<br>william.thomson@stinson.com | William C. Lavery<br>Christopher P. Wilson<br>Danielle Morello<br>Wyatt M. Carlock<br>**BAKER BOTTS LLP**<br>700 K Street NW<br>Washington, DC 20001<br>Telephone: (202) 639-7700<br>Facsimile: (202) 639-7890<br>william.lavery@bakerbotts.com<br>christopher.wilson@bakerbotts.com<br>danielle.morello@bakerbotts.com<br>wyatt.carlock@bakerbotts.com |
| J. Nicci Warr (*pro hac vice*)<br>STINSON LLP<br>7700 Forsyth Boulevard, Suite 1100<br>St. Louis, MO 63105<br>Phone: (314) 863-0800<br>Fax:    (314) 863-9388<br>nicci.warr@stinson.com | **Attorneys for Plaintiff ALDI, Inc.** |
| **Attorneys for Defendants Seaboard Foods LLC and Seaboard Corporation** | |