UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT-HB) |
| This Document Relates To: The Below-Listed DAP Action | **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT SEABOARD CORPORATION WITHOUT PREJUDICE** |
| ALDI, INC., Plaintiffs, | Case No. 22-cv-00367 (JRT-HB) |
| v. | |
| AGRI STATS, ET AL., Defendants. | |

This matter came before the undersigned on the parties' Stipulation for Dismissal of Defendant Seaboard Corporation Without Prejudice. Based on all the files, records, and proceedings herein IT IS ORDERED that the parties' Stipulation is GRANTED as follows:

1. The Complaint of ALDI Inc. (Case No. 22-cv-00367) is DISMISSED WITHOUT PREJUDICE as to Seaboard Corporation.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: _____     By the Court

_____
The Honorable John R. Tunheim
Chief United States District Judge