**Brian D. Clark**
bdclark@locklaw.com
Phone: 612.339.6900

LOCKRIDGE
GRINDAL
NAUEN
P.L.L.P.

Attorneys at Law
www.locklaw.com

MINNEAPOLIS
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T 612.339.6900
F 612.339.0981

April 27, 2022

The Honorable John R. Tunheim
Chief U.S. District Judge
District of Minnesota
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

  Re: In Re Pork Antitrust Litigation, 0:18-cv-01776-JRT-HB

Dear Judge Tunheim,

  I write on behalf of the Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, and Consumer Indirect Purchaser Plaintiffs (collectively "Class Plaintiffs") to respectfully request that Class Plaintiffs be allowed to exceed the word limits for a motion filed pursuant to D. Minn. L.R. 7.1(c) for the briefing related to Plaintiffs' motions for class certification, the opening briefs for which are currently due to be filed by May 2, 2022. D. Minn. L.R. 7.1 (f)(1)(B)-(C) prescribes a 12,000 word limit combined for a party's supporting memorandum and reply memorandum, excluding the caption, signature block, and certificates of compliance. Class Plaintiffs respectfully request that each of the classes be allowed 24,000 total words for opening and reply briefs, and Defendants be permitted 24,000 words for their opposition briefing. All parties would reserve their rights to request further relief from the Court on the issue as needed in response to issues arising in the course of briefing, but anticipate that these word limits would be comprehensive. This letter is filed pursuant to D. Minn. L.R. 7.1(f)(1)(D) and the Court's Practice Pointers and Preferences, and is based upon the rationale contained herein, and upon all the files, records, and proceedings in this matter.

  Granting the parties' request would further the purposes of judicial economy and full resolution of the issues currently before the Court by allowing comprehensive briefing in advance of oral argument. The lengthy record and the nature of class certification proceedings in complex antitrust litigation will require substantial discussion to fairly explain the class-wide claims. To adequately address the requirements of Federal Rule of Civil Procedure 23, as well as Defendants' anticipated arguments, Plaintiffs' motions for

567347.1

April 27, 2022
Page 2

class certification and reply briefing, combined, must exceed the 12,000 words prescribed by L.R. 7.1(f)(1)(B).

Accordingly, Class Plaintiffs' counsel conferred with counsel for Defendants, and counsel for Defendants stated that Defendants do not oppose the requested increase of word limitations. As such, this request is submitted unopposed.

For the above reasons, Class Plaintiffs respectfully request that the Court grant their request to exceed the word limitations in the upcoming class certification briefing, and order that each Class be allowed 24,000 total words for their opening and reply briefing, and 24,000 words for Defendants' opposition to each Class's motion.

Thank you.

Very truly yours,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

*Brian D. Clark* (signature)

Brian D. Clark