# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Chief Judge John R. Tunheim |
| | Mag. Judge Hildy Bowbeer |
| This Document Relates To: | 18-cv-1776 |
| *All Actions* | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Craig M. Reiser of the law firm of Axinn, Veltrop & Harkrider LLP hereby enters his appearance in the above-captioned matter on behalf of Defendants Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; and Tyson Prepared Foods, Inc.

Dated: April 29, 2022

Respectfully submitted,

By: */s/ Craig M. Reiser*
    Craig M. Reiser
    Axinn, Veltrop & Harkrider LLP
    114 West 47th Street
    New York, New York 10036
    Telephone:  212.728.2218
    Facsimile: 212.728.2201
    creiser@axinn.com