## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB)<br><br>Honorable John R. Tunheim<br><br>**LOCAL RULE 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |

I, W. Joseph Bruckner, certify that the Memorandum of Law in Support of Direct Purchaser Plaintiffs' Motion for Class Certification complies with Local Rule 7.1(f), and is consistent with the agreement of the parties and Order of this Court (ECF No. 1274) expanding the word limit to 24,000 words for both this Memorandum and the anticipated Reply in support of this Motion.

This Memorandum contains 15,869 words and was prepared using Microsoft Word, which includes all text, including headings, footnotes, and quotations. The anticipated Reply Memorandum in support of this Motion shall not exceed 8,131 words.

Date: May 2, 2022

*/s/ W. Joseph Bruckner*
W. Joseph Bruckner (MN #0147758)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
*wjbruckner@locklaw.com*

973698.2

1