UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB)<br><br>Honorable John R. Tunheim<br><br>**DECLARATION OF BOBBY POUYA IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Bobby Pouya, declare and state:

1.      I am an attorney licensed to practice in the State of California and have been admitted to practice in several courts across the country, including this Court *pro hac vice*. I am a partner of the law firm Pearson, Simon & Warshaw, LLP ("PSW"), Interim Co-Lead Class Counsel for the Direct Purchaser Plaintiff Class ("DPPs" or "Plaintiffs") in this litigation, along with Lockridge Grindal Nauen P.L.L.P. ("LGN"). I make this declaration in support of the accompanying Direct Purchaser Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts in this declaration and could competently testify to them if called as a witness.

2.      Along with the other attorneys at PSW, I have been responsible for the management and adjudication of this case on behalf of the DPP Class. I have personally overseen and been responsible for a significant portion of the discovery, pleadings, depositions, and hearings in this case.

**Background of the Litigation**

3.      On June 29, 2018, PSW and LGN filed the first direct purchaser complaint, *Maplevale Farms, Inc. v. Agri Stats, Inc., et al.*, No. 0:18-cv-01803, ECF No. 1 (D. Minn.), against the nation's largest Pork producers alleging an antitrust conspiracy in violation of the Sherman Act, 15 U.S.C. § 1. On January 15, 2020, PSW and LGN filed the operative Third Amended and Consolidated Class Action Complaint ("TCAC") (No. 0:18-cv-01776, ECF No. 431). The TCAC , as well as all preceding complaints, alleged that Defendants exploited their market power by collectively coordinating output and limiting production in an effort to fix, raise, and stabilize the price of Pork sold in the United States.

Defendants' illegal and conspiratorial conduct caused the DPPs" and the Class to pay supracompetitive prices for Pork and were harmed and injured as a direct and proximate result thereof.

4. PSW and LGN were appointed by this Court as Interim Co-Lead Counsel for DPPs and the DPP Class in this litigation (*see* ECF No. 149), and also Class Counsel for the JBS and Smithfield Settlements (*see* ECF Nos. 631 and 838 (JBS Preliminary and Final Approval Orders); 870 and 1154 (Smithfield Preliminary and Final Approval Orders)). Since the Court's Order, Co-Lead Class Counsel have undertaken the responsibilities necessary to manage and litigate this class action lawsuit. PSW has worked on all aspects of the litigation, including, but not limited to, further investigation of Plaintiffs' claims; preparing complaints motions and other significant filings; appearing at and handling numerous hearings; reviewing documents and appearing at depositions; and coordinating with other Plaintiffs' counsel and defense counsel to efficiently and effectively manage and advance this lawsuit.

5. To date, DPPs have secured over $101 million in settlements from two Defendants in the case: JBS and Smithfield. In granting final approval to each of these settlements, the Court found that PSW and LGN--acting as Co-Lead Settlement Class Counsel--have and will fairly and adequately represent the DPP Class. *See* ECF Nos. 631 and 838 (JBS Preliminary and Final Approval Orders); 870 and 1154 (Smithfield Preliminary and Final Approval Orders). If the Court grants DPPs' Motion for Class Certification, PSW, along with its co-counsel, will continue to adequately fulfill its duties to the Class members.

**PSW has Extensive Class Action and Antitrust Experience and Should Continue to Serve as Co-Lead Counsel on behalf of the Direct Purchaser Class**

6. PSW has the experience, resources and ability to adequately represent the DPP Class members in this class action lawsuit. A complete profile of PSW's attorneys, and summary of the numerous litigations in which they have obtained successful results, is set forth in PSW's firm resume attached hereto as Exhibit 1. PSW's firm resume reflects that the attorneys in this case have successfully adjudicated some of the largest and most important class action lawsuits in the United States and have obtained approximately $3 billion in settlements and verdicts in a wide range of cases. *See* 2020 Antitrust Annual Report, attached hereto as Exhibit 2.

7. PSW served as Co-Lead Counsel in the following significant cases:

- *In re Credit Default Swaps Antitrust Litigation*, MDL No. 2476 (S.D.N.Y.). An antitrust class action alleging an anticompetitive conspiracy by the largest international banks and financial institutions in the world to fix the price of credit default swaps. That case resulted in $1.86 billion in settlements, making it one of the largest civil lawsuit recoveries in history.

- *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827 (N.D. Cal.). In that case, PSW helped secure a settlement of over $443 million for the class and obtained an $87 million verdict, before trebling, following a five-week trial against the only remaining defendant in the case, Toshiba Corporation and its related entities.

- *In re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation*, MDL No. 2451 (N.D. Cal.). This multidistrict litigation alleges that the NCAA and its member conferences violated the antitrust laws by restricting the value of grant-in-aid athletic scholarships and other benefits that college football and basketball players can receive. PSW settled the damages case, obtaining final approval of a $208 million settlement. PSW attorneys along with co-counsel prevailed in a bench trial for the injunctive portion of the case, which was appealed to the Ninth Circuit

>Court of Appeals (*In re Nat'l Collegiate Athletic Ass'n Athletic Grant-in-Aid Cap Antitrust Litig.*, 958 F.3d 1239 (9th Cir.)) and the Supreme Court of the United States (*Nat'l Collegiate Athletic Ass'n v. Alston*, 141 S. Ct. 2141 (2021)). In a 9-0 decision delivered by Justice Gorsuch, the Supreme Court affirmed the verdict obtained by PSW and co-counsel.

8. PSW currently serves as Co-Lead Counsel in the following significant cases:

- *In re Broiler Chicken Antitrust Litigation*, No. 0:16-cv-08637 (N.D. Ill.). PSW attorneys currently serve as interim co-lead counsel on behalf of direct purchaser plaintiffs. The complaint alleges that the nation's largest broiler chicken producers violated antitrust laws by limiting production and engaging in other conduct in violation of the Sherman Act.

- *Senne, et al. v. Office of the Commissioner of Baseball, et al.*, No. 14-cv-0608 (N.D. Cal.). This is a class action and FLSA collective action on behalf of minor league baseball players who allege that Major League Baseball and its member franchises violated the FLSA and state wage and hour laws by failing to pay minor league baseball players minimum wage and overtime. Trial is scheduled to commence on June 1, 2022.

9. PSW is also counsel of record in *K. Peterson, et al. v. JBS USA Food Company Holdings, et al.* ("*Beef*"), No. 0:19-cv- 01129-JRT-HB (D. Minn.), and *Olean Wholesale Grocery Cooperative, et al. v. Agri Stats, et al.* ("*Turkey*"), No. 1:19-cv-08318 (N.D. Ill.).

10. The background and experience of the attorneys at PSW, our efforts to investigate and develop the allegations in this case, and our clients' significant stake in this litigation give my firm and me a solid foundation by which we can continue to prosecute this case efficiently and expeditiously.

973724.5

5

### PSW Has the Resources and Capacity to Manage this Case Effectively and Efficiently, and is Committed to its Successful Resolution

11. My firm has demonstrated expertise in managing complex class actions and, I respectfully submit, we have demonstrated our experience and commitment in this case and in many others.

12. Our background and experience, our development of the allegations in our complaints, and our solid and extensive commitment of time and resources in this case give our firm a solid foundation to continue to prosecute this case efficiently and expeditiously.

13. Further, our clients' significant stake in this litigation is noteworthy. Each of our clients has dedicated significant time and resources to the advancement of this litigation as more fully set forth in the declarations attached hereto as Exhibits 3 through 6 (Maplevale Farms, Inc.; John Gross and Company, Inc.; Ferraro Foods, Inc. and Ferraro Foods of North Carolina, LLC; and Olean Wholesale Grocery Cooperative, Inc.).

### Submission of Evidence in Support of DPPs' Motion for Class Certification

14. As set forth in the concurrently filed Motion for Class Certification, there is extensive evidence in the record to support granting class certification in this case. This evidence, including documents produced in the litigation and depositions taken to date, represents only a small portion of the evidence supporting DPPs' claims in this case.

15. The exhibits cited in support of Plaintiffs' Motion for Class Certification are set forth in the chart below. True and correct copies of these exhibits are attached hereto. All depositions referenced have been limited to the relevant portions cited in support of the Motion for Class Certification. As required by the Protective Order (ECF No. 212), and

further set forth in the forthcoming motion to seal, any exhibits that have been designated as Confidential or Highly Confidential will be filed under seal and are denoted as such in the chart below.

| Exhibit No. | Description | Designated as Confidential or Highly Confidential |
|---|---|---|
| 7 | SMITHFIELD03994749 | Yes |
| 8 | HFC-PORKAT0000033238 | Yes |
| 9 | SMITHFIELD01071523 | Yes |
| 10 | CLMNS-0000030331 | Yes |
| 11 | Phil Clemens Dep. Transcript | No |
| 12 | CLMNS-0000645909 | Yes |
| 13 | SBF0184228 | Yes |
| 14 | SMITHFIELD02229051 | Yes |
| 15 | http://www.meatscience.org/TheMeatWeEat/topics/fresh-meat/article/2017/03/09/pork-production-farrow-to-finish-process | No |
| 16 | SMITHFIELD01062391 | Yes |
| 17 | HFC-PORKAT0000365507 | Yes |
| 18 | DPP-Pork0000007801 | No |
| 19 | HFC-PORKAT0000365340 | Yes |
| 20 | TF-P-000518663 | Yes |
| 21 | TF-P-000013975 | Yes |
| 22 | SMITHFIELD01062874 | Yes |
| 23 | SMITHFIELD00837212 | Yes |
| 24 | TF-P-000014052 | Yes |
| 25 | TF-P-000514416 | Yes |
| 26 | TF-P-000179765 | Yes |
| 27 | SBF0181317 | Yes |
| 28 | CLMNS-0000022228 | Yes |
| 29 | CLMNS-0000600011 | Yes |
| 30 | TF-P-000014545 | Yes |
| 31 | SMITHFIELD01311002 | Yes |
| 32 | JBS 2008 Earnings Conference Call (August 13, 2009) | No |
| 33 | TF-P-002159632 | Yes |
| 34 | TF-P-001718524 | Yes |

| Exhibit No. | Description | Designated as Confidential or Highly Confidential |
|---|---|---|
| 35 | SBF0186877 | Yes |
| 36 | DPP-Pork0000006250 | No |
| 37 | SMITHFIELD01311143 | Yes |
| 38 | Betsy Freese, Pork Powerhouses 2009, Successful Farming (2009) | No |
| 39 | TF-P-001718577 | Yes |
| 40 | Q4 2009 JBS Earnings Conference Call (Mar. 8, 2010) | No |
| 41 | TF-P-000015025 | Yes |
| 42 | TF-P-000160097 | Yes |
| 43 | TF-P-000032520 | Yes |
| 44 | TF-P-000220756[1] | Yes |
| 45 | TF-P-000218761 | Yes |
| 46 | TF-P-001718780 | Yes |
| 47 | CLMNS-0000512149 | Yes |
| 48 | TF-P-000040396[1] | Yes |
| 49 | TF-P-000028527 | Yes |
| 50 | TF-P-000981481 | Yes |
| 51 | TF-P-000212656 | Yes |
| 52 | TF-P-000102225 | Yes |
| 53 | TF-P-000212871 | Yes |
| 54 | TF-P-000188320 | Yes |
| 55 | TF-P-000187927 | Yes |
| 56 | TF-P-001131273 | Yes |
| 57 | TF-P-001843852 | Yes |
| 58 | TF-P-000205973 | Yes |
| 59 | TF-P-000122482 | Yes |
| 60 | SMITHFIELD00861337 | Yes |
| 61 | SMITHFIELD01943195 | Yes |
| 62 | SBF0066764 | Yes |
| 63 | TF-P-000538548 | Yes |
| 64 | TF-P-000304473 | Yes |
| 65 | CLMNS-0000042575 | Yes |

---

[1] Produced in relevant part as the native Microsoft Excel file is not able to be converted in a cognizable form. Counsel will produce the native file(s) upon request.

| Exhibit No. | Description | Designated as Confidential or Highly Confidential |
|---|---|---|
| 66 | CLMNS-0000503311 | Yes |
| 67 | TF-P-000021759 | Yes |
| 68 | TF-P-000069594 | Yes |
| 69 | SMITHFIELD00675637 | Yes |
| 70 | SMITHFIELD00662439 | Yes |
| 71 | SBF0349004 | Yes |
| 72 | Brian Taphorn Dep. Transcript | Yes |
| 73 | JBS-PORK-01220675 | Yes |
| 74 | SMITHFIELD00302380 | Yes |
| 75 | SMITHFIELD01074263 | Yes |
| 76 | SMITHFIELD01228025 | Yes |
| 77 | SMITHFIELD00888909 | Yes |
| 78 | SMITHFIELD01177237 | Yes |
| 79 | HFC-PORKAT0000095315 | Yes |
| 80 | HFC-PORKAT0000068283 | Yes |
| 81 | HFC-PORKAT0000102529 | Yes |
| 82 | SBF0528026 | Yes |
| 83 | SMITHFIELD00872455 | Yes |
| 84 | HFC-PORKAT0000014557 | Yes |
| 85 | SMITHFIELD00308346 | Yes |
| 86 | CLMNS-0000594415 | Yes |
| 87 | TF-P-001381827 | Yes |
| 88 | TF-P-000923546 | Yes |
| 89 | HFC-PORKAT0000153244 | Yes |
| 90 | HFC-PORKAT0000356767 | Yes |
| 91 | CLMNS-0000031400 | Yes |
| 92 | 21CFORUM-0000041544 | Yes |
| 93 | 21CFORUM-0000041548 | Yes |
| 94 | HFC-PORKAT0000056924 | Yes |
| 95 | SMITHFIELD00879785 | Yes |
| 96 | CLMNS-0000102598 | Yes |
| 97 | HFC-PORKAT0000061340 | Yes |
| 98 | HFC-PORKAT0000062300 | Yes |
| 99 | HFC-PORKAT0000064709 | Yes |
| 100 | HFC-PORKAT0000064704 | Yes |
| 101 | HFC-PORKAT0000130969 | Yes |

| Exhibit No. | Description | Designated as Confidential or Highly Confidential |
|---|---|---|
| 102 | Cory Bollum Dep. Transcript | Yes |
| 103 | AGSTAT-P-0000000360 | Yes |
| 104 | AGSTAT-P-0003424595 | Yes |
| 105 | Greg Bilbrey, Benchmarking and Tools to Maximize Profit, London Swine Conference – Tools of the Trade (April 1-2, 2009). | No |
| 106 | DPP-Pork0000000031 | No |
| 107 | AGSTAT-P-0002624471 | Yes |
| 108 | AGSTAT-P-0002819815 | Yes |
| 109 | TF-P-002048085 | Yes |
| 110 | TF-P-000515626 | Yes |
| 111 | Mark Copa Dep. Transcript | No |
| 112 | SMITHFIELD01007102 | Yes |
| 113 | TF-P-001692331 | Yes |
| 114 | Damon Ginther Dep. Transcript | Yes |
| 115 | SBF0459029 | Yes |
| 116 | TF-P-000513839 | Yes |
| 117 | TF-P-000100077 | Yes |
| 118 | TF-P-000513842 | Yes |
| 119 | SMITHFIELD00456587 | Yes |
| 120 | TF-P-000466138 | Yes |
| 121 | AGSTAT-P-0002793886 | Yes |
| 122 | SMITHFIELD00472630 | Yes |
| 123 | SMITHFIELD02010630 | Yes |
| 124 | SMITHFIELD00948364 | Yes |
| 125 | SMITHFIELD00460210 | Yes |
| 126 | TF-P-000726140 | Yes |
| 127 | HFC-PORKAT0000290902 | Yes |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of May, 2022 at Sherman Oaks, California.

*/s/ Bobby Pouya*
Bobby Pouya