**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB) |
|---|---|

**INDEX OF EXHIBITS OF BOBBY POUYA'S DECLARATION IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

| Exhibit | Description | Public | Filed Under Seal |
|---|---|---|---|
| 1 | Pearson Simon Warshaw Firm Resume | X | |
| 2 | 2020 Antitrust Annual Report | X | |
| 3 | Declaration of Douglas Neckers in Support of Direct Purchaser Plaintiffs' Motion for Class Certification (Maplevale Declaration) | X | |
| 4 | Declaration of Scott A. Wagner in Support of Direct Purchaser Plaintiffs' Motion for Class Certification (John Gross Declaration) | X | |
| 5 | Declaration of Dean Barcelona in Support of Direct Purchaser Plaintiffs' Motion for Class Certification (Ferraro Declaration) | X | |
| 6 | Declaration of Scott McCann in Support of Direct Purchaser Plaintiffs' Motion for Class Certification | X | |
| 7 | SMITHFIELD03994749 | | X |

567478.1

| Exhibit | Description | Public | Filed Under Seal |
|---|---|---|---|
| 8 | HFC-PORKAT0000033238 | | X |
| 9 | SMITHFIELD01071523 | | X |
| 10 | CLMNS-0000030331 | | X |
| 11 | Phil Clemens Dep. Transcript | X | |
| 12 | CLMNS-0000645909 | | X |
| 13 | SBF0184228 | | X |
| 14 | SMITHFIELD02229051 | | X |
| 15 | http://www.meatscience.org/TheMeatWeEat/topics/fresh-meat/article/2017/03/09/pork-production-farrow-to-finish-process | X | |
| 16 | SMITHFIELD01062391 | | X |
| 17 | HFC-PORKAT0000365507 | | X |
| 18 | DPP-Pork0000007801 | X | |
| 19 | HFC-PORKAT0000365340 | | X |
| 20 | TF-P-000518663 | | X |
| 21 | TF-P-000013975 | | X |
| 22 | SMITHFIELD01062874 | | X |
| 23 | SMITHFIELD00837212 | | X |
| 24 | TF-P-000014052 | | X |
| 25 | TF-P-000514416 | | X |
| 26 | TF-P-000179765 | | X |
| 27 | SBF0181317 | | X |

| Exhibit | Description | Public | Filed Under Seal |
|---|---|---|---|
| 28 | CLMNS-0000022228 | | X |
| 29 | CLMNS-0000600011 | | X |
| 30 | TF-P-000014545 | | X |
| 31 | SMITHFIELD01311002 | | X |
| 32 | JBS 2008 Earnings Conference Call (August 13, 2009) | X | |
| 33 | TF-P-002159632 | | X |
| 34 | TF-P-001718524 | | X |
| 35 | SBF0186877 | | X |
| 36 | DPP-Pork0000006250 | X | |
| 37 | SMITHFIELD01311143 | | X |
| 38 | Betsy Freese, Pork Powerhouses 2009, Successful Farming (2009) | X | |
| 39 | TF-P-001718577 | | X |
| 40 | Q4 2009 JBS Earnings Conference Call (Mar. 8, 2010) | X | |
| 41 | TF-P-000015025 | | X |
| 42 | TF-P-000160097 | | X |
| 43 | TF-P-000032520 | | X |
| 44 | TF-P-000220756[1] | | X |
| 45 | TF-P-000218761 | | X |

---

[1] Produced in relevant part as the native Microsoft Excel file is not able to be converted in a cognizable form. Counsel will produce the native file(s) upon request.

| Exhibit | Description | Public | Filed Under Seal |
|---|---|---|---|
| 46 | TF-P-001718780 | | X |
| 47 | CLMNS-0000512149 | | X |
| 48 | TF-P-000040396[1] | | X |
| 49 | TF-P-000028527 | | X |
| 50 | TF-P-000981481 | | X |
| 51 | TF-P-000212656 | | X |
| 52 | TF-P-000102225 | | X |
| 53 | TF-P-000212871 | | X |
| 54 | TF-P-000188320 | | X |
| 55 | TF-P-000187927 | | X |
| 56 | TF-P-001131273 | | X |
| 57 | TF-P-001843852 | | X |
| 58 | TF-P-000205973 | | X |
| 59 | TF-P-000122482 | | X |
| 60 | SMITHFIELD00861337 | | X |
| 61 | SMITHFIELD01943195 | | X |
| 62 | SBF0066764 | | X |
| 63 | TF-P-000538548 | | X |
| 64 | TF-P-000304473 | | X |
| 65 | CLMNS-0000042575 | | X |
| 66 | CLMNS-0000503311 | | X |
| 67 | TF-P-000021759 | | X |

| Exhibit | Description | Public | Filed Under Seal |
|---|---|---|---|
| 68 | TF-P-000069594 | | X |
| 69 | SMITHFIELD00675637 | | X |
| 70 | SMITHFIELD00662439 | | X |
| 71 | SBF0349004 | | X |
| 72 | Brian Taphorn Dep. Transcript | | X |
| 73 | JBS-PORK-01220675 | | X |
| 74 | SMITHFIELD00302380 | | X |
| 75 | SMITHFIELD01074263 | | X |
| 76 | SMITHFIELD01228025 | | X |
| 77 | SMITHFIELD00888909 | | X |
| 78 | SMITHFIELD01177237 | | X |
| 79 | HFC-PORKAT0000095315 | | X |
| 80 | HFC-PORKAT0000068283 | | X |
| 81 | HFC-PORKAT0000102529 | | X |
| 82 | SBF0528026 | | X |
| 83 | SMITHFIELD00872455 | | X |
| 84 | HFC-PORKAT0000014557 | | X |
| 85 | SMITHFIELD00308346 | | X |
| 86 | CLMNS-0000594415 | | X |
| 87 | TF-P-001381827 | | X |
| 88 | TF-P-000923546 | | X |
| 89 | HFC-PORKAT0000153244 | | X |

| Exhibit | Description | Public | Filed Under Seal |
|---|---|---|---|
| 90 | HFC-PORKAT0000356767 | | X |
| 91 | CLMNS-0000031400 | | X |
| 92 | 21CFORUM-0000041544 | | X |
| 93 | 21CFORUM-0000041548 | | X |
| 94 | HFC-PORKAT0000056924 | | X |
| 95 | SMITHFIELD00879785 | | X |
| 96 | CLMNS-0000102598 | | X |
| 97 | HFC-PORKAT0000061340 | | X |
| 98 | HFC-PORKAT0000062300 | | X |
| 99 | HFC-PORKAT0000064709 | | X |
| 100 | HFC-PORKAT0000064704 | | X |
| 101 | HFC-PORKAT0000130969 | | X |
| 102 | Cory Bollum Dep. Transcript | | X |
| 103 | AGSTAT-P-0000000360 | | X |
| 104 | AGSTAT-P-0003424595 | | X |
| 105 | Greg Bilbrey, Benchmarking and Tools to Maximize Profit, London Swine Conference – Tools of the Trade (April 1-2, 2009). | X | |
| 106 | DPP-Pork0000000031 | X | |
| 107 | AGSTAT-P-0002624471 | | X |
| 108 | AGSTAT-P-0002819815 | | X |
| 109 | TF-P-002048085 | | X |

| Exhibit | Description | Public | Filed Under Seal |
|---|---|---|---|
| 110 | TF-P-000515626 | | X |
| 111 | Mark Copa Dep. Transcript | X | |
| 112 | SMITHFIELD01007102 | | X |
| 113 | TF-P-001692331 | | X |
| 114 | Damon Ginther Dep. Transcript | | X |
| 115 | SBF0459029 | | X |
| 116 | TF-P-000513839 | | X |
| 117 | TF-P-000100077 | | X |
| 118 | TF-P-000513842 | | X |
| 119 | SMITHFIELD00456587 | | X |
| 120 | TF-P-000466138 | | X |
| 121 | AGSTAT-P-0002793886 | | X |
| 122 | SMITHFIELD00472630 | | X |
| 123 | SMITHFIELD02010630 | | X |
| 124 | SMITHFIELD00948364 | | X |
| 125 | SMITHFIELD00460210 | | X |
| 126 | TF-P-000726140 | | X |
| 127 | HFC-PORKAT0000290902 | | X |