# EXHIBIT 2



# 2020 Antitrust Annual Report

## Class Action Filings in Federal Court

Published August 2021



UNIVERSITY OF
SAN FRANCISCO

School of Law



Huntington

**2020 Antitrust Annual Report**

# Foreword

We are pleased to present the 2020 Antitrust Annual Report produced in partnership with the University of San Francisco Law School and The Huntington National Bank. Key findings include:

- From 2009-2020, a mean number of 126 consolidated complaints were filed per year, with outlier years as low as 72 and as high as 220.

- From 2009-2020, there were Defendant Wins in 109 cases as a result of judgments on the pleadings, summary judgment, judgment as a matter of law, or trial.

- From 2009-2020, most antitrust class actions that reached final approval did so within 5-7 years.

- The mean settlement amount varied by year from $6 million to $41 million, and the median amount varied by year from $2 million to $11 million.

- The total annual settlements ranged from $225 million to $5.3 billion per year.

- The cumulative total of settlements was $27.6 billion from 2009-2020.

We want to acknowledge several people who helped with the report including Lindsay Tejada and Abby Van Nostran. We would also like to acknowledge Lex Machina as our primary data source.

We hope that you find this information interesting and helpful.

Professor Joshua Davis                    Rose Kohles
University of San Francisco Law School     The Huntington National Bank
davisj@usfca.edu                          rose.kohles@huntington.com



**2020 Antitrust Annual Report**

# Table of Contents

Foreword..........................................................................................................................................2

2020 Year at a Glance....................................................................................................................5

Federal Antitrust Class Action Filings:

    Consolidated Filings by Year..................................................................................................6

    Consolidated Filings by District Court....................................................................................7

    Time from Filing to Final Approval.........................................................................................8

Federal Antitrust Class Actions with Defendant Win:

    Defendant Wins by Case Resolution......................................................................................9

    Defendant Wins by Length of Case Resolution...................................................................10

    Top Defense Counsel in Defendant Wins............................................................................11

Federal Antitrust Class Action Settlements:

    Total Settlement Amount by Year.........................................................................................12

    Average Settlement Amount by Year.....................................................................................13

    Aggregate Settlement Value by Size....................................................................................14

    Settlements by Industry.........................................................................................................15

    Recoveries by Class Type.......................................................................................................16

    Settlements by Alleged Antitrust Violation..........................................................................17

    Cases with Settlements Reaching Final Approval in 2020...................................................18

    Top 50 Cases with Settlements Reaching Final Approval 2009-2020..................................23

    Class Recovery by Settlement Size.......................................................................................28

Top Firms in Antitrust Class Actions:

    Top 25 Firms Acting as Defense Counsel.............................................................................32

    Top 25 Lead Counsel in Complaints Filed............................................................................33

    Top 25 Lead Counsel in Number of Settlements..................................................................34

    Top 25 Lead Counsel in Class Recovery...............................................................................35

    Top Claims Administrators....................................................................................................36

Methodology and Sources.............................................................................................................37

About Us.........................................................................................................................................38



**2020 Antitrust Annual Report**

## 2020 Year at a Glance

### Federal Antitrust Class Actions



| Total # Consolidated Filings | # Cases with Claim Defendant Win | # Cases with Settlements Reaching Final Approval | Total Settlements |
| --- | --- | --- | --- |
| 220 | 11 | 36 | $3.2B |

**2020 Antitrust Annual Report**

# Consolidated Filings by Year

The number of consolidated filings generally increased from 2009 through 2020. Filings reached a low point in 2011—72 filings—and increased in 6 of the 9 years since then. During the 12-year period, the 220 filings in 2020 were well above the mean of 126. In contrast, 2011 and 2017—72 and 74 filings, respectively—were below the mean by more than one standard deviation. (A standard deviation is approximately 47 filings.) In 2019 and 2020, filings increased dramatically to 211 and 220 respectively.

Less clear is what these numbers mean. Without 2019 and 2020, the unexplained variation between years was much greater than the increasing trend over the years. The 130 filings in 2012 are similar to the 132 filings in 2016 and the 136 filings in 2018, and different from the 72 filings in 2011 and the 74 filings in 2017. Perhaps these variations from year to year are random. If so, from 2009 through 2018 we see a gradual increase in filings with a great deal of annual variability.

Figure 1:   **Federal Antitrust Filings**
            2009 - 2020



**2020 Antitrust Annual Report**

# Consolidated Filings by District Court

Since 2009, there were approximately 1,500 consolidated antitrust class action filings across all federal district courts in the United States. Of these districts, the Northern District of California (223) and the Southern District of New York (220) stand out as the most frequent forums. Overall, plaintiffs file the most cases in five district courts—add the Eastern District of Michigan, the Northern District of Illinois, and the District of New Jersey to the others listed above.

We may wonder whether the filing behaviors are based on the law in the district and circuit, a desire for judicial expertise based on experience in antitrust law, geography of the defendants, or some combination of the three. The relatively large number of antitrust cases filed in these five courts may be a characteristic of the underlying cases and defendants themselves.

Figure 2:   **Federal Antitrust Filings by District Court by Year**
**2009 - 2020**



**Consolidated Filings by District Court**

**2020 Antitrust Annual Report**

# Time from Filing to Final Approval

During the period from 2009-2020, the median time from the filing of the complaint to the order granting final approval of a settlement was 5.1 years. Figure 3 illustrates a general increase in the length of time to reach final approval from 4.5 years in 2009 to 6.3 years in 2020.

Figure 3: **Percentage of Cases Settled by Number of Years from Filing to Final Approval**
2009 - 2020

| Percentage of Cases Settled by Number of Years from Filing to Final Approval | | | | | |
|---|---|---|---|---|---|
| Year | ≤2 years | 3-4 years | 5-7 years | 8+ years | Mean Years |
| 2009 | 15.4% | 34.6% | 46.2% | 3.8% | 4.5 |
| 2010 | 17.9% | 43.6% | 33.3% | 5.1% | 4.3 |
| 2011 | 9.9% | 51.6% | 33.0% | 5.5% | 4.2 |
| 2012 | 13.4% | 41.8% | 37.3% | 7.5% | 4.7 |
| 2013 | 8.2% | 18.4% | 51.0% | 22.4% | 5.5 |
| 2014 | 6.0% | 11.9% | 50.7% | 31.3% | 7.4 |
| 2015 | 16.7% | 26.9% | 26.9% | 29.6% | 5.1 |
| 2016 | 30.5% | 34.4% | 16.9% | 18.2% | 4.5 |
| 2017 | 6.5% | 58.7% | 26.1% | 8.7% | 4.4 |
| 2018 | 11.4% | 24.4% | 60.2% | 4.0% | 4.9 |
| 2019 | 1.9% | 42.1% | 48.6% | 7.5% | 5.5 |
| 2020 | 10.1% | 26.4% | 34.5% | 29.1% | 6.3 |
| All Years | 12.9% | 33.9% | 38.0% | 15.2% | 5.1 |

Figure 4: **Number of Years from Filing to Final Approval for Federal Cases**
2009 - 2020



**2020 Antitrust Annual Report**

# Defendant Wins by Case Resolution

Of the 109 cases won by defendants between 2009-2020, nearly two-thirds were based upon judgment on the pleadings. Over one quarter of them were won at summary judgment.

Figure 5:    **Defendant Wins by Case Resolution**
2009 - 2020

| Defendant Wins by Case Resolution | | |
|---|---|---|
| **Case Resolution** | **# of Cases** | **% of Cases** |
| Judgment on the Pleadings | 67 | 61% |
| Summary Judgment | 32 | 29% |
| Trial | 8 | 7% |
| Judgment as a Matter of Law | 2 | 2% |
| Total | 109 | 100% |

Figure 6:    **Percentage of Defendant Wins by Case Resolution**
2009 - 2020



**Defendant Wins by Case Resolution**

9

**2020 Antitrust Annual Report**

# Defendant Wins by Length of Case Resolution

Comparing figures 5, 6, and 7, judgment on the pleadings was the quickest resolution in favor of defendants, and the most frequently awarded by the courts. Judgments on the pleadings were ordered on average 1.6 years after filing. Summary judgment was ordered on average 4.3 years after filing, and was also a frequent way for a defendant to win. Judgment as a matter of law during trial was ordered on average 3.7 years after filing.

As expected, a resolution by trial was the most time consuming, lasting on average for 8 years between filing and a court's order to resolve a case. Note a peculiarity: cases in which defendants win on summary judgment ultimately take longer to resolve on average (8.8 years) than cases in which defendants win at trial (8.5 years).

Figure 7:  **Defendant Wins by Length of Case Resolution**
          2009 - 2020



**2020 Antitrust Annual Report**

# Top Defense Counsel in Defendant Wins

| Rank | Firm | # of Cases 2009-2020 |
|------|------|---------------------:|
| 1 | Morgan Lewis & Bockius LLP | 14 |
| 2 | Gibson, Dunn & Crutcher LLP | 12 |
| 3 | Kirkland & Ellis LLP | 9 |
| 4 | Sidley Austin LLP | 9 |
| 5 | Baker Botts LLP | 8 |
| 6 | O'Melveny & Myers LLP | 8 |
| 7 | Winston & Strawn LLP | 8 |
| 8 | Skadden, Arps, Slate, Meagher & Flom LLP | 8 |
| 9 | Boies, Schiller & Flexner LLP | 7 |
| 10 | Latham & Watkins LLP | 7 |
| 11 | Locke Lord LLP | 7 |
| 12 | Paul, Weiss, Rifkind, Wharton & Garrison LLP | 7 |
| 13 | Mayer Brown LLP | 7 |
| 14 | Wilmer Cutler Pickering Hale and Door LLP | 7 |
| 15 | Bingham McCutchen LLP | 6 |
| 16 | Faegre Drinker Biddle & Reath LLP | 6 |
| 17 | Hogan Lovells US LLP | 6 |
| 18 | Sullivan & Cromwell LLP | 6 |
| 19 | White & Case LLP | 6 |

Note:  Cases with more than one law firm as listed on complaint are attributed to each firm.

**2020 Antitrust Annual Report**

# Total Settlement Amount by Year

From the data analyzed, 2016 and 2018 stand out for the total settlement amount by year. These years are also notable for the number of settlements reaching final approval. In 2016, 156 settlements reached final approval, while in 2018, 176 settlements did the same.

High dollar settlements in 2016 include:
- In re: Credit Default Swaps Antitrust Litigation: $1.8B
- In re: Urethane Antitrust Litigation: $835M
- In re: Automotive Parts Antitrust Litigation: $224M for end payors class (first round of settlements)

High dollar settlements in 2018 include:
- In re: Foreign Exchange Benchmark Rates Antitrust Litigation: $2.3B
- In re: LIBOR Based Financial Instruments Antitrust Litigation: $590M
- In re: ISDAfix Antitrust Litigation: $504M

After a record year in 2018 of $5.3B, the settlements in 2019 declined significantly to only $999M, then increased to $3.7B in 2020.

Figure 8:   **Total Settlement Amount by Year**
2009 - 2020



12

**2020 Antitrust Annual Report**

# Average Settlement Amount by Year

Figure 9: **Mean and Median Federal Case Settlement Amount by Year**
2009 - 2020



**2020 Antitrust Annual Report**

# Aggregate Settlement Value by Size

Figure 10:   **Aggregate Federal Settlement Value by Size**
2009 - 2020



**2020 Antitrust Annual Report**

# Settlements by Industry

Figure 11: **Aggregate Settlement Amount by Industry**
2009 - 2020

| Industry | Aggregate Settlement Amount | # of Settlements | Average Settlement Amount |
|---|---|---|---|
| Financial Services | $8,194,819,307 | 121 | $67,725,779 |
| Pharmaceuticals | $4,099,544,378 | 79 | $51,892,967 |
| Electronics Manufacturing | $3,288,889,566 | 144 | $22,839,511 |
| Automotive Manufacturing | $2,405,903,520 | 405 | $5,940,503 |
| Chemical Manufacturing | $1,837,589,300 | 56 | $32,814,095 |
| Airlines | $1,493,809,442 | 43 | $34,739,754 |
| Agriculture | $993,012,500 | 39 | $25,461,859 |
| Entertainment | $749,566,763 | 10 | $74,956,676 |
| Publishing | $584,419,000 | 9 | $64,935,444 |
| Logistics and Freight | $575,515,228 | 32 | $17,984,851 |
| Media | $474,000,000 | 5 | $94,800,000 |
| Manufacturing - Wood Products | $376,400,000 | 3 | $125,466,667 |
| Healthcare | $317,274,187 | 49 | $6,474,983 |
| Telecommunications | $270,258,618 | 2 | $135,129,309 |
| Energy | $268,412,500 | 22 | $12,200,568 |
| Manufacturing - Metals | $236,558,749 | 13 | $18,196,827 |
| Athletics | $213,414,445 | 2 | $106,707,223 |
| Manufacturing / Construction | $209,450,000 | 8 | $26,181,250 |
| Insurance | $169,465,769 | 5 | $33,893,154 |
| Food Processing | $155,295,500 | 13 | $11,945,808 |
| Manufacturer - Medical Supplies | $121,000,000 | 6 | $20,166,667 |
| All Others | $542,725,193 | 58 | $9,357,331 |

15

**2020 Antitrust Annual Report**

# Recoveries by Class Type

The number of settlements and the amount of the class recoveries are strikingly similar for direct purchaser class actions than for indirect purchaser class actions; however, from 2009 through 2020, direct purchaser actions recovered far more in total than indirect purchaser actions—$22.2 billion and $5.4 billion, respectively. That is because the direct purchaser settlements averaged slightly over $30 million while the indirect purchaser settlements averaged approximately $14 million. The ultimate result is that direct purchaser settlements recovered just over four times as much as indirect purchaser actions.

Figure 12:  **Recoveries by Class Type**
2009 - 2020

| Recoveries by Class Type | # of Settlements | % of Settlements | Aggregate Amount | % of Amount |
|---|---|---|---|---|
| Direct Purchaser Classes | 582 | 51.8% | $21,816,919 | 79% |
| Indirect Purchaser / End Payor Purchaser Classes | 531 | 47.2% | $5,358,029,278 | 19% |
| Class of Direct & Indirect Purchasers | 5 | 0.4% | $294,025,769 | 1% |
| Other Classes | 6 | 0.5% | $109,100,000 | 0% |
| Total | 1,124 | 100% | $27,577,323,966 | 100% |



Recoveries by Class Type

**2020 Antitrust Annual Report**

# Settlements by Alleged Antitrust Violation

The vast majority of antitrust recoveries in federal court—almost 90%—were in cases brought only under Section 1 of the Sherman Act. These entail allegations of a contract, combination or conspiracy—sometimes called concerted action—and would include traditional horizontal agreements to fix prices. Far fewer recoveries occurred in actions—slightly over 2%—based solely on Section 2 of the Sherman Act, which does not require concerted action and would include illegal monopolization. Approximately 9% of recoveries came in actions pursuing claims under both Section 1 and Section 2. The recoveries were more balanced when measured not by number of settlements but by amounts recovered. Section 1 claims accounted for over $20 billion of recoveries—73%—Section 2 claims for slightly over $1 billion—4%—and cases involving claims under Section 1 and Section 2 for $6 billion—21%.

Figure 13: **Recoveries by Class Type**
2009 - 2020

| Alleged Antitrust Violation | # of Settlements | % of Settlements | Aggregate Amount | % of Amount |
|---|---|---|---|---|
| Sherman Act 1 | 993 | 88% | $20,241,922.717 | 73% |
| Sherman Act 2 | 19 | 2% | $1,075,200,000 | 4% |
| Sherman Act 1 & Sherman Act 2 | 102 | 9% | $5,925,126,249 | 21% |
| Other Alleged Antitrust Violations | 9 | 1% | $335,075,000 | 1% |
| Total | 1,124 | 100% | $27,577,323,966 | 100% |

### Settlements by Alleged Antitrust Violation



**2020 Antitrust Annual Report**

# Cases with Settlements Reaching Final Approval in 2020

| Rank | Case Name | Co-Lead Counsel | Aggregate Settlement Amount in 2020 |
|------|-----------|-----------------|-------------------------------------|
| 1 | Namenda Antitrust Litigation - Direct Purchaser | Berger Montague PC<br>Garwin Gerstein & Fisher LLP | $750,000,000 |
| 2 | GSE Bonds Antitrust Litigation - Indirect Purchasers | Lowey Dannenberg PC<br>Scott + Scott Attorneys at Law LLP | $386,500,000 |
| 3 | Capacitors Antitrust Litigation - Direct Purchasers | Joseph Saveri Law Firm Inc | $340,050,000 |
| 4 | Fresh Dairy Products Antitrust Litigation - Direct Purchasers | Barrett Law Group PA<br>NastLaw LLC<br>Roberts Law Firm | $220,000,000 |
| 5 | LIBOR-Based Financial Instruments Antitrust Litigation - Exchange Based Plaintiffs | Kirby McInerney LLP<br>Lovell Stewart Halebian Jacobson LLP | $187,000,000 |
| 6 | Automotive Parts Antitrust Litigation - End Payors | Cotchett Pitre & McCarthy LLP<br>Robins Kaplan LLP<br>Susman Godfrey LLP | $183,958,000 |
| 7 | Optical Disk Drive Products Antitrust Litigation - Indirect Purchasers | Hagens Berman Sobol Shapiro LLP | $180,000,000 |
| 8 | Loestrin 24 FE Antitrust Litigation - Direct Purchasers | Berger Montague PC<br>Faruqi & Faruqi LLP<br>Hagens Berman Sobol Shapiro LLP<br>Kessler Topaz Meltzer & Check LLP | $120,000,000 |
| 9 | Lovenox Blood Clot Drug Antitrust Class Action - Indirect Purchasers | Lieff Cabraser Heimann & Bernstein LLP | $120,000,000 |
| 10 | LIBOR-Based Financial Instruments Antitrust Litigation - Bondholder Plaintiffs | Morris and Morris LLC Counselors At Law<br>Weinstein Kitchenoff & Asher LLC | $68,625,000 |

## 2020 Antitrust Annual Report

*Cases with Settlements Reaching Final Approval in 2020 (Continued)*

| Rank | Case Name | Co-Lead Counsel | Aggregate Settlement Amount in 2020 |
|------|-----------|-----------------|-------------------------------------|
| 11 | Vista Healthplan, Inc. v. Cephalon, Inc. et al (Provigil) - Indirect Purchasers | Criden & Love PA<br>Kessler Topaz Meltzer & Check LLP<br>Spector Roseman & Kodroff PC | $65,877,600 |
| 12 | Loestrin 24 FE Antitrust Litigation - Indirect Purchasers | Cohen Milstein Sellers & Toll PLLC<br>Hilliard & Shadowen LLP<br>Miller Law LLC<br>Motley Rice LLC | $63,500,000 |
| 13 | Restasis (Cyclosporine Ophthalmic Emulsion) Antitrust Litigation - Direct Purchasers | Hagens Berman Sobol Shapiro LLP | $51,250,000 |
| 14 | Resistors Antitrust Litigation - Direct Purchasers | Cohen Milstein Sellers and Toll PLLC<br>Hagens Berman Sobol Shapiro LLP | $50,250,00 |
| 15 | Railway Industry Employee No-Poach Antitrust Litigation - Direct Plaintiffs | Fine Kaplan and Black RPC<br>Lieff Cabraser Heimann & Bernstein LLP | $48,950,000 |
| 16 | Automotive Parts Antitrust Litigation - Direct Purchaser | Freed Kanner London & Millen LLC<br>Kohn Swift & Graf PC<br>Preti Flaherty Beliveau & Pachios LLP<br>Spector Roseman & Kodroff PC | $47,958,941 |
| 17 | 1-800 Contacts Antitrust Litigation - Direct Purchasers | Boies Schiller Flexner LLP<br>Robbins Geller Rudman & Dowd LLP | $40,000,000 |
| 18 | Carlin v. Dairy America (Milk Powder) | Cohen Milstein Sellers & Toll PC<br>Keller Rohrback | $40,000,000 |
| 19 | Thalomid & Revlimid Antitrust Litigation - Indirect Purchasers | Block & Leviton LLP<br>Hach Rose Schirripa & Cheverie LLP<br>Hausfeld LLP | $34,000,000 |
| 20 | Mushroom Litigation - Direct Purchaser | Garwin Gerstein & Fisher LLP | $33,700,000 |

## 2020 Antitrust Annual Report

*Cases with Settlements Reaching Final Approval in 2020 (Continued)*

| Rank | Case Name | Co-Lead Counsel | Aggregate Settlement Amount in 2020 |
|------|-----------|-----------------|-------------------------------------|
| 21 | Resistors Antitrust Litigation - Indirect Purchasers | Cotchett Pitre & McCarthy LLP | $33,400,000 |
| 22 | The Shane Group, Inc. et al v. Blue Cross Blue Shield of Michigan - Direct Purchasers | Cohen Millstein Sellers & Toll PLLC<br>Gustafson Gluek PLLC<br>The Miller Law Firm PC<br>Wolf Haldenstein Adler Freeman & Herz LLC | $29,990,000 |
| 23 | Contant et al v. Bank Of America Corporation et al - Indirect Purchasers | Berger Montague PC | $23,630,000 |
| 24 | LIBOR-Based Financial Instruments Antitrust Litigation - Indirect OTC Plaintiffs | Hagens Berman Sobol Shapiro LLP<br>Lite DePalma Greenberg LLC | $21,775,000 |
| 25 | FWK Holdings LLC v. Shire PLC et al (Intuiv) - Direct Purchasers | Hagens Berman Sobol Shapiro LLP | $19,900,000 |
| 26 | Natural Gas Wisconsin Antitrust Settlement - Indirect Purchasers | Kohner Mann & Kailas SC<br>Perkins Coie LLP<br>Polsinelli PC | $15,000,000 |
| 27 | Broiler Chicken Antitrust Litigation - Direct Purchasers | Lockridge Grindal Nauen PLLP<br>Pearson Simon & Warshaw LLP | $13,350,000 |
| 28 | Disposable Contact Lens Antitrust Litigation - End Payors | Hausfeld LLP<br>Robins Kaplan LLP<br>Scott + Scott Attorneys at Law LLP | $13,000,000 |
| 29 | Pre-Filled Propane Tank Antitrust Litigation - Direct Purchasers | Berger Montague PC<br>Cohen Milstein Sellers & Toll PLLC<br>Susman Godfrey | $12,562,500 |
| 30 | Royal Mile Company, Inc. et al v. UPMC et al - Direct Purchasers | Boies Schiller & Flexner LLP<br>Del Sole Cavanaugh Stroyd LLC<br>Scott M. Hare Esquire<br>Stone Law Firm LLC<br>Stone & Magnanini LLP | $7,500,000 |

## 2020 Antitrust Annual Report

*Cases with Settlements Reaching Final Approval in 2020 (Continued)*

| Rank | Case Name | Co-Lead Counsel | Aggregate Settlement Amount in 2020 |
|------|-----------|-----------------|-------------------------------------|
| 31 | County of Monmouth, New Jersey v. Florida Cancer Specialists, P.L. et al - Direct Purchasers | Robins Kaplan LLP | $7,187,500 |
| 32 | LIBOR Based Financial Instruments Antitrust Litigation - Lender Class | Pomerantz LLP | $4,000,000 |
| 33 | Kjessler v. Zaappaaz, Inc. et al - Direct Purchasers | Burns Charest LLP | $3,555,000 |
| 34 | McCormick & Company, Inc., Pepper Products Marketing and Sales Practices Litigation - End Payors | Fegan Scott LLC<br>KamberLaw LLC | $2,500,00 |
| 35 | Aftermarket Automotive Sheet Metal Parts Litigation - Indirect Purchasers | Barnow and Associates PC<br>Cozen O'Connor<br>Howard Law Firm<br>Karon LLC<br>Roberts Law Firm, P.A. | $50,000 |
| 36 | Zetia (Ezetimibe) Antitrust Litigation - Direct Purchasers | Hagens Berman Sobol Shapiro LLP | non-monetary |



**2020 Antitrust Annual Report**

# Top 50 Cases with Settlements Reaching Final Approval 2009-2020

| Rank | Case Name | Co-Lead Counsel | Aggregate Settlement Amount |
|---|---|---|---|
| 1 | Foreign Exchange Benchmark Rates Antitrust Litigation - Direct Purchasers | Hausfeld LLP<br>Scott + Scott Attorneys at Law LLP | $2,310,275,000 |
| 2 | Credit Default Swaps Antitrust Litigation - Direct Purchasers | Pearson Simon & Warshaw LLP<br>Quinn Emanuel Urquhart & Sullivan LLP | $1,864,650,000 |
| 3 | Air Cargo Shipping Services Antitrust Litigation - Direct Purchasers | Hausfeld LLP<br>Kaplan Fox & Kilsheimer LLP<br>Levin Sedran & Berman<br>Robins Kaplan LLP | $1,235,907,442 |
| 4 | Automotive Parts End Payors | Cotchett Pitre & McCarthy LLP<br>Robins Kaplan LLP<br>Susman Godfrey LLP | $1,220,850,658 |
| 5 | TFT-LCD (Flat Panel) Antitrust Litigation - Indirect Purchasers | Alioto Law Firm<br>Zelle LLP | $1,082,055,647 |
| 6 | Urethane Antitrust Litigation - Direct Purchasers | Cohen Milstein Sellers & Toll PLLC<br>Fine Kaplan and Black RPC | $919,000,000 |
| 7 | Namenda Direct Purchaser Antitrust Litigation - Direct Purchasers | Berger Montague PC<br>Garwin Gerstein & Fisher LLP | $750,000,000 |
| 8 | Klein et al v. Bain Capital Partners, LLC et al (Leveraged Buyouts) - Direct Purchasers | Robbins Geller Rudman & Dowd LLP<br>Robins Kaplan LLP<br>Scott + Scott Attorneys at Law LLP | $590,500,000 |
| 9 | LIBOR Based Financial Instruments Antitrust Litigation (MDL 2262) - OTC Class | Hausfeld LLP<br>Susman Godfrey LLP | $590,000,000 |
| 10 | Electronic Books Antitrust Litigation - Direct Purchasers | Hagens Berman Sobol Shapiro LLP<br>Cohen Milstein Sellers & Toll PLLC | $566,119,000 |

23

## 2020 Antitrust Annual Report

*Top 50 Cases with Settlements Reaching Final Approval 2009-2020 (Continued)*

| Rank | Case Name | Co-Lead Counsel | Aggregate Settlement Amount |
|------|-----------|-----------------|-----------------------------|
| 11 | Automotive Parts Antitrust Litigation - Direct Purchaser Plaintiffs | Freed Kanner London & Millen LLC<br>Kohn Swift & Graf PC<br>Preti Flaherty Beliveau & Pachios LLP<br>Spector Roseman & Kodroff PC | $531,454,335 |
| 12 | King Drug Company of Florence, Inc vs. Cephalon, Inc., et al (Provigil) - Direct Purchasers | Garwin Gerstein & Fisher LLP | $512,000,000 |
| 13 | ISDAfix Antitrust Litigation - Direct Purchasers | Quinn Emanuel Urquhart & Sullivan LLP<br>Robbins Geller Rudman & Dowd LLP<br>Scott + Scott Attorneys at Law LLP | $504,500,000 |
| 14 | Sullivan v. Barclays PLC et al (Euribor) - Direct Purchasers | Lovell Stewart Halebian & Jacobson LLP<br>Lowey Dannenberg PC | $491,500,000 |
| 15 | Capacitors Antitrust Litigation - Direct Purchasers | Joseph Saveri Law Firm Inc | $489,090,000 |
| 16 | TFT-LCD (Flat Panel) Antitrust Litigation - Direct Purchasers | Lieff Cabraser Heimann & Bernstein LLP<br>Pearson Simon & Warshaw | $473,022,242 |
| 17 | High-Tech Employee Antitrust Litigation - Direct Purchasers | Berger Montague PC<br>Grant & Eisenhofer PA<br>Joseph Saveri Law Firm Inc<br>Lieff Cabraser Heimann & Bernstein LLP | $435,000,000 |
| 18 | Polyurethane Foam Antitrust Litigation - Direct Purchasers | Boies Schiller Flexner LLP<br>Quinn Emanuel Urquhart & Sullivan LLP | $432,300,000 |
| 19 | Automotive Parts Antitrust Litigation - Dealership Plaintiffs | Barrett Law Group PA<br>Cuneo Gilbert & LaDuca LLP<br>Larson King LLP | $402,361,277 |
| 20 | GSE Bonds Antitrust Litigation - Indirect Purchasers | Lowey Dannenberg<br>Scott + Scott Attorneys at Law LLP | $386,500,000 |

## 2020 Antitrust Annual Report

*Top 50 Cases with Settlements Reaching Final Approval 2009-2020 (Continued)*

| Rank | Case Name | Co-Lead Counsel | Aggregate Settlement Amount |
|---|---|---|---|
| 21 | Currency Conversion Fee Antitrust Litigation | Berger Montague PC<br>Hulett Harper Stewart<br>Robbins Geller Rudman & Dowd LLP | $385,500,000 |
| 22 | Kleen Products LLC et al v. International Paper et al - Direct Purchasers | Freed Kanner London & Millen LLC<br>MoginRubin LLP | $376,400,000 |
| 23 | Precision Associates, Inc et al v. Panalpina World Transport (Freight Forwarders) - Direct Purchasers | Cotchett Pitre & McCarthy LLP<br>Gustafson Gluek PLLC<br>Lockridge Grindal Nauen PLLP<br>Lovell Stewart Halebian & Jacobson LLP | $344,315,228 |
| 24 | Laydon v Mizuho Bank, Ltd. Et al (Euroyen) - Direct Purchasers | Berman Tabacco<br>Lovell Stewart Halebian & Jacobson LLP<br>Lowey Dannenberg | $307,000,000 |
| 25 | Southeastern Milk Antitrust Litigation - Direct Purchasers | Baker Hostetler<br>Brewer & Terry PC | $303,600,000 |
| 26 | Dynamic Random Access Memory - Indirect Purchasers | Cooper & Kirkham<br>Gustafson Gluek PLLC<br>MoginRubin LLP<br>Straus & Boies | $287,650,000 |
| 27 | Tricor Direct Purchaser Antitrust Litigation | Berger Montague PC<br>Garwin Gerstein & Fisher LLP<br>Kaplan Fox & Kilsheimer LLP<br>Odom & Des Roches<br>Rosenthal Monhait & Goddess<br>The Smith Foote Law Firm | $250,000,000 |
| 28 | Pharmaceutical Industry Average Wholesale Price Litigation (MDL 1456) - Indirect Purchasers | Hagens Berman Sobol Shapiro LLP<br>Hoffman & Edelson LLC<br>Spector Roseman & Kodroff PC<br>Wexler Wallace LLP | $247,000,000 |
| 29 | Dial Corporation, et al v. News Corporation et al - Direct Purchasers | Kellogg Hansen Todd Figel & Frederick PLLC<br>Susman Godfrey LLP | $244,000,000 |
| 30 | Municipal Derivatives Antitrust Litigation (MDL 1950) - Direct Purchasers | Boies Schiller Flexner LLP<br>Hausfeld LLP<br>Susman Godfrey LLP | $223,514,307 |

## 2020 Antitrust Annual Report

*Top 50 Cases with Settlements Reaching Final Approval 2009-2020 (Continued)*

| Rank | Case Name | Co-Lead Counsel | Aggregate Settlement Amount |
|---|---|---|---|
| 31 | First Impressions Salon, Inc. v. National Milk Producers Federation et al - Direct Purchasers | Barrett Law Group PA<br>NastLaw LLC<br>Roberts Law Firm | $220,000,000 |
| 32 | Cathode Ray Tube (MDL 1917) - Direct Purchasers | Saveri & Saveri | $212,200,000 |
| 33 | National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation - Direct Purchasers | Hagens Berman Sobol Shapiro LLP<br>Pearson Simon & Warshaw LLP | $208,664,445 |
| 34 | Optical Disk Drive Products Antitrust Litigation - Indirect Purchasers | Hagens Berman Sobol Shapiro LLP | $205,000,000 |
| 35 | Steel Antitrust Litigation - Direct Purchasers | Fine Kaplan and Black RPC<br>Kellogg Hansen Todd Figel & Frederick PLLC | $193,899,999 |
| 36 | Domestic Drywall Antitrust Litigation - Direct Purchasers | Berger Montague PC<br>Cohen Milstein Sellers & Toll PLLC<br>Spector Roseman & Kodroff PC | $192,500,000 |
| 37 | Neurontin Antitrust Litigation (MDL 1479) - Direct Purchasers | Garwin Gerstein & Fisher LLP<br>Kaplan Fox & Kilsheimer LLP | $190,000,000 |
| 38 | Libor-Based Financial Instruments Antitrust Litigation - Exchange Based Plaintiffs | Kirby McInerney LLP<br>Lovell Stewart Halebian Jacobson LLP | $187,000,000 |
| 39 | Blessing v. Sirius XM Radio Inc. - Direct Purchasers | Cook Hall & Lampros LLP<br>Grant & Eisenhofer PA<br>Milberg LLP | $180,000,000 |
| 40 | Marchese v. Cablevision Systems Corporation et al - Direct Purchasers | Taus Cebulash & Landau LLP | $179,093,858 |

## 2020 Antitrust Annual Report

*Top 50 Cases with Settlements Reaching Final Approval 2009-2020 (Continued)*

| Rank | Case Name | Co-Lead Counsel | Aggregate Settlement Amount |
|------|-----------|-----------------|-----------------------------|
| 41 | Animation Workers Antitrust Litigation | Cohen Milstein Sellers & Toll PLLC<br>Hagens Berman Sobol Shapiro LLP<br>Susman Godfrey LLP | $168,950,000 |
| 42 | Lidoderm Antitrust Litigation - Direct Purchasers | Faruqi & Faruqi LLP<br>Garwin Gerstein & Fisher LLP<br>Hagens Berman Sobol Shapiro LLP | $166,000,000 |
| 43 | Haley Paint Company, et al v. Kronos Worldwide, Inc. (Titanium Dioxide) - Direct Purchasers | Cera LLP<br>Joseph Saveri Law Firm Inc<br>Lieff Cabraser Heimann & Bernstein LLP<br>Shapiro Sher Guinot & Sandler | $163,500,000 |
| 44 | Polyurethane Foam Antitrust Litigation - Indirect Purchasers | Miller Law LLC | $151,250,000 |
| 45 | Flonase Antitrust Litigation - Direct Purchasers | Hagens Berman Sobol Shapiro LLP<br>Kessler Topaz Meltzer & Check LLP | $150,000,000 |
| 46 | Transpacific Passenger Air Transportation Antitrust Litigation - Direct and Indirect Purchasers | Cotchett Pitre & McCarthy LLP<br>Hausfeld LLP | $147,902,000 |
| 47 | Aggrenox Antitrust Litigation (MDL 2516) - Direct Purchasers | Garwin Gerstein & Fisher LLP | $146,000,000 |
| 48 | Lithium Ion Batteries Antitrust Litigation - Direct Purchasers | Berman Tabacco<br>Pearson Simon & Warshaw LLP<br>Saveri & Saveri | $139,300,000 |
| 49 | Processed Egg Products Antitrust Litigation - Direct Purchasers | Bernstein Liebhard<br>Hausfeld LLP<br>Lite DePalma Greenberg<br>Susman Godfrey LLP<br>Weinstein Kitchenoff & Asher LLC | $136,425,000 |
| 50 | Universal Delaware, Inc. v. Ceridian Corporation et al - Direct Purchasers | Berger Montague PC<br>Lieff Cabraser Heimann & Bernstein LLP<br>Quinn Emanuel Urquhart & Sullivan LLP | $130,000,000 |

# Class Recovery by Settlement Size

This report analyzes class recoveries by dividing settlements by a category, with the smallest settlements included in a single category of recoveries under $10 million and the largest settlements in a category of $1 billion or more.

Generally speaking, the larger the class settlement recovery by category, the higher the median percentage the class retained, the lower the median percentage awarded in attorneys' fees, and the lower the median percentage paid in expenses. As shown in Figure 14, for recoveries under $10 million, the median percentage the class received was 61% and the median fees and costs awarded were 30% and 9%, respectively. In contrast, for settlement recoveries greater than or equal to $1 billion the median class recovery was 85%, the median fee award 14%, and the median expenses 1%.

While the median class recovery on the whole increased incrementally as a percentage of the class settlement, and the median expenses incrementally decreased, the awards of attorneys' fees varied less. The median award of attorneys' fees remained largely around 30% for recoveries up to $249 million. Between $250 - $999 million, attorneys' fees were 25 to 26%. The median fee award decreased significantly—again, to 14%—only for recoveries greater than or equal to $1 billion.

Looking at the data as a whole, Figure 15 illustrates the median class recovery was 67% of the settlement amount, the median award of attorney fee awards was 30%, and the median expenses were 3%. When we move from the median to totals, we see that plaintiff classes received 75% of the total settlement recoveries between 2009 and 2020, attorney fee awards were 23%, and expenses were 2%.

Many of these numbers would be expected. For example, as the settlement recoveries increase in size, the percentage allocated in expenses decreases. That likely reflects economies of scale, ones that have generally been recognized by commentators.

The median numbers in this Report, however, reveal that typical attorneys' fees in antitrust class actions is actually 25 to 30%. They also indicate that 30% is typical unless the recovery is greater than $100 million. Further, they suggest that so-called "mega-funds"—in which attorneys receive a significantly smaller percentage fee award when there is a really large class recovery—arise only when there is a settlement in excess of $1 billion, if at all. To confirm this last point, an econometric analysis would be helpful.

This analysis largely involves medians. It does so because medians are informative about typical cases. It protects against weighing larger settlements more heavily than smaller settlements in assessing patterns. Note, for example, that we get different results when we analyze the median fees and expenses for all of the settlements than when we consider the total percentages allocated to fees and expenses. Yet these results are perfectly consistent. As for the typical antitrust class action from 2009 through 2020, the court awarded 30% of the class recovery in fees and 3% in expenses, and 67% of the recovery was available to class members. Medians help to analyze a typical case, weighing large and small cases equally.

**2020 Antitrust Annual Report**

*Class Recovery by Settlement Size (continued)*

In contrast, an analysis of overall percentages as illustrated in Figure 16, weighs cases with larger recoveries more heavily than cases with smaller recoveries. But that approach can be valuable too. The overall amounts and percentages can be particularly instructive if we want to assess the benefits and efficiency of private antitrust enforcement. In that case, it is useful to know that the total recovery over 12 years was $28.1 billion, that lawyers received 23% of this amount—about $6.5 billion—that expenses totaled 2%—about $562 million—and that the plaintiff classes had available 75% of the total settlements—about $21 billion.

Figure 14:  **Class Recovery by Settlement Size - Median**
2009 - 2020

| Settlement Amount | Class Recovery | Attys Fees | Expenses | Total |
|---|---|---|---|---|
| $1B+ | 85% | 14% | 1% | 100% |
| $500-$999M | 73% | 26% | 1% | 100% |
| $250-$499M | 74% | 25% | 1% | 100% |
| $100-$249M | 68% | 30% | 2% | 100% |
| $50-$99M | 67% | 30% | 3% | 100% |
| $10-$49M | 65% | 31% | 4% | 100% |
| <$10M | 61% | 30% | 9% | 100% |
| All Settlements | 67% | 30% | 3% | 100% |

**2020 Antitrust Annual Report**

*Class Recovery by Settlement Size (continued)*

Figure 15:   **Class Recovery by Settlement Size - Median**
2009 - 2020



Figure 16:   **Class Recovery by Settlement Size - Total Percentages**
2009 - 2020





**2020 Antitrust Annual Report**

# Top 25 Firms Acting as Defense Counsel

| Rank | Firm | # Cases Defended 2009-2020 |
|---|---|---|
| 1 | Latham & Watkins LLP | 398 |
| 2 | Gibson, Dunn & Crutcher LLP | 391 |
| 3 | Skadden, Arps, Slate, Meagher & Flom LLP | 327 |
| 4 | Kirkland & Ellis LLP | 324 |
| 5 | Jones Day | 254 |
| 6 | Morgan Lewis & Bockius LLP | 248 |
| 7 | Hogan Lovells US LLP | 246 |
| 8 | Freshfields Bruckhaus Deringer LLP | (tie) 243 |
| 8 | O'Melveny & Myers LLP | (tie) 243 |
| 10 | Crowell & Moring LLP | 235 |
| 11 | Covington & Burling LLP | 199 |
| 12 | Arnold & Porter Kaye Scholer LLP | 197 |
| 13 | Simpson Thacher & Bartlett LLP | 195 |
| 14 | Paul, Weiss, Rifkind, Wharton & Garrison LLP | (tie) 187 |
| 14 | Vinson & Elkins LLP | (tie) 187 |
| 16 | WilmerHale | 181 |
| 17 | White & Case | 180 |
| 18 | Cleary Gottlieb Steen & Hamilton LLP | 176 |
| 19 | Wilson Sonsini Goodrich & Rosati | 172 |
| 20 | Sullivan & Cromwell LLP | (tie) 170 |
| 20 | Winston & Strawn LLP | (tie) 170 |
| 22 | Mayer Brown LLP | 162 |
| 23 | Faegre Drinker Biddle & Reath LLP | 159 |
| 24 | Foley & Lardner LLP | 157 |
| 25 | Sidley Austin LLP | 153 |

Note: Cases with more than one law firm listed on the docket are attributed to each firm.

**2020 Antitrust Annual Report**

## Top 25 Lead Counsel in Complaints Filed

| Rank | Firm | # of Complaints Filed 2009-2020 |
|------|------|-------------------------------|
| 1 | Hausfeld LLP | 292 |
| 2 | Hagens Berman Sobol & Shapiro LLP | 272 |
| 3 | Spector Roseman & Kodroff PC | 265 |
| 4 | Berger Montague PC | 248 |
| 5 | Cohen Milstein Sellers & Toll PLLC | 234 |
| 6 | Gustafson Gluek PLLC | 228 |
| 7 | Lockridge Grindal Nauen PLLP | 208 |
| 8 | Cuneo Gilbert & LaDuca LLP | 197 |
| 9 | Susman Godfrey LLP | 196 |
| 10 | The Miller Law Firm (Rochester, MI) | 196 |
| 11 | Freed Kanner London & Millen LLC | 194 |
| 12 | Cotchett Pitre & McCarthy LLP | 187 |
| 13 | Grant & Eisenhofer PA | 177 |
| 14 | NastLaw LLC | 176 |
| 15 | Labaton Sucharow LLP | 175 |
| 16 | Nussbaum Law Group PC | 175 |
| 17 | Glancy Prongay & Murray LLP | 155 |
| 18 | Barrett Law Group PA | (tie) 147 |
| 18 | Mantese Honigman PC | (tie) 147 |
| 20 | Kaplan Fox & Kilsheimer LLP | 143 |
| 21 | Robins Kaplan LLP | 142 |
| 22 | Scott+Scott Attorneys at Law LLP | 139 |
| 23 | Kohn Swift & Graf PC | 136 |
| 24 | Boies Schiller Flexner LLP | 134 |
| 25 | Heins Mills & Olson PLC | 125 |

Note:  Filings with more than one law firm as listed on complaint are attributed to each firm.

**2020 Antitrust Annual Report**

## Top 25 Lead Counsel in Number of Settlements

| Rank | Firm | # of Settlements 2009-2020 |
|------|------|----------------------------|
| 1 | Cotchett Pitre & McCarthy LLP | 201 |
| 2 | Susman Godfrey LLP | 186 |
| 3 | Robins Kaplan LLP | 163 |
| 4 | Barrett Law Group PA | 146 |
| 5 | Cuneo Gilbert & LaDuca LLP | (tie) 145 |
| 5 | Larson King LLP | (tie) 145 |
| 7 | Hausfeld LLP | 113 |
| 8 | Freed Kanner London & Millen LLC | 82 |
| 9 | Spector Roseman & Kodroff PC | 81 |
| 10 | Preti Flaherty Beliveau & Pachios LLP | 77 |
| 11 | Kohn Swift & Graf PC | 75 |
| 12 | Berger Montague | 74 |
| 13 | Labaton Sucharow LLP | 61 |
| 14 | Hagens Berman Sobol Shapiro LLP | 60 |
| 15 | Lovell Stewart Halebian Jacobson LLP | 56 |
| 16 | Cohen Milstein Sellers & Toll PLLC | 54 |
| 17 | Gustafson Gluek PLLC | 49 |
| 18 | Kaplan Fox & Kilsheimer LLP | (tie) 46 |
| 18 | Quinn Emanuel Urquhart & Sullivan LLP | (tie) 46 |
| 20 | Scott + Scott, Attorneys at Law, LLP | 45 |
| 21 | Pearson Simon & Warshaw LLP | 41 |
| 22 | Garwin Gerstein & Fisher LLP | 39 |
| 23 | Boies Schiller Flexner LLP | (tie) 36 |
| 23 | Lockridge Grindal Nauen PLLP | (tie) 36 |
| 25 | Levin Sedran & Berman | (tie) 34 |
| 25 | Saveri & Saveri | (tie) 34 |

Note: Settlements with more than one law firm as lead counsel are attributed to each firm.

**2020 Antitrust Annual Report**

## Top 25 Lead Counsel in Class Recovery

| Rank | Firm | Aggregate Settlement Class Recovery 2009-2020 | # of Settlements 2009-2020 | Average Settlement Class Recovery 2009-2020 |
|---|---|---|---|---|
| 1 | Hausfeld LLP | $5,246,341,749 | 113 | $46,427,803 |
| 2 | Scott + Scott, Attorneys at Law LLP | $3,871,775,000 | 45 | $86,039,444 |
| 3 | Quinn Emanuel Urquhart & Sullivan LLP | $3,007,850,000 | 46 | $65,388,043 |
| 4 | Berger Montague PC | $2,919,778,068 | 74 | $39,456,460 |
| 5 | Susman Godfrey LLP | $2,869,842,465 | 186 | $15,429,261 |
| 6 | Pearson Simon & Warshaw LLP | $2,791,236,687 | 41 | $68,078,944 |
| 7 | Cohen Milstein Sellers & Toll PLLC | $2,597,742.369 | 54 | $48,106,340 |
| 8 | Hagens Berman Sobol Shapiro LLP | $2,562,411,845 | 60 | $42,706,865 |
| 9 | Robins Kaplan LLP | $2,508,880,600 | 163 | $15,391,906 |
| 10 | Garwin Gerstein & Fisher LLP | $2,411,699,000 | 39 | $61,838,436 |
| 11 | Cotchett Pitre & McCarthy LLP | $1,935,455,363 | 201 | $9,629,131 |
| 12 | Kaplan Fox & Kilsheimer LLP | $1,856,444,942 | 46 | $40,357,499 |
| 13 | Robbins Geller Rudman & Dowd LLP | $1,595,900,000 | 33 | $48,360,606 |
| 14 | Lieff Cabraser Heimann & Bernstein LLP | $1,479,772,242 | 30 | $49,325,741 |
| 15 | Lovell Stewart Halebian Jacobson LLP | $1,460,245,228 | 56 | $26,075,808 |
| 16 | Levin Sedran & Berman LLP | $1,331,023,917 | 34 | $39,147,762 |
| 17 | Lowey Dannenberg PC | $1,201,750,000 | 15 | $80,116,667 |
| 18 | Fine Kaplan and Black RPC | $1,190,818,749 | 21 | $56,705,655 |
| 19 | Spector Roseman & Kodroff PC | $1,184,281,935 | 81 | $14,620,765 |
| 20 | Zelle LLP | $1,142,427,647 | 29 | $39,394,057 |
| 21 | Alioto Law Firm | $1,083,199,397 | 17 | $63,717,612 |
| 22 | Joseph Saveri Law Firm LLC | $1,038,050,000 | 23 | $45,132,609 |
| 23 | Freed Kanner London & Millen LLC | $1,028,548,085 | 82 | $12,543,269 |
| 24 | Labaton Sucharow LLP | $858,035,750 | 61 | $14,066,160 |
| 25 | Boies Schiller Flexner LLP | $853,264,307 | 36 | $23,701,786 |

Note: Settlements with more than one law firm as lead counsel are attributed to each firm.

**2020 Antitrust Annual Report**

# Top Claims Administrators

Figure 17:   **Top Claims Administrators by Aggregate Settlement Amount**
2009 - 2020

| Rank | Claims Administrator | Aggregate Settlement Amount 2009-2020 | # of Settlements 2009-2020 | Average Settlement Amount 2009-2020 |
|---|---|---|---|---|
| 1 | Epiq | $12,221,709,340 | 416 | $29,379,109 |
| 2 | Rust Consulting | $6,858,209,515 | 175 | $39,189,769 |
| 3 | KCC | $3,026,455,889 | 253 | $11,962,276 |
| 4 | A.B. Data | $2,618,159,100 | 106 | $24,699,614 |
| 5 | Kroll Settlement Administration | $636,680,000 | 29 | $21,954,483 |
| 6 | RG/2 Claims Administration | $494,819,068 | 52 | $9,515,751 |
|  | Other | $1,721,291,053 | 93 | $18,508,506 |

Figure 18:   **Top Claims Administrators by Number of Settlements**
2009 - 2020



Top Claims Administrators by # of Settlements

Notes:
1. Epiq includes the Garden City Group (GCG)
2. Rust Consulting includes Complete Claim Solutions
3. KCC includes Administar and Rosenthal & Company
4. Kroll Settlement Administration includes Heffler Claims

**2020 Antitrust Annual Report**

# Methodology and Sources

**Cases Analyzed**

The cases analyzed in the preceding report represent three individual data sets: complaints filed from 2009-2020, cases won by defendants from 2009-2020, and cases with settlements reaching final approval or verdicts awarded within the time period of 2009-2020. Settlement data analyzed within the 2009-2020 period are not first evaluated by complaint filing date; which is to say, any settlement granted final approval during the eleven year analysis period is represented in the data, regardless of when the complaint was filed. Only settlements granted final approval within the eleven year analysis period are represented in the data. Regarding cases with multiple settlements, settlements reaching final approval outside of the eleven-year period of the study are excluded. Settlement Amounts refer to the full dollar value awarded by the court, inclusive of awards to lead plaintiffs, attorneys' fees, expenses, etc.

**Sources**

Data for this report are collected primarily through Lex Machina's Legal Analytics Platform. Lex Machina uses artificial intelligence to categorize federal court case data from PACER (Public Access to Court Electronic Records). The case data obtained from Lex Machina was verified by the supporting court docket and supplemented with additional data points also available through the Lex Machina platform. All analysis, commentary, and conclusions were reviewed by each member of the authoring team.

Historical data in this report may vary from last year's edition due to updates in case status, additional sources of information, or new methodology for analysis. The authors will continually update the data set for accuracy to provide the most recent information available.

The data gathered are not necessarily exhaustive of every settlement during the analyzed period. While this is intended to be an accurate reflection of class action matters in federal courts, there is a possibility that cases have been excluded due to source limitations or unintentional error.

**Disclaimer**

The information in this document is provided solely for informational purposes and with the understanding that neither the University of San Francisco School of Law nor The Huntington National Bank, their respective affiliates, or any other party is rendering financial, legal, technical, or other professional advice or services. This information should be used only in consultation with a qualified and licensed professional who can take into account all relevant factors and desired outcomes in the context of the facts of your particular circumstances.

*This information is not intended as a solicitation, is not intended to convey or constitute legal advice, and is not a substitute for obtaining legal advice from a qualified attorney. The authors make no express or implied warranties or representations with respect to the information.*

**2020 Antitrust Annual Report**

# About Us

**University of San Francisco School of Law**

Founded in 1912, the University of San Francisco School of Law has a tradition of educating effective lawyers who graduate with the professional skills and theoretical foundation necessary to succeed in the legal profession. The USF School of Law offers a rigorous education with a global perspective in a diverse, supportive community. Our graduates are skilled, ethical professionals prepared for any legal career — from intellectual property law to litigation and more — with a commitment to social justice as their enduring foundation. The USF School of Law is fully accredited by the American Bar Association and is a member of the Association of American Law Schools.

**The Huntington National Bank**

Huntington's National Settlement Team provides one of the leading settlement account programs in the country. Our National Settlement Team has handled more than 2,800 settlements for law firms, claims administrators and regulatory agencies. These cases represent over $60 Billion with more than 150 million checks. Huntington Bancshares Incorporated is a regional bank holding company headquartered in Columbus, Ohio, with $120 billion in assets and a network of 800 branches across seven Midwestern states. Select financial services and other activities are also conducted in various other states. ®, Huntington® and Huntington® are federally registered service marks of Huntington Bancshares Incorporated.



**Credit:** All photos contained herein courtesy of Melissa Villain, Managing Director, The Huntington National Bank



**University of San Francisco Law School**
2130 Fulton Street
San Francisco, CA 94117
www.usfca.edu/law

**The Huntington National Bank**
41 South High Street
Columbus, OH 43287
www.huntington.com

Copyright © 2021
University of San Francisco Law School
and Huntington Bancshares Incorporated