# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB)<br><br>**DECLARATION OF DOUGLAS NECKERS IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

567251.1

I, Douglas Neckers, declare as follows:

1. I am President and CEO of Maplevale Farms, Inc. ("Maplevale Farms"), a named Plaintiff and proposed Class Representative in this class action. I make this declaration in support of Direct Purchaser Plaintiffs' motion for class certification. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could competently testify to them.

2. I live in Corry, PA and have worked for Maplevale Farms for 30 years.

3. Maplevale Farms purchased Pork, as that term is defined in the motion for class certification, from one or more of the Defendants in this lawsuit on approximately a weekly basis during the class period. The Pork Maplevale Farms purchased from Defendants during this time included fresh Pork and other Pork.

4. Maplevale Farms is seeking the Court's appointment as a Class Representative on behalf of itself and others who purchased Pork from at least one of the Defendants during the Class Period. Maplevale Farms was appointed by this Court as a Class Representative Plaintiff for each of the two settlements with the JBS and Smithfield defendants. Since the filing of the complaint, Maplevale Farms has represented the interests of all entities who purchased Pork directly from the Defendants during the Class Period, and will continue to do so.

5. I understand that, if appointed as a Class Representative, Maplevale Farms would represent the interests of all entities who purchased Pork directly from the Defendants during the Class Period. I also understand that Maplevale Farms obligation as a Class Representative is to act in the best interests of the entire Class and to continue to

assist counsel for the Class. Maplevale Farms is fully prepared to undertake these obligations and there are no impediments to its doing so.

6. Maplevale Farms has participated fully in the litigation. Maplevale Farms has spent considerable time dedicated to this litigation. Prior to the filing of the Direct Purchaser complaint on June 29, 2018, Maplevale Farms provided information for and reviewed the complaint. Maplevale Farms has actively participated in the litigation since the filing of the complaint. Below is a summary of the types of work performed by Maplevale Farms, along with an estimate of the number of hours dedicated to those activities:

- Communicating with Interim Co-Lead Counsel regarding the progress of the litigation and necessary discovery (approximately 13 hours);

- Reviewing and approving pleadings including the complaints (approximately 4 hours);

- Reviewing and responding to written discovery including interrogatories, requests for production of documents, and requests for admissions (approximately 2 hours);

- Searching for, collecting, preserving, and producing documents (approximately 10 hours);

- Reviewing and approving the two settlements to date, with the JBS and Smithfield defendants (approximately 2 hours); and

7. In total I estimate the Maplevale Farms has spent 31 hours working on this case to date. Maplevale Farms had to divert resources from other business matters in order to complete this process and compensated its employees during the times that they were working on issues relating to the litigation.

567251.1                                       3

8. It is my understanding that this action could not have been prosecuted and filed, and the class settlements would not have been obtained, without a class representative. In choosing to sign up and bring this case as a class representative Maplevale Farms considered the risks associated with bringing this lawsuit against the Pork producers who are key suppliers for Maplevale Farms.

9. Maplevale Farms believes that Lockridge Grindal Nauen P.L.L.P. and Pearson, Simon & Warshaw, LLP are qualified and well-suited for appointment as Class Counsel and fully supports this request.

10. Maplevale Farms respectfully requests that this Court grant the Direct Purchaser Plaintiffs' Motion for Class Certification and appoint it as a representative of the Direct Purchaser Plaintiff Class and Lockridge Grindal Nauen P.L.L.P. and Pearson, Simon & Warshaw, LLP as Class Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25 day of April, 2022, at Falconer, NY.

/s/ Douglas Neckers
Douglas Neckers
Maplevale Farms

567251.1                                          4