# EXHIBIT 6

UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB)<br><br>**DECLARATION OF SCOTT McCANN IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

567252.1

I, Scott McCann, declare as follows:

1. I am the Vice President of Procurement and Member Development for Olean Wholesale Grocery Cooperative, Inc. ("Olean"), a named Plaintiff and proposed Class Representative in this class action. I make this declaration in support of Direct Purchaser Plaintiffs' motion for class certification. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could competently testify to them.

2. I live in the Olean – Bradford area and I have worked for Olean for 20 years.

3. Olean purchased Pork, as that term is defined in the motion for class certification, from one or more of the Defendants in this lawsuit on approximately a more-frequent than monthly basis during the entire class period. The Pork and Pork Products Olean purchased directly from Defendants during this time are described in the various types listed in Exhibit A, which is annexed hereto.

4. Olean is seeking the Court's appointment as a Class Representative on behalf of itself and others who purchased Pork from at least one of the Defendants during the Class Period. Olean was appointed by this Court as a Class Representative Plaintiff for each of the two settlements with the JBS and Smithfield defendants. Since the filing of the complaint, Olean has represented the interests of all entities who purchased Pork directly from the Defendants during the Class Period, and will continue to do so.

5. I understand that, if appointed as a Class Representative, Olean would represent the interests of all entities who purchased Pork directly from the Defendants during the Class Period. I also understand that the obligation of Olean as a Class Representative is to act in the best interests of the entire Class and to continue to assist

counsel for the Class. Olean is fully prepared to undertake these obligations and there are no impediments to its doing so.

6. Olean has participated fully in the litigation. Olean has spent considerable time dedicated to this litigation. Prior to the filing of the Direct Purchaser complaint on June 29, 2018, Olean provided extensive information for and reviewed the complaint. Olean has actively participated in the litigation since the filing of the complaint. Below is a summary of the types of work performed by Olean, along with an estimate of the number of hours dedicated to those activities:

- Communicating with Interim Co-Lead Counsel regarding the progress of the litigation and necessary discovery (approximately consisting of 14 hours);

- Reviewing and approving pleadings including all related documents. (approximately 13.5 hours);

- Reviewing and responding to written discovery including interrogatories, requests for production of documents, and requests for admissions (approximately 6 hours);

- Searching for, collecting, preserving, and producing documents (approximately 28 hours);

- Reviewing and approving the two settlements to date, with the JBS and Smithfield defendants (approximately 6 hours); and

- Other activities relating to the ongoing litigation including: preparations for depositions, photocopying of invoices where not computerized (consisting of approximately 9 hours).

7. In total I estimate the Olean has spent 76.5 hours working on this case to date. Olean had to divert resources from other business matters in order to complete this

process and Olean's employees were compensated only at regular time and pay but most of the above class action was necessarily performed during non-business hours and hence, without pay.

8.   It is my understanding that this action could not have been prosecuted and filed, and the class settlements would not have been obtained, without a class representative. In choosing to sign up and bring this case as a class representative Olean considered the risks associated with bringing this lawsuit against the Pork producers who are key suppliers for Olean.

9.   Olean believes that Lockridge Grindal Nauen P.L.L.P. and Pearson, Simon & Warshaw, LLP are qualified and well-suited for appointment as Class Counsel and fully supports this request.

10.   Olean respectfully requests that this Court grant the Direct Purchaser Plaintiffs' Motion for Class Certification and appoint it as a representative of the Direct Purchaser Plaintiff Class and Lockridge Grindal Nauen P.L.L.P. and Pearson, Simon & Warshaw, LLP as Class Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of April, 2022, at Jamestown, New York at the office of one of the class action counsel.

_____
Scott McCann
Olean Wholesale Grocery Cooperative, Inc.