# EXHIBIT 11

Page 1

1       IN THE UNITED STATES DISTRICT COURT
2              DISTRICT OF MINNESOTA
3
4  CIVIL NO. 18-1776 (JRT/HB)
5  0:21-MD-02998-JRT-HB
6  MDL NO. 2998
7
8  IN RE:  PORK ANTITRUST LITIGATION
9  This Document Relates to:  All Actions
10
11
12
13            HIGHLY CONFIDENTIAL
14       REMOTE VIDEO DEPOSITION OF PHIL CLEMENS
15                 March 10, 2022
16
17
18
19
20
21
22  REPORTED BY:   Laura H. Nichols
23                 Certified Realtime Reporter,
24                 Registered Professional
25                 Reporter and Notary Public

Page 217

1   A. Partially yes, but you have to do
2   total protein, not just hogs.
3   Q. ==And so, again, I will ask you:  Do==
4   ==you recall that you and others in the industry felt==
5   ==that the solution to the challenges facing the==
6   ==industry was to reduce the number of hogs on the==
7   ==U.S. and Canadian market?==
8   MR. ==LAYTIN:  Objection to form.==
9   ==Lacks foundation.==
10  A. ==My answer is reducing hogs, which is==
11  ==part of the total protein chain.==
12  Q. (BY MR. ZIRPOLI:)  Do you recall that
13  at this time, you were monitoring your competitors'
14  production cuts?
15  A. I do not recall that.
16  Q. Would that surprise you if you were
17  monitoring your competitors' production cuts at
18  this time?
19  A. If you remember the time, it is when
20  H1N1 had hit and swine flu was impacting the U.S.
21  market in particular, so everyone was watching what
22  they were producing because pork consumption had
23  dropped significantly.
24  Q. So do you agree that you monitor your
25  competitors' production numbers?

HIGHLY CONFIDENTIAL

Page 383

1              C E R T I F I C A T E

4  STATE OF ALABAMA
5  JEFFERSON COUNTY

7              I hereby certify that the above and
8  foregoing deposition was taken down by me in
9  stenotypy, and the questions and answers thereto
10 were reduced to typewriting under my supervision,
11 and that the foregoing represents a true and
12 correct transcript of the deposition given by said
13 witness upon said hearing, to the best of my
14 ability.
15             I further certify that I am neither
16 of counsel nor of kin to the parties to the action,
17 nor am I in anywise interested in the result of
18 said cause.

*[Signature: Laura H. Nichols]*

22     /s/ LAURA H. NICHOLS
       Commissioner-Notary Public, State of AL
23     ACCR License No. 3, Exp. 9/30/2022
       GA CCR No. 2714, Exp. 4/1/2023
24     TN LCR No. 679, Exp. 6/30/2022
       Transcript Certified on 3/14/2022