# EXHIBIT 12
# (Filed Under Seal)

# EXHIBIT 13
# (Filed Under Seal)

# EXHIBIT 14
# (Filed Under Seal)