# EXHIBIT 16
# (Filed Under Seal)

# EXHIBIT 17
# (Filed Under Seal)