# EXHIBIT 19
# (Filed Under Seal)

# EXHIBIT 20
# (Filed Under Seal)

# EXHIBIT 21
# (Filed Under Seal)

# EXHIBIT 22
# (Filed Under Seal)

# EXHIBIT 23
# (Filed Under Seal)

# EXHIBIT 24
# (Filed Under Seal)

# EXHIBIT 25
# (Filed Under Seal)

# EXHIBIT 26
# (Filed Under Seal)

# EXHIBIT 27
# (Filed Under Seal)

# EXHIBIT 28
# (Filed Under Seal)

# EXHIBIT 29
# (Filed Under Seal)

# EXHIBIT 30
# (Filed Under Seal)

# EXHIBIT 31
# (Filed Under Seal)