# EXHIBIT 33
# (Filed Under Seal)

# EXHIBIT 34
# (Filed Under Seal)

# EXHIBIT 35
# (Filed Under Seal)