# EXHIBIT 38



# 2009 PORK POWERHOUSES

### A Successful Farming Exclusive Report
#### By Betsy Freese, Executive Editor

**Sponsored by:**






# Top 25 U.S. Pork Powerhouses® 2009

| 2009 Ranking | Company/Headquarters | # of Sows In 2009 | # of Sows In 2008 |
|---|---|---|---|
| 1 | **Smithfield Foods**/Smithfield, VA. Plus 97,868 sows in Mexico, 76,955 in Poland, and 47,091 in Romania. Worldwide total: 1,144,165 sows. | 922,251 | 1,020,000 |
| 2 | **Triumph Foods**/St. Joseph, MO. Christensen: 162,500 (down 14,500), Hanor: 80,000 (no change), New Fashion Pork: 48,000 (down 4,000), Eichelberger: 25,000 (down 5,000), Allied Producers' Co-op: 56,000 (down 1,000). | 371,500 | 396,000 |
| 3 | **Seaboard Foods**/Shawnee Mission, KS. No plans for any changes at this time. | 213,600 | 213,600 |
| 4 | **Iowa Select Farms**/Iowa Falls, IA. Closing a multiplier and a commercial farm. | 152,500 | 160,000 |
| 5 | **The Pipestone System**/Pipestone, MN. Using a combination of strategies to cut production. | 132,000 | 143,600 |
| 6 | **The Maschhoffs**/Carlyle, IL. Broke ground in August on feed mill in Griggsville, IL. | 130,000 | 130,000 |
| 6 | **Prestage Farms**/Clinton, NC. Cutting back 10% of sows on all farms. | 125,000 | 140,000 |
| 8 | **Cargill**/Minneapolis, MN. No changes planned. | 116,000 | 116,000 |
| 9 | **The Carthage System**/Carthage, IL. More than 250 families involved in the system. | 85,000 | 90,250 |
| 10 | **AVMC Management Services**/Audubon, IA. Closed two farms. | 77,000 | 82,000 |
| 11 | **Maxwell Foods**/Goldsboro, NC. An additional 14,000 sows at Maxwell Farms of Indiana. | 69,000 | 73,000 |
| 12 | **Hormel Foods**/Austin, MN. | 54,000 | 54,000 |
| 13 | **Progressive Swine Technology**/Columbus, NE. Will hold at this level for a while. | 53,200 | 55,200 |
| 14 | **Tyson Foods**/Springdale, AR. Sold five farms and sent sows to slaughter. | 52,000 | 70,000 |
| 15 | **Country View Family Farms**/Hatfield, PA. Added sows on one farm in PA. | 46,500 | 43,700 |
| 16 | **Nebraska Pork Partners**/Columbus, NE. Liquidated 11% of herd and reduced slaughter weights by 22 lbs. | 44,500 | 50,000 |
| 16 | **Wakefield Pork**/Gaylord, MN. | 40,500 | 41,000 |
| 18 | **Holden Farms**/Northfield, MN. | 40,000 | 40,000 |
| 19 | **Texas Farm**/Perryton, TX. | 40,000 | 39,000 |
| 20 | **TriOak Foods**/Oakville, IA. | 35,000 | 35,000 |
| 21 | **Schwartz Farms**/Sleepy Eye, MN. | 30,000 | 30,000 |
| 22 | **Coharie Farms**/Clinton, NC. Will probably take a few more sows out. | 29,000 | 31,700 |
| 23 | **M2P2**/Ames, IA. Closing one older farm and reconfiguring others. | 27,600 | 30,000 |
| 24 | **Swine Graphics Enterprises**/Webster City, IA. | 24,100 | 24,100 |
| 25 | **Coastal Plains Pork**/Harrells, NC. | 24,000 | 27,000 |
| | **Total: Loss of 200,899 sows in 2009** | **2,934,251** | **3,135,150** |

A Successful Farming Exclusive Report



## Top 5 Canadian Pork Powerhouses® 2009

| 2009 Ranking | Company/Headquarters | # of Sows In 2009 | # of Sows In 200 |
|---|---|---|---|
| 1 | **Hytek**/LaBroquerie, MB. Emptied one older sow farm. | 58,000 | 60,000 |
| 2 | **Big Sky Farms**/Humboldt, SK. Closed a few small farms and cut out sow inventories at others. | 42,000 | 47,800 |
| 3 | **Maple Leaf Agri-Farms**/Landmark, MB. Sold swine genetics operation. | 35,000 | 44,000 |
| 4 | **The Puratone Corporation**/Niverville, MB. Bulk of reduction is contract production hat has been terminated. | 28,000 | 40,000 |
| 5 | **Sunterra Farms**/LeRoy, SK. 80% of the pigs are finished in the U.S., but Sunterra retains ownership. | 13,000 | 13,000 |
| | **Total    Loss of 28,800 sows in 2009** | **176,000** | **204,800** |

A Successful Farming Exclusive Report