# EXHIBIT 41
# (Filed Under Seal)

# EXHIBIT 42
# (Filed Under Seal)

# EXHIBIT 43
# (Filed Under Seal)

# EXHIBIT 44
# (Filed Under Seal)

# EXHIBIT 45
# (Filed Under Seal)

# EXHIBIT 46
# (Filed Under Seal)

# EXHIBIT 47
# (Filed Under Seal)

# EXHIBIT 48
# (Filed Under Seal)

# EXHIBIT 49
# (Filed Under Seal)

# EXHIBIT 50
# (Filed Under Seal)

# EXHIBIT 51
# (Filed Under Seal)

# EXHIBIT 52
# (Filed Under Seal)

# EXHIBIT 53
# (Filed Under Seal)

# EXHIBIT 54
# (Filed Under Seal)

# EXHIBIT 55
# (Filed Under Seal)

# EXHIBIT 56
# (Filed Under Seal)

# EXHIBIT 57
# (Filed Under Seal)

# EXHIBIT 58
# (Filed Under Seal)

# EXHIBIT 59
# (Filed Under Seal)

# EXHIBIT 60
# (Filed Under Seal)

# EXHIBIT 61
# (Filed Under Seal)

# EXHIBIT 62
# (Filed Under Seal)

# EXHIBIT 63
# (Filed Under Seal)

# EXHIBIT 64
# (Filed Under Seal)

# EXHIBIT 65
# (Filed Under Seal)

# EXHIBIT 66
# (Filed Under Seal)

# EXHIBIT 67
# (Filed Under Seal)

# EXHIBIT 68
# (Filed Under Seal)

# EXHIBIT 69
# (Filed Under Seal)

# EXHIBIT 70
# (Filed Under Seal)

# EXHIBIT 71
# (Filed Under Seal)

# EXHIBIT 72
# (Filed Under Seal)

# EXHIBIT 73
# (Filed Under Seal)

# EXHIBIT 74
# (Filed Under Seal)

# EXHIBIT 75
# (Filed Under Seal)

# EXHIBIT 76
# (Filed Under Seal)

# EXHIBIT 77
# (Filed Under Seal)

# EXHIBIT 78
# (Filed Under Seal)

# EXHIBIT 79
# (Filed Under Seal)

# EXHIBIT 80
# (Filed Under Seal)

# EXHIBIT 81
# (Filed Under Seal)

# EXHIBIT 82
# (Filed Under Seal)

# EXHIBIT 83
# (Filed Under Seal)

# EXHIBIT 84
# (Filed Under Seal)

# EXHIBIT 85
# (Filed Under Seal)

# EXHIBIT 86
# (Filed Under Seal)

# EXHIBIT 87
# (Filed Under Seal)

# EXHIBIT 88
# (Filed Under Seal)

# EXHIBIT 89
# (Filed Under Seal)

# EXHIBIT 90
# (Filed Under Seal)

# EXHIBIT 91
# (Filed Under Seal)

# EXHIBIT 92
# (Filed Under Seal)

# EXHIBIT 93
# (Filed Under Seal)

# EXHIBIT 94
# (Filed Under Seal)

# EXHIBIT 95
# (Filed Under Seal)

# EXHIBIT 96
# (Filed Under Seal)

# EXHIBIT 97
# (Filed Under Seal)

# EXHIBIT 98
# (Filed Under Seal)

# EXHIBIT 99
# (Filed Under Seal)

# EXHIBIT 100
# (Filed Under Seal)

# EXHIBIT 101
# (Filed Under Seal)

# EXHIBIT 102
# (Filed Under Seal)

# EXHIBIT 103
# (Filed Under Seal)

# EXHIBIT 104
# (Filed Under Seal)