# EXHIBIT 107
# (Filed Under Seal)

# EXHIBIT 108
# (Filed Under Seal)

# EXHIBIT 109
# (Filed Under Seal)

# EXHIBIT 110
# (Filed Under Seal)