# EXHIBIT 111

HIGHLY CONFIDENTIAL

Page 1

1       UNITED STATES DISTRICT COURT
2         DISTRICT OF MINNESOTA
3             CIVIL NO. 18-1776 (JRT/HB)
4
5   _____
6   IN RE:  PORK ANTITRUST LITIGATION
7
    This document relates to:
8   All Actions
9   _____/
10
                    January 27, 2022
11                  10 a.m. - 3:17 p.m. EST
12
13
14      VIDEOTAPED DEPOSITION OF MARK COPA
15        TAKEN VIA ZOOM TELECONFERENCE
16
17
18      Taken on behalf of the Plaintiffs before
19   Alice J. Teslicko, Registered Professional Reporter,
20   Registered Merit Reporter and Notary Public, pursuant to
21   Plaintiffs' Notice of Deposition in the above cause.
22
23
24
25

Page 93

1    product configurations is probably the right way to
2    say that.
3         Q    Can you look at the folder marked Tab 13,
4    and let's introduce that as Exhibit 258.
5         A    Okay.
6              (Whereupon a document/item was marked for
7         identification as Plaintiffs' Exhibit 258.)
8         Q    This is an email forwarded to you from Scott
9    Saunders on August 21, 2015; is that right?
10        A    Yes.  August 21st, 2015, yes.
11        Q    And he's forwarding to you a string between
12   himself and Mr. Saunders and Ken Sullivan; is that
13   right?
14        A    That's right.
15        Q    And what was Ken Sullivan's role at that
16   time?
17        A    Gosh, I think Ken Sullivan at that time was
18   our CFO, I think.
19        Q    And the subject of the email is "Update; is
20   that right"?
21        A    Yeah, yes.
22        Q    Looking at the first email in time from
23   Mr. Saunders to Mr. Sullivan on August 21st, 2015, the
24   first bullet point of his email reads:
25             "Agri Stats:  My goal was to change up the

Page 94

1    way we attack the Agri Stats meetings.  Certainly the
2    participation level and the interaction level was much
3    better than the last (first one) that I attended).
4    The green book, which is the ops group, mostly still
5    has a ways to go.  I have challenged them to come up
6    with the top five things they can tackle to improve
7    profitability.  Then we will measure those five and
8    review constantly.
9              "The red book, which is sales, was much more
10   interactive this time.  The business managers each
11   took their pages and were very frank about their
12   performance in each area.  Again, I had challenged
13   them to create the top five areas they need to improve
14   to move us up the rankings.
15             "We also had a discussion about the fact
16   that we are $20 per head behind JBS and that we need
17   to develop plans to get at the difference."
18             Do you see that?
19        A    Yes.
20        Q    And then following that in bold is:  "Good,
21   I like the simplicity of 'five things.'"  Do you see
22   that?
23        A    Yes.
24        Q    Does it appear that the "good, I like the
25   simplicity of five things" in bold is what

HIGHLY CONFIDENTIAL

Page 172

1   CERTIFICATE OF OATH
2
3        I, Alice J. Teslicko, RMR, a Notary Public
4   for the State of Florida at large, do hereby
5   certify that the witness, Mark Copa, appeared via
6   teleconference before me and was duly sworn.
7        Signed and sealed this 10th day of February,
8   2022.
9
10
11
12                      Alice J. Teslicko, RMR
13
14  Commission No. GG249076
    My Commission Expires:
15  December 14, 2022
16
17
18
19
20
21
22
23
24
25