# EXHIBIT 112
# (Filed Under Seal)

# EXHIBIT 113
# (Filed Under Seal)

# EXHIBIT 114
# (Filed Under Seal)

# EXHIBIT 115
# (Filed Under Seal)

# EXHIBIT 116
# (Filed Under Seal)

# EXHIBIT 117
# (Filed Under Seal)

# EXHIBIT 118
# (Filed Under Seal)

# EXHIBIT 119
# (Filed Under Seal)

# EXHIBIT 119
# (Filed Under Seal)

# EXHIBIT 120
# (Filed Under Seal)

# EXHIBIT 121
# (Filed Under Seal)

# EXHIBIT 122
# (Filed Under Seal)

# EXHIBIT 123
# (Filed Under Seal)

# EXHIBIT 124
# (Filed Under Seal)

# EXHIBIT 125
# (Filed Under Seal)

# EXHIBIT 126
# (Filed Under Seal)

# EXHIBIT 127
# (Filed Under Seal)