UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE: PORK ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS                                                    **ORDER**

Case No. 18-cv-1776 (JRT/HB)

IN RE: PORK ANTITRUST LITIGATION

INDIANA PACKERS CORP.,

    Petitioner,

    v.                                              Case No. 22-mc-26 (PJS/DTS)

DIRECT PURCHASER PLAINTIFFS,

    Respondent.

    Case No. 18-cv-1776 having been assigned to Chief Judge John R. Tunheim and Magistrate Judge Hildy Bowbeer, and Case No. 22-mc-26 having later been assigned to Judge Patrick J. Schiltz and Magistrate Judge David T. Schultz, and said matters being related cases,

    **IT IS HEREBY ORDERED** that Case No. 22-mc-26 be assigned to Chief Judge John R. Tunheim and Magistrate Judge Hildy Bowbeer, nunc pro tunc, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above files.

Dated:   April 28, 2022

        s/John R. Tunheim
        John R. Tunheim
        Chief Judge
        United States District Court

Dated:   April 28, 2022

        s/Patrick J. Schiltz
        Patrick J. Schiltz
        United States District Judge