# EXHIBIT 8
# (Filed Under Seal)

Message

| | |
|---|---|
| **From**: | Feng_H._Walkup/Corp/Hormel [Feng_H._Walkup/Corp/Hormel] |
| **Sent**: | 9/26/2014 9:22:42 AM |
| **To**: | Paul_L._Peil/Corp/Hormel%hormel; Scott_J._Leathers/Corp/Hormel%hormel; Randall_L._Zellmer/Corp/Hormel%hormel |
| **CC**: | M._Jack_Shao/Corp/Hormel%hormel; Lila_I._Polanco/Corp/Hormel%hormel |
| **Subject**: | Smithfield |

Hi all,

Heard a rumor that Smithfield plans to sell about 600 containers of different cuts to China in Sept to Dec. Then repackage the products and export to Russia.  Two plants of Shanghui, the China company brought Smithfield, are approved export to Russia recently.
This might results U.S. Price to go up.

Feng
Sent from my iPhone

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER