# EXHIBIT 13
# (Filed Under Seal)

| | |
|---|---|
| **From:** | "Steve Weiss" <steve@v-ast.com> |
| **Sent:** | Fri, 4 Sep 2009 10:51:06 -0500 (CDT) |
| **To:** | <Rod_Brenneman@SeaboardPork.com>; <gary_louis@seaboardpork.com> |
| **Subject:** | 21st Century Pork Club notes 9-09 |
| **Attachments:** | 21st Century Pork Club notes 9-09.docx |

Rod/Gary - I thought I would summarize my notes from this week's meeting for your benefit.  Some interesting (and scary) stuff...sorry if I spoiled your day by forwarding.  Hope it's informative.  As we talked, Larry would welcome your participation in the group (probably one of you?) if you're interested.  It's a great group of folks which always results in excellent discussion and education.  Your involvement would be beneficial to the group and especially to Seaboard.

Regards,


Steve

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SBF0184228

NOTES – 21st CENTURY PORK GROUP MEETING
September 2009

H1N1

- Virus dates back to 1918 Spanish flu pandemic
- Human, swine and avian variants
- High morbidity, low mortality impact on swine
- Human-to-pig transmission
- Surveillance – submissions down for fear of response of first outbreak; need comprehensive surveillance program
- Response – state vet notified, will work in confidential manner to investigate
    o if confirmed, enhanced bio-security and no movements until clinical signs resolved/cleared by state vet
    o public response agreed upon by CDC, others – positioned as a "routine event", "nonevent"
    o media response in other countries (e.g., Canada with 5-6 outbreaks) have been met with very little media response; focus has been on human-to-pig transmission; concern about anti-cafo response

OSHA – has identified that swine production DART rates (measure of absenteeism due to work-related issues) is too high.  Our next regulatory concern?

Industry Long-term Challenges

- Anti-meat faction
    o analogous to tobacco industry?
    o End goal of shutting down the industry
- Environmental
- Government interference/regulation
    o "SNAP" (Supplemental Nutrition Assistance Program) – new title for the food stamp program, with an emphasis on fruits and vegetables as healthy food
- Religious risk!
    o H1N1 eliminated Egypt industry!  [a "welcome excuse" to do so by Muslims]
    o Prediction that pork could be pulled from school lunch menus in a few years due to freedom of religion for Muslims who increasingly are taking action regarding the tainting of food with pork prepared in the same kitchen, etc.
- Animal rights (in part emanating from eastern religions)

Solutions

- Extremely proactive
- Work together, not independently
    o Latest downtown and failure of the industry to work collaboratively has proven that this is not likely to happen!
    o Support the entire chain
- Political involvement

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                    SBF0184229

- No government bailout

Outlook (based on the above)

- U.S. production will decline
    o Demand threats
    o Regulation/cost will make it cheaper to produce pork elsewhere
- U.S. # producers will decline moreso
- Vertical alignment/integration will dominate
    o However, current GIPSA head J. Dudley Butler scrutinizing packer agreements (history of past legal action with processors; opposes vertical integration)

Fall 2009 Pork Promotion (National Pork Board)

- "Good Food Made by Good People" slogan
- "Pick up pork, the all-American value"
- Kroger promotion/coupon – 2500 stores
- Consumer research results
    o "Don't be Blah" campaign did not resonate with consumers
    o Consumers believe pork is as healthy as chicken (e.g., "Pork the other white meat" was effective, but no longer needed)
    o Consumers believe that you must overcook pork to be safe
    o Consumers believe pork is tough and dry (as a result)
- NPB budget down significantly as a result of hog prices; have had to eat in to reserves
- Average budget about $60mm/year (HSUS $270mm)

Cooking Temperature Issue  - USDA announcement that 125-degrees is safe for pork to happen "very soon"

National Pork Board Strategic Planning Process

- We can be a growth industry
- Exports can/should grow
    o Need diversification (country risk)
    o Need more value-added vs. fresh/commodity
- Better alignment with NPPC
- Leadership/Board still problematic – the deputy secretary of agriculture must approve of all confirmations
- Use of committees comprised of industry leaders (e.g., Domestic Marketing Committee with packers represented)

Market Outlook

- 65% of pork is further processed; CPC is a joke
- CND sow herd from 1.7mm to 1.4mm (15% drop)
- US sow herd to 5.9mm (2.7% drop)
- Circo-related productivity improvement 7% increase in production
- Carcass weights 6 lbs. > 2008; pounds produced YTD 7% > 2008

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                    SBF0184230

- Cold weather improved gains and conception rates (impact on 2nd quarter 2010 supply?)
- 2009 exports YTD > 2004-07 trend increase (2008 China activity an "outlier")
- Demand increases very slow to materialize
- Must have supply reduction
    o Need 350k less US sows
    o Need 200k less CND sows
    o 105mm head produced per year = sustainable goal
- Liquidation finally starting to occur
    o 10-15k/week last few weeks
    o YTD sows liquidated – 175k US, 60k CND
- Ethanol plants profitable again and increasing capacity utilization
- RFS mandate to increase from 10% to 12-13% is assured

Risk Management

Heating oil futures – highly correlated with propane and diesel fuel

Hedge Funds – index funds have to be long , but more funds (including Fiona Bohl's) have flexibility for both long and short positions.  A lot of funds "on the sideline"; gut feel is that there are more index funds trading in agriculture.

NPPC Consumer Research

- Quality of food supply – 68% positive
- Pork producers reputation – 67% positive
- Grain producers – 90% positive
- Need more regulation in pork industry – 46% yes
- Issues/negative perceptions of pork industry in areas of:
    o Safe work environment
    o Ethical
    o Public health responsibilities
    o Environmental compliance
    o State-of-the-art practices

Legislative/Regulatory

- Cap and Trade – proposals would pull a huge # of acres out of grain production (up to 1/3)!!
- J. Dudley Butler, GIPSA Administrator – bent against vertical integration/alignment, wants "competitive livestock markets"

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SBF0184231