# EXHIBIT 16
# (Filed Under Seal)

Fresh pork margins benefited from lower raw material costs, high exports, and the acquisition of Premium Standard Farms (PSF) in May 2007. PSF raises 4 million hogs a year, and the two plants we acquired in the deal process 4 million hogs annually. Fresh pork volume increased 29 percent in fiscal 2008.



### Hog production posed several challenges during the past year

On the other hand, major challenges in the hog markets created difficult conditions for our hog production operations. Hog production experienced a substantial loss, the result of lower live hog prices and considerably higher raising costs due to higher grain prices. In response to this adverse environment, Smithfield led the industry in announcing plans to reduce its U.S. sow herd by 4 to 5 percent, or 40,000 to 50,000 sows. This ultimately will result in production of 800,000 to 1 million fewer market hogs annually.



Grain prices have risen dramatically in the past year. Feed represents 65 percent of the cost of raising a hog. Our cash raising costs were up 18 percent year over year, and they will rise substantially this year. I continue to be very concerned about the ever-increasing cost of grains. I believe corn prices, at least in part, can be traced directly back to the "corn to ethanol" government policy in this country. While no one can determine precisely the exact impact of this policy, I think it is clear that the effect on corn prices has been significant. The elimination of 25 percent or more of the supply of any commodity from the market, while demand remains constant, has a dramatic impact on price levels. Until there is a policy change in Washington, there will be pressure on grain prices. As production is reduced and costs rise, meat prices will increase. Unfortunately, these cost increases eventually will be passed through to the American consumer.





On the international front, Animex had an excellent year, primarily by increasing its packaged meats production by 21 percent while also improving



3

HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD01062391