# EXHIBIT 25
# (Filed Under Seal)

| | |
|---|---|
| **From:** | White, Noel </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=DCSANWW> |
| **To:** | Machan, Gary |
| **Sent:** | 5/15/2009 12:13:46 PM |
| **Subject:** | FW: Smithfield |

**From:** John T. Hanes [mailto:jthanes@cox.net]
**Sent:** Thursday, May 14, 2009 6:28 PM
**To:** ;
**Subject:** Smithfield

Smithfield Foods Says It May Sell Some Hog-Production Assets
By Choy Leng Yeong

May 14 (Bloomberg) -- Smithfield Foods Inc., the largest U.S. pork processor, may sell some hog-production assets that supply pigs to competitors after the units led to losses.

Smithfield sells about 2 million hogs in the U.S. to competitors including Seaboard Corp. and Hormel Foods Corp., Chief Financial Officer Robert Manly IV said today at a conference in New York broadcast over the Internet.

"We were losing $30 to $50 a head for the pleasure to sell to Seaboard or Hormel at market and then have that meat come back to us in the marketplace in competition with our meat," Manly said. "In the long run, that would probably be considered a non-core asset. Probably Seaboard needs to be the owner of those assets as opposed to us."

Smithfield's hog-production unit posted losses in the past five quarters, partly because of high costs for feed grain. The company has cut its U.S. sow herd by 10 percent and will close six plants by December and eliminate 1,800 jobs to reduce costs.

Smithfield is "disappointed" that competitors didn't liquidate their sow herds and would like to see the North American herds reduced by 3 percent to 4 percent, Manly said at the Davenport investor conference.

Smithfield rose 31 cents, or 2.7 percent, to $11.65 at 11:35 a.m. in New York Stock Exchange composite trading. The shares dropped 19 percent this year through yesterday.

To contact the reporter on this story: Choy Leng Yeong in Seattle at clyeong@bloomberg.net.

*Last Updated: May 14, 2009 11:45 EDT*

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                             TF-P-000514416