# EXHIBIT 27
# (Filed Under Seal)

**From:** u=Davis; Mel/O=SEABOARD/OU=CORP/CN=RECIPIENTS/CN=MELD
**Sent:** Wed, 15 Jul 2009 15:40:26 -0500 (CDT)
**To:** "Holton, Terry" <Terry_Holton@seaboardfoods.com>; "Brenneman, Rod" <Rod_Brenneman@Seaboardfoods.com>; "Louis, Gary" <Gary_Louis@Seaboardfoods.com>; "Summerlin, Stephen" <Stephen_Summerlin@seaboardfoods.com>
**Subject:** FW: Sow reduction

---

Just checked with Tyson. The 20,000 sow reduction they have announced will result in 20,000 sows being liquidated.

Mel


-----Original Message-----
From: Thompson, Steve [mailto:steve.thompson@tyson.com]
Sent: Wednesday, July 15, 2009 3:17 PM
To: Davis, Mel
Subject: RE: Sow reduction

The sows are being liquidated and the sow units are being taken out of production.

-----Original Message-----
From: Davis, Mel [mailto:Mel_Davis@seaboardfoods.com]
Sent: Wednesday, July 15, 2009 1:53 PM
To: Thompson, Steve
Subject: Sow reduction

Steve,

Haven't talked to you in a long while. Hope you are doing ok.

With regards to the sow reduction at Tyson are you selling the sows to someone else who will continue to produce with those sows or are the sows being liquidated?

Mel

This email and any files transmitted with it are confidential and intended solely for the use of the addressee. If you are not the intended addressee, then you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please notify us immediately of your unintended receipt by reply and then delete this email and your reply. Tyson Foods, Inc. and its subsidiaries and affiliates will not be held liable to any person resulting from the unintended or unauthorized use of any information contained in this email or as a result of any additions or deletions of information originally contained in this email.


Plaintiff Exhibit
In Re: Pork Antitrust Lit
Mel Davis
0147

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                              SBF0181317