# EXHIBIT 28
# (Filed Under Seal)

| INFORMATION YOU SHOULD KNOW |
|---|
| July 17, 2009 |

SPECIAL NOTICE

I am calling a special Board meeting at 9 a.m. on July 31st. Management has recommendation for our cost savings due to where the markets are and what we are looking at for this year. Some actions being recommended will require Board approval. The meeting will not last longer than 3 hours. Due to last minute notice, if you can only attend by phone, that is not a problem. Also, I know that we are in vacation season and it will not work for some of you. I do understand. I also am inviting the OAC to this meeting. Details will be sent to you prior to the meeting. Please RSVP to me or Diane on your attendance.

- New stock price has not been received yet. Dave anticipates we will get it early next week. We will get you the price as soon as it is known
- Hog prices continue to be on the low side. However, over this past week they have been rising steadily. On Thursday, they had a very big jump in price - $3.38. Ended the week at 57.17 (last week ended at 51.18 – so a run up of nearly 6.00 for the week)
- Tyson announced this week that they are reducing their sow herd by 20,000 sows. Some they are closing, others they are trying to sell. Remember, we believe the sow herd needs to come down by about 600,000 to bring hogs back to real profitability. Don't know what the current reduction is, but it isn't anywhere close to 600,000.
- We continue to look at reduction in spending. The Food Group has been leading this effort and has identified about $10mm to reduce. Some of these cuts will hurt, but no gain without some pain. We want to make sure we maintain a long-term view in this area.
- Wild Bill's latest round. Today I will announce to all employees that a company has agreed to buy the Company. No details will be given, nor will we be giving the official WARN act notice. We continue to work with the potential buyer on how to proceed.
- Doug Clemens met with Creta on Wednesday and the meeting wasn't real pleasant. They continue to believe the office needs to be in Times Square, NYC and we need a very high profile marketing agency. Another meeting is scheduled for today in NYC. At this point both parties have agreed not to invoke the buyout clause in the agreement. It is our hope that they will buy back the business without the clause

CONFIDENTIAL                                                                                                               CLMNS-0000022228

- being invoked and allow us to continue with the food service business – of which they have no interest.  Will keep you posted.
- As of now, over 75% of the shareholders have signed the new Shareholder Agreement.  We are now in the "chase down" phase looking to get those who are habitually late in getting things back.  We had stopped going after them, but this vote is required to be unanimous, so we must get them.  Hopefully this is the last time because the new agreement only calls for a 75% vote.
- The dedication for Pine Hill went very well.  We hope to start populating the unit in July.  When fully populated, it will be the largest "walk around" facility in the US with 5,600 sows.  The team should be commended on moving forward with this remarkable project.
- Construction of the new warehouse at the Hatfield facility continues on schedule.  We anticipate a September occupancy.
- I have put notes from my AMI meeting at the bottom of this memo.
- Next week we will participate in the Annual Hot Dog luncheon in Washington, DC.  That evening we will be with Rick Ferrante to watch them launch Nick's Sausage into the stands at the National's game.


AMI Executive Committee
July 9 – 11, 2009

The Executive Committee of AMI had their semi-annual meeting.  The general mood was of very challenging days, especially with the companies that either raise or harvest livestock.

The political climate in Washington is very different that just months ago.  The opponents of production agriculture are emboldened and want to move forward with proposals that could be very devastating to our industry.  AMI is attempting to increase their PAC to influence our friends and help get individuals more friendly to our industry to elected positions.  We have built some good alliances on both sides of the isle to help our cause.

We spent a great deal of time measuring the effectiveness of AMI.  I am chairman of a sub-committee tasked with making AMI the most effective trade group to our industry while at the same time making sure that we are

[PAGE ]

as cost effective as possible.  AMI has already reduced their expenditures this year by about $900,000 (out of an annual budget of just over $7mm).

Jim Hodges reported the good news on food borne illnesses.  Over half of the food borne illnesses come from a single source.  Most of the illnesses are from viruses and the largest outbreaks come from seafood and produce.

The film Food, Inc. was released in May, but has gotten little coverage.  However, their main goal is to release this for use in elementary school education.  AMI, along with other food groups have developed both talking points and websites to combat the inaccuracies in the report.  [ HYPERLINK "http://www.safefoodinc.com" ]

The government is taking a close look at salmonella in both poultry and pork.  USDA is considering making salmonella an adulterant if found on a product.  They tried the same thing with e coli a few years ago and now are taking it to a new level.  If it could be ruled as an adulterant – it allows for much wider recalls and potential loss of inspection.

In June, President Obama head the first meeting of his Food Safety Working Group.  They are looking at new testing for salmonella; looking at all components that go into meat products (marinates) and the potential for contamination with the ingredients in the marinate; the impact that a national trace back program could have; and finally how to improve our food safety reputation both here and around the world.  The President will be appointing a new deputy of Food Safety.

Employees – still working on e-verify.  It may become mandatory.  In phase 1, it would begin with larger employers and would take 7 years to phase into all employers.  They are considering doing away with the no-match rule since most times this is a clerical error.

It appears that the original card-check bill is dead for now.  The unions are still looking how they can move this, maybe with a few compromises.  This bill has moved off the front burner for now – but one we need to continually watch.

Ethanol – we are still attempting to have the tariff eliminated on imported ethanol.  Most imported ethanol comes from Brazil where it is made

[PAGE ]

exclusively from sugar cane.  We also are attempting to have the mandated ethanol lowered back to 10% from the scheduled 12% that Congress is pushing.

Congress is having hearings on banning all drugs from animal production facilities.  It is bad law and we are lobbying against this.

The World Cancer Report has gotten little legs.  However, they are attempting to use the information – much of it very poor science to influence the new dietary guidelines that are due out next year.

Listeria in delis is still a problem.  At this time FMI has had little concern about it and most retailer are in a state of denial about it.  Some tests have been done in this area and of the tests done, 100% of the slicers have Lm.

Representative DeLauro is on a campaign on cooked chicken which is used in many products, including hot dogs.  It is a personal issue to her, but no one can find out why.  She wants to ban it from all trade with China.  The Senate is attempting to over-ride her on this.

Industry structure has become a one person issue – Senator Grassley.  He has not gotten much traction and the House currently supports the AMI position.  One problem could arise in the regulatory process with industry structure.  J.W. Butcher, now the head of GISPA is trying to push his agenda through P & S.  His ax is how the industry treats producers differently.  He is attempting to use language in the current farm bill to take action against packers.  This needs attention.  [side note, he is a supporter of following what R-Calf has done]

Sustainability – AMI is working to release a baseline for the industry.  This will be one of the themes at the trade show this fall.

H1N1 – CDC keeps ramping this up because they believe it could be very bad this fall.  The vaccine for this flu is not due out until this fall.  The anticipated doses available will be about 25% of the needed amount.  The government has done a fairly good job referring to this flu as H1N1, but many in the news media still want to call it swine flu.  The general public knows it isn't connected to pigs – but it still has impacted everyone's business.  The real question is what will the government due when it is found

[PAGE  ]

in the first swine herd in the US. They say they will treat it as any other disease, but how will the press treat it. NEEDS CLOSE ATTENTION.

Animal ID – Secretary Vilsac is having listening sessions all over the country. NPPC is a strong proponent. Many independent farmers are refusing to comply and continue to fight the government on this issue. It could end up being a real trade barrier.

Country of Origin Labeling – the government is doing a survey to see how effective it has been. They have scheduled 5,000 retailer reviews and 200 supplier audits. Audits will be desk audits with the attempt to have people do it right.

Non-ambulatory animals – California law is attempting to over-ride the federal preemption. HSUS is pushing for this.

Climate change (cap and trade) passed the house by the narrowest of margin. Senate is very concerned that it doesn't come close to addressing the cost of food and how the average consumer will be impacted. The Senate is attempting to slow this bill down. Tyson estimates their tax on their boilers will be in excess of $8mm.

[PAGE  ]

CONFIDENTIAL
CLMNS-0000022232