# EXHIBIT 41
# (Filed Under Seal)



# Smithfield Earnings Release
## Q3 FY10 *(Q/E 1/31/10)*

March 11, 2010

HIGHLY CONFIDENTIAL-TYSON FOODS INC.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

TF-P-000015025

# Earnings Call Overall Summary



- Quarterly net earnings of $0.22/share compared to consensus estimate of $0.19/share
    - Net adjusted EPS of $0.22/share, adjusting for unusual tax rate and restructuring/plant impairment charges
- "Proud to announce that Smithfield has returned to profitability"
- Pork restructuring plan virtually complete
    - Achieved half of the expected $30m/quarter benefit in Q3, but have nearly accomplished the $55m target for FY2010
    - Behind the $125m/year expected annual benefit for FY2010, but expect to reach that target in FY2011
- Capital structure comments
    - Debt/capital of 51%, with a $185m reduction in debt since the beginning of the fiscal year
    - Liquidity remains strong, with available cash and ABL facility capabilities of $1.053b

*Additional comments about specific operating segments included on next three pages*

HIGHLY CONFIDENTIAL-TYSON FOODS INC.

2

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

TF-P-000015026

# Pork Processing



| Pork Processing | Q/E 5/3/09 | Q/E 8/2/09 | Q/E 11/1/09 | Q/E 1/31/10 | LTM |
|---|---|---|---|---|---|
| **Tyson** | | | | | |
| Net Sales | $833.8 | $805.0 | $872.3 | $843.3 | $3,354.3 |
| Oper. Income * | $33.6 | $29.1 | $68.3 | $69.0 | $199.9 |
| Oper. Inc. % | 4.0% | 3.6% | 7.8% | 8.2% | 6.0% |
| **Smithfield** | | | | | |
| Net Sales | $2,455.0 | $1,033.4 | $990.9 | $1,022.1 | $5,501.4 |
| Oper. Income * | $98.4 | ($12.1) | $36.5 | $1.5 | $124.2 |
| Oper. Inc. % | 4.0% | -1.2% | 3.7% | 0.1% | 2.3% |
| **Difference** | 0.0% | 4.8% | 4.1% | 8.0% | 3.7% |



Pork Processing Operating Income %
— Tyson Operating Income %   — Smithfield Operating Income %

Note:  Tyson's Pork Processing includes Case Ready results.
* Tyson Operating Income adjusted for one-time charges; Smithfield Operating Income adjusted to allocate Corporate Expenses based on a percent of Net Sales methodology.

- **Plant restructuring**
  - Closing of Smithfield, VA plant is complete
  - Sioux City plant is scheduled to close at end of April with minimal amount of production moving to other plants
- **Export levels are flat compared to last year but on track for second best year ever**
  - Some resistance due to higher prices
- **Domestic demand is flat but solid**
  - Higher prices shouldn't affect demand, as retailer will absorb the extra cost

**Prior to Q/E 8/2/09, Smithfield included Packaged Meats results with Pork Processing results.
See pg. 4 for Packaged Meats results in the last three quarters.**

HIGHLY CONFIDENTIAL-TYSON FOODS INC.

3

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    TF-P-000015027

# Packaged Meats



| Packaged Meats | Q/E 5/3/09 | Q/E 8/2/09 | Q/E 11/1/09 | Q/E 1/31/10 | LTM |
|---|---|---|---|---|---|
| **Tyson** | | | | | |
| Net Sales | $432.0 | $431.3 | $479.2 | $477.8 | $1,820.2 |
| Oper. Income * | $23.1 | $29.2 | $28.1 | $18.3 | $98.7 |
| Oper. Inc. % | 5.4% | 6.8% | 5.9% | 3.8% | 5.4% |
| **Smithfield \*\*** | | | | | |
| Net Sales | | $1,218.4 | $1,250.8 | $1,377.3 | |
| Oper. Income * | N/A | $101.5 | $123.4 | $137.2 | N/A |
| Oper. Inc. % | | 8.3% | 9.9% | 10.0% | |
| **Difference** | | -1.6% | -4.0% | -6.1% | |

- **Pleased with margins in packaged meats**
  - 18¢/lb profit compared to previous target of 10¢/lb, due to cheaper raw materials
  - Margins won't continue to be as strong as raw material prices increase and prices lag the increase
  - Expect margins of 12-13¢/lb in future
- **Volume down 7% over prior year, representing a planned loss in volume from contracting capacity**
  - Expect 2-4% volume growth in FY2011
- **Beginning to focus on sales/marketing efforts to drive top line growth**



Packaged Meats Operating Income %

Note: Tyson Pork Processing + Live Production equals reported Pork segment; Packaged Meats includes products that are reported in the Prepared Foods segment (i.e. lunchmeat, bacon, sausage, hams, pizza toppings, etc.).
* Tyson Operating Income adjusted for one-time charges; Smithfield Operating Income adjusted to allocate Corporate Expenses based on a percent of Net Sales methodology.
** Beginning Q/E 8/2/09, Smithfield began reporting Packaged Meats as a breakout of its previous Pork Processing segment. As such, twelve months of Packaged Meats results are not currently available.

HIGHLY CONFIDENTIAL-TYSON FOODS INC.

4

# Live Production



| Live Production | Q/E 5/3/09 | Q/E 8/2/09 | Q/E 11/1/09 | Q/E 1/31/10 | LTM |
|---|---|---|---|---|---|
| **Tyson** | | | | | |
| Net Sales | $11.8 | $8.4 | $7.0 | $4.6 | $31.8 |
| Oper. Income * | ($7.3) | ($5.1) | ($8.6) | ($0.2) | ($21.2) |
| Oper. Inc. % | -61.7% | -61.0% | -123.9% | -4.7% | -66.9% |
| **Smithfield** | | | | | |
| Net Sales | $615.8 | $552.2 | $554.9 | $691.8 | $2,414.7 |
| Oper. Income * | ($173.9) | ($165.0) | ($170.7) | ($59.7) | ($569.2) |
| Oper. Inc. % | -28.2% | -29.9% | -30.8% | -8.6% | -23.6% |
| **Difference** | -33.4% | -31.1% | -93.2% | 4.0% | -43.3% |

- Hog production cycle has turned
  - Hog prices are up 4-5¢
  - Raising costs are down 10¢
- **Raising costs are being adversely affected by vomitoxins in corn crop**
  - To mitigate, buying more local corn and blending different corns together
  - Resulting lower live production tonnage should be beneficial to hog prices
- Any ruling on future ethanol blending levels would likely increase corn costs
- Herd liquidation has "stopped"
  - Smithfield has liquidated 13% of their sow herd
  - Not as much liquidation occurred in industry as they wanted



* Tyson Operating Income adjusted for one-time charges; Smithfield Operating Income adjusted to allocate Corporate Expenses based on a percent of Net Sales methodology.

HIGHLY CONFIDENTIAL-TYSON FOODS INC.

5

# Total Smithfield vs. Tyson Pork



| Total | Q/E 5/3/09 | Q/E 8/2/09 | Q/E 11/1/09 | Q/E 1/31/10 | LTM |
|---|---|---|---|---|---|
| **Tyson** | | | | | |
| Net Sales | $1,277.6 | $1,244.6 | $1,358.5 | $1,325.6 | $5,206.3 |
| Oper. Income * | $49.4 | $53.1 | $87.8 | $87.1 | $277.4 |
| Oper. Inc. % | 3.9% | 4.3% | 6.5% | 6.6% | 5.3% |
| **Smithfield \*\*** | | | | | |
| Net Sales | $3,070.8 | $2,804.0 | $2,796.6 | $3,091.2 | $11,762.6 |
| Oper. Income * | ($75.5) | ($75.6) | ($10.8) | $79.0 | ($82.9) |
| Oper. Inc. % | -2.5% | -2.7% | -0.4% | 2.6% | -0.7% |
| **Difference** | 6.3% | 7.0% | 6.8% | 4.0% | 6.0% |



Note: Tyson Pork Processing + Live Production equals reported Pork segment; Packaged Meats includes products that are reported in the Prepared Foods segment (i.e. lunchmeat, bacon, sausage, hams, pizza toppings, etc.).
* Tyson Operating Income adjusted for one-time charges; Smithfield Operating Income adjusted to allocate Corporate Expenses based on a percent of Net Sales methodology.
** Smithfield total excludes International and Other segments.

**HIGHLY CONFIDENTIAL-TYSON FOODS INC.**

6

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    TF-P-000015030

# Future Outlook



- Projections for key financial items
  - Interest Expense
    - FY20101: $265m
    - FY2011: $255m
  - Depreciation: $240m in both FY2010 and 2011
  - Capital expenditures below $200m for FY2010, which will be less than depreciation
    - FY2011 capital expenditures equivalent to depreciation
  - FY2010 tax rate: 48%
    - Includes (27)% tax rate in Q3
  - Goal to reduce debt going forward
- Growth plans
  - Convince consumer and food service customers that the Smithfield brand is best
  - Plan both to take market share and convince the consumer to buy more pork
  - Not planning to add marketing staff even with push of branded product

HIGHLY CONFIDENTIAL-TYSON FOODS INC.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                                 TF-P-000015031