# EXHIBIT 47
# (Filed Under Seal)

# The Changing Face of the Pork Industry

## *Mark Greenwood*



CONFIDENTIAL

CLMNS-0000512149

# Agenda

- **A Historical  Review**
- **Where are we at today as an industry**
- **The Have Not's vs. the Survivors**
- **A look ahead for producers and capital availability**
- **Q&A**

CONFIDENTIAL

CLMNS-0000512150



CONFIDENTIAL

# Let's Look at the Past

- **Prior to the 90's the swine industry was part of the diversification of their farming operation**
- **You had crops so you had livestock**
- **Some people farrowed pigs and some people bought feeder pigs**
- **Single site production**
- **From a financing standpoint, it was just part of your overall business**

CONFIDENTIAL

CLMNS-0000512152

# The 90's Things Started to Change

- **Big growth in the SE**
- **Many specialized systems**
- **Packer contracts**
- **Grower contracts**
- **More leverage was allowed due to contracts**
- **Very little money down**
- **Many "investors" owned facilities**

CONFIDENTIAL

# The 90's Continued

- **Late 90's overexpansion**
- **$8 hogs and not enough packing capacity**
- **Ledger contracts grew exponentially**
- **Window contracts helped the down side**
- **Smithfield became the largest swine producer**
- **Many acquisitions occurred**

CONFIDENTIAL

CLMNS-0000512154

# 2000-2007

- **The time of specialization**
1. **Farrow to wean**
2. **Wean to finish**
- **Large Midwest systems huge growth**
- **Many acquisitions occurred from 2000-2005**
- **2004-2007 long run of profitability**
- **2006 the game starting changing**
- **Higher demand for corn - ethanol**

CONFIDENTIAL  CLMNS-0000512155

It was quoted – "I don't want to offend anybody, but you can be fat, drunk and stupid and still make money in the swine industry the last couple of years."

Mark Greenwood – Pork Profit Edge
Boy I wish I could say that again!

CLMNS-0000512156

# Financing 2000-07

- **Very little operating debt in 2007**
- **More leverage was allowed on financing of facilities**
- **Wean to finish – no money down or very little – if you had the site that was your down payment**
- **Sow units – we were seeing 10% down with pro rata guarantees**

CONFIDENTIAL

CLMNS-0000512157

# Financing 2000-07

- **Many producers had cash on hand**
- **Clients built facilities out of cash**
- **Term revolvers were created**
- **Items all of us saw**
- **Financing with very little money down**
- **Everyone wanted a barn**
- **Very few marketing agreements other than shackle space – producers were dictating terms because they could**

CONFIDENTIAL

# 2008-Present

- **Largest Equity erosion I have ever seen**
- **Largest swing in volatility I have ever seen**
- **2009 – thank God it is over - 2010 has to be better (does it?)**
- **Producers also don't want to leave the industry – it is their way of life and will do anything to stay in.**
- **Many producers have put all chips on the table**

CONFIDENTIAL

# Current  Swine Balance Sheets

- **<35% Owners Equity**
- **70% October 2007**
- **Working Capital ratio 1.3 to 1**
- **October 2007 > 3 to 1**

CONFIDENTIAL

CLMNS-0000512160

# Owner Equity Decline



CONFIDENTIAL

# 2009 Cost of Production

- **2009 Average Cost of Production $135-$140**
- **2009 Average Revenue Per Pig $110-$115**
- **Average Loss Per Head 2009 ($25)**
- **December will be the least loss – actually had some producers that will be in the black**

CONFIDENTIAL

CLMNS-0000512162

# Sow Liquidation

- **2 Large Bankruptcies (Coharie & Coastal) SE**
- **Controlled liquidation in SE**
- **Midwest is more shutdown**
- **Reduced breed targets**
- **Liquidation will still occur but it is slow process**
- **Better 2010 markets might slow it down**
- **It has not been enough and more needs to occur**
- **Everybody wants someone else to get out**
- **Very few sales of any assets to date**
- **They also think Lenders should fix the problem**

CONFIDENTIAL

CLMNS-0000512163





# Swine Portfolio Overview

CONFIDENTIAL

# Swine Gross TLO

## AgStar Gross



CLMNS-0000512166

# Swine Portfolio Overview

- .6% delinquency as of 12-31-09
- Many modifications have been done
- Many covenant changes
- Also producers have put all chips in – amazing amount of cash or equity that has been put in to keep raising pigs
- Separation from the have not's and survivors

CONFIDENTIAL

# The Have Not's

- **Not a function of size**
- **Function of leverage going into 08-present**
- **Function of risk management on feed risk and hog margin management**
- **Certain models struggled more than others – wean pig buyers with contracts got hit first**
- **Wean pig producers next**
- **Farrow to finish with the little risk management was next – SE was hit harder than the Midwest – cost of production is higher in SE**

CONFIDENTIAL

CLMNS-0000512168

# The Survivors

- **Still have working capital**
- **Current ratio > 1.4:1**
- **Have operating line availability**
- **Owner equity > 40% GAAP**
- **Locked in margins for 08 and 09**
- **Sometimes minimized losses**
- **Tremendous amount of resources were dedicated in this area**
- **Have Lenders that understand risk management**
- **Hedge Lines and operating lines**
- **Alliance with a packer – CFA or marketing agreement**

CONFIDENTIAL

CLMNS-0000512169

# A Daily Example

**Open Market Hedge Margin, 12-9-2009**

| Month | Cash Corn | Meal Futures | Basis | Cash Meal | Feed Cost Per hd | Other | Cwt B/E | LH Futures | Probable Basis WCB 3 yr Avg | Futures Less Basis | Full Hedge Profit--CWT | Per Hd | Live B/E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| December | $ 3.48 | $ 314 | $ (5.0) | $ 309 | $ 63.20 | $ 60.86 | $ 59.37 | 63.400 | $ (3.75) | 59.65 | $ 0.28 | $ 0.59 | $ 45.12 |
| January | $ 3.59 | $ 306 | $ (5.0) | $ 301 | $ 64.47 | $ 60.86 | $ 59.98 | 65.075 | $ (4.00) | 61.075 | $ 1.10 | $ 2.30 | $ 45.58 |
| February | $ 3.59 | $ 303 | $ (5.0) | $ 298 | $ 64.30 | $ 60.86 | $ 59.89 | 65.075 | $ (1.50) | 63.575 | $ 3.68 | $ 7.69 | $ 45.52 |
| March | $ 3.59 | $ 303 | $ (5.0) | $ 298 | $ 64.30 | $ 60.86 | $ 59.89 | 69.550 | $ (3.50) | 66.05 | $ 6.16 | $ 12.87 | $ 45.52 |
| April | $ 3.65 | $ 302 | $ (10.0) | $ 292 | $ 64.47 | $ 60.86 | $ 59.97 | 69.550 | $ (2.25) | 67.3 | $ 7.33 | $ 15.31 | $ 45.58 |
| May | $ 3.70 | $ 302 | $ (10.0) | $ 292 | $ 64.90 | $ 60.86 | $ 60.18 | 77.650 | $ (1.50) | 76.15 | $ 15.97 | $ 33.38 | $ 45.74 |
| June | $ 3.74 | $ 303 | $ (10.0) | $ 293 | $ 65.39 | $ 60.86 | $ 60.42 | 77.650 | $ (1.75) | 75.9 | $ 15.48 | $ 32.36 | $ 45.92 |
| July | $ 3.79 | $ 303 | $ (10.0) | $ 293 | $ 65.39 | $ 60.86 | $ 60.42 | 76.600 | $ (0.50) | 76.1 | $ 15.68 | $ 32.78 | $ 45.92 |
| August | $ 3.82 | $ 302 | $ (10.0) | $ 292 | $ 65.99 | $ 60.86 | $ 60.70 | 75.800 | $ (1.00) | 74.8 | $ 14.10 | $ 29.46 | $ 46.14 |
| September | $ 3.87 | $ 299 | $ (10.0) | $ 289 | $ 66.20 | $ 60.86 | $ 60.81 | 67.375 | $ -- | 67.375 | $ 6.57 | $ 13.73 | $ 46.21 |
| October | $ 3.85 | $ 292 | $ (10.0) | $ 282 | $ 65.68 | $ 60.86 | $ 60.56 | 67.375 | $ (1.00) | 66.375 | $ 5.82 | $ 12.16 | $ 46.02 |
| November | $ 3.90 | $ 292 | $ (10.0) | $ 282 | $ 66.08 | $ 60.86 | $ 60.75 | 66.400 | $ (2.00) | 64.4 | $ 3.65 | $ 7.63 | $ 46.17 |
| December | $ 3.95 | $ 292 | $ (10.0) | $ 282 | $ 66.08 | $ 60.86 | $ 60.75 | 66.400 | $ (3.75) | 62.650 | $ 1.90 | $ 3.98 | $ 46.17 |
| January | $ 3.96 | $ 293 | $ (10.0) | $ 283 | $ 66.61 | $ 60.86 | $ 61.00 | 69.000 | $ (4.00) | 65.000 | $ 4.00 | $ 8.36 | $ 46.36 |
| February | $ 4.01 | $ 295 | $ (10.0) | $ 285 | $ 67.16 | $ 60.86 | $ 61.26 | 69.000 | $ (1.50) | 67.500 | $ 6.24 | $ 13.03 | $ 46.56 |
| March | $ 4.01 | $ 295 | $ (10.0) | $ 285 | $ 67.16 | $ 60.86 | $ 61.26 | 72.200 | $ (3.50) | 68.700 | $ 7.44 | $ 15.54 | $ 46.56 |
| April | $ 4.08 | $ 293 | $ (10.0) | $ 283 | $ 67.65 | $ 60.86 | $ 61.50 | 72.200 | $ (2.25) | 69.950 | $ 8.45 | $ 17.67 | $ 46.74 |

CLMNS-0000512170

# Survivors

- **Financial reporting is very good**
- **Monthly accrual statements**
- **Monthly cost of production – many by flow**
- **Monthly cost of inventory – we look at this number – today average cost of inventory wean to finish is in the low $70's**
- **If you don't have this - access to capital will be very difficult**

CONFIDENTIAL

CLMNS-0000512171

# Volatility is the Norm

- **Markets have been crazy for the past 24 months**
- **Volatility will remain for the foreseeable future**
- **Risk management is crucial to survival**
- **More producers than you think have managed this volatility well**
- **Market volatility makes producers very cautious**
- **We are funding margin losses now through Feb.**
- **No margin opportunities until the April of 2010**
- **Can I last that long?**



CONFIDENTIAL



Overall Cost of Production

CONFIDENTIAL

CLMNS-0000512173



**Overall Cost of Production**

CLMNS-0000512174

# Packers

- **SFD – more integrated less pigs going to other plants**
- **Some packers have CFA's but no more new ones**
- **Have seen CFA's but they want collateral**
- **Not much help coming from packers for producers yet**
- **Packers looking at owning hogs –Swift – Cargill what will new agreements look like when  or if we get short**

CONFIDENTIAL
CLMNS-0000512175

# Short term outlook

- **Breakeven on best systems are now  $65-$67 carcass**
- **Now corn concern – molds affect performance more in ECB**
- **Producers mindset hope others go broke before me**
- **The Swine industry is specialized and very hard for businesses to shut down**

CONFIDENTIAL
CLMNS-0000512176

# Issues to discuss

- **Liquidation values – change daily – tough decisions and how long do you keep funding losses**
- **Feed consultant on retainer for wind down scenarios**
- **Brand issues**
- **Contract barn owners owning pigs**
- **Still not many empty barns – nursery first**
- **Appraised values on facilities**

CONFIDENTIAL
CLMNS-0000512177

# Credit Availability

- **Very difficult to switch Lenders**
- **Why build versus acquisition**
- **Lenders are bailing on the industry**
- **Borrowing Base values going forward**
- **More dollars on hogs that are hedged?**
- **Unhedged  or locked Sows Max $100 previous $150**
- **Grow – Fin - $40 Previous $55**
- **2500 sows operating**
- **Max $1.25MM before $1.75MM = $500K more Capital in – plus personal signatures less patience**
- **Swine producers controlling more land –corn in the Midwest to control costs ?**

CONFIDENTIAL
CLMNS-0000512178

# Corn Costs Per Acre

| Expense Estimate/Acre | | |
|---|---:|---:|
| Seed | $ 94 | $ 94 |
| Fertilizer | $ 130 | $ 50 |
| Herbicide | $ 26 | $ 26 |
| Farm Insurance | $ 4 | $ 4 |
| Crop Insurance | $ 27 | $ 27 |
| Fuel/Oil | $ 24 | $ 24 |
| Repairs | $ 28 | $ 28 |
| Crop Drying | $ 16 | $ 16 |
| Machine Lease/Hire | $ 18 | $ 18 |
| Custom/Hired Labor | $ 12 | $ 12 |
| Crop Marketing | $ 1 | $ 1 |
| Misc Crop Expense | $ 18 | $ 18 |
| Operating Interest | $ 17 | $ 17 |
| Term Interest | $ 9 | $ 9 |
| Machinery/Bldg Depreciation | $ 32 | $ 32 |
| Utilities | $ 5 | $ 5 |
| | | |
| **Total Non-Land Expense** | **$ 461** | **$ 381** |
| | | |
| Plus Land Costs/Rent | $ 225 | $ 225 |
| | $ – | $ – |
| | | |
| **Total Land Costs/Rent/Draw** | **$ 225** | **$ 225** |
| | | |
| **Total Expense inc. Land and Draw** | **$ 686** | **$ 606** |
| | | |
| | $ – | $ – |
| | | |
| **Break-Even/Bushel** | **$ 3.71** | **$ 3.28** |

CONFIDENTIAL
CLMNS-0000512179

# Lesson Learned

- You can never have enough working capital
- Leverage will be dirty word for a period of time
- You will need to manage margin risk from now on & it will be as important as production risk
- Volatility looks like it will be the norm.
- You will need to be even better and managing your business to survive – production – costs – margin – the people that are left are good and getting better everyday

CONFIDENTIAL

CLMNS-0000512180

# Summary

- **It might take another 12-24 months for this to be corrected**
- **Breakeven is $135 a head we need $70 hogs to be profitable what does supply/demand have to be? We are writing history**
- **Producers that can manage risk will grow – Lenders will allow them to manage non performing assets**
- **Producer – Packer more aligned model in the future**
- **Capital will be very difficult to get until the industry makes money for a period of time**
- **What will we all do when it gets better- will we go back to normal or will we learn from the past ?**

CONFIDENTIAL

CLMNS-0000512181

# The Future



CLMNS-0000512182

# Questions?

CONFIDENTIAL

CLMNS-0000512183