# EXHIBIT 49
# (Filed Under Seal)

# 2011 Protein Fundamentals Outlook

| **TIGHT PROTEIN SUPPLIES** | **WITH ESCALATING INPUT COSTS** | **RESULTING IN HIGHER PRICES** |



Source: USDA WASDE 12/09/10

**Domestic availability of TOTAL protein: FLAT in '11**



| Beef: | | |
|---|---|---|
| Production | DOWN | 1.3% |
| Imports | UP | 2.3% |
| Exports | UP | 5.1% |
| Freezer Inventories | FLAT | 0% |
| **Domestic Availability** | **DOWN** | **1.6%** |

Source: Delene Dodge compilation of external forecasts



| Pork: | | |
|---|---|---|
| Production | FLAT | 0% |
| Imports | UP | 1.2% |
| Exports | UP | 4.4% |
| Freezer Inventories | FLAT | 0% |
| **Domestic Availability** | **FLAT** | **0%** |

Source: Delene Dodge compilation of external forecasts



| Chicken: | | |
|---|---|---|
| Production | UP | 2.0% |
| Imports | FLAT | 0% |
| Exports | UP | 4.8% |
| Freezer Inventories | DOWN | .1% |
| **Domestic Availability** | **UP** | **1.7%** |

Source: Delene Dodge compilation of external forecasts



**$1.76/bushel represents a 50% increase in corn cost**

*renewed concerns about corn yields, carry-over, acreage, and Chinese demand for U.S. corn
*corn futures continue trading 2x historical norms
*soy futures indicate a 30% increase in meal cost

**Broilers = 9 months**


**Hogs = 19 months**


**Cattle = 38 months**


Source: Jason Hudlow



Source: USDA as o 12/08/10

**Raising Raw Material Costs for Value Added**

*high beef cut-out values
*high pork cut-out values
*high beef trim values
*high pork trim values

## Significant lead time to increase production

---

**Highly Confidential – For Tyson Internal Use Only – Do Not Distribute Externally**
*Sources cited in this document are believed to be reliable but contain forward looking estimates that are subject to periodic updates and revisions –revised December 8th, 2010*

# 2011 Protein Fundamentals Outlook











**Highly Confidential – For Tyson Internal Use Only – Do Not Distribute Externally**

*Sources cited in this document are believed to be reliable but contain forward looking estimates that are subject to periodic updates and revisions –revised December 8th, 2010*