# EXHIBIT 51
# (Filed Under Seal)

**From:** McConnell, Deb </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=WAOPDAM>
**To:** Kies, Wayne
**CC:** Schmitz, Jim; McConnell, Deb
**Sent:** 7/26/2011 1:43:23 PM
**Subject:** RE:

Most recent review was for Period May '11. Just distributed yesterday.

Logansport IOE (index of operating efficiency – an 'agri' term for adjusted EBIT) was $14.71/cwt hot wt. The 'West' (our region for "Tyson") was $12.96/cwt hot wt.. Region includes :

JBS (Marshalltown) est IOE $21.35/cwt hot wt
Seaboard (Guymon) est IOE $17.03
PSF - Farmland (Milan) est IOE $12.33
Triumph (Saint Joe) est IOE $12.51
Farmland - Monmouth est IOE $9.82
Cargill - Beardstown est IOE $6.76
IPC – Delphi est IOE $5.58

Basis above, your $14.71/cwt hot…exceeds the avg of the West region ($12.96)….and exceeds all locations except JBS and Seaboard.

There are also some 'eastern' locations within the study…these locations (geographically) could be considered 'your region in Logansport'; Locations are
Smithfield – Clinton, NC est IOE $13.41/cwt hot wt.
Hatfield – Hatfield , PA est IOE $14.83
Smithfield – Tarheel, NC est IOE $6.88
Smithfield – Smithfield, VA est IOE $3.99

Basis above, your $14.71/cwt hot …exceeds three of the four eastern locations…..Hatfiled (at $14.83) is ahead of you slightly….

Combining all 11 locations and adding Logan for #12, your overall ranking is 4th for May '11!!!!!!

Good luck with your Mr. Lochner call tomorrow….you will do well!!! J Debbie

---

**From:** Kies, Wayne
**Sent:** Tuesday, July 26, 2011 6:08 AM
**To:** McConnell, Deb
**Subject:**

Can you tell me where Logansport stood in the agrometric's the last review, and where we were at in the region.? I have a call tomorrow that I may be asked these questions want to make sure that I give the right answer.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000212656