# EXHIBIT 52
# (Filed Under Seal)

| | |
|---|---|
| **From:** | McConnell, Deb </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=WAOPDAM> |
| **To:** | White, Noel; Machan, Gary; Neff, Todd; Krehbiel, Jay; Brester, Jason; Miller, Shane; Gaes, Scott; Bestgen, Bob; Broekemeier, Kimberly; Schrum, Skip; Eckert, Tom; Solsma, Jim; Matsumoto, Sumio; Andriessen, Roel; Saager, Randy; Connor, Paul; Gingerich, Mark; Schmitz, Jim; Brooks, Dan (Fresh Meats Ops); McConnell, Deb; Johnk, Lanny; Pfeifer, Jerry |
| **Sent:** | 8/10/2011 9:02:32 PM |
| **Subject:** | AGENDA for Tomorrow's MAY agristats review meeting (3 - 5 p.m.) |
| **Attachments:** | Add'l MAY agri information.xlsx |

This attachment was included in the meeting notice…..and is additional pages (not included in your hardcopy packet)

I have NOW added another tab:  Agenda    (It is the first tab in the file.)

Please print AGENDA tab and <u>reprint</u> the DIVISONAL MAY tab (made one change).

Intent of chart/bullet points on agenda is to stimulate discussion on ideas/programs to change/improve our current positions on primal returns, offal/rendo, and hogcost.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000102225

**PRODUCED IN NATIVE FORMAT**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
TF-P-000102226

# Agristats: May '11 Overview
## Highlights of: May Agristats Tyson Division/All plants (page 4)

Page 4 overview

!st place
Tys exceeds West

--Debbie    8/10/2011

| Rank on Rtn | | Loins | Ribs | Picnics | Return Bellies | Hams | Butts | Misc | Offal/rendo | Hogcost | with Proc cost | IOE | IOE rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | JBS | $ 33.46 | $ 8.04 | $ 9.84 | $ 22.33 | $ 22.12 | $ 11.52 | $ 4.29 | $ 11.67 | $ 89.33 | inc | $ 21.35 | 1 |
| 3 | PSF | $ 33.64 | $ 7.60 | $ 10.53 | $ 21.39 | $ 21.62 | $ 10.20 | $ 3.23 | $ 9.47 | $ 92.66 | inc | $ 12.33 | 7 |
| 5 | Seaboard | $ 32.67 | $ 6.97 | $ 9.27 | $ 21.58 | $ 21.75 | $ 10.76 | $ 4.05 | $ 10.58 | $ 88.78 | inc | $ 17.03 | 2 |
| 7 | Triumph | $ 32.90 | $ 7.60 | $ 9.38 | $ 20.45 | $ 21.29 | $ 11.21 | $ 3.49 | $ 9.33 | $ 92.00 | inc | $ 12.51 | 6 |
| 11 | Monmouth | $ 32.28 | $ 7.42 | $ 9.48 | $ 22.01 | $ 20.82 | $ 10.04 | $ 3.15 | $ 10.63 | $ 92.88 | inc | $ 9.82 | 8 |
| | Agri - West | $ 32.87 | $ 7.59 | $ 9.45 | $ 20.98 | $ 20.98 | $ 10.94 | $ 4.17 | $ 10.04 | $ 92.23 | inc | $ 12.96 | |
| 8 | SL - agri | $ 33.16 | $ 7.65 | $ 8.95 | $ 20.49 | $ 20.70 | $ 10.93 | $ 4.01 | $ 10.62 | $ 92.87 | inc | $ 13.66 | 4 |
| 8 | SL - Tyson | $ 32.89 | $ 7.61 | $ 8.48 | $ 21.19 | $ 20.53 | $ 10.39 | $ 4.01 | $ 10.33 | $ 92.26 | $ 92.87 | $ 13.66 | 5 |
| | Division | $ 32.10 | $ 7.64 | $ 9.33 | $ 20.38 | $ 20.69 | $ 10.30 | $ 4.01 | $ 9.75 | $ 91.96 | $ 92.57 | $ 11.55 | 10 |
| | Logan | $ 33.08 | $ 7.74 | $ 9.85 | $ 21.60 | $ 21.12 | $ 10.53 | $ 4.01 | $ 9.37 | $ 91.74 | $ 92.35 | $ 14.83 | 4 |
| | Waterloo | $ 31.44 | $ 7.71 | $ 9.09 | $ 20.29 | $ 20.05 | $ 9.90 | $ 4.01 | $ 9.99 | $ 91.41 | $ 92.02 | $ 9.29 | 13 |
| | Madison | $ 31.40 | $ 7.74 | $ 9.88 | $ 20.11 | $ 20.67 | $ 10.43 | $ 4.01 | $ 9.23 | $ 92.45 | $ 93.06 | $ 11.95 | 9 |
| | Louisa | $ 31.70 | $ 7.56 | $ 9.03 | $ 20.36 | $ 20.90 | $ 10.43 | $ 4.01 | $ 9.86 | $ 92.29 | $ 92.90 | $ 8.58 | 14 |
| | Perry | $ 30.17 | $ 7.33 | $ 10.54 | $ 21.26 | $ 21.62 | $ 10.37 | $ 4.01 | $ 9.09 | $ 92.20 | $ 92.81 | $ 9.50 | 12 |

Butt - Agri value includes butt plates - value to SL $.54 ($10.93 vs $10.39); added $.54 to all Tyson when considering if exceeding 'West"
Agri rendo includes some cut floor rendo (Tyson locations used 'drop' (offal and kill rendo); to determine if exceed West, added +$.29 to all

Western locations not included above:  Beardstown (10th IOE); IPC (11th IOE); Eastern locations not included (Hatfield, Clinton, Tarheel, Smithfield)

## Considerations:

Pump gain (net of expenses) is included in Agristats.  Logansport numbers (above) are only the Fresh P&L; Will add Pump for June/forward.  May EBIT was+$300K
        This would impact Logansport IOE (and ranking) as well as loin, rib, and butt primal returns.

| | |
|---|---|
| Loins: | Logan exceeds the West…and is only $.56/cwt lower than the top loin return (displayed); Adding pump gain (net of exp) will help. |
| | Division is below the 'west' |
| Ribs: | All locations  (including the division) except Louisa and Perry 'exceed the west' |
| Picnics: | Logan, Madison, and Perry exceed the West. Division trails by $.12/cwt hot. |
| Bellies: | Storm Lake, Logan, and Perry exceed the West.  Spread between SL agri and SL Tyson is trim reconcilation performed by Agri. |
| Hams: | Logansport and Perry exceed the West. |
| Butts: | Logan, Madison, and Perry exceed the West (when add the $.54/cwt value assumption for Butt plates (var between SL agri/Tyson) |
| Offal/Rendo: | Tyson locations - drop only (offal plus kill rendo); Agri includes some cut floor rendo (lack of separation) |
| | When increase all Tyson locations by the spread between SL agri and SL tyson, Division 'ties' with West; WAT and LOU exceed. |
| Hogcost | Waterloo hogcost is cheaper than the West (with the same $.61/cwt added for SL procurement cost) |
| IOE for Agri | Ranking out of the 12 |
| IOE for Tyson loc | Ranking out of 17 (12 Agri plus 5 Tyson) |

| | Storm Lake | | Agri | Division | | Agri JBS | Agri WEST | Logansport | | Waterloo | | Madison | | Louisa | | Perry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Volume/avg wt | 394,110 per hd | 209.76 cwt/hot | cwt/hot | 1,808,929 per hd | 211 cwt/hot | cwt/hot | cwt/hot | 359,959 per hd | 210.06 cwt/hot | 459,512 per hd | 213.67 cwt/hot | 188,683 per hd | 211.87 cwt/hot | 221,691 per hd | 210.44 cwt/hot | 184,974 per hd |
| Ham -std yld/inv price | $ 43.82 | $ 20.89 | | $ 44.24 | $ 20.96 | | | $ 44.73 | $ 21.29 | 42.43 | $ 19.86 | $ 45.87 | $ 21.65 | $ 45.30 | $ 21.53 | $ 45.73 |
| Monthly SI (sales price vs inv) | 1.12 | 0.53 | | 0.77 | 0.37 | | | 0.83 | 0.39 | 1.02 | 0.48 | 0.47 | 0.22 | 0.27 | 0.13 | 0.23 |
| Cost to convert SW ($8.00-$.75 pkg) | | (2.08) | | | (2.41) | | | | (2.51) | | (1.35) | | (3.21) | | (3.30) | |
| Yield variance to std | 2.50 | 1.19 | | 3.76 | 1.78 | | | 4.08 | 1.94 | 2.26 | 1.06 | 4.26 | 2.01 | 5.36 | 2.55 | 7.13 |
| | | $ 20.53 | $ 20.70 | | $ 20.69 | $ 22.12 | $ 20.98 | | $ 21.12 | | $ 20.05 | | $ 20.67 | | $ 20.90 | |
| Loin -std yld/inv price | $ 68.63 | $ 32.72 | | $ 68.48 | $ 32.44 | | | $ 68.84 | $ 32.77 | 69.39 | $ 32.48 | 68.41 | $ 32.29 | 67.78 | $ 32.21 | 66.07 |
| Monthly SI (sales price vs inv) | 0.01 | 0.00 | | (0.06) | (0.03) | | | 0.30 | 0.14 | (0.54) | (0.25) | 0.23 | 0.11 | (0.22) | (0.11) | 0.14 |
| Cost to convert SW ($10.5-$3.00 pkg) | | (2.67) | | | (2.41) | | | | (2.68) | | (2.15) | | (2.70) | | (1.94) | |
| Yield variance to std | 5.97 | 2.84 | | 4.45 | 2.11 | | | 5.97 | 2.84 | 2.92 | 1.37 | 3.60 | 1.70 | 3.24 | 1.54 | 4.38 |
| | | $ 32.89 | $ 33.16 | | $ 32.10 | $ 33.46 | $ 32.87 | | $ 33.08 | | $ 31.44 | | $ 31.40 | | $ 31.70 | |
| Picnic -std yld/inv price | $ 19.08 | $ 9.10 | | $ 19.31 | $ 9.15 | | | $ 19.13 | $ 9.11 | 19.44 | $ 9.10 | 19.86 | $ 9.37 | 19.24 | $ 9.14 | 19.31 |
| Monthly SI (sales price vs inv) | (0.42) | (0.20) | | 0.38 | 0.18 | | | 1.02 | 0.49 | 0.39 | 0.18 | 0.80 | 0.38 | 0.65 | 0.31 | 0.05 |
| Yield variance to std | (0.87) | (0.41) | | 0.01 | 0.00 | | | 0.54 | 0.26 | (0.42) | (0.20) | 0.27 | 0.13 | (0.90) | (0.43) | 2.72 |
| | | $ 8.48 | $ 8.95 | | $ 9.33 | $ 9.84 | $ 9.45 | | $ 9.85 | | $ 9.09 | | $ 9.88 | | $ 9.03 | |
| Butt -std yld/inv price | $ 20.02 | $ 9.54 | | $ 20.21 | $ 9.58 | | | $ 20.23 | $ 9.63 | 20.25 | $ 9.48 | 20.40 | $ 9.63 | 20.17 | $ 9.58 | 20.36 |
| Monthly SI (sales price vs inv) | 0.05 | 0.02 | | 0.08 | 0.04 | | | 0.02 | 0.01 | 0.05 | 0.02 | 0.09 | 0.04 | 0.06 | 0.03 | 0.35 |
| Yield variance to std | 1.72 | 0.82 | | 1.44 | 0.68 | | | 1.86 | 0.89 | 0.85 | 0.40 | 1.61 | 0.76 | 1.72 | 0.82 | 1.01 |
| | | $ 10.39 | $ 10.93 | | $ 10.30 | $ 11.52 | $ 10.94 | | $ 10.53 | | $ 9.90 | | $ 10.43 | | $ 10.43 | |
| Belly -std yld/inv price | $ 37.50 | $ 17.88 | | $ 40.29 | $ 19.09 | | | $ 42.49 | $ 20.23 | 40.59 | $ 19.00 | 40.97 | $ 19.34 | 40.04 | $ 19.03 | 40.86 |
| Monthly SI (sales price vs inv) | 1.04 | 0.50 | | 0.60 | 0.28 | | | 0.47 | 0.22 | 0.38 | 0.18 | 0.52 | 0.25 | 0.68 | 0.32 | 0.43 |
| Cost to convert SW ($2.25-$1.00) | | (0.00) | | | (0.74) | | | | (0.43) | | (0.34) | | (0.24) | | (0.35) | |
| Yield variance to std | 5.90 | 2.81 | | 3.68 | 1.75 | | | 3.32 | 1.58 | 3.11 | 1.46 | 1.61 | 0.76 | 2.87 | 1.36 | 4.19 |
| | | $ 21.19 | $ 20.49 | | $ 20.38 | $ 22.33 | $ 20.98 | | $ 21.60 | | $ 20.29 | | $ 20.11 | | $ 20.36 | |
| Rib -std yld/inv price | $ 15.11 | $ 7.20 | | $ 15.02 | $ 7.11 | | | $ 14.98 | $ 7.13 | 15.16 | $ 7.10 | 15.17 | $ 7.16 | 14.82 | $ 7.04 | 14.59 |
| Monthly SI (sales price vs inv) | (0.27) | (0.13) | | (0.09) | (0.04) | | | 0.29 | 0.14 | (0.21) | (0.10) | $ 0.12 | 0.05 | (0.31) | (0.15) | (0.04) |
| Yield variance to std | 1.12 | 0.53 | | 1.20 | 0.57 | | | 0.99 | 0.47 | 1.52 | 0.71 | 1.12 | 0.53 | 1.40 | 0.67 | 0.81 |
| | | $ 7.61 | $ 7.65 | | $ 7.64 | $ 8.04 | $ 7.59 | | $ 7.74 | | $ 7.71 | | $ 7.74 | | $ 7.56 | |
| Misc/fat/fatback | 8.41 | 4.01 | 4.01 | 8.46 | 4.01 | 4.29 | 4.17 | 8.42 | 4.01 | 8.56 | 4.01 | 8.49 | 4.01 | 8.43 | 4.01 | 8.40 |
| Trim SI's | (0.03) | (0.02) | | 0.23 | 0.11 | | | 0.48 | 0.23 | 0.17 | 0.08 | 0.19 | 0.09 | 0.24 | 0.11 | 0.52 |
| *Balance cutout | (7.14) | (3.40) | | (6.39) | (3.03) | | | (9.33) | (4.44) | (3.92) | (1.83) | (3.25) | (1.53) | (6.17) | (2.93) | (8.64) |
| LCM I/C profit | $ - | $ - | | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Revenue: | $ 223.26 | $ 101.68 | $ 105.88 | $ 226.09 | $ 101.53 | $ 111.60 | $ 106.97 | $ 229.66 | $ 103.71 | $ 223.42 | $ 100.72 | $ 230.81 | $ 102.79 | $ 224.69 | $ 101.18 | $ 228.62 |
| | $ 223.26 | | | $ 226.08 | | | | $ 229.66 | | $ 223.42 | | $ 230.81 | | $ 224.69 | | $ 228.62 |
| Hog Cost | $ 193.53 | $ 92.26 | $ 92.87 | $ 194.12 | $ 91.96 | $ 89.33 | $ 92.23 | $ 192.70 | $ 91.74 | 195.32 | $ 91.41 | 195.87 | $ 92.45 | 194.22 | $ 92.29 | 193.25 |
| **Drop (offal/ kill rendo) | $ 21.67 | $ 10.33 | $ 10.62 | $ 20.59 | $ 9.75 | $ 11.67 | $ 10.04 | $ 19.69 | $ 9.37 | 21.35 | $ 9.99 | 19.55 | $ 9.23 | 20.74 | $ 9.86 | 19.05 |
| Plant costs (net of convt above) | $ 28.47 | $ 8.81 | | $ 31.86 | $ 9.53 | | | $ 30.27 | $ 8.82 | 31.96 | $ 11.40 | 33.48 | $ 9.80 | 34.67 | $ 10.93 | 36.93 |
| Allocated costs | $ 4.38 | $ 2.09 | | $ 4.93 | $ 2.33 | | | $ 6.23 | $ 2.97 | 4.65 | $ 2.18 | 4.66 | $ 2.20 | 4.86 | $ 2.31 | 4.60 |
| Operating costs | $ 32.86 | $ 10.90 | $ 9.97 | $ 36.79 | $ 11.86 | $ 12.59 | $ 11.82 | $ 36.51 | $ 11.78 | 36.60 | $ 13.57 | 38.13 | $ 12.00 | 39.53 | $ 13.25 | 41.53 |
| Earnings Statement (EBIT) | $ 18.54 | $ 8.84 | $ 13.66 | $ 15.77 | $ 7.47 | $ 21.35 | $ 12.96 | $ 20.15 | $ 9.59 | 12.84 | $ 6.01 | 16.36 | $ 7.72 | 11.68 | $ 5.55 | 12.88 |
| Agri factor | | 155% | $ 13.66 | | $ 11.55 | $ 21.35 | $ 12.96 | | $ 14.83 | | $ 9.29 | | $ 11.94 | | $ 8.58 | |
| May ranking (out of 17) | | 5 | | | 10 | 1 | | | 4 | | 13 | | 9 | | 14 | 12 |
| 12 month rolling ranking (out of 17) | | 4 | | | 3 | | | | 2 | | 14 | | 7 | | 12 | 11 |

* Production mix document (Otten/Stolze) assumes std yield and inv price
**Added March hashgut bonus $'s/hd;Source document: Weekly Pork GM packet.
Belly is trim balancing primal
Note: Butt - primal has skin/butt plates added back for all butts (our process does not); Agri will be higher.
"Balance cutout-" for all would include Offal/Rendo SI's, misc value (feet, tails, jowls, etc - vs the std value assigned); also inventory and corresponding values (if not produced in current month; or if not sold)

y
209.59 cwt/ho

**Tyson Foods:** *1.12%

| | |
|---|---:|
| $ | 21.8 |
| $ | 0.1 |
| $ | (3.72) |
| $ | 3.40 |
| $ | 21.62 |
| | |
| $ | 31.52 |
| $ | 0.07 |
| $ | (3.51) |
| $ | 2.09 |
| $ | 30.17 |
| | |
| $ | 9.21 |
| $ | 0.02 |
| $ | 1.30 |
| $ | 10.54 |
| | |
| $ | 9.71 |
| $ | 0.17 |
| $ | 0.48 |
| $ | 10.37 |
| | |
| $ | 19.49 |
| $ | 0.20 |
| $ | (0.43) |
| $ | 2.00 |
| $ | 21.26 |
| | |
| $ | 6.96 |
| $ | (0.02) |
| $ | 0.39 |
| $ | 7.33 |
| | |
| $ | 4.01 |
| $ | 0.25 |
| $ | (4.12) |
| $ | - |
| $ | 101.41 |
| | |
| $ | 92.20 |
| | |
| $ | 9.09 |
| | |
| $ | 9.94 |
| $ | 2.20 |
| $ | 12.14 |
| | |
| $ | 6.15 |
| $ | 9.50 |

## May 2011

| | "BEST" in the WEST ||| | WEST ||| Storm Lake |||
|---|---|---|---|---|---|---|---|---|---|---|
| | Carcass Yield | Equiv Price | Primal Return | Company location | Carcass Yield | Equiv Price | Primal Return | Carcass Yield | Equiv Price | Primal Return |
| Ham | 24.25% | $ 91.21 | $ 22.12 | JBS | 24.32% | $ 86.26 | $ 20.98 | 24.17% | $ 85.63 | $ 20.70 |
| Loin | 24.74% | $ 138.99 | $ 34.39 | IPC | 24.43% | $ 140.30 | $ 34.28 | 22.92% | $ 144.68 | $ 33.16 |
| Picnic | 11.81% | $ 89.15 | $ 10.53 | PSF | 11.36% | $ 83.15 | $ 9.45 | 10.68% | $ 83.83 | $ 8.95 |
| Butt | 9.88% | $ 117.28 | $ 11.59 | IPC | 9.33% | $ 117.27 | $ 10.94 | 9.57% | $ 114.17 | $ 10.93 |
| Belly | 16.54% | $ 135.02 | $ 22.33 | JBS | 15.71% | $ 133.54 | $ 20.98 | 17.12% | $ 119.66 | $ 20.49 |
| Rib | 4.62% | $ 174.13 | $ 8.04 | JBS | 4.79% | $ 158.38 | $ 7.59 | 4.91% | $ 155.78 | $ 7.65 |
| Misc | 4.99% | $ 64.01 | $ 3.19 | Beardstown | 5.03% | $ 53.33 | $ 2.68 | 4.64% | $ 51.97 | $ 2.41 |
| Fat/fatback | 5.63% | $ 41.28 | $ 2.32 | Beardstown | 3.83% | $ 38.76 | $ 1.48 | 3.94% | $ 40.50 | $ 1.60 |
| Total Rtn | 99.15% | | $ 111.60 | JBS | 98.80% | | $ 108.37 | 97.95% | | $ 105.88 |
| Primal w/ trim/dressed | 90.65% | | | JBS | 89.94% | | | 89.37% | | |
| Hog cost | | | $ 88.78 | Seaboard | | | $ 92.23 | | | $ 92.87 |
| Offal / Render. | | | $ 11.67 | JBS | | | $ 10.04 | | | $ 10.62 |
| Pkg. / Labor | | | $ 2.77 | Storm Lake | | | $ 3.80 | | | $ 2.77 |
| Plant costs | | | $ 5.82 | Storm Lake | | | $ 6.71 | | | $ 5.82 |
| IOE/rank | | | $ 21.35 | JBS | | | $ 12.96 | | | $ 13.66 |

page 3

Agristats:  Competitor Hog Cost Recap

| FY 2010/FY 2011 | Clinton Cost / cwt. hot | Ranking | Hatfield Cost / cwt. hot | Ranking | Triumph Cost / cwt. hot | Ranking | JBS Cost / cwt. hot | Ranking | Logansport Cost / cwt. hot | Ranking | Tarheel Cost / cwt. hot | Ranking | Monmouth Cost / cwt. hot | Ranking | Waterloo Cost / cwt. hot | Ranking | TYSON DIV Cost / cwt. hot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| July | $ 72.89 | 1 | $ 78.20 | 2 | $ 79.24 | 6 | $ 78.83 | 4 | $ 81.56 | 16 | $ 79.63 | 7 | $ 78.92 | 5 | $ 80.05 | 8 | |
| August | $ 86.30 | 16 | $ 81.70 | 1 | $ 82.50 | 4 | $ 82.08 | 3 | $ 82.93 | 8 | $ 83.30 | 9 | $ 82.79 | 7 | $ 83.42 | 11 | |
| September | $ 82.42 | 12 | $ 80.28 | 5 | $ 82.15 | 11 | $ 81.29 | 9 | $ 79.92 | 3 | $ 82.51 | 13 | $ 81.98 | 10 | $ 80.32 | 6 | |
| October | $ 70.98 | 5 | $ 72.67 | 14 | $ 68.17 | 1 | $ 74.01 | 16 | $ 71.92 | 9 | $ 68.96 | 3 | $ 69.88 | 2 | $ 71.57 | 7 | |
| November | $ 61.98 | 1 | $ 65.49 | 12 | $ 62.72 | 2 | $ 66.73 | 16 | $ 64.08 | 7 | $ 63.41 | 4 | $ 62.83 | 3 | $ 65.37 | 11 | |
| December | $ 66.87 | 1 | $ 68.82 | 4 | $ 68.59 | 3 | $ 71.47 | 16 | $ 67.55 | 2 | $ 70.32 | 15 | $ 69.04 | 7 | $ 69.23 | 9 | |
| January | $ 73.20 | 2 | $ 73.35 | 3 | $ 75.10 | 11 | $ 74.96 | 9 | $ 73.95 | 4 | $ 74.55 | 6 | $ 75.10 | 11 | $ 74.93 | 7 | |
| February | $ 81.00 | 2 | $ 81.60 | 3 | $ 82.62 | 5 | $ 80.07 | 1 | $ 82.90 | 7 | $ 82.88 | 6 | $ 83.40 | 8 | $ 83.81 | 13 | $ 83.79 |
| March | $ 83.90 | 3 | $ 83.52 | 2 | $ 84.38 | 6 | $ 82.32 | 1 | $ 84.18 | 5 | $ 84.46 | 7 | $ 84.97 | 8 | $ 84.05 | 4 | $ 85.04 |
| April | $ 90.48 | 3 | $ 90.77 | 4 | $ 92.22 | 5 | $ 88.62 | 1 | $ 93.87 | 11 | $ 93.56 | 9 | $ 94.29 | 15 | $ 93.28 | 8 | $ 94.66 |
| May | $ 91.50 | 4 | $ 90.42 | 3 | $ 92.00 | 7 | $ 89.33 | 2 | $ 92.53 | 9 | $ 91.79 | 5 | $ 92.88 | 13 | $ 92.00 | 7 | $ 93.18 |
| 11 month simple avg | $ 78.32 | 1 | $ 78.80 | 2 | $ 79.06 | 3 | $ 79.06 | 3 | $ 79.58 | 5 | $ 79.58 | 5 | $ 79.64 | 7 | $ 79.82 | 8 | $ 89.17 |

| FY 2010/FY 2011 | Storm Lake Cost / cwt. hot | Ranking | Perry Cost / cwt. hot | Ranking | Madison Cost / cwt. hot | Ranking | PSF Cost / cwt. hot | Ranking | Seaboard Cost / cwt. hot | Ranking | Louisa Cost / cwt. hot | Ranking | IPC Cost / cwt. hot | Ranking | Beardstown Cost / cwt. hot | Ranking | Smithfie Cost / cwt. hot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| July | $ 80.35 | 9 | $ 81.20 | 15 | $ 80.83 | 13 | $ 80.56 | 11 | $ 78.58 | 3 | $ 80.78 | 12 | $ 80.45 | 10 | $ 80.83 | 13 | |
| August | $ 82.52 | 5 | $ 81.73 | 2 | $ 83.38 | 10 | $ 84.56 | 12 | $ 85.11 | 14 | $ 84.93 | 13 | $ 82.73 | 6 | $ 85.79 | 15 | |
| September | $ 79.70 | 2 | $ 79.67 | 1 | $ 80.12 | 4 | $ 83.73 | 14 | $ 83.93 | 15 | $ 80.71 | 8 | $ 80.64 | 7 | $ 85.46 | 16 | |
| October | $ 71.37 | 6 | $ 72.20 | 11 | $ 71.64 | 8 | $ 70.70 | 4 | $ 72.01 | 10 | $ 72.93 | 15 | $ 72.57 | 13 | $ 77.24 | 17 | $ 72.53 |
| November | $ 64.46 | 8 | $ 65.69 | 14 | $ 64.93 | 10 | $ 63.69 | 6 | $ 69.45 | 17 | $ 65.57 | 13 | $ 66.01 | 15 | $ 64.74 | 9 | $ 63.42 |
| December | $ 68.89 | 5 | $ 69.13 | 8 | $ 68.98 | 6 | $ 69.78 | 12 | $ 71.49 | 17 | $ 69.28 | 10 | $ 70.22 | 13 | $ 69.77 | 11 | $ 70.26 |
| January | $ 76.33 | 14 | $ 76.76 | 15 | $ 74.93 | 7 | $ 76.08 | 13 | $ 77.06 | 17 | $ 75.04 | 10 | $ 77.02 | 16 | $ 74.41 | 5 | $ 71.04 |
| February | $ 84.24 | 15 | $ 84.19 | 14 | $ 84.49 | 17 | $ 84.35 | 16 | $ 83.42 | 9 | $ 83.74 | 11 | $ 85.51 | 18 | $ 81.63 | 4 | $ 83.67 |
| March | $ 85.30 | 11 | $ 85.52 | 15 | $ 85.57 | 16 | $ 85.38 | 12 | $ 85.48 | 14 | $ 85.64 | 17 | $ 86.72 | 18 | $ 85.39 | 13 | $ 84.82 |
| April | $ 94.19 | 14 | $ 93.88 | 12 | $ 94.61 | 16 | $ 93.18 | 7 | $ 89.39 | 2 | $ 93.70 | 10 | $ 94.14 | 13 | $ 94.95 | 18 | $ 92.89 |
| May | $ 92.87 | 12 | $ 91.82 | 6 | $ 93.11 | 14 | $ 92.66 | 10 | $ 88.78 | 1 | $ 93.24 | 16 | $ 94.82 | 17 | $ 96.17 | 18 | $ 92.83 |
| 11 month simple avg | $ 80.02 | 9 | $ 80.16 | 10 | $ 80.24 | 11 | $ 80.42 | 12 | $ 80.43 | 13 | $ 80.51 | 14 | $ 80.98 | 15 | $ 81.49 | 16 | $ 78.93 |

Note:  Tyson plants' hogcost has been factored 'up' (by SL ratio) to include Procurement costs that are included in Agri.

Page 7

| VISION | Ranking |
|---|---|
| | 12 |
| | 10 |
| | 17 |
| | 15 |
| | N/A |

| eld | Ranking |
|---|---|
| | 12 |
| | 5 |
| | 14 |
| | 1 |
| | 10 |
| | 9 |
| | 6 |
| | 11 |
| | N/A |