# EXHIBIT 53
# (Filed Under Seal)

| | |
|---|---|
| **From:** | McConnell, Deb </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=WAOPDAM> |
| **To:** | Messerole, Noel; Kies, Wayne; Kizer, Mrylon; Grothe, Michael; McNamara, John; McCoy, Bill |
| **CC:** | Schmitz, Jim; McConnell, Deb |
| **Sent:** | 9/26/2011 9:10:18 PM |
| **Subject:** | Agristats.xlsx |
| **Importance:** | High |
| **Attachments:** | Agristats.xlsx |

This information is VERY CONFIDENTIAL!!!  It contains documents where **estimates** were made on identifying our competitors.

Per discussion in our early August '11 Pork Plant managers meeting, I will be sharing this information with 'you' monthly.

Attached is the Agristats file containing the information that was presented last Thursday in our executive review of June '11 kill/cut.

**You may print ONLY ONE COPY of the attached file (for yourself)….each 'tab' should be printed.**

You may use this information for discussions.....setting of goals….etc….**but must NOT copy and/or distribute!!!!**

Jim has just rescheduled our POE meeting to Wed 10-12.11….I will cover some highlights (key reference points) on several agri tabs at that time….

Until then, if you have ANY questions…..and want to discuss sooner….please feel free to call me….-Debbie

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                        TF-P-000212871