# EXHIBIT 54
# (Filed Under Seal)

| | |
|---|---|
| **From:** | Neff, Todd </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=DCSATLN> |
| **To:** | McConnell, Deb; Johnk, Lanny; Barber, Tom |
| **CC:** | Schrum, Skip |
| **Sent:** | 6/14/2013 7:42:00 PM |
| **Subject:** | FW: March 2013 Agristats review.xlsx |
| **Attachments:** | March 2013 Agristats review.xlsx |

So we're all on the same page …. Are we correct in saying that w/o the CFA bad debt accrual and qtr-end adj ($.29/cwt and $.43/cwt = $.72 total/cwt), our March cost in Agri would have been $75.60/cwt (assumes $.36/cwt procurement cost)??  Please advise/confirm.

**From:** Schrum, Skip
**Sent:** Friday, June 14, 2013 2:30 PM
**To:** Neff, Todd
**Subject:** March 2013 Agristats review.xlsx

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                                TF-P-000188320

**PRODUCED IN NATIVE FORMAT**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    TF-P-000188321

**Agristats March 2013 review**

| Rank | Packer | Cost | Tyson Performance Metrix | | Goal | Results |
|---|---|---|---|---|---|---|
| 1 | Waterloo | $ 75.93 | CME Lean Index | $ 76.42 | | |
| 2 | Storm Lake | $ 75.99 | Tyson Div | $ 75.30 | | |
| 3 | Madison | $ 76.16 | Spread | **$ 1.12** | $ 1.30 | $ (0.18) |
| 4 | Tyson Division | $ 76.32 | w/o CFA B/D | $ 1.41 | | $ 0.11 |
| 5 | Louisa | $ 76.45 | | | | |
| 6 | Triumph | $ 77.10 | Lean Index w/o Tyson | $ 77.26 | | |
| 7 | Logansport | $ 77.23 | Tyson Div | $ 75.30 | | |
| 8 | Smithfield | $ 77.28 | Spread | **$ 1.96** | | |
| 9 | Denison | $ 77.61 | w/o CFA B/D | $ 2.25 | | |
| 10 | PSF | $ 77.80 | | | | |
| 11 | Ottumwa/Crete | $ 77.81 | MPR DATA | | | |
| 12 | Tarheel | $ 78.09 | **Market Formula (VMR type pricing only)** | | | |
| 13 | IPC | $ 78.19 | MPR w/o TSN | $ 77.38 | | |
| 14 | Monmouth | $ 78.33 | TSN | $ 74.88 | $ (2.50) | |
| 15 | Clinton | $ 78.56 | | | | |
| 16 | Seaboard | $ 78.62 | **Negotiated** | | | |
| 17 | Hatfield | $ 79.48 | MPR w/o TSN | $ 76.07 | | |
| 18 | Sioux Falls | $ 79.55 | TSN | $ 73.94 | $ (2.13) | |
| 19 | Ottumwa/Crete | $ 79.58 | | | | |
| 20 | Beardstown | $ 80.51 | **Other Purchase Agreement (Cost Plus, Windows)** | | | |
| 21 | JBS | $ 82.68 | MPR | $ 81.98 | | |

==*additional $.43 CFA Bad Debt quarterly balance adjustment==

*Hog Cost in Agristats includes
Procurement Expenses; $.36 cwt. carc         *Cash Market comparison to Cost Plus Pricing
is added to Tyson Hog Cost for procurement exp.                    live price    est. carc price
** $.29 cwt was added to Hog Cost for         CFA #3      (est COP)      $ 69.99    $ 92.70
CFA bad debt reserve                           VMR + Prem  (Avg live pay) $ 56.06    $ 74.25

***5 of other 15 do not include any procurement    *9 of the other 15 packers have some type of cost plus program
the others range from $.02 to $.20 cwt, with an av   included in their Agristats cost (April 2013 notes, Deb)
of $.07 cwt (April 2013 notes, Deb)

<span style="color:red">Note CFA bad debt went to $.20 head fiscal May.</span>