# EXHIBIT 55
# (Filed Under Seal)

| | |
|---|---|
| **From:** | Machan, Gary </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=DCHBGRM> |
| **To:** | White, Noel |
| **CC:** | Neff, Todd; Schrum, Skip |
| **Sent:** | 2/26/2013 9:35:39 PM |
| **Subject:** | FW: December 2012 Agristats review.xlsx |
| **Attachments:** | December 2012 Agristats review.xlsx |

Noel: FYI: The attached benchmarks our procurement cost of hogs against 3 different benchmarks: Agristats, CME Lean Index, and MPR data.

---

**From:** Schrum, Skip
**Sent:** Tuesday, February 26, 2013 3:30 PM
**To:** Machan, Gary; Neff, Todd
**Subject:** December 2012 Agristats review.xlsx

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**PRODUCED IN NATIVE FORMAT**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Agristats December 2012 review**

| Rank | Packer | Cost | | | | | | |
|------|--------|------|---|---|---|---|---|---|
| 1 | Tarheel | $ 80.52 | **Tyson Performance Metrix** | | | | Goal | Results |
| 2 | Seaboard | $ 81.13 | CME L-I | $ 83.06 | | | | |
| 3 | Louisa | $ 81.80 | Tyson Div | $ 81.58 | | | | |
| 4 | Waterloo | $ 81.95 | Spread | **$ 1.48** | | $ 1.37 | $ 0.11 | |
| 5 | Storm Lake | $ 82.26 | *w/o CFA B/D* | $ 1.77 | | | | |
| 6 | *Tyson Division | $ 82.31 | Lean Index w/o Tyson | | $ 83.94 | | | |
| 7 | Crete | $ 82.67 | Tyson Div | | $ 81.58 | | | |
| 8 | Logansport | $ 82.73 | Spread | **$ 2.36** | | | | |
| 9 | Triumph | $ 82.76 | *w/o CFA B/D* | $ 2.65 | | | | |
| 10 | Smithfield | $ 82.86 | | | | | | |
| 10 | Madison | $ 83.12 | **MPR DATA** | | | | | |
| 12 | Denison | $ 83.22 | | | | | | |
| 13 | Sioux Falls | $ 83.41 | | **Market Formula (VMR type pricing only)** | | | | |
| 14 | PSF | $ 83.56 | MPR - TSN | $ 83.99 | | | | |
| 15 | Hatfield | $ 83.66 | TSN | $ 81.30 | | $ (2.69) | | |
| 16 | Monmouth | $ 83.71 | | | | | | |
| 17 | Clinton | $ 83.90 | | **Negotiated** | | | | |
| 18 | Ottumwa | $ 83.92 | MPR - TSN | $ 80.57 | | | | |
| 19 | IPC | $ 84.04 | TSN | $ 79.60 | | $ (0.97) | | |
| 20 | Beardstown | $ 84.39 | | | | | | |
| 21 | JBS | $ 86.89 | | **Other Purchase Agreement (Cost Plus, Windows)** | | | | |
| | | | MPR | $ 85.98 | | | | |

| | | Cash Market comparison to Cost Plus Pricing | | |
|---|---|---|---|---|
| | | | live price | est. carc price |
| CFA #3 | (est COP) | | $ 72.57 | $ 96.12 |
| VMR + Prem | (Avg live pay) | | $ 61.24 | $ 81.11 |

*Hog Cost in Agristats includes
Procurement Expenses; $.54 cwt. carc
is added to Tyson Hog Cost for procurement

** $.29 cwt was added to Hog Cost for CFA bad debt reserve