# EXHIBIT 56
# (Filed Under Seal)

| | |
|---|---|
| **From:** | Leatherby, Dennis </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=LEATHERBYD> |
| **To:** | Smith, Donnie; Lochner, James |
| **Sent:** | 5/11/2011 2:40:30 PM |
| **Subject:** | RE: Greetings from Bill Hale |

Fine with me.

Dennis
479-290-4194

---

**From:** Smith, Donnie
**Sent:** Wednesday, May 11, 2011 9:32 AM
**To:** Leatherby, Dennis; Lochner, James
**Subject:** FW: Greetings from Bill Hale

Would y'all be OK with this? I would like to do it.

---

**From:** Bill_Hale@cargill.com [mailto:Bill_Hale@cargill.com]
**Sent:** Wednesday, May 11, 2011 8:14 AM
**To:** Smith, Donnie
**Subject:** FW: Greetings from Bill Hale

Hope all is well with you Donnie and you are navigating these turbulent times in the commodity markets as well as possible. It is going to be a very interesting year with the world not in a good position to suffer too many crop problems without a violent reaction to price. So let's cross our fingers or have a good plan to deal with it! As you are starting to get settled into your newest role at Tyson's. I would like to ask if there could be a time when we could bring a team from Cargill to come see you. We would like to meet your team as am sure there are new members we are not that familiar with. We would like to talk about any possibilities where we might work more closely together for mutual benefit. This on top of the fact it would be great just to see you again. If you are interested in such a meeting hopefully we could find some dates that mutually agreeable. We then could decide on the appropriate attendees and agenda. Again hope all is well Donnie and hope to see you in the not so distant future.

Best Regards

Bill

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        TF-P-001131273