# EXHIBIT 57
# (Filed Under Seal)

| | |
|---|---|
| **From:** | Holstein, Rex </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=HOLSTEINR> |
| **Sent:** | 6/30/2011 9:12:53 PM |
| **To:** | Leatherby, Dennis <dennis.leatherby@tyson.com>; Lochner, James <James.Lochner@tyson.com>; King, Donnie <donnie.king@tyson.com>; Smith, Donnie <donnie.smith@tyson.com>; Spellins, Rick <rick.spellins@tyson.com>; Irwin, Clark <clark.irwin@tyson.com> |
| **Subject:** | Cargill Visit |
| **Location:** | Board Room |
| **Start:** | 7/25/2011 3:00:00 PM |
| **End:** | 7/25/2011 8:00:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| | |
| **Required Attendees:** | Leatherby, Dennis; Lochner, James; King, Donnie; Smith, Donnie; Spellins, Rick; Irwin, Clark |
| **Optional Attendees:** | Kendrick, Brenda |

When: Monday, July 25, 2011 10:00 AM-3:00 PM (GMT-06:00) Central Time (US & Canada).
Where: Board Room

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*~*

Agenda for meeting.

1. Business review. Sharing of data on amount of business we have done and discuss how we have done verses the opportunity. Any areas where we could collaborate further?
1. Market outlook; Warren and Bill can present some data of global grain / protein outlook. Discussion.
1. This is meant to be a topic where we both can share/discuss views on direction of ag system in USA. Tyson view and Cargill view and discussion/ Could be some overlap with #2

Cargill will be bringing:

| | |
|---|---|
| Wayne Teddy: | Corporate VP |
| Mark Stonacek: | BU Leader |
| Bill Hale: | Commercial Manager |
| Warren Feather: | Commercial Manage |
| James Walker: | Controller |
| Tim Bodin: | Economic Analysis |
| Louis Ricard: | Account Management |

If you have any questions, please give me a call.

Rex

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-001843852