# EXHIBIT 58
# (Filed Under Seal)

**PRODUCED IN NATIVE FORMAT**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# 2011 = 2010 + 1 (Every ONE, ONE More, Every Day)







# It's OUR Time!

## Core Values
"What we believe"

### Our Core Values
We are a company of people engaged in the production of food, seeking to pursue truth and integrity, and committed to creating value for our shareholders, our customers, and our people in the process.

**WHO WE ARE**
- We strive to be a company of diverse people working together to produce food.
- We strive to be honorable people.
- We strive to be a faith-friendly company.

**WHAT WE DO**
- We feed our families, the nation, and the world with trusted food products.
- We serve as stewards of the animals, land, and environment entrusted to us.
- We strive to provide a safe work environment for our Team Members.

**HOW WE DO IT**
- We strive to earn consistent and satisfactory profits for our shareholders and to invest in our people, products, and processes.
- We strive to operate with integrity and trust in all we do.
- We strive to honor God and be respectful of each other, our customers, and other stakeholders.



## Business
"What we're doing"

### Vision

### Mission

Live in the Range.
Live out the Culture.

### Strategy

**B**e our customer's "Go-To" supplier

**G**row our business

**R**un commodity plants full

**E**ngage the fruit

**A**lways value up

**T**otally drive out inefficiencies

## Culture
"How we behave"

### Our Culture

- We care about each other
- Do what you say you are going to do
- No fear – tell the truth – Tyson 1st
- Know your business and deliver results
- Be passionate about taking care of our customers and consumers
- Anticipate, embrace and thrive on change
- Manage cost and expenses like it was your own
- We win and have fun as a team with Tyson pride





# All-Hands Meeting

## June 23, 2011





# Donnie Smith



# *All-Hands Meeting Agenda*  June 23, 2011



Welcome and Success Stories…………………………………….Donnie Smith

Business Update………………………………………….……...Jim Lochner

Update on Corn/Ethanol……………………………..……….Donnie Smith

Dakota Dunes Update…………………………………….……..Noel White

Email Etiquette…………………………………………………David Van Bebber

Additional Comments………………………………………....Donnie Smith

Q & A………………………………………………….…Leadership TEAM



# *All-Hands Meeting*          June 23, 2011









# *All-Hands Meeting*   June 23, 2011

# Jim Lochner
## Chief Operating Officer



# Combined May FY2011 Operating Income Versus Projection

| Domestic Poultry | |
| --- | --- |
| Pet Products | |
| International Operations | |
| Cobb-Vantress | |
| Prepared Foods | |
| Fresh Meats | |
| Case Ready Beef & Pork | |
| Transportation | |

Confidential Tyson Foods, Inc.

# Combined May QTD FY2011 Operating Income Versus Projection

| | |
|---|---|
| Domestic Poultry | |
| Pet Products | |
| International Operations | |
| Cobb-Vantress | |
| Prepared Foods | |
| Fresh Meats | |
| Case Ready Beef & Pork | |
| Transportation | |

Confidential Tyson Foods, Inc.

*All-Hands Meeting*   June 23, 2011



# Donnie Smith





# Amendment offered by Representative Floyd Flake (R-AZ) to Prohibit USDA Funding of Ethanol Infrastructure



House Vote
June 16, 2011



128 Votes Nay

283 VotesYea

☐ Against funding ethanol infrastructure
☐ For funding ethanol infrastructure



It's Our Time!

# Amendment Offered by Senator Dianne Feinstein (D-CA) and Tom Coburn (R-OK) to Repeal Corn Ethanol Tax Credit and Import Tariff



## Senate Vote
## June 16, 2011



27 VotesNay

73 Votes Yea

■ To End VEETC & Tariff
■ To Continue VEETC & Tariff





# *All-Hands Meeting*    June 23, 2011

# Noel White

## Senior Group Vice President

## Fresh Meats













































*All-Hands Meeting*     June 23, 2011

# David Van Bebber
# Executive Vice President
# General Counsel





# email & Text Messages



# Do it With Excellence the Tyson Way

Confidential Tyson Foods, Inc.





# The email Explosion

- Most prevalent form of communication today.
  - What is the first thing you do every day when you arrive at Tyson?
  - How many times a day do you check or write emails?

- *Radicati Group* study (October 2007)



  - 1.2 billion email users worldwide
  - 516 million business email inboxes worldwide
  - 183 billion emails sent each day (in 2006) = 2 million e- mails sent every second.

Confidential Tyson Foods, Inc.



# Our Love Affair with email



Why do we love email?

- It's **easy** to create

- It's **easy** to send

- It's **easy** to share information



- It's **easy** to use as a filing system for records of conversations

- It's **easy** to access almost anyone

- It's **easy** to attach more information to an email

- Did I mention it's **easy**…

Confidential Tyson Foods, Inc.



# Think before you type



**Moderation is the key…**

- Its ease drives unnecessary emails

- It may not be the best medium for communication

- Your words can often be assigned an unintended meaning

- It can be forwarded to unintended parties

---

### Excellence Insight #1

Before you click  ask yourself…*Is email the best, most effective means to communicate in this situation?*

---

Confidential Tyson Foods, Inc.



# Think before you type

- Assume your e mails and text messages will be reviewed and produced in internal investigations, government inquiries or lawsuits filed against the company.

- Emails and texts sent through Tyson servers or on Tyson phones are retrievable.

  - *Even if* moved out of your inbox and into folders

  - *Even if* "double deleted" – i.e., deleted from your inbox and then deleted from "deleted items"



Confidential Tyson Foods, Inc.



# We've Been Sued!
## (SAP)



Kim:  We are getting sued!

Kristin:  I know; I am reading the lawsuit

Kim:  What are they saying in a nutshell

Kristin: That we illegally downloading their stuff;
used false information and customer id/pw to get it

Kim:  Well, that's true; wonder who on the
inside told

Kirstin:  I think they caught us. . . Got the
bryan ip address



<div style="border: 2px solid red;">

## Excellence Insight #2

*Call the Legal Department before sending
Emails or Texts about Disputes, Lawsuits or
Government Enforcement actions?*

</div>

Confidential Tyson Foods, Inc.



It's Our Time!



# The Joke is on You.
## (Goldman Sachs)

To:   Girlfriend
From: Fabrice
Subject:  Today

---

"I have to work late tonight.  Another long
 day of selling toxic assets to orphans
and widows. These poor little sub-prime
borrowers will not last so long."



## Excellence Insight #3
Don't joke in emails or texts.

Confidential Tyson Foods, Inc.



It's Our Time!

# The apologetic email



To:     Tyson Employee
From:   Tyson Manager
Subject:   Yesterday

_____

I've been really freaking out about what I said to you at the party last night.  Too many drinks!! And that outfit you had on . . . Maybe you should wear that when I do your TEAMS review tomorrow.  :)  Anyway, I'm sorry and it's a good thing you didn't take me up on it . . . Let's just keep this between us, Ok?



## Excellence Insight #4
### Don't apologize through email.

Confidential Tyson Foods, Inc.





To:      Tyson Team Member A
From:  Tyson Team Member B
Subject:  Worker Injury at Cherokee



_____

Did you read Today's Flash Report about the injury in Cherokee?  The Plant Manager knew that equipment was failing but was too cheap to fix it.  It was just a matter of time until someone got hurt.

## Excellence Insight #5
If you <u>would not</u> make a comment or accusation to another Team Member's face and hang around,
or if the subject is controversial you should not put
it in email.

Confidential Tyson Foods, Inc.

It's Our Time!



# Emails about the competition

To:      Tyson Team Member
From:   Tyson Manager
Subject:   Grower Pay

Hey – I'm looking at the request you sent for a grower pay raise.  I see you said that Pilgrim's and Perdue have recently given raises.  What are they trying to do?  You need to call the live managers up over there and tell them to quit raising their pay and stealing our growers.



Confidential Tyson Foods, Inc.



It's Our Time!

# Emails about the competition



To:      Tyson Team Member
From:   Tyson Manager
Subject:   JBS

---

Word on the street is that JBS and National are going to run Saturdays for the next couple of months.  Can you call them up and find out if that's true?  If so, you need to tell them to slow it down.  That's too much production and we need to get them to show a little discipline.



Confidential Tyson Foods, Inc.



# Emails about the competition



To:      Tyson Team Member
From:   Tyson Manager
Subject:   chicken prices

We have entirely too much chicken on the market right now.  You need to bring that up at the NCC meeting next week.  See if you can get folks to cut back on production a little.  If we all take a little bit of a haircut it'll be better on prices for the whole industry.



Confidential Tyson Foods, Inc.



# *All-Hands Meeting*     June 23, 2011



# Donnie Smith



# 2011 Health Plan



1. National Healthcare Legislation

   - Required the plan to start covering all dependents up to age 26.  For 2011, this added an additional 3,111 dependents.

   - Required the plan to remove the life time maximum limit of $1.5 million

2. Costs were forecasted to increase by at least 3%

3. Tyson did not increase Team Member premium contributions or change any plan designs.

Confidential Tyson Foods, Inc.



# 2011 Health Plan Expense



1. With 2/3 of the fiscal year completed, expense forecasts are showing significant growth.

2. 2012 plan year costs are anticipated to grow by at least 5%, which equates to approximately $20 million.

Confidential Tyson Foods, Inc.



# 2011 = 2010 + 1 (Every ONE, ONE More, Every Day)







*All-Hands Meeting*      June 23, 2011      

# Questions?

