# EXHIBIT 59
# (Filed Under Seal)

| | |
|---|---|
| **From:** | Pfeifer, Jerry </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=DCSAJRP> |
| **To:** | Stouffer, Steve; Mostek, Charles; White, Noel; Brooks, Dan (Fresh Meats Ops) |
| **Sent:** | 5/29/2012 4:43:48 PM |
| **Subject:** | FW: AFA Industry View |
| **Attachments:** | UFG Competitive Analysis.ppt |

This analysis shows the competitive information.  Interesting.

We will have to delete by the end of the day from our computers.

Jp

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**PRODUCED IN NATIVE FORMAT**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000122483



# Competitive Analysis

July 2008

# Competitor Demographic



1. United Food Group
2. Tyson, San Antonio, TX
3. Tyson, Sherman, TX
4. Tyson, Santa Teresa, NM
5. Tyson, Council Bluffs, IA
6. Tyson, Goodlettsville, TN
7. AFS, King of Prussia, PA
8. AFS, FT Worth, TX
9. AFS, Thomasville, GA
10. AFG, Ashville, NY
11. Lopez, Oaklahoma City, OK
12. Lopez, Columbus, NE
13. Lopez, Carryville, TN
14. Birchwood, Kenosha, WI
15. Birchwood, Norcross, GA
16. Birchwood, Columbus, OH
17. Birchwood, Frankfort, IN

18. OSI, Chicago, Il
19. OSI, Stockyards, Il
20. OSI, West Jordan, UT
21. OSI, Oakland, IA
22. Keystone Foods, Baltimore, HO
23. GSF, Coyers, GA
24. Cargill, Hazelton, PA
25. Cargill, Wyalusing, PA
26. Cargill, Butler, WI
27. Cargill, Fresno, CA

28. Pierre, Cincinnati, OH
29. Pierre, Rome, GA
30. CTI, Wilder, Id
31. CTI, Los Angeles, CA
32. CTI, Arlington, TX
33. Smithfield, Souderton, PA
34. Smithfield, Green Bay WI
35. AFG, Greenbay, WI
36. AFG, Omaha, NE
37. AFG, Sharonville, OH

38. Advance, Enid, Ok
39. Advance, Orange City, IA
40. Advance, Harlingen, TX
41. Advance, Garland, TX
42. Advance, Scranton, PA
43. FPL Foods, Augusta, GA
44. Mountain City Meats, Denver, CO
45. Mountain City Meats, Nashville, TN

46. Jensen Meat Co, Vista, CA
47. Surlean Foods, San Antonio, TX
48. Custom Food, Carson, CA
49. Custom Food, Owingsville, KY
50. Stone Meat, Pleasant View, UT
51. Intersate Meat, Clackamas, OR
52. Richwood Meat, Merced, CA
53. Quaker Maid, Reading, PA
54. Holten Meat, St Louis, MO
55. Bubba Burgers, Elberton, GA
56. Philly Gourmet, Philadelphia, PA



Tyson Foods, Inc.

500,000,000 lb Annual Capacity

## Five Plant Location

San Antonio, TX

Sherman, TX

Santa Teresa, NM

Council Bluffs, IA

Goodlettsville, TN

## Product Line

Kettle Cooked

Whole Muscle Cooked

Pizza Topping

Case Ready Ground Beef

Chubs

Fresh Patties

Soups & Sauces

Key Accounts

<u>Retail</u>

Wal Mart

Sam's

<u>Food Service</u>

| Wendy's | Subway | Krystals | Pizza Hut |
| Domino's | Papa Johns | Hardee's | |

Region - National

Focus - Midwest – Southeast

Threat Level

Medium to High



**Five Plant Location**

San Antonio, TX

Sherman, TX

Santa Teresa, NM

Council Bluffs, IA

Goodlettsville, TN



600,000,000 lb Annual Capacity

| Five Plant Location | Key Accounts |
|---|---|
| King of Prussia, PA | Retail – Ahold, C&S, Minyards, Dominicks, HEB, Safeway, BJ Wholesale, Albertsons, Price Chopper, |
| Ft Worth, TX | |
| Thomasville, GA | Food Service – Burger King, Jack In The Box, Denny's, Braums, Sonic, |
| Ashville, NY | |

**Advantages**

-Multiple Locations         - Strong Market Share

| Product Line | |
|---|---|

-Good Plant Overlap         - Can service 75% of the US next day

**Fresh Patties**

**Disadvantage**

**IQF Patties**

-No Cooking         - Constraints in IQF

**Case Ready**

All Locations number of Lines

**Fresh Chubs**

18 IQF Lines,         4 Chub Lines,         21 Map Lines

| Region - National | Threat Level |
|---|---|
| Focus – Midwest, Southeast,, Southwest, East Coast | Medium to High |



Five Plant Location

King of Prussia, PA

Ft Worth, TX

Thomasville, GA

Ashville, NY



300,000,000 lb Annual Capacity

**Three Plant Location**

Oklahoma City, OK

Columbus, NE

Carryville, TN

**Product Line**

IQF

MAP

Chubs

Cooked

Sausage

Beef

Chicken

Key Accounts

Retail – Wal Mart, Sam's Club, Kroger, Cub Foods, Winco, Winn-Dixie, Ingles, Tyson Foods, Laura's Lean, Nolan Ryan

Food Service – McDonalds, Sonic, Burger King, Applebees

Advantages

-Lopez Brands  -  Country Cousin Pork Sausage, & Quick & Eat

-Located in the center of the country, good shipping locations

-Very large supplier to McDonalds

-Fully cooked capabilities

Started in 1989 when John Lopez bought the Wilson Foods plant in Oklahoma City. The Wilson plant had been producing product for McDonalds since the 1960's.

| Region – Midwest | Threat Level |
|---|---|
| Focus – Midwest, Southeast,, Southwest, East Coast | Medium to High |







200,000,000 lb Annual Capacity

| Four Plant Location | Key Accounts |
|---|---|
| Kenosha, WI | Retail – Wal Mart, Sam's Club, Kroger, |
| Norcross, GA | Food Service – Wendy's, Checkers, Dairy Queen, Steak & Shake, Sonic, Burger King, Brinker |
| Columbus, OH | |
| Frankfort, IN | |

**Advantages**

-Large QSR market share

-Wendy's largest grinder

-Own Retail Brands – NASCAR Retail Patty  

-Fully cooked capabilities

| Product Line |
|---|
| IQF Patties |
| Chubs |
| Fresh Patties |
| Cooked Kettle |
| Pizza Toppings |
| Taco Meat |
| Sausage Crumbles |

Owns their own truck line, 60 trucks and trailers

Started breaking cattle in the 1960's, converted to a 100% grinding operation in the 1990's

| Region – Midwest | Threat Level |
|---|---|
| Focus – Midwest, Southeast,, Southwest, East Coast | Medium to High |









200,000,000 lb Annual Capacity

**Four Plant Location**

Chicago, Ill

Stockyards, Ill

West Jordan, UT

Oakland, IA

**Product Line**

IQF Patties

Cooked whole muscle

Nuggets

Sausage Links & Hot Dogs

Bacon

Crumbles

Meat Balls

Chili & Taco Meat

Key Accounts

Industrial – Stouffers, Kraft

Food Service – McDonalds (First ground beef supplier 1955), Chipotle, Denny's

Advantages

- Large supplier to McDonalds, Beef, Pork, Chicken

- Impingement, Infa-red, Smoking and Kettle cooking operations

- Production of Crumbles, Flakes, Log pressed slicing

- Centrally located facilities

75 Processing Facilities World Wide

Privately Held Company

Region – National

Focus – National

Threat Level

Low to Medium







**KEYSTONE FOODS**

200,000,000 lb Annual Capacity

Key Accounts – McDonalds, Taco Bell, Pizza Hut

### One Plant Location, Beef

Baltimore, OH

Advantages

- Large supplier to McDonalds, Beef, Pork, Chicken

### Product Line

IQF Patties

Cooked Chicken Wings

Nuggets

Chicken Breast Filets

Fajita Strips

Breaded Chicken Patties

Fish

Pork

75 Processing Facilities World Wide

Privately Held Company

| Region – National | Threat Level |
|---|---|
| Focus – National | Low |







150,000,000 lb Annual Capacity

Key Accounts - McDonalds

One Plant Location

Conyers, GA

Advantages

- Large supplier to McDonalds Beef,

Product Line

IQF Patties

| Region – South East | | Threat Level |
|---|---|---|
| Focus – South East | | Low |





Circles estimate a
500 mile radius



400,000,000 lb Annual Capacity

**Four Plant Location**

Hazelton, PA

Wyalusing, PA

Butler, WI

Fresno, CA

**Product Line**

IQF Patties

Chubs

Fresh Patties

MAP Packaging

Key Accounts

Retail –

Food Service – Arby's, Burger King, Sonic, Sysco, US Foods

Advantages

-Multiple Plants

-Large Resource Pool

-Own Retail Brands

-Case Ready

Region – National

Focus – National

Threat Level

High







200,000,000 lb Annual Capacity

### Two Plant Location
Cincinnati, OH

Rome, GA

### Product Line
IQF Patties

Cooked Patties

Cooked Breaded Chicken

Cooked Pork

Cooked Turkey

Key Accounts

Industrial – Hormel, Pinnacle Foods

Food Service – US Schools, Government, Hardees,  Captain D's, McDonalds, Subway, Shoney's, Burger King, Canteen, 7-Eleven, Tony Roma's Kiosk

Advantages

-Largest Supplier to the School Lunch Program

-Largest Supplier for Government Beef & Pork

-Non Union

-Fully cooked capabilities

225,000 Sq Ft Facility, 2 Fry Lines, 8 Charbroil lines, 10 Spiral Freezers, 500,000 lb daily capacity

Region – National

Focus – National

Threat Level

High





# CTI Foods

| 150,000,000 lb Annual Capacity |
| --- |

### Three Plant Location

Wilder, Id

Los Angeles, CA

Arlington, TX

### Key Accounts

Food Service – Taco Bell, Wendy's, Jack In The Box, Carl's

### Advantages

-Raw IQF Beef, Pork & Poultry

-Fully Cooked & Formed Beef, Pork & Poultry

-Taco Meat, Chili, Pizza Toppings, Shredded Protein, Soups & Sauces

-Fully Cooked Whole Muscle, Steaks, Chicken Strips

### Product Line

IQF

Cooked

Kettle Cooked

| Region – National | Threat Level |
| --- | --- |
| Focus – Pacific West, Mid West | High |

# CTI Foods



**Smithfield**

200,000,000 lb Annual Capacity

**Two Plant Location**

Souderton, PA

Green Bay, WI

Key Accounts

Retail – Kroger

Food Service – Raw Material For Fuddruckers

**Product Line**

IQF Patties

Chubs

Fresh Patties

MAP

Advantages

-

Region – Midwest, Eastern Seaboard

Focus – Midwest, Southeast, East Coast

Threat Level

Low





100,000,000 lb Annual Capacity

| Four Plant Location |
| --- |
| Green Bay, WI  (2 Plants) |
| Omaha, NE |
| Sharonville, OH |

Key Accounts

Retail – Acme, Associated Grocers, Food Bazaar, Super Foods, Shaw's, Hannaford, Stop to Shop, Sweet bay, Bravo

Food Service – Schwan's Burgers & Steaks,

Advantages

- Privately Held Company

- Captive supply of raw materials from 5 beef processing plants

| Product Line |
| --- |
| IQF Patties |
| Chubs |
| Fresh Patties |
| MAP |

Sixth Largest Beef Packer In The US, 5 plants

Brands: Sheboygan Sausage Company, O'Brien's Meat Snacks, Dakota Brand Meat Snacks, Rock River Cattle Company, Big City Reds, Skylark, Great American Steak Co., Great American Hamburgers, Hannah's

| Region – Midwest | Threat Level |
| --- | --- |
| Focus – Midwest, East Coast | Low |







500,000.000 lb Annual Capacity

## Six Plant Location

Enid, Ok, (2 Plants)

Orange City, IA  JV/Cargill

Harlingen, TX

Garland, TX

Scranton, PA

## Product Line

IQF Patties

Cooked Patties

Chicken Fried Steak

Break Away Beef Steaks

Breaded Cooked Chicken

Cooked Pork, Lamb, Veal

Key Accounts

Retail – Wal-Mart, Publix, HEB, Food For Less

Food Service – Sysco, US Food Service, School Lunch, Sonic, Jack In The box

Advantages

- Over 150 Fully Cooked Frozen Convenience meat items

-Multiple Plant Locations

-Over 2000 Protein items including Beef, Chicken, Pork, Veal, Lamb

-Established National Distribution

Brands: Fast Fixin, STEAK-EZE, Easy Beginnings, Dino Bites

Region – National

Focus – Midwest, East Coast

Threat Level

High





# FPL FOODS

| 50,000,000 lb Annual Capacity |
| --- |

**One Plant Location**

Augusta, GA

**Key Accounts**

Retail –  Wal-Mart, Kroger

Food Service –

**Advantages**

- Slaughter Facility, Captive Supply of Raw Materials

-

**Product Line**

IQF Patties

Chubs

Fresh Patties

MAP

Fully Cooked, Whole Muscle

Taco Meat

Beef Crumbles, Raw IQF

Brands: Chatel Farms

| Region – East Coast | Threat Level |
| --- | --- |
| Focus –East Coast, South East | Low |

# FPL FOODS





180,000,00 lb Annual Capacity

### Two Plant Location

Denver, CO

Nashville, TN

### Product Line

IQF Patties

Fresh Patties

Chubs

Steak Cutting

Key Accounts

Retail – Kroger, Associated Wholesale, Super Valu,

Food Service – Fuddruckers, O'Charlies, Perkins,        Red
Robin, TGI Friday's, Sysco, US Foodservice

Advantages

-Product Mix, Steaks and Ground Beef

-Multiple Plant Locations

-CEO Ron Divin

Brands: Custom manufacturer

Region – National

Focus – Midwest, East Coast

Threat Level

Medium - High





Circles estimate a
500 mile radius



**One Plant Location**

Vista, CA

Key Accounts

Retail – Club Stores

Food Service – Jack In The Box, Carl's, Coco & Carrows, IHOP, Applebee's

Advantages

-

**Product Line**

IQF Patties

Fresh Patties

Chubs

Brands:

Region – West Coast

Focus – West Coast

Threat Level

High







### One Plant Location

San Antonio, TX

Key Accounts

Retail –

Food Service – Whataburger

Advantages

- Fresh, Frozen and Fully Cooked Product

### Product Line

IQF Patties

Fresh Patties

Static Cooking

Kettle Cooking

Shredded Beef, Pork, Poultry

Soups & Sauces

Brands: Surlean

| Region – Southwest | Threat Level |
|---|---|
| Focus – Midwest, Southwest | Low |







Custom Food Products

146,000,000lb Annual Capacity

Key Accounts

Retail –

Food Service – Arby's, Subway, Chef-Boy-R-Dee

Two Plant Location

Carson, CA

Owingsville, KY

Advantages

- Specialize In Cooked Product

- Static and Linear Cooking Lines

Product Line

Meat Balls

Arby's Roast Beef

Cooked Solid Muscle

Brands:

Region – West Coast, Mid West

Focus – West Coast, Pacific North West

Threat Level

Medium



Custom Food Products



# Stone Meats Inc.

Key Accounts

    Retail – Albertsons, Smiths,

    Food Service –

## One Plant Location

  Pleasant View, UT

Advantages

-Family Owned

- Good relationship with Albertsons & Smiths

## Product Line

  IQF Patties

  Fresh Patties

  Chubs

Brands:

| Region – Mountain West | Threat Level |
|---|---|
| Focus – Mountain West | High |

# Stone Meats Inc.



Pleasant View, UT

United Food Group

Circles estimate a
500 mile radius

# Interstate Meat Co.

Annual Capacity 83,000,000

Key Accounts

Retail – Albertsons, Smiths, Winco

Food Service –

## One Plant Location

Clackamas, OR

Advantages

- Family Owned

- Good relationship with Albertsons

## Product Line

IQF Patties

Fresh Patties

Chubs

MAP

Cooked Products

Brands:

Region – West Coast

Focus – West Coast

Threat Level

High

# Interstate Meat Co.



# Richwood Meat Packing

Annual Capacity 83,000,000

## Key Accounts

Retail – Albertsons, Smiths, Winco, Fred Meyer, Vons

Food Service –

## One Plant Location

Merced, CA

## Advantages

-Family Owned

-

## Product Line

IQF Patties

Fresh Patties

Chubs

MAP

Cooked Products

Brands:

| Region – West Coast | Threat Level |
|---|---|
| Focus – West Coast, Pacific NW | High |

# Richwood Meat Packing

Quaker Maid

Key Accounts

Retail – Most East Coast Retailers carry the meat balls

Food Service –

**Three Plant Location**

Reading, PA

Advantages

-Family Owned

-Fully Cooked Meat Balls

-Steak Um Philly Sandwich Meat

**Product Line**

IQF Patties

Cooked Meat Balls

Philly Sandwich Meat

Brands: Mama, Lucia, Gina Lina's, Quaker Maid

Region – East Coast

Focus – East Coast, Mid West

Threat Level

Low





Circles estimate a
500 mile radius



### One Plant Location

St Louis, MO

Key Accounts

Retail –

Food Service – Hardee's, US Food Service, Sysco

Advantages

-

### Product Line

IQF Patties

Cooked Patties

Cooked Pork Products

Brands: Thick N Juicy, St Louis Rib, Claim to Fame

Region – South East

Focus – Midwest, East Coast

Threat Level

Low







180,000,00 lb Annual Capacity

Key Accounts

One Plant Location

Elberton, GA

Retail – Publix, Harris Teeters, Target, Wal-Mart, Food lion, Harvey's, Albertsons, BJ's Wholesale, Von's

Food Service – Contracts with Major League Sports Stadiums. Chicago Cubs, Jacksonville Jaguars, New York Mets, Atlanta Braves, Philadelphia Phillies

Product Line

IQF Patties

Cooked Patties



Advantages

- Recognized Brand Name

Brands: Bubba Burgers

Region – National

Focus – Midwest, East Coast

Threat Level

Medium - High





Circles estimate a
500 mile radius



180,000,00 lb Annual Capacity

Key Accounts

Retail – Most Major retailers on the East Coast

Food Service –

**One Plant Location**

Philadelphia, PA

**Product Line**

IQF Patties

Cooked Patties

Cooked Meat Balls

Philly Cheese Steak

Advantages

-

Brands: Philly-Gourmet

Region – East Coast

Focus – East Coast

Threat Level

Medium - High





Circles estimate a
500 mile radius