# EXHIBIT 60
# (Filed Under Seal)

**To:** Thamodaran, Dhamu[dhamuthamodaran@smithfieldfoods.com]
**Cc:** Brown, Michael E[Michael.Brown@Farmland.com]; Kaster, Collette[cmkaster@farmland.com]
**From:** Horsley, Shane[/O=SMITHFIELD FOODS/OU=SFIDC/CN=RECIPIENTS/CN=EXCH55/CN=RECIPIENTS/CN=SHANEHORSLEY]
**Sent:** Fri 3/16/2012 11:31:15 AM Eastern Standard Time
**Subject:** RE: Forecast next week

---

Next week's kill update. Latest rumors this morning are some packers may cut back slightly next week. The following are current expected cutbacks:

IPC – expected to reduce daily kill levels by 1,500 hd per day, total of 7,500 hd for the week. Hog supplies tight for them currently.
Seaboard – not going on Saturday
Triumph – as expected not going on Saturday
Tyson - ? talk of possible reduction is Saturday kill but no confirmation yet.

Overall this would reduce the harvest estimate for next week back to 2,120k- 2,130k hd range; only approx. 0.5% above YA levels.

Shane

---

**From:** Thamodaran, Dhamu
**Sent:** Thursday, March 15, 2012 9:02 AM
**To:** Horsley, Shane
**Cc:** Brown, Michael; Kaster, Collette
**Subject:** Re: Forecast next week

Looks Tyson and JBS are in market share mode, unless they have much better cut out than others.
They are doing the same pattern in beef and pressuring others.
Things could get very ugly if Cargill decide to jump in the game.

Sent from my iPhone
On Mar 15, 2012, at 5:41 AM, "Horsley, Shane" <shanehorsley@Smithfieldfoods.com> wrote:

> At 2,150k hd I am assuming they will maintain kill levels very similar to or only a touch smaller than this week. This would put the kill 1.7% above year ago levels yet 1% below levels implied by the last Hogs and Pigs report.
>
> Shane

---

**From:** Thamodaran, Dhamu
**Sent:** Thursday, March 15, 2012 8:30 AM
**To:** Horsley, Shane
**Cc:** Brown, Michael; Kaster, Collette
**Subject:** Re: Forecast next week

Are u expecting Tyson and JBS minting their kills?

Sent from my iPhone
On Mar 15, 2012, at 5:26 AM, "Horsley, Shane" <shanehorsley@Smithfieldfoods.com> wrote:

> Calling kill in the 2,150k – 2,160k hd for next week. Called harvest lower than this week because Triumph is expected to not harvest next Saturday. However, expect them to be in buying hogs next week for the following week.
>
> Shane

---

**From:** Thamodaran, Dhamu
**Sent:** Thursday, March 15, 2012 8:13 AM
**To:** Brown, Michael
**Cc:** Horsley, Shane; Kaster, Collette
**Subject:** Re: Forecast next week

Industry is killing too many on Saturday to stabilize the cut out.
I am surprised pork is not getting the traction with high beef and much stronger chicken
Collete, yesterday up in hogs, just a one day thing; could we loose 2 in the hogs, Thursday and Friday?
Why is JBS suddenly doing 16 on
Saturday?
Sent from my iPhone
On Mar 15, 2012, at 4:44 AM, "Brown, Michael E." <Michael.Brown@farmland.com> wrote:

> Shane –
> What are you calling the kill next week? Cutout values are trending the wrong direction and I see little upside in the near term on product values
>
> MB

HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD00861337