# EXHIBIT 61
# (Filed Under Seal)

**To:** Thamodaran, Dhamu[dhamuthamodaran@smithfieldfoods.com]; Henley, Hoskins[hoskinshenley@Smithfieldfoods.com]; Newsom, Matt[MattNewsom@smithfieldfoods.com]; French, John[johnfrench@Smithfieldfoods.com]; Pendell, Brett[brettpendell@Smithfieldfoods.com]
**From:** Horsley, Shane[/O=SMITHFIELD FOODS/OU=SFIDC/CN=RECIPIENTS/CN=EXCH55/CN=RECIPIENTS/CN=SHANEHORSLEY]
**Sent:** Fri 5/4/2012 8:55:22 AM Eastern Daylight Time
**Subject:** Hog Call Recap 8:30 AM 5/4/12

Harvest Level:
    Today – 400k-405k hd Tomorrow – 29k hd
    Next wk – hearing IPC is going to add a few hrs and Tyson will run 2 plants on Saturday. Triumph expected to be dark next Saturday.

Bids: Steady with yesterday in the 76-76.50 area. Sounds like industry in good shape.

Hog Call:
    East – called mkt .25 lower today
    West – called mkt steady to .50 lower today

Product call:
    East – Called hams and loins higher next week and said bellies are still available so not sure if strength will be in mkt yet or not.
    West – Called all mkts steady for today. Did not give call for next week.

Discussed planting progress for their buying areas:
- Overall would estimate corn planting approx. 80-85% complete
- Overall would estimate soybean planting approx. 20% complete
- Very little planting this week due to rain across most all areas.
- Been getting plenty of moisture in all areas this wk. Sounded like most areas are in good shape. Couple spots mentioned below getting a little too wet.
  - Sounds like parts of IA are getting lots of rain this week with more forecasted this weekend. Could be out of fields until at least mid or late next week.
  - SW Missouri got 10 inches of rain which may lead to some replanting of corn
- Wheat looking couple wks ahead in parts shich could lead to additional double crop soybean potential

Shane

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

SMITHFIELD01943195