# EXHIBIT 62
# (Filed Under Seal)

# SBF Weekly Update

| Date: | 4/6/12 | cc: | Bob Steer |
| --- | --- | --- | --- |
| To: | Steve Bresky | | Barry Gum |
| From: | Terry Holton | | Gary Louis |
| Week: | 13 | | Duke Sand |
| | | | Darlene Mann |

| | Week 13 2012 | Week 13 2011 | YTD thru Feb 2012 | YTD thru Feb 2011 |
| --- | --- | --- | --- | --- |
| Est. Net Income (excludes LIFO, LCM & Corp. O/H, before change in Actg. Principal) | *$3,274,893 | $8,534,621 | $31,896,091 | $50,888,940 |
| Est. Operating Income (excludes LIFO, LCM & Corp. O/H, before change in Actg. Principal) | *$3,279,174 | $8,536,353 | $31,674,774 | $50,819,973 |
| Est. EBITDA (excludes LIFO, LCM & Corp. O/H, before change in Actg. Principal) | *$4,088,018 | $9,390,421 | $38,795,795 | $57,966,174 |
| USDA Cut-Out | $ 80.00 | $ 94.60 | | |
| Western Cornbelt Base Hog | $ 81.00 | $ 87.60 | | |
| Corn/SBM Cost Per Hog (280 lbs.) | $101.96 | $ 97.31 | | |

*The above amounts exclude a hedging loss of $25,360 for the week.

**LIVE**
- Corn Cost Per Bu. - $6.86
- SBM Cost Per Ton - $341
- Head Marketed – 77,819 (5 day kill)
- Marketed Avg. Weight – 283lbs. This week is 280lbs.
- Pigs weaned – 95,314 – Clinical PRRS is subsiding in the sow phase.
- Nursery Mortality - .86% (down .05%) Trend is down this week.
- Finisher Mortality - .51% (up .05%) This increase was a result of the Farm 654 fire. Trend is down this week.
- We are scheduled to start pouring concrete on the first Ladder Creek finishing site April 16th.

**PLANT**

- Last week we slaughtered 98,114 head in 5 days.
- Kill Floor Average – 1,104 for the week vs. a target of 1,090.
- Cut Floor Average – 1,208 for the week vs. a target of 1,215.
- Primal Yields – 85.24% vs. a standard of 83.46%.
- Average Live Weight – 282 Lbs.\
- The plant had 23 terms in which 3 of the total was due to I9's and orientation and placed 30. We are 12 under desired staffing including the new hires that are in orientation. Annualized turnover is projected to be 40.98% including I9's.
- No Major Customer Product Quality / Spec Issues
- We had 2 recordable incidents this week – our YTD OSHA recordable rate is 4.39% – work comp YTD is $207,105 averaging $81.28 per employee.
- Continue to make progress on de-nitrification results for wastewater – March results under permit limitations and it appears that April may be as well (to confirm with 3rd party lab). Note that it has remained pretty cool in Guymon so far this year aiding dissolved oxygen in the nitrification tank. In addition, we have had several 5 day work weeks reducing loadings going to lagoons. At this time we are not sure we'll be able to maintain these results when temperatures rise and 6 day weeks start to occur. We have received HDR's preliminary study report – currently evaluating recommendations.

**MEXICO**

- Yields were above STD. Boned 24 loads last week, scheduled to bone approximately 17 loads this week (a 4 day work week) and approximately 21 loads next week.

- No Customer Product Quality / Spec Issues

**DAILY'S**

- Volume remains strong - Salt Lake volume was 1.153M (raw – 403.59K) and Missoula was 379.41K

- No Major Customer Product Quality / Spec Issues

- Missoula's annualized turnover rate is 42.62% and Salt Lake is 45.79%.

- Avg. work comp YTD for Salt Lake is $16.45 per employee and Missoula is $14.14 per employee.

- Raw Formula Pricing – we continue to use a slightly higher market in our pricing formula for street business – continuation of increased margins (over forecast).

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                       SBF0066765

**DAILY'S SALES**
- Jack in the Box – RFP has been finalized – we maintained our current volume with JIB and received one year contract extension – without reducing our current formula pricing!

- Logan's Roadhouse - 213 store chain – we have been approved for a raw bacon test - annual volume 275,000 lbs. – test product will ship this week – 150 cases.

- US World Foods - have a test order of Raw Apple Wood Bacon that will ship this week to Bertocchi Meats in Melbourne Australia - Initial test volume is 6600 lbs. – hopefully, we will grow into full containers.

- So-Cal locations – approx. 20 restaurants - won the cutting – Placed Natural Juice Honey Ham through Newport Meats - estimated usage is 40 cases a week

- OR - Valley River Inn (Eugene's signature hotel) - Converted to Daily's Applewood 37710 from Farmland – 15 cases per week in summer

- IL - Lindo's – 2 units – placed raw bacon – replaced Oscar Mayer – 10 cases/week

- Ben E. Keith - cutting took place last week and we were voted # 1 by a majority over Smithfield and Wright's – some still preferred Wright's over us. We have communicated pricing but early indications show that we are high – we are explaining our smoking and raw material differences that substantiate the pricing differences.

**SBF SALES**
Retail:
- Indian Hills Meat & Poultry – Wichita, has converted the majority of their existing Seaboard product lines to formula pricing. They have decided to dedicate the business to Seaboard and away from Tyson.
- We have another group of independent retail stores in Louisiana moving to convert to the PrairieFresh Natural program via SuperValu – Indianola. They have seen the difference in product and business that PFN has made for the Roberts Fresh Markets stores in New Orleans. This group of 4 large stores is the Big Star Supermarkets based out of Many, LA. Estimate they will add another 15 – 20K pounds per week to the distribution. Have more groups taking notice.

Foodservice:
- Bret Getzel has booked 14 loads of split medium spareribs with Golden Corral. These will be put down in the immediate market and then finish in late July. Just another piece of business to Golden Corral that we keep building upon and slowly taking away from JBS.
- We have our first sales to Heidi's Brooklyn Deli. This is a 24 unit chain that has 19 store locations in Colorado. They will be using 2500 - 3500 pounds of 67th Street BBQ Pulled Pork per month. This will distribute through Shamrock Foods in Denver.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                     SBF0066766

Processor Sales:
- Troy and Jill have successfully raised our pricing formula for cheek meat to Armour by $0.02 / lb.  This will add another $47,000.00 per year in incremental margin.

Export Sales:
- We have a new customer for distribution into Russia.  Grove Services purchased 6 containers of rollout hams this week.
- Able to sell front feet and hind feet into China at a $0.04 / lb. premium to previous week, while rest of the market is calling these down.

Market Update:
In general, product markets continued their sideways trend, just as they have for the past 2+ months.  The marketplace is anticipating higher prices, once we are in the post-Easter time frame, but being cautious as to the extent of any increases because of the amount of beef still being shown and the bookings on beef that have been made for April – May to date.  The hope is that with any bump we realize will prompt the buyers to believe we have seen the market bottom out and start being more aggressive with forward bookings to cover any features they have planned.   Believe we will get help with the shortening of hog numbers the next few weeks.  We are seeing shorter numbers for next week, than have been seen for several weeks.  Excel is leading the pack with bids at $66 cash ($86.50 in the meat), and have indicated they will run straight 8 hour shifts, instead of any overtime they have been running.  IPC has acknowledged the higher hog prices and will be cutting their kill by 1500 head per day next week.  Triumph Foods has a greater need for hogs next week than they have had for several weeks.  They will participate with Excel in supporting the top side of the USDA reported market.  Tyson believes hog numbers will continually tighten through the 1st part of June; at that point the number should be fairly steady until late Summer and we may see more hogs than the market has had to deal with for the past 2 – 3 years during the September – forward time frame.   We tend to agree with that general outlook.

From a product perspective; Retail product will end the week steady, hams are a weak steady, and bellies have the potential to give back $0.02 - $0.05 / lb.   Again, waiting to get past the long Easter weekend to see what buyers will be willing to do going forward.   Any upward turn should spur activity.  Margins should work their way higher and settle back into the $10 - $12 per head area in the next week or two.

**HIGH PLAINS BIOENERGY**
Plant is currently at full rates with few issues.

PLANT OPERATIONS:
- Production Target = 658,000 gallons; 94,000 gal/day
- Gallons Produced = 677,926 gallons; 96,846 gal/day
- % of Weekly Target = 103%
- 7,336,310 gallons produced year to date.
- On Pace % based on 32,810,000 gallon/year target = 89.0%
- Significant Down Time = none

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                              SBF0066767

Projects:
- ➢ Turpin tanks are full.
- ➢ Bleaching clay dryer is being tested.
- ➢ Waste water quality remains a high priority.

- Other Key Highlights: High Shear Mixer experiments have reduced catalyst consumption by 25%.

SALES & MARKETING UPDATE:
Despite a very quiet week in the market, HPB completed two physical trades which ostensibly sold out the plant through mid-May. We completed a trade with Pilot for an additional 350,000 April gallons, as well as a trade with Musket for 750,000 gallons for April and May. HPB also sold 500k RINs to VicNRG. VicNRG has agreed to take a portion of those RINs attached to outstanding physical gallons. Our current focus remains on liquidating our RIN position as well as maximizing profit margins on local truck sales. The market showed significant appreciation on Monday, but completely dried up after the RIN value failed to match the appreciation in the overage. RINs are trading @ 1.425 and overages range HO+ 1.68-74.

## HUMAN RESOURCES

- Jeanne and I had our follow up call with **Take Care Health Systems** and is summary here is where they are at
    - ➢ Their staffing costs compared to where we are at with CHS are double. G&A and Mgnt Fees are higher but their operating costs are lower given they have better purchasing power and between these two items they are basically even to where we are at with CHS.
    - ➢ The $320,000 increase with Take Care is all in salaries and wages which is consistent with CHS's evaluation 18 months into operations
  Jeanne and I would like to schedule a time to discuss with Terry, Bob, and others to make a determination where we go from here. This is obviously not going to be a decision based on ROI but rather one of our company health culture and how hard we want to influence the preventative management of our employees in field locations. In general I have more confidence in our first couple of meetings with Take Care because they seem to really understand their challenges in rural communities and they were very up front about costs. They do work with coal mining and gold mining in Nevada and Wyoming. Our current contract with CHS runs through September. I will work with Terry to determine schedules and a time to meet.
- **The Union signed our agreement** for the 15 minute run through as expected and we will get Terry's signature on Monday and will be ready to start on Monday April 16th.
- We have been looking into further possibilities with **TN visa's**. The TN visa is a product of the North American Free Trade Agreement (NAFTA), entered into between the U.S.A., Canada, and Mexico on December 17, 1992. One of the aims of NAFTA was to ease the movement of business/professional persons between the three countries. In order to qualify for a TN Visa, the beneficiary must meet certain educational/ work experience criteria. One of the approved positions under this visa is that of an "Animal Breeder" and we have hired 23 such people that were already working here in the states on the TN visa. They came to us

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                          SBF0066768

from other companies and this has been very positive. The down side of the TN visa is that it is not a permanent visa and must be renewed each year however that is a fairly easy process allowing the candidate to renew multiple times. Recently we have started our own process to begin recruiting from 2 different universities in Mexico City and will also be working with the university in Vera Cruz. We believe that we can fill 20 positions in Live Operations over the next 3 months which would help in some of our hard to fill regions. Additionally we have now determined that there is a very high probability that "maintenance technicians'" would also qualify for this type of visa. This would really open up a whole new avenue for us on equally hard to fill and highly competitive jobs in this area.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                  SBF0066769