# EXHIBIT 63
# (Filed Under Seal)

| | |
|---|---|
| **From:** | McConnell, Deb </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=WAOPDAM> |
| **To:** | Schrum, Skip |
| **CC:** | McConnell, Deb |
| **Sent:** | 8/31/2012 7:53:23 PM |
| **Subject:** | agristats hog cost page |
| **Attachments:** | Book24.xlsx |

Group is now 20 plus Tyson division for total of 21.

JBS and Beardstown, Smithfield (Main) do not track well with prior months…'but we reviewed their respective primal positions/rankings…and appear consistent.  Thus, 'name assignment' appears to be consistent with prior months.

Holler if any questions…


Be very confidential with this!!!!   Thanks, Debbie

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000538548

**PRODUCED IN NATIVE FORMAT**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    TF-P-000538549

## Agristats: Competitor Hog Cost Recap

| | Seaboard | | Hatfield | | JBS | | Beardstown | | Sioux Falls | | Smithfield | | Clinton | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cost / cwt. hot | Ranking | Cost / cwt. hot | Ranking | Cost / cwt. hot | Ranking | Cost / cwt. hot | Ranking | Cost / cwt. hot | Ranking | Cost / cwt. hot | Ranking | Cost / cwt. hot | Ranking |
| July | $ 78.58 | 3 | $ 78.20 | 2 | $ 78.83 | 4 | $ 80.83 | 13 | | | | | $ 72.89 | 1 |
| August | $ 85.11 | 14 | $ 81.70 | 1 | $ 82.08 | 3 | $ 85.79 | 15 | | | | | $ 86.30 | 16 |
| September | $ 83.93 | 15 | $ 80.28 | 5 | $ 81.29 | 9 | $ 85.46 | 16 | | | | | $ 82.42 | 12 |
| October | $ 72.01 | 10 | $ 72.67 | 14 | $ 74.01 | 16 | $ 77.24 | 17 | | | $ 72.53 | 12 | $ 70.98 | 5 |
| November | $ 69.45 | 17 | $ 65.49 | 12 | $ 66.73 | 16 | $ 64.74 | 9 | | | $ 63.42 | 5 | $ 61.98 | 1 |
| December | $ 71.49 | 17 | $ 68.82 | 4 | $ 71.47 | 16 | $ 69.77 | 11 | | | $ 70.26 | 14 | $ 66.87 | 1 |
| January | $ 77.06 | 17 | $ 73.35 | 3 | $ 74.96 | 9 | $ 74.41 | 5 | | | $ 71.04 | 1 | $ 73.20 | 2 |
| February | $ 83.42 | 9 | $ 81.60 | 3 | $ 80.07 | 1 | $ 81.63 | 4 | | | $ 83.67 | 10 | $ 81.00 | 2 |
| March | $ 85.48 | 14 | $ 83.52 | 2 | $ 82.32 | 1 | $ 85.39 | 13 | | | $ 84.82 | 9 | $ 83.90 | 3 |
| April '11 | $ 89.39 | 2 | $ 90.77 | 4 | $ 88.62 | 1 | $ 94.95 | 18 | | | $ 92.89 | 6 | $ 90.48 | 3 |
| May '11 | $ 88.78 | 1 | $ 90.42 | 3 | $ 89.33 | 2 | $ 96.17 | 18 | | | $ 92.83 | 11 | $ 91.50 | 4 |
| June '11 | $ 89.63 | 1 | $ 90.83 | 2 | $ 92.43 | 4 | $ 96.36 | 18 | | | $ 95.42 | 15 | $ 95.39 | 14 |
| July '11 | $ 94.49 | 3 | $ 94.91 | 4 | $ 93.73 | 2 | $ 100.43 | 16 | | | $ 101.56 | 17 | $ 97.77 | 13 |
| August '11 | $ 100.45 | 3 | $ 102.03 | 7 | $ 95.21 | 1 | $ 108.37 | 17 | | | $ 97.17 | 2 | $ 103.52 | 13 |
| September '11 | $ 90.19 | 14 | $ 89.54 | 12 | $ 87.74 | 8 | $ 93.01 | 18 | | | $ 91.53 | 17 | $ 89.49 | 10 |
| October '11 | $ 91.54 | 6 | $ 93.44 | 15 | $ 88.91 | 1 | $ 96.48 | 18 | | | $ 89.59 | 2 | $ 93.33 | 14 |
| November '11 | $ 83.90 | 1 | $ 87.04 | 17 | $ 85.96 | 10 | $ 89.26 | 18 | | | $ 85.52 | 6 | $ 85.13 | 2 |
| December '11 | $ 82.32 | 1 | $ 85.70 | 16 | $ 84.63 | 11 | $ 86.15 | 17 | | | $ 84.50 | 9 | $ 83.33 | 3 |
| January '12 | $ 81.72 | 1 | $ 84.39 | 11 | $ 84.09 | 10 | $ 84.75 | 12 | | | $ 81.91 | 2 | $ 86.11 | 18 |
| February '12 | $ 84.03 | 1 | $ 85.64 | 2 | $ 87.20 | 9 | $ 88.32 | 15 | | | $ 88.73 | 16 | $ 87.47 | 11 |
| March '12 | $ 81.82 | 1 | $ 86.57 | 10 | $ 88.61 | 16 | $ 89.09 | 17 | | | $ 91.27 | 18 | $ 86.57 | 10 |
| April '12 | $ 77.37 | 1 | $ 82.18 | 4 | $ 86.92 | 18 | $ 85.24 | 17 | | | $ 82.55 | 9 | $ 82.48 | 7 |
| May '12 | $ 77.88 | 1 | $ 81.24 | 3 | $ 87.16 | 21 | $ 82.30 | 10 | $ 81.60 | 5 | $ 82.86 | 18 | $ 81.93 | 8 |
| June '12 | $ 88.79 | 1 | $ 89.47 | 2 | $ 91.97 | 3 | $ 92.21 | 4 | $ 92.31 | 5 | $ 93.35 | 6 | $ 93.37 | 7 |
| 12 month simple avg | $ 86.21 | | $ 88.51 | | $ 88.51 | | $ 91.30 | | $ 86.96 | | $ 89.21 | | $ 89.21 | |

| | Waterloo | | Logansport | | Tarheel | | Crete | | Storm Lake | | Louisa | | Madison | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cost / cwt. hot | Ranking | Cost / cwt. hot | Ranking | Cost / cwt. hot | Ranking | Cost / cwt. hot | Ranking | Cost / cwt. hot | Ranking | Cost / cwt. hot | Ranking | Cost / cwt. hot | Ranking |
| July | $ 80.05 | 8 | $ 81.56 | 16 | $ 79.63 | 7 | | | $ 80.35 | 9 | $ 80.78 | 12 | $ 80.83 | 13 |
| August | $ 83.42 | 11 | $ 82.93 | 8 | $ 83.30 | 9 | | | $ 82.52 | 5 | $ 84.93 | 13 | $ 83.38 | 10 |
| September | $ 80.32 | 6 | $ 79.92 | 3 | $ 82.51 | 13 | | | $ 79.70 | 2 | $ 80.71 | 8 | $ 80.12 | 4 |
| October | $ 71.57 | 7 | $ 71.92 | 9 | $ 68.96 | 2 | | | $ 71.37 | 6 | $ 72.93 | 15 | $ 71.64 | 8 |
| November | $ 65.37 | 11 | $ 64.08 | 7 | $ 63.41 | 4 | | | $ 64.46 | 8 | $ 65.57 | 13 | $ 64.93 | 10 |
| December | $ 69.23 | 9 | $ 67.55 | 2 | $ 70.32 | 15 | | | $ 68.89 | 5 | $ 69.28 | 10 | $ 68.98 | 6 |
| January | $ 74.93 | 7 | $ 73.95 | 4 | $ 74.55 | 6 | | | $ 76.33 | 14 | $ 75.04 | 10 | $ 74.93 | 7 |
| February | $ 83.81 | 13 | $ 82.90 | 7 | $ 82.88 | 6 | | | $ 84.24 | 15 | $ 83.74 | 11 | $ 84.49 | 17 |
| March | $ 84.05 | 4 | $ 84.18 | 5 | $ 84.46 | 7 | | | $ 85.30 | 11 | $ 85.64 | 17 | $ 85.57 | 16 |
| April '11 | $ 93.28 | 8 | $ 93.87 | 11 | $ 93.56 | 9 | | | $ 94.19 | 14 | $ 93.70 | 10 | $ 94.61 | 16 |
| May '11 | $ 92.00 | 7 | $ 92.53 | 9 | $ 91.79 | 5 | | | $ 92.87 | 12 | $ 93.24 | 16 | $ 93.11 | 14 |
| June '11 | $ 93.30 | 7 | $ 94.64 | 12 | $ 91.94 | 3 | | | $ 93.80 | 9 | $ 93.53 | 8 | $ 94.03 | 11 |
| July '11 | $ 97.14 | 8 | $ 96.73 | 5 | $ 102.30 | 18 | | | $ 97.23 | 9 | $ 96.98 | 6 | $ 97.59 | 11 |
| August '11 | $ 102.40 | 9 | $ 102.69 | 11 | $ 101.94 | 5 | | | $ 102.40 | 9 | $ 103.08 | 12 | $ 100.66 | 4 |
| September '11 | $ 82.59 | 2 | $ 84.21 | 6 | $ 89.91 | 13 | | | $ 86.53 | 1 | $ 83.79 | 7 | $ 83.87 | 5 |

| Month | Denison Cost/cwt hot | Rank | Tyson Division Cost/cwt hot | Rank | PSF Cost/cwt hot | Rank | Ottumwa Cost/cwt hot | Rank | Monmouth Cost/cwt hot | Rank | IPC Cost/cwt hot | Rank | Triumph Cost/cwt hot | Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| October '11 | $ 91.59 | 7 | $ 92.82 | 12 | $ 92.45 | 10 |  |  | $ 91.25 | 3 | $ 92.34 | 9 | $ 91.51 | 5 |
| November '11 | $ 85.47 | 5 | $ 86.93 | 15 | $ 85.91 | 9 |  |  | $ 85.41 | 4 | $ 86.35 | 12 | $ 85.82 | 8 |
| December '11 | $ 84.82 | 13 | $ 84.55 | 10 | $ 84.13 | 6 |  |  | $ 83.65 | 5 | $ 84.73 | 12 | $ 83.62 | 4 |
| January '12 | $ 82.41 | 3 | $ 84.04 | 9 | $ 85.92 | 15 |  |  | $ 83.12 | 5 | $ 83.61 | 7 | $ 83.69 | 8 |
| February '12 | $ 86.07 | 3 | $ 86.61 | 6 | $ 87.88 | 13 |  |  | $ 87.11 | 8 | $ 87.71 | 12 | $ 86.54 | 4 |
| March '12 | $ 84.25 | 2 | $ 85.71 | 6 | $ 86.11 | 8 |  |  | $ 85.48 | 5 | $ 86.73 | 12 | $ 85.73 | 7 |
| April '12 | $ 81.10 | 2 | $ 82.70 | 10 | $ 83.07 | 12 |  |  | $ 82.39 | 6 | $ 82.54 | 8 | $ 83.03 | 11 |
| May '12 | $ 80.93 | 2 | $ 81.57 | 4 | $ 81.89 | 7 | $ 82.76 | 16 | $ 81.75 | 6 | $ 82.37 | 11 | $ 82.23 | 9 |
| June '12 | $ 93.42 | 8 | $ 93.69 | 9 | $ 93.75 | 10 | $ 93.81 | 11 | $ 94.09 | 12 | $ 94.40 | 13 | $ 94.50 | 14 |
| 12 month simple avg | $ 87.68 |  | $ 88.52 |  | $ 89.61 |  | $ 88.29 |  | $ 88.37 |  | $ 88.72 |  | $ 88.23 |  |

| Month | Denison Cost/cwt hot | Rank | Tyson Division Cost/cwt hot | Rank | PSF Cost/cwt hot | Rank | Ottumwa Cost/cwt hot | Rank | Monmouth Cost/cwt hot | Rank | IPC Cost/cwt hot | Rank | Triumph Cost/cwt hot | Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| July |  |  |  |  | $ 80.56 | 11 |  |  | $ 78.92 | 5 | $ 80.45 | 10 | $ 79.24 | 6 |
| August |  |  |  |  | $ 84.56 | 12 |  |  | $ 82.79 | 7 | $ 82.73 | 6 | $ 82.50 | 4 |
| September |  |  |  |  | $ 83.73 | 14 |  |  | $ 81.98 | 10 | $ 80.64 | 7 | $ 82.15 | 11 |
| October |  |  |  |  | $ 70.70 | 4 |  |  | $ 69.88 | 3 | $ 72.57 | 13 | $ 68.17 | 1 |
| November |  |  |  |  | $ 63.69 | 6 |  |  | $ 62.83 | 3 | $ 66.01 | 15 | $ 62.72 | 2 |
| December |  |  |  |  | $ 69.78 | 12 |  |  | $ 69.04 | 7 | $ 70.22 | 13 | $ 68.59 | 3 |
| January |  |  |  |  | $ 76.08 | 13 |  |  | $ 75.10 | 11 | $ 77.02 | 16 | $ 75.10 | 11 |
| February |  |  | $ 83.79 | 12 | $ 84.35 | 16 |  |  | $ 83.40 | 8 | $ 85.51 | 18 | $ 82.62 | 5 |
| March |  |  | $ 85.04 | 10 | $ 85.38 | 12 |  |  | $ 84.97 | 8 | $ 86.72 | 18 | $ 84.38 | 6 |
| April '11 |  |  | $ 94.66 | 17 | $ 93.18 | 7 |  |  | $ 94.29 | 15 | $ 94.14 | 13 | $ 92.22 | 5 |
| May '11 |  |  | $ 93.18 | 15 | $ 92.66 | 10 |  |  | $ 92.88 | 13 | $ 94.82 | 17 | $ 92.00 | 7 |
| June '11 |  |  | $ 93.89 | 10 | $ 95.94 | 17 |  |  | $ 95.89 | 16 | $ 93.20 | 6 | $ 95.38 | 13 |
| July '11 |  |  | $ 97.33 | 10 | $ 98.19 | 14 |  |  | $ 97.76 | 12 | $ 98.37 | 15 | $ 92.40 | 1 |
| August '11 |  |  | $ 102.08 | 8 | $ 105.78 | 16 |  |  | $ 105.66 | 15 | $ 104.18 | 14 | $ 108.49 | 18 |
| September '11 |  |  | $ 84.76 | 3 | $ 91.12 | 15 |  |  | $ 91.19 | 16 | $ 89.01 | 9 | $ 89.53 | 11 |
| October '11 |  |  | $ 91.94 | 8 | $ 94.13 | 16 |  |  | $ 94.42 | 17 | $ 92.87 | 13 | $ 92.53 | 11 |
| November '11 |  |  | $ 86.12 | 11 | $ 86.81 | 14 |  |  | $ 86.55 | 13 | $ 86.94 | 16 | $ 85.20 | 3 |
| December '11 |  |  | $ 84.35 | 8 | $ 84.93 | 15 |  |  | $ 84.85 | 14 | $ 86.18 | 18 | $ 83.15 | 2 |
| January '12 |  |  | $ 83.41 | 6 | $ 85.92 | 15 |  |  | $ 86.01 | 17 | $ 85.08 | 13 | $ 85.57 | 14 |
| February '12 |  |  | $ 86.86 | 7 | $ 89.81 | 18 |  |  | $ 88.97 | 17 | $ 86.54 | 4 | $ 88.20 | 14 |
| March '12 |  |  | $ 85.42 | 4 | $ 87.67 | 14 |  |  | $ 88.13 | 15 | $ 86.41 | 9 | $ 87.02 | 13 |
| April '12 |  |  | $ 82.26 | 5 | $ 83.98 | 16 |  |  | $ 83.91 | 15 | $ 83.34 | 14 | $ 83.21 | 13 |
| May '12 | $ 82.72 | 14 | $ 86.56 | 20 | $ 82.41 | 12 | $ 82.74 | 15 | $ 82.41 | 12 | $ 83.44 | 19 | $ 82.85 | 17 |
| June '12 | $ 94.71 | 15 | $ 94.78 | 16 | $ 94.82 | 17 | $ 94.94 | 18 | $ 95.28 | 19 | $ 95.39 | 20 | $ 96.34 | 21 |
| 12 month simple avg | $ 88.72 |  | $ 88.82 |  | $ 90.46 |  | $ 88.84 |  | $ 90.43 |  | $ 89.81 |  | $ 89.54 |  |

Note: Tyson plants' hogcost has been factored 'up' (by SL ratio) to include Procurement costs that are included in Agri. (Approx. $.50/cwt. Live or $.68/cwt. Dressed)

Pg. 2