# EXHIBIT 64
# (Filed Under Seal)

**From:** McConnell, Deb </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=WAOPDAM>
**To:** Schaecher, Brandon; Coburn, Crystal
**Sent:** 5/7/2012 2:38:43 PM
**Subject:** 03_2012 Swine Processing, ALTER RUN
**Attachments:** 2012_03_SWPRO_72_ALTER_01234567.PDF

Please get March completed as soon as you can......

Crystal - we want the companies WRITTEN in our book...as we determine who is who...then make copies of that...so others do not have to re-identify.....thanks, Debbie
-----Original Message-----
From: tdanko-dess@AgriStats.com [mailto:tdanko-dess@AgriStats.com]
Sent: Monday, May 07, 2012 9:37 AM
To: McConnell, Deb
Subject: 03_2012 Swine Processing, ALTER RUN

Agri Stats, Inc.
6510 Mutual Drive
Fort Wayne, IN 46825
phone: 260.407.2700
fax: 260.407.2710
CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure. If you are not the intended recipient of this email or the attachments, be aware that any disclosure, copying, distribution or use of this email or any attachment is strictly prohibited and you should not read the message or read or open any attachment. If you have received this email by mistake, please immediately notify the sender and delete it permanently from your system. Agri Stats, Inc. and its subsidiaries will not be held liable to any person or entity resulting from the unintended or unauthorized use of any information contained in this email.