# EXHIBIT 65
# (Filed Under Seal)

# Primal Strategy Analysis—2012 Quarter #3

The return per hog was $42.70 for the 3rd Quarter of Fiscal 2012. This signifies the best Q3 return in the last 5 years at nearly $6.67/hog above the 4 year average. With a harvest of approximately 606k head for the 3rd quarter, this equates to over $4mm in added Contribution Margin. Total return was $6.47/hog above the same time last year, of which $7.38/hog (114%) can be attributed to Fresh/Rendering. Key drivers of results include Fresh Bellies and Loins, as well as Offal and Inedible. These occurrences will be explained in greater detail in the sections below.





### Belly-Total Summary

The belly primal had the third highest $ per hog return over the past 5 years and nearly $.85 greater than the 4yr running average. The Value Added conversion % was the highest it's been over the past five years at 68%.

### Belly-Fresh Summary

The Fresh Belly complex saw it's highest return per hog over the past 5 years, even after selling approximately 835,000 less lbs than last year and 185,000 lbs less than the 4 yr average. Although volume is significantly down, CM is up approximately $440k vs. the 4yr. average as well as last year. The Margin variance is $.09 vs. the 4yr average and $.12 vs. last year. The margin increase can be explained simply as we have had an available supply with advanced sales notice to our customer base. This has positioned us as a "go to" supplier and that has given us the ability to have pricing courage.

### Belly– Value Added Summary

The Value Added portion of the belly primal had the third highest return per hog over the past 5 years with a decrease over last year of $1.38 per hog and $.04 over the 4yr average. Foodservice sales volume for Q3 was approximately 585,000lbs and $490K higher than the running 4yr. However, sales were still approximately 57k lbs below LY for the quarter. The Retail



sales volume was down approximately 443,000lbs while contribution $ was also down $352k against the 4 yr. average. The Retail 4yr average, and specifically last year, is overstated due to 2011Q3 contribution $. This overstatement is a direct result of missed accrual dollars for the quarter.

| Bottom 5 Bacon | | | | | Top 5 Bacon | | | |
|---|---|---|---|---|---|---|---|---|
| Customer | 2012.Q3 | 2011.Q3 | Variance | | Customer | 2012.Q3 | 2011.Q3 | Variance |
| AWI | 131,871 | 317,105 | -185,235 | | Patrick Cudahy Inc | 347,087 | - | 347,087 |
| Raymond J. Adams | 40,000 | 157,038 | -117,038 | | Campbell's | 183,200 | 6,400 | 176,800 |
| USF-Metro | 59,175 | 146,070 | -86,895 | | Sysco Metro NY | 236,265 | 96,198 | 140,067 |
| Giant - Ahold | 254,448 | 320,856 | -66,408 | | Carriage Hill Foods | 285,978 | 173,107 | 112,871 |
| USF-Allentown | 248,421 | 310,860 | -62,439 | | Weis | 122,040 | 33,768 | 88,272 |

The adjustment was made in Q4 and resulted in a margin fluctuation of $.54 per lb. from 2011.Q3 to 2011.Q4. The $ impact of this accrual error was $.93 on a per hog basis, which would have reduced Q3 2011 to $8.39 for VA and $10.71 total.

**Project Summary:**
Recent:
*Market Basket - 200k lbs annually*
*Magnolia Beef - 550k lbs annually*

## Ham-Total Summary
The ham primal this year had the second worst $/hog return for Q3 compared to the past 5 years at $8.26/hog. The lowest return being $4.78/hog in 2010 Q3 and the highest being $10.36/hog in 2009 Q3. This year compared to last, the fresh rate increased $.0275/lb while the value added rate stayed constant. Our overall volume declined by 290k lbs with the decrease being in value added product while the total CM$ decreased $85k. The mix % for fresh grew to 55% of the total sales this year for Q3 while 45% was sold value added.

**Ham—Fresh Summary**
The fresh rate on hams this year was at $.0529/lb compared to $.0254/lb last year. Despite the rate increase over last year by more than double we were able to pick up an additional 804k lbs of fresh business and make an additional $373k. However, keep in mind that the increase in fresh was largely due to the decline in value-added. The fresh ham combos had an approximate $275k improvement year over year. Most of the pounds and dollars are with Al & John's. This was a result of raising the "overage" due to freight



costs. Also, according to agristats we rank #1 on net selling price for whole bone-in hams and #2 on whole boneless hams. We picked up 1.23mm lbs at Carriage Hill Foods, and 615k lbs at Suncrest Farms Country Hams largely explaining to YOY variance. Sherwood Food Dist-Miami and Dietz & Watson were down 757k lbs combined on fresh.

**Ham– Value Added Summary**
The value added rate on hams this year for Q3 was at $.042/lb which was the same last year at

this time. However, our overall value added volume dropped 1.95mm lbs as well as -$485k. A large portion of this decline is from Trafon which dropped 498k lbs. Other customers that have declined this year vs. last year were Campbell's (244k lbs), Supervalu Acme (96k lbs), Sherwood Food Dist-Miami (83k lbs) and AWI (73k lbs). On the flip side, Cameco (179k lbs), Topco (145k lbs) and Wakefern (107k lbs) showed the biggest growth.

**Project Summary:**
*Future:*
*Subway black forest ham*
*Ahold PL buffet ham*
*AWI PL hams*

## Trimming-Total Summary



The Return per Hog YOY for VA is the second lowest in the last 5 years. Our Fresh return, in contrast, is the highest it has been in the last 5 years. Overall our total return is being driven by the increased fresh rate but it is being mitigated by a negative miscellaneous variance. The misc variance is primarily driven by the fact we have sold fewer trimmings and fewer trimmings per hog vs. LY as a result of inventory strategy.

**Trimming—Fresh Summary**
This past Quarter we experienced our greatest return on fresh trimmings over the last 5 years. The main driver of this is 42% lean blend combos. Sales are down 1.1 mm lbs YOY but dollars earned are up $64k. Essentially we have sold fewer trimmings for more money than in years past. The channel driving the trimmings gains is the Fresh/Bulk Channel, up $213,000 vs. LY (North Side Food Corps, Cibao Meats and Rudolph Foods). Additionally, over all fresh trimming sales are down about 840k lbs YOY. The by product of this is an increase in frozen trimmings inventory, which overall is up roughly 3x (1.5 mm lbs). The decreased sales and increased inventory can be attributed to putting down trimmings on lower markets in an effort to sell them on higher markets in the spring.



**Trimming—Value Added Summary**
Over the past five years, this year has been the worst in regards to return for VA. This is driven by the lost Wawa business -$272k and Retail -$99k. Retail losses are driven by Deli Other. Additionally we have sold the fewest amounts of VA trimming products in the past five years this year and are below last year sales by 800k lbs (This is due to reformulations in our franks where we have increased the poultry percentage by 22% as well as the lost Wawa FC Patty business.)

**Project Summary:**
*Future:*

*Frozen Trimmings Execution*

## Loin-Total Summary

Loins had their second-best Q3 return per hog in five years. Fresh returns were the best in three years, and value added were the best in five years. Value added loin sales pounds were 8% of all loin sales pounds this year, which is the highest Q3 value added percentage in five years. But red meat loin sales pounds at 92% still make up the lion's share of loin sales pounds. Calendar 2011 was a record-setting year for pork exports, and domestic buyers and sellers were seemingly taken by surprise as domestic prices dropped when export demand waned considerably starting in November. CFG was similarly taken by surprise, as out-front quotes given to customers for December loins delivered considerably more contribution margin than expected. The single biggest likely contributor to the weakening of the market was that China effectively "closed its doors" to new pork import orders about that time (while allowing already "booked" orders to be filled), but other factors contributed as well, one of which was the recent strengthening of the U.S. Dollar.



### Loin—Fresh Summary

Boning spreads turned from favorable to unfavorable early in the quarter, and proceeded to flip-flop back and forth for most of the quarter, with more time on the negative side of the equation that on the positive side. But the aforementioned "market surprise" treated CFG well on the two highest-volume forms, bone-in and boneless loins, and boneless sirloins as well. Most of CFG's unfavorable calendar 2011 backrib contracts expired in December and more favorable contracts began in January, but due to end-user "billbacks" and late filling of contracted 2011 quantities backribs remained at a net loss of $0.29/hog, although at some improvement to last year. Tenderloins continued to cost CFG, reaching a five-year low @ a loss of $0.12/hog. CFG remains delisted from Russian import, which takes away an important margin-enhancement opportunity.

### Loin—Value Added Summary

Q3 was a happy quarter for value-added loin contributions, with five-year highs on marinated loin filets ($0.52/hog), marinated tenderloins ($0.56/hog), and bone-in smoked loins ($0.50/hog). Some of the increase in bone-in smoked loin returns was due to increasing the smoked loin pump, and that advantage will continue into the future. Another bright spot is that the premium reserve line is beginning to add more significant value to the loin, rising to $0.27/hog.

### Project Summary:
*Recent:*
*Calendar 2012 backrib bids/contracts based on calendar **2011** backrib market*
*Future:*
*Another attempt to get greater Applebees Riblet business*
*Sysco Butcher Block Prime Pork*
*Acme case ready volume improvements*

HIGHLY CONFIDENTIAL

*Loin improvement task force*

### Picnic-Total Summary

Of the last 5 years, this year has yielded the greatest return for our picnics used in Value added product as well as the highest return for Fresh product. The graph below details in thousands the gains YOY in picnics. The three main



drivers are our VA rate, fresh rate and our product mix, which each contribute roughly a $400k YOY. These positive benefits are directly related to the use of our own picnics for Nick's Sausage.

### Picnic—Fresh Summary

Fresh Picnics saw their highest return per hog over the last 5 years. This is driven by pricing courage and the internalization of Picnics for use in the Nick's Sausage line. Fresh volumes are down and those are being driven by bone in picnics and long cut shoulders. The rate on fresh this year though is up a $.05/lb vs. last year and is being driven by IFH Hickory, Wakefern and Bogopa.

### Picnic—Value Added Summary

Value added return over the past 5 years is greatest this year. The internalization of the Nick's line has allowed us to move fresh picnics up the value chain and convert them into value added product. Retail Sausage sales have also performed well vs. the prior three years, up $141k dollars vs. 2010 levels. In total as a percentage of business makeup, for Q3 the use of our own picnics has added 12% more sales to the value added side making our current split 71% fresh and 29% value added.

### Project Summary:
*Future:*
*1 # Combo Pack Sweet/Hot Sausage*
*Water (in ice form) to Hatfield Hot Sausage*

### Butt-Total Summary

The butt primal this year had the second best $/hog return for Q3 compared to the past 5 years at $1.34/hog. The highest return being $1.47/hog in 2009 Q3. This year vs. last year the fresh rate increased $.01/lb



while the value added rate increased $.09/lb. Our overall volume increased as well by 179k lbs with all the growth being in fresh while the total CM$ increased $105k. 99% of the butt primal is sold as fresh product.

**Butt—Fresh Summary**
The fresh rate on butts at $.08/lb is the highest since 2009. Even though our rate increased over last year on fresh, this did not have a negative affect on our overall fresh volume sold out the door this year vs. last year as we were able to pick up some new fresh business with Glenn Bros. Meat Co. +207k lbs and New Day Top Trading Inc. +160k lbs as well as grow existing business with Topco +144k lbs and Market Meats +141k lbs to name some of the big drivers. The sku's with the biggest increases this year vs. last year were the Boston Butt, Neck-on ¼" +545k lbs, Bnls Butts, Vac* +255k lbs and the Steakready Butt 1pc, Vac* +104k lbs which was new sales we picked up at Topco.

**Rib-Total Summary**
The Rib primal had a return of $.48 per hog in Q3, which is the second lowest in the past 5 years and $.20 lower than last year. Greater than 99% of ribs are sold as "Fresh", which has been the trend over the past five years. The rib primal continues to have the lowest return of all the primals on a $ per hog basis.

**Rib—Fresh Summary**
The fresh rate on ribs at $.06/lb was the lowest since 2008 and $.04/lb lower than the 4yr average. In 2009 and 2010 had per lb rate at $.13 each year. The summer contract process is roughly 85% complete. There should be roughly 1.5mm lbs of unplanned spare ribs to sell over the next 4 months. The current push is to find buyers for this volume.

**Project Summary:**
*Recent:*
*Closed opportunity with Sysco Eastern Maryland and US Allentown*
*Sonny's BBQ pulled out of contract = 1.2mm lbs*



**Offal/Rendering- Total Summary**
Offal returns improved by $1.15/hog to $3.87/hog, the highest return in five years, and probably the highest ever. Fat back was up by $0.75/hog to an incredible $1.16/hog, well above CFG's return per hog on bone-in loins! Ears were up by $0.51/hog to $0.71/hog, exceeding by a hair CFG's return per hog on bone-in loins! The other top increases were headmeat (up by $0.20/hog to $0.24/hog), bellie skins (up by $0.17/hog to $0.32/hog), hind feet (up by $0.09/hog to $0.09/hog, probably because of "China in the market"), and bungs (up by $0.07/hog to -$0.01/hog).

**Lard – Total Summary:**
Lard sales pounds were the lowest in five years and lard contribution margin dollars were the second highest in five years, leading to the greatest contribution per lb by far ($.17/lb) in those

HIGHLY CONFIDENTIAL
CLMNS-0000042580

five years. Those results are certainly linked to some degree with the incredible value of fatback, mentioned above. The CFG strategy has been to try to capture all fatback as fatback, and send none of it to lard rendering. CFG increased lard prices on October 1, 2011, and has held its ground since then.

**Inedible – Total Summary**:



As good as the most recent mucosa resin contract has been for CFG (up $0.12/hog from last year to $0.83/hog), it was eclipsed in Q3 by Bonemeal. Bonemeal increased its return from last year by $0.32/hog to $0.83/hog. Grease also improved dramatically by $0.80/hog (from a negative last year) to $0.58/hog. Note that all three of these inedible product returns exceed CFG's return per hog on bone-in loins.

**Project Summary:**
*Recent:*
*Favorable quarterly grease contract with Del Monte*
*Future:*
*Butterflied stomachs*



HIGHLY CONFIDENTIAL

## Agistats Comparative Trends

| | | 2009.01 | 2009.02 | 2009.03 | 2009.04 | 2010.01 | 2010.02 | 2010.03 | 2010.04 | 2011.01 | 2011.02 | 2011.03 | 2011.04 | 2012.01 | 2012.02 | 2012.03 | 2012.04 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BACK RIBS | Price Impact per lb | $ (0.01) | $ 4.26 | $ 4.96 | $ 5.39 | $ 16.96 | $ 16.26 | $ 9.91 | $ 6.94 | $ 5.47 | $ 0.61 | $ 0.97 | $ 4.38 | $ 6.51 | $ 10.08 | $ 14.13 | |
| | Price Impact $ | $ (1,481) | $ 17,331 | $ 22,656 | $ 20,354 | $ 85,348 | $ 57,548 | $ 57,548 | $ 32,350 | $ 144 | $ (18,244) | $ 7,812 | $ 26,015 | $ 36,180 | $ 58,575 | $ (110,891) | |
| | Mix Impact per lb | $ 0.01 | $ 0.62 | $ 0.29 | $ (9.26) | $ (6.25) | $ (4.53) | $ (4.21) | $ (16.26) | $ (10.43) | $ (2.35) | $ (1.31) | $ (3.39) | $ (2.86) | $ (2.83) | $ 2.68 | |
| | Mix Impact $ | $ 66,511 | $ 1,591 | $ 5,929 | $ (43,405) | $ (32,245) | $ (26,410) | $ (28,847) | $ (93,299) | $ (20,492) | $ (86,594) | $ (11,426) | $ (82,914) | $ (151,997) | $ (179,966) | $ 22,894 | |
| BONE-IN BUTTS | Price Impact per lb | $ 4.33 | $ 5.40 | $ 4.82 | $ 4.88 | $ 4.53 | $ 5.45 | $ 3.91 | $ 2.61 | $ 4.54 | $ 5.35 | $ 4.60 | $ 5.74 | $ 5.95 | $ 6.48 | $ 4.60 | $ 6.94 |
| | Price Impact $ | $ 106,021 | $ 134,599 | $ 125,293 | $ 107,241 | $ 103,448 | $ 124,861 | $ 91,450 | $ 77,689 | $ 119,592 | $ 124,350 | $ 121,639 | $ 138,829 | $ 133,348 | $ 144,305 | $ 124,238 | $ 171,693 |
| | Mix Impact per lb | $ 0.15 | $ 0.59 | $ 0.66 | $ 0.45 | $ 0.03 | $ 0.05 | $ 0.11 | $ 0.18 | $ 0.12 | $ 0.03 | $ 0.03 | $ 0.11 | $ 0.29 | $ 0.43 | $ 0.55 | $ 0.02 |
| | Mix Impact $ | $ 88,192 | $ 66,808 | $ 15,231 | $ 24,603 | $ 11,349 | $ (2,890) | $ (31,149) | $ 41,017 | $ 62,673 | $ 49,666 | $ 14,643 | $ 31,107 | $ 9,772 | $ 11,068 | $ (15,335) | $ (29,441) |
| BONE-IN HAMS | Price Impact per lb | $ 1.35 | $ 2.35 | $ 4.01 | $ 2.38 | $ 2.87 | $ 2.46 | $ 3.07 | $ 3.66 | $ 2.10 | $ 2.32 | $ 2.93 | $ 2.12 | $ 1.65 | $ 2.92 | $ 3.92 | $ 2.41 |
| | Price Impact $ | $ 54,636 | $ 83,766 | $ 167,363 | $ 72,570 | $ 82,212 | $ 66,911 | $ 91,450 | $ 136,255 | $ 81,092 | $ 67,332 | $ 103,606 | $ 61,710 | $ 56,941 | $ 87,556 | $ 160,250 | $ 91,409 |
| | Mix Impact per lb | $ 0.01 | $ 0.13 | $ 0.18 | $ 0.13 | $ 0.18 | $ 0.01 | $ 0.05 | $ 0.45 | $ 0.04 | $ 0.03 | $ (0.14) | $ 0.02 | $ 0.21 | $ 0.15 | $ 0.49 | $ 0.54 |
| | Mix Impact $ | $ 88,192 | $ 19,350 | $ 30,025 | $ 113,028 | $ 53,872 | $ (23,507) | $ 20,977 | $ (18,157) | $ 9,709 | $ (18,461) | $ 5,177 | $ (10,543) | $ 6,476 | $ (11,148) | $ 19,077 | $ (20,693) |
| BONE-IN LOINS | Price Impact per lb | $ 4.68 | $ 4.29 | $ 7.55 | $ 8.72 | $ 4.55 | $ 1.91 | $ 3.66 | $ 3.05 | $ 3.62 | $ 2.76 | $ 2.19 | $ 0.56 | $ 0.13 | $ 0.50 | $ 2.41 | $ 0.11 |
| | Price Impact $ | $ 127,025 | $ 117,352 | $ 217,327 | $ 227,039 | $ 109,228 | $ 66,821 | $ 93,656 | $ 79,367 | $ 91,866 | $ 63,496 | $ 50,594 | $ 36,611 | $ 3,962 | $ 5,551 | $ 56,960 | $ (2,812) |
| | Mix Impact per lb | $ 4.04 | $ 1.99 | $ 3.18 | $ 1.73 | $ 1.88 | $ 0.93 | $ 0.15 | $ 0.45 | $ 0.24 | $ (2.34) | $ (0.14) | $ (4.76) | $ (1.01) | $ (2.79) | $ (1.15) | $ 1.35 |
| | Mix Impact $ | $ 109,239 | $ 53,870 | $ 87,527 | $ (22,945) | $ 55,769 | $ 63,759 | $ (3,573) | $ 164,262 | $ 11,454 | $ (59,181) | $ (49,444) | $ (105,517) | $ (26,294) | $ (65,503) | $ (30,242) | $ 31,387 |
| BONE-IN PICNICS | Price Impact per lb | $ (0.25) | $ (0.15) | $ (0.13) | $ 0.81 | $ (0.37) | $ 0.06 | $ 0.09 | $ 0.50 | $ 0.01 | $ 0.49 | $ 0.34 | $ (0.70) | $ (0.25) | $ (0.19) | $ (0.52) | $ (0.72) |
| | Price Impact $ | $ (4,261) | $ (2,849) | $ (2,117) | $ 11,054 | $ (4,421) | $ 11,516 | $ 15,160 | $ 8,536 | $ 11,142 | $ 4,784 | $ 6,032 | $ (24,546) | $ (3,629) | $ (2,991) | $ (7,164) | $ 36,323 |
| | Mix Impact per lb | $ 0.35 | $ 0.22 | $ 0.60 | $ 7.66 | $ 0.55 | $ 5.49 | $ 4.01 | $ 2.06 | $ 5.10 | $ 3.37 | $ 0.38 | $ 0.13 | $ 0.67 | $ 1.67 | $ 8.67 | $ 1.36 |
| | Mix Impact $ | $ 17,444 | $ 36,699 | $ 28,758 | $ 99,588 | $ 80,936 | $ 59,519 | $ 57,712 | $ 38,000 | $ 78,756 | $ 63,267 | $ 60,735 | $ 88,171 | $ 96,879 | $ 110,642 | $ 115,542 | $ 110,938 |
| BONELESS BUTTS | Price Impact per lb | $ 7.97 | $ 9.19 | $ 9.13 | $ 11.97 | $ 16.53 | $ 13.96 | $ 7.35 | $ 3.19 | $ 7.98 | $ 2.89 | $ 1.10 | $ (2.73) | $ (5.31) | $ (3.10) | $ (4.04) | $ 1.95 |
| | Price Impact $ | $ 19,422 | $ 22,855 | $ 26,489 | $ 31,161 | $ 48,310 | $ 39,080 | $ 26,220 | $ 9,961 | $ 27,426 | $ 8,936 | $ (6,186) | $ (9,739) | $ (21,095) | $ (13,456) | $ (19,063) | $ (4,476) |
| | Mix Impact per lb | $ 0.08 | $ 0.13 | $ 0.06 | $ 0.34 | $ 2.39 | $ 2.44 | $ 2.28 | $ 1.91 | $ 1.44 | $ 1.45 | $ 1.34 | $ 2.81 | $ 5.99 | $ 4.30 | $ 1.57 | $ 6.71 |
| | Mix Impact $ | $ 39,155 | $ 29,973 | $ 11,533 | $ 1,867 | $ (7,340) | $ (6,508) | $ 10,038 | $ 40,580 | $ 45,300 | $ 39,683 | $ 62,978 | $ 72,351 | $ 60,888 | $ 56,597 | $ 50,182 | $ 31,315 |
| BONELESS HAMS | Price Impact per lb | $ 5.25 | $ 8.24 | $ 7.36 | $ 10.58 | $ 0.86 | $ 1.09 | $ 6.33 | $ 11.33 | $ (1.40) | $ 2.33 | $ 8.37 | $ 4.20 | $ 9.04 | $ 10.93 | $ 12.80 | $ 19.15 |
| | Price Impact $ | $ 16,060 | $ 24,149 | $ 16,013 | $ 22,535 | $ 5,647 | $ 11,757 | $ 53,549 | $ 40,432 | $ (2,107) | $ 9,507 | $ 29,731 | $ 24,116 | $ 63,223 | $ 47,086 | $ 58,347 | $ 90,231 |
| | Mix Impact per lb | $ 4.49 | $ 4.11 | $ 7.44 | $ 10.56 | $ 12.36 | $ 7.01 | $ 2.77 | $ 4.30 | $ 3.67 | $ 0.79 | $ 11.40 | $ 17.96 | $ 10.17 | $ 1.06 | $ 20.02 | $ 17.01 |
| | Mix Impact $ | $ 45,537 | $ 42,894 | $ 16,617 | $ 22,118 | $ 64,868 | $ 43,620 | $ 13,340 | $ 14,454 | $ 22,543 | $ 32,454 | $ 75,524 | $ 89,196 | $ 80,797 | $ 47,501 | $ 91,938 | $ 59,668 |

| Category | Metric | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BONELESS LOINS | Price Impact per lb | $ 4.13 | $ 9.59 | $ 1.33 | $ 11.07 | $ 4.35 | $ 6.31 | $ 4.59 | $ 5.55 | $ 2.96 | $ 5.03 | $ 0.38 | $ 3.55 | $ 0.66 | $ 5.89 | $ 0.70 | $ 2.36 |
| | Price Impact $ | $ 91,816 | $ 240,924 | $ 312,839 | $ 304,560 | $ 141,057 | $ 148,199 | $ 77,424 | $ 142,354 | $ 29,108 | $ 87,199 | $ 121,041 | $ 30,759 | $ 60,444 | $ 138,098 | $ 97,406 | |
| | Mix Impact per lb | $ (3.56) | $ (16.19) | $ (13.41) | $ (15.04) | $ (14.01) | $ (0.90) | $ (7.30) | $ (1.18) | $ (15.04) | $ (1.25) | $ (13.38) | $ (1.65) | $ (19.40) | $ (0.52) | $ (16.21) | |
| | Mix Impact $ | $ (369,162) | $ (408,493) | $ (361,362) | $ (453,454) | $ (398,016) | $ (257,291) | $ (311,837) | $ (375,806) | $ (391,996) | $ (439,072) | $ (468,520) | $ (418,314) | $ (366,304) | $ (414,705) | $ (565,300) | $ (562,165) |
| BONELESS PICNICS | Price Impact per lb | $ 7.92 | $ 13.67 | $ 2.76 | $ 11.82 | $ 4.94 | $ 4.59 | $ 6.54 | $ 4.57 | $ 6.86 | $ 2.42 | $ 5.89 | $ 3.13 | $ 5.21 | | | |
| | Price Impact $ | $ 26,340 | $ 41,066 | $ 41,270 | $ 50,242 | $ 27,574 | $ 30,532 | $ 34,931 | $ 72,530 | $ 30,435 | $ 34,878 | $ 37,917 | $ 46,719 | $ 17,269 | $ 43,401 | $ 28,050 | $ 43,635 |
| | Mix Impact per lb | $ 2.23 | $ 11.23 | $ 17.64 | $ 15.56 | $ 7.88 | $ 19.37 | $ 19.32 | $ 4.85 | $ 15.23 | $ 12.09 | $ 10.25 | $ 11.11 | $ 12.06 | $ 19.93 | $ 17.21 | |
| | Mix Impact $ | $ 41,257 | $ 33,905 | $ 57,306 | $ 79,170 | $ 85,382 | $ 104,012 | $ 124,341 | $ 94,365 | $ 81,781 | $ 75,667 | $ 92,508 | $ 70,906 | $ 81,108 | $ 122,638 | $ 144,186 | |
| EBP - HEADS | Price Impact per lb | $ 2.35 | $ 3.24 | $ 0.93 | $ 3.60 | $ 5.13 | $ 5.44 | $ 5.70 | $ 0.98 | $ 0.54 | $ (2.52) | $ (3.73) | $ 4.6 | $ 3.84 | $ 2.31 | $ (0.35) | $ (0.71) |
| | Price Impact $ | $ 14,678 | $ 18,745 | $ 68,036 | $ 34,215 | $ 36,819 | $ 42,469 | $ 60,898 | $ 9,660 | $ (26,395) | $ (26,263) | $ (34,035) | $ 12,332 | $ 25,163 | $ 22,970 | $ (26,418) | $ (8,380) |
| | Mix Impact per lb | $ 69 | $ (2.39) | $ (7.30) | $ (3.60) | $ (18.54) | $ (6.17) | $ (18.01) | $ (12.69) | $ (2.36) | $ (10.49) | $ (10.33) | $ (8.11) | $ 1.11 | $ 0.84 | $ 0.17 | |
| | Mix Impact $ | $ 10,677 | $ (7,563) | $ (44,732) | $ (112,310) | $ (127,342) | $ (72,428) | $ (130,665) | $ (200,371) | $ (145,570) | $ (117,150) | $ (62,996) | $ (213,594) | $ (239,417) | | | |
| EBP - ORGANS | Price Impact per lb | $ 1.78 | $ 20.95 | $ 9.10 | $ 6.68 | $ 4.22 | $ 5.75 | $ 0.23 | $ 6.21 | $ 0.98 | $ (4.39) | $ 0.75 | $ 0.80 | $ (0.21) | | | |
| | Price Impact $ | $ 70,136 | $ 122,065 | $ 177,339 | $ 116,882 | $ 44,117 | $ 28,497 | $ 60,898 | $ 26,122 | $ 2,884 | $ (32,074) | $ (6,151) | $ 7,284 | $ (26,995) | $ 25,163 | $ (61,526) | $ (135,813) |
| | Mix Impact per lb | $ 34.65 | $ 42.95 | $ 4.57 | $ 3.99 | $ 46.26 | $ 35.93 | $ 29.56 | $ 36.88 | $ 34.57 | $ 43.35 | $ 33.23 | $ 35.96 | $ 39.08 | $ 46.23 | $ 49.07 | |
| | Mix Impact $ | $ 212,920 | $ 238,749 | $ 273,845 | $ 207,756 | $ 269,991 | $ 228,463 | $ 198,844 | $ 216,139 | $ 227,628 | $ 249,061 | $ 229,792 | $ 205,130 | $ 215,982 | $ 228,546 | $ 289,739 | $ 365,957 |
| IEBP | Price Impact per lb | $ 4.14 | $ 4.14 | $ 4.22 | $ 5.77 | $ 5.24 | $ 4.95 | $ 5.16 | $ 3.81 | $ 4.85 | $ 1.60 | $ 4.31 | $ 4.62 | $ 4.06 | $ 4.33 | $ 2.97 | $ 3.35 |
| | Price Impact $ | $ 47,905 | $ 49,043 | $ 53,071 | $ 69,149 | $ 58,776 | $ 56,747 | $ 61,741 | $ 49,349 | $ 57,054 | $ 42,260 | $ 59,447 | $ 59,304 | $ 46,880 | $ 42,566 | $ 41,072 | $ 44,881 |
| | Mix Impact per lb | $ 0.33 | $ 0.74 | $ 1.72 | $ 0.40 | $ (2.37) | $ (3.11) | $ (3.23) | $ (1.67) | $ 1.22 | $ (0.34) | $ 1.86 | $ 1.18 | $ 0.03 | $ 0.14 | $ 6.05 | |
| | Mix Impact $ | $ 3,542 | $ (9,490) | $ (20,923) | $ (40,112) | $ (36,127) | $ (26,419) | $ (28,557) | $ (24,147) | $ 34,227 | $ (63,439) | $ (63,925) | $ (71,559) | $ (69,398) | $ (43,171) | $ (44,683) | $ (91,942) |
| MISCELLANEOUS PARTS | Price Impact per lb | $ 3.77 | $ 2.11 | $ 2.31 | $ 1.88 | $ 0.04 | $ 0.93 | $ 2.36 | $ 3.92 | $ 1.39 | $ 0.14 | $ 1.40 | $ 0.76 | $ 0.61 | $ 0.07 | $ 2.64 | $ 1.26 |
| | Price Impact $ | $ 106,064 | $ 60,365 | $ 81,951 | $ 60,036 | $ 37,143 | $ 28,192 | $ 70,834 | $ 84,817 | $ 46,214 | $ 38,062 | $ 13,440 | $ 17,228 | $ 868 | $ 79,487 | $ 42,511 | |
| | Mix Impact per lb | $ 0.52 | $ 2.23 | $ 0.31 | $ 2.93 | $ 2.18 | $ 2.09 | $ 2.22 | $ 1.17 | $ 0.34 | $ 0.41 | $ 1.86 | $ 1.03 | $ 2.93 | $ 0.38 | $ 0.10 | |
| | Mix Impact $ | $ (13,834) | $ (64,308) | $ (13,193) | $ (96,153) | $ (66,395) | $ (56,269) | $ (67,599) | $ (38,130) | $ (8,429) | $ (0.34) | $ 1.86 | $ (29,090) | $ (26,998) | $ 0.38 | $ 0.10 | $ (3,231) |
| RENDERING | Price Impact per lb | $ 0.35 | $ 0.60 | $ 0.27 | $ 0.70 | $ 0.26 | $ 0.05 | $ 2.05 | $ 2.36 | $ 1.84 | $ 2.12 | $ 1.60 | $ 1.31 | $ 0.47 | $ 2.13 | $ 4.67 | $ 5.48 |
| | Price Impact $ | $ 23,295 | $ 37,412 | $ 18,666 | $ 99,301 | $ 16,410 | $ 2,237 | $ 124,793 | $ 70,052 | $ 101,717 | $ 133,376 | $ 118,372 | $ 96,325 | $ 88,664 | $ 95,417 | $ 263,569 | $ 307,695 |
| | Mix Impact per lb | $ 3.48 | $ 3.69 | $ 3.89 | $ 3.03 | $ 3.04 | $ 3.16 | $ 2.87 | $ 3.13 | $ 3.36 | $ 3.45 | $ 3.16 | $ 3.82 | $ 4.16 | $ 3.61 | $ 2.66 | $ 2.29 |
| | Mix Impact $ | $ 235,451 | $ 237,367 | $ 262,509 | $ 183,037 | $ 171,348 | $ 144,133 | $ 193,674 | $ 174,353 | $ 160,392 | $ 202,576 | $ 186,758 | $ 202,576 | $ 209,425 | $ 209,470 | $ 157,841 | $ 157,951 | $ 128,182 |
| RIBS | Price Impact per lb | $ 8.06 | $ 10.94 | $ 6.41 | $ 8.91 | $ 7.18 | $ 5.10 | $ 3.50 | $ 2.23 | $ 5.33 | $ 9.22 | $ 2.12 | $ 3.62 | $ 3.44 | $ 1.90 | $ 3.16 | $ 6.29 |
| | Price Impact $ | $ 108,909 | $ 153,489 | $ 74,338 | $ 104,630 | $ 80,755 | $ 42,932 | $ 147,861 | $ 22,223 | $ 92,013 | $ 123,790 | $ 47,769 | $ 48,379 | $ 138,178 | $ 38,743 | $ 79,643 | |
| | Mix Impact per lb | $ (0.23) | $ 0.05 | $ 2.61 | $ (0.79) | $ (2.29) | $ (0.02) | $ (1.13) | $ (2.00) | $ 0.49 | $ 4.04 | $ 2.77 | $ 0.78 | $ 0.35 | $ 5.90 | $ 3.58 | |
| | Mix Impact $ | $ (15,715) | $ 12,429 | $ (14,618) | $ (21,666) | $ (34,544) | $ (58,484) | $ (13,728) | $ (24,419) | $ (8,137) | $ 62,995 | $ 30,788 | $ 116,497 | $ 18,447 | $ 64,705 | $ 72,554 | $ 45,344 |

HIGHLY CONFIDENTIAL

CLMNS-0000042583



| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SHOULDERS** | Price Impact per lb | $ (0.96) | $ 2.20 | $ (0.98) | $ 0.34 | $ (0.95) | $ (0.72) | $ (2.05) | $ 1.93 | $ 1.90 | $ 0.36 | $ (3.21) | $ (0.41) | $ (0.80) | $ (0.23) | $ 1.20 | $ 2.93 |
| | Price Impact $ | $ (3,578) | $ 6,397 | $ (6,392) | $ 1,905 | $ (4,785) | $ (3,637) | $ (10,540) | $ 8,143 | $ 7,976 | $ 1,136 | $ (14,198) | $ (750) | $ (3,646) | $ (1,127) | $ 1,889 | $ 6,326 |
| | Mix Impact per lb | $ 1.18 | $ 4.17 | $ 0.65 | $ 0.60 | $ 0.60 | $ 1.15 | $ 1.53 | $ (3.81) | $ (0.05) | $ (0.76) | $ (4.88) | $ (0.97) | $ (2.43) | $ (0.79) | $ 0.22 | $ 2.04 |
| | Mix Impact $ | $ 3,821 | $ 11,848 | $ 4,229 | $ 2,672 | $ 3,284 | $ 4,942 | $ 8,581 | $ (14,460) | $ (240) | $ (3,455) | $ (24,504) | $ (3,908) | $ (12,214) | $ (3,367) | $ (2,957) | $ 4,394 |
| | | | | | | | | | | | | | | | | | |
| **SKIN & BONES** | Price Impact per lb | $ 1.56 | $ 2.84 | $ 2.59 | $ 2.99 | $ 0.52 | $ 3.17 | $ 0.36 | $ (0.68) | $ (2.62) | $ (3.09) | $ (0.75) | $ 3.98 | $ (0.89) | $ (2.18) | $ (1.71) | $ (1.54) |
| | Price Impact $ | $ 14,636 | $ 21,917 | $ 27,070 | $ 32,132 | $ 6,881 | $ 33,644 | $ 4,783 | $ (8,671) | $ (36,012) | $ (39,485) | $ (12,580) | $ 77,952 | $ (12,515) | $ (32,471) | $ (28,096) | $ (26,735) |
| | Mix Impact per lb | $ 0.68 | $ 0.11 | $ (0.03) | $ 0.54 | $ 1.57 | $ 0.54 | $ (0.17) | $ 1.44 | $ 1.84 | $ 0.44 | $ (0.40) | $ 0.20 | $ (0.01) | $ (0.29) | $ (0.69) | $ (0.62) |
| | Mix Impact $ | $ 6,939 | $ 772 | $ 155 | $ 6,305 | $ 13,969 | $ 5,911 | $ (2,871) | $ 18,682 | $ 24,811 | $ 6,471 | $ (6,845) | $ 1,444 | $ 219 | $ (3,851) | $ (11,607) | $ (10,851) |
| | | | | | | | | | | | | | | | | | |
| **TRIM & GRINDS** | Price Impact per lb | $ 3.63 | $ 3.00 | $ 0.43 | $ 1.00 | $ 1.43 | $ (0.70) | $ (1.13) | $ 3.53 | $ 3.10 | $ 2.29 | $ 1.43 | $ (0.99) | $ 1.77 | $ 4.05 | $ 2.08 | $ (0.35) |
| | Price Impact $ | $ 61,489 | $ 49,853 | $ 9,050 | $ 19,634 | $ 27,347 | $ (16,271) | $ (32,036) | $ 74,351 | $ 70,680 | $ 46,569 | $ 42,673 | $ (22,931) | $ 32,076 | $ 79,079 | $ 55,006 | $ (9,102) |
| | Mix Impact per lb | $ 0.54 | $ 0.47 | $ 3.44 | $ (2.19) | $ (0.14) | $ (2.27) | $ (1.98) | $ (6.82) | $ (6.49) | $ (6.25) | $ (3.85) | $ (1.37) | $ (1.11) | $ (1.52) | $ 2.15 | $ (3.23) |
| | Mix Impact $ | $ 11,324 | $ 6,571 | $ 72,437 | $ (48,058) | $ 474 | $ (48,492) | $ (54,643) | $ (160,192) | $ (154,929) | $ (131,846) | $ (110,685) | $ (38,033) | $ (18,914) | $ (28,783) | $ 53,324 | $ (83,771) |
| | | | | | | | | | | | | | | | | | |
| **BELLIES** | Price Impact per lb | $ 1.21 | $ 0.09 | $ 0.47 | $ 0.64 | $ 0.72 | $ 1.41 | $ 1.33 | $ (1.14) | $ 0.99 | $ (1.29) | $ 0.10 | $ 0.42 | $ 3.07 | $ 2.89 | $ 3.83 | $ 2.38 |
| | Price Impact $ | $ 17,402 | $ (166) | $ 8,507 | $ 9,261 | $ 9,655 | $ 22,120 | $ 23,498 | $ (22,950) | $ 13,051 | $ (20,596) | $ 1,038 | $ 7,360 | $ 61,151 | $ 63,943 | $ 70,917 | $ 39,807 |
| | Mix Impact per lb | $ 7.28 | $ 11.71 | $ 13.46 | $ 14.46 | $ 15.22 | $ 9.24 | $ 10.66 | $ 11.61 | $ 8.37 | $ 10.48 | $ 7.55 | $ 9.71 | $ 2.74 | $ (0.29) | $ 2.42 | $ 11.91 |
| | Mix Impact $ | $ 107,124 | $ 135,800 | $ 223,638 | $ 203,483 | $ 203,710 | $ 160,180 | $ 180,374 | $ 204,209 | $ 156,083 | $ 147,118 | $ 152,219 | $ 145,242 | $ 6,974 | $ (33,510) | $ 40,266 | $ 199,650 |
| | | | | | | | | | | | | | | | | | |
| **Total** | Price Impact $ | $ 896,534 | $ 1,198,334 | $ 1,438,690 | $ 1,370,377 | $ 934,795 | $ 949,945 | $ 867,496 | $ 1,077,979 | $ 781,844 | $ 625,369 | $ 667,184 | $ 583,319 | $ 392,327 | $ 680,830 | $ 915,783 | $ 753,371 |
| | | | | | | | | | | | | | | | | | |
| **Total** | Mix Impact $ | $ 669,985 | $ 438,478 | $ 550,077 | $ 105,635 | $ 302,904 | $ 233,842 | $ 95,461 | $ 313,365 | $ (4,909) | $ (22,998) | $ (22,321) | $ 165,538 | $ 123,039 | $ (329,887) | $ (40,239) | $ 112,214 |