# EXHIBIT 67
# (Filed Under Seal)

| | |
|---|---|
| From: | Andriessen, Roel </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=DCSARGA> |
| To: | Lochner, James; White, Noel; Machan, Gary; Miller, Shane; Neff, Todd; Krehbiel, Jay; Brester, Jason; Solsma, Jim; Pfeifer, Jerry; Brooks, Dan (Fresh Meats Ops); Schmitz, Jim; Billups, Steve; Johnk, Lanny |
| CC: | Matsumoto, Sumio; Hast, Mark; Eck, Jennifer |
| Sent: | 6/5/2013 6:37:57 PM |
| Subject: | 06 05 April 2013 TFM Pork Market Share |
| Attachments: | International Pork Development Activities.pdf; Market Share - Pork - F2013.pdf; Historical Market Share - Pork - by Region.pdf |

Further to the questions raised in the Pork AM Meeting, today

Attached are the April market share numbers based on the latest numbers released by the USDA.

Boxed Pork (excludes hocks / feet)

- Tyson market share in April was 17% (Tyson F2013 goal is 20.0%).
    - Total US exports were down 13%; Tyson exports were down 18%.
- Tyson current 3 month (February thru April) market share was 19%, down by 1% from the same period a year ago.
    - Total US exports during those 3 months were down 18% and Tyson was down 21%.
- Tyson YTD F2013 (Oct - April) is at 18.7% (F2013 goal is 20%)
    - US Volume Change versus FYTD 2012 is -13%
    - Tyson Volume Change versus FYTD 2012 is -10%
- Tyson FY2012 (full year) was at 18.4%;
- Tyson FY2011 (full year) market share was 20%.

When we analyze these numbers further, we can conclude the following:

- If we were to remove the China volume from the Boxed Pork report
    - Tyson's FYTD 2013 would be 20.4% (Tyson F2013 goal is 23.0%).
- If we were to remove the China, Korea and Russia volumes from the Boxed Pork report
    - Tyson's FYTD 2013 would be 21.2% (Tyson F2013 goal is 23.0%).
    - US Volume Change versus FYTD 2012 is -2%
    - Tyson Volume Change versus FYTD 2012 is -1%

Please find attached the following for your reference

- Market Share analysis, outlining the above details
- Historical Market Share analysis for the 3 global regions and for China, Korea and Russia
- With Japan being our largest export market, I have attached a status report, by plant. This outlines efforts that are being made to meet the realities of the Gate Price. The focus is to increase Loin, Cushion and Picnic (through GSP) sales and, subsequently, increase overall domestic disappearance

Please let me know if you have questions

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000021759


Market Share - Pork - F2013.pdf


Historical Market Share - Pork - by Region.pdf


International Pork Development Activities.pdf

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    TF-P-000021760