# EXHIBIT 69
# (Filed Under Seal)

**To:** Richter, Jason[jasonrichter@Smithfieldfoods.com]
**From:** Copa, Mark[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1C34D8B45C42493C9A30884BBFB5137F-COPA, MARK]
**Sent:** Tue 2/18/2014 4:37:56 PM Eastern Standard Time
**Subject:** Agristats - Japan May - December

Jason -

The table below profiles our volume sales trend and share to Japan for the last nine months as reflected in the Agristats data. This information has been revised by Agristats to included the previously omitted JBO products.
Our results have trended unfavorably May to Dec as share has declined 8.5 pts to 32.4% in December from a 40.9% share in May. In terms of "fair share" of the volume, Smithfield Foods represents ~34% of the hogs slaughtered that are profiled in Agristats v. 37.7% share of exports to Japan in May – Dec. November and December export results have fallen below our 34% fairshare threshold.

Agristats participants account for ~77% of the slaughtering capacity in the US. Of the top ten companies only Hormel (37300 head/day) and Rantoul (4800) are non participants. Based on the USDA information I believe Agristats accounts for 2/3 of the export volume to Japan from the US. The majority of balance originates from Hormel, Rantoul, and traders.

**Agristats Export Report - Revised**
**Exports to Japan**
**Pounds in (000)**

| | | 2013 May | 2013 Jun | 2013 Jul | 2013 Aug | 2013 Sep | 2013 Oct | 2013 Nov | 2013 Dec | 2013 Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Source: Agristats** | | | | | | | | | | |
| Industry - USA to Japan | Pd  Vol | 47,258 | 59,176 | 46,622 | 43,898 | 58,883 | 47,535 | 47,430 | 54,882 | 405,683 |
| | Wkly vol | 11,815 | 11,835 | 11,656 | 10,975 | 11,777 | 11,884 | 11,857 | 10,976 | 11,591 |
| SFIG - To Japan | Pd  Vol | 19,306 | 25,143 | 18,277 | 16,886 | 20,983 | 18,636 | 15,767 | 17,770 | 152,768 |
| | Wkly vol | 4,827 | 5,029 | 4,569 | 4,221 | 4,197 | 4,659 | 3,942 | 3,554 | 4,365 |
| **SFIG Pound Share to Japan** | | 40.9% | 42.5% | 39.2% | 38.5% | 35.6% | 39.2% | 33.2% | 32.4% | 37.7% |

*Agristats export sales tracking started in May 2013*

Please call me if you have any questions.


**Mark A. Copa**
Smithfield Foods, Inc
757.357.8180 (o)
757.357.8187 (f)
markcopa@smithfieldfoods.com