# EXHIBIT 70
# (Filed Under Seal)

**To:** Josh Edwards[jedwards@agristats.com]
**From:** Copa, Mark[/O=SMITHFIELD FOODS/OU=SFIDC/CN=RECIPIENTS/CN=EXCH55/CN=RECIPIENTS/CN=MARKCOPA]
**Sent:** Fri 4/12/2013 3:30:08 PM Eastern Daylight Time
**Subject:** RE: Your Weekly Swine Sales Agri Stats Report

You sound like Tommy Martin - multiply infinity by 1¢ without regard to mix or market it equals a big number - maybe not attainable but a big number nonetheless. No disagreement there. I will run it up the flagpole here once we get the final format. Have a good weekend.

-----Original Message-----
From: Josh Edwards [mailto:jedwards@agristats.com]
Sent: Friday, April 12, 2013 3:26 PM
To: Copa, Mark
Cc: Brian H. Snyder; Luter IV, Joseph W.
Subject: RE: Your Weekly Swine Sales Agri Stats Report

Yes, you are being treated equally. Your feedback, as well as others, has been helpful in the design and implementation. When I look back at the Q3 results for Farmland and Smithfield combined on export items alone, the dollar impact showed $21.5M in opportunity over those three months. Given this, I feel the price ($3,000/month), versus the benefit ($7.1M/month), for the report is fair, but if you see differently we can discuss.

-----Original Message-----
From: Copa, Mark [mailto:MarkCopa@smithfieldfoods.com]
Sent: Friday, April 12, 2013 2:51 PM
To: Josh Edwards
Cc: Brian H. Snyder; Luter IV, Joseph W.
Subject: RE: Your Weekly Swine Sales Agri Stats Report

Are these prices in consideration of us bringing this need to your attention and our guidance in reporting structure details? As I recall we initiated this project or at least planted the seed at AMI a couple of year ago with Brian. Are we being treated like any other "Garden Variety" customer?



-----Original Message-----
From: Josh Edwards [mailto:jedwards@agristats.com]
Sent: Friday, April 12, 2013 2:38 PM
To: Copa, Mark
Subject: RE: Your Weekly Swine Sales Agri Stats Report

The subscription would be $3,000 per month total, or $1,500 per group, i.e. $1,500 for Farmland and $1,500 for Smithfield. I don't know if the export sales piece would fall under one or be split between the two like the other reports. And I understand you wanting to see the finished product prior.

You have a good weekend also. We can talk more next week if you want.

-----Original Message-----
From: Copa, Mark [mailto:MarkCopa@smithfieldfoods.com]
Sent: Friday, April 12, 2013 1:43 PM
To: Josh Edwards
Subject: RE: Your Weekly Swine Sales Agri Stats Report

How much of a fee are we talking about? I would like to see the finished product prior to reach an agreement. You can send the detail on invoicing to me and I will take care of Joe Luter and Jason Richter for approval. Have a good weekend.



-----Original Message-----
From: Josh Edwards [mailto:jedwards@agristats.com]
Sent: Friday, April 12, 2013 12:11 PM
To: Copa, Mark
Subject: RE: Your Weekly Swine Sales Agri Stats Report

Ok, I understand you. Couple of things: I'm out of the office today, as well as Greg, so I can't get the data download I need to produce. I should be able to on Monday however. Secondly, the export report is going to be deliverable as a subscription service. We have devoted extensive programming time into its development, and feel a nominal monthly fee is substantiated by the value the reports will bring, in addition to being able to continue to develop new reports such as this going forward. Who should I contact regarding invoicing for the reports?

On another note, Tyson has committed to include their export data going forward by country. I hope to start receiving this very soon.


-----Original Message-----
From: Copa, Mark [mailto:MarkCopa@smithfieldfoods.com]

HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD00662439

Sent: Friday, April 12, 2013 11:21 AM
To: Josh Edwards
Subject: RE: Your Weekly Swine Sales Agri Stats Report

I am sorry I did not articulate my thoughts - I meant to isolate exports, current period and YTD by country - Smithfield foods combined.

-----Original Message-----
From: Josh Edwards [mailto:jedwards@agristats.com]
Sent: Friday, April 12, 2013 11:13 AM
To: Copa, Mark
Subject: RE: Your Weekly Swine Sales Agri Stats Report

This looks like it is the latest week.  You are looking for a YTD report through April 6?

-----Original Message-----
From: Copa, Mark [mailto:MarkCopa@smithfieldfoods.com]
Sent: Friday, April 12, 2013 10:34 AM
To: Josh Edwards
Subject: FW: Your Weekly Swine Sales Agri Stats Report

Any thoughts or possibility on a weekly and year to date report today?

-----Original Message-----
From: porksales@agristats.com [mailto:porksales@agristats.com]
Sent: Friday, April 12, 2013 10:22 AM
To: Copa, Mark
Subject: Your Weekly Swine Sales Agri Stats Report

Questions?  Forgot your Password?  Contact Greg Dess at 260-407-2706.

CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure. If you are not the intended recipient of this email or the attachments, be aware that any disclosure, copying, distribution or use of this email or any attachment is strictly prohibited and you should not read the message or read or open any attachment. If you have received this email by mistake, please immediately notify the sender and delete it permanently from your system. Agri Stats, Inc. and its subsidiaries will not be held liable to any person or entity resulting from the unintended or unauthorized use of any information contained in this email.

This communication (including any attachments) is confidential and is intended to be privileged pursuant to applicable law.
If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, then you are hereby notified that the dissemination, distribution or copying of this communication is prohibited.  If you received this communication in error, please notify Smithfield Foods, Inc. immediately by telephone (+1 757-365-3000) and then delete this communication and destroy all copies thereof.
CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure. If you are not the intended recipient of this email or the attachments, be aware that any disclosure, copying, distribution or use of this email or any attachment is strictly prohibited and you should not read the message or read or open any attachment. If you have received this email by mistake, please immediately notify the sender and delete it permanently from your system. Agri Stats, Inc. and its subsidiaries will not be held liable to any person or entity resulting from the unintended or unauthorized use of any information contained in this email.


This communication (including any attachments) is confidential and is intended to be privileged pursuant to applicable law.
If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, then you are hereby notified that the dissemination, distribution or copying of this communication is prohibited.  If you received this communication in error, please notify Smithfield Foods, Inc. immediately by telephone (+1 757-365-3000) and then delete this communication and destroy all copies thereof.

CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure. If you are not the intended recipient of this email or the attachments, be aware that any disclosure, copying, distribution or use of this email or any attachment is strictly prohibited and you should not read the message or read or open any attachment. If you have received this email by mistake, please immediately notify the sender and delete it permanently from your system. Agri Stats, Inc. and its subsidiaries will not be held liable to any person or entity resulting from the unintended or unauthorized use of any information contained in this email.


This communication (including any attachments) is confidential and is intended to be privileged pursuant to applicable law.
If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, then you are hereby notified that the dissemination, distribution or copying of this communication is prohibited.  If you received this communication in error, please notify Smithfield Foods, Inc. immediately by telephone (+1 757-365-3000) and then delete this communication and destroy all copies thereof.

CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure. If you are not the intended recipient of this email or the attachments, be aware that any disclosure, copying, distribution or use of this email or any attachment is strictly prohibited and you should not read the message or read or open any attachment. If you have received this email by mistake, please immediately notify the sender and delete it permanently from your system. Agri Stats, Inc. and its subsidiaries will not be held liable to any person or entity resulting from the unintended or unauthorized use of any information contained in this email.

This communication (including any attachments) is confidential and is intended to be privileged pursuant to applicable law.
If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, then you are hereby notified that the dissemination, distribution or copying of this communication is prohibited.  If you received this communication in error, please notify Smithfield Foods, Inc. immediately by telephone (+1 757-365-3000) and then delete this communication and destroy all copies thereof.

CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure. If you are not the intended recipient of this email or the attachments, be aware that any disclosure, copying, distribution or use of this email or any attachment is strictly prohibited and you should not read the message or read or open any attachment. If you have received this email by mistake, please immediately notify the sender and delete it permanently from your system. Agri Stats, Inc. and its subsidiaries will not be held liable to any person or entity resulting from the unintended or unauthorized use of any information contained in this email.

HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD00662441