# EXHIBIT 71
# (Filed Under Seal)

| | |
|---|---|
| From: | "Taphorn, Brian" <Brian_Taphorn@Seaboardfoods.com> |
| Sent: | Wed, 5 Jun 2013 09:53:28 -0500 (CDT) |
| To: | "Hunerdosse, Aaron" <Aaron_Hunerdosse@seaboardfoods.com>; "Coffelt, Brett"<Brett_Coffelt@seaboardfoods.com>; "Pals, Ryan"<Ryan_Pals@seaboardfoods.com>; "Peterson, David"<David_Peterson@seaboardfoods.com>; "Lang, Troy"<Troy_Lang@seaboardfoods.com>; "Warren, Terry"<Terry_Warren@seaboardfoods.com>; "Christiansen, Jill"<Jill_Christiansen@seaboardfoods.com>; "Cordell, Aaron"<Aaron_Cordell@seaboardfoods.com>; "Getzel, Bret"<Bret_Getzel@Seaboardfoods.com>; "McClure, Brandi"<Brandi_McClure@seaboardfoods.com> |
| Cc: | "Holton, Terry" <Terry_Holton@seaboardfoods.com>; "Sand, Duke"<Duke_Sand@Seaboardfoods.com>; "Blumhardt, Tom"<Tom_Blumhardt@seaboardfoods.com>; "Davis, Mel"<Mel_Davis@seaboardfoods.com>; "Louis, Gary" <Gary_Louis@Seaboardfoods.com> |
| Subject: | Market Info 9:15AM |

There are a lot of kill cutbacks already being planned for this next week.  Total, as of this morning, looking to be in the 42 - 45K head area, as compared to this week.

- Excel - Beardstown will be down next Friday, 6/14/13.
- Tyson taking up to 16 hours out next week.  They already are 4K head less than the current week in their plans.
- Hormel will be taking out 10 hours.
- Swift and Farmland will be making decisions on next week by tomorrow morning.
- IPC still needs 2000 head for the current week, and pretty open for next week this morning.  Trying to hold the line at $95 with their bid, but will have to pay $1 - $2 more than that to get what they need.

I am also hearing that Swift and Excel are pulling frozen bellies out for use and offering their fresh bellies out to capture the current market.

Product call for today:

- Bl Loins  +2 - 3
- Bls Loins steady weak, but will likely find a way to print close to steady.
- Butts +3 - +4
- Ribs strong steady
- Hams steady
- Bellies +3
- Lean trim +2
- Fat trim firm steady

Plaintiff Exhibit
In Re: Pork Antitrust Lit
Brian Taphorn
0307

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SBF0349004