# EXHIBIT 72
# (Filed Under Seal)

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                    DISTRICT OF MINNESOTA

3

4    CIVIL NO. 18-1776 (JRT/HB)

5    0:21-MD-02998-JRT-HB

6    MDL NO. 2998

7

8    IN RE:  PORK ANTITRUST LITIGATION

9    This Document Relates to:  All Actions

10

11

12

13                 HIGHLY CONFIDENTIAL

14       REMOTE VIDEO DEPOSITION OF BRIAN TAPHORN

15                  January 25, 2022

16

17

18

19

20

21

22    REPORTED BY:    Laura H. Nichols

23                    Certified Realtime Reporter,

24                    Registered Professional

25                    Reporter and Notary Public

HIGHLY CONFIDENTIAL

Page 107

1          A.     Not all calls specifically, no.

2          Q.     So you can't tell me, with certainty,

3    who told you this information?

4          A.     I can't.

5          Q.     The sales team of Seaboard used this

6    information about competitors' planned cutbacks to

7    increase Seaboard's offering prices, correct?

8                 MR. SCHWINGLER:   Objection, form,

9    foundation.

10         A.     It would have -- it would have

11   affected our sales decisions, yes.

12                MS. VAN ENGELEN:   Let's take a look

13   at Tab 17, which we will mark as Exhibit 308.

14                (Plaintiffs' Exhibit 308 was marked

15                for identification.)

16                MS. VAN ENGELEN:   And that is

17   SBF0349287 through 89, which was provided in native

18   format.

19                MR. SCHWINGLER:   Can you give me the

20   tab number again?

21                MS. VAN ENGELEN:   That is Tab 16 --

22   or, I'm sorry, 17.

23         Q.     (BY MS. VAN ENGELEN:)   This is an

24   email from Aaron to you and others at Seaboard

25   dated June 6th, 2013, correct?

HIGHLY CONFIDENTIAL

Page 264

1         Q.      Okay.  And by bulls, what did you

2    mean?

3         A.      Those that are bullish, the futures

4    market.

5         Q.      As in people that think the price

6    could be pushed higher, right?

7         A.      Correct.

8         Q.      And is it fair to say that you

9    believed at least that the bulls were looking at

10   China as a basis to increase the price of the hogs

11   on the futures market?

12                MR. SCHWINGLER:  Objection, form,

13   foundation.

14        A.      I mentioned it here because it must

15   have been a factor in the market at that time.

16        Q.      (BY MR. MENGER:)  And increased sales

17   to China could soak up some of the, you know,

18   potential supply issues?

19                MR. SCHWINGLER:  Objection, form,

20   foundation.

21        A.      That would be the speculation.

22        Q.      (BY MR. MENGER:)  And what did you

23   mean by bears?

24        A.      Those market participants that are

25   bearish, futures market.

HIGHLY CONFIDENTIAL

Page 327

1                    C E R T I F I C A T E

2

3

4    STATE OF ALABAMA

5    JEFFERSON COUNTY

6

7               I hereby certify that the above and

8    foregoing deposition was taken down by me in

9    stenotypy, and the questions and answers thereto

10   were reduced to typewriting under my supervision,

11   and that the foregoing represents a true and

12   correct transcript of the deposition given by said

13   witness upon said hearing, to the best of my

14   ability.

15               I further certify that I am neither

16   of counsel nor of kin to the parties to the action,

17   nor am I in anywise interested in the result of

18   said cause.

19

20

21        /s/ LAURA H. NICHOLS

          Commissioner-Notary Public, State of AL

22        ACCR License No. 3, Exp. 9/30/2022

          GA CCR No. 2714, Exp. 4/1/2022

23        TN LCR No. 679, Exp. 6/30/2022

          Transcript Certified on 1/26/2022

24

25