# EXHIBIT 73
# (Filed Under Seal)

Message

**From:** Lorenger, Brad [Brad.Lorenger@jbssa.com]
**on behalf of** Lorenger, Brad <Brad.Lorenger@jbssa.com> [Brad.Lorenger@jbssa.com]
**Sent:** 10/24/2013 8:16:48 AM
**To:** Dooley, Martin [Martin.Dooley@jbssa.com]
**Subject:** RE: Daily Livestock Report For 10/24/2013 -- More USDA Data Stuff, Record Fed Cattle Prices
**Attachments:** image001.jpg

Yesterday was a combination of hatch and not made(mostly hatch). But there is something almost everyday.

Brad Lorenger
Pork Sales & Marketing
JBS
1770 Promontory Circle
Greeley CO 80634
Direct (970) 506-7733
Cell (970) 590-5763

---

**From:** Dooley, Martin
**Sent:** Thursday, October 24, 2013 8:14 AM
**To:** Lorenger, Brad
**Subject:** RE: Daily Livestock Report For 10/24/2013 -- More USDA Data Stuff, Record Fed Cattle Prices

I agree and I ask the guys to get a schedule together for the loins, backribs and spare ribs that we owe. Did we find out what did not get made yesterday? Let's discuss this on the call at 8:30 this morning with Bob and Ed. I suggest that we put Ed on top of this.

---

**From:** Lorenger, Brad
**Sent:** Thursday, October 24, 2013 7:59 AM
**To:** Dooley, Martin
**Subject:** FW: Daily Livestock Report For 10/24/2013 -- More USDA Data Stuff, Record Fed Cattle Prices

See below, An internal email from Taphorn at Seaboard. I think we need to stay all over getting our frozen commitments done each and every day. In my opinion, there is not enough scrutiny on what the plants are making each and every day. Maybe we should have a discussion with the plants on this PED issue and the overall importance of us making product in a timely manner?

Brad Lorenger
Pork Sales & Marketing
JBS
1770 Promontory Circle
Greeley CO 80634
Direct (970) 506-7733
Cell (970) 590-5763

**Plaintiff Exhibit**
In Re: Pork Antitrust Lit
Brian Taphorn
0303

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

JBS-PORK-01220675



**Sent:** Thursday, October 24, 2013 5:36 AM
**To:** Peterson, David; Lang, Troy; Warren, Terry; Hunerdosse, Aaron; Coffelt, Brett; Pals, Ryan; Getzel, Bret; Cordell, Aaron; Marquez, Fernando; Murphy, Jessica; Hicks, Eddie; Monroe, Kelly; Hastert, Terry; 'cammy Harms'; Poldberg, Scott; Belek, Joseph; Becerra, Marcy; Stewart, DLynn; Christiansen, Jill; McClure, Brandi; Wittkop, Dewey; Watkins, Pat; Albright, Garry; Parks, Terry
**Cc:** Sand, Duke; Blumhardt, Tom; Smith, Kevin
**Subject:** FW: Daily Livestock Report For 10/24/2013 -- More USDA Data Stuff, Record Fed Cattle Prices

I wanted to pass this latest Daily Livestock Report on to everyone because of the implications and potentials that the cattle inventories and beef supplies will add to our uncertain pork market, going forward. This report tells us (and we are already seeing it) that beef prices are again headed for historical new highs and that Retailers, protein buyers, and consumers will be looking to pork and poultry as further alternatives. This, coupled with the impending hog numbers decline due to PEDV and the Shuanghui -- Smithfield export potential, will present market conditions we may have never seen during the December 2013 and calendar year 2014 time frames. Our tact will be a very careful and deliberate marketing approach. Once we get to December, and into the first quarter of 2014, our overall availability may be viewed as making sure we take care of our program customers, our better weekly turn and distributive customers, and as a tool in tying down new and improved Retail chain accounts for the long-term future with advantageous pricing structures. If your customers are not buying into what we have been telling them, they will learn as this market evolves to what we have been warning them about. Make sure we are not putting any quotes out there beyond November -- December; and anything during that period without much discussion and increased protection in the pricing.

**From:** newsletter@dailylivestockreport.com
[mailto:newsletter@dailylivestockreport.com]
**Sent:** Thursday, October 24, 2013 12:24 AM
**To:** Taphorn, Brian
**Subject:** Daily Livestock Report For 10/24/2013 -- More USDA Data Stuff, Record Fed Cattle Prices

Dear Subscriber,

Today's Daily Livestock Report is attached. It, along with all past editions of Daily Livestock Report, is also available at http://www.dailylivestockreport.com. Please contact us at info@dailylivestockreport.com if you have any questions or comments.

Kind Regards

Paragon Economics and Steiner Consulting Group

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER        JBS-PORK-01220676



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

JBS-PORK-01220677