# EXHIBIT 74
# (Filed Under Seal)

**To:** Manly, Robert[robertmanly@smithfieldfoods.com]
**Cc:** Pope, C. Larry[larrypope@smithfieldfoods.com]
**From:** Thamodaran, Dhamu[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F46B946BA0234B0D8FD8FB53A79A3966-THAMODARAN,]
**Sent:** Fri 11/29/2013 4:08:50 PM Eastern Standard Time
**Subject:** Re: markets

if Packers cut back kill levels, by 50K per week, then we may see a slow climb. If they maintain current levels, we will see a very sharp cash hog rally during next two weeks. Our group has already pulled 15K out of Midwest kill levels, next week.


Sincerely,
Dhamu Thamodaran
EVP and Chief Commodity Hedging Officer
Smithfield Foods

> On Nov 29, 2013, at 4:03 PM, "Manly, Robert" <robertmanly@smithfieldfoods.com> wrote:
>
> Have we started the assent to higher price levels?
>
> -----Original Message-----
> From: Thamodaran, Dhamu
> Sent: Friday, November 29, 2013 4:02 PM
> To: Pope, C. Larry; Manly, Robert
> Subject: markets
>
> cash hogs up 2; products up 2.2
>
>
> Sincerely,
> Dhamu Thamodaran
> EVP and Chief Commodity Hedging Officer
> Smithfield Foods

HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD00302380