# EXHIBIT 76
# (Filed Under Seal)

**To:** Schellpeper, Tim[timschellpeper@Smithfield.com]
**From:** Kaster, Collette[cmkaster@farmland.com]
**Sent:** Mon 7/22/2013 10:41:16 AM Eastern Daylight Time
**Subject:** RE: Fresh Pork Forecast

Pros and cons of course:

Milan has 4 external producers on agreements until April 1, 2014.
Cost of NEMO decrease slightly on 11/1/13. They chose the summer winter option. However, they are on SPI which has cutout so their total cost has been quite good.

Also, Milan is currently approved for Russia, North is not.

Further below is the breakdown on North suppliers that would have to go Paylean free or be omitted or moved.

Do you have some time tomorrow or Weds to discuss this and other topics?

| Milan Paylean free Projections | | | | | | | | | Agreement | Formula |
|---|---|---|---|---|---|---|---|---|---|---|
| week beginning | 7/22/2013 | 7/29/2013 | 8/5/2013 | 8/12/2013 | 8/19/2013 | 8/26/2013 | 9/2/2013 | 9/9/2013 | | |
| MB MO | 29000 | 28700 | 28700 | 34000 | 34000 | 33000 | 37600 | 37600 | | ISM 5 day avg + 4.27 |
| MB MW | 4800 | 5300 | 5300 | | | | | | | |
| NEMO | 5270 | 4760 | 5440 | 5440 | 5000 | 5000 | 5000 | 5000 | 4800/wk | SPI IA + 4.10 |
| Prestage | 4080 | 5100 | 5100 | 5100 | 5100 | 5100 | 5100 | 5100 | 30loads/wk | ISM 5 day avg + 3.1 (+.70 frt) |
| Mahaska | 2275 | 2275 | 2100 | 2275 | 2100 | 2275 | 2275 | 2275 | 100% production | Wk prior Futures + 3 |
| Pork Plus | 495 | 495 | 495 | 495 | 495 | 495 | 495 | 495 | verbal | WCB close + 2.50 |
| Total | 45920 | 46630 | 47135 | 47310 | 46695 | 45870 | 50470 | 50470 | | |

Of the suppliers below which are currently Paylean free?
- Goldsboro
- JC Howard
- Goldsboro IN

Of the categories: Other and PA/OH, how many producers is that?

Below is a breakdown of all of our Direct and Outside Suppliers delivering to North

| Directs | Outside PA-Flex | Outside OH-Flex | Outside IN- Flex |
|---|---|---|---|
| Locals | Hoovers | Kalmbach Feeds | New Fashion Pork |
| N.C. Farms | Franklin Family Farms | R-Pork LLC | TDM |
| Deerfield | Purvis | Pork Champ | Goldsboro-Indiana |
| Hanor | Manheim Select | Heimerl Farms | |
| Duplin Marketing LLC | Swine Services | Cooper Farms | |
| NG Purvis | David Hefner | Hord Family | |
| L&H | | | |
| Palmetto Pork | | | |
| Ivey Spring | | | |

**From:** Schellpeper, Tim [mailto:timschellpeper@Smithfield.com]
**Sent:** Sunday, July 21, 2013 6:53 PM
**To:** Kaster, Collette
**Subject:** RE: Fresh Pork Forecast

In your opinion, now that you have responsibility for all hogs, should Milan or North be racto-free?

HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD01228025

Tim Schellpeper
President and Chief Operating Officer
Smithfield
111 Commerce St. PO Box 9003
Smithfield, VA 23430
(O) 757-357-1301
(F) 757 357-1686
email: timschellpeper@smithfield.com

---

**From:** Kaster, Collette [mailto:cmkaster@farmland.com]
**Sent:** Tuesday, July 16, 2013 6:16 PM
**To:** Schellpeper, Tim
**Subject:** RE: Fresh Pork Forecast

Because of the way the East rac free program was set up all of Goldsboro pigs had to be Paylean free.
Goldsboro pigs are used at north for Group Housed.
I have Jason's approval to use the Milan rac free feedmill segregation program with them so that they can produce pigs with (for North) and without Paylean.
Michael, Ann and I will review on Th in Des Moines.
Jeff will contact them tomorrow to see if they can do this, and how fast.  Our window is short bc the upcharge disappears 9/27

---

**From:** Schellpeper, Tim [mailto:timschellpeper@Smithfield.com]
**Sent:** Tuesday, July 16, 2013 9:56 AM
**To:** Kaster, Collette
**Subject:** RE: Fresh Pork Forecast

We pay regardless.  We have to discontinue sending these hogs into North.  That is crazy!

Tim Schellpeper
President and Chief Operating Officer
Smithfield
111 Commerce St. PO Box 9003
Smithfield, VA 23430
(O) 757-357-1301
(F) 757 357-1686
email: timschellpeper@smithfield.com

---

**From:** Kaster, Collette [mailto:cmkaster@farmland.com]
**Sent:** Tuesday, July 16, 2013 10:57 AM
**To:** Schellpeper, Tim
**Subject:** RE: Fresh Pork Forecast

I will get w/ Jeff.

What is our agreement w/ farms on the Paylean premium?  Do we pay regardless or only if we use them ala group housed?

---

**From:** Schellpeper, Tim [mailto:timschellpeper@Smithfield.com]
**Sent:** Tuesday, July 16, 2013 9:46 AM
**To:** Hodges, Christopher B
**Cc:** Kaster, Collette; Weber, Joe; Gerken, Todd
**Subject:** RE: Fresh Pork Forecast

I agree.

I believe the farms might be making roughly $20 per head. We lose $10, they make $20, net, net we are up $10 per head.  If possible, can we cutback non-Smithfield producers?  This is a sensitive topic and one Jeff L.  needs to weigh in on.  It seems we ought to drop the O/T at Clinton and North and certainly quit paying for racto-free hogs at North.

Tim Schellpeper
President and Chief Operating Officer
Smithfield
111 Commerce St. PO Box 9003
Smithfield, VA 23430
(O) 757-357-1301
(F) 757 357-1686
email: timschellpeper@smithfield.com

---

**From:** Hodges, Christopher B [mailto:CBHODGES@farmland.com]
**Sent:** Tuesday, July 16, 2013 10:28 AM
**To:** Schellpeper, Tim; Gerken, Todd
**Cc:** Kaster, Collette; Weber, Joe
**Subject:** RE: Fresh Pork Forecast

HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD01228026

I agree on the east cutback.

Our PA indicates we are in better shape next week killing 264,000 hd IF we do not carry meat over the weekend which has been a huge problem for us.

Collette and I are meeting today to review our hours by plant relative to our guarantee commitments. We can break guarantee a limited number of weeks each year. We have been slowing the cut to make guarantee which is a more costly solution to reduced kill hours. I would prefer to set our kill minimums at the guarantee for each plant and if we want to reduce kill below guarantee we do it by breaking the 36 hours per our contracts. Since Milan and Monmouth are not under a contract, we have more flexibility, but our approach has been to treat them as if they had a contract. Do you agree with this?

---

**From:** Schellpeper, Tim [mailto:timschellpeper@Smithfield.com]
**Sent:** Tuesday, July 16, 2013 7:48 AM
**To:** Weber, Joe
**Cc:** Kaster, Collette; Hodges, Christopher B
**Subject:** Re: Fresh Pork Forecast

I am okay with this. Chris, do you agree?
On Jul 16, 2013, at 2:15 PM, "Weber, Joe" <joeweber@smithfield.com> wrote:

> We need to cut the east back as far as we can without effecting cuts.
> This would take 2,400 per day out North and 1,600 out of Clinton depending on JBO.
> Save the pigs for another day.
> Keep the Midwest kills.
> As bad as it is, something will have to happen eventually and we need to keep our open market share.
>
>
> On Jul 16, 2013, at 1:49 PM, "Kaster, Collette" <cmkaster@farmland.com> wrote:
>
>> TYS and possibly IPC have cut back a little.
>> Swift was supposedly looking and the live buys at 77 were likely Cargill, but mkt took a nice drop.

---

**From:** Schellpeper, Tim [mailto:timschellpeper@Smithfield.com]
**Sent:** Tuesday, July 16, 2013 6:38 AM
**To:** Weber, Joe; Hodges, Christopher B
**Cc:** Kaster, Collette
**Subject:** Fwd: Fresh Pork Forecast

Suggestions? This is ugly. It would appear there is way too much bullishness in the hogs.

Should we cut east coast plants back? Midwest is cut back already.

Can product move higher? If so. What cuts?

What are we hearing on cut backs in industry?

Begin forwarded message:

> **From:** "Clauberg, Kevin" <KevinClauberg@smithfield.com>
> **To:** "Aimee.Ward@Farmland.com" <Aimee.Ward@Farmland.com>, "Allison, Charles" <CharlesAllison@smithfield.com>, "Arnold, Diane" <Diane.Arnold@farmland.com>, "Baptist, Ken" <KBaptist@JohnMorrell.com>, "Bird, Jeff" <JeffBird@Smithfield.com>, "Bottjen, Jeffrey" <jsbottjen@farmland.com>, "Brady, Dawn" <DBrady@JohnMorrell.com>, "Brown, Dave" <dwbrown@farmland.com>, "Canaday, Ronald" <rccanaday@farmland.com>, "Cobb, John" <jrcobb@farmland.com>, "Cook, Gene" <Gene.Cook@farmland.com>, "Darrell, Bob" <BobDarrell@smithfield.com>, "Dellos, Kurt" <kurtdellos@Smithfield.com>, "Deschepper, Brian" <BLDeschepper@farmland.com>, "Dohlman, Jesse" <jldohlman@farmland.com>, "Dubbert, Dan" <drdubbert@farmland.com>, "Gann, Eric" <EQGann@milan.farmland.com>, "Gerken, Todd" <tggerken@farmland.com>, "Giddings, Dawn" <Dawn.Giddings@farmland.com>, "Gordon, Brian" <briangordon@smithfield.com>, "Gough, Jeff" <jeffgough@Smithfield.com>, "Hamm, Tim" <timhamm@Smithfield.com>, "Held, Calvin" <calvinheld@Smithfield.com>, "Hendricks, Brent" <brenthendricks@Smithfield.com>, "Hodges, Christopher" <CBHODGES@farmland.com>, "Horsley, Shane" <shanehorsley@Smithfieldfoods.com>, "Kaster, Collette" <cmkaster@farmland.com>, "Knierbein, George" <georgeknierbein@Smithfield.com>, "Kriech, Richard" <richardkriech@Smithfield.com>, "Lee, Wade" <Wade.Lee@farmland.com>, "Luckman, Jeff" <jeffluckman@smithfieldfoods.com>, "McNulty, Michael" <MichaelMcNulty@smithfield.com>, "Messman, Tim" <TDMessman@milan.farmland.com>, "Narron, Kyle" <kylenarron@smithfield.com>, "Nixa, Brad" <bradnixa@smithfield.com>, "Orness, Terry" <terryorness@Smithfield.com>, "Owens, Donovan" <DonovanOwens@smithfield.com>, "Pribyl, James" <jtpribyl@milan.farmland.com>, "Price, Dean" <DeanPrice@smithfield.com>, "Rains, Cory" <crains@farmland.com>, "Rank, Brian" <bjrank@farmland.com>, "Richter, George" <georgerichter@Smithfieldfoods.com>, "Rundle, David" <dbrundle@farmland.com>, "Sabin, Dan" <dansabin@smithfield.com>, "Schellpeper, Tim" <timschellpeper@Smithfield.com>, "Scherbing, Todd" <toddscherbing@Smithfield.com>, "Shaefer, Craig" <csshaefer@farmland.com>, "Smedra, Daniel" <dsmedra@farmland.com>, "Steuk, Ronald" <resteuk@farmland.com>, "Strickland, Scott" <ScottStrickland@smithfield.com>, "Thamodaran, Dhamu" <dhamuthamodaran@smithfieldfoods.com>, "Trapp, Scott" <strapp@farmland.com>, "Wall, Jeffrey" <jeffwall@Smithfield.com>, "Weber, Joe" <joeweber@smithfield.com>, "Wessel, Justin" <jdwessel@farmland.com>,

HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD01228027

"Westra, Jeri" <jwestra@johnmorrell.com>, "White, Joseph" <jkwhite@farmland.com>, "Wiggs, Mark" <mwiggs@JohnMorrell.com>, "Willison, Stanley" <sjwillison@farmland.com>
Cc: "Clauberg, Kevin" <KevinClauberg@smithfield.com>
**Subject: Fresh Pork Forecast**

This communication (including any attachments) is confidential and is intended to be privileged pursuant to applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, then you are hereby notified that the dissemination, distribution or copying of this communication is prohibited. If you received this communication in error, please notify Smithfield Foods, Inc. immediately by telephone (+1 757-365-3000) and then delete this communication and destroy all copies thereof.

This communication (including any attachments) is confidential and is intended to be privileged pursuant to applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, then you are hereby notified that the dissemination, distribution or copying of this communication is prohibited. If you received this communication in error, please notify Smithfield Foods, Inc. immediately by telephone (+1 757-365-3000) and then delete this communication and destroy all copies thereof.

This communication (including any attachments) is confidential and is intended to be privileged pursuant to applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, then you are hereby notified that the dissemination, distribution or copying of this communication is prohibited. If you received this communication in error, please notify Smithfield Foods, Inc. immediately by telephone (+1 757-365-3000) and then delete this communication and destroy all copies thereof.

This communication (including any attachments) is confidential and is intended to be privileged pursuant to applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, then you are hereby notified that the dissemination, distribution or copying of this communication is prohibited. If you received this communication in error, please notify Smithfield Foods, Inc. immediately by telephone (+1 757-365-3000) and then delete this communication and destroy all copies thereof.

This communication (including any attachments) is confidential and is intended to be privileged pursuant to applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, then you are hereby notified that the dissemination, distribution or copying of this communication is prohibited. If you received this communication in error, please notify Smithfield Foods, Inc. immediately by telephone (+1 757-365-3000) and then delete this communication and destroy all copies thereof.