# EXHIBIT 77
# (Filed Under Seal)

**To:** French, John[johnfrench@Smithfieldfoods.com]; Henley, Hoskins[hoskinshenley@Smithfieldfoods.com]; Horsley, Shane[shanehorsley@Smithfieldfoods.com]; Newsom, Matt [MattNewsom@smithfieldfoods.com]; Pendell, Brett[brettpendell@Smithfieldfoods.com]; Thamodaran, Dhamu[dhamuthamodaran@smithfieldfoods.com]; Williamson, Elizabeth [elizabethwilliamson@Smithfieldfoods.com]
**From:** French, John[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=67656EC65C164C4BA3C117D4E86BD54E-JOHNFRENCH_]
**Sent:** Mon 12/16/2013 8:41:23 AM Eastern Standard Time
**Subject:** 8:30AM Hog Call Recap

**Market Kill today:** 435K
**Saturday Kill:** 150K (Triumph – 19K, Seaboard – 17K, Tyson – 8K, XL – 8K, Swift – 18K, IPC – 16K, Rantoul – 7K, SFD – 56K)

**Bids:** sound mostly steady.

All FL plants are in good shape this week.

**Market Calls:**
Hogs – up $1 today.
Loins – down ($1) today.
Hams – down ($1) today.
Trim – 72 trim up $2 today.

**Kills Today:**
| | |
|---|---|
| SFD: | 115,850 |
| Sioux Falls: | 18,300 |
| Monmouth: | 11,700 |
| Crete: | 10,400 |
| Denison: | 9,450 |
| Milan: | 10,500 |
| Clinton: | 10,600 |
| Tarheel: | 34,500 |
| North: | 10,400 |

**John French**
Smithfield Foods, Inc.
200 Commerce Street
Smithfield, VA 23430

(757) 365-3089 tel
(757) 365-3096 fax

johnfrench@smithfieldfoods.com

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SMITHFIELD00888909