# EXHIBIT 78
# (Filed Under Seal)

**To:** Henley, Hoskins[hoskinshenley@Smithfieldfoods.com]; Thamodaran, Dhamu[dhamuthamodaran@smithfieldfoods.com]; Horsley, Shane[shanehorsley@Smithfieldfoods.com]
**Cc:** Dohlman, Jesse[jldohlman@farmland.com]
**From:** Kaster, Collette[cmkaster@farmland.com]
**Sent:** Mon 7/29/2013 11:29:57 AM Eastern Standard Time
**Subject:** FW: Rumor is that HRL is paying up for hogs.

---

**From:** Porth, Michael
**Sent:** Monday, July 29, 2013 10:00 AM
**To:** Kaster, Collette
**Cc:** Westra, Jeri; Steuk, Ronald E; Rank, Brian J; Spencer, Milton R; Dohlman, Jesse
**Subject:** Re: Rumor is that HRL is paying up for hogs.

Heard they paid up $1 also IPC cut 800 per day.

Mike Porth
Farmland Foods
515 509 5913

On Jul 29, 2013, at 9:28 AM, "Kaster, Collette" <cmkaster@farmland.com> wrote:

> Any credo to this?

---

**From:** Henley, Hoskins [mailto:hoskinshenley@Smithfieldfoods.com]
**Sent:** Monday, July 29, 2013 9:16 AM
**To:** Horsley, Shane; Dohlman, Jesse; Thamodaran, Dhamu; Kaster, Collette
**Subject:** Rumor is that HRL is paying up for hogs.

Don't know how much weight to put on it but I heard a rumor from Dennis that Hormel paid up $1.50 for hogs this morning already.

This communication (including any attachments) is confidential and is intended to be privileged pursuant to applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, then you are hereby notified that the dissemination, distribution or copying of this communication is prohibited. If you received this communication in error, please notify Smithfield Foods, Inc. immediately by telephone (+1 757-365-3000) and then delete this communication and destroy all copies thereof.

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

SMITHFIELD01177237