# EXHIBIT 79
# (Filed Under Seal)

Message

**From:** Paul_L._Peil/Corp/Hormel [Paul_L._Peil/Corp/Hormel]
**Sent:** 2/18/2014 9:02:35 AM
**To:** Joseph_A._Ciola/Corp/Hormel%hormel
**CC:** Scott_J._Leathers/Corp/Hormel%hormel
**Subject:** Fwd: Smithfield-East notes on harvest target reductions and Cargill notes for THIS week

Please communicate this information to the team. Again, despite what we want to believe, the markets should not trend down when the largest producer only harvesting/working 4 days per week. We can not afford to get caught. We must start selling the market higher.

Please make sure that all team members fully understand the importance of this message.

Thank you.
Sent from my iPhone

Begin forwarded message:

**From:** "Corwyn D. Bollum" <cdbollum@hormel.com>
**Date:** February 18, 2014 at 9:20:56 AM EST
**To:** "Steven G. Binder" <sgbinder@hormel.com>,"Thomas R. Day" <trday@hormel.com>, pjschwab@hormel.com,plpeil@hormel.com,"Mark A. Coffey" <macoffey@hormel.com>, "Jeff A. Nuytten" <januytten@hormel.com>,"Donald J. Temperley" <djtemperley@hormel.com>, "Deanna T. Brady" <dtbrady@hormel.com>
**Cc:** "Matthew S. Schultz" <MSSchultz@Hormel.com>,"Jana L. Haynes" <jlhaynes@hormel.com>, "Steve P. Borgerding" <SPBorgerding@Hormel.com>,"Joseph A. Ciola" <jaciola@hormel.com>, "Scott J. Leathers" <SJLeathers@hormel.com>,"Brian E. Hendrickson" <behendrickson@hormel.com>, "Jose L. Rojas" <JLRojas@pffjfarms.com>,"Feng H. Walkup" <fhwalkup@hormel.com>, "Neal J. Hull" <njhull@hormel.com>,"Joel D. Demro" <JDDemro@hormel.com>
**Subject: Fw: Smithfield-East notes on harvest target reductions and Cargill notes for THIS week**

As expected we are starting to hear of Smithfield backing off on harvest levels, see details below. PEDv impacts!

Cory

----- Forwarded by Corwyn D. Bollum/Corp/Hormel on 02/18/2014 08:12 AM -----

From: James M. Fiala/Corp/Hormel
To: Corwyn D. Bollum/Corp/Hormel@Hormel,
Cc: Ronald S. Browning/Fremont/Hormel@Hormel, Douglas E. England/Austin/Hormel@Hormel, Arthur J. Shute/Austin/Hormel@Hormel, Christopher J. Delva/Fremont/Hormel@Hormel, Scott M. Schultz/Corp/Hormel@Hormel, Randall L. Zellmer/Corp/Hormel@Hormel
Date: 02/18/2014 07:56 AM
Subject: Smithfield-East notes on harvest target reductions and Cargill notes for THIS week

FYI

Doug picked up some excellent (second handed) market info this morning.

Smithfield is starting to put out communications about harvest reductions to address PEDv shortages.

**Plaintiff Exhibit**
In Re: Pork Antitrust Lit
**Paul Peil**
**0087**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                     HFC-PORKAT0000095315

Starting the week of March 10 they will begin running their Gwaltney, Virginia plant (10,400 capacity) four days per week.
Starting approximately the beginning of April they will run their Tar Heel, N.C. plant (34,000 capacity) four days per week.
We are unsure of the duration of this reduction at each plant.


THIS week notes for Cargill: Ottumwa, IA Down today due to flooding issues? Will work Saturday
Beardstown, IL Dark this Friday for scheduled maintenance..............


Current Saturday estimated FIS 50,000

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HFC-PORKAT0000095316