# EXHIBIT 80
# (Filed Under Seal)

Message

| | |
|---|---|
| **From**: | James_M._Fiala/Corp/Hormel [James_M._Fiala/Corp/Hormel] |
| **Sent**: | 3/7/2014 9:39:51 AM |
| **To**: | Corwyn_D._Bollum/Corp/Hormel%Hormel; Christopher_J._Delva/Fremont/Hormel%Hormel; Arthur_J._Shute/Austin/Hormel%Hormel; Douglas_E._England/Austin/Hormel%Hormel; Jeff_A._Nuytten/Corp/Hormel%Hormel; Thomas_R._Day/Corp/Hormel%Hormel |
| **CC**: | Paul_L._Peil/Corp/Hormel%Hormel; Scott_J._Leathers/Corp/Hormel%Hormel; Scott_M._Schultz/Corp/Hormel%Hormel; Timothy_T._Carlson/Corp/Hormel%Hormel; Jesse_L._Hyland/Corp/Hormel%Hormel; Randall_L._Zellmer/Corp/Hormel%Hormel; Jeremy_J._Herrick/Corp/Hormel%Hormel; Albert_C._Lieberum/FarmerJohn/Hormel%Hormel |
| **Subject**: | Reduced harvest industry info |

FYI

Doug picked up some very specific info on the Smithfield group's reduced harvest schedules that we understand started this week. **This reduction represents 61,900 head per week or 10.8% below their capacity, assuming no Saturday harvest.**

Tarheel, N.C. (34,000 capacity) was dark Monday, March 3rd. We understand will continue on a 4 day/week schedule.

Gwaltney, VA (10,400 capacity) was dark Tuesday, March 4th. We understand will continue on a 4 day/ week schedule.

Morrell in Sioux Falls, S.D. has reduced 1,000 head per day from full capacity.   5,000 per week

Farmland in Denison, IA has reduced 500 head per day from full capacity. 2,500 per week

Farmland in Monmouth, IL has reduced 2,000 head per day from full capacity. 10,000 per week

Nothing noted for their other 3 plants at this time.

In addition, Doug was able to confirm that Indiana Packing Co. (Delphi, IN) has reduced 1,000 per day or 5,000 per week. That would represent 6% of their 16,500 daily capacity.

We continue to hear that JBS Swift is preparing/communicating reduced harvest levels at both Worthington & Marshalltown. We haven't been able to confirm details and timeline.

Jim Fiala

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HFC-PORKAT0000068283