# EXHIBIT 81
# (Filed Under Seal)

Message

**From:** Paul_L._Peil/J-OTS [Paul_L._Peil/J-OTS]
**Sent:** 9/22/2014 7:46:29 AM
**To:** T._Jeffrey_Schultz/Corp/Hormel%Hormel
**Subject:** Re: Fwd: EMAIL ADDRESS CORRECTION

No problem. Travel safe.

Paul Peil
Director of Fresh Meats Sales
Hormel Foods Sales, LLC
Office: 507-434-6836
Cell: 507-208-3021

T. Jeffrey Schultz---09/22/2014 07:43:28 AM---From: T. Jeffrey Schultz/Corp/Hormel To: Paul L. Peil/Corp/Hormel@hormel,

From: T. Jeffrey Schultz/Corp/Hormel
To: Paul L. Peil/Corp/Hormel@hormel,
Date: 09/22/2014 07:43 AM
Subject: Fwd: EMAIL ADDRESS CORRECTION

---

Thanks Paul. Unsure what's up with their email. I sent Mike a couple emails over the weekend and also sent him market information Friday referencing this for his October projections.

Jeff


Sent from my iPhone

Begin forwarded message:
**From:** "Paul L. Peil" <plpeil@hormel.com>
**Date:** September 22, 2014 at 7:26:45 AM CDT
**To:** "Mike LoBiondo" <mike.lobiondo@wegmans.com>
**Cc:** "T. Jeffrey Schultz" <tjschultz@hormel.com>
**Subject: EMAIL ADDRESS CORRECTION**

Mike, would you please change Jeff Schultz's email address in your system. The email address you just sent this email to in incorrect. I have copied Jeff's correct email above as well as listing it here. Thanks.

T. Jeffrey Schultz/Corp/Hormel

Paul Peil
Director of Fresh Meats Sales
Hormel Foods Sales, LLC
Office: 507-434-6836

Plaintiff Exhibit
In Re: Pork Antitrust Lit
Paul Peil
0102

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                HFC-PORKAT0000102529

Cell: 507-208-3021

----- Forwarded by Paul L. Peil/Corp/Hormel on 09/22/2014 07:24 AM -----

From: Paul L. Peil/Corp/Hormel
To: Mike LoBiondo <mike.lobiondo@wegmans.com>,
Cc: "tjshultz@hormel.com" <tjshultz@hormel.com>, Scott J. Leathers/Corp/Hormel@Hormel
Date: 09/22/2014 07:24 AM
Subject: Re: FW: Pork market

We reported this scenario during our last visit to you and Len Steiner briefly touched on this "potential" issue during our market call. But with that said, Smithfield has been wreaking havoc on the domestic market for about 6-months as they are exporting as much pork as they can to keep the domestic markets elevated. It's really difficult to forecast markets when they are "playing this game". We of course can only speculate that this is occurring as export data reports lag the market by a month or more. I believe the President of Smithfield made an announcement on their earnings release that it is their goal to continue to increase export volume early last week. That message or direction has not changed since they were purchased.

If we hear anything more than what I just shared I will pass it on, but as you know, most of the export news is after the fact.

SORRY that Kelly sent you the note, but she must of read an export report or a Smithfield financial report. Their message has not changes though. They are all about increasing exports to tighten the domestic supply with the goal of elevating markets.


Paul Peil
Director of Fresh Meats Sales
Hormel Foods Sales, LLC
Office: 507-434-6836
Cell: 507-208-3021

Mike LoBiondo ---09/22/2014 06:51:53 AM---Never good when my boss hears something before me. can you let me know what is going on with Smithfi

From: Mike LoBiondo <mike.lobiondo@wegmans.com>
To: "tjshultz@hormel.com" <tjshultz@hormel.com>, "plpeil@hormel.com" <plpeil@hormel.com>,
Date: 09/22/2014 06:51 AM
Subject: FW: Pork market


Never good when my boss hears something before me. can you let me know
what is going on with Smithfield please?

Thanks,
Mike

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HFC-PORKAT0000102530

```
-----Original Message-----
From: Kelly Schoeneck
Sent: Saturday, September 20, 2014 3:37 PM
To: Mike LoBiondo
Subject: Pork market
```

Did you hear from Hormel regarding alarming news of Smithfield exports that are impacting the market?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                    HFC-PORKAT0000102531