# EXHIBIT 82
# (Filed Under Seal)

**From:** "Getzel, Bret" <Bret_Getzel@Seaboardfoods.com>
**Sent:** Wed, 26 Aug 2015 10:02:16 -0500 (CDT)
**To:** "Marti, Andre" <andre_marti@seaboardfoods.com>; "Bimer, Chris"<chris_bimer@seaboardfoods.com>; "Schoendienst, Kevin"<Kevin_Schoendienst@seaboardfoods.com>; "Riddlebarger, Peter"<peter_riddlebarger@seaboardfoods.com>; "Becerra, Marcy"<Marcy_Becerra@seaboardfoods.com>; "Belek, Joseph"<Joseph_Belek@seaboardfoods.com>; "Hast, Calvin"<Calvin_Hast@seaboardfoods.com>; "Christensen, Kara"<Kara_Christensen@seaboardfoods.com>; "Zart, Emily"<Emily_Zart@seaboardfoods.com>
**Subject:** FW: Urner Barry's Foodmarket.com News 26 August 2015

Those comments related to the article below – sorry about that.
Note the comments about Smithfield's exports to China. This is the first time I've seen anything in print which truly details a shift in volume in terms of their exports to China. It's a bit vague as it only states a percentage increase rather than total lbs. or lbs. of increase and it further doesn't elaborate on the specific cuts – variety meats vs. muscle cuts. That aside, it's fair to assume that it is contributing to what we're seeing in terms of domestic price support as we move through these large kills.

Bret R. Getzel
Director of Foodservice Sales
w: (913) 261-2669 m: (913) 302-4229 f: (913) 563-1167
*facebook | website*

**Seaboard Foods**
*Doing better by knowing better...*
*every step of the way*
Click to learn more

**From:** Urner Barry's Mailserver [mailto:mailserver@urnerbarry.com]
**Sent:** Wednesday, August 26, 2015 9:54 AM
**To:** Getzel, Bret
**Subject:** Urner Barry's Foodmarket.com News 26 August 2015

   

http://www.foodmarket.com/newsemail.asp?tab=news
http://www.foodmarket.com/newsemail.asp?tab=reporter



August 26, 2015





### Featured Stories

- ?II Consumer Reports Ground Beef Study Confirms Strong Safety of Ground Beef
- ?II ANALYSIS: Advancing Pork Prices in China
- ?II Sysco Elects Nelson Peltz and Josh Frank of Trian Partners to Board of Directors

 Beef

 August 26, 2015

- ?II FDA Says Vegan Mayonnaise Can't Be Called Mayo
- ?II VIDEO: Crop Conditions; China Pork Prices; Turkey Cold Storage
- ?II Hillandale Says It's Going to Keep Current Management in Place at Maine Egg Farm
- ?II U.S. Farm Income to Fall to Lowest Level in Nine Years
- ?II Kraft Heinz Foods Company Recalls 2 Million Pounds of Turkey Bacon
- ?II Smithfield CFO Says China Pork Exports Rise 45% in First Half
- ?II Headlines Worth Reading - August 26, 2015
- ?II U.S. Ends Limits on Canada Poultry Imports Imposed after Bird Flu
- ?II Dems to FDA: Help Small Farmers Comply with New Food Safety Rules
- ?II Poultry Industry Recognizes 115 Poultry Facilities for Outstanding Safety Performance
- ?II Nebraska Beef Pays $200,000 to Settle Hiring Investigation
- ?II Tyson Foods Files Opening Brief in Supreme Court for Overtime Case
- ?II Smashburger Launches Updated Kids Meal Offering with Better-for-You Options
- ?II This Man Found Out the Hard Way That You Can't Copyright a Chicken Sandwich
- ?II No Poultry, Eggs Affected by Avian Flu Virus in Louisiana
- ?II US Beef Quota Close to Trigger Volume



### Today's News Summary:

Getting much interest today in the headlines is a story in which the Food and Drug Administration said vegan mayonnaise—which by definition doesn't contain eggs—can't be marketed as mayonnaise. Hampton Creek Foods, Inc., a health foods company whose best known product is a vegan, egg-free mayonnaise called Just Mayo, was sent a warning letter from the FDA on Aug. 12. "According to the standard of identity for mayonnaise, egg is a required ingredient," said the letter, which was released Tuesday and was signed by William A. Cornell, Jr., the FDA's director of the office of compliance.

Also in the egg sector, the new management of the state's largest egg farm on Tuesday said the company will keep local leadership in place as it takes over. The statement offered Hillandale Farms' first public comments since taking control of the former DeCoster Egg Farm last month. On July 8, the long-term lease changed hands from Moark, a Land O'Lakes subsidiary, to Hillandale Farms Conn LLC. Orland Bethel, Hillandale founder, signed the new lease, according to state records. In 2010, Jack DeCoster and Bethel were asked to testify in front of a congressional committee investigating a massive salmonella outbreak centered around their operations in the Midwest. Bethel refused to answer questions, pleading Fifth Amendment protection against self-incrimination.

In other news, U.S. farm incomes will decline 36% this year to the lowest level in nine years, the U.S. Department of Agriculture projected Tuesday, reflecting a continued slump in crop prices and recent weakness in the dairy and hog markets. Net farm income will drop to $58.3 billion from $91.1 billion in 2014, marking the largest percentage decline since 1983, including when figures are adjusted for inflation. The projected decrease would mark the second consecutive drop after incomes reached nominal record highs in 2013, according to the USDA.

Kraft Heinz Foods Company, a Newberry, S.C. establishment, is recalling approximately 2,068,467 pounds of turkey bacon products that may be adulterated because it may spoil before the "Best When Used By" date, the U.S. Department of Agriculture's Food Safety and Inspection Service (FSIS) announced.

Smithfield Foods Inc. has increased its pork shipments to China by almost half in the first six months of 2015, Chief Financial

Officer Kenneth Sullivan said. Exports climbed 45 percent from the previous year, as the country culls as many as 10 million sows, Sullivan told investors Tuesday on an earnings conference call. China, the world's biggest pork consumer, will import 45 percent more of the meat this year as prices rise because of declining output, according to Rabobank International.

Tyson Foods filed its opening brief with the Supreme Court who is hearing the meat giant's challenge to lower-court rulings that awarded a $5.8 million class-action payout for 3,300 employees at an Iowa pork plant. The nature of the suit deals with overtime payment being sought by plant workers for the time they spent putting on and taking off protective equipment required in their jobs. Tyson believes the lower courts erred in certifying the case as class-action. The suit states that the prosecution included hundreds of workers that "have no legal right to any damages."

Finally, Smashburger is introducing new, better-for-you options to its Kids Meal Menu. Seared and seasoned to perfection in Smashburger's own kitchens, new Grilled Chicken Strips are 100% premium all-white meat with no artificial flavors or fillers, making them a delicious option for kids.

### Welcome to Foodmarket News!

Urner Barry is proud to offer you Foodmarket.com. A Web site designed to provide you with the best news coverage in the food industry.  Each day, readers are kept fully informed of the food industry's most timely, relevant developments and market updates with stories presented in a clear, concise manner. This enables you to make the most of your busy day while remaining fully informed.

Foodmarket.com uses cookies to facilitate the auto-login feature. Not only does this authenticate your membership and provide you with all the benefits associated with this service, but it expedites your login by storing your information so that you do not have to enter it each time you access the site.

- If you are **already registered**, please continue to enjoy uninterrupted access with your existing username and password. ● **Not registered yet?** Please take a moment to register to continue access to all of Foodmarket's features.

By Linda Lindner

llindner@foodmarket.com

Copyright © 2012 Foodmarket.com ● 732-240-5330 ● llindner@urnerbarry.com

To make sure that your newsletter is not mistakenly blocked by anti-spam software, add mailserver@foodmarket.com, mailserver@urnerbarry.com or foodmarket.com to your list of allowed senders and contacts.

If you would like to be excluded from further newsletters, please click HERE to notify Foodmarket

Foodmarket.com
P.O. Box 389 · Toms River · NJ · 08754
Phone: 732-240-5330 · Fax: 732-341-0891
Editorial: llindner@foodmarket.com
Sales : sales@foodmarket.com
General Support : support@foodmarket.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                   SBF0528027