# EXHIBIT 83
# (Filed Under Seal)

**To:** Saunders, Scott[ssaunders@Smithfield.com]
**From:** Thamodaran, Dhamu[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F46B946BA0234B0D8FD8FB53A79A3966-THAMODARAN,]
**Sent:** Tue 11/17/2015 2:54:43 PM Eastern Standard Time
**Subject:** Re: 8:30AM Hog Call Recap

Nothing concrete.
may be, towards the end of Dec/ Jan , if product values tank.
As an untreated operator, without hedges, farms will show a loss $35 mill.
Assume, fresh will make 50 plus.
Net net , we will make $15!!! Is it good enough?


Sincerely,
Dhamu


On Nov 17, 2015, at 2:45 PM, Saunders, Scott <ssaunders@Smithfield.com> wrote:

> What kind of head are you looking at and when.

> **From:** Thamodaran, Dhamu
> **Sent:** Tuesday, November 17, 2015 2:29 PM
> **To:** Saunders, Scott
> **Subject:** Re: 8:30AM Hog Call Recap
>
> Very simple:
> More exports translate to higher meat value.
> Higher meat value has 90% correlation to live hog/futures price.
>
> Anyway, So far, all strategic exports done were profit neutral to the Fresh group
>
>
> Dhamu Thamodaran
> Executive Vice President &
> Chief Commodity Hedging Officer
>
> (757) 365-3020 tel
> (757) 365-3060 fax
> (757) 620-9715 mobile
> dthamodaran@smithfield.com
>
> 
>
> Smithfield Foods
> 200 Commerce Street
> Smithfield, VA 23430
> www.smithfieldfoods.com
>
>
> On Nov 17, 2015, at 2:25 PM, Saunders, Scott <ssaunders@Smithfield.com> wrote:
>
>> How does exporting carcasses at a loss to China going to help the farms?
>
>> **From:** Thamodaran, Dhamu
>> **Sent:** Tuesday, November 17, 2015 2:23 PM
>> **To:** Saunders, Scott
>> **Subject:** Re: 8:30AM Hog Call Recap
>>
>> If it helps the integrated system then we need to do it.
>> Our farms show a loss of $30 per head loss, today. Is Fresh going to cover that?
>>
>>
>> Dhamu Thamodaran
>> Executive Vice President &
>> Chief Commodity Hedging Officer
>>
>> (757) 365-3020 tel
>> (757) 365-3060 fax
>> (757) 620-9715 mobile
>> dthamodaran@smithfield.com
>>
>> 
>>
>> Smithfield Foods
>> 200 Commerce Street
>> Smithfield, VA 23430
>> www.smithfieldfoods.com

HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD00872455

On Nov 17, 2015, at 2:20 PM, Saunders, Scott <ssaunders@Smithfield.com> wrote:

We are moving the meat, why do we want to go to the export at a loss? Unless you can make it a profit?

---

**From:** Thamodaran, Dhamu
**Sent:** Tuesday, November 17, 2015 2:19 PM
**To:** Saunders, Scott
**Subject:** Re: 8:30AM Hog Call Recap

Not in agreement with your statement about exports.

Sincerely,
Dhamu

On Nov 17, 2015, at 2:04 PM, Saunders, Scott <ssaunders@Smithfield.com> wrote:

Dhamu

This clearly shows that we have added head when Gregg requested 3 weeks ago. There is not 85,000 more head to kill. He was merely saying that we have not killed them all yet, they are just scheduled. We do not need to go out and sell Carcasses unless there is profit in it. We are however adding a Tar Heel Saturday and an additional day at North to further pull pigs ahead.

Scott

---

**From:** Thamodaran, Dhamu
**Sent:** Tuesday, November 17, 2015 6:15 AM
**To:** Kaster, Collette; Weber, Joe; Saunders, Scott
**Subject:** Fwd: 8:30AM Hog Call Recap

Dhamu Thamodaran
Executive Vice President &
Chief Commodity Hedging Officer



(757) 365-3020 tel
(757) 365-3060 fax
(757) 620-9715 mobile
dthamodaran@smithfield.com

Smithfield Foods
200 Commerce Street
Smithfield, VA 23430
www.smithfieldfoods.com

Begin forwarded message:

**From:** "Schmidt, Gregg" <gpschmidt@smithfield.com>
**Date:** November 16, 2015 at 5:06:46 PM EST
**To:** "Thamodaran, Dhamu" <dthamodaran@smithfield.com>
**Subject: RE: 8:30AM Hog Call Recap**

They have not really pulled anything more forward. We are still trying to pull 85k to 100k more hogs into plants before the holidays. Bill Otis is struggling with the extra bellies. What happened in market today? COP dropped almost $10 mil with only 6 weeks left in the year!

GPS

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SMITHFIELD00872456

**From:** Thamodaran, Dhamu
**Sent:** Monday, November 16, 2015 5:02 PM
**To:** Schmidt, Gregg
**Subject:** Fwd: 8:30AM Hog Call Recap

In spite of our pull forward, our weights are not showing any sign of dropping!

Dhamu Thamodaran
Executive Vice President &
Chief Commodity Hedging Officer



(757) 365-3020 tel
(757) 365-3060 fax
(757) 620-9715 mobile
dthamodaran@smithfield.com

Smithfield Foods
200 Commerce Street
Smithfield, VA 23430
www.smithfieldfoods.com

Begin forwarded message:

**From:** "French, John" <jfrench@smithfield.com>
**Date:** November 16, 2015 at 8:52:46 AM EST
**To:** "Copa, Mark" <mcopa@smithfield.com>, "Dohlman, Jesse" <jdohlman@smithfield.com>, "French, John" <jfrench@smithfield.com>, "Henley, Hoskins" <hhenley@smithfield.com>, "Horsley, Shane" <shorsley@smithfield.com>, "Kaster, Collette" <ckaster@smithfield.com>, "Newsom, Matt" <mnewsom@smithfield.com>, "Pendell, Brett" <bpendell@smithfield.com>, "Saunders, Scott" <ssaunders@Smithfield.com>, "Schmidt, Gregg" <gpschmidt@smithfield.com>, "Sullivan, Ken" <ksullivan@smithfield.com>, "Thamodaran, Dhamu" <dthamodaran@smithfield.com>, "Wang, Xiaoyang" <xwang@smithfield.com>, "Weber, Joe" <jweber@smithfield.com>, "Williamson, Elizabeth" <ewilliamson@smithfield.com>
**Subject: 8:30AM Hog Call Recap**

**Industry Harvest Estimate:**
- Today: 435K
- Saturday Kill: 194K (TSN – 48K, Swift – 26K, XL -20K, IPC – 17K, Rantoul – 5K, SFD – 55K)

**Cash Bids:** are mostly steady around the $50 to $50.50 level.

**Cash and Product Calls:**

| Hogs | Steady |
|---|---|
| Loins | Up +$2 |
| Butts | Steady |
| Light Ribs | Up +$2 |
| Med Ribs | Up +$3 |
| Hams | Steady |
| Bellies | Down ($1) |
| 42% Trim | Steady |

HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD00872457

| | |
|---|---|
| 72% Trim | Steady |
| Bnls Pic | Up +$1 |

Hog Weights:

| | Friday 11/13 | | | Saturday 11/14 | | |
|---|---|---|---|---|---|---|
| | Company | External | Overall | Company | External | Overall |
| Sioux Falls | None | 283 | 283 | None | 282 | 282 |
| Crete | 278 | 283 | 281 | 303 | 281 | 284 |
| Denison | 297 | 280 | 287 | 294 | 280 | 287 |
| Monmouth | 300 | 288 | 288 | | | |
| Milan | 293 | 283 | 290 | 294 | 282 | 291 |
| North | 299 | 279 | 292 | | | |
| Tar Heel | 293 | 277 | 289 | 296 | 279 | 292 |
| Clinton | 296 | None | 296 | | | |

Hog Weights – Weekly Change:

| | Weekly Wt. Change |
|---|---|
| | Overall |
| Sioux Falls | Down (0.9) |
| Crete | Down (1.0) |
| Denison | Down (2.0) |
| Monmouth | Up +1.2 |
| Milan | Down (1.2) |
| North | Down (0.4) |
| Tar Heel | Up +0.8 |
| Clinton | Up +0.3 |

Harvest Estimate:

| | Today Kill Est. |
|---|---|
| Total SFD | 113,525 |
| Sioux Falls | 18,500 |
| Crete | 10,450 |
| Denison | 10,475 |
| Monmouth | 11,800 |
| Milan | 10,500 |
| North | 8,700 |
| Tar Heel | 32,500 |
| Clinton | 10,600 |

John French
Price Risk Management

<image001.jpg>

(757) 365-3089 tel
(757) 365-3096 fax
(757) 876-2475 mobile
jfrench@smithfield.com

Smithfield Foods
200 Commerce Street
Smithfield, VA 23430
www.smithfieldfoods.com

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SMITHFIELD00872458