# EXHIBIT 86
# (Filed Under Seal)



# Meat Price Outlook

**MPO16-49**    Weekly Update and Forecasts for Livestock, Meat and Poultry Professionals    **Dec 16, 2016**



Choice Cutout

**Beef News and Trends:** The seasonal rebound in fed cattle prices resumed this week, advancing to $112, about $2 higher than last week, but still below the $115 mark posted earlier in the month. Further immediate gains may be tempered by more limited slaughter schedules around the year-end holidays. However, smaller feedlot placements against the winter months point to a larger than seasonal decline in beef production heading into the first quarter of 2017. Despite the weaker undertone in the middle meats, the blended cutout closed the week near $191, nearly $7 higher than last week. Although sales volumes slowed as prices advanced, the holiday-reduced production schedules in the weeks ahead will limit inventory accumulation and a larger than seasonal decline in fed beef production this winter likely will remain supportive. Fed cattle may advance into the $115-$120 range, accompanied by a blended cutout reaching the mid to upper $190s, or better.

**Pork News and Trends:** The pork cutout added more than $2 to close out above $77. This rally, previously expected to soften from the $74 level, has been driven mostly by the needs for ham and loins during slaughter. As the cutout could and should soften from here, it is signaling counter-seasonal strength and could be a gamble as to which direction it could head. Still, risk is seasonally to the downside for a near-term window. Exports could continue to hold the cutout strong and demand may be tipping its hat as to next year's expectations. The sea of pork is by no means flooding the market and the recent strength in the cutout is reflecting the current meat of choice. Expect tighter supplies in the next few weeks and demand to pick up in January, putting the cutout into an upward path for the first half of the year 2017.



Pork Cutout



BROILER-TYPE HATCHING EGG PRODUCTION PER 100 LAYERS DURING MONTH

**Poultry News and Trends:** Productivity rallied substantially in October with broiler-type hatching eggs per 100 layers reaching an estimated 63.2 on November 1, bringing about evidence of the most productive layer flock on record. This smaller, yet more productive flock made available 1.042 billion broiler-type hatching eggs for October, down slightly from a year ago but 4.5-percent above the five-year average. Current flock size and productivity levels are set to provide broiler-type egg availability levels slightly above 2015. Capacity improvements, favorable feed cost projections for 2017, and the outlook for slight improvements to productivity rates should provide an outlook for an additional 0.8 percent more eggs for broiler production in the fourth quarter of 2016 than the same quarter the year prior and an additional 1.3 percent more broiler-type hatching eggs in the first quarter of 2017 than for the same period a year earlier.

CLMNS-0000594415

**Cattle and Beef:** Seasonal, pre-holiday strength in the ribs gave way to a weaker undertone this week, but was more than offset by the still-firm undertone in the loin meat, along with advances in the end cuts and grinds, boosting the blended cutout near $191 at week's end, nearly $7 higher than last week's close and about $11 over the mid November low. While spot beef sales slowed sharply as prices advanced, more limited production volumes around the year-end holidays will limit inventory accumulation.  Although fed cattle slaughter continues to exceed expectations, kills are expected to trend lower into the winter.  Smaller placements against the winter months may translate into fed cattle supplies only slightly above the small volumes of a year earlier.  In addition, lighter carcass weights and larger exports may further temper fed beef supplies, holding domestic fed beef availability slightly below the historically small volumes of early 2016. Seasonally, beef production usually declines around 300 mil pounds from the OND quarter into JFM—more than 20 mil pounds per week.  The large beef output this fall, coupled with more limited production prospects this winter, could trim the quarterly decline by around 500 mil pounds.  While still abundant, competing meat supplies will be trending lower into the winter, as well.  A larger than seasonal decline in beef production suggests a larger than seasonal price rise boosting the blended cutout to an average in the low to mid $190s prices, accompanied by a fed cattle average in the $115-$120 range.

**Ribs:** Daily price range quotes have widened, with the upper end of the range being for quick-ship product, while the lower end is for product delivery past the holidays. Spot market sales were again below 10% of comprehensive rib sales last week, as packers were once again able to put the vast majority of rib orders on formula basis for this fall.  Nov and Dec are the months with sales of 109E bone-in rib eyes are highest in proportion of combined rib sales.  Last week's 22-90 day sales report showed Choice ribs being forward sold at an average of $3/lb. below spot market.

**Chuck:** Chucks tend to trend higher from here into the second or third full week of Jan, as retail merchandising focus shifts from seasonal middle meat items in front of the holidays, to more featuring of ground beef and end meat cuts after the holidays.  Forward sales volumes on shoulder clods have been modestly slower in recent weeks, while export sales activity on commodity shoulder clods picked up in early Dec.  Those export sales are likely destined mostly for Mexico. Jumping up from the upper $180s to the current $205 area, further gains are expected into Jan, with potential for mid-month pricing at or above $220.

**Round:** Spot prices have jumped higher this week on inside rounds, while spot sales volumes have declined compared to last week.  Still, with the upcoming holiday-reduced production schedules, packers are likely in good shape to continue pushing inside rounds higher over the next few weeks.  Outside flats and peeled knuckles are expected to show good price advances going into the new year, with the outside flats projected into the $230s, while the Choice peeled knuckles could advance into the $240s.  Eyes of round have firmed in recent weeks while the other round cuts have struggled. There is probably still more upside for eyes of round to reach up into the $260s over the next few weeks.

## Cattle and Beef Summary Statistics and Market Comments

| Cattle/Beef | Year-ago | Current Week | Weekly Dec 28 | Weekly Jan 04 | Monthly Jan 2017 | Monthly Feb 2017 | Monthly Mar 2017 |
|---|---|---|---|---|---|---|---|
| TX/OK Panhandle Cattle | 118 | 112 | 113 | 114 | 115 | 113 | 120 |
| Choice Heavy Cutout | 197 | 192 | 194 | 195 | 195 | 191 | 202 |
| Select Heavy Cutout | 186 | 177 | 183 | 185 | 186 | 187 | 198 |

| Cattle/Beef | Year-ago | Current Week | Weekly Dec 28 | Weekly Jan 04 | Monthly Jan 2017 | Monthly Feb 2017 | Monthly Mar 2017 |
|---|---|---|---|---|---|---|---|
| Slaughter (1000 head/wk) | 586 | 599 | 425 | 510 | 596 | 544 | 554 |
| Carcass Weights (lbs.) | 841 | 845 | - | - | 819 | 814 | 812 |
| Beef Production (mil lbs./wk) | 491 | 505 | - | - | 488 | 443 | 450 |
| Placements (% CHYA) | - | - | - | - | 6% | 2% | 2% |

| Rib | Year-ago | Current Week | Weekly Dec 28 | Weekly Jan 04 | Monthly Jan 2017 | Monthly Feb 2017 | Monthly Mar 2017 |
|---|---|---|---|---|---|---|---|
| Ch 109e Ribeye, Bone-in | 722 | 776 | 649 | 593 | 552 | 556 | 587 |
| Ch 112a Ribeye, Bnls, heavy | 833 | 853 | 716 | 670 | 622 | 621 | 656 |
| Ch 112a Ribeye, Bnls, light | 824 | 817 | 694 | 666 | 629 | 634 | 660 |
| Se 109e Ribeye, Bone-in | 644 | 589 | 534 | 515 | 495 | 523 | 560 |
| Se 112a Ribeye, Bnls, heavy | 735 | 633 | 574 | 570 | 552 | 590 | 631 |
| Cap-Wedge Meat | 245 | 276 | 270 | 269 | 258 | 239 | 242 |

| Chuck | Year-ago | Current Week | Weekly Dec 28 | Weekly Jan 04 | Monthly Jan 2017 | Monthly Feb 2017 | Monthly Mar 2017 |
|---|---|---|---|---|---|---|---|
| Ch XT Chuck Roll, neck off | 266 | 254 | 265 | 271 | 272 | 243 | 242 |
| Ch XT Clod | 194 | 192 | 209 | 213 | 217 | 205 | 202 |
| Ch 115 Chuck, 2 Piece Bnls | 270 | 243 | 232 | 246 | 247 | 233 | 234 |
| Ch 120 Brisket | 218 | 241 | 240 | 242 | 237 | 209 | 214 |
| Se XT Chuck Roll, neck off | 258 | 253 | 264 | 267 | 267 | 239 | 238 |
| Se 114 Shoulder Clod | 186 | 184 | 203 | 205 | 207 | 193 | 192 |

| Round | Year-ago | Current Week | Weekly Dec 28 | Weekly Jan 04 | Monthly Jan 2017 | Monthly Feb 2017 | Monthly Mar 2017 |
|---|---|---|---|---|---|---|---|
| Ch 167a Knuckle, peeled | 207 | 220 | 232 | 238 | 242 | 228 | 238 |
| Ch 168 Inside Round | 182 | 190 | 198 | 208 | 209 | 202 | 214 |
| Ch XT Inside Round | 187 | 198 | 207 | 217 | 218 | 212 | 224 |
| Ch 171B Outside Round | 232 | 192 | 202 | 207 | 223 | 221 | 213 |
| Ch 171C Eye of Round | 246 | 252 | 260 | 264 | 263 | 248 | 244 |
| Se XT Inside Round | 192 | 196 | 207 | 215 | 218 | 212 | 224 |
| Se 171C Eye of Round | 246 | 254 | 260 | 261 | 261 | 246 | 245 |

CLMNS-0000594416

**MPO16-49     Weekly Update and Forecasts for Livestock, Meat and Poultry Professionals     Dec 16, 2016**

**Loin:** Spot market sales volumes on tenderloins as a proportion of total sales reported by USDA dropped below 10% in recent weeks, with subsequent increases in formula sales. Forward sales volumes were strong through most of Nov and into early Dec, encouraged by the lower forward prices compared to spot market values. Forward sales volumes on short loins and strip loins were above year-ago through most weeks of Nov and into early Dec, with some weeks well above last year. Retailers have been looking at relative values on these items in comparison to the seasonal strength on the ribs.

**Trimmings:** There will be a couple of weeks of elevated US cow slaughter in early/mid-Jan, followed by seasonally declining slaughter into late winter and spring. Weekly average cow slaughter is expected to average 4-5% above this past year in the first quarter of 2017. Domestic 90s have been running mostly around $190 going into peak cow slaughter this fall, and projected to head above $200 during Jan and up toward $210 later in the winter. This would still be lower than 2016. Continuation of large steer and heifer slaughter levels, along with weak prices on the grinds, have led to further pressure on the beef 50s back down into the mid $30s. Downside is likely limited from here, as the grinds are now starting their seasonal run higher into mid to late Jan. Steer and heifer slaughter will be smaller over the holiday period, and weekly averages in Jan are expected to narrow toward 2-3% above this past year, compared to 9-10% year-over-year increases so far this fall. Beef 50s are projected to bounce back above $50 heading into the new year, heading for the $60-70 area. Grinds will find retail feature support past the holidays.

**Cow Cuts:** The cow cutout continued to ease below the $154 mark this week, and may continue slightly lower through year's end before finding a seasonal low and starting back higher into the late winter timeframe. For the week ending December 3, FI cow slaughter totaled 114,400 head, 8.3 percent lower than last year's smaller volumes. Slaughter may have limited additional upside in the near-term, but additional cow slaughter may take place by mid-winter, with seasonal peaks likely around 120 to 125,000 head.

| Loin | Year-ago | Current Week | Weekly Dec 28 | Weekly Jan 04 | Monthly Jan 2017 | Monthly Feb 2017 | Monthly Mar 2017 |
|---|---|---|---|---|---|---|---|
| Ch XT Strip Loin, 0x1, bnls | 513 | 496 | 502 | 500 | 499 | 496 | 579 |
| Ch XT Shortloin, 0x1 | 500 | 464 | 470 | 465 | 464 | 471 | 535 |
| Ch XT Top butt, bnls | 297 | 227 | 238 | 249 | 261 | 293 | 327 |
| Ch 189a Tndrln, Trmd, 5-Up | 1040 | 996 | 956 | 906 | 883 | 866 | 914 |
| Se XT Strip Loin, 0x1, bnls | 454 | 408 | 428 | 419 | 418 | 429 | 520 |
| Se XT Shortloin, 0x1 | 445 | 390 | 409 | 403 | 404 | 432 | 510 |
| Se XT Top butt, bnls | 251 | 218 | 236 | 232 | 239 | 268 | 308 |
| Se 189a Tndrln, Trmd, 5-Up | 970 | 853 | 840 | 817 | 795 | 818 | 872 |
| Ch 185a Sirloin Flap | 405 | 402 | 405 | 406 | 415 | 406 | 437 |
| Ch 185b Sirln Ball Tip, heavy | 230 | 202 | 209 | 217 | 230 | 249 | 288 |
| Ch 185c Sirloin, Tri-Tip | 293 | 250 | 235 | 243 | 259 | 276 | 297 |

| Trimmings | Year-ago | Current Week | Weekly Dec 28 | Weekly Jan 04 | Monthly Jan 2017 | Monthly Feb 2017 | Monthly Mar 2017 |
|---|---|---|---|---|---|---|---|
| Imported Cow Meat 90% Ln | 189 | 207 | 204 | 202 | 202 | 198 | 198 |
| Imported Bull Meat 95% Ln | 204 | 220 | 218 | 217 | 216 | 212 | 213 |
| 50% Fresh Trimmings | 37 | 36 | 49 | 52 | 59 | 60 | 72 |
| 50% Frozen Trimmings | 45 | 63 | 71 | 69 | 70 | 66 | 77 |
| 85% Fresh Trimmings | 170 | 170 | 172 | 176 | 180 | 186 | 189 |
| 90% Fresh Trimmings | 193 | 191 | 192 | 195 | 198 | 205 | 208 |
| 90% Frozen Trimmings | 218 | 206 | 205 | 203 | 204 | 207 | 212 |
| 73% Fresh CGB | 132 | 132 | 141 | 143 | 152 | 150 | 153 |
| 81% Fresh CGB | 148 | 161 | 175 | 176 | 184 | 177 | 174 |
| Ground Chuck | 165 | 168 | 182 | 184 | 193 | 187 | 185 |
| Ground Round | 288 | 246 | 258 | 247 | 260 | 255 | 263 |

| Cow Cuts | Year-ago | Current Week | Weekly Dec 28 | Weekly Jan 04 | Monthly Jan 2017 | Monthly Feb 2017 | Monthly Mar 2017 |
|---|---|---|---|---|---|---|---|
| B/B 112 Ribeye Roll, 8-10 | 337 | 291 | 295 | 300 | 294 | 287 | 283 |
| B/B 180 Strip Loin, 9-Up | 211 | 182 | 182 | 195 | 214 | 223 | 230 |
| B/B-C/C 190 Tndrln, 4-5 | 626 | 492 | 496 | 519 | 508 | 489 | 511 |
| B/B 184 Top Sirloin Butt | 199 | 180 | 177 | 187 | 193 | 200 | 211 |
| B/B 168 Top Inside Rd, 10-up | 197 | 199 | 203 | 224 | 227 | 217 | 231 |
| B/B 171B Outside Round | 325 | 218 | 211 | 254 | 254 | 231 | 239 |
| B/B-C/C 167A Rd Knkle, Pld | 223 | 214 | 219 | 210 | 214 | 219 | 232 |
| 100% Lean Inside Round | 277 | 271 | 275 | 270 | 263 | 262 | 270 |
| 100% Ln, Flats & Eyes-Combo | 283 | 260 | 258 | 257 | 256 | 251 | 257 |

| | Weekly High | Weekly Low | Close | Change |
|---|---|---|---|---|
| **Live Cattle** | | | | |
| Dec-16 | 112.68 | 108.48 | 112.33 | 3.60 |
| Feb-17 | 115.65 | 110.13 | 115.35 | 4.83 |
| Apr-17 | 113.75 | 109.78 | 113.60 | 3.35 |
| Jun-17 | 104.35 | 100.88 | 104.25 | 2.85 |
| Aug-17 | 99.93 | 97.58 | 99.75 | 1.75 |
| Oct-17 | 99.90 | 98.03 | 99.63 | 1.28 |
| **Feeder Cattle** | | | | |
| Jan-17 | 130.00 | 125.13 | 129.90 | 3.95 |
| Mar-17 | 126.73 | 121.95 | 126.30 | 3.80 |
| Apr-17 | 126.00 | 121.55 | 125.60 | 3.55 |
| **Lean Hogs** | | | | |
| Feb-17 | 64.95 | 60.88 | 64.70 | 3.15 |
| Apr-17 | 68.48 | 65.83 | 68.30 | 2.35 |
| May-17 | 73.90 | 72.05 | 73.90 | 1.98 |
| Jun-17 | 78.00 | 76.40 | 77.95 | 1.38 |
| Aug-17 | 78.00 | 76.60 | 77.95 | 0.92 |
| Oct-17 | 66.70 | 65.43 | 66.68 | 0.88 |
| Dec-17 | 61.15 | 60.00 | 61.10 | 0.77 |

**Cattle Futures Comments:** Spurred by the higher beef market and frigid temps settling over the central Plains, futures posted a strong advance this week with actively traded Feb decisively eclipsing the early December high, reaffirming the short-term market uptrend and registering new rally highs. The advance in futures and weaker basis firmed the feeder's resolve to press for higher bids, contributing the higher cash trade at the end of the week. Spot Dec closed the week about par with the higher cash trade and will sustain the feeder's resolve to resist lower bids on next week's showlists. In addition, the wider premium on Feb, at around $3 over Dec, reflects a stronger conviction regarding prospects for further cash gains in the wake of smaller feedlot placements against the mid-winter time frame.

**Hogs Futures Comments:** Futures continued a bull rally this week, as the expiring Dec contract closed more than $3 higher than most expectations, amid heavy slaughter volumes and rising interior cash market hogs. The packers drew upon outlying hogs to fulfill supply and order commitments, pulling hard to entice producers to bring additional numbers to market. This rise in cash hog prices brought the settlement index upwards, while the futures market chased after it, especially in light of contract expiry. The surprise run-up left expiry and settlement differentials to be larger than normal, with more questions being raised than answers being provided. As the Feb contract becomes the front month and hedgers have rolled their positions forward, the sentiment in the market has shifted, with upward movement now expected to continue at a more subdued pace.

CLMNS-0000594417

**MPO16-49    Weekly Update and Forecasts for Livestock, Meat and Poultry Professionals    Dec 16, 2016**

## Pork Summary Statistics and Market Comments

| Hogs | Year-ago | Current Week | Weekly Dec 28 | Weekly Jan 04 | Monthly Jan 2017 | Monthly Feb 2017 | Monthly Mar 2017 |
|---|---|---|---|---|---|---|---|
| National Lean Hog Price | 55 | 57 | 57 | 56 | 56 | 60 | 64 |
| Composite Value, Cutout | 74 | 77 | 75 | 73 | 74 | 75 | 76 |
| Hog Slaughter (Wkly Avg) | 2499 | 2544 | 2030 | 2125 | 2345 | 2349 | 2249 |
| FI Avg Dressed Car Wgts | 213 | 210 | 211 | 212 | 212 | 212 | 213 |

| Hams, Fresh | Year-ago | Current Week | Weekly Dec 28 | Weekly Jan 04 | Monthly Jan 2017 | Monthly Feb 2017 | Monthly Mar 2017 |
|---|---|---|---|---|---|---|---|
| 17-20# Trmd Sel Ham | 74 | 76 | 68 | 61 | 62 | 67 | 67 |
| 20-23# Trmd Sel Ham | 72 | 78 | 65 | 61 | 62 | 63 | 63 |
| 23-27# Trmd Sel Ham | 65 | 76 | 65 | 60 | 62 | 64 | 61 |

| Bellies, Fresh | Year-ago | Current Week | Weekly Dec 28 | Weekly Jan 04 | Monthly Jan 2017 | Monthly Feb 2017 | Monthly Mar 2017 |
|---|---|---|---|---|---|---|---|
| 12-14# Belly | 115 | 112 | 109 | 108 | 112 | 115 | 110 |
| Belly Primal | 104 | 99 | 98 | 98 | 103 | 107 | 102 |
| Derind Belly 9-13# | 131 | 124 | 125 | 127 | 133 | 139 | 135 |
| Derind Belly 13-17# | 128 | 124 | 124 | 124 | 130 | 135 | 130 |

| Loins/Butts, Fresh | Year-ago | Current Week | Weekly Dec 28 | Weekly Jan 04 | Monthly Jan 2017 | Monthly Feb 2017 | Monthly Mar 2017 |
|---|---|---|---|---|---|---|---|
| 1/4 Trimmed Loin VAC | 86 | 86 | 95 | 97 | 97 | 92 | 95 |
| Bnls CC Strap-on | 126 | 123 | 126 | 127 | 124 | 120 | 128 |
| 1/4 Trim Butt VAC | 92 | 92 | 98 | 93 | 88 | 85 | 92 |

| Ribs, Fresh | Year-ago | Current Week | Weekly Dec 28 | Weekly Jan 04 | Monthly Jan 2017 | Monthly Feb 2017 | Monthly Mar 2017 |
|---|---|---|---|---|---|---|---|
| Trmd Sparerib - LGT | 146 | 119 | 117 | 119 | 123 | 126 | 138 |
| Backribs 2.0#/up | 243 | 215 | 212 | 213 | 214 | 222 | 229 |

| Trimmings | Year-ago | Current Week | Weekly Dec 28 | Weekly Jan 04 | Monthly Jan 2017 | Monthly Feb 2017 | Monthly Mar 2017 |
|---|---|---|---|---|---|---|---|
| 42% Trim Combo, Frsh | 18 | 26 | 24 | 24 | 25 | 25 | 28 |
| 72% Trim Combo, Frsh | 36 | 53 | 48 | 48 | 50 | 56 | 55 |
| Pic Mt Cbo Cshn Out, Frsh | 60 | 81 | 76 | 71 | 70 | 67 | 64 |
| Sltr Sows, 500-549 lbs | 29 | 29 | 28 | 29 | 32 | 41 | 46 |

**Hogs/Pork:** The hog and pork complex has moved counter seasonally higher for the last two weeks, adding strength when softness was expected. As the cash hogs were pulled aggressively by the packers, price came up for the producers and reduced their losses. The counter seasonal decline in hog weights shows how hungry the packers were to meet pre-sale commitments and export negotiations. This has resulted in continued large slaughters without a stockpiling of supplies. The meat is moving and staying clear while the hogs are current. The additional strength in the cash hog market has come mostly from the packers' own pockets, but strong demand for pork has still enabled strength in the cutout value. Watch closely, as slaughter will be smaller the next two successive weeks due to the holiday schedule.

**Bellies:** Bellies are benefitting from the larger slaughter these last two weeks. Bellies came down, although may have reached their seasonal lows sooner than expected, and have been trading sideways. This is the time to rotate bellies into freezer programs and purchases have been made one belly at a time during this continued slaughter. Instead of driving the belly price up from forward purchases, it is trading sideways benefitting from the extra supply. This might allow cold storage to replenish without driving up the price in the short-term. Bellies may not get cheaper from here and the risk is to the upside for the next three months.

**Loins:** The bone-in loin complex saw a rally this week, stronger than expected, possibly amid the higher than expected ham prices. As retailers look to feature the loin complex during New Year's, and ham prices are riding up, the loin complex got the focus. This focus, intended to help ease the hams, has allowed demand to drive up the price. The loins are helping to support the strength in the cutout, with the bone-in product adding more than ten cents in one week. It is quite possible no additional softness occurs until the second week of January, after which there could be a 10 percent decline. This complex could add another $3-6 dollars, with risk still to the upside above that, before finding its short term seasonal peak.

**Ribs:** The rib market has stayed under the radar and traded smoothly during the recent market strength. Because it has been so steady, it seems to be another benefactor of larger slaughters. While price has not waivered, buyers continue to purchase slowly and add to freezer supplies little by little, cautious enough not to spook the price. The benefit to this rib market will be the storage stocks moving into next year and possibly reducing excess demand on fresh product. Soon the risk is to the upside in this market with the spares leading the way in possibly two weeks and the backribs to follow shortly thereafter.

**Trim:** The Trimmings were another benefactor from slaughter focused on the hams and loin complex, with additional supply naturally being available and helping to stave off upward pressure on price. Supply for trim had been shorter than expected and prices were riding up, however, continued large slaughters are making more product available and easing the gold rush. The lean trim has started to line the bottom of freezers when those programs got underway as price moved past the mid-forties. The fattier trim followed suite by one week, as anticipated, with those lows already now in for the fall and winter period. The risk is only to the upside from here as demand is anticipated to be higher than last year. While this alone may not be enough to warrant higher prices, the freezer stocks are behind.

**COPYRIGHT INFORMATION:** Copyright 2016 by Informa Economics IEG. Printed in USA all rights reserved. Under the copyright laws this publication may not be copied, photocopied, reproduced, translated or reduced to any electronic medium or machine readable form, in whole or in part, without the prior written consent from Informa Economics IEG.

Informa Economics IEG produces the Meat Price Outlook based on information which we believe reliable, however we do not guarantee the accuracy or completeness of the material presented. Any opinions or recommendations expressed are based upon information available to us and upon our general experience and judgment of the meat and commodities markets. Those using the information for trading purposes are responsible for their own actions.

**THE REGULAR SUBSCRIPTION RATE FOR THE MEAT PRICE OUTLOOK IS $549/YEAR**
**SPECIAL RATE AVAILABLE FOR ADDITIONAL SUBSCRIBERS WITHIN THE SAME COMPANY**
**For further information please call 901-202-4448.**

CLMNS-0000594418

## Poultry Summary Statistics and Market Comments

### Broiler Market Comments:

**Whole Birds:** The National Composite whole broiler price has moved from just over 73 cents at the end of October to near 85 cents in recent weeks. The biggest climb has come from the Midwest as the Chicago birds stretched from just under 65 cents in the last week of October to an average of 81 cents in the last three weeks. While the National Composite whole broiler index has been more volatile than the Georgia dock, those looking for substitution to a missing Georgia Dock weighted average index may have opportunity in this metric, which provides seasonal strength typically in late May and softens seasonally through the remainder of the grilling season, finding a low near October.

**White Meat and Wings:** Wholesale boneless breast meat continued to hold at levels the industry has not meddled at in nearly a decade, as USDA provided an average trade of 99 cents per pound.

**Dark Meat:** The back half of the bird continues to see support, and fairly substantial credit is due to a healthy export situation when considering how much additional meat is being cleared through international channels this year compared to a year ago.

| Broilers, USDA Monday | Year-ago | Current Week | Weekly Dec 30 | Weekly Jan 06 | Monthly Jan 2017 | Monthly Feb 2017 | Monthly Mar 2017 |
|---|---|---|---|---|---|---|---|
| GA Dock | 112 | 108 | 108 | 106 | 106 | 106 | 106 |
| National | 79 | 83 | 86 | 87 | 88 | 84 | 88 |
| Chicago | 78 | 79 | 80 | 80 | 78 | 79 | 84 |
| Los Angeles | 82 | 86 | 79 | 86 | 83 | 83 | 89 |
| New York | 77 | 82 | 75 | 84 | 83 | 83 | 88 |

| NE Plant Grade Parts, USDA Weekly Average Price | Year-ago | Current Week | Weekly Dec 30 | Weekly Jan 06 | Monthly Jan 2017 | Monthly Feb 2017 | Monthly Mar 2017 |
|---|---|---|---|---|---|---|---|
| Bnls Sknls Breast | 102 | 98 | 100 | 102 | 105 | 112 | 116 |
| Breast, Line Run | 77 | 89 | 87 | 87 | 89 | 88 | 87 |
| Legs | 32 | 39 | 35 | 35 | 35 | 39 | 46 |
| Leg Quarters | 24 | 32 | 28 | 27 | 27 | 29 | 33 |
| Drumsticks | 30 | 38 | 32 | 32 | 32 | 38 | 42 |
| Thighs | 49 | 57 | 52 | 50 | 50 | 53 | 59 |
| Wings | 163 | 185 | 194 | 196 | 203 | 193 | 167 |

| Supply Projections | Year-ago | Current Week | Weekly Dec 30 | Weekly Jan 06 | Weekly Jan 13 | Weekly Jan 20 | Weekly Jan 27 |
|---|---|---|---|---|---|---|---|
| Projected Slaughter | 160 | 164 | 140 | 166 | 168 | 152 | 169 |
| % Change to Year Prior | 3.3% | 2.9% | 3.0% | 3.3% | 2.9% | 2.5% | 2.5% |
| Live Weight | 6.1 | 6.1 | 6.2 | 6.2 | 6.2 | 6.2 | 6.2 |
| % Change to Year Prior | 1.7% | -0.1% | -0.1% | 0.1% | 0.0% | 0.0% | 0.1% |
| Total Production | 737 | 758 | 647 | 778 | 777 | 703 | 781 |
| % Change to Year Prior | 5.0% | 2.8% | 2.9% | 3.4% | 2.9% | 2.4% | 2.6% |



**informa economics Data Center FORECASTS** — *New!! Web Delivered Data + Forecasts*. Informa has developed a web-based platform to deliver historical data and forecasts for beef, pork, chicken, turkey and eggs. For a free two-week trial visit: http://www.iedatacenter.com/freetrial.aspx

### Turkey Market Comments

**Turkey Highlights:** USDA's latest monthly Turkey Hatchery report estimates provided for a seven-percent increase in eggs in incubators on December 1 from the year-ago level of 27.61 million eggs. This latest report closes first of month (FOM) egg sets for the cumulative 2016 at a total of 341 billion eggs, which provides for an additional 20 million eggs than were set in 2015 and more than the industry has produced in any of the years since 2008. Poult placements for November came in just 2.8 percent above 2015 numbers at 21.52 million and provide an outlook for 271 million total poults to be placed in 2016, which would provide a narrower 4.9 percent more poults to integrators than were utilized in 2015.

**Whole Birds:** UB frozen hens and toms maintained 115 cents per pound in each of the trading days this week, reflecting more quiet undertones as preparations are made for negotiations in the near term. Fresh whole bird prices continue to remain confidently at 147 cents per dozen through the week which is nothing but common place for this time of year. As we close the year, reflections on whole bird pricing reveal that UB frozen whole birds reached as low as 118 cents per pound in the middle of January, and made a steady climb to the October peak at 130 cents per pound, claiming an annual average of 123.1 cents per pound.

| Whole Birds | Year-ago | Current Week | Weekly Dec 30 | Weekly Jan 06 | Monthly Jan 2017 | Monthly Feb 2017 | Monthly Mar 2017 |
|---|---|---|---|---|---|---|---|
| UB Hens, East Frz 8 LBS | 128 | 115 | 110 | 101 | 100 | 92 | 91 |
| UB Hens, East Frz 12 LBS | 128 | 115 | 110 | 101 | 100 | 92 | 91 |
| UB Toms, East, Frz 16-22 Lbs | 128 | 115 | 110 | 104 | 103 | 95 | 91 |

| Breast / Breast Meat | Year-ago | Current Week | Weekly Dec 30 | Weekly Jan 06 | Monthly Jan 2017 | Monthly Feb 2017 | Monthly Mar 2017 |
|---|---|---|---|---|---|---|---|
| UB Tky Meat - Brst, Tom, Fsh | 571 | 169 | 164 | 163 | 157 | 139 | 142 |
| UB Tky Meat - Brst, Tom, Frz | 568 | 170 | 168 | 168 | 162 | 163 | 168 |
| UB Tky Brst, Rtl, 15% Bstd 4-8 | 148 | 132 | 122 | 115 | 115 | 110 | 108 |
| UB Frsh Tenderloins, DeStrp | 460 | 160 | 156 | 152 | 150 | 110 | 108 |

| Thighs / MDT | Year-ago | Current Week | Weekly Dec 30 | Weekly Jan 06 | Monthly Jan 2017 | Monthly Feb 2017 | Monthly Mar 2017 |
|---|---|---|---|---|---|---|---|
| UB Turkey Meat - Thigh, Frsh | 119 | 135 | 128 | 127 | 124 | 114 | 110 |
| UB Turkey Meat - Thigh, Frz | 117 | 125 | 120 | 118 | 114 | 110 | 105 |
| UB Tom Drums, Frz | 117 | 61 | 54 | 51 | 50 | 40 | 40 |
| UB Tky MDT Frsh<20%Fat,SS | 37 | 19 | 18 | 18 | 18 | 19 | 22 |

CLMNS-0000594419