# EXHIBIT 88
# (Filed Under Seal)

**PRODUCED IN NATIVE FORMAT**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                        TF-P-000923546



# Service Center President's Meeting
# PORK DIVISION



November 15th, 2016        HIGHLY CONFIDENTIAL - TYSON FOODS INC.        1

# Executive Summary
## Pork – 2017 Forecast



|  |  | Q1 | | | Full Year | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | FY17 ($ in Millions) | Proj. | Var vs. Prior Proj. | Var vs. PY | FY17 Curr. Proj. | Var vs. FY17 AOP | Var vs. FY16 Actual |
| **Performance** | Volume | 1,265 | 28 | 28 | 4,966 | 109 | 117 |
| | Net Sales | 1,050 | (83) | (21) | 4,340 | (223) | 17 |
| | Adj. Op. Inc | 149 | 8 | 2 | 397 | 0 | (69) |
| | ROS % | 14.1% | 1.8% | 0.5% | 9.2% | 0.4% | -1.6% |
| **Risks & Opportunities** | <ul><li>R - Incremental harvest coming on line LH FY 2017, resulting in stronger competition for livestock and customer flow business</li><li>R - Lack of producer profitability going through FY'17 could limit expansion plans</li><li>R - Increased global competition for export pork volume into Asia</li><li>R - Labor costs and competition for labor are increasing (management / hourly)</li><li>O - Balancing current excess hog availability with product demand</li><li>O - Enhancing our carcass utilization across internal CR and PF enterprises</li><li>O - Modernization of pork plants to capitalize on export opportunities</li><li>O - Maintaining strong sold position to continue to optimize revenue / throughput</li></ul> ||||||||
| **Key Focus Areas** | <ul><li>Focused on inclusion and positive safety culture - being employer of choice</li><li>Enhancing relationships and pricing agreements with independent pork producers; along with executing internal sourcing strategy and growth</li><li>Creating more value added product development with internal and external customers to ensure we are preferred supplier</li><li>Re-investing in our plants from a technological standpoint to stay competitive</li><li>Win in international markets – especially in Japan</li><li>Develop automation projects for better foreign object detection and elimination</li></ul> ||||||||



# 2017 Strategy

- ### Domestic Disappearance Focus
  - Drive for more internal sales through PF and CR to optimize supply chain and gain efficiencies within Fresh Meats plants
    - Transition out of JBS supply agreement to Hillshire over next 1-2 years
    - Utilize full range of Branded and Private Label PF business to fill unused capacity in plants while driving converted ham and belly volume through FM
    - Coordinating more internal optimization of pumped pork production capabilities between CR and TFM
    - Support RTU platform expansion for internal PF supply chain
      - Short term - exact lean pork trim into SL turkey plant to optimize blend capacity
      - Long term – full RTU development TBD – 150MM lb. opportunity
  - Grow with domestic customers that are proven winners identified through customer segmentation process:
    - Current customers we want to maintain volume and grow with:
      - Sam's Club, Albertson's, McKenzie, Kroger, Costco-CN, Fareway, TXRH, PFG
    - Desire to grow with new accounts:
      - Costco - US, Publix, Hy-Vee; other key regional accounts
    - Key strategic growth with external further processor accounts
      - Boar's Head, Land O' Frost, OSI, Oscar Mayer (hams), and Fresh Mark
      - Balancing internal needs with external customer growth

HIGHLY CONFIDENTIAL-TYSON FOODS INC.

# 2017 Strategy



- **Export Disappearance Focus**
    - Must win with key Japanese and other Asian customers to create necessary disappearance
        - Focus on driving more premium business through our Japanese customer base
            - Intense scrutiny on product quality control and spec adherence
            - Putting capital to work in FM plants for export lines, segregation, etc.
            - Partnering with customers that have long-term growth
            - Building relationships with key customers at multiple levels of organization
        - TPP approval is crucial long-term for more export sales and growth into Asia
        - Optimize ractopamine free program out of Waterloo to target Chinese markets with specific products, especially Variety Meats
            - Looking at potential to expand supplier pool as demand grows – currently 4K/day
    - Continue to push for more volume into Mexico and Central America
        - Building relationships with key customers in Mexico with our DD sales staff
            - Visits conducted by DD sales team over the past month
        - Working with Walmart - Central America on options for shoulder cuts
            - WM visited our Storm Lake plant a few weeks ago
            - Incremental business followed as a result of the trip
    - Korea remains an area we are focused on for growth in butts, picnics, and belly sales

HIGHLY CONFIDENTIAL-TYSON FOODS INC.

4

# 2017 Strategy



- ## Pork Plant Modernization
  - Automate pork plants to improve yields, reduce labor, and increase throughput. Focused on high returning MIRR projects
    - Finish installation of $CO_2$ in Logansport – (mid November go live)
    - Perry expansion and steam scalding will be completed early January
    - Increase cooler sizes to accommodate larger hogs and to ensure proper spacing and shelf life
      - Storm Lake cooler expansion started during Q4
      - 15 month project for completion – late Q1 FY'18 target
    - Install final Leblanc ABT systems into single shift plants over next 18 months
    - Fully develop options to automate areas on harvest floor
      - Focus on high illness / injury jobs to reduce labor in the process
    - Automate rib pulling processes in plants to reduce yield and ergonomic opportunities by utilizing Leblanc technology
      - Testing in Waterloo in Q2
    - Install X-ray equipment in trim blending areas to assist in elimination of foreign objects

HIGHLY CONFIDENTIAL-TYSON FOODS INC.

# 2017 Strategy



❏ <u>2017 Investment Spend & Strategic 5 Year CAPEX</u>

| Capital Plans for **FY2017** – Pork Division | |
|---|---:|
| Necessity Projects | $25 MM |
| Profit Improvement Projects (STL CO2, etc.) | $45 MM |
| Strategic Growth & Expansion Projects | $87 MM |
| *Strategic Growth & Expansion Projects* | |
| ➢ Madison CO2 & Plant 10 Hr. Expansion | $72 MM |
| ➢ <u>Perry CO2 Expansion</u> | <u>$15 MM</u> |
| **Total** | **$157 MM** |
| | |
| <u>FY'18 Growth & Expansion Projects</u> | |
| ▪ 2018 Madison Smoked Meats Expansion | $48 MM |
| ▪ 2018 Logansport Carcass Cooler Expansion | $29 MM |
| ▪ 2018 Waterloo RTU Conversion | $24 MM |
| ▪ 2018 Waterloo Material Handling | $18 MM |
| ▪ 2018 Louisa County CO2 | $11 MM |
| | |
| <u>Future Growth Projects</u> | |
| ▪ 2019 Waterloo Value Added Line | $11 MM |
| ▪ 2021 Perry 2nd Shift Expansion | $71 MM |

**HIGHLY CONFIDENTIAL-TYSON FOODS INC.**

# 2017 Strategy



## ❑ Madison Expansion Plans

❑ Increase daily capacity in Madison to facilitate strategic export growth and optimize our fresh pork business

- Long-term export and internal optimization play
- Install $CO_2$ stunning, quick chill, and additional coolers to accommodate increased harvest capacity
- Increase "Pink Box" potential by increasing daily harvest to 10K/hd.
    - Reduce Saturday work
    - More TM friendly with fewer 6 day work weeks
    - Focused on turnover reduction
- Adding export boneless loin line immediately to help drive additional volume with Nippon Ham
- Systematically working to secure hog supply in advance of any announcement
    - Reviewing options to grow with various producers outside of just discussing with Pillen
    - Looking at internal TPG growth and finishing in the west as an option

HIGHLY CONFIDENTIAL-TYSON FOODS INC.



# 2017 Strategy

- **Ensure Sustainable Hog Supply**
  - Maintain strategic procurement alignments with independent producers
    - Target 98% commitment at each plant, but will flex basis industry dynamics
    - VMR pricing model adjusted to stay competitive within industry
    - Evaluate alternative pricing arrangements for necessity with key producers
      - CTP agreements, basis contracts, potential cutout arrangements, etc.
    - Reduce relationships with packer-producers when possible
  - Maximize existing plant production capacity footprints
    - Evaluate additional live production that is critical to our success of running our plants and focus on consumer attribute pork needs
      - NAE, open pen pork needs, export quality, internal expansion options
  - High focus on addressing attribute pork needs
    - Increase number of TPG sow farms (and possibly independents) utilizing open pen sow gestation to develop pen pork program
      - Possibly have 2 plants (Logansport and 1 western plant with program)
      - Key customers: Costco, McDonalds, other foodservice accounts
    - Secure additional NAE suppliers for program sustainability
      - Have more supply coming on line in Q3, reducing needs with Prestage
    - Potentially increase our supply of ractopamine free livestock in Waterloo to capture international opportunities in China and Hong Kong

# 2017 Strategy

Tyson Foods, Inc.
Making Great Food. Making A Difference.

# 2017 Strategy



- ❏ **Capture Agri-Stats opportunities**
  - ❏ Most recent June Quarterly Report
    - As a pork division, Tyson was 2nd in latest Agri-Stats report
    - Overall Index of Operating Efficiency was $14.83 vs. $13.07 for industry
      - Operationally we performed well - TSN advantaged by $1.54/cwt vs. other 19 plants with labor, plant cost, and packaging expense
      - Ham and belly returns are $.70/cwt disadvantaged to the other 19 plants
      - Hog cost disadvantaged by $.16/cwt vs other 19 plants
    - Madison and STL continue to operate near the top of the industry
    - Waterloo and Logansport made progress vs. YAGO, but are in the middle of the pack
    - Opportunities with Perry and LC plants
      - Scald project in Perry is due to be completed in January and will see benefits with belly returns ($2/hd) and offal and VM ($3/hd) = annualized $10 MM opportunity
      - LC gaps in bellies and hams – Leblanc ABT will help improve belly returns, hams are based on product mix

HIGHLY CONFIDENTIAL-TYSON FOODS INC.

# Current Pork Landscape



- Indiana 1
- Hatfield 1
- Seaboard 1
- Triumph 1
- Hormel 3
- JBS 5
- Tyson 6
- Smithfield 7



**Current Slaughter Capacity 449,000 / day**

Source: CI graphic from pork check-off facts and media reports

HIGHLY CONFIDENTIAL-TYSON FOODS INC.

11

# Future Pork Landscape



- Indiana 1
- Hatfield 2
- Seaboard 1
- Triumph 2
- Hormel 3
- JBS 5
- Tyson 6
- Smithfield 7
- Prestage 1



- **There have been no new plants built since 2004**
- **1st time ever with 2 or more new plants being built within a 12 month period**
- **Future Slaughter Capacity (*possibly*) 520,950/day in 2021**

Source: CI graphic from pork check-off facts and media reports

**HIGHLY CONFIDENTIAL-TYSON FOODS INC.**

12

# Pork FIS History





HIGHLY CONFIDENTIAL-TYSON FOODS INC.

# Current Situation- Capacity Expansion

Tyson Foods, Inc.
Making Great Food. Making A Difference.

- Capacity in the Pork Packing industry could increase over 16% in next 5 years, **largest head increase ever**

# Pork Division EBIT $/Head History





HIGHLY CONFIDENTIAL-TYSON FOODS INC.

# Historical ROIC – Pork Division



❑ <u>Historical Return on Invested Capital (2014-2016)</u>

|  | **FY 2016** | **FY 2015** | **FY 2014** |
|---|---|---|---|
| **Logansport** | 43.7% | 18.6% | 39.7% |
| **Louisa Co** | 94.3% | 47.6% | 60.6% |
| **Madison** | 154.6% | 109.4% | 106.0% |
| **Perry** | 63.5% | 42.4% | 66.1% |
| **Storm Lake** | 159.6% | 122.8% | 144.4% |
| **Waterloo** | <u>113.3%</u> | <u>65.9%</u> | <u>84.4%</u> |
| **Division** | 93.6% | 57.6% | 76.2% |

❑ <u>Key Takeaway</u>:  Continue to manage to high levels of ROIC for pork division, while supporting Prepared Foods / Case Ready growth of branded products

**HIGHLY CONFIDENTIAL-TYSON FOODS INC.**