# EXHIBIT 90
# (Filed Under Seal)

Message

| | |
|---|---|
| **From:** | Brett_M._Sims/Corp/Hormel [Brett_M._Sims/Corp/Hormel] |
| **Sent:** | 8/18/2016 6:14:19 PM |
| **To:** | Donald_J._Temperley/Corp/Hormel%hormel |
| **Subject:** | Re: Fw: Tyson |
| **Importance:** | High |

You better believe it! This where it gets REALLY fun! I truly believe that we have out "guessed"/strategized our competition.

Donald J. Temperley --- Re: Fw: Tyson ---

From: "Donald J. Temperley" <djtemperley@hormel.com>
To: "Brett M. Sims" <bmsims@hormel.com>
Date: Thu, Aug 18, 2016 5:14 PM
Subject: Re: Fw: Tyson

---

Thanks for the update. Going to...........no it already is, getting interesting.

Have a great night,

Donnie
Brett M. Sims---08/18/2016 04:33:24 PM---Wheels are falling off at Tyson. Talked to Mike Dougherty and they are having issues with drying capacity. On top of it, they a

From: Brett M. Sims/Corp/Hormel
To: Thomas R. Day/Corp/Hormel@hormel, Donald J. Temperley/Corp/Hormel@hormel
Date: 08/18/2016 04:33 PM
Subject: Fw: Tyson

---

More of what we discussed yesterday from Tyson.

Troy M. Hawkshead --- Tyson ---

From: "Troy M. Hawkshead" <tmhawkshead@hormel.com>
To: "Brett M. Sims" <bmsims@hormel.com>, "Joseph L. Muzik" <JLMuzik@Hormel.com>
Date: Thu, Aug 18, 2016 9:41 AM
Subject: Tyson

---

Wheels are falling off at Tyson. Talked to Mike Dougherty and they are having issues with drying capacity. On top of it, they are converting to SAP and shorting orders in full. Schwans got a call from them last night advising that 4 loads of product scheduled to be in their facility this Saturday will be shorted in full. Mike also thought they may be potentially making a play to rid themselves of lower margin business. That would definitely explain spike in International and lower end chicken pepp type items, as well as the manufacturer type items that carry lower margins. They are also shorting Dominos and Little Caesars as well. Just wanted to give you guys a heads up on my

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                      HFC-PORKAT0000356767

conversation.


Troy Hawkshead
Product Manufacturing Manager DS
Hormel Foods Corporation

CHALLENGE YOURSELF: I embrace change, innovation, and strategic risk taking

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HFC-PORKAT0000356768