# EXHIBIT 91
# (Filed Under Seal)

**To:** Clemens, Douglas C.[DOUG@clemensfoodgroup.com]; Edsill, Craig H.[CEDSILL@clemensfoodgroup.com]
**From:** Rod Brenneman[rkbrenneman@gmail.com]
**Sent on behalf of:** Rod Brenneman <rkbrenneman@gmail.com>
**Sent:** Wed 1/31/2018 8:48:49 AM Eastern Standard Time
**Subject:** Fwd: Clemens Family Corporation - period 8 commentary has been uploaded
**Attachment:** Monthly Board Commentary - Period 8 Final.docx
**Attachment:** ATT00002.bin

---

Doug / Craig -

Thanks for the report. It looks like you are hitting a few speed bumps at Coldwater but as we all knew, that is to be expected. Glad to see you are working on some higher value export opportunities in Japan/Korea as that will help take some of the pressure off of domestic sales with the volumes increasing so fast as well as provide some nice margins. Let me know if I can be of any help or a sounding board on that.

I know you guys have everything under control but please let me know if I can help in any way.

Best Regards,

Rod


> Begin forwarded message:
>
> **From:** "Rathgeber, Bralene" <bralene@clemensfamilycorp.com>
> **Subject: Clemens Family Corporation - period 8 commentary has been uploaded**
> **Date:** January 31, 2018 at 6:45:16 AM CST
> **To:** "'Brenneman, Rodney'" <rkbrenneman@gmail.com>, "Clemens, Douglas C." <DOUG@clemensfoodgroup.com>, "Clemens, Thomas D." <TOM@clemensfoodgroup.com>, "'Dimmig, Thomas'" <TDimmig@triangleortho.com>, "Edsill, Craig H." <CEDSILL@clemensfoodgroup.com>, "'Hord, Pat'" <pat@hordlivestock.com>, "'Hunsberger, Charlotte'" <CHunsberger@lhgwlaw.com>, "Patton, Eric" <EPATTON@clemensfoodgroup.com>, "Reininger, John W." <johnr@clemensfamilycorp.com>, "Rennells, Joshua L." <JRENNELLS@clemensfoodgroup.com>, "Ruth, Bob" <rruth@clemensfoodgroup.com>, "'Schiano, Tony'" <misterajs@aol.com>, "'Zimmerman, Charles'" <czimmerman@calvary-church.com>
> **Cc:** "Snyder, Joyelle" <jsnyder@clemensfoodgroup.com>
>
> The Clemens Family Corporation's Period 8 Board Commentary has been uploaded to Diligent Boards.
>
> For your convenience, I have also attached a copy for your review.
>
> Best wishes to all for a great day.
>
> ---
> BRALENE RATHGEBER
> CORPORATE RELATIONS
>
> **CLEMENS FOOD GROUP**
> 2700 CLEMENS ROAD | HATFIELD, PA 19440
> P 215.368.2500 ex: 8205 | Direct Dial 215.647.6398
> clemensfoodgroup.com
>
> STATEMENT OF CONFIDENTIALITY
> This electronic mail transmission contains confidential information intended only for the person(s) named. Any use, distribution, copying or disclosure by another person is strictly prohibited.

CONFIDENTIAL                                                                                                                                              CLMNS-0000031400