# EXHIBIT 92
# (Filed Under Seal)

*Please re form*
*Rick*

# 21st Century

## 21st Century Emerging Leaders Pork Forum Members
Last Revised 1/20/2017

**Amanda Adam** *Troy*
aadam@jwvpork.com
JWV Pork, Ltd.
2504 Quince Ave
Washington, IA 52353
Bus: (319) 653-4933 x6   Cell: (319) 461-1165

**Brian Blumhagen** *Kristy*
brian.blumhagen@genusplc.com
PIC
100 Bluegrass Commons Blvd., Suite 2200
Hendersonville, TN 37075
Bus: (615) 265-2730   Cell: 515-450-0701

**Mike Boerboom** *Megan*
mboerboom@nfpinc.com
New Fashion Pork
507 Mercedes Drive
Marshall, MN 56258
Bus:    Cell: 507-829-1743

**Scott Bokelman** *Deb*
scott.bokelman@fcsamerica.com
Farm Credit Services of America
835 Pony Express Hwy
Marysville, KS 66508-0349
Bus: (785) 859-2001   Cell: (785) 532-8273

✓

**Rick Bowen** *Charlotte*
Rick@21stForums.com
21st Century Strategic Forums, L.L.C.
6704 34th Street Rd
Greeley, CO 80634
Bus: (970) 573 5259   Cell: 303-588-2737

**Matt Burkett**
mburkett@christensenfarms.com   *ok*
Christensen Farms
23971 County Road 10
Sleepy Eye, MN 56085
Bus: 507-794-8640   Cell: 814-758-3115

**Lindsay Case**
Lindsay.Case@genusplc.com
100 Bluegrass Commons Blvd Suite 2200   *ok*
Hendersonville, TN 37075
Bus: (615) 265-2778   Cell: (615) 766-7594

**Nick DeKryger**
nickd@belstramilling.com
Belstra Milling Co.
424 15th ST. SE
DeMotte, IN 46310
Bus: 219 987 4343 ext.173   Cell: 219-309-5344

**Mike Diggs** *Jennifer*
mdiggs@smithfield.com
Smithfield Hog Production   *ok*
64 NW 50th Rd
Lamar, MO 64759
Bus:    Cell: 417-448-9137

**Jesse Dohlman** *Andi*
jdohlman@smithfield.com
Smithfield Foods
11500 Ambassador Dr.   *ok*
Kansas City, MO 64153
Bus: (816) 243-2800   Cell: 816-591-4010

*Add →*  Doug Ott
Douglas.Ott@zoetis.com
Zoetis
15411 Evening Shade
Benton, KS 67017
316-737-3899

**Joe Dykhuis**
jdykhuis@dykhuisfarms.com
Dykhuis Farms, Inc.
~~4252 48th Street~~  3759 46th St
~~Holland, MI 49423~~  Hamilton, MI 49419
Bus: 616-218-3147   ~~Cell:~~
C\\\\?

**Andy Eichelberger**   *Angie*
andyeich@farmtel.net
Eichelberger Farms Inc.
408 North Way Drive
Wayland, IA 52654
Bus: (319) 256-6912 ext 225   Cell: 319-759-0982

**Josh Ellingson**
jellingson@amvcms.com
AMVC Management Services
508 Market Street
Audubon, IA 50025
Bus: (712) 563-2080   Cell: (515) 571-3849

**Larry Graham**   *Jean*
LJGrah@aol.com
21st Century Strategic Forums, L.L.C.
4779 S. Crimson Sunrise Rd.
Gold Canyon, AZ 85218-7021
Bus: (480) 671-3902   Cell: 515-681-3580

**Dan Groff**   *Janelle*
dgroff@cvff.com
Clemens Food Group
1301 Fulling Mill Rd., Suite 3000
Middletown, PA 17057
Bus: (215) 368-2500 ext. 5112   Cell: 717-725-2781

**Erin Harris**
eharris@provimi-na.com
Provimi
10 Nutrition Way
Brookville, OH 45309
Bus: 937-770-2400 ext. 2813   Cell: 937-414-9408

**Mark Hayden**
mhayden@gsiag.com
Automated Production Systems
Bus: 712-239-1011   Cell: 712-389-1632

**Matt Heimerl**   *Rachel*
matt28@heimerlfarms.com
Heimerl Farms
3891 Mink Rd.
Johnstown, OH 43031
Bus:   Cell: 614-206-1300

**Tina Hetzel**   *Garret*
tina.wilke-hetzel@sandypine.com
Sandy Pine Systems
300 N. Main
Ainsworth, NE 69210
Bus: (402) 382-3333   Cell: 402 202 6952

**Adam Hocker**   *Olivia*
adam@brennemanpork.com
Brenneman Pork
2012 155th St.
Washington, IA 52353
Bus: 319-560-9766   Cell:

**Dallas Hockman**
HockmanD@NPPC.org
NPPC
P.O. Box 10383
Des Moines, IA 50306-9960
Bus: (515) 278-8012   Cell: 515-554-6059

**Nate Holden**   *Helen*
NateHolden@holdenfarms.com
Holden Farms
PO Box 257, 12346 Hall Ave.
Northfield, MN 55057
Bus: (507) 663-0003   Cell: 612-327-8997

**Eric Hugoson**
Eric@Hugosonpork.com
Hugoson Pork
2838 60th St.
Granada, MN 56039
Bus: 507 773 4571   Cell: 507 399 1970

**Brett Kaysen**
brett.kaysen@zoetis.com
Zoetis
Bus:    Cell: 970-217-8921

**Joe Kramer**   *Jana*
joe@fairviewmills.com
J-Six Farms
604 Nemaha Street
Seneca, KS 66538
Bus: (785) 336-2148   Cell: 785-336-7377

**Angie Krieger**   *Jason*
angela.krieger@jbssa.com
JBS Live Pork, LLC
3241 Kelsey Lane
Coralville, IA 52241
Bus: (319) 665-2781   Cell: (319) 594-4000

**Greg Lage**   *Amy*   ~~delete~~
gregory.lage@zoetis.com
Zoetis
610 Frankville Rd
Postville, IA 52162
Bus:    Cell: 515-707-3784

**Lincoln Langhorst**   *Jackie*
Lincoln_Langhorst@wakefieldpork.com
Wakefield Pork
410 Main Ave E
Gaylord, MN 55334
Bus: (507) 237-5581   Cell: 612 756 4832

**Sara Linneen**   ✓ok
Sara.Linneen@tyson.com
Tyson Foods, Inc.
201 Kingsberry Rd
Holdenville, OK 74848
Bus: (405) 379-4425   Cell: (405) 712-1167

**Cody McKinley**
mckinleyc@nppc.org
NPPC
10676 Justin Dr.
Urbandale, IA 50322
Bus: 515-864-7991   Cell: 319-712-5473

**Shannon Meyers**   *Patricia*
smeyers@fastgenetics.com
Fast Genetics
#8-4003 Miller Ave
Saskatoon, SK 57K 2K6
Bus: (306) 667-1422   Cell: 306-221-4714

**LeeAnn Peters**   *Shawn*
LeeAnn.peters@mapleleaf.com
Maple Leaf
246 Main St
Landmark, MB R0A 0X0
Bus: 204-355-6200   Cell: 204-371-0494

**Brock Pillen**   *Sarah M.*
brockap@pillenfamilyfarms.com
Pillen Family Farms
3214 - 25th Street
Columbus, NE 68601
Bus: (402) 564-0407 Ext. 249   Cell: 402/304-1949

**Ben Pitstick**   *Tara*   ok
benpitstick@gmail.com
Fine Swine
5170 Blazer Pkwy
Dublin, OH 43017
Bus: 614-389-2838   Cell: (614) 582-5218

**Brady Reicks**
breicks@reicksview.com
~~155 Lake View Court~~ 1010 Pembrook Rd
~~New Hampton, IA 50659~~ Lawler, IA 52154
Bus: 616-364-7843 x230   Cell: 515-231-2758

**Matt Rychnovsky**   *Jackie*   ok
Matt.Rychnovsky@fcsamerica.com
FCS America
105 Theater Circle, Box 520
Perry, IA 50220
Bus:    Cell: 515-229-4235

CONFIDENTIAL                                    21CFORUM-0000041546

**Adam Schelkopf**   *ok*
Adam.schelkopf@pipestone.com
Pipestone Veterinary Services
1300 S Hwy 75, PO Box 188
Pipestone, MN 56164
Bus: 507.825.4211   Cell: 507.215.7200

**Tim Schwartz**
tschwartz@schwartzfarms.net
Schwartz Farms
32778 205th St.
Sleepy Eye, MN 56085
Bus: 507-794-5779   Cell: 507-276-3679

**Glenn Shields**   *Karen*
Glenn@21stForums.com
21st Century Strategic Forums, L.L.C.
237 East 5th St, # 369
Eureka, MO 63025
Bus: 314-276-4880   Cell: 314-276-4880

**Matt Smith**
matts@trioak.com   *ok*
TriOak
103 West Railroad St, P.O. Box 68
Oakville, IA 52646
Bus: (319) 766-2230 ext. 241   Cell: 319-209-0109

**Jeb Stevens**   *Erin*
jeb@agpro.net
Ag Production Enterprises Inc
6564  W Co Rd 100 N
Greensburg, IN 47240
Bus: (812) 663-4550 ext. 31   Cell: 812-593-5745

~~**Jeff Wiepen**   *Jan*
jeff.wiepen@fcsamerica.com
FCS of America
P.O. Box 2409
Omaha, NE 68103
Bus: (402) 348-3345   Cell: 402-618-7393~~   *delete*

**Bill Winkelman**
bwinkelman@pork.org   *OK*
National Pork Board

Bus: (515) 223-2603   Cell: 515 661 3763

**Matt Wolfe**   ✓
Matt_Wolfe@cargill.com
Cargill
704 Maple St
Grinnell, IA 50112
Bus:    Cell: 319-530-7167