# EXHIBIT 93
# (Filed Under Seal)



# Emerging Leaders Pork Club Agenda
## February 21-23, 2017
Tropicana Las Vegas
3801 Las Vegas Blvd.
South Las Vegas, NV 89109

**Tuesday, February 21**

6:00 pm         Welcome Reception and Dinner at the Tropicana         Trinidad 4

**Wednesday, February 22**

8:00 am         Meeting begins                                          Trinidad 4

                Introductions and Members share any additional topics
                they would like to discuss before the meeting adjourns.
                Member topics that were submitted pre-meeting are attached.

9:30 am         Break

10:00 am        Dr. Adam Schelkopf
                Member Presentation

11:00 am        Members – Member Topics discussion

Noon            Lunch                                                   Trinidad 4

1:00 pm         Bill Davis, Senior Director Congressional Relations, NPPC
                New Administration impact on Agriculture and Pork Production

2:00 pm         Break

2:30 pm         Members – Member Topics  discussion

5:00 pm         Adjourn

5:45 pm         Sponsor Dinner                                          Paris Las Vegas Buffet

**CONFIDENTIAL**                                                    21CFORUM-0000041548



# Emerging Leaders Pork Club Agenda
## February 21-23, 2017

### Thursday, February 23

| | | |
|---|---|---|
| 8:00 am | Steve Meyer, Ph. D. Vice President, Pork Analysis, Express Markets Inc. Analytics<br>Pork Markets 2017 and 2018, a look to the future | Trinidad 4 |

Members - Grain Market Discussion

Members - Determine a name for the group that better reflects the individuals positioning in the industry. Is "Emerging" still accurate?

10:00 am   Members - Member Topics discussion

11:30 am   Adjourn

Mark your calendars for the fall meeting:
- September 12-14, 2017
- Kansas City, MO. Embassy Suites Hotel, Airport



# Member Discussion Topics

- How do members manage variation across contract growers, i.e. building types, design, ventilation, feeder space, feedmill, etc.?

- What is the best new technology in the wean/finish or nursery/finish?

- Do you think action in the poultry industry to highlight/market antibiotic free on much of their production will increase consumer requests for the same things in pork?

- What new tech are making life easier in larger systems…for operations, admin or data back to accounting.

- Are you experiencing more issues with permitting?

- Vet feed directives..how are we doing?

- Are we still expanding beyond 2017?

- Where are markets headed over the next two years?

- Are we experiencing a reduction in meat quality in higher end food service and/or export?

- Exports….how can we become more aggressive…what is the next big thing like ractopamine for export opportunities?

- What are you doing to cut costs…trim the fat in the downturn of prices?

- Any changes in expansion plans after some red ink?

- Effect on Trump presidency on exports, regulations, etc.?

- How do you measure employee performance objectively….as our farms get larger?

- How to manage a system a long way from your base operation?

- As operations get larger how do we maintain control of people, costs, operations, etc.…do we add more management, technology…gut feel?

- With the increase in production, will we have enough space for sow slaughter?

- How do we drive animal welfare practices through the entire system to get consistent results in all farms?

- What are you using for a minimum weaning weight?  Are light weight isoweans the next lowest hanging fruit?

- How do you manage maintenance for existing facilities?

CONFIDENTIAL                                                                                           21CFORUM-0000041551