# EXHIBIT 95
# (Filed Under Seal)

**To:** Thamodaran, Dhamu[dthamodaran@smithfield.com]; Henley, Hoskins[hhenley@smithfield.com]
**From:** Horsley, Shane[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=858C90241C4946509EF0CBCF278744BD-HORSLEY, SH]
**Sent:** Wed 3/1/2017 9:58:28 AM Eastern Standard Time
**Subject:** Hormel this Saturday

They have decided to run 6k hd this Saturday.  This will ease the Sat kill up close to 130k.  This will make up for lost time they had last week because of the weather.  They have indicated they have these pigs already bought.

Shane

Sent from my iPhone

HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD00879785