# EXHIBIT 96
# (Filed Under Seal)

**To:** Rennells, Joshua L.[JRENNELLS@clemensfoodgroup.com]
**From:** Groff, Dan[dgroff@cvff.com]
**Sent on behalf of:** Groff, Dan <dgroff@cvff.com>
**Sent:** Sun 6/11/2017 3:41:33 PM Eastern Daylight Time
**Subject:** RE: World Pork Expo Notes

I was think of coasting the next 3 or 4 months, wouldn't want to raise expectations too much

DAN GROFF
DIRECTOR OF HOG SUPPLY
P 215.368.2500 ext 5112 | M 717.725.2781
countryviewfamilyfarms.com
clemensfoodgroup.com

**From:** Rennells, Joshua L.
**Sent:** Friday, June 09, 2017 7:26 PM
**To:** Clemens, Douglas C.
**Cc:** Groff, Dan; Patton, Eric; Edsill, Craig H.; Ruth, Bob; Clemens, Bradford; Ott, Aaron M.; Groff, Janelle; Sloan, Jake
**Subject:** Re: World Pork Expo Notes

Agreed..Dan...2 things right this fiscal year..already tied with your previous full year record!  Keep it up... this might be the year you hit 3.
On Jun 9, 2017, at 6:28 PM, Clemens, Douglas C. <DOUG@clemensfoodgroup.com> wrote:

> Dan,
> Great recap, really appreciate your comments and insight!!
> DC
>
>
> Sent from my iPhone
> On Jun 9, 2017, at 4:15 PM, Groff, Dan <dgroff@cvff.com> wrote:
>
>> All,
>>  My compiled notes and observations from a busy week in Des Moines. I have highlighted the things I think are most interesting/critical. I kept this DL list relatively small because there are a few sensitive things on here, so if you want to share anything specific, please copy/paste to a separate message.
>>       As always, call with questions
>>
>> WPX 2017 Notes
>> **Steve Meyer:**
>> Steve discussed elasticity of demand in pork, a few things I took away:
>> Pork demand relatively inelastic last several years, in that price shifts have seemingly not impacted purchase volumes by consumers
>> Strongest correlation to impacting demand has been disposable income of the American consumer, so avoiding a recession is paramount
>> Chicken price does not have a correlation to pork demand, beef does
>> YOY meat expenditures down but pork is steady, beef and chicken both down
>> 2017 Hog Cost of Production is forecast to be lowest since 2010. IA St number is $46.50 this year, forecast $47.75 for 2018
>> By Fall of 2019 daily slaughter (incl. 2nd shift Sioux City, and 1st shift Prestage) will be 500,000
>> **Seaboard:**
>> Spoke briefly with Gary Louis, VP of Seaboard about the new plant
>> Start-up is delayed, now saying they will be same week as us, Sep 5
>> Labor market in that area is on fire right now. Morrell - Sioux Falls is close by and offering $16.05 an hour to start. Also competing with a JBS beef plant and one other
>> Also, per a request from Bob R, confirmed that they are toll-killing some GAP pigs for Peterson. The supply comes from "Old Fashion Pork" which is a recently built 1400 sow from New Fashion Pork, a Triumph partner... which is the only reason why Seaboard is bothering with it
>> **National Pork Board:**
>> Some very encouraging change in rhetoric from NPB at the direction of new CEO Bill Even. Their old model of marketing directly to consumers and skipping past packers/retailers/Foodservice partners in the process is "outdated". They are going to take measured steps to engage better with supply chain stakeholders and align together rather than forge their own path.... Hope that carries through into action. First step is hiring a dedicated person to engage with Packers/Processors at a higher level
>> **Kerns session**
>> This was a panel of smart people who each spent 20 minutes or so discussing their area of expertise. Included were an expert on monetary policy, a consumer marketing expert, an exec from the layer industry, an interest rate expert, a former pork belly trader, and Steve Meyer. A few takeaways:
>> Marketing expert: consumers trust small and inherently distrust big... Dan's sidebar: could we be doing a better job of marketing ourselves as big/efficient/flexible to customers and small/local/artisan to consumers?
>> Egg guy was fascinating, and I never want to be in the place that they are right now
>> In order to fulfill all of the commitments that various companies have made to go cage free, 228 of 315 million egg laying hens would have to convert to cage free. This is impossible, it would in theory take more capital than the market cap of several major players
>> Cage free costs $50/space to build and conventional is as low as $7.50
>> Eggs have no price discovery, there is no market quote. There are lawsuits all over the place on price fixing and people are scared to communicate as a result
>> Farm prices for eggs went from $2.80/dz during AI to $.16/dz

My takeaway: we have to find a way to avoid this with pork. Stay united, keep activists at bay, inform and educate customers, etc…

**Random notes and Observations from meetings at the Expo**

Farm Credit Mid America would badly like to join our bank group. They cover OH, IN, KY so it would seem like a fit. Will work with Josh to see if it makes sense

FC Stone has some tools for OTC hedging in Hog Procurement that Jake and I are going to take a look at. First glance is that is a creative way to buy hogs from mid-tier producers on mid-term agreements 2-3 years. FC Stone takes the risk and we may be able to collect a small fee for offering it… probably some warts under the surface that we need to find

Lynch Livestock doing 3100 hogs a day at their NW Iowa plant including Antibiotic free and some GAP pigs (level 1-3). They are moving pigs from Missouri to NW IA to finish… sounds like a recipe for disaster

Some scary stuff from the broiler industry on RWA/NAE. They let their supply outpace their demand and have paid the price in the retail value. I believe this is what the phrase "killing the golden goose" was created for:

<image005.jpg><image006.jpg>

4 different companies want to put up a cull buying station near Coldwater and be our exclusive market cull collection station. Jake and I will take it to the Producer Group and see if there is any value in pursuing this as a collective

Everybody and their brother and their brother's dog want to come to the open house. Must have had 20+ requests to come. We are the center of the industry right now. Fun times

Some minor changes coming to Mandatory Price Reporting of hogs which shouldn't affect us much. Main goal is to try and get more volume into CME LH Index and Negotiated buckets

Pipestone plant seems to be moving forward in Southern Minnesota. Fairly public knowledge that they have land identified and are beginning the permitting process. Sounds like there are still a lot of question marks though in terms of hog supply, facility design, etc…, but most people seem to feel it's a question of when and not if

**Coldwater Producer Partner Stuff**

Fred Walcott has extra supply early in 2018 that he will likely want us to take, 5-6 loads per week. Good timing as we have a gap to fill there

Reicks is in same boat as Fred, considering options on what to do with additional hogs not already committed from Spartanwood unit. Jake and I will hash through that with Brady

Harley shared that Joel is very much on his way out, indicated that he may only have 30 days or so. Joel not returning calls or communicating with them. Unfortunate end to an already sad story. I also volunteered to Harley to help in any way we could with filling the vacancy created by Joel's departure. Having the right person in place there would do wonders for our partner group.

Harley and Fred looking at new trailers to haul more hogs. Jake and I have homework to do there to understand any constraints of unloading or washing

I met with 5 others for breakfast on Thursday in the initial meeting of the, for lack of a better name, Coldwater Young Guns group. In attendance, Phil Hord, Brady Reicks, Ted Ufkes, Ryan Hunter, Nick DeKryger, and me (Matt Heimerl was invited but couldn't make it). I formed the group when we collectively realized that many of us are in similar stages of career: relatively inexperienced in leadership, going through generational transfer in family business, trying to anticipate the future of the industry and what our place will be in it. A lot of excitement from everyone to develop a support network amongst each other and also learn and grow as leaders. Hoping that our mutual investment in Clemens and small size of the group will allow for more freedom and candidness in sharing than other such groups. Bottom line, I will be looking to some of you to give input on how to engage this group of people and may ask for you to participate as teachers/experts in future meetings.

DAN GROFF
DIRECTOR OF HOG SUPPLY

COUNTRY VIEW FAMILY FARMS
a division of CLEMENS FOOD GROUP
1301 FULLING MILL ROAD | MIDDLETOWN, PA 17057
P 215.368.2500 ext 5112 | M 717.725.2781
E: dgroff@clemensfoodgroup.com
countryviewfamilyfarms.com
clemensfoodgroup.com

STATEMENT OF CONFIDENTIALITY
This electronic mail transmission contains confidential information intended only for the person(s) named. Any use, distribution, copying or disclosure by another person is strictly prohibited.

CONFIDENTIAL                                           CLMNS-0000102599