# EXHIBIT 97
# (Filed Under Seal)

Message

| | |
|---|---|
| **From:** | Ronald_S._Browning/Fremont/Hormel [Ronald_S._Browning/Fremont/Hormel] |
| **Sent:** | 9/7/2017 9:26:36 PM |
| **To:** | James_M._Fiala/Corp/Hormel%Hormel; Corwyn_D._Bollum/Corp/Hormel%Hormel; Christopher_J._Delva/Fremont/Hormel%Hormel; ajshute@hormel.com; James_E._Goedken/Austin/Hormel%Hormel |
| **Subject:** | NPPA Meeting |

For the last couple days I have been at a Nebraska Pork Producers Assn Meeting in Broken Bow NE.  Broken Bow is home base for Thomas Livestock.  Typically these meetings can be a little on the dry side, this one was different and here is a brief recap:

• 10,000 new sows south of North Platte NE.  Buffalo Ridge Genetics, Dave Loomis is the land owner and is tied to Carthage Vet Clinic--it is unknown if is permitted, built, moving dirt, etc.

• 10,000 Great Plains (Creston IL) managed sows started recently weaning pigs from new production in Nebraska--Location?

• I think we already knew this but Lost Island/Sandy Pines are switching to Sioux City from Farmland Crete/Dennison

• Bill Winkleman gave me the run down on why the "Negotiating" seminar was changed to a Webinar--National Pork Board Lawyer felt that with that many producers in the room they could be guilty of collusion

Recap of Thomas Livestock-Sow Units

• Prairie Dog

• Pigeon Ranch

• Georgetown

• Dove--will wean first pigs in three weeks

• Permitted--Time line unknown

• Permitted--Time line unknown

• All 5500 head/22,000 head total

• Prairie Dog is crated and the others are LSH

• 1.00/cwt live from Farmland for LSH

• .2 PSY difference between all sow units

• 22 people per unit/24 hour care

• Talked about a 15.00 head premium for ABF but I couldn't confirm that he was participating

Finishing/Marketing:

• 270-310# live weight price into Farmland with no discount unless the entire day's head count averages over 310#, currently averaging 315# and they are not discounting because Farmland has asked them to hold up on a few loads,  he needs 60 loads over the next 3-4 weeks to get caught up.

• 2 load crews start at 2 AM and load 6-8 load each per day.  3 people load crews

• 6,600 head finishers with a lagoon, double stock to start, 24 hour care for the first 5-6 days and 18 hour care for next 5-6 days

• No sorting of pigs in the finisher after day 3

• Sites with lagoons can fertilize 185 acres, sites with pits can fertilize 300+ acres.  Thomas Lvst prefers Lagoons for the improved air in the barn.

• Tours the "Hobbs" site that was nearing completion and there is not corn field close.

• All sites are within 100 miles--they don't have agreements with PFF or the Maschhoffs, but try to stay away.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

• Each 6600 head has 4 rooms or quadrants, with a large pen design. They market the first pen (99%) in each quad in week 20 and this allows them to expand the other pens in the quad, allowing for an additional 2 sq feet/head for the next 3 weeks.

• All labor at the finishers are company labor. Most barn owners don't touch pigs.

• Very Isolated

Stayed at the Arrow Motel that on the National Historic Registry and is owned by RJ Thomas. They have a chef at the Bon Fire Grill (part of the Motel) that they hired out of the Marriott/Hilton and moved him to Broken Bow NE. He cures his own bacon and makes a lot of food that I can't pronounce the name.

Ron Browning
Hog Procurement Manager Western Region
Phone: (402) 753-3255
Cell: (507) 298-0968

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER