# EXHIBIT 99
# (Filed Under Seal)

Message

**From:** Brian Stevens [bstevens@bigstonemarketing.com]
**Sent:** 6/12/2018 10:02:11 AM
**To:** cdbollum@hormel.com
**Subject:** [EXTERNAL] FW: Tyson Schedule Changes
**Importance:** High

**From:** Angie Fikse
**Sent:** Monday, June 11, 2018 11:38 AM
**To:** Brian Stevens <bstevens@bigstonemarketing.com>; Chris McCulloh <CMcCulloh@bigstonemarketing.com>; Christine Colemer <ccolemer@bigstonemarketing.com>; Terry Wolters <Terry.Wolters@pipestone.com>
**Cc:** Angie DeGroot <Angie.DeGroot@bigstonemarketing.com>
**Subject:** Tyson Schedule Changes
**Importance:** High

FYI-

**From:** Conner, Steve
**Sent:** Monday, June 11, 2018 11:17 AM
**To:** Hog Buyers and Jr Buyers <HogBuyers@tyson.com>; Hutchinson, Tony <Tony.Hutchinson@tyson.com>
**Subject:** Schedule Changes
**Importance:** High

Significant changes to our harvest schedule.
This week:
Storm Lake – Friday A shift only, dark B shift
Perry – 5 hours Friday.

Next week:
Waterloo – Monday A shift only, dark B shift.
CJ – Monday dark.
Storm Lake – Friday B shift only, dark A shift.
Perry – 5 hours Friday.

Week 3 (w/e 6/30):
Waterloo – Monday B shift only, dark A shift.
CJ – Monday dark.
Perry – 5 hours Friday.

These changes are over and above the changes we already had made.
We'll need to continue to roll loads out to future weeks.
Call with any questions.



**Steve Conner**
Associate Director Hog Procurement

**Tyson Fresh Meats**
402-990-5244 Mobile
steve.conner@tyson.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                         HFC-PORKAT0000064709

This email and any files transmitted with it are confidential and intended solely for the use of the addressee. If you are not the intended addressee, then you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please notify us immediately of your unintended receipt by reply and then delete this email and your reply. Tyson Foods, Inc. and its subsidiaries and affiliates will not be held liable to any person resulting from the unintended or unauthorized use of any information contained in this email or as a result of any additions or deletions of information originally contained in this email.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HFC-PORKAT0000064710