# EXHIBIT 102
# (Filed Under Seal)



Deposition of:

**Corwyn "Cory" Bollum**

*December 1, 2021*

In the Matter of:

**Pork Antitrust Litigation**

Veritext Legal Solutions
888.777.6690 | cs-midatlantic@veritext.com | 215-241-1000

Page 171

1       from a producer of some sort.
2          Q.   (By Mr. Clark)  And do you think this is
3       the type of document that Hormel should have in its
4       possession?
5               MR. BYLUND:  Objection to form,
6          foundation.
7               THE WITNESS:  Again, there's market intel
8          every day that we're trying to utilize to reduce
9          our hog costs, what the harvest levels and what
10         the harvest budgets are.  You know, again, it's
11         a lot of third-party information, a lot of
12         broker information.  There's information out
13         there that we utilize -- media information,
14         MeatFYI, Meetingplace, you name it to -- to put
15         all that information together and try to make
16         the best decisions to reduce our hog cost.
17         Q.   (By Mr. Clark)  Do you recall any of your
18      colleagues at Hormel around this time commenting that
19      Hormel shouldn't have Tyson's kill schedule here?
20         A.   Again, then, where the information came
21      from is came from a producer or a broker from that
22      standpoint.
23         Q.   So would it surprise you to know others at
24      Hormel commented that Hormel should not have this
25      document?

Page 172

```
 1                    MR. BYLUND:  Objection to form.
 2                    THE WITNESS:  No.
 3              Q.    (By Mr. Clark)  Why would it not surprise
 4       you?
 5              A.    Well, it's certainly not normal.
 6              Q.    Do you have any reason to doubt you sent
 7       or received this e-mail -- the e-mails reflected on
 8       the face of Exhibit 13?
 9              A.    No.
10              Q.    We can set Exhibit 13 aside.
11                    Have you ever heard of the pig mafia?
12              A.    I mean, I've heard that term; but --
13       that's -- that's --  I don't know.  I don't know
14       necessarily what it means.
15              Q.    Does it have any meaning to you at all?
16              A.    No.
17              Q.    Have you ever heard of the Minnesota Pig
18       Mafia?
19              A.    No.
20                    MR. CLARK:  Why don't you pull up Tab O,
21          as in Oreo.  We'll mark that Exhibit 14.  Then
22          we'll take a break after this one.
23                    THE WITNESS:  Did you use in glory.
24          Did you say O or G?
25              Q.    (By Mr. Clark)  O as in Oreo.
```