# EXHIBIT 103
# (Filed Under Seal)



# Introduction to Agri Stats
# January 21, 2009



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# PURPOSE

---

### *Agri Stats Mission*

## Improve the bottom line profitability

for our participants by providing

## accurate & timely comparative data

while preserving

## confidentiality of individual companies.

---



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AGSTAT-P-0000000361

# *Agri Stats, Inc.*

- 1985 Poultry Industry Benchmarking

  - 95% broiler participation;  95% turkey

  - 110+ million hens layer report

- Acquired Agrimetrics July 2006

- AgriSoft/CMC (accounting/production software)

- Responsible Resources (HR consulting)

- Express Markets, Inc. (market price discovery)



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# *Agri Stats Swine*

- 28 participating corporations/companies in live comparison

- Companies range 10k to >200k sows

- Some companies have multiple flows – determined by geography, feed mill "pods", production type, etc.

- 15 plant locations included in processing/slaughter plant comparison

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Agri Stats Swine - Live

- Started 2004

- ~2 million sows monthly report

- ~42 million weaned pigs twelve month period

- ~40 million nursery pigs twelve month period

- ~39 million finishing pigs twelve month period

- 275+ Ingredient Purchasing locations

- 195+ Feed Mill locations



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# *Agri Stats Services*

- Benchmarking Analysis

- On-site Live Review Presentations

  - 2-4 times per year

  - ID opportunities & strengths

  - Targets, Action Plans, Strategies

  - Progress, Trend Analysis, Graphs

- Custom Analyses, Industry Reporting



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# *Monthly Reports*

- ~ 350 pages, 9 report sections

- Current month, quarter, twelve month sections

- Each participant's data, Average Co. & Top 25%

- Rankings, percentiles, variances, effects on cost, economic impacts

- International & production groupings



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AGSTAT-P-0000000366

# *Monthly Report Sections*

- Profit and Sales – includes cost summary

- Finishing – detailed performance & costs

- Wean to Finish – performance & costs

- Nursery – detailed performance & costs

- Sow – detailed performance & costs

- Performance Summary – system costs, performance, feed, Sow/Nursery

- Ingredient Purchasing

- Feed Mill

- Market Haul & DOA (populating now)



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# KPI Reports

- Key Performance Indicator (KPI)

- Quick look executive summary

- 54 key variables

- Rankings, percentile, variances

- Economic impact vs. Average Co. & Top 25%

- Month, Quarter and 12 Month pages

- Separate book from larger general report

- Reports included for each participant's locations and combined as one

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AGSTAT-P-0000000368





HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Data Handling, Accuracy & Comparison



# *Setup and Data*

- Setup person on-site 1 week to learn system, locate files and data

- Three weeks in office finishing setup and transferring to auditors

- Setup person, auditor and account manager review reconciliations to proof data, calculations and report.

- Go over all with participant.



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AGSTAT-P-0000000371

# *Setup and Data*

- Data submitted the 18th of each month

- Electronic submission of raw data

- Conversion written at Agri Stats – takes raw data and pulls it in to input system in right format and location each month
  - Accuracy and speed over manual entry
  - Important files stay same format, language

- ~1-2 hours per month involved in submitting data
  - Depends on participant system & abilities



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AGSTAT-P-0000000372

# *Accuracy and Comparison*

Agri Stats Paradigm:

1.  Increase profitability of participants

2.  Provide accurate information

3.  Ensure "Apples to Apples" comparison

4.  Provide essential services

\* *Have to have each step to be effective*

\* *Have to be effective to survive*



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AGSTAT-P-0000000373

# *Accuracy and Comparison*

Policies and Methods:

1. Tie back to general ledger

    a. Can't complete unless tie out

    b. Helps ensure getting to actual cost

    c. Do not accept standards – add variances

    d. Structured allocation & "buckets"

2. Use own calculations

    a. Collect and use raw numbers

    b. Each company same calculations



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# *Accuracy and Comparison*

Policies and Methods:

3. Built in checks and reports

    a. Audit report shows auditors variance across months – required to address

    b. Page and column limits – kick off outliers and ID – required to address

    c. Auditors review before final publication

    d. Audit manager reviews for final OK



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# *Accuracy and Comparison*

## Policies and Methods:

## 4. Reconciliations

   a. Done each setup and occasional details

   b. Allows all to see and agree on data flow and allocations

   c. Understand calculations

   d. Provides proof



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



# Genetic Summary



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# XXX Performance Evaluation

- Six XXX flows
- 202,138 sows, 4.2m weaned pigs
- All XXX genetic lines included
- January – December 2007 data
- USA and CAN
- Pooling of numbers – no statistical analysis
- Comparison of XXX to:
  - Avg. all other Agri Stats participants
  - Overall Agri Stats average



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Weaned Pig Production Cost and Performance by Genetic Grouping
## Agri Stats data, January - December, 2007

| Group | FAC, OWN Gilt Pool Adj $/Wn Pig | LMSY | PWMSY | NBL | Total Born | Number Weaned | PWM% | Wean AGE | Wean WT. | Sow Mort% | Lact lbs/s/d | Gest lbs/s/d |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 23.89 | 2.30 | 22.89 | 11.71 | 12.76 | 9.97 | 14.90 | 19.95 | 12.92 | 4.55 | 13.65 | 5.80 |
| | 24.49 | 2.28 | 21.60 | 11.19 | 12.46 | 9.48 | 15.31 | 19.98 | 12.09 | 10.19 | 12.99 | 4.79 |
| | 25.75 | 2.40 | 23.28 | 11.92 | 13.08 | 9.68 | 18.81 | 20.01 | 12.16 | 10.49 | 15.37 | 5.31 |
| | 25.79 | 2.43 | 22.55 | 10.71 | 11.96 | 9.28 | 13.38 | 17.42 | 11.37 | 15.88 | 13.23 | 4.65 |
| | 26.40 | 2.53 | 23.19 | 10.77 | 11.68 | 9.17 | 14.84 | 17.55 | 11.00 | 13.78 | 12.33 | 5.09 |
| | 26.57 | 2.34 | 22.65 | 12.01 | 13.29 | 9.67 | 19.48 | 18.51 | 12.08 | 8.48 | 14.08 | 4.81 |
| | 26.94 | 2.42 | 22.33 | 10.76 | 11.78 | 9.22 | 14.28 | 17.48 | 10.79 | 15.69 | 13.28 | 4.79 |
| | 27.05 | 2.43 | 24.07 | 11.45 | 12.70 | 9.91 | 13.44 | 18.47 | 12.68 | 7.62 | 13.57 | 5.06 |
| | 27.23 | 2.28 | 19.91 | 10.37 | 11.67 | 8.75 | 15.67 | 18.57 | 12.00 | 11.96 | 12.27 | 4.55 |
| | 27.31 | 2.31 | 23.08 | 11.78 | 13.13 | 9.97 | 15.31 | 20.57 | 12.33 | 11.62 | 17.89 | 4.16 |
| | 27.49 | 2.54 | 25.86 | 11.08 | 11.96 | 10.17 | 8.17 | 18.93 | 12.69 | 4.83 | 13.36 | 5.47 |
| | 27.80 | 2.44 | 24.91 | 11.98 | 13.24 | 10.21 | 14.77 | 19.04 | 12.68 | 7.14 | 16.25 | 4.20 |
| | 27.86 | 2.38 | 22.68 | 10.55 | 11.50 | 9.54 | 9.57 | 20.33 | 13.99 | 5.60 | 15.85 | 5.38 |
| | 27.96 | 2.39 | 21.87 | 10.50 | 11.43 | 9.14 | 12.95 | 17.24 | 10.62 | 16.51 | 13.40 | 5.36 |
| | 28.00 | 2.40 | 25.04 | 11.53 | 12.25 | 10.47 | 9.14 | 17.56 | 11.93 | 3.47 | 14.07 | 5.28 |
| | 28.04 | 2.28 | 22.21 | 11.08 | 12.13 | 9.76 | 11.97 | 19.89 | 11.56 | 6.05 | 13.83 | 5.02 |
| | 28.17 | 2.16 | 21.64 | 11.23 | 12.25 | 10.03 | 10.71 | 19.97 | 13.59 | 5.47 | 15.56 | 5.24 |
| | 28.60 | 2.33 | 23.21 | 11.31 | 12.39 | 9.95 | 12.07 | 19.40 | 12.53 | 9.70 | 15.14 | 4.67 |
| | 28.86 | 2.38 | 23.57 | 11.69 | 12.86 | 9.89 | 15.33 | 18.99 | 12.68 | 7.83 | 13.16 | 4.57 |
| | 29.17 | 2.36 | 21.37 | 10.56 | 11.71 | 9.09 | 13.95 | 18.83 | 11.43 | 18.54 | 12.91 | 5.08 |
| | 29.30 | 2.49 | 25.57 | 11.73 | 13.07 | 10.27 | 12.47 | 18.85 | 13.51 | 13.06 | 15.42 | 6.66 |
| | 29.35 | 2.49 | 25.72 | 11.43 | 12.65 | 10.33 | 9.66 | 20.04 | 14.43 | 12.16 | 14.42 | 6.23 |
| | 29.44 | 2.49 | 25.87 | 11.63 | 12.94 | 10.39 | 10.72 | 19.74 | 14.87 | 10.29 | 15.33 | 6.52 |
| | 29.52 | 2.42 | 24.25 | 11.63 | 12.87 | 10.00 | 13.99 | 19.25 | 13.74 | 10.51 | 14.40 | 5.63 |
| | 30.13 | 2.34 | 21.78 | 10.75 | 12.02 | 9.33 | 13.15 | 19.69 | 13.24 | 10.66 | 14.17 | 5.16 |
| | 30.21 | 2.29 | 22.06 | 11.07 | 12.44 | 9.61 | 13.20 | 20.30 | 13.63 | 12.56 | 14.93 | 5.72 |
| | 30.26 | 2.25 | 22.25 | 11.63 | 13.00 | 9.89 | 15.01 | 20.32 | 12.71 | 9.83 | 13.05 | 4.85 |
| | 30.44 | 2.41 | 25.90 | 12.05 | 13.26 | 10.75 | 10.75 | 20.61 | 13.81 | 8.81 | 16.13 | 6.92 |
| | 31.37 | 2.38 | 22.26 | 10.69 | 11.78 | 9.30 | 13.00 | 17.81 | 12.79 | 4.87 | 15.48 | 5.44 |
| | 31.54 | 2.24 | 22.14 | 11.14 | 12.08 | 9.86 | 11.54 | 20.95 | 13.10 | 9.96 | 12.97 | 5.39 |
| | 31.69 | 2.36 | 22.88 | 10.76 | 11.77 | 9.68 | 10.01 | 20.08 | 12.00 | 9.53 | 13.42 | 5.25 |
| | 31.75 | 2.12 | 20.16 | 10.74 | 11.89 | 9.48 | 11.77 | 19.08 | 11.85 | 10.60 | 15.05 | 5.29 |
| | 32.61 | 2.24 | 22.37 | 11.24 | 12.43 | 9.93 | 11.65 | 18.33 | 12.88 | 3.76 | 14.58 | 5.49 |
| | 34.53 | 2.29 | 22.49 | 11.25 | 12.37 | 9.81 | 13.28 | 18.49 | 12.89 | 11.04 | 14.22 | 4.60 |
| | 35.21 | 2.15 | 17.75 | 10.06 | 11.36 | 8.26 | 17.83 | 19.84 | 12.03 | 15.46 | 13.11 | 7.26 |
| | 35.80 | 2.08 | 19.04 | 10.16 | 11.05 | 9.26 | 8.84 | 16.91 | 13.08 | 2.22 | 16.68 | 5.22 |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Genetic Comparison

- ## Maternal Only

- ## Jan – Dec 2007

- ## Eight Genetic Groupings
  - ### Six Pure Companies
  - ### Two Combinations
    - #### PIC-DAN
    - #### PIC-GEN

- ## 1.3m sows, 3m litters



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Weaned Pig Production Cost and Performance by Genetic Grouping**
**Agri Stats data, January - December, 2007**
**Weaned Pig Cost Adjusted For Feed Owning, Gilt Pool and Facility Cost**

| Genetic Group | Own, Fac Gilt Pool ADJ $/Wn Pig | Farm $ EOC | Prod. EOC | LMSY EOC | NBL EOC | Number Weaned | PWM% EOC | Wean AGE | Wean WT. | % Repl Rate | % Cull Rate | Sow Mort% | Lact lbs/s/d | Gest lbs/s/d |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **45 AVG** | 25.72 | -1.68 | 0.49 | 0.38 | -1.12 | 9.64 | 0.86 | 19.67 | 12.14 | 56.95 | 41.19 | 9.98 | 14.31 | 4.71 |
| VAR AS | -2.09 | | | | | 0.09 | | 0.65 | -0.33 | 0.31 | -4.41 | -0.72 | 0.34 | -0.49 |
| **43 AVG** | 27.65 | 2.83 | 0.16 | 0.17 | -0.76 | 9.93 | -0.35 | 19.50 | 12.49 | 62.53 | 50.47 | 7.83 | 14.52 | 4.95 |
| VAR AS | -0.16 | | | | | 0.38 | | 0.45 | 0.13 | 7.66 | 7.18 | -3.05 | 0.53 | -0.13 |
| **46 AVG** | 27.86 | 0.89 | -0.43 | -0.40 | 1.44 | 9.54 | -1.42 | 20.33 | 13.99 | 40.77 | 50.98 | 5.60 | 15.85 | 5.38 |
| VAR AS | 0.05 | | | | | -0.01 | | 1.20 | 1.71 | -16.16 | 7.02 | -5.19 | 1.89 | 0.34 |
| **44 AVG** | 28.02 | -1.31 | 0.00 | -0.34 | 1.01 | 9.21 | -0.05 | 18.15 | 11.62 | 50.78 | 42.98 | 13.34 | 13.13 | 4.96 |
| VAR AS | 0.21 | | | | | -0.34 | | -1.47 | -1.06 | -7.39 | -1.94 | 4.02 | -1.31 | 0.14 |
| **51 AVG** | 28.06 | 3.23 | -1.78 | 0.27 | -0.80 | 10.34 | -1.33 | 18.24 | 12.40 | 50.75 | 34.39 | 4.11 | 14.54 | 5.27 |
| VAR AS | 0.25 | | | | | 0.79 | | -1.00 | 0.02 | -5.45 | -10.33 | -6.62 | 0.49 | 0.25 |
| ▓▓▓▓ | 29.54 | 4.93 | -3.06 | -1.70 | -1.08 | 10.36 | -0.98 | 19.77 | 14.36 | 69.81 | 57.33 | 11.52 | 14.99 | 6.44 |
| | 1.73 | | | | | 0.81 | | 0.49 | 2.05 | 13.24 | 13.38 | 1.06 | 0.95 | 1.42 |
| **47 AVG** | 30.34 | 3.34 | -1.85 | -0.68 | -0.38 | 9.88 | -0.49 | 19.57 | 13.08 | 54.03 | 45.75 | 10.12 | 14.00 | 5.48 |
| VAR AS | 2.53 | | | | | 0.33 | | 0.39 | 0.74 | -2.07 | 1.46 | 0.39 | -0.07 | 0.44 |
| **49 AVG** | 31.06 | -0.84 | 1.31 | 0.56 | 1.31 | 9.11 | 0.04 | 19.72 | 13.01 | 65.23 | 43.47 | 11.71 | 13.94 | 5.58 |
| VAR AS | 3.25 | | | | | -0.44 | | 0.58 | 0.71 | 10.36 | -1.00 | 1.36 | -0.15 | 0.59 |



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



# Adjusted Weaned Pig Cost
## (Feed, Facility, Gilt Pool)

Adj $/Pig — Average $27.81 — Top 25% $26.38



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AGSTAT-P-0000000382





HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER





HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AGSTAT-P-0000000384





HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



% Pre-Wean Mortality



AGSTAT-P-0000000386





HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER





HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AGSTAT-P-0000000388





HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AGSTAT-P-0000000389



# Gestation Lbs/Sow/Day

Legend: Gest Lbs/s/d — Average 5.06 — Top 25% 4.84

| Genetic Grouping | Lbs/Sow/Day |
|---|---|
| 1 | 4.95 |
| 2 | 4.96 |
| 3 | 4.71 |
| 4 | 5.38 |
| 5 | 5.48 |
| 6 | 6.44 |
| 7 | 5.58 |
| 8 | 5.27 |



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER





HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| Grouping | $/Wn Pig | Farm $ EOC | Production EOC | LMSY EOC | Gilt Pool EOC | NBL EOC | PWM% EOC |
|----------|----------|------------|---------------|----------|---------------|---------|----------|
| A | 26.33 | -1.31 | 0.00 | -0.34 | -0.64 | 1.01 | -0.05 |
| B | 26.45 | -1.68 | 0.49 | 0.38 | 0.34 | -1.12 | 0.86 |
| C | 28.11 | 0.89 | -0.43 | -0.40 | -0.07 | 1.44 | -1.42 |
| D | 28.11 | -0.84 | 1.31 | 0.56 | -0.63 | 1.31 | 0.04 |
| E | 29.03 | 4.93 | -3.06 | -1.70 | 0.68 | -1.08 | -0.98 |
| F | 29.10 | 3.23 | -1.78 | 0.27 | 0.06 | -0.80 | -1.33 |
| G | 29.14 | 3.34 | -1.85 | -0.68 | -0.31 | -0.38 | -0.49 |
| H | 31.62 | 2.83 | 0.16 | 0.17 | 1.08 | -0.76 | -0.35 |



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AGSTAT-P-0000000392



# Participation Options



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   AGSTAT-P-0000000393

# *Participation Options*

1. Allied
   - Monthly reports
   - Data
   - All confidential

2. Hypor Customers
   - Support
   - Share Cost

3. Hypor Production
   - Setup
   - Regular monthly participation



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

*Thank You!*



AGSTAT-P-0000000395