# EXHIBIT 108
# (Filed Under Seal)

**Message**

**From:** James_Russell@cargill.com [James_Russell@cargill.com]
**Sent:** 4/18/2011 10:27:42 AM
**To:** Stacey Edwards [sedwards@agristats.com]
**Subject:** RE: vital signs

Thanks very much... I do hope Cargill becomes an affiliate. I spent 17 years in the chicken biz, and while I cussed agristats regularly, the amount of information is impressive and essential in decision making.

Rgds, Jim

---

**From:** sedwards@agristats.com [mailto:sedwards@agristats.com]
**Sent:** Monday, April 18, 2011 10:17 AM
**To:** Russell, James M. - James_Russell@cargill.com
**Cc:** escholer@expressmarketsinc.com
**Subject:** RE: vital signs

Hi Jim-

Good to hear from you and hope all is well. I've copied Eric Scholer who presented the EMI (forward forecasting) portion of our webinar and manages that affiliate. He will be able to visit with you regarding the subscription to vital signs. Let me know if there's anything else I can do for you at this time.

Take care-

*Stacey*

---

**From:** James_Russell@cargill.com [mailto:James_Russell@cargill.com]
**Sent:** Monday, April 18, 2011 10:00 AM
**To:** Stacey Edwards
**Subject:** vital signs

Ms Edwards, who do I need to contact to subscribe to vital signs ?..

Thanks you much, Jim Russell

CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure. If you are not the intended recipient of this email or the attachments, be aware that any disclosure, copying, distribution or use of this email or any attachment is strictly prohibited and you should not read the message or read or open any attachment. If you have received this email by mistake, please immediately notify the sender and delete it permanently from your system. Agri Stats, Inc. and its subsidiaries will not be held liable to any person or entity resulting from the unintended or unauthorized use of any information contained in this email.

Plaintiff Exhibit
In Re: Pork Antitrust Lit
Stacey Edwards
0237

HIGHLY CONFIDENTIAL

AGSTAT-P-0002819815