# EXHIBIT 112
# (Filed Under Seal)

To: Copa, Mark[mcopa@smithfield.com]; Phalen, Shelly R[sphalen@smithfield.com]
From: Reichert, Mike[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D3FF6189ED13496A9846B9F1B79BEF8D-MJREICHERT]
Sent: Mon 2/13/2017 10:39:25 AM Eastern Standard Time
Subject: RE: Agristats Red book Trend Graphs

Here are my thoughts on the Red Book trend graphs for opportunities: Shelly, is your team speaking to these trends in their presentations next week?

| | |
|---|---|
| BI Hams | Price getting worse over the 8 quarters, however, Agristats does not include hedge gain of $14.152 MM for CY 2016 |
| BNLS Hams | Mix consistently in the $2 - $3 MM negative category for each quarter. Quarters vary but consistent YoY (OPPORTUNITY) |
| BI Loins | Price consistently positive and Mix consistently 4-5 out of 6 and usually negative $ |
| BNLS Loins | Price has gotten worse in Q3 and Q4 for CY 2016, Mix consistently positive $2 MM or more (OPPORTUNITY for PRICE) |
| Back Ribs | Price consistent #1, Mix has improved to #3 and positive in Q3 and Q4 CY 2016 (Improvement) |
| Shoulders | Price consistent 3 to 4 out of 4 but small negative dollars, Mix moved to 1 of 4 in Q4 (Improvement) |
| BI Picnics | Price and Mix dipped in Q4 to 6 of 6 and 5 of 6 but still positive overall |
| BNLS Picnics | Price consistently negative and 5 of 6, Mix consistently 3 of 6 and positive (OPPORTUNITZY for PRICE) |
| BI Butts | Price improved in Q4 to 2 of 6 and positive, Mix consistently 1 of 6 (Improvement in Price) |
| BNLS Butts | Price and Mix consistently negative and 4 to 5 of 6 (OPPORTUNITY) |
| Bellies | Overall positive especially Mix, consistently 2 of 6 last 3 Qtrs |
| Ribs | Price has turned more negative last 3 Qtrs and 5 or 6 of 6, Mix consistently 3 of 6 but negative (OPPORTUNITY) |
| Misc Parts | Price consistently 3 of 6, Mix have lost ground and last 2 Qtrs have dropped to 4 and 5 of 6 respectively and negative dollars (OPPORTUNITY MIX) |
| Trim | Price and Mix consistently in middle of the pack and slightly positive |
| Skin & Bones | Price moved to 1 of 6 in Q4 CY16, Mix 1 of 6 for last 5 Qtrs |
| Organs | Price consistently 1 or 2 of 5 last year and very positive, Mix has dropped to 6 of 6 last 2 Qtrs and negative (OPPORTUNITY MIX) |
| Heads | Mix consistently 6 of 6, choice of company to sell whole heads |
| IBEP | Price consistently 1 of 6, Mix has improved to 2 of 6 in 2 of the last 3 Qtrs (Improvement) |
| Rendering | Price consistently 4 of 6 and slightly negative, Mix has improved CY 16 to 4 of 6 but still negative (OPPORTUNITY) |

Biggest Opportunities
| | |
|---|---|
| BNLS Butts | $1 MM a quarter to get positive overall |
| BNLS Loins | Category overall normally positive but $1.5 MM a quarter for Price |
| BNLS Hams | $1 – 3 MM a quarter for Mix |
| BNLS Picnics | Category overall positive but $1 MM a quarter in Price |
| Ribs | $2 – 3 MM a quarter for Price and Mix |

Mike

---

From: Copa, Mark
Sent: Sunday, February 12, 2017 5:36 PM
To: Reichert, Mike <mreichert@smithfield.com>
Subject: Re: Agristats Red book Trend Graphs

What is your take on these? Where Are the trends? Opportunities?
On Feb 12, 2017, at 10:29 AM, Reichert, Mike <mreichert@smithfield.com> wrote:

> Mark,
>
> Attached are updated Red Book trend Graphs that now include CY 2015 and CY 2015 by Quarter. I have sent to Shelly for her group to include in their presentations.
>
> Mike
>
> Mike Reichert
> Director, Financial Planning & Analysis
> Fresh Pork Division          <image001.jpg>
>                              Smithfield Foods
> (816) 243-4352 tel           11500 NW Ambassador Dr
> (913) 449-8764 mobile        Kansas City, MO 64153
> mreichert@smithfield.com     www.smithfieldfoods.com
>
> <Red Book Primal History Quarters V2.xlsx>

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Plaintiff Exhibit
In Re: Pork Antitrust Lit
Mark Copa
0260

SMITHFIELD01007102