# EXHIBIT 113
# (Filed Under Seal)

CASE 0:18-cv-01776-JRT-JFD   Doc. 1327-10   Filed 05/02/22   Page 2 of 2

| | |
|---|---|
| **From:** | McConnell, Deb </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=WAOPDAM> |
| **To:** | Coburn, Crystal |
| **Sent:** | 6/8/2012 4:23:53 PM |
| **Subject:** | [Password Protected - Not Virus Scanned] 04_2012 Swine Profit, ALTER RUN |
| **Attachments:** | 2012_04_SWPRF_72_ALTER_01.PDF |

Print this...then set a time next week for us to review. We need to determine if anything 'useful' in this report....and if we can 'name' the companies...

-----Original Message-----
From: tdanko-dess@AgriStats.com [mailto:tdanko-dess@AgriStats.com]
Sent: Friday, June 08, 2012 9:33 AM
To: McConnell, Deb
Subject: [Password Protected - Not Virus Scanned] 04_2012 Swine Profit, ALTER RUN

Agri Stats, Inc.
6510 Mutual Drive
Fort Wayne, IN 46825
phone: 260.407.2700
fax: 260.407.2710
CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure. If you are not the intended recipient of this email or the attachments, be aware that any disclosure, copying, distribution or use of this email or any attachment is strictly prohibited and you should not read the message or read or open any attachment. If you have received this email by mistake, please immediately notify the sender and delete it permanently from your system. Agri Stats, Inc. and its subsidiaries will not be held liable to any person or entity resulting from the unintended or unauthorized use of any information contained in this email.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                     TF-P-001692331