# EXHIBIT 114
# (Filed Under Seal)



Deposition of:
# Damon Dale Ginther

*December 7, 2021*

In the Matter of:

# Pork Antitrust Litigation

Veritext Legal Solutions
888.777.6690 | cs-midatlantic@veritext.com | 215-241-1000

Page 282

1      Q.    (By Mr. Zirpoli)  Okay.  And in looking at
2   this document, is your understanding that Matt
3   England is attempting to assign a company name to
4   Agri Stats rankings that Seaboard receives?
5            MR. SCHWINGLER:  Objection.  Form.
6       Foundation.
7            MR. SPUNG:  Same objections.
8            THE WITNESS:  Sure looks like he's
9       attempting.  Yes.
10     Q.    By Mr. Zirpoli)  Thank you.
11           In margin management meetings, would
12  Seaboard use this data identified here by Matt
13  England to attempt to increase its margins?
14           MR. SCHWINGLER: Objection.  Form.
15      Foundation.
16           THE WITNESS:  I don't remember what we
17      talked about specifically about this -- this
18      chart or not.  I -- I -- I --  I would suppose
19      that it was probably used to see how we ranked.
20      Yes.
21     Q.    (By Mr. Zirpoli)  Okay.  So this would
22  appear to be an example of where a Seaboard employee
23  has deanonymized by plant the Agri Stats reports that
24  it receives, correct?
25           MR. SCHWINGLER:  Objection.  Form.

Page 401

1                    C E R T I F I C A T E

4     STATE OF GEORGIA:

5     COUNTY OF FULTON:

7              I hereby certify the foregoing transcript
8         was taken down, as stated in the caption, and
9         the questions and answers thereto were reduced
10        to typewriting under my direction; that the
11        foregoing pages 1 through 400 represent a true,
12        complete, and correct transcript of the evidence
13        given upon said hearing, and I further certify
14        that I am not of kin or counsel to the parties
15        in the case; am not in the regular employ of
16        counsel for any of said parties; nor am I in
17        anywise interested in the result of said case.
18             This, the 10th day of December, 2021.

*S. Julie Friedman*

S. JULIE FRIEDMAN, CCR-B-1476

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830