# EXHIBIT 115
# (Filed Under Seal)

| From: | "England, Matt" <mengland@triumphfoods.com> on behalf of Matt England <mengland@triumphfoods.com> |
|---|---|
| Sent: | Wed, 11 Feb 2015 12:14:31 -0600 (CST) |
| To: | "'Hamilton, Brad'" <Brad_Hamilton@seaboardfoods.com>; "'Southwell, McClain'" <msouthwell@triumphfoods.com>; "'Stewart, Josh'"<Josh_Stewart@seaboardfoods.com>; "'Smith, Kevin'"<Kevin_Smith@seaboardfoods.com> |
| Cc: | "'Louis, Gary'" <Gary_Louis@Seaboardfoods.com>; "'Sand, Duke'"<Duke_Sand@Seaboardfoods.com>; "'Walker, Danny'"<Danny_Walker@seaboardfoods.com>; "'Ginther, Damon'"<Damon_Ginther@Seaboardfoods.com> |
| Subject: | RE: Margin Management Meeting |
| Attachments: | Agristats December 2014 no sales data.pdf |

Everyone,

I had mentioned that I would like to take time in our Margin Management meetings to discuss Agristats results and try to identify opportunities and strategies from this benchmarking exercise to improve our performance relative to the industry.  Attached is what we typically assemble as part of our normal review of the Agristats data and I thought it would be good to share this data to help shape our conversations tomorrow.  Note—the parenthetical assignment of plant names is purely my guesswork...I could be wrong on the assignments.

I will also send out (in two parts) sales benchmarking data that we review relative to weekly USDA price quotes that may be helpful in reviewing the Agristats data.

Thanks,
matt


Matthew England
Senior Vice President
Triumph Foods, LLC
(816) 396-2804
mengland@triumphfoods.com
This message contains confidential information.


**From:** Hamilton, Brad [mailto:Brad_Hamilton@seaboardfoods.com]
**Sent:** Tuesday, February 10, 2015 10:36 AM
**To:** England, Matt; Southwell, McClain; Stewart, Josh; Smith, Kevin
**Cc:** Louis, Gary; Sand, Duke; Walker, Danny; Ginther, Damon
**Subject:** Margin Management Meeting

All,

We are holding the weekly margin management meeting at St Joe this week.  We are targeting to leave the Seaboard office around 7:10 am.  We will send out the agenda items later this afternoon.

Thanks

Brad



Plaintiff Exhibit
In Re: Pork Antitrust Lit
Damon Ginther
0060

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                SBF0459029

**Agristats--December 2014**
**Margin Over Processing Summary**

**Combined Entity Analysis on**
**Common Hog Cost**

|  | Per Cwt | | Per Head | | Average Hot Carcass Weight |
|---|---|---|---|---|---|
| Co. 1 | $ | 15.56 | $ | 33.01 | 212.1 |
| Co. 2 | $ | 13.70 | $ | 28.92 | 211.1 |
| Co. 3 | $ | 12.87 | $ | 28.42 | 220.8 |
| **Co. 4- SBF/TF** | **$** | **12.59** | **$** | **27.32** | **217.0** |
| Co. 5 | $ | 12.24 | $ | 26.72 | 218.3 |
| Co. 6 | $ | 9.27 | $ | 20.05 | 216.2 |
|  |  |  |  |  |  |
| **Triumph** | **$** | **14.90** | **$** | **32.81** | **220.2** |

**Participants:**

Cargill-Beardstown
Cargill-Ottumwa
Tyson-Logansport
Tyson-Louisa County
Tyson-Madison
Tyson-Storm Lake
Tyson-Waterloo
Hatfield
Indiana Packers
JBS-Marshalltown
JBS-Worthington
JBS-Louisville

Seaboard Foods
Triumph Foods
Smithfield Packing-Clinton
Smithfield Packing-Smithfield
Smithfield Packing-Tarheel
Farmland Foods-Crete
Farmland Foods-Denison
Farmland Foods-Milan
Farmland Foods-Monmouth
Farmland Foods-Sioux Falls

Agristats December 2014 2/10/2015 1:22 PM

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SBF0459030

**Agristats--December 2014**
**Margin Over Processing Summary**
using Agristats avg hog cost for the group

| | Estimated Aggregate Margin | | | | Participants: | |
|---|---|---|---|---|---|---|
| | Head Cut | Margins | Daily Kill | Per Hour | | |
| Co. 1 (Tarheel) | 873,372 | $ 25,789,838 | 32,957 | 997 | Cargill-Beardstown | Seaboard Foods |
| 2. Triumph | 633,165 | $ 20,773,884 | 21,106 | 1,105 | Cargill-Ottumwa | Smithfield Packing-Clinton |
| Co. 3 (JBS) | 493,770 | $ 19,817,897 | 18,633 | 1,090 | Farmland Foods-Crete | Smithfield Packing-Smithfield |
| Co. 4 (JBS) | 494,040 | $ 14,531,239 | 18,643 | 1,074 | Farmland Foods-Denison | Smithfield Packing-Tarheel |
| Co. 5 (Sioux Falls) | 502,546 | $ 14,290,111 | 18,964 | 1,166 | Farmland Foods-Milan | Triumph Foods |
| Co. 6 | 453,600 | $ 12,107,619 | 18,144 | 1,080 | Farmland Foods-Monmouth | Tyson-Logansport |
| 7. SBF | 563,824 | $ 11,884,986 | 18,794 | 1,076 | Farmland Foods-Sioux Falls | Tyson-Louisa County |
| Co. 8 (Crete) | 247,835 | $ 10,197,020 | 9,352 | 1,022 | Hatfield | Tyson-Madison |
| Co. 9 (Monmouth) | 268,203 | $ 9,795,327 | 11,175 | 1,511 | Indiana Packers | Tyson-Storm Lake |
| Co. 10 (Beardstown) | 471,200 | $ 9,288,023 | 19,633 | 1,240 | JBS-Marshalltown | Tyson-Waterloo |
| Co. 11 | 422,688 | $ 9,180,728 | 17,253 | 1,036 | JBS-Worthington | |
| Co. 12 | 412,221 | $ 8,436,827 | 17,176 | 939 | JBS-Louisville | |
| Co. 13 | 238,459 | $ 8,323,334 | 9,172 | 1,079 | | |
| Co. 14 | 356,903 | $ 8,208,113 | 14,871 | 899 | | |
| Co. 15 | 401,192 | $ 8,198,958 | 16,048 | 1,067 | | |
| Co. 16 | 205,313 | $ 7,644,999 | 8,555 | 1,095 | | |
| Co. 17 (Clinton) | 225,355 | $ 7,268,130 | 7,771 | 961 | | |
| Co. 18 (Smithfield) | 230,022 | $ 7,107,986 | 9,584 | 983 | | |
| Co. 19 | 271,582 | $ 6,746,125 | 10,863 | 1,004 | | |
| Co. 20 | 225,389 | $ 5,996,613 | 9,800 | 1,081 | | |
| Co. 21 | 215,280 | $ 5,330,472 | 8,970 | 1,040 | | |
| Co. 22 | 214,065 | $ 4,571,157 | 8,563 | 1,065 | | |

Agristats December 2014 2/10/2015 1:22 PM

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER  SBF0459031

**Agristats--December 2014**
**Margin Over Processing Summary**

|  | Sales Value | | Plant cost | | Rendering and Variety Meats | | Margin over Processing cost | | Variance From Average |
|---|---|---|---|---|---|---|---|---|---|
| Co. 1 (Crete) | $ | 112.48 | $ | 17.04 | $ | 9.31 | $ | 104.75 | $ | 6.57 |
| Co. 2 (JBS) | $ | 111.24 | $ | 15.00 | $ | 7.83 | $ | 104.07 | $ | 5.89 |
| Co. 3 | $ | 115.47 | $ | 22.05 | $ | 9.04 | $ | 102.46 | $ | 4.28 |
| Co. 4 (Monmouth) | $ | 110.54 | $ | 16.90 | $ | 8.56 | $ | 102.20 | $ | 4.02 |
| Co. 5 | $ | 111.05 | $ | 19.21 | $ | 9.32 | $ | 101.16 | $ | 2.98 |
| 6. Triumph | $ | 104.94 | $ | 13.64 | $ | 8.79 | $ | 100.09 | $ | 1.91 |
| Co. 7 (Clinton) | $ | 105.29 | $ | 13.69 | $ | 7.99 | $ | 99.59 | $ | 1.41 |
| Co. 8 (Smithfield) | $ | 106.19 | $ | 15.65 | $ | 8.69 | $ | 99.23 | $ | 1.05 |
| Co. 9 (JBS) | $ | 110.97 | $ | 19.75 | $ | 7.94 | $ | 99.16 | $ | 0.98 |
| Co. 10 (Tarheel) | $ | 103.01 | $ | 12.79 | $ | 8.29 | $ | 98.51 | $ | 0.33 |
| Co. 11 (Sioux Falls) | $ | 103.93 | $ | 14.21 | $ | 8.30 | $ | 98.02 | $ | (0.16) |
| Co. 12 | $ | 104.76 | $ | 15.99 | $ | 8.88 | $ | 97.65 | $ | (0.53) |
| Co. 13 | $ | 106.70 | $ | 17.18 | $ | 7.82 | $ | 97.34 | $ | (0.84) |
| Co. 14 | $ | 109.69 | $ | 20.07 | $ | 7.11 | $ | 96.73 | $ | (1.45) |
| Co. 15 | $ | 107.84 | $ | 19.65 | $ | 8.01 | $ | 96.20 | $ | (1.98) |
| Co. 16 | $ | 103.03 | $ | 15.08 | $ | 7.83 | $ | 95.78 | $ | (2.40) |
| Co. 17 | $ | 104.69 | $ | 15.80 | $ | 6.57 | $ | 95.46 | $ | (2.72) |
| 18. SBF | $ | 103.27 | $ | 15.89 | $ | 7.69 | $ | 95.07 | $ | (3.10) |
| Co. 19 | $ | 106.38 | $ | 19.71 | $ | 8.24 | $ | 94.91 | $ | (3.27) |
| Co. 20 | $ | 101.98 | $ | 15.28 | $ | 7.92 | $ | 94.62 | $ | (3.56) |
| Co. 21 | $ | 105.12 | $ | 17.59 | $ | 6.98 | $ | 94.51 | $ | (3.67) |
| Co. 22 (Beardstown) | $ | 102.15 | $ | 16.02 | $ | 8.20 | $ | 94.33 | $ | (3.85) |

**Participants:**

Cargill-Beardstown — Seaboard Foods
Cargill-Ottumwa — Smithfield Packing-Clinton
Farmland Foods-Crete — Smithfield Packing-Smithfield
Farmland Foods-Denison — Smithfield Packing-Tarheel
Farmland Foods-Milan — Triumph Foods
Farmland Foods-Monmouth — Tyson-Logansport
Farmland Foods-Sioux Falls — Tyson-Louisa County
Hatfield — Tyson-Madison
Indiana Packers — Tyson-Storm Lake
JBS-Marshalltown — Tyson-Waterloo
JBS-Worthington
JBS-Louisville

*TF SF Sales Difference*   $  2.76
*TF SF Cost Difference*    $  2.25

Agristats December 2014 2/10/2015 1:22 PM

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   SBF0459032

**Agristats--December 2014**
**Per Cwt. Adjustments to the Agristats Reports**

|                                                     | Triumph   | Seaboard  |
|-----------------------------------------------------|-----------|-----------|
| 1. Freight Variance Inclusion                       | $   (0.09) | $    (0.09) |
| 2. Margin Adjustments Inclusion                     | N/A       | $     0.16 |
| 3. Allocation of Gross Margin for Shared Operations | $   (0.53) | $     0.61 |
|                                                     | $   (0.62) | $     0.68 |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SBF0459033

**Seaboard and Triumph Returns Summary**
(based on actual sales values per cwt. reduced by standard packaging and standard converting labor)

|  | **Dec-14** | | |
|---|---|---|---|
|  | Seaboard | Triumph | Difference |
| Head Cut | 510,487 | 572,064 | 61,577 |
| Cold Carcass Cwts | 1,075,287 | 1,245,459 | 170,172 |
| Per CWT Produced Value including SBF Adjustments | $ 111.58 | $ 114.45 | $ 2.87 |
| Labor, Packaging and Ingredients at Standard | (4.54) | (5.35) |  |
| Net Value per Carcass Cwt. | $ 107.04 | $ 109.10 | $ 2.06 |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Agristats--December 2014**
**Margin Over Processing Summary**
using Agristats avg hog cost for the group

| | On Per Head Basis | | | | | | |
|---|---|---|---|---|---|---|---|
| On Per Head Cut Basis | Margin over Processing Cost | | Common Hog Cost ($85.19) | | Gross Margin | Average Hot Weights | |
| Co. 1 (Crete) | $ | 220.34 | $ | 179.20 | $ 41.14 | 210.3 | |
| Co. 2 (JBS) | $ | 221.24 | $ | 181.10 | $ 40.14 | 212.6 | |
| Co. 3 | $ | 220.91 | $ | 183.68 | $ 37.24 | 215.6 | |
| Co. 4 (Monmouth) | $ | 219.43 | $ | 182.91 | $ 36.52 | 214.7 | |
| Co. 5 | $ | 221.10 | $ | 186.19 | $ 34.90 | 218.6 | |
| 6. Triumph | $ | 220.43 | $ | 187.62 | $ 32.81 | 220.2 | |
| Co. 7 (Clinton) | $ | 223.05 | $ | 190.80 | $ 32.25 | 224.0 | |
| Co. 8 (Smithfield) | $ | 218.40 | $ | 187.50 | $ 30.90 | 220.1 | |
| Co. 9 (Tarheel) | $ | 218.39 | $ | 188.86 | $ 29.53 | 221.7 | |
| Co. 10 (JBS) | $ | 208.78 | $ | 179.36 | $ 29.41 | 210.5 | |
| Co. 11 (Sioux Falls) | $ | 217.24 | $ | 188.81 | $ 28.44 | 221.6 | |
| Co. 12 | $ | 209.19 | $ | 182.50 | $ 26.69 | 214.2 | |
| Co. 13 | $ | 213.15 | $ | 186.55 | $ 26.61 | 219.0 | |
| Co. 14 | $ | 217.04 | $ | 192.20 | $ 24.84 | 225.6 | |
| Co. 15 | $ | 207.55 | $ | 182.79 | $ 24.76 | 214.6 | |
| Co. 16 | $ | 208.00 | $ | 185.01 | $ 23.00 | 217.2 | |
| Co. 17 | $ | 201.89 | $ | 180.17 | $ 21.72 | 211.5 | |
| Co. 18 | $ | 208.51 | $ | 187.16 | $ 21.35 | 219.7 | |
| 19. SBF | $ | 202.75 | $ | 181.67 | $ 21.08 | 213.3 | |
| Co. 20 | $ | 205.36 | $ | 184.90 | $ 20.47 | 217.0 | |
| Co. 21 | $ | 207.24 | $ | 186.80 | $ 20.44 | 219.3 | |
| Co. 22 (Beardstown) | $ | 203.43 | $ | 183.72 | $ 19.71 | 215.7 | |

**Participants:**

| | |
|---|---|
| Cargill-Beardstown | Seaboard Foods |
| Cargill-Ottumwa | Smithfield Packing-Clinton |
| Farmland Foods-Crete | Smithfield Packing-Smithfield |
| Farmland Foods-Denison | Smithfield Packing-Tarheel |
| Farmland Foods-Milan | Triumph Foods |
| Farmland Foods-Monmouth | Tyson-Logansport |
| Farmland Foods-Sioux Falls | Tyson-Louisa County |
| Hatfield | Tyson-Madison |
| Indiana Packers | Tyson-Storm Lake |
| JBS-Marshalltown | Tyson-Waterloo |
| JBS-Worthington | |
| JBS-Louisville | |

Agristats December 2014 2/10/2015 1:22 PM

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SBF0459035



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SBF0459036



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SBF0459037

**Agristats-December**

**Processing Costs per Produced Cwt.**

| Company | Total Cost | | Labor | | Packaging | | Maintenance | | Utilities | | Overhead | | Other Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ | 13.01 | $ | 7.78 | $ | 2.05 | $ | 0.70 | $ | 0.44 | $ | 0.75 | $ | 1.29 |
| 2 Triumph | $ | 13.86 | $ | 8.10 | $ | 2.56 | $ | 0.84 | $ | 0.58 | $ | 0.33 | $ | 1.45 |
| 3 | $ | 14.03 | $ | 8.70 | $ | 1.88 | $ | 0.80 | $ | 0.61 | $ | 0.64 | $ | 1.40 |
| 4 | $ | 14.49 | $ | 8.81 | $ | 2.49 | $ | 0.63 | $ | 0.40 | $ | 0.70 | $ | 1.46 |
| 5 | $ | 15.17 | $ | 9.16 | $ | 2.74 | $ | 0.98 | $ | 0.54 | $ | 0.12 | $ | 1.63 |
| 6 | $ | 15.39 | $ | 8.97 | $ | 2.72 | $ | 0.84 | $ | 0.55 | $ | 0.93 | $ | 1.38 |
| 7 | $ | 15.97 | $ | 9.51 | $ | 1.87 | $ | 1.39 | $ | 0.56 | $ | 0.90 | $ | 1.74 |
| 8 | $ | 15.98 | $ | 10.40 | $ | 2.44 | $ | 0.79 | $ | 0.45 | $ | 0.66 | $ | 1.24 |
| 9 | $ | 16.06 | $ | 8.29 | $ | 3.26 | $ | 1.00 | $ | 0.74 | $ | 0.69 | $ | 2.08 |
| 10 | $ | 16.21 | $ | 9.91 | $ | 2.32 | $ | 1.12 | $ | 1.13 | $ | 0.28 | $ | 1.45 |
| 11 Seaboard | $ | 16.37 | $ | 10.68 | $ | 2.63 | $ | 1.40 | $ | 0.31 | $ | (0.06) | $ | 1.41 |
| 12 | $ | 16.50 | $ | 9.78 | $ | 2.74 | $ | 1.44 | $ | 0.44 | $ | 0.54 | $ | 1.56 |
| 13 | $ | 17.33 | $ | 11.01 | $ | 2.61 | $ | 0.86 | $ | 0.61 | $ | 0.56 | $ | 1.68 |
| 14 | $ | 17.36 | $ | 9.50 | $ | 3.17 | $ | 1.28 | $ | 0.79 | $ | 0.83 | $ | 1.79 |
| 15 | $ | 17.52 | $ | 10.68 | $ | 2.52 | $ | 1.21 | $ | 0.98 | $ | 0.44 | $ | 1.69 |
| 16 | $ | 17.83 | $ | 10.99 | $ | 2.98 | $ | 1.04 | $ | 0.51 | $ | 0.39 | $ | 1.92 |
| 17 | $ | 19.03 | $ | 11.36 | $ | 2.73 | $ | 1.11 | $ | 0.43 | $ | 0.77 | $ | 2.63 |
| 18 | $ | 19.10 | $ | 12.85 | $ | 2.45 | $ | 1.02 | $ | 0.38 | $ | 0.56 | $ | 1.84 |
| 19 | $ | 19.92 | $ | 12.26 | $ | 2.96 | $ | 1.04 | $ | 0.72 | $ | 0.55 | $ | 2.39 |
| 20 | $ | 20.12 | $ | 11.12 | $ | 2.95 | $ | 1.57 | $ | 0.55 | $ | 1.13 | $ | 2.80 |
| 21 | $ | 20.50 | $ | 12.29 | $ | 3.21 | $ | 1.26 | $ | 0.67 | $ | (0.08) | $ | 3.15 |
| 22 | $ | 21.56 | $ | 13.55 | $ | 3.03 | $ | 1.60 | $ | 0.76 | $ | 0.37 | $ | 2.25 |
| | | | | | | | | | | | | | |
| Triumph Rank | | 2 | | 2 | | 9 | | 6 | | 13 | | 5 | | 6 |
| Seaboard Rank | | 11 | | 14 | | 11 | | 19 | | 1 | | 2 | | 5 |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SBF0459038

**Agristats-December**
**Processing Speeds**

| Company | Head Killed Per Hour | Weekly Run Time | Shifts | Company | Head Cut Per Hour |
|---|---|---|---|---|---|
| 3 | 1,511 | 35.5 | 1 | 2 Triumph | 1,423 |
| 16 | 1,240 | 38.0 | 2 | 14 | 1,338 |
| 22 | 1,166 | 43.1 | 2 | 18 | 1,302 |
| 2 Triumph | 1,105 | 57.3 | 2 | 16 | 1,288 |
| 1 | 1,095 | 37.5 | 1 | 3 | 1,286 |
| 6 | 1,090 | 45.3 | 2 | 5 Seaboard | 1,283 |
| 11 | 1,081 | 41.7 | 1 | 6 | 1,273 |
| 21 | 1,080 | 42.0 | 2 | 1 | 1,246 |
| 8 | 1,079 | 44.2 | 1 | 10 | 1,240 |
| 5 Seaboard | 1,076 | 52.4 | 2 | 10 | 1,233 |
| 5 | 1,074 | 46.0 | 2 | 10 | 1,189 |
| 12 | 1,067 | 37.6 | 2 | 8 | 1,187 |
| 13 | 1,065 | 40.2 | 1 | 19 | 1,176 |
| 10 | 1,040 | 41.4 | 1 | 4 | 1,175 |
| 2 | 1,036 | 40.8 | 2 | 22 | 1,173 |
| 4 | 1,022 | 48.5 | 1 | 5 | 1,143 |
| 7 | 1,004 | 54.1 | 1 | 21 | 1,109 |
| 14 | 997 | 43.8 | 2 | 9 | 1,075 |
| 15 | 983 | 46.8 | 1 | 2 | 1,027 |
| 9 | 961 | 46.9 | 1 | 12 | 988 |
| 19 | 939 | 43.9 | 2 | 15 | 988 |
| 18 | 899 | 39.7 | 2 | 13 | 913 |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   SBF0459039

## Agristats--December 2014

| Company | Sparerib Yield | Sparerib Value | Belly Yield | Belly Value | Loin Yield | Loin Value | Middle Yield | Middle Value |
|---|---|---|---|---|---|---|---|---|
| Co. 1 | 4.35% $ | 165.70 | 15.29% $ | 113.09 | 23.87% $ | 134.85 | 43.51% $ | 130.29 |
| Co. 2 | 4.88% $ | 162.82 | 17.87% $ | 103.96 | 23.70% $ | 140.29 | 46.45% $ | 128.68 |
| Co. 3 | 4.78% $ | 171.71 | 16.49% $ | 102.58 | 23.76% $ | 131.51 | 45.03% $ | 125.18 |
| Co. 4 | 4.92% $ | 171.28 | 16.68% $ | 101.48 | 23.36% $ | 132.07 | 44.96% $ | 125.01 |
| Co. 5 | 4.85% $ | 168.75 | 16.73% $ | 106.09 | 24.07% $ | 128.45 | 45.65% $ | 124.54 |
| Co. 6 | 4.79% $ | 161.48 | 16.33% $ | 99.41 | 23.47% $ | 133.80 | 44.59% $ | 124.18 |
| 7. Triumph | 4.58% $ | 160.26 | 15.30% $ | 110.49 | 23.15% $ | 124.86 | 43.03% $ | 123.52 |
| Co. 8 | 4.95% $ | 168.39 | 17.53% $ | 106.57 | 23.62% $ | 126.67 | 46.10% $ | 123.51 |
| 9. Seaboard | 4.92% $ | 159.85 | 14.99% $ | 110.02 | 22.77% $ | 124.21 | 42.68% $ | 123.33 |
| Co. 10 | 4.80% $ | 168.76 | 17.93% $ | 99.95 | 23.70% $ | 129.49 | 46.43% $ | 122.14 |
| Co. 11 | 5.13% $ | 162.70 | 15.95% $ | 104.69 | 23.83% $ | 124.92 | 44.91% $ | 122.05 |
| Co. 12 | 5.19% $ | 161.21 | 15.81% $ | 104.97 | 23.82% $ | 124.44 | 44.82% $ | 121.83 |
| Co. 13 | 4.40% $ | 163.44 | 16.37% $ | 110.95 | 23.67% $ | 121.02 | 44.44% $ | 121.51 |
| Co. 14 | 4.83% $ | 163.20 | 15.37% $ | 101.88 | 23.09% $ | 125.65 | 43.29% $ | 121.40 |
| Co. 15 | 4.60% $ | 166.59 | 17.21% $ | 101.70 | 23.32% $ | 126.22 | 45.13% $ | 120.98 |
| Co. 16 | 5.09% $ | 158.62 | 15.89% $ | 103.19 | 23.50% $ | 124.00 | 44.48% $ | 120.53 |
| Co. 17 | 4.97% $ | 165.41 | 17.61% $ | 97.02 | 23.41% $ | 126.47 | 45.99% $ | 119.40 |
| Co. 18 | 4.79% $ | 169.20 | 17.14% $ | 94.95 | 23.72% $ | 125.17 | 45.65% $ | 118.44 |
| Co. 19 | 4.85% $ | 161.75 | 16.39% $ | 93.27 | 23.58% $ | 126.17 | 44.82% $ | 117.99 |
| Co. 20 | 4.58% $ | 165.53 | 16.58% $ | 99.89 | 23.91% $ | 121.36 | 45.07% $ | 117.95 |
| Co. 21 | 5.03% $ | 159.48 | 17.43% $ | 98.33 | 23.53% $ | 123.23 | 45.99% $ | 117.76 |
| Co. 22 | 4.67% $ | 162.16 | 17.52% $ | 94.94 | 23.64% $ | 124.72 | 45.83% $ | 117.15 |
| | | | | | | | | |
| Simple Averages | 4.82% $ | 164.47 | 16.56% $ | 102.70 | 23.57% $ | 127.25 | 44.95% $ | 122.15 |
| | | | | | | | | |
| Triumph Rank | 19 | 19 | 20 | 3 | 20 | 15 | 21 | 7 |
| Seaboard Rank | 7 | 20 | 22 | 4 | 22 | 18 | 22 | 9 |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SBF0459040