# EXHIBIT 117
# (Filed Under Seal)

| | |
|---|---|
| **From:** | Miller, Shane </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=DCSASMM> |
| **To:** | McConnell, Deb |
| **Sent:** | 11/9/2010 10:35:15 PM |
| **Subject:** | RE: Sept Agri is being delivered now. We are in 1st!! Takeaways from our last meeting are also being distributed now. |

You too

---

**From:** McConnell, Deb
**Sent:** Tuesday, November 09, 2010 4:34 PM
**To:** Miller, Shane
**Subject:** RE: Sept Agri is being delivered now. We are in 1st!! Takeaways from our last meeting are also being distributed now.

Yes you do……everyday!!! Great job…..you are just VERY quick witted and I couldn't help but firing back that quick response!!!  J  have a great evening!!

---

**From:** Miller, Shane
**Sent:** Tuesday, November 09, 2010 4:33 PM
**To:** McConnell, Deb
**Subject:** RE: Sept Agri is being delivered now. We are in 1st!! Takeaways from our last meeting are also being distributed now.

I never win!

---

**From:** McConnell, Deb
**Sent:** Tuesday, November 09, 2010 4:32 PM
**To:** Miller, Shane
**Subject:** RE: Sept Agri is being delivered now. We are in 1st!! Takeaways from our last meeting are also being distributed now.

Not when you see the hams/bellies…However, my dear, you are NOW in charge of all….and loins/ribs are in the dump…

---

**From:** Miller, Shane
**Sent:** Tuesday, November 09, 2010 4:31 PM
**To:** McConnell, Deb
**Subject:** RE: Sept Agri is being delivered now. We are in 1st!! Takeaways from our last meeting are also being distributed now.

Was there any doubt?

---

**From:** McConnell, Deb
**Sent:** Tuesday, November 09, 2010 4:23 PM
**To:** White, Noel; Machan, Gary; Schmitz, Jim; Neff, Todd; Miller, Shane; Krehbiel, Jay; Brester, Jason; Solsma, Jim; Gaes, Scott; Matsumoto, Sumio; Gingerich, Mark; Connor, Paul
**Subject:** Sept Agri is being delivered now. We are in 1st!! Takeaways from our last meeting are also being distributed now.

The Competitor reconstruction sheets, for Kill/Cut September, should be ready to distribute by tomorrow (Wed)…

Thanks, Debbie

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                TF-P-000100077