# EXHIBIT 119
# (Filed Under Seal)

**To:** Weber, Joe[jweber@smithfield.com]
**Cc:** Copa, Mark[mcopa@smithfield.com]; Saunders, Scott[ssaunders@Smithfield.com]
**From:** Curtis Stegall[cstegall@agristats.com]
**Sent:** Fri 11/6/2015 3:20:03 PM Eastern Standard Time
**Subject:** RE: Weekly Sales

Joe,

I'm assuming you are looking at the weekly sales file. They both are Cargill because Cargill was the only company that didn't combine their sales. I've spoken to both Cargill and JBS and they will be back in soon. They just have to get their reporting changed over to JBS.

Curtis Stegall
Account Manager
Agri Stats Inc.
(217)694-4114 Office
(260)249-4648 Cell


-----Original Message-----
From: Weber, Joe [mailto:jweber@smithfield.com]
Sent: Friday, November 06, 2015 2:13 PM
To: Curtis Stegall
Cc: Copa, Mark; Saunders, Scott
Subject: FW: Weekly Sales

Curtis,
We went from 8 packers to 6 in one week.
I assume one of those is Cargill. What was the other?

Joe Weber
Executive Vice President of Sales
Fresh Pork Division

(757) 357-1611 tel
(757) 357-1624 fax
(757) 620-9438 mobile
jweber@smithfield.com
Smithfield Foods
111 Commerce Street
Smithfield, VA 23430
www.smithfieldfoods.com



-----Original Message-----
From: porksales@agristats.com [mailto:porksales@agristats.com]
Sent: Friday, November 06, 2015 2:33 PM
To: Weber, Joe <jweber@smithfield.com>
Subject: Weekly Sales

A new Agri Stats report file has been created for you.

Please log into https://customerportal.agristats.com to retrieve the report file securely.


--
Sincerely,

Agri Stats
CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure. If you are not the intended recipient of this email or the attachments, be aware that any disclosure, copying, distribution or use of this email or any attachment is strictly prohibited and you should not read the message or read or open any attachment. If you have received this email by mistake, please immediately notify the sender and delete it permanently from your system. Agri Stats, Inc. and its subsidiaries will not be held liable to any person or entity resulting from the unintended or unauthorized use of any information contained in this email.
This communication (including any attachments) is confidential and is intended to be privileged pursuant to applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, then you are hereby notified that the dissemination, distribution or copying of this communication is prohibited. If you received this communication in error, please notify Smithfield Foods, Inc. immediately by telephone (+1 757-365-3000) and then delete this communication and destroy all copies thereof.

**Plaintiff Exhibit**
In Re: Pork Antitrust Lit
**Mark Copa**
**0265**

HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD00456587

CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure. If you are not the intended recipient of this email or the attachments, be aware that any disclosure, copying, distribution or use of this email or any attachment is strictly prohibited and you should not read the message or read or open any attachment. If you have received this email by mistake, please immediately notify the sender and delete it permanently from your system. Agri Stats, Inc. and its subsidiaries will not be held liable to any person or entity resulting from the unintended or unauthorized use of any information contained in this email.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SMITHFIELD00456588