# EXHIBIT 120
# (Filed Under Seal)

| | |
|---|---|
| **From:** | McConnell, Deb </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=WAOPDAM> |
| **To:** | Stacey Edwards |
| **Sent:** | 4/12/2017 4:25:57 PM |
| **Subject:** | RE: Hi.... |

Friday aft would be much better;   I am swamped with qtr end reporting……

**From:** Stacey Edwards [mailto:sedwards@agristats.com]
**Sent:** Wednesday, April 12, 2017 7:25 AM
**To:** McConnell, Deb <Deb.McConnell@tyson.com>
**Subject:** RE: Hi....

Deb-

Are you available today for a quick call?  If so, let me know what time is best.  Thanks!

Stacey Edwards
C 260-416-6538
sedwards@agristats.com

**From:** McConnell, Deb [mailto:Deb.McConnell@tyson.com]
**Sent:** Thursday, April 06, 2017 12:53 PM
**To:** Stacey Edwards
**Cc:** McConnell, Deb
**Subject:** RE: Hi....

The question is have they officially dropped out of Agristats 'or' are you not publishing K/C study with them due to their delay in reporting their monthly info (we were informed this was reason).

Please clarify.

Thank you…

**From:** Stacey Edwards [mailto:sedwards@agristats.com]
**Sent:** Thursday, April 06, 2017 11:39 AM
**To:** McConnell, Deb <Deb.McConnell@tyson.com>
**Cc:** Matt McNeal <mmcneal@agristats.com>
**Subject:** Re: Hi....

Hi Deb-

We are continuing to work towards resolution with Seaboard / Triumph but as of the Feb report have still not been successful. Believe me I want to have them back just as quickly as everyone.  Just so you are aware, neither has been receiving the monthly kill/cut report.  Let me know if you have additional questions.

Thanks!

Stacey Edwards

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** McConnell, Deb <Deb.McConnell@tyson.com>
**Sent:** Wednesday, April 5, 2017 12:45 PM
**To:** Matt McNeal

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                          TF-P-000466138

**Cc:** McConnell, Deb
**Subject:** Hi....

Just rec'd FEB kill/cut book................my group has concern regarding the continued omission of Triumph and Seaboard from the study......for the last 4-5 months.

Please advise of status.........if only related to delayed reporting, I would have thought a solution would have already been implemented.


Thank you...and will talk to you tomorrow...


--Debbie

This email and any files transmitted with it are confidential and intended solely for the use of the addressee. If you are not the intended addressee, then you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please notify us immediately of your unintended receipt by reply and then delete this email and your reply. Tyson Foods, Inc. and its subsidiaries and affiliates will not be held liable to any person resulting from the unintended or unauthorized use of any information contained in this email or as a result of any additions or deletions of information originally contained in this email.


CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure. If you are not the intended recipient of this email or the attachments, be aware that any disclosure, copying, distribution or use of this email or any attachment is strictly prohibited and you should not read the message or read or open any attachment. If you have received this email by mistake, please immediately notify the sender and delete it permanently from your system. Agri Stats, Inc. and its subsidiaries will not be held liable to any person or entity resulting from the unintended or unauthorized use of any information contained in this email.

This email and any files transmitted with it are confidential and intended solely for the use of the addressee. If you are not the intended addressee, then you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please notify us immediately of your unintended receipt by reply and then delete this email and your reply. Tyson Foods, Inc. and its subsidiaries and affiliates will not be held liable to any person resulting from the unintended or unauthorized use of any information contained in this email or as a result of any additions or deletions of information originally contained in this email.
CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure. If you are not the intended recipient of this email or the attachments, be aware that any disclosure, copying, distribution or use of this email or any attachment is strictly prohibited and you should not read the message or read or open any attachment. If you have received this email by mistake, please immediately notify the sender and delete it permanently from your system. Agri Stats, Inc. and its subsidiaries will not be held liable to any person or entity resulting from the unintended or unauthorized use of any information contained in this email.