# EXHIBIT 122
# (Filed Under Seal)

**To:** Phalen, Shelly R[sphalen@smithfield.com]
**From:** Copa, Mark[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1C34D8B45C42493C9A30884BBFB5137F-COPA, MARK]
**Sent:** Thur 6/2/2016 4:45:57 AM Eastern Standard Time
**Subject:** Re: Fresh Sales Incentive Tracking-Agristats

Yes we will track. I will get with Mike Reichert

Sent from my iPhone

On Jun 1, 2016, at 10:02 PM, Phalen, Shelly R <sphalen@smithfield.com> wrote:

> Do you intend to assign someone to track progress against our fresh pork Agristats improvement goal of $40mm increase in price+mix dollars? If not, I will ask Debbie Hage, my assistant to keep track. Since handing out bonus letters, we had a few folks ask who will be tracking.

Shelly Phalen
Senior Vice President
Business Management
Fresh Pork                    <image003.jpg>

(816) 243-2799 tel            Smithfield Foods
(816) 243-3355 fax            11500 NW Ambassador Drive, Suite 500
(816) 519-6826 cell           Kansas City, MO 64153
sphalen@smithfield.com        www.smithfieldfoods.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SMITHFIELD00472630