# EXHIBIT 123
# (Filed Under Seal)

**To:** Lombardo, Keira[keiralombardo@smithfieldfoods.com]
**From:** Beth Andersen[bandersen@charlestonorwig.com]
**Sent:** Wed 10/7/2009 1:08:36 PM Eastern Daylight Time
**Subject:** FW: Opinion Letter from Robert Manly

For your files.

---

**From:** Beth Andersen
**Sent:** Wednesday, October 07, 2009 11:56 AM
**To:** loren.kruse@meredith.com
**Subject:** FW: Opinion Letter from Robert Manly

Hi Loren,

It was so good to catch up with you. Confirming our conversation, we would like to respectfully withdraw this letter. I greatly appreciate your understanding regarding this matter.

Best regards,
Beth

---

**From:** Beth Andersen
**Sent:** Friday, October 02, 2009 3:35 PM
**To:** loren.kruse@meredith.com
**Subject:** Opinion Letter from Robert Manly

Hi Loren,
Mr. Manly asked that I send this opinion letter to you for publication. Let me know if you have any questions.
Thanks. Have a good weekend.
Beth


I am very disappointed at the hypocrisy that Rod Brenneman expressed as an industry leader and Chairman of the American Meat Institute (AMI) at the Meat & Poultry luncheon on September 24, 2009. Rod states that the swine industry must liquidate 10% to achieve a sustainable supply/demand balance. The most recent Pork Powerhouses 2009 survey, performed in August by *Successful Farming Magazine*, shows Seaboard continues to maintain its herd size at 213,600 sows, steady with a year ago. It is clear Rod knows what it takes to make the industry healthy and advocates that economically painful production cuts are necessary, but Seaboard is unwilling to make their own sacrifices and wants other producers to suffer so Seaboard can reap all the benefits.

Shame on you, Rod.

Robert Manly
Former Chairman
American Meat Institute (AMI)


Elizabeth A. Andersen
Senior Vice President
Managing Partner
Phone: 262.563.5100
Mobile: 262.352.2430
**CHARLESTON|ORWIG**

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

SMITHFIELD02010630