# EXHIBIT 126
# (Filed Under Seal)

**From:** Smith, Donnie </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=SMITHDON>
**To:** Louis-Paul Ricard
**CC:** Kendrick, Brenda
**Sent:** 9/25/2013 2:40:01 PM
**Subject:** Re: re Cargill / Tyson

Yes. Please.

Sent from my iPhone

On Sep 25, 2013, at 8:39 AM, "Louis-Paul Ricard" <Louis_Ricard@cargill.com> wrote:

OK Will order you a good dose of winter. Can I proceed on date selection with Brenda?

---

**From**: Smith, Donnie [mailto:donnie.smith@tyson.com]
**Sent**: Wednesday, September 25, 2013 06:50 AM Central Standard Time
**To**: Louis-Paul Ricard
**Subject**: RE: re Cargill / Tyson

Probably going to need to be after the first of the year. I do love Minnesota in January!

---

**From:** Louis-Paul Ricard [mailto:Louis_Ricard@cargill.com]
**Sent:** Monday, September 23, 2013 9:15 AM
**To:** Smith, Donnie
**Cc:** Kendrick, Brenda; Holstein, Rex
**Subject:** re Cargill / Tyson

Following up on discussions at our last visit/

Would like to invite you and Tyson representatives to Minnesota to visit with our CEO Greg Page and introduce you to our new CEO David McMillan. In addition, we could follow up on items discussed with Tim, explore opportunities around data sharing and review grain/oilseed markets.

If you agreeable, would like to get some idea of your availability. Would the period between Thanksgiving and Christmas suit or after the first of the year?

Appreciate if you can select a few dates and will match them up with availability on this side.

Best regards..

LPR


Louis Ricard
Regional Manager
Cargill Inc
O- 952-742-2489
C  612-812-7311


This email and any files transmitted with it are confidential and intended solely for the use of the addressee. If you are not the intended addressee, then you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please notify us immediately of your

unintended receipt by reply and then delete this email and your reply. Tyson Foods, Inc. and its subsidiaries and affiliates will not be held liable to any person resulting from the unintended or unauthorized use of any information contained in this email or as a result of any additions or deletions of information originally contained in this email.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000726141