# EXHIBIT 127
# (Filed Under Seal)

Message

| | |
|---|---|
| **From**: | James_M._Fiala/Corp/Hormel [James_M._Fiala/Corp/Hormel] |
| **Sent**: | 11/30/2015 3:50:11 PM |
| **CC**: | Christopher_J._Delva/Fremont/Hormel%Hormel |
| **Subject**: | Re: Triumph foods animal welfare issue |

Thank you for the feedback Alison.
Excellent info/detail to pick up.
Please use these negative experiences at other facilities as a reminder for us to stay on our A game everyday with animal handling.

Alison G. Pospisil---11/30/2015 03:28:09 PM---FYI. Two weeks ago, or so, we had transportation providers tell us in Fremont, that Triumph sent lo

From: Alison G. Pospisil/Fremont/Hormel
To: Ronald S. Browning/Fremont/Hormel@Hormel, Christopher J. Delva/Fremont/Hormel@Hormel, Eric E. Hogle/Fremont/Hormel@Hormel, James M. Fiala/Corp/Hormel@Hormel, Corwyn D. Bollum/Corp/Hormel@Hormel, Matthew S. Schultz/Corp/Hormel@Hormel,
Date: 11/30/2015 03:28 PM
Subject: Triumph foods animal welfare issue

FYI. Two weeks ago, or so, we had transportation providers tell us in Fremont, that Triumph sent loads of hogs away for improper boarding and bedding of the livestock trailers. I talked to my brother this week end, he works there. He confirmed the story. The USDA was fed up with Triumph's poor policing of animal welfare conditions in the trailers and stepped in.


Alison G. Pospisil
Supervisor Hog Receiving-Nights
Office (402) 753-3259
Cell (402) 715-0223

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HFC-PORKAT0000290902