# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-01776 (JRT-HB) |
| This Document Relates To: | |
| THE DIRECT PURCHASER PLAINTIFF ACTION | |

## INDEX OF EXHIBITS OF W. JOSEPH BRUCKNER'S DECLARATION IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| Exhibit | Description | Public | Filed Under Seal |
|---|---|---|---|
| 1 | Lockridge Grindal Nauen P.L.L.P. Firm Resume | X | |