# EXHIBIT 1





# Exhibit 1

## LOCKRIDGE GRINDAL NAUEN P.L.L.P.

Founded in 1978, Lockridge Grindal Nauen P.L.L.P. ("LGN") has extensive experience in antitrust, securities, environmental, employment, health care, commercial, intellectual property, and telecommunications law. Our clients include agri-businesses, business enterprises, banks, local governments, trade and industry associations, real estate developers, telecommunications providers, health care professionals, and insurers.

LGN is one of the preeminent class action law firms in the country, has vast experience representing banks, financial institutions, shareholders, and other institutional investors in complex litigation, and has extensive experience litigating cases in Minnesota and across the country. LGN attorneys are assisted by more than 20 paralegals and government relations specialists, and an extensive support staff.

### ANTITRUST EXPERIENCE

LGN practices extensively in antitrust litigation. The firm has litigated major cases and class actions involving price fixing, industry cartels, predatory pricing, price discrimination, and other antitrust and trade regulation issues in courts nationwide. LGN attorneys have been recognized by courts, peer review publications, and other professional organizations as leading antitrust lawyers. Four partners heading LGN's antitrust team were named as Super Lawyers in 2021 and another three attorneys were named Rising Stars by Super Lawyers in 2021.

567400.1

For over 40 years, the firm has prosecuted antitrust cases on behalf of large and small businesses injured by price-fixing and other violations of the antitrust laws. In the last fifteen years alone, LGN and its co-counsel have recovered more than $2 billion for their clients and class members in antitrust cases involving national and global price-fixing schemes. LGN has served as Lead or Co-Lead Counsel in many antitrust class actions, including, for example:

- *In re Pork Antitrust Litigation,* No. 18-cv-01776-JRT-HB (D. Minn.);
- *In re Broiler Chicken Antitrust Litigation*, No. 1:16-cv-08737 (N.D. Ill.);
- *In re Turkey Antitrust Litigation*, No. 1:19-cv-08318 (N.D. Ill.);
- *In re Cattle & Beef Antitrust Litigation*, No. 0:20-cv-01319-JRT-HB (D. Minn.);
- *In re Peanut Farmers Antitrust Litigation*, No. 2:19-cv-00463 (E.D. Va.);
- *In re Surescripts Antitrust Litigation*, No. 1:19-cv-06627 (N.D. Ill.);
- *In re Freight Forwarders Antitrust Litigation (Precision Associates, Inc. v. Panalpina World Transport (Holding) Ltd., et al.)*, No. 1:08-cv-42-JG-VVP (E.D.N.Y.);
- *In re Wholesale Grocery Products Antitrust Litigation*, No. 0:09-md-2090 (D. Minn.);
- *In re Air Cargo Shipping Services Antitrust Litigation*, No. 1:06-md-1775-JG-VVP (E.D.N.Y.);
- *In re Potash Antitrust Litigation (II)*, No. 1:08-cv-06910 (N.D. Ill.);
- *In re Flat Glass Antitrust Litigation (II)*, No. 2:08-mc-180-DWA (W.D. Pa.);
- *In re Urethane Antitrust Litigation*, No. 2:04-md-01616-JWL-DJW (D. Kan.);
- *In re Pressure Sensitive Labelstock Antitrust Litigation*, No. 3:03-md-01556-TIV (M.D. Pa.); and
- *In re MSG Antitrust Litigation*, No. 00-md-01328-PAM (D. Minn.).

The firm has also played key roles in dozens of other antitrust class actions across the nation for more than 40 years.

LGN partners Joseph Bruckner and Brian Clark, senior counsel Joseph Bourne, and Associate Arielle Wagner have been the principal attorneys at LGN responsible for this case. A brief summary of their credentials and experience follows. More information on LGN, its representative cases, and its team can be found at www.locklaw.com.

### W. Joseph Bruckner

Joseph Bruckner is a senior partner at LGN, and has specialized in nationwide antitrust litigation for over thirty years. After graduating from the Creighton University School of Law, he served as a law clerk to the Hon. Donald P. Lay, then chief judge of the U.S. Court of Appeals for the Eighth Circuit. He has served as lead or co-lead counsel in many federal antitrust and competition cases, and has been part of leadership teams in many others. His practice includes trials, all aspects of trial, pretrial, and appellate proceedings, mediation, settlement, and distribution of proceeds to class members. He has served as Chair of the Minnesota State Bar Association Antitrust Law Section, and as President of COSAL, an antitrust advocacy organization. He also serves on the Board of Directors of the American Antitrust Institute, an independent, nonprofit organization devoted to promoting competition, and has served on ABA antitrust committees and programs.

One case Mr. Bruckner led is *Precision Assocs., Inc. v. Panalpina World Transp. (Holdings) Ltd.*, No. 08-CV-0042 (E.D.N.Y.), an antitrust class action in which the firm recovered over $400 million from thirty-one defendants. In another example, *In re Potash Antitrust Litig. (II)*, No. 1:08-cv-06910 (N.D. Ill.), another antitrust class action, the firm recovered $90 million for the direct plaintiff purchaser class, and developed the law of the Foreign Trade Antitrust Improvements Act of 1982, 15 U.S.C. § 6a, in a precedent-setting *en banc* decision. *Minn-Chem, Inc. v. Agrium Inc.*, 683 F.3d 845 (7th Cir. 2012) (en banc).

### Brian D. Clark

Brian D. Clark is a partner in LGN and is a longtime member of the firm's antitrust law group, and practices extensively in antitrust litigation in federal and state courts nationwide. Mr. Clark also leads the firm's e-discovery practice group in which he advises clients of all sizes on e-discovery matters, and taught e-discovery at the University of Minnesota Law School for five years. Mr. Clark was named an "Up and Coming Attorney" by Minnesota Lawyer Magazine in 2015, and has been consistently named as a Super Lawyers Rising Star or Super Lawyer by his

peers since 2015.

Mr. Clark has been extensively involved in several nationwide antitrust class actions, including: *In re Peanut Farmers Antirust Litig.*, No. 2:19-cv-00463 (E.D. Va.) (personally appointed co-lead counsel); *In re Pork Antitrust Litig.*, No. 18-CV-01776 JRT-HB (D. Minn.) (Co-Lead Counsel); *In re Broiler Chicken Antitrust Litig.*, No. 16-CV-08637 (N.D. Ill.) (Co-Lead Counsel); *In re Beef Purchasers Antitrust Litig. (*aka, *Peterson v. JBS USA Food Co. Holdings et al.)*, No. 0:19-cv-01129 (D. Minn.) (Co-Lead Counsel); *In re Turkey Antitrust Litig.*, No. 1:19-cv-08318 (N.D. Ill.) (Co-Lead Counsel); *Kleen Prods. LLC, et al. v. Int'l Paper, et al.*, No. 10-cv-05711 (N.D. Ill.) (Plaintiffs' Executive Committee); *In re Cedar Shakes & Shingles Antitrust Litig.*, No. 19-CV-00288 (W.D. Wash.) (Co-Lead Counsel); *In re Liquid Aluminum Sulfate Antitrust Litig.*, No. 2:16-md-02687 (D.N.J.) (represents indirect purchaser plaintiffs); *In re Resistors Antitrust Litig.*, No. 3:15-cv-03820 (N.D. Cal.) (represents indirect purchaser plaintiffs); and *In re Capacitors Antitrust Litig.*, No. 3:14-cv-03264 (N.D. Cal.) (represents indirect purchaser plaintiffs).

## Joseph C. Bourne

Joseph Bourne is senior counsel with LGN. Mr. Bourne has over a decade of antitrust experience in numerous multidistrict, consolidated, and complex class actions throughout the country. Mr. Bourne has been named a Super Lawyers Rising Star by his peers every year since 2014. Mr. Bourne is dedicated to serving the local community; he was named a North Star Lawyer by the Minnesota State Bar Association from 2012 to 2014 in recognition of his pro bono work, and he served as a volunteer attorney in the District of Minnesota and Minnesota Chapter of the Federal Bar Association's Pro Se Project.

Mr. Bourne is currently, or has recently been, actively involved in the following major antitrust cases, among others: *In re Pork Antitrust Litigation*, No. 18-cv-01776 (D. Minn.) (LGN appointed co-lead counsel; personally involved in all aspects of litigation, with a leading role in written discovery, depositions, and discovery motion practice and oral argument); *Wood Mountain Fish, LLC v. Mowi ASA*, No. 19-cv-22128 (S.D. Fla.) (LGN serves as co-lead counsel for indirect purchasers in this antitrust class action; personally involved in all aspects of ongoing litigation, including written discovery, depositions, motion practice and oral argument); *In re Packaged Seafood Products Antitrust Litigation*, No. 15-md-2670 (S.D. Cal.) (LGN serves as

counsel for end payer plaintiffs in this certified antitrust class action); *Precision Associates, Inc. v. Panalpina World Transport (Holding) Ltd.*, No. 08-cv-0042 (E.D.N.Y.) (firm appointed co-lead counsel; antitrust class action involving 29 defendant groups settled for over $400 million).

### Arielle S. Wagner

Ms. Wagner is a 2016 graduate of the University of Minnesota School of Law. She currently represents plaintiffs in a number of complex and class action matters including her work on the co-lead counsel teams in *In re Pork Antitrust Litigation*, No. 18-cv-01776-JRT-HB (D. Minn.) and *In re Beef Antitrust Litigation.*, No. 0:19-cv-01129 (D. Minn.). She is actively involved on the Discovery Committee in the multi-layered antitrust litigation *In re Generic Pharmaceuticals Pricing Antitrust Litig.*, No. 16-md-2724 (E.D. Pa.) (19 separate actions filed), investigating new drugs at issue, vetting plaintiffs who purchased dozens of different generic drugs, briefing oppositions to numerous motions to dismiss, drafting discovery, and preparing for depositions. Ms. Wagner was named an "Up and Coming Attorney" by Minnesota Lawyer in 2021, and has also been recognized by North Star Lawyer for her pro bono work. She is the Immediate Past President of the Minnesota American Indian Bar Association, helps lead the firm's Diversity and Inclusion Committee, and serves on the Board of Directors for Twin Cities Diversity in Practice.