# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 0:18-cv-01776-JRT-HB |
| This Document Relates To:<br><br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Judge John R. Tunheim<br>Magistrate Hildy Bowbeer<br><br>**NOTICE OF HEARING ON COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND FOR APPOINTMENT OF LEAD COUNSEL AND PLAINTIFFS' STEERING COMMITTEE** |

Please take notice that a hearing on a date and time to be determined, before the Honorable John R. Tunheim, Chief Judge for the United States District Court for the District of Minnesota, Courtroom 15, 300 South Fourth Street, Minneapolis, Minnesota 55415, Commercial and Institutional Indirect Purchaser Plaintiffs will move the Court for an order, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for class certification and appointment of lead counsel and a plaintiffs' steering committee and granting any such further relief as the Court may deem just and proper.

Dated: May 2, 2022                                    **CUNEO GILBERT & LADUCA, LLP**

By: */s/ Blaine Finley*
Jonathan W. Cuneo (*pro hac vice*)
Joel Davidow (*pro hac vice*)
Blaine Finley (p*ro hac vice*)
4725 Wisconsin Ave. NW
Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com

By: */s/ Shawn M. Raiter*
Shawn M. Raiter (MN#240424)
**LARSON ∙ KING LLP**
30 East Seventh Street Suite
2800 St. Paul, MN 55101
Telephone: (651)312-6518
sraiter@larsonking.com

*Interim Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

Don Barrett (*pro hac vice*)
Katherine Barrett Riley (*pro hac vice*)
Sterling Aldridge (*pro hac vice*)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

Jon Tostrud (*pro hac vice*)
Anthony Carter (*pro hac vice*)
**TOSTRUD LAW GROUP, PC**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

David M. Cialkowski (MN#0306526)
Ian F. McFarland (MN#0392900)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
david.cialkowski@zimmreed.com
ian.mcfarland@zimmreed.com

Marcus Bozeman (*pro hac vice*)
**BOZEMAN LAW FIRM P.A.**
400 W. Capitol Avenue, Ste. 1700
Little Rock, AR 72201
mbozeman@bozemanfirm.com

*Interim Plaintiffs' Steering Committee for Commercial and Institutional Indirect Purchaser Plaintiffs*