## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 0:18-cv-01776-JRT-HB |
| This Document Relates To:<br><br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Judge John R. Tunheim<br>Magistrate Hildy Bowbeer<br><br>**MEET AND CONFER STATEMENT FOR COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND FOR APPOINTMENT OF LEAD COUNSEL AND PLAINTIFFS' STEERING COMMITTEE** |

As required by Federal Rule of Civil Procedure 37(a)(1), Local Rule 7.1, and Local Rule 37.1, Commercial and Institutional Indirect Purchaser Plaintiffs have conferred with counsel for the defendants, and the parties were unable to resolve their dispute without court action and are at an impasse.

Dated: May 2, 2022                    **CUNEO GILBERT & LADUCA, LLP**

By: */s/ Blaine Finley*
    Jonathan W. Cuneo (*pro hac vice*)
    Joel Davidow (*pro hac vice*)
    Blaine Finley (p*ro hac vice*)
    4725 Wisconsin Ave. NW
    Suite 200
    Washington, DC 20016
    Telephone: 202.789.3960
    Facsimile: 202.589.1813
    jonc@cuneolaw.com
    joel@cuneolaw.com
    bfinley@cuneolaw.com

By: */s/ Shawn M. Raiter*
    Shawn M. Raiter (MN#240424)
    **LARSON · KING LLP**
    30 East Seventh Street Suite
    2800 St. Paul, MN 55101
    Telephone: (651)312-6518
    sraiter@larsonking.com

    *Interim Co-Lead Counsel for Commercial*
    *and Institutional Indirect Purchaser*
    *Plaintiffs*

    Don Barrett (*pro hac vice*)
    Katherine Barrett Riley (*pro hac vice*)
    Sterling Aldridge (*pro hac vice*)
    BARRETT LAW GROUP, P.A.
    P.O. Box 927
    404 Court Square
    Lexington, MS 39095
    Telephone: (662) 834-2488
    dbarrett@barrettlawgroup.com
    kbriley@barrettlawgroup.com
    saldridge@barrettlawgroup.com

Jon Tostrud (*pro hac vice*)
Anthony Carter (*pro hac vice*)
**TOSTRUD LAW GROUP, PC**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

David M. Cialkowski (MN#0306526)
Ian F. McFarland (MN#0392900)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
david.cialkowski@zimmreed.com
ian.mcfarland@zimmreed.com

Marcus Bozeman (*pro hac vice*)
**BOZEMAN LAW FIRM P.A.**
400 W. Capitol Avenue, Ste. 1700
Little Rock, AR 72201
mbozeman@bozemanfirm.com

*Interim Plaintiffs' Steering Committee for Commercial and Institutional Indirect Purchaser Plaintiffs*