# EXHIBIT 18

EX-99.1 2 ex99_1.htm POWERPOINT PRESENTATION





**C. Larry Pope**
**President and Chief Executive Officer**
**Smithfield Foods, Inc.**
**May 13, 2009**

# Forward-Looking Statements

This presentation contains "forward-looking" statements within the meaning of the federal securities laws. The forward-looking statements include statements concerning the Company's outlook for the future, as well as other statements of beliefs, future plans and strategies or anticipated events, and similar expressions concerning matters that are not historical facts. The Company's forward-looking information and statements are subject to risks and uncertainties that could cause actual results to differ materially from those expressed in, or implied by, the statements. These risks and uncertainties include the availability and prices of live hogs, raw materials, fuel and supplies, food safety, livestock disease, live hog production costs, product pricing, the competitive environment and related market conditions, hedging risk, operating efficiencies, changes in interest rate and foreign currency exchange rates, changes in our credit ratings, access to capital, the investment performance of the Company's pension plan assets and the availability of legislative funding relief, the cost of compliance with environmental and health standards, adverse results from on-going litigation, actions of domestic and foreign governments, labor relations issues, credit exposure to large customers, the ability to make effective acquisitions and dispositions and successfully integrate newly acquired businesses into existing operations, the Company's ability to effectively restructure portions of its operations and achieve cost savings from such restructurings and other risks and uncertainties described in the Company's Annual Report on Form 10-K for fiscal 2008 and in its subsequent Quarterly Reports on Form 10-Q. Readers are cautioned not to place undue reliance on forward-looking statements because actual results may differ materially from those expressed in, or implied by, the statements. Any forward-looking statement that the Company makes speaks only as of the date of such statement, and the Company undertakes no obligation to update any forward-looking statements, whether as a result of new information, future events or otherwise. Comparisons of results for current and any prior periods are not intended to express any future trends or indications of future performance, unless expressed as such, and should only be viewed as historical data.

**Smithfield**

2

# Agenda

1. A(H1N1) influenza "swine flu" update

2. What we have been doing

3. Pork Group restructuring plan

4. Covenants, liquidity and refinancing

5. Bottom line

6. Appendix - Who we are & Exports

**Smithfield**



# Swine Flu "Tip" What Not To Do



Smithfield

# A(H1N1) Influenza Chronology

| April 23-26 | April 27-May 1 | May 4-8 |
|---|---|---|
| News of a new flu in Mexico | Smithfield sends team to Mexico | Smithfield sends additional team with outside experts to Mexico |
| Media and blogs speculate on possible link between flu and Smithfield joint venture in Veracruz | Various worldwide health organizations proclaim "Pork Is Safe To Eat" | |
| | Smithfield submits samples from Veracruz farm for genetic sequence analysis | |

**Smithfield**

6

# A(H1N1) Influenza - _Pork Is Safe To Eat_

- A(H1N1) is _not_ a foodborne illness - pork and pork products are safe

- No evidence of A(H1N1) influenza in Smithfield's swine herds or employees worldwide

- Smithfield continues rigorous biosecurity practices

**Smithfield**

7

# Mexico

- No clinical signs or symptoms of A(H1N1) influenza in joint ventures in Mexico

- Voluntarily submitted samples for genetic sequence analysis to confirm the absence of A(H1N1) influenza

 

**Smithfield**

8

# A(H1N1) Impact on Demand

## Week of April 27

**Domestic retail pork sales initially down nearly 10 percent**

Hog prices sharply declined

**China and Russia have imposed export restrictions and demand from Mexico has weakened**

## Week of May 4

**Pork demand is recovering and packaged meats margins remain robust**

Markets are recovering as seasonal hog supplies tighten

**Restrictions are easing and demand from Mexico is improving**

**Smithfield**

9





# Strategies for Today and Tomorrow

| Past | Today and Tomorrow |
|---|---|
| Growth through acquisitions | Focus on synergy, efficiency, ROIC and margins |
| | Deleverage balance sheet, manage liquidity and capital expenditures |
| Turnarounds with minimal corporate restructuring | Restructure Pork Group for higher performance |
| | Shed non-core or under-performing businesses |

**Smithfield**

12

# Proactively Managing the Business

| Date | Action | Impact |
|------|--------|--------|
| February 2008 | Initial Five Percent Reduction of Smithfield U.S. Sow Herd | Reduction of 50,000 sows and production of one million fewer market hogs annually by fiscal 2010 |
| April 2008 | Senior Management Changes | Strengthened overall management team to improve operations and financial performance |
| July 2008 | $400 Million Convertible Senior Notes Due 2013 | Replaced bridge loans with permanent financing |

**Smithfield**

13

# Proactively Managing the Business

| Date | Action | Impact |
|------|--------|--------|
| July 2008 | Sale of 4.95 Percent of Shares to China's COFCO Limited | Improved liquidity and created long term relationship with one of China's leading trading companies |
| October 2008 | Sale of Beef Processing and Cattle Feeding Operations to JBS | Significantly improved liquidity and refocused on core business |
| December 2008 | Second Five Percent Reduction of Smithfield U.S. Sow Herd | Total reduction of 100,000 sows and production of two million fewer market hogs annually by fiscal 2010 |

**Smithfield**

14

# Proactively Managing the Business

| Date | Action | Impact |
|------|--------|--------|
| December 2008 | Merger of Campofrio and Groupe Smithfield | Formed leading European packaged meats company and monetized joint venture into publicly-traded company |
| February 2009 | Successfully Negotiated New Covenant Amendments | Improved financial stability through bottom of hog cycle |
| February 2009 | Pork Group Restructuring | $125 million in estimated annual EBT improvement by fiscal 2011 |

**Smithfield**

15



# Pork Group Restructuring Plan

- Streamline Pork Group structure by reorganizing management team under George Richter

- Consolidate seven IOC's into three and close six processing plants

- Merge three fresh pork sales organizations into two and consolidate three overseas export teams into one to improve efficiency and reduce SG&A

- Consolidate manufacturing platform to improve margins and lower costs by increasing plant utilization from 81 percent to 87 percent

**Smithfield**

17

# Improvement from Restructuring



Restructuring will result in EBT improvement by reducing overhead, SG&A, and variable manufacturing costs



https://www.sec.gov/Archives/edgar/data/91388/000009138809000017/ex99_1.htm                    18/43

# EBT Impact from Restructuring

| (in millions) | FY09Q3 | FY09Q4[1] | FY10[1] | FY11[1] | Total[1] |
|---|---|---|---|---|---|
| Plant consolidation capital requirements | - | $3 | $50 | - | $53 |
| | | | | | |
| Non-cash asset write-off | $73 | $1 | - | - | $74 |
| EBT Improvements | - | - | $55 | $125 | |

**Smithfield**

¹ Estimated

19

# Packaged Meats Margin Growth



**Smithfield estimates $80 million in annual EBT improvement in packaged meats as a result of restructuring**







# New Covenant Amendments in Place

- **Interest coverage covenant**

| | |
|---|---|
| FY09 3Q | 1.6:1 versus 2.4:1 actual |
| FY09 4Q | 1.2:1 |
| FY10 1Q | 1.35:1 |
| FY10 2Q | 1.35:1 |
| FY10 3Q | 2.0:1 |
| FY10 4Q to maturity | 3.0:1 |

- **Estimated increase in annual interest expense of $20 -25 million and amendment fees of $12 million**

**Smithfield**

23



# Covenant Update

- Smithfield expects to meet all FY09 Q4 covenants

- Projections show continued compliance for all of fiscal 2010

- Proactive discussion of refinancing ongoing

**Smithfield**

25



# Bottom Line

- Cautiously optimistic about impact of A(H1N1) influenza

- Already benefitting from Pork Group restructuring plan

- Continue to reduce debt, improve liquidity and strengthen the balance sheet

- Despite A(H1N1), market conditions appear to be moving in the right direction

- We believe that fiscal 2010 should be a better year than the current year

**Smithfield**

27









# Market Leader: Hog Production

**Hog Production***
Sales: $2.4 billion
Operating Loss:
$(98.1) million

- World's largest hog producer
- Produced 19 million hogs domestically in FY08
- Produced 1.6 million hogs in Poland and Romania in FY08

Prestage Farms[1]
2%

Christensen Farms
3%

Seaboard Farms
4%

Five producers[2]
8%

Smithfield #1 18%

Other 66,000 producers 65%

*Note: Fiscal 2008 sales (before eliminations) and operating loss
Source: United States Industry Data Successful Farming
[1] The majority of hogs from Prestage Farms and Goldsboro Hog Farm are sold to Smithfield Foods, Inc. under long-term contract
[2] Approximate market shares of Five Producers: Cargill=2%; Iowa Select Farms=2%; The Pipestone System=1%; Goldsboro Hog Farm=1%; The Hanor Company=1%; Total=8%

**Smithfield**

31

# Market Leader: Pork



**Pork***
**Sales: $9.6 billion**
**Operating Profit:**
**$449.4 million**

•World's largest pork processor

•Processed 31 million hogs in FY08

•Sold approximately 4.0 billion pounds of fresh pork in FY08

•Sold approximately 3.1 billion pounds of packaged meats in FY08

*Note: Fiscal 2008 sales (before eliminations) and operating profit
Source: United States Industry Data Successful Farming

**Smithfield**

32

# Market Leader: Turkey Processing



**Other Segment***
Sales: $149 million
Operating Profit:
$28.2 million

•Comprised of turkey
production operations
and Butterball joint
venture

•Butterball is the
largest turkey
processor in the U.S.

•Butterball processed
54 million turkeys in
FY08

*Note: Fiscal 2008 sales (before eliminations) and operating profit
Source: United States Industry Data Successful Farming
[1] 49 percent-owned joint venture

33

# Market Leadership: International



**International**\*
Sales: $1.2 billion
Operating Profit:
$76.9 million

•Subsidiaries in
Poland, Romania and
the United Kingdom

•37% ownership of
Campofrio Food Group
(public company) with
production facilities in
Belgium, France, Italy,
The Netherlands,
Portugal and Spain

•Joint ventures or
major investments in
Mexico and China

\*Note: Fiscal 2008 sales (before eliminations) and operating profit

**Smithfield**

34

# Campofrío Food Group - Dominant Brands

- Leading European packaged meats company, and one of the largest worldwide with sales of €2.1 billion[1]

- Smithfield owns 37% of publicly-traded company

- Current market value of approximately $340 million[2]

- #1 packaged meats market share in

  - France

  - Spain

  - The Netherlands

  - Belgium

  - Portugal

[1] Pro-forma combined figure as of December 2007
[2] Based on May 8, 2009 closing price

**Smithfield**

35



# International Situation Analysis

- **Smithfield remains optimistic on exports**

  - **Pork production declining worldwide**

  - **Production in several major importing countries declining**

  - **Production in major exporting countries declining**

  - **U.S. pork prices are cheap**

**Smithfield**

37





# Top Ten Worldwide Pork Producers

- Top ten producing countries account for 93% of worldwide production

- With exception of China and Russia, world pork production is shrinking

- China is "officially" projecting a 3% increase, our estimate is no annual growth

| Rank | Country | 2008 Production (billion lbs) | Projected change 2008 to 2009 |
|---|---|---|---|
| 1 | China/HK | 96.6 | 0% |
| 2 | EU-27 | 49.2 | -6% |
| 3 | United States | 23.5 | -4% |
| 4 | Brazil | 6.7 | -1% |
| 5 | Russian Federation | 4.5 | 4% |
| 6 | Vietnam | 4.1 | -3% |
| 7 | Canada | 4.1 | -10% |
| 8 | Japan | 2.7 | -5% |
| 9 | Philippines | 2.6 | -5% |
| 10 | Mexico | 2.5 | -3% |
| | Other | 14.9 | 0% |
| Total | | 211.4 | -2% |

**Smithfield**

Source: USDA  Foreign Agricultural Service (FAS) and Smithfield internal estimates

40

# Top Five Worldwide Pork Importers

- Top five pork importers account for 70% of all international pork trade
- Imports account for a substantial portion of domestic consumption, except for China
- Three of the top five importers are experiencing reductions in domestic production

| Rank | Country | 2008 Imports (billion lbs) | Imports % of Domestic Production | Projected Change in Domestic Production |
|------|---------|---------------------------|----------------------------------|-----------------------------------------|
| 1 | Japan | 2.8 | 100% | -5% |
| 2 | Russian Federation | 2.1 | 46% | 4% |
| 3 | China/HK | 1.5 | 2% | 0% |
| 4 | Mexico | 1.2 | 47% | -9% |
| 5 | Korea | 1.0 | 43% | -2% |
|  | Other | 3.9 | - | - |
| Total |  | 12.9 | - | - |

**Smithfield**

Source: USDA Foreign Agricultural Service (FAS) and Smithfield internal estimates

41

# Top Five Worldwide Pork Exporters

• Top five pork exporters account for 95% of all international pork trade

• With exception of China, all exporters have shrinking domestic production

| Rank | Country | 2008 Exports (billion lbs) | Projected change 2008 to 2009 |
|------|---------|----------------------------|-------------------------------|
| 1 | United States | 5.3 | -4% |
| 2 | EU-27 | 3.4 | -6% |
| 3 | Canada | 2.4 | -10% |
| 4 | Brazil | 1.5 | -1% |
| 5 | China/HK | 0.4 | 0% |
|  | Other | 0.7 | - |
| Total |  | 13.7 | - |

Source: USDA  Foreign Agricultural Service (FAS) and Smithfield internal estimates

**Smithfield**

42

