# EXHIBIT 30

# FILED UNDER SEAL

# EXHIBIT 31

# FILED UNDER SEAL

# EXHIBIT 32

# FILED UNDER SEAL

# EXHIBIT 33

# FILED UNDER SEAL

# EXHIBIT 34

# FILED UNDER SEAL

# EXHIBIT 35

# FILED UNDER SEAL

# EXHIBIT 36

# FILED UNDER SEAL

# EXHIBIT 37

# FILED UNDER SEAL

# EXHIBIT 38

# FILED UNDER SEAL

# EXHIBIT 39

# FILED UNDER SEAL

# EXHIBIT 40

# FILED UNDER SEAL

# EXHIBIT 41

# FILED UNDER SEAL

# EXHIBIT 42

# FILED UNDER SEAL

# EXHIBIT 43

# FILED UNDER SEAL

# EXHIBIT 44

# FILED UNDER SEAL

# EXHIBIT 45

# FILED UNDER SEAL

# EXHIBIT 46

# FILED UNDER SEAL

# EXHIBIT 47

# FILED UNDER SEAL

# EXHIBIT 48

# FILED UNDER SEAL

# EXHIBIT 49

# FILED UNDER SEAL

# EXHIBIT 50

# FILED UNDER SEAL

# EXHIBIT 51

# FILED UNDER SEAL

# EXHIBIT 52

# FILED UNDER SEAL

# EXHIBIT 53

# FILED UNDER SEAL

# EXHIBIT 54

# FILED UNDER SEAL

# EXHIBIT 55

# FILED UNDER SEAL

# EXHIBIT 56

# FILED UNDER SEAL

# EXHIBIT 57

# FILED UNDER SEAL

# EXHIBIT 58

# FILED UNDER SEAL

# EXHIBIT 59

# FILED UNDER SEAL

# EXHIBIT 60

# FILED UNDER SEAL

# EXHIBIT 61

# FILED UNDER SEAL

# EXHIBIT 62

# FILED UNDER SEAL

# EXHIBIT 63

# FILED UNDER SEAL

# EXHIBIT 64

# FILED UNDER SEAL

# EXHIBIT 65

# FILED UNDER SEAL

# EXHIBIT 66

# FILED UNDER SEAL

# EXHIBIT 67

# FILED UNDER SEAL

# EXHIBIT 68

# FILED UNDER SEAL

# EXHIBIT 69

# FILED UNDER SEAL