# EXHIBIT 71

# FILED UNDER SEAL

# EXHIBIT 72

# FILED UNDER SEAL

# EXHIBIT 73

# FILED UNDER SEAL

# EXHIBIT 74

# FILED UNDER SEAL

# EXHIBIT 75

# FILED UNDER SEAL

# EXHIBIT 76

# FILED UNDER SEAL

# EXHIBIT 77

# FILED UNDER SEAL

# EXHIBIT 78

# FILED UNDER SEAL

# EXHIBIT 79

# FILED UNDER SEAL

# EXHIBIT 80

# FILED UNDER SEAL

# EXHIBIT 81

# FILED UNDER SEAL

# EXHIBIT 82

# FILED UNDER SEAL

# EXHIBIT 83

# FILED UNDER SEAL

# EXHIBIT 84

# FILED UNDER SEAL