## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to*:<br><br>All Consumer Indirect Purchaser Plaintiff Actions | Case No. 0:18-cv-01776 (JRT-HB)<br><br>**NOTICE OF HEARING ON CONSUMER INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

PLEASE TAKE NOTICE that at a time and place to be set by the Court, the Consumer Indirect Purchaser Plaintiffs shall appear before the Honorable John R. Tunheim in his courtroom 15 of the United States District Court, 300 South Fourth Street, Minneapolis, Minnesota 55415, and shall then and there present Consumer Indirect Purchaser Plaintiffs' Motion for Class Certification.

No hearing is presently set for presentment of this Motion. Pursuant to the United States District Court for the District of Minnesota's 34th Order regarding court operations (March 4, 2022), the undersigned counsel hereby request an in-person presentment of this Motion. Alternatively, if directed by the Court, the undersigned counsel will present this motion by telephone or videoconference.

DATED: May 2, 2022

HAGENS BERMAN SOBOL SHAPIRO LLP

By:   */s/ Shana E. Scarlett*
        SHANA E. SCARLETT

Rio Pierce
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

- 1 -

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

- 2 -