# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 0:18-cv-01776-JRT-HB |
| This Document Relates To:<br><br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Judge John R. Tunheim<br>Magistrate Hildy Bowbeer<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENTS** |

Pursuant to Local Rule 5.6, Exhibits 5-6, 9-14, 19-20, 22-23, 25-28, 30-69, and 71-84 to the Declaration of Blaine Finley in support of Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Class Certification have been filed under seal because each document in its entirety has been designated or marked Confidential or Highly Confidential by the producing party pursuant to the Protective Order (ECF No. 212) and redaction is impracticable, or because the document is an expert report that analyzes information that has been designated confidential or highly confidential.

Dated: May 2, 2022												**CUNEO GILBERT & LADUCA, LLP**

By: */s/ Blaine Finley*
    Jonathan W. Cuneo (*pro hac vice*)
    Joel Davidow (*pro hac vice*)
    Blaine Finley (p*ro hac vice*)
    4725 Wisconsin Ave. NW
    Suite 200
    Washington, DC 20016
    Telephone: 202.789.3960
    Facsimile: 202.589.1813
    jonc@cuneolaw.com
    joel@cuneolaw.com
    bfinley@cuneolaw.com

By: */s/ Shawn M. Raiter*
    Shawn M. Raiter (MN#240424)
    **LARSON · KING LLP**
    30 East Seventh Street Suite
    2800 St. Paul, MN 55101
    Telephone: (651)312-6518
    sraiter@larsonking.com

***Interim Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs***

Don Barrett (*pro hac vice*)
Katherine Barrett Riley (*pro hac vice*)
Sterling Aldridge (*pro hac vice*)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

Jon Tostrud (*pro hac vice*)
Anthony Carter (*pro hac vice*)
**TOSTRUD LAW GROUP, PC**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

David M. Cialkowski (MN#0306526)
Ian F. McFarland (MN#0392900)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
david.cialkowski@zimmreed.com
ian.mcfarland@zimmreed.com

Marcus Bozeman (*pro hac vice*)
**BOZEMAN LAW FIRM P.A.**
400 W. Capitol Avenue, Ste. 1700
Little Rock, AR 72201
mbozeman@bozemanfirm.com

*Interim Plaintiffs' Steering Committee for Commercial and Institutional Indirect Purchaser Plaintiffs*