## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776 (JRT-HB) |
| | **DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF CONSUMER INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| *This Document Relates to:* | |
| All Consumer Indirect Purchaser Actions | |

I, Shana E. Scarlett, state under oath, as follows:

1.      I am a partner at Hagens Berman Sobol Shapiro LLP. I am admitted to this Court *pro hac vice*, and am one of the Interim Co-Lead Counsel (along with Gustafson Gluek PLLC) for the Consumer Indirect Purchaser Plaintiffs appointed by the Court to represent the Consumer Indirect Class in this litigation. I submit this declaration is support of the Consumer Indirect Purchaser Plaintiffs' Motion for Class Certification. I have full knowledge of the matters stated herein and would testify to these facts if called upon.

2.      Attached hereto are true and correct copies of the following exhibits:

| Exhibit | Description |
|---|---|
| 1. | CLMNS-0000030331 |
| 2. | TF-P-000159370 |
| 3. | TF-P-000179765 |
| 4. | SBF0184924 |
| 5. | HFC-PORKAT0000045312 |
| 6. | TF-P-000642082 |
| 7. | CLMNS-0000646890 |
| 8. | AGSTAT-P-0000019809 |
| 9. | AGSTAT-P-0000019810 |
| 10. | TF-P-000318770 |
| 11. | TF-P-000466138 |

| 12. | TF-P-000105985 |
|-----|----------------|
| 13. | TF-P-000529625 |
| 14. | AGSTAT-P-0003426785 |
| 15. | AGSTAT-P-0003415484 |
| 16. | Deposition of Stacey Edwards (Jan. 25, 2022) |
| 17. | TF-P-000047827 |
| 18. | TF-P-000304468 |
| 19. | AGSTAT-P-0000019993 |
| 20. | Deposition of Joshua Rennells (Feb. 24, 2022) |
| 21. | SMITHFIELD00548308 |
| 22. | TF-P-000515626 |
| 23. | AGSTAT-P-0003415121 |
| 24. | AGSTAT-P-0002613526 |
| 25. | AGSTAT-P-0003472186 |
| 26. | AGSTAT-P-0002620972 |
| 27. | AGSTAT-P-0002861140 |
| 28. | SBF0088112 |
| 29. | Deposition of Damon Dale Ginther (Dec. 7, 2021) |
| 30. | Deposition of Mark Copa (Jan. 27, 2022) |
| 31. | SMITHFIELD00663101 |
| 32. | HFC-PORKAT0000019130 |

| 33. | AGSTAT-P-0002620767 |
| --- | --- |
| 34. | CLMNS-0000529020 |
| 35. | SMITHFIELD01071523 |
| 36. | TF-P-000527381 |
| 37. | AGSTAT-P-0002621454 |
| 38. | TF-P-000210990 |
| 39. | TF-P-000210991 |
| 40. | TF-P-001063041 |
| 41. | TF-P-001063042 |
| 42. | TF-P-001007930 |
| 43. | SMITHFIELD01095551 |
| 44. | SMITHFIELD01286583 |
| 45. | SMITHFIELD00705612 |
| 46. | CLMNS-0000298048 |
| 47. | HFC-PORKAT0000115867 |
| 48. | TF-P-000746325 |
| 49. | SBF0375666 |
| 50. | Deposition of Kenneth M. Grannas, Jr. (Dec. 17, 2021) |
| 51. | Deposition of Corwyn "Cory" Bollum (Dec. 1, 2021) |
| 52. | HFC-PORKAT0000356426 |
| 53. | AGSTAT-P-0002819700 |

| 54. | TF-P-000173720 |
|---|---|
| 55. | SMITHFIELD00703508 |
| 56. | JBS-PORK-00645017 |
| 57. | SMITHFIELD01357914 |
| 58. | TF-P-000314709 |
| 59. | TF-P-000100077 |
| 60. | TF-P-000257671 |
| 61. | TF-P-000316394 |
| 62. | TF-P-000538548 |
| 63. | TF-P-000212871 |
| 64. | TF-P-000213274 |
| 65. | TF-P-000304473 |
| 66. | TF-P-000051236 |
| 67. | TF-P-1718780 |
| 68. | SBF0459030 |
| 69. | TRI0000049900 |
| 70. | TRI0000433907 |
| 71. | CLMNS-0000670325 |
| 72. | JBS-PORK-01389262 |
| 73. | JBS-PORK-00734271 |
| 74. | TF-P-000986521 |

| 75. | TF-P-000329939 |
| 76. | TF-P-000368308 |
| 77. | TF-P-000408067 |
| 78. | TF-P-000445553 |
| 79. | TF-P-000475538 |
| 80. | TF-P-000231541 |
| 81. | TF-P-000231539 |
| 82. | TF-P-000220755 |
| 83. | TF-P-000205959 |
| 84. | TF-P-000102225 |
| 85. | TF-P-000218761 |
| 86. | TF-P-000275993 |
| 87. | TF-P-000642134 |
| 88. | CLMNS-0000036566 |
| 89. | HFC-PORKAT0000013693 |
| 90. | SBF0371672 |
| 91. | SBF0428074 |
| 92. | AGSTAT-P-0002819815 |
| 93. | JBS-PORK-00010573 |
| 94. | TRI0000037014 |
| 95. | TRI0000045857 |

| 96. | AGSTAT-P-0002793502 |
| 97. | AGSTAT-P-0002802244 |
| 98. | Deposition of Paul Peil (Dec. 9, 2021) |
| 99. | AGSTAT-P-0002802467 |
| 100. | TF-P-000096312 |
| 101. | TF-P-000205960 |
| 102. | TF-P-000054715 |
| 103. | TF-P-000172958 |
| 104. | CLMNS-0000579006 |
| 105. | CLMNS-0000036455 |
| 106. | CLMNS-0000669589 |
| 107. | CLMNS-0000119051 |
| 108. | SBF0149705 |
| 109. | HFC-PORKAT0000272375 |
| 110. | AGSTAT-P-0002818528 |
| 111. | SBF0312990 |
| 112. | SBF0351271 |
| 113. | SBF0125785 |
| 114. | SBF0088132 |
| 115. | Deposition of Daniel Groff (Dec. 15, 2021) |
| 116. | SMITHFIELD00832270 |

| 117. | Deposition of Dhamu Thamodaran, PH.D. (Mar. 23, 2022) |
| 118. | SMITHFIELD00321244 |
| 119. | HFC-PORKAT0000202139 |
| 120. | TF-P-000070892 |
| 121. | TF-P-000817306 |
| 122. | SMITHFIELD00898940 |
| 123. | TF-P-000128650 |
| 124. | TF-P-000036749 |
| 125. | TF-P-000641160 |
| 126. | TF-P-000198549 |
| 127. | TF-P-000681324 |
| 128. | Deposition of Brian Taphorn (Jan. 25, 2022) |
| 129. | Deposition of Robert Moore (Dec. 21, 2021) |
| 130. | TF-P-000172956 |
| 131. | TF-P-002121994 |
| 132. | HFC-PORKAT0000032620 |
| 133. | JBS-PORK-00259786 |
| 134. | Deposition of Melvin Davis (Dec. 16, 2021) |
| 135. | TRI0000313243 |
| 136. | US Foods 10-K, available at http://d18rn0p25nwr6d.cloudfront.net/CIK-0001665918/6fbc7b79-2de4-43a1-b358-a1bde8ad905d |

| 137. | Sysco 10-K, available at https://content.edgar-online.com/ExternalLink/EDGAR/0000096021-18-000126.html?hash=c06c203b8996e8903882ee96ec0acb4cba52ea8a68d73d1978aa3319779edeb9&dest=EXHIBIT1027AMENDMENTTOMSP_HTM#EXHIBIT1027AMENDMENTTOMSP_HTM |
|---|---|
| 138. | Deposition of Steve Meyer, Ph.D. (Apr. 26, 2022) |
| 139. | KERNS00250162 |
| 140. | Kroger Earnings Call Tr., available at https://seekingalpha.com/article/239801-kroger-co-ceo-discusses-q3-2010-earnings-call-transcript |
| 141. | Supervalu July 26, 2011 Earnings Call, available at https://seekingalpha.com/article/281873-supervalus-ceo-discusses-q1-2012-results-earnings-call-transcript |
| 142. | CLMNS-0000081357 |
| 143. | TF-P-000655793 |
| 144. | SMITHFIELD00903091 |
| 145. | TF-P-001303751 |
| 146. | SMITHFIELD02229056 |
| 147. | HFC-PORKAT0000372974 |
| 148. | CLMNS-0000051029 |
| 149. | TF-P-001131638 |
| 150. | Firm Resume for Hagens Berman Sobol Shapiro LLP |
| 151. | Firm Resume for Gustafson Gluek PLLC |

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: May 2, 2022

*/s/ Shana E. Scarlett*
SHANA E. SCARLETT
