# EXHIBIT B

**EXHIBIT B**

| Case Name | Court |
|---|---|
| *Baldwin, et. al. v. Miracle-Ear Inc., et. al.,* Case No. 0-20-cv-1502 (JRT/HB) | United States District Court District of Minnesota |
| *Cleary, et al., v. American Airlines, Inc.*, Case No. 4:21-cv-00184 | United States District Court for the Northern District of Texas |
| *In re Cattle and Beef Antitrust Litigation*, Case No. 0:20-cv-01319 (JRT-HB) | United States District Court District of Minnesota |
| *Resendez, et al. v. Precision Castparts Corp. and PCC Structurals, Inc.*, Case No. 16cv16164 | Circuit Court of the State of Oregon for the County of Multnomah |
| *Perrong, et al. v. Orbit Energy & Power, LLC*, Case No. 2:21-cv-00777 | United States District Court for the Eastern District of Pennsylvania |
| *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (Direct Purchasers) | United States District Court Northern District of Illinois, Eastern Division |
| *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (Commercial and Institutional Purchasers) | United States District Court Northern District of Illinois, Eastern Division |
| *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (End-User Consumer Action) | United States District Court Northern District of Illinois, Eastern Division |
| *Weiss, et al. v. SunPower Corporation*, Case No. 21CV384151 | Superior Court of the State of California, County of Santa Clara |
| *Koenig, et al. v. Vizio, Inc.*, Case No. BC702266 | Superior Court of the State of California, County of Los Angeles |
| *Vataj, et al. v. Johnson, et al.*, Case No. 4:19-cv-06996-HSG | United States District Court Northern District of California |
| *In re Pork Antitrust Litigation*, Case No. 0:18-cv-01776 (JRT-HB) | United States District Court District Court of Minnesota |
| *Wit, et al. v. United Behavioral Health*, Case No. 3:14-CV-02346-JCS | United States District Court Northern District of California San Francisco Division |
| *Alexander, et al. v. United Behavioral Health*, Case No. 3:14-CV-05337-JCS | United States District Court Northern District of California San Francisco Division |
| *Integrated Orthopedics, Inc., et al. v. Unitedhealth Group, et al.*, Case No. 11-425 (ES) (JAD) | United States District Court District of New Jersey |
| *Andrew Mackmin, et al. v. Visa Inc., et al.*, Case No. 1:11-cv-01831 (RJL) | United States District Court for the District of Columbia |
| *Crystal Brown, et al., v. Cook County, et al.*, Case No. 17-cv-8085 | United States District Court for the Northern District of Illinois Eastern Division |
| *Kivett, et al. v. Flagstar Bank, FSB,* Case No. 3:18-CV-05131-WHA (DMR) | United States District Court for the Northern District of California San Francisco Division |
| *Richard Di Donato, et al. v. Insys Therapeutics, Inc., et al.*, Case No. 16-cv-00302-NVW | United States District Court District of Arizona |
| *Appel, et al. v. Apollo Management, et al.*, Case No. 12844-VCF | Court of Chancery of The State of Delaware |
| *Solomon, et al. v. American Web Loan, Inc., et al.*, Case No. 4:17-cv-00145-HCM-RJK | United States District Court for the Eastern District of Virginia Newport News Division |
| *LLE One. LLC, et al. v. Facebook, Inc.*, Case No. 4:16-cv-06232-JSW | United States District Court for the Northern District of California Oakland Division |
| *Phil Shin, et al. vs. Plantronics, Inc.*, Case No. 5:18-cv-05626-NC | United States District Court for the Northern District of California |
| *In re Medley Capital Corporation Stockholder Litigation*, Case No. 2019-0100-KSJM | Court Of Chancery of The State of Delaware |

**EXHIBIT B**

| Case Name | Court |
|---|---|
| *Robert W. Clough, II, et al. v. Revenue Frontier, LLC, Supreme Data Connections, LLC and William Adomanis*, Case No. 1:17-cv-00411-PB | United States District Court for the District of New Hampshire |
| *Lowe and Kaiser, et al. v. CVS Pharmacy, Inc.*, Case No. 1:14-cv-03687 | United States District Court for the Northern District of Illinois Eastern Division |
| *Ken Johansen, et al. v. One Planet Ops Inc.*, Case No. 2:16-cv-00121 | United States District Court for the Southern District of Ohio Eastern Division |
| *In re Telexfree Securities Litigation*, MDL No. 4:14-md-2566-TSH | United States District Court District of Massachusetts |
| *In re Google LLC Street View Electronic Communications Litigation*, Case No. 10-md-02184 | United States District Court for the Northern District of California |
| *David Plumley, et al. v. Erickson Retirement Communities, et al.*, Case No. 14-006796-CK | State of Michigan in the Circuit Court for the County of Wayne |
| *Ferguson, et al. v. Acting Attorney General Matthew Whitaker, Department of Justice*, EEOC No. 480-2016-00563X, Agency No. BOP-2012-0053 | United States of America Equal Employment Opportunity Commission Los Angeles District office |
| *Bradley Cooper and Todd Labak, et al. v. Thoratec Corporation, et al.*, Case No. 14-cv-00360 CW | United States District Court Northern District of California Oakland Division |
| *Wave Lengths Hair Salons of Florida, Inc., et al. v. CBL & Associates Properties, Inc.*, Case No. 2:16-cv-206-FtM-PAM-MRM | United States District Court for the Middle District of Florida Fort Myers Division |
| *Robert W. Mauthe, M.D., P.C., v. Versa Cardio, LLC*, Case No. 5:16-cv-00570-JLS | United States District Court Eastern District of Pennsylvania |
| *In re Resistors Antitrust Litigation – All Indirect Purchaser Actions*, Case No. 3:15-cv-03820-JD | United States District Court for the Northern District of California San Francisco Division |
| *In re: Vizio, Inc., Consumer Privacy Litigation*, Case No. 8:16-ml-02693- JLS (KESx) | United States District Court for the Central District of California Santa Ana Division |
| *Gordon Fair, et al. v. The Archdiocese of San Francisco, San Mateo, and Marin County*, Case No. CGC-15-549563 | Superior Court of the State of California, County Of San Francisco |
| *In re Capacitors Antitrust Litigation – All Indirect Purchaser Actions*, Case No. 3:14-cv-03264-JD | United States District Court for the Northern District of California |
| *Roberts, et al. v. C.R. England, Inc., et al.*, Civil No. 2:12-CV-00302 | United States District Court District of Utah, Central Division |
| *In re BP p.l.c. Securities Litigation*, Case No. 4:10-MD-02185 | United States District Court Southern District of Texas Houston Division |
| *FÖRSTA AP-Fonden and Danske Invest Management A/S, et al. v. St. Jude Medical, Inc., et al.*, Case No. 12-3070 (JNE/HB) | United States District Court District of Minnesota |
| *Abante Rooter and Plumbing, Inc., et al. v. Birch Communications, Inc.*, Case No. 1:15-CV-03562-AT | United States District Court for the Northern District of Georgia Atlanta Division |
| *Olean Wholesale Grocery Cooperative, Inc., et al., V. Agri Stats, Inc., et al.*, Case No. 1:19-cv-08318 | United States District Court for the Northern District of Illinois Eastern Division |