## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-1776 (JRT-HB) |
| *This Document Relates to*:<br><br>All Consumer Indirect Purchaser Plaintiff Actions | **[PROPOSED] ORDER GRANTING CONSUMER INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

This matter comes before the Court on Consumer Indirect Purchaser Plaintiffs' Motion for Class Certification ("Motion"). Upon consideration of the Motion, the papers submitted in support and in response, and the hearing thereon, and good cause appearing, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE JOHN R. TUNHEIM
UNITED STATES DISTRICT COURT
JUDGE

- 1 -