**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* <br><br> This Document Relates To: <br> ALL ACTIONS | Civil No. 0:18-cv-01776-JRT-HB <br><br> **CERTIFICATE OF COMPLIANCE** |

I, Joseph C. Bourne, certify that this brief complies with the type-volume limitation of D. Minn. L.R. 7.1(f), and with the type-size limit of D. Minn. L.R. 7.1(h). This reply brief has 1,695 words of type, which includes all text, including headings, footnotes, and quotations in the word count, in font size 13, and was prepared using Microsoft Word 2016. The cumulative total words for Plaintiffs' opening and reply memoranda is 5,363.

Dated: May 4, 2022

*/s/ Joseph C. Bourne*
Joseph C. Bourne (MN #0389922)
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Arielle S. Wagner (MN #0398332)
Simeon A. Morbey (MN #0391338)
Stephen M. Owen (MN # 0399370)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
jcbourne@locklaw.com
wjbruckner@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com
samorbey@locklaw.com
smowen@locklaw.com

566592.1