# Brian Robison

| | |
|---|---|
| **From:** | Scott Gant <sgant@bsfllp.com> |
| **Sent:** | Monday, May 9, 2022 10:20 PM |
| **To:** | Brian Robison; S Randall |
| **Cc:** | Michael Mitchell; Sarah Jones |
| **Subject:** | Re: New letter regarding the amended DAP complaints |

Brian

I think Defendants owe the Court a more complete description of our position. As I explained, we continue to be prejudiced by not having answers to our complaints--Sysco's was filed 15 months ago. The fact discovery deadline is fast-approaching, and we cannot agree to an open-ended deferral of obligations to provide Answers.

Please provide a copy of this email with your letter, so the Court has full context for our position.

Thank you.

Get Outlook for iOS

---

**From:** Brian Robison <brian@brownfoxlaw.com>
**Sent:** Monday, May 9, 2022 9:30:05 PM
**To:** Scott Gant <sgant@bsfllp.com>; S Randall <srandall@kennynachwalter.com>
**Subject:** New letter regarding the amended DAP complaints

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Scott – I checked with the other defendants, and our group cannot agree to the idea of adding a response date to the calendar this summer without regard to the status of the open CMO issues. Here is the letter we plan to file tomorrow in the hopes of getting clarity. Let me know if you and your clients will reconsider the proposal you floated on the phone today. We would rather submit an agreed stipulation and order.
Sam – FYI to you as well.
Brian



BRIAN E. ROBISON
Partner

6303 Cowboys Way    972.707.1860
Suite 450           972.707.1809
Frisco, Texas 75034

BROWNFOXLAW.COM

1