# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## MOTIONS HEARING

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | **COURT MINUTES**<br>BEFORE: Hildy Bowbeer<br>U.S. Magistrate Judge |
| This Document Relates to:<br>All Actions | |
| Case No. 18-cv-1776 | Case Nos.: 18-cv-1776 (JRT/HB)<br>22-mc-26 (JRT/HB)<br>Date: May 9, 2022<br>Location: n/a (by videoconference)<br>Court Reporter: Lori Simpson<br>Time: 9:08 am – 9:59 am<br>10:11 am – 10:29 am<br>Total Time: 1 hour 9 minutes |

Indiana Packers Corporation,

        Petitioner,

v.

Direct Purchaser Plaintiffs,

        Respondent.

Case No. 22-mc-26

**APPEARANCES:**

<u>Class Plaintiffs:</u>
- For Direct Purchaser Plaintiffs: Joseph C. Bourne
- For Commercial and Institutional Indirect Purchaser Plaintiffs: A. Blaine Finley
- For Consumer Indirect Purchaser Plaintiffs: Ling Shan Wang and Rio Pierce

<u>Direct Action Plaintiffs:</u>
- For Sysco DAPs: Sarah L. Jones

<u>Defendants:</u>
- For Clemens Foods Group, LLC, et al.: Max Samels
- For Hormel Foods Corp.: Craig S. Coleman
- For JBS USA Food Co.: Jessica J. Nelson and Richard T. Vagas
- For Seaboard Foods LLC: William Thomson
- For Smithfield Foods, Inc.: Brian Edward Robison and Rod Stone

- For Tyson Foods, Inc., et al.: Jarod Taylor

<u>Non-Parties:</u>
- Indiana Packers Corporation: Britt M. Miller, Robert Entwisle, Andrew Spadafora, and Jaime Stilson

**PROCEEDINGS:**

The Court heard oral argument on Indiana Packers Corporation's Motion to Quash Subpoena [22mc26 ECF No. 1] and Plaintiffs' Motion to Compel Indiana Packers Corporation to Produce Documents Responsive to Subpoena Duces Tecum [18cv1776 ECF No. 1219]. Ruling from the bench as fully described and for the reasons stated on the record, the Court granted in part and denied in part Indiana Packers Corporation's Motion to Quash [22mc26 ECF No. 1] and denied as moot Plaintiffs' Motion to Compel [18cv1776 ECF No. 1219]. The Court quashed the subpoena as to Requests Nos. 1, 2, and 9, and ordered Indiana Packers Corporation to produce structured data as previously negotiated between it and Plaintiffs in response to Request No. 4. Plaintiffs and Indiana Packers Corporation must meet and confer about the temporal scope of the structured data to be produced and file a letter updating the Court as to the results of those discussions no later than Friday, May 13, 2022. The Court denied Indiana Packers Corporation's request for fees.

Brian Robison updated the Court as to Defendants' discussions with counsel for the DAPs concerning whether Defendants' obligation to answer or respond to amended complaints filed by the DAPs should be suspended pending the Court's ruling on outstanding case management issues. (*See* May 6, 2022 Ltr. to Maj. J. [ECF No. 1353].)

<u>s/MJA</u><br>
Judicial Law Clerk