UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions | Case No. 18-CV-01776 (JRT/HB)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Lauren T. Fleming, of the law firm of Stinson LLP, hereby enters her appearance in the above-captioned matter on behalf of Defendants Seaboard Foods LLC and Seaboard Corporation.

Dated: May 12, 2022

*/s/ Lauren T. Fleming*
Lauren T. Fleming (*pro hac vice*)
STINSON LLP
1201 West 12th Street, Suite 2900
Kansas City, MO 64106
Phone: (816) 691-2693
Fax:   (816) 412-1129
lauren.fleming@stinson.com

*Attorneys for Defendant Seaboard Foods LLC and Defendant Seaboard Corporation*