# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB)<br><br>Honorable John R. Tunheim<br><br>**DIRECT PURCHASER PLAINTIFFS' MOTION FOR INTERIM PAYMENT OF ATTORNEYS' FEES, CURRENT AND ONGOING LITIGATION EXPENSES, AND SERVICE AWARDS** |

Pursuant to Federal Rules of Civil Procedure 23(h) and 54(d)(2), Direct Purchaser Plaintiffs hereby move and respectfully request that the Court approve and order the interim payment of attorneys' fees, current and ongoing litigation expenses, and service awards, as described in the submissions accompanying this Motion.

This Motion is based on the documents filed concurrently herewith in support thereof, the pleadings on file in this litigation, the advocacy of counsel at hearing of this Motion, and any other matters the Court may consider.

Date: May 13, 2022

/s/ W. Joseph Bruckner

| | |
|---|---|
| W. Joseph Bruckner (MN #0147758)<br>Brian D. Clark (MN #0390069)<br>Joseph C. Bourne (MN #0389922)<br>Arielle S. Wagner (MN #0398332)<br>Stephen M. Owen (MN #0399370)<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401<br>T: (612) 339-6900<br>F: (612) 339-0981<br>*wjbruckner@locklaw.com*<br>*bdclark@locklaw.com*<br>*jcbourne@locklaw.com*<br>*aswagner@locklaw.com*<br>*smowen@locklaw.com*<br><br>Clifford H. Pearson (*Pro Hac Vice*)<br>Daniel Warshaw (*Pro Hac Vice*)<br>Thomas J. Nolan (*Pro Hac Vice*)<br>Bobby Pouya (*Pro Hac Vice*)<br>Michael H. Pearson (*Pro Hac Vice*)<br>**PEARSON, SIMON & WARSHAW, LLP**<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 92403<br>T: (818) 788-8300<br>F: (818) 788-8104<br>*cpearson@pswlaw.com*<br>*dwarshaw@pswlaw.com*<br>*tnolan@pswlaw.com*<br>*bpouya@pswlaw.com*<br>*mpearson@pswlaw.com* | Bruce L. Simon (*Pro Hac Vice*)<br>Benjamin E. Shiftan (*Pro Hac Vice*)<br>Neil Swartzberg (*Pro Hac Vice*)<br>**PEARSON, SIMON & WARSHAW, LLP**<br>350 Sansome Street, Suite 680<br>San Francisco, CA 94104<br>T: (415) 433-9000<br>F: (415) 433-9008<br>*bsimon@pswlaw.com*<br>*bshiftan@pswlaw.com*<br>*nswartzberg@pswlaw.com*<br><br>Melissa S. Weiner (MN #0387900)<br>**PEARSON, SIMON & WARSHAW, LLP**<br>800 LaSalle Avenue, Suite 2150<br>Minneapolis, MN 55402<br>T: (612) 389-0600<br>F: (612) 389-0610<br>*mweiner@pswlaw.com*<br><br>*Interim Co-Lead Class Counsel for the Direct Purchaser Plaintiff Class* |