UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB)<br><br>Honorable John R. Tunheim<br><br>**LOCAL RULE 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |

I, W. Joseph Bruckner, certify that the Memorandum of Law in Support of Direct Purchaser Plaintiffs' Motion for Interim Payment of Attorneys' Fees, Current and Ongoing Litigation Expenses, and Service Awards complies with Local Rule 7.1(f).

This Memorandum contains 7,980 words and was prepared using Microsoft Word, which includes all text, including headings, footnotes, and quotations.

Date: May 13, 2022

*/s/ W. Joseph Bruckner*
W. Joseph Bruckner (MN #0147758)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
T:  (612) 339-6900
F:  (612) 339-0981
*wjbruckner@locklaw.com*

974728.1

1