# EXHIBIT 1



**LOCKRIDGE GRINDAL NAUEN** P.L.L.P.
Attorneys at Law
www.locklaw.com

Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T 612.339.6900
F 612.339.0981

**PEARSON | SIMON · WARSHAW** LLP
44 Montgomery Street
Suite 2450
San Francisco, CA 94104

November 26, 2018

*VIA ELECTRONIC MAIL*

To All Direct Purchaser Plaintiffs' Counsel

Re:  *In Re Pork Antitrust Litigation*, Case No. 0:18-cv-01776-JRT-HB (D.MN)
     Time & Expense Report Instructions

Dear Counsel:

As court-appointed Interim Co-Lead Class Counsel for the Direct Purchaser Plaintiffs, we are writing to provide you with forms and protocols for reporting your time and expenses. The Court has reviewed these forms and protocols, and firms who wish to apply for payment of attorneys' fees and reimbursement of expenses from settlements or judgments in this case must follow these directives. We will request assessment payments for the litigation common cost fund in a separate letter.

**Time and Expense Reporting**

To efficiently manage and direct the prosecution of this case, Interim Co-Lead Counsel will collect time and expense reports from each firm. Attached are Excel spreadsheet time and expense report forms to use for reporting your firm's time and expense data. Please submit your time and expense reports along with the detailed back up reports to Elizabeth Sipe at emsipe@locklaw.com. Her phone number is 612-339-6900.

Your first time and expense report should cover the period from inception through November 30, 2018. This initial report is due on December 21, 2018. All time is to be reported at the billing rates in effect at the time the work was performed.

Your subsequent reports should be done on a monthly basis and submitted by the **20th day of the month** for the preceding month. Please keep your time and expense reporting current. Failure to do so may be grounds for denying any subsequent request for fees or expense reimbursement.

530543.1

Direct Purchaser Plaintiff Counsel
Litigation Fund & Time & Expense Reports
November 26, 2018
Page 2

In your time and expense report, please adhere to these guidelines:

1. Time is to be reported in tenths of an hour.

2. Time is to be recorded by task with a specific amount of time for each task described; do not submit "block billing" with one undifferentiated total time for multiple tasks.

3. Time is to be recorded at the billing rate in effect when the work is performed.

4. Time spent reviewing documents is capped at $350 per hour.

5. Please do not submit time for any of the following. It will not be compensated or included in any fee petition:

    - work not performed at the request or under the direction of co-lead counsel;
    - duplication of efforts within a firm;
    - time spent in preparing and submitting time and expense reports;
    - "read and review" time unrelated to preparation for or performance of work specifically assigned by co-lead counsel;
    - work associated with any indirect purchaser case;
    - routine clerical tasks (such as file maintenance by a paralegal or clerical staff); or
    - time associated with work relating to any client or potential client that did not retain your firm for this case.

6. Your expense report should itemize your out-of-pocket, case-related expenses. If you have a "Miscellaneous/Other" expense item on a report, please describe it with sufficient detail to identify the expense and its relation to the case.

7. Routine office supplies and regular secretarial time should not be included as a case expense.

8. Internal copy charges should be capped at $.20 per page.

9. No surcharges should be reflected in or applied to any expenses, including telephone, faxes, and copying.

10. Each expense claim must be properly documented by a sufficiently detailed receipt or some other form of proof of payment acceptable for ultimate presentation to and approval by the Court. Each firm is to maintain and preserve all detailed receipts and expense documentation for production to Lead Counsel upon request. Cash advances will not be considered for reimbursement without

Direct Purchaser Plaintiff Counsel
Litigation Fund & Time & Expense Reports
November 26, 2018
Page 3

an adequate description and evidence of payment made for an expense related to the case.

11. Travel expenses should follow these guidelines:

- Flights of less than six hours should be submitted at coach class rates; flights exceeding six hours may be submitted at business class rates;

- All flights are to be booked at the lowest fare available;

- First class airfare should not be submitted and will not be reimbursed;

- For overnight travel, counsel is to be mindful in selecting reasonable hotel accommodations and restaurants; and

- Per diem expenses for travel should not exceed $75 per person per day exclusive of lodging and transportation.

If you have any questions, please call us. We look forward to working with each of you toward a successful resolution of this case.

Very truly yours,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

*/s/ Joe*

W. Joseph Bruckner

PEARSON, SIMON & WARSHAW, LLP

*/s/ Bruce*

Bruce L. Simon

Attachment(s)

530543.1                                    3