# EXHIBIT 10

UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB)<br><br>**DECLARATION OF MINDEE J. REUBEN IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR INTERIM AWARD OF ATTORNEYS' FEES, CURRENT AND ONGOING LITIGATION EXPENSES, AND SERVICE AWARDS** |

910644.1

I, Mindee J. Reuben, declare as follows:

1.  I am a Member of the law firm of Lite DePalma Greenberg & Afanador, LLC. I submit this Declaration in support of Direct Purchaser Plaintiffs' petition for an interim award of attorneys' fees, current and ongoing litigation expenses and service awards.

2.  My firm has acted as counsel to Direct Purchaser Plaintiffs and the Direct Purchaser Plaintiffs' class in this class action.

3.  During the period from case inception through February 28, 2022, and at the request of Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs (Lockridge Grindal Nauen P.L.L.P. and Pearson, Simon & Warshaw, LLP), my firm has worked efficiently on behalf of our named representative clients and the absent Class members. My firm has been involved in the following activities on behalf of the Plaintiffs including but not limited to:

    - Researching settlement- and privilege-related issues relevant to the litigation and preparing legal memoranda regarding the same;

    - Researching authenticity and admissibility evidentiary issues in the District and Circuit and preparing memoranda regarding the same to assist the deposition team;

    - Working with co-lead counsel on deposition training materials and participating in training deposition team; and

    - Creating and updating the Master Exhibit List for Plaintiffs.

4.  The schedule attached to this declaration as **Exhibit A**, and incorporated herein, is a summary of the amount of time spent by my firm's partners, attorneys, and professional support staff who were involved in this litigation through the end of February 28, 2022. The total number of hours expended on this litigation by my firm from

910644.1

case inception through February 28, 2022, is 130.4 hours. The total lodestar for my firm is $84,852.50. The lodestar calculation is based on my firm's historic billing rates for antitrust class action litigation. Exhibit A was prepared from contemporaneous time records regularly prepared and maintained by my firm. The hourly rates for my firm's partners, attorneys, and professional support staff included in Exhibit A are the customary hourly rates charged for their services in similar complex litigation. In addition, my firm has submitted fee petitions in other cases that have reported hourly rates at amounts comparable to those sought here, and courts have approved an award of attorneys' fees in such cases.

5. The expense summary attached to this declaration as **Exhibit B**, reflects that my firm has incurred no unreimbursed expenses in litigating this action through February 28, 2022. Assessments my firm paid to a litigation expense fund for this case are not included in Exhibit B and will be addressed separately in another declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of April, 2022, at Philadelphia, Pennsylvania.

*/s/ Mindee J. Reuben*
Mindee J. Reuben

910644.1

*In re Pork Antitrust Litigation*
Case No. 18-cv-01776 (JRT/HB)

## Exhibit A

## Lodestar Summary

Firm: **Lite DePalma Greenberg & Afanador, LLC**
Reporting Period: **Inception through February 28, 2022**

| Professional | Title | Historic Hourly Rate | Total Hours | Total Lodestar* |
|---|---|---:|---:|---:|
| Joseph J. DePalma | P | $800 | 1.9 | $1,520.00 |
| Steven J. Greenfogel | OC | $825 | 3.5 | $2,887.50 |
| Bruce D. Greenberg | P | $800 | 1.6 | $1,280.00 |
| Mindee J. Reuben | P | $800 | 68.9 | $55,120.00 |
| Mindee J. Reuben | OC | $700 | 0.1 | $70.00 |
| Dana S. Smith | OC | $675 | 17.8 | $12,015.00 |
| Jeremy N. Nash | OC | $675 | 0.2 | $135.00 |
| Catherine B. Derenze | A | $375 | 21.8 | $8,175.00 |
| Eric Henley | PL | $250 | 14.6 | $3,650.00 |
| | | **Totals** | **130.4** | **$84,852.50** |

Title:
    Partner (P)
    Associate (A)
    Paralegal (PL)
    Of Counsel (OC)
    Law Clerk (LC)
    Legal Assistant (LA)

* Based on historic hourly rates, except for document review which is capped at $350 per hour.

910644.1

*In re Pork Antitrust Litigation*
Case No. 18-cv-01776 (JRT/HB)

### Exhibit B

### Expense Summary

Firm: **Lite DePalma Greenberg & Afanador, LLC**
Reporting Period: **Inception through February 28, 2022**

| Expense | Amount |
|---|---:|
| Court Costs (*i.e.*, Filing Fees) | - |
| Experts / Consultants | - |
| Federal Express / UPS | - |
| Postage / U.S. Mail | - |
| Service of Process | - |
| Messenger / Delivery | - |
| Hearing Transcripts | - |
| Investigation | - |
| Westlaw / Lexis | - |
| Photocopies (in House) | - |
| Photocopies (Outside) | - |
| Telephone / Telecopier | - |
| Travel – Transportation* | - |
| Travel – Meals** | - |
| Travel – Hotels | - |
| Miscellaneous | - |
| **Total** | **$0.00** |

\* Air travel is billed at coach fare.
\*\* $75 per person per day cap.

910644.1