# EXHIBIT 11

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MINNESOTA

IN RE PORK ANTITRUST
LITIGATION


This Document Relates To:

THE DIRECT PURCHASER
PLAINTIFF ACTION

Case No. 18-cv-01776 (JRT-HB)

**DECLARATION OF LINDA P. NUSSBAUM IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR INTERIM AWARD OF ATTORNEYS' FEES, CURRENT AND ONGOING LITIGATION EXPENSES, AND SERVICE AWARDS**

I, LINDA P. NUSSBAUM, declare as follows:

1.      I am the managing director of Nussbaum Law Group, P.C. I am an attorney admitted to practice *pro hac vice* in the District of Minnesota in the above-captioned lawsuit. I submit this Declaration in support of Direct Purchaser Plaintiffs' petition for an interim award of attorneys' fees, current and ongoing litigation expenses and service awards.

2.      My firm has acted as counsel to Direct Purchaser Plaintiffs and the Direct Purchaser Plaintiffs' class in this class action.

3.      During the period from case inception through February 28, 2022, and at the request of Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs (Lockridge Grindal Nauen P.L.L.P. and Pearson, Simon & Warshaw, LLP), my firm has worked diligently and efficiently on behalf of our named representative clients and the absent Class members. My firm has been involved in the following activities on behalf of the Plaintiffs:

- Investigation of the underlying facts and legal and economic theories and preparation and filing of one of the first direct purchaser class complaints.

- Industry and economic research done in support of a consolidated complaint.

- Various discovery tasks including preparation of a detailed cast of characters of industry participants, a chronology of key industry events, and a timeline of relevant pricing events.

- Various research and drafting assignments, including opposition to the joint motion to dismiss and motion for a stay.

- Work with our client with respect to discovery obligations and industry information.

- Document review projects, including the plaintiff document production.

4.      The schedule attached to this declaration as **Exhibit A**, and incorporated herein, is a summary of the amount of time spent by my firm's partners, attorneys, and professional support staff who were involved in this litigation through the end of February 28, 2022. The total number of hours expended on this litigation by my firm from case inception through February 28, 2022, is 1,278.3  hours. The total lodestar for my firm is $589,595.50. The lodestar calculation is based on my firm's historic billing rates for antitrust class action litigation, except for work done on document review which is capped at $350 per hour. Exhibit A was prepared from contemporaneous time records regularly prepared and maintained by my firm. The hourly rates for my firm's partners, attorneys, and professional support staff included in Exhibit A are the customary hourly rates charged for their services in similar complex litigation. In addition, my firm has submitted fee petitions in other cases that have reported hourly rates at amounts comparable to those sought here, and courts have approved an award of attorneys' fees in such cases.

5.      The expenses my firm incurred in litigating this action are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, receipts, check records, and other source materials and accurately reflect the

567024.1

expenses incurred. My firm incurred a total of $365.33 in unreimbursed expenses, all of which were reasonable and necessary for the prosecution of this litigation. A summary of those expenses through February 28, 2022 by category is attached as **Exhibit B**. Assessments my firm paid to a litigation expense fund for this case are not included in Exhibit B and will be addressed separately in another declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of April, 2022, in New York, NY.

*/s/ Linda P. Nussbaum*

LINDA P. NUSSBAUM

567024.1

*In re Pork Antitrust Litigation*
Case No. 18-cv-01776 (JRT/HB)

## Exhibit A

## Lodestar Summary

Firm:              **NUSSBAUM LAW GROUP, P.C.**
Reporting Period:  **Inception through February 28, 2022**

| Professional | Title | Historic Hourly Rate | Total Hours | Total Lodestar* |
|---|---|---|---|---|
| Nussbaum, Linda | P | $995.00 | 46.4 | $46,168.00 |
| Cohen, Bart | P | $900.00 | 15.5 | $13,950.00 |
| Cohen, Bart | P | $925.00 | 2.7 | $2,497.50 |
| Isquith, Fred | OC | $750.00 | 125.5 | $94,125.00 |
| Sandler, Hugh | P | $750.00 | 19.5 | $14,625.00 |
| Schwaiger, Susan | OC | $775.00 | 30.4 | $23,560.00 |
| Schwaiger, Susan | OC | $800.00 | 9.9 | $7,920.00 |
| Wigmore, Sara | A | $350.00 | 858.4 | $300,440.00 |
| Yang, Hoyoung | A | $375.00 | 5.2 | $1,950.00 |
| Alpert, Joshua | IC | $525.00 | 154.0 | $80,850.00 |
| Shutran, Zachary | LC | $325.00 | 10.8 | $3,510.00 |
| | | | | |
| | | **Totals** | **1,278.3** | **$589,595.50** |

Title:
  Partner (P)
  Associate (A)
  Paralegal (PL)
  Of Counsel (OC)
  Law Clerk (LC)
  Independent Contractor (IC)

* Based on historic hourly rates, except for document review which is capped at $350 per hour.

567024.1

*In re Pork Antitrust Litigation*
Case No. 18-cv-01776 (JRT/HB)

## Exhibit B

## Expense Summary

Firm:                **Nussbaum Law Group, P.C.**
Reporting Period:    **Inception through February 28, 2022**

| Expense | Amount |
|---|---|
| Court Costs (*i.e.*, Filing Fees) | |
| Experts / Consultants | |
| Federal Express / UPS | |
| Postage / U.S. Mail | |
| Service of Process | |
| Messenger / Delivery | |
| Hearing Transcripts | |
| Investigation | |
| Westlaw / Lexis/ Courtlink/ Pacer | $205.23 |
| Photocopies (in House) | $160.10 |
| Photocopies (Outside) | |
| Telephone / Telecopier | |
| Travel – Transportation* | |
| Travel – Meals** | |
| Travel – Hotels | |
| Miscellaneous | |
| **Total** | **$365.33** |

* Air travel is billed at coach fare.
** $75 per person per day cap.

567024.1