# EXHIBIT 13

# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB)<br><br>**DECLARATION OF ARTHUR N. BAILEY, ESQ. IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR INTERIM AWARD OF ATTORNEYS' FEES, CURRENT AND ONGOING LITIGATION EXPENSES, AND SERVICE AWARDS** |

567024.1

I, Arthur N. Bailey, Esq., declare as follows:

1.  I am a Partner of the law firm of Rupp Baase Pfalzgraf Cunningham, LLC I am an attorney admitted to practice *pro hac vice* in the District of Minnesota in the above-captioned lawsuit. I submit this Declaration in support of Direct Purchaser Plaintiffs' petition for an interim award of attorneys' fees, current and ongoing litigation expenses and service awards.

2.  My firm has acted as counsel to Direct Purchaser Plaintiffs and the Direct Purchaser Plaintiffs' class in this class action.

3.  During the period from case inception through February 28, 2022, and at the request of Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs (Lockridge Grindal Nauen P.L.L.P. and Pearson, Simon & Warshaw, LLP), my firm has worked efficiently on behalf of our named representative clients and the absent Class members. My firm has been involved in the following activities on behalf of the Plaintiffs:

    - Maintained regular communication with named representative clients, keeping them updated on status of the case, and

    - Obtained and analyzed client invoices, relevant documents and ESI, and further participated in discovery matters as instructed by lead counsel, and

    - Participated in strategy sessions and case management meeting with lead counsel throughout case progression.

4.  The schedule attached to this declaration as **Exhibit A**, and incorporated herein, is a summary of the amount of time spent by my firm's partners, attorneys, and professional support staff who were involved in this litigation through the end of February 28, 2022. The total number of hours expended on this litigation by my firm from case inception through February 28, 2022, is 215.40 hours. The total lodestar for my firm

567024.1

is $95,890.00 The lodestar calculation is based on my firm's historic billing rates for antitrust class action litigation, except for work done on document review which is capped at $350 per hour. Exhibit A was prepared from contemporaneous time records regularly prepared and maintained by my firm. The hourly rates for my firm's partners, attorneys, and professional support staff included in Exhibit A are the customary hourly rates charged for their services in similar complex litigation. In addition, my firm has submitted fee petitions in other cases that have reported hourly rates at amounts comparable to those sought here, and courts have approved an award of attorneys' fees in such cases.

5. The expenses my firm incurred in litigating this action are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, receipts, check records, and other source materials and accurately reflect the expenses incurred. My firm incurred a total of $84.22 in unreimbursed expenses, all of which were reasonable and necessary for the prosecution of this litigation. A summary of those expenses through February 28, 2022 by category is attached as **Exhibit B**. Assessments my firm paid to a litigation expense fund for this case are not included in Exhibit B and will be addressed separately in another declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of April, 2022, at Jamestown, New York.

*/s/ Arthur N. Bailey*
ARTHUR N. BAILEY, ESQ.

567024.1

*In re Pork Antitrust Litigation*

Case No. 18-cv-01776 (JRT/HB)

## Exhibit A

## Lodestar Summary

Firm: **Rupp Baase Pfalzgraf Cunningham, LLC**
Reporting Period: **Inception through February 28, 2022**

| Professional | Title | Historic Hourly Rate | Total Hours | Total Lodestar* |
|---|---|---|---|---|
| Arthur N. Bailey | P | $450 | 183.2 | $82,440.00 |
| Marco Cercone | P | $425 | 29.6 | $12,580.00 |
| Marco Cercone | P | $450 | .2 | $90.00 |
| Nicolas Vona | A | $350 | 1.8 | $630.00 |
| Theresa Hobbs | PL | $250 | .6 | $150.00 |
| | | | | |
| | | Totals | 215.40 | $95,890.00 |

Title:
    Partner (P)
    Associate (A)
    Paralegal (PL)
    Of Counsel (OC)
    Law Clerk (LC)
    Legal Assistant (LA)

* Based on historic hourly rates, except for document review which is capped at $350 per hour.

567024.1

*In re Pork Antitrust Litigation*
Case No. 18-cv-01776 (JRT/HB)

### Exhibit B

### Expense Summary

Firm: **Rupp Baase Pfalzgraf Cunningham, LLC**
Reporting Period: **Inception through February 28, 2022**

| Expense | Amount |
|---|---|
| Court Costs (*i.e.*, Filing Fees) | |
| Experts / Consultants | |
| Federal Express / UPS | |
| Postage / U.S. Mail | |
| Service of Process | |
| Messenger / Delivery | |
| Hearing Transcripts | |
| Investigation | |
| Westlaw / Lexis | |
| Photocopies (in House) | $84.22 |
| Photocopies (Outside) | |
| Telephone / Telecopier | |
| Travel – Transportation* | |
| Travel – Meals** | |
| Travel – Hotels | |
| Miscellaneous | |
| **Total** | **$84.22** |

\* Air travel is billed at coach fare.
\*\* $75 per person per day cap.

567024.1