# EXHIBIT 14

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB)<br><br>**DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR INTERIM AWARD OF ATTORNEYS' FEES, CURRENT AND ONGOING LITIGATION EXPENSES, AND SERVICE AWARDS** |

567024.1

I, R. Alexander Saveri, declare as follows:

1. I am the Managing Partner of the law firm of Saveri & Saveri, Inc. (the "Saveri Firm"). I submit this Declaration in support of Direct Purchaser Plaintiffs' petition for an interim award of attorneys' fees, current and ongoing litigation expenses and service awards.

2. My firm has acted as counsel to Direct Purchaser Plaintiffs and the Direct Purchaser Plaintiffs' class in this class action.

3. During the period from case inception through February 28, 2022, and at the request of Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs (Lockridge Grindal Nauen P.L.L.P. and Pearson, Simon & Warshaw, LLP), my firm has worked efficiently on behalf of our named representative clients and the absent Class members. My firm has been involved in the following activities on behalf of the Direct Purchaser Plaintiffs: The Saveri Firm has been actively involved in preparing for and taking depositions. The Saveri Firm took the depositions of Phil Clemens (former CEO of Defendant Clemens Family Corporation) and Damon Ginther (Seaboard Foods). In both depositions the Saveri Firm took the lead in researching the deponents' documents, drafted the outline, and was lead during the deposition for the plaintiffs' side.

The Saveri Firm completed several research projects at lead counsel's direction. Such projects included investigating potential personal relationships between individuals employed by competitors and identifying and detailing aspects of the pork industry to provide facts and evidence needed by DPP's expert witnesses. In addition, the Saveri Firm

567024.1

conducted targeted searches and reviewed batches of documents to identify useful evidence, both for the case in general as well as for specific upcoming deponents.

    4.    The schedule attached to this declaration as **Exhibit A**, and incorporated herein, is a summary of the amount of time spent by my firm's partners, attorneys, and professional support staff who were involved in this litigation through the end of February 28, 2022. The total number of hours expended on this litigation by my firm from case inception through February 28, 2022, is 1,594.65 hours. The total lodestar for my firm is $644,796.25. The lodestar calculation is based on my firm's historic billing rates for antitrust class action litigation, except for work done on document review which is capped at $350 per hour. Exhibit A was prepared from contemporaneous time records regularly prepared and maintained by my firm. The hourly rates for my firm's partners, attorneys, and professional support staff included in Exhibit A are the customary hourly rates charged for their services in similar complex litigation. In addition, my firm has submitted fee petitions in other cases that have reported hourly rates at amounts comparable to those sought here, and courts have approved an award of attorneys' fees in such cases.

    5.    The expenses my firm incurred in litigating this action are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, receipts, check records, and other source materials and accurately reflect the expenses incurred. My firm incurred a total of $166.45 in unreimbursed expenses, all of which were reasonable and necessary for the prosecution of this litigation. A summary of those expenses through February 28, 2022 by category is attached as **Exhibit B**.

567024.1

Assessments my firm paid to a litigation expense fund for this case are not included in Exhibit B and will be addressed separately in another declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of April, 2022, at San Francisco.

*/s/ R. Alexander Saveri*
R. Alexander Saveri

567024.1

*In re Pork Antitrust Litigation*
Case No. 18-cv-01776 (JRT/HB)

## Exhibit A

## Lodestar Summary

Firm: **Saveri & Saveri, Inc.**
Reporting Period: **Inception through February 28, 2022**

| Professional | Title | Historic Hourly Rate | Total Hours | Total Lodestar* |
|---|---|---|---|---|
| Guido Saveri | P | $950.00 | 1.60 | $1,520.00 |
| Cadio Zirpoli | P | $775.00 | 194.05 | $150,388.75 |
| Sarah Van Culin | A | $475.00 | 25.90 | $12,302.50 |
| Travis Manfredi | A | $350.00 | 1373.1 | $480,585.00 |
| | | | | |
| | | | | |
| | | Totals | 1,594.65 | $644,796.25 |

Title:
  Partner (P)
  Associate (A)
  Paralegal (PL)
  Of Counsel (OC)
  Law Clerk (LC)
  Legal Assistant (LA)

* Based on historic hourly rates, except for document review which is capped at $350 per hour.

567024.1

*In re Pork Antitrust Litigation*
Case No. 18-cv-01776 (JRT/HB)

### Exhibit B

### Expense Summary

Firm: **Saveri & Saveri, Inc.**
Reporting Period: **Inception through February 28, 2022**

| Expense | Amount |
|---|---|
| Court Costs (*i.e.*, Filing Fees) | |
| Experts / Consultants | |
| Federal Express / UPS | $139.45 |
| Postage / U.S. Mail | |
| Service of Process | |
| Messenger / Delivery | |
| Hearing Transcripts | |
| Investigation | |
| Westlaw / Lexis | |
| Photocopies (in House) | |
| Photocopies (Outside) | |
| Telephone / Telecopier | |
| Travel – Transportation* | $27.00 |
| Travel – Meals** | |
| Travel – Hotels | |
| Miscellaneous | |
| **Total** | **$166.45** |

\* Air travel is billed at coach fare.
\*\* $75 per person per day cap.

567024.1