# EXHIBIT 16

## IN RE PORK ANTITRUST LITIGATION

### TIME REPORT - (To be submitted on the 20th of every month)

**Firm Name:** LOCKRIDGE GRINDAL NAUEN P.L.L.P.

**Reporting Period:** Inception through February 28, 2022

**Categories:**

1) Legal Research
2) Investigation / Factual Research
3) Discovery
   (Written / Deposition Taking & Defending / Meet & Confer / etc. )
4a) Document Review Tier 1 - Subject to Rate Cap
4b) Document Review Tier 2 & Deposition Preparation - Subject to Rate Cap

5) Pleadings, Briefs & Motions (Drafting, Research, Serving & Filing)
6) Class Certification
7) Summary Judgment
8) Appeals
9) Court Appearance and Prep
10) Experts

11) Settlements & Mediation
12) Case Management
13) Class Notice
14) Trial Prep
   (Exhibit & Witness List/Jury Instruction/ Vior Dire/Opening Statements/Closing Arguments/Demonstratives/etc.)
15) Trial

**TITLE:**
(P) Partner
(A) Associate
(LC) Law Clerk
(SPL) Senior Paralegal
(PL) Paralegal

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4a | 4b | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Richard A. Lockridge (P) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 2.00 | $925.00 | $0.00 | $1,850.00 | $1,850.00 |
| W. Joseph Bruckner (P) 2022 | 0.00 | 0.50 | 2.00 | 0.00 | 0.00 | 5.00 | 12.50 | 0.00 | 0.00 | 6.50 | 3.00 | 16.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.50 | 50.50 | $1,150.00 | $0.00 | $58,075.00 | $58,075.00 |
| W. Joseph Bruckner (P) | 0.00 | 0.50 | 74.00 | 0.00 | 0.00 | 27.30 | 8.00 | 0.00 | 0.00 | 17.50 | 16.50 | 94.00 | 19.70 | 0.00 | 2.50 | 0.00 | 0.00 | 260.00 | 260.00 | $1,050.00 | $0.00 | $273,000.00 | $273,000.00 |
| W. Joseph Bruckner (P) | 0.00 | 0.00 | 9.50 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 | 2.50 | 36.40 | 0.00 | 97.00 | 10.10 | 0.00 | 0.00 | 0.00 | 0.00 | 205.50 | 205.50 | $950.00 | $0.00 | $195,225.00 | $195,225.00 |
| W. Joseph Bruckner (P) | 0.00 | 0.00 | 1.50 | 0.00 | 0.00 | 36.00 | 1.50 | 0.00 | 0.00 | 86.00 | 4.00 | 22.00 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 155.50 | 155.50 | $925.00 | $0.00 | $143,837.50 | $143,837.50 |
| W. Joseph Bruckner (P) | 0.00 | 6.50 | 5.00 | 0.00 | 0.00 | 97.50 | 0.00 | 0.00 | 0.00 | 45.50 | 0.00 | 10.00 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 222.90 | 222.90 | $875.00 | $0.00 | $195,037.50 | $195,037.50 |
| Charles N. Nauen (P) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.80 | 0.80 | $875.00 | $0.00 | $700.00 | $700.00 |
| Karen H. Riebel (P) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.20 | 0.00 | 0.00 | 0.00 | 0.00 | 3.20 | 3.20 | $950.00 | $0.00 | $3,040.00 | $3,040.00 |
| Heidi M. Silton (P) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.70 | 0.00 | 0.00 | 0.00 | 0.00 | 1.70 | 1.70 | $775.00 | $0.00 | $1,317.50 | $1,317.50 |
| Elizabeth R. Odette (P) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.10 | 0.00 | 0.00 | 0.00 | 0.00 | 4.90 | 4.90 | $750.00 | $0.00 | $3,675.00 | $3,675.00 |
| Elizabeth R. Odette (P) | 0.00 | 0.00 | 23.80 | 0.00 | 0.00 | 12.00 | 0.00 | 0.00 | 0.00 | 2.50 | 0.00 | 0.00 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 41.80 | 41.80 | $650.00 | $0.00 | $27,170.00 | $27,170.00 |
| Elizabeth R. Odette (P) | 0.00 | 1.00 | 6.20 | 0.00 | 0.00 | 47.30 | 0.00 | 0.00 | 0.00 | 3.60 | 0.00 | 0.00 | 8.70 | 0.00 | 0.00 | 0.00 | 0.00 | 66.80 | 66.80 | $600.00 | $0.00 | $40,080.00 | $40,080.00 |
| Brian D. Clark (P) 2022 | 0.00 | 0.00 | 14.40 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 5.30 | 3.40 | 9.30 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 38.90 | 38.90 | $925.00 | $0.00 | $35,982.50 | $35,982.50 |
| Brian D. Clark (P) | 0.00 | 0.00 | 274.30 | 0.00 | 0.00 | 22.10 | 0.00 | 0.00 | 0.00 | 20.10 | 16.20 | 46.10 | 17.80 | 0.00 | 1.80 | 0.00 | 0.00 | 398.40 | 398.40 | $850.00 | $0.00 | $338,640.00 | $338,640.00 |
| Brian D. Clark (P) | 0.00 | 0.30 | 37.60 | 0.00 | 0.00 | 15.90 | 0.00 | 0.00 | 0.00 | 12.80 | 0.00 | 30.20 | 7.40 | 0.00 | 0.00 | 0.00 | 0.00 | 104.20 | 104.20 | $750.00 | $0.00 | $78,150.00 | $78,150.00 |
| Brian D. Clark (P) | 0.00 | 0.20 | 39.50 | 0.00 | 0.00 | 30.10 | 0.00 | 0.00 | 0.00 | 15.60 | 0.30 | 3.70 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 89.90 | 89.90 | $625.00 | $0.00 | $56,187.50 | $56,187.50 |
| Brian D. Clark (P) | 0.00 | 2.90 | 10.80 | 0.00 | 0.00 | 63.20 | 0.00 | 0.00 | 0.00 | 12.40 | 0.20 | 2.70 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 93.70 | 93.70 | $575.00 | $0.00 | $53,877.50 | $53,877.50 |
| Karen H. Riebel (P) | 0.00 | 0.00 | 0.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.80 | 0.80 | $925.00 | $0.00 | $740.00 | $740.00 |
| Kyle J. Pozan (A) | 0.00 | 0.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.60 | 6.60 | $750.00 | $0.00 | $4,950.00 | $4,950.00 |
| Joseph C. Bourne (A) 2022 | 0.30 | 0.00 | 90.00 | 0.00 | 0.00 | 32.90 | 0.10 | 0.00 | 0.00 | 4.80 | 3.10 | 1.30 | 1.80 | 0.00 | 0.00 | 0.00 | 0.00 | 134.30 | 134.30 | $800.00 | $0.00 | $107,440.00 | $107,440.00 |
| Joseph C. Bourne (A) | 0.00 | 0.00 | 539.50 | 0.00 | 6.40 | 119.50 | 0.00 | 0.00 | 0.00 | 19.70 | 7.60 | 5.20 | 12.40 | 0.00 | 0.10 | 0.00 | 0.00 | 710.40 | 710.40 | $750.00 | $0.00 | $532,800.00 | $532,800.00 |
| Steven E. Serdikoff (A) | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | $750.00 | $0.00 | $6,000.00 | $6,000.00 |
| Simeon A. Morbey (A) 2022 | 0.00 | 0.00 | 12.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.30 | 12.30 | $800.00 | $0.00 | $9,840.00 | $9,840.00 |
| Simeon A. Morbey (A) | 0.00 | 0.00 | 245.80 | 0.00 | 25.60 | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.20 | 1.10 | 0.00 | 0.00 | 0.00 | 274.40 | 274.40 | $675.00 | $0.00 | $185,220.00 | $185,220.00 |
| Simeon A. Morbey (A) | 0.00 | 0.00 | 33.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.30 | 0.00 | 0.00 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 35.50 | 35.50 | $575.00 | $0.00 | $20,412.50 | $20,412.50 |
| Simeon A. Morbey (A) | 0.00 | 0.20 | 105.40 | 0.00 | 2.70 | 1.90 | 0.00 | 0.00 | 0.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 111.70 | 111.70 | $500.00 | $0.00 | $55,850.00 | $55,850.00 |

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4a | 4b | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Simeon A. Morbey (A) | 0.00 | 1.20 | 19.00 | 0.00 | 0.00 | 15.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.70 | 35.70 | $445.00 | $0.00 | $15,886.50 | $15,886.50 |
| Kate M. Baxter-Kauf (A) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 0.20 | $500.00 | $0.00 | $100.00 | $100.00 |
| Arielle S. Wagner (A) 2022 | 0.00 | 0.00 | 24.00 | 0.00 | 0.00 | 10.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.00 | 35.00 | $675.00 | $0.00 | $23,625.00 | $23,625.00 |
| Arielle S. Wagner (A) | 0.00 | 1.90 | 365.60 | 0.00 | 18.20 | 52.10 | 3.70 | 0.00 | 0.00 | 19.30 | 0.80 | 1.10 | 4.40 | 0.30 | 1.40 | 0.00 | 0.00 | 468.80 | 468.80 | $625.00 | $0.00 | $293,000.00 | $293,000.00 |
| Arielle S. Wagner (A) | 0.70 | 0.00 | 194.70 | 0.00 | 8.50 | 64.70 | 0.00 | 0.00 | 0.00 | 6.20 | 0.00 | 12.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 286.90 | 286.90 | $575.00 | $0.00 | $164,967.50 | $164,967.50 |
| Arielle S. Wagner (A) | 0.00 | 0.00 | 24.30 | 0.00 | 0.00 | 12.20 | 0.00 | 0.00 | 0.00 | 4.50 | 0.00 | 0.00 | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 41.70 | 41.70 | $500.00 | $0.00 | $20,850.00 | $20,850.00 |
| Arielle S. Wagner (A) | 0.00 | 0.00 | 1.30 | 0.00 | 0.00 | 61.50 | 0.00 | 0.00 | 0.00 | 4.60 | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 67.90 | 67.90 | $475.00 | $0.00 | $32,252.50 | $32,252.50 |
| Stephanie A. Chen (A) | 0.00 | 0.00 | 16.30 | 0.00 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.60 | 16.60 | $600.00 | $0.00 | $9,960.00 | $9,960.00 |
| Stephanie A. Chen (A) | 0.00 | 0.00 | 14.70 | 0.00 | 0.00 | 4.20 | 0.00 | 0.00 | 0.00 | 5.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.10 | 24.10 | $550.00 | $0.00 | $13,255.00 | $13,255.00 |
| Stephanie A. Chen (A) | 0.00 | 12.10 | 64.50 | 0.00 | 0.00 | 1.60 | 0.00 | 0.00 | 0.00 | 21.30 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.50 | 102.50 | $500.00 | $0.00 | $51,250.00 | $51,250.00 |
| Stephanie A. Chen (A) | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 134.20 | 0.00 | 0.00 | 0.00 | 25.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 160.90 | 160.90 | $475.00 | $0.00 | $76,427.50 | $76,427.50 |
| Stephen M. Owen (A) 2022 | 0.00 | 0.00 | 137.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 151.60 | 151.60 | $650.00 | $0.00 | $98,540.00 | $98,540.00 |
| Stephen M. Owen (A) | 0.00 | 0.00 | 472.30 | 0.00 | 1.60 | 54.60 | 2.60 | 0.00 | 0.00 | 0.00 | 12.80 | 0.00 | 0.00 | 0.00 | 1.40 | 0.00 | 0.00 | 545.30 | 545.30 | $600.00 | $0.00 | $327,180.00 | $327,180.00 |
| Stephen M. Owen (A) | 0.00 | 0.00 | 79.70 | 0.00 | 10.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 89.90 | 89.90 | $575.00 | $0.00 | $51,692.50 | $51,692.50 |
| Craig S. Davis (A) | 0.00 | 0.00 | 8.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.20 | 9.20 | $700.00 | $0.00 | $6,440.00 | $6,440.00 |
| Rick N. Linsk (A) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.90 | 4.90 | $525.00 | $0.00 | $2,572.50 | $2,572.50 |
| Jacob M. Saufley (A) | 0.00 | 0.00 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 | 3.50 | $500.00 | $0.00 | $1,750.00 | $1,750.00 |
| Robert K. Shelquist (P) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | 0.30 | $875.00 | $0.00 | $262.50 | $262.50 |
| Stephen J. Teti (A) | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | $750.00 | $0.00 | $375.00 | $375.00 |
| Eric B. Diekrager (A) 2022 | 0.00 | 0.00 | 0.00 | 0.00 | 258.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 258.50 | 258.50 | $435.00 | $0.00 | $112,447.50 | $112,447.50 |
| Eric B. Diekrager (A) | 0.00 | 0.00 | 0.00 | 0.00 | 876.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 876.50 | 876.50 | $425.00 | $0.00 | $372,512.50 | $372,512.50 |
| Eric B. Diekrager (A)(rate cap) | 0.00 | 0.00 | 0.00 | 1,552.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,552.00 | 1,552.00 | $350.00 | $0.00 | $543,200.00 | $543,200.00 |
| Marian M. Hasselbalch (A) | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | $425.00 | $0.00 | $212.50 | $212.50 |
| Marian M. Hasselbalch (A)(rate cap) | 0.00 | 0.00 | 0.00 | 1,677.30 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,683.30 | 1,683.30 | $350.00 | $0.00 | $589,155.00 | $589,155.00 |
| Sarah M. Lundberg (A) | 0.00 | 0.00 | 1.00 | 0.00 | 1,699.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,700.00 | 1,700.00 | $425.00 | $0.00 | $722,500.00 | $722,500.00 |
| Sarah M. Lundberg (A) (rate cap) | 0.00 | 0.00 | 0.00 | 329.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 329.80 | 329.80 | $350.00 | $0.00 | $115,430.00 | $115,430.00 |
| Andrea M. Pittle (A)(rate cap) | 0.00 | 0.00 | 0.00 | 1,482.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,482.90 | 1,482.90 | $350.00 | $0.00 | $519,015.00 | $519,015.00 |
| Cynthia L. Diekrager (A)(rate cap) | 0.00 | 0.00 | 0.00 | 258.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 258.40 | 258.40 | $350.00 | $0.00 | $90,440.00 | $90,440.00 |
| Daniel R. Josephson (A) | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 0.20 | $425.00 | $0.00 | $85.00 | $85.00 |
| Daniel R. Josephson (A)(rate cap) | 0.00 | 0.00 | 0.00 | 1,336.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,336.70 | 1,336.70 | $350.00 | $0.00 | $467,845.00 | $467,845.00 |
| Megan S. VanDyke (A) | 0.00 | 0.00 | 17.70 | 0.00 | 48.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.70 | 65.70 | $425.00 | $0.00 | $27,922.50 | $27,922.50 |
| Megan S. VanDyke (A)(rate cap) | 0.00 | 0.00 | 0.00 | 317.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 317.30 | 317.30 | $350.00 | $0.00 | $111,055.00 | $111,055.00 |
| Laura T. Hadden (A)(rate cap) | 0.00 | 0.00 | 0.00 | 780.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 780.00 | 780.00 | $350.00 | $0.00 | $273,000.00 | $273,000.00 |
| Ruslana Monya (A)(rate cap) | 0.00 | 0.00 | 0.00 | 1,444.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,444.70 | 1,444.70 | $350.00 | $0.00 | $505,645.00 | $505,645.00 |
| Lynn L. Stafford (A)(rate cap) | 0.00 | 0.00 | 0.00 | 80.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 80.00 | 80.00 | $350.00 | $0.00 | $28,000.00 | $28,000.00 |
| Craig E. Enos (A)(rate cap) | 0.00 | 0.00 | 0.00 | 1,156.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,156.00 | 1,156.00 | $350.00 | $0.00 | $404,600.00 | $404,600.00 |
| Paul E. Buchel (A)(rate cap) | 0.00 | 0.00 | 0.00 | 1,317.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,317.00 | 1,317.00 | $350.00 | $0.00 | $460,950.00 | $460,950.00 |

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4a | 4b | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ann M. Vidoloff (A)(rate cap) | 0.00 | 0.00 | 0.00 | 1,155.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,155.30 | 1,155.30 | $350.00 | $0.00 | $404,355.00 | $404,355.00 |
| Kadi S. Braxton (A) 2022 | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 | 85.00 | $435.00 | $0.00 | $36,975.00 | $36,975.00 |
| Kadi S. Braxton (A)(rate cap) | 0.00 | 0.00 | 0.00 | 765.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 765.00 | 765.00 | $350.00 | $0.00 | $267,750.00 | $267,750.00 |
| Lucy N. Holland (A)(rate cap) | 0.00 | 0.00 | 0.00 | 752.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 752.40 | 752.40 | $350.00 | $0.00 | $263,340.00 | $263,340.00 |
| Cate D. Crowe (A) | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | 0.40 | $425.00 | $0.00 | $170.00 | $170.00 |
| Grace C. Byrne (A) | 0.00 | 0.00 | 0.00 | 323.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 323.90 | 323.90 | $350.00 | $0.00 | $113,365.00 | $113,365.00 |
| Cheri L. Brix (A) | 0.00 | 0.00 | 0.00 | 113.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 113.50 | 113.50 | $350.00 | $0.00 | $39,725.00 | $39,725.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SUB-TOTAL | 1.00 | 27.30 | 2,985.40 | 14,842.20 | 3,047.30 | 982.80 | 28.40 | 0.00 | 2.50 | 379.30 | 82.70 | 351.70 | 176.00 | 1.40 | 7.20 | 0.00 | 0.00 | 22,915.20 | 22,915.20 |  | $0.00 | $10,089,179.00 | $10,089,179.00 |

| NON-ATTORNEYS (LC, SPL, PL) | 1 | 2 | 3 | 4a | 4b | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Katarzyna Kokoszka (LC) | 0.00 | 9.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.40 | 9.40 | $200.00 | $0.00 | $1,880.00 | $1,880.00 |
| Develyn J. Ferguson (LC) | 13.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.10 | 13.10 | $250.00 | $0.00 | $3,275.00 | $3,275.00 |
| Erik W. Allerson (LC) | 7.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.70 | 7.70 | $250.00 | $0.00 | $1,925.00 | $1,925.00 |
| Eura Chang (LC) | 30.80 | 0.00 | 18.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49.30 | 49.30 | $250.00 | $0.00 | $12,325.00 | $12,325.00 |
| Elizabeth M. Sipe (PL) 2022 | 0.00 | 0.00 | 10.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.30 | 52.30 | 0.00 | 0.00 | 0.00 | 0.00 | 63.70 | 63.70 | $375.00 | $0.00 | $23,887.50 | $23,887.50 |
| Elizabeth M. Sipe (PL) | 0.00 | 0.00 | 111.80 | 0.00 | 0.00 | 34.40 | 0.00 | 0.00 | 0.00 | 3.20 | 1.00 | 13.00 | 333.10 | 1.30 | 0.00 | 0.00 | 0.00 | 497.80 | 497.80 | $325.00 | $0.00 | $161,785.00 | $161,785.00 |
| Elizabeth M. Sipe (PL) | 0.00 | 1.10 | 43.90 | 2.00 | 0.00 | 51.00 | 0.00 | 0.00 | 0.00 | 2.90 | 0.00 | 2.00 | 272.40 | 0.00 | 0.00 | 0.00 | 0.00 | 375.30 | 375.30 | $275.00 | $0.00 | $103,207.50 | $103,207.50 |
| Greg A. Loeding (PL) 2022 | 0.00 | 0.00 | 48.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 48.50 | 48.50 | $275.00 | $0.00 | $13,337.50 | $13,337.50 |
| Greg A. Loeding (PL) | 0.00 | 0.00 | 364.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 364.00 | 364.00 | $225.00 | $0.00 | $81,900.00 | $81,900.00 |
| Greg A. Loeding (PL) | 0.00 | 0.00 | 12.80 | 11.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.60 | 24.60 | $190.00 | $0.00 | $4,674.00 | $4,674.00 |
| Greg A. Loeding (PL) | 0.00 | 0.00 | 0.00 | 10.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.80 | 10.80 | $160.00 | $0.00 | $1,728.00 | $1,728.00 |
| Sherri L. Juell (PL) | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 | $325.00 | $0.00 | $162.50 | $162.50 |
| Sherri L. Juell (PL) | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | $275.00 | $0.00 | $275.00 | $275.00 |
| Elizabeth A. Schindler (PL) 2022 | 0.00 | 0.00 | 6.20 | 0.00 | 0.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.70 | 9.70 | $300.00 | $0.00 | $2,910.00 | $2,910.00 |
| Elizabeth A. Schindler (PL) | 0.00 | 0.00 | 80.70 | 0.00 | 0.00 | 10.10 | 0.00 | 0.00 | 0.00 | 1.90 | 0.00 | 0.00 | 2.70 | 0.00 | 0.00 | 0.00 | 0.00 | 95.40 | 95.40 | $225.00 | $0.00 | $21,465.00 | $21,465.00 |
| Amber M. Raak (PL) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | 0.40 | $325.00 | $0.00 | $130.00 | $130.00 |
| Name (PL) |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SUB-TOTAL | 51.60 | 10.50 | 698.00 | 24.60 | 0.00 | 97.00 | 0.00 | 0.00 | 0.00 | 8.00 | 1.00 | 16.30 | 662.90 | 1.30 | 0.00 | 0.00 | 0.00 | 1571.20 | 1,571.20 |  | $0.00 | $434,867.00 | $434,867.00 |
| GRAND TOTAL: | 52.60 | 37.80 | 3683.40 | 14866.80 | 3047.30 | 1079.80 | 28.40 | 0.00 | 2.50 | 387.30 | 83.70 | 368.00 | 838.90 | 2.70 | 7.20 | 0.00 | 0.00 | 24,486.40 | 24,486.40 |  | $0.00 | $10,524,046.00 | $10,524,046.00 |