# EXHIBIT 17

| *In re Pork Antitrust Litigation*, No. 0:18-cv-01776 (JRT/HB) | | |
|---|---:|---:|
| **Direct Purchaser Plaintiffs' Time Summary** <br> **(Inception through February 28, 2022)** | | |
| **Firm** | **Hours** | **Lodestar** |
| Lockridge Grindal Nauen P.L.L.P. | 24,486.40 | $10,524,046.00 |
| Pearson, Simon & Warshaw, LLP | 14,022.70 | $8,068,107.50 |
| Block & Leviton LLP | 1,781.10 | $1,049,439.00 |
| Boni, Zack & Snyder LLC | 3.00 | $2,500.00 |
| Chestnut Cambronne, PA | 148.60 | $89,462.50 |
| Fine, Kaplan and Black, R.P.C. | 243.60 | $142,325.00 |
| Freed Kanner London & Millen LLC | 2,469.80 | $1,131,939.50 |
| Grant & Eisenhofer P.A. | 607.10 | $272,398.00 |
| Hart, McLaughlin & Eldridge, LLC | 91.50 | $61,395.00 |
| Heins Mills & Olson, P.L.C. | 104.70 | $52,212.50 |
| Lite DePalma Greenberg & Afanador, LLC | 130.40 | $84,852.50 |
| Nussbaum Law Group, P.C. | 1,278.30 | $589,595.50 |
| Reinhardt Wendorf & Blanchfield | 107.10 | $46,236.00 |
| Rupp Baase Pfalzgraf Cunningham, LLC | 215.40 | $95,890.00 |
| Saveri & Saveri, Inc. | 1,594.65 | $644,796.25 |
| Spector Roseman & Kodroff, P.C. | 235.40 | $156,501.50 |
| **Totals** | **47,519.75** | **$23,011,696.75** |

974712.2