# EXHIBIT 18

*In re Pork Antitrust Litigation*
Case No. 18-cv-01776 (JRT/HB)

**Expense Summary**

Firm: **Lockridge Grindal Nauen P.L.L.P.**
Reporting Period: **Inception through February 28, 2022**

| Expense | Amount |
|---|---|
| Court Costs (*i.e.*, Filing Fees) | $1,400.00 |
| Experts / Consultants | $0.00 |
| Federal Express / UPS | $363.33 |
| Postage / U.S. Mail | $251.06 |
| Service of Process | $1,860.40 |
| Messenger / Delivery | $384.08 |
| Hearing Transcripts | $73.80 |
| Investigation | $0.00 |
| Westlaw / Lexis | $9,338.23 |
| Photocopies (in House) | $1,171.80 |
| Photocopies (Outside) | $0.00 |
| Telephone / Telecopier | $470.32 |
| Travel – Transportation* | $191.00 |
| Travel – Meals** | $174.94 |
| Travel – Hotels | $121.50 |
| Miscellaneous | $1,507.79 |
| **Total** | **$17,308.25** |

* Air travel is billed at coach fare.
** $75 per person per day cap.