# EXHIBIT 19

| *In re Pork Antitrust Litigation*, No. 0:18-cv-01776 (JRT/HB) ||
|---|---|
| **Direct Purchaser Plaintiffs' Expense Summary** <br> **(Inception through February 28, 2022)** ||
| **Firm** | **Amount** |
| Lockridge Grindal Nauen P.L.L.P. | $17,308.25 |
| Pearson, Simon & Warshaw, LLP | $29,095.19 |
| Block & Leviton LLP | $101.20 |
| Boni, Zack & Snyder LLC | $0.40 |
| Chestnut Cambronne, PA | $2,239.16 |
| Fine, Kaplan and Black, R.P.C. | $2,824.21 |
| Freed Kanner London & Millen LLC | $1,179.83 |
| Grant & Eisenhofer P.A. | $2,092.57 |
| Hart, McLaughlin & Eldridge, LLC | $232.04 |
| Heins Mills & Olson, P.L.C. | $625.60 |
| Lite DePalma Greenberg & Afanador, LLC | $0.00 |
| Nussbaum Law Group, P.C. | $365.33 |
| Reinhardt Wendorf & Blanchfield | $1,692.63 |
| Rupp Baase Pfalzgraf Cunningham, LLC | $84.22 |
| Saveri & Saveri, Inc. | $166.45 |
| Spector Roseman & Kodroff, P.C. | $134.14 |
| **Totals** | **$58,141.22** |

974714.2