# EXHIBIT 20

| *In re Pork Antitrust Litigation*, No. 0:18-cv-01776 (JRT/HB) ||
|---|---|
| **Direct Purchaser Plaintiffs' Litigation Fund Expenses by Category (Inception through February 28, 2022)** ||
| **Category** | **Amount** |
| Investigators & Consultants | $36,135.71 |
| Experts | $2,186,108.20 |
| Document Scanning & Copying Services | $17,671.17 |
| Document Database Vendor | $152,802.06 |
| Mediators | $14,575.00 |
| Phone Records Vendor & Subpoena Costs | $24,330.98 |
| Deposition Costs | $14,025.75 |
| Court Fees & Service Costs | $725.75 |
| Miscellaneous Costs | $990.09 |
| **Total** | **$2,447,364.53** |

974708.1