# EXHIBIT 1

*IN RE PORK ANTITRUST LITIGATION*

*TIME REPORT  -  (To be submitted on the 20th of every month)*

| Firm Name: | Pearson, Simon & Warshaw, LLP | | Reporting Period: | Inception thru 2/28/22 | |
|---|---|---|---|---|---|

**Categories:**

1) Legal Research
2) Investigation / Factual Research
3) Discovery
   (Written / Deposition Taking & Defending / Meet & Confer / etc. )
4a) Document Review Tier 1 - Subject to Rate Cap
4b) Document Review Tier 2 & Deposition Preparation - Subject to Rate Cap

5) Pleadings, Briefs & Motions (Drafting, Research, Serving & Filing)
6) Class Certification
7) Summary Judgment
8) Appeals
9) Court Appearance and Prep
10) Experts

11) Settlements & Mediation
12) Case Management
13) Class Notice
14) Trial Prep
   (Exhibit & Witness List/Jury Instruction/ Vior Dire/Opening Statements/Closing Arguments/Demonstratives/etc.)
15) Trial

**TITLE:**
(P)  Partner
(A)  Associate
(LC)  Law Clerk
(SPL) Senior Paralegal
(PL) Paralegal

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4a | 4b | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clifford Pearson (P) | | | | | | 15.10 | | | | | 0.40 | | 3.20 | | | | 0.00 | 18.70 | 18.70 | $1,050.00 | $0.00 | $19,635.00 | **$19,635.00** |
| Clifford Pearson (P) | | 0.20 | | | | 13.20 | | | | 3.90 | | 1.70 | 22.50 | | | | 0.00 | 41.50 | 41.50 | $1,150.00 | $0.00 | $47,725.00 | **$47,725.00** |
| Clifford Pearson (P) | 1.10 | 0.50 | 43.90 | | | 53.00 | 1.90 | | | 17.30 | 23.30 | 285.20 | 332.80 | | 2.60 | | 0.00 | 761.60 | 761.60 | $1,190.00 | $0.00 | $906,304.00 | **$906,304.00** |
| Bruce Simon (P) | 7.80 | | 4.50 | | | 15.60 | | | | 3.50 | | 10.30 | 17.80 | | | | 0.00 | 59.50 | 59.50 | $1,050.00 | $0.00 | $62,475.00 | **$62,475.00** |
| Bruce Simon (P) | 1.20 | | 11.50 | | | 24.70 | | | | | 1.30 | 0.50 | 1.00 | | | | 0.00 | 40.20 | 40.20 | $1,150.00 | $0.00 | $46,230.00 | **$46,230.00** |
| Bruce Simon (P) | | 1.50 | | | | 7.60 | | | | | | 47.10 | | | | | 0.00 | 56.20 | 56.20 | $1,190.00 | $0.00 | $66,878.00 | **$66,878.00** |
| Daniel Warshaw (P) | | | | | | 8.40 | | | | | | | 1.10 | | | | 0.00 | 9.50 | 9.50 | $1,050.00 | $0.00 | $9,975.00 | **$9,975.00** |
| Daniel Warshaw (P) | | | | | | 1.20 | | | | | | | 0.50 | | | | 0.00 | 1.70 | 1.70 | $1,150.00 | $0.00 | $1,955.00 | **$1,955.00** |
| Daniel Warshaw (P) | 0.10 | | 13.10 | | | 15.10 | 1.10 | | | 0.50 | 13.60 | 21.40 | 149.90 | | | | 0.00 | 214.80 | 214.80 | $1,190.00 | $0.00 | $255,612.00 | **$255,612.00** |
| Melissa Weiner (P) | | | 2.90 | | | 3.30 | | | | 12.90 | | 3.30 | 3.00 | | | | 0.00 | 25.40 | 25.40 | $750.00 | $0.00 | $19,050.00 | **$19,050.00** |
| Melissa Weiner (P) | 1.50 | | 1.90 | | | 3.60 | | | | | | | 1.30 | | | | 0.00 | 8.30 | 8.30 | $820.00 | $0.00 | $6,806.00 | **$6,806.00** |
| Bobby Pouya (A) | 1.00 | 5.70 | 18.20 | | | 171.20 | | | | 4.10 | 1.00 | 7.30 | 28.50 | | | | 0.00 | 237.00 | 237.00 | $670.00 | $0.00 | $158,790.00 | **$158,790.00** |
| Bobby Pouya (A) | 2.80 | 12.90 | 65.80 | | | 145.90 | | | | | 2.30 | 2.50 | 50.40 | | | | 0.00 | 282.60 | 282.60 | $800.00 | $0.00 | $226,080.00 | **$226,080.00** |
| Bobby Pouya (P) | 34.50 | 0.50 | 171.90 | | | 229.40 | 17.40 | | | 106.70 | 47.70 | 47.60 | 108.60 | | | | 0.00 | 764.30 | 764.30 | $950.00 | $0.00 | $726,085.00 | **$726,085.00** |
| Bobby Pouya (P) | | | | | 1.20 | | | | | | | | | | | | 0.00 | 1.20 | 1.20 | $500.00 | $0.00 | $600.00 | **$600.00** |
| Michael Pearson (A) | 24.60 | | 0.40 | 9.80 | | 190.70 | | | | 3.90 | | | 2.40 | | | | 0.00 | 231.80 | 231.80 | $500.00 | $0.00 | $115,900.00 | **$115,900.00** |
| Michael Pearson (A) | | | 72.80 | | | 141.10 | | | | 9.50 | | | 1.00 | | | | 0.00 | 224.40 | 224.40 | $600.00 | $0.00 | $134,640.00 | **$134,640.00** |
| Michael Pearson (A) | 15.20 | | 30.00 | | | 186.60 | | | | 7.80 | | 12.80 | 3.50 | | | | 0.00 | 255.90 | 255.90 | $625.00 | $0.00 | $159,937.50 | **$159,937.50** |
| Michael Pearson (P) | 7.20 | | 192.60 | | | 584.20 | 36.80 | | | 17.40 | 19.90 | 25.80 | 250.90 | | 2.80 | | 0.00 | 1,137.60 | 1,137.60 | $800.00 | $0.00 | $910,080.00 | **$910,080.00** |
| Michael Pearson (P) | | | | 51.40 | | | | | | | | | | | | | 0.00 | 51.40 | 51.40 | $350.00 | $0.00 | $17,990.00 | **$17,990.00** |
| Eric Mont (A) | 6.50 | | | | | 8.50 | | | | | | | | | | | 0.00 | 15.00 | 15.00 | $350.00 | $0.00 | $5,250.00 | **$5,250.00** |
| Joseph Bourne (A) | 11.20 | | 78.10 | | | 87.10 | | | | 12.90 | | 11.80 | 2.00 | | | | 0.00 | 203.10 | 203.10 | $670.00 | $0.00 | $136,077.00 | **$136,077.00** |
| Joseph Bourne (A) | | | 35.30 | | | 1.40 | 0.20 | | | 2.10 | | 0.10 | 3.60 | | | | 0.00 | 42.70 | 42.70 | $690.00 | $0.00 | $29,463.00 | **$29,463.00** |
| Joseph Bourne (A) | | | 29.90 | | | 2.90 | | | | | 0.30 | | 2.70 | | | | 0.00 | 35.80 | 35.80 | $720.00 | $0.00 | $25,776.00 | **$25,776.00** |

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4a | 4b | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gianna Liddy (A) | | | | | | 3.00 | | | | | | | | | | | 0.00 | 3.00 | 3.00 | $350.00 | $0.00 | $1,050.00 | **$1,050.00** |
| Christina Oh (A) | | 104.60 | | | | | | | | | | | 10.70 | | | | 0.00 | 115.30 | 115.30 | $350.00 | $0.00 | $40,355.00 | **$40,355.00** |
| Thomas Nolan (OC) | | | 9.40 | | | 30.30 | 0.80 | | | 1.40 | | 9.00 | 114.70 | | | | 0.00 | 165.60 | 165.60 | $1,190.00 | $0.00 | $197,064.00 | **$197,064.00** |
| Benjamin Shiftan (A) | | | | | | | | | | | | | 0.50 | | | | 0.00 | 0.50 | 0.50 | $650.00 | $0.00 | $325.00 | **$325.00** |
| Benjamin Shiftan (P) | 0.10 | 28.30 | 192.90 | | | 26.00 | | | | 0.10 | 17.60 | 3.10 | 270.90 | | | | 0.00 | 539.00 | 539.00 | $940.00 | $0.00 | $506,660.00 | **$506,660.00** |
| Benjamin Shiftan (P) | | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $500.00 | $0.00 | $0.00 | **$0.00** |
| Neil Swartzberg (A) | 0.80 | 2.00 | 146.60 | | | 14.40 | 4.90 | | | | 15.10 | 0.60 | 78.00 | | | | 0.00 | 262.40 | 262.40 | $940.00 | $0.00 | $246,656.00 | **$246,656.00** |
| Naveed Abaie (A) | 8.00 | | 2.00 | | | | | | | | | 18.00 | | | | | 0.00 | 28.00 | 28.00 | $400.00 | $0.00 | $11,200.00 | **$11,200.00** |
| Naveed Abaie (A) | | | | 1,353.80 | | | | | | | | | | | | | 0.00 | 1,353.80 | 1,353.80 | $350.00 | $0.00 | $473,830.00 | **$473,830.00** |
| Naveed Abaie (A) | 10.40 | 11.80 | 120.70 | | 771.60 | 0.40 | | | | | 6.40 | | 9.50 | | | | 0.00 | 930.80 | 930.80 | $450.00 | $0.00 | $418,860.00 | **$418,860.00** |
| Naveed Abaie (A) | | 2.80 | 32.30 | | 60.90 | | 0.40 | | | | 5.20 | | | | 3.00 | | 0.00 | 104.60 | 104.60 | $500.00 | $0.00 | $52,300.00 | **$52,300.00** |
| Jessop Stroman (A) | | | | | | | | | | | | | 0.60 | | | | 0.00 | 0.60 | 0.60 | $400.00 | $0.00 | $240.00 | **$240.00** |
| Jessop Stroman (A) | | | 69.60 | | | | | | | | | | | | | | 0.00 | 69.60 | 69.60 | $350.00 | $0.00 | $24,360.00 | **$24,360.00** |
| Jessop Stroman (A) | | | 1.00 | | | | | | | | | | | | | | 0.00 | 1.00 | 1.00 | $450.00 | $0.00 | $450.00 | **$450.00** |
| Sophie Sedaghat (A) | | | 4.30 | 716.20 | | | | | | | | | | | | | 0.00 | 720.50 | 720.50 | $350.00 | $0.00 | $252,175.00 | **$252,175.00** |
| Harrison Margolin (A) | 0.70 | | 2.30 | 893.80 | | 1.10 | | | | | | | | | | | 0.00 | 897.90 | 897.90 | $350.00 | $0.00 | $314,265.00 | **$314,265.00** |
| Matthew Pearson (A) | | | | | | 0.70 | | | | | | | 1.20 | | | | 0.00 | 1.90 | 1.90 | $480.00 | $0.00 | $912.00 | **$912.00** |
| Matthew Pearson (A) | | 0.80 | 13.60 | | | | | | | 0.60 | | | 3.70 | | 1.50 | | 0.00 | 20.20 | 20.20 | $560.00 | $0.00 | $11,312.00 | **$11,312.00** |
| Matthew Pearson (A) | | | | 33.10 | | | | | | | | | | | | | 0.00 | 33.10 | 33.10 | $350.00 | $0.00 | $11,585.00 | **$11,585.00** |
| Y. Christopher Nagakawa (A) | | | | 611.10 | | | | | | | | | 1.80 | | | | 0.00 | 612.90 | 612.90 | $350.00 | $0.00 | $214,515.00 | **$214,515.00** |
| Brian Pafundi (A) | 43.40 | 29.30 | 33.20 | 1,106.60 | | | | | | | | | 0.50 | | | | 0.00 | 1,213.00 | 1,213.00 | $350.00 | $0.00 | $424,550.00 | **$424,550.00** |
| Alex Winding (A) | | | 4.00 | 734.60 | | | | | | | | | 13.50 | | | | 0.00 | 752.10 | 752.10 | $350.00 | $0.00 | $263,235.00 | **$263,235.00** |
| Kyle Costello (A) | | | 23.00 | 716.20 | | | | | | | | | 0.50 | | | | 0.00 | 739.70 | 739.70 | $350.00 | $0.00 | $258,895.00 | **$258,895.00** |
| Adrian Buonanoce (A) | | | 0.50 | 704.50 | | | | | | | | | 0.40 | | | | 0.00 | 705.40 | 705.40 | $350.00 | $0.00 | $246,890.00 | **$246,890.00** |
| | | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| **SUB-TOTAL** | 178.10 | 200.90 | 1,358.60 | 6,990.90 | 843.50 | 1,985.70 | 63.50 | 0.00 | 0.00 | 204.00 | 154.30 | 508.50 | 1,493.20 | 0.00 | 9.90 | 0.00 | 0.00 | 13,991.10 | 13,991.10 | | $0.00 | $8,060,997.50 | **$8,060,997.50** |
| | | | | | | | | | | | | | | | | | | | | | | | |
| NON-ATTORNEYS (LC, SPL, PL) | 1 | 2 | 3 | 4 | 4a | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
| Brad Kopp (PL) | 1.80 | | | | | 2.70 | | | | 1.10 | | | 2.20 | | | | 0.00 | 7.80 | 7.80 | $225.00 | $0.00 | $1,755.00 | **$1,755.00** |
| Ellowene Grant (PL) | | | 13.90 | | | 2.00 | | | | | | 0.30 | 7.60 | | | | 0.00 | 23.80 | 23.80 | $225.00 | $0.00 | $5,355.00 | **$5,355.00** |
| | | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| **SUB-TOTAL** | 1.80 | 0.00 | 13.90 | 0.00 | 0.00 | 4.70 | 0.00 | 0.00 | 0.00 | 1.10 | 0.00 | 0.30 | 9.80 | 0.00 | 0.00 | 0.00 | 0.00 | 31.60 | 31.60 | | $0.00 | $7,110.00 | **$7,110.00** |
| **GRAND TOTAL:** | 179.90 | 200.90 | 1372.50 | 6990.90 | 843.50 | 1990.40 | 63.50 | 0.00 | 0.00 | 205.10 | 154.30 | 508.80 | 1503.00 | 0.00 | 9.90 | 0.00 | 0.00 | 14022.70 | 14,022.70 | | $0.00 | $8,068,107.50 | **$8,068,107.50** |