# EXHIBIT 2

*In re Pork Antitrust Litigation*
Case No. 18-cv-01776 (JRT/HB)

**Expense Summary**

Firm: **Pearson, Simon & Warshaw, LLP**
Reporting Period: **Inception through February 28, 2022**

| Expense | Amount |
| --- | --- |
| Court Costs (*i.e.*, Filing Fees) | $1,500.00 |
| Experts / Consultants | $17,242.00 |
| Federal Express / UPS | $0.00 |
| Postage / U.S. Mail | $0.00 |
| Service of Process | $2,088.10 |
| Messenger / Delivery | $475.00 |
| Hearing Transcripts | $0.00 |
| Investigation | $0.00 |
| Westlaw / Lexis | $2,176.86 |
| Photocopies (in House) | $0.00 |
| Photocopies (Outside) | $0.00 |
| Telephone / Telecopier | $473.01 |
| Travel – Transportation* | $3,864.89 |
| Travel – Meals** | $195.39 |
| Travel – Hotels | $1,079.94 |
| Miscellaneous | $0.00 |
| **Total** | **$29,095.19** |

\* Air travel is billed at coach fare.
\*\* $75 per person per day cap.