UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT/HB) |
| This Document Relates To:<br><br>THE COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | **Commercial and Institutional Indirect Purchaser Plaintiffs' Motion to Approve the Manner and Form of Class Notice Regarding Settlement with Smithfield Foods, Inc.** |

Commercial and Institutional Indirect Purchaser Plaintiffs respectfully move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order approving the manner and form of class notice regarding their settlement with Smithfield Foods, Inc. and granting any such further relief as the Court may deem just and proper.

Dated: May 19, 2022

**Larson · King, LLP**

By  *s/ Shawn M. Raiter*
Shawn M. Raiter (#240424)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
sraiter@larsonking.com

Jonathan W. Cuneo (admitted *pro hac vice*)
Blaine Finley (admitted *pro hac vice*)
**Cuneo Gilbert & LaDuca, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC  20016
(202) 789-3960
jonc@cuneolaw.com
bfinley@cuneolaw.com

2

**Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**