UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB)<br><br>Honorable John R. Tunheim<br><br>**STATUS UPDATE REGARDING DIRECT PURCHASER PLAINTIFFS' CLAIMS PROCESS** |

The Direct Purchaser Plaintiffs ("DPPs") respectfully submit this status update to the Court regarding the previously-approved claims process.

On March 7, 2022, this Court approved the notice plan and claims process to JBS and Smithfield Settlement Class members. *See* ECF No. 1208 (Order approving Notice Plan and Claims Process, "Order"). The notice plan and claims process provided Settlement Class members with direct notice and included individualized and pre-populated claim forms, as well as information on (1) how to make a claim, (2) how to get more information, and (3) the relevant deadlines. Following the Order, the Claims Administrator implemented the Notice Plan and Claims Process, and the pre-populated documents were disseminated to the Settlement Class members on April 15, 2022. The current deadline to submit a claim is June 14, 2022. *Id.* To date, several claims have already been received.

On May 9, 2022, Interim Co-Lead Counsel was informed that there was a calculation error in connection with the generation of the pre-populated claim forms which resulted in the purchase amounts from Tyson being overstated for some Settlement Class

members. Upon learning of the issue, Interim Co-Lead Counsel immediately conferred with the Settlement Administrator to adopt and implement corrective action.

With regard to claims that have already been submitted and that are affected by the calculation error, Interim Co-Lead Counsel and the Claims Administrator have begun informing those Claimants of the miscalculation—including via mail (*see* Postcard Correspondence attached hereto as Exhibit 1)—and are providing them an opportunity to assess and respond to the corrected amounts.[1] The Claims Administrator will allow these Claimants 30 additional days—until July 14, 2022—to either (1) accept the corrected amounts, or (2) challenge or supplement the corrected amounts by submitting the Court-approved Purchase Audit Request Form and back-up documents. If the Claimant does not respond, the Claims Administrator will use the corrected purchase amount to calculate their *pro rata* share of the distribution.

With regard to not-yet-submitted claims, Interim Co-Lead Counsel and the Claims Administrator have already updated the online pre-populated claim form for each impacted Settlement Class member and posted the following bulletin:

> ON MAY 19, 2022 TYSON PURCHASE AMOUNTS WERE CORRECTED AND MAY DIFFER FROM AMOUNTS PRINTED ON PRE-POPULATED CLAIM FORMS. PLEASE CAREFULLY REVIEW THE INFORMATION CONTAINED HERE, INCLUDING THE ACKNOWLEDGEMENT REGARDED THE CORRECTED PURCHASE AMOUNTS AT THE TIME OF CLAIM SUBMISSION. IF YOU HAVE ANY QUESTIONS, CONTACT THE CLAIMS ADMINISTRATOR AT (866) 797-0864 OR info@PorkAntitrustLitigation.com.

---

[1] The majority of Settlement Class members were not impacted by this miscalculation. Those unimpacted Settlement Class members and Claimants will not be contacted about the error, and will be required to abide by the Court-approved procedures and deadlines.

Any impacted Settlement Class member who files a claim online after this date will be notified of the issue and their corrected purchase amounts will be displayed. Consistent with the Court-approved claims process, these Claimants will have the option of (1) accepting their corrected total, including a check box acknowledgement of the corrected Tyson purchase amount, or (2) requesting an extension of time until July 14, 2022 (an additional 30 days) to submit a Purchase Audit Request Form. The Claims Administrator will grant any requests for an extension of time received prior to the original claim deadline (June 14, 2022). Any Settlement Class members who file a timely claim via mail containing a calculation error will be sent a copy of the Postcard Correspondence attached as Exhibit 1.

Interim Co-Lead Counsel will continue to work with the Claims Administrator and closely monitor the ongoing claims process. Should the Court require additional information regarding the claims prices, Interim Co-Lead Counsel is available. In any event, Interim Co-Lead Counsel will prepare and submit a further status report on June 29, 2022 (*see* Order, ECF No. 1208).

Date: May 20, 2022

/s/ W. Joseph Bruckner
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Joseph C. Bourne (MN #0389922)
Arielle S. Wagner (MN #0398332)
Stephen M. Owen (MN #0399370)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
T:  (612) 339-6900
F:  (612) 339-0981
*wjbruckner@locklaw.com*
*bdclark@locklaw.com*
*jcbourne@locklaw.com*
*aswagner@locklaw.com*
*smowen@locklaw.com*

Clifford H. Pearson (*Pro Hac Vice*)
Daniel Warshaw (*Pro Hac Vice*)
Thomas J. Nolan (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T:  (818) 788-8300
F:  (818) 788-8104
*cpearson@pswlaw.com*
*dwarshaw@pswlaw.com*
*tnolan@pswlaw.com*
*bpouya@pswlaw.com*
*mpearson@pswlaw.com*

Bruce L. Simon (*Pro Hac Vice*)
Benjamin E. Shiftan (*Pro Hac Vice*)
Neil Swartzberg (*Pro Hac Vice*)
**PEARSON, SIMON & WARSHAW, LLP**
350 Sansome Street, Suite 680
San Francisco, CA 94104
T:  (415) 433-9000
F:  (415) 433-9008
*bsimon@pswlaw.com*
*bshiftan@pswlaw.com*
*nswartzberg@pswlaw.com*

Melissa S. Weiner (MN #0387900)
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
T:  (612) 389-0600
F:  (612) 389-0610
*mweiner@pswlaw.com*

*Interim Co-Lead Class Counsel for the Direct Purchaser Plaintiff Class*