# EXHIBIT 1

**Pork Direct Antitrust Litigation**
c/o A.B. Data, Ltd.
P.O. Box 173117
Milwaukee, WI 53217

# IMPORTANT UPDATE REGARDING
*IN RE PORK ANTITRUST LITIGATION, CASE NO. 0:18-CV-01776*
**(THE DIRECT PURCHASER PLAINTIFF ACTION)**

Unique ID: _____

On or about April 15, 2022, you were sent a Notice and Claim Form related to previously-approved Settlements reached in a class action antitrust lawsuit filed on behalf of Direct Purchasers of Pork in the United States with Settling Defendants Smithfield Foods, Inc. ("Smithfield") and JBS USA Food Company, JBS USA Food Company Holdings, and Swift Pork Company (collectively, "JBS").  The Claim Form that was sent to you was pre-populated to reflect the amounts of your Pork purchases from all Defendants, based on a review of Defendants' records. You had the option to accept the pre-populated purchase amounts or, if you disagreed with or wanted to supplement those amounts, provide additional purchase information and supporting documentation.

**It has come to our attention that the pre-populated purchase information for Tyson Foods, Inc., Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc. ("Tyson") reflected on your Claim Form may have been incorrect**. To access the corrected Tyson purchase amounts, please use the Unique ID on the front of this postcard to log on to www.PorkAntitrustLitigation.com, review your corrected purchase information electronically. This postcard provides you with further options regarding your claim.

If you take no further action, the amount that you receive from the Settlements will be calculated based on a pro rata share of the corrected amounts.

If you do not agree with the corrected amounts, we are providing you with a continuance until July 14, 2022 to complete the Purchase Audit Request form posted on www.PorkAntitrustLitigation.com or complete an updated online claim.

You can find other important documents and information about the current status of the litigation by visiting www.PorkAntitrustLitigation.com. You may also contact the Settlement Administrator at info@PorkAntitrustLitigation.com or toll-free at 1-866-797-0864.