UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB)<br><br>Honorable John R. Tunheim<br><br>**STIPULATION REGARDING WITHDRAWAL OF NORTHWESTERN SELECTA, INC.'S EXCLUSION FROM THE SETTLEMENT BETWEEN DIRECT PURCHASER PLAINTIFFS AND JBS DEFENDANTS** |

The Direct Purchaser Plaintiffs ("DPPs") and Defendants JBS USA Food Company, JBS USA Food Company Holdings, and Swift Pork Company (collectively, "JBS"), through their counsel, hereby stipulate as follows:

WHEREAS, on November 17, 2020, DPPs and JBS entered into a Settlement that provided for a payment of $24,500,000;

WHEREAS, on July 26, 2021, the Court entered an Order Granting Final Approval of the Settlement (ECF No. 838), including a list of entities that were excluded (ECF No. 838-1);

WHEREAS, Northwestern Selecta, Inc. submitted a timely opt out request and was included in the Court's list of excluded entities (*see* #4, ECF No. 838-1);

WHEREAS, on May 4, 2022, Northwestern Selecta, Inc. contacted the Claims Administrator requesting withdrawal of the prior exclusion;

1

WHEREAS, the DPPs and JBS have met and conferred regarding Northwestern Selecta, Inc.'s request and consent to it; and

IT IS HEREBY STIPULATED THAT Northwestern Selecta, Inc.'s exclusion from the DPPs' Settlement with JBS be withdrawn.

Dated:  May 20, 2022

| **SPENCER FANE LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| By: */s/ Sami H. Rashid*<br>Donald G. Heeman, #286023<br>Jessica J. Nelson, #347358<br>Randi J. Winter, #391354<br>100 South Fifth Street, Suite 2500<br>Minneapolis, MN  55402<br>Telephone:  (612) 268-7000<br>Facsimile:  (612) 268-7001<br>dheeman@spencerfane.com<br>jnelson@spencerfane.com<br>rwinter@spencerfane.com | Stephen R. Neuwirth (*pro hac vice*)<br>Michael B. Carlinsky (*pro hac vice*)<br>Sami H. Rashid (*pro hac vice*)<br>Richard T. Vagas (*pro hac vice*)<br>David B. Adler (*pro hac vice*)<br>Heather Christenson (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>Facsimile:  (212) 849-7100<br>stephenneuwirth@quinnemanuel.com<br>michaelcarlinsky@quinnemanuel.com<br>samirashid@quinnemanuel.com<br>richardvagas@quinnemanuel.com<br>davidadler@quinnemanuel.com<br>heatherchristenson@quinnemanuel.com |

*Attorneys for Defendants JBS USA Food Company, JBS USA Food Company Holdings, and Swift Pork Company*

Date: May 20, 2022

*/s/ W. Joseph Bruckner*
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Joseph C. Bourne (MN #0389922)
Arielle S. Wagner (MN #0398332)
Stephen M. Owen (MN #0399370)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
T:  (612) 339-6900
F:  (612) 339-0981
*wjbruckner@locklaw.com*
*bdclark@locklaw.com*
*jcbourne@locklaw.com*
*aswagner@locklaw.com*
*smowen@locklaw.com*

Clifford H. Pearson (*Pro Hac Vice*)
Daniel Warshaw (*Pro Hac Vice*)
Thomas J. Nolan (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T:  (818) 788-8300
F:  (818) 788-8104
*cpearson@pswlaw.com*
*dwarshaw@pswlaw.com*
*tnolan@pswlaw.com*
*bpouya@pswlaw.com*
*mpearson@pswlaw.com*

Bruce L. Simon (*Pro Hac Vice*)
Benjamin E. Shiftan (*Pro Hac Vice*)
Neil Swartzberg (*Pro Hac Vice*)
**PEARSON, SIMON & WARSHAW, LLP**
350 Sansome Street, Suite 680
San Francisco, CA 94104
T:  (415) 433-9000
F:  (415) 433-9008
*bsimon@pswlaw.com*
*bshiftan@pswlaw.com*
*nswartzberg@pswlaw.com*

Melissa S. Weiner (MN #0387900)
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
T:  (612) 389-0600
F:  (612) 389-0610
*mweiner@pswlaw.com*

*Interim Co-Lead Class Counsel for the Direct Purchaser Plaintiff Class*

Date: May 18, 2022

/s/ *[signature]*
Rebeca F. Rojas Colón, Esq.
VP & General Counsel
**NORTHWESTERN SELECTA, INC.**
796 Calle C Urbanización Industrial Juliá
San Juan, PR 00920-2110
PO Box 10718
San Juan, PR 00922-0718
T:  (787) 781-1950
F:  (787) 781-1125
*Rrojas@northwesternselecta.com*

*General Counsel for Northwestern Selecta, Inc.*

4