UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB)<br><br>Honorable John R. Tunheim<br><br>**[PROPOSED] ORDER REGARDING WITHDRAWAL OF NORTHWESTERN SELECTA, INC.'S EXCLUSION FROM THE SETTLEMENT BETWEEN DIRECT PURCHASER PLAINTIFFS AND JBS DEFENDANTS** |

Having considered the stipulation of the Parties (ECF No. 1376), the Court hereby Orders that Northwestern Selecta, Inc.'s exclusion from the Direct Purchaser Plaintiffs' Settlement with the JBS Defendants is withdrawn. This Order hereby modifies the Exclusion Report attached as Exhibit A to the Order Granting Final Approval of the Settlement (ECF No. 838-1) accordingly.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. John R. Tunheim
Chief Judge
United States District Court

974994.2

1