# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Consumer Indirect Purchaser Plaintiff Actions | Civil No. 18-cv-1776 (JRT/HB)<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENT** |

Pursuant to Local Rule 5.6, the Errata to the Declaration of Hal J. Singer, Ph.D. in Support of Consumer Indirect Purchaser Plaintiffs' Motion for Class Certification has been filed under seal (ECF No. 1380) because the material contained within either references or directly discusses materials that have been designated as confidential or highly confidential by the producing parties pursuant to the Protective Order in this action (ECF No. 212). The underlying expert declaration has also been submitted under seal in its entirety (*see* ECF No. 1347, filed May 2, 2022).

DATED: May 27, 2022            HAGENS BERMAN SOBOL SHAPIRO LLP

                               By:  */s/ Shana E. Scarlett*
                                    SHANA E. SCARLETT
                               Rio Pierce
                               715 Hearst Avenue, Suite 202
                               Berkeley, California 94710
                               Telephone: (510) 725-3000

010736-11 1207613V1

Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*