## UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB)<br><br>Honorable John R. Tunheim<br><br>**NOTICE OF RECENT DECISION IN SUPPORT OF CLASS PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION** |

In support of their pending Motions for Class Certification (ECF Nos. 1318 (DPPs), 1334 (CIIPPs), 1340 (CIPs)), the Class Plaintiffs respectfully submit the recent decision in *In re Broiler Chicken Antitrust Litigation* **granting the Class Plaintiffs' motions for class certification and denying defendants'** *Daubert* **motions**. *See In re Broiler Chicken Antitrust Litig.*, Case No. 1:16-cv-08637, ECF No. 5644 attached hereto as Exhibit 1.

The Order in *Broilers* is directly relevant to the pending Motions for Class Certification. In *Broilers*, the Class Plaintiffs allege an antitrust conspiracy to limit supply and artificially inflate the price of broiler chicken by the largest producers in that industry. Here, the Class Plaintiffs allege a nearly identical conspiracy in the pork industry. Indeed, the *Broilers* lawsuit has been cited in numerous pleadings in this case, as well as referenced by the Court both substantively and procedurally (*e.g.*, guidance on discovery matters).

Date: May 27, 2022

*/s/ W. Joseph Bruckner*
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Joseph C. Bourne (MN #0389922)
Arielle S. Wagner (MN #0398332)
Stephen M. Owen (MN #0399370)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
*wjbruckner@locklaw.com*
*bdclark@locklaw.com*
*jcbourne@locklaw.com*
*aswagner@locklaw.com*
*smowen@locklaw.com*

Clifford H. Pearson (*Pro Hac Vice*)
Daniel Warshaw (*Pro Hac Vice*)
Thomas J. Nolan (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
F: (818) 788-8104
*cpearson@pswlaw.com*
*dwarshaw@pswlaw.com*
*tnolan@pswlaw.com*
*bpouya@pswlaw.com*
*mpearson@pswlaw.com*

Bruce L. Simon (*Pro Hac Vice*)
Benjamin E. Shiftan (*Pro Hac Vice*)
Neil Swartzberg (*Pro Hac Vice*)
**PEARSON, SIMON & WARSHAW, LLP**
350 Sansome Street, Suite 680
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
*bsimon@pswlaw.com*
*bshiftan@pswlaw.com*
*nswartzberg@pswlaw.com*

Melissa S. Weiner (MN #0387900)
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
T: (612) 389-0600
F: (612) 389-0610
*mweiner@pswlaw.com*

*Interim Co-Lead Class Counsel for the Direct Purchaser Plaintiff Class*

By: /s/ Shana E. Scarlett
SHANA E. SCARLETT
Rio Pierce
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

By: /s/ Shawn M. Raiter
SHAWN M. RAITER
Shawn M. Raiter (MN#240424)
**LARSON · KING LLP**
30 East Seventh Street Suite
2800 St. Paul, MN 55101
Telephone: (651)312-6518
sraiter@larsonking.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

Jonathan W. Cuneo (*pro hac vice*)
Joel Davidow (*pro hac vice*)
Blaine Finley (p*ro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW
Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com

*Interim Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

975568.4                              3