**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB) |
| | **ORDER REGARDING WITHDRAWAL OF NORTHWESTERN SELECTA, INC.'S EXCLUSION FROM THE SETTLEMENT BETWEEN DIRECT PURCHASER PLAINTIFFS AND JBS DEFENDANTS** |
| This Document Relates to: THE DIRECT PURCHASER PLAINTIFF ACTION | |

The parties filed a Stipulation Regarding Withdrawal of Northwestern Selecta, Inc.'s Exclusion from the Settlement Between Direct Purchaser Plaintiffs and JBS Defendants. (ECF No. 1376)

After consideration of the stipulation, and all of the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that Northwestern Selecta, Inc.'s exclusion from the Direct Purchaser Plaintiffs' Settlement with the JBS Defendants is **WITHDRAWN**. This Order hereby modifies the Exclusion Report attached as Exhibit A to the Order Granting Final Approval of the Settlement (ECF No. 838-1) accordingly.

DATED: June 6, 2022
at Minneapolis, Minnesota.

           s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court