UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

In Re Pork Antitrust Litigation                                No. 18-cv-01776-JRT-HB

This Documents Relates to: All Actions

_____

## NOTICE OF CHANGE OF FIRM AFFILIATION

Cadio Zirpoli, formerly associated with Saveri & Saveri, Inc., who has appeared in this matter for proposed Direct Purchaser Plaintiff class, hereby provides notice to the Court and counsel for the parties that, effective April 28, 2022, he is now a partner of the firm Joseph Saveri Law Firm, LLP, which is not affiliated with Saveri & Saveri, Inc. Counsel will have the below email address, telephone number and street address and will continue to represent the proposed Direct Purchaser Plaintiff class.

Email:  czirpoli@saverilawfirm.com

Telephone number: (415) 500-6800

Address: 601 California Street, Suite 1000, San Francisco, CA 94108

Dated: June 6, 2022

s/ Brian D. Clark
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Joseph C. Bourne (MN #0389922)
Arielle S. Wagner (MN #0398332)
Stephen M. Owen (MN #0399370)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200 Minneapolis, MN 55401

T: (612) 339-6900
F: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
jcbourne@locklaw.com
aswagner@locklaw.com
smowen@locklaw.com

Cadio Zirpoli (Pro Hac Vice)
Joseph Saveri Law Firm
601 California Street, Suite 1000
San Francisco, CA 94108
T: (415) 500-6800
F: (415) 395-9940
czirpoli@saverilawfirm.com