UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Court File No. 18-cv-1776-JRT-HB |
| This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | **NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), the undersigned hereby notifies the Court and counsel that Ling Wang is no longer with the firm Gustafson Gluek PLLC and is withdrawing her representation of Consumer Indirect Purchaser Plaintiffs in this matter. Plaintiffs will continue to be represented by the remaining counsel of record from Gustafson Gluek PLLC.

Dated: June 6, 2022

                                               *s/Daniel C. Hedlund*
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-lead Counsel for Consumer Indirect Purchaser Plaintiffs*