## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776-JRT-HB |
| This Document Relates to:<br><br>*All Actions* | **NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), the undersigned hereby notifies the Court and counsel that Madeline Greathouse is no longer with the firm Axinn, Veltrop & Harkrider LLP and is withdrawing her representation of (1) Tyson Foods, Inc., (2) Tyson Prepared Foods, Inc., and (3) Tyson Fresh Meats, Inc. in this matter. All other Axinn, Veltrop & Harkrider LLP counsel of record shall remain the same.

Dated: June 8, 2022

/s/ *Jarod Taylor*
Jarod Taylor (*pro hac vice*)
**AXINN, VELTROP & HARKRIDER LLP**
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
Brandon Boxbaum (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)
Keith Holleran (*pro hac vice*)
**AXINN, VELTROP & HARKRIDER LLP**

1901 L Street NW
Washington, DC 20036
(202) 912-4700
radcox@axinn.com
trider@axinn.com
lstrang@axinn.com
bboxbaum@axinn.com
avissichelli@axinn.com
kholleran@axinn.com

Kail Jethmalani (*pro hac vice*)
Craig Matthew Reiser (*pro hac vice*)
Andrea Rivers (*pro hac vice*)
Victoria Lu (*pro hac vice*)
**AXINN, VELTROP & HARKRIDER LLP**
114 West 47th Street
New York, NY 10036
(212) 728-2200
kjethmalani@axinn.com
creiser@axinn.com
arivers@axinn.com
vlu@axinn.com

David P. Graham (#0185462)
**DYKEMA GOSSETT PLLC**
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

*Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney, hereby certifies that on June 8, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

*/s/ Jarod Taylor*
Jarod Taylor
