**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re Pork Antitrust Litigation | CASE NO.: 18-cv-1776<br><br>**NOTICE OF APPEARANCE** |

COMES NOW J. Barton Goplerud of Shindler Anderson Goplerud & Weese PC and hereby enters his appearance on behalf of Plaintiffs in the above-captioned matter.

Respectfully submitted,

/s/ J. Barton Goplerud
**J. Barton Goplerud, AT0002983**
SHINDLER ANDERSON GOPLERUD &
WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa  50265-5749
Telephone:     (515) 223-4567
Facsimile:     (515) 223-8887
Email:          goplerud@sagwlaw.com

***ATTORNEYS FOR PLAINTIFFS***

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2022, a true and correct copy of the foregoing was filed electronically to the Clerk of Court via the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ J. Barton Goplerud

1