UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

This Document Relates to:

THE COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS

Civil No. 18-1776 (JRT/HB)

**ORDER GRANTING MOTION TO APPROVE THE MANNER AND FORM OF CLASS NOTICE REGARDING SETTLEMENT WITH SMITHFIELD FOODS, INC.**

Now before the Court is Commercial and Institutional Indirect Purchaser Plaintiffs' ("CIIPPs") Motion to Approve the Manner and Form of Class Notice Regarding Settlement with Smithfield Foods, Inc.

The Court, having reviewed the Motion, its accompanying memorandum and the exhibits thereto, hereby **ORDERS** that the Motion is **GRANTED WITH THE AMENDMENT NOTED BELOW** and a schedule shall be established for the execution of the notice program and for final approval.

1. CIIPPs propose the following schedule, which the Court finds appropriate:

| DATE | EVENT |
|---|---|
| Within 21 days from order directing notice | Settlement Administrator to provide direct mail and email notice, and commence implementation of the publication notice plan |
| 60 days after the commencement of Notice | Last day for Settlement Class members to request exclusion from the Settlement Class; for Settlement Class members to object to the Settlement; and for Settlement Class members to file notices to appear at the Final Fairness Hearing |

| DATE | EVENT |
|---|---|
| 7 days after last day to request exclusion from the Settlements | Co-Lead Counsel to provide Smithfield with a list of all persons and entities who have timely and adequately requested exclusion from the Settlement Class |
| 14 days before the Final Settlement Fairness Hearing | Co-Lead Counsel shall file a motion for final approval of the Settlement and all supporting papers, as well as responses to any objections to the proposed Settlement |
| 40 days after last day to request exclusion from the Settlement or as soon thereafter as the matter may be heard by the Court | Final Fairness Hearing |

2.  Co-Lead Counsel for the CIIPPs are authorized to utilize Epiq Class Action & Claims Solutions, Inc. ("Epiq") and Hilsoft Notifications ("Hilsoft") as the notice administrator for the settlement with Smithfield. As described in the applicable settlement agreement, Co-Lead Counsel may use a portion of the settlement funds to pay for the implementation of the notice plan.

3.  The proposed forms of notice, including the long and short form notices and digital media notices, comply with Rule 23 and due process requirements.  The proposed notices indicate the that the Final Fairness Hearing will be held in Courtroom 15.  The Final Fairness Hearing, however, will occur in Courtroom 14E if it occurs in person.  Co-Lead Counsel and the notice administrator are authorized to disseminate these notices in forms substantially like those presented to the Court with this motion, except that these notices should indicate that the hearing will take place in Courtroom 14E and the address

for Notices of Intention to Appear should also use Courtroom 14E.

IT IS SO ORDERED.


DATED:  June 13, 2022                                      _____s/John R. Tunheim_____
at Minneapolis, Minnesota.                                         JOHN R. TUNHEIM
                                                                               Chief Judge
                                                                 United States District Court