UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil Action No. 18-cv-1776 |
| THIS DOCUMENT RELATES TO: <br><br> ALL CASES | Honorable John R. Tunheim <br> Honorable Hildy Bowbeer |

**MEET AND CONFER STATEMENT FOR DIRECT ACTION PLAINTIFFS'**
**MOTION TO SET DEADLINE FOR DEFENDANTS TO FILE ANSWERS**

On June 14, 2022, I emailed counsel for all Defendants seeking to meet and confer regarding DAPs' plan to file the accompanying Motion to Set a Deadline for Defendants to File Answers. Since then, the parties have conferred in several emails about the relief requested. Defendants did not consent to the motion.

Dated: June 16, 2022

Respectfully submitted,

/s/ Scott E. Gant
Scott E. Gant
Michael S. Mitchell
Sarah L. Jones
Boies Schiller Flexner LLP
1401 New York Ave., NW
Washington, DC 20005
Tel: 202-237-2727
Fax: 202-237-6131
sgant@bsfllp.com
mmitchell@bsfllp.com
sjones@bsfllp.com

1

Colleen Harrison
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: 914-749-8204
Fax: 914-749-8300
charrison@bsfllp.com

Ryan T. McAllister
BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Tel: (518) 434-0600
rmcallister@bsfllp.com

*Counsel for Sysco Corp. and Amory Investments LLC; authorized by other DAP counsel to make this submission*