UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT/HB) |
| This Document Relates to:<br><br>All Class Actions | |

**ORDER AMENDING PRETRIAL SCHEDULING ORDER**

The Court has reviewed and considered the Joint Stipulation to Amend the Pretrial Scheduling Order [ECF No. 1393] between Counsel for the Defendants; Direct Purchaser Plaintiffs ("DPPs"), Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs"), and Consumer Indirect Purchase Plaintiffs ("CIPPs") (together, "Class Plaintiffs") (collectively the "Parties"). The Court finds there is good cause to grant the stipulation, pursuant to Federal Rule of Civil Procedure 16(b)(4) and D. Minn. L.R. 16.3, and the Court hereby amends the Pretrial Scheduling Order [ECF No. 658] to continue the deadlines as set forth in this Order.

| Event | Current Deadlines | New Deadlines |
| --- | --- | --- |
| Defendants to File and Serve Daubert Motions to Exclude Expert Opinion Pertaining to Class Certification | June 30, 2022 | Aug. 24, 2022 |
| Defendants to File and Serve Memorandum in Opposition to Class Certification with Supporting Documents and Expert Reports | June 30, 2022 | Aug. 24, 2022 |
| Plaintiffs to File and Serve Daubert Motions to Exclude Expert Opinion Pertaining to Class Certification and Memoranda in Response to Daubert Motions | Aug. 29, 2022 | Nov. 18, 2022 |
| Plaintiffs to File and Serve Reply and Rebuttal Expert Report to Motion for Class Certification | Aug. 29, 2022 | Nov. 18, 2022 |
| Completion of Fact Discovery | Sept. 1, 2022 | Oct. 31, 2022 |
| Defendant to File and Serve Memoranda in Response to any Daubert Motions filed by Plaintiffs and their Reply ISO their Daubert Motions | Oct. 13, 2022 | Jan. 6, 2023 |
| Plaintiffs to File and Serve Reply Memoranda ISO Their Daubert Motions | Nov. 14, 2022 | Feb. 6, 2023 |

Dated: June 16, 2022

                                    *s/ Hildy Bowbeer*
                                    HILDY BOWBEER
                                    United States Magistrate Judge