# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Court File No. 18-cv-1776 (JRT/HB) |
| This Document Relates To:  All Actions | **JOINT MOTION REGARDING CONTINUED SEALING** |

Direct Action Plaintiffs' (DAPs) have filed amended complaints under temporary seal [ECF Nos. 1278, 1280, 1282, 1283, 1284, 1288, 1290, 1291, 1294, 1296, 1298, 1300, 1302, 1304, 1306, 1308, 1310, 1312, 1314, 1316].  Pursuant to the Court's May 26, 2022 Order [ECF No. 1379] and Local Rule 5.6, Plaintiffs and Defendants submit this Joint Motion Regarding Continued Sealing.

| ECF NO. | ECF NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDEN-TIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 1278 | 1279 | Amended Complaint and Demand for Jury Trial (The Kroger Co., et al.) | JBS USA Food Company ("JBS USA") and Hormel Foods Corporation and Hormel Foods, LLC (together, "Hormel Foods") assert that the redacted portions of this document reflected in Exhibit A should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order.  In addition, ¶¶ 131-133 contain allegations over which the parties are |

| | | | | | meeting and conferring to see whether they can resolve Hormel Foods' concerns regarding the allegations' evidentiary support. |
|---|---|---|---|---|---|

| 1280 | 1281 | Amended Complaint and Demand for Jury Trial (Associated Grocers of the South, Inc., et al.) | JBS USA and Hormel Foods assert that the redacted portions of this document reflected in Exhibit B should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order.  In addition, ¶¶ 134-136 contain allegations over which the parties are meeting and conferring to see whether they can resolve Hormel Foods' concerns regarding the allegations' evidentiary support. |

| 1282 | 1286 | First Amended Complaint Jury Trial Demanded (BJ's Wholesale Club, Inc.) | JBS USA and Hormel Foods assert that the redacted portions of this document reflected in Exhibit C should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order.  In addition, ¶ 145 contains allegations over which the parties are meeting and conferring to see whether they can resolve Hormel Foods' concerns regarding the allegations' evidentiary support. |

| 1283 | 1287 | First Amended Complaint Jury Trial Demanded (Sherwood Food Distributors, L.L.C., et al.) | JBS USA and Hormel Foods assert that the redacted portions of this document reflected in Exhibit D should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order.  In addition, ¶ 145 contains allegations over which the parties are meeting and conferring to see whether they can resolve Hormel Foods' concerns regarding the allegations' evidentiary support. |

| 1284 | 1285 | First Amended Complaint Jury Trial Demanded (Jetro Holdings, LLC) | JBS USA and Hormel Foods assert that the redacted portions of this document reflected in Exhibit E should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order.  In addition, ¶ 145 contains allegations over which the parties are meeting and conferring to see whether they can resolve Hormel Foods' concerns regarding the allegations' evidentiary support. |

| 1288 | 1289 | Amended Complaint Jury Trial Demanded (Sysco Corporation) | JBS USA and Hormel Foods assert that the redacted portions of this document reflected in Exhibit F should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order.  In addition, ¶¶ 269-271 contain allegations over which the parties are meeting and conferring to see whether they can resolve Hormel Foods' concerns regarding the allegations' evidentiary support. |

| 1290 | 1292 | Amended Complaint Jury Trial Demanded (Amory Investments LLC) | JBS USA and Hormel Foods assert that the redacted portions of this document reflected in Exhibit G should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order.  In addition, ¶¶ 269-271 contain allegations over which the parties are meeting and conferring to see whether they can resolve Hormel Foods' concerns regarding the allegations' evidentiary support. |

| 1291 | 1293 | Amended Complaint Jury Trial Demanded (Aldi Inc.) | JBS USA and Hormel Foods assert that the redacted portions of this document reflected in Exhibit H should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order. |

| 1294 | 1295 | Plaintiffs' Amended Complaint and Demand for Jury Trial (Action Meat Distributors, Inc., et al.) | JBS USA and Hormel Foods assert that the redacted portions of this document reflected in Exhibit I should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order.  In addition, ¶¶ 154-156 contain allegations over which the parties are meeting and conferring to see whether they can resolve Hormel Foods' concerns regarding the allegations' evidentiary support. |

| 1296 | 1297 | Amended Complaint and Demand for Jury Trial (Restaurant Services, Inc.) | JBS USA and Hormel Foods assert that the redacted portions of this document reflected in Exhibit J should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order.  In addition, ¶¶ 164-166 contain allegations over which the parties are meeting and conferring to see whether they can resolve Hormel Foods' concerns regarding the allegations' evidentiary support. |

| 1298 | 1299 | Amended Complaint and Demand for Jury Trial (Subway Protein Litigation Corp.) | JBS USA and Hormel Foods assert that the redacted portions of this document reflected in Exhibit K should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order.  In addition, ¶¶ 164-166 contain allegations over which the parties are meeting and conferring to see whether they can resolve Hormel Foods' concerns regarding the allegations' evidentiary support. |

| 1300 | 1301 | Amended Complaint and Demand for Jury Trial (Cheney Brothers, Inc.) | JBS USA and Hormel Foods assert that the redacted portions of this document reflected in Exhibit L should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order.  In addition, ¶¶ 161-163 contain allegations over which the parties are meeting and conferring to see whether they can resolve Hormel Foods' concerns regarding the allegations' evidentiary support. |

| 1302 | 1303 | Amended Complaint and Demand for Jury Trial (Buffalo Wild Wings, Inc.) | JBS USA and Hormel Foods assert that the redacted portions of this document reflected in Exhibit M should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order.  In addition, ¶¶ 162-164 contain allegations over which the parties are meeting and conferring to see whether they can resolve Hormel Foods' concerns regarding the allegations' evidentiary support. |

| 1304 | 1305 | Amended Complaint and Demand for Jury Trial (Sonic Industries Services, Inc.) | JBS USA and Hormel Foods assert that the redacted portions of this document reflected in Exhibit N should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order. In addition, ¶¶ 164-166 contain allegations over which the parties are meeting and conferring to see whether they can resolve Hormel Foods' concerns regarding the allegations' evidentiary support. |

| 1306 | 1307 | Amended Complaint and Demand for Jury Trial (Jimmy John's Buying Group SPV, LLC) | JBS USA and Hormel Foods assert that the redacted portions of this document reflected in Exhibit O should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order.  In addition, ¶¶ 162-164 contain allegations over which the parties are meeting and conferring to see whether they can resolve Hormel Foods' concerns regarding the allegations' evidentiary support. |

| 1308 | 1309 | Amended Complaint and Demand for Jury Trial (CKE Restaurants Holdings, Inc.) | JBS USA and Hormel Foods assert that the redacted portions of this document reflected in Exhibit P should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order.  In addition, ¶¶ 164-166 contain allegations over which the parties are meeting and conferring to see whether they can resolve Hormel Foods' concerns regarding the allegations' evidentiary support. |

| 1310 | 1311 | Amended Complaint and Demand for Jury Trial (Wawa, Inc.) | JBS USA and Hormel Foods assert that the redacted portions of this document reflected in Exhibit Q should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order.  In addition, ¶¶ 162-164 contain allegations over which the parties are meeting and conferring to see whether they can resolve Hormel Foods' concerns regarding the allegations' evidentiary support. |

| 1312 | 1313 | Amended Complaint Jury Trial Demanded (Conagra Brands, Inc.) | JBS USA and Hormel Foods assert that the redacted portions of this document reflected in Exhibit R should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order.  In addition, ¶¶ 144-146 contain allegations over which the parties are meeting and conferring to see whether they can resolve Hormel Foods' concerns regarding the allegations' evidentiary support. |

| 1314 | 1315 | Amended Complaint Jury Trial Demanded (Howard B Samuels) | JBS USA and Hormel Foods assert that the redacted portions of this document reflected in Exhibit S should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order.  In addition, ¶¶ 144-146 contain allegations over which the parties are meeting and conferring to see whether they can resolve Hormel Foods' concerns regarding the allegations' evidentiary support. |

| 1316 | 1317 | Second Amended Complaint Jury Trial Demanded (Nestle Purina Petcare Company, et al.) | JBS USA and Hormel Foods assert that the redacted portions of this document reflected in Exhibit T should remain sealed.<br><br>The DAPs and the other Defendants take no position on JBS USA's and Hormel Foods' request for continued sealing. | | JBS USA asserts that the redacted portions of the document contain excerpts of nonpublic documents that have been designated as Confidential or Highly Confidential pursuant to the Protective Order.<br><br>Hormel Foods asserts that the redacted allegations contain nonpublic statements and document excerpts that are confidential business information and have been designated as Confidential or Highly Confidential pursuant to the Protective Order.  In addition, ¶¶ 1145-147 contain allegations over which the parties are meeting and conferring to see whether they can resolve Hormel Foods' concerns regarding the allegations' evidentiary support. |

Dated:  June 17, 2022                    KENNY NACHWALTER P.A.

By: */s/ Richard A. Arnold*
    Richard A. Arnold, Esquire
    William J. Blechman, Esquire
    Anna T. Neill, Esquire
    Kevin A. Murray, Esquire
    Douglas H. Patton, Esquire
    Samuel J. Randall, Esquire
    Michael A. Ponzoli, Esquire
    1441 Brickell Avenue
    Suite 1100
    Miami, Florida 33131
    Tel: (305) 373-1000
    Fax: (305) 372-1861
    rarnold@knpa.com
    wblechman@knpa.com
    aneill@knpa.com
    kmurray@knpa.com
    dpatton@knpa.com
    srandall@knpa.com
    mponzoli@knpa.com

*Attorneys for Plaintiffs The Kroger Co.; Albertsons Companies, Inc.; Hy-Vee, Inc.; Save Mart Supermarkets; and Us Foods, Inc.*

Dated:  June 17, 2022

By: */s/ David P. Germaine*
    David P. Germaine
    SPERLING & SLATER, P.C.
    55 West Monroe Street, Suite 3200
    Chicago, Illinois 60603
    Tel: (312) 641-3200
    Fax: (312) 641-6492
    dgermaine@sperling-law.com

    Paul E. Slater
    Joseph M. Vanek
    Alberto Rodriguez
    Jeffrey H. Bergman
    SPERLING & SLATER, P.C.
    55 West Monroe Street, Suite 3200
    Chicago, Illinois 60603
    Tel: (312) 641-3200
    Fax: (312) 641-6492
    pes@sperling-law.com
    jvanek@sperling-law.com
    arodriguez@sperling-law.com
    jbergman@sperling-law.com

SHERRARD ROE VOIGT &
HARBISON, PLC
Phillip F. Cramer
Christina Lopez
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Phone: (615) 742-4200
pcramer@srvhlaw.com
clopez@srvhlaw.com

*Attorneys for Plaintiffs Associated Grocers of the South, Inc., Dollar General Corporation, Dolgencorp, LLC; Meijer, Inc.; Meijer Distribution, Inc.; Publix Super Markets, Inc.; Raley's, United Natural Foods, Inc.; Supervalu, Inc.; Associated Grocers of Florida, Inc.; Unified Grocers, Inc.; Tony's Fine Foods; and Wakefern Food Corp.*

Dated:  June 17, 2022                    By: */s/ Philip J. Iovieno*
                                         Philip J. Iovieno
                                         Nicholas A. Gravante, Jr.
                                         Jack G. Stern
                                         Mark A. Singer
                                         Elizabeth R. Moore
                                         Zygimante Andrijauskaite
                                         CADWALADER, WICKERSHAM &
                                         TAFT LLP
                                         200 Liberty Street
                                         New York, NY 10281
                                         Tel: (212) 504-6000
                                         Fax: (212) 504-6666
                                         philip.iovieno@cwt.com
                                         nicholas.gravante@cwt.com
                                         jack.stern@cwt.com
                                         mark.singer@cwt.com
                                         elizabeth.moore@cwt.com
                                         zygimante.andrijauskaite@cwt.com

*Attorneys for Plaintiffs BJ's Wholesale Club, Inc.; Sherwood Food Distributors,
L.L.C.; Harvest Meat Company, Inc.; Western Boxed Meat Distributors, Inc.;
Hamilton Meat, LLC; and Jetro Holdings, LLC*

Dated:  June 17, 2022                    By: */s/ Scott E. Gant*
                                              Scott E. Gant
        Michael S. Mitchell
        Sarah L. Jones
        BOIES SCHILLER FLEXNER LLP
        1401 New York Ave., NW
        Washington, DC 20005
        Tel: 202-237-2727
        Fax: 202-237-6131
        sgant@bsfllp.com
        mmitchell@bsfllp.com

        Colleen Harrison
        BOIES SCHILLER FLEXNER LLP
        333 Main Street
        Armonk, NY 10504
        Tel: 914-749-8204
        Fax: 914-749-8300
        charrison@bsfllp.com

        Ryan T. McAllister
        BOIES SCHILLER FLEXNER LLP
        30 South Pearl Street, 11th Floor
        Albany, NY 12207
        Tel: (518) 434-0600
        rmcallister@bsfllp.com

*Attorneys for Plaintiffs Sysco Corporation and Amory Investments LLC*

26

Dated:  June 17, 2022        By: */s/ William C. Lavery*
                        William C. Lavery
                        Christopher P. Wilson
                        Danielle Morello
                        Wyatt M. Carlock
                        BAKER BOTTS LLP
                        700 K Street NW
                        Washington, DC 20001
                        Telephone: (202) 639-7700
                        Facsimile: (202) 639-7890
                        william.lavery@bakerbotts.com
                        christopher.wilson@bakerbotts.com
                        danielle.morello@bakerbotts.com
                        wyatt.carlock@bakerbotts.com

                  *Attorneys for Plaintiff Aldi, Inc.*

Dated:  June 17, 2022

By: */s/ Richard L. Coffman*  
    Richard L. Coffman  
    THE COFFMAN LAW FIRM  
    3355 W. Alabama Street, Suite 240  
    Houston, TX 77098  
    Telephone: 713-528-6700  
    rcoffman@coffmanlaw.com

L&G LAW GROUP, LLP  
Eric R. Lifvendahl  
175 W. Jackson, Suite 950  
Chicago, IL 60604  
Telephone: 312-456-2707  
Facsimile: 312-364-1003  
elifvendahl@lgcounsel.com

KAPLAN FOX & KILSHEIMER, LLP  
Robert N. Kaplan  
Matthew P. McCahill  
Jason A. Uris  
850 Third Avenue, 14th Floor  
New York, NY 10022  
Telephone: 212-687-1980  
Facsimile: 212-687-7714  
rkaplan@kaplanfox.com  
mmccahill@kaplanfox.com  
juris@kaplanfox.com

MARCUS & SHAPIRA LLP  
Bernard D. Marcus  
Moira Cain-Mannix  
Brian C. Hill  
301 Grant Street  
One Oxford Centre, 35th Floor  
Pittsburgh, PA 15219-6401  
Telephone: 412-471-3490  
Facsimile: 412-391-8758  
marcus@marcus-shapira.com  
cain-mannix@marcus-shapira.com  
hill@marcus-shapira.com

*Attorneys for Plaintiffs Action Meat Distributors, Inc.; Topco Associates, LLC; Alex Lee, Inc. and Merchants Distributors, LLC; Associated Food Stores, Inc.; Brookshire Grocery Company; Certco, Inc.; Colorado Boxed Beef Co.; The Golub Corporation; Nicholas & Co., Inc.; PFD Enterprises, Inc.; Spartannash Company; Springfield Grocer Company; The Distribution Group d/b/a Van Eerden Foodservice Co.; Troyer Foods, Inc.; URM Stores, Inc.; Giant Eagle, Inc.; and Unipro Foodservice, Inc.*

Dated:  June 17, 2022                    By: */s/ David B. Esau*
                                      David B. Esau (Florida Bar No. 650331)
                                      Email: desau@carltonfields.com
                                      Kristin A. Gore (Florida Bar No. 59090)
                                      Email: kgore@carltonfields.com
                                      Garth T. Yearick (Florida Bar No. 96105)
                                      Email: gyearick@carltonfields.com
                                      CARLTON FIELDS, P.A.
                                      525 Okeechobee Boulevard, Suite 1200
                                      West Palm Beach, Florida 33401
                                      Tel: (561) 659-7070
                                      Fax: (561) 659-7368

                                      Roger S. Kobert (Florida Bar No. 765295)
                                      Email: rkobert@carltonfields.com
                                      CARLTON FIELDS, P.A.
                                      405 Lexington Avenue, 36th Floor
                                      New York, New York 10174
                                      Tel: (212) 785-2577
                                      Fax: (212) 785-5203

                                      Aaron A. Holman (Florida Bar No. 1010729)
                                      Email: aholman@carltonfields.com
                                      CARLTON FIELDS, P.A.
                                      200 S. Orange Avenue, Suite 1000
                                      Orlando, Florida 32801
                                      Tel: (407) 849-0300
                                      Fax: (407) 648-9099

*Attorneys for Plaintiffs Restaurant Services, Inc.; Subway Protein Litigation Corp., as litigation trustee of the Subway® Protein Litigation Trust; Cheney Brothers, Inc.; Buffalo Wild Wings, Inc.; Sonic Industries Services Inc.; Jimmy John's Buying Group SPV, LLC; CKE Restaurants Holdings, Inc.; and Wawa, Inc.*

Dated:  June 17, 2022                    By: */s/ David C. Eddy*
                                                    David C. Eddy
                                                    Dennis J. Lynch
                                                    Travis C. Wheeler
                                                    NEXSEN PRUET LLC
                                                    1230 Main Street, Suite 700
                                                    Columbia, SC 29201
                                                    Telephone: (803) 771-8900
                                                    Facsimile: (803) 253-8277

*Attorneys for Plaintiffs Conagra Brands, Inc.; Trustee, Howard B. Samuels, acting solely in his capacity as Chapter 7 trustee for the bankruptcy of the estate of Central Grocers, Inc.; Strack and Van Til Super Market, Inc;, SVT, Inc.; Nestlé Purina PetCare Company; and Nestlé USA, Inc.*

Dated:  June 17, 2022

HOGAN LOVELLS US LLP

By: */s/ Peter H. Walsh*
    Peter H. Walsh, #388672
    80 South Eighth Street, Suite 1225
    Minneapolis, MN 55402
    Telephone:  (612) 402-3000
    Facsimile:  (612) 402-3001
    peter.walsh@hoganlovells.com

HOGAN LOVELLS US LLP
    William L. Monts III (*pro hac vice*)
    Justin W. Bernick (*pro hac vice*)
    555 Thirteenth Street, NW
    Washington, DC 20004
    Telephone:  (202) 637-5600
    Facsimile:  (202) 637-5910
    william.monts@hoganlovells.com
    justin.bernick@hoganlovells.com

*Attorneys for Defendant Agri Stats, Inc.*

Dated:  June 17, 2022

GREENE ESPEL PLLP

By: */s/ Mark L. Johnson*
    Mark L. Johnson, #345520
    Davida S. McGhee, #0400175
    222 South Ninth Street, Suite 2200
    Minneapolis, MN 55402
    Telephone:  (612) 373-0830
    Facsimile: (612) 373-0929
    mjohnson@greeneespel.com
    dwilliams@greeneespel.com

KIRKLAND & ELLIS LLP
    Daniel Laytin (*pro hac vice*)
    Christa Cottrell (*pro hac vice*)
    300 North LaSalle Street
    Chicago, IL 60654
    Telephone:  (312) 862-2000
    Facsimile: (312) 862-2200
    daniel.laytin@kirkland.com
    christa.cottrell@kirkland.com

*Attorneys for Defendants Clemens Food Group, LLC and The Clemens Family Corporation*

Dated:  June 17, 2022                          FAEGRE DRINKER BIDDLE & REATH LLP

                                               By: */s/ Richard A. Duncan*_____
                                                   Richard A. Duncan, #192983
                                                   Aaron D. Van Oort, #315539
                                                   Craig S. Coleman, #325491
                                                   Emily E. Chow, #388239
                                                   Isaac B. Hall, #395398
                                                   Bryan K. Washburn, #397733
                                                   2200 Wells Fargo Center
                                                   90 South Seventh Street
                                                   Minneapolis, MN 55402-3901
                                                   Telephone: (612) 766-7000
                                                   Facsimile: (612) 766-1600
                                                   richard.duncan@faegredrinker.com
                                                   aaron.vanoort@faegredrinker.com
                                                   craig.coleman@faegredrinker.com
                                                   emily.chow@faegredrinker.com
                                                   isaac.hall@faegredrinker.com
                                                   bryan.washburn@faegredrinker.com

                                               *Attorneys for Defendants Hormel Foods*
                                               *Corporation and Hormel Foods, LLC*

Dated:  June 17, 2022

SPENCER FANE LLP

By: */s/ Jessica J. Nelson*
      Donald G. Heeman, #286023
      Jessica J. Nelson, #347358
      Randi J. Winter, #391354
      100 South Fifth Street, Suite 2500
      Minneapolis, MN  55402
      Telephone:  (612) 268-7000
      Facsimile:  (612) 268-7001
      dheeman@spencerfane.com
      jnelson@spencerfane.com
      rwinter@spencerfane.com

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
      Stephen R. Neuwirth (*pro hac vice*)
      Michael B. Carlinsky (*pro hac vice*)
      Sami H. Rashid (*pro hac vice*)
      Richard T. Vagas (*pro hac vice*)
      David B. Adler (*pro hac vice*)
      Heather Christenson (*pro hac vice*)
      51 Madison Avenue, 22nd Floor
      New York, NY 10010
      Telephone:  (212) 849-7000
      Facsimile:  (212) 849-7100
      stephenneuwirth@quinnemanuel.com
      michaelcarlinsky@quinnemanuel.com
      samirashid@quinnemanuel.com
      richardvagas@quinnemanuel.com
      davidadler@quinnemanuel.com
      heatherchristenson@quinnemanuel.com

*Attorneys for Defendant JBS USA Food Company*

Dated:  June 17, 2022

STINSON LLP

By: */s/ William L. Greene*
    William L. Greene, #198730
    Peter J. Schwingler, #388909
    William D. Thomson, #0396743
    50 South Sixth Street, Suite 2600
    Minneapolis, MN 55402
    Telephone:  (612) 335-1500
    william.greene@stinson.com
    pete.schwingler@stinson.com
    william.thomson@stinson.com

STINSON LLP

    J. Nicci Warr (*pro hac vice*)
    7700 Forsyth Blvd., Suite 1100
    St. Louis, MO 63105
    Telephone:  (314) 863-0800
    nicci.warr@stinson.com

*Attorneys for Defendants Seabaord Foods LLC and Seaboard Corporation*

Dated:  June 17, 2022

LARKIN HOFFMAN DALY &
LINDGREN LTD.

By: */s/ John A. Cotter*
    John A. Cotter, #134296
    John A. Kvinge, #392303
    8300 Norman Center Drive, Suite 1000
    Minneapolis, MN 55427-1060
    Telephone:  (952) 896-3800
    Facsimile:  (952) 896-3333
    jcotter@larkinhoffman.com
    jkvinge@larkinhoffman.com

GIBSON, DUNN & CRUTCHER LLP
    Richard Parker (*pro hac vice*)
    Josh Lipton (*pro hac vice*)
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036-5306
    Telephone:  (202) 955-8500
    Facsimile:  (202) 467-0539
    rparker@gibsondunn.com
    jlipton@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
    Brian Robison (*pro hac vice*)
    2100 McKinney Avenue, Suite 1100
    Dallas, TX 75201-6912
    Telephone:  (214) 698-3100
    Facsimile:  (214) 571-2900
    brobison@gibsondunn.com

*Attorneys for Defendant Smithfield Foods, Inc.*

Dated:  June 17, 2022

HUSCH BLACKWELL LLP

By: */s/ Christopher A. Smith*
    Aaron Chapin, #6292540
    Christopher A. Smith (*pro hac vice*)
    Tessa K. Jacob (*pro hac vice*)
    A. James Spung (*pro hac vice*)
    Jason Husgen (*pro hac vice*)
    Sarah L. Zimmerman (*pro hac vice*)
    190 Carondelet Plaza, Ste 600
    St. Louis, MO 63105
    Telephone: (314) 480-1500
    aaron.chapin@huschblackwell.com
    chris.smith@huschblackwell.com
    tessa.jacob@huschblackwell.com
    james.spung@huschblackwell.com
    jason.husgen@huschblackwell.com
    sarah.zimmerman@huschblackwell.com

*Attorneys for Defendant Triumph Foods, LLC*

Dated:  June 17, 2022

DYKEMA GOSSETT PLLC

By: */s/ David. P. Graham* _____
    David P. Graham, #185462
    4000 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN 55402
    Telephone:  (612) 486-1900
    dgraham@dykema.com

AXINN, VELTROP & HARKRIDER LLP
    Rachel J. Adcox (*pro hac vice*)
    Tiffany Rider Rohrbaugh (*pro hac vice*)
    Lindsey Strang Aberg (*pro hac vice*)
    Allison Vissichelli (*pro hac vice*)
    Keith Holleran (*pro hac vice*)
    1901 L Street NW
    Washington, D.C. 20036
    Telephone:  (202) 912-4700
    Facsimile: (202) 912-4701
    radcox@axinn.com
    trider@axinn.com
    lstrang@axinn.com
    avissichelli@axinn.com
    kholleran@axinn.com

AXINN, VELTROP & HARKRIDER LLP
    Jarod Taylor (*pro hac vice*)
    90 State House Square
    Hartford, Connecticut 06103
    Telephone:  (860) 275-8109
    jtaylor@axinn.com

AXINN, VELTROP & HARKRIDER LLP
    Kail Jethmalani (*pro hac vice*)
    Craig Matthew Reiser (*pro hac vice*)
    Victoria Lu (*pro hac vice*)
    114 West 47th Street
    New York, NY 10036
    Telephone:  (212) 728-2200
    kjethmalani@axinn.com
    creiser@axinn.com
    vlu@axinn.com

*Attorneys for Defendants Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*