UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-cv-1776 (JRT/HB) |
| This Document Relates to:<br><br>All Class Actions | **ORDER ON JOINT MOTION REGARDING CONTINUED SEALING** |

Before the Court is the Joint Motion Regarding Continued Sealing (ECF No. 1399), pursuant to Local Rule 5.6(d), concerning the documents filed under seal in connection with the Direct Action Plaintiffs' (DAPs) amended complaints under temporary seal (ECF Nos. 1278, 1280, 1282, 1283, 1284, 1288, 1290, 1291, 1294, 1296, 1298, 1300, 1302, 1304, 1306, 1308, 1310, 1312, 1314, 1316). Having reviewed the motion and the documents filed under seal, as well as the proposed redacted amended complaints filed with the joint motion, and based upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Joint Motion (ECF No. 1399) is

**GRANTED**, as follows:

1. The following confidential documents filed under seal shall remain sealed and the Clerk is directed to keep the following documents sealed:

    ECF Nos. 1278, 1280, 1282, 1283, 1284, 1288, 1290, 1291, 1294, 1296, 1298, 1300, 1302, 1304, 1306, 1308, 1310, 1312, 1314, 1316.

2. The Direct Action Plaintiffs are directed to promptly file the redacted amended complaints, in the form in which they were

attached to the joint motion, as individual docket entries, with each docket entry containing a reference to the correlated sealed amended complaint.

Dated:  June 21, 2022                         s/*Hildy Bowbeer*
                                                   HILDY BOWBEER
                                                   United States Magistrate Judge