UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

This Document Relates To: All Actions

No. 0:18-cv-01776-JRT-HB

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Amanda L. Wall of the law firm of Husch Blackwell LLP hereby enters her appearance in the above-captioned matter on behalf of Defendant Triumph Foods LLC.

Dated this 22nd day of June 2022.

HUSCH BLACKWELL LLP

By: /s/ Amanda L. Wall
Aaron Chapin (#06292540)
Christopher A. Smith(*pro hac vice*)
Christopher A. Smith (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
Sarah Zimmerman
Kate Ledden
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
(314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com
kate.ledden@huschblackwell.com

and

Amanda L. Wall
13330 California Street, Suite 200
Omaha, NE 68154
(402) 964-5000
amanda.wall@huschblackwell.com

*Counsel for Triumph Foods LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of June 2022, the foregoing document was served via the Court's CM/ECF system to all counsel of record.

/s/ *Amanda L. Wall*