UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB)<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY THOMAS J. NOLAN** |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Thomas J. Nolan withdraws as counsel for the Direct Purchaser Plaintiffs. Mr. Nolan is no longer affiliated with the law firm Pearson, Simon & Warshaw, LLP. Clifford H. Pearson, Daniel L. Warshaw, Bobby Pouya, Michael H. Pearson, Melissa S. Weiner, Jill M. Manning, Benjamin E. Shiftan and Neil Swartzberg of Pearson, Simon & Warshaw, LLP, remain as counsel of record for the Direct Purchaser Plaintiffs. Direct Purchaser Plaintiffs also continue to be represented by W. Joseph Bruckner, Brian D. Clark, Arielle S. Wagner and Joseph C. Bourne of Lockridge Grindal Nauen P.L.L.P.

Date: June 27, 2022

*/s/ Clifford H. Pearson*
Clifford H. Pearson (*Pro Hac Vice*)
Daniel Warshaw (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 92403

Bruce L. Simon (*Pro Hac Vice*)
Jill M. Manning (*Pro Hac Vice*)
Benjamin E. Shiftan (*Pro Hac Vice*)
Neil Swartzberg (*Pro Hac Vice*)
**PEARSON, SIMON & WARSHAW, LLP**
350 Sansome Street
Suite 680
San Francisco, CA 94104

976507.1

T: (818) 788-8300
F: (818) 788-8104
*cpearson@pswlaw.com*
*dwarshaw@pswlaw.com*
*bpouya@pswlaw.com*
*mpearson@pswlaw.com*

W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Arielle S. Wagner (MN #0398332)
Joseph C. Bourne (MN #0389922)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
*wjbruckner@locklaw.com*
*bdclark@locklaw.com*
*aswagner@locklaw.com*
*jcbourne@locklaw.com*

T: (415) 433-9000
F: (415) 433-9008
*bsimon@pswlaw.com*
*jmanning@pswlaw.com*
*bshiftan@pswlaw.com*
*nswartzberg@pswlaw.com*

Melissa S. Weiner (MN #0387900)
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402
T: (612) 389-0600
F: (612) 389-0610
*mweiner@pswlaw.com*

*Interim Co-Lead Class Counsel for the Direct Purchaser Plaintiff Class*