**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Actions | No. 0:18-CV-01776-JRT-HB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, JeanAnn Tabbaa hereby notifies the Court and counsel that she withdraws as counsel for Defendant Smithfield Foods, Inc. as she will no longer be affiliated with the law firm Gibson, Dunn & Crutcher LLP after July 1, 2022.  Counsel with Gibson, Dunn & Crutcher LLP, Brown Fox PLLC, and Larkin Hoffman Daly & Lindgren Ltd. will continue to represent Defendant Smithfield Foods, Inc., and Ms. Tabbaa's withdrawal will not affect any deadlines or cause any delay.

Dated: June 28, 2022

*/s/ JeanAnn Tabbaa*
JeanAnn Tabbaa
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
jtabbaa@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*