UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | No. 0:18-cv-01776-JRT-HB |
| This Document Relates To: All Actions | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Morgan M. Buller, of the law firm of Brown Fox PLLC, hereby enters her appearance in the above-captioned matter on behalf of Smithfield Foods, Inc.

Dated: June 29, 2022

Respectfully submitted,

*/s/ Morgan M. Buller*
Morgan M. Buller (*pro hac vice*)
Texas Bar No. 24109670
morgan@brownfoxlaw.com
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, Texas 75034
T: (972) 707-1860
F: (214) 327-5001

*Attorneys for Defendant Smithfield Foods, Inc.*