# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 18-cv-1776 (JRT/HB) |
| **This Document Relates To:**<br><br>Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC,<br>     v.<br><br>Agri Stats, Inc., *et al.*, | Case No. 19-cv-1578 (JRT/HB) |

## NOTICE OF WITHDRAWAL BY ATTORNEY THEODORE B. BELL

**TO ALL PARTIES OF RECORD:** Please take notice that pursuant to Local Rule 83.7(a) Attorney Theodore Bell hereby gives notice of his withdrawal as counsel for Plaintiffs Winn-Dixie, Inc. and Bi-Lo Holding, LLC ("Plaintiffs") effective upon the filing of this notice with the Court Clerk as Mr. Bell is no longer employed at the law firm Ahern & Associates, P.C. as of June 22, 2022. Attorney Patrick J. Ahern of Ahern & Associates, P.C., who was previously admitted *pro hac vice* in this matter, will continue to be counsel of record for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC after Mr. Bell's withdrawal.

Dated: June 30, 2022

Respectfully submitted,

By: /s/ Theodore B. Bell
Theodore B. Bell (admitted *pro hac vice*)
8045 Kenneth Ave.
Skokie, Illinois
Tel: (773) 580-3318
theolawman@hotmail.com

*One of the Counsel for Plaintiff Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on June 30, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

By:   */s/ Theodore B. Bell*