**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Associated Grocers of the South, Inc., et al.,*<br>*v. Agri Stats, Inc., et al.,* No. 0:22-cv-00071 | Civil Action No. 18-cv-01776-JRT-HB |

## <u>NOTICE OF CHANGE OF FIRM AFFILIATION</u>

Notice is hereby given that the undersigned is now affiliated with the law firm of

Sperling & Slater, P.C., effective July 1, 2022, and the undersigned states the following:

1.     The undersigned was previously associated with the firm known as Sherrard

Roe Voigt & Harbison, PLC.

2.     The undersigned formerly affiliated with Sherrard Roe Voigt & Harbison has

now become affiliated with Sperling & Slater, P.C.

3.     New contact information for the undersigned is:

> SPERLING & SLATER, P.C.
> 150 3rd Avenue South
> Suite 1100
> Nashville, TN 37201
> Tel: (312) 641-3200
> Fax: (312) 641-6492
> pcramer@sperling-law.com

2

Dated: July 1, 2022                              Respectfully submitted,


                                     By:    /s/ Phillip Cramer
                                            Phillip Cramer
                                            SPERLING & SLATER, P.C.
                                            150 3rd Avenue South
                                            Suite 1100
                                            Nashville, TN 37201
                                            Tel:    (312) 641-3200
                                            Fax:    (312) 641-6492
                                            pcramer@sperling-law.com

3

## <u>CERTIFICATE OF SERVICE</u>

On July 1, 2022, I filed a copy of the foregoing document with the Clerk of the Court for the United States District Court , District of Minnesota, via the Court's CM/ECF system, which sends a notification of a filing to all counsel of record.

By: /s/ Phillip Cramer
Phillip Cramer