# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | No. 0:18-cv-1776 |
| | |
| This Document Relates To: All Actions | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Travis Manfredi, of the law firm of Joseph Saveri Law Firm, LLP, hereby enters an appearance in the above-captioned matter on behalf of the proposed class of Direct Purchaser Plaintiffs.

Dated: July 11, 2022

Respectfully submitted,

*/s/ Travis Manfredi*
Travis Manfredi (*pro hac vice*)
**JOSEPH SAVERI LAW FIRM, LLP**
tmanfredi@saverilawfirm.com
601 California Street, Suite 1000
San Francisco, CA 94108
T: (415) 500-6800
F: (415) 395-9940

*Attorney for Direct Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of July 2022, the foregoing

document was served via the Court's CM/ECF system to all counsel of record.


_/s/ Travis Manfredi_
Travis Manfredi