# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | No. 0:18-cv-1776<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Cadio Zirpoli, of the law firm of Joseph Saveri Law Firm, LLP hereby enters an appearance in the above-captioned matter on behalf of the proposed class of Direct Purchaser Plaintiffs.

Dated: July 15, 2022

Respectfully submitted,

/s/ *Cadio Zirpoli*
Cadio Zirpoli (*pro hac vice*)
**JOSEPH SAVERI LAW FIRM, LLP**
czirpoli@saverilawfirm.com
601 California Street, suite 1000
San Francisco, CA 94108
T: (415) 500-6800
F: (415) 395-9940

*Attorney for Direct Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of July 2022, the foregoing document was served via the Court's CM/ECF system to all counsel of record.

*/s/ Cadio Zirpoli*
Cadio Zirpoli