# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# MOTION HEARING

In Re: Pork Antitrust Litigation

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 18-1776 JRT/HB |
| Date: | July 20, 2022 |
| Deputy: | Heather Arent |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 10:16 a.m. |
| Time Concluded: | 10:38 a.m. |
| Time in Court: | 22 Minutes |

Hearing on:

DIRECT PURCHASER PLAINTIFFS' MOTION FOR INTERIM PAYMENT OF ATTORNEYS' FEES, CURRENT AND ONGOING LITIGATION EXPENSES, AND SERVICE AWARDS.
[ECF No. 1631]

Motion granted. Written order forthcoming.

**APPEARANCES BY VIDEOCONFERENCE:**

**Plaintiffs:** Brian Clark, Michelle Looby, A. Blaine Finley, Bobby Pouya, Clifford Pearson, Michael Pearson, Daniel Warshaw, W. Joseph Bruckner, Shana Scarlett, Jeffrey Bergman, Christopher Wilson

**Defendants:** Sami Rashid, Brian Robison, Robert Gallup, Jessica Nelson, David Graham

s/Heather Arent_____
Courtroom Deputy Clerk