UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-cv-1776 (JRT/HB) <br><br> **CONSUMER INDIRECT PURCHASER PLAINTIFFS' NOTICE OF SETTLEMENT WITH SMITHFIELD FOODS, INC.** |
| This Document Relates to: <br><br> All Consumer Indirect Purchaser Actions | |

## NOTICE OF SETTLEMENT

Consumer Indirect Purchaser Plaintiffs respectfully write to the Court to provide notice that Consumer Indirect Purchaser Plaintiffs have reached an agreement with Defendant Smithfield Foods, Inc. ("Smithfield" and together with Consumer Indirect Purchaser Plaintiffs, the "Parties") to settle all claims against Smithfield. This agreement is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, Consumer Indirect Purchaser Plaintiffs will move for preliminary – and ultimately, final – approval of a proposed settlement in the near future.

010736-11/1208179 V1

Dated: August 5, 2022                HAGENS BERMAN SOBOL SHAPIRO LLP

By:   s/ Shana E. Scarlett
      SHANA E. SCARLETT

Rio S. Pierce (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman
Breanna Van Engelen (*Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-lead Counsel for Consumer Indirect Purchaser Plaintiffs*

010736-11/1208179 V1