# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* ) | Case No. 18-cv-1776 |
| ) | |
| v. ) | |
| ) | |
| This Document Relates To: ) | **NOTICE OF WITHDRAWAL** |
| ) | **OF COUNSEL** |
| THE COMMERCIAL AND ) | |
| INSTITUTIONAL INDIRECT ) | |
| PURCHASER PLAINTIFF'S ACTIONS ) | |

NOTICE OF WITHDRAWAL BY ATTORNEY JASON T. JOHNSON TO ALL PARTIES OF RECORD: Please take notice that pursuant to Local Rule 83.7 (a) Attorney Jason T. Johnson hereby gives notice of his withdrawal as counsel for Plaintiffs THE COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS ("Plaintiffs") effective upon the filing of this notice with the Court Clerk as Mr. Johnson is no longer employed at the law firm Larson King. Attorney Shawn M. Raiter of Larson King, who was previously admitted pro hac vice in this matter, will continue to be counsel of record for Plaintiffs THE COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS after Mr. Johnson's withdrawal.

Accordingly, it is hereby requested that the Court remove Mr. Johnson's name and email address from the service list that is on file with the Court in this action.

Dated:  August 12, 2022          **LATHROP GPM LLP**

By: /s/ *Jason T. Johnson*
      Jason T. Johnson (#399974)
500 IDS Center
80 South Eighth Street
Minneapolis, MN  55403
Telephone:  (612) 632.3414
Jason.Johnson@lathropgpm.com

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on August 12, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

By: /s/ Jason T. Johnson