# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT/JFD) |

This Document Relates To:

COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTION

**NOTICE OF HEARING ON COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, SET ASIDE FOR FUTURE LITIGATION EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS**

Please take notice that on **October 17, 2022, at 10:00 a.m**., via video conference, before the Honorable John R. Tunheim, Chief Judge for the United States District Court for the District of Minnesota, the Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs will move the Court for an Order, pursuant to Federal Rule of Civil Procedure 23(h) and Federal Rule of Civil Procedure 54(d)(2), awarding attorneys' fees, reimbursement of past expenses, allowing them to set aside a fund for future litigation expenses, and granting class representative service awards.

Dated: August 19, 2022	**Larson · King, LLP**

By <u>     s/ *Shawn M. Raiter*     </u>
Shawn M. Raiter (#240424)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
sraiter@larsonking.com

Jonathan W. Cuneo (admitted *pro hac vice*)
Blaine Finley (admitted *pro hac vice*)
**Cuneo Gilbert & LaDuca, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC  20016
(202) 789-3960
jonc@cuneolaw.com
bfinley@cuneolaw.com

**Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**