# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

Case No. 18-cv-1776 (JRT/HB)

This Document Relates To:

THE COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS

**Local Rule 7.1(c) Word Count Compliance Certificate Regarding Memorandum in Support of Commercial and Institutional Indirect Purchaser Plaintiffs' for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, Set Aside for Future Litigation Expenses, and Class Representative Service Awards**

I, Shawn M. Raiter, certify that the Memorandum in Support of Commercial and Institutional Indirect Purchaser Plaintiffs' for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, Set Aside for Future Litigation Expenses, and Class Representative Service Awards complies with Local Rule 7.1(c).

I further certify that, in preparation of this Memorandum, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Memorandum contains 7,498 words.

2

Dated: August 19, 2022	**Larson · King, LLP**

By    *s/ Shawn M. Raiter*
Shawn M. Raiter (#240424)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
sraiter@larsonking.com

Jonathan W. Cuneo (admitted *pro hac vice*)
Blaine Finley (admitted *pro hac vice*)
**Cuneo Gilbert & LaDuca, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC  20016
(202) 789-3960
jonc@cuneolaw.com
bfinley@cuneolaw.com

**Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**