# EXHIBIT 10

# Filed Under Seal

**To:** Edsill, Craig H.[CEDSILL@hqm.com]; Clemens, Thomas D.[TOM@HQM.COM]; Ruth, Bob[bruth@hqm.com]
**Cc:** Clemens, Douglas C.[DOUG@HQM.COM]
**From:** Groff, Daniel[dgroff@cvff.com]
**Sent on behalf of:** Groff, Daniel <dgroff@cvff.com>
**Sent:** Thur 3/31/2011 4:31:49 PM Eastern Daylight Time
**Subject:** Quick Update on Procurement Issues

Good afternoon,

I know a few of you are still in Europe, but I wanted to let everyone know where I'm at with hog supply at the moment. We have struggled recently to get decent numbers into the plant due to a collection of different reasons. The bottom line is that packer bids seem to be getting very aggressive lately and there aren't many options out there for additional supply unless I want to set some bad precedents on how high we are willing to bid for hogs. To give an example, I actually put a bid out for a load of cash hogs at $5.50 over the ECB/WCB average and got turned down this week. With diesel prices as high as they are, it's tough to get extra loads in from a distance.

Without going into any more detail, I wanted to make everyone aware because we have a number of ongoing negotiations such as Franklin Family, Pork Champ, Jeff Rohrer and Hershey Ag that this affects my mindset on. I am feeling more that we may need to go into some short term deals at prices we don't really like just to maintain supply in the near future.

Right now, my plan is to hold firm, because we have another 2000 head per week on the way once Deer Ridge starts marketing in early May and we have a 4-day kill later this month that should take some of the pressure off. I just wanted to take a minute to update the leadership team on what I'm seeing and invite you to give me a call if you have input or would like to discuss further.

Thanks,
Dan


*Dan Groff*
Clemens Food Group
Procurement Manager
(215)-368-2500 x5112
(717)-725-2781

**Defense Exhibit**
In Re: Pork Antitrust Lit
Daniel Groff
**D0009**

HIGHLY CONFIDENTIAL

CLMNS-0000030358