# EXHIBIT 16

# Filed Under Seal

1

1              UNITED STATES DISTRICT COURT

2               DISTRICT OF MINNESOTA

3          Case No. 0:18-cv-01776-JRT-HB

4

5

6   -------------------------------------------

7  IN RE PORK ANTITRUST LITIGATION

8  This Document Relates to: All Actions

9   -------------------------------------------

10

11

12

13

14              HIGHLY CONFIDENTIAL

15     REMOTE TESTIMONY OF DR. RUSSELL MANGUM

16       JULY 13, 2022 - 9:00 A.M. PDT

17

18

19

20

21

22

23

24   JOB NO. 2022-850362

25

109

```
 1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

 2    affiliated, meaning they have no business

 3    relationship or interaction with them

 4    ever?

 5         Q     You agree, Dr. Mangum, that

 6    there are independent hog growers who sell

 7    hogs to the defendants that the defendants

 8    and alleged co-conspirators this case do

 9    not own, right?

10         A     Oh, oh, yes.  I talk about

11    that in my report.

12              In other words, I could only

13    say no to that if I thought that the

14    packer market was 100 percent vertically

15    integrated, which clearly it's not, as I

16    talk about in my report.  There are

17    independent growers.

18         Q     And many of the defendants

19    and alleged co-conspirators this case are

20    not anywhere near a hundred percent

21    vertically integrated, right?

22              MR. POUYA:  Objection to form.

23         Vague.  Lacks foundation.

24              THE WITNESS:  I don't believe

25         that the defendants which are
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1442-16   Filed 08/24/22   Page 4 of 54

In Re - Pork Antitrust Litigation

Highly Confidential

Russell Mangum
July 13, 2022

110

```
 1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

 2       packers and sell things in the pork

 3       market, I don't think any of them

 4       are close to a hundred percent

 5       vertically integrated in the formal

 6       sense they own and sell just for

 7       themselves.  No, I don't think

 8       there's any one close to

 9       100 percent.

10   BY MR. REISER:

11       Q    Some of them are close to a

12   hundred percent in terms of buying hogs

13   from somebody other than their company,

14   right?

15       A    I think so.  But it gets

16   back, you know, to the questions you were

17   asking me about percentages for certain

18   entities, and if I would be surprised that

19   number is for Hormel and Tyson, and I just

20   don't have those numbers.

21              But I do know that, as I

22   describe in my report, there are packers

23   that are much more heavily vertically

24   integrated and some that are not very

25   vertically integrated at all -- formally
```

1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2     by the idea of, you know, owning, raising

3     for themselves, and then basically

4     internally supplying the hogs for

5     themselves when they, you know, make

6     things to sell in the pork market.

7          Q     Do the independent hog

8     growers who sell hogs to the defendants

9     that they otherwise don't own, sell to

10    just one defendant?

11          MR. POUYA:  Objection to form.

12      Vague.  Foundation.  Compound.

13          THE WITNESS:  There can be

14      practices where you might say for a

15      period of time it could be that a

16      relationship -- might look like,

17      this farmer, this grower, really

18      mainly works with that defendant,

19      but there is a lot of swapping.  I

20      would not generally say that we get

21      these direct match ups that kind of

22      retain for long time.  But it

23      depends on the practices.

24          As I mentioned in my report,

25      you have got location issues about

CASE 0:18-cv-01776-JRT-JFD   Doc. 1442-16   Filed 08/24/22   Page 6 of 54
In Re - Pork Antitrust Litigation                     Russell Mangum
Highly Confidential                                    July 13, 2022

112

```
1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2        depending on where a grower is and

3        there are shipping costs involved

4        and who are the possible purchasers

5        of the hogs, it's not as if they

6        have equal access economically,

7        even, to be selling to everyone.

8               But I do understand that it's

9        not uncommon for farmers to have

10       more than one packer that they

11       would sell to.

12   BY MR. REISER:

13       Q    What do you mean by

14   "swapping"?

15            You just referred to swapping

16   in your answer.  Can you elaborate on what

17   that means?

18       A    I don't remember where I used

19   the word swapping, but I think I just

20   meant that there might be a practice where

21   some farmer sells to so and so and they

22   have a practice for a while, and then they

23   make a change.

24            And then it might be that

25   they add someone else, retaining the
```

113

1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2   original purchaser or maybe they make a

3   switch.  I think that's all I meant.  I

4   don't remember where I used that in my

5   past answer.

6        Q    You mentioned the Maschhoffs

7   earlier, do you remember mentioning that

8   company?

9        A    Yeah, I remember it was an

10  answer to a question about growers, right?

11  -- who are the entities, the larger

12  growers that raise hogs and sell the hogs

13  you call market hogs.

14       Q    And the Maschhoffs is one of

15  the larger entities that sells and raise

16  hogs; is that right?

17       A    I do think of them as a

18  prominent entity.  I don't remember the

19  relative sizes.  I haven't memorized, that

20  as far -- if I hear -- I was saying

21  "Maschhoff," so I am obviously missing a

22  consonant in there, if you're better

23  informed than I am.

24            But I do know they show up in

25  documents and in the hog growing industry

147

```
 1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

 2        at 11:16 a.m. and Testimony

 3        Recommenced at 11:32 a.m. PDT.)

 4             THE VIDEOGRAPHER:  The time is

 5        11:32 a.m.  We are now back on the

 6        record.

 7    BY MR. REISER:

 8        Q     Welcome back, Dr. Magnum.

 9             Did you discuss the substance

10   of your testimony with anyone during the

11   break?

12        A     I did not.

13        Q     You're opining in this case

14   that there was a conspiracy to reduce the

15   supply of pork, correct?

16             MR. POUYA:  Objection to form.

17             THE WITNESS:  I don't have any

18        legal opinions and I don't have the

19        opinion that there was a conspiracy

20        or violation of Sherman Act, for

21        example.

22             My opinions are stated in my

23        expert report but I don't have that

24        liability opinion.

25    BY MR. REISER:
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1442-16   Filed 08/24/22   Page 9 of 54
In Re - Pork Antitrust Litigation                                    Russell Mangum
                        Highly Confidential                           July 13, 2022

148

```
 1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL
 2          Q     You're opining that --
 3    withdrawn.
 4                You're accepting that
 5    liability will be established on a
 6    conspiracy to reduce the supply of pork
 7    and opining on what the damage is for such
 8    a conspiracy would be, correct?
 9          MR. POUYA:  Objection.
10       Misstates the testimony.  Lacks
11       foundation.  Misstates the report.
12          THE WITNESS:  My report does
13       list all my opinions.  But I
14       understand that there's alleged to
15       be one conspiracy to raise prices,
16       right? -- I know the mechanism as I
17       describe in my report related to
18       that relates to output and
19       quantities.
20          But that's my understanding of
21       the allegations is that a
22       conspiracy -- price-fixing
23       conspiracy.  I am assuming there
24       will be a finding of liability for
25       that conspiracy.
```

149

```
 1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

 2    BY MR. REISER:

 3        Q      What is your understanding of

 4    the objects of the conspiracy that you are

 5    assuming liability will be established as

 6    to for purposes of your report?

 7        A      I don't understand that

 8    question.

 9        Q      What part of it don't you

10    understand?

11        A      Well, I don't know what you

12    mean "objects."  Like, I am assuming

13    liability and you're wanting to know about

14    the objects of that liability.  I don't

15    understand what you're talking about.

16        Q      Well, what is the conspiracy

17    for which you're assuming liability will

18    be established for purposes of your

19    report?

20           MR. POUYA:  Objection.  Asked

21        and answered.

22           THE WITNESS:  Yeah, that the

23        conspiracy, as I understand, comes

24        from the Complaint, right? -- and

25        from the arguments in the
```

180

1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2        Lacks foundation.  Legal

3        conclusion.

4            THE WITNESS:  No.  This cannot

5        be taken all by itself as a full

6        description of a supposed

7        conspiracy to reduce pork.

8            My understanding is the

9        conspiracy was to raise prices, the

10       price-fixing conspiracy, which

11       included many elements.

12           This is one part of what I

13       understand is alleged, and I

14       describe it here.  But it's not the

15       full description of a separate

16       conspiracy.  There is one alleged

17       conspiracy to raise prices related

18       to information sharing, right? --

19       also related to output.

20           So there's many elements of

21       it.  But you can't break apart each

22       element and then want to call that

23       a separate conspiracy.

24    BY MR. REISER:

25       Q    I understand what you are

181

```
1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2     saying.

3              But you're accepting that

4     liability will be established for a

5     conspiracy that includes a reduction of

6     the number of hogs entering the

7     marketplace, right?

8              MR. POUYA:  Objection to form.

9              THE WITNESS:  I think you are

10      trying to expands what I have

11      assumed.  I think you are trying to

12      expand that there will be a finding

13      of liability and it must be based

14      on parts A, B, C, and D.  I haven't

15      gone that far.

16              I think there will be a

17      liability finding that sufficient

18      elements were necessary for a trier

19      of fact to find liability.  I

20      understand what the Complaint says,

21      and the elements of the conspiracy.

22      I have described them.

23              But I think you are trying to

24      move beyond my assumption to

25      include necessary elements, and,
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1442-16   Filed 08/24/22   Page 13 of 54
In Re - Pork Antitrust Litigation                                    Russell Mangum
Highly Confidential                                                  July 13, 2022

182

1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2          you know, what, I don't have a

3          legal opinion about what it means.

4          But what legally would be needed

5          for a finding of liability, I am

6          assuming it was determined that was

7          met and a finding of liability

8          existed.

9    BY MR. REISER:

10         Q    What is the "that" that was

11   in that for a finding of liability that

12   you are referring to?

13         A    It's something I don't have a

14   legal opinion on.

15         Q    So what is the purpose of

16   paragraph 74 through 79 of your report?

17         A    Well, 74 through 79 talk

18   about one element that's parts of my --

19   got a paragraph 73, labeled with an F.

20   It's got sub elements in it.

21              And so -- by the way,

22   paragraph 73 which is labeled F, is a sub

23   element of other analysis I do.  So it's

24   covering one of the elements that I

25   understand from reading the Complaint of

183

1  DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2  saying what's been described as the

3  conspiracy and I am giving information.

4            In this case, it relates to

5  number of hogs in the marketplace, right?

6  -- this is paragraph 74 through 79.

7       Q    And if there was no reduction

8  of hogs entering the marketplace, is it

9  your testimony that that would have no

10  impact on your opinions in this case?

11           MR. POUYA:  Objection to form.

12           THE WITNESS:  I don't have an

13      opinion.  You're asking me is it my

14      opinion that I can take out an

15      element and that must necessarily

16      change a finding of liability, and

17      I think that's just wrong.  Because

18      I have assumed that someone has

19      already determined there were

20      enough elements found for

21      liability.

22           And then I have looked at the

23      damages, right? -- a pricing model,

24      one of the things I do is I look at

25      the effects of that.  I believe my

235

1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2   general description, right.  I do talk

3   about it as a way it's feasible.

4              But in my report is talk

5   about the idea that -- there could be

6   reasons why you would see exports growing

7   relative to domestic.  But -- the

8   implication would be that the prices that

9   can be earned, and I do show -- I do

10  identify evidence that was not the case,

11  that even though values were lower

12  relative, right? -- that you still had

13  increases in pork -- for exports, that is;

14  pork exports.

15             So I do talk about that in my

16  report.

17      Q    Do you have an opinion about

18  how much pork exports were increased?

19         MR. POUYA:  Same objection.

20      Limited to his opinions that have

21      been put forth and relied upon for

22      the purpose of his class

23      certification report.

24         THE WITNESS:  I do not have a

25      quantification of the amount by

236

```
1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL
2        which exports were increased
3        relative to a competitive volume
4        that I rely on for the opinions I
5        have expressed in my report.
6    BY MR. REISER:
7           Q    I take it, then, you are not
8    opining for purposes of your current
9    report, Mangum Exhibit 1, what exports
10   would have been, if not for the alleged
11   conspiracy, right?
12              MR. POUYA:  Objection.
13       Foundation.
14              THE WITNESS:  Yes.  If your
15       word means "what" means a quantity.
16       Like I said, I don't have an
17       analysis that resulted in a
18       quantity of but-for pork exports
19       that I am relying on for the
20       purposes of my expert report at
21       this point.
22   BY MR. REISER:
23          Q     At this point, are you
24   opining that every export of pork from
25   2009 to 2018 was part of an
```

237

1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2     anti-competitive conspiracy to increase

3     the price of pork in the United States?

4          A     No.

5          Q     As part of your analysis in

6     this case, did you consider the economic

7     climate for hog production leading up to

8     2009?

9          MR. POUYA:  Objection, form.

10        Foundation.

11          THE WITNESS:  I do talk about

12        the industry before 2009.  I talk

13        about historical trends, you know.

14        There are sections in my report

15        that talk about it.  And I did

16        study that industry to inform me

17        about at least the elements that I

18        included in my report.

19    BY MR. REISER:

20        Q     What is your understanding of

21    what plaintiffs alleged a conspiracy

22    period in this case to be?

23        A     It's my understanding that,

24    as I describe in my report, the conspiracy

25    period goes from January in 2009 and it

270

1  DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2      But I have looked at costs, right?

3      -- and the idea of raising hogs and

4      efficiency of raising hogs and the

5      cost of vaccines, the cost of not

6      having the vaccine.  All those are

7      captured by the costs in the data I

8      have included.

9          But I don't have a specific

10     analysis of circovirus by itself

11     that I am relying on.

12  BY MR. REISER:

13     Q    So you don't think the impact

14  of the widespread of availability of the

15  circovirus in mid-2007 is relevant to any

16  of the opinions you are offering in this

17  case?

18         MR. POUYA:  Objection.

19     Misstates the testimony.

20         THE WITNESS:  I actually said

21     the opposite.  I said it effects

22     costs.  I control costs.  It

23     increases productivity, right? --

24     and what it means to have expenses

25     and productivity and things for

271

```
 1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

 2        making hogs flowing through the

 3        pork.  It's the opposite of what

 4        you said.

 5              I have included variables that

 6        I think capture that in my

 7        analysis.

 8    BY MR. REISER:

 9              Q    Did you control for

10    circovirus specifically in your model?

11              A    I did not.

12              Q    Why not?

13              A    I don't believe that it needs

14    its own separate controlling for that

15    virus in my model.

16              Q    And why not?

17              A    You know, I think you have

18    got a theory you think it does.  But I am

19    not going to -- if I don't believe

20    something, you asking why not, right? --

21    isn't something I am going to answer.

22    Because I don't know where you are going.

23              I think you have a theory and

24    evidence to come to a conclusion.  I think

25    you're somehow wanting me to engage and
```

272

1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2    outline that and come to a conclusion.

3    But you asked if I did something and I

4    didn't.  I think I got the proper

5    variables, but I can't answer a why not

6    question.  And I don't know what it means

7    to do that.

8         Q    I am just trying to

9    understand what your analysis is and isn't

10   and I take it from your answer that

11   circovirus vaccine availability was not

12   one of the variables you considered but

13   you're testifying now you didn't believe

14   and didn't do so.

15            Did I get anything wrong

16   there?

17        MR. POUYA:  Objection.

18     Misstates the testimony.

19        THE WITNESS:  I don't believe

20     I need a separate circovirus

21     variable in my analysis.  That part

22     is correct.

23            That doesn't mean that I

24     haven't controlled for things that

25     effect the costs productivity, and

273

```
 1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL
 2         the raising hog process, all of
 3         that.  That's not true.  I have
 4         control for that but I don't
 5         believe I need also a separate
 6         variable for circovirus vaccine
 7         availability.
 8    BY MR. REISER:
 9              Q     What impact, if any, did the
10       global financial crises that began in 2008
11       have on hog growing?
12              MR. POUYA:  Objection.
13         Foundation.
14              THE WITNESS:  I don't have an
15         opinion specifically.  I have not
16         conducted an analysis about the
17         financial crisis and its impact on
18         the hog market specifically to form
19         my opinions.
20              I have control for the
21         elements which define large
22         rescissions, great recessions,
23         financial crisis, involving demand,
24         involving what it did to costs.  I
25         control for that.  Right?  CPI.
```

274

1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2          But I don't have an analysis

3       that specifically looks at the hog

4       market.

5   BY MR. REISER:

6          Q    Is it fair to say that the

7   global financial crisis that began in 2008

8   led to a weaker demand for pork?

9          MR. POUYA:  Objection.

10      Foundation.

11         THE WITNESS:  Well, the global

12      financial crisis, part of that

13      relates to things such as overall

14      demand, right? -- GDP, I control

15      for.  Right.  I got controls for

16      price level inflation.

17         I believe that there's effects

18      from whether it's within the

19      context of large swings that were

20      noticed during the financial crisis

21      or the Great Recession, before that

22      there was expansory period, right?

23      -- there's a recovery period

24      afterwards.  I control for those

25      macroeconomic variables in my

281

```
 1  DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

 2       therefore, it must be illegal, and,

 3       a-ha, I found someone that said

 4       there should be less hogs,

 5       therefore, Mangum is wrong.

 6            It's completely incomplete

 7       characterization.  It's not about

 8       any liquidation that's bad.  It's

 9       not about a reduction or an

10       increase in hogs or increase in

11       pork production.  It's the levels

12       relevant to what they would have

13       been.

14            So you can't look at this and

15       say this is necessarily any

16       information that's relevant for the

17       analysis I have done.  It seems

18       inconsistent -- I'm sorry, it seems

19       consistent -- but it isn't enough

20       information to be useable for the

21       purposes that I form my opinions.

22  BY MR. REISER:

23       Q    You are not opining in this

24  case, though, that the reduction or

25  increase -- withdrawn.
```

282

```
 1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

 2              You are not opining in this

 3   case what -- how many sows or hogs there

 4   would have been, if not for the alleged

 5   conspiracy, right?

 6        MR. POUYA:  Same objection as

 7        before.  I will instruct the

 8        witness to testify as to what he's

 9        relied upon for purposes of class

10        certification.

11        THE WITNESS:  I don't have any

12        analysis of a but-for number of

13        hogs that I rely on for my opinions

14        in this case.

15   BY MR. REISER:

16        Q    Are you aware that from 2007

17   to 2009, it was one of the worst markets

18   years for hog growers ever?

19              Are you aware of that?

20        MR. POUYA:  Objection.  Form.

21        Foundation.

22        THE WITNESS:  I am aware of

23        the trends in feed costs, and aware

24        of the trends in demand in the

25        economy.  I know it was a very
```

283

1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2        tough time for the, generally --

3        for the economy, generally.

4            So I am also aware that what

5        was experienced in the pork

6        industry isn't necessarily immune

7        or different from many other

8        markets, many other -- you know,

9        markets and sectors of the economy

10       generally.

11   BY MR. REISER:

12       Q    Did you consider for purposes

13   of your analysis in this case that the

14   pork industry in 2009 was undergoing the

15   longest and deepest economic losses in

16   20 years?

17           MR. POUYA:  Objection.  Form.

18       Foundation.

19           THE WITNESS:  The demand and

20       the costs and those elements which

21       are descriptive of things like

22       recessions, even financial crisis,

23       those are, yes, all controlled for

24       in my model -- in my pricing model,

25       when I evaluated prices in this

296

1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2       high, and they also don't fully

3       react when costs are dropping.

4           And so they have got a longer

5       term growth.  And it could be

6       difficult, but because of the

7       symmetric nature how that happens,

8       it's not as straightforward as

9       putting on blinders and say let's

10      just decide about today or last

11      year and ignore what's been

12      experienced.

13          So you need to know -- you

14      need to know more about the

15      industry to make a facile

16      conclusion about I see a number

17      that must mean A.  It could be more

18      complicated that that economically.

19  BY MR. REISER:

20      Q      And one of the things that is

21  relevant to the economics of it would be

22  the fact there are more hogs because a

23  vaccine that is reducing hog mortality,

24  right?

25          MR. POUYA:  Objection.

297

```
 1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

 2       Speculation.  Foundation.

 3              THE WITNESS:  I am not sure I

 4       understood that.

 5              Are you suggesting that

 6       vaccine existence might have

 7       contributed to this the profit

 8       numbers that are being mentioned

 9       here?

10    BY MR. REISER:

11         Q     I'm asking whether it could

12    have.

13              MR. POUYA:  Objection.

14       Speculation.  Foundation.

15              THE WITNESS:  The economy

16       markets, they don't offer in a

17       fixed static mode.  If someone

18       realizes they are getting more out

19       of something, then they adjust the

20       production process.

21              It would be economically

22       irrational to say it doesn't matter

23       what happens, I just keep doing

24       what I did yesterday out of

25       inertia, right?  Because, of
```

298

```
 1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL
 2       course, that could end up with,
 3       Wow, I have way too many hogs
 4       because I didn't have, you know,
 5       nearly as many that let's say died
 6       because of a virus.
 7           The rational thing would be to
 8       automatically adjust, right? -- if
 9       you find something, it's like when
10       you buy a new machine that makes
11       product twice as many, you wouldn't
12       say well, for years I have been
13       running my machine for certain
14       hours a day.  Someone will say no,
15       we can react because something has
16       changed what it is going to do is
17       decrease our machinery costs per
18       unit.  So it's reflected in costs,
19       right.
20           But, yeah, it would be
21       irrational to think statically like
22       you suggest.
23   BY MR. REISER:
24       Q    Do you know one way or the
25   other whether hog growers anticipated the
```

314

1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2   question again, I have seen it.  Both up

3   and down but I have seen them.

4        Q     You have seen that they

5   profited on the margin between the higher

6   price for pork versus the higher price

7   they paid for the primary input which is

8   the hog?

9        MR. POUYA:  Objection.

10      Foundation.

11           THE WITNESS:  What I have seen

12      is that prices and costs move

13      together.  Whether costs are

14      dropping and prices are dropping or

15      costs are going up and prices are

16      going up.

17           That's where I noticed I have

18      seen that relationship.  So there's

19      a response that when costs go up,

20      it also means prices tend to go up.

21   BY MR. REISER:

22        Q     But you haven't seen any

23   indication in anything you have analyzed

24   for purposes of your report in this case,

25   Mangum Exhibit 1, that hog growers --

CASE 0:18-cv-01776-JRT-JFD  Doc. 1442-16  Filed 08/24/22  Page 30 of 54
In Re - Pork Antitrust Litigation
Highly Confidential
Russell Mangum
July 13, 2022

315

```
 1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL
 2    withdrawn.
 3              You haven't seen any
 4    indication in anything you have analyzed
 5    for purposes of your report in this case,
 6    Mangum Exhibit 1, that hog packers were
 7    trying to buy hogs at higher prices so
 8    that they could re-sell pork at higher
 9    prices?
10              MR. POUYA:  Objection --
11         objection.  Form.  Misstates the
12         testimony.
13              THE WITNESS:  I don't know
14         what that means, trying to buy at
15         higher prices.  Is that like me
16         going to Thrifty and saying no, no,
17         no, I don't want to buy the candy
18         bar for 1.25, can I pay 1.50.
19              Nobody tries to buy at higher
20         prices.  But they might say, well,
21         the thing I usually buy, the price
22         is higher, am I willing to pay that
23         because I believe the market
24         supports a higher price at my end?
25         And I have seen that's what's
```

316

1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2       happened.

3           Costs -- costs aren't always

4       the same here.  They move quite a

5       bit, up and down, and we also see

6       changes in prices up and down.

7   BY MR. REISER:

8       Q    To your knowledge, have

9   plaintiffs alleged in this case that

10  packers were buying hogs at higher prices

11  so they could re-sell pork at higher

12  prices?

13      A    I don't see that as an

14  allegation.  That's the reality of

15  economics.  That's what happens.

16  People -- it's buy low and sell high.

17          Notice no one ever talks

18  whether there's an increase of those.

19  It's buy low and sell high.  Right?  So it

20  wouldn't be an allegation that that

21  people, Hm, prices are higher, but they

22  have been willing to buy anyway because

23  they believe they can raise prices.

24          That wouldn't be an

25  allegation, that would be the way markets

433

1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2   small do they make, if at all.  They tend

3   to send these sets, how many medium, how

4   many small, how many larges.  Right.

5              Just because you say, well, I

6   only have out of every 50 shirts I send, I

7   am going to send one or two extra-extra

8   small, there is not that many people.  If

9   I am wondering about how much do I import

10  versus export -- I might have the same

11  level of demand in and outside the US, I

12  wouldn't use the highly just because it's

13  small.

14             That's what I thought of when

15  you mentioned this fringe pork products.

16  It could be relatively very small, but

17  that doesn't necessarily mean that

18  comparing across countries, we call it

19  highly versus not highly in the US versus

20  the foreign country.

21             It depends which country.

22  There are sometimes there's a product that

23  is desirable more in other products.  The

24  countries that are big that I talk about,

25  by the way, for exporting, tend to be also

CASE 0:18-cv-01776-JRT-JFD   Doc. 1442-16   Filed 08/24/22   Page 33 of 54
In Re - Pork Antitrust Litigation
Highly Confidential
Russell Mangum
July 13, 2022

434

```
1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL
2     in North America.  So we haven't got the
3     same type of big difference in demands,
4     than we might have if we have if it's
5     something like in Asian country.  So all
6     that comes in the mix.
7         Q    China is one of the biggest
8     exporting -- withdrawn.
9              China is one of the big
10    countries that imports US pork, right?
11        A    It is a big country
12    regardless of what we are talking about
13    China is a big country.  I know I have a
14    table where I talk about the large volumes
15    or at least I kind of -- a graph.  Well,
16    if we are exporting, where is it going?
17    And China is on there.  If I recall, there
18    were other countries that were bigger at
19    least for a large portion of the time
20    period.
21         Q    Did you consider the fact
22    that in China, pork hearts, tongue,
23    stomachs, and entrails are part of their
24    culinary culture again --
25              (Simultaneous Crosstalk.)
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1442-16   Filed 08/24/22   Page 34 of 54
In Re - Pork Antitrust Litigation                                    Russell Mangum
                        Highly Confidential                          July 13, 2022

435

```
 1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

 2              A     I am aware of that, yeah.

 3       That's what I mentioned a while ago when I

 4       said there's some products that in the US,

 5       they are there, they are sold, but yet

 6       they might be seen as more desirable or at

 7       least more common type of consumed thing

 8       in a foreign country.

 9              Q     And your export analysis

10       includes exports of hearts, tongues,

11       stomach, entrails to China, right?

12              A     Yes.  The documents and data

13       I have referred to talk about pork product

14       exports, right? -- all of them, which I

15       don't limit, as I said, to the class

16       products here.

17            Q     For purposes of your expert

18       analysis, did you request export data by

19       cut so that you could do an analysis of

20       whether the increased exports you observed

21       were actually as to exports pertaining to

22       the cuts that are at issue in the direct

23       purchaser plaintiffs' Complaint?

24            MR. POUYA:  Objection.  Vague.

25       Foundation.
```

436

1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2            THE WITNESS:  I don't do a,

3       quote/unquote, export analysis like

4       you described.  I didn't set out to

5       do an analysis to say what would

6       have been the but-for level of

7       exports.  As I mentioned before, I

8       don't do that.

9            What I have pointed out is

10      statements by the defendants where

11      they are talking generally about

12      the US market, and they are saying

13      what we need to do -- one thing we

14      need to do get prices up is,

15      exports, exports, exports.

16            They don't say, well, that may

17      be meaningless, unless we are

18      talking about tongues -- the things

19      I think your question suggest is

20      they only meant strange products.

21      That is not borne out with the

22      documents that I have pointed out

23      in my report.

24    BY MR. REISER:

25            Q     But it's fair to say that

445

1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2                   So it would be incomplete and

3   incorrect to say if I have -- just because

4   I have an exchange rates, let's say, that

5   makes a currency, you know, more favorable

6   in some foreign country to buy US

7   products.  If that doesn't rise to the

8   level of making the sale in that foreign

9   country, look, better than keeping it

10  domestically, then that would be an

11  irrelevant change in exchange rates.

12                  (Simultaneous Crosstalk.)

13                  So it's got to work to flow

14  to the value to the people in the US to

15  make that decision.  That's the analysis I

16  have done.  And I wouldn't say that that's

17  not irrelevant to the exchange rates.

18                  But the only way it would

19  be -- the only way it would be relevant is

20  if exchange rates in some foreign company

21  changed such that demand for US exports

22  increased so much that the value of the US

23  exports to a US producer increased

24  relative to keeping it domestically.  And

25  that did not happen in the pork industry

In Re - Pork Antitrust Litigation

Highly Confidential

Russell Mangum
July 13, 2022

446

1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2    as I highlighted.

3          Q    Are you aware that the US

4    over time in the 2009 to 2018 timeframe

5    has incentivized exports of agricultural

6    products?

7          A    Yes, I am aware of that.

8          Q    Including pork?

9          A    Yes.

10         Q    Could the observed increase

11   in exports of pork products be due to the

12   facts of that incentives -- withdrawn.

13              I am going to ask a coherent

14   question.

15              Could the increase in exports

16   that you observed over time be caused by

17   the US incentivizing exports of

18   agricultural products, including pork?

19              MR. POUYA:  Objection.

20         Foundation.  And speculation.

21              THE WITNESS:  Well, incentives

22    are part of what could affect

23    demand, one thing.  But if the

24    incentives still don't rise the

25    value of exporting to be higher

447

1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2       than selling a product

3       domestically, although they could

4       happen, that wouldn't explain a

5       shift.  Right?

6            Now, incentives might be

7       something that simply means, well,

8       let's tear down trade barriers.

9       Like, maybe there was a way that

10      people would be willing to pay a

11      higher price, but they couldn't

12      legally buy it because of quota or

13      something like that.  Right.  That

14      might do it as well.

15           But it's all got to flow down

16      to what is the value for domestic

17      producer of keeping it domestic or

18      selling it international.  So even

19      though you're talking about things

20      that might affect that value, I

21      went right to the value.  And

22      whatever it might have been that

23      affected the relative value, that's

24      what I looked at in my report.

25   BY MR. REISER:

460

1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2        don't remember if that's the only

3        place I would mention contracts.

4            I mean this is a place in my

5        report where I talk about contract

6        terms.  I list them.  But I do

7        remember talking about contracts in

8        other places.

9            For example, I have cited

10       contracts for having different

11       lengths of time.  I have cited

12       contracts for times where the

13       packers have the ability to buy the

14       option if the grower grossed more

15       than what is listed, they get to

16       buy it, they have that option.  I

17       have listed examples when contracts

18       can be terminated early.

19           So there are several other

20       places in my report where I cite to

21       contracts besides this location.

22   BY MR. REISER:

23       Q    It's not your opinion, is it,

24   Dr. Mangum, that a packer that buys all of

25   its hogs has exactly the same ability to

461

```
 1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL
 2      influence hog growing as one that does
 3      not, is it?
 4           A     I think you said -- I think
 5      you want me to compare two things; a
 6      packer that buys all of its hogs versus
 7      one that does not.
 8               I mean, compared to a packer
 9      that buys 99 percent, 98 percent, and
10      someone who buys a hundred percent, I
11      might say I don't think there's a
12      meaningful distinction.  I mean, the
13      bigger comparison would be somebody who
14      buys all their hogs and somebody who grows
15      all their own, right? -- obviously not
16      identical.
17               But as I described and cited
18      the Carleton and Perloff, depending on the
19      terms of contracts which put a lot of
20      requirements, they approximate -- they can
21      approximate this formal vertical
22      integration.
23           Q     Depending on the contractual
24      terms, right?
25           A     Correct.  Depending on the
```

462

```
 1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL
 2    contractual terms.
 3         Q    But you are not opining that
 4    a contract stating what a packer will buy
 5    and how it will buy it is the same as
 6    owning the hog.
 7              You're just saying it
 8    approximates owning the hog, right?
 9         MR. POUYA:  Objection.
10      Misstates the testimony.
11      Foundation.
12         THE WITNESS:  Well, I don't
13      mean to give any assessment that is
14      a legal assessment or opinion.  So,
15      owning to some extent is a legal
16      thing.
17              Economically, I do believe
18      it's feasible with contracts.  For
19      example, a contract that simply
20      says, you know, I get to buy from
21      you something in a year, right?  Or
22      maybe starting in a month for a
23      year with nothing else.  That's
24      very different than one that says,
25      I get to buy this from you but
```

469

1  DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2      to show that I understood that

3      these are characteristics in the

4      marketplace, that may not be --

5      that I know from personal

6      experience are not common across

7      all markets.

8          But for my purposes to

9      identify there are these contract

10     terms, they occur, there are

11     various elements, what I found and

12     highlighted met my needs for what I

13     was looking for the conclusions I

14     was coming to.

15  BY MR. REISER:

16      Q    Are you familiar with the

17  Packers and Stockyards Act, Dr. Mangum?

18      A    I know it exists.  I have

19  heard reference to it, but I don't know

20  much of the elements about it.

21      Q    Did you know that it requires

22  the USDA to maintain a library or catalog

23  of each type of contract offered by

24  packers to swine producers for the

25  purchase of all or part of the producer's

470

```
 1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

 2     production of swine?

 3             MR. POUYA:  Objection.

 4        Foundation.

 5             THE WITNESS:  Maybe.  I can't

 6        say for certain.  Like I said, I am

 7        not familiar with all the elements

 8        of that act.

 9    BY MR. REISER:

10         Q    Did you know that there's a

11    USDA swine contract library that details

12    all of the terms that we are talking about

13    here --

14             (Simultaneous Crosstalk.)

15             MR. POUYA:  Same objections.

16             THE WITNESS:  It could be.

17        But I have not relied on that

18        existence in forming the opinions

19        that I have rendered in my reports.

20    BY MR. REISER:

21         Q    And my question is, why did

22    you rely on a selection of contracts as

23    opposed to an inventory of all contracts?

24             MR. POUYA:  Objection.  Asked

25        and answered.
```

471

```
1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2              THE WITNESS:  Well, these

3         contracts that I found met my needs

4         of finding examples of the

5         contracts that are out there.

6              I also know that it wasn't the

7         only ones I found, that I was aware

8         there were many like this from what

9         I learned in discovery.

10             As I said, I don't remember

11        what I knew of in the past about

12        this library or depository you

13        mentioned.  If it's only the type

14        of contracts that are listed, I

15        think having actual contracts, I

16        would look for those first just

17        myself, as opposed to looking for

18        templates of types of things.  But

19        I don't remember specifically what

20        is in the library.

21   BY MR. REISER:

22        Q    Well, the library contains

23   all the terms.  I can show it to you, but

24   that would be a waste of time because you

25   haven't reviewed it and you will be
```

472

```
 1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

 2    instructed not to talk about it.

 3              Let me ask you this,

 4    Dr. Mangum:  If you wanted to know how

 5    common the terms that you're describing in

 6    paragraph 111 are, why wouldn't you look

 7    at a repository that collects and outlines

 8    in very painstaking details all of those

 9    terms?

10        A    You know, I can't comment.  I

11    don't know what is in this depository

12    you're talking about.  And I don't know

13    that having something there would have

14    given me any more substantiation for the

15    conclusions I came to.

16        Q    You don't know one way or the

17    other, right?

18        A    Nothing you have mentioned

19    today leads me to think that I should have

20    done something else compared to what I did

21    to rely on for my opinions.

22        Q    Let's pull up paragraph 147

23    -- actually, we can just take down the

24    report.  No need to do that.

25              One of your opinions,
```

488

```
 1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

 2      Foundation.

 3           (Whereupon a Discussion is

 4      Held Off the Record.)

 5           THE WITNESS:  Well, the pork

 6      market, which is US products only

 7      that I looked at, is not a function

 8      of what is exported.  It's a

 9      function of what remains

10      domestically in a marketplace.

11           I have looked at in my model,

12      the pricing model, I have included

13      factors that supply and demand side

14      factors, that include the price of

15      domestic pork.  That's what I have

16      included.

17           So I don't look at exports of

18      things that would affect markets

19      for exports.  I look at what is

20      going on domestically.

21   BY MR. REISER:

22           Q    You did nothing in your

23   models to distinguish between defendants

24   who purchase nearly all of their hogs from

25   growers on the one hand from those who do
```

489

1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2     not on the other hand, right?

3            MR. POUYA:  Same objection.

4        Vague.  Foundation.  Incomplete

5        hypothetical.

6            THE WITNESS:  I think you are

7        asking if there is a variable that

8        somehow measures degree of vertical

9        integration.  And no, I did not

10       include it.  I don't see as

11       relevant a vertical integration

12       variable in my pork market pricing

13       model.

14   BY MR. REISER:

15       Q    Your model evaluates impact

16   in damages over the 2009 to 2018

17   timeframe, right?

18       A    Well, the period of my

19   conspiracy indicator variable, right? --

20   that's what I call the class period in my

21   report.  That does go from January 2009 to

22   the end of June 2018.

23       Q    And you arrived at a single

24   overcharge percentage for each pork

25   product in the plaintiffs' class

490

1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2    definition over the course of that roughly

3    nine-year timeframe, right?

4         A     Not exactly.  But it's each

5    of -- I think it was six or eight, I have

6    to count, distinctive counts.  Not each

7    product.  But, for example, loin, ham,

8    right? -- shoulder, belly pork, et cetera.

9         Q     One number for the entire

10   2009 to 2018 timeframe, right?

11        A     Correct.

12        Q     We talked earlier about the

13   plaintiffs being limited by statute to

14   damages after June 29, 2014.

15             Do you remember that

16   discussion?

17        A     I do.

18        Q     Doesn't the way you have

19   modeled the damages hold defendants

20   accountable for damages that they are by

21   statute from recovering?

22        A     No, not at all.  I mean,

23   damages are a function of applying only a

24   certain time period.  So in my opinion,

25   the proper method is to come up with an

492

1  DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2   wouldn't your model point to a higher

3   overcharge percentage over the entire 2009

4   to 2018 timeframe?

5           MR. POUYA:  Same objections.

6           THE WITNESS:  Well, what I

7      have modeled is the effect of

8      what's been alleged as one

9      conspiracy.  I don't know any

10     economic reason to think that a

11     judicial decision regarding statute

12     of limitations would be a barrier

13     point to say, well, let's look --

14     let's mandate the conspiracy to be

15     different during that -- I will say

16     economically arbitrary threshold.

17          So I think it is more

18     appropriate to look at the entire

19     conspiracy as alleged, since I am

20     assuming that is the conspiracy for

21     which liability will be found.  But

22     I do find it's important to then,

23     when I am looking at damages, to

24     only apply it to the time period of

25     commerce that the court has

493

1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2        identified.

3    BY MR. REISER:

4        Q      Hypothetically, if you

5    calculated an overcharge -- withdrawn.

6                Hypothetically if there is

7    was an overcharge on bacon of 80 percent

8    prior to June 29, 2014, and zero percent

9    from June 30, 2014, through the rest of

10   2018, wouldn't your model say that there

11   was an overcharge, even though there

12   wasn't any overcharge prior to June 29,

13   2014?

14                MR. POUYA:  Objection.

15        Foundation.  Speculation.

16                THE WITNESS:  I haven't -- I

17        haven't performed any analysis that

18        could confirm what you are

19        suggesting.  I am not aware of any

20        alleged conspiracy that would mean

21        those effects would be different.

22                I have come up with a model to

23        answer the question of someone

24        basically says we have news,

25        liabilities found, there was a

CASE 0:18-cv-01776-JRT-JFD   Doc. 1442-16   Filed 08/24/22   Page 51 of 54
In Re - Pork Antitrust Litigation                                    Russell Mangum
Highly Confidential                                                  July 13, 2022

494

```
 1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL
 2         single conspiracy over the time
 3         period.  That's what my model could
 4         answer.  But I haven't done an
 5         analysis that would enable me to
 6         answer the question that you have
 7         posed for the opinions that I have
 8         formed.
 9    BY MR. REISER:
10         Q     You don't need to do any
11    analysis because it's just math, right?
12               If there is an overcharge on
13    bacon of 80 percent prior to June 29,
14    2014, and there's no overcharge after that
15    period, your math comes up with zero,
16    isn't it fair to say that your model would
17    say there was an overcharge even though
18    there was a zero percent overcharge after
19    June 29, 2014?
20         A     Well, you have proposed
21    something that I don't know there's any
22    economical theory to back up it.
23               You can say, let's assume
24    Apple pays people to use their phones in
25    one year and then doubles their price the
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1442-16   Filed 08/24/22   Page 52 of 54
In Re - Pork Antitrust Litigation                    Russell Mangum
Highly Confidential                                   July 13, 2022

495

```
 1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

 2     next year, wouldn't that mean XYZ.  I

 3     wouldn't answer that question.

 4            I would say, can you give me

 5     some fleeting chance of economic reality

 6     that would suggest that.

 7            What I have done is I have

 8     answered a question that I think would be

 9     the question at hand, if somebody says,

10     hey, liability's just been found for this

11     conspiracy over this period, we need an

12     answer for the effect of the conspiracy.

13     So I have answered that question.

14            I have not looked at

15     something given what you have proposed in

16     the opinions in this case, I don't know a

17     reason why that would be logical or that

18     would be the outcome.

19         Q    Do you agree 80 is more than

20     zero?

21         A    I do agree that 80 is a

22     higher number than zero.

23         Q    You chose 2005 to 2009 as a

24     benchmark period, right?

25         A    Not really.  I would have --
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1442-16   Filed 08/24/22   Page 53 of 54
In Re - Pork Antitrust Litigation                                    Russell Mangum
Highly Confidential                                                  July 13, 2022

496

1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2   I would have gone further back.  But I --

3   I did choose to go as far as I could with

4   the data that I have.  But I didn't start

5   off by saying, I don't want anymore data.

6   I used what I was told was agreed upon

7   between the parties to be produced and I

8   used all I could.

9        Q    So having more data would

10  have been better for you for purpose of

11  doing your analysis?

12       A    I would be interested if

13  someone has any more information on any

14  topic that I have opined on.  I believe I

15  had sufficient data to run the model that

16  I did over many, many years -- more than a

17  decade.

18            But as far as I didn't choose

19  to not go back further than 2005, I used

20  all that I could.

21       Q    Do you agree if certain

22  events during the benchmarking period led

23  to lower pricing during that period, that

24  your model would predict higher damages?

25            MR. POUYA:  Objection.

497

1    DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL

2         Foundation.  Calls for speculation.

3              THE WITNESS:  I disagree.  I

4         believe I have the variables which

5         identify -- that identify relevant

6         factors that affect price over the

7         entire time period.  And the way my

8         benchmark model was created was it

9         asks, after I include those

10        variables, right? -- is there still

11        something hanging on that also

12        explains a different price during

13        the conspiracy.

14             So I believe I have used the

15        right set of variables.  I am

16        not -- I don't agree.  I think if

17        you said -- I think you are

18        suggesting if there was some other

19        variable that was relevant, if I

20        used it.  Well, I need to know what

21        that is to see if it makes logical

22        sense, if it applies to the theory

23        in the case.  But I have included

24        all I am aware of that would be

25        relevant.