# EXHIBIT 19

# Filed Under Seal

HIGHLY CONFIDENTIAL

Page 1

1         UNITED STATES DISTRICT COURT
              DISTRICT OF MINNESOTA

4   ATL 4842831 IN RE: PORK      Civil No. 18-1776 (JRT/HB)
    ANTITRUST LITIGATION,
5                                0:21-md-02998-JRT-HB
    ~~~~~~~~~~~~~~~~~~~~~~~~~
6   This Document Relates to:    MDL No. 2998
7   All Actions

                REMOTE VIDEO DEPOSITION OF

                    CORWYN "CORY" BOLLUM

                    HIGHLY CONFIDENTIAL

                    December 1, 2021

                        9:45 a.m.

                        Suite 2200
                      90 S. 7th Street
                   Minneapolis, Minnesota

             S. Julie Friedman, CCR-B-1476

HIGHLY CONFIDENTIAL

Page 295

1          Would you agree with that?
2     A.   It appears that way.
3     Q.   And -- And you write a reply to Rebecca's
4  e-mail with some complaints about the report that she
5  provided on the cost data.  Is that fair?
6     A.   Yeah.  Rebecca Roddy was a new accountant,
7  and so she was putting together some numbers and --
8  and reported them looking at what our hog cost was
9  relative to the Agri Stats hog cost report.
10         And then I was just trying to point out to
11 her and use it as a teachable moment for her some
12 things that she wasn't necessarily looking at.
13    Q.   And in response to your e-mail at the
14 bottom of the first page of this Exhibit 45, Paul
15 Bogle writes to you and says, "Cory, I asked Rebecca
16 to include the Agri Stats comparison.  When it was
17 agreed to participate in Agristats, it was also
18 agreed we would not pick apart the numbers.  We would
19 use the information for reference and strive to get
20 better."
21         Do you see that?
22    A.   Yeah.
23    Q.   Do you have understanding of what Paul
24 meant when he said to you that it was agreed we would
25 not pick apart the numbers provided by Agri Stats?

Page 296

1    A.    Again, Rebecca worked for Paul, and so
2    Paul was a long-term Hormel employee, and so he -- he
3    didn't like my evisceration of Rebecca very well and
4    so was just reminding me that, again, we -- we --
5          On this report, we look at our hog costs.
6    We look at how we can reduce our hog cost.  That is
7    my goal, that is our goal to reduce hog cost.
8          To me, that's kind why it's interesting
9    that we're a part of this lawsuit, when our goal here
10   is to reduce hog cost; and I get chewed out multiple
11   times in my career trying to reduce hog cost; and,
12   yet, I'm being -- have the opportunity to be in
13   this -- in this position.
14   Q.    Were you involved in the decision to --
15   for Hormel to participate in Agri Stats?
16   A.    I had been involved with the decision to
17   be a part of Agri Stats, and I've been a part of the
18   decision to get out of Agri Stats.
19         Again, there's -- there's times we try to
20   utilize Agri Stats as an opportunity to benchmark how
21   our primal yields and what -- how we were taking the
22   carcass apart compared; and certainly, there's a lot
23   of differences in -- in how -- how that information's
24   put together, and so it's -- it's a --  It's an
25   interesting concept.

Page 297

1       Q.    I'm --  I would like to just ask you a
2    question about -- going back to the question I asked
3    earlier, which is when Mr. Bogle wrote to you when it
4    was agreed to participate in Agri Stats, which you
5    just testified you were part of that decision, it was
6    also agreed we would not pick apart the numbers.
7              And my question is:  Do you have an
8    understanding of what it means when Mr. Bogle said it
9    was agreed we would not pick apart the numbers?
10      A.    Again, I'm referencing in the -- in this
11   particular instance where some of my discussion to
12   have a teachable moment to Rebecca Roddy was what he
13   was referencing in that -- in that particular
14   instance.
15      Q.    If I could ask you to look at Tab 37 of
16   the binder in front of you.
17            MR. MITCHELL:  We'll mark that as
18       Exhibit 46, which I think will be the last one
19       from me today.
20            (Plaintiff's Exhibit 46 was marked for
21       identification.)
22      Q.    (By Mr. Mitchell)  And that's a document
23   Bates-stamped on the first page ending in 11420.
24            Again, Tab 37, Exhibit 46, do you have
25   that document in front of you?