# EXHIBIT 36

# Filed Under Seal

Page 1

1      IN THE UNITED STATES DISTRICT COURT
2            DISTRICT OF MINNESOTA
3
4
5
6
7    CIVIL NO.: 18-1776 (JRT/HB)
8
9
10   IN RE PORK ANTITRUST LITIGATION
11
12   This Document Relates to:
13   All Actions
14
15
16
17
18
19            HIGHLY CONFIDENTIAL
20    REMOTE VIDEO DEPOSITION TESTIMONY OF:
21                SHANE MILLER
22               May 26, 2022
23
24
25

1   Q.   I'm sorry, you said thousands of
2   pork producers?
3   A.   Independent hog producers.  I'm
4   sorry.  Independent hog producers that
5   supply us with pigs into our pork
6   production facilities.
7        And further, those agreements
8   are refreshed on an annual basis.
9   They're mutually agreed upon.  And they
10  adjust with time based on maybe the age
11  of the hog producer or if he has a
12  succession plan or not.  And then over
13  time, they're renegotiated.
14  Q.   So given Tyson procured almost
15  all of its hogs from independent farmers,
16  did Tyson have the power to meaningfully
17  suppress the supply of hogs?
18       MR. LIFVENDAHL:  Objection,
19  form, foundation, calls for a legal
20  conclusion.
21  A.   No.  We did not have the power
22  to do that.  We are heavily dependent on
23  hog producers to bring us the supply we
24  need to run our plants and to service the
25  customers that we -- that we sell

Page 320

```
 1    products to.
 2         Q.    Did the hog producers make their
 3    own decisions of level of supply or --
 4              MR. LIFVENDAHL:    Objection,
 5    calls for speculation.
 6              MS. ROHRBAUGH:    Strike -- strike
 7    that.
 8         Q.    Did the independent hog
 9    producers or farmers -- well, let me
10    strike that.
11              Did you as Tyson control the
12    amount of hogs that independent hog
13    farmers raise?
14              MR. LIFVENDAHL:    Objection,
15    form, foundation.
16         A.    No, we do not.
17         Q.    Based on your knowledge of Agri
18    Stats, do you believe that any of the
19    Agri Stats reports Tyson used allowed
20    Tyson to determine its competitors' past
21    or future pork production levels?
22              MR. LIFVENDAHL:    Objection to
23    form.
24         A.    No.
25         Q.    To the best of your knowledge,
```

1      did anyone at Tyson use Agri Stats to
2      monitor whether Tyson's competitors were
3      expanding or reducing their total pork
4      production?
5               MR. LIFVENDAHL:  Objection,
6      foundation.
7          A.   No, we did not.
8          Q.   Do you have an understanding of
9      Tyson's broad strategy regarding pork
10     exports?
11              MR. LIFVENDAHL:  Just
12     (inaudible).
13              THE COURT REPORTER:  I'm sorry,
14     I didn't hear what you said, Eric.
15              MR. LIFVENDAHL:  Tiffany, could
16     we get a time period as to their
17     strategy?
18         Q.   Oh.  For pork exports for the
19     2009 through 2018.
20              MR. LIFVENDAHL:  Thank you.
21         A.   I'm sorry, what was the -- can
22     you ask that question --
23         Q.   Yeah.
24         A.   -- one more time, please.
25         Q.   Do you have an understanding of

Page 322

1    Tyson's broad strategy regarding pork
2    exports from 2009 to 2018?
3        A.   Yes, I -- yes, I do.
4        Q.   And can you describe that?
5        A.   Yes.  Our -- our growth in
6    exports was centered around trying to
7    value-up products, some products that
8    aren't consumed in the United States,
9    other products where we have customers
10   globally looking to have another source
11   of supply that were looking for
12   high-quality pork.  And we had to raise
13   the bar from a quality perspective and
14   change out -- change out some of our
15   processes in our plants to bring in new
16   equipment to be able to get to the level
17   of quality that the customers in Asia
18   were looking for.
19       Q.   Was Tyson's strategy on exports
20   between 2009 and 2018 ever motivated by a
21   desire to reduce domestic supply and
22   drive up the cost domestically -- I'm
23   sorry, the price domestically?
24            MR. LIFVENDAHL:  Objection to
25   form.