# EXHIBIT 47

# Filed Under Seal

**PRODUCED IN NATIVE FORMAT**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    TF-P-000066957

{Wkly Recap}

## The Pork Group Margin Recap
### For the Week Ended 09/28/13

**Wean Pig Sales (per Head)**

| | Total Hd Shipped | Avg Wt. | Avg $ to Top $ % | FOB Farm Price | Sales Adjs. | Pass Thru Charges | NPPC | Freight Allowance | Net Sales | Effective Sales | Est Farm Cost | Pass Thru Charges | Breeding Stock P&L | Freight | TPG Overhead | Cost Pre Hedge /Alloc | Grain Hedging | | | Effective Cost | Gross Margin | Margin $ | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Effingham | 3,190 | 10.82 | 92.9% | $ 38.61 | $ - | $ - | $ (0.15) | $ 1.59 | $ 40.05 | $ 40.05 | $ 34.40 | $ - | $ (0.32) | $ 2.39 | $ 1.38 | $ 37.86 | $ - | | | $ 37.86 | $ 2.19 | $ 6,970 | |
| RC Family Farm | 6,438 | 11.49 | 96.8% | $ 42.64 | $ 0.04 | $ - | $ (0.17) | $ 1.59 | $ 44.10 | $ 44.10 | $ 35.48 | $ - | $ (0.32) | $ 2.27 | $ 1.38 | $ 38.81 | $ - | | | $ 38.81 | $ 5.29 | $ 34,062 | |
| Total | 9,628 | 11.27 | 97.2% | $ 41.31 | $ 0.02 | $ - | $ (0.17) | $ 1.59 | $ 42.76 | $ 42.76 | $ 35.12 | $ - | $ (0.32) | $ 2.31 | $ 1.38 | $ 38.50 | $ - | | | $ 38.50 | $ 4.26 | $ 41,032 | |
| | | | 0.0% | | | | | | $ - | $ - | | | | | | | | | | | | | |

**Market Hog Sales (per Live Lb)**

| | Total Hd Shipped | Avg Wt. | Avg $ to Top $ % | Gross Sales | Sales Adjs. | NPPC | Net Sales | Effective Sales | Est Farm Cost | | Freight | TPG Overhead | Cost Pre Hedge /Alloc | Grain Hedging | Prior Period Cost Adj. | Allocation To Gilt Cost | Effective Cost | Gross Margin | Margin $ | Adjusted Farm Cost | Adjusted Margins |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TPG OK Comm | - | - | 0.0% | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 562 | | |
| TPG PSMC Comm | 3,212 | 247.56 | 96.0% | $ 0.6713 | $ - | $ (0.0034) | $ 0.6679 | $ 0.6679 | $ 0.7521 | | $ 0.0141 | $ 0.0092 | $ 0.7755 | $ - | $ - | $ - | $ 0.7755 | $ (0.1076) | $ (85,528) | $ 0.7955 | $ (101,432) |
| TPG Signature Comm | 8,240 | 274.08 | 99.1% | $ 0.7186 | $ - | $ (0.0035) | $ 0.7151 | $ 0.7151 | $ 0.6734 | | $ 0.0152 | $ 0.0083 | $ 0.6969 | $ - | $ - | $ - | $ 0.6969 | $ 0.0182 | $ 41,086 | $ 0.6719 | $ 97,547 |
| Total | 11,452 | 266.64 | 98.2% | $ 0.7063 | $ 0.0002 | $ (0.0034) | $ 0.7030 | $ 0.7030 | $ 0.6939 | | $ 0.0150 | $ 0.0085 | $ 0.7174 | $ - | $ - | $ - | $ 0.7174 | $ (0.0144) | $ (43,880) | | $ (3,322) |

**Cull Breeding Stock (per Live Lb)**

| | Total Hd Shipped | Avg Wt. | | Gross Sales | | NPPC | Net Sales | Effective Sales | Est Farm Cost | Commissions | Freight | | Cost Pre Hedge /Alloc | Grain Hedging | | Allocation To Sow Unit | Effective Cost | Gross Margin | Margin $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Heavy Sows | 152 | 509.05 | | $ 0.7781 | | $ (0.0028) | $ 0.7753 | $ 0.7753 | $ 0.4804 | $ - | $ 0.0836 | | $ 0.5640 | | | $ 0.2113 | $ 0.7753 | $ - | $ - |
| Light Sows | 376 | 402.09 | | $ 0.7075 | | $ (0.0028) | $ 0.7046 | $ 0.7046 | $ 0.6082 | $ - | $ 0.0836 | | $ 0.6918 | | | $ 0.0129 | $ 0.7046 | $ - | $ - |
| Boners | 96 | 402.71 | | $ 0.6575 | | $ (0.0026) | $ 0.6548 | $ 0.6548 | $ 0.6073 | $ - | $ 0.0836 | | $ 0.6909 | | | $ (0.0360) | $ 0.6548 | $ - | $ - |
| Boars | 31 | 630.97 | | $ 0.3500 | | $ (0.0014) | $ 0.3486 | $ 0.3486 | $ 0.3876 | $ - | $ 0.0836 | | $ 0.4712 | | | $ (0.1226) | $ 0.3486 | $ - | $ - |
| NV/DOA | 6 | 400.67 | | $ - | | $ - | $ - | $ - | $ 0.6104 | $ - | $ 0.0836 | | $ 0.6939 | | | $ (0.6939) | $ - | $ - | $ - |
| Total | 661 | 437.49 | | $ 0.6896 | | $ (0.0027) | $ 0.6869 | $ 0.6869 | $ 0.5590 | $ - | $ 0.0836 | | $ 0.6426 | | | $ 0.0444 | $ 0.6869 | $ - | $ - |
| Alloc to Sow Unit | | | | | | | | | | | | | | | | $ 12,834 | | | |

**Summary**

| | Total Hd Shipped | Avg Wt. | | | Net Sales | Effective Sales | | Cost Pre Hedge /Alloc | Grain Hedging | Prior Period Cost Adj. | Allocation | Effective Cost | Gross Margin/Hd | Margin $ | Adjusted Gross Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wean Pigs | 9,628 | 11.27 | | | $ 411,676 | $ 411,676 | | $ 370,644 | $ - | $ - | $ - | $ 370,644 | $ 4.26 | $ 41,032 | $ 41,032 |
| Market Hogs | 11,452 | 266.64 | | | $ 2,146,700 | $ 2,146,700 | | $ 2,190,580 | $ - | $ - | $ - | $ 2,190,580 | $ (3.83) | $ (43,880) | $ (3,322) |
| Cull Breeders | 661 | 437.49 | | | $ 198,653 | $ 198,653 | | $ 185,819 | $ - | | $ 12,834 | $ 198,653 | $ - | $ - | $ - |
| Sub-Total | 21,886 | | | | $ 2,787,206 | $ 2,787,206 | | $ 2,780,909 | $ - | $ - | $ 9,145 | $ 2,790,053 | $ (0.13) | $ (2,848) | $ 37,710 |
| COS Adj. (Op. Changes) | | | | | | | | | | | | | $ (0.77) | $ (16,900) | $ (16,900) |
| SG&A | | | | | | | | | | | | | $ (0.91) | $ (19,900) | $ (19,900) |
| Hedge Accruals | | | | | | | | | | | | | $ (11.76) | $ (257,345) | $ (257,345) |
| Finish Closeout Adjs. | | | | | | | | | | | | | $ (5.06) | $ (110,735) | $ - |
| Down Time Exp/Marketing Bonus | | | | | | | | | | | | | $ 0.20 | $ 4,300 | $ - |
| EBIT | | | | | | | | | | | | | $ (19.88) | $ (435,066) | $ (288,074) |
| Interest Income | | | | | | | | | | | | | $ 0.33 | $ 7,164 | $ 7,164 |
| EBT | | | | | | | | | | | | | $ (19.55) | $ (427,903) | $ (280,910) |
| | | | | | | | | | | | | | | $ - | |

**Notes**
_Wean pigs sales were $8K favorable to projections due to farm cost, weight, rejects and count variance
_Market hogs sales were $87k unfavorable to projections due to weights, sorts, price, age mix and additional 776 head shipped form PSMC Finish (425hd were culls

## The Pork Group Margin Recap
Month Ended 9/28/13

### Wean Pig Sales (per Head)

| | Total Hd Shipped | Avg Wt. | Avg $ to Top $ % | FOB Farm Price | Sales Adjs. | Pass Thru Charges | NPPC | Freight Allowance | Net Sales | Hedging | Effective Sales | Est Farm Cost | Pass Thru | Breeding Stock P&L | Production Variance | Freight | TPG Overhead | Cost Pre Hedge /Alloc | Grain Hedging | | | | Effective Cost | Gross Margin | Margin $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Effingham | 12,680 | 10.90 | 96.8% | $ 38.22 | $ - | $ - | $ (0.15) | $ 1.61 | 39.67 | $ - | $ 39.67 | $ 34.48 | $ - | $ 0.10 | $ - | 2.39 | 1.52 | 38.49 | $ - | | | | $ 38.49 | $ 1.17 | $ 14,896 |
| RC Family Farm | 25,737 | 11.31 | 95.8% | $ 42.24 | $ 0.01 | $ - | $ (0.17) | $ 1.60 | 43.68 | $ - | $ 43.68 | $ 35.20 | $ - | $ 0.05 | $ - | 2.36 | 1.52 | 39.13 | $ - | | | | $ 39.13 | $ 4.55 | $ 117,125 |
| Spot Sales | - | - | 0.0% | $ - | $ - | $ - | $ - | $ - | - | $ - | $ - | $ - | $ - | $ - | $ - | - | - | - | $ - | | | | $ - | $ - | $ - |
| Total | 38,417 | 11.18 | 96.2% | $ 40.91 | $ 0.01 | $ - | $ (0.16) | $ 1.60 | 42.36 | $ - | $ 42.36 | $ 34.96 | $ - | $ 0.07 | $ - | 2.37 | 1.52 | 38.92 | $ - | | | | $ 38.92 | $ 3.44 | $ 132,021 |

### Non Select Hog Sales (per Live Lb)

| | Total Hd Shipped | Avg Wt. | Avg $ to Top $ % | Gross Sales | Sales Adjs. | NPPC | Net Sales | Hedging | Effective Sales | Est Cost | | Production Variance | Freight | TPG Overhead | Cost Pre Hedge /Alloc | Grain Hedging | Prior Period Cost Adj. | Allocation To Gilt Cost | Effective Cost | Gross Margin | Margin $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non Select / Gilts | 264 | 293.48 | 99.3% | $ 0.6927 | $ - | $ (0.0035) | 0.6893 | $ - | $ 0.6893 | $ 0.7327 | | | $ 0.0384 | $ 0.0065 | 0.7777 | $ - | | $ (0.0884) | $ 0.6893 | $ - | $ - |
| Total | 264 | 293.48 | 0.0% | $ 0.6927 | $ - | $ (0.0035) | 0.6893 | $ - | $ 0.6893 | $ 0.7327 | | | $ 0.0384 | $ 0.0065 | 0.7777 | $ - | | $ (0.0884) | $ 0.6893 | $ - | $ - |
| Alloc to Gilt Cost | | | | | | | | | | | | | | | | | | $ (6,851.13) | | | |

### Market Hog Sales (per Live Lb)

| | Total Hd Shipped | Avg Wt. | Avg $ to Top $ % | Gross Sales | Sales Adjs. | NPPC | Net Sales | Hedging | Effective Sales | Est Farm Cost | | Production Variance | Freight | TPG Overhead | Cost Pre Hedge /Alloc | Grain Hedging | Prior Period Cost Adj. | Allocation To Gilt Cost | Effective Cost | Gross Margin | Margin $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TPG OK Comm | - | - | 0.0% | $ - | $ - | $ - | - | $ - | $ - | $ - | | | $ - | $ - | - | $ - | $ - | $ - | $ - | $ - | $ 562 |
| TPG PSMC Comm | 8,859 | 259.02 | 97.9% | $ 0.6801 | $ - | $ (0.0034) | 0.6767 | $ - | $ 0.6767 | $ 0.7131 | | | $ 0.0154 | $ 0.0070 | 0.7354 | $ - | $ - | $ - | 0.7354 | $(0.0587) | $ (134,780) |
| TPG Sign Comm | 42,758 | 264.57 | 98.2% | $ 0.6890 | $ - | $ (0.0034) | 0.6856 | $ - | $ 0.6856 | $ 0.6926 | | | $ 0.0148 | $ 0.0064 | 0.7137 | $ - | $ - | $ - | 0.7137 | $(0.0281) | $ (318,422) |
| Total | 51,617 | 263.62 | 98.2% | $ 0.6875 | $ 0.0000 | $ (0.0034) | 0.6841 | $ - | $ 0.6841 | $ 0.6960 | | | $ 0.0149 | $ 0.0065 | 0.7174 | $ - | $ - | $ (0.0000) | 0.7174 | $(0.0333) | $ (452,640) |

### Cull Breeding Stock (per Live Lb)

| | Total Hd Shipped | Avg Wt. | Gross Sales | Sales Adjs. | NPPC | Net Sales | Hedging | Effective Sales | Est Cost | Commissions | Freight | Cost Pre Hedge /Alloc | Grain Hedging | Allocation To Sow Unit | Effective Cost | Gross Margin | Margin $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Heavy Sows | 588 | 505.37 | $ 0.7158 | | $ (0.0028) | $ 0.7130 | $ - | $ 0.7130 | $ 0.4919 | $ - | $ 0.0791 | $ 0.5710 | | $ 0.1421 | $ 0.7130 | $ - | $ - |
| Light Sows | 1,293 | 398.27 | $ 0.6686 | | $ (0.0027) | $ 0.6659 | $ - | $ 0.6659 | $ 0.6247 | $ - | $ 0.0793 | $ 0.7039 | | $ (0.0381) | $ 0.6659 | $ - | $ - |
| Boners | 306 | 410.15 | $ 0.6142 | | $ (0.0025) | $ 0.6117 | $ - | $ 0.6117 | $ 0.6092 | $ - | $ 0.0794 | $ 0.6885 | | $ (0.0768) | $ 0.6117 | $ - | $ - |
| Others | 4 | 272.50 | $ 0.6038 | | $ (0.0024) | $ 0.6014 | $ - | $ 0.6014 | $ 0.9611 | $ - | $ 0.0775 | $ 1.0386 | | $ (0.4372) | $ 0.6014 | $ - | $ - |
| Boars | 93 | 653.44 | $ 0.3195 | | $ (0.0013) | $ 0.3182 | $ - | $ 0.3182 | $ 0.3817 | $ - | $ 0.0794 | $ 0.4611 | | $ (0.1429) | $ 0.3182 | $ - | $ - |
| NV/DOA | 38 | 406.29 | $ - | | $ - | $ - | $ - | $ - | $ 0.6129 | $ - | $ 0.0784 | $ 0.6914 | | $ (0.6914) | $ - | $ - | $ - |
| Total | 2,322 | 437.09 | $ 0.6445 | | $ (0.0026) | $ 0.6420 | $ - | $ 0.6420 | $ 0.5695 | $ - | $ 0.0792 | $ 0.6487 | | $ (0.0068) | $ 0.6420 | $ - | $ - |

### Summary

| | Total Hd Shipped | Avg Wt. | | | | Net Sales | Hedging | Effective Sales | | | | Cost Pre Hedge /Alloc | Grain Hedging | Prior Period Cost Adj. | Allocation | Effective Cost | Gross Margin/Hd | Margin $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wean Pigs | 38,417 | 11.18 | | | | $ 1,627,305 | $ - | $ 1,627,305 | | | | $ 1,495,283 | $ - | | $ - | $ 1,495,283 | $ 3.44 | $ 132,021 |
| Non Select Hogs | 264 | 293.48 | | | | 53,404 | $ - | 53,404 | | | | 60,256 | | | (6,851) | 53,404 | $ (0.00) | $ (0) |
| Market Hogs | 51,617 | 263.62 | | | | 9,309,066 | $ - | $ 9,309,066 | | | | 9,761,706 | $ - | $ - | - | 9,761,706 | $ (8.77) | $ (452,640) |
| Cull Breeders | 2,322 | 437.09 | | | | 651,566 | $ - | 651,566 | | | | 658,425 | | | (6,859) | 651,566 | $ - | $ - |
| Sub-Total | 92,620 | | | | | $ 11,641,342 | $ - | $ 11,641,342 | | | | $ 11,975,670 | $ - | $ - | (13,710) | $ 11,961,960 | $ (3.46) | $ (320,618) |
| COS Adj. (Op. Changes) | | | | | | | | | | | | | | | | | $ (0.73) | $ (67,600) |
| SG&A | | | | | | | | | | | | | | | | | $ (0.81) | $ (75,400) |
| Hedge Accruals | | | | | | | | | | | | | | | | | $ (8.62) | $ (798,244) |
| Finish Closeout Adjs. | | | | | | | | | | | | | | | | | 2.49 | 230,595 |
| Down Time Exp/Marketing Bonus | | | | | | | | | | | | | | | | | $ (0.03) | $ (3,200) |
| EBIT | | | | | | | | | | | | | | | | | $ (11.51) | $ (1,066,106) |
| Interest Income | | | | | | | | | | | | | | | | | 0.08 | 7,164 |
| EBT | | | | | | | | | | | | | | | | | $ (11.43) | $ (1,058,943) |

[MTD Recap]

## The Pork Group Margin Recap
*Quarter Ended 9/28/13*

### Wean Pig Sales (per Head)

| | Total Hd Shipped | Avg Wt. | Avg $ to Top $ % | FOB Farm Price | Sales Adjs. | Pass Thru Charges | NPPC | Freight Allowance | Net Sales | Hedging | Effective Sales | Est Farm Cost | Pass Thru | Breeding Stock P&L | Production Variance | Freight | TPG Overhead | Cost Pre Hedge /Alloc | Effective Cost | Gross Margin | Margin $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Effingham | 41,347 | 11.37 | 96.8% | $ 39.86 | $ - | $ - | $ (0.16) | $ 1.60 | $ 41.30 | $ - | $ 41.30 | $ 33.12 | $ - | $ 0.66 | $ - | $ 2.43 | $ 1.37 | $ 37.57 | $ 37.57 | $ 3.73 | $ 154,193 |
| RC Family Farm | 79,066 | 11.43 | 96.1% | $ 42.22 | $ (0.01) | $ - | $ (0.17) | $ 1.59 | $ 43.63 | $ - | $ 43.63 | $ 34.04 | $ - | $ 0.63 | $ - | $ 2.40 | $ 1.37 | $ 38.43 | $ 38.43 | $ 5.20 | $ 411,241 |
| Spot Sales | 19,064 | 12.50 | 99.3% | $ 38.68 | $ - | $ - | $ (0.15) | $ 1.27 | $ 39.79 | $ - | $ 39.79 | $ 37.67 | $ - | $ 0.81 | $ - | $ 1.00 | $ 1.12 | $ 40.60 | $ 40.60 | $ (0.80) | $ (15,326) |
| Total | 139,477 | 11.56 | 96.8% | $ 41.04 | $ (0.01) | $ - | $ (0.16) | $1.55 | $ 42.42 | $ - | $ 42.42 | $ 34.26 | $ - | $ 0.66 | $ - | $ 2.21 | $ 1.33 | $ 38.47 | $ 38.47 | $ 3.94 | $ 550,107 |
| | | | 0.0% | | | | | | $ - | $ - | $ - | | | | | | | $ - | | $ - | $ - |

### Feeder Pig Sales (per Head)

| | Total Hd Shipped | Avg Wt. | Avg $ to Top $ % | Gross Sales | Sales Adjs. | Pass Thru Charges | NPPC | Freight Allowance | Net Sales | Hedging | Effective Sales | Est Cost | Pass Thru | | Production Variance | Freight | TPG Overhead | Cost Pre Hedge /Alloc | | Effective Cost | Gross Margin | Margin $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Commercial | 2,359 | 24.76 | 99.7% | $ 39.18 | $ - | $ - | $ (0.16) | $ 1.70 | $ 40.72 | $ - | $ 40.72 | $ 48.48 | $ - | | $ - | $ 2.85 | $ 2.01 | $ 53.33 | | $ 53.33 | $ (12.61) | $ (29,751) |
| Total | 2,359 | 24.76 | 99.7% | $ 39.18 | $ - | $ - | $ (0.16) | $ 1.70 | $ 40.72 | $ - | $ 40.72 | $ 48.48 | $ - | | $ - | $ 2.85 | $ 2.01 | $ 53.33 | | $ 53.33 | $ (12.61) | $ (29,751) |
| | | | 0.0% | | | | | | $ - | $ - | $ - | | | | | | | $ - | | $ - | $ - | |

### Non Select Hog Sales (per Live Lb)

| | Total Hd Shipped | Avg Wt. | Avg $ to Top $ % | Gross Sales | Sales Adjs. | | NPPC | | Net Sales | Hedging | Effective Sales | Est Farm Cost | | Production Variance | Freight | TPG Overhead | Cost Pre Hedge /Alloc | Prior Period Cost Adj. | Allocation To Gilt Cost | Effective Cost | Gross Margin | Margin $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non Select / Gilts | 1,431 | 290.83 | 99.5% | $ 0.7413 | $ - | | $ (0.0037) | | $ 0.7376 | $ - | $ 0.7376 | $ 0.7877 | | $ - | $ 0.0349 | $ 0.0065 | $ 0.8292 | | $ (0.0916) | $ 0.7376 | $ - | $ - |
| Total | 1,431 | 290.83 | 0.0% | $0.7413 | $ - | | $ (0.0037) | | $ 0.7376 | $ - | $ 0.7376 | $0.7877 | | $ - | $0.0349 | $0.0065 | $ 0.8292 | | $ (0.0916) | $ 0.74 | $ - | $ - |
| Alloc to Gilt Cost | | | | | | | | | | | | | | | | | | | $ (38,124) | | | |
| | | | 0.0% | | | | | | $ - | $ - | $ - | | | | | | | | $ - | $ - | $ - | |

### Market Hog Sales (per Live Lb)

| | Total Hd Shipped | Avg Wt. | Avg $ to Top $ % | Gross Sales | Sales Adjs. | | NPPC | | Net Sales | Hedging | Effective Sales | Est Farm Cost | | Production Variance | Freight | TPG Overhead | Cost Pre Hedge /Alloc | Prior Period Cost Adj. | Allocation To Gilt Cost | Effective Cost | Gross Margin | Margin $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TPG OK Comm | 525 | 287.81 | 99.3% | $ 0.7555 | $ 0.0037 | | $ (0.0038) | | $ 0.7554 | $ - | $ 0.7554 | $ 0.7944 | | $ - | $ 0.0488 | $ 0.0074 | $ 0.8506 | | $ - | $ 0.8506 | $(0.0952) | $ (14,386) |
| TPG Missouri Comm | 3,650 | 263.20 | 99.0% | $ 0.7581 | $ - | | $ (0.0038) | | $ 0.7543 | $ - | $ 0.7543 | $ 0.7131 | | $ 0.0282 | $ 0.0163 | $ 0.0063 | $ 0.7640 | | $ - | $ 0.7640 | $(0.0097) | $ (9,320) |
| TPG PSMC Comm | 23,078 | 261.81 | 98.0% | $ 0.7227 | $ (0.0002) | | $ (0.0036) | | $ 0.7190 | $ - | $ 0.7190 | $ 0.7083 | | $ 0.0001 | $ 0.0201 | $ 0.0065 | $ 0.7350 | $ 0.0099 | $ - | $ 0.7450 | $(0.0260) | $ (156,957) |
| TPG Sign Comm | 127,084 | 262.28 | 98.1% | $ 0.7200 | $ (0.0000) | | $ (0.0036) | | $ 0.7164 | $ - | $ 0.7164 | $ 0.7139 | | $ 0.0007 | $ 0.0133 | $ 0.0064 | $ 0.7343 | $ (0.0208) | $ - | $ 0.7135 | $ 0.0029 | $ 95,700 |
| TPG Contr Fin IPP | 2,339 | 275.31 | 99.0% | $ 0.7509 | $ - | | $ (0.0038) | | $ 0.7472 | $ - | $ 0.7472 | $ 0.6996 | | $ - | $ 0.0105 | $ 0.0067 | $ 0.7168 | $ - | $ - | $ 0.7168 | $ 0.0304 | $ 19,551 |
| TPG Contr Fin Pipe Stone | 7,132 | 266.94 | 98.9% | $ 0.7492 | $ (0.0002) | | $ (0.0037) | | $ 0.7452 | $ - | $ 0.7452 | $ 0.6882 | | $ (0.0001) | $ 0.0061 | $ 0.0062 | $ 0.7005 | $ - | $ - | $ 0.7005 | $ 0.0448 | $ 85,212 |
| TPG Contr Fin Other | 997 | 296.71 | 99.4% | $ 0.7308 | $ - | | $ (0.0037) | | $ 0.7272 | #### | $ 0.7272 | $ 0.6125 | | $ 0.0400 | $ 0.0173 | $ 0.0055 | $ 0.6353 | $ - | $ - | $ 0.6353 | $ 0.0919 | $ 27,181 |
| Total | 164,805 | 262.91 | 98.1% | $0.7232 | $(0.0000) | | $ (0.0036) | | $ 0.7195 | $ - | $ 0.7195 | $0.7113 | | $ 0.0012 | $0.0141 | $0.0064 | $ 0.7330 | $ (0.0146) | $ - | $ 0.7185 | $ 0.0011 | $ 46,981 |
| Alloc to Gilt Cost | | | | | | | | | | | | | | | | | | | $ - | | | |
| | | | 0.0% | | | | | | $ - | $ - | $ - | | | | | | | | $ - | $ - | $ - | |

### Cull Breeding Stock (per Live Lb)

| | Total Hd Shipped | Avg Wt. | | Gross Sales | Sales Adjs. | | NPPC | | Net Sales | Hedging | Effective Sales | Est Cost | Commissions | | Freight | | Cost Pre Hedge /Alloc | | Allocation To Sow Unit | Effective Cost | Gross Margin | Margin $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Heavy Sows | 1,253 | 520.02 | | $ 0.6354 | | | $ (0.0025) | | $ 0.6329 | $ - | $ 0.6329 | $ 0.4801 | $ - | | $ 0.0799 | | $ 0.5600 | | $ 0.0729 | $ 0.6329 | $ - | $ - |
| Light Sows | 3,849 | 409.06 | | $ 0.5856 | | | $ (0.0023) | | $ 0.5833 | $ - | $ 0.5833 | $ 0.6088 | $ - | | $ 0.0780 | | $ 0.6868 | | $ (0.1035) | $ 0.5833 | $ - | $ - |
| Boners | 1,016 | 402.48 | | $ 0.5383 | | | $ (0.0022) | | $ 0.5362 | $ - | $ 0.5362 | $ 0.6197 | $ - | | $ 0.0777 | | $ 0.6974 | | $ (0.1612) | $ 0.5362 | $ - | $ - |
| Others | 25 | 328.40 | | $ 0.2812 | | | $ (0.0011) | | $ 0.2800 | $ - | $ 0.2800 | $ 0.7894 | $ - | | $ 0.0747 | | $ 0.8641 | | $ (0.5841) | $ 0.2800 | $ - | $ - |
| Boars | 134 | 596.27 | | $ 0.2840 | | | $ (0.0011) | | $ 0.2829 | $ - | $ 0.2829 | $ 0.4555 | $ - | | $ 0.0791 | | $ 0.5347 | | $ (0.2517) | $ 0.2829 | $ - | $ - |
| NV/DOA | 117 | 434.89 | | $ - | | | $ - | | $ - | $ - | $ - | $ 0.5724 | $ - | | $ 0.0783 | | $ 0.6506 | | $ (0.6506) | $ - | $ - | $ - |
| Total | 6,394 | 433.84 | | $0.5700 | | | $ (0.0023) | | $ 0.5678 | $ - | $ 0.5678 | $0.5757 | $ - | | $0.0784 | | $ 0.6541 | | $ (0.0880) | $ 0.5660 | $ 0.0017 | $ 4,770 |
| Alloc to Sow Unit | | | | | | | | | | | | | | | | | | | $ (244,192) | | | |
| | | | 0.0% | | | | | | $ - | $ - | $ - | | | | | | | | $ - | $ - | $ - | |

### Summary

| | Total Hd Shipped | Avg Wt. | | | | | | | Net Sales | Hedging | Effective Sales | | | | | Cost Pre Hedge /Alloc | Prior Period Cost Adj. | | Allocation | Effective Cost | Gross Margin/Hd | Margin $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wean Pigs | 139,477 | 11.56 | | | | | | | $ 5,916,266 | $ - | $ 5,916,266 | | | | | $ 5,366,159 | | | $ - | $ 5,366,159 | $ 3.94 | $ 550,107 |
| Feeder Pigs | 2,359 | 24.76 | | | | | | | $ 96,062 | $ - | $ 96,062 | | | | | $ 125,813 | | | | $ 125,813 | $ (12.61) | $ (29,751) |
| Non Select Hogs | 1,431 | 290.83 | | | | | | | $ 306,982 | | $ 306,982 | | | | | $ 345,106 | | | $ (38,124) | $ 306,982 | $ - | $ - |
| Market Hogs | 164,805 | 262.91 | | | | | | | $ 31,176,500 | $ - | $31,176,500 | | | | | $ 31,761,522 | $ (632,003) | | $ - | $ 31,129,519 | $ 0.29 | $ 46,981 |
| Cull Breeders | 6,394 | 433.84 | | | | | | | $ 1,574,926 | $ - | $ 1,574,926 | | | | | $ 1,814,347 | | | $ (244,192) | $ 1,570,156 | $ 0.75 | $ 4,770 |
| Sub-Total | 314,466 | | | | | | | | $39,070,736 | $ - | $39,070,736 | | | | | $39,412,948 | $(632,003) | | $ (282,315) | $38,498,629 | $ 1.82 | $ 572,107 |
| COS Adj. (Op. Changes) | | | | | | | | | | | | | | | | | | | | | $ (1.31) | $ (412,318) |
| SG&A | | | | | | | | | | | | | | | | | | | | | $ (0.76) | $ (240,330) |
| Hedge Accruals | | | | | | | | | | | | | | | | | | | | | $ (6.08) | $ (1,913,076) |
| Logistics Variance | | | | | | | | | | | | | | | | | | | | | $ (0.01) | $ (2,675) |
| FFE Wean Pig Sales Reserve | | | | | | | | | | | | | | | | | | | | | $ (0.06) | $ (18,879) |
| Finish Closeout Adjs. | | | | | | | | | | | | | | | | | | | | | $ 0.73 | $ 230,595 |
| Down Time Exp/Marketing Bonus | | | | | | | | | | | | | | | | | | | | | $ (0.01) | $ (3,200) |
| EBIT | | | | | | | | | | | | | | | | | | | | | $ (5.76) | $ (1,812,776) |
| Interest Income | | | | | | | | | | | | | | | | | | | | | $ 0.07 | $ 20,590 |
| EBT | | | | | | | | | | | | | | | | | | | | | $ (5.70) | $ (1,792,186) |

# The Pork Group Margin Recap
For Year Ended 09/28/2013

## Wean Pig Sales (per Head)

| | Total Hd Shipped | Avg Wt. | Avg $ to Top $ % | FOB Farm Price | Sales Adjs. | Pass Thru Charges | NPPC | Freight Allowance | Net Sales | Effective Sales | Est Farm Cost | Pass Thru | Breeding Stock P&L | Production Variance | Freight | TPG Overhead | Cost Pre Hedge /Alloc | | Effective Cost | Gross Margin | Margin $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Effingham | 153,540 | 11.87 | 97.9% | $41.79 | $0.01 | $ - | $(0.17) | $1.74 | $43.37 | $43.37 | $34.62 | $ - | $1.13 | $ - | $2.99 | $1.78 | $40.52 | | $40.52 | $2.85 | $438,196 |
| McLean Pork LLC | 91,284 | 12.08 | 97.5% | $38.82 | $0.06 | $0.05 | $(0.15) | $2.12 | $40.90 | $40.90 | $35.32 | $0.05 | $1.45 | $ - | $2.57 | $1.96 | $41.34 | | $41.34 | $(0.44) | $(40,414) |
| RC Family Farm | 246,825 | 11.88 | 96.5% | $41.89 | $(0.02) | $ - | $(0.17) | $1.62 | $43.33 | $43.33 | $34.92 | $ - | $1.12 | $ - | $2.47 | $1.76 | $40.27 | | $40.27 | $3.06 | $755,253 |
| Spot Sales | 19,370 | 12.53 | 99.3% | $38.86 | $ - | $ - | $(0.16) | $1.25 | $39.95 | $39.95 | $37.74 | $ - | $0.82 | $ - | $0.98 | $1.14 | $40.68 | | $40.68 | $(0.73) | $(14,081) |
| Total | 511,019 | 11.94 | 97.2% | $41.20 | $41.20 | $0.01 | $(0.16) | $1.73 | $42.78 | $42.78 | $35.01 | $0.01 | $1.17 | $ - | $2.58 | $1.78 | $40.55 | | $40.55 | $2.23 | $1,138,954 |

## Feeder Pig Sales (per Head)

| | Total Hd Shipped | Avg Wt. | Avg $ to Top $ % | Gross Sales | Sales Adjs. | Pass Thru | NPPC | Freight Allowance | Net Sales | Effective Sales | Est Farm Cost | Pass Thru | Production Variance | Freight | TPG Overhead | Cost Pre Hedge /Alloc | | Effective Cost | Gross Margin | Margin $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Commercial | 2,359 | 24.76 | 99.7% | $39.18 | $ - | $ - | $(0.16) | $1.70 | $40.72 | $40.72 | $48.48 | $ - | $ - | $2.85 | $2.01 | $53.33 | | $53.33 | $(12.61) | $(29,751) |
| Total | 2,359 | 24.76 | 99.7% | $39.18 | $ - | $ - | $(0.16) | $1.70 | $40.72 | $40.72 | $48.48 | $ - | $ - | $2.85 | $2.01 | $53.33 | | $53.33 | $(12.61) | $(29,751) |

## Non Select Hog Sales (per Live Lb)

| | Total Hd Shipped | Avg Wt. | Avg $ to Top $ % | Gross Sales | Sales Adjs. | NPPC | Net Sales | Effective Sales | Est Farm Cost | Production Variance | Freight | TPG Overhead | Cost Pre Hedge /Alloc | Allocation To Gilt Cost | Effective Cost | Gross Margin | Margin $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non Select / Gilts | 5,798 | 296.16 | 98.8% | $0.6538 | $0.0000 | $(0.0023) | $0.6505 | $0.6505 | $0.8058 | $ - | $0.0374 | $0.0072 | $0.8504 | $(0.1999) | $0.6505 | $ - | $ - |
| Total | 5,798 | 296.16 | 98.8% | $0.6538 | $0.0000 | $(0.0023) | $0.6505 | $0.6505 | $0.8058 | $ - | $0.0374 | $0.0072 | $0.8504 | $(0.1999) | $0.6505 | $ - | $ - |
| Alloc to Gilt Cost | | | | | | | | | | | | | | $(343,263) | | | |

## Market Hog Sales (per Live Lb)

| | Total Hd Shipped | Avg Wt. | Avg $ to Top $ % | Gross Sales | Sales Adjs. | NPPC | Net Sales | Effective Sales | Est Farm Cost | Production Variance | Freight | TPG Overhead | Cost Pre Hedge /Alloc | Closeout Adjustments | Allocation To Gilt Cost | Effective Cost | Gross Margin | Margin $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TPG OK Comm | 7,033 | 278.21 | 99.6% | $0.6274 | $0.0003 | $(0.0031) | $0.6246 | $0.6246 | $0.6815 | $0.0648 | $0.0383 | $0.0059 | $0.7905 | $ - | $ - | $0.7905 | $(0.1659) | $(324,617) |
| TPG Missouri Comm | 13,416 | 262.02 | 98.8% | $0.6587 | $(0.0001) | $(0.0033) | $0.6554 | $0.6554 | $0.7238 | $0.0094 | $0.0247 | $0.0065 | $0.7645 | | $ - | $0.7645 | $(0.1091) | $(383,462) |
| TPG PSMC Comm | 91,823 | 261.88 | 98.2% | $0.6516 | $(0.0001) | $(0.0032) | $0.6483 | $0.6483 | $0.7172 | $(0.0006) | $0.0170 | $0.0074 | $0.7410 | $(0.0072) | $ - | $0.7338 | $(0.0855) | $(2,055,292) |
| TPG Sign Comm | 439,870 | 267.60 | 98.8% | $0.6551 | $(0.0000) | $(0.0033) | $0.6519 | $0.6519 | $0.7046 | $0.0031 | $0.0128 | $0.0072 | $0.7277 | $(0.0055) | $ - | $0.7222 | $(0.0704) | $(8,282,099) |
| TPG Contr Fin IPP | 14,832 | 262.27 | 99.1% | $0.6692 | $ - | $(0.0033) | $0.6659 | $0.6659 | $0.7248 | $0.0005 | $0.0140 | $0.0069 | $0.7463 | $(0.0123) | $ - | $0.7340 | $(0.0681) | $(264,822) |
| TPG Contr Fin Pipe Stone | 14,273 | 269.09 | 98.9% | $0.6935 | $0.0002 | $(0.0035) | $0.6901 | $0.6901 | $0.6260 | $(0.0013) | $0.0120 | $0.0075 | $0.6443 | $ - | $ - | $0.6443 | $0.0459 | $176,200 |
| TPG Contr Fin Other | 997 | 296.71 | 99.4% | $0.7308 | $ - | $(0.0037) | $0.7272 | $0.7272 | $0.6125 | $0.0975 | $0.0173 | $0.0055 | $0.6353 | $ - | $ - | $0.6353 | $0.0919 | $27,181 |
| Total | 582,244 | 266.65 | 98.7% | $0.6558 | $(0.0000) | $(0.0033) | $0.6525 | $0.6525 | $0.7051 | $0.0033 | $0.0140 | $0.0072 | $0.7296 | $(0.0056) | $ - | $0.7240 | $(0.0715) | $(11,106,910) |

## Cull Breeding Stock (per Live Lb)

| | Total Hd Shipped | Avg Wt. | Gross Sales | Sales Adjs. | NPPC | Net Sales | Effective Sales | Est Farm Cost | Commissions | Freight | Cost Pre Hedge /Alloc | Allocation To Sow Unit | Effective Cost | Gross Margin | Margin $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Heavy Sows | 3,469 | 532.89 | $0.5727 | | $(0.0023) | $0.5704 | $0.5704 | $0.4549 | $ - | $0.0805 | $0.5354 | $0.0350 | $0.5704 | $ - | $ - |
| Light Sows | 15,348 | 406.76 | $0.5314 | | $(0.0021) | $0.5292 | $0.5292 | $0.5887 | $ - | $0.0793 | $0.6681 | $(0.1388) | $0.5292 | $ - | $ - |
| Boners | 2,415 | 405.61 | $0.4696 | | $(0.0019) | $0.4678 | $0.4678 | $0.5937 | $ - | $0.0789 | $0.6726 | $(0.2048) | $0.4678 | $ - | $ - |
| Others | 1,358 | 344.86 | $0.2101 | | $(0.0008) | $0.2092 | $0.2092 | $0.6855 | $ - | $0.0751 | $0.7606 | $(0.5514) | $0.2092 | $ - | $ - |
| Boars | 441 | 563.72 | $0.1902 | | $(0.0008) | $0.1895 | $0.1895 | $0.5762 | $ - | $0.0800 | $0.6561 | $(0.4667) | $0.1895 | $ - | $ - |
| NV/DOA | 354 | 382.33 | $ - | | $ - | $ - | $ - | $0.6271 | $ - | $0.0790 | $0.7061 | $(0.7061) | $ - | $ - | $ - |
| Total | 23,385 | 424.35 | $0.5020 | | $(0.0020) | $0.5000 | $0.5000 | $0.5690 | $ - | $0.0793 | $0.6484 | $(0.1460) | $0.5024 | $(0.0024) | $(23,930) |

## Summary

| | Total Hd Shipped | Avg Wt. | Net Sales | Effective Sales | Cost Pre Hedge /Alloc | Allocation | Effective Cost | Gross Margin/Hd | Margin $ |
|---|---|---|---|---|---|---|---|---|---|
| Wean Pigs | 511,019 | 11.94 | $21,860,488 | $21,860,488 | $20,721,534 | $ - | $20,721,534 | $2.23 | $1,138,954 |
| Feeder Pigs | 2,359 | 24.76 | $96,062 | $96,062 | $125,813 | $ - | $125,813 | $(12.61) | $(29,751) |
| Non Select Hogs | 5,798 | 296.16 | $1,117,027 | $1,117,027 | $1,460,291 | $(343,263) | $1,117,027 | $ - | $ - |
| Market Hogs | 582,244 | 266.65 | $101,303,338 | $101,303,338 | $113,275,162 | $(864,914) | $112,410,248 | $(19.08) | $(11,106,910) |
| Cull Breeders | 23,385 | 424.35 | $4,961,715 | $4,961,715 | $6,434,216 | $(1,448,571) | $4,985,645 | $(1.02) | $(23,930) |
| Sub-Total | 1,124,805 | | $129,338,631 | $129,338,631 | $142,017,017 | $(864,914) | ###### $139,360,268 | $(8.91) | $(10,021,637) |
| COS Adj. (Op. Changes) | | | | | | | | $(1.24) | $(1,390,525) |
| SG&A | | | | | | | | $(0.87) | $(981,258) |
| Hedge Accruals | | | | | | | | $(6.07) | $(6,825,794) |
| Logistics Variance | | | | | | | | $(0.02) | $(18,168) |
| LCM Adjustments | | | | | | | | $7.56 | $8,509,124 |
| FFE Wean Pig Sales Reserve | | | | | | | | $0.66 | $737,651 |
| Donation/Brdg Stock Dead loss Adj | | | | | | | | $(0.07) | $(75,000) |
| Gain/(Loss)_Asset Disposal | | | | | | | | $0.14 | $154,875 |
| Finish Closeout Adjs. | | | | | | | | $0.21 | $230,595 |
| Down Time Exp/Marketing Bonus | | | | | | | | $(0.00) | $(3,200) |
| EBIT | | | | | | | | $(8.61) | $(9,683,337) |
| Interest Income | | | | | | | | $0.08 | $89,565 |
| EBT | | | | | | | | $(8.53) | $(9,593,772) |