# EXHIBIT 48

# Filed Under Seal

```
RUN DATE: 05/08/09              IBP - PORK DIVISION             REPORT ID: AFS036XL
RUN TIME: 07:15:10              PRIMAL OPTIMIZATION             PAGE NO:     1

                        *** D I V I S I O N  S U M M A R Y ***

                                                        AVG COLD WGT: 109.0
OPTIMIZE ALL : N
PRICE DATE   : 05/08/09   KILL DATE          : 05/07/09  SCHEDULED HD: 63845
PRICE TYPE   : FORECASTED SCHEDULING DATE    : 05/08/09  PLANT: DIVISIONAL
```

| MATRIX CODE | SCHED PART | FINISHED PRIMAL CODE | DESCRIPTION | MIX% | PRICE/CWT GROSS | NET | PRICE | FINISHED MARGIN |
|---|---|---|---|---|---|---|---|---|
| F0619CHV | G93100 | F0619CHV | FRNT FT TO | 100 | 55.00 | 55.00 | 55.00 | |
| | | F0000CH | TANKED VAL | 0 | 54.99- | 51.56- | 00.00 * | 00.00 |
| | | F0619BH | GASFL FRT | 0 | 5.00 | 3.52 | 60.00 | 03.52 |
| | | M0619CE | FRONT FEET | 0 | 2.00- | 0.07- | 53.00 | 00.07- |
| | TOTAL | F0619CHV | | 100 | 55.00 | 55.00 | | 0.00 |
| F1213AG | G91000 | F1213AG | CRY 5/10 B | 100 | 76.00 | 76.00 | 76.00 | |
| | | F1213AAL | 1/4" TRIM | 0 | 4.00 | 1.91 | 80.00 | 01.91 |
| | | F1213AGO | CRY 5/10 B | 0 | 76.00- | 77.79- | 00.00 | 77.79- |
| | | F1213AG2 | CRY 5/10 B | 0 | 76.00- | 77.66- | 00.00 | 77.66- |
| | | F1214AG | VAC PAK BU | 0 | 0.19 | 0.69- | 80.00 | 00.74- |
| | | F1216AG | CR ULTR BU | 0 | 74.85- | 77.06- | 00.00 | 82.15- |
| | | F1234CED | UT NECK OF | 0 | 70.18- | 69.13- | 00.00 | 80.95- |
| | | F1245AA | BNLS SH BU | 0 | 7.83 | 6.34 | 91.00 | 06.90 |
| | | F1245AAO | BNLS SH BU | 0 | 75.73- | 77.69- | 00.00 | 84.61- |
| | | F1245AAR | BNLS SH BU | 0 | 75.73- | 78.06- | 00.00 | 85.01- |
| | | F1245AA2 | BNLS SH BU | 0 | 75.73- | 81.11- | 00.00 | 88.34- |
| | | F1245AH2 | BNLS SH BU | 0 | 75.73- | 87.95- | 00.00 | 95.79- |
| | | F1245EG | SH BUTT-BN | 0 | 5.07 | 3.42 | 88.00 | 03.72 |
| | | F1246AA | CHR BNLS U | 0 | 74.59- | 78.11- | 00.00 | 91.25- |
| | | F1253AAL | NECK OFF | 0 | 8.71 | 7.15 | 90.00 | 08.28 |
| | | F1253AG | CRY N/O BU | 0 | 5.25 | 4.54 | 86.00 | 05.25 |
| | | F1265AP1 | BUTT CT C/ | 0 | 47.87- | 55.15- | 00.00 | 139.83- |
| | | F1283AG | UT NECK OF | 0 | 6.68 | 6.00 | 90.00 | 07.03 |
| | | F1286AG | CHR BI ULT | 0 | 70.18- | 71.14- | 00.00 | 83.30- |
| | | F1295AA | PK BUTT, C | 0 | 12.73 | 7.68 | 138.00 | 16.48 |
| | | F1305EZ | BUTT CLR R | 0 | 47.47- | 47.97- | 00.00 | 130.99- |
| | | F1574AG | BUTT U/T N | 0 | 68.66- | 72.07- | 00.00 | 91.96- |
| | | I1213AG | CRY 5/10 B | 0 | 4.56 | 3.74 | 76.00 | 03.53 |
| | | I1245AA | BNLS SH BU | 0 | 16.18 | 12.73 | 91.00 | 12.60 |
| | | I1283AAJ | ULTRA NO B | 0 | 69.89- | 70.68- | 00.00 | 81.70- |
| | | I1283AG | ULTRA NO B | 0 | 11.24 | 10.34 | 90.00 | 11.61 |
| | | I1283AGJ | ULTRA NO B | 0 | 68.89- | 70.29- | 00.00 | 81.25- |
| | | M1213CE | BUTT 5/10 | 0 | 1.00- | 1.15 | 75.00 | 01.15 |
| | | M1234CED | UT NECK OF | 0 | 70.18- | 68.57- | 00.00 | 80.29- |
| | | M1244CEQ | BNLS BUT U | 0 | 74.59- | 73.09- | 00.00 | 85.39- |
| | TOTAL | F1213AG | | 100 | 76.00 | 76.00 | | 0.00 |
| F1919CA | G93200 | F1919CA | PK NECKBON | 100 | 29.00 | 29.00 | 29.00 | |
| | | F0000CH | TANKED VAL | 0 | 28.99- | 25.33- | 00.00 | 29.59- |
| | | F1919BA | GAS FL NCK | 0 | 5.00 | 3.40 | 34.00 | 03.40 |
| | | F1929BA | MTY NECKBO | 0 | 6.60 | 4.38 | 38.00 | 03.71 |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000633968

```
RUN DATE: 05/08/09              IBP - PORK DIVISION              REPORT ID: AFS036XL
RUN TIME: 07:15:10              PRIMAL OPTIMIZATION              PAGE NO:        2
```

### *** D I V I S I O N   S U M M A R Y ***

```
                                                         AVG COLD WGT: 109.0
OPTIMIZE ALL : N
PRICE DATE   : 05/08/09    KILL DATE       : 05/07/09    SCHEDULED HD: 63845
PRICE TYPE   : FORECASTED  SCHEDULING DATE : 05/08/09    PLANT: DIVISIONAL
```

| MATRIX CODE | SCHED PART | FINISHED PRIMAL CODE | DESCRIPTION | MIX% | PRICE/CWT GROSS | NET | PRICE | FINISHED MARGIN |
|---|---|---|---|---|---|---|---|---|
| | TOTAL | F1919CA | | 100 | 29.00 | 29.00 | | 0.00 |
| F2214AA | G98701 | F2214AA | RIB ST 4.3 | 100 | 132.00 | 132.00 | 132.00 | |
| | | F2144CHV | BI SPARERI | 0 | 93.75- | 92.34- | 00.00 | 190.79- |
| | | F2154CH | SL 1.5/1.7 | 0 | 13.01 | 15.84 | 235.00 | 35.98 |
| | | F2164CH | SL 1.76/2 | 0 | 17.61 | 19.54 | 225.00 | 39.27 |
| | | F2174AG | SPARERIB S | 0 | 94.87- | 95.12- | 00.00 | 189.94- |
| | | F2174CH | SL 2.01/2. | 0 | 15.15 | 17.91 | 225.00 | 37.00 |
| | | F2174CH2 | STLS 2/2.2 | 0 | 93.75- | 94.53- | 00.00 | 195.31- |
| | | F2184CH | SL 2.26/2. | 0 | 4.21- | 1.09- | 185.00 | 02.25- |
| | | F2184CH2 | STLS 2/2.5 | 0 | 93.75- | 94.69- | 00.00 | 195.64- |
| | | F2214AAO | RIB ST 4.3 | 0 | 132.00- | 132.00- | 00.00 | 132.00- |
| | | F2214AAV | RIB ST 4.3 | 0 | 10.00 | 2.55 | 142.00 | 02.55 |
| | | F2214AAW | S/RIB LT 4 | 0 | 132.00- | 132.77- | 00.00 | 132.77- |
| | | F2214AA2 | 4.9/DN RIB | 0 | 132.00- | 134.61- | 00.00 | 134.61- |
| | | F2889AA | SLS RIB DO | 0 | 12.73 | 11.44 | 220.00 | 23.64 |
| | | F2889AALV | SLS RIB DO | 0 | 93.75- | 93.92- | 00.00 | 194.05- |
| | | F2889AAV | SLS RIB DO | 0 | 17.57 | 12.58 | 230.00 | 25.99 |
| | | F2899AA | SLS FLD RI | 0 | 12.73 | 7.83 | 220.00 | 16.18 |
| | | I2214AA | 4.9 DN SPR | 0 | 10.56 | 8.13 | 132.00 | 07.53 |
| | | I2214AAV | 4.9 DN SPR | 0 | 20.28 | 9.55 | 141.00 | 07.92 |
| | | M2114CE | SPRB SEL T | 0 | 132.00- | 125.10- | 00.00 | 125.10- |
| | | M2174CE | SL 2.01/2. | 0 | 93.75- | 86.36- | 00.00 | 178.43- |
| | | M2214CE | SPRB SEL T | 0 | 4.00- | 3.94 | 128.00 | 03.94 |
| | | M2254CED | B/O SPARER | 0 | 123.69- | 116.40- | 00.00 | 139.64- |
| | TOTAL | F2214AA | | 100 | 132.00 | 132.00 | | 0.00 |
| F2234AA | G98750 | F2234AA | RIBS 4.4/U | 100 | 112.00 | 112.00 | 112.00 | |
| | | F2194CH | ST LOUIS 2 | 0 | 74.87- | 73.92- | 00.00 | 147.60- |
| | | F2194CH2 | ST LOUIS R | 0 | 74.98- | 76.56- | 00.00 | 151.42- |
| | | F2234AAV | RIBS 4.4/U | 0 | 5.00 | 2.79 | 117.00 | 02.79 |
| | | F2234AAW | RIBS 4.4/U | 0 | 112.00- | 118.64- | 00.00 | 118.64- |
| | | F2234CED | RIBS 3.9/5 | 0 | 112.00- | 107.19- | 00.00 | 107.19- |
| | | F2236AA | SPARERIBS | 0 | 112.00- | 112.17- | 00.00 | 112.17- |
| | | F2254AA | B/O SPARER | 0 | 23.02 | 21.34 | 152.00 | 25.60 |
| | | F2254AAF | B/O RIB | 0 | 103.69- | 106.57- | 00.00 | 127.84- |
| | | F2254AAL | B/O SPARER | 0 | 31.35 | 21.88 | 162.00 | 26.25 |
| | | F2254AAV | B/O SPARER | 0 | 27.19 | 26.86 | 157.00 | 32.22 |
| | | F2254AA2 | B/O SPARER | 0 | 103.69- | 108.37- | 00.00 | 130.00- |
| | | I2204AAJ | 1PK SPARER | 0 | 112.00- | 123.51- | 00.00 | 112.28- |
| | | I2204AAJV | 1PK SPARER | 0 | 112.00- | 124.87- | 00.00 | 113.52- |
| | | I2234AAV | 4.9 UP SPR | 0 | 17.60 | 13.73 | 120.00 | 12.71 |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000633969

```
RUN DATE: 05/08/09           IBP - PORK DIVISION              REPORT ID: AFS036XL
RUN TIME: 07:15:10           PRIMAL OPTIMIZATION              PAGE NO:      3

                      *** D I V I S I O N   S U M M A R Y ***


OPTIMIZE ALL : N                                           AVG COLD WGT: 109.0
PRICE DATE  : 05/08/09    KILL DATE         : 05/07/09     SCHEDULED HD: 63845
PRICE TYPE  : FORECASTED  SCHEDULING DATE   : 05/08/09     PLANT: DIVISIONAL
```

| MATRIX CODE | SCHED PART | **** FINISHED PRIMAL ***** CODE | DESCRIPTON | MIX% | * PRICE/CWT ** GROSS | NET | PRICE | FINISHED MARGIN |
|---|---|---|---|---|---|---|---|---|
| | | I2234AAW | 4.9 UP SPR | 0 | 112.00- | 123.07- | 00.00 | 113.95- |
| | | I2254AAL | B/O SPARER | 0 | 42.16 | 32.87 | 162.00 | 36.51 |
| | | I2254AAM | B/O SPARER | 0 | 103.69- | 114.25- | 00.00 | 124.59- |
| | | M2029CH | ST LS WHL | 0 | 73.75- | 73.00- | 00.00 | 150.83- |
| | | M2234CE | RIBS 3.9/5 | 0 | 112.00- | 106.88- | 00.00 | 106.88- |
| | | M2234CED | RIBS 3.9/5 | 0 | 112.00- | 107.19- | 00.00 | 107.19- |
| | | M2804CE | STLS 2.5/3 | 0 | 74.87- | 70.42- | 00.00 | 140.62- |
| | | M2839CED | ST LS SING | 0 | 69.79- | 65.29- | 00.00 | 174.15- |
| | | M2839CH | ST LS SING | 0 | 69.79- | 72.99- | 00.00 | 194.69- |
| | TOTAL | F2234AA | | 100 | 112.00 | 112.00 | | 0.00 |
| F4123AF | G94115 | F4123AF | B/I 16.0/2 | 100 | 93.00 | 93.00 | 93.00 | |
| | | F4570AG | BI UT SC F | 0 | 69.34- | 74.56- | 00.00 | 129.71- |
| | | F4913AG | SHORT CUT | 0 | 10.38 | 7.64 | 125.00 | 11.83 |
| | | F4914AG | S/CUT LOIN | 0 | 12.71 | 9.97 | 133.00 | 15.83 |
| | | F4920AG | TR/FLR/CBR | 0 | 12.42 | 8.98 | 140.00 | 17.43 |
| | | F4920EW | TR/FLR/CBR | 0 | 59.69- | 62.53- | 00.00 | 121.39- |
| | | F4953AG | BI CENTER | 0 | 12.51 | 10.31 | 133.00 | 16.93 |
| | | F4954AG | XSC, FLR, | 0 | 15.07 | 11.99 | 141.00 | 20.06 |
| | | F4963AG | TR/FLR/TR | 0 | 14.67 | 10.38 | 133.00 | 18.41 |
| | | F4963EW | TR/FLR/CBR | 0 | 38.91 | 34.80 | 176.00 | 61.72 |
| | | F4974AG | BICC UT SR | 0 | 42.77 | 40.24 | 201.00 | 82.14 |
| | | F4974CED | ULT TRIM C | 0 | 55.70- | 56.05- | 00.00 | 114.41- |
| | | I4914AG | S/CUT LOIN | 0 | 19.41 | 16.80 | 133.00 | 24.69 |
| | | I4920AG | TR/FLR/CBR | 0 | 20.66 | 14.58 | 140.00 | 25.24 |
| | | I4920EW | TR/FLR/CBR | 0 | 60.20- | 67.34- | 00.00 | 116.59- |
| | | I4990EW | TR/FLR/CBR | 0 | 60.20- | 67.57- | 00.00 | 116.99- |
| | | M4974CED | ULT TRIM C | 0 | 55.70- | 56.05- | 00.00 | 114.41- |
| | TOTAL | F4123AF | | 100 | 93.00 | 93.00 | | 0.00 |
| F4123AF | G94120 | F4123AF | B/I 16.0/2 | 100 | 93.00 | 93.00 | 93.00 | |
| | | F4013CED | SUPTRM FFP | 0 | 93.00- | 89.55- | 00.00 | 89.55- |
| | | F4123AFO | B/I 16.0/2 | 0 | 93.00- | 93.00- | 00.00 | 93.00- |
| | | F4124AF | ULT TRIM L | 0 | 5.37 | 4.98 | 101.00 | 05.13 |
| | | F4126AF | ULT TRIM L | 0 | 92.76- | 96.16- | 00.00 | 98.97- |
| | | F4203AF | BDLS LN FL | 0 | 7.95 | 6.95 | 105.00 | 07.45 |
| | | F4204AF | PORK LOINS | 0 | 89.69- | 94.56- | 00.00 | 104.76- |
| | | F4216AF | BLDLS LN F | 0 | 89.69- | 95.69- | 00.00 | 106.02- |
| | | F4223AF | 16.0/21 LO | 0 | 4.07 | 3.00 | 99.00 | 03.10 |
| | | F4424AF | ULT TRIM L | 0 | 10.23 | 8.26 | 106.00 | 08.50 |
| | | I4124AF | ULT TRIM L | 0 | 13.22 | 12.43 | 101.00 | 11.85 |
| | | I4124AFI | ULT TRIM L | 0 | 92.76- | 93.54- | 00.00 | 87.52- |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000633970

```
RUN DATE: 05/08/09            IBP - PORK DIVISION              REPORT ID: AFS036XL
RUN TIME: 07:15:10            PRIMAL OPTIMIZATION              PAGE NO:       4

                       *** D I V I S I O N   S U M M A R Y ***


OPTIMIZE ALL : N                                          AVG COLD WGT: 109.0
PRICE DATE   : 05/08/09    KILL DATE        : 05/07/09    SCHEDULED HD: 63845
PRICE TYPE   : FORECASTED  SCHEDULING DATE  : 05/08/09    PLANT: DIVISIONAL
```

| MATRIX CODE | SCHED PART | **** FINISHED PRIMAL ***** CODE | DESCRIPTON | MIX% | * PRICE/CWT ** GROSS | NET | PRICE | FINISHED MARGIN |
|---|---|---|---|---|---|---|---|---|
| | | M4013CED | SUPTRM FFP | 0 | 93.00- | 89.55- | 00.00 | 89.55- |
| | | M4123CE | B/I 16.0/2 | 0 | 2.00- | 1.50 | 91.00 | 01.50 |
| | TOTAL | F4123AF | | 100 | 93.00 | 93.00 | | 0.00 |
| F4133AF | G94120 | F4133AF | B/I 21.1/2 | 100 | 93.00 | 93.00 | 93.00 | |
| | | F4023AB1 | BNLS LOIN | 0 | 39.44- | 46.19- | 00.00 | 119.08- |
| | | F4053AWL | BNLS CC LO | 0 | 39.44- | 45.09- | 00.00 | 116.24- |
| | | F4094CN | BNLS LOIN | 0 | 33.28- | 35.87- | 00.00 | 121.39- |
| | | F4243AL | BNLS LOIN | 0 | 39.44- | 44.90- | 00.00 | 115.75- |
| | | F4253AWL | BUTTERFLY | 0 | 9.05 | 4.70 | 125.00 | 12.12 |
| | | F4283AW | BNLS CC LO | 0 | 7.11 | 3.24 | 120.00 | 08.35 |
| | | F4283AWL | BNLS CC LO | 0 | 39.44- | 44.80- | 00.00 | 115.49- |
| | | F4283AWO | BNLS CC LO | 0 | 39.44- | 43.31- | 00.00 | 111.65- |
| | | F4286AW | BNLS CC LO | 0 | 39.44- | 44.11- | 00.00 | 113.71- |
| | | F4313AW | CC LN BS O | 0 | 8.77 | 4.71 | 135.00 | 13.93 |
| | | F4313AWL | CC LN BS O | 0 | 17.22 | 12.63 | 160.00 | 37.34 |
| | | F4314AW | CC LN BS O | 0 | 36.80- | 41.22- | 00.00 | 125.21- |
| | | F4314CED | 1/8 FAT MA | 0 | 36.80- | 39.63- | 00.00 | 120.38- |
| | | F4316AW | CC LN BS O | 0 | 36.80- | 41.75- | 00.00 | 126.82- |
| | | F4317AW | BNLS BSR C | 0 | 36.36- | 40.46- | 00.00 | 126.28- |
| | | F4317AWF | BNLS BSR C | 0 | 36.36- | 40.72- | 00.00 | 127.09- |
| | | F4413AWL | BSR BUTTER | 0 | 10.46 | 5.78 | 140.00 | 17.09 |
| | | F4493AW | #2 BNLS LO | 0 | 0.31 | 3.90- | 110.00 | 11.53- |
| | | F4553AW | BSO BNLS L | 0 | 36.89- | 40.66- | 00.00 | 120.22- |
| | | F4633AB1 | BNLS BSO F | 0 | 38.85- | 45.25- | 00.00 | 109.04- |
| | | M4094CN | BNLS LOIN | 0 | 33.28- | 35.87- | 00.00 | 121.39- |
| | | M4314CED | 1/8 FAT MA | 0 | 36.80- | 39.63- | 00.00 | 120.38- |
| | TOTAL | F4133AF | | 100 | 93.00 | 93.00 | | 0.00 |
| F4133AF | G94130 | F4133AF | B/I 21.1/2 | 100 | 93.00 | 93.00 | 93.00 | |
| | | F4134AF | VAC PAK LO | 0 | 5.37 | 4.83 | 101.00 | 04.97 |
| | | F4233AF | 21.1/24 LO | 0 | 4.07 | 1.73 | 99.00 | 01.79 |
| | | I4134AF | ULT TRIM H | 0 | 13.22 | 12.32 | 101.00 | 11.74 |
| | | M4133CE | B/I 21.1/2 | 0 | 2.00- | 1.09 | 91.00 | 01.09 |
| | TOTAL | F4133AF | | 100 | 93.00 | 93.00 | | 0.00 |
| F4283AW | G94117 | F4283AW | BNLS CC LO | 100 | 120.00 | 120.00 | 120.00 | |
| | | F4023AB1 | BNLS LOIN | 0 | 120.00- | 127.47- | 00.00 | 127.47- |
| | | F4243AL | BNLS LOIN | 0 | 120.00- | 124.13- | 00.00 | 124.13- |
| | | F4253AWL | BUTTERFLY | 0 | 5.00 | 3.64 | 125.00 | 03.64 |
| | | F4283AWL | BNLS CC LO | 0 | 120.00- | 121.78- | 00.00 | 121.78- |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000633971

```
RUN DATE: 05/08/09          IBP - PORK DIVISION            REPORT ID: AFS036XL
RUN TIME: 07:15:10          PRIMAL OPTIMIZATION            PAGE NO:    5

                    *** D I V I S I O N   S U M M A R Y ***

                                                          AVG COLD WGT: 109.0
OPTIMIZE ALL : N
PRICE DATE   : 05/08/09    KILL DATE         : 05/07/09   SCHEDULED HD: 63845
PRICE TYPE   : FORECASTED  SCHEDULING DATE   : 05/08/09   PLANT: DIVISIONAL
```

| MATRIX CODE | SCHED PART | FINISHED PRIMAL CODE | DESCRIPTION | MIX% | GROSS | NET | PRICE | FINISHED MARGIN |
|---|---|---|---|---|---|---|---|---|
| | | F4286AW | BNLS CC LO | 0 | 120.00- | 122.81- | 00.00 | 122.81- |
| | | F4313AW | CC LN BS O | 0 | 4.25 | 3.93 | 135.00 | 04.51 |
| | | F4313AWL | CC LN BS O | 0 | 26.06 | 24.58 | 160.00 | 28.19 |
| | | F4314AW | CC LN BS O | 0 | 113.21- | 114.51- | 00.00 | 134.92- |
| | | F4316AW | CC LN BS O | 0 | 113.21- | 116.42- | 00.00 | 137.17- |
| | | F4317AW | BNLS BSR C | 0 | 112.06- | 112.83- | 00.00 | 136.60- |
| | | F4317AWF | BNLS BSR C | 0 | 112.06- | 113.47- | 00.00 | 137.37- |
| | | F4413AWL | BSR BUTTER | 0 | 8.63 | 7.22 | 140.00 | 08.28 |
| | | F4493AW | #2 BNLS LO | 0 | 17.53- | 18.27- | 110.00 | 20.95- |
| | | F4553AW | BSO BNLS L | 0 | 113.44- | 113.70- | 00.00 | 130.40- |
| | | F4633AB1 | BNLS BSO F | 0 | 118.50- | 125.53- | 00.00 | 117.33- |
| | | I4043AWL | BSR 1/2CUT | 0 | 18.38 | 9.11 | 140.00 | 09.68 |
| | | I4044AWJ | BSR 1/2CUT | 0 | 113.44- | 121.93- | 00.00 | 127.13- |
| | | I4053AWL | BNLS 1/2CU | 0 | 15.00 | 5.94 | 125.00 | 05.50 |
| | | I4053AWM | BNLS 1/2CU | 0 | 120.00- | 129.14- | 00.00 | 117.40- |
| | | I4283AW | BNLS CC LO | 0 | 9.60 | 4.83 | 120.00 | 04.47 |
| | | I4304AW | BNLS CC BS | 0 | 28.84 | 22.11 | 173.00 | 30.64 |
| | | I4313AW | BNLS BSR | 0 | 13.68 | 9.25 | 135.00 | 09.82 |
| | | I4414AWJ | BNLS BSR S | 0 | 113.44- | 118.86- | 00.00 | 123.93- |
| | | M4094CN | BNLS LOIN | 0 | 104.15- | 101.59- | 00.00 | 133.36- |
| | | M4314CED | 1/8 FAT MA | 0 | 113.21- | 110.83- | 00.00 | 130.59- |
| | TOTAL | F4283AW | | 100 | 120.00 | 120.00 | | 0.00 |
| F4713AGV | G94600 | F4713AGV | B/I SIRLOI | 100 | 86.00 | 86.00 | 86.00 | |
| | | F4763AH | BNLS SIR R | 0 | 22.34- | 18.86- | 98.00 | 37.97- |
| | TOTAL | F4713AGV | | 100 | 86.00 | 86.00 | | 0.00 |
| F4763AH | G94650 | F4763AH | BNLS SIR R | 100 | 98.00 | 98.00 | 98.00 | |
| | | I4763AH | BNLS SIR R | 0 | 13.24 | 12.48 | 103.00 | 11.56 |
| | | I4763AHI | BNLS SIR R | 0 | 98.00- | 99.53- | 00.00 | 90.48- |
| | TOTAL | F4763AH | | 100 | 98.00 | 98.00 | | 0.00 |
| F4783AV | G94700 | F4783AV | TENDERLOIN | 100 | 200.00 | 200.00 | 200.00 | |
| | | I4783AV | TENDERLOIN | 0 | 48.40 | 44.11 | 230.00 | 40.84 |
| | | I4783AVJ | TENDERLOIN | 0 | 200.00- | 208.18- | 00.00 | 189.25- |
| | | I4783AVJV | TENDERLOIN | 0 | 200.00- | 215.47- | 00.00 | 195.88- |
| | | I4783AVM | TENDERLOIN | 0 | 200.00- | 206.28- | 00.00 | 187.53- |
| | TOTAL | F4783AV | | 100 | 200.00 | 200.00 | | 0.00 |
| F4889AA | G94800 | F4889AA | BRB 1.75/U | 100 | 240.00 | 240.00 | 240.00 | |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000633972

```
RUN DATE: 05/08/09              IBP - PORK DIVISION              REPORT ID: AFS036XL
RUN TIME: 07:15:10              PRIMAL OPTIMIZATION              PAGE NO:       6

                        *** D I V I S I O N  S U M M A R Y ***

OPTIMIZE ALL : N                                                AVG COLD WGT: 109.0
PRICE DATE   : 05/08/09    KILL DATE         : 05/07/09         SCHEDULED HD: 63845
PRICE TYPE   : FORECASTED  SCHEDULING DATE   : 05/08/09         PLANT: DIVISIONAL


MATRIX     SCHED    **** FINISHED PRIMAL *****   * PRICE/CWT **         FINISHED
 CODE      PART     CODE      DESCRIPTION MIX%  GROSS      NET    PRICE  MARGIN
---------  -------  --------  ----------- ----  -------  -------  -----  --------
                    I4839AAJ   BRB 1.75/2   0   240.00-  251.31-  00.00  228.46-
                    I4839AAJV  BRB 1.75/2   0   240.00-  265.86-  00.00  241.69-
                    I4889AA    BRB 1.75/U   0    94.80    78.11  310.00   72.32
                    I4889AAL   BRB 1.75/U   0    99.12    80.19  314.00   74.25
                    I4889AAM   BRB 1.75/U   0   240.00-  263.18-  00.00  239.25-
                                                -------  -------         --------
           TOTAL       F4889AA             100   240.00   240.00            0.00

M1825CE    G92000   M1825CE    PICNIC MEA  100    54.22    54.22   54.22
                    F0249FZL   COARS GRD     0    11.47     8.03   97.00   13.55
                    F0259FZ    72/28 GRD     0    18.78    13.57   73.00   13.57
                    F0269FZL   FINE GRD P    0    12.66     9.72   99.00   16.41
                    F1743AAL   SH SHK,LAB    0    22.04    11.04   72.00   08.75
                    F1743AG    SH SHK,CRY    0    15.72     9.09   67.00   07.20
                    F1743CED   SH SHK,COM    0    68.85-   69.58-  00.00   55.12-
                    F1865AG    BNLS PICNI    0    77.18-   83.15-  00.00   81.97-
                    F1865AGO   BNLS PICNI    0    77.18-   83.15-  00.00   81.97-
                    I1743AA    SS PICNIC     0    20.79    13.77   00.00   13.57
                    I1743AAJ   SS PICNIC     0    68.85-   81.98-  00.00   59.05-
                    I1743AG    SS PICNIC     0    20.79    15.09   67.00   11.28
                    M0526CZ    SEASONED G    0    24.56    22.28  103.00   31.64
                    M1009DJ    PICNIC CUS    0    77.61-   80.68-  00.00   71.29-
                    M1743CED   SH SHK,COM    0    68.85-   69.58-  00.00   55.12-
                    M1773CED   SHRT SHNK     0    68.85-   71.38-  00.00   56.55-
                    M1815CE    CH/ IN PIC    0    23.15    23.35   89.00   20.39
                    M1825CEI   PICNIC MEA    0    30.38-   30.71-  23.84   30.71-
                    M1825CEM   PICNIC MEA    0    54.22-   54.29-  00.00   54.29-
                    M1825CEO   PICNIC MEA    0    54.22-   54.15-  00.00   54.15-
                    M1825CES   PICNIC MEA    0    15.72-   15.57-  38.50   15.57-
                    M1825CW    PK SH PIC     0    13.78    12.05   68.00   12.05
                    M1825CWO   PK SH PIC     0    54.22-   55.95-  00.00   55.95-
                    M1825CWR   PK SH PIC     0    54.22-   58.51-  00.00   58.51-
                    M1825DJ    PIC MEAT      0    10.78     9.19   65.00   09.19
                    M1885CE    BNLS CUSH     0    39.65    40.03   96.50   31.62
                                                 -------  -------         --------
           TOTAL       M1825CE             100    54.22    54.22            0.00

M4859CE    G94800   M4859CE    BACKRIBS    100   235.00   235.00  235.00
                                                 -------  -------         --------
           TOTAL       M4859CE             100   235.00   235.00            0.00

M5117CE    G93000   M5117CE    JOWL SKINN  100    41.22    41.22   41.22
                    F0000CH    TANKED VAL    0    35.86-   36.56-  00.00   28.88-
                    F5137CV    JOWL SKINS    0    22.96-   26.45-  00.00  142.13-
```

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000633973

```
RUN DATE: 05/08/09           IBP - PORK DIVISION          REPORT ID: APS036XL
RUN TIME: 07:15:10           PRIMAL OPTIMIZATION          PAGE NO:      7

                      *** D I V I S I O N   S U M M A R Y ***

OPTIMIZE ALL : N                                          AVG COLD WGT: 109.0
PRICE DATE   : 05/08/09    KILL DATE        : 05/07/09    SCHEDULED HD: 63845
PRICE TYPE   : FORECASTED  SCHEDULING DATE  : 05/08/09    PLANT: DIVISIONAL
```

| MATRIX CODE | SCHED PART | **** FINISHED PRIMAL ***** | | * PRICE/CWT ** | | PRICE | FINISHED MARGIN |
|---|---|---|---|---|---|---|---|
| | | CODE | DESCRIPTON MIX% | GROSS | NET | | |
| | | M5117CES | JOWL SKINN   0 | 41.22- | 41.05- | 00.00 | 41.05- |
| | | M5117DU  | JOWL SKINN   0 |  5.78  |  3.36  | 47.00 | 03.36  |
| | TOTAL | M5117CE |  | 100 | 41.22 | 41.22 | | 0.00 |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000633974

```
RUN DATE: 05/08/09                IBP - PORK DIVISION              REPORT ID: AFS036XL
RUN TIME: 07:15:10                PRIMAL OPTIMIZATION              PAGE NO:    9
```

*** D I V I S I O N   S U M M A R Y ***

```
                                                              AVG COLD WGT: 109.0
OPTIMIZE ALL : N
PRICE DATE   : 05/08/09    KILL DATE        : 05/07/09   SCHEDULED HD: 63845
PRICE TYPE   : FORECASTED  SCHEDULING DATE  : 05/08/09   PLANT: DIVISIONAL
```

| MATRIX CODE | SCHED PART | ** $/CWT VALUE ** GROSS | NET | $/HD NET | FINISHED MARGIN |
|---|---|---|---|---|---|
| F0619CHV | G93100 | 55.00 | 55.00 | 0.27 | 00.00 |
| F1213AG  | G91000 | 76.00 | 76.00 | 3.10 | 00.00 |
| F1919CA  | G93200 | 29.00 | 29.00 | 0.18 | 00.00 |
| F2214AA  | G98701 | 132.00 | 132.00 | 0.00 | 00.00 |
| F2234AA  | G98750 | 112.00 | 112.00 | 0.00 | 00.00 |
| F4123AF  | G94115 | 93.00 | 93.00 | 4.44 | 00.00 |
| F4123AF  | G94120 | 93.00 | 93.00 | 4.44 | 00.00 |
| F4133AF  | G94120 | 93.00 | 93.00 | 5.47 | 00.00 |
| F4133AF  | G94130 | 93.00 | 93.00 | 5.47 | 00.00 |
| F4283AW  | G94117 | 120.00 | 120.00 | 0.00 | 00.00 |
| F4713AGV | G94600 | 86.00 | 86.00 | 0.00 | 00.00 |
| F4763AH  | G94650 | 98.00 | 98.00 | 0.00 | 00.00 |
| F4783AV  | G94700 | 200.00 | 200.00 | 0.00 | 00.00 |
| F4889AA  | G94800 | 240.00 | 240.00 | 0.00 | 00.00 |
| M1825CE  | G92000 | 54.22 | 54.22 | 0.00 | 00.00 |
| M4859CE  | G94800 | 235.00 | 235.00 | 0.00 | 00.00 |
| M5117CE  | G93000 | 41.22 | 41.22 | 0.27 | 00.00 |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000633975

```
RUN DATE: 05/08/09              IBP - PORK DIVISION           REPORT ID: AFS036XL
RUN TIME: 07:15:10              PRIMAL OPTIMIZATION           PAGE NO:    9
```

*** D I V I S I O N   S U M M A R Y ***

```
                                                        AVG COLD WGT: 109.0
OPTIMIZE ALL : N                                        SCHEDULED HD: 63945
PRICE DATE   : 05/08/09      KILL DATE        : 05/07/09
PRICE TYPE   : FORECASTED    SCHEDULING DATE  : 05/08/09  PLANT: DIVISIONAL
```

| MISC. PRODUCT | PRICE | MISC. PRODUCT | PRICE | MISC. PRODUCT | PRICE | MISC. PRODUCT | PRICE |
|---|---|---|---|---|---|---|---|
| M0219XX | 33.98 | M0119XX | 51.22 | F2409XX | 80.00 | F4533XX | 68.00 |
| F4533XX | 68.00 | F4763XX | 98.00 | F4783XX | 200.00 | F4809XX | 240.00 |
| F4809XX | 240.00 | F4064XX | 95.00 | F0519XX | 25.00 | M1849XX | 87.00 |
| M1849XX | 87.00 |  | 0.00 |  | 0.00 |  | 0.00 |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000633976