# EXHIBIT 3

**In the Matter Of:**

*IN RE: PORK ANTITRUST LITIGATION*

*SHAYLE SHAGAM*

*June 01, 2022*



1          THE WITNESS:  Not directly.  I mean

2      I only knew what sort of -- about it through

3      the impacts on, on the prices that I was

4      provided with by the grains committees.

5  BY MS. COTTRELL:

6      Q    And do you remember the Renewable Fuel

7  Standard ultimately allocated more corn for fuel?

8  Do you remember that?

9      A    I remember the discussion, yes.

10          MR. RISSMAN:  Objection; form and

11      foundation.

12  BY MS. COTTRELL:

13      Q    And do you remember what was the impact,

14  in your view, of the Renewable Fuel Standard on

15  corn prices?

16      A    To the extent that there was an

17  increased demand for, for corn, it resulted in

18  higher corn prices.

19      Q    And if we look again at page 51 at the

20  top, the second sentence, it says, "Returns to

21  U.S. meat and poultry production fall from those

22  in recent years, slowing increases in or reducing

23  production of all meats over the next several

24  years."

25          Do you see that?

```
 1        A    Yes, I do.

 2        Q    Okay.  Can you just help us understand,

 3   in lay people's terms, what you're trying to say

 4   there.

 5        A    Well, essentially, the higher grain

 6   prices reduce the money, the returns that

 7   producers would have received and, therefore,

 8   resulted in either slower growth than would have

 9   been attributed had there not been that increase

10   in grain prices, or actually result in reduced

11   production.

12        Q    And just to unpack it again for a jury

13   one day who might not be as familiar with this

14   stuff, when we say "grain prices," what does that

15   include?

16        A    Generally, the primary feed components

17   that we would be looking at would be corn and

18   soybean meal prices, though, with the advent of

19   renew -- with the advent of ethanol, we did look

20   at the price, the variability in the prices of

21   grain, distillers grains, which is the byproduct

22   of the ethanol production, as a substitute feed

23   source.

24        Q    This sentence talks about all meats, the

25   production being slowed for all meats over the
```

1   next several years.  What meats?  What are being

2   -- you know, what's being referred to?

3        A    When we discuss it, we are primarily --

4   for the purposes of this baseline, we are

5   primarily talking about beef, pork, chicken and

6   turkey.

7        Q    And is it fair to say that high feed

8   costs can affect the production of all three of

9   those meats, cattle, broilers, hogs?

10       A    Since feed is an important component of

11  production, higher feed costs relative to the

12  return the producers received for their final

13  output, which in their case would be the chickens

14  or the hogs or the cattle, would, could impact the

15  production, the producing -- the production

16  decision -- sorry -- of those slowing down growth

17  if the returns fell.

18       Q    So back in the winter of '06, the USDA

19  and the team of economists, you're looking

20  forward, and you all are projecting that, for

21  cattle, broilers and hogs, there will either a

22  slowing in the increasing or a reducing of the

23  production of supply of those proteins?

24       A    That's correct.

25                 MR. RISSMAN:  Object to form.

60

1        cannot tell you the precise percentage, but

2        they do represent a percentage of, of U.S.

3        hogs that are, hogs that are slaughtered in

4        the United States.

5   BY MS. COTTRELL:

6        Q    Do you remember at some point

7   regulations related to labeling of pork products

8   changing that came in from Canada?

9        A    I do.

10             MR. RISSMAN:  Object to form and

11        foundation.

12   BY MS. COTTRELL:

13        Q    I think it's known as the COOL

14   regulation?

15        A    Yes.

16        Q    What was COOL?

17        A    It was a requirement that products --

18   that meat products would be labeled by country of

19   origin, whether the product was from an animal

20   that was born in the United States or raised in

21   the United States, slaughtered in the United

22   States, or a combination thereof.

23             So it would say the -- potentially it

24   could have said that it was a product of another

25   country.  It could also have said that it was

61

```
1    produced from an animal that was born and raised

2    in another country or born in another country and

3    raised in the United States and slaughtered in the

4    United States.

5         Q    Did COOL have an impact on the number of

6    imports the U.S. received from Canada?

7                   MR. RISSMAN:  Object to form.

8                   MR. BERGMAN:  Objection.

9                   THE WITNESS:  I honestly don't,

10        don't know.

11   BY MS. COTTRELL:

12        Q    Okay.  Going back to this first bullet

13   again, "Pork production declines between '09 and

14   2011 in response to higher feed prices," let me

15   just make sure I understand how the USDA thinks

16   about this.

17             Are you all thinking about this from the

18   perspective of the hog producer, whether or not

19   the hog producer is going to make money or lose

20   money when you're thinking about supply?

21        A    Yes.

22                   MR. RISSMAN:  Object to form.

23   BY MS. COTTRELL:

24        Q    And why are you thinking about it from

25   the perspective of the hog producer versus sat a
```

62

1   packer that doesn't own any hog farms?

2                  MR. RISSMAN:  Object to form.

3                  THE WITNESS:  The producer produces

4       the animals.  He then has to market those

5       animals.  He can't keep those animals

6       indefinitely.  They're not, they're not

7       really a -- you can keep them a short period

8       of time, but again, you will continue to

9       incur feed costs.

10                 So it's the return that the

11      producer receives that will determine his

12      decisions about whether he's going to

13      increase or decrease production.

14                 From the standpoint of a

15      meatpacker, they will be looking at the --

16      their feeling of what the demand for the

17      finished product the pork will be versus the

18      availability of the hogs.  Do they have

19      enough hogs available from various producers

20      to fill their, to fill their needs, and, you

21      know, what price do they pay for those

22      animals?

23                 So, but at the beginning of the

24      day, given the biology and the time delays,

25      it is going to be the producer who is going

63

1      to be responsible for making that decision

2      about whether or not they're going to be

3      increasing or decreasing the number of hogs

4      available.

5  BY MS. COTTRELL:

6      Q    Let me ask this.  This might be like an

7  overly simplistic question, but when we say here,

8  you know, production is going to decline in '09 to

9  2011, how exactly -- like what is the mechanism by

10 which a hog producer can reduce production?  I

11 mean they have animals coming.  Can you just put

12 some meat on the bones?

13     A    Well, you have to look at it --

14              MR. RISSMAN:  Object to form.

15              THE WITNESS:  I'm sorry.

16              Again, you have to look at it from

17     a time period.  I mean a producer who has

18     hogs on the ground right now is going to have

19     to pay the prices for the feed grains or send

20     those hogs to slaughter early.

21              A producer who has not yet raised

22     those hogs can make a decision.  If you think

23     prices are going to be high in the future for

24     corn, for feed, a feed input, will the

25     potential returns you're going to be looking

64

1   at be sufficient to encourage you to, to have

2   the sows -- to keep the sows, to have the

3   sows give birth, knowing full well that it's

4   going to be six months after that pig is born

5   before it's going to be ready to go to

6   market?

7           So from a, from a producer

8   standpoint, you're having to always kind of

9   look at at least a nine-month horizon between

10  the time you even breed the animal, not

11  including any times about whether or not you

12  want to retain females to add to the breeding

13  heard, because again, there's about a four-

14  month lag between the time you breed the

15  animal and the time she gives birth, and then

16  about a six-month lag between -- four to six

17  months between the time that animal is born

18  and the time it's ready to go to slaughter.

19          So the producer can make decisions

20  going forward, but the decision they make now

21  is going to be, going to be affecting that

22  stream of animals or that stream of pork at

23  some point in time in the future, not at the

24  current time.

25

96

1          something you do have to consider.

2     BY MS. COTTRELL:

3          Q    Why, if I'm thinking about supply in the

4     future, do I have to consider or do you think I

5     have to consider what I'm selling my hogs for and

6     the cost of producing those hogs?

7                    MR. RISSMAN:  Object to form.

8                    THE WITNESS:  They are -- we assume

9          that hog producers are attempting to make

10         money, you know.  You obviously, you

11         cannot -- over the long term, you can't sell

12         for less than it would cost you to produce

13         it.  You'll go bankrupt.

14                    Conversely, if you seem to be

15         making a lot of money, you might think maybe

16         I want to make a little bit more, and I will

17         expand production.

18    BY MS. COTTRELL:

19         Q    When we're talking about hog sales

20    prices, who are the hog producers selling to?

21         A    Generally they're selling to slaughter

22    plants.

23         Q    What's known as the packers?

24         A    Packers, yes.

25         Q    And if I'm a packer, do I want to buy

IN RE: PORK ANTITRUST LITIGATION

30(b)(6)

Shayle Shagam
June 01, 2022

97

```
 1    hogs for less money or more money?
 2         A    In general, you know, basic economics
 3    would tell you you're going to try to minimize
 4    your costs, so you would try and buy the hogs for
 5    the least amount of money it would take to get the
 6    hogs that you need.
 7         Q    And are hogs typically cheaper when
 8    there's a ton of supply of hogs or when hog supply
 9    is tight?
10              THE REPORTER:  I'm sorry.  Can you
11         repeat?
12              MS. COTTRELL:  Yes.
13              MR. RISSMAN:  Object to form.
14    BY MS. COTTRELL:
15         Q    Are hogs typically lower priced when
16    there is a significant supply of hogs or a really
17    tight supply of hogs?
18              MR. RISSMAN:  Object to form.
19              THE WITNESS:  In a, in a world
20         where nothing else changes, you would think
21         the hog prices would generally be lower
22         during periods of high, of high -- would be
23         lower during periods of higher supply, but
24    you also have to balance that against -- just
25         like the hog producer, you have to balance
```

98

1      that against the demand side, what is

2      happening to pork demand.

3             So you could have very, very strong

4      pork demand and an increase in hogs and still

5      have higher prices if the demand supported

6      the fact that people wanted to eat more,

7      wanted to eat more pork, for example.

8             (Exhibit 6 was marked for

9             identification.)

10   BY MS. COTTRELL:

11     Q    Okay.  Handing you what I've marked as

12   Exhibit 6, do you recognize Exhibit 6 to be titled

13   "Outlook for Livestock and Poultry," presented

14   Friday, February 27th of '09?

15     A    Yes.

16     Q    And was this authored by you?

17     A    It was.

18     Q    And presented by you?

19     A    It was.

20     Q    A true and accurate copy of the

21   presentation you gave?

22     A    Yes.

23     Q    Created and kept in the regular course

24   the business?

25     A    Yes.

115

1          to the extent that there was expansion caused

2          prices to decline, you would argue that the

3          market forces were -- you had more hogs than

4          you needed, but I don't -- again, I, I

5          couldn't respond to the term of expansion.

6    BY MS. COTTRELL:

7          Q    In the next sentence they talk about the

8    U.S. hog sector being "unfairly linked to the

9    emergence of the [novel] H1N1 influenza."

10          Do you see that?

11          A    I do.

12          Q    Do you recall this issue, that there was

13    a concern about H1N1 and that impacting demand in

14    the pork sector at all?

15              MR. RISSMAN:  Object to form and

16          foundation.

17              MR. BERGMAN:  Objection.

18              THE WITNESS:  I cannot recall there

19          being that case.

20    BY MS. COTTRELL:

21          Q    It goes on in the next paragraph to say

22    "Hog production is cyclical," and this is

23    something I've seen in a number of papers.  We can

24    take a look at some more.  Let me just ask you:

25    Have you herd this before, this idea that hog

IN RE: PORK ANTITRUST LITIGATION                       Shayle Shagam
                    30(b)(6)                           June 01, 2022

116

```
 1    production is cyclical?

 2         A    I have.

 3                   MR. RISSMAN:  Object to form and

 4         object to the narrative.

 5    BY MS. COTTRELL:

 6         Q    What's -- I just am trying to figure it

 7    out.  What's your understanding of what it means

 8    to say hog production is cyclical?

 9         A    Again, a lot of this is tied to the

10    biology of the animals, but yeah, producers will

11    expand production until prices reach a certain

12    level, usually lower, because, as we discussed,

13    the higher production leads to lower -- tends to

14    lead to lower prices, all other things being

15    equal, at which point the producers will begin to

16    liquidate, reduce the number of animals in

17    response to the fact that their costs have been

18    squeezed or gone negative, at which point hog

19    prices begin to increase, and with the increase in

20    hog prices, all other things being equal,

21    producers begin to expand again.

22                   So the cyclical nature is that you

23    increase production, prices decline, you reduce

24    production, prices increase, and that, that

25    becomes a cyclical nature and would tend to
```

1    continue over time.

2         Q    Would you say that, in general, there's

3    a cyclical nature to hog production?

4                   MR. BERGMAN:  Form and foundation.

5                   THE WITNESS:  I think that the

6         cyclical nature has diminished over time with

7         changes in the structure of the industry, but

8         I believe there is still a component that,

9         yeah, prices reach a certain level and become

10        unsustainable for production at those prices,

11        and production will decline, and then as

12        production declines, again, assuming the

13        demand remains the same, all other factors

14        remain the same, you know, those higher

15        prices will trigger an expansion.  The timing

16        of it may have changed over time, but I do

17        believe that, that there is still a cyclical

18        nature to production, yes.

19   BY MS. COTTRELL:

20        Q    And I know you haven't been in it since

21   '73, but since '86, has that been true since 1986

22   in terms of what you witnesses?

23                   MR. RISSMAN:  Object to form.

24                   MR. BERGMAN:  Foundation.

25                   THE WITNESS:  It has.  It has

118

1          changed, as I said.  We went through -- back

2          in 1999, we went through a major

3          restructuring of the hog industry, which

4          probably changed some of its cyclical nature,

5          because prior to 1999, we had a group of

6          producers who were mixed producers, they

7          would tend to produce hogs and maybe grain,

8          and when -- if hog prices were good, they

9          would keep a few more hogs, still relying on

10         the grain side.  If grain prices were poor or

11         hog prices were poor, they might choose to

12         sell the grain and not raise hogs, versus is

13         if hog prices are good and grain is cheap,

14         you might choose to raise more hogs.

15              A lot of those, a lot of those

16         operators, operations left the industry in

17         1999, and that's when we began to see the

18         rise of more contracting, the rise of more

19         vertically integrated operations, and to some

20         extent has that has changed the nature, but

21         over time, yes, I would say that since, you

22         know, since my experience, there's been a

23         cyclical nature.

24   BY MS. COTTRELL:

25         Q    Would you say that there's been a rise

120

1          Do you see that?

2      A    I do.

3      Q    Are you familiar -- and I know you

4  didn't prepare this particular chart, but are you

5  familiar with this type of data?

6      A    Yes.

7                MR. RISSMAN:  Object to form.

8  BY MS. COTTRELL:

9      Q    You use it?

10     A    Yes.

11     Q    And the red line, am I right that that's

12 representing, at a high level, in the aggregate,

13 whether or not hog producer are making or losing

14 money?

15               MR. RISSMAN:  Object to form and

16     foundation.

17               MR. BERGMAN:  Same objections.

18               THE WITNESS:  In its, in its larger

19     sense, yes, I mean I assume that that line --

20     again, I did not prepare the chart, but I

21     assume that that represents the difference

22     between those upper two bars of the value of

23     sales versus the costs.

24 BY MS. COTTRELL:

25     Q    And if you look with me like between

Shayle Shagam
June 01, 2022

121

```
 1   let's just say April '04 to January of '06, that

 2   time period, the red line is showing that hog

 3   producers are generally making a profit.  Given

 4   that, what would the USDA expect in the aggregate,

 5   at a high level, hog producers to do with respect

 6   to supply?

 7        A    We would expect --

 8                  MR. RISSMAN:  Object to form.

 9                  THE WITNESS:  We would expect to

10        see an expansion.

11   BY MS. COTTRELL:

12        Q    And if you look with me, things turn a

13   little south.  If we go to, you know, January '08

14   all the way to July '09, hog producers, it looks

15   like, are losing money?

16        A    Correct.

17        Q    And what would the USDA --

18                  MR. RISSMAN:  Object to form;

19        mischaracterizes the document.

20   BY MS. COTTRELL:

21        Q    And what would the USDA expect -- again,

22   at a high level -- hog producers to do if they're

23   losing money for that extended period of time?

24                  MR. RISSMAN:  Object to form.

25                  THE WITNESS:  We would expect them
```

122

1        to reduce production.

2                    MS. COTTRELL:  Okay.  Tab 62, and

3        Tab 62 will be Exhibit 8.

4                    (Exhibit 8 was marked for

5                    identification.)

6    BY MS. COTTRELL:

7        Q    Let me know if you recognize Exhibit 8

8    to be a presentation by the World Agricultural

9    Outlook Board titled "Outlook for U.S. Livestock

10   and Poultry in 2010" by Joel L. Greene.

11       A    I do.

12       Q    Do you know Mr. Greene?

13       A    I do.

14       Q    You all worked together?

15       A    He was my deputy for a number of years.

16       Q    He reported to you?

17       A    Yes.

18       Q    To the best of your knowledge, is

19   Exhibit 8 a true and accurate copy of the

20   presentations made on the USDA Outlook for

21   Livestock and Poultry in 2010?

22       A    Yes, it is.

23       Q    Prepared and kept in the regular course

24   of USDA's business?

25       A    It was.

123

```
 1       Q    Would this be like the type of
 2   presentation that would happen at that conference
 3   you talked about?
 4       A    It is.
 5       Q    And if you look with me, page 3, it says
 6   "Weak Demand in 2009 Impacts the Meat Sector," and
 7   then the last bullet says "recession compounds
 8   losses for the sector."
 9       A    Yes.
10       Q    Can you just tell me what's being
11   portrayed on the slide?  What are those points
12   getting at?
13       A    Well, the first is --
14              MR. BERGMAN:  Object.
15              THE REPORTER:  What was the
16       objection?
17              MR. BERGMAN:  Objection; foundation
18       and form from Mr. Bergman.
19              THE WITNESS:  Well, the first is
20       the producers were likely losing money or
21       possibly just have very, very weak returns,
22       which was the high feed prices that we
23       discussed earlier, and those were expected to
24       carry into their production decisions in
25       2009.
```

124

1              The recession that we discussed

2         would have had impact on meat demand, which

3         would have been pushing from the other end to

4         reduce the prices, likely reduce prices for

5         pork, given the supplies, and then work its

6         way back down the chain to lower hog prices.

7    BY MS. COTTRELL:

8         Q    All right, and if you jump with me to

9    slide 4, it says "Meat Production Falls in 2009,"

10   and then it says "beef, pork, broiler meat and

11   turkey."

12        A    Yes.

13        Q    Are these forecasts, or is this -- at

14   this point in time?  We're only in February of --

15   we're in February of 2010, so these are -- excuse

16   me -- these are looking backwards?

17        A    That's correct.

18        Q    Okay.  So fair to say that it's not just

19   in pork that we saw a reduction in supply, but we

20   saw it across all the proteins?

21                  MR. RISSMAN:  Object to form.

22                  THE WITNESS:  Yes.

23   BY MS. COTTRELL:

24        Q    Are there commonalties across all those

25   proteins that would lead all of them to be

125

1   reducing supply?

2              MR. RISSMAN:  Object to form.

3              THE WITNESS:  Again, all of them

4       are reliant on feed prices, all of them are

5       reliant on income from the demand side, so,

6       you know, in that respect, those

7       commonalities, the costs facing all of those

8       producers would be higher, and the cost --

9       and the returns or the prices received for

10      those animals might have been -- again,

11      without looking at the actual numbers, yeah,

12      the prices for those animals would have been

13      lower as well.

14  BY MS. COTTRELL:

15      Q    If you go to the next slide, it actually

16  says at the top "Livestock and Poultry Prices

17  Lower in 2009."

18           Do you see that?

19      A    I do.

20      Q    And it says "Percent Change, 13.8."

21  What does that 13.8 represent?

22      A    It means that prices fell 13.8 percent

23  between the average, the average annual hog price

24  fell between -- fell 13.8 percent between 2008 and

25  2009.

174

```
 1    BY MS. COTTRELL:

 2        Q    There's a chart there that says "Hogs

 3    Sold by Transaction."

 4             Do you see that, Mr. Shagam?

 5        A    I do.

 6        Q    Mr. Shagam, are you aware that the USDA

 7    collects data on whether or not hogs are owned by

 8    a packer versus a producer versus sold on the

 9    stock market, et cetera?

10        A    Yes, I am.

11        Q    And if you look with me at this chart

12    where it says "Hogs Sold by Transaction," this is

13    small font, so I do apologize, but it says

14    "Percent Packer Owned," and it has a purple line.

15        A    Okay.

16        Q    Mine looks somewhat purple.  Do you see

17    it?

18        A    I believe so.

19        Q    Okay, and then if you look at with me at

20    the purple line, if we just look at 2009, it looks

21    like what's being reported is somewhere in the

22    realm of, I don't know, 20, mid 20 percent of hogs

23    were owned by the packers.

24             Do you see that?

25        A    Yes.
```

IN RE: PORK ANTITRUST LITIGATION
30(b)(6)

Shayle Shagam
June 01, 2022

175

```
 1         Q    And then over time, the number
 2   fluctuates between '08 and 2016, somewhere
 3   between -- you know, looks like 25 percent to
 4   maybe 30 percent or so?
 5         A    Yes.
 6         Q    Do you see that?
 7              Okay.  So am I understanding this chart
 8   correctly that 30 percent of the hogs are owned
 9   fully by the packer, or around, roughly, depending
10   on the year; is that right?
11         A    They have owned them for -- according to
12   the definition, they will have been owned them for
13   at least 14 days before slaughter.
14         Q    And then the other 75 percent of the
15   hogs that are ultimately slaughtered are purchased
16   by the packers from independent producers.
17              Is that your understanding of the data?
18         A    Yes.
19              MR. RISSMAN:  Object to form.
20              MR. BERGMAN:  Form and foundation.
21   BY MS. COTTRELL:
22         Q    And there's a variety of purchase
23   arrangements.  There could be spot purchases, for
24   example; is that right?
25         A    That's correct.
```

1    Q    There could be market formula purchases,

2  for example?

3    A    That's correct.

4    Q    But at the end of the day, what that

5  75 percent represents are packers negotiating with

6  hog producers to buy those hogs?

7              MR. RISSMAN:  Object to form.

8              MR. BERGMAN:  Foundation and form

9        objections.

10             THE WITNESS:  Well, not

11        necessarily.  I mean, again, because in some

12        cases it may be a formula.  I mean they've

13        agreed upon a formula at a previous time, and

14        that formula has various cost components or

15        some sort of basis in what happens in the

16        market, but it's not, you know, it's not

17        negotiated at the time the individual sells

18        the hogs.

19  BY MS. COTTRELL:

20    Q    Right, so they could be contracts, for

21  example, for a year period of time that set the

22  price, for example?

23    A    Correct.

24             MR. RISSMAN:  Object to form.

25

192

1  smaller amount of hogs to meet their, their

2  desired levels of slaughter.

3       Q    So the tight supply of the slaughter

4  hogs at this point in time meant that the packers

5  had to pay more for those hogs as a general

6  matter?

7       A    On average, yes.

8            MR. RISSMAN:  Object to form.

9  BY MS. COTTRELL:

10      Q    And that there was such a tight supply

11 of hogs actually meant that the packer margins

12 shrunk here, in this example?

13           MR. RISSMAN:  Object to form.

14           MR. BERGMAN:  Form and foundation.

15           THE REPORTER:  Can you say the

16      question again?  I'm sorry.

17 BY MS. COTTRELL:

18      Q    That there was a tight supply of hogs at

19 this point in time meant that the packers' margins

20 were tightening, meaning getting smaller; is that

21 right, Mr. Shagam?

22      A    That would be --

23           MR. RISSMAN:  Object to form.

24           MR. BERGMAN:  Form and foundation

25      objections.

193

```
 1              THE WITNESS:  That would be
 2        correct.
 3   BY MS. COTTRELL:
 4        Q    And the reason, as reported here, is
 5   because packers ended up having to pay 13 percent
 6   more for slaughter hogs than they had a year ago?
 7              MR. RISSMAN:  Object to form.
 8              THE WITNESS:  Yes.  It was a
 9        combination of -- yes, yes.  It was a --
10        according to this, it would have been because
11        they had to pay more for their hogs.
12   BY MS. COTTRELL:
13        Q    And can you just help me understand why
14   a tighter supply of hogs means that packer margins
15   might shrink?  Just help me understand the
16   connection.
17        A    Given that you are having to pay more
18   for those -- a fewer number of animals, you're
19   having to pay a higher price, and you're not
20   necessarily able to recoup that by selling the
21   wholesale value of those animals -- the wholesale
22   value of those cuts at a higher price to offset,
23   fully offset the increase in your acquisition
24   costs of the hogs.
25        Q    Can the reverse here also be true, that
```

194

```
 1  when there is an abundant supply of hogs, my

 2  packer margin can widen because I'm buying them

 3  cheaper?

 4               MR. RISSMAN:  Form and foundation.

 5      Incomplete hypothetical.

 6               THE WITNESS:  Yes.

 7               MS. COTTRELL:  And in fact, let's

 8      take a look at another document.  It's Tab

 9      301.  I'm marking Tab 301 as Exhibit 18.

10               (Exhibit 18 was marked for

11               identification.)

12  BY MS. COTTRELL:

13      Q   Let me know if you recognize Exhibit 18

14  to be a copy of the USDA Livestock, Dairy and

15  Poultry Outlook, dated November 16, 2016, as

16  approved by the World Agricultural Outlook Board.

17      A   I do.

18      Q   Okay, and true and accurate copy to the

19  best of your knowledge?

20      A   Yes.

21      Q   Created and kept in the regular coarse

22  of business to the best of your knowledge?

23      A   Yes.

24      Q   And if we could jump to page 7,

25  everyone, and it's going to be the bottom
```

257

1    the recovery in the hog sector."  It goes on to

2    say, "Facing higher costs and struggling

3    financially, some smaller producers started to

4    liquidate their inventories in the second half of

5    the year, a trend expected to continue into 2013."

6              Do you see that?

7       A    I do.

8       Q    Again, help me understand this phrase

9    "liquidate their inventories."  What's being

10   communicated here as you understand it?

11      A    That they are --

12              MR. RISSMAN:  Object to form.

13              MR. BERGMAN:  Objection.

14              THE WITNESS:  That they are

15       reducing the number of animals in their

16       operations.

17   BY MS. COTTRELL:

18      Q    And so whether or not we're in the U.S.

19   or whether or not we're in Canada, the same

20   dynamics are at play.  We're looking at hog

21   producer returns, we're looking at feed costs,

22   we're looking at what packers and others are going

23   to pay for those hogs?

24              MR. RISSMAN:  Objection; form,

25       foundation, calls for expert testimony.

258

1          MR. BERGMAN:  Objection.

2          THE WITNESS:  That would be

3     correct.

4  BY MS. COTTRELL:

5     Q    All right.  I'm going to jump around a

6  little bit.  I'm going to jump back to exports.

7          Okay.  Do you recall there being trade

8  restrictions in place that limited the exports of

9  pork by Russia and some other countries in, you

10  know, the 2008 to 2014 time period?

11          MR. RISSMAN:  Object to form.

12          THE WITNESS:  2008 to 2014?

13  BY MS. COTTRELL:

14     Q    Yes.

15     A    I can't remember specifics, but

16  possibly, yes.

17     Q    Let me just ask a more general question.

18          In your experience, do -- does the

19  volume of exports relate to whether or not there's

20  a trade ban in place?

21          MR. RISSMAN:  Object to form.

22          THE WITNESS:  It can.  It doesn't

23     necessarily always happen, but it can, yes.

24  BY MS. COTTRELL:

25     Q    And have things like the Korean and U.S.

IN RE: PORK ANTITRUST LITIGATION
30(b)(6)

Shayle Shagam
June 01, 2022

259

```
 1    trade agreement helped export growth, in your

 2    opinion?

 3                 MR. RISSMAN:  Same objections.

 4                 MR. BERGMAN:  Calls for expert

 5         testimony.

 6                 THE WITNESS:  In my opinion, yes.

 7    BY MS. COTTRELL:

 8         Q    Why?

 9         A    It's opened up opportunities for U.S. to

10    compete in another market, potentially offering

11    opportunities to increase our exports.

12         Q    Okay.  You know I'm at the end when I'm

13    jumping topics around, but I'll orient you to

14    where I'm going.

15              Have you attended any trade association

16    meetings such as meetings of AMI, American Meat

17    Institute?

18         A    During this time period in question?

19         Q    Yeah, '08 to the present.

20         A    The only one I would have possibly

21    attended would have been the U.S. Meat Export

22    Federation, which is one of the trade promotional

23    organizations, but in terms of, in terms of

24    national pork producers or in terms of the

25    American Meat Institute or North American Meat
```

260

1    Institute as they are called now, no.

2        Q    And that organization you just

3    mentioned, I think you said the U.S. Meat Export?

4        A    Export Federation, yes.

5        Q    Is your understanding that the purpose

6    of that group is exactly what their name would

7    suggest, which is to promote exports?

8        A    That is correct.

9        Q    And why did you go to that meeting?

10       A    A, I was invited, and B, once I went

11   there as a speaker to present again sort of the

12   USDA outlook, and also to, you know, hear from

13   them what they were -- how they were viewing

14   potential export markets.

15           Again, part of the WASDE process is, you

16   know, to try and gather as much information as

17   possible.  We then filter it.  It's not, it's not

18   taken as is.  We look at, you know, look at the

19   data, you know, we don't take it as is, but we

20   look at how the information -- we look at the

21   information in the context of other pieces of

22   information, other data.

23           So a lot of -- occasionally at these

24   meetings, they will have individuals from their

25   offices overseas do presentations on how they see