# EXHIBIT 4

1

1        IN THE UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF MINNESOTA
3
4    - - - - - - - - - - - - - - -+
5                                  |
     IN RE: PORK ANTITRUST          |
6                                  |
     LITIGATION                     |  Case Number:
7                                  |
                                   |  0:18-cv-01776
8    This document relates to       |  JRT-HB
     all actions.                   |
9                                  |
     - - - - - - - - - - - - - - -+
10
11
12         Rule 30(b)(6) and Rule 30(b)(1)
13               Video Deposition of
14                    TAYLOR COX
15             Thursday, June 2, 2022
16                    9:25 a.m.
17
18
19
20
21
22
23   Job No. 845664
24   Reported by:  Laurie Donovan, RPR, CRR, CLR
25

CASE 0:18-cv-01776-JRT-JFD   Doc. 1443-4   Filed 08/24/22   Page 3 of 5
IN RE: PORK ANTITRUST LITIGATION  30(b)(6)  Taylor Cox  June 02, 2022

76

1            THE WITNESS:  I'm not an economist.
2       My program and a division within my program,
3       the Market News division we're talking about,
4       aggregates and disseminates this information.
5       I can't speak from an economic standpoint.
6  BY MR. RUGE:
7       Q    Earlier we talked about the difference
8  between producer-sold hogs, packer-sold hogs, and
9  your view that there's -- the majority of hogs
10 sold for slaughter in the United States are
11 producer-sold, not only packers, right, and I --
12 you said you can't speak to the exact percentages.
13 I said we'd come back to it.  If you flip to page
14 16, do you see the chart there at the bottom,
15 "Hogs Sold by Transaction"?
16      A    Yes.
17           MR. RISSMAN:  Object to, object to
18      form and the narrative.
19 BY MR. RUGE:
20      Q    So this chart, does it walk us through
21 the -- does it outline the different percentage of
22 hogs sold by transaction by purchase type reported
23 in LMR?
24           MR. BERGMAN:  Can we get the chart
25      on the screen, please?  Thanks.

77

1               THE WITNESS:  Yes, those are the
2        purchase types on the right-hand column,
3        purchase types of LMR.
4    BY MR. RUGE:
5        Q    And if you look at packer-owned line,
6    which is the purple one, is it fair to say that's
7    about -- in 2008, about 25 percent of sales of
8    hogs for slaughter were, were packer-owned, a
9    little less than 25 percent?
10       A    Correct.
11       Q    And from 2008 to 2016, that only gets up
12   to, at most, 30 percent?
13       A    Yes.  I don't have the exact, but yes,
14   close to 30 percent.
15       Q    And packer-sold hogs are even lower,
16   around five percent that whole period, a little
17   above, a little below five percent?
18       A    Yes, somewhere in that range, yes.
19       Q    So from 2008 to 2016, not just the
20   majority of hogs sold for slaughter in the United
21   States were producer-owned and not packer-owned,
22   but a large majority, almost like 70 percent; is
23   that right?
24              MR. RISSMAN:  Object to form.
25              THE WITNESS:  Correct.  I -- when I

78

1      said -- when I spoke to majority earlier, I
2      was speaking very generally, of course.  I
3      said -- I stated I didn't have the exact data
4      in front of me, but adding these numbers up,
5      yes, correct.
6  BY MR. RUGE:
7      Q    And these different types of contracts
8  here, other than packer-owned and packer-sold,
9  those are still purchases by a packer for hogs, is
10 that right?  They're just different types of
11 contracts for purchases?
12     A    Correct.  These are all the purchase
13 types covered by LMR, yes.  These are, these are
14 animals -- volume is represented on a percentage
15 basis of animals sold from a producer to a packer
16 primarily, yes.
17          MR. RUGE:  All right.  Let's flip
18     to tab 63.  I'm marking it as Exhibit 5.
19          (Exhibit 5 was marked for
20          identification.)
21 BY MR. RUGE:
22     Q    Do you recognize that to be a PowerPoint
23 presentation by Warren Preston on the value of
24 market information?
25     A    I mean it appears so, yes.  It's titled