# EXHIBIT 8

Page 1

1  IN THE UNITED STATES DISTRICT COURT
2  DISTRICT OF MINNESOTA
3
4
5
6
7  CIVIL NO.:  18-1776 (JRT/HB)
8
9
10 IN RE PORK ANTITRUST LITIGATION
11
12 This Document Relates to:
13 All Actions
14
15
16
17
18
19  HIGHLY CONFIDENTIAL
20  REMOTE VIDEO DEPOSITION TESTIMONY OF:
21  STEVE MEYER, Ph.D.
22  April 26, 2022
23
24
25

1   paragraph states that "To function
2   efficiently, the U.S.-Canadian pork
3   sector must be a well-tuned interaction
4   of mainly independent businesses.  Input
5   suppliers, producers, packers,
6   processors, retailers and foodservice
7   operators must all be 'on the same page'
8   in order to deliver to consumers the
9   correct quantity of pork products with
10  the right characteristics in a timely
11  manner."
12         Can you explain what you meant
13  by that?
14     A.   Well, it's a multilevel market
15  supply chain where one level doesn't make
16  the decisions for the next level, whether
17  that be producers for packers or packers
18  for producers or any -- any pair up and
19  down the thing.  So it is -- it's kind of
20  one of those Adam Smith magical hand that
21  guides this industry.  And it's based on
22  a knowledge of what's going on in the
23  industry and having good information
24  about what's going on in the industry
25  that everybody tries to make decisions

Page 272

1   that optimizes their own business and
2   delivers good quality products, the right
3   amount of quality products to consumers.
4   So it's always been kind of an amazement
5   to me that the whole thing works together
6   as well as it does, given that everyone's
7   making their own decisions.
8        Q.   And if we go to page 35 of
9   the -- of the article, so this is the
10  second page of the document.
11       A.   Yes, sir.
12       Q.   Yes.  And if we under the
13  header, "Importance of Packing Capacity,"
14  there's a paragraph that starts,
15  "Furthermore."
16       A.   Uh-huh.
17       Q.   And it says:  "Furthermore, no
18  one in the packing-processing sector
19  decides how much to produce.  That
20  decision rests solely with the people who
21  breed and farrow sows."
22            Is that true?
23       A.   Yes, it is.  I mean --
24            MR. CARTER:  Object to form.
25       Q.   And was that -- that was true at

```
 1   the time you wrote it, and does it remain
 2   true today?
 3        A.    It's true today.
 4              MR. CARTER:  Objection to form.
 5        A.    It's true today.  The total
 6   volume decision of pigs coming to market
 7   and pork production -- not exactly pork
 8   production, but for sure pigs coming to
 9   market is determined by decisions to
10   breed sows.  And 10 months later or 11
11   months later, we have market hogs out of
12   those.  We have never left a pig alive
13   out in the field that we said, well,
14   we're just not going to kill that many
15   pigs this -- and so we've left them out
16   there.  The packers process all the pigs
17   that come to market.  And the question at
18   times can be what price prevails when
19   that happens.  Because sometimes, there
20   are too many pigs and sometimes there are
21   not enough.  But they all get processed.
22   And so the quantity decision in the pork
23   industry is made by those people that
24   breed sows.
25              There is one variable that --
```

Page 274

1   well, there's more than one variable.
2   There's several variables that affect the
3   outcome of that.  One of them would be
4   disease situations.  Another would be the
5   chosen market weight, because you can
6   change the amount of pork production
7   based on how heavy the hogs are at
8   slaughter, but that doesn't vary much
9   other than seasonal variation and some
10  trend growth over time.  So the key
11  decision on how many pigs we will harvest
12  and how much pork we will produce is made
13  every week by producers that breed sows
14  that will farrow in four months and those
15  pigs will come to market in six months
16  after that.
17      Q.   And so for those producers
18  making that decision of how many sows to
19  farrow and how many pigs to raise, is
20  there a benefit to them of understanding
21  the capacity, the daily slaughter
22  capacity of the packer processors?
23           MR. CARTER:  Object to form.
24      A.   Absolutely.  Knowing what the
25  capacity of the industry is, is one of

Page 289

1          MR. CARTER:  Object to form.
2     A.   Absolutely.  Yes.
3     Q.   And I want to orient you to the
4  second page of the document at the top.
5  You say:  "I hold my packer friends in
6  high regard but they hardly ever (if
7  ever!) bid for hogs out of any sense of
8  altruism."  You see that?
9     A.   Yes.
10    Q.   And I just want to make sure I
11 understand the context for this.  So
12 we've established that there are packers
13 that produce some of their own hogs, and
14 then there are independent farmers that
15 produce some of their own hogs.
16    A.   That's correct.
17    Q.   Do you recall that testimony?
18    A.   Yes.
19    Q.   And for an independent farmer
20 producing hogs, do they sell those hogs
21 to packers for slaughter?
22    A.   Yes, they do.
23         MR. CARTER:  Object to form.
24    Q.   And so if the farmer is selling
25 the hogs, are the packers buying the

Page 290

1  hogs?
2      A.   Yes.
3           MR. CARTER:  Object to the form.
4      A.   Yes, in -- yes.
5      Q.   And forgive me if this seems
6  overly simple, but I think it's an
7  important point, and I want to make sure
8  I understand.  But for the farmers
9  selling hogs, are they trying to get the
10 highest price they can for the pigs
11 they're selling?
12     A.   Absolutely.
13          MR. CARTER:  Objection to form.
14     Q.   And are the packers trying to
15 pay as little as possible for the hogs
16 that they're buying?
17          MR. CARTER:  Object to form.
18     A.   Yes.  They would be trying to
19 buy them at the most affordable price
20 they can.
21     Q.   And so this is a
22 supplier-customer relationship between
23 independent producers and the packers.
24 Is that -- is that right?
25     A.   Yes.

1              MR. CARTER:  Object to form.
2         Q.   One is trying to sell as high as
3    they can, and the other is trying to buy
4    as low as they can.  Is that how --
5              MR. CARTER:  Object to form.
6         Q.   -- that dynamic works?
7         A.   Yes.
8         Q.   And in this kind of
9    relationship, their interests are
10   colliding against one another.  Is that a
11   fair summary?
12             MR. CARTER:  Object to form.
13        A.   I would call that a rivalrous --
14   a market rivalry, yes.
15        Q.   And it's the packers' -- is it
16   the packers' interest to, in general,
17   lower the price of hogs as an input for
18   their packing operations?
19             MR. CARTER:  Object to form.
20        A.   I would argue it's always in the
21   short-term interest of packers to buy
22   hogs at lower prices.  Their longer-term
23   interest might actually be harmed by
24   doing that because if those prices stay
25   low enough for long enough, some

Page 292

1  producers will go out of business, and
2  then the supply of pigs that the packer
3  has the chance to buy will go down.  So
4  in the short run, the answer is
5  absolutely yes because it contributes to
6  the bottom line.  In the longer run, it
7  may not be.
8      Q.  You mentioned the -- there's a
9  couple of bullet points underneath the
10 chart.
11     A.  Uh-huh.
12     Q.  And the first -- well, let's go
13 to the second bullet point.
14         MR. COLEMAN:  I'm sorry, Kyle.
15     Q.  Second bullet point, first line.
16 It says, "The four most significant down
17 spikes all correspond to periods of high
18 packing capacity utilization."
19     A.  Yes.
20     Q.  And by -- what -- by "down
21 spikes," are you referring to the price
22 of hogs sold by farmers to packers?
23     A.  Well --
24         MR. WHEELER:  Objection,
25 leading.

Page 293

1      A.    That's generally correct.    But
2   in this chart, it's the price of hogs
3   relative to the cutout value, or the
4   value of the carcass being produced by
5   the packers.   So this is a percentage of
6   the cutout value that I'm referring to in
7   this chart.
8      Q.    Let's flip to Figure 2 on the
9   next page.  Can you explain what Figure 2
10  is showing?
11     A.    Well, this would have been as of
12  May 2017 again.  And so what I'm
13  delineating here is what are the planned
14  increases of packing capacity on a weekly
15  and annual basis over the next couple of
16  years.  And you can see that we had a
17  small plant at Pleasant Hope, Missouri,
18  which opened in the fall of 2016.  We had
19  a small plant at Windom, Minnesota, which
20  opened in the fall of '17, as did the two
21  big plants that I alluded to earlier in
22  Sioux City, Iowa, and Coldwater,
23  Michigan.  And then we had another plant
24  that at that time was in the planning
25  stages that in fact did open in the

Page 294

1  spring of 2018, that one being Wright
2  County, Iowa.  So I'm trying to delineate
3  for producers and packers and all
4  industry participants what the coming
5  changes in packing capacity would mean
6  and how many -- how many head per week
7  those plants could handle and what the
8  comparison of that head per week would
9  have been compared to the fall of '15 and
10 the fall of '16, which were two of the
11 time periods with down spikes on the
12 previous graph when we had very tight
13 packing capacity situations.
14     Q.   And if -- in Figure 2, in that
15 first column, we have some references to
16 locations.
17     A.   Yes.
18     Q.   Pleasant Hope, Missouri, do you
19 know, is that a ref- -- and are all of
20 these references to packing facilities?
21     A.   Yes, they are.
22          MR. WHEELER:  Objection to form.
23     A.   The cities where they're
24 located, yeah.
25     Q.   And Pleasant Hope, Missouri, do