# EXHIBIT 12

# Outlook for U.S. Livestock and Poultry in 2010

**Joel L. Greene**
**World Agricultural Outlook Board**
**United States Department of Agriculture**

*USDA Agricultural Outlook Forum*
*Washington, D.C.*
*February 19, 2010*





Exhibit
Shagam 8

# Weak Demand in 2009…

- **U.S. GDP -2.5, World GDP -2.1**

- **U.S. unemployment rises to 10%**

- **Disposable income growth weak**

- **Consumer confidence weak**

- **Reduced restaurant sales**



# Weak Demand In 2009 Impacts The Meat Sector

- **Producer returns negative**

  – **Reflects high feed prices of 2008**

  – **Impacting production through 2009**

- **Recession compounds losses for sector**



# **Meat Production Falls in 2009**

| Billion Pounds | 2008 | 2009 | % Change |
|---|---|---|---|
| Beef | 26.56 | 25.96 | -2.3 |
| Pork | 23.35* | 23.00 | -1.5 |
| Broiler Meat | 36.91* | 35.49 | -3.8 |
| Turkey | 6.25* | 5.66 | -9.3 |

* Record



4

# Livestock & Poultry Prices Lower in 2009

|  | 2008 | 2009 | % Change |
|---|---|---|---|
| Cattle, $/cwt | 92.27* | 82.68 | -10.4 |
| Hogs, $/cwt | 47.84 | 41.24 | -13.8 |
| 12-City Broilers, ¢/lb | 79.7* | 77.6 | -2.6 |
| Eastern Turkey Hens, ¢/lb | 87.5* | 79.5 | -9.1 |



* Record

5

# Meat Exports Lower in 2009

| Billion Pounds | 2008 | 2009 | % Change |
|---|---|---|---|
| Beef | 1.89 | 1.87 | -0.9 |
| Pork | 4.67* | 4.13 | -11.6 |
| Broiler Meat | 6.96* | 6.84 | -1.8 |
| Turkey | 0.68* | 0.53 | -20.9 |



* Record

6

# What to Look For In 2010…

- **Positive GDP, domestic and international**

- **Relatively weak U.S. dollar**

- **Demand will firm?**

  - **Consumer confidence stronger**

  - **Restaurant sales pick up**

  - **Disposable income growth higher than 2009**

  - **But, persistent high unemployment**



# What to Look For In 2010…

- **Producer returns improving**
  - **Lower to steady feed prices**
  - **Higher prices across the board**
- **Declining or slow growth in meat output**
- **Stronger exports for red meat**
- **Trade issues for poultry**
- **Declining per capita disappearance**



8

# Cattle and Beef



# Cattle Herd at 93.7 Million on Jan 1, 2010, Herd Contraction Continues During Year





\* Forecast

10

# Beef Cows 1 Percent Lower Jan. 1, 2010. Calf Crop Declines This Year





\* Forecast Calf Crop

11

# Beef Replacement Heifers 2 Percent Lower on January 1





World Agricultural Outlook Board

12

# Cattle On Feed Lower on January 1





World Agricultural Outlook Board

13

# Beef Production to Decline to 25.7 Billion Pounds in 2010





* Forecast

14

# Average Cattle Carcass Weight Growth Slips in 2010





* Forecast

15

# Beef Output Falls Below Year Earlier in Each Quarter





* Forecast

16

# Cattle Imports Increase About 5 Percent to 2.1 Million Head In 2010





World Agricultural Outlook Board

\* Forecast

17

# Beef Exports Expected to Exceed 2 Billion Pounds







* Forecast

18

# Beef Imports Increase 6 Percent to 2.8 Billion Pounds





\* Forecast

19

# Cattle Prices Rise in 2010, to Average $85 to $91 per cwt



**Nebraska Choice Steers**

Legend: 2008, 2009, 2010*



* Forecast

20

# Hogs and Pork



# Beginning Hog Inventory Falls 2 Percent to 65.8 Million Head



**Inventory on December 1, Preceding Year**



22

# Breeding Herd Falls 3.5 Percent to 5.85 Million Head







23

# Sows Farrowing Expected to Continue to Decline During 2010





**\* First Half Reported Intentions, Second Half Forecast**

# Pigs Per Litter Growth Steadily Higher





* Forecast

25

# Pork Production Decreases 2 Percent to 22.5 Billion Pounds in 2010





* Forecast

26

# Pork Production Declines Through Fourth Quarter





World Agricultural Outlook Board

\* Forecast

27

# Average Hog Carcass Weights Record High in 2009, Decline in 2010





* Forecast

28

# Hog Imports Drop 32 Percent in 2009, Decline Below 6 Million Head in 2010





\* Forecast

29

# Pork Exports in 2010 Rise to 4.5 Billion Pounds





* Forecast

# Pork Exports Rise to 4.5 Billion Pounds, Pork Imports Continue Slow Growth





\* Forecast

31

# Hog Prices to Rebound to Average $46 to $49 per cwt



National Base, 51-52% Lean, Live Equivalent



* Forecast

32

# Poultry



# Broiler Hatching Flock Just Moving Back Into Positive





# Chicks Placed For Grow Out About at Year Ago Level





# Broiler Meat Output Rises to 35.9 Billion Pounds in 2010





\* Forecast

36

# Live Bird Weight Growth Slowed in 2009





World Agricultural Outlook Board

37

# Broiler Meat Output Grows In Each Quarter In 2010





World Agricultural Outlook Board

* Forecast

38

# Broiler Exports Drop 15 Percent in 2010 to 5.8 Billion Pounds





* Forecast

# Broiler Whole Bird Prices Increase, to Average 77 to 82 Cents Per Pound





### 12-City Wholesale





* Forecast

40

# Turkey Production Drops Below 5.6 Billion Pounds in 2010





* Forecast

41

# Turkey Production Rises in Second Half, Still Below Year Earlier at 5.56 Billion Pounds





World Agricultural Outlook Board

waob

* Forecast    42

# Net Poult Placements Remain Low   Into 2010





# Turkey Production Start to Rebuild from Lowest 1st Quarter Since 2000





* Forecast

44

# Turkey Exports Increase Slightly to 545 Million Pounds in 2010





* Forecast   45

# Turkey Prices Increase to Average 80 to 85 Cents Per Pound



**Eastern Hens, 8-16 lbs**



Legend: 2008 | 2009 | 2010*



\* Forecast

46

# Total Egg Production Slightly Higher at 7.6 Billion Dozen





\* Forecast   47

# Egg Prices Increase in 2010 to Average $1.08 to $1.15 Per Dozen

## Wholesale, Grade A, Large, NY







* Forecast

48

# Total Meat Per Capita Disappearance in 2010 About 208 Pounds, Retail Weight





* Forecast

49

# Retail Beef and Broiler Meat Increase, Pork Down Slightly for 2010



50

* Forecast

# Additional information about the 2008 outlook is available on the following websites:

- **World Agricultural Outlook Board (WAOB)**
  **World Agricultural Supply and Demand Estimates**
  - *www.usda.gov/oce/commodity/wasde/index.htm*

- **Economic Research Service (ERS)**
  **Livestock, Dairy, and Poultry Situation and Outlook**
  - *www.ers.usda.gov/publications/ldp/*

- **Foreign Agricultural Service (FAS)**
  **Livestock and Poultry: World Markets and Trade**
  - *www.fas.usda.gov/dlp/livestock_poultry.asp*



51