# EXHIBIT 14

1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MINNESOTA

 3

 4    - - - - - - - - - - - - - -+

 5                               |

      IN RE: PORK ANTITRUST      |
 6                               |
      LITIGATION                 |        Case Number:
 7                               |
                                 |        0:18-cv-01776
 8    This document relates to   |        JRT-HB
      all actions.               |
 9                               |
      - - - - - - - - - - - - - -+
10

11

12                 Video Deposition of

13                 SETH MEYER, Ph.D.

14              Wednesday, June 15, 2022

15                    9:03 a.m.

16

17

18

19

20

21

22

23    Job No. 845998

24    Reported by:  Laurie Donovan, RPR, CRR, CLR

25
```

30

1          number of, number of hogs is predetermined.

2          So the only short-run effect that you can

3          have on pork production is through changes in

4          how much you -- what weight you feed them to.

5          So the impact in the short run is modest.

6          You might feed them to a lighter weight,

7          because feed is more expensive.

8    BY MS. STUPAR:

9          Q    Okay, and just to -- before I go to the

10   other question, just to follow up on one thing

11   that you said to make sure I understand it.

12          You said the number of hogs is

13   predetermined.  What does that mean?

14          A    There is a biological lag.  You can't

15   change the number of hogs today, because it takes

16   breeding, gestation, and fattening, slaughter, to

17   the grocery store takes a significant period of

18   time.

19          Q    Okay, and can you explain to me then --

20   the second question?  Can you explain to me the

21   relationship between corn prices and hog supply in

22   the long term?

23          A    So longer run, those folks will -- there

24   will be a response in which that additional cost

25   must be borne -- that additional cost of feed must

IN RE: PORK ANTITRUST LITIGATION                    Seth Meyer, Ph.D.
                                                   June 15, 2022

31

1   be borne by all participants in the supply chain,

2   and folks will adjust the number of hogs to

3   reflect that.  So in the longer run, it should

4   pull back -- all else equal, it will pull back on

5   the number of hog supply.

6        Q    Okay.  You said "adjust the number of

7   hogs."  Can you explain what you mean by that?

8        A    So if I am a hog producer and I see my

9   primary cost rise, and I only have a limited

10  ability -- the consumers will pay some of this,

11  but I'll have a limited ability.  I will adjust --

12  again, with a lag -- breeding, the farrowing, you

13  know, the farrowing part of this and the

14  fattening part of this, I will reduce my hog

15  numbers to reflect that.

16       Q    Understood.  That's really helpful.

17            So let's talk about the Renewable Fuel

18  Standard specifically, okay.

19            Can you tell me at a high level what the

20  Renewable Fuel Standard was?

21       A    So the Renewable Fuel Standard is a

22  piece of legislation which sets a -- sets mandates

23  for the inclusion of specific classes of biofuels

24  into the transportation sector.

25       Q    Okay, and so my understanding is that in

32

1   2005, the U.S. government had some sort of

2   regulation, and then in 2007 -- again, is that, is

3   that fair?  Can you explain that timeline to me,

4   please?

5        A    So in two thousand --

6              MR. EDDY:  This is David Eddy.

7        Object to form.  Sorry.

8              THE WITNESS:  It's okay.  I just --

9        I will take a breath in between --

10  BY MS. STUPAR:

11       Q    Yes.

12       A    -- so we don't get confused.

13       Q    Go ahead.

14       A    Okay.  So there was an existing piece --

15  there was an existing RFS which had a single -- in

16  2007, existing legislation was changed to include

17  a broader number of fuels in different classes,

18  when before I believe it was a single set of

19  fuels, but in 2007, it expanded and broadened the

20  requirements for blending of these different

21  classes of fuel.

22       Q    Okay, and so -- and that would include

23  ethanol; is that right?

24       A    Ethanol is a fuel which qualifies, but

25  there is no requirement under the mandate that it

1   make other adjustments to the herd, and that

2   depends on how much money they're making.

3        Q    And so if you had a situation where,

4   where ICEC believes that producers would lose

5   money for a prolonged period, do you think that

6   their projections would show them increasing

7   supply?

8             MR. EDDY:  Objection to form.

9        Vague, ambiguous, lack of foundation, calls

10       for speculation.

11            MR. SIMON:  I'm going to object as

12       to form as well.  The witness is not here as

13       an expert.

14            THE WITNESS:  So what do I do?

15            MR. SIMON:  You can answer the

16       question to the extent, you know, based on

17       your duties at the USDA.

18            THE WITNESS:  My read of this is

19       that they have assessed that 2007 pork

20       production -- so the amount of meat pork

21       produced -- will fall because of rising feed

22       costs.  That is an assessment that their

23       profitability will be trimmed by higher feed

24       costs, and they will seek to minimize that

25       cost by cutting production.  That's what this

Seth Meyer, Ph.D.
June 15, 2022

76

 1        says.

 2   BY MS. STUPAR:

 3        Q     Sure.  Okay.  As an agricultural

 4   economist, if you saw a projection saying that

 5   producers would continue to increase their supply

 6   in light of prolonged losses, what would your

 7   reaction to that projection be?

 8        A     All else equal --

 9              MR. EDDY:  Objection to form, vague

10        and ambiguous, calls for speculation, and not

11        an expert.  Thank you.

12              MR. SIMON:  I'm going to object as

13        well, same grounds.

14              THE WITNESS:  Economic theory tells

15        us you don't continue to produce while you're

16        losing money in the long run unless you

17        expect something else to happen, all else

18        equal.

19              (Exhibit 4 was marked for

20              identification.)

21   BY MS. STUPAR:

22        Q     Not to hide the ball, we're going to do

23   one every year --

24        A     Okay.

25        Q     For a couple of years in a row just to

77

1   keep things going, so this is June 10, 2008.

2        A    Okay.

3        Q    Okay.  So let's start, as I said that we

4   would every time, let's look at what's going on

5   with corn.  If you go with me to the second page,

6   the first short paragraph starts with "The

7   2008/2009 marketing."

8             Do you see that?

9        A    Mm-hmm.

10       Q    So it says, "The 2008/2009 marketing

11  near average farm price for corn is projected 30

12  cents higher on both ends of the range at $5.30 to

13  $6.30 per bushel."

14            Do you see that?

15       A    Yes.

16       Q    And so we're in 2008.  That number is

17  higher, or the projected corn price is higher than

18  it was in 2007; is that right?

19       A    Yes.

20       Q    Okay, and that's likely the result of

21  corn prices increasing as a result of the ethanol

22  mandate?

23            MR. EDDY:  Objection to form; lack

24       of foundation.

25            THE WITNESS:  I wouldn't know how

85

1   with high feed costs if output prices were very,

2   very strong.  I think this is an assessment that

3   the returns for producers for marginal weight gain

4   does not justify putting on that marginal weight

5   gain.  That's what they're asserting within this

6   publication.  That's consistent -- in and of

7   itself, in isolation, that's consistent with what,

8   as an economist, I would expect.

9        Q    Okay.  All right.  Let's just to

10   exports.  That's the next paragraph.

11            The second sentence says, "The beef

12   export forecast is fractionally higher, but pork

13   exports in 2008 are reduced, reflecting lower than

14   expected sales in the first quarter."

15            Do you see that?

16        A    I don't.  I apologize.

17        Q    No, that's fine.

18        A    Which paragraph are we in?

19        Q    So it's the second paragraph under

20   "Livestock, Poultry and Dairy," and I was reading

21   the second sentence.

22        A    Okay.  Yes.  I, I see it, yes.

23        Q    So it's noting that exports have been --

24   the forecast for exports was reduced; is that

25   fair?

86

1      A     Their assessment of exports from last

2   month is lowered for the first quarter, yes.

3      Q     And so we talked about, a little bit

4   earlier about the export market, and I'm just

5   curious, as an economist, under what circumstances

6   would you forecast exports to go down.  Like what

7   kinds of things would impact you saying, hey,

8   maybe we should make exports forecasting down?

9            MR. EDDY:  Objection to form.

10           THE WITNESS:  Okay.  So again,

11           among the factors that influence exports,

12           again, price, price of other products, what

13           trade agreements might be in place, what the

14           economic position of our customers overseas

15           is.  All those things would be factors to

16           assess what exports might be.

17           Here, they don't assess anything

18           other than they have said sales are going to

19           be lower.  This doesn't tell why they say

20           those sales are going to be lower.

21   BY MS. STUPAR:

22      Q     Sure, yeah, because I -- sorry.  I

23   didn't mean about that specific point in time.

24      A     Okay.

25      Q     I just used it as a jumping-off point.

87

1          You referred to trade agreements earlier

2    as a factor you would consider when thinking about

3    exports.  Can you just expand on that a little bit

4    more?

5          A    So when one assesses market access, that

6    is a factor in determining how much our exports

7    market access to other countries.  One would

8    evaluate that as one possible factor in

9    determining how potential customers may respond.

10   What's, what's the size and viability of that

11   market.  That's one of the factors.  The WASDE

12   always considers policy in place.

13         Q    And so you said "market access."  What

14   do you mean by that?

15         A    There are -- other countries may impose

16   tariffs and other non-tariff barriers.  There may

17   be asymmetries in our production practices, not

18   acceptable to foreign partners.

19         Q    Okay.  So if you see a tariff being

20   implemented or taken away, for example, that's

21   something you would think about in terms of having

22   a potential impact on exports?

23         A    Correct.

24         Q    Okay, or a full out ban of a particular

25   product into a country is something you would

107

1        not catching up.  Page 42?

2                    MS. STUPAR:  Yeah, I'm on 41 and

3        saying here is the heading that page 42 will

4        be under.

5                    (Discussion was held off the

6                    record.)

7    BY MS. STUPAR:

8        Q    Okay.  So it says, "In 2009, U.S. pork

9    exports declined from the 2008 level, but were

10   higher than in years prior to 2008.  One reason

11   for the decline was that Chinese import demand

12   lessened as its domestic supplies rebounded.  Pork

13   exports in 2009 were also impacted by the global

14   economic downturn and by the enactment of bans on

15   U.S. pork in numerous countries related to

16   concerns over H1N1 influenza commonly known as

17   'swine flu.'"

18                Do you see that?

19       A    I do.

20       Q    Is that consistent with the other

21   document we looked at earlier, talking about a ban

22   from China due to an alleged disease concern?

23                    MR. EDDY:  Object to form.

24                    MR. SIMON:  Object to form as well.

25                    THE WITNESS:  I don't know.  I'm

IN RE: PORK ANTITRUST LITIGATION                    Seth Meyer, Ph.D.
                                                    June 15, 2022

                                                         108

1          sorry.  I don't know if that's what Fred Gale

2          was referring to.  I don't.

3     BY MS. STUPAR:

4          Q    Okay.  Fair enough.  Do you recall any

5     sort of a ban from China as a result of the swine

6     flu?

7          A    During this period, no.

8          Q    Okay.  Fair enough.

9               The next sentence says, "Most

10    influenza-related bans on U.S. pork were lifted in

11    2010, and with purchasing power rising in major

12    export markets, U.S. pork exports have increased

13    in both volume and value, despite a decline in

14    2013."

15              Do you see that?

16         A    Yes.

17         Q    Okay, and so we talked about earlier

18    market access being a potential impact or a

19    potential factor that you would consider when

20    thinking through exports, so if, in fact, China

21    had this influenza ban and then lifted it, and we

22    saw exports increase to China as a result, would

23    that be surprising to you as an economist?

24         A    No.

25         Q    Okay, and any reason to doubt the

                                                                            109

1   information here provided by the United States

2   International Trade Commission?

3                    MR. EDDY:  Object to form.

4                    THE WITNESS:  I haven't read it,

5       and while I respect them, I'm not going to

6       vouch for them in this instance, because I

7       don't know.  I haven't looked at it.

8   BY MS. STUPAR:

9       Q    Sure.

10      A    But they do good work.

11      Q    Sitting here today, you don't have a

12  specific --

13      A    No.

14      Q    -- data point in mind that would counter

15  anything in this paragraph; is that fair?

16      A    Correct.

17      Q    Okay.  All right.  You can set that to

18  the side, and we're going to do -- I think it's

19  our second to last WASDE.  So this is Tab 9.

20                   (Exhibit 9 was marked for

21                    identification.)

22                   (Discussion held off the record.)

23                   THE VIDEOGRAPHER:  Going off the

24      record at 10:57.

25

CASE 0:18-cv-01776-JRT-JFD   Doc. 1443-14   Filed 08/24/22   Page 15 of 25
IN RE: PORK ANTITRUST LITIGATION                                    Seth Meyer, Ph.D.
June 15, 2022

116

1      months, but I'm not going to sell it for six

2      months.

3              So what are my feed costs going to

4      be in that period, including maintaining the

5      sow, and then finishing the animal, and then

6      assess that profitability out six months from

7      now.

8  BY MS. STUPAR:

9      Q    Thank you.

10             As an economist, do you think that you

11 could accurately predict future hog supply without

12 considering producers' margins in the short and

13 long term?

14             MR. EDDY:  Objection to form, calls

15      for speculation, beyond the scope.

16             THE WITNESS:  When they do this and

17      they look out a year, they assess where we

18      are today and what the signals to producers

19      are in the future.  So where we are today

20      with the breeding herd, and what are the

21      signals going forward.  Those signals include

22      expected margins for producers when they

23      forecast for the out year, and they're

24      assessing that those feed prices will keep

25      market animal weights in check.

IN RE: PORK ANTITRUST LITIGATION                    Seth Meyer, Ph.D.
                                                        June 15, 2022

117

1   BY MS. STUPAR:

2       Q    Do you think that it is possible to

3   accurately project hog supply into the future

4   without considering producer margins?

5              MR. EDDY:  Objection to form; calls

6        for speculation.

7              THE WITNESS:  Producer margins are

8        one of the critical factors in determining

9        expectations for future pork production.

10  BY MS. STUPAR:

11      Q    And let's do our usual and end on

12  exports here.

13      A    Okay.

14      Q    Okay.  The next paragraph, it starts

15  expert -- "export forecasts."

16             Do you see that?

17      A    Mm-hmm.

18      Q    And then the third sentence talks about

19  pork specifically.  "Pork, broiler and turkey

20  exports were larger than expected in the first

21  quarter and the forecasts for the remainder of

22  2011 are raised."

23             Do you see that?

24      A    I do.

25      Q    And so the ICEC is looking at three

118

1   different proteins and saying, hey, their exports

2   are pretty high, and so we'll take that into

3   account in adjusting our forecast up for the

4   remainder of 2011; is that fair?

5        A    I think I would read it slightly

6   differently --

7        Q    Sure.

8        A    -- which is they have observed actual

9   information for 2011.  That actual information for

10  2011 was higher than they had forecast before the

11  period start.  And then they also assess that that

12  strength will continue, so they have assessed

13  what's happened so far in 2011 is stronger than we

14  anticipated, and therefore we've raised that,

15  because we've observed it, and we are also raising

16  the rest of our 2011 forecast for the remainder of

17  the year.

18            So they're, they're seeing higher actual

19  data and forecasting a higher number for the

20  remainder of the year, leading them to a higher

21  overall number for 2011.

22       Q    And that's for pork, broilers and

23  turkey, right?

24       A    Correct.

25       Q    And so you've got three proteins at the

125

1        expected -- every demand category would have

2        to assess their willingness to pay for -- to,

3        to bid for what is a smaller, sharply smaller

4        corn crop.

5    BY MS. STUPAR:

6        Q    And in the livestock industry, a way to

7    ration demand, as you said, would be to feed less

8    or reduce supply; is that fair?

9        A    It is fair that one of the measures that

10   the livestock industry can take is to control

11   weights or cut animal numbers being produced,

12   yeah.

13       Q    Could they have just passed on those

14   record high corn prices?

15       A    You mean can they -- they can pass some

16   of --

17              MR. STEWART:  Object to form.  I'm

18       sorry.  Object to form, object to scope.

19              THE WITNESS:  I think the

20       relationship between feed prices, animal

21       prices and meat prices is -- I mean is very

22       incident-specific, okay, but some -- when a

23       livestock producer sees costs rise,

24       eventually that cost has to make its way up

25       the chain.

IN RE: PORK ANTITRUST LITIGATION                          Seth Meyer, Ph.D.
                                                          June 15, 2022

126

1    BY MS. STUPAR:

2         Q    Is it possible for them to pass on all

3    of the costs, all of the costs?  So here we're

4    looking at record high corn prices, for example.

5    Couldn't they have just passed on all of those

6    costs?

7                   MR. EDDY:  Object to form; calls

8         for speculation.

9                   MR. SIMON:  Same objection.

10                  THE WITNESS:  I think their, their

11        ability to -- they will always attempt to

12        push some of those costs on.  Their ability

13        to do that kind of depends on the context in

14        which they are in.  So it is difficult for

15        them to pass all of those costs on.  Their

16        ability to pass -- their fractional ability

17        to pass that on is incredibly context-

18        specific.

19   BY MS. STUPAR:

20        Q    And that could depend on demand at the

21   time, for example?

22        A    It could depend on availability of other

23   meat supplies.  It could be availability of other

24   meat supplies internationally.  It could depend on

25   a consumer's economic -- it could depend on a

IN RE: PORK ANTITRUST LITIGATION

Seth Meyer, Ph.D.
June 15, 2022

127

1    consumer's economic conditions.  Could depend on

2    lots of factors which determine their ability to

3    pass that increase in feed costs on.

4         Q    So it's not just a given for a producer

5    to pass on all of their costs increase to the end

6    user; is that fair?

7         A    Yes.

8         Q    Okay.  Did we even get to the -- yes.

9    Okay.

10             Let's go to the "Livestock, Poultry and

11   Dairy" section.  I realized we didn't get to that.

12   Page 4.

13             Okay.  So the first sentence in that

14   section -- you with me?

15        A    Mm-hmm.

16        Q    Okay.  "The forecast for 2012 total red

17   meat and poultry production is raised from last

18   month, but the forecast for 2013 is reduced as

19   higher feed prices are expected to pressure

20   producer returns."

21             Do you see that?

22        A    I do.

23        Q    Do you understand that?

24        A    I do.

25        Q    Can you explain that to me, please.

 1      A      So again, this is an assessment relative

 2  to their forecast the previous month.  This report

 3  is from August, so they are making some assessment

 4  in which they are not determining, for 2012, that

 5  they're raising their production, and they are not

 6  stating whether that is coming from observed

 7  history or some forecast assessment for the

 8  remainder of 2012.

 9           So there is a constant shift throughout

10  the year from actual data to forecast.  Whatever

11  assessment they're basing here on, they do not

12  specify whether that's historical change or

13  forecast change, okay?

14           But when they look forward to 2013,

15  which is purely a forecast, they are assessing

16  that they will cut total red meat and poultry

17  production in part as a result of higher feed

18  prices, because they're expected to pressure

19  producer returns.

20           So when they're looking forward, they

21  have highlighted that producer returns on high

22  feed prices will lower production in 2013, and it

23  is unclear why they are make the adjustments in

24  2012.

25      Q      Okay, but they're, they're saying that

IN RE: PORK ANTITRUST LITIGATION                                    Seth Meyer, Ph.D.
                                                                          June 15, 2022

139

1          Do you see that?

2      A    Yes.

3      Q    Do you agree generally with the

4  principle that preferential tariff treatment could

5  mean higher export rates of pork?

6               MR. EDDY:  Objection to form.

7               THE WITNESS:  Relative to

8      non-preferential treatment?

9  BY MS. STUPAR:

10     Q    Yes.

11     A    Then yes.

12     Q    So if you have a situation where, like

13 Korea, for example, where it says beforehand there

14 were some sort of -- there was some sort of

15 tariff, and then it's lifted as of January 1,

16 2014, would it make sense to you to see an

17 increase in exports to Korea, for example?

18     A    In isolation, yes.  All else equal, yes.

19     Q    Okay.  Totally fair.  Do you recall, do

20 you recall this bilateral free trade agreement

21 with Korea?

22     A    I don't.

23     Q    Okay.  Totally fair.

24     A    Don't recall the details.

25     Q    I'm asking you to recall a lot of things

IN RE: PORK ANTITRUST LITIGATION                          Seth Meyer, Ph.D.
                                                          June 15, 2022

                                                               140

```
 1    today.
 2             Okay.  If we can go down to talk about
 3    Mexico.  It's the second to last paragraph, "on
 4    August 19."
 5             Do you see that?
 6        A    Yes.
 7        Q    Okay.  "On August 19, 2009, Mexico
 8    imposed a five percent ad valorem tariff on
 9    imports of pork from the United States as part of
10    a long-running dispute that had kept Mexican motor
11    carriers from engaging in cross-border trucking.
12    An agreement to end the dispute was announced
13    July 6, 2011, and consequently the retaliatory
14    tariff was halved.  The remaining tariff was
15    eliminated in October 2011, when the first permit
16    to a Mexico trucking firm was granted."
17             Do you see that?
18        A    I do.
19        Q    Do you recall anything about this
20    tariff?
21        A    I do not.
22        Q    Does it make sense to you, as an
23    economist, that if a tariff like this was lifted,
24    that exports to Mexico would increase?
25             MR. STEWART:  Object to scope.
```

141

1          THE WITNESS:  All else equal, yes.

2    BY MS. STUPAR:

3        Q    Okay, and then let's just do the next

4    page.  There's a paragraph on Korea.  I'll just

5    read the last sentence, because we talked about

6    Korea a little bit earlier, and I want to be

7    mindful of time.

8              "The remaining duties on all other U.S.

9    pork shipments will be phased out over ten years

10   and will be duty-free as of January 1, 2021."

11             Do you see that?  Just the last

12   sentence.

13             MR. EDDY:  Jenna, what page are we

14       on?  I'm sorry.  I lost track here.

15             MS. STUPAR:  44.

16             MR. EDDY:  Thank you.

17             MS. STUPAR:  Yes.

18             THE WITNESS:  Yes.

19   BY MS. STUPAR:

20       Q    Okay.  Do you recall anything about --

21       A    I don't.

22       Q    Okay.  Fair enough.  Then we can just

23   move on.

24             The next section on page 45 -- I'll try

25   and be clear with the pages for you guys -- talks

142

1   about sanitary regulations.  We already talked

2   about influenza, so we can move to the next page,

3   and this is kind of my last, my last set of

4   questions on this document is what we have on the

5   top of page 46.

6            I'm not even going to try and pronounce

7   that word.  Ractopamine?

8        A    Yes.

9        Q    Is that right?

10       A    Ractopamine.

11       Q    Ractopamine?  Okay.  Are you familiar

12  with ractopamine?

13       A    I know what it is.

14       Q    Okay.  So you're beating me, but I'll

15  read, I'll read the first sentences here.

16            "As noted previously, several foreign

17  governments ban imports of pork from swine

18  produced using ractopamine, a veterinary drug that

19  promotes lean meat growth in swine."  I'll pause

20  there.

21            Does that comport with your recollection

22  or anything that you've heard before?

23       A    It comports with my understanding of

24  what the use of ractopamine in swine is for.

25       Q    Okay.  Do you recall any foreign