# EXHIBIT 15



# Quick Facts
## The Pork Industry at a Glance



For the latest updates visit pork.org or call the Pork Checkoff Service Center (800) 456-PORK.



**1991** The Checkoff rate increases to 0.35 of one percent of value (35 cents per $100 value).

**1995** Through Checkoff-funded promotions and focus on market development activities, the United States becomes a net exporter of pork for the first time in more than 40 years.

**1995** At the request of producers, Pork Checkoff increases to 0.45 of one percent (45 cents per $100 value). This checkoff rate stays the same until 2002.

**1995** The Environmental Assurance Program (EAP) is launched to help producers meet environmental challenges.

**1995** Results of the Checkoff-funded Terminal Line Genetic Evaluation Program are released. It is the largest unbiased study of genetic lines in U.S. pork industry.

**1996** The second Market Basket Study confirms the comparable fat content between pork cuts and poultry cuts. This Checkoff-funded study also reinforces the initial Market Basket Study that provided revised data for USDA's pork nutrient database, which continues to be used by nutritionists as a standard food reference.

**1998** The U.S. government imposes Hazard Analysis Critical Control Point (HACCP) rules on packers. The Pork Quality Assurance® (PQA) Program provides producers a mechanism to comply.

**1998** United States becomes the second largest pork exporter in the world.

**2000** A Northwestern University study ranks the *Pork. The Other White Meat®* slogan as the fifth most recognized tagline in contemporary advertising.

**2000** The Pork Checkoff plays a key role in shaping the U.S. Department of Agriculture's point-in-time national study of the U.S. swine industry. Results are distributed in the National Animal Health Monitoring System (NAHMS).

**2001** Changes from the Pork Checkoff agreement with USDA take effect July 1. The Pork Checkoff has its own location, accounting system and staff to expand domestic and foreign markets, conduct research and provide consumer information.

**2001** The Checkoff-funded Transport Quality Assurance™ (TQA) program starts, providing information on proper techniques to use when handling, loading and transporting hogs. By 2005, 330 trainers are certified to administer TQA examinations and more than 10,000 drivers are certified in the program.

**2002** The Pork Checkoff rate drops 5 cents, to $0.40 per $100 of value for hogs sold in the United States.

**2002** The new Pork Checkoff Service Center, now called the Producer Service Center, is launched to answer calls from individual pork producers at (800) 456-PORK (7675).

# Symbol III
### Adopted in 2005

**SYMBOL III** is an ideal market hog that symbolizes profitability for every segment of the industry. This hog has correctness of structure, production, performance, function, livability, attitude, health and optimum lean yield. SYMBOL III also produces the best quality, safest pork that provides the optimum nutrients for human nutrition.

### Production Characteristics

- Live-weight feed efficiency of 2.4 (2.4)
- Fat-free lean gain efficiency of 5.9 (5.8)
- Fat-free lean gain of 0.95 lbs. per day
- Marketed at 156 (164) days of age
- Weighing 270 pounds
- All achieved on a corn-soy equivalent diet from 60 pounds
- Free of all internal and external parasites
- From a high-health production system
- Immune to or free of all economically important swine diseases
- Produced with Environmental Assurance
- Produced under Pork Quality Assurance® B⁄ge and Transport Quality Assurance™ guidelines
- Free of the Stress Gene (Halothane 1843 mutation) and all other genetic mutations that have a detrimental effect on pork quality.
- Result of a systematic cross-breeding system, emphasizing a maternal dam line and a terminal sire selected for growth, efficiency and superior muscle quality
- From a maternal line weaning >25 pigs/year after multiple parities

- Free of all abscesses, injection-site blemishes, arthritis, bruises and carcass trim
- Structurally correct and sound, with proper angulation and cushion and a phenotypic design perfectly matched to the production environment
- Produced in a production system that ensures the opportunity for stakeholder profitability from the producer to retailer while providing a cost competitive product retail price in all domestic and export markets
- Produced from genetic lines that have utilized genomic technology to support maximum improvement in genetic profitability and efficiency

### Carcass Characteristics

- Hot carcass weight of 205 lbs.
- LMA of 6.5 (7.1)
- 10th rib backfat of 0.7 (0.6) inch
- Fat-Free Lean Index of 53.0 (54.7)

### Quality Characteristics

- Muscle color score of 4.0
- 24-hour pH of 5.9
- Maximum drip loss of 2.5 percent
- Intramuscular fat level of 3.0 percent
- Free of within-muscle color variation and coarse muscle texture
- Free of ecchymosis (blood splash)
- Provides an optimum balance of nutrients important for human nutrition and health
- Provides a safe, wholesome product free of all violative residues and produced and processed in a system that ensures elimination of all food-borne pathogens

**Note:** Numbers in parentheses represent gilt numbers corresponding to the barrow numbers shown

**Quick Facts**

Oilseed meals, mainly soybean meal, are the major source of protein, the building block of muscle and other organs. Vitamins and minerals, such as calcium and phosphorous, also are included in balanced diets.

Young pigs usually are fed a diet containing 20 to 22 percent crude protein. Diets are changed when pigs reach pre-determined weights in order to balance the amounts of nutrients that the pigs consume with what they actually need. The balanced diets improve growth and performance, while reducing the amount of nutrients excreted. Crude protein levels usually drop by increments of 2 percent until pigs are consuming a 13 to 15 percent crude protein diet at finishing. Concentrations of other nutrients are changed in a similar fashion.

Pig diets are produced in a variety of ways. Many producers have on-farm feed mills and mix their own feed from individual ingredients. Others use home-grown grain and either a commercial protein supplement that contains all of the protein, vitamins and minerals needed or add a protein meal (soybean, canola, peas) and a premix that contains only vitamins and minerals. Finally, some farms purchase complete rations from feed manufacturers that require no further processing or mixing.

## Genetics for Leaner Pork

Today's pigs are bred and fed to be leaner than the pigs of yesteryear. Compared with pigs from the 1950s, today's model has slimmed down considerably, with 75 percent less fat. Around World War II, pigs averaged 2.86 inches of backfat compared with less than 0.75 inches today. At the time, lard was in demand for use in manufacturing ammunition.

Consumers, and consequently packers, prefer lean pork, and producers are raising leaner, heavier-muscled pigs to satisfy these demands. The leaner pork is the result of new technologies in hog production and superior genetics. Producers use purebred seedstock of eight major swine breeds, which are:

- **Yorkshire (or Large White),**
- **Duroc,**
- **Hampshire,**
- **Landrace,**
- **Berkshire,**
- **Spotted,**
- **Chester White**
- **Poland China**

# Major Swine Breeds


**Berkshire**


**Chester White**


**Landrace**


**Yorkshire**


**Hampshire**


**Duroc**


**Poland China**


**Spotted**