# EXHIBIT 32

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT

 2                  DISTRICT OF MINNESOTA

 3                          CIVIL NO. 18-1776 (JRT/HB)

 4

 5   _____

 6   IN RE:  PORK ANTITRUST LITIGATION

 7

     This document relates to:
 8   All Actions

 9   _____/

10

                         January 27, 2022
11                     10 a.m. - 3:17 p.m. EST

12

13

14          VIDEOTAPED DEPOSITION OF MARK COPA

15             TAKEN VIA ZOOM TELECONFERENCE

16

17

18      Taken on behalf of the Plaintiffs before

19   Alice J. Teslicko, Registered Professional Reporter,

20   Registered Merit Reporter and Notary Public, pursuant to

21   Plaintiffs' Notice of Deposition in the above cause.

22

23

24

25
```

HIGHLY CONFIDENTIAL

Page 137

1               CROSS EXAMINATION
2    BY MR. STERN:
3         Q    Yes, Mr. Copa, thank you for your patience
4    today.  I'll try not to test it too much.
5         A    Okay.
6         Q    What are the different ways that Smithfield
7    is able to increase or decrease its annual production
8    of pork products?
9              MR. STONE:  Objection, lacks foundation.
10        A    Repeat the question, please.
11        Q    Sure.  Given your years of experience at
12   Smithfield and before that at Agrimetrics -- it's a
13   basic question -- what are the different ways
14   available to Smithfield if it wants to either increase
15   or decrease its annual production of pork products?
16             MR. STONE:  Objection, lacks foundation.
17        A    It's capped by our capacity to do so and the
18   availability of pigs, as far as increasing.
19        Q    What steps can Smithfield take to reduce its
20   annual production?
21             MR. STONE:  Same objection.
22        A    As far as reducing, we could kill or harvest
23   at sub to optimal levels from a fixed cost
24   perspective.  To the degree that we're buying pigs or
25   not committed to pigs, the purchase of pigs from the

Page 138

1  outside, of course we produce many of the pigs
2  ourselves and are committed contractually to
3  purchasing, you know, volumes of others.
4        Q    And in terms of future production, am I
5  correct that you can adjust your contractual purchase
6  obligations?
7        A    Over a period of time, I suspect so, yes.
8  Again, no pig dies from old age.  So if you don't do
9  something today, something has to happen to it
10 tomorrow or in the very near future.
11       Q    But just to clarify, in terms of future
12 production levels, Smithfield has the capacity to
13 reduce its contractual purchase obligations if it
14 decides to?
15            MR. STONE:  Objection, lack foundation.
16       A    On a case-by-case basis, perhaps, yes.  I
17 don't know over what period of time.
18       Q    What sources of information does Smithfield
19 have available to it concerning its competitors' past
20 production levels?
21       A    Past production levels?  When you say
22 "competitors," the only thing that we would have from
23 a historical basis would be what's reported by the
24 government as to how many hogs are slaughtered by the
25 industry.  We don't have access to individual

Page 139

1  entities, if you will, other than our own, of course.
2       Q    So you have aggregate government data on
3  what your competitors collectively have done?
4       A    Or what the industry has collectively done
5  to include us.
6       Q    And does the Agri Stats data also provide
7  some insight on that?
8       A    No.
9       Q    It doesn't provide you any information
10 concerning your competitors' production, past
11 production?
12      A    No, there's no reference to hog harvest in
13 Agri Stats.
14      Q    And if Smithfield wants to try to estimate
15 its competitors forward-looking production levels,
16 what types of information would you have available to
17 you to do that?
18      A    None.
19           MR. STONE:  Objection, lacks foundation.
20           THE WITNESS:  None.
21 BY MR. STERN:
22      Q    None whatsoever?
23      A    Repeat your question.
24      Q    If Smithfield wanted to try to estimate what
25 its competitors' forward-looking future production