# EXHIBIT 33

# USDA

## U.S. DEPARTMENT OF AGRICULTURE

# USDA Helps Open and Expand Export Markets for U.S. Agriculture through 2014 Farm Bill Programs

*2014 Funding Supports More than 60 Organizations; Applications Now Available for 2015 Export Development Programs*

**Press Release**
Release No. 0063.14

Contact:
Office of Communications (202)720-4623

WASHINGTON, April 16, 2014 - Agriculture Secretary Tom Vilsack announced today that the U.S. Department of Agriculture's (USDA) Foreign Agricultural Service (FAS) awarded funding to more than 60 U.S. agricultural organizations to help expand commercial export markets for American products. The funding was made available through the 2014 Farm Bill. USDA will begin accepting applications for 2015 export development program funding on April 17, 2014.

"Now that Congress has passed the Farm Bill, USDA is moving quickly to implement our trade promotion programs to help open and expand opportunities for farmers, ranchers, and small businesses and build on the past five years of record agricultural exports," said Vilsack. "These programs are an important investment in rural America. Every dollar we invest in trade promotion provides $35 in economic benefits."

Through the Market Access Program (MAP), FAS partners with U.S. agricultural trade associations, cooperatives, state regional trade groups and small businesses to share the costs of overseas marketing and promotional activities that help build commercial export markets for U.S. agricultural products and commodities. The program, which

focuses on consumer promotion, including brand promotion for small companies and cooperatives, is used extensively by organizations promoting fruits, vegetables, nuts, processed products, and bulk and intermediate commodities. Through MAP, FAS will provide $171.8 million to 62 nonprofit organizations and cooperatives. Participants contribute an average 171-percent match for generic marketing and promotion activities and a dollar-for-dollar match for promotion of branded products by small businesses and cooperatives.

The Foreign Market Development (FMD) Program focuses on trade servicing and trade capacity building by helping to create, expand and maintain long-term export markets for U.S. agricultural products. Under FMD, FAS will allocate $24.6 million to 22 trade organizations that represent U.S. agricultural producers. FAS partners with U.S. agricultural producers and processors, who are represented by non-profit commodity or trade associations called cooperators. The organizations, which on average contribute nearly triple the amount they receive in federal resources, will conduct activities that help maintain or increase the demand for U.S. agricultural commodities overseas.

Applications for 2015 export development program funding will be accepted beginning April 17, 2014. In addition to MAP and FMD programs, eligible organizations can apply for funding through the Technical Assistance for Specialty Crops (TASC) Program, Quality Samples Program (QSP) and Emerging Markets Program (EMP). The TASC program funds projects that address sanitary and phytosanitary barriers that prohibit or threaten the export of U.S. specialty crops. The 2014 Farm Bill amended the program to allow participants to address technical barriers to trade regardless of whether they are related to a sanitary or phytosanitary barrier. QSP helps agricultural trade organizations provide product samples to potential importers. EMP provides funding for technical assistance activities to promote exports to emerging markets. The programs were authorized as part of the 2014 Farm Bill.

Applicants are encouraged to apply via the Unified Export Strategy online application system. Information is available at http://www.fas.usda.gov/unified-export-strategy. Applications can also be emailed to podadmin@fas.usda.gov or hand-delivered to: USDA Foreign Agricultural Service, Office of Trade Programs, 1400 Independence Avenue, SW, Room 6512-S, Washington, D.C. 20250. New applicants are encouraged to email podadmin@fas.usda.gov to request more information. Applicants must have a

Dun & Bradstreet (DUNS) number for federal assistance, which can be obtained online at http://fedgov.dnb.com/webform or by phone, (866) 705-5711.

USDA's international market development programs have had a significant and positive impact on U.S. agricultural exports. An independent study released in 2010 found that trade promotion programs like MAP and FMD provide $35 in economic benefits for every dollar spent by government and industry on market development.

The past five years represent the strongest period for U.S. agricultural exports in the history of the United States. Farm exports in fiscal year 2013 reached a record $140.9 billion and supported 1 million jobs in the United States.

The following chart summarizes this year's Market Access Program allocations:

|  |  |
|---|---|
| **Market Access Program - 2014 Allocations** |  |
| **Participant** | **FY 2014 Allocation** |
| American Hardwood Export Council, APA - The Engineered Wood Association, Softwood Export Council, and Southern Forest Products Association | $8,996,182 |
| Alaska Seafood Marketing Institute | $3,560,749 |
| American Peanut Council | $2,235,570 |
| American Pistachio Growers/Cal-Pure Pistachios, Inc. | $1,380,409 |
| American Seed Trade Association | $229,118 |
| American Sheep Industry Association | $421,340 |
| American Soybean Association | $4,523,434 |

| American Sweet Potato Marketing Institute | $200,000 |
|---|---|
| Blue Diamond Growers/Almond Board of California | $4,729,064 |
| Brewers Association, Inc. | $600,895 |
| California Agricultural Export Council | $1,228,525 |
| California Cherry Marketing and Research Board | $519,189 |
| California Cling Peach Growers Advisory Board | $444,892 |
| California Grape and Tree Fruit League | $428,800 |
| California Pear Advisory Board | $442,081 |
| California Prune Board | $2,668,406 |
| California Table Grape Commission | $3,093,070 |
| California Walnut Commission | $3,902,619 |
| Cherry Marketing Institute | $204,115 |
| Cotton Council International | $15,423,937 |
| Cranberry Marketing Committee | $1,561,170 |
| Distilled Spirits Council | $401,630 |
| Florida Department of Citrus | $3,885,364 |
| Food Export Association of the Midwest USA | $9,637,643 |

| | |
|---|---|
| Food Export USA Northeast | $8,138,985 |
| Ginseng Board of Wisconsin | $167,539 |
| Hop Growers of America | $310,320 |
| Intertribal Agriculture Council | $642,528 |
| Mohair Council of America | $45,759 |
| National Association of State Departments of Agriculture | $3,533,072 |
| National Confectioners Association | $965,826 |
| National Pecan Growers Council | $487,035 |
| National Potato Promotion Board | $3,647,427 |
| National Renderers Association | $871,872 |
| National Sunflower Association | $1,119,044 |
| National Watermelon Promotion Board | $290,367 |
| New York Wine and Grape Foundation | $484,886 |
| Northwest Wine Promotion Coalition | $988,092 |
| Organic Trade Association | $746,912 |
| Pear Bureau Northwest | $2,926,873 |
| Pet Food Institute | $1,361,288 |

| | |
|---|---|
| Raisin Administrative Committee | $827,922 |
| Southern United States Trade Association | $5,874,329 |
| Sunkist Growers, Inc. | $2,372,577 |
| Synergistic Hawaii Agriculture Council | $388,412 |
| The Popcorn Board | $369,806 |
| U.S. Apple Export Council | $712,727 |
| U.S. Dairy Export Council | $4,084,503 |
| U.S. Dry Bean Council | $1,147,741 |
| U.S. Grains Council | $6,731,882 |
| U.S. Hide, Skin and Leather Association | $49,548 |
| U.S. Livestock Genetics Export, Inc. | $1,538,250 |
| U.S. Meat Export Federation | $14,073,511 |
| U.S. Wheat Associates | $5,973,322 |
| USA Dry Pea and Lentil Council | $850,359 |
| USA Poultry and Egg Export Council | $4,952,183 |
| USA Rice Federation/U.S. Rice Producers Association | $2,735,162 |
| Washington Apple Commission | $4,930,752 |

| | |
|---|---|
| Washington State Fruit Commission | $1,561,810 |
| Welch Foods, Inc. | $834,411 |
| Western U.S. Agricultural Trade Association | $8,097,508 |
| Wine Institute | $6,322,046 |
| **Total** | **$171,874,788** |

The following chart summarizes this year's Foreign Market Development Program allocations:

| | |
|---|---|
| **Foreign Market Development Program - 2014 Allocations** | |
| **Cooperator** | **FY 2014 Allocation** |
| Almond Board of California | $125,045 |
| American Hardwood Export Council, APA - The Engineered Wood Association, Softwood Export Council, and Southern Forest Products Association | $2,655,416 |
| American Peanut Council | $533,746 |
| American Seed Trade Association | $185,722 |
| American Sheep Industry Association | $123,798 |
| American Soybean Association | $5,198,548 |

| | |
|---|---|
| Cotton Council International | $3,199,712 |
| Cranberry Marketing Committee | $153,754 |
| Leather Industries of America | $210,730 |
| National Renderers Association | $682,463 |
| National Sunflower Association | $212,505 |
| North American Millers Association | $54,594 |
| U.S. Dairy Export Council | $442,188 |
| U.S. Dry Bean Council | $100,313 |
| U.S. Grains Council | $2,439,510 |
| U.S. Hide, Skin and Leather Association | $91,952 |
| U.S. Livestock Genetics Export, Inc. | $535,518 |
| U.S. Meat Export Federation | $1,081,750 |
| U.S. Wheat Associates | $4,176,733 |
| USA Dry Pea and Lentil Council | $157,661 |
| USA Poultry and Egg Export Council | $1,014,940 |
| USA Rice Federation | $1,267,187 |
| **Total** | **$24,643,785** |

Visit [www.fas.usda.gov](www.fas.usda.gov) to learn more about the Market Access Program, the Foreign Market Development Program and other FAS programs.

\#

USDA is an equal opportunity provider and employer. To file a complaint of discrimination, write to USDA, Assistant Secretary for Civil Rights, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Stop 9410, Washington, DC 20250-9410, or call toll-free at (866) 632-9992 (English) or (800) 877-8339 (TDD) or (866) 377-8642 (English Federal-relay) or (800) 845-6136 (Spanish Federal-relay).