# EXHIBIT 39

1    IN THE UNITED STATES DISTRICT COURT
2            DISTRICT OF MINNESOTA
3
4  CIVIL NO. 18-1776 (JRT/HB)
5  0:21-MD-02998-JRT-HB
6  MDL NO. 2998
7
8  IN RE:  PORK ANTITRUST LITIGATION
9  This Document Relates to:  All Actions
10
11
12
13          HIGHLY CONFIDENTIAL
14    REMOTE VIDEO DEPOSITION OF DAVID DELANEY
15             April 20, 2022
16
17
18
19
20
21  REPORTED BY:
22  Angela Smith McGalliard
23  Certified Realtime Reporter
24  Registered Professional
25  Reporter and Notary Public

Page 271

1  at World Pork Expo in a stack; it's public
2  information that's free.  And so over the
3  years, I've likely collected those and
4  followed along to see what everybody's
5  premium and discount schedule was.
6       Q.    And why, again, do you want to
7  know what each packer's weight matrix is?
8       A.    Because I want to -- Again,
9  today, in my job, I want to do the best I
10 can to get the most return and net revenue
11 for my producer, and that is, right, a part
12 of the complex thought process that I go
13 through to be able to help my customers.
14      Q.    Earlier today, in answer to one
15 of the questions, I think you said you were
16 trying to generate competition among
17 packers.  Explain to the jury what you
18 meant by that.
19      A.    Yeah.  So generate competition.
20 My day -- You know, it's my job to get the
21 most I can for my customers' pigs every
22 day.
23            So if I'm trying to sell a load
24 of pigs, for example, today, for tomorrow
25 or next week, right, packers may bid me a

Page 272

1  price, and I'll say, well, you're not even
2  close.  Right?  Do you want to get serious,
3  you want to get in the game, you know,
4  there's more money out there.  Right?  And
5  that's what I do to try to create
6  competitive nature.
7       Q.   Would you say you play one packer
8  off another to get a higher price?
9       A.   Oh, certainly.
10           MR. RISSMAN:  Object to form.
11      A.   Yes, certainly.
12      Q.   And do you see packers competing
13  in the market each day to buy hogs?
14           MR. RISSMAN:  Object to form.
15      A.   Yes, I do.
16                  (Off-the-Record
17                   discussion held.)
18      Q.   Have you ever had the sense the
19  packers were not competing in the market to
20  buy hogs?
21           MR. RISSMAN:  Object to form.
22      A.   No.
23      Q.   Now, why would you send an email
24  to one packer saying that a different
25  packer had bid a certain price in the cash

Page 273

1 market that day?
2 MR. RISSMAN: Object to form.
3 Form and foundation.
4 A. It could be a couple of different
5 situations where maybe they gave me a bid
6 earlier that day or the previous day, and I
7 told them I would not sell them the hogs
8 because they weren't high enough. And they
9 would say, well, I've got to be the highest
10 price out there. So I would follow up
11 with, no, you're not; so-and-so has bid me
12 X.
13 Q. Okay. Let's walk through some of
14 the exhibits that were shown to you earlier
15 today. And I know you've got the hard
16 copies in front of you.
17 A. Sure.
18 Q. Let's start with Exhibit 626.
19 And this was an email chain that they asked
20 you about between you and Dan Marti --
21 A. Yep.
22 Q. -- in 2017; do you remember this?
23 A. I do.
24 Q. And there was a lot of discussion
25 about estimates of Saturday slaughter,