# EXHIBIT 43

# Filed Under Seal

HIGHLY CONFIDENTIAL

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                  DISTRICT OF MINNESOTA

3

4    CIVIL NO. 18-1776 (JRT/HB)

5    0:21-MD-02998-JRT-HB

6    MDL NO. 2998

7

8    IN RE:   PORK ANTITRUST LITIGATION

9    This Document Relates to:   All Actions

10

11

12

13                  HIGHLY CONFIDENTIAL

14              REMOTE VIDEO DEPOSITION OF

15                KENNETH M. GRANNAS, JR.

16                  December 17, 2021

17

18

19

20

21

22   REPORTED BY:    Laura H. Nichols

23                   Certified Realtime Reporter,

24                   Registered Professional

25                   Reporter and Notary Public

HIGHLY CONFIDENTIAL

Page 54

1          Q.     (BY MR. SHIFTAN:)  Does Triumph do

2    any direct sales?

3          A.     Not that I am aware of.

4          Q.     Do you have any sense as to how

5    revenues are split between Seaboard and Triumph for

6    pork that is produced by Triumph?

7                 MR. SMITH:  Object to form,

8    foundation.

9                 MR. THOMSON:  Objection.

10         A.     Not specific.

11         Q.     (BY MR. SHIFTAN:)  What general sense

12   do you have?

13         A.     Basic fifty-fifty.

14         Q.     Do you have a sense as to which

15   employees at Triumph would be good people to talk

16   to about the particulars of the marketing agreement

17   between Seaboard and Triumph?

18                MR. SMITH:  Object to form,

19   foundation.

20         A.     Upper executive is all I could say

21   there.  I don't know who in particular.

22         Q.     (BY MR. SHIFTAN:)  Does Triumph

23   export meat?

24                MR. SMITH:  Object to the form,

25   foundation.

HIGHLY CONFIDENTIAL

Page 55

1          A.      Triumph's meat is exported.

2          Q.      (BY MR. SHIFTAN:)  And do you have

3     any responsibilities pertaining to exports?

4          A.      I don't understand the question.

5          Q.      In your day-to-day job at Triumph, do

6     you conduct any analysis pertaining to meat that is

7     exported?

8                  MR. SMITH:  Object to form.

9          A.      Just the volume of production.

14                 MR. SMITH:  Objection, form.

15         Q.      (BY MR. SHIFTAN:)  Not that you are

16    aware of?

17         A.      Not that I am aware of.

18         Q.      Are you general -- are you privy to

19    business plans pertaining to how much meat to

20    export versus sell domestically?

21         A.      No.

22         Q.      What types of pork cuts does Triumph

23    export?

24                 MR. SMITH:  Object to form,

25    foundation, assumes facts not in evidence and

Page 56

1 | mischaracterizes testimony.



22 | MR. SHIFTAN:  I would like to mark

23 | the next document, which is Tab U, Bates Number

24 | ending in -- it is a Triumph Bates Number ending in

25 | 457477.  And this will be marked as Exhibit

HIGHLY CONFIDENTIAL

Page 57

```
 1   Number --
 2                  THE REPORTER:  169.
 3                  MR. SHIFTAN:  -- 169.
 4                  (Exhibit 169 was marked for
 5                  identification.)
 6         Q.    (BY MR. SHIFTAN:)  Do you have
 7   Exhibit 169 in front of you?
 8                  MR. SMITH:  No, he doesn't.  Give me
 9   a second.  These were packaged in two different
10   redwells, so I have to open up each set twice.
11                  MR. SHIFTAN:  Take your time.
12                  MR. SMITH:  I'm sorry.  Did you say
13   the Bates Number was 457477?
14                  MR. SHIFTAN:  That's correct.
15                  MR. SMITH:  There you go.
16         A.    Yes, I have it.
17         Q.    (BY MR. SHIFTAN:)  Why don't you just
18   take a moment to review it and look up when you
19   have had a chance to.
20                  (Pause.)
21         A.    Okay.
22         Q.    (BY MR. SHIFTAN:)  Do you recognize
23   this document?
24         A.    I recognize it, but I don't recall
25   it.
```