UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br>*Direct Purchaser Class Action* | Case No. 18-cv-1776 (JRT/JFD)<br><br>Honorable Judge R. Tunheim |

**DECLARATION OF ALLISON M. VISSICHELLI IN
SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO
DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Allison M. Vissichelli, declare and state:

1. I am an attorney with the law firm Axinn, Veltrop & Harkrider LLP, which represents Defendants Tyson Foods, Inc., Tyson Fresh Meats, Inc., and Tyson Prepared Foods, Inc. in this matter.

2. The exhibits cited in support of the Memorandum in Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification (the "Opposition") are set forth in the chart below. True and correct copies of these exhibits are attached hereto. All deposition transcripts referenced have been limited to the relevant portions cited in support of the Opposition. As required by the Amended Protective Order (ECF No. 1155), any exhibits that have been designated as Confidential or Highly Confidential will be filed under seal and are denoted as such in the chart below.

| Ex. | Description | Filed Under Seal |
|---|---|---|
| 1 | SMITHFIELD01298209 | X |
| 2 | 30(b)(6) Dep. Tr. Ferraro Foods (Wendy Romm), June 22, 2022 | X |
| 3 | TF-P-000134563 | X |
| 4 | CLMNS-0000633743 | X |
| 5 | SMITHFIELD01115026 | X |
| 6 | 30(b)(6) Dep. Tr. Olean Wholesale Grocery Coop., Inc. (Scott McCann), Aug. 10, 2022 | X |
| 7 | 30(b)(6) Dep. Tr. John Gross & Co. (Scott Wagner), July 22, 2022 | X |
| 8 | 30(b)(6) Dep. Tr. Maplevale Farms, Inc. (Julie Dunderdale), July 20, 2022 | X |
| 9 | *C&S Wholesale Grocers, C&S Wholesale Grocers to Acquire Olean Wholesale Grocery Cooperative* (Dec. 6, 2018) | |
| 10 | 30(b)(1) Dep. Tr. Noel White Dep. May 13, 2022 | X |
| 11 | Schedule A to Notice of 30(b)(6) Deposition of Olean Wholesale Grocery Cooperative, Inc. | |
| 12 | JBS-PORK-00275623 | X |
| 13 | TF-P-001377323 | X |
| 14 | 30(b)(6) & 30(b)(1) Dep. Tr. USDA (Taylor Cox), June 2, 2022 | |
| 15 | 30(b)(6) & 30(b)(1) Dep. USDA (Taylor Cox), June 2, 2022, Ex. 1 | |
| 16 | 30(b)(1) Dep. Tr. Dr. Russell Mangum, III (DPP expert), July 13, 2022 | X |
| 17 | 30(b)(6) Dep. Tr. Maplevale Farms, Inc. (Doug Neckers), July 26, 2022 | X |
| 18 | 30(b)(1) Dep. Tr. Ronald Freed July 28, 2022 | X |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of August 2022 in Washington D.C.

/s/ Allison M. Vissichelli  
Allison M. Vissichelli