# EXHIBIT 1

# Filed Under Seal

**To:** Watts, Keller[Keller.Watts@sf-fl.com]
**From:** Watts, Keller[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=419B556152484380A7C23ED49B500BFA-WATTS, KELL]
**Sent:** Mon 5/11/2015 7:12:41 AM Eastern Standard Time
**Subject:** FW: Walmart 2015 Holiday Quote Sheet_final 3-19-2015.doc
**Attachment:** 03-19-2015 POST EASTER PRICING 03-16-15 (2).xlsx

Sincerely,

Keller Watts
757-357-1633 Office
757-371-9499 Cell
Keller.Watts@sf-fl.com



Good food. Responsibly.®

---

**From:** Duff, Lee
**Sent:** Thursday, March 19, 2015 1:16 PM
**To:** Watts, Keller; Wolf, Jeff; Rutter, Russell
**Cc:** Beale, Will; Wind, Tracy
**Subject:** RE: Walmart 2015 Holiday Quote Sheet_final 3-19-2015.doc

Let's talk..

---

**From:** Watts, Keller
**Sent:** Thursday, March 19, 2015 11:22 AM
**To:** Duff, Lee; Wolf, Jeff; Rutter, Russell
**Cc:** Beale, Will; Wind, Tracy
**Subject:** RE: Walmart 2015 Holiday Quote Sheet_final 3-19-2015.doc

Okay, give us the recap. Our issue is we keep dropping with no bottom. We are squeezing blood out of a turnip at this point.

Sincerely,

Keller Watts
757-357-1633 Office
757-371-9499 Cell
Keller.Watts@sf-fl.com



Good food. Responsibly.®

---

**From:** Duff, Lee
**Sent:** Thursday, March 19, 2015 12:19 PM
**To:** Watts, Keller; Wolf, Jeff; Rutter, Russell
**Cc:** Beale, Will; Wind, Tracy
**Subject:** RE: Walmart 2015 Holiday Quote Sheet_final 3-19-2015.doc

We revised to the cost I requested and I guessed wrong. Kurt is not telling me where we need to be, so I'm guessing….going down a couple and checking in to see if we are there. I call him and review what we have, and present as a "must maintain" cost, he said that would not do it. So either SD is still below us, or he is going to require we get under them to maintain our business on portions and halves. If we do not revise, we will lose business on halves and portions, I am certain.

I would like to secure all of the business, and margin up on the everyday turn business to recoup the difference. Michael Sperry is recapping, by item, how we would recoup margin in April – June. No doubt about it, we can get there.

Lee

---

**From:** Watts, Keller

HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD01298209

**Sent:** Thursday, March 19, 2015 10:58 AM
**To:** Duff, Lee; Wolf, Jeff; Rutter, Russell
**Cc:** Beale, Will; Wind, Tracy
**Subject:** FW: Walmart 2015 Holiday Quote Sheet_final 3-19-2015.doc

So the last counter where we went to the price requested, that is not good enough?

Sincerely,

Keller Watts
757-357-1633 Office
757-371-9499 Cell
Keller.Watts@sf-fl.com



Good food. Responsibly.®

**From:** Duff, Lee
**Sent:** Thursday, March 19, 2015 10:04 AM
**To:** Beale, Will
**Cc:** Rutter, Russell; Sperry, Michael; Parr, Drew; Phillips, Bill; Hardwick, Justin; Wolf, Jeff
**Subject:** RE: Walmart 2015 Holiday Quote Sheet_final 3-19-2015.doc

I gave Kurt the quotes over the phone and said they were for all of the business. We had to have same points on distribution or it wouldn't work for us.

He said we had to earn it, and those quotes wouldn't do it. Markets crashed last night and he has better quotes on portions, and half hams.

Lee

---

**From:** Beale, Will
**Sent:** Thursday, March 19, 2015 8:19 AM
**To:** Duff, Lee
**Cc:** Rutter, Russell; Sperry, Michael; Parr, Drew; Phillips, Bill; Hardwick, Justin
**Subject:** Walmart 2015 Holiday Quote Sheet_final 3-19-2015.doc

Revisions on whole hams & portions.

HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD01298210