# EXHIBIT 2

# Filed Under Seal

1

2   UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF MINNESOTA
3   -------------------------------------------X

4
    IN RE:  PORK ANTITRUST LITIGATION
5   -------------------------------------------X
              ***CONFIDENTIAL***
6

7      VIDEOTAPED DEPOSITION OF 30(b)(6) of

8             FERRARO FOODS by WENDY ROMM

9

10

11

12

13  DATE:  June 22, 2022

14  TIME:  10:03 a.m. Eastern

15  PLACE:  ***REMOTE***

16  BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

17  JOB NO:  2022-847835

18

19

20

21

22

23

24

25

13

                              W. ROMM

1

2    speaking for the company?

3         A.    Yes.

4         Q.    Okay.  So I'll represent to you

5    that this document, this Deposition Notice

6    sets forth the subject matter areas in which

7    you were to be prepared to testify for today.

8              Do you understand that?

9         A.    Yes, I do.

10             MR. HOLTZMAN:  And, Ms. Romm, if

11        you would just look at the -- take as

12        much time as you need to review the

13        document.  You can look at the

14        different subject matter areas if that

15        helps.

16        Q.    Yeah, sorry.  That was going to be

17   my next question.  If you wouldn't mind

18   taking a moment and reviewing the subject

19   matter areas on page -- beginning on page 2

20   through page 7, I would like to just

21   generally ask you if you have been prepared

22   to testify on behalf of these -- these

23   topics.  I can go through each one if that's

24   easier for you, too.

25        A.    No, I don't think that's

14

```
 1                        W. ROMM

 2    necessary.  Yes, I am prepared to discuss

 3    these.

 4         Q.    Okay.  So you've read all of the

 5    subject matter areas from page 2 through 7?

 6         A.    Yes.

 7         Q.    If at any -- you can -- you can

 8    put that aside.  If at any point we need to,

 9    you know, refer back to any of the particular

10    subject matter areas, we can do that.  But --

11    but, generally, I would like to you talk to

12    you a little bit about Ferraro Foods.

13              So what is Ferraro Foods?

14         A.    Ferraro Foods is a distributor

15    mainly to pizzerias, Italian restaurants,

16    delis.

17         Q.    And you said distributor.

18    Distributor of what?

19         A.    Foods.

20         Q.    Okay.  Any particular kinds of

21    foods or all kinds of food?

22         A.    We have all kinds of food.  Mainly

23    in the Italian arena but, I mean, we do

24    cheeses, meats, non-foods, flowers, grocery

25    items, frozen foods.
```

15

                        W. ROMM

1

2    Q.    Great.  And if I were to ask you

3  to give me a high level overview of

4  Ferraro Foods business, is there anything you

5  would add to your description of what you

6  just gave me?

7    A.    Well, I mean, we have multiple

8  distribution centers that deliver to

9  customers, and we are very -- growing

10  company.  We just acquired two more

11  distribution centers, so now we have a total

12  of seven throughout the -- mainly the

13  East Coast.

14    Q.    Okay.  So you have seven

15  distribution centers.  What's the purpose of

16  a distribution center?

17    A.    To deliver to the customers.

18    Q.    Okay.

19    A.    And the reason we have seven is

20  because with the cost of gas these days, you

21  want to be closer to your customers than

22  further away.

23    Q.    Okay.  So expanding the geographic

24  footprint of your distribution centers, does

25  that expand the geographic area you have

CASE 0:18-cv-01776-JRT-JFD   Doc. 1446-2   Filed 08/24/22   Page 6 of 32
IN RE: PORK ANTITRUST LITIGATION                                    Wendy Romm
30(b)(6), Confidential                                             June 22, 2022

79

```
 1                    W. ROMM

 2   learn about your competitors' pricing to your

 3   customers through interactions with your

 4   customers, it sounds like; is that right?

 5        A.    Correct.

 6        Q.    Is that a pretty normal thing to

 7   happen?

 8        A.    Yes.

 9        Q.    Would you agree with me that when

10   it comes to selling pork to your customers,

11   that pork competes against other proteins

12   like beef and chicken?

13             MR. BOURNE:  Object to the form.

14             You can answer.

15        A.    Not necessarily.  I do not think

16   that.

17        Q.    When you say "not necessarily,"

18   what do you mean by that?

19        A.    Well, I mean, you know, customers

20   are customers.  They want pork for pork and

21   they want chicken for chicken, beef for beef.

22   So they are usually not that interchangeable.

23        Q.    Okay.  Would you agree with me

24   that, for example, if the price of chicken

25   were to go up, that you might sell more pork?
```

80

```
 1                         W. ROMM

 2             MR. BOURNE:  Objection to form.

 3        Incomplete hypothetical.

 4             You can answer.

 5        A.    There is a possibility in some

 6   cases.  I don't think it would have a drastic

 7   effect.

 8        Q.    Okay.  How would you characterize

 9   the geographic scope of Ferraro's business?

10        A.    Well, we currently -- well, at the

11   time of this lawsuit, we represented from

12   Upstate New York all the way down to Georgia.

13        Q.    Okay.  When you say "at the time

14   of this lawsuit," so that's changed in recent

15   years?

16        A.    Yes.  Since 2018 we have acquired

17   additional companies, and that has expanded

18   our geological (sic) footprint.

19        Q.    Okay.  When you say "acquired

20   additional companies," is that you've

21   acquired additional distribution centers?

22        A.    Yes.

23        Q.    Okay.  Would you characterize

24   Ferraro Foods' geographic footprint as

25   regional or national?
```

81

```
1                      W. ROMM

2       A.    So it's half the United States.

3       Q.    Okay.

4       A.    We are not national because we

5   don't cover the entire United States.

6       Q.    Okay.  But you have got a

7   footprint of distribution centers, and it

8   sounds like covers about half of the U.S.?

9       A.    Correct.

10      Q.    And each one of those distribution

11  centers has its own geographic footprint kind

12  of surrounding its own center; is that right?

13      A.    Yes.

14      Q.    Does your -- does Ferraro's

15  business vary at all across the various

16  geographic footprints of its distribution

17  centers?

18      A.    Yes.

19      Q.    How so?

20      A.    Well, in certain markets, the

21  request for different products is there.

22  It's just like a different demographic of the

23  items that customers consume.

24      Q.    Do your pork suppliers vary across

25  geographies?
```

109

1                            W. ROMM

2    look identical so that they won't pick up on

3    it and your product -- the end results of the

4    product need to be identical.

5         Q.    Okay.  So you have got to do some

6    of that quality control work at the Ferraro

7    level, but you don't need to actually work

8    with the customer to get their approval for

9    that, right?

10        A.    Correct.

11        Q.    We've talked a bit about how price

12   is important to Ferraro and that there are

13   instances where you can shop around for

14   different vendors for your pork products,

15   right?

16        A.    Yes.

17        Q.    When you are doing that, does

18   Ferraro ever share with one pork vendor

19   pricing information from another pork vendor?

20   For example, would it ever go to Tyson and

21   say, hey, Hormel is offering me this, can you

22   match it, something like that?

23        A.    No.

24        Q.    Why is that?

25        A.    Because it's just unethical.  We

110

```
 1                        W. ROMM

 2      might tell them that your pricing is too

 3      high, you know, things like that, or you

 4      are -- you know, you are close to $0.30 off

 5      on pricing, but we won't give exact

 6      parameters because you would lose credibility

 7      with the supply -- you should lose

 8      credibility with the supplier you're talking

 9      to because I don't think they would want me

10      to go out and give their pricing to their

11      competitor.

12              Q.    Okay.  Does Ferraro purchase pork

13      products pursuant to contracts?

14              A.    Formulas, yes.

15              Q.    What do you mean when you say

16      "formulas"?

17              A.    We have formula pricing based off

18      of the meat blocks.

19              Q.    What do you mean when you say

20      "meat blocks"?

21              A.    Like the 72 percent trim, pork

22      butts.  It's a combination of -- it's an

23      overage over a combination of different meat

24      blocks makes up your pepperoni pricing.

25      Makes up your sausage pricing.
```

IN RE: PORK ANTITRUST LITIGATION                           Wendy Romm
30(b)(6), Confidential                                      June 22, 2022

111

1                          W. ROMM

2        Q.    Okay.  So -- sorry, I just want to

3   get an understanding of what a meat block is

4   and where that -- it sounds like that's a

5   part of your pricing formula, but I'm just

6   curious where does that information come

7   from?

8        A.    It comes off -- it's publically

9   traded.

10       Q.    Where is it publically traded?

11       A.    USDA Meat -- USDA -- it's

12  called -- I'd have to look at my computer for

13  the exact name of it.  USDA Agriculture.

14       Q.    Okay.  So you have got -- for your

15  pork products you buy, you've got formulas

16  that are -- that are tied to these publically

17  traded meat block vendors; is that right?

18       A.    Yes.

19       Q.    And are these formulas that you

20  arrive at with your pork vendors, are they

21  memorialized in contracts you have with your

22  vendors?

23       A.    Yes, but they can change the

24  formula with a given notice.

25       Q.    Okay.  So they can change the

112

```
 1                        W. ROMM

 2    formula, but it sounds like you can also shop

 3    around for a better formula with other

 4    suppliers; is that right?

 5         A.    Yes.

 6         Q.    And does Ferraro enter into

 7    contracts with its vendors where the formulas

 8    are valid for a certain period of time?

 9         A.    Yes, we have in the past.

10         Q.    Is there a typical length on

11    those?

12         A.    It's usually like a one-year

13    shelf -- one-year life.

14         Q.    Okay.  Since joining Ferraro, what

15    is the longest time period that you know of

16    that Ferraro was locked into a contract with

17    a pork producer?

18         A.    One year.

19         Q.    Okay.  Just so I'm understanding,

20    you know, there will be instances where you

21    contract with a pork vendor for a year where

22    you agree on a pricing formula with them

23    where that pricing formula is valid for that

24    year?

25         A.    Yes.  The formula is valid but
```

113

```
 1                      W. ROMM
 2   your pricing doesn't stay the same.
 3        Q.    Right.  Because it's tied to,
 4   like --
 5        A.    The meat block markets, yes.
 6        Q.    Okay.  And -- and the meat block
 7   markets -- so the formula will stay the same,
 8   but the pricing might fluctuate because of
 9   fluctuations in the publically traded price
10   of pork; is that right?
11        A.    Correct.
12        Q.    Okay.  Are the contracts ever
13   shorter than a year that you engage in?
14        A.    Yes.  Some -- some manufacturers
15   won't go out that long.
16        Q.    Okay.  Which ones?
17        A.    They will do a three-month.  Maybe
18   a six-month.
19        Q.    Which manufacturers are those?
20        A.    Well, Tyson is one of them.
21        Q.    When you are negotiating a
22   contract with a pork supplier, are there
23   standard price terms that you include in the
24   formulas?
25        A.    No.  Well, I mean, it's like
```

114

```
 1                      W. ROMM
 2   overages, freight.  Their overages usually
 3   consist of their labor cost, packaging.
 4        Q.    Okay.  Do these pricing formulas
 5   that you contract for -- vary on -- based on
 6   the type of pork products you are purchasing?
 7        A.    Yes.
 8        Q.    How so?
 9        A.    Usually it's the type of meat that
10   the formula consists of that'll vary.
11        Q.    Okay.  So going back to your
12   particular vendors, focusing on Tyson, what
13   types of pork products does Ferraro Foods
14   purchase from Tyson?
15        A.    Pepperoni, pork toppings.  That's
16   pretty much it on Tyson.
17        Q.    Okay.  Anything else?
18        A.    No, that -- that would be it.
19        Q.    All right.  And you have got a
20   contract with Tyson for -- for these
21   products?
22        A.    The pepperoni side, yes.
23        Q.    Okay.  That includes a pricing
24   formula like we've discussed?
25        A.    Yes.
```

115

```
 1                      W. ROMM

 2       Q.    And is this a contract that you

 3  negotiated with Tyson?

 4       A.    Yes.

 5       Q.    For Tyson, how often do you

 6  renegotiate these contracts?

 7       A.    Every year.

 8       Q.    For Tyson, does Ferraro negotiate

 9  any discounts or rebates or anything like

10  that or promotions?

11       A.    Yes.

12       Q.    Can you describe those for me?

13       A.    The promotions they included in

14  our pricing, they -- over and above our

15  formula, they give us a marketing allowance.

16  They give us cash discount terms.  They

17  participate in our food shows and different

18  marketing sales meetings, you know, that is

19  over and above our formula.

20       Q.    Okay.  So what's a marketing

21  allowance?

22       A.    A marketing allowance is our

23  monies paid on the backside to help us market

24  and drive their products out to our

25  customers.
```

IN RE: PORK ANTITRUST LITIGATION                                    Wendy Romm
30(b)(6), Confidential                                              June 22, 2022

116

```
 1                       W. ROMM

 2        Q.    What do you mean when you say

 3   money paid on the backside?

 4        A.    So it's not in our pricing.  So in

 5   other words, it -- the end of every month,

 6   based on the tonnage we purchase, we get X

 7   number of cents per pound back as a rebate.

 8        Q.    So sounds --

 9        A.    That money is to be used to help

10   market their goods out to our customer base.

11        Q.    Okay.  So you get a volume rebate,

12   it sounds like, and then you have got to use

13   that money to market your products?

14        A.    Yes.

15        Q.    Are there separate volume

16   discounts or rebates that you get for, you

17   know, for which you can use the money for

18   whatever you want?

19        A.    Well, I mean, even that marketing

20   money, we could actually use the money for

21   whatever we want, but it is set up as a

22   marketing fund and we do try to use it to

23   market products.

24        Q.    Okay.  Are there any other

25   discounts or rebates with Tyson that you get
```

117

```
 1                          W. ROMM
 2     that we have not discussed?
 3          A.     No.
 4          Q.     So same questions for Smithfield,
 5     what products do you buy from Smithfield?
 6          A.     Pepperoni, salami, bacon.
 7          Q.     And when did you begin
 8     purchasing -- when did Ferraro begin
 9     purchasing these products from Smithfield?
10          A.     Prior to me coming on as an
11     employee.
12          Q.     And are these purchases pursuant
13     to contract?
14          A.     Pepperoni is on the contract.
15          Q.     Okay.  What about the other pork
16     products you mentioned?
17          A.     Oh, and our salami is on a
18     contract, Genoa salami.
19          Q.     What is --
20          A.     The other ones are on weekly
21     pricing.
22          Q.     Okay.  What's the difference
23     between purchasing a pork product pursuant to
24     a contract versus weekly pricing?
25          A.     Well, our contract is for a longer
```

CASE 0:18-cv-01776-JRT-JFD  Doc. 1446-2  Filed 08/24/22  Page 18 of 32

IN RE: PORK ANTITRUST LITIGATION
30(b)(6), Confidential

Wendy Romm
June 22, 2022

118

```
                              W. ROMM

 1

 2    time period.  It's longer than a week.

 3    Basically every month we get new pricing on

 4    it and it's based on a formula off of the

 5    meat blocks.

 6         Q.    Why does Ferraro buy some products

 7    pursuant to a contract and some pursuant to

 8    weekly pricing?

 9         A.    Because we are large enough on --

10    you have to have high volume to do a

11    contract.

12         Q.    Okay.  So is it fair to assume

13    that for the products that Ferraro is on

14    weekly pricing arrangements for, that those

15    are not your high volume products?

16         A.    That is correct.

17         Q.    Are there any discounts or

18    promotions that you get with Smithfield?

19         A.    Yes, we get marketing rebate, they

20    pay for food show.  They advertise in our

21    magazines and they participate in sales

22    meetings.

23         Q.    Okay.  I just want to run down the

24    other pork suppliers you have, and then I

25    figured we can break for the lunch that you
```

```
 1                     W. ROMM

 2    had requested.  If that sounds okay with you.

 3    It might take just another couple -- five

 4    minutes to get through the others.

 5              Is that all right?

 6         A.    That's fine.

 7         Q.    Okay.  So how about Clemens, what

 8    pork products do you buy from Clemens?

 9         A.    We buy bacon.  We buy breakfast

10    sausages.  We buy hams, salami.

11         Q.    Anything else?

12         A.    Pork butts.

13         Q.    Are these products pursuant to

14    contract?

15         A.    No.  They are on price list.  The

16    only part of the contract that we have with

17    them was a volume discount.

18         Q.    What's the volume discount for?

19         A.    They gave us a contract that based

20    on tonnage purchased, we would get a volume

21    discount which is often moist.

22         Q.    Is that all of the products mixed

23    together?

24         A.    Yes.

25         Q.    So you don't have an individual
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1446-2   Filed 08/24/22   Page 20 of 32
IN RE: PORK ANTITRUST LITIGATION                              Wendy Romm
30(b)(6), Confidential                                        June 22, 2022

120

```
 1                      W. ROMM

 2   contract with Clemens over any specific pork

 3   product.  You buy those all on list price,

 4   but it sounds like you do get a volume

 5   discount if you buy enough collective

 6   products from them?

 7        A.    Correct.

 8        Q.    And why don't have you any

 9   individual contracts with Clemens like do you

10   for Tyson and Smithfield?

11        A.    Because it's more of their -- it's

12   all their label, and they just don't do the

13   contracts.  We are not nearly as large a

14   volume with Clemens as we are with some of

15   the Tyson and Smithfield.

16        Q.    Okay.  And what about Hormel?

17        A.    Hormel, we get -- they have weekly

18   pricing that comes out, but then we get

19   monthly geographic pricing on high volume

20   items like pepperoni.

21        Q.    What do you mean "monthly

22   geographic pricing"?

23        A.    Well, like Ferraro Foods of

24   New Jersey will get a better price on

25   pepperoni than North Carolina will.
```

CASE 0:18-cv-01776-JRT-JFD  Doc. 1446-2  Filed 08/24/22  Page 21 of 32
IN RE: PORK ANTITRUST LITIGATION                          Wendy Romm
30(b)(6), Confidential                          June 22, 2022

121

```
 1                       W. ROMM

 2          Q.    Why is that?

 3          A.    Because the demographics of our

 4   location determine that price, and they just

 5   do a big deviation based on the geographic

 6   area.

 7          Q.    So is that -- is that because the

 8   Ferraro Foods in New Jersey sells more

 9   pepperoni than North Carolina does, for

10   example?

11          A.    Not -- no, uh-uh.  That is not my

12   belief on that one.

13          Q.    Oh, okay.

14          A.    It is more that the New Jersey,

15   New York metro region is -- there is more

16   competition and, therefore, they have to

17   sharpen their pencil.

18          Q.    Understood.  There is more

19   pepperoni suppliers in that Tri-state area

20   region, it sounds like --

21          A.    Yes.

22          Q.    -- than North Carolina?

23                So you get better pricing there,

24   it sounds like?

25          A.    Yes.
```

IN RE: PORK ANTITRUST LITIGATION                                    Wendy Romm
30(b)(6), Confidential                                              June 22, 2022

122

```
 1                    W. ROMM
 2        Q.   And then before we break, just
 3    generally walk me through your private
 4    label -- who sells your private label
 5    products?
 6        A.   Our salesmen.
 7        Q.   Where do you procure your private
 8    sales label pork products from?
 9        A.   Well, depending on the item, I
10    mean, I get pepperoni from Smithfield.  I get
11    Genoa salami with my private label from
12    Smithfield.  I also get a private label
13    pepperoni from Tyson.
14        Q.   Okay.  And are all those private
15    label products pursuant to contract with
16    formulas that we have discussed?
17        A.   Yes.
18             MR. RIPA:  Okay.  All right.
19        Does now sound like an okay time to
20        break for lunch for you?
21             THE WITNESS:  Yes.
22             MR. RIPA:  Okay.  Let's go off
23        the record.
24             THE VIDEOGRAPHER:  The time is
25        12:31 p.m.  We're now going off the
```

133

1                        W. ROMM

2        A.    Well, basically we would ask Tyson

3    to give us a growth program, and then they

4    come through and they would submit a growth

5    program and then the negotiations back and

6    forth would be, can you increase it by

7    another penny or two pennies, you know, like

8    that.

9        Q.    Okay.  So generally speaking, with

10   your pork suppliers, you will broach the

11   topic of wanting a growth program which,

12   again, is another way of saying a

13   volume-based discount program; is that right?

14       A.    Yes.

15       Q.    And then you'll engage in

16   back-and-forth negotiations with them over

17   what the exact terms of that volume-based

18   discount will look like?

19       A.    Yes.

20       Q.    Okay.  So they will propose, you

21   know, a certain volume-based discount and

22   then you will counter them with, actually we

23   would like a little more, and you will meet

24   somewhere in the middle typically; is that --

25   is that how it works?

IN RE: PORK ANTITRUST LITIGATION

30(b)(6), Confidential

Wendy Romm

June 22, 2022

134

1                           W. ROMM

2          A.     Correct.

3          Q.     Okay.  Does Ferraro have leverage

4    in those negotiations because of the amount

5    that you purchase from these companies?

6                  MR. BOURNE:   Form.

7          A.     Depending on the company, we may.

8          Q.     Okay.  What do you mean by that?

9          A.     Well, I mean, you know, some

10   companies this is their program, you take it

11   or leave it, and it's the same program

12   offered to everybody.  Other companies you do

13   have the ability to negotiate.

14         Q.     Okay.  So what are the examples

15   of -- of the companies where you had the

16   ability to negotiate?

17         A.     If we had a -- if we had a program

18   with -- on our private label, we would have

19   the ability to negotiate programs with

20   companies like Smithfield.  We usually have

21   more of an ability to negotiate than a

22   company like a Tyson Foods.

23         Q.     Okay.  So is that -- you mentioned

24   you have got the ability to negotiate when

25   you're dealing with your private label

CASE 0:18-cv-01776-JRT-JFD   Doc. 1446-2   Filed 08/24/22   Page 25 of 32
IN RE: PORK ANTITRUST LITIGATION                                    Wendy Romm
30(b)(6), Confidential                                              June 22, 2022

135

```
 1                    W. ROMM

 2    products.  Is that because you've got the

 3    ability to switch producers for who makes --

 4    so you can threaten to move your business if

 5    they don't give you the discount you want?

 6         A.    That is one reason.  And, also,

 7    because it's not their brand being sold in

 8    the market area at a lower price, it's not as

 9    much exposure to them.

10         Q.    Can you explain that second part

11    to me?  What do you mean "it's not as much

12    exposure to them"?

13         A.    Okay.  If it's my brand, and I'll

14    just use an example, one of my brands is

15    Antica Corte pepperoni, if that is out in the

16    market price at a lower price than Tyson's

17    brand of pepperoni, then Tyson will be hit up

18    by other distributors, how come some of our

19    foods is selling so low?  Where Antica Corte,

20    they don't know how.

21              MR. RIPA:  I would like to pull

22         up tab 23, please.

23              (Whereupon, Romm Exhibit 4,

24         FR-PORK0000007148 was marked for

25         identification as of this date by the
```

IN RE: PORK ANTITRUST LITIGATION                                   Wendy Romm
30(b)(6), Confidential                                    June 22, 2022

147

```
 1                    W. ROMM

 2       A.    Yes.

 3       Q.    What does that mean?

 4       A.    That means if we take -- if we sit

 5  there and deduct off their invoice, it could

 6  be reverse billed.  They'll come back and

 7  bill us back.

 8       Q.    Got it.  So what does that mean in

 9  practice?  How would that actually --

10       A.    In other words, if we place a

11  purchase order and they bill us a higher

12  price than what's on the purchase order, we

13  deduct down to the purchase order price, they

14  have the right, based on this, to come back

15  and bill us back for that monies, for those

16  monies -- for those deductions.

17       Q.    Got it, okay.

18            How are the prices here -- first

19  of all, where are the prices in this table?

20  Is that in the column all the way to the

21  right under "LB."?

22       A.    Yeah, where it says "DELIVERED"

23  and then the "CASE," the pound would be,

24  yeah, further to the right.

25       Q.    So that would be -- under the
```

148

```
 1                        W. ROMM
 2   "CASE" column, it would be price --
 3        A.    Next to the "CASE," there is a
 4   column that's not being shown right here that
 5   says "LB."
 6        Q.    Yeah, so that would be price per
 7   case and price per pound?
 8        A.    Correct.
 9        Q.    How do you arrive at those prices
10   with Sugardale?
11        A.    Those are just given to us by
12   Sugardale.
13        Q.    Got it.  So do you negotiate with
14   Sugardale at all?
15        A.    No.
16        Q.    Are these examples of private
17   label Ferraro products or are these just
18   Sugardale?
19        A.    No.  These are Sugardale labels.
20        Q.    Okay.  And are you sourcing these
21   products because Villa Enterprises, you know,
22   requested specifically these Sugardale
23   products?
24        A.    That is correct.
25        Q.    Okay.  So this would be an
```

149

```
 1                    W. ROMM
 2   example, like what we talked about before,
 3   where you have a customer who says, you know,
 4   I want this specific product from this
 5   specific company, go get it, and Ferraro goes
 6   and gets it?
 7        A.    Yes.
 8        Q.    Okay.  Let's go to tab 24.
 9             (Whereupon, Romm Exhibit 6,
10        FR-PORK0000002984 through '2985 was
11        marked for identification as of this
12        date by the Reporter.)
13        Q.    This is an email Bates-stamped
14   FR-PORK0000002984 from John Altadonna to
15   yourself with the subject "DEC Pricing
16   Update."  It's got one attachment, it looks
17   like.
18        A.    It looks like that's where
19   John Altadonna is just forwarding the email
20   that he got from Mike Rosen that had the
21   pricing in it to me.
22        Q.    Okay.  Yeah, so could you walk me
23   through what's going on here?  Do you
24   recognize this document?
25        A.    Yeah.  I mean, I can probably
```

150

```
 1                      W. ROMM

 2   decipher it.  He is forwarding to me.  If you

 3   scroll down in the document -- go to the

 4   bottom of the document.  It's easier to go

 5   from the bottom up.

 6             Okay.  Mike Rosen is with Villa

 7   Restaurant Group.  He received the pricing

 8   update from Sugardale, and then he sent it to

 9   John Altadonna who does the national account

10   pricing, and he would be responsible to make

11   sure the pricing is accurate in Ferraro's

12   computer system for Villa Pizza.

13             John then forwarded the pricing to

14   me so I could make sure that the -- our

15   system was up to date and the buyers were up

16   to date.

17        Q.   Got it.  Okay.  So if you look at

18   the very beginning of this email chain, which

19   I think starts on page 2, this actually comes

20   from a Jack Moore from Smithfield to

21   Michael Rosen?

22        A.   Oh, I don't know.  Yeah.  So

23   that's when they were using a Smithfield

24   product for their Villa, I guess.

25        Q.   Okay.  So -- so looks here like
```

213

```
 1                        W. ROMM

 2        Q.    Okay.   What's "a trader" and how

 3   does that differ?

 4        A.    Well, it's really somebody

 5   brokering a load that might be coming out for

 6   deal, but it's still coming from a specific

 7   manufacturer.

 8        Q.    Okay.   Have you ever had to, you

 9   know, in an emergency, to fill an order, for

10   example, purchased from, you know, a grocery

11   store or a mass merchandiser?

12        A.    No.

13        Q.    Do you ever purchase pork products

14   from competitors, like a broad-line

15   distributor or anything like that?

16        A.    No.

17        Q.    What about from a restaurant

18   supply store?

19        A.    No.

20        Q.    So I think you mentioned that you

21   have purchased pork products from Clemens,

22   Hormel, Smithfield, and Tyson.

23             Have you ever purchased pork

24   products from JBS?

25        A.    No.   No.
```

214

```
 1                       W. ROMM

 2        Q.    Indiana Packers?

 3        A.    No.

 4        Q.    Seaboard Foods?

 5        A.    No.

 6        Q.    What about Triumph Foods?

 7        A.    No.

 8        Q.    Okay.  Has Ferraro ever purchased

 9   pork through a buying group or a co-op?

10        A.    We could have purchased through a

11   buying group because we are a member of

12   UniPro.

13        Q.    Okay.  So what's UniPro?

14        A.    UniPro is a buying group of

15   authorative (sic) distributors based out of

16   Atlanta, Georgia.

17        Q.    Okay.  So have you purchased pork

18   products through UniPro?

19        A.    Well, some of our vendors might

20   have UniPro rebates.  You don't really

21   purchase the product through UniPro, but

22   UniPro has a program.

23        Q.    When you say, "Some of our vendors

24   might have UniPro rebates," what does that

25   mean?
```

215

```
 1                        W. ROMM

 2        A.    They have a UniPro program.

 3        Q.    When you say "vendor," do you mean

 4   like a Tyson, for example?

 5        A.    I don't believe Tyson is a member

 6   of UniPro.

 7        Q.    Okay.  Are there any pork -- can

 8   you give me examples of pork vendors that

 9   Ferraro has that -- that are members of

10   UniPro?

11        A.    Hormel might be.  I'm not

12   100 percent positive, though.  I don't know

13   all of the UniPro vendors without looking

14   them up.

15        Q.    Okay.  So do you know when you are

16   buying pork products pursuant to a UniPro

17   program or not?

18        A.    No.

19        Q.    Okay.  Does Ferraro, in your view,

20   benefit from the existence of UniPro?

21        A.    Yes.

22        Q.    How so?

23        A.    Because there is a lot of vendors

24   we buy from that have programs with UniPro,

25   so they pass those program monies back to us.
```