# EXHIBIT 4

# Filed Under Seal

**To:** New Opportunity[NEWOPPORTUNITY@clemensfoodgroup.com]
**Cc:** Boess, Melissa[MBOESS@clemensfoodgroup.com]; Hallman, Gregory T.[Ghallman@clemensfoodgroup.com]; Patton, Eric[EPATTON@clemensfoodgroup.com]
**From:** More, Robert[IMCEAEX-_O=HATFIELD_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=MORE+2C+20ROBERT@CUSA30A415.ingest.local]
**Sent on behalf of:** More, Robert <IMCEAEX-_O=HATFIELD_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=MORE+2C+20ROBERT@CUSA30A415.ingest.local>
**Sent:** Mon 5/5/2014 11:09:39 AM Eastern Daylight Time
**Subject:** Darden New Opportunity
**Attachment:** New Opportunity Worksheet Darden Frozen Fresh Bellie 05052014.xls
**Attachment:** Picture (Device Independent Bitmap)
**Attachment:** Picture (Device Independent Bitmap)

---

Eric (and PIR Team),

Please find the attached new opportunity request sheet for a Darden request. This opportunity is currently listed as 100,000# and is a fresh bellie (sliced) product that they have brought to us. As the preferred vendor partner for the pork category with Darden, we are the go to vendor for opportunities in the category.

We were recently notified about picking up the 4.5MM# annually volume on the sausage print business, and we continue to be contacted and have open discussion with the customer regarding other high volume potential items... both conversion and new.

My recommendation is to move forward with this new item opportunity, even though the volume falls below our normal threshold for new items. As a vendor partner, and to continue to build and strength the relationship, I do not want to pass on this opportunity and allow for a competing vendor to come in and partner with Darden.

Next steps upon approval would be to create the bench top sample, and collaborate on product development and timeline expectations. Please let me know if there are any questions.

---

Robert J. More  |  Clemens Food Group  |  Senior Account Executive
2700 Clemens Road | Hatfield, PA 19440   O: 215.368.2500 ext.6140
C: 267.644.6770 |  F: 215.368.3016 |  rmore@clemensfoodgroup.com

HIGHLY CONFIDENTIAL                                                                                          CLMNS-0000633743