# EXHIBIT 5

# Filed Under Seal

**To:** Kaster, Collette[ckaster@smithfield.com]; Duff, Lee[lduff@smithfield.com]; Weber, Joe[jweber@smithfield.com]; Coffey, Terry[tcoffey@smithfield.com]
**Cc:** Mcdonald, Ann M[amcdonald@smithfield.com]; Julie Barber[julie.barber@walmart.com]; Tony Ribble[Tony.Ribble@walmart.com]; Chris Cochran [Christopher.Cochran@walmart.com]
**From:** Michelle Caldwell[Michelle.Caldwell@walmart.com]
**Sent:** Tue 8/25/2015 6:10:14 PM Eastern Daylight Time
**Subject:** Smithfield mid-year animal welfare update
**Attachment:** Video Monitoring Policy.pdf
**Attachment:** Animal Welfare Position 2015.05.22 FINAL.pdf
**Attachment:** Antibiotics Position 2015.05.22 FINAL.pdf

Hi Smithfield team,

We're looking forward to meeting with you this afternoon on animal welfare and antibiotics. Thank you for taking the time to visit us in person on these important topics. Chris touched base with Julie and myself and we wanted to share our position statements, an updated agenda and discussion questions to help guide our meeting for Thursday.

Thank you,
Michelle

**Updated Agenda:**

1. Introductions
2. Video monitoring and industry audits
3. Animal Welfare Position
4. Antibiotics Position
5. Open discussion on any additional topics
6. Next Steps and Follow Up

**Discussion Questions:**

1. **Animal Welfare – Video Monitoring**

- Progress (completion percentage and type of system)
- Challenges/Issues
- Future expansion
- Other video monitoring being used

2. **Animal Welfare Position:**

- Do you have a corporate policy on animal welfare?
- How are you avoiding and correcting animal abuse?
- How are you addressing the following animal welfare concerns:

- Housing systems that lack sufficient space, enrichment or socialization (for example sow gestation crates)
- Painful procedures where avoidable or without pain management?
- Euthanasia or slaughter without rendering an animal insensible to pain?

- What information on animal welfare is currently available and what's feasible to collect?

3. **Animal Welfare – Industry Audits**

- PQA+ certification
- Sow audits and progress
- Internal audits of all farms
- Third party audits

4. **Responsible Use of Antibiotics:**

- What is your approach to responsible antibiotic use?
- How are you ensuring that the AVMA judicious use principles are being addressed?
- What information on antibiotic use is currently available and what's feasible to collect?

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

SMITHFIELD01115026

*Michelle Caldwell*

**Sr. Business Development Leader**
**Pork (Fresh and Smoked)**
Division 24 - Dept 93 & 83
HO Phone 479.204.6553  HO Fax 479.273.8938
**\*\*NEW NUMBER\*\*** Store 99 636-683-2355 Ext 185
Mobile 479.312.6553 **(NEW CELL)**
michelle.caldwell@wal-mart.com
Walmart
702 SW 8th Street
Mail Stop 0265
Bentonville, AR 72716-0265
**Save Money. Live Better.**

This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you have received this email in error destroy it immediately. \*\*\* Walmart Confidential \*\*\*

*Michelle Caldwell*

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

SMITHFIELD01115027