# EXHIBIT 8

# Filed Under Seal

1

2         UNITED STATES DISTRICT COURT

3         FOR THE DISTRICT OF MINNESOTA

4    -------------------------------X
                                        No.
5    IN RE PORK ANTITRUST LITIGATION    0:18-cv-01776-JRT-JFD

6    -------------------------------X

7

8

9

10        REMOTE VIDEOTAPED DEPOSITION

11               OF

12        MAPLEVALE FARMS CO.

13               BY

14        JULIE DUNDERDALE

15      Wednesday, July 20, 2022

16

17

18

19

20

21

22          Reported by:
     AYLETTE GONZALEZ, RPR, CLR, CCR
23        JOB NO. 2022-854205

24

25

1          JULIE DUNDERDALE (7/20/22)

2    to testify to today?

3          A.    11.  We don't really use that.

4          Q.    Okay.

5          A.    The rest -- the rest are fine.

6          Q.    So just to clarify your answer,

7    when you say "we don't really do that," are

8    you saying that benchmarking services or

9    industry data gathering services is not a

10   thing that Maplevale does?

11         A.    Correct.

12              MR. OWEN:  Counsel, excuse me,

13         may I interject.  Witness was as far

14         as designated topics for particular

15         witnesses goes, the witness was

16         prepared to testify on 11, but her

17         testimony will be as follows.

18              MR. BOXBAUM:  I know.  That's

19         kind of what I'm clarifying, but

20         thank you.

21         Q.    Then the same question for

22   topics 16 to 22?

23         A.    Yes.

24         Q.    Okay.  Thank you.

25              Is there anyone at Maplevale

In Re Pork Antitrust Litigation                          Julie Dunderdale
30(b)(6)                                  July 20, 2022

22

```
 1            JULIE DUNDERDALE (7/20/22)
 2   that would be more knowledgeable than you
 3   about these topics?
 4       A.    No.
 5       Q.    Okay.  You can actually set
 6   that document aside.  We're all set.
 7       A.    Okay.
 8       Q.    All right.  At a high level,
 9   can you just briefly describe what
10   Maplevale does?
11       A.    Maplevale is a broadline food
12   service distributor.
13            MR. BOXBAUM:  I'm sorry, I
14       think I heard somebody else speak up.
15            MR. OWEN:  Counsel, I want to
16       clarify the record.  We have, prior
17       to this deposition, designated what
18       the witness -- her topics, those have
19       already been set.  She's not
20       designated to testify on all topics
21       of the deposition.
22            MR. BOXBAUM:  I understand, and
23       I recall that, and that's why I asked
24       her to review only the specific
25       topics that she was designated for,
```

23

```
1           JULIE DUNDERDALE (7/20/22)

2        which is why I didn't have her just

3        go through all of the topics in the

4        notice.

5              So I'm not certain, are you

6        lodging an objection to the prior

7        question on the basis that it is a

8        topic she was not designated to speak

9        of?

10             MR. OWEN:  No, we're seeking to

11       clarify the fact that she's been

12       designated on the topics that we

13       agreed to have her designated to

14       testify about and not all of the

15       topics in the deposition notice.

16             MR. BOXBAUM:  Okay.  Thank you.

17   BY MR. BOXBAUM:

18       Q.    All right.  You use the term

19   broadline distributor; can you explain that

20   more?

21       A.    We distribute meat, groceries,

22   paper goods, chemicals, most things that a

23   restaurant would use.

24       Q.    Are all of your customers

25   restaurants?
```

31

```
 1          JULIE DUNDERDALE (7/20/22)

 2   can you -- can you clarify what type of

 3   product that is?

 4        A.   It's a pre-cooked sausage with

 5   different flavorings.

 6        Q.   Any other products that you can

 7   recall buying from Tyson?

 8        A.   Not that I can recall.

 9        Q.   And did that stay consistent

10   over the relevant time period?

11             MR. OWEN:  Object to form.

12        A.   Pardon.

13             MR. OWEN:  You can answer.

14        A.   For the most part, would

15   probably, yes.

16        Q.   Okay.  Thank you.

17             And turning to Clemens, what

18   pork products did Maplevale buy from

19   Clemens in the relevant time period?

20        A.   Yes.

21        Q.   Which products?

22        A.   Their premium reserve loins and

23   bone-in loins, hams, sausage.  I think

24   that's about it from them.

25        Q.   You mentioned premium reserved
```

32

```
 1              JULIE DUNDERDALE (7/20/22)

 2    loins; what is premium reserve?

 3         A.    It's a specific brand of

 4    Clemens.

 5         Q.    So the brand itself was labeled

 6    as premium reserve?

 7         A.    Yes.

 8         Q.    Was it a higher quality than

 9    the other Clemens products?

10         A.    I'm sorry, you cutout on me.

11         Q.    I'm sorry.

12              Was that a higher quality

13    product compared to other Clemens commodity

14    products?

15         A.    Not really.  It's just marketed

16    differently.

17         Q.    Understood.  Did Maplevale ever

18    buy pork through any buying groups?

19         A.    We participate with UniPro.

20    We're a member of UniPro and from time to

21    time, they negotiate deals with the

22    suppliers on our behalf.

23         Q.    Okay.  So how long has

24    Maplevale been a member of UniPro?

25         A.    I don't know.
```

33

```
 1           JULIE DUNDERDALE (7/20/22)
 2      Q.    Would you say that they were a
 3  member of UniPro throughout the relevant
 4  time period?
 5      A.    Yes.
 6      Q.    Okay.  Does Maplevale pay a
 7  membership fee for UniPro?
 8      A.    No idea.
 9      Q.    Okay.
10      A.    These are Doug questions.
11      Q.    Do you know what products
12  Maplevale purchased through UniPro?
13      A.    You cutout on me again.
14      Q.    Sorry about that.
15            What products did Maplevale buy
16  through UniPro?
17      A.    Not sure how to answer that
18  question, because we don't buy directly
19  from UniPro.  We buy from the suppliers.
20      Q.    Okay.  I appreciate that
21  clarification.  Why don't I try to back up
22  a little bit and maybe ask some more
23  foundation questions about UniPro.
24            So UniPro is a -- you would
25  call it a buying group, correct?
```

45

```
 1            JULIE DUNDERDALE (7/20/22)

 2        A.    We do a product cutting with

 3   either the supplier or the broker, whoever

 4   comes in and they present it to us and we

 5   look at it and evaluate it that way.

 6        Q.    What -- what would evidence a

 7   bad quality product?

 8              MR. OWEN:  Object to form.

 9        A.    For instance, in a ham, if you

10   cut it open and there's a big glob of fat

11   in it or a big void in it, that would be

12   bad quality.

13        Q.    Sorry.  There's a siren right

14   outside of my window, I'm trying to wait

15   for it to pass.  I don't know if you can

16   hear it on your end.

17              Would you say that you could

18   compare -- so you mentioned hams -- sorry,

19   let me strike that.

20              So you mentioned hams and there

21   could be a quality issue with a glob of

22   fat.  Did different suppliers have

23   different quality hams?

24              MR. OWEN:  Object to form.

25        A.    Yes.  Pretty much every
```

46

```
 1        JULIE DUNDERDALE (7/20/22)

 2   supplier makes a top quality ham on down to

 3   an economy ham.

 4        Q.   Would you be able to tell a top

 5   quality Smithfield ham from a top quality

 6   Tyson ham?

 7             MR. OWEN:  Object to form.

 8        A.   It could have the same specs,

 9   but it's going to be a flavor profile

10   difference.

11        Q.   So Maplevale purchased flavored

12   hams from Tyson in the relevant time

13   period?

14        A.   Not necessarily flavored.  In

15   their processes, they smoke them

16   differently, which gives them different

17   flavors that makes them possibly too smoky

18   for the northeast or maybe not enough for

19   the southwest.  It's not really a flavored

20   ham.

21        Q.   I think I understand.  So by

22   flavored, you're not referring to specific

23   seasonings or a marinade or something like

24   that, correct?

25        A.   Correct.
```

47

```
 1              JULIE DUNDERDALE (7/20/22)

 2                  MR. OWEN:  Objection.

 3          Q.    By flavoring, you're referring

 4   to the process may just lead to products

 5   that taste different?

 6                  MR. OWEN:  Object to form.

 7          A.    You cutout on me again.

 8          Q.    I apologize.

 9          A.    That's okay.

10          Q.    So you're indicating that based

11   on how the different processors manufacture

12   their hams, they might just taste

13   different?

14          A.    Yes.

15                  MR. OWEN:  Object to form.

16          Q.    And some -- as you've

17   testified, some customers in a particular

18   region may have a general preference for

19   one over the other, for say Tyson over

20   Smithfield, based on that flavoring?

21                  MR. OWEN:  Object to form.

22          A.    Yes.

23          Q.    Okay.  You mentioned that one

24   thing Maplevale will look for in a supplier

25   is whether they will support Maplevale in
```

50

1           JULIE DUNDERDALE (7/20/22)

2    items from other suppliers and market

3    conditions.

4           Q.    And can you clarify what you

5    mean by "market conditions"?

6                 MR. OWEN:  Object to form.

7           A.    As an example, I mean, if it's

8    January and somebody's got a bunch of hams

9    to sell, we're past the season where we can

10   sell them and the price should be lower.

11          Q.    Okay.  We've been going about

12   an hour, so would you like to take a

13   ten-minute break now?

14          A.    Yes, please.

15          Q.    Okay.

16                MR. BOXBAUM:  Why don't we go

17          off record.

18                THE VIDEOGRAPHER:  Okay going

19          off the record at 9:58 a.m.

20                (Whereupon, at this time, a

21          short break was taken.)

22                THE VIDEOGRAPHER:  We're back

23          on the record at 10:10 a.m.

24   BY MR. BOXBAUM:

25          Q.    All right.  Ms. Dunderdale, I

51

```
 1          JULIE DUNDERDALE (7/20/22)

 2   would like to continue discussing the

 3   specifics of how Maplevale purchases pork,

 4   and I'll start with Smithfield.

 5               Does Maplevale have a contract

 6   with Smithfield?

 7        A.    What do you mean by contract?

 8        Q.    Does it have any kind of

 9   written agreement with Smithfield about the

10   purchase of pork?

11        A.    No.

12        Q.    How does Maplevale buy pork

13   from Smithfield?

14               MR. OWEN:  Object to form.

15        A.    We place orders based on our

16   inventory and demand.

17        Q.    Is that a -- how frequently

18   does Maplevale place orders from

19   Smithfield?

20        A.    Weekly.

21        Q.    Is there a specific day of the

22   week that Maplevale always places its

23   weekly orders?

24        A.    Yes, but I don't know what that

25   is.  I'm not the buyer.
```

52

```
 1          JULIE DUNDERDALE (7/20/22)

 2          Q.    You mentioned you place an

 3    order based on inventory and demand,

 4    correct?

 5          A.    Yes.

 6          Q.    How does Maplevale analyze its

 7    inventory for determining what pork it's

 8    going to purchase?

 9                MR. OWEN:  Object to form.

10          A.    Our computer system tracks

11    weekly sales and inventory.  We also keep

12    track of what the shelf life is on product,

13    that has a lot to do with it and we place

14    it based on our lead time and what our

15    needs are, what the inventory level is and

16    what we need to get to the next delivery.

17          Q.    Is there a name for that

18    computer system?

19          A.    We call -- it's an in-house

20    written by our own IT department that

21    includes Doug Neckers.

22          Q.    Understood.

23                How does Maplevale analyze

24    demand with the purpose of demanding its

25    pork purchases?
```

53

```
 1              JULIE DUNDERDALE (7/20/22)

 2              MR. OWEN:  Object to form.

 3         A.    Current average, weekly sales,

 4    and same time last year, to look out ahead

 5    and look for growth trends due to the

 6    seasonality of something.

 7         Q.    Is there someone at Maplevale

 8    who is specifically responsible for doing

 9    that analysis?

10         A.    Each buyer would do it based on

11    what they see in the computer.

12         Q.    When Maplevale places an order

13    with Smithfield, does it buy off a price

14    list?

15         A.    Not usually.

16         Q.    How does Maplevale learn the

17    prices of the products that it wants to

18    place an order for?

19         A.    We do get weekly or not weekly,

20    Smithfield is, I believe, monthly on their

21    processed products.  We do get that, but we

22    order based on customer demand.

23         Q.    Can you -- sorry.  Can you

24    clarify what you mean by "but we order

25    based on customer demand"?
```

54

1          JULIE DUNDERDALE (7/20/22)

2          A.    Customers are pretty set in

3    what they will use.  You cannot swap out

4    one product for another with them.

5          Q.    Okay.

6          A.    If they want Smithfield bacon,

7    that's what they want.

8          Q.    How is the price determined for

9    the products that Maplevale buys from

10   Smithfield?

11              MR. OWEN:  Object to form.

12         A.    The suppliers price our order.

13         Q.    Is that price a per unit price?

14         A.    Per unit or per pound,

15   depending on the item.

16         Q.    Does Maplevale pay any other

17   rate for an order?

18         A.    Freight.

19         Q.    Anything else?

20         A.    No, not that I could think of.

21         Q.    Does Maplevale negotiate that

22   per unit price?

23         A.    Yes, if we are making a volume

24   buy on something, yes.

25         Q.    When you say "a volume buy," do

55

JULIE DUNDERDALE (7/20/22)

1

2    you mean when you're buying a lot of

3    something?

4         A.    Yes.

5         Q.    Okay.  Can -- strike that.

6              So when -- so when Maplevale

7    makes an above-average purchase buy from

8    Smithfield in terms of volume, it can

9    negotiate for a lower price?

10        A.    Yes.

11        Q.    And how does Maplevale do that?

12        A.    We reach out usually to the

13   broker rep who contacts the regional person

14   at Smithfield.

15        Q.    It's something that Maplevale

16   initiates?

17        A.    Yes.

18              MR. OWEN:  Object to form.

19        Q.    Is Maplevale generally

20   successful in getting that lower price?

21              MR. OWEN:  Object to form.

22        A.    Most of the time.  If -- well,

23   not necessarily from Smithfield.  We

24   wouldn't just throw something out to

25   Smithfield.  We throw it out to Tyson or

In Re Pork Antitrust Litigation                                                    Julie Dunderdale
                              30(b)(6)                                               July 20, 2022

56

```
 1            JULIE DUNDERDALE (7/20/22)

 2    Clemens or even GNC.

 3         Q.    Can you clarify what you mean

 4    by "we wouldn't throw it out to

 5    Smithfield"?

 6         A.    Well, we wouldn't ask just one

 7    supplier.  We would ask multiple suppliers,

 8    for instance, I want to buy a load of ribs,

 9    what can you give me for a price and we

10    throw it out to multiple suppliers.

11         Q.    All right.  I want to focus on

12    just that situation that you just

13    identified.  So when would -- when would

14    that situation occur?  When would Maplevale

15    throw it out to multiple suppliers that it

16    wants to buy a large order of, we'll say,

17    ribs?

18              MR. OWEN:  Object to form.

19         A.    Ribs is a good example, because

20    the brand doesn't necessarily matter, so we

21    would do it in the spring, early spring

22    before seasonality and demand takes over in

23    the summer, where we'd be looking to lock

24    in a good price for the summer.

25         Q.    And when you throw out that
```

In Re Pork Antitrust Litigation                                    Julie Dunderdale
30(b)(6)                                                            July 20, 2022

57

1              JULIE DUNDERDALE (7/20/22)

2   request, what does Maplevale receive back

3   from its suppliers?

4        A.   They would come back with what

5   they could do for a price or they would

6   come back with no, we can't do that.

7        Q.   Did Maplevale -- so after you

8   get that initial offer back from suppliers,

9   did Maplevale continue negotiations after

10  that?

11       A.   No, not usually, no.

12       Q.   Did Maplevale ever push a

13  supplier to lower its prices beyond what

14  they initially offered?

15       A.   No.

16       Q.   Why not?

17       A.   Because usually their offers,

18  their first -- their best offer is their

19  first offer.

20       Q.   Did Maplevale compare the

21  initial offers of -- that it received?

22       A.   Yes.

23            MR. OWEN:  Object to form.

24       Q.   And how did it make the

25  decision which offer to accept?

In Re Pork Antitrust Litigation
30(b)(6)

Julie Dunderdale
July 20, 2022

58

```
 1              JULIE DUNDERDALE (7/20/22)
 2                   MR. OWEN:  Object to form.
 3         A.    Best price on the product that
 4   was closest to what we were looking for.
 5         Q.    Got that.
 6                   Now, this situation that we
 7   just discussed, that was occasional,
 8   correct, that wasn't every purchase of
 9   pork?
10         A.    That's probably once a year
11   maybe.
12         Q.    Okay.  When you say "once a
13   year," do you mean once a year for a
14   certain type of product?
15         A.    Yes.
16         Q.    And that would be based on the
17   seasonal demands?
18         A.    Yes.
19         Q.    So when you sent out this
20   request for ribs, you mentioned that it
21   would be in the spring because ribs are
22   more popular in the summer?
23         A.    Yes.
24         Q.    And there might be a different
25   time that you would do that same request
```

59

```
 1          JULIE DUNDERDALE (7/20/22)

 2    for, let's say, hams?

 3          A.    Yes.

 4          Q.    Going back to the more general

 5    purchases, the more routine purchases, you

 6    mentioned that Maplevale will pay freight?

 7          A.    Yes.

 8          Q.    How is freight determined?

 9                MR. OWEN:   Object to form.

10          A.    Whatever the transportation

11    costs, we pay the freight to the suppliers

12    and whatever their cost to get it delivered

13    to us is.

14          Q.    Does Maplevale ever negotiate

15    on the rate that it pays for freight?

16          A.    No.

17          Q.    Was this general process that

18    we've discussed, did that stay the same for

19    Smithfield throughout the relevant time

20    period?

21          A.    Yes.

22          Q.    Was there ever a period of time

23    where -- in that relevant time period,

24    where Maplevale stopped buying from

25    Smithfield?
```

```
1            JULIE DUNDERDALE (7/20/22)

2        A.    No.

3        Q.    So there was never, say, a

4   single week where Maplevale just didn't

5   purchase anything from -- any pork from

6   Smithfield?

7            MR. OWEN:  Object to form.

8        A.    It's certainly a possibility

9   that we skipped a week.

10       Q.    But it was unlikely that you

11  would go more than that or a longer time --

12  sorry, that was poorly said.  Let me strike

13  that.

14            It is unlikely that Maplevale

15  ever went more than a week without

16  fulfilling an order with Smithfield?

17            MR. OWEN:  Object to form.

18       A.    Correct.

19       Q.    Okay.  I want to turn next to

20  Tyson, and for the sake of efficiency, I

21  want to start by asking is everything that

22  we said for Smithfield, was that the same

23  for Tyson?

24            MR. OWEN:  Object to form.

25       A.    Yes.  Yes.
```

```
 1            JULIE DUNDERDALE (7/20/22)

 2        Q.    So there was no contract with

 3   Tyson?

 4        A.    No.

 5        Q.    And Maplevale put in weekly

 6   orders with Tyson?

 7        A.    Tyson was probably biweekly.

 8   Our purchases are smaller.

 9        Q.    And Maplevale would do the same

10   analysis, that is looking at inventory and

11   demand in determining what it was going to

12   buy for that order from Tyson?

13            MR. OWEN:  Object to form.

14        A.    Yes.

15        Q.    And Maplevale also paid a

16   freight to Tyson?

17        A.    Tyson is a straight delivered

18   price.

19        Q.    Can you explain what that

20   means?

21        A.    They include their freight rate

22   in their pricing, so I -- we don't really

23   know what their freight rate is.

24        Q.    Understood.  And then for

25   Clemens, there was no -- was there a
```

62

```
 1            JULIE DUNDERDALE (7/20/22)
 2     contract with Clemens?
 3         A.    No.
 4         Q.    Did Maplevale purchase from
 5     Clemens on a weekly basis?
 6         A.    Yes.
 7         Q.    And it did the same analysis
 8     for determining what it would buy from
 9     Clemens as it did for Tyson and Smithfield?
10              MR. OWEN:  Object to form.
11         A.    Yes.
12         Q.    Okay.  Did Maplevale ever buy
13     pork on the spot market?
14              MR. OWEN:  Object to form.
15         A.    On the spot market?
16         Q.    Yeah.
17         A.    No, not that I'm aware of.
18         Q.    Other than the involvement of
19     brokers that we've already discussed, that
20     is the broker coming to you on behalf of
21     Clemens or one of the manufacturers, did
22     Maplevale ever buy products from brokers?
23              MR. OWEN:  Object to form.
24         A.    No.  Brokers don't invoice
25     product.
```

63

```
 1            JULIE DUNDERDALE (7/20/22)

 2        Q.    Turning to the

 3   non-manufacturing suppliers that you've

 4   referred to, that is Dot Foods, Wolverine,

 5   and GNC, how does Maplevale submit orders

 6   for pork products from Wolverine?

 7        A.    We email them a purchase order.

 8        Q.    And is that the same process as

 9   we've discussed with Tyson, Clemens, and

10   Smithfield?

11        A.    Yes.

12            MR. OWEN:   Object to form.

13        Q.    Okay.   Would that be the same

14   with GNC?

15        A.    Yes.

16        Q.    And would that be the same with

17   Dot Foods?

18        A.    Yes.

19        Q.    Does Maplevale ever receive any

20   discounts or rebates from any of its pork

21   suppliers?

22            MR. OWEN:   Object to form.

23        A.    Yes.

24        Q.    Can you -- what discounts or

25   rebates did it receive from Smithfield?
```

69

```
 1        JULIE DUNDERDALE (7/20/22)

 2   November 2, 2015?

 3        A.    Yes.

 4        Q.    And it was sent to -- is that

 5   you jdunderdale@maplevalefarms.com?

 6        A.    Yes.

 7        Q.    And with the subject UniPro

 8   Purchasing Newsletter November 2, 2015?

 9        A.    Yes.

10        Q.    Is this an email that was

11   received in the ordinary course of

12   Maplevale's business?

13        A.    Yes, it's a weekly newsletter.

14        Q.    And do you have any reason to

15   doubt that this is a true and accurate copy

16   of this email exchange?

17        A.    No.

18        Q.    You mentioned -- did you say

19   this is a weekly newsletter?

20        A.    Yes.

21        Q.    Okay.  I want to look at the

22   top, under the heading that says Block

23   Buys/Margin Makers News and the first

24   paragraph under that says, "REMINDER -

25   UniPro Foodservice is pleased to offer a
```

70

```
 1          JULIE DUNDERDALE (7/20/22)

 2   limited time savings opportunity on key

 3   Tyson Foods items, just in time for the

 4   holiday season."  Do you see that?  Did I

 5   read that correctly?

 6        A.    Yes.

 7        Q.    First of all, do you recall

 8   getting this email?

 9        A.    No.

10        Q.    Do you know what products would

11   have been subject to this limited time

12   savings opportunity?

13             MR. OWEN:  Object to form.

14        A.    No.

15        Q.    Okay.  Do you recall if it

16   could have involved Tyson pork items?

17             MR. OWEN:  Object to form.

18        A.    Could have.  Could have been

19   chicken.

20        Q.    Okay.  Do you recall if

21   Maplevale ever received any discounts on

22   Tyson Food items through UniPro?

23             MR. OWEN:  Object to form.

24        A.    No, not specifically, no.

25        Q.    Okay.  What would this time --
```

```
 1              JULIE DUNDERDALE (7/20/22)

 2   this limited time savings opportunity look

 3   like?

 4                 MR. OWEN:  Object to form.

 5        A.    I wouldn't even be able to say.

 6        Q.    Would it be just a reduced

 7   price?

 8                 MR. OWEN:  Object to form.

 9        A.    Not necessarily.

10        Q.    Okay.  How often would UniPro

11   offer savings like this?

12                 MR. OWEN:  Object to form.

13        A.    Whenever they were available.

14   There's no consistent.  Could have been

15   once a month.  Could have been once every

16   six months, just depends when the

17   opportunities come up.

18        Q.    And were these savings that

19   were only offered through UniPro?

20                 MR. OWEN:  Object to form.

21        A.    As far as I know, yes.

22        Q.    Okay.  You can set that

23   document aside.  And if you could turn to

24   document four.

25                 MR. BOXBAUM:  And I will state
```

72

```
 1           JULIE DUNDERDALE (7/20/22)

 2         for the record this is a two-page

 3         email, Bates labeled

 4         MAPLE-PORK0000011971 to '11972.  I'll

 5         ask that this be marked as Maplevale

 6         Exhibit 4.

 7                 (Maplevale Exhibit 4, email

 8         chain, Bates MAPLE-PORK0000011971 to

 9         '11972 was marked for identification,

10         as of this date.)

11   BY MR. BOXBAUM:

12         Q.    And, Ms. Dunderdale, please

13   take your time in reviewing this document

14   and let me know when you're ready.

15         A.    Okay.

16         Q.    All right.  And looking first

17   just at the top of the document, this is an

18   email from Jennifer Issler?

19         A.    "Issler."

20         Q.    And she is with Maplevale?

21         A.    Yes.

22         Q.    And it's sent to you?

23         A.    Yes.

24         Q.    At jdunderdale@maplevalefarms.com?

25         A.    Yes.
```

125

```
 1            JULIE DUNDERDALE (7/20/22)

 2    does not participate in any benchmarking

 3    services; is that correct?

 4         A.    Correct.

 5              MR. OWEN:  Object.

 6         Q.    You testified previously that

 7    Maplevale did not often use USDA data,

 8    correct?

 9              MR. OWEN:  Object to form.

10         A.    Correct.

11         Q.    And you also testified that

12    Maplevale did not subscribe to Urner Barry;

13    is that correct?

14         A.    Correct.

15         Q.    Was there any other publicly

16    available data sources surrounding the pork

17    industry that Maplevale did use?

18              MR. OWEN:  Object to form.

19         A.    No.

20         Q.    Are you familiar with Agri

21    Stats?

22         A.    Agri Stats?  No.

23         Q.    Okay.  I take it that Maplevale

24    never subscribed to Agri Stats?

25         A.    Not that I'm aware of.
```

```
 1          JULIE DUNDERDALE (7/20/22)

 2          Q.    Is Maplevale familiar with a

 3   company called Express Markets, Inc.?

 4          A.    I am not -- I'm not familiar

 5   with it.

 6          Q.    Who -- Maplevale is located in

 7   New York, correct?

 8          A.    Yes.

 9          Q.    Was its -- what was the

10   geographic scope of its business?

11          A.    Our distribution area?

12          Q.    Yeah.

13          A.    We distribute in New York, a

14   little in Ohio and in Pennsylvania as well.

15          Q.    And in that region, who would

16   Maplevale consider to be its competitors?

17              MR. OWEN:  Object to form.

18          A.    Curtsied, Sysco, US Foods

19   Batino, GFS.

20          Q.    Okay.  Was Maplevale ever aware

21   of its competitors' prices?

22              MR. OWEN:  Object to form.

23          A.    No, we don't share that

24   information.

25          Q.    You don't share Maplevale's
```

127

```
 1           JULIE DUNDERDALE (7/20/22)

 2   price information with its competitors?

 3        A.    No.

 4             MR. OWEN:  Object to form.

 5        Q.    Did Maplevale ever receive,

 6   either from its competitors or any other

 7   source, its competitors' prices?

 8             MR. OWEN:  Object to form.

 9        A.    Not that I'm aware of, no.

10        Q.    Did Maplevale belong to any

11   trade associations?

12             MR. OWEN:  Object to form.

13        This topic was designated for Doug.

14             MR. BOXBAUM:  If that is the

15        case, I do apologize, but I thought

16        that this was one for her.

17             MR. OWEN:  I had a list.

18        Sorry, could we go off the record.

19             MR. BOXBAUM:  Sure.

20             THE VIDEOGRAPHER:  Going off

21        the record at 11:56 a.m.

22             (Whereupon, at this time, a

23        short break was taken.)

24             THE VIDEOGRAPHER:  And we're

25        back on the record at 11:57 a.m.
```