# EXHIBIT 10

# Filed Under Seal

Page 1

1          IN THE UNITED STATES DISTRICT COURT
2                  DISTRICT OF MINNESOTA
3
4   CIVIL NO. 18-1776 (JRT/HB)
5   0:21-MD-02998-JRT-HB
6   MDL NO. 2998
7
8   IN RE:  PORK ANTITRUST LITIGATION
9   This Document Relates to:  All Actions
10
11
12
13
14              HIGHLY CONFIDENTIAL
15        REMOTE VIDEO DEPOSITION OF NOEL WHITE
16                   May 13, 2022
17
18
19
20
21
22   REPORTED BY:    Laura H. Nichols
23                   Certified Realtime Reporter,
24                   Registered Professional
25                   Reporter and Notary Public

Page 228

1  something you would share with competitors?
2           MR. TAYLOR:  Object to form.  Vague,
3  calls for speculation.
4       A.    Chill and cut operations?  In areas
5  like that, Eric, where there's newer technologies
6  that are beneficial to the industry, particularly
7  from an animal welfare standpoint, that is
8  possible.  Was it common for us to go visit other
9  facilities or them visit ours?  Only for specific
10 purposes.
11      Q.    (BY MR. LIFVENDAHL:)  During the 2008
12 through 2018 time period, would you be involved in
13 selling to customers such as wholesalers or
14 retailers?
15      A.    Was I involved with selling?
16      Q.    Yeah.
17      A.    Not directly but indirectly.  So I
18 had people reporting to me that would be selling to
19 them.  So if there was customer visits and things
20 like that, it wasn't unusual that I would meet with
21 customers.  But actually selling them product
22 myself, no.
23      Q.    Do you recall who some of the large
24 pork customers were of Tyson back in 2008 through
25 2018?

Page 229

1      MR. TAYLOR: Objection. Lack of
2 foundation.
3      A.   You know, it gets -- there's such a
4 broad category when you say customers. For the
5 manufactured products, a wide variety of customers.
6 Oscar Meyer was a large customer. Sysco Foods
7 Distributor Service was a sizeable customer. I
8 couldn't list the top five, but we had --
9      Q.   (BY MR. LIFVENDAHL:) Okay. Do you
10 recall some of the larger retail ones like
11 SpartanNash or Price Chopper or Colorado Boxed
12 Beef? Do any of those names ring a bell?
13      MR. TAYLOR: Object to form, vague.
14      A.   They were all customers, Eric, all of
15 them that you mentioned. Were they in the top
16 five, top ten? I don't think so, that they would
17 have been in the top ten, but they were obviously
18 customers, I believe.
19      Q.   (BY MR. LIFVENDAHL:) Do you recall
20 if the retailer and wholesaler customers would --
21 how price was negotiated with them, meaning was it
22 a request for proposal? Was it tied to any market
23 indices? Do you recall that at all?
24      A.   Each one was different. So some
25 customers preferred to negotiate each and every

1  order. And I think Kroger might be an example of
2  that.
3              In other cases, we sold to them on
4  what is referred to as a formula basis. So during
5  that time period, the typical pricing mechanism
6  was as reported on the USDA, which is a government
7  report. And that is what was used for their
8  formula pricing. So it was nonnegotiated. And it
9  was priced off the reported market.
10             So we had a combination of both. It
11 really depended on how the customer preferred to
12 buy.
13      Q.     Today we have talked a bit about a
14 term, "competitors," competitors of Tyson in the
15 pork market. I just want to confirm who some of
16 those are between 2008 and 2018.
17             Was JBS a competitor at that time?
18             MR. TAYLOR: Object to form. Vague.
19 And lack of foundation.
20      A.     Yes. I would consider them a
21 competitor.
22      Q.     (BY MR. LIFVENDAHL:) Same time
23 period, was Smithfield a competitor?
24             MR. TAYLOR: Same objections, vague
25 and lack of foundation.

Page 231

1          MR. LIFVENDAHL:  Jarod, on the
2  foundation, what do you need?
3          MR. TAYLOR:  He was not directly
4  involved in the pork business for the whole time
5  from 2008 through 2018.  So I don't know if he can
6  speak for that whole time period as to which
7  products Tyson was competing with, which companies
8  on pork specifically.
9      Q.   (BY MR. LIFVENDAHL:)  Okay.  Between
10  2008 and 2018 when you were involved with pork, was
11  Clemens a competitor?
12      A.   I would say to a small extent, they
13  are a competitor.  I mean they are based on the
14  East Coast.  We didn't compete for hogs.  We didn't
15  compete for labor.  Were they selling product in
16  the East Coast markets?  Yes, as were we.
17               So in that sense, I would say
18  probably but not to the same extent of somebody
19  else.
20      Q.   Between 2008 and 2018, while you were
21  involved with pork, was Seaboard a competitor?
22          MR. TAYLOR:  Objection, vague.  And
23  since you asked for clarification last time, I am
24  happy to shut up, Eric, or you can just let us know
25  what you mean.  But when you say pork, are you