# EXHIBIT 13

# Filed Under Seal

**PRODUCED IN NATIVE FORMAT**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              TF-P-001377323

# Pork Pricing Work Stream - Pricing Options

10/13/2016



# Executive Statements

**Purpose:** How do we grow pork and utilize best pricing practices to maximize margin?

## What did the TEAM look at?

- Branded, Food Service, Tyson Fresh Meats, Retail and Private Label pricing workflows

- Created DRIVE models for the 5 business units and mapped process

- Identified the differences between each business unit's pricing with the poultry model

- Structure

- Processes

- Systems

- Location

- Independent vs. interdependent structures



# Current Pricing Methods by Business Unit



### Pricing Methods by BU

| | Retail Private Label | Retail Regional Brands | Retail Branded | Food Service Branded | Food Service Private Label | Food Service Industrial Accounts | Food Service National Accounts | Deli Private Label | Deli Branded |
|---|---|---|---|---|---|---|---|---|---|
| Spot Buy | 5.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 5.00% | 0.00% |
| Fixed | 15.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 15.00% | 0.00% |
| Matrix / Formula | 80.00% | 0.00% | 0.00% | 0.00% | 100.00% | 100.00% | 100.00% | 80.00% | 0.00% |
| Price List | 0.00% | 100.00% | 100.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |

**Price List =** National pricing list that's published to the outside
**Matrix / Formula =** Mechanism to move a customers price with the market
**Fixed =** A set price for pre-defined amount of time and does not use a matrix or formula
**Spot Buy =** A set price for a small window of time generally in relationship to an ad
**RFP's =** Retail Private Label, Deli Private Label, Food Service Private Label, Food Service Industrial, and Food Service National Accounts are all RFP driven and utilize matrix/formula pricing



# Current Pricing Methods for Tyson Fresh Meats



**Formula =** *Priced off of a reported market*

**Negotiated =** *Bid/Ask. Fixed price/volume to deliver within 10 days of negotiating*

**Forward =** *Bid/Ask. Fixed price/volume to deliver beyond 10 days of negotiating*

**Hedge =** *Bid/Ask. Fixed price/volume to deliver beyond 10 days of negotiating and FM makes decision to hedge*

**MSP (Ceiling Price) =** *Agreed upon volume with a "no higher than" price. If formula pricing is cheaper than ceiling price, the customer would get the cheaper of the two.*



Competition sets our price

Cost determine our profits



# Poultry Pricing Model vs. Pork Pricing Model

| Poultry | Pork |
| --- | --- |
| 1. Egg all the way up | FMV of Primal |
| 2. Pricing TEAM Separate | Pricing within Business Unit |
| 3. Primal Cut Pricing Experts | FM Collaboration |
| 4. Location Springdale | Chicago / Springdale / Dakota Dunes |
| 5. One Leadership Team | Multi – Level |
| 6. Whole Bird Return | BU Return ( end to end) |
| 7. Transfer Pricing Ignored in Pricing Tools | FMV Transfer Pricing incl. converting margins on Ham, Loins, Butts, Ribs |

Tyson

# Show me the money

- Best Alternative Sale
    - Channel
    - Mix

- Capacity Utilization

- Raw Material Utilization

- Raw Material Optimization



# Looked at three options:

- Current structure and process
- Primal TEAM
- Hybrid with Value Stream Optimization



# Recommendation:

- Change the structure
- Improve the process
- Identify Decision Maker
- Align KPI's



## Hybrid Model

- Pricing Experts remain in BU

- Value Stream Optimization created
  - Capacity utilization
  - Raw material utilization
  - Raw material optimization
  - Best sale by Channel / Mix

- Collaboration across BU

- Utilize across Functional Teams



# Next Steps

- Define proposed structure and functions
- Define process changes
- Define KPI's
- Need to collaborate with S & OP work stream
- Structure and processes may look different after Propel



# APPENDIX



# Pricing Option #1: LEAVE AS IS

## PRO's

- Aligned with Sales Channels sales strategy
- Aligned with Business Unit pricing strategy
- All proteins handled in one area (Pork, Beef, Turkey)
- Pricing experts in the Business Unit
- Speed to market sales communication

## CON's

- Multiple levels of leadership
- No line of sight between food service and retail for best sale
- No collaboration or decision maker for raw material utilization between Business Units
- No one identifying raw material optimization
- No visibility to End to End Financial Analysis
- Location – Springdale, Chicago, Dakota Dunes
- System access ( three different systems)
- Lack of primal focused strategy across organization



# Pricing Option #2: PRIMAL TEAM

### Primal TEAMS

1.) Sliced/Smoked Ham
2.) Belly
3.) Ribs/Loins/Butts
4.) Trim
5.) Sales Facilitator/RFP

### Cross-Functional TEAMS

Revenue Management

Supply Chain

Business Unit

Tyson Fresh Meats

Procurement

Commodity Risk Management

| PRO's | CON's |
|---|---|
| • Centralized pricing strategy | • Cannot price all proteins |
| • One leadership TEAM | • System access (three different systems) |
| • One Primal Strategy | • Lack of End to End financial analysis |
| • End to End utilization | |
| • Line of sight to all Business Units | |
| • One Location | |

Requires speed of trust across organization



# Pricing Option #3: PORK PRIMAL PRICING and CHANNEL OPTIMIZER

| PRO's | CON's |
|---|---|
| • Visibility to all channels for capacity utilization | • System access (three different systems) |
| • Visibility to BU's for raw material utilization | • Lack of end to end financial analysis |
| • Visibility to BU's for raw material optimization | • Only handles Pork segment |
| • Guide and direct margin/business into best sales channels | • Expert only in primal cuts and not channels. |
| • One leadership TEAM | |
| • One Decision Maker | |
| • <u>Could be a process change or a TEAM</u> | |



# Option #4 – Combination of # 1 and # 3

| PRO's | CON's |
|---|---|
| • Aligned with sales channels | • System access (three different systems) |
| • Aligned with BU pricing strategy | • End to end financial analysis |
| • Handles all proteins | |
| • Keeps pricing experts in Business Units | |
| • Creates a supply chain specialist that bridges the Business Units to capacity utilization | |
| • Creates a supply chain specialist that bridges the Business Units to raw material utilization | |
| • Creates a supply chain specialist that bridges the Business Units to raw material Optimization | |
| • Utilizing financial information from all business units to determine best sale | |
| • <u>Could be a process change OR a TEAM</u> | |

