# EXHIBIT 16

# Filed Under Seal

```
 1                UNITED STATES DISTRICT COURT
 2                   DISTRICT OF MINNESOTA
 3                Case No. 0:18-cv-01776-JRT-HB
 4
 5
 6   -----------------------------------------
 7   IN RE PORK ANTITRUST LITIGATION
 8   This Document Relates to: All Actions
 9   -----------------------------------------
10
11
12
13
14                    HIGHLY CONFIDENTIAL
15          REMOTE TESTIMONY OF DR. RUSSELL MANGUM
16               JULY 13, 2022 - 9:00 A.M. PDT
17
18
19
20
21
22
23
24        JOB NO. 2022-850362
25
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1446-16   Filed 08/24/22   Page 3 of 6
In Re - Pork Antitrust Litigation
Highly Confidential
Russell Mangum
July 13, 2022

492

1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL
2       wouldn't your model point to a higher
3       overcharge percentage over the entire 2009
4       to 2018 timeframe?
5               MR. POUYA:  Same objections.
6               THE WITNESS:  Well, what I
7           have modeled is the effect of
8           what's been alleged as one
9           conspiracy.  I don't know any
10          economic reason to think that a
11          judicial decision regarding statute
12          of limitations would be a barrier
13          point to say, well, let's look --
14          let's mandate the conspiracy to be
15          different during that -- I will say
16          economically arbitrary threshold.
17              So I think it is more
18          appropriate to look at the entire
19          conspiracy as alleged, since I am
20          assuming that is the conspiracy for
21          which liability will be found.  But
22          I do find it's important to then,
23          when I am looking at damages, to
24          only apply it to the time period of
25          commerce that the court has

CASE 0:18-cv-01776-JRT-JFD   Doc. 1446-16   Filed 08/24/22   Page 4 of 6
In Re - Pork Antitrust Litigation
Highly Confidential
Russell Mangum
July 13, 2022
493

```
 1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL
 2        identified.
 3    BY MR. REISER:
 4        Q    Hypothetically, if you
 5   calculated an overcharge -- withdrawn.
 6             Hypothetically if there is
 7    was an overcharge on bacon of 80 percent
 8    prior to June 29, 2014, and zero percent
 9    from June 30, 2014, through the rest of
10    2018, wouldn't your model say that there
11    was an overcharge, even though there
12    wasn't any overcharge prior to June 29,
13    2014?
14             MR. POUYA:  Objection.
15        Foundation.  Speculation.
16             THE WITNESS:  I haven't -- I
17        haven't performed any analysis that
18        could confirm what you are
19        suggesting.  I am not aware of any
20        alleged conspiracy that would mean
21        those effects would be different.
22             I have come up with a model to
23        answer the question of someone
24        basically says we have news,
25        liabilities found, there was a
```

```
 1   DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL
 2        single conspiracy over the time
 3        period.  That's what my model could
 4        answer.  But I haven't done an
 5        analysis that would enable me to
 6        answer the question that you have
 7        posed for the opinions that I have
 8        formed.
 9   BY MR. REISER:
10        Q    You don't need to do any
11   analysis because it's just math, right?
12             If there is an overcharge on
13   bacon of 80 percent prior to June 29,
14   2014, and there's no overcharge after that
15   period, your math comes up with zero,
16   isn't it fair to say that your model would
17   say there was an overcharge even though
18   there was a zero percent overcharge after
19   June 29, 2014?
20        A    Well, you have proposed
21   something that I don't know there's any
22   economical theory to back up it.
23             You can say, let's assume
24   Apple pays people to use their phones in
25   one year and then doubles their price the
```

495

1  DR. RUSSELL MANGUM - HIGHLY CONFIDENTIAL
2  next year, wouldn't that mean XYZ.  I
3  wouldn't answer that question.
4            I would say, can you give me
5  some fleeting chance of economic reality
6  that would suggest that.
7            What I have done is I have
8  answered a question that I think would be
9  the question at hand, if somebody says,
10 hey, liability's just been found for this
11 conspiracy over this period, we need an
12 answer for the effect of the conspiracy.
13 So I have answered that question.
14           I have not looked at
15 something given what you have proposed in
16 the opinions in this case, I don't know a
17 reason why that would be logical or that
18 would be the outcome.
19      Q    Do you agree 80 is more than
20 zero?
21      A    I do agree that 80 is a
22 higher number than zero.
23      Q    You chose 2005 to 2009 as a
24 benchmark period, right?
25      A    Not really.  I would have --