# EXHIBIT 17

# Filed Under Seal

1

2         UNITED STATES DISTRICT COURT

3         FOR THE DISTRICT OF MINNESOTA

4   --------------------------------X
                                            No.
5   IN RE PORK ANTITRUST LITIGATION     0:18-cv-01776-JRT-JFD

6   --------------------------------X

7

8

9         REMOTE VIDEOTAPED DEPOSITION

10                   OF

11           MAPLEVALE FARMS CO.

12                   BY

13            DOUGLAS NECKERS

14         Tuesday, July 26, 2022

15

16

17

18

19              Reported by:
         AYLETTE GONZALEZ, RPR, CLR, CCR
20            JOB NO. 2022-855147

21

22

23

24

25

CASE 0:18-cv-01776-JRT-JFD   Doc. 1446-17   Filed 08/24/22   Page 3 of 5
In Re - Pork Antitrust Litigation                                    Douglas Neckers
                                                                     July 26, 2022

79

1          DOUGLAS NECKERS (7/26/22)
2          A.    I believe most of these firms
3    listed in the class action are members of
4    UniPro as well.
5          Q.    So you mentioned that on
6    occasion UniPro purchases a product and
7    then Maplevale pays UniPro for that
8    product; is that correct?
9          A.    Yes.
10               MR. OWEN:  Object to form.
11         Q.    And have any of those purchases
12   been for pork products?
13         A.    I'm not sure.
14         Q.    Does --
15         A.    -- the pork program, but I
16   don't believe we participate in it.
17         Q.    Does Maplevale have to pay a
18   membership fee for being a member of
19   UniPro?
20         A.    We don't -- we don't really pay
21   UniPro anything.  They're -- they do have
22   programs set up with manufacturers and may
23   vary from a penny a pound to half a percent
24   or two percent in some cases, non-food, and
25   all that money that would come in based on

80

1              DOUGLAS NECKERS (7/26/22)

2     a proportion of purchases, 3 to 5 percent

3     goes out to pay for UniPro expenses.

4           Q.    Does Maplevale receive any

5     benefits from being a member of UniPro?

6                 MR. OWEN:  Object to form.

7           A.    Yes.

8           Q.    And what are those benefits?

9           A.    A stronger voice since they're

10    speaking on behalf of 400 distributors, and

11    twice a year buying conferences where we

12    can sit face-to-face with distributors and

13    workout problems in some cases.  Maybe

14    there's distribution maybe, the trucks

15    arriving late or something and we can get

16    that adjusted.

17                Some consolidated programs like

18    with Wisconsin cheese.  They also can

19    consolidate on some canned goods like

20    Wisconsin vegetables, New York State

21    vegetables.

22          Q.    And do you know what other

23    companies are also members of UniPro?

24                MR. OWEN:  Object to form.

25          A.    The list would be available,

```
 1            DOUGLAS NECKERS (7/26/22)
 2   but off the top of my head, I might know 20
 3   or 30.  Most of the larger independent
 4   distributors are members.
 5         Q.    And are any of Maplevale's
 6   competitors also members of UniPro?
 7         A.    Yes.
 8               MR. OWEN:  Object to form.
 9         Q.    And what companies are those?
10         A.    Depending on the marketing
11   area, there's probably 20 or 30 who are
12   members of UniPro.
13         Q.    Can you name any of those
14   companies?
15         A.    I can name some.  Hillcrest in
16   Cleveland.  CA Curtze in Erie.  Batina Food
17   Service in Buffalo.  Palmer Food Service in
18   Rochester.  There's probably a dozen in
19   like the Pittsburgh area, I don't really
20   know the names.  But it's just with
21   everyone going 150 miles, you compete
22   against them somewhere.
23         Q.    And earlier you mentioned that
24   being a member of UniPro, one of the
25   benefits is having a stronger voice; is
```