# EXHIBIT 18

# Filed Under Seal

Page 1

1      IN THE UNITED STATES DISTRICT COURT
2              DISTRICT OF MINNESOTA
3
4
5
6
7    CIVIL NO.:  18-1776 (JRT/HB)
8
9
10   IN RE PORK ANTITRUST LITIGATION
11
12   This Document Relates to:
13   All Actions
14
15
16
17
18
19              HIGHLY CONFIDENTIAL
20     REMOTE VIDEO DEPOSITION TESTIMONY OF:
21                RONALD FREED
22              July 28, 2022
23
24
25

1              Price economic impact was taking
2     -- was saying for any -- for any
3     individual packer in their published
4     report, what was their average price on
5     an individual product compared to the --
6     their individual FOB plant price compared
7     to the industry average FOB plant price.
8     So if we sold a product at an average of
9     a $1.02 and the industry average for that
10    same product was $1, then we had two
11    cents price advantage.  Multiplying the
12    price -- or we could have two cents price
13    disadvantage.  Multiplying the advantage
14    or disadvantage times the number of
15    pounds that we sold is -- would have been
16    the price economic impact for that
17    particular product.  When I say product,
18    what I really mean is product category.
19              When you add up all of the
20    product categories, their pluses and
21    minuses, that was the total for the
22    company in terms of price economic impact
23    from an Agri Stats -- from their
24    measurement standpoint.
25         Q.   And Josh Rennells responded to

Page 92

1    your e-mail; correct?
2         A.   He did.
3         Q.   And what was his role at Clemens
4    at the time?
5         A.   He was a vice president, I
6    think.
7         Q.   Okay.  And you had firsthand
8    knowledge of the information in his
9    e-mails; correct?
10        A.   Correct.
11        Q.   Okay.  And he sent that e-mail
12   at or near the time of the information
13   discussed in the e-mail; right?
14        A.   Correct.
15        Q.   And he -- he would have wrote
16   that e-mail in the regular course of
17   business?
18        A.   Correct.
19        Q.   And that e-mail would have been
20   maintained in the regular course of
21   business; right?
22        A.   Correct.
23        Q.   And to be -- to be number one
24   means that Clemens had the biggest spread
25   that you were referring to earlier;

Page 93

1    correct?
2       A.   It does.  And of course, the
3    reason for it, since it's an FOB plant
4    price, is we have less freight cost to
5    the -- it's our geographic advantage.
6    We're the only packer in the Northeast.
7    The eastern megalopolis is the largest
8    population concentration in the country.
9    We had a geographic advantage, less
10   freight, so we could have been selling at
11   the same price or even necess- -- or even
12   less in some cases and still had an FOB
13   plant price advantage.
14      Q.   Let's take a look at tab I.
15   It's CLMNS ending in 56293.  And this is
16   going to be Plaintiff's Exhibit No. 12-
17   -- I can't read my handwriting.  1281?
18           THE COURT REPORTER:  Uh-huh.
19           THE CONCIERGE:  Yes.  I have
20   1281, as well.
21           MR. SHIFTAN:  Thanks.
22      Q.   Take a moment to review it and
23   just let me know when you've had a chance
24   to.
25   (Plaintiff's Exhibit 1281 was marked for

Page 94

1      identification and is attached.)
2             (Witness reviews document.)
3         A.   Okay.
4         Q.   Plaintiff's Exhibit 1281 is a
5      October 15th, 2014, e-mail from you to
6      various Clemens personnel, subject
7      matter, "Agri Stats September 2014."
8      Right?
9         A.   Correct.
10        Q.   You sent that e-mail?
11        A.   I did.
12        Q.   Okay.  And do you have firsthand
13     knowledge of the information in that
14     e-mail?
15        A.   Yeah, I do.
16        Q.   And that e-mail would have been
17     sent at or near the time of the
18     information discussed in the e-mail;
19     right?
20        A.   Correct.
21        Q.   And you wrote that e-mail in the
22     regular course of business?
23        A.   Correct.
24        Q.   And you would have maintained
25     that e-mail in the regular course of