# EXHIBIT 8

# Filed Under Seal

1

2              UNITED STATES DISTRICT COURT

3              FOR THE DISTRICT OF MINNESOTA

4    -------------------------------X
                                          No.
5    IN RE PORK ANTITRUST LITIGATION    0:18-cv-01776-JRT-JFD

6    -------------------------------X

7

8

9

10          REMOTE VIDEOTAPED DEPOSITION

11                     OF

12            MAPLEVALE FARMS CO.

13                     BY

14              JULIE DUNDERDALE

15          Wednesday, July 20, 2022

16

17

18

19

20

21

22              Reported by:
        AYLETTE GONZALEZ, RPR, CLR, CCR
23          JOB NO. 2022-854205

24

25

21

```
 1          JULIE DUNDERDALE (7/20/22)

 2   to testify to today?

 3        A.    11.  We don't really use that.

 4        Q.    Okay.

 5        A.    The rest -- the rest are fine.

 6        Q.    So just to clarify your answer,

 7   when you say "we don't really do that," are

 8   you saying that benchmarking services or

 9   industry data gathering services is not a

10   thing that Maplevale does?

11        A.    Correct.

12             MR. OWEN:  Counsel, excuse me,

13        may I interject.  Witness was as far

14        as designated topics for particular

15        witnesses goes, the witness was

16        prepared to testify on 11, but her

17        testimony will be as follows.

18             MR. BOXBAUM:  I know.  That's

19        kind of what I'm clarifying, but

20        thank you.

21        Q.    Then the same question for

22   topics 16 to 22?

23        A.    Yes.

24        Q.    Okay.  Thank you.

25             Is there anyone at Maplevale
```

22

```
 1            JULIE DUNDERDALE (7/20/22)
 2    that would be more knowledgeable than you
 3    about these topics?
 4            A.    No.
 5            Q.    Okay.  You can actually set
 6    that document aside.  We're all set.
 7            A.    Okay.
 8            Q.    All right.  At a high level,
 9    can you just briefly describe what
10    Maplevale does?
11            A.    Maplevale is a broadline food
12    service distributor.
13                 MR. BOXBAUM:  I'm sorry, I
14            think I heard somebody else speak up.
15                 MR. OWEN:  Counsel, I want to
16            clarify the record.  We have, prior
17            to this deposition, designated what
18            the witness -- her topics, those have
19            already been set.  She's not
20            designated to testify on all topics
21            of the deposition.
22                 MR. BOXBAUM:  I understand, and
23            I recall that, and that's why I asked
24            her to review only the specific
25            topics that she was designated for,
```

23

1          JULIE DUNDERDALE (7/20/22)

2          which is why I didn't have her just

3          go through all of the topics in the

4          notice.

5                So I'm not certain, are you

6          lodging an objection to the prior

7          question on the basis that it is a

8          topic she was not designated to speak

9          of?

10               MR. OWEN:  No, we're seeking to

11         clarify the fact that she's been

12         designated on the topics that we

13         agreed to have her designated to

14         testify about and not all of the

15         topics in the deposition notice.

16               MR. BOXBAUM:  Okay.  Thank you.

17    BY MR. BOXBAUM:

18         Q.   All right.  You use the term

19    broadline distributor; can you explain that

20    more?

21         A.   We distribute meat, groceries,

22    paper goods, chemicals, most things that a

23    restaurant would use.

24         Q.   Are all of your customers

25    restaurants?

```
 1           JULIE DUNDERDALE (7/20/22)

 2   can you -- can you clarify what type of

 3   product that is?

 4        A.    It's a pre-cooked sausage with

 5   different flavorings.

 6        Q.    Any other products that you can

 7   recall buying from Tyson?

 8        A.    Not that I can recall.

 9        Q.    And did that stay consistent

10   over the relevant time period?

11             MR. OWEN:  Object to form.

12        A.    Pardon.

13             MR. OWEN:  You can answer.

14        A.    For the most part, would

15   probably, yes.

16        Q.    Okay.  Thank you.

17             And turning to Clemens, what

18   pork products did Maplevale buy from

19   Clemens in the relevant time period?

20        A.    Yes.

21        Q.    Which products?

22        A.    Their premium reserve loins and

23   bone-in loins, hams, sausage.  I think

24   that's about it from them.

25        Q.    You mentioned premium reserved
```

32

1          JULIE DUNDERDALE (7/20/22)

2    loins; what is premium reserve?

3          A.    It's a specific brand of

4    Clemens.

5          Q.    So the brand itself was labeled

6    as premium reserve?

7          A.    Yes.

8          Q.    Was it a higher quality than

9    the other Clemens products?

10         A.    I'm sorry, you cutout on me.

11         Q.    I'm sorry.

12               Was that a higher quality

13   product compared to other Clemens commodity

14   products?

15         A.    Not really.  It's just marketed

16   differently.

33



45

```
 1              JULIE DUNDERDALE (7/20/22)

 2         A.    We do a product cutting with

 3   either the supplier or the broker, whoever

 4   comes in and they present it to us and we

 5   look at it and evaluate it that way.

 6         Q.    What -- what would evidence a

 7   bad quality product?

 8              MR. OWEN:  Object to form.

 9         A.    For instance, in a ham, if you

10   cut it open and there's a big glob of fat

11   in it or a big void in it, that would be

12   bad quality.

13         Q.    Sorry.  There's a siren right

14   outside of my window, I'm trying to wait

15   for it to pass.  I don't know if you can

16   hear it on your end.

17              Would you say that you could

18   compare -- so you mentioned hams -- sorry,

19   let me strike that.

20              So you mentioned hams and there

21   could be a quality issue with a glob of

22   fat.  Did different suppliers have

23   different quality hams?

24              MR. OWEN:  Object to form.

25         A.    Yes.  Pretty much every
```

46

```
 1           JULIE DUNDERDALE (7/20/22)

 2   supplier makes a top quality ham on down to

 3   an economy ham.

 4        Q.    Would you be able to tell a top

 5   quality Smithfield ham from a top quality

 6   Tyson ham?

 7                MR. OWEN:  Object to form.

 8        A.    It could have the same specs,

 9   but it's going to be a flavor profile

10   difference.

11        Q.    So Maplevale purchased flavored

12   hams from Tyson in the relevant time

13   period?

14        A.    Not necessarily flavored.  In

15   their processes, they smoke them

16   differently, which gives them different

17   flavors that makes them possibly too smoky

18   for the northeast or maybe not enough for

19   the southwest.  It's not really a flavored

20   ham.

21        Q.    I think I understand.  So by

22   flavored, you're not referring to specific

23   seasonings or a marinade or something like

24   that, correct?

25        A.    Correct.
```

47

```
 1          JULIE DUNDERDALE (7/20/22)

 2               MR. OWEN:  Objection.

 3         Q.    By flavoring, you're referring

 4    to the process may just lead to products

 5    that taste different?

 6               MR. OWEN:  Object to form.

 7         A.    You cutout on me again.

 8         Q.    I apologize.

 9         A.    That's okay.

10         Q.    So you're indicating that based

11    on how the different processors manufacture

12    their hams, they might just taste

13    different?

14         A.    Yes.

15               MR. OWEN:  Object to form.

16         Q.    And some -- as you've

17    testified, some customers in a particular

18    region may have a general preference for

19    one over the other, for say Tyson over

20    Smithfield, based on that flavoring?

21               MR. OWEN:  Object to form.

22         A.    Yes.

23         Q.    Okay.  You mentioned that one

24    thing Maplevale will look for in a supplier

25    is whether they will support Maplevale in
```

50

1          JULIE DUNDERDALE (7/20/22)

2     items from other suppliers and market

3     conditions.

4          Q.    And can you clarify what you

5     mean by "market conditions"?

6               MR. OWEN:  Object to form.

7          A.    As an example, I mean, if it's

8     January and somebody's got a bunch of hams

9     to sell, we're past the season where we can

10    sell them and the price should be lower.

11         Q.    Okay.  We've been going about

12    an hour, so would you like to take a

13    ten-minute break now?

14         A.    Yes, please.

15         Q.    Okay.

16              MR. BOXBAUM:  Why don't we go

17         off record.

18              THE VIDEOGRAPHER:  Okay going

19         off the record at 9:58 a.m.

20              (Whereupon, at this time, a

21         short break was taken.)

22              THE VIDEOGRAPHER:  We're back

23         on the record at 10:10 a.m.

24    BY MR. BOXBAUM:

25         Q.    All right.  Ms. Dunderdale, I

51

```
 1            JULIE DUNDERDALE (7/20/22)

 2    would like to continue discussing the

 3    specifics of how Maplevale purchases pork,

 4    and I'll start with Smithfield.

 5                Does Maplevale have a contract

 6    with Smithfield?

 7         A.    What do you mean by contract?

 8         Q.    Does it have any kind of

 9    written agreement with Smithfield about the

10    purchase of pork?

11         A.    No.

12         Q.    How does Maplevale buy pork

13    from Smithfield?

14              MR. OWEN:  Object to form.

15         A.    We place orders based on our

16    inventory and demand.

17         Q.    Is that a -- how frequently

18    does Maplevale place orders from

19    Smithfield?

20         A.    Weekly.

21         Q.    Is there a specific day of the

22    week that Maplevale always places its

23    weekly orders?

24         A.    Yes, but I don't know what that

25    is.  I'm not the buyer.
```

52

```
 1        JULIE DUNDERDALE (7/20/22)

 2        Q.    You mentioned you place an

 3   order based on inventory and demand,

 4   correct?

 5        A.    Yes.

 6        Q.    How does Maplevale analyze its

 7   inventory for determining what pork it's

 8   going to purchase?

 9             MR. OWEN:  Object to form.

10        A.    Our computer system tracks

11   weekly sales and inventory.  We also keep

12   track of what the shelf life is on product,

13   that has a lot to do with it and we place

14   it based on our lead time and what our

15   needs are, what the inventory level is and

16   what we need to get to the next delivery.

17        Q.    Is there a name for that

18   computer system?

19        A.    We call -- it's an in-house

20   written by our own IT department that

21   includes Doug Neckers.

22        Q.    Understood.

23             How does Maplevale analyze

24   demand with the purpose of demanding its

25   pork purchases?
```

53

```
 1              JULIE DUNDERDALE (7/20/22)

 2              MR. OWEN:  Object to form.

 3         A.    Current average, weekly sales,

 4    and same time last year, to look out ahead

 5    and look for growth trends due to the

 6    seasonality of something.

 7         Q.    Is there someone at Maplevale

 8    who is specifically responsible for doing

 9    that analysis?

10         A.    Each buyer would do it based on

11    what they see in the computer.

12         Q.    When Maplevale places an order

13    with Smithfield, does it buy off a price

14    list?

15         A.    Not usually.

16         Q.    How does Maplevale learn the

17    prices of the products that it wants to

18    place an order for?

19         A.    We do get weekly or not weekly,

20    Smithfield is, I believe, monthly on their

21    processed products.  We do get that, but we

22    order based on customer demand.

23         Q.    Can you -- sorry.  Can you

24    clarify what you mean by "but we order

25    based on customer demand"?
```

54

1         JULIE DUNDERDALE (7/20/22)

2         A.    Customers are pretty set in

3    what they will use.  You cannot swap out

4    one product for another with them.

5         Q.    Okay.

6         A.    If they want Smithfield bacon,

7    that's what they want.

8         Q.    How is the price determined for

9    the products that Maplevale buys from

10   Smithfield?

11             MR. OWEN:  Object to form.

12        A.    The suppliers price our order.

13        Q.    Is that price a per unit price?

14        A.    Per unit or per pound,

15   depending on the item.

16        Q.    Does Maplevale pay any other

17   rate for an order?

18        A.    Freight.

19        Q.    Anything else?

20        A.    No, not that I could think of.

21        Q.    Does Maplevale negotiate that

22   per unit price?

23        A.    Yes, if we are making a volume

24   buy on something, yes.

25        Q.    When you say "a volume buy," do

In Re Pork Antitrust Litigation                                       Julie Dunderdale
30(b)(6)                                                                July 20, 2022

55

```
 1          JULIE DUNDERDALE (7/20/22)

 2   you mean when you're buying a lot of

 3   something?

 4        A.    Yes.

 5        Q.    Okay.  Can -- strike that.

 6              So when -- so when Maplevale

 7   makes an above-average purchase buy from

 8   Smithfield in terms of volume, it can

 9   negotiate for a lower price?

10        A.    Yes.

11        Q.    And how does Maplevale do that?

12        A.    We reach out usually to the

13   broker rep who contacts the regional person

14   at Smithfield.

15        Q.    It's something that Maplevale

16   initiates?

17        A.    Yes.

18              MR. OWEN:  Object to form.

19        Q.    Is Maplevale generally

20   successful in getting that lower price?

21              MR. OWEN:  Object to form.

22        A.    Most of the time.  If -- well,

23   not necessarily from Smithfield.  We

24   wouldn't just throw something out to

25   Smithfield.  We throw it out to Tyson or
```

56

1            JULIE DUNDERDALE (7/20/22)

2    Clemens or even GNC.

3         Q.    Can you clarify what you mean

4    by "we wouldn't throw it out to

5    Smithfield"?

6         A.    Well, we wouldn't ask just one

7    supplier.  We would ask multiple suppliers,

8    for instance, I want to buy a load of ribs,

9    what can you give me for a price and we

10   throw it out to multiple suppliers.

11        Q.    All right.  I want to focus on

12   just that situation that you just

13   identified.  So when would -- when would

14   that situation occur?  When would Maplevale

15   throw it out to multiple suppliers that it

16   wants to buy a large order of, we'll say,

17   ribs?

18             MR. OWEN:  Object to form.

19        A.    Ribs is a good example, because

20   the brand doesn't necessarily matter, so we

21   would do it in the spring, early spring

22   before seasonality and demand takes over in

23   the summer, where we'd be looking to lock

24   in a good price for the summer.

25        Q.    And when you throw out that

In Re Pork Antitrust Litigation                                     Julie Dunderdale
30(b)(6)                                                            July 20, 2022

57

```
 1          JULIE DUNDERDALE (7/20/22)

 2   request, what does Maplevale receive back

 3   from its suppliers?

 4          A.    They would come back with what

 5   they could do for a price or they would

 6   come back with no, we can't do that.

 7          Q.    Did Maplevale -- so after you

 8   get that initial offer back from suppliers,

 9   did Maplevale continue negotiations after

10   that?

11          A.    No, not usually, no.

12          Q.    Did Maplevale ever push a

13   supplier to lower its prices beyond what

14   they initially offered?

15          A.    No.

16          Q.    Why not?

17          A.    Because usually their offers,

18   their first -- their best offer is their

19   first offer.

20          Q.    Did Maplevale compare the

21   initial offers of -- that it received?

22          A.    Yes.

23               MR. OWEN:  Object to form.

24          Q.    And how did it make the

25   decision which offer to accept?
```

58

```
 1              JULIE DUNDERDALE (7/20/22)
 2                   MR. OWEN:  Object to form.
 3         A.    Best price on the product that
 4    was closest to what we were looking for.
 5         Q.    Got that.
 6                   Now, this situation that we
 7    just discussed, that was occasional,
 8    correct, that wasn't every purchase of
 9    pork?
10         A.    That's probably once a year
11    maybe.
12         Q.    Okay.  When you say "once a
13    year," do you mean once a year for a
14    certain type of product?
15         A.    Yes.
16         Q.    And that would be based on the
17    seasonal demands?
18         A.    Yes.
19         Q.    So when you sent out this
20    request for ribs, you mentioned that it
21    would be in the spring because ribs are
22    more popular in the summer?
23         A.    Yes.
24         Q.    And there might be a different
25    time that you would do that same request
```

59

```
 1        JULIE DUNDERDALE (7/20/22)
 2   for, let's say, hams?
 3        A.    Yes.
 4        Q.    Going back to the more general
 5   purchases, the more routine purchases, you
 6   mentioned that Maplevale will pay freight?
 7        A.    Yes.
 8        Q.    How is freight determined?
 9              MR. OWEN:  Object to form.
10        A.    Whatever the transportation
11   costs, we pay the freight to the suppliers
12   and whatever their cost to get it delivered
13   to us is.
14        Q.    Does Maplevale ever negotiate
15   on the rate that it pays for freight?
16        A.    No.
17        Q.    Was this general process that
18   we've discussed, did that stay the same for
19   Smithfield throughout the relevant time
20   period?
21        A.    Yes.
22        Q.    Was there ever a period of time
23   where -- in that relevant time period,
24   where Maplevale stopped buying from
25   Smithfield?
```

In Re Pork Antitrust Litigation                         Julie Dunderdale
                        30(b)(6)                         July 20, 2022

60

```
 1           JULIE DUNDERDALE (7/20/22)

 2      A.    No.

 3      Q.    So there was never, say, a

 4   single week where Maplevale just didn't

 5   purchase anything from -- any pork from

 6   Smithfield?

 7           MR. OWEN:  Object to form.

 8      A.    It's certainly a possibility

 9   that we skipped a week.

10      Q.    But it was unlikely that you

11   would go more than that or a longer time --

12   sorry, that was poorly said.  Let me strike

13   that.

14           It is unlikely that Maplevale

15   ever went more than a week without

16   fulfilling an order with Smithfield?

17           MR. OWEN:  Object to form.

18      A.    Correct.

19      Q.    Okay.  I want to turn next to

20   Tyson, and for the sake of efficiency, I

21   want to start by asking is everything that

22   we said for Smithfield, was that the same

23   for Tyson?

24           MR. OWEN:  Object to form.

25      A.    Yes.  Yes.
```

61

```
 1              JULIE DUNDERDALE (7/20/22)

 2         Q.     So there was no contract with

 3    Tyson?

 4         A.     No.

 5         Q.     And Maplevale put in weekly

 6    orders with Tyson?

 7         A.     Tyson was probably biweekly.

 8    Our purchases are smaller.

 9         Q.     And Maplevale would do the same

10    analysis, that is looking at inventory and

11    demand in determining what it was going to

12    buy for that order from Tyson?

13              MR. OWEN:  Object to form.

14         A.     Yes.

15         Q.     And Maplevale also paid a

16    freight to Tyson?

17         A.     Tyson is a straight delivered

18    price.

19         Q.     Can you explain what that

20    means?

21         A.     They include their freight rate

22    in their pricing, so I -- we don't really

23    know what their freight rate is.

24         Q.     Understood.  And then for

25    Clemens, there was no -- was there a
```

62

```
1              JULIE DUNDERDALE (7/20/22)

2    contract with Clemens?

3         A.    No.

4         Q.    Did Maplevale purchase from

5    Clemens on a weekly basis?

6         A.    Yes.

7         Q.    And it did the same analysis

8    for determining what it would buy from

9    Clemens as it did for Tyson and Smithfield?

10             MR. OWEN:  Object to form.

11        A.    Yes.

12        Q.    Okay.  Did Maplevale ever buy

13   pork on the spot market?

14             MR. OWEN:  Object to form.

15        A.    On the spot market?

16        Q.    Yeah.

17        A.    No, not that I'm aware of.

18        Q.    Other than the involvement of

19   brokers that we've already discussed, that

20   is the broker coming to you on behalf of

21   Clemens or one of the manufacturers, did

22   Maplevale ever buy products from brokers?

23             MR. OWEN:  Object to form.

24        A.    No.  Brokers don't invoice

25   product.
```

63

```
 1            JULIE DUNDERDALE (7/20/22)

 2        Q.    Turning to the

 3   non-manufacturing suppliers that you've

 4   referred to, that is Dot Foods, Wolverine,

 5   and GNC, how does Maplevale submit orders

 6   for pork products from Wolverine?

 7        A.    We email them a purchase order.

 8        Q.    And is that the same process as

 9   we've discussed with Tyson, Clemens, and

10   Smithfield?

11        A.    Yes.

12            MR. OWEN:  Object to form.

13        Q.    Okay.  Would that be the same

14   with GNC?

15        A.    Yes.

16        Q.    And would that be the same with

17   Dot Foods?

18        A.    Yes.

19        Q.    Does Maplevale ever receive any

20   discounts or rebates from any of its pork

21   suppliers?

22            MR. OWEN:  Object to form.

23        A.    Yes.

24        Q.    Can you -- what discounts or

25   rebates did it receive from Smithfield?
```

69

```
 1        JULIE DUNDERDALE (7/20/22)

 2   November 2, 2015?

 3        A.    Yes.

 4        Q.    And it was sent to -- is that

 5   you jdunderdale@maplevalefarms.com?

 6        A.    Yes.

 7        Q.    And with the subject UniPro

 8   Purchasing Newsletter November 2, 2015?

 9        A.    Yes.

10        Q.    Is this an email that was

11   received in the ordinary course of

12   Maplevale's business?

13        A.    Yes, it's a weekly newsletter.

14        Q.    And do you have any reason to

15   doubt that this is a true and accurate copy

16   of this email exchange?

17        A.    No.

18        Q.    You mentioned -- did you say

19   this is a weekly newsletter?

20        A.    Yes.

21        Q.    Okay.  I want to look at the

22   top, under the heading that says Block

23   Buys/Margin Makers News and the first

24   paragraph under that says, "REMINDER -

25   UniPro Foodservice is pleased to offer a
```

70

```
 1            JULIE DUNDERDALE (7/20/22)

 2    limited time savings opportunity on key

 3    Tyson Foods items, just in time for the

 4    holiday season."  Do you see that?  Did I

 5    read that correctly?

 6         A.    Yes.

 7         Q.    First of all, do you recall

 8    getting this email?

 9         A.    No.

10         Q.    Do you know what products would

11    have been subject to this limited time

12    savings opportunity?

13              MR. OWEN:  Object to form.

14         A.    No.

15         Q.    Okay.  Do you recall if it

16    could have involved Tyson pork items?

17              MR. OWEN:  Object to form.

18         A.    Could have.  Could have been

19    chicken.

20         Q.    Okay.  Do you recall if

21    Maplevale ever received any discounts on

22    Tyson Food items through UniPro?

23              MR. OWEN:  Object to form.

24         A.    No, not specifically, no.

25         Q.    Okay.  What would this time --
```

71

```
 1              JULIE DUNDERDALE (7/20/22)

 2    this limited time savings opportunity look

 3    like?

 4                MR. OWEN:  Object to form.

 5         A.    I wouldn't even be able to say.

 6         Q.    Would it be just a reduced

 7    price?

 8                MR. OWEN:  Object to form.

 9         A.    Not necessarily.

10         Q.    Okay.  How often would UniPro

11    offer savings like this?

12                MR. OWEN:  Object to form.

13         A.    Whenever they were available.

14    There's no consistent.  Could have been

15    once a month.  Could have been once every

16    six months, just depends when the

17    opportunities come up.

18         Q.    And were these savings that

19    were only offered through UniPro?

20                MR. OWEN:  Object to form.

21         A.    As far as I know, yes.

22         Q.    Okay.  You can set that

23    document aside.  And if you could turn to

24    document four.

25                MR. BOXBAUM:  And I will state
```

72

1          JULIE DUNDERDALE (7/20/22)

2          for the record this is a two-page

3          email, Bates labeled

4          MAPLE-PORK0000011971 to '11972.  I'll

5          ask that this be marked as Maplevale

6          Exhibit 4.

7                  (Maplevale Exhibit 4, email

8          chain, Bates MAPLE-PORK0000011971 to

9          '11972 was marked for identification,

10         as of this date.)

11  BY MR. BOXBAUM:

12         Q.    And, Ms. Dunderdale, please

13  take your time in reviewing this document

14  and let me know when you're ready.

15         A.    Okay.

16         Q.    All right.  And looking first

17  just at the top of the document, this is an

18  email from Jennifer Issler?

19         A.    "Issler."

20         Q.    And she is with Maplevale?

21         A.    Yes.

22         Q.    And it's sent to you?

23         A.    Yes.

24         Q.    At jdunderdale@maplevalefarms.com?

25         A.    Yes.

125

```
 1            JULIE DUNDERDALE (7/20/22)

 2   does not participate in any benchmarking

 3   services; is that correct?

 4        A.    Correct.

 5             MR. OWEN:  Object.

 6        Q.    You testified previously that

 7   Maplevale did not often use USDA data,

 8   correct?

 9             MR. OWEN:  Object to form.

10        A.    Correct.

11        Q.    And you also testified that

12   Maplevale did not subscribe to Urner Barry;

13   is that correct?

14        A.    Correct.

15        Q.    Was there any other publicly

16   available data sources surrounding the pork

17   industry that Maplevale did use?

18             MR. OWEN:  Object to form.

19        A.    No.

20        Q.    Are you familiar with Agri

21   Stats?

22        A.    Agri Stats?  No.

23        Q.    Okay.  I take it that Maplevale

24   never subscribed to Agri Stats?

25        A.    Not that I'm aware of.
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1447-8   Filed 08/24/22   Page 31 of 32

In Re Pork Antitrust Litigation
30(b)(6)

Julie Dunderdale
July 20, 2022

126

```
 1            JULIE DUNDERDALE (7/20/22)

 2        Q.    Is Maplevale familiar with a

 3   company called Express Markets, Inc.?

 4        A.    I am not -- I'm not familiar

 5   with it.

 6        Q.    Who -- Maplevale is located in

 7   New York, correct?

 8        A.    Yes.

 9        Q.    Was its -- what was the

10   geographic scope of its business?

11        A.    Our distribution area?

12        Q.    Yeah.

13        A.    We distribute in New York, a

14   little in Ohio and in Pennsylvania as well.

15        Q.    And in that region, who would

16   Maplevale consider to be its competitors?

17              MR. OWEN:  Object to form.

18        A.    Curtsied, Sysco, US Foods

19   Batino, GFS.

20        Q.    Okay.  Was Maplevale ever aware

21   of its competitors' prices?

22              MR. OWEN:  Object to form.

23        A.    No, we don't share that

24   information.

25        Q.    You don't share Maplevale's
```

127

1           JULIE DUNDERDALE (7/20/22)

2   price information with its competitors?

3       A.    No.

4           MR. OWEN:  Object to form.

5       Q.    Did Maplevale ever receive,

6   either from its competitors or any other

7   source, its competitors' prices?

8           MR. OWEN:  Object to form.

9       A.    Not that I'm aware of, no.

10      Q.    Did Maplevale belong to any

11  trade associations?

12          MR. OWEN:  Object to form.

13      This topic was designated for Doug.

14          MR. BOXBAUM:  If that is the

15      case, I do apologize, but I thought

16      that this was one for her.

17          MR. OWEN:  I had a list.

18      Sorry, could we go off the record.

19          MR. BOXBAUM:  Sure.

20          THE VIDEOGRAPHER:  Going off

21      the record at 11:56 a.m.

22          (Whereupon, at this time, a

23      short break was taken.)

24          THE VIDEOGRAPHER:  And we're

25      back on the record at 11:57 a.m.