# EXHIBIT 9



Home    About C&S    Our Services    Community    Careers    News & Media    Locations

Customer/Partner Login    Contact Us

# C&S WHOLESALE GROCERS TO ACQUIRE OLEAN WHOLESALE GROCERY COOPERATIVE, INC., A PREMIER, FULL-SERVICE FOOD DISTRIBUTOR

 By    December 6, 2018

Keene, NH and Olean, NY – C&S Wholesale Grocers, Inc. announced today that it has signed an agreement to acquire Olean Wholesale Grocery Cooperative, Inc. based in Olean, NY. The sale is expected to close in early 2019.

Olean Wholesale, a New York cooperative corporation founded in 1922, is a full-service grocery wholesaler with a variety of food products as well as non-food, household, and personal care items. The company services over 270 independent food retail and convenience stores throughout New York, Pennsylvania, and Northeast Ohio. Olean Wholesale has built its business upon their comprehensive product offerings, personalized customer service, and collaborative partnerships with independent retailers and manufacturers. Current CEO and President, Robert Ketchner, will continue to manage the day-to-day operations, ensuring consistency for the employees, customers, and vendors.

"As proven by the nearly 100 years of success with Olean Wholesale's premier service model, Bob and the Olean team have established themselves as outstanding operators in the wholesale food business," said Mike Duffy, C&S CEO. "We have admired Olean Wholesale and the impressive organization its talented employees have built and very much look forward to partnering with the Olean team to continue this tradition and to expand the solutions available to their customers with the additional strength and scale of C&S."

Olean distributes all major product lines, including grocery, frozen, dairy, meat, produce, general merchandise, and health and beauty care and is also known for its full-service capabilities for its members.

"I am excited about the future and the new opportunities this partnership will offer the Members of Olean Wholesale. I believe that having the opportunity to combine the unquestioned service and dedication to our retailers with the scale and expertise of C&S will only make us better. I have had the pleasure of servicing our members for over 20 years, and I look forward to working with our team for many more," said Robert Ketchner, Olean CEO.

**Advisors**

RBC Capital Markets LLC served as financial advisor to Olean Wholesale and Phillips Lytle LLP served as legal counsel to Olean Wholesale. Downs Rachlin Martin PLLC served as legal advisor to C&S.

**About C&S Wholesale Grocers**

C&S Wholesale Grocers, Inc., based in Keene, NH, is the largest wholesale grocery supply company in the U.S. and the industry leader in supply chain innovation. Founded in 1918 as a supplier to independent grocery stores, C&S now services customers of all sizes, supplying approximately 7,700 independent supermarkets, chain stores, military bases, and institutions with over 137,000 different products.

← C&S Wholesale Grocers Family of Companies Donates Turkeys for Neighbors in Need

C&S Wholesale Grocers Announces Results of 5-Hour Service Marathon to End Hunger →



Search | Search

FRAUD ALERT: Recently, counterfeit checks purported to be issued by C&S Wholesale Grocers, Inc. were discovered to be in circulation. If you receive an unexpected check from C&S Wholesale Grocers, Inc. please do not cash it and contact C&S.

Home | About Us | Our Services | Community | Careers | News & Media | Locations | Customer/Partner Login | Contact Us | Terms of Service & Privacy Policy

© 2022, C&S Wholesale Grocers, Inc.