UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to: *The Direct Purchaser Plaintiff Action* | Civil No. 18-cv-01776 (JRT/JFD)<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENTS** |

Pursuant to Local Rule 5.6 and the Court's Amended Protective Order, ECF No. 1155, Defendants' Memorandum in Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification and Exhibits 1-7, 10, 12-13, and 16-18 to the Declaration of Allison Vissichelli have been filed under seal. These documents were filed under seal because they contain sensitive information and/or were designated Confidential or Highly Confidential by the producing party under the Amended Protective Order and redaction is impracticable.

Dated: August 24, 2022

Respectfully submitted,

By: /s/ Tiffany Rider Rohrbaugh
Tiffany Rider Rohrbaugh (*pro hac vice*)
Rachel J. Adcox (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
trider@axinn.com
radcox@axinn.com
lstrang@axinn.com
avissichelli@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

Craig M. Reiser (*pro hac vice*)
Kail Jethmalani (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
creiser@axinn.com
kjethmalani@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

*Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*

| | |
|---|---|
| */s/ Mark L. Johnson* | */s/ Craig. S. Coleman* |
| Mark L. Johnson (#0345520) | Richard A. Duncan (#0192983) |
| Davida S. McGhee (#0400175) | Aaron D. Van Oort (#0315539) |
| GREENE ESPEL PLLP | Craig S. Coleman (#0325491) |
| 222 South Ninth Street, Suite 2200 | Emily E. Chow (#0388239) |
| Minneapolis, MN 55402 | Isaac B. Hall (#0395398) |
| (612) 373-0830 | FAEGRE DRINKER BIDDLE & REATH LLP |
| mjohnson@greeneespel.com | 2200 Wells Fargo Center |
| dwilliams@greeneespel.com | 90 South Seventh Street |
| | Minneapolis, MN 55402-3901 |
| Daniel Laytin, P.C. (*pro hac vice*) | (612) 766-7000 |
| Christa Cottrell, P.C. (*pro hac vice*) | richard.duncan@faegredrinker.com |
| Jenna Stupar (*pro hac vice*) | aaron.vanoort@faegredrinker.com |
| KIRKLAND & ELLIS LLP | craig.coleman@faegredrinker.com |
| 300 North LaSalle | emily.chow@faegredrinker.com |
| Chicago, IL 60654 | isaac.hall@faegredrinker.com |
| (312) 861-2000 | |
| daniel.laytin@kirkland.com | Jacob D. Bylund (*pro hac vice*) |
| christa.cottrell@kirkland.com | Stephanie A. Koltookian (*pro hac vice*) |
| jenna.stupar@kirkland.com | Robert C. Gallup (#0399100) |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| **Counsel for Clemens Food Group, LLC and The Clemens Family Corporation** | 801 Grand Ave., 33rd Floor |
| | Des Moines, IA 50309 |
| | (515) 248-9000 |
| | jacob.bylund@faegredrinker.com |
| | stephanie.koltookian@faegredrinker.com |
| | robert.gallup@faegredrinker.com |
| | |
| | Jonathan H. Todt (*pro hac vice*) |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 1500 K Street NW, Suite 1100 |
| | Washington, DC 20005 |
| | (202) 842-8800 |
| | jonathan.todt@faegredrinker.com |
| | |
| | John S. Yi (*pro hac vice*) |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | One Logan Square, Suite 2200 |
| | Philadelphia, PA 19103 |

(215) 988-2700
john.yi@faegredrinker.com

***Counsel for Hormel Foods Corporation***

/s/ *Peter H. Walsh*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

***Counsel for Agri Stats, Inc.***

/s/ *Christopher A. Smith*
Aaron Chapin (#0386606)
Christopher A. Smith (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
Sarah L. Zimmerman (MDL registered)
Kate Ledden (MDL registered)
Tanner Cook (MDL registered)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com
kate.ledden@huschblackwell.com
tanner.cook@huschblackwell.com

***Counsel for Triumph Foods, LLC***

<u>*/s/ Peter J. Schwingler*</u>
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

***Counsel for Seaboard Foods LLC and Seaboard Corporation***