UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFFS ACTION | Case No. 0:18-cv-01776-JRT-HB<br><br>**DECLARATION OF CHRISTOPHER A. SMITH IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF DR. RUSSELL MANGUM** |

I, Christopher A. Smith, declare as follows:

1. I am over the age of majority, am competent to testify, and I have personal knowledge of the matters addressed in this declaration.

2. I am a partner at the law firm of Husch Blackwell LLP and have been admitted to practice *pro hac vice* in the District of Minnesota in the above-captioned lawsuit.

3. This declaration is submitted in support of Defendants' Motion to Exclude the Expert Report and Testimony of Dr. Russell Mangum.

4. Attached as Exhibit A is a true and correct copy of excerpts from the Deposition of Dr. Russell Mangum (filed under seal).

1

5. Attached as Exhibit B is a true and correct copy of Gregory J. Werden, *The Admissibility of Expert Testimony*, in 1 ISSUES IN COMPETITION LAW & POLICY 801, 806 (ABA Antitrust Law Section 2008).

6. Attached as Exhibit C is a true and correct copy of excerpts from the Deposition of Shayle Shagam.

7. Attached as Exhibit D is a true and correct copy of excerpts from the Deposition of Taylor Cox.

8. Attached as Exhibit E is a true and correct copy of excerpts from the Deposition of Seth Meyer, Ph.D.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 24, 2022              /s/ *Christopher Andrew Smith*
                                    Christopher A. Smith