EXHIBIT

**C**

**In the Matter Of:**

*IN RE: PORK ANTITRUST LITIGATION*

*SHAYLE SHAGAM*

*June 01, 2022*



15

1           MR. LISWELL:  Brooks Liswell on

2      behalf of USDA.

3           MR. SIMON:  Jeremy Simon, U.S.

4      Attorney's Office, on behalf of USDA.

5           MS. COTTRELL:  And then if it's

6      okay, I think the rest of the appearances

7      were going to email in.

8           THE VIDEOGRAPHER:  The court

9      reporter is Laurie Donovan and will now swear

10      in the witness, after which we can proceed.

11                    * * * * *

12 Whereupon,

13           SHAYLE D. SHAGAM,

14      having been first duly sworn, testified

15      upon his oath as follows:

16    EXAMINATION BY COUNSEL FOR DEFENDANT CLEMENS

17 BY MS. COTTRELL:

18      Q    All right.

19      A    Good morning.

20      Q    Could you state your name for the

21 record?

22      A    Shayle Shagam.

23      Q    And we have noticed your deposition as

24 both an individual deposition and a Rule 30(b)(6)

25 deposition.

16

 1          Are you aware of that?

 2     A    I have been made aware of that, yes.

 3     Q    And for purposes of today, I'm intending

 4  to ask you questions in your personal capacity.

 5  If we want to pivot over to that 30(b)(6), I'll

 6  let you know.

 7          Does that sound okay?

 8     A    That's fine.

 9               MR. SIMON:  That's fine.  I just

10       ask, before you pivot to the 30(b)(6), to

11       make sure it's clear on the record.

12               MS. COTTRELL:  Sounds good.

13  BY MS. COTTRELL:

14     Q    Okay.  I know you've been deposed

15  before, right?

16     A    Yes.

17     Q    If I ask you a question that you don't

18  understand, just let me know, and I'll try to

19  rephrase.

20          Sound fair?

21     A    Okay.

22     Q    I'll ask you to answer yes or no as

23  opposed to shaking your head so our court reporter

24  can take it down.

25          Sound fair?

 1        A     Yes.

 2        Q     There might be some objections today.

 3   Unless there is an instruction by your lawyer not

 4   to answer, you still have to answer the question,

 5   even though there's an objection.

 6              All right?

 7        A     Okay.

 8                   MS. COTTRELL:  All right.  If we

 9         could pull down Tab 0, which I'm going to

10         mark as Exhibit 1.

11                   (Exhibit 1 was marked for

12                   identification.)

13   BY MS. COTTRELL:

14        Q     Let me know, after you have a minute to

15   look at it, if you recognize Exhibit 1 to be a

16   copy of your bio.

17        A     It is.

18        Q     Is Exhibit 1 an accurate reflection of

19   your work experience?

20        A     It is.

21        Q     Did you prepare Exhibit 1?

22        A     I did.

23        Q     Let me ask you this:  Have you ever

24   worked for a pork producer or a pork packer?

25        A     No, I have not.

18

1       Q     And you understand this lawsuit is being

2   brought against pork packers?

3       A     I do.

4       Q     Fair to say that you're independent at

5   the USDA, you don't have a stake either way in who

6   wins this case?

7       A     No, I do not.

8       Q     How long have you been at the USDA?

9       A     I started at the USDA in November of

10  1996.  Excuse me.  1986.

11      Q     Oh, a while then.

12      A     Yes.

13      Q     And what do you do for the USDA?

14      A     In my current capacity, I am chairman of

15  the estimates committees for livestock, dairy and

16  poultry, which is responsible for putting out

17  USDA's official monthly forecasts of production,

18  trade and prices for the various meat components,

19  livestock, bulk hogs, chickens, turkeys, eggs,

20  lamb, veal, and milk and dairy products.

21      Q     And so just to break that down, is it

22  fair to say that you're in charge of forecasting

23  what pork and hog supply will be in the future?

24      A     I oversee the --

25                  MR. RISSMAN:  Objection.

19

1          THE REPORTER:  Who made the

2      objection?  I'm sorry.  Who made the

3      objection?

4          MR. RISSMAN:  Josh Rissman.  I'll

5      be making -- you can assume it's me if it's

6      coming from Zoom.

7          THE REPORTER:  I can't see your

8      face, so I don't know who is talking.

9   BY MS. COTTRELL:

10      Q    Do you want me to reask?

11      A    Please.

12      Q    Okay.  I know.  I think it's mostly

13   going to be Mr. Rissman.  Probably we can assume

14   it unless someone says it's not.

15          I just was wondering:  Is it fair to say

16   that while you have been at the USDA, you've had

17   responsibilities for forecasting what pork and hog

18   supply will be in the future?

19      A    That is correct.

20          MR. RISSMAN:  Objection.

21   BY MS. COTTRELL:

22      Q    And I guess my question would be:

23   You've been at USDA since '86, so have you had

24   responsibilities for forecasting pork and hog

25   supply that whole time, from '86 to the present?

20

1          A      Not in its entirety.  I was with the

2     economic research service for 12 years.  I mainly

3     dealt with international trade forecasting, more

4     on the, more on the beef side than on the pork

5     side.

6          Q      So how many years would you say you've

7     had some role in terms of forecasting hog and pork

8     supply and price?

9          A      Pretty close to 36 years.

10         Q      Okay, and you mentioned forecasting each

11    month, I think.

12         A      That is correct.

13         Q      Is that known as the WASDE?

14         A      That is correct.

15         Q      Do you also perform longer term

16    forecasting?

17         A      We do.  We perform an annual forecast.

18    What we do is a baseline forecast, which is a

19    conditional forecast, for ten years, every -- it's

20    changed over the years, but generally around

21    October/November.

22         Q      Do you ever interact with economists at

23    FAPRI?

24         A      Yes.

25         Q      And what's the nature of those

1   interactions?

2       A    They provide an occasional -- they

3   provide a baseline, and we are, on occasion, asked

4   to comment on the forecasts.

5       Q    And just to help a jury who might watch

6   this in the future, a baseline by FAPRI is what?

7       A    That would also be a ten-year forecast

8   of many of the same commodities that we forecast

9   as part of our baseline, but it's not, it's not

10  exactly the same.  I mean they have different

11  levels of detail, and they look at a couple of

12  different aspects than we do in our normal

13  baseline.

14      Q    And how many -- just to get a sense of

15  like how much time you spend thinking about, you

16  know, these forecasts, how many hours a week are

17  you working on the forecasts in the area of, you

18  know, agriculture economics?

19      A    Within the WASDE, the majority of my

20  time.  I mean I, day to day, look at data, look at

21  meeting our goals, hear what, what other analysts

22  are thinking, and then, of course, ahead of the

23  normal WASDE process, I start putting my forecast

24  together.

25      Q    So when you say "majority" of your time,

1    BY MS. COTTRELL:

2        Q    And is the primary reason that you're

3    saying, back in winter of '06, hey, looking

4    forward, we think there's going to be some

5    production cuts because of high feed prices?

6                    MR. RISSMAN:  Object to form.

7                    MR. BERGMAN:  Foundation

8        objections.

9                    THE WITNESS:  That was likely one

10       of the reasons.  I would have to go back and

11       actually look and see, you know, what

12       assumptions were made about economic growth,

13       and again, because you also have to consider

14       that, you know, you don't just produce the

15       meat and put it out there.  I mean there is a

16       demand component about how much -- how people

17       are willing to pay for the meat and their

18       ability to pay for the meat and how the

19       meat -- different species mix amongst each

20       other.

21                    So it's a, it's a two-way -- it's a

22       bidirectional analysis.  You're looking at

23       the higher cost facing the producer, you're

24       also looking at, you know, what is happening

25       on the demand side that would feed back the

41

1        prices that packers would be willing to pay

2        for those, for those animals.

3    BY MS. COTTRELL:

4        Q    And you just used two terms that I want

5    to clarify, which is "packer" and "producer," and

6    I'm focused in the pork sector right now.

7             Can you just describe for me, when you

8    use the term "producer," what you're referring to,

9    and then what you mean when you say "packer"?

10       A    Sure.  When we talk about a producer, we

11   are talking about the unit that produces the hogs,

12   that raises the sows, that farrows the sows,

13   produces the piglets, that raises the piglets to

14   market weight.

15       Q    So like a farmer?

16       A    It could be a farmer.  It could also be

17   a company that contracts out.  It's not

18   necessarily a farmer in the traditional sense that

19   we -- you know, from the 1960s.  There are farmers

20   that work on contract -- producers that work on

21   contract to companies that are also vertically

22   integrated.

23            So they could be the packers, and by

24   "packers," I am using the companies that are

25   providing the facilities, buy the live animals or

42

1   arrange for the live animals to be delivered to

2   the slaughter plant, kill those animals, and then

3   sell the meat further on up the, up the chain.

4       Q    And I'm familiar with the chicken

5   industry, as I know you are, too.  Could you just

6   describe for me, when we think about these

7   dynamics of packer, producer, what the differences

8   are between the chicken industry and the level of

9   vertical integration there versus the pork

10  industry?

11      A    Sure.

12            MR. RISSMAN:  Object to form.

13            THE WITNESS:  Generally, it would

14       appear that the -- there is more vertical

15       integration within the chicken industry than

16       there is within the pork industry.  The pork

17       industry has consolidated over time.  In my

18       history being with USDA, the number of

19       producers has declined, contract production

20       has increased, but there are still

21       independent hog producers.

22  BY MS. COTTRELL:

23      Q    When you use -- and just again to

24  clarify the terms, so when you use today the term

25  "producer," are you referring to the individuals

43

1    who are working on the farms, whether they're

2    contracted out or not, the ones who are working on

3    the farms producing the animals?

4         A    Yes, when I, when I use the term --

5                   MR. RISSMAN:  Object to form.

6                   THE WITNESS:  Sorry.  When I use

7         the term "producer," I am referring to the

8         individuals who are responsible for the, the

9         production of the live animals, not the meat.

10                   The structure of the industry is

11        such that you may be a -- some, some, some

12        operations solely produce piglets, other

13        operations solely take those piglets and feed

14        them out to market weight, and some, some

15        units produce pigs from birth to, to

16        slaughter.

17   BY MS. COTTRELL:

18        Q    And in the pork industry -- and I think

19   you alluded to this before, but just to sort of

20   break down the buckets, in the pork industry, some

21   companies own the processing facilities and own

22   hogs, right?

23        A    That's correct.

24        Q    Some companies only own the processing

25   facility and own no hogs; is that right?

100

1    BY MS. COTTRELL:

2       Q    No problem.  Look wherever you want, but

3    page 3 is on pork.

4       A    Thank you.

5            Okay.  Yes.  So in 2008, they were

6    facing higher -- they were facing higher feed

7    prices, right.

8       Q    And on that first page again at the

9    middle of the paragraph, it says, "The economic

10   weakness is expected to continue to exert downward

11   pressure on the meat sector through weak demand

12   and, in the face of poor returns, production of

13   meat from each major livestock and poultry

14   category is forecast to decline for the first time

15   since 1973."

16           Do you see that?

17      A    I do.

18      Q    Do you -- there's a reference here that

19   you're making to 1973.  What's that reference to

20   1973, if you remember?

21      A    I believe that that was the first time

22   that all specie meats declined simultaneously.

23      Q    And was the next time that all meat

24   production declined simultaneously in '08 and '09?

25           MR. RISSMAN:  Object to form.

101

1              THE WITNESS:  I would have to check

2        the data.  I don't -- I mean that was it.  At

3        the time, that is what we were forecasting.

4    BY MS. COTTRELL:

5        Q    You, at the -- let me just unpack it to

6    make sure my question is clear.

7              As of 2009, the USDA was forecasting a

8    reduction in production for all the major

9    livestock sectors for the first time since '73?

10       A    Correct.

11             MR. RISSMAN:  Object to form.

12   BY MS. COTTRELL:

13       Q    I mean do you recall whether or not feed

14   prices also spiked in '73?

15             MR. RISSMAN:  Object to form and

16       foundation.

17             THE WITNESS:  No, I don't.

18   BY MS. COTTRELL:

19       Q    Okay.  You don't recall the

20   circumstances that led to that?

21       A    It was -- no.  That would have been

22   before -- I was actually still in high school at

23   that time.

24       Q    You weren't forecasting?  You've been

25   doing this for 30 years, you know?

102

1          Okay, and we know that in '08 and '09,

2    the U.S. was experiencing the Great Recession,

3    right?

4      A    Correct.

5              MR. RISSMAN:  Object to form.

6    BY MS. COTTRELL:

7      Q    In '08, do you recall that corn prices

8    spiked to about seven bucks a bushel?

9              MR. RISSMAN:  Object to form and

10       foundation.

11             THE WITNESS:  Yes.

12   BY MS. COTTRELL:

13     Q    And both those things, the Great

14   Recession and the high feed price spike, is

15   something the USDA said this is going to have an

16   impact on livestock supply?

17             MR. RISSMAN:  Object to form.

18             MR. BERGMAN:  Objection.

19             THE WITNESS:  That's correct.

20   BY MS. COTTRELL:

21     Q    Can you think of any -- just let's think

22   of 2000 to 2007.  Can you think of anything

23   comparable to the Great Recession between 2000 and

24   2007?

25             MR. RISSMAN:  Object to form.

103

1              MR. BERGMAN:  Objection; form.

2              THE WITNESS:  In terms of -- it's,

3        it's -- I mean obviously -- I mean just

4        remembering my history, I mean 2003 --

5        excuse me -- 1973, 1974, you had the energy

6        crisis, so I mean I believe there was a

7        recession during that period of time.  I

8        couldn't tell you whether it was better or

9        worse.

10   BY MS. COTTRELL:

11       Q    What about 2000 to 2007; do you recall

12   any GDP drop that's comparable to the Great

13   Recession?

14              MR. RISSMAN:  Objection.

15              THE WITNESS:  I can't remember.

16   BY MS. COTTRELL:

17       Q    Do you recall anything close to the

18   price spikes we saw in '08, '09, '10, '11 and '12,

19   between that 2000 and 2007 time period?

20              MR. RISSMAN:  Object to form.

21              MR. BERGMAN:  Objection.

22              THE WITNESS:  I can't recall,

23        though, again, I would have to say that in

24        2011, '12, we were facing '12, '13,

25        especially we were facing drought, which

104

1          would have an impact on feed price; we would

2          have had also, as we discussed earlier, an

3          impact on forage supplies for cattle.

4    BY MS. COTTRELL:

5          Q    Under "2008 in Recap," the second

6    sentence says, "Much of the increase was the

7    result of herd and flock liquidation, as producers

8    responded to dry conditions, high prices of inputs

9    and declining domestic and international demand."

10         Was this -- do you know; was this a

11   reference to beef, or is it a reference to all

12   livestock, including pork?

13         A    The fact that it says "herd and flock

14   liquidation," I would assume it covered all,

15   covered all species of meats.

16         Q    So can you just break that down?  When

17   you use the term "liquidation" in the pork sector,

18   what are you referring to?

19         A    You -- we start with an inventory of

20   animals, which is the number of animals on hand at

21   a given time, which is given to us by NASS.  So a

22   liquidation would be a reduction in the number of,

23   of animals of any one of those species.

24         Q    And is it -- I guess I'm just wondering.

25   Is there any significance to using the term

105

1    "liquidation" versus "a decrease in production"?

2    Is there a mechanism here?

3         A    No, not really.  We just -- liquidation

4    would simply -- we use it just to mean a decline

5    in the number -- more animals are going to

6    slaughter.  The numbers of the animals are

7    declining.

8         Q    So now if we go to page 3, to pork

9    production, the title there is "Pork Production to

10   Decline."

11        A    Yes.

12        Q    And it says, "After almost four years of

13   generally positive returns for U.S. hog

14   producers," and I want to pause there.

15            Do you recall that hog producers had

16   positive returns from 2003 to 2007?

17                 MR. RISSMAN:  Object to form.

18                 MR. BERGMAN:  Foundation objection

19        as well.

20                 THE WITNESS:  I can't recall that

21        that was the case, though I suspect that if I

22        had written it, that there was evidence that

23        would have indicated.

24                 We use a series of returns

25        published by Iowa State University monthly,

122

1        to reduce production.

2                    MS. COTTRELL:  Okay.  Tab 62, and

3        Tab 62 will be Exhibit 8.

4                    (Exhibit 8 was marked for

5                    identification.)

6    BY MS. COTTRELL:

7        Q    Let me know if you recognize Exhibit 8

8    to be a presentation by the World Agricultural

9    Outlook Board titled "Outlook for U.S. Livestock

10   and Poultry in 2010" by Joel L. Greene.

11       A    I do.

12       Q    Do you know Mr. Greene?

13       A    I do.

14       Q    You all worked together?

15       A    He was my deputy for a number of years.

16       Q    He reported to you?

17       A    Yes.

18       Q    To the best of your knowledge, is

19   Exhibit 8 a true and accurate copy of the

20   presentations made on the USDA Outlook for

21   Livestock and Poultry in 2010?

22       A    Yes, it is.

23       Q    Prepared and kept in the regular course

24   of USDA's business?

25       A    It was.

123

1      Q    Would this be like the type of

2    presentation that would happen at that conference

3    you talked about?

4      A    It is.

5      Q    And if you look with me, page 3, it says

6    "Weak Demand in 2009 Impacts the Meat Sector," and

7    then the last bullet says "recession compounds

8    losses for the sector."

9      A    Yes.

10     Q    Can you just tell me what's being

11   portrayed on the slide?  What are those points

12   getting at?

13     A    Well, the first is --

14               MR. BERGMAN:  Object.

15               THE REPORTER:  What was the

16         objection?

17               MR. BERGMAN:  Objection; foundation

18         and form from Mr. Bergman.

19               THE WITNESS:  Well, the first is

20         the producers were likely losing money or

21         possibly just have very, very weak returns,

22         which was the high feed prices that we

23         discussed earlier, and those were expected to

24         carry into their production decisions in

25         2009.

124

1           The recession that we discussed

2      would have had impact on meat demand, which

3      would have been pushing from the other end to

4      reduce the prices, likely reduce prices for

5      pork, given the supplies, and then work its

6      way back down the chain to lower hog prices.

7  BY MS. COTTRELL:

8      Q    All right, and if you jump with me to

9  slide 4, it says "Meat Production Falls in 2009,"

10  and then it says "beef, pork, broiler meat and

11  turkey."

12      A    Yes.

13      Q    Are these forecasts, or is this -- at

14  this point in time?  We're only in February of --

15  we're in February of 2010, so these are -- excuse

16  me -- these are looking backwards?

17      A    That's correct.

18      Q    Okay.  So fair to say that it's not just

19  in pork that we saw a reduction in supply, but we

20  saw it across all the proteins?

21           MR. RISSMAN:  Object to form.

22           THE WITNESS:  Yes.

23  BY MS. COTTRELL:

24      Q    Are there commonalties across all those

25  proteins that would lead all of them to be

CASE 0:18-cv-01776-JRT-JFD   Doc. 1451-2   Filed 08/24/22   Page 22 of 28
IN RE: PORK ANTITRUST LITIGATION                                    Shayle Shagam
30(b)(6)                                                            June 01, 2022

125

1    reducing supply?

2                MR. RISSMAN:  Object to form.

3                THE WITNESS:  Again, all of them

4        are reliant on feed prices, all of them are

5        reliant on income from the demand side, so,

6        you know, in that respect, those

7        commonalities, the costs facing all of those

8        producers would be higher, and the cost --

9        and the returns or the prices received for

10       those animals might have been -- again,

11       without looking at the actual numbers, yeah,

12       the prices for those animals would have been

13       lower as well.

14   BY MS. COTTRELL:

15       Q    If you go to the next slide, it actually

16   says at the top "Livestock and Poultry Prices

17   Lower in 2009."

18            Do you see that?

19       A    I do.

20       Q    And it says "Percent Change, 13.8."

21   What does that 13.8 represent?

22       A    It means that prices fell 13.8 percent

23   between the average, the average annual hog price

24   fell between -- fell 13.8 percent between 2008 and

25   2009.

                                                                    165

1        A     That's correct.

2               MR. RISSMAN:  Object to form.

3    BY MS. COTTRELL:

4        Q     Is this that cyclicality that you talked

5    about before that we see these periods of

6    expansion and retraction?

7               MR. BERGMAN:  Form and foundation

8        objections.

9               THE WITNESS:  Yes.

10   BY MS. COTTRELL:

11       Q     Since you've been in this business since

12   1986, have we seen a similar pattern of increases

13   followed by decreases and increases followed by

14   decreases?

15               MR. RISSMAN:  Object to form and

16       foundation.

17               THE WITNESS:  Yes.  As I mentioned

18       earlier, the change in the structure of the

19       industry, the fact that producers are more or

20       less willing to come out of, you know, go in

21       and out of the business has changed the

22       nature of it, but you do get these periods of

23       expansion followed by -- which usually lasts

24       a couple of periods, followed by a period of

25       expansion.

166

1   BY MS. COTTRELL:

2        Q    Do you remember -- I'm going to tap your

3   memory again on these diseases -- something called

4   the circovirus?

5        A    I do.

6        Q    And do you remember the circovirus

7   impacting hog production to some extent in the

8   2000s period?

9        A    It did, yes.

10       Q    And then am I right that at some point

11  there was a vaccine for the circovirus?

12       A    That is correct.

13       Q    And did that vaccine lead to an increase

14  in hog production?

15       A    It did.

16       Q    Is that increase in hog production what

17  we see here in 2007, that big spike?

18                 MR. BERGMAN:  Foundation and form.

19                 THE WITNESS:  I cannot remember the

20       exact date of it, but it is likely the case,

21       yes.

22  BY MS. COTTRELL:

23       Q    Can you think of any other reason for

24  that big spike in '07?

25       A    No.

167

1          MR. RISSMAN:  Form and foundation.

2          THE WITNESS:  No, I cannot.

3          MS. COTTRELL:  Okay.  Keep this guy

4      up, keep them here and set them right here if

5      you want, and let's take a look at Tab 256.

6               (Exhibit 14 was marked for

7               identification.)

8  BY MS. COTTRELL:

9      Q    We're going to walk down Memory Lane

10  here.

11          Okay.  I'm handing you what's been

12  marked as Exhibit 14, which has your name on it.

13  Do you recognize Exhibit 14 to be an Outlook for

14  Livestock and Poultry dated all the way back in

15  time, February 21st of 2003?

16      A    I do.

17      Q    Created and kept in the regular course

18  of business?

19      A    It was.

20      Q    Accurate to the best of your knowledge?

21      A    It is.

22      Q    So if I look -- yes.  So if I look, I

23  want to look at 2002 and 2003.  So in 2002 we see

24  an increase in hog production, and then by '03,

25  this USDA chart, at least, suggests there was a

IN RE: PORK ANTITRUST LITIGATION
30(b)(6)

Shayle Shagam
June 01, 2022

176

1       Q    There could be market formula purchases,

2   for example?

3       A    That's correct.

4       Q    But at the end of the day, what that

5   75 percent represents are packers negotiating with

6   hog producers to buy those hogs?

7               MR. RISSMAN:  Object to form.

8               MR. BERGMAN:  Foundation and form

9        objections.

10              THE WITNESS:  Well, not

11       necessarily.  I mean, again, because in some

12       cases it may be a formula.  I mean they've

13       agreed upon a formula at a previous time, and

14       that formula has various cost components or

15       some sort of basis in what happens in the

16       market, but it's not, you know, it's not

17       negotiated at the time the individual sells

18       the hogs.

19   BY MS. COTTRELL:

20       Q    Right, so they could be contracts, for

21   example, for a year period of time that set the

22   price, for example?

23       A    Correct.

24              MR. RISSMAN:  Object to form.

25

1    BY MS. COTTRELL:

2         Q    And my question is inarticulate, but

3    it's more simplistic.  It's just in this industry,

4    in the pork industry, approximately 75 percent of

5    those hogs that are slaughtered are being

6    purchased by packers from producers?

7                   MR. BERGMAN:  Form and foundation.

8                   MR. RISSMAN:  Object to form;

9         mischaracterizes the document.

10                  THE WITNESS:  They are being

11        purchased from, from -- by packers.  I

12        don't -- again, it's a question of how -- you

13        know, the ownership, yeah, they've been

14        purchased from a producer, not a hog that had

15        been owned by the, by the, by the packer

16        itself.

17   BY MS. COTTRELL:

18        Q    And is this, is this a big difference

19   from the chicken industry in terms of the

20   ownership structure of the, of the animal?

21                  MR. RISSMAN:  Object to form.

22                  MR. BERGMAN:  Form and foundation

23        objections.

24                  THE WITNESS:  It's my understanding

25        that there's a larger proportion -- or excuse

178

1       me -- a smaller proportion of chicken from

2       independent producers.

3   BY MS. COTTRELL:

4       Q    The chicken industry, for the most part,

5   is what I call vertically integrated?

6       A    That's correct.

7       Q    Meaning they own the chicken from start

8   to finish?

9       A    Correct.

10      Q    And from this table, it looks like a

11  decent percentage of the hog industry is not

12  vertically integrated?

13              MR. RISSMAN:  Object to form.

14              MR. BERGMAN:  Objection.

15              THE WITNESS:  A portion of it --

16              MR. RISSMAN:  Mischaracterizes the

17      document.

18              THE WITNESS:  A portion of it is

19      not, is not owned by the packers.  Again,

20      it's difficult to say what, you know, how

21      those -- you, you may be producing hogs on

22      contract to the packer.  Now, whether --

23      again, I'm not an expert on this, so I

24      couldn't tell you whether, you know, a

25      contractee, again, if they're considered