**EXHIBIT**

**D**

**In the Matter Of:**

*IN RE: PORK ANTITRUST LITIGATION*

*TAYLOR COX*

*June 02, 2022*



                                                                        13

1                          *  *  *  *  *

2    Whereupon,

3                         TAYLOR COX,

4         having been first duly sworn, testified

5         upon his oath as follows:

6       EXAMINATION BY COUNSEL FOR DEFENDANT CLEMENS

7    BY MR. RUGE:

8         Q    Good morning, Mr. Cox.

9         A    Good morning.

10        Q    My name is Nick Ruge.  I represent

11   Clemens Food Group.  I'm going to be asking you

12   questions this morning on behalf of all defendants

13   in this case, and then plaintiffs will take over

14   after me this afternoon.

15        A    Okay.

16        Q    Can you please state your full name for

17   the record.

18        A    Sure.  Taylor Cox.

19        Q    Have you ever been deposed before?

20        A    I have not.

21        Q    Great.  I'll try to make this as

22   painless as possible for you.

23        A    Thank you.

24        Q    And, and I know you're, you're busy, so

25   we'll try to also respect your time and, and move

36

 1   Minnesota is going to be more interested in the

 2   demand for hogs in Minnesota than in California?

 3                    MR. RISSMAN:  Object to form, and

 4        it calls for expert testimony.

 5                    MR. SIMON:  I'm going to object to

 6        form as well.  Subject to the objection, the

 7        witness can answer.

 8                    (Whereupon, reporter reads

 9                    requested material.)

10                    THE WITNESS:  I can't speak for hog

11        farmers in Minnesota, of course, but as I

12        described, producers within the state or

13        region certainly have interest in seeing

14        market transparency within said state or

15        region.  I couldn't speak to a Minnesota

16        producer.  I couldn't gauge their level of

17        interest of what they would have in

18        California, for example.

19   BY MR. RUGE:

20        Q    No problem.  So page -- let's turn to

21   page 3.  There's an example, Daily Direct Hog

22   Prior-Day-Purchased Swine report.

23             Is this one of the many reports that get

24   published every day by AMS about hog purchases?

25        A    It is.

37

1      Q    So can you help me understand some of

2   the terms that are used here.

3           So I'm seeing this broken out by

4   producer-sold and packer-sold, and then it's

5   broken out by prior day, a week ago, a year ago.

6           Are those -- and that's current volume,

7   is that it, that's sold or purchased?

8      A    Correct.  In this case, when you're

9   talking about swine reporting, these are all

10  purchases, the sales we cover, the product sales

11  on the meat side, so correct.  This is -- for

12  example, producers sold -- negotiated 8,145 head

13  as the volume sold for that reporting period, the

14  covered period.

15     Q    And what does it mean to be a

16  packer-owned hog?

17     A    Yeah, those are swine that are

18  historically defined by and, and defined in

19  statute by packers owning those 14 days prior,

20  immediately prior to slaughter.

21     Q    A packer is a processor of meat; is that

22  right?

23     A    Correct.

24     Q    And packers can sometimes own their own

25  hogs that they process?

38

1        A      That's correct.

2        Q      What does it mean to be packer-sold?

3        A      Packer-sold are animals -- are swine

4   that -- for example, if I was a packer or an

5   affiliate of a packer, and you were also a packer,

6   and I sold those animals to you for harvest, I, I,

7   I raised those, I fed those animals, and I've,

8   I've -- in the fullest intent of what it says,

9   packer-sold is a sale from one packer to another.

10       Q      What about producer-sold?

11       A      Producer-sold are -- same example.  I'm

12  a producer, you're still a packer.  You've

13  purchased -- you've procured my animals.  So a

14  producer is selling to a packer is what that is

15  covering, the producer-sold.

16       Q      What -- and what is a producer in this

17  context?

18       A      Yeah, a producer in this context is --

19  one, regardless of size, as, as we spoke about

20  earlier, the statute defines the covered packer

21  who's mandated to report.  The producer is not a

22  reporting entity, so a producer can be of any size

23  who is making a sale to a packer covered by

24  livestock mandatory reporting.

25       Q      Are producers -- do producers raise --

76

1            THE WITNESS:  I'm not an economist.

2       My program and a division within my program,

3       the Market News division we're talking about,

4       aggregates and disseminates this information.

5       I can't speak from an economic standpoint.

6   BY MR. RUGE:

7       Q    Earlier we talked about the difference

8   between producer-sold hogs, packer-sold hogs, and

9   your view that there's -- the majority of hogs

10  sold for slaughter in the United States are

11  producer-sold, not only packers, right, and I --

12  you said you can't speak to the exact percentages.

13  I said we'd come back to it.  If you flip to page

14  16, do you see the chart there at the bottom,

15  "Hogs Sold by Transaction"?

16      A    Yes.

17            MR. RISSMAN:  Object to, object to

18      form and the narrative.

19  BY MR. RUGE:

20      Q    So this chart, does it walk us through

21  the -- does it outline the different percentage of

22  hogs sold by transaction by purchase type reported

23  in LMR?

24            MR. BERGMAN:  Can we get the chart

25      on the screen, please?  Thanks.

CASE 0:18-cv-01776-JRT-JFD Doc. 1451-3 Filed 08/24/22 Page 7 of 9
IN RE: PORK ANTITRUST LITIGATION
30(b)(6)
Taylor Cox
June 02, 2022

77

1            THE WITNESS:  Yes, those are the

2      purchase types on the right-hand column,

3      purchase types of LMR.

4   BY MR. RUGE:

5      Q    And if you look at packer-owned line,

6   which is the purple one, is it fair to say that's

7   about -- in 2008, about 25 percent of sales of

8   hogs for slaughter were, were packer-owned, a

9   little less than 25 percent?

10      A    Correct.

11      Q    And from 2008 to 2016, that only gets up

12   to, at most, 30 percent?

13      A    Yes.  I don't have the exact, but yes,

14   close to 30 percent.

15      Q    And packer-sold hogs are even lower,

16   around five percent that whole period, a little

17   above, a little below five percent?

18      A    Yes, somewhere in that range, yes.

19      Q    So from 2008 to 2016, not just the

20   majority of hogs sold for slaughter in the United

21   States were producer-owned and not packer-owned,

22   but a large majority, almost like 70 percent; is

23   that right?

24            MR. RISSMAN:  Object to form.

25            THE WITNESS:  Correct.  I -- when I

78

```
1           said -- when I spoke to majority earlier, I

2           was speaking very generally, of course.  I

3           said -- I stated I didn't have the exact data

4           in front of me, but adding these numbers up,

5           yes, correct.

6    BY MR. RUGE:

7           Q    And these different types of contracts

8    here, other than packer-owned and packer-sold,

9    those are still purchases by a packer for hogs, is

10   that right?  They're just different types of

11   contracts for purchases?

12          A    Correct.  These are all the purchase

13   types covered by LMR, yes.  These are, these are

14   animals -- volume is represented on a percentage

15   basis of animals sold from a producer to a packer

16   primarily, yes.

17                 MR. RUGE:  All right.  Let's flip

18        to tab 63.  I'm marking it as Exhibit 5.

19                 (Exhibit 5 was marked for

20                 identification.)

21   BY MR. RUGE:

22          Q    Do you recognize that to be a PowerPoint

23   presentation by Warren Preston on the value of

24   market information?

25          A    I mean it appears so, yes.  It's titled
```

79

1   as, as his, yes.

2        Q    Have you ever seen this presentation

3   before?

4        A    It's -- not to my recollection.

5        Q    No?

6             Do you have any understanding of --

7   well, do you have any understanding if this is

8   kept and maintained in the ordinary course of

9   AMS's business?

10       A    This is example -- this is an example of

11  a, of a user utilizing our information.

12       Q    If you flip to slide -- these are not

13  numbered, so you'll have to count with me.  This

14  is slide 4, I believe, "Market information brings

15  transparency back to the marketplace."  We've

16  talked about that a little bit, and that's, that's

17  consistent with your understanding of the -- of

18  why you're publishing so much hog and pork supply

19  and price information?

20            MR. RISSMAN:  Object to form.

21       Foundation.

22            THE WITNESS:  Yes.  As I, as I

23       stated before, one of our goals is to provide

24       as much transparency as possible.

25