EXHIBIT E

**In the Matter Of:**

*IN RE: PORK ANTITRUST LITIGATION*

*SETH MEYER, PH.D.*

*June 15, 2022*



11

1                    * * * * *

2  Whereupon,

3                SETH MEYER, Ph.D.,

4      having been first duly sworn, testified

5      upon his oath as follows:

6    EXAMINATION BY COUNSEL FOR DEFENDANT CLEMENS

7  BY MS. STUPAR:

8         Q    All right.  Are we ready to get going?

9         A    Let's go.

10        Q    Hi, Dr. Meyer.  We met off the record,

11 but my name is Jenna Stupar.  I represent Clemens,

12 but I'm taking this deposition on behalf of all

13 defendants.

14             Just want to say really appreciate your

15 time today.  I know that it's really valuable.

16 I'm going to do everything in my power to go as

17 quick as I can here, and so I really appreciate

18 it.

19             And so I also just want to clarify a

20 couple of things.  You are here in your individual

21 capacity, though you are currently employed by the

22 government, the USDA; is that right?

23             MR. SIMON:  Let me just clarify.

24     He's here as ab agency employee, so he's

25     still in his capacity as an agency employee,

CASE 0:18-cv-01776-JRT-JFD   Doc. 1451-4   Filed 08/24/22   Page 3 of 11
IN RE: PORK ANTITRUST LITIGATION                                Seth Meyer, Ph.D.
                                                                June 15, 2022

50

 1  own sector and outside of livestock in general.
 2  This obviously is something that they would notice
 3  and take consideration of.
 4       Q    Okay, that's fair, and so we've been
 5  talking about this 2007 - 2009 time period with
 6  the implementation of the Renewable Fuel Standard.
 7  One other thing that I wanted to talk about during
 8  that time period was the economy.
 9            Are you familiar with what we
10  colloquially call the Great Recession?
11       A    Yes.
12       Q    And what was that?
13       A    I'm not a macroeconomist.  We had a
14  large globally-based recession and at the same
15  time volatile commodity prices and energy prices
16  as well.
17       Q    And what time period was that?
18       A    I want to say -- I don't, I don't
19  recall.  I don't -- I mean it doesn't happen
20  overnight.  It evolves over a period of time, but
21  within your range of 2007 to 2009, we see factors
22  that kick it off, and then we see it take hold.
23       Q    Okay, so it took off in the 2007 - 2009
24  period, but then in the following years there
25  could be some lingering effects; is that fair?

51

1               MR. EDDY:  Objection to form.
2               THE WITNESS:  I don't think I have
3      an answer for you what the lingering effects
4      of the Great Recession might be on -- no, I
5      don't, I don't want to speculate.
6  BY MS. STUPAR:
7      Q   Okay, fair enough.
8               MR. STEWART:  Excuse me.  I want to
9      interpose -- this is Mr. Stewart -- objection
10     to scope.
11 BY MS. STUPAR:
12     Q   Did the Great Recession have any impact
13 on proteins, in your view?
14              MR. EDDY:  Objection to form and
15     lack of foundation.
16              MR. STEWART:  And scope.
17              THE WITNESS:  So the Great
18     Recession, if we're talking about meat
19     consumption by consumers, the Great Recession
20     had a negative impact on consumer demand.  As
21     income contracts, that is one of the ways
22     folks adjust.
23 BY MS. STUPAR:
24     Q   Okay.  So there was a reduced demand for
25 meat as a result of the Great Recession; is that

52

1   fair?
2       A   Correct.
3       Q   And so we've been talking about the
4   Renewable Fuel Standard during this 2007 - 2009
5   time period.  We just talked about the Great
6   Recession.
7           Do you recall how the protein producers
8   responded during that 2007 to 2009 time period?
9               MR. EDDY:  Objection to form and
10      foundation.
11              THE WITNESS:  I don't, I don't
12      recall.
13  BY MS. STUPAR:
14      Q   Do you recall if the beef industry
15  reduced supply, for example?
16              MR. EDDY:  Same objection.
17              THE WITNESS:  The biological lags
18      there are even longer.  I don't recall.
19  BY MS. STUPAR:
20      Q   Okay.  Specifically in the hog industry,
21  do you recall if they cut supply?
22              MR. EDDY:  Same objection.
23              THE WITNESS:  I don't recall.
24  BY MS. STUPAR:
25      Q   Okay.  That's totally fine.

53

1               One of the other things that you
2    mentioned was the 2012 drought?
3         A    Yes.
4         Q    Okay, and so can you just explain what
5    that was and why it had the impact of -- I think
6    you said that it was part of the reason for the
7    spike in the chart, so if you could explain what
8    that was and the impact on corn prices, please.
9         A    Sure.  So in 2012, the summer of 2012,
10   which would have been the crop for the marketing
11   year '12/'13, right, so it would have been the
12   crop in the ground in the summer of 2012, to be
13   harvested at the end of 2012, and marketed '12 to
14   '13, we had a significant and widespread
15   drought -- significant and widespread drought that
16   significantly cut U.S. corn production, really
17   supporting prices.
18        Q    And so you said "significant."
19   Historically speaking, how did this drought
20   compare to other droughts you had seen in your
21   decades studying the industry at that point?
22        A    Among the largest --
23             MR. EDDY:  Objection.  Objection to
24        form and foundation.  Sorry, Dr. Meyer.
25             THE WITNESS:  No, no.  I need to

179

1  A   The second bullet says "low 2008 hog
2  prices will lead to large financial losses for hog
3  producers," so that's a loss.  Hog prices fail to
4  cover costs in 2008, so they're assessing, for
5  that year, they will not cover costs.
6  Q   And then they say in the next sentence,
7  "As a result, sow numbers for the second half of
8  2008 and 2009 will be lower," so they're
9  predicting a supply cut as a result of the large
10 financial losses; is that fair?
11 A   Yes.
12          MS. STUPAR:  Okay.  Let's go to
13      2009 FAPRI, Tab 14.  This is Seth Meyer
14      Exhibit 13 [sic].
15          THE WITNESS:  This should be 14.
16          (Exhibit 14 was marked for
17          identification.)
18          (Discussion held off the record.)
19 BY MS. STUPAR:
20 Q   So we've actually marked it as Exhibit
21 14.
22          MR. EDDY:  That's the March 2009?
23          MS. STUPAR:  Yes.
24          MR. EDDY:  Thank you.
25

180

1  BY MS. STUPAR:
2      Q    Let's go to page 3, titled "Summary:
3  Recent Swings in Prices.  There are two pages with
4  that name, so make sure you're on page 3.
5           The very first -- and so again, we're
6  in, you know, March 2009.  The very first section
7  says "Weak economy weighs on commodity markets,"
8  and there's a graph showing, graph showing "World
9  GDP Growth" in -- through 2010.
10          Do you see that?
11     A    Mm-hmm.
12     Q    And the second bullet refers to a
13 "current downturn in the U.S. and global
14 economies."
15          Do you see that?
16     A    Mm-hmm.
17     Q    And so does that refer to the Great
18 Recession that we talked about earlier?
19     A    It does.
20     Q    Okay.  All right.  Let's go to the pork
21 on page 44.  The very first bullet point says
22 "2008 was the worst financial year for hog
23 producers since 1998."
24          Do you see that?
25     A    I do.

181

1	Q	Do you have any reason to disagree that
2	statement, sitting here today, at the time that it
3	was written?
4	A	I don't.
5	Q	Okay, and then the section says
6	"receipts have not kept pace with cost increases,"
7	and there's a graph.
8		Do you see that?
9	A	Yes.
10	Q	Can you explain what this graph depicts?
11	A	Okay.  So what it is describing is,
12	again, output prices and input prices, and for
13	input prices it is separating out feed costs from
14	other costs of production for the producers.
15	Q	Okay, and then the second heading says
16	"Poor Profitability Reduces the Breeding Herd."
17		Do you see that?
18	A	Yes.
19	Q	And can you explain what that means?
20	A	So this is showing head change from a
21	year ago, so number of animals, and it is a
22	change, so it shows that there is an increase in
23	animal numbers in 2008, the graph above it showing
24	poor profitability in 2008, and, therefore,
25	contraction in the following year in animal

CASE 0:18-cv-01776-JRT-JFD   Doc. 1451-4   Filed 08/24/22   Page 10 of 11
IN RE: PORK ANTITRUST LITIGATION                                Seth Meyer, Ph.D.
                                                                June 15, 2022

182

1  numbers, as it goes negative in that graph.
2    Q   And that makes sense to you as an
3  economist; is that right?
4    A   It does.
5    Q   Let's go to the bottom section, "Hog
6  Imports and Pork Exports retract from Record
7  Levels."  The second bullet point says "Export
8  levels began to fall during the fourth quarter of
9  2008.  Though some decline is expected in 2009,
10 the long-term trend of increasing exports is
11 expected to resume in 2010."
12           Do you see that?
13     A     I do.
14     Q     So here FAPRI is predicting a long-term
15 trend of increasing exports to resume in 2010; is
16 that fair?
17     A     That's what it shows, yes.
18              MS. STUPAR:  Okay.  We're going to
19         stay in 2009 for a second, with a different
20         FAPRI document in the baseline reports.
21         Let's go to Tab 17.  I'll be interested see
22         if you remember this.  Exhibit 15.
23              (Exhibit 15 was marked for
24              identification.)
25              MR. EDDY:  Are you off the FAPRI

183

1       report and marking a new one?  I'm sorry.
2                MS. STUPAR:  So if you see Tab 17
3       come up, that's where I'm at.
4                MR. EDDY:  And this will be Exhibit
5       15?
6                MS. STUPAR:  That's right.
7   BY MS. STUPAR:
8       Q    Do you recognize this document?
9       A    I do.
10      Q    So this is a May 2009 "Impacts of
11  Selected U.S. Ethanol Policy Options" by FAPRI?
12      A    Yes.
13      Q    If you turn the page, at the top it
14  says, "This report was prepared in response to a
15  request from U.S. representatives," and then lists
16  them, and it says, "At the suggestion of the
17  Members of Congress, organizations representing
18  Texas crop and livestock producers helped identify
19  nine of the eleven scenarios examined in this
20  report," and then it list the organizations, and
21  then toward the bottom, it says, "Contact authors
22  are" yourself, Pat Westhoff and Wyatt Thompson.
23           Do you see that?
24      A    I do.
25      Q    Okay, so do you remember putting this