UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFFS ACTION | Case No. 0:18-cv-01776-JRT-HB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF DR. RUSSELL MANGUM** |

The Motion to Exclude the Expert Report and Testimony of Dr. Russell Mangum (the "Motion"), brought by Defendants Agri Stats, Inc., Clemens Food Group, LLC, The Clemens Family Corporation, Hormel Foods Corporation, Seaboard Foods LLC, Triumph Foods, LLC, Tyson Foods, Inc., Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc. (collectively, "Defendants"), came on for hearing before the undersigned. Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. Defendants' Motion is **GRANTED**.

2. The expert report and testimony of Dr. Russell Mangum is excluded, and Dr. Mangum will not be permitted to testify at trial or in support of any motion.

Dated: _____, 2022        _____
                                       Honorable John R. Tunheim
                                       United States District Court Judge