# EXHIBIT 1

**Placeholder – Sealed**