# EXHIBIT 5

# APHIS

# Factsheet

## Veterinary Services

April 2014

# Questions & Answers: Porcine Epidemic Diarrhea Virus Reporting and Control

**Q. What is Porcine Epidemic Diarrhea virus (PEDv)?**
**A.** Porcine Epidemic Diarrhea is a virus that causes significant sickness in swine, affecting their growth and health, and causes high mortality in piglets. The disease is common in parts of Asia and Europe, but is not reportable to the World Organization for Animal Health (OIE).

PEDv only affects pigs and does not pose any risk to people or pets. It is not a food safety concern.

**Q. Is PEDv found in the United States?**
**A.** USDA confirmed the presence of PEDv in this country on May 16, 2013. As of April 5, 2014, more than 5,500 cases have been confirmed in 28 states. PEDv has significantly affected swine in the U.S.

**Q. What is USDA doing about PEDv?**
**A.** USDA agencies have monitored this disease since it was first confirmed in the U.S., and have taken many actions to address it, including:
- Since July 2013, USDA's Animal and Plant Health Inspection Service (APHIS) has compiled data on positive cases from labs that are part of the National Animal Health Laboratory Network (NAHLN) and created a weekly report. This report is shared with the American Association of Swine Veterinarians and is posted on their website.
- APHIS has worked closely with the swine industry to identify risk factors in the transmission of the virus and minimize its impact on producers and industry.
- APHIS is part of a task force, along with the FDA, as well as State and industry partners, that aims to investigate PEDv, identify and trace risk factors in the transmission of the disease, and keep producers informed. This task force has completed a number of items including

establishing testing protocols, sequencing the virus, conducting two feed investigations, and more.
- USDA's Agricultural Research Service (ARS) has directed $540,000 in funding from the FY2014 budget to research related to PEDv.
- ARS has also been working on a number of experimental vaccines against PEDv. So far, none of them have been approved for use, but ARS continues to work on the creation of an effective vaccine against this disease.

**Q: What are USDA's next steps?**
**A.** Because PEDv is a persistent disease that is continuing to spread across the country, USDA is instituting a monitoring and control program.

We are issuing a Federal Order that will require mandatory reporting of all herds diagnosed with PEDv. The herds are required to identify themselves and provide location information. Animal health laboratories receiving diagnostic samples are also required to provide positive tests and location information to USDA.

**Q. What will the PEDv monitoring and control program look like?**
**A.** Herds with PEDv will be required to enter the monitoring and control program. The specifics of the program will be developed in collaboration with state animal health officials, pork producers and swine veterinarians.

**Q. What is USDA's role in the monitoring and control program?**
**A.** USDA will assist affected producers in the Secure Pork Supply plan by:
- supporting herd monitoring testing at NAHLN laboratories;
- analyzing test data and movement data; and
- reporting results to appropriate state animal health officials and industry representatives.

**Q. What is the States' role in the monitoring and control program?**
**A.** We will collaborate with the States and provide funding so they can assist with verifying the required biosecurity and herd-level control practices are correctly implemented and followed.

**Q. What is the industry's role in the monitoring and control program?**

**A.** USDA needs swine veterinarians to help us develop the monitoring and control procedures. Their field experience and expertise will help us determine:

- how often to test herds and what samples to collect;
- what biosecurity procedures to require;
- what herd-level control procedures to require; and
- how/when a herd can be released from the monitoring program.

USDA is an equal opportunity provider and employer.