# EXHIBIT 8

**Placeholder - Sealed**