# EXHIBIT 9



# Tyson Reducing Sow Herd Over the Next 10 Weeks

July 15, 2009 —

Tyson Foods is selling five hog farms and eliminating 76 jobs, a move that will reduce its sow herd by 20,000 head, company spokesman Gary Mickelson confirmed to Meatingplace.

Tyson will sell five company-owned hog farms in Benton and Washington Counties in Arkansas, and McDonald County in Missouri. The move will leave the company with an inventory of 50,000 sows.

The Tyson Pork Group, primarily based in Arkansas and Oklahoma, produces finished hogs, feeder pigs and weaned pigs for sale to pork processors and finishers. The farm sales will eliminate 76 jobs in Arkansas, Missouri and Oklahoma. Affected employees have been notified and are being encouraged to apply for other job openings within the company.

"The sale of feeder and weaned pigs has slowed because of unfavorable economic conditions such as high grain costs, lack of available capital and a reduction in pork demand," explained Mickelson. "While this is a difficult process, we believe it's necessary as we navigate through the challenging conditions facing the pork industry."

The move comes one month after Smithfield, a much larger hog producer, announced it was already in the process of cutting its sow herd by an additional 3 percent, on the heels of last fiscal year's 10 percent reduction.

Source:
MeatingPlace.com, July 15, 2009
By Rita Jane Gabbett

- Next story: **Transmission of Different Variants of PCV2 and Viral Dynamics in a Research Facility with Pigs Mingled from PMWS-Affected Herds and Non-Affected Herds**
- Next in category: **National Pork Producers Council Announces Upcoming Staffing Changes**
- Previous in category: **Voluntary 14-day Withdrawal Period for all Tetracycline, Oxytetracycline and Chlortetracycline Products**
- Previous story: **British Pig Executive PCV2 trial results**



Site map | Privacy | Terms of Use      Copyright © 1996-2022 American Association of Swine Veterinarians • 830 26th Street • Perry, Iowa 50220 • Tel: 515-465-5255