# EXHIBIT 10

**Placeholder - Sealed**