**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE CONSUMER INDIRECT PURCHASER PLAINTIFFS ACTION | Case No. 0:18-cv-01776-JRT-HB |

**SEALED DECLARATION OF CRAIG COLEMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO CONSUMER INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Craig S. Coleman, declare and state as follows:

1. I am an attorney licensed to practice in the State of Minnesota. I practice law with the law firm Faegre Drinker Biddle & Reath LLP. I represent Hormel Foods Corporation in this case. I have personal knowledge of the facts set forth below, and if called as a witness, could testify competently to the following facts.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the Transcript of the Deposition of Michael Anderson.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the Transcript of the Deposition of Isabelle Bell.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the Transcript of the Deposition of Kory Bird.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the Transcript of the Deposition of Thomas Cosgrove.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from the Transcript of the Deposition of Chris Deery.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from the Transcript of the Deposition of Charles Dye.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from the Transcript of the Deposition of James Eaton.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from the Transcript of the Deposition of Christina Hall.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts from the Transcript of the Deposition of Joseph Realdine.

11. Attached hereto as Exhibit J is a true and correct copy of excerpts from the Transcript of the Deposition of Eric Schaub.

12. Attached hereto as Exhibit K is a true and correct copy of excerpts from the Transcript of the Deposition of Kate Smith.

13. Attached hereto as Exhibit L is a true and correct copy of excerpts from the Transcript of the Deposition of Sandra Steffen.

14. Attached hereto as Exhibit M is a true and correct copy of excerpts from the Transcript of the Deposition of Stacey Troupe.

15. Attached hereto as Exhibit N is a true and correct copy of excerpts from the Transcript of the Deposition of Duncan Birch.

16. Attached hereto as Exhibit O is a true and correct copy of excerpts from the Transcript of the Deposition of Sarah Isola.

17. Attached hereto as Exhibit P is a true and correct copy of excerpts from the Transcript of the Deposition of Kenneth King.

18. Attached hereto as Exhibit Q is a true and correct copy of excerpts from the Transcript of the Deposition of Robert Eccles.

19. Attached hereto as Exhibit R is a true and correct copy of excerpts from the Transcript of the Deposition of Jennifer Sullivan.

20. Attached hereto as Exhibit S is a true and correct copy of excerpts from the Transcript of the Deposition of Donya Collins.

21. Attached hereto as Exhibit T is a true and correct copy of excerpts from the Transcript of the Deposition of Laura Wheeler.

22. Attached hereto as Exhibit U is a true and correct copy of excerpts from the Transcript of the Deposition of Wanda Duryea.

23. Attached hereto as Exhibit V is a true and correct copy of the Transcript of the Deposition of Dr. Hal Singer.

24. Attached hereto as Exhibit W is a true and correct copy of the Declaration of Dr. Hal Singer.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 24, 2022, in Minneapolis, Minnesota.

*/s/ Craig S. Coleman*