# EXHIBIT I

**In the Matter Of:**

*In Re - Pork Antitrust Litigation*

*JOSEPH REALDINE*

*March 31, 2022*



```
 1                UNITED STATES DISTRICT COURT
                      DISTRICT OF MINNESOTA
 2

 3
    Court File No. 0:18-cv-01776-JRT-HB
 4

 5  IN RE:

 6  PORK ANTITRUST LITIGATION

 7  _____/

 8

 9              ORAL VIDEOTAPED DEPOSITION

10                   JOSEPH REALDINE

11                   MARCH 31, 2022

12

13     ORAL VIDEOTAPED DEPOSITION OF JOSEPH REALDINE, via

14  Zoom, produced as a witness at the instance of the

15  Defendants Tyson Foods, Inc., Tyson Prepared Foods, Inc.

16  and Tyson Fresh Meats, Inc., and duly sworn, was taken

17  in the above-styled and numbered cause on the 31st day

18  of March, 2022, from 8:09 a.m. to 12:25 p.m. Hawaii

19  Standard Time, before Melinda Barre, Certified Shorthand

20  Reporter in and for the State of Texas, reported by

21  computerized stenotype machine, all parties appearing

22  remotely via web videoconference, pursuant to the rules

23  of procedure and the provisions stated on the record or

24  attached hereto.

25
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1463-9   Filed 08/24/22   Page 4 of 11
In Re - Pork Antitrust Litigation
Joseph Realdine
March 31, 2022

2

```
 1                       APPEARANCES
          (ALL APPEARED VIA ZOOM VIDEO CONFERENCE.)
 2
   FOR THE CONSUMER INDIRECT PURCHASER PLAINTIFFS
 3 AND THE WITNESS:

 4      Mr. Joshua J. Rissman
        GUSTAFSON GLUEK PLLC
 5      126 South 6th Street, Suite 2600
        Minneapolis, Minnesota 55402
 6
        Telephone: 712.333.8844
 7      E-mail: jrissman@gustafsongluek.com

 8

 9 FOR DEFENDANTS TYSON FOODS, INC., TYSON PREPARED FOODS,
   INC. AND TYSON FRESH MEATS, INC.:
10
        Ms. Kenina Lee
11      Ms. Madeline Greathouse
        AXINN, VELTROP & HARKRIDER LLP
12      950 F Street N.W.
        Washington, D.C. 20004
13
        Telephone: 202.912.4700
14      E-mail: klee@axinn.com

15

16 ALSO PRESENT:   Caylob Suarez, Videographer and
                   Document Technician
17

18

19

20

21

22

23

24

25
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1463-9   Filed 08/24/22   Page 5 of 11
In Re - Pork Antitrust Litigation                            Joseph Realdine
                                                             March 31, 2022

3

```
 1
 2                           INDEX

 3                                                        PAGE

 4 Examination by Ms. Lee ............................5
   Signature Page  ..................................145
 5 Court Reporter's Certificate ....................147

 6                          EXHIBITS

 7 EXHIBIT             DESCRIPTION                     PAGE

 8

 9 Exhibit 1      Resume of Joseph Realdine             22

10 Exhibit 2      Consumer Indirect Purchaser           46
                  Plaintiffs' Fourth Amended
11                Consolidated Class Action
                  Complaint
12
   Exhibit 3      Quirch Guide to Pork Cuts             74
13
   Exhibit 4      Buckhead Meat & Seafood, Local        75
14                Product Guide

15 Exhibit 5      Consumer Indirect Purchaser           78
                  Plaintiffs' Supplemental
16                Objections and Responses to
                  Defendants' First Set of
17                Interrogatories

18 Exhibit 6      Document Bates Stamped                96
                  Realdine_000368
19
   Exhibit 7      Document Entitled "Structure         109
20                and Importance of the U.S. Pork
                  Industry"
21

22

23

24

25
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1463-9   Filed 08/24/22   Page 6 of 11
In Re - Pork Antitrust Litigation
Joseph Realdine
March 31, 2022

4

1                THE VIDEOGRAPHER:  We're on the record on

2 March 31st, 2022 at 8:09 a.m. Hawaii Standard Time for

3 the remote deposition of Mr. Joseph Realdine in the

4 matter of In Re Pork Antitrust Litigation.  My name is

5 Caylob Suarez, and I'm the videographer and document

6 technician on behalf of Lexitas.

7                Will counsel please introduce themselves

8 and the party they represent beginning with the party

9 noticing this proceeding.

10               MS. LEE:  Good morning.  My name is Kenina

11 Lee with the firm Axinn, Veltrop & Harkrider LLP; and I

12 represent the Tyson defendants.

13               MS. GREATHOUSE:  Hi.  This is Madeline

14 Greathouse.  I am also representing Tyson defendants and

15 part of the firm Axinn, Veltrop & Harkrider LLP.

16               MR. RISSMAN:  Josh Rissman, Gustafson

17 Gluek, counsel for the consumer indirect purchaser

18 plaintiffs and representing the witness today.

19               THE VIDEOGRAPHER:  Okay.  Thank you.  Will

20 the court reporter please swear in the witness.

21

22

23

24

25

```
                                                                    5
 1                     JOSEPH REALDINE,
 2  having been first duly sworn, testified as follows:
 3                        EXAMINATION
 4  QUESTIONS BY MS. LEE:
 5      Q.   Good morning.  Well, good very early morning to
 6  you.  As I just introduced myself, my name is Kenina
 7  Lee.  I represent the Tyson defendants in this case, and
 8  I'll be taking your deposition today.
 9              I first off want to thank you for making
10  yourself not only available but available at a pretty
11  early hour for you.  So we appreciate your time.
12              To start off, can you please state your
13  full name for the record.
14      A.   Joseph P. Realdine, Jr.
15      Q.   Have you ever gone by another name?
16      A.   No.
17      Q.   Have you ever had --
18      A.   My middle initial is P for Pasquale, but I
19  don't really use it.
20      Q.   Okay.  Have you ever been deposed before?
21      A.   Yes.
22      Q.   Okay.  We'll get a little into that in a moment
23  and you're probably familiar with how this goes but I
24  first want to just go over some ground rules for today's
25  deposition.  Do you understand that you are testifying
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1463-9   Filed 08/24/22   Page 8 of 11
In Re - Pork Antitrust Litigation
Joseph Realdine
March 31, 2022

58

 1   Q.   (By Ms. Lee)  I said but you don't have an
 2  independent factual basis for the allegations in your
 3  complaint.  Is that correct?
 4           MR. RISSMAN:  Object to form.
 5   A.   I think by the mere fact that I'm part of this
 6  lawsuit indicates that I do have a concern.
 7   Q.   (By Ms. Lee)  I understand you have a concern,
 8  but my question was just confirming that you don't have
 9  an independent factual basis or factual evidence for the
10  allegations in your complaint.
11   A.   Independent, no.  Counsel -- independently I
12  haven't researched this, and I think this is what we're
13  trying to get to the bottom of.
14   Q.   How do you know that you've been harmed
15  monetarily by the conspiracy you allege in this case?
16           MR. RISSMAN:  Object to form.
17   A.   Based on reading this document, the contents
18  here in this document, leads me to believe this.
19   Q.   (By Ms. Lee)  Is there anything else that you
20  can point to?
21   A.   No.
22   Q.   Can you quantify how much you've been harmed by
23  this alleged conspiracy?
24   A.   I don't know.
25   Q.   And you don't have any receipts from your past

59

```
 1 purchases of pork between 2008 through 2018.  Is that a
 2 fair statement?
 3      A.   I don't have any here located on 66-133
 4 Keahipaka Lane.  Do they exist somewhere?  I'm sure.
 5      Q.   Where else would they exist besides in your
 6 house?
 7      A.   Costco may keep a record.
 8      Q.   Other than Costco, is there anywhere else that
 9 you can think of that might have receipts for your
10 purchases of pork between 2008 and 2018?
11      A.   No.  We don't save receipts.
12      Q.   Have you ever saved a receipt since you became
13 a class member in this lawsuit?
14      A.   No, I have not.
15      Q.   So is it fair to say that since you've become a
16 class member -- strike that.
17           Since you've become a class member, have
18 you purchased pork?
19      A.   Yes.
20      Q.   Since you became a class member, have you
21 received receipts for your purchases of your pork?
22      A.   We normally don't take receipts.  I know that
23 may sound silly, but we don't like the paper.  So when
24 we go in -- the only time we haven't is at Costco
25 because you have to get it to go out the door.  Then we
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1463-9   Filed 08/24/22   Page 10 of 11
In Re - Pork Antitrust Litigation                                Joseph Realdine
                                                                 March 31, 2022

60

 1  toss it in the trash.
 2      Q.  So since becoming a class member, to the extent
 3  you've purchased pork at Costco, you have received a
 4  receipt.  Is that a fair statement?
 5      A.  They hand you receipts, but we don't keep them
 6  if that will answer your question.
 7      Q.  But you have the physical receipt to get out of
 8  the door of Costco.  Is that correct?
 9      A.  Yeah.  You have to have the physical receipt,
10  and then it goes right into the trash can.
11      Q.  So that's my next question.  So since you've
12  become a class representative, you have thrown away your
13  receipts for purchases that you've made of pork.  Is
14  that correct?
15      A.  On actually every single thing we buy we throw
16  away the receipt other than large purchases like a
17  refrigerator, you know, stove or car.  But yeah, the
18  small -- my wife doesn't like paper.
19      Q.  Including your purchases of pork.  Is that
20  fair?
21      A.  Yes, everything.
22      Q.  Do you know which companies are responsible for
23  the harm that you feel that you have suffered as a
24  result of the conspiracy you allege?
25              MR. RISSMAN:  Object to form.

CASE 0:18-cv-01776-JRT-JFD   Doc. 1463-9   Filed 08/24/22   Page 11 of 11
In Re - Pork Antitrust Litigation                                Joseph Realdine
                                                                 March 31, 2022

61

1   A.   Say that again.
2   Q.   (By Ms. Lee)  Do you know which -- I can
3 restate it or I can say it again.
4        Do you know which companies are
5 responsible for the harm that you feel you have suffered
6 as a result of the conspiracy you allege?
7            MR. RISSMAN:  Object to form.
8   A.   I think it was the ones that you've already
9 talked about.  We've got Agri, Clements, Hormel,
10 Seaboard, Tyson, Triumph, Indiana Packers.  What else we
11 got?  Hormel.  I think I said Agri Stats, too, and
12 probably others.
13  Q.   (By Ms. Lee)  Do you believe there are any pork
14 companies who are not named as a defendant who are
15 responsible for causing the harm you suffered?
16           MR. RISSMAN:  Object to form.
17  A.   I don't know.
18  Q.   (By Ms. Lee)  How do you know, for instance,
19 that Tyson has harmed you?
20           MR. RISSMAN:  Object to form.
21  A.   It's in the lawsuit.
22  Q.   (By Ms. Lee)  Have you personally researched
23 how Tyson has harmed you?
24           MR. RISSMAN:  Objection, asked and
25 answered.