# EXHIBIT N

## In the Matter Of:

*In Re: Pork Antitrust Litigation*

*DUNCAN BIRCH*

*March 03, 2022*



```
                                                                    1
 1         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MINNESOTA
 2

 3   _____   )
                                       )
 4   IN RE:                            )
                                       ) Case No.
 5   PORK ANTITRUST LITIGATION         ) 0:18-cv-01776-
                                       ) JRT-HB
 6   _____   )

 7

 8

 9    VIDEOCONFERENCE DEPOSITION OF DUNCAN BIRCH

10                Remote via Zoom

11             Thursday, March 3, 2022

12

13

14

15

16

17

18

19

20

21

22

23   Reported by:

24   RACHEL F. GARD, CSR, RPR, CRR

25   JOB NO. 2022-832737
```

```
                                                                    2
 1
 2
 3                        March 3, 2022
 4                        9:58 a.m. Eastern
 5
 6         Videotaped deposition of DUNCAN BIRCH,
 7    remote via Zoom, pursuant to notice before
 8    Rachel F. Gard, Certified Shorthand Reporter,
 9    Registered Professional Reporter, Certified
10    Realtime Reporter.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                               3
 1   A P P E A R A N C E S (Via Videoconference):
 2        GUSTAFSON GLUEK PLLC
 3        Attorneys for Consumer Indirect Purchaser
 4        Plaintiffs
 5             Canadian Pacific Plaza
 6             120 South 6th Street, Suite 2600
 7             Minneapolis, Minnesota 55402
 8             Phone:  612.333.8844
 9             Email:  jrissman@gustafsongluek.com
10        BY:  JOSHUA J. RISSMAN, ESQ.
11
12        WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
13        Attorneys for witness
14             One South Dearborn Street
15             Suite 2122
16             Chicago, Illinois 60603
17             Phone:  312.984.0000
18             Email:  malmstrom@whafh.com
19        BY:  CARL MALMSTROM, ESQ.
20
21
22
23
24
25
```

```
                                                                  4
 1   A P P E A R A N C E S (Via Videoconference):
 2        AXINN, VELTROP & HARKRIDER LLP
 3        Attorneys for Tyson Defendants
 4              90 State House Square
 5              Hartford, Connecticut 06103
 6              Phone:   860.275.8109
 7              Email:   jtaylor@axinn.com
 8        BY:   JAROD G. TAYLOR, ESQ.
 9
10
11
12   ALSO PRESENT:
13   CAYLOB SUAREZ, Videographer/Exhibit technician
14
15
16
17
18
19
20
21
22
23
24
25
```

1                          I N D E X

2    WITNESS                                              PAGE

3    DUNCAN BIRCH

4        Examination by Mr. Taylor                         7

5

6                         E X H I B I T S

7    DEPOSITION EXHIBIT                                   PAGE

8      Exhibit 1    Consumer Indirect Purchaser            29
                    Plaintiffs Fourth Amended
9                   Consolidated Class Action
                    Complaint
10
       Exhibit 2    Consumer Indirect Purchaser            45
11                  Plaintiffs' Objections and
                    Responses to Defendants'
12                  First Set of Interrogatories

13     Exhibit 3    BJ's Wholesale Purchase                71
                    History Report, January 1,
14                  2018 to June 30, 2018

15     Exhibit 4    BJ's Wholesale Purchase                78
                    History Report, June 10,
16                  2017 to December 9, 2017

17

18

19

20

21

22

23

24

25

CASE 0:18-cv-01776-JRT-JFD   Doc. 1463-14   Filed 08/24/22   Page 8 of 13
In Re: Pork Antitrust Litigation
Duncan Birch
March 03, 2022

6

1        THE VIDEOGRAPHER:  We're on the
2   record on March 3rd, 2022, at 9:58 a.m.
3   Eastern time for the remote deposition of
4   Mr. Duncan Birch in the matter of In Re:
5   Pork Antitrust Litigation.
6        My name is Caylob Suarez, and I am
7   the videographer and document technician on
8   behalf of Lexitas.
9        Will counsel please introduce
10  themselves and the party they represent,
11  beginning with the party noticing this
12  proceeding.
13       MR. TAYLOR:  Jarod Taylor, Axinn
14  Veltrop & Harkrider, for the Tyson
15  defendants questioning for all defendants.
16       MR. MALMSTROM:  Good morning.  Carl
17  Malmstrom, M A L M S T R O M, from Wolf
18  Haldstein Adler Freeman & Herz, LLC, on
19  behalf of Mr. Birch.
20       MR. RISSMAN:  Good morning.  Josh
21  Rissman, Gustafson Gluek, co-lead counsel
22  for the consumer indirect purchaser
23  plaintiffs.
24       THE VIDEOGRAPHER:  Thank you.  Will
25  the court reporter please swear in the

CASE 0:18-cv-01776-JRT-JFD   Doc. 1463-14   Filed 08/24/22   Page 9 of 13
In Re: Pork Antitrust Litigation                                Duncan Birch
                                                              March 03, 2022

7

1    witness.
2                        (Witness sworn.)
3    WHEREUPON:
4                   DUNCAN BIRCH,
5    called as a witness herein, having been first
6    duly sworn, was examined and testified as
7    follows:
8                     EXAMINATION
9    BY MR. TAYLOR:
10       Q.    Good morning, Mr. Birch.  As I said
11   a moment ago, my name is Jarod Taylor, and I
12   represent Tyson Foods and two of its
13   subsidiaries you've sued in this case.
14       A.    Right.
15       Q.    Would you please state your name for
16   the record.
17       A.    Duncan Birch.
18       Q.    Have you ever gone by any other
19   names or nicknames?
20       A.    Negative.
21       Q.    Do you understand that you're
22   testifying under oath today?
23       A.    Yes.
24       Q.    You've sworn to tell the truth just
25   like you would if you were in a courtroom

CASE 0:18-cv-01776-JRT-JFD   Doc. 1463-14   Filed 08/24/22   Page 10 of 13
In Re: Pork Antitrust Litigation                                Duncan Birch
                                                                March 03, 2022

37

```
 1   starting in June 2018, right?
 2       A.   Yes, sir.
 3       Q.   And you did not purchase any pork
 4   products in Maine prior to June 2018; is that
 5   correct?
 6       A.   I have purchased pork products in
 7   Maine.
 8       Q.   Before June 2018?
 9       A.   Yeah.  We've been up here a lot
10   visiting her family.
11       Q.   What year was the first time you
12   ever visited Maine?
13       A.   I want to say 2013.
14       Q.   When you visited family prior to
15   moving to Maine, how long was the longest trip
16   you ever took to Maine?
17       A.   I want to say a week, maybe 10 days
18   with the weekends thrown in.
19       Q.   And from 2013 to '18, how many times
20   would you -- do you remember that you took a
21   one-week to 10-day trip to Maine?
22       A.   It was mainly around the holidays
23   and, I mean, I would say the majority of
24   the years.  This was a popular
25   Thanksgiving/Christmas destination for us
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1463-14   Filed 08/24/22   Page 11 of 13
In Re: Pork Antitrust Litigation
Duncan Birch
March 03, 2022

38

```
 1   since we could just drive up.
 2        Q.    And between 2013 to '18, were those
 3   yearly roughly week-long trips your only travel
 4   to Maine?
 5        A.    No.  We would do other trips as
 6   well.
 7        Q.    Shorter trips?
 8        A.    Weekender, something, yes.  And then
 9   house hunting.
10        Q.    Did you go grocery shopping during
11   your trips to Maine from 2013 to '18?
12        A.    Yes.
13        Q.    Does that mean you personally spent
14   money on groceries during your trips from 2013
15   to 2018?
16        A.    I can't recall.  I know as we had
17   come up more when we were house hunting, I
18   would contribute more to our expenses incurred
19   by her parents.
20        Q.    When did you start house hunting?
21        A.    2017.
22        Q.    You cannot testify under oath that
23   you spent your own money on pork products in
24   Maine before June 2018, can you?
25              MR. MALMSTROM:  Object to the form
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1463-14   Filed 08/24/22   Page 12 of 13
In Re: Pork Antitrust Litigation                                       Duncan Birch
                                                                       March 03, 2022

39

```
 1        of the question.
 2        A.    I don't have any direct evidence,
 3   but I don't have that information to share.
 4        Q.    That means you don't remember
 5   purchasing pork products with your own money in
 6   Maine before 2018, correct?
 7        A.    Prior to June, I don't have the
 8   documentation to it.  I know my wife's
 9   grandfather is a big fan of bacon, so I
10   probably acquired some bacon for him.  But I
11   don't have that evidence to provide to you.
12        Q.    Okay.  So for this, for these
13   questions, I want to put aside for a moment
14   documentary evidence.  That's not what I'm
15   asking about.  I'm asking for your testimony
16   based on your memory.
17              Do you remember for a fact under
18   oath that you purchased bacon or other pork
19   products with your own money before June 2018?
20              MR. MALMSTROM:  Object to the form
21      of the question.  Asked and answered.
22        A.    I'll say no.
23        Q.    So now I want to talk about from
24   June 2018 to present.  Do you understand that?
25        A.    Yes, sir.
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1463-14   Filed 08/24/22   Page 13 of 13
In Re: Pork Antitrust Litigation
Duncan Birch
March 03, 2022

40

```
 1       Q.    Have you purchased pork products in
 2   Maine from June 2018 to present?
 3       A.    Yes, sir.
 4       Q.    What types?
 5       A.    Various, well, parts, ribs, loins,
 6   chops, sausage, ham, smoked meats, sausage,
 7   yes.  Breakfast patties, sliced ham.
 8       Q.    And when you say you purchased those
 9   products, that means you personally with your
10   money, correct?
11       A.    Yes, sir.
12       Q.    So your spouse, for example, you're
13   not including purchases by her in that
14   description?
15       A.    These are directly purchased by me
16   with money in our joint account.
17       Q.    Can you estimate approximately how
18   much you spent on pork products during that
19   period?
20             MR. MALMSTROM:  Object to the form
21       of the question.  Vague.
22       A.    I'd say several hundred dollars'
23   worth.
24       Q.    What are all the types of locations
25   in which you purchased pork products in Maine
```