# EXHIBIT P

**Video Recorded Zoom Videoconference Deposition of Kenneth King - 2/28/2022**
**In Re Pork Antitrust Litigation**

Page 1

```
 1                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MINNESOTA
 2
 3
 4   _____
 5   IN RE PORK ANTITRUST
 6   LITIGATION                 No. 0:18-cv-10776-JRT-HB
 7   _____
 8
 9
10
11
12
13       -----------------------------------------------
         VIDEO RECORDED ZOOM VIDEOCONFERENCE DEPOSITION OF
14                         KENNETH KING
         -----------------------------------------------
15
16
17
18
19
20
21
22
23
24
25    TAKEN FEBRUARY 28, 2022    BY CARA NASI-PINARDI, RPR
```

Video Recorded Zoom Videoconference Deposition of Kenneth King - 2/28/2022
In Re Pork Antitrust Litigation

Page 2

```
1    APPEARANCES VIA ZOOM:
2    GUSTAFSON GLUEK PLLC
     120 South 6th Street
3    Suite 2600
     Minneapolis, MN  55402
4    Phone:  612-333-8844
     Email:  Aamara@gustafsongluek.com
5    By Mr. Abou Amara and
        Ms. Michelle Looby
6       Counsel for the Witness and Consumer Indirect
        Purchaser Plaintiffs
7
8    STINSON LLP
     50 South Sixth Street
9    Suite 2600
     Minneapolis, MN  55402
10   Phone:  612-335-1500
     Email:  William.thomson@stinson.com
11   By Mr. William D. Thomson
        Counsel for Defendant Seaboard Foods
12
13   HUSCH BLACKWELL LLP
     190 Carondelet Plaza
14   Suite 600
     St. Louis, MO  63105
15   Phone:  314-480-1505
     Email:  Tanner.cook@huschblackwell.com
16   By Mr. Tanner M. Cook
        Counsel for Defendant Triumph Foods, LLC
17
18   Videographer:  Pat Curto
19   Document Technician:  Caroline Hittler
20
21
22
23
24
25
```

Page 3

```
1                    I N D E X
2    EXAMINATION BY MR. THOMSON, PAGE 5
     EXAMINATION BY MR. AMARA, PAGE 142
3    FURTHER EXAMINATION BY MR. THOMSON, PAGE 146
4
5
6
7              INDEX OF EXHIBITS
8    NUMBER/DESCRIPTION
9    1 - Resume of Kenneth King, Page 16
10   2 - Consumer Indirect Purchaser Plaintiffs' Fourth
         Amended Consolidated Class Action Complaint -
11       Demand for Jury Trial, Page 31
12   3 - Consumer Indirect Purchaser Plaintiffs'
         Objections and Responses to Defendants' First
13       Set of Interrogatories, Page 44
14   4 - Pork Associated Loin Chops Bone-In, 2.7 - 3.75
         Walmart.com - Walmart.com
15       (Bates King_00003 - 10), Page 74
16
17
18
19
20
21
22
23
24
25
```

Page 4

1  THE VIDEO RECORDED DEPOSITION VIA ZOOM
2  VIDEOCONFERENCE OF KENNETH KING IS TAKEN ON THIS
3  28TH DAY OF FEBRUARY, 2022, COMMENCING AT 9:07 A.M.
4
5         THE VIDEOGRAPHER:  We are on the record.
6  Today's date, as indicated, is February 28, 2022,
7  and the time, as indicated, is 9:07 a.m.
8         This is the Zoom video deposition of
9  Kenneth King in the matter of the anti- -- the Pork
10 Antitrust Litigation, Case Number
11 0:18-cv-01776-JRT-HB, filed in the United States
12 District Court for the District of Minnesota.
13        The court reporter is Cara Nasi-Pinardi.
14 My name is Pat Curto.  I'm a Certified Legal Video
15 Specialist.  We are both with the firm of Benchmark
16 Reporting Agency.
17        Would counsel please state their
18 appearances for the record starting with the
19 noticing attorney.
20        MR. THOMSON:  Good morning, Bill Thomson
21 from Stinson LLP.  I represent Defendant Seaboard
22 Foods in this case.
23        MR. AMARA:  Good morning.  Abou Amara,
24 attorney on behalf of the witness and the Consumer
25 Indirect Purchaser Plaintiffs.

Page 5

1         MS. LOOBY:  Good morning.  Michelle
2  Looby on behalf of the witness and the Consumer
3  Indirect Purchaser Plaintiffs.
4         MR. COOK:  Good morning.  This is Tanner
5  Cook on behalf of Defendant Triumph Foods.
6         THE VIDEOGRAPHER:  Is that it?  Okay.
7         Sir, you may remain seated, and the
8  court reporter will swear you in.
9
10        (WHEREUPON, KENNETH KING WAS DULY SWORN.)
11
12              EXAMINATION
13 BY MR. THOMSON:
14 Q   All right.  Good morning, Mr. King.  My name is Bill
15     Thomson, and I represent Seaboard Foods, one of the
16     defendants in this case.
17        Could you please start out by stating your full
18     name for the record?
19 A   It is Kenneth King.
20 Q   All right.  Have you ever gone by any other name?
21 A   No, sir.
22 Q   Okay.  I'm going to just start out with some
23     housekeeping matters, sort of some ground rules for
24     the deposition.
25 A   Okay.

Benchmark Reporting Agency
612.338.3376

## Page 62

1     if you would like, we have produced and will
2     continue to produce any responsive non-privileged
3     information.
4             MR. THOMSON: All right.
5  BY MR. THOMSON:
6  Q  Mr. King, let's talk about row 58, please. Do you
7     see there on column A it says "County Market, 11
8     Winfield Plaza, Winfield, Missouri 63389"?
9  A  Correct.
10 Q  And is that the County Market from which you
11    purchased pork that we discussed earlier?
12 A  Yes.
13 Q  And in column C -- or, excuse me -- yes, column C
14    you say "pork tenderloins." Is that the product
15    that you purchased from that County Market?
16 A  Yes.
17 Q  And in column D you say "4 packs." Does that mean
18    that you purchased four packs of pork tenderloins
19    from County Market?
20 A  Correct.
21 Q  And do you recall how much pork tenderloin is in a
22    pack of pork tenderloin?
23           MR. AMARA: Objection, calls for
24    speculation. Objection, form.
25           Mr. King, you may answer.

## Page 63

1             THE WITNESS: Offhand, no.
2  BY MR. THOMSON:
3  Q  Okay. And can you tell me what type of pork
4     tenderloins these were? And by that I mean, were
5     they marinated? Were they flavored? Was there
6     anything -- can you just describe the pork
7     tenderloins?
8  A  They were just plain pork tenderloins.
9  Q  Okay. And in column F it says "8/8/2018." Is that
10    the date that you purchased these pork tenderloins?
11 A  Correct.
12 Q  And how do you know that that was the date that you
13    purchased these pork tenderloins?
14 A  The receipt that I had.
15 Q  So you have a receipt reflecting this purchase. Is
16    that correct?
17 A  Yes.
18           MR. AMARA: Objection, form.
19           Mr. King, you may answer.
20           THE WITNESS: Yes.
21 BY MR. THOMSON:
22 Q  And did you provide that receipt to your counsel?
23           MR. AMARA: Objection, form.
24           Mr. King, you may answer.
25           THE WITNESS: I provided them with the

## Page 64

1     information that I've had that they have asked for.
2  BY MR. THOMSON:
3  Q  Do you recall whether you provided them with this
4     receipt?
5             MR. AMARA: Objection, calls for
6     speculation. Objection, form.
7             Mr. King, you may answer.
8             THE WITNESS: Yes.
9  BY MR. THOMSON:
10 Q  Okay. And do you see here that column G is empty?
11 A  It is.
12 Q  So do you -- do you recall the brand of pork that
13    you purchased here?
14 A  No, sir.
15 Q  All right. And then column E it says "$6.88 per
16    pack." Is that the price for a pack of pork
17    tenderloin?
18           MR. AMARA: Objection, form.
19           Mr. King, you may answer.
20           THE WITNESS: Correct.
21 BY MR. THOMSON:
22 Q  And do you remember that because it's reflected on
23    the receipt that you reviewed?
24           MR. AMARA: Objection, form.
25           Mr. King, you may answer.

## Page 65

1             THE WITNESS: Yes.
2             MR. THOMSON: Okay. And so, Mr. Amara,
3     I'm going to reiterate my request for this document
4     as well that you please produce this.
5             MR. AMARA: Again, the same statement I
6     made before applies here as well.
7             MR. THOMSON: Understood.
8  BY MR. THOMSON:
9  Q  Mr. King, do you see that columns H and I are empty
10    for rows 57 and 58?
11 A  Yes.
12 Q  Let me just ask -- I think column H is "hog
13    producer." That's the heading for it. Do you know
14    what a hog producer is?
15           MR. AMARA: Objection, form.
16           Mr. King, you may answer.
17           THE WITNESS: No.
18 BY MR. THOMSON:
19 Q  The heading for column I is "hog processor." Do you
20    know what a hog processor is?
21           MR. AMARA: Objection, form.
22           Mr. King, you may answer.
23           THE WITNESS: I would assume where the
24    meat is processed.
25 BY MR. THOMSON:

Page 66

1  Q  Okay.  Do you know whether the defendants in this
2     case are hog producers?
3          MR. AMARA:  Objection, form.
4          Mr. King, you may answer.
5          THE WITNESS:  No.
6  BY MR. THOMSON:
7  Q  Do you know whether the defendants in this case are
8     hog processors?
9          MR. AMARA:  Same objection.
10         Mr. King, you may answer.
11         THE WITNESS:  No.
12 BY MR. THOMSON:
13 Q  Is it fair to say that you don't know which hog
14    producer produced the hogs that were used in the
15    pork products that you purchased reflected in rows
16    57 and 58?
17         MR. AMARA:  Objection, form.
18         Mr. King, you may answer.
19         THE WITNESS:  Yes.
20 BY MR. THOMSON:
21 Q  Okay.  Is it also fair to say that you don't know
22    which hog processor processed the hogs that were
23    used in the pork products reflected in rows 57 and
24    58?
25         MR. AMARA:  Same objection.

Page 67

1          Mr. King, you may answer.
2          THE WITNESS:  Yes.
3  BY MR. THOMSON:
4  Q  So would you agree that it's possible that a
5     non-defendant hog producer reduced the pork that you
6     are claiming damages on?
7          MR. AMARA:  Objection, calls for
8     speculation.  Objection, form.
9          Mr. King, you may answer.
10         THE WITNESS:  Yes.
11 BY MR. THOMSON:
12 Q  Okay.  And would you also agree that it's possible
13    that a non-defendant hog processor processed the
14    pork that you purchased as reflected here on rows 57
15    and 58?
16         MR. AMARA:  Objection, calls for
17    speculation.  Objection, form.
18         Mr. King, you may answer.
19         THE WITNESS:  Yes.
20 BY MR. THOMSON:
21 Q  Okay.  Mr. King, are the purchases listed here in
22    rows 57 and 58 the only purchases that you are
23    seeking damages on in this case?
24         MR. AMARA:  Objection, calls for a legal
25    conclusion.  Objection, form.

Page 68

1          Mr. King, you may answer.
2          THE WITNESS:  That was just at that
3  time.  It is still -- we still purchased meat since
4  then.
5  BY MR. THOMSON:
6  Q  So when you say "at that time," what time are you
7     referring to?
8  A  8/3/2018 and 8/8/2018.
9  Q  So as of those dates, those were the only products
10    that you're seeking damages on in this case?
11         MR. AMARA:  Objection, calls for a legal
12    conclusion.  Objection, form.
13         Mr. King, you may answer.
14         THE WITNESS:  Those were just the
15 instances where I had receipts.
16 BY MR. THOMSON:
17 Q  Okay.  So are you seeking damages on any other pork
18    purchases besides the ones reflected in rows 57 and
19    58?
20         MR. AMARA:  Objection, calls for a legal
21    conclusion.  Objection, form.
22         Mr. King, you may answer.
23         THE WITNESS:  I am seeking for I guess
24 the period of the whole time through my state and
25 anybody else that has bought pork in the nation.

Page 69

1  BY MR. THOMSON:
2  Q  So besides the purchases reflected in rows 57 and
3     58, what purchases are you seeking damages on in
4     this case?
5          MR. AMARA:  Objection, calls for a legal
6     conclusion.  Objection, form.
7          Mr. King, you may answer.
8          THE WITNESS:  For the class that I'm in
9  on this complaint is what I'm seeking damages for.
10 BY MR. THOMSON:
11 Q  Are you seeking damages for any purchases that you
12    personally made other than the two rows in this
13    exhibit?
14 A  I would have to lean on my counsel for that.
15 Q  Well, and so I'm asking for your opinion as you sit
16    here today, are you aware of any other purchases
17    besides these ones reflected in rows 57 and 58 that
18    you're seeking damages on?
19         MR. AMARA:  Objection, form.  Objection,
20    asked and answered.
21         This goes to the response itself, and
22    the response has limitations speaking to remembering
23    at the time, and so the answer is not with the
24    witness.  It's with the response itself,
25    Mr. Thomson.

Page 90

1   personally?
2   A   No.
3   Q   So it didn't have any kind of negative financial
4       impact on you?
5   A   No, sir.
6   Q   All right. Were you any more conscious of prices
7       when you were shopping during the financial crisis
8       than you are now?
9           MR. AMARA: Objection, form.
10          Mr. King, you may answer.
11          THE WITNESS: Back then, I was not.
12  BY MR. THOMSON:
13  Q   Okay. Did you go out to eat less at restaurants
14      during the financial crisis?
15          MR. AMARA: Objection, form. Objection,
16      asked and answered.
17          Mr. King, you may answer.
18          THE WITNESS: I would say no.
19  BY MR. THOMSON:
20  Q   Okay. What about during the COVID-19 pandemic, has
21      that affected you financially at all?
22  A   Financially, no.
23  Q   Okay. Has that changed your eating habits at all?
24  A   I would say no.
25  Q   Okay. So you didn't find yourself, for example,

Page 91

1       eating in more often during the pandemic than you
2       did before?
3   A   Well, we still eat in a lot more, so that's why we
4       still buy all of our meat at the store, but we
5       didn't go out as much, like we weren't allowed to
6       here. So, yeah, we just kind of conserved what we
7       had.
8   Q   Did you find yourself eating any less pork products
9       during that period than in other periods?
10  A   No, sir.
11  Q   Okay. Mr. King, have you ever heard of the PED
12      virus?
13  A   No, sir.
14  Q   And just in case you're curious, that's the porcine
15      epidemic diarrhea virus.
16  A   I have not, no.
17  Q   Okay. Just wanted to check. Do you recall the H1N1
18      swine flu epidemic?
19  A   I remember hearing about it, yes.
20  Q   Okay. What do you remember about that epidemic?
21  A   I mean, not too much really. I remember just
22      hearing that it was going on, and it didn't seem to
23      be a concern for a lot of people that were around
24      me.
25  Q   Okay. Do you have any recollection of whether it

Page 92

1       impacted the pork supply?
2           MR. AMARA: Objection, form.
3           Mr. King, you may answer.
4           THE WITNESS: I do not know.
5   BY MR. THOMSON:
6   Q   Okay. Do you have any recollection of whether pork
7       demand went down during the swine flu epidemic?
8           MR. AMARA: Objection, form.
9           Mr. King, you may answer.
10          THE WITNESS: No.
11  BY MR. THOMSON:
12  Q   All right. Would you agree with me that if consumer
13      demand for pork goes down that it would be
14      reasonable for pork producers to produce less pork
15      in response?
16          MR. AMARA: Objection, calls for
17      speculation. Objection, form.
18          Mr. King, you may answer.
19          THE WITNESS: Yes.
20  BY MR. THOMSON:
21  Q   Mr. King, could you tell me how you've been harmed
22      by the conspiracy alleged in this case?
23          MR. AMARA: Objection, form.
24          Mr. King, you may answer.
25          THE WITNESS: They have taken more of

Page 93

1       our money with these prices that keep going up.
2   BY MR. THOMSON:
3   Q   Do you have a sense of how much more money you think
4       you paid for pork than you should have paid?
5           MR. AMARA: Objection, calls for
6       speculation. Objection, form.
7           Mr. King, you may answer.
8           THE WITNESS: More than I was back in
9       2008 and 2009.
10  BY MR. THOMSON:
11  Q   Do you have any sense of how much more you're paying
12      for pork?
13  A   No, sir.
14          MR. AMARA: Objection, foundation.
15          Mr. King, you may answer.
16          MR. THOMSON: I believe he said "No,
17      sir."
18  BY MR. THOMSON:
19  Q   Okay. Mr. King, do you have a sense of whether my
20      client, Seaboard Foods, has harmed you in any way?
21          MR. AMARA: Objection, foundation.
22      Objection, form.
23          Mr. King, you may answer.
24          THE WITNESS: Offhand, no.
25  BY MR. THOMSON:

**Video Recorded Zoom Videoconference Deposition of Kenneth King - 2/28/2022
In Re Pork Antitrust Litigation**

### Page 94

```
1    Q  Okay.  Do you know if you've ever bought Seaboard
2       Foods produced pork?
3              MR. AMARA:  Objection, foundation.
4              Mr. King, you may answer.
5              THE WITNESS:  Offhand, no.
6    BY MR. THOMSON:
7    Q  Okay.  Do you know what brands of pork Seaboard
8       sells?
9              MR. AMARA:  Objection, form.
10             Mr. King, you may answer.
11             THE WITNESS:  No, sir.
12   BY MR. THOMSON:
13   Q  Do you know what stores Seaboard sells its pork to?
14             MR. AMARA:  Same objection.
15             Mr. King, you may answer.
16             THE WITNESS:  No, sir.
17   BY MR. THOMSON:
18   Q  Do you know what brands of pork Smithfield sells?
19             MR. AMARA:  Same objection.
20             Mr. King, you may answer.
21             THE WITNESS:  No, sir.
22   BY MR. THOMSON:
23   Q  Do you know whether you've ever bought Smithfield
24      pork?
25             MR. AMARA:  Objection, form.
```

### Page 95

```
1              Mr. King, you can answer.
2              THE WITNESS:  No, sir.
3    BY MR. THOMSON:
4    Q  What about Hormel pork, do you know whether you've
5       ever bought Hormel pork?
6              MR. AMARA:  Objection, form.
7              Mr. King, you may answer.
8              THE WITNESS:  No.
9    BY MR. THOMSON:
10   Q  Do you know what brands of pork Hormel sells?
11             MR. AMARA:  Objection, foundation.
12      Objection, form.
13             Mr. King, you may answer.
14             THE WITNESS:  No, sir.
15   BY MR. THOMSON:
16   Q  What about Triumph, do you know if you've ever
17      bought Triumph pork?
18             MR. AMARA:  Same objection.
19             Mr. King, you may answer.
20             THE WITNESS:  No, sir.
21   BY MR. THOMSON:
22   Q  Do you know what brands Triumph sells?
23             MR. AMARA:  Objection, form.
24             Mr. King, you may answer.
25             THE WITNESS:  No, sir.
```

### Page 96

```
1    BY MR. THOMSON:
2    Q  What about Tyson pork, have you ever bought Tyson
3       pork?
4              MR. AMARA:  Same objection.
5              Mr. King, you may answer.
6              THE WITNESS:  Yes, sir.
7    BY MR. THOMSON:
8    Q  When did you buy Tyson pork?
9    A  In that timeframe, I have.  That's one of the main
10      brands at our store.
11   Q  And which store is that?
12   A  Walmart.
13   Q  Do you know if it's sold at County Market?
14   A  Offhand, no.
15   Q  Okay.  And what Tyson pork product did you buy?
16   A  Offhand, I'm not sure.
17   Q  Okay.  Do you recall what brand of Tyson pork you
18      bought?
19   A  No, sir.
20   Q  Okay.  Do you have a sense of how much Tyson pork
21      you bought over the January 2009 to present period?
22             MR. AMARA:  Objection, calls for
23      speculation.
24             Mr. King, you may answer.
25             THE WITNESS:  No, sir.
```

### Page 97

```
1    BY MR. THOMSON:
2    Q  Okay.  What about Clemens, have you ever bought
3       Clemens pork?
4              MR. AMARA:  Objection, form.
5              Mr. King, you may answer.
6              THE WITNESS:  No, sir.
7    BY MR. THOMSON:
8    Q  Do you know what brands of pork Clemens sells?
9              MR. AMARA:  Objection, form.
10             Mr. King, you may answer.
11             THE WITNESS:  No, sir.
12   BY MR. THOMSON:
13   Q  Okay.  And what about JBS, have you ever bought JBS
14      pork?
15             MR. AMARA:  Same objection.
16             Mr. King, you may answer.
17             THE WITNESS:  No, sir.
18   BY MR. THOMSON:
19   Q  And do you know what brands of pork JBS sells?
20             MR. AMARA:  Same objection.
21             Mr. King, you may answer.
22             THE WITNESS:  No, sir.
23   BY MR. THOMSON:
24   Q  All right.  Do you know whether any of the
25      defendants in this case has settled with you?
```

**Video Recorded Zoom Videoconference Deposition of Kenneth King - 2/28/2022**
**In Re Pork Antitrust Litigation**

Page 98

1  A  I believe we signed a declaration with JBS in
2     September of 2021.
3  Q  So you believe you've settled with JBS?
4  A  Correct.
5  Q  Okay. When do you believe you began to be harmed by
6     the conspiracy alleged in this case?
7  A  Well, I joined the lawsuit in 2018.
8  Q  I'm sorry, Mr. King, again I couldn't hear you.
9  A  Yeah. I joined the lawsuit in 2018. I know that
10    this all started from 2008 until the present time.
11    I was only aware of it from 2018.
12 Q  So you believe you've been harmed since 2008?
13 A  Yes.
14 Q  Okay. And can you tell me, please, how you've been
15    harmed by the conspiracy?
16           MR. AMARA: Objection, form.
17           Mr. King, you may answer.
18           THE WITNESS: By the rising cost. It's
19    taken out of our wallets.
20 BY MR. THOMSON:
21 Q  So is it your understanding that an increase in pork
22    prices by the pork producers causes an increase in
23    the price that you pay for pork?
24           MR. AMARA: Objection, form.
25           Mr. King, you may answer.

Page 99

1            THE WITNESS: Yes.
2  BY MR. THOMSON:
3  Q  Do you have any understanding or belief about
4     whether grocery stores always pass on price
5     increases from their suppliers?
6            MR. AMARA: Objection, calls for
7     speculation. Objection, form.
8            Mr. King, you may answer.
9            THE WITNESS: No.
10 BY MR. THOMSON:
11 Q  You don't have any understanding about that?
12 A  Not as much as some people, no, I don't.
13 Q  Do you know how frequently Pizza Hut changes the
14    prices of its -- of its -- the products that it
15    sells?
16 A  I do, about once a year.
17 Q  About once a year. Do you have any understanding
18    about whether the cost of pork purchased from a
19    producer changes more frequently than once a year?
20 A  I do not, no.
21 Q  Okay. Would it surprise you if you learned that
22    pork producers change their prices more frequently
23    than once a year?
24           MR. AMARA: Objection, calls for
25    speculation. Objection, form.

Page 100

1            Mr. King, you may answer.
2            THE WITNESS: It would, yes.
3  BY MR. THOMSON:
4  Q  Do you know whether Pizza Hut buys any pork
5     products?
6  A  I mean, we do carry pork, so I would say yes.
7  Q  So if Pizza Hut is only changing its prices once a
8     year but pork producers are changing their prices
9     more than once a year, is it fair to say that Pizza
10    Hut is not always passing on changes in prices to
11    consumers?
12           MR. AMARA: Objection, foundation.
13    Objection, calls for speculation.
14           Mr. King, you may answer.
15           THE WITNESS: I would say, to my
16    knowledge, the only reason that they're upping their
17    charge is to pay for minimum wage. We don't know if
18    that's directly from the manufacturers that are
19    telling them to do this. We just know it's to cover
20    the minimum wage for new employees coming in.
21           MR. THOMSON: Mr. Amara, should we take
22    a break now?
23           MR. AMARA: Yeah.
24           MR. THOMSON: We don't have too much
25    more to do. We've been going about an hour.

Page 101

1            MR. AMARA: Yeah, so mechanically here
2     -- why don't we go off -- can we go off the record,
3     and we'll kind of discuss logistics here.
4            MR. THOMSON: Sure. Could we go off the
5     record.
6            THE VIDEOGRAPHER: Yes. We are going
7     off the record. That will be the end of media one
8     in the Zoom deposition of Kenneth King. The time is
9     11:07 a.m.
10           (Off the record.)
11           (Back on the record.)
12           THE VIDEOGRAPHER: We are back on the
13    record. This is the continuation of the Zoom
14    deposition of Kenneth King, the beginning of media
15    two. The time is 11:22 a.m. Go ahead.
16 BY MR. THOMSON:
17 Q  All right. Mr. King, during the break, did you
18    discuss this case at all with your counsel?
19 A  No, sir.
20 Q  All right. Mr. King, could you please tell me as a
21    matter of fact how much money you spent on pork
22    purchases between January 2009 and the present?
23           MR. AMARA: Objection, calls for
24    speculation. Objection, form.
25           Mr. King, you may answer.