# EXHIBIT R

**In the Matter Of:**

*IN RE PORK ANTITRUST LITIGATION*

*JENNIFER SULLIVAN*

*April 15, 2022*



## Page 1

```
1               UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
2

3
  Court File No. 0:18-cv-01776-JRT-HB
4

5 IN RE:

6 PORK ANTITRUST LITIGATION
7 _____/

8

9              ORAL VIDEOTAPED DEPOSITION

10                  JENNIFER SULLIVAN

11                   APRIL 15, 2022

12

13     ORAL VIDEOTAPED DEPOSITION OF JENNIFER SULLIVAN, via

14 Zoom, produced as a witness at the instance of the

15 Defendant Seaboard Foods, LLC and Seaboard Corporation,

16 and duly sworn, was taken in the above-styled and

17 numbered cause on the 15th day of April, 2022, from

18 10:32 a.m. to 2:05 p.m., before Melinda Barre, Certified

19 Shorthand Reporter in and for the State of Texas,

20 reported by computerized stenotype machine, all parties

21 appearing remotely via web videoconference, pursuant to

22 the rules of procedure and the provisions stated on the

23 record or attached hereto.

24

25
```

## Page 2

```
1                        APPEARANCES
        (ALL APPEARED VIA ZOOM VIDEO CONFERENCE.)
2
  FOR THE CONSUMER INDIRECT PURCHASER PLAINTIFFS
3 AND THE WITNESS:
4      Ms. Ling Wang
       GUSTAFSON GLUEK PLLC
5      126 South 6th Street, Suite 2600
       Minneapolis, Minnesota 55402
6
       Telephone: 712.333.8844
7      E-mail: lwang@gustafsongluek.com
8
  FOR SEABOARD FOODS LLC AND SEABOARD CORPORATION:
9
       Mr. Jonathan Ripa
10     STINSON LLP
       50 South Sixth Street, Suite 2600
11     Minneapolis, Minnesota 55402
12     Telephone: 612.335.1500
       E-mail: jonathan.ripa@stinson.com
13
14
15 ALSO PRESENT:   Jonathan Cruz, Videographer and
                   Document Technician
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
1
2                          INDEX
3                                                    PAGE
4 Examination by Mr. Ripa ...........................4
  Signature Page  ................................110
5 Court Reporter's Certificate ....................112
6                         EXHIBITS
7
8 EXHIBIT          DESCRIPTION                      PAGE
9
10 Exhibit 1      Consumer Indirect Purchaser        27
                  Plaintiffs' Fourth Amended
11                Consolidated Class Action
                  Complaint
12
   Exhibit 2      Consumer Indirect Purchaser        48
13                Plaintiffs' Objections and
                  Responses to Defendants' First
14                Set of Interrogatories
15 Exhibit 3      Grocery Receipts                   65
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
1           THE VIDEOGRAPHER:  We are on the record on
2 April 15th, 2022 at approximately 10:32 a.m. Central
3 time for the remote deposition of Jennifer Sullivan in
4 the matter of Pork Antitrust Litigation.  My name is
5 Jonathan Cruz, and I am the videographer and document
6 tech on behalf of Lexitas.  All appearances will be
7 noted on the stenographic record.  Will the court
8 reporter please swear in the witness.
9           JENNIFER SULLIVAN,
10 having been first duly sworn, testified as follows:
11          EXAMINATION
12 QUESTIONS BY MR. RIPA:
13    Q.  Ms. Sullivan, my name is John Ripa.  I
14 represent Seaboard Foods, one of the defendants in this
15 case.
16          (Discussion off the record)
17    Q.  (By Mr. Ripa)  Good morning, Ms. Sullivan.  I'm
18 John Ripa.  I represent Seaboard Foods in this case.
19 Thanks for your time today.  It's nice to meet you.
20    A.  Nice to meet you.
21    Q.  So before we get started today I just need to
22 go over a few formalities and ground rules.  So can we
23 start just by having you state your full name for the
24 record, please.
25    A.  Jennifer Lee Sullivan.
```

Page 57

1 Smithfield for pork chops?
2  **A. Just the store brand. But I don't know. It**
3 **would be Cub Foods but, you know, it doesn't -- it just**
4 **says the Cub Foods sticker.**
5  Q. Okay. And how about for your boneless hams?
6     MS. WANG: Same objection.
7  **A. Same with the ham. It would be Hormel or the**
8 **store brand.**
9  Q. (By Mr. Ripa) What about bacon?
10    MS. WANG: Object to form.
11 **A. The Hormel bacon.**
12 Q. (By Mr. Ripa) Okay.
13 **A. Then do you want the roasts?**
14 Q. Yes.
15 **A. Oh, the roasts, Smithfield, are the same. And**
16 **then the deli sliced meat also, that's always different.**
17 Q. It's always different. So I think I heard you
18 say -- I'm sorry. What?
19 **A. Oh, the Jimmy Dean's is the sausage links.**
20 Q. Oh, okay. So I don't see sausage links on
21 column C here. But are you saying, so you bought
22 sausage links as well? Should that be in column C as
23 well?
24 **A. Correct.**
25 Q. Would that have been -- what frequency would

Page 58

1 you have bought those on during the class period?
2  **A. Oh, boy.**
3     MS. WANG: Object to form.
4  **A. Up until two years ago at least once a month,**
5 **yes.**
6  Q. (By Mr. Ripa) What about the Schweigert label
7 there in that column, what is that?
8  **A. That's lunch meat.**
9  Q. And what about Hillshire Farm?
10 **A. Hillshire Farm. Why am I having a brain fart**
11 **on this? Hillshire fire, I don't know why I'm having a**
12 **brain -- I'm spacing on this one.**
13 Q. Okay.
14 **A. And Oscar Meyer is hot dogs. That's also not**
15 **on there. What these are are the receipts that I had.**
16 Q. These names here, the Hormel, Smithfield, Jimmy
17 Dean's, those are --
18 **A. Yes.**
19 Q. So are there pork products that are named
20 brands that you bought during the class period that
21 would have been outside of what's named here
22 potentially?
23    MS. WANG: Object to form.
24 **A. These are the receipts that I had, but I didn't**
25 **have hot dogs on here or sausage on here.**

Page 59

1  Q. (By Mr. Ripa) Okay. But you bought hot dogs
2 and sausage?
3  **A. Correct.**
4  Q. Looking to the -- still on row 79, just to the
5 right of the column we were just looking at, columns H
6 and I, do you see that they are empty for row 79?
7  **A. Yes.**
8  Q. And if you go all the way to the top of the
9 document, I can represent to you that columns H and I
10 are labeled Hog Producer and Hog Processor. But you can
11 look at the top of appendix A if you want to check that
12 for yourself.
13 **A. Okay.**
14 Q. Do you see that?
15 **A. Yes.**
16 Q. Do you know what a hog producer is?
17    MS. WANG: Deposit.
18 **A. The farmer.**
19 Q. (By Mr. Ripa) Okay. I'm sorry?
20 **A. The farmer.**
21 Q. So do you know what a hog processor is?
22    MS. WANG: Object to form.
23 **A. Who processes the meat.**
24 Q. (By Mr. Ripa) Do you know which hog producer
25 produced the hogs that are used in the pork products you

Page 60

1 bought on this appendix?
2  **A. No.**
3     MS. WANG: Objection, calls -- sorry.
4 Jen, if you'll just give a moment after his questions,
5 give me an opportunity to object before answering.
6     **THE WITNESS: Okay. Sorry.**
7     MS. WANG: No worries.
8  Q. (By Mr. Ripa) Do you know which hog processor
9 processed the hogs that were used in the pork products
10 you bought?
11    MS. WANG: Object to form.
12 **A. No.**
13 Q. (By Mr. Ripa) So is it possible that a
14 non-defendant hog producer produced the pork that you're
15 claiming damages on in this case?
16    MS. WANG: Object to form.
17 Q. (By Mr. Ripa) Is that possible?
18    MS. WANG: Object to form, calls for
19 speculation.
20 **A. Possible, I guess. But I don't know honestly.**
21 Q. (By Mr. Ripa) Are the pork purchases listed in
22 this row 79, are these the only purchases you're seeking
23 damages on in this case?
24    MS. WANG: Object to form.
25 **A. Besides the bacon and the sausage are the other**

Page 61

1 two that I have purchased.
2   Q.  (By Mr. Ripa)  So bacon's listed here.  Did you
3 mean hot dogs and sausage?
4   A.  Sorry.  Yes, hot dogs and sausage.
5   Q.  Okay.  So you're seeking damages in this case
6 on hot dogs and sausage as well, those purchases?
7       MS. WANG:  Object to form, misstates
8 testimony.
9   Q.  (By Mr. Ripa)  Am I understanding that right?
10  A.  I'm sorry.  I don't understand what you're
11 asking.
12  Q.  Yeah.  No problem.
13      So row 79 in appendix A that we're looking
14 at here, are you seeking damages in this case for any
15 pork purchases that are not represented on this row?
16      MS. WANG:  Object to form.
17  A.  Yes.  I have purchased other items that are not
18 listed.
19  Q.  (By Mr. Ripa)  Okay.  Do you have receipts for
20 those items?
21  A.  I will look.  Yes, I will look but not back
22 from 2008, if you need them.
23  Q.  Between January 2009 and the present, I just
24 want to ask about whether you made purchases of the
25 following types of pork products outside of the ones

Page 62

1 that are listed on row 79 here.
2       We've talked about hams.  Did you buy any
3 pork loins?
4       MS. WANG:  Object to form.
5   A.  Loin, no, no, unless it's a roast.
6   Q.  (By Mr. Ripa)  Did you buy any pork shoulders?
7       MS. WANG:  Object to form.
8   A.  Yes.
9   Q.  (By Mr. Ripa)  Do you recall what brand of pork
10 shoulders you purchased?
11      MS. WANG:  Object to form.
12  A.  Cub Foods.
13  Q.  (By Mr. Ripa)  How often did you buy pork
14 shoulders during the class period?
15  A.  Once a month.
16      MS. WANG:  Same objection.
17  Q.  (By Mr. Ripa)  Do you have an understanding of
18 why pork shoulders are not listed on this appendix A if
19 you bought those once a month during the class period?
20  A.  They're roasts.
21  Q.  Okay.  So you would include pork shoulder under
22 pork roasts?
23      MS. WANG:  Object to form.
24  A.  Yeah.  That's what I had said at the beginning,
25 if the pork shoulder is a roast.

Page 63

1   Q.  (By Mr. Ripa)  Okay.  What about pork jowls, is
2 that something you've ever purchased?
3   A.  No.
4   Q.  What about pork ribs?
5   A.  Yes, but not on a monthly basis.
6   Q.  Okay.  How often would you purchase pork ribs
7 during the class period?
8   A.  Probably -- in the whole class period probably
9 five times in all them years.
10  Q.  Okay.  Do you have a recollection of where you
11 bought those pork ribs?
12      MS. WANG:  Object to form.
13  A.  Either Cub or Sam's.
14  Q.  (By Mr. Ripa)  What about ground pork?  Did you
15 make any ground pork purchases during the class period?
16      MS. WANG:  Objection, form.
17  A.  Sausages but not ground pork.  Just plain
18 ground pork, no.
19  Q.  (By Mr. Ripa)  Okay.  Pepperoni?
20  A.  What was that?
21  Q.  Pepperoni?
22  A.  Have I purchased pepperoni?
23  Q.  Uh-huh.
24  A.  Yeah.
25  Q.  Okay.  How often would you purchase pepperoni

Page 64

1 during the class period?
2   A.  Okay.  We're really getting into this.
3       MS. WANG:  Object to form.
4   A.  Pepperoni.  Pepperoni, a few times a year.
5   Q.  (By Mr. Ripa)  And where would you purchase
6 that from?
7   A.  Cub Foods.
8       MS. WANG:  Object to form.
9       THE WITNESS:  Sorry.
10  Q.  (By Mr. Ripa)  No worries.  And how about
11 salami?
12  A.  Yes.
13  Q.  How often would you purchase salami?
14  A.  Along with the deli meats.
15  Q.  So once a month?
16  A.  No.  The deli meats once a week.
17  Q.  Oh, excuse me.  So you purchased salami once a
18 week?
19  A.  Yes, correct.
20  Q.  Okay.  Where would you purchase that from?
21  A.  At Cub Foods.
22  Q.  Is there any other type of pork product that we
23 haven't just talked about that you purchased during the
24 class period?
25      MS. WANG:  Object to form.