UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE CONSUMER INDIRECT PURCHASER PLAINTIFFS ACTION | Case No. 0:18-cv-01776-JRT-HB |

**DECLARATION OF CRAIG COLEMAN IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE THE TESTIMONY OF DR. HAL SINGER**

I, Craig S. Coleman, declare and state as follows:

1. I am an attorney licensed to practice in the States of Minnesota. I practice law with the law firm Faegre Drinker Biddle & Reath LLP. I represent Hormel Foods Corporation in this case. I have personal knowledge of the facts set forth below, and if called as a witness, could testify competently to the following facts.

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Dr. Hal Singer. (Filed Under Seal)

3. Attached hereto as Exhibit B is a true and correct copy of the Transcript of the Deposition of Dr. Hal Singer. (Filed Under Seal)

4. Attached hereto as Exhibit C is a true and correct copy of an article authored by Steve Meyer, titled "Production-Packer Match Point" published by National Hog Farmer.

5. Attached hereto as Exhibit D is a true and correct copy of a May 31, 2022 letter from Plaintiffs' Counsel to Peter Schwingler, counsel for Defendant Seaboard. (Filed Under Seal)

1

6. Attached hereto as Exhibit E is a true and correct copy of a document identified by bates number HFC-PORKAT0000296667, as cited in Dr. Singer's Declaration. (Filed Under Seal)

7. Attached hereto as Exhibit F is a true and correct copy of an article from the Pork Checkoff, titled "Quick Facts: The Pork Industry at a Glance", designated as Exhibit 6 during the deposition of Dr. Singer.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts of the transcript of the deposition of Paul Peil, an employee of Jennie-O Turkey Store and former head of fresh pork sales at Hormel Foods Corp. (Filed Under Seal)

9. Attached hereto as Exhibit H is a true and correct copy of excerpts of the transcript of the deposition of Jeffrey Nuytten, a former head of fresh pork sales at Hormel Foods Corp. (Filed Under Seal)

10. Attached hereto as Exhibit I is a true and correct copy of a document identified by bates label AGSTAT-0003431573, Plaintiffs' Exhibit 1030. (Filed Under Seal)

11. Attached hereto as Exhibit J is a true and correct copy of a document identified by bates labeled SBF0294998. (Filed Under Seal)

12. Attached hereto as Exhibit K is a true and correct copy of a document identified by bates number CLMNS-0000083482, as cited in Dr. Singer's Declaration. (Filed Under Seal)

US.352001003.01

13. Attached hereto as Exhibit L is a true and correct copy of a document identified by bates number TF-P-001381827, as cited in Dr. Singer's Declaration. (Filed Under Seal)

14. Attached hereto as Exhibit M is a true and correct copy of a document identified by bates number TRI000005773, as cited in Dr. Singer's Declaration. (Filed Under Seal)

15. Attached hereto as Exhibit N is a true and correct copy of a document identified by bates number HFC-PORKAT0000115867, as cited in Dr. Singer's Declaration. (Filed Under Seal)

16. Attached hereto as Exhibit O is a true and correct copy of a document identified by bates number CLMNS-0000031400, as cited in Dr. Singer's Declaration. (Filed Under Seal)

17. Attached hereto as Exhibit P is a true and correct copy of a document identified by bates number TF-P-001573662, as cited in Dr. Singer's Declaration. (Filed Under Seal)

18. Attached hereto as Exhibit Q is a true and correct copy of a document identified by bates number SMITHFIELD00308346, as cited in Dr. Singer's Declaration. (Filed Under Seal)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2022, in Minneapolis, Minnesota.

/s/ *Craig S. Coleman*