# Exhibit G



Deposition of:
# Paul Peil

*December 9, 2021*

In the Matter of:

# Pork Antitrust Litigation

Veritext Legal Solutions
888.777.6690 | cs-midatlantic@veritext.com | 215-241-1000

Page 1

1              UNITED STATES DISTRICT COURT
2                  DISTRICT OF MINNESOTA
3       _____
                                    )
        IN RE:                      )
4                                   )
        PORK ANTITRUST LITIGATION        Case No.
5                                   )  0:18-cv-01776-JRT-HB
6       This Document Relates To:   )
7       ALL DIRECT PURCHASER        )
        PLAINTIFF ACTIONS
8       _____ )
9
10                HIGHLY CONFIDENTIAL
11             VIDEOTAPED DEPOSITION OF
12                    PAUL PEIL
13
14      DATE:      December 9, 2021
15      TIME:      9:02 a.m. (Central)
16      PLACE:     Faegre Baker Biddle & Reath
17                 2200 Wells Fargo Center
18                 90 South Seventh Street
19                 Minneapolis, Minnesota 55402
20
21
22
23
24      JOB NO.:      PA 4897676
        PAGES:        1 to 265
25      REPORTED BY:  Merilee Johnson, RDR, CRR, CRC, RSA

Page 14

1    action nor am I financially interested in the
2    outcome.
3              Counsel will now state their
4    appearances and affiliations for the record.  If
5    there are any objections to this proceeding, please
6    state them at the time of your appearance,
7    beginning with the noticing attorney.
8              MR. BOURNE:  Good morning.  Joe Bourne
9    from Lockridge Grindal Nauen representing the
10   direct purchaser plaintiffs.
11             MR. MITCHELL:  This is Mike Mitchell
12   from Boies Schiller and Flexner for plaintiffs
13   Sysco and Amery Investments on behalf of the direct
14   action plaintiffs.
15             MR. COLEMAN:  Craig Coleman --
16             MR. PEARSON:  Good morning.  Clifford
17   Pearson for the DPPs.
18             MR. COLEMAN:  Anybody else from
19   plaintiffs' side want to --
20             MR. CIALKOWSKI:  Yeah.  Good morning.
21   This is Dave Cialkowski, C-i-a-l-k-o-w-s-k-i, with
22   the commercial and institutional indirect purchaser
23   plaintiffs.
24             MR. SHIFTAN:  Good morning.  Ben
25   Shiftan for the direct plaintiffs as well.

Page 15

1  MS. THOMPSON: And this is Jessica --
2  MR. STEWART: Good morning --
3  MS. THOMPSON: Excuse me. Sorry. Go
4  ahead, Bill.
5  MR. STEWART: Sorry. This is Bill
6  Stewart of Schneider Wallace on behalf of the
7  Commonwealth of Puerto Rico.
8  MS. THOMPSON: This is Jessica Thompson
9  on behalf of the consumer indirect purchaser
10 plaintiffs.
11 MR. COLEMAN: Covered on the
12 plaintiffs' side?
13 We've got Craig Coleman and Emily Chow
14 with the Faegre Drinker firm on behalf of Hormel
15 Foods and representing Mr. Peil this morning.
16 I believe the other defendants have
17 noticed their appearance directly to the -- to
18 Veritext and the court reporter. So unless anybody
19 feels the need to further note their appearances, I
20 think we can proceed.
21 THE VIDEOGRAPHER: Will the court
22 reporter please swear in the witness and then we
23 can proceed.
24                    PAUL PEIL,
25   duly sworn, was examined and testified as follows:

Page 230

1        UNIDENTIFIED SPEAKER:  Object to form.
2        UNIDENTIFIED SPEAKER:  Object to form.
3   A.   It would allow me to quote a higher price,
4   but that means nothing if I don't have a buyer.
5   Q.   Have you provided truthful and complete
6   answers to all of the questions that you've been
7   asked today?
8   A.   Yes.
9   Q.   Thank you.  I have nothing further at this
10  time.
11  A.   Thank you.
12       MR. COLEMAN:  Let's go off the record.
13       THE VIDEOGRAPHER:  We are going off the
14  record.  The time now is 4:13.
15       (Break:  4:13 p.m. to 4:36 p.m.)
16       THE VIDEOGRAPHER:  We are back on the
17  record.  The time now is 4:36.
18                    EXAMINATION
19  BY MR. COLEMAN:
20  Q.   Mr. Peil, I believe, in the course of
21  answering plaintiffs' questions today, you
22  explained that in the period between 2009 and 2018,
23  you served in positions at Hormel Foods for which
24  you had responsibilities relating to the pricing of
25  fresh pork.  Is that right?

1         A.    That's correct.
2         Q.    And I believe you testified that at some
3    point in time you transitioned from a manager role
4    to a director role, but nonetheless, throughout
5    that period, you had responsibilities relating to
6    the pricing of pork and the purchase of pork raw
7    materials.
8         A.    That is correct.
9         Q.    And throughout that time period, have you
10   been familiar with Agri Stats?
11        A.    Yes.
12        Q.    And there were some questions and answers
13   about the Agri Stats sales book, otherwise known as
14   the Red Book.  Do you recall that?
15        A.    Yes.
16        Q.    And you've been familiar with the existence
17   of the Agri Stats Red Book throughout that time
18   period, 2009 to 2018?
19        A.    Yes.
20        Q.    And throughout that time period, 2009 to
21   2018, did Hormel Foods ever subscribe to the Agri
22   Stats sales report?
23        A.    No.  A sample report was created.
24        Q.    And I believe there was some questions
25   about the fact that Agri Stats provided a sample of

Page 232

1    the sales report to Hormel Foods.  Do you recall
2    that?
3         A.   Yes.
4         Q.   And following review of the sample sales
5    report, did Hormel Foods subscribe to the sales
6    report?
7         A.   We did not.
8         Q.   And so, again, circling back to my
9    question, does that confirm that in the period from
10   2009 to 2018, Hormel Foods never subscribed to the
11   Agri Stats sales report?
12        A.   We did not.
13        Q.   And I believe we reviewed some documents in
14   which you expressed some views about whether Hormel
15   Foods should subscribe to the Agri Stats sales
16   report.  Do you recall reviewing those documents?
17        A.   Yes, I do.
18        Q.   And did you, in fact, share your views
19   about the Agri Stats sales report and whether
20   Hormel Foods should subscribe to it?  Did you share
21   those views with others at Hormel Foods?
22        A.   Yes, I did.
23        Q.   And what were your views?
24        A.   I had some concerns on the accuracy of the
25   data that we were seeing as a relation to how they