# Exhibit J

 informa economics

**HP 11-16**
**December 29, 2011**

# December Hog and Pork Update

## December 1, 2011 USDA HOGS AND PIGS REPORT

The December 1 USDA ***Hogs and Pigs Report*** was released on Friday December 23rd. The report contained no major surprises in terms of current inventory or in terms of future farrowing intentions. Table 1 below provides the results for the hog and pig inventory. The total market hog inventory came in 1.7% larger than last year with the specific weight categories coming in close to expectations. The only real number which stands out is the 180+ group which at 0.4% smaller than year ago looks suspicious. Slaughter levels in December so far are running 1% above 2010 and that number suggests a slight moderation in slaughter could be in store in January. Once that heavy weight group makes its way the supply chain slaughter levels based on the market hog inventory numbers should sustain around a 1% increase over 2011. Producers continue to be cautious in terms of expansion plans and while the breeding herd was slightly larger than 2010 (0.4%) it was down from the September quarter.

**Table 1**

**December 1, US Hog and Pig Inventory**
**(000 Head)**

| | 2009 | 2010 | 2011 USDA | Pre Report 2011 informa | USDA % of Prev Year |
|---|---|---|---|---|---|
| **Total Hogs & Pigs** | 64,887 | 64,925 | 65,931 | **65,500** | **101.5** |
| Kept for Breeding | 5,850 | 5,778 | 5,803 | **5,810** | **100.4** |
| Market Hogs | 59,038 | 59,147 | 60,128 | **59,690** | **101.7** |
| 180 Lbs & Over | 11,252 | 11,531 | 11,490 | **11,590** | **99.6** |
| 120-179 Lbs | 12,299 | 12,233 | 12,472 | **12,350** | **101.9** |
| 50-119 Lbs | 16,782 | 16,519 | 16,895 | **16,650** | **102.3** |
| Less Than 50 Lbs | 18,705 | 18,864 | 19,271 | **19,100** | **102.2** |

USDA did make some minor revisions to previous survey estimates increasing the June market hog inventory by 620,000 head to account for the large slaughter levels during September. They made a slight adjustment to the September market hog inventory, raising it 145,000 head or 0.2%, and lastly they increased the sows farrowing in the March-May 2011 quarter by 1.4% which increased the pig crop 1.4%. Most if not all of these hogs have progressed to slaughter so revisions made will have no impact on future supply expectations; they merely true up the revised pig crop volumes with actual slaughter experienced.

Copyright by Informa Economics, Inc.

Table 2 provides details of the quarterly farrowings, pigs/litter and pig crops for recent quarters along with new producer intentions for the next two farrowing periods. Actual farrowings for the Sep-Nov quarter came in at 2.89 million head which is 20,000 larger than the previous intentions estimate. Producers also raised their farrowing intentions for the Dec-Feb quarter, but only by 8,000 head. One of the most interesting figures was the intentions number for the Mar-May quarter, which solidifies how cautious producers continue to be. It is hard to forget those record high corn prices from only 4-5 months ago which translated into record high feed costs. Producers are not looking to expand production to a great degree when feed costs could very easily escalate back to record high levels and turn profitability back negative.

**Table 2**

**December 1, US Farrowings & Pig Crop**
**(000 Head)**

| | 2009/10 | 2010/11 | 2011/12 USDA | Pre Report 2011/12 informa | USDA % of Prev Year |
|---|---|---|---|---|---|
| **Sows Farrowing** | | | | | |
| Sep-Nov | 2,915 | 2,881 | 2,894 | **2,874** | **0.5** |
| Dec-Feb *i* | 2,872 | 2,843 | 2,865*i* | **2,857** | **0.8** |
| Mar-May *i* | 2,929 | 2,917 | 2,890*i* | **2,904** | **-0.9** |
| Jun-Aug *i* | 2,944 | 2,900 | | **2,913** | **0.4** |
| **Pig Crop** | | | | | |
| Sep-Nov | 28,260 | 28,489 | 29,014 | **28,884** | **1.8** |
| Dec-Feb | 27,597 | 27,866 | | **28,507** | **2.3** |
| Mar-May | 28,730 | 29,252 | | **29,102** | **-0.5** |
| Jun-Aug | 28,871 | 29,084 | | **29,416** | **1.1** |
| **Pigs Per Litter** | | | | | |
| Sep-Nov | 9.70 | 9.89 | 10.02 | **10.05** | **1.3** |
| Dec-Feb | 9.61 | 9.80 | | **9.95** | **1.5** |
| Mar-May | 9.81 | 10.03 | | **10.07** | **0.4** |
| Jun-Aug | 9.81 | 10.03 | | **10.10** | **0.7** |

*i* intentions

Producers continue to become more efficient while at the same time advancements in hog genetics has helped to boost the productivity of the sow herd with the Sep-Nov pigs/litter record high for that quarter at 10.02 or 1.3% larger than last year. USDA does not provide forecasts for future pigs/litter, and therefore they are unable to provide estimates for future pig crops. Informa has provided forecasts for the future productivity of the breeding herd and expects the Dec-Feb pigs/litter to be 1.5% larger than year ago which would compute into a 2.3% larger pig crop. The implications behind all of these figures is that pork production will be larger for the first 3 quarters of next year and given the heavy carcass weights which seem to be the new “norm”, Q4 pork production in 2012 is likely to be very close to 2011 levels.

Copyright by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Figure 1**

Figure 1 provides a long term look at both the breeding herd and the market hog inventory for the December 1 quarter. It can be seen, that while the market hog inventory remains on the long-term trend higher, the breeding herd has begun showing signs of bottoming out and moving higher. The key take-away is that with the productivity levels coming from the breeding herd it does not take much in the way of expansion to increase the number of market hogs.

## Producer Margin Outlook

As seen in Figure 2 on the following page, producer margins are expected to be between $10-20/head for nearly the entire 2012 calendar year. Breakevens have been trending lower since hitting all-time record highs this past summer, but it is important to emphasize that during the first half of 2012, those healthy margin expectations come from forecasts for strong hog prices not from a major decline in input costs. Feed costs are not expected to post any real decline until the second half of next year and those projections are currently based on a best guestimate of trend corn yields. Also while trend yields of 164 bu/ac are expected (17 bu/ac larger than 2011), Informa is looking for corn acres planted to be 2.7% larger for the 2012 crop and combining those two provides a much different feed cost scenario for late 2012 and 2013.

Figure 3 shows the year-over-year percent change in the size of the breeding herd compared to the quarterly margins and Informa's expectations for the next four quarters. Strong margins are expected to entice only modest increases in the size of the breeding herd. The margin environment has seen much improvement since the recession of '08 and the H1N1 of '09. However, producers seem to understand that if they expand too quickly, or if another year of adverse weather hits during 2012, or worse yet, if exports decrease dramatically those negative margins could quickly resurface. Therefore, the expectations going forward remain cautiously optimistic with moderate growth coming from increased productivity and a slightly larger breeding herd.

**Copyright by Informa Economics, Inc.**

December Hog and Pork Update
HP11-16
December 29, 2011 Page 4

**Figure 2**

Commercial Farrow - Finish Hog Production Margins & Breakevens
Margins ($/Head)
Breakevens ($/ Cwt)
$60
$40
$20
$0
($20)
($40)
($60)
$70
$68
$66
$64
$62
$60
$58
$56
$54
$52
$50
$48
$46
$44
$42
$40
$38
$36
$34
Jan-00
May-00
Sep-00
Jan-01
May-01
Sep-01
Jan-02
May-02
Sep-02
Jan-03
May-03
Sep-03
Jan-04
May-04
Sep-04
Jan-05
May-05
Sep-05
Jan-06
May-06
Sep-06
Jan-07
May-07
Sep-07
Jan-08
May-08
Sep-08
Jan-09
May-09
Sep-09
Jan-10
May-10
Sep-10
Jan-11
May-11
Sep-11
Jan-12
May-12
Sep-12
Margins
Breakevens

**Figure 3**

Breeding Herd Vs Farrow-Finish Margins--Hogs
Quarterly, 1999-2012F
Margins ($/Head)
Year to Year Change in Breeding Herd
$60
$40
$20
$0
($20)
($40)
($60)
10%
5%
0%
-5%
-10%
Margins (Iowa State Model)
Breeding Herd (change over previous year)
1999
2000
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012
Margin
Breeding Herd
informa Estimate

Copyright by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER SBF0295001

## Sow Herd Dynamics and Productivity Update

Figure 4 provides an update of weekly sow slaughter through mid-December. Since around the first of April sow slaughter levels have been running above year ago levels. This is contrary to what one would expect given the margin picture which has transpired for most of the year. With the good margins that producers have been receiving one would think that producers would not cull a large amount of the herd. But, given the strength in cull sow prices, producers were able to replace the older sows with younger and fresher genetics while receiving top value for the culls. Going forward, sow slaughter levels will have to be watched closely as prospects are that sow kills should move back towards 55-57 thousand head per week, which would indicate a holding pattern given a "reasonable" gilt retention number.

**Figure 4**
**F. I. Sow Slaughter**

The gilt retention calculation is the other key variable that affects the size of the breeding herd. In the recently completed Sep-Nov quarter the implied gilt retention was roughly 800,000 head and was slightly below the sow slaughter during that quarter which resulted in the first quarterly decrease in the size of the breeding herd since October of 2010. Seen in Figure 5, this level of gilt retention breaks the pattern for the Sep-Nov quarter which has been trending lower since record highs in 2007.

Figure 6 shows the history of gilt retention during the Dec-Feb quarter and our expectations going forward. Given what Informa is expecting for a reasonable sow slaughter and projections for a very modest 0.3% growth in the breeding herd during the present quarter, the gilt retention levels implied would result in 6.8% more gilts added versus a year ago.

Copyright by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER SBF0295002

**December Hog and Pork Update**
**HP11-16**
**December 29, 2011** **Page 6**

**Figure 5**

Gilts Added to US Breeding Herd
Sep - Nov Quarter, 2002-2011
'000 Head
900
880
860
840
820
800
780
760
740
720
700
1998
1999
2000
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011

**Figure 6**

Gilts Added to US Breeding Herd
Dec - Feb Quarter, 1999-2012
'000 Head
850
800
750
700
650
600
1999
2000
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012

Copyright by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER SBF0295003

Over the past several years one of the most impressive results of the breeding herd has been the number of pigs weaned per sow per year. Figure 7 provides an update and, as can be seen, we have been running above trend for the past 5-6 years. Informa does expect to see some moderation in these numbers, but given the turnover in the breeding herd over the past several years it would be no surprise if the better genetics results in continued improvement in productivity.

**Figure** 7

## Hog Slaughter and Weights

Based on pig crop estimates by USDA for June/Aug, farrowings for the Sep/Nov period and farrowing intentions for the next two quarters that were very similar to Informa's pre-report estimate, only slight adjustments have been made to the 2012 slaughter levels. As shown in Figure 8, since Q3 of 2011 slaughter levels have been running larger than year ago and based on farrowing intentions and current inventories this pattern is expected to persist at least through the third quarter of 2012. Based on producers' farrowing intentions for the Mar/May quarter we could see a slight reduction in the weekly slaughter levels during the last three months of next year. While it is a bit early to rely too heavily on those intentions, it is the best estimate we have at this time. This could be an important number next year, as a couple weeks this fall the industry tested comfortable kill capacity levels at 2.36 million head. If we see continued growth during Q4 of 2012 hog prices could be affected negatively as packers are forced to lower bids in order to run plants longer and at higher costs.

**Copyright by Informa Economics, Inc.**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Figure 8**

Figure 9 provides an update of live hog weights for Ia./S.MN barrows and gilts and, as can be seen, 2011 was another extreme year. Through nearly the first half of the year hog weights were running record high and then, the heat wave set in across the Midwest. Weights quickly dropped to levels not seen since 2008. But, as quick as the weight was taken off, temperatures moderated and mild fall weather allowed producers to put the weight back on and at a much quicker pace than was expected. New record highs were put in a couple of weeks ago and weights continue to run above year ago. Going forward, weights will likely remain close-to or above the high levels of 2011. And, while no one knows for sure what the weather will be during the summer of 2012, we do not expect a repeat in terms of weight loss.

The combination of slaughter and weights should result in an increase of 1.3% (or more) in pork production in 2012 as shown in Figure 10. Not all of the data is complete for 2011 but it appears production will be slightly larger than expected at 1.4%. This has simply been due to the hog weights that have been heavier than anticipated during the last few months. It is certainly safe to say that production estimates for next year have additional upside risk with current projections for Ia./S. MN weights next fall in the 274 lbs. area. That upside risk comes from the likely heavier weights that seem to have become the new normal for the hog industry.

From a quarterly view, pork production is expected to see the greatest year-over-year increases during the second and third quarters. But, based on farrowing intentions, pork production could be the most affected during the fourth quarter of next year. If the same weights were assumed, one might expect to see flat production during Q4 rather than a slight decline as current projections are indicating. The other variable affecting pork production will be the level of feeder pig imports from Canada that have stabilized to a new level, which has held mostly flat around 90k head since the implementation of MCOOL.

Copyright by Informa Economics, Inc.

CASE 0:18-cv-01776-JRT-JFD Doc. 1474-8 Filed 08/25/22 Page 10 of 39

December Hog and Pork Update
HP11-16
December 29, 2011 Page 9

**Figure 9**

Iowa/S.Minn Barrow & Gilt Liveweights
Pounds
280
278
276
274
272
270
268
266
264
262
260
1-Jan
5-Feb
12-Mar
16-Apr
21-May
25-Jun
30-Jul
3-Sep
8-Oct
12-Nov
17-Dec
2009
2010
2011
06-10 Avg

**Figure 10**

Commercial Pork Production
Million Pounds
26000
24000
22000
20000
18000
16000
14000
12000
10000
1.3%
1.4%
1975
1976
1977
1978
1979
1980
1981
1982
1983
1984
1985
1986
1987
1988
1989
1990
1991
1992
1993
1994
1995
1996
1997
1998
1999
2000
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012

Copyright by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER SBF0295006

## Pork Trade Update

For the entire year of 2011, exports have been the burning story that has provided the strength for record high prices across both the hog and pork sectors. Figure 11, shows an update of the level of annual exports (data through October) and forecasts for 2012. The industry has known that exports were on pace to break all-time record highs for several months now. At the present time, exports are expected to total over 5.1 billion pounds; that is a 21.6% increase over 2010. As can be seen, Informa is projecting total exports for the 2012 calendar year to be down 4% from the current year. The effects from the FMD crisis in South Korea and the nuclear concerns in Japan caused export surges during the spring and China has stepped up again during the second half of the year, resulting in much stronger exports than anticipated heading into the year. While there could always be another natural disaster which could lead to large shipments of pork out of the domestic market, those types of events have a low probability. Informa is of the belief that our forecast of a 4% decline in exports for 2012 is being optimistic and could have some downside risk.

**Figure 11**

Figure 12 shows the current pork import status and projections for next year. It is rather interesting to note that while exports have been record large we have also seen a 6% drop in pork imports. The largest proportion of pork imports, roughly 80%, comes from Canada and, the nearly 50 million pound decrease in imports was directly attributed to reductions in imports from our northern border neighbor. Pork imports for 2012 are currently forecast to increase 3.9%. When we evaluate a decrease in exports, a slight increase in imports and, modest growth in production we see in Figure 13, that the per capita consumption is actually expected to increase by 2% in 2012. This will be the first increase since 2009, which was a result of the sharply lower exports due to the reduction of Chinese imports and from the global recession. With an increase in domestic availability expected, one might be bearish for the pork complex, but demand is expected to be above average next year, partly due to the expected increases in the prices of competing meats.

**Copyright by Informa Economics, Inc.**

**December Hog and Pork Update**
**HP11-16**
**December 29, 2011** **Page 11**

**Figure 12**

US Pork Imports, Annual
Imports, mln lbs, carcass wt
1400
1200
1000
800
600
400
200
0
3.9%
-6.0%
1980
1981
1982
1983
1984
1985
1986
1987
1988
1989
1990
1991
1992
1993
1994
1995
1996
1997
1998
1999
2000
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012

**Figure 13**

US Per Capita Pork Consumption
Retail Weight
Million Pounds
55.0
54.0
53.0
52.0
51.0
50.0
49.0
48.0
47.0
46.0
45.0
44.0
43.0
42.0
41.0
-4.7%
2.0%
-4.3%
1986
1987
1988
1989
1990
1991
1992
1993
1994
1995
1996
1997
1998
1999
2000
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012

Copyright by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER SBF0295008

## Price Expectations

As 2011 comes to a close, the best way to describe the year from a pricing standpoint is that it was a year of records. Virtually all pork product values posted record high prices at various times during the last half of the year and, this translated into record high pork cutout values near the $110/cwt. level and record high lean hog prices in the $107-108/cwt. range. While supplies during the course of the year were down due to production cutbacks associated with sow herd liquidation in 2009 and 2010, the overall strength in prices had more to do with strong demand than it did slightly smaller supplies. In particular, export demand was phenomenally strong as several major US pork importers came forward with huge purchases during the course of the year.

In Figure 14, Q4 pork cutout values are plotted against per capita pork consumption in the 4th quarter and as can be seen, cutout values were about $4/cwt. higher than one would have expected had pork demand been "normal" or "average". The per capita supply of pork available for domestic consumption was the smallest in modern times and one might have anticipated that prices would be very strong as indeed they were. Actual production was not down as much as was the domestic availability of pork with the extreme tightness being mostly a function of record large Q4 pork exports. The price lift from this strong export program is the primary reason for prices being as high as they were.

**Figure 14**

In Figure 15, lean hog prices for the 4th quarter are plotted against the same per capita supply measurement and similar to the situation for the pork cutout, lean hog prices were record high for a fall quarter and also modestly stronger than one would have expected given the supply that was available to the market. In essence, the demand for pork has been stronger than the demand for lean hog, which has resulted in persistently strong packer margins during the quarter. Both charts indicate that Informa is expecting an increase in per capita supplies by the 4th quarter of

**Copyright by Informa Economics, Inc.**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER SBF0295009

2012 and we are easing back slightly on the magnitude of pork demand. This suggests a modest easing in pork cutout and lean hog values next fall but still prices should be second only to the record highs posted in the quarter just ending.

**Figure 15**

**Per Capita Pork Consumption vs CME Lean Hog Index - 4th Qtr**

CME Lean Hog Index (y-axis: 25.00–95.00); Per Capita Pork Consumption (Retail Weight) (x-axis: 12.20–14.60)

Figure 16 provides history for Q1 pork cutout values relative to Q1 per capita supplies and as can be seen, the first quarter of 2011 was a year of record high pork product prices with much of this price strength associated with a very small per capita availability of pork. Under normal demand conditions, the pork cutout in Q1 of 2011 would have averaged about $85/cwt. but in fact, prices averaged about $4 higher around the $89 level. For 2012, it is Informa's expectation that the per capita availability of pork will be similar to or slightly larger than in 2011 while we are projecting the pork cutout value to average between $96 and $97/cwt. One might argue that this product forecast is "way" too high but it reflects a roll-up from individual product price forecasts which we believe are defensible. The rather sharp break in cutout values late in the fall has allowed forward pricing to retail end users at very attractive prices and it appears as though pork will be actively featured and promoted in the winter quarter. In addition, the current weaker prices could well attract another round of export business for early in the new year as well. Also, the weekly supply of pork is going to moderate seasonally from recent large levels and the demand for pork to move into cold storage is going to be moderate to strong. Bottom line, it is our expectation that these factors will all result in very strong first quarter pricing although risk to the forecast is that prices fail to appreciate quite to the extent that we are projecting.

Copyright by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**December Hog and Pork Update**
**HP11-16**
**December 29, 2011** **Page 14**

**Figure 16**

Per Capita Pork Consumption vs USDA 185# Cutout
1st Qtr
USDA 185# Cutout
Per Capita Consumption (Retail Weight)
100.00
90.00
80.00
70.00
60.00
50.00
40.00
10.90
11.20
11.50
11.80
12.10
12.40
12.70
13.00
13.30
13.60
13.90
12*
11
97
10*
05
07
96
01
04
06
00
02
09
08
95
03*
98
99

Figure 17 provides a similar view for lean hog values and as can be seen, Informa is expecting Q1 2012 prices well above levels suggested by normal demand. Prices are expected to move back to or above the $90 level by mid-February and trade on higher from there into the spring.

**Figure 17**

Per Capita Pork Consumption vs
CME Lean Hog Index - 1st Qtr
CME Lean Hog Index
Per Capita Pork Consumption (Retail Weight)
95.00
85.00
75.00
65.00
55.00
45.00
35.00
11.20
11.50
11.80
12.10
12.40
12.70
13.00
13.30
13.60
13.90
12*
11
97
10
05
96
07
04
06
01
00
95
02
98
03
99

**Copyright by Informa Economics, Inc.**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER SBF0295011

For the spring quarter, we are also looking for a slight uptick in the per capita supply of pork but similar to the first quarter, we are electing to sustain a very strong demand environment which we believe will result in new record high pork cutout values for the spring quarter. The decline in broiler and beef supplies in 2012 should translate into a lift in pork demand and it is not until late winter and spring that we see the chicken market, in particular, moving to much higher levels. In addition, the first-half pork export program is likely to run positive on 2011 levels and this will impact market psychology in a positive way as that expectation will be reflected in continued strong forward premiums for the spring and summer quarters; both of which will have a positive impact on cash product values. Once again, the risk to the forecast is to the downside as demand may not live up to the lofty expectations that we have built into our Q2 product forecasts.

**Figure 18**
**Per Capita Pork Consumption vs USDA 185# Cutout**
**2nd Qtr**

Lean hog prices for the second quarter are shown in Figure 18 along with Informa's expectations for this coming spring. While we anticipate that pork cutout values will actually exceed 2011 levels by several dollars, we would anticipate that packer margins will be moderately stronger this coming spring than they were in Q2 of 2011 resulting in lean hog values about equal to the levels achieved in 2011. Prices in the mid $90 area are still reflective of excellent margins for the hog producer at that point in time as corn prices are expected to be well back of 2011 levels as are soybean meal prices. The June 2012 lean hog futures contract is currently trading near the $97 level with May trading above the $95 level. The forward futures curve is expecting very similar prices to those being forecast by Informa and we see this price level as being fully achievable unless export demand drops sharply or Europe drags the global economy into another financial recession.

**Copyright by Informa Economics, Inc.**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER SBF0295012



**December Hog and Pork Update**
**HP11-16**
**December 29, 2011** **Page 16**

**Figure 19**

Per Capita Pork Consumption vs
CME Lean Hog Index - 2nd Qtr

CME Lean Hog Index
Per Capita Pork Consumption (Retail Weight)
100.00
90.00
80.00
70.00
60.00
50.00
40.00
10.90
11.10
11.30
11.50
11.70
11.90
12.10
12.30
12.50
12.70
12.90
13.10
13.30
11 12*
10
97
96
08
01
06
05
07
00
04
09*
98
03
95
02
99

**Figure 20**

Per Capita Pork Consumption vs USDA 185# Cutout
3rd Qtr
USDA 185# Cutout
Per Capita Consumption (Retail Weight)
110.00
100.00
90.00
80.00
70.00
60.00
50.00
10.80
11.00
11.20
11.40
11.60
11.80
12.00
12.20
12.40
12.60
12.80
13.00
13.20
13.40
13.60
11
12*
10
08
96
97
04
06
01
05
07
95
00
03
09*
98
99
02

Figure 20 above provides quarterly price/quantity data for the pork cutout in Q3 while Figure 21 below provides similar data for the lean hog price. Note that demand strength is reflected at both the live and cutout levels for the summer quarter although prices do drop back below 2011 levels as domestic supplies at that point will be quite a bit larger than in 2011.

**Copyright by Informa Economics, Inc.**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER SBF0295013



December Hog and Pork Update
HP11-16
December 29, 2011 Page 17

**Figure 21**

Per Capita Pork Consumption vs
CME Lean Hog Index - 3rd Qtr
CME Lean Hog Index
Per Capita Pork Consumption (Retail Weight)
110.00
100.00
90.00
80.00
70.00
60.00
50.00
40.00
10.80
11.00
11.20
11.40
11.60
11.80
12.00
12.20
12.40
12.60
12.80
13.00
13.20
13.40
13.60
11*
12*
10
96
98
97
04
06
07
95
00
03
09
98
99
02

**Figure 22**

Per Capita Pork Consumption vs USDA Composite Cutout
Annual
USDA 185# Cutout
Per Capita Consumption (Retail Weight)
100.00
95.00
90.00
85.00
80.00
75.00
70.00
65.00
60.00
55.00
50.00
45.0
46.0
47.0
48.0
49.0
50.0
51.0
52.0
53.0
54.0
55.0
11*
12*
10
96
97
04
05
08
06
01
07
00
95
09*
03
02
98
99

Copyright by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER SBF0295014

Figure 22 above provides a view of the cutout to pork supply relationship on an annual basis with 2012 projections also plotted. For calendar 2011, pork cutout values ended up slightly higher than suggested assuming normal demand but overall, the cutout value achieved was very much in line with the tight supply of pork available to the market.

For 2012, cutout values on average are expected to be slightly above 2011 levels despite a modest increase in domestic pork availability as pork demand is expected to be strong due both to ongoing excellent export business but more importantly, strong domestic demand as beef and chicken supplies tighten on down and prices in those competing meat proteins move higher. Strong substitution of pork given the tighter competing meat supplies should be supportive to prices although we do not look for the extremes in pricing that highlighted product values in the year just ending.

Annual data for lean hog prices relative to pork supplies is provided in Figure 23 below. With supplies on the rise, one might have expected lean hog prices to move lower and that is certainly possible although not reflected in our current forecasts. For lean hogs, 2011 looks as though it was a “normal” year from a demand perspective as prices averaged right where one would have expected given the domestic supply that materialized. In 2012, domestic supplies should reflect a modest increase both due to a small increase in pork production but also due to a slight reduction in pork exports. If product values average around the $95 level, lean hog values should be able to average $90 as such a spread would imply a healthy margin for packers and a $90 lean hog price will provide a solid margin for the hog producer.

**Figure 23**
**Per Capita Pork Consumption vs CME Lean Hog Index - Annual**

Copyright by Informa Economics, Inc.

The series of charts provided above provide quarterly pork cutout and lean hog price forecasts for 2012. Figure 24 below provides monthly Informa cash hog forecasts through 2012 along with a basis adjusted reflection of what lean hog futures are currently indicating that cash hogs will be moving forward. You will note that the futures market is suggesting weaker hog prices in the first quarter of 2012 than projected by Informa with some convergence in the forecasts occurring in Q2 of next year. The shaded area provides a +/- one standard deviation in prices relative to Informa's forecast. Prices as reflected on the board near the outer bounds of the shaded area would provide reason to look at selling the board (if to the high side) or buying the board (if futures implied prices are towards the low side of the band). At present, futures are pricing lean hogs weaker during Q1 but close the rest of the year as compared to what our "read of the fundamentals" is telling us.

**Figure 24**
**Lean Hog Futures and Informa Outlook**

**RSA/GSW**

The information contained herein has been taken from trade and statistical services and other sources we believe are reliable. Informa Companies, Inc. does not guarantee that such information is accurate or complete and it should not be relied upon as such. Opinions expressed reflect judgments at this date and are subject to change without notice. This copyrighted report is intended for the use of clients of Informa Companies only and Aug not be reproduced or electronically transmitted to other companies or individuals, whole or in part, without the prior written permission of Informa Companies, Inc.

**Copyright by Informa Economics, Inc.**

## Number of Hogs and Pigs on Farms: December 1 United States (000 Head)

| | | Breeding Stock | | Dec-Feb Sows Farrowing | | Dec-Feb Pig Crop | | Market Hogs | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Total | Total Number | Change from Previous Quarter | Total Number | % of Breeding Stock | Total Number | Pigs Per Litter | Under 60# prior to March 2008 Under 50# March 2008 forward | 60-119# prior to March 2008 50-119# March 2008 forward | 120-179# | Over 180# | Over 50# | Total |
| 1990 | 54416 | 6847 | 32 | 2707 | 39.5% | 21301 | 7.87 | 17852 | 12195 | 9622 | 7900 | 29717 | 47569 |
| 1991 | 57649 | 7229 | -16 | 2892 | 40.0% | 23258 | 8.04 | 18671 | 12966 | 10367 | 8416 | 31749 | 50420 |
| 1992 | 58202 | 7109 | -181 | 2812 | 39.6% | 22897 | 8.14 | 19122 | 12846 | 10420 | 8705 | 31971 | 51093 |
| 1993 | 57940 | 7166 | -42 | 2880 | 40.2% | 23319 | 8.10 | 19171 | 12627 | 10268 | 8709 | 31604 | 50774 |
| 1994 | 59738 | 6998 | -470 | 2881 | 41.2% | 23742 | 8.24 | 19477 | 13007 | 10927 | 9329 | 33263 | 52740 |
| 1995 | 58201 | 6770 | -137 | 2735 | 40.4% | 23054 | 8.43 | 18916 | 12755 | 10704 | 9057 | 32516 | 51431 |
| 1996 | 56124 | 6578 | 1 | 2684 | 40.8% | 23164 | 8.63 | 18503 | 12193 | 10209 | 8641 | 31043 | 49546 |
| 1997 | 61158 | 6957 | 99 | 2929 | 42.1% | 25480 | 8.70 | 20237 | 13319 | 11188 | 9457 | 33964 | 54201 |
| 1998 | 62204 | 6682 | -193 | 2891 | 43.3% | 25245 | 8.73 | 20140 | 13630 | 11584 | 10167 | 35381 | 55522 |
| 1999 | 59336 | 6233 | -68 | 2798 | 44.9% | 24521 | 8.76 | 19241 | 13106 | 11071 | 9684 | 33861 | 53103 |
| 2000 | 59110 | 6267 | 22 | 2748 | 43.8% | 23970 | 8.72 | 19413 | 12926 | 10841 | 9663 | 33430 | 52843 |
| 2001 | 59722 | 6201 | 46 | 2835 | 45.7% | 24857 | 8.77 | 19903 | 12877 | 10755 | 9986 | 33618 | 53521 |
| 2002 | 59554 | 6058 | 7 | 2768 | 45.7% | 24393 | 8.81 | 19485 | 13033 | 10875 | 10103 | 34011 | 53496 |
| 2003 | 60453 | 6019 | 71 | 2836 | 47.1% | 25109 | 8.85 | 19778 | 13238 | 11108 | 10311 | 34657 | 54434 |
| 2004 | 60982 | 5980 | 8 | 2834 | 47.4% | 25348 | 8.94 | 19979 | 13438 | 11185 | 10401 | 35024 | 55002 |
| 2005 | 61463 | 6031 | 38 | 2840 | 47.1% | 25660 | 9.03 | 20053 | 13523 | 11291 | 10566 | 35380 | 55432 |
| 2006 | 62516 | 6116 | 17 | 2905 | 47.5% | 26395 | 9.09 | 20460 | 13927 | 11274 | 10738 | 35939 | 56399 |
| 2007 | 68177 | 6233 | 25 | 3071 | 49.3% | 28388 | 9.24 | 22545 | 15173 | 12658 | 11569 | 39400 | 61944 |
| 2008 | 67148 | 6062 | 1 | 3011 | 49.7% | 28552 | 9.48 | 19428 | 17396 | 12731 | 11533 | 41660 | 61087 |
| 2009 | 64887 | 5850 | -25 | 2872 | 49.1% | 27596 | 9.61 | 18705 | 16782 | 12299 | 11252 | 40333 | 59038 |
| 2010 | 64925 | 5778 | 8 | 2843 | 49.2% | 27866 | 9.80 | 18864 | 16519 | 12233 | 11531 | 40283 | 59147 |
| 2011 | 65931 | 5803 | 25 | **2865** | **49.4%** | **28507** | **9.95** | 19271 | 16895 | 12472 | 11490 | 40857 | 60128 |
| 2012 | **66250** | **5830** | **25** | **2915** | **50.0%** | **29442** | **10.10** | | | | | | **60420** |
| 11/10 | 1.5% | 0.4% | | 0.8% | 0.3% | 2.3% | 1.5% | 2.2% | 2.3% | 2.0% | -0.4% | 1.4% | 1.7% |
| 12/11 | 0.5% | 0.5% | | 1.7% | 1.3% | 3.3% | 1.5% | | | | | | 0.5% |

Source: USDA, Shaded Areas - Informa Economics, Inc.

Copyright by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Number of Hogs and Pigs on Farms: March 1 United States (000 Head)

| | | Breeding Stock | | Mar-May Sows Farrowing | | Mar-May Pig Crop | | Market Hogs | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Total | Total Number | Change from Previous Quarter | Total Number | % of Breeding Stock | Total Number | Pigs Per Litter | Under 60# prior to March 2008 Under 50# March 2008 forward | 60-119# prior to March 2008 50-119# March 2008 forward | 120-179# | Over 180# | Over 50# | Total |
| 1990 | 51120 | 6806 | -51 | 3136 | 46.1% | 24904 | 7.94 | 16895 | 10582 | 9199 | 7638 | 27419 | 44314 |
| 1991 | 52790 | 6997 | 150 | 3281 | 46.9% | 26112 | 7.96 | 17678 | 11036 | 9320 | 7759 | 28115 | 45793 |
| 1992 | 56180 | 7155 | -74 | 3368 | 47.1% | 27208 | 8.08 | 19040 | 11865 | 9780 | 8340 | 29985 | 49025 |
| 1993 | 56648 | 7040 | -69 | 3220 | 45.7% | 26135 | 8.12 | 18502 | 12060 | 10480 | 8566 | 31106 | 49608 |
| 1994 | 57457 | 7210 | 44 | 3389 | 47.0% | 27976 | 8.25 | 18750 | 12144 | 10575 | 8778 | 31497 | 50247 |
| 1995 | 58283 | 6945 | -53 | 3165 | 45.6% | 26335 | 8.32 | 19144 | 12395 | 10640 | 9159 | 32194 | 51338 |
| 1996 | 55741 | 6701 | -69 | 2930 | 43.7% | 24833 | 8.48 | 18534 | 11732 | 10021 | 8754 | 30507 | 49040 |
| 1997 | 55049 | 6637 | 59 | 2911 | 43.9% | 25229 | 8.67 | 18490 | 11627 | 9858 | 8437 | 29922 | 48412 |
| 1998 | 60163 | 6942 | -15 | 3086 | 44.5% | 26989 | 8.75 | 20192 | 12791 | 10774 | 9464 | 33029 | 53220 |
| 1999 | 60189 | 6527 | -155 | 2986 | 45.7% | 26271 | 8.80 | 19978 | 12898 | 10994 | 9791 | 33683 | 53662 |
| 2000 | 57775 | 6189 | -44 | 2885 | 46.6% | 25565 | 8.86 | 19217 | 12408 | 10550 | 9411 | 32369 | 51587 |
| 2001 | 57546 | 6224 | -43 | 2870 | 46.1% | 25507 | 8.89 | 18754 | 12430 | 10800 | 9338 | 32568 | 51322 |
| 2002 | 59256 | 6230 | 29 | 2941 | 47.2% | 26001 | 8.84 | 19560 | 12938 | 11148 | 9380 | 33466 | 53026 |
| 2003 | 58193 | 6037 | -21 | 2885 | 47.8% | 25630 | 8.88 | 19086 | 12639 | 10915 | 9516 | 33070 | 52156 |
| 2004 | 59529 | 5971 | -48 | 2870 | 48.1% | 25639 | 8.93 | 19823 | 12954 | 11204 | 9578 | 33736 | 53558 |
| 2005 | 59711 | 5952 | -28 | 2881 | 48.4% | 25991 | 9.02 | 19669 | 13087 | 11360 | 9644 | 34091 | 53759 |
| 2006 | 60340 | 6045 | 14 | 2929 | 48.5% | 26599 | 9.08 | 19986 | 13005 | 11432 | 9873 | 34310 | 54295 |
| 2007 | 61896 | 6149 | 33 | 3030 | 49.3% | 27870 | 9.20 | 20379 | 13355 | 11678 | 10334 | 35367 | 55746 |
| 2008 | 67218 | 6200 | -33 | 3052 | 49.2% | 28631 | 9.38 | 20277 | 16350 | 13193 | 11199 | 40742 | 61018 |
| 2009 | 65819 | 5992 | -70 | 3018 | 50.4% | 29012 | 9.61 | 19809 | 16426 | 12732 | 10862 | 40020 | 59829 |
| 2010 | 63568 | 5760 | -90 | 2929 | 50.9% | 28730 | 9.81 | 18767 | 15993 | 12307 | 10742 | 39041 | 57808 |
| 2011 | 63684 | 5788 | 10 | 2917 | 50.4% | 29252 | 10.03 | 18863 | 16060 | 12361 | 10612 | 39033 | 57896 |
| 2012 | **64750** | **5820** | **17** | **2890** | **49.7%** | **29102** | **10.07** | **19200** | **16400** | **12600** | **10730** | **39730** | **58930** |
| 11/10 | 0.2% | 0.5% | | -0.4% | -0.9% | 1.8% | 2.2% | 0.5% | 0.4% | 0.4% | -1.2% | 0.0% | 0.2% |
| 12/11 | 1.7% | 0.6% | | -0.9% | -1.5% | -0.5% | 0.4% | 1.8% | 2.1% | 1.9% | 1.1% | 1.8% | 1.8% |

Source: USDA, Shaded Areas - Informa Economics, Inc.

Copyright by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Number of Hogs and Pigs on Farms: June 1 United States (000 Head)

| | | Breeding Stock | | Jun-Aug Sows Farrowing | | Jun-Aug Pig Crop | | Market Hogs | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Total | Total Number | Change from Previous Quarter | Total Number | % of Breeding Stock | Total Number | Pigs Per Litter | Under 60# prior to March 2008 Under 50# March 2008 forward | 60-119# prior to March 2008 50-119# March 2008 forward | 120-179# | Over 180# | Over 50# | Total |
| 1990 | 53800 | 7065 | 259 | 2875 | 40.7% | 22715 | 7.90 | 19806 | 11698 | 8515 | 6716 | 26929 | 46735 |
| 1991 | 56340 | 7485 | 488 | 3104 | 41.5% | 24490 | 7.89 | 20720 | 12365 | 8815 | 6955 | 28135 | 48855 |
| 1992 | 59175 | 7520 | 365 | 3020 | 40.2% | 24590 | 8.14 | 21540 | 13005 | 9615 | 7495 | 30115 | 51655 |
| 1993 | 58856 | 7320 | 280 | 2972 | 40.6% | 24041 | 8.09 | 20739 | 12898 | 9877 | 8022 | 30797 | 51536 |
| 1994 | 60881 | 7565 | 355 | 3107 | 41.1% | 25547 | 8.22 | 22024 | 13092 | 10007 | 8193 | 31292 | 53316 |
| 1995 | 59329 | 7117 | 172 | 2974 | 41.8% | 24794 | 8.34 | 21042 | 12841 | 9780 | 8549 | 31170 | 52212 |
| 1996 | 56038 | 6682 | -19 | 2718 | 40.7% | 23244 | 8.55 | 19645 | 12196 | 9757 | 7759 | 29712 | 49356 |
| 1997 | 57366 | 6789 | 152 | 2946 | 43.4% | 25696 | 8.72 | 19988 | 12574 | 10002 | 8013 | 30589 | 50577 |
| 1998 | 62213 | 6958 | 16 | 3054 | 43.9% | 26634 | 8.72 | 21482 | 13711 | 11084 | 8978 | 33773 | 55254 |
| 1999 | 60894 | 6515 | -12 | 2920 | 44.8% | 25863 | 8.86 | 20532 | 13500 | 11075 | 9271 | 33846 | 54379 |
| 2000 | 59110 | 6233 | 44 | 2889 | 46.4% | 25546 | 8.84 | 19907 | 13246 | 10708 | 9016 | 32970 | 52878 |
| 2001 | 58525 | 6178 | -46 | 2878 | 46.6% | 25587 | 8.89 | 19900 | 12945 | 10531 | 8971 | 32447 | 52347 |
| 2002 | 60391 | 6208 | -22 | 2883 | 46.4% | 25725 | 8.92 | 20226 | 13539 | 10906 | 9512 | 33957 | 54183 |
| 2003 | 59609 | 6036 | -1 | 2917 | 48.3% | 25974 | 8.90 | 20432 | 12952 | 10827 | 9362 | 33141 | 53573 |
| 2004 | 60707 | 5947 | -24 | 2905 | 48.8% | 26165 | 9.01 | 20292 | 13500 | 11255 | 9714 | 34469 | 54760 |
| 2005 | 60744 | 5988 | 36 | 2917 | 48.7% | 26446 | 9.06 | 20425 | 13376 | 11143 | 9813 | 34332 | 54756 |
| 2006 | 61701 | 6080 | 35 | 2912 | 47.9% | 26519 | 9.11 | 20806 | 13691 | 11483 | 9642 | 34816 | 55621 |
| 2007 | 63947 | 6169 | 20 | 3133 | 50.8% | 29095 | 9.29 | 21748 | 14320 | 11789 | 9920 | 36029 | 57777 |
| 2008 | 67400 | 6131 | -69 | 3075 | 50.2% | 29240 | 9.51 | 19807 | 17711 | 12892 | 10860 | 41463 | 61269 |
| 2009 | 66809 | 5968 | -24 | 2959 | 49.6% | 28718 | 9.70 | 19554 | 17838 | 12604 | 10847 | 41289 | 60843 |
| 2010 | 64650 | 5788 | 28 | 2944 | 50.9% | 28871 | 9.81 | 19354 | 16902 | 12029 | 10578 | 39508 | 58862 |
| 2011 | 65320 | 5803 | 15 | 2900 | 50.0% | 29084 | 10.03 | 19543 | 17321 | 12174 | 10479 | 39974 | 59517 |
| 2012 | **66000** | **5825** | **5** | **2913** | **50.0%** | **29416** | **10.10** | **19725** | **17250** | **12500** | **10700** | **40450** | **60175** |
| 11/10 | 1.0% | 0.3% | | -1.5% | -1.7% | 0.7% | 2.2% | 1.0% | 2.5% | 1.2% | -0.9% | 1.2% | 1.1% |
| 12/11 | 1.0% | 0.4% | | 0.4% | 0.1% | 1.1% | 0.7% | 0.9% | -0.4% | 2.7% | 2.1% | 1.2% | 1.1% |

Source: USDA, Shaded Areas - Informa Economics, Inc.

Copyright by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Number of Hogs and Pigs on Farms: September 1 United States (000 Head)

| | | Breeding Stock | | Sep-Nov Sows Farrowing | | Sep-Nov Pig Crop | | Market Hogs | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Total | Total Number | Change from Previous Quarter | Total Number | % of Breeding Stock | Total Number | Pigs Per Litter | Under 60# prior to March 2008 Under 50# March 2008 forward | 60-119# prior to March 2008 50-119# March 2008 forward | 120-179# | Over 180# | Over 50# | Total |
| 1990 | 55890 | 6815 | -250 | 2834 | 41.6% | 22162 | 7.82 | 18936 | 12168 | 10132 | 7839 | 30139 | 49075 |
| 1991 | 59360 | 7245 | -240 | 2967 | 41.0% | 23412 | 7.89 | 20210 | 13025 | 10610 | 8270 | 31905 | 52115 |
| 1992 | 60655 | 7290 | -230 | 2992 | 41.0% | 24019 | 8.03 | 20090 | 13575 | 10905 | 8795 | 33275 | 53365 |
| 1993 | 59169 | 7208 | -112 | 2982 | 41.4% | 24003 | 8.05 | 19632 | 13089 | 10689 | 8551 | 32329 | 51961 |
| 1994 | 62208 | 7468 | -97 | 2995 | 40.1% | 24509 | 8.18 | 20633 | 13883 | 11223 | 9002 | 34108 | 54740 |
| 1995 | 60137 | 6907 | -210 | 2869 | 41.5% | 23945 | 8.35 | 19822 | 13347 | 11044 | 9017 | 33408 | 53229 |
| 1996 | 56961 | 6577 | -105 | 2731 | 41.5% | 23327 | 8.54 | 18782 | 12498 | 10418 | 8687 | 31603 | 50384 |
| 1997 | 60456 | 6858 | 69 | 2939 | 42.9% | 25494 | 8.67 | 20662 | 13388 | 10673 | 8875 | 32936 | 53598 |
| 1998 | 63488 | 6875 | -83 | 2993 | 43.5% | 25902 | 8.65 | 21189 | 14032 | 11555 | 9837 | 35424 | 56612 |
| 1999 | 60774 | 6301 | -214 | 2844 | 45.1% | 24973 | 8.78 | 20243 | 13413 | 11128 | 9688 | 34229 | 54473 |
| 2000 | 59488 | 6245 | 12 | 2837 | 45.4% | 25110 | 8.85 | 19955 | 13054 | 10815 | 9419 | 33288 | 53244 |
| 2001 | 59699 | 6155 | -23 | 2889 | 46.9% | 25553 | 8.84 | 19923 | 13361 | 10849 | 9411 | 33621 | 53544 |
| 2002 | 60753 | 6051 | -157 | 2833 | 46.8% | 25094 | 8.86 | 20038 | 13632 | 11113 | 9919 | 34664 | 54702 |
| 2003 | 61019 | 5948 | -88 | 2854 | 48.0% | 25484 | 8.93 | 20438 | 13739 | 11384 | 9510 | 34633 | 55071 |
| 2004 | 61525 | 5972 | 25 | 2887 | 48.3% | 25874 | 8.96 | 20727 | 13612 | 11234 | 9981 | 34827 | 55553 |
| 2005 | 61858 | 5993 | 5 | 2900 | 48.4% | 26190 | 9.03 | 20760 | 13874 | 11403 | 9829 | 35106 | 55865 |
| 2006 | 62928 | 6099 | 19 | 2949 | 48.4% | 26855 | 9.11 | 20706 | 14230 | 11683 | 10211 | 36124 | 56829 |
| 2007 | 67275 | 6208 | 39 | 3180 | 51.2% | 29513 | 9.28 | 22648 | 15261 | 12530 | 10627 | 38418 | 61066 |
| 2008 | 68196 | 6061 | -70 | 3028 | 50.0% | 28771 | 9.50 | 20643 | 17437 | 12855 | 11201 | 41493 | 62135 |
| 2009 | 66716 | 5875 | -93 | 2915 | 49.6% | 28260 | 9.70 | 19758 | 17148 | 12684 | 11253 | 41085 | 60843 |
| 2010 | 65971 | 5770 | -18 | 2881 | 49.9% | 28488 | 9.89 | 19613 | 17395 | 12674 | 10520 | 40588 | 60201 |
| 2011 | 66744 | 5806 | 3 | 2894 | 49.8% | 29014 | 10.02 | 19696 | 17459 | 12822 | 10961 | 41242 | 60938 |
| 2012 | **67500** | **5825** | **0** | **2901** | **49.8%** | **29299** | **10.10** | **20000** | **17725** | **12950** | **11000** | **41675** | **61675** |
| 11/10 | 1.2% | 0.6% | | 0.5% | -0.2% | 1.8% | 1.3% | 0.4% | 0.4% | 1.2% | 4.2% | 1.6% | 1.2% |
| 12/11 | 1.1% | 0.3% | | 0.2% | -0.1% | 1.0% | 0.8% | 1.5% | 1.5% | 1.0% | 0.4% | 1.0% | 1.2% |

Source: USDA, Shaded Areas - Informa Economics, Inc.

Copyright by Informa Economics, Inc.

## US Breeding Hog Balance Sheet, (000 Head)

| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 11/10 | 12/11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec 1 Breeding Inv. [1] | 6201 | 6058 | 6019 | 5980 | 6031 | 6116 | 6233 | 6062 | 5850 | 5778 | 5803 | -1.2% | 0.4% |
| Dec-Feb Farrowings [1] | 2835 | 2768 | 2836 | 2834 | 2840 | 2905 | 3071 | 3011 | 2872 | 2843 | 2865 | -1.0% | 0.8% |
| Dec -Feb Pig Crop [1] | 24857 | 24393 | 25109 | 25348 | 25660 | 26395 | 28388 | 28552 | 27596 | 27866 | 28507 | 1.0% | 2.3% |
| Pigs Per Litter | 8.77 | 8.81 | 8.85 | 8.94 | 9.03 | 9.09 | 9.24 | 9.48 | 9.61 | 9.80 | 9.95 | 2.0% | 1.5% |
| Dec-Feb Sow Sltr. [1] | 735 | 769 | 806 | 780 | 768 | 808 | 846 | 783 | 751 | 716 | 759 | -4.7% | 5.9% |
| Gilts Added [2] | 764 | 748 | 758 | 752 | 782 | 841 | 813 | 713 | 661 | 726 | 776 | 9.8% | 6.8% |
| % Sows Farrowing | 45.7% | 45.7% | 47.1% | 47.4% | 47.1% | 47.5% | 49.3% | 49.7% | 49.1% | 49.2% | 49.4% | 0.2% | 0.3% |
| | | | | | | | | | | | | | |
| Mar 1 Breeding Inv. | 6230 | 6037 | 5971 | 5952 | 6045 | 6149 | 6200 | 5992 | 5760 | 5788 | 5820 | 0.5% | 0.6% |
| Mar-May Farrowings | 2941 | 2885 | 2870 | 2881 | 2929 | 3030 | 3052 | 3018 | 2929 | 2917 | 2890 | -0.4% | -0.9% |
| Mar -May Pig Crop | 26001 | 25630 | 25639 | 25991 | 26599 | 27870 | 28631 | 29012 | 28730 | 29252 | 29102 | 1.8% | -0.5% |
| Pigs Per Litter | 8.84 | 8.88 | 8.93 | 9.02 | 9.08 | 9.20 | 9.38 | 9.61 | 9.81 | 10.03 | 10.07 | 2.2% | 0.4% |
| Mar-May Sow Sltr. | 787 | 812 | 849 | 788 | 822 | 836 | 912 | 776 | 750 | 749 | 732 | -0.2% | -2.3% |
| Gilts Added [2] | 765 | 811 | 825 | 824 | 857 | 856 | 843 | 752 | 778 | 764 | 737 | -1.8% | -3.6% |
| % Sows Farrowing | 47.2% | 47.8% | 48.1% | 48.4% | 48.5% | 49.3% | 49.2% | 50.4% | 50.9% | 50.4% | 49.7% | -0.9% | -1.5% |
| | | | | | | | | | | | | | |
| Jun 1 Breeding Inv. | 6208 | 6036 | 5947 | 5988 | 6080 | 6169 | 6131 | 5968 | 5788 | 5803 | 5825 | 0.3% | 0.4% |
| Jun-Aug Farrowings | 2883 | 2917 | 2905 | 2917 | 2912 | 3133 | 3075 | 2959 | 2944 | 2900 | 2913 | -1.5% | 0.4% |
| Jun - Aug Pig Crop | 25725 | 25974 | 26165 | 26446 | 26519 | 29095 | 29240 | 28718 | 28871 | 29084 | 29416 | 0.7% | 1.1% |
| Pigs Per Litter | 8.92 | 8.90 | 9.01 | 9.06 | 9.11 | 9.29 | 9.51 | 9.70 | 9.81 | 10.03 | 10.10 | 2.2% | 0.7% |
| Jun-Aug Sow Sltr. | 860 | 835 | 837 | 786 | 829 | 833 | 905 | 863 | 738 | 774 | 774 | 4.9% | 0.0% |
| Gilts Added [2] | 703 | 747 | 862 | 791 | 848 | 872 | 835 | 770 | 720 | 777 | 774 | 7.9% | -0.3% |
| % Sows Farrowing | 46.4% | 48.3% | 48.8% | 48.7% | 47.9% | 50.8% | 50.2% | 49.6% | 50.9% | 50.0% | 50.0% | -1.7% | 0.1% |
| | | | | | | | | | | | | | |
| Sep 1 Breeding Inv. | 6051 | 5948 | 5972 | 5993 | 6099 | 6208 | 6061 | 5875 | 5770 | 5806 | 5825 | 0.6% | 0.3% |
| Sep - Nov Farrowings | 2833 | 2854 | 2887 | 2900 | 2949 | 3180 | 3028 | 2915 | 2881 | 2894 | 2901 | 0.5% | 0.2% |
| Sep - Nov Pig Crop | 25094 | 25484 | 25874 | 26190 | 26855 | 29513 | 28771 | 28260 | 28488 | 29014 | 29299 | 1.8% | 1.0% |
| Pigs Per Litter | 8.86 | 8.93 | 8.96 | 9.03 | 9.11 | 9.28 | 9.50 | 9.70 | 9.89 | 10.02 | 10.10 | 1.3% | 0.8% |
| Sep-Nov Sow Sltr. | 824 | 819 | 821 | 802 | 840 | 866 | 863 | 848 | 774 | 806 | 793 | 4.1% | -1.6% |
| Gilts Added [2] | 831 | 890 | 829 | 840 | 857 | 891 | 864 | 823 | 782 | 803 | 798 | 2.7% | -0.6% |
| % Sows Farrowing | 46.8% | 48.0% | 48.3% | 48.4% | 48.4% | 51.2% | 50.0% | 49.6% | 49.9% | 49.8% | 49.8% | -0.2% | -0.1% |

Source: USDA, Shaded Areas - Informa Economics, Inc. *1/ December of the previous year* *2/ Calculated*

Copyright by Informa Economics, Inc.

## US Hogs and Pigs Balance Sheet, (000 Head)

| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 11/10 | 12/11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec 1 Total Inventory [1] | 59722 | 59554 | 60453 | 60982 | 61463 | 62516 | 68177 | 67148 | 64887 | 64925 | 65931 | 0.1% | 1.5% |
| Dec -Feb Pig Crop [1] | 24857 | 24393 | 25109 | 25348 | 25660 | 26395 | 28388 | 28552 | 27596 | 27866 | 28507 | 1.0% | 2.3% |
| Dec -Feb Imports [1] | 1476 | 1489 | 2238 | 1924 | 2090 | 2232 | 2974 | 1850 | 1456 | 1423 | 1419 | -2.3% | -0.3% |
| Total Supply | 86055 | 85436 | 87800 | 88254 | 89213 | 91143 | 99539 | 97550 | 93939 | 94214 | 95857 | 0.3% | 1.7% |
| Comm. Sltr. Dec-Feb [1] | 24581 | 25143 | 26039 | 25838 | 26205 | 26365 | 29630 | 28981 | 27432 | 27535 | 28229 | 0.4% | 2.5% |
| B&G Sltr Dec-Feb [1] | 23779 | 24314 | 25172 | 24989 | 25365 | 25443 | 28670 | 28096 | 26578 | 26737 | 27394 | 0.6% | 2.5% |
| Dec-Feb Exports [1] | 58 | 50 | 88 | 55 | 71 | 33 | 55 | 4 | 5 | 7 | 6 | 45.5% | -8.6% |
| Other Dis. [2] | 2159 | 2050 | 2143 | 2650 | 2598 | 2849 | 2636 | 2746 | 2934 | 2988 | 2872 | 1.8% | -3.9% |
| | | | | | | | | | | | | | |
| Mar 1 Total Inv. | 59256 | 58193 | 59529 | 59711 | 60340 | 61896 | 67218 | 65819 | 63568 | 63684 | 64750 | 0.2% | 1.7% |
| Mar-May Pig Crop | 26001 | 25630 | 25639 | 25991 | 26599 | 27870 | 28631 | 29012 | 28730 | 29252 | 29102 | 1.8% | -0.5% |
| Mar-May Imports | 1464 | 1606 | 2090 | 1892 | 2103 | 2371 | 2391 | 1662 | 1406 | 1400 | 1329 | -0.4% | -5.1% |
| Total Supply | 86721 | 85429 | 87258 | 87594 | 89042 | 92137 | 98240 | 96493 | 93704 | 94336 | 95182 | 0.7% | 0.9% |
| Comm. Sltr. Mar-May | 24735 | 24326 | 25270 | 25426 | 25732 | 26430 | 28719 | 27543 | 27059 | 27046 | 27421 | -0.1% | 1.4% |
| B&G Sltr Mar-May | 23875 | 23451 | 24355 | 24564 | 24834 | 25466 | 27686 | 26660 | 26206 | 26212 | 26604 | 0.0% | 1.5% |
| Mar-May Exports | 45 | 12 | 37 | 21 | 36 | 19 | 32 | 7 | 6 | 5 | 7 | -21.0% | 47.7% |
| Other Dis. [2] | 1551 | 1482 | 1243 | 1402 | 1573 | 1741 | 2089 | 2135 | 1988 | 1966 | 1754 | -1.1% | -10.8% |
| | | | | | | | | | | | | | |
| Jun 1 Total Inv. | 60391 | 59609 | 60707 | 60744 | 61701 | 63947 | 67400 | 66809 | 64650 | 65320 | 66000 | 1.0% | 1.0% |
| Jun-Aug Pig Crop | 25725 | 25974 | 26165 | 26446 | 26519 | 29095 | 29240 | 28718 | 28871 | 29084 | 29416 | 0.7% | 1.1% |
| Jun-Aug Imports | 1330 | 1954 | 2107 | 2076 | 2203 | 2404 | 2066 | 1546 | 1415 | 1444 | 1364 | 2.0% | -5.5% |
| Total Supply | 87446 | 87537 | 88979 | 89266 | 90423 | 95446 | 98706 | 97073 | 94936 | 95848 | 96780 | 1.0% | 1.0% |
| Comm. Sltr. Jun-Aug | 24145 | 23938 | 25323 | 25210 | 25321 | 26091 | 27610 | 27671 | 26630 | 26626 | 27104 | 0.0% | 1.8% |
| B&G Sltr Jun-Aug | 23214 | 23043 | 24422 | 24354 | 24415 | 25136 | 26583 | 26699 | 25805 | 25770 | 26240 | -0.1% | 1.8% |
| Jun-Aug Exports | 56 | 32 | 27 | 54 | 31 | 35 | 11 | 5 | 7 | 13 | 8 | 78.4% | -39.7% |
| Other Dis. [2] | 2492 | 2548 | 2104 | 2144 | 2143 | 2045 | 2889 | 2682 | 2328 | 2465 | 2169 | 5.9% | -12.0% |
| | | | | | | | | | | | | | |
| Sep 1 Total Inv. | 60753 | 61019 | 61525 | 61858 | 62928 | 67275 | 68196 | 66716 | 65971 | 66744 | 67500 | 1.2% | 1.1% |
| Sep-Nov Pig Crop | 25094 | 25484 | 25874 | 26190 | 26855 | 29513 | 28771 | 28260 | 28488 | 29014 | 29299 | 1.8% | 1.0% |
| Sep-Nov Imports | 1455 | 2114 | 2137 | 2185 | 2285 | 2700 | 2116 | 1472 | 1423 | 1442 | 1345 | 1.4% | -6.7% |
| Total Supply | 87302 | 88617 | 89536 | 90233 | 92068 | 99488 | 99083 | 96448 | 95882 | 97200 | 98144 | 1.4% | 1.0% |
| Comm. Sltr. Sep-Nov | 26563 | 26820 | 26942 | 27122 | 27830 | 29479 | 30039 | 29721 | 29050 | 29637 | 29415 | 2.0% | -0.7% |
| B&G Sltr Sep-Nov | 25673 | 25938 | 26059 | 26246 | 26873 | 28493 | 29067 | 28771 | 28194 | 28749 | 28531 | 2.0% | -0.8% |
| Sep-Nov Exports | 48 | 67 | 39 | 23 | 30 | 45 | 8 | 5 | 5 | 7 | 6 | 46.7% | -13.3% |
| Other Dis. [2] | 1137 | 1276 | 1573 | 1625 | 1693 | 1788 | 1888 | 1835 | 1902 | 1625 | 1863 | -14.5% | 14.6% |

Source: USDA, Shaded Areas - Informa Economics, Inc. *1/ December of the previous year* *2/ Includes death loss, and farm slaughter*

**Copyright by Informa Economics, Inc.**

## US Quarterly Commercial Hog Slaughter and Price

| Year & Quarter | Barrow & Gilts | % Chg Year Ago | % Chy 5 Yr | Sows | % Chg Year Ago | % Chy 5 Yr | Total Slaughter | % Chg Year Ago | % Chy 5 Yr | Pork Production | % Chg Year Ago | % Chy 5 Yr | Dressed Weight | % Chg Year Ago | % Chy 5 Yr | US Hog Price | % Chg Year Ago | % Chy 5 Yr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004 I | 24824 | 4.2% | 3.7% | 827 | 6.4% | 6.0% | 25717 | 4.3% | 3.7% | 5130 | 4.7% | 6.1% | 200.3 | 0.3% | 2.2% | 60.73 | 24.9% | 19.6% |
| II | 23847 | 3.5% | 4.1% | 829 | 1.3% | 5.4% | 24737 | 3.4% | 4.0% | 4897 | 3.3% | 5.6% | 199.3 | 0.0% | 1.6% | 75.05 | 27.8% | 28.5% |
| III | 24921 | 4.5% | 5.6% | 834 | -0.8% | 1.2% | 25817 | 4.3% | 5.3% | 5047 | 5.0% | 7.5% | 196.7 | 0.5% | 2.1% | 77.17 | 30.8% | 35.6% |
| IV | 26305 | -1.6% | 2.1% | 818 | -0.3% | 1.3% | 27192 | -1.5% | 2.0% | 5435 | -1.2% | 4.1% | 201.0 | 0.3% | 2.0% | 74.01 | 45.8% | 49.3% |
| 2005 I | 24689 | -0.5% | 2.9% | 782 | -5.4% | 1.3% | 25538 | -0.7% | 2.9% | 5138 | 0.2% | 5.1% | 202.3 | 1.0% | 2.2% | 70.87 | 16.7% | 28.4% |
| II | 24176 | 1.4% | 5.1% | 780 | -5.9% | -1.2% | 25031 | 1.2% | 4.9% | 5021 | 2.5% | 7.0% | 202.0 | 1.3% | 2.1% | 71.00 | -5.4% | 11.1% |
| III | 24675 | -1.0% | 3.7% | 783 | -6.1% | -3.8% | 25528 | -1.1% | 3.4% | 5000 | -0.9% | 4.9% | 197.3 | 0.3% | 1.5% | 68.91 | -10.7% | 9.9% |
| IV | 26609 | 1.2% | 2.9% | 802 | -2.0% | -0.4% | 27485 | 1.1% | 2.8% | 5525 | 1.7% | 4.5% | 202.0 | 0.5% | 1.5% | 62.33 | -15.8% | 14.3% |
| 2006 I | 25347 | 2.7% | 5.3% | 788 | 0.9% | 1.0% | 26207 | 2.6% | 5.1% | 5332 | 3.8% | 7.7% | 204.0 | 0.8% | 2.2% | 58.03 | -18.1% | -0.3% |
| II | 23939 | -1.0% | 2.4% | 821 | 5.3% | 3.1% | 24839 | -0.8% | 2.4% | 5008 | -0.3% | 4.3% | 202.3 | 0.2% | 1.5% | 66.26 | -6.7% | 2.8% |
| III | 24914 | 1.0% | 3.4% | 811 | 3.6% | -0.3% | 25810 | 1.1% | 3.4% | 5087 | 1.7% | 4.9% | 197.7 | 0.2% | 1.2% | 70.61 | 2.5% | 10.4% |
| IV | 26924 | 1.2% | 2.7% | 839 | 4.6% | 3.8% | 27880 | 1.4% | 2.9% | 5625 | 1.8% | 4.3% | 202.3 | 0.2% | 1.1% | 62.74 | 0.6% | 12.0% |
| 2007 I | 25737 | 1.5% | 5.5% | 825 | 4.7% | 5.3% | 26684 | 1.8% | 5.7% | 5396 | 1.2% | 6.7% | 202.7 | -0.7% | 0.8% | 62.91 | 8.4% | 7.9% |
| II | 24585 | 2.7% | 3.8% | 818 | -0.4% | 1.0% | 25526 | 2.8% | 3.9% | 5128 | 2.4% | 4.8% | 201.7 | -0.3% | 0.6% | 71.88 | 8.5% | 12.9% |
| III | 25624 | 2.8% | 4.6% | 825 | 1.7% | -0.2% | 26566 | 2.9% | 4.6% | 5256 | 3.3% | 6.1% | 198.3 | 0.3% | 1.1% | 68.80 | -2.6% | 7.0% |
| IV | 29405 | 9.2% | 11.1% | 873 | 4.0% | 6.4% | 30396 | 9.0% | 11.0% | 6163 | 9.6% | 12.7% | 203.3 | 0.5% | 1.3% | 53.79 | -14.3% | -8.0% |
| 2008 I | 28603 | 11.1% | 15.0% | 880 | 6.6% | 10.1% | 29601 | 10.9% | 14.9% | 6024 | 11.6% | 16.3% | 204.0 | 0.7% | 1.1% | 54.30 | -13.7% | -9.8% |
| II | 26904 | 9.4% | 12.5% | 919 | 12.4% | 13.0% | 27941 | 9.5% | 12.6% | 5593 | 9.1% | 12.8% | 200.7 | -0.5% | -0.1% | 72.11 | 0.3% | 5.1% |
| III | 27678 | 8.0% | 11.6% | 898 | 9.0% | 9.8% | 28696 | 8.0% | 11.7% | 5632 | 7.2% | 11.8% | 196.7 | -0.8% | -0.2% | 78.33 | 13.8% | 13.7% |
| IV | 29273 | -0.4% | 7.6% | 836 | -4.2% | 0.6% | 30214 | -0.6% | 7.5% | 6098 | -1.1% | 7.9% | 202.3 | -0.5% | 0.3% | 57.57 | 7.0% | -5.2% |
| 2009 I | 27608 | -3.5% | 6.8% | 778 | -11.6% | -5.1% | 28489 | -3.8% | 6.5% | 5811 | -3.5% | 7.5% | 204.3 | 0.2% | 0.8% | 57.99 | 6.8% | -5.5% |
| II | 26168 | -2.7% | 6.0% | 794 | -13.6% | -4.7% | 27072 | -3.1% | 5.7% | 5490 | -1.8% | 7.0% | 203.3 | 1.3% | 1.1% | 59.05 | -18.1% | -17.1% |
| III | 27449 | -0.8% | 7.4% | 872 | -2.9% | 5.1% | 28428 | -0.9% | 7.3% | 5700 | 1.2% | 9.5% | 201.0 | 2.2% | 1.9% | 53.79 | -31.3% | -26.1% |
| IV | 28684 | -2.0% | 3.5% | 828 | -0.9% | -0.7% | 29615 | -2.0% | 3.4% | 5996 | -1.7% | 3.9% | 203.0 | 0.3% | 0.4% | 56.76 | -1.4% | -8.6% |
| 2010 I | 26765 | -3.1% | 1.4% | 758 | -2.6% | -6.5% | 27630 | -3.0% | 1.2% | 5607 | -3.5% | 1.2% | 203.7 | -0.3% | 0.1% | 69.24 | 19.4% | 13.8% |
| II | 25265 | -3.5% | 0.4% | 716 | -9.8% | -13.3% | 26074 | -3.7% | 0.0% | 5302 | -3.4% | 1.0% | 204.0 | 0.3% | 1.0% | 81.64 | 38.2% | 19.9% |
| III | 26102 | -4.9% | 0.1% | 742 | -15.0% | -11.4% | 26931 | -5.3% | -0.3% | 5401 | -5.2% | 1.2% | 201.0 | 0.0% | 1.4% | 82.18 | 52.8% | 20.7% |
| IV | 28768 | 0.3% | 2.1% | 775 | -6.4% | -7.3% | 29626 | 0.0% | 1.7% | 6126 | 2.2% | 4.2% | 207.3 | 2.1% | 2.3% | 68.18 | 20.1% | 16.3% |
| 2011 I | 26676 | -0.3% | -0.5% | 729 | -3.9% | -9.6% | 27486 | -0.5% | -0.9% | 5720 | 2.0% | 1.5% | 208.3 | 2.3% | 2.3% | 81.45 | 17.6% | 34.6% |
| II | 25277 | 0.0% | -0.4% | 752 | 5.0% | -7.5% | 26113 | 0.1% | -0.7% | 5371 | 1.3% | 1.3% | 206.0 | 1.0% | 1.8% | 94.02 | 15.2% | 34.0% |
| III | 26520 | 1.6% | 0.6% | 772 | 4.0% | -7.0% | 27374 | 1.6% | 0.3% | 5483 | 1.5% | 1.2% | 200.7 | -0.2% | 0.9% | 96.99 | 18.0% | 37.1% |
| **IV** | **29044** | **1.0%** | **1.5%** | **771** | **-0.5%** | **-7.1%** | **29892** | **0.9%** | **1.2%** | **6189** | **1.0%** | **3.1%** | **207.3** | **0.0%** | **1.8%** | **87.78** | **28.8%** | **46.8%** |
| **2012 I** | **27060** | **1.4%** | **-0.1%** | **759** | **4.1%** | **-4.4%** | **27898** | **1.5%** | **-0.3%** | **5807** | **1.5%** | **1.7%** | **208.2** | **-0.1%** | **1.7%** | **91.21** | **12.0%** | **39.9%** |
| **II** | **25875** | **2.4%** | **0.9%** | **761** | **1.2%** | **-4.8%** | **26715** | **2.3%** | **0.6%** | **5495** | **2.3%** | **2.2%** | **205.7** | **-0.2%** | **1.2%** | **94.00** | **0.0%** | **24.1%** |
| **III** | **26767** | **0.9%** | **0.3%** | **786** | **1.8%** | **-4.4%** | **27636** | **1.0%** | **0.1%** | **5592** | **2.0%** | **1.8%** | **202.3** | **0.8%** | **1.4%** | **92.33** | **-4.8%** | **21.5%** |
| **IV** | **28928** | **-0.4%** | **-0.4%** | **799** | **3.6%** | **-2.1%** | **29811** | **-0.3%** | **-0.5%** | **6161** | **-0.5%** | **0.8%** | **206.7** | **-0.3%** | **1.0%** | **82.00** | **-6.6%** | **26.5%** |

Source: USDA, Shaded Areas - Informa Economics Projections

Copyright by Informa Economics, Inc.

## US Commercial Barrow and Gilt Slaughter (000 Head)

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | JFM | AMJ | JAS | OND | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1997 | 7447 | 6695 | 7293 | 7415 | 6804 | 6697 | 6992 | 7044 | 7702 | 8439 | 7432 | 8289 | 21435 | 20917 | 21738 | 24160 | 88249 |
| 1998 | 8272 | 7418 | 8150 | 7997 | 7269 | 7391 | 7907 | 7823 | 8255 | 8997 | 8482 | 9069 | 23841 | 22657 | 23985 | 26548 | 97031 |
| 1999 | 8231 | 7602 | 8770 | 8213 | 7156 | 7998 | 7589 | 8060 | 8313 | 8639 | 8581 | 8583 | 24603 | 23367 | 23965 | 25802 | 97737 |
| 2000 | 7879 | 7816 | 8528 | 6980 | 7664 | 7654 | 7082 | 8310 | 7840 | 8581 | 8458 | 7811 | 24222 | 22296 | 23234 | 24849 | 94601 |
| 2001 | 8340 | 7352 | 8029 | 7559 | 7668 | 7212 | 7179 | 8087 | 7547 | 9024 | 8436 | 8154 | 23719 | 22439 | 22813 | 25614 | 94585 |
| 2002 | 8371 | 7253 | 7710 | 8141 | 8024 | 7246 | 7752 | 8216 | 8220 | 9084 | 8370 | 8373 | 23334 | 23411 | 24187 | 25826 | 96759 |
| 2003 | 8507 | 7434 | 7876 | 8052 | 7523 | 7466 | 7806 | 7771 | 8268 | 9338 | 8331 | 9057 | 23817 | 23041 | 23845 | 26727 | 97429 |
| 2004 | 8508 | 7608 | 8708 | 8345 | 7301 | 8201 | 7802 | 8419 | 8699 | 8683 | 8676 | 8945 | 24824 | 23847 | 24921 | 26305 | 99896 |
| 2005 | 8200 | 7843 | 8645 | 8169 | 7751 | 8257 | 7405 | 8693 | 8577 | 8829 | 8840 | 8940 | 24689 | 24176 | 24675 | 26609 | 100148 |
| 2006 | 8630 | 7795 | 8922 | 7688 | 8225 | 8026 | 7604 | 8784 | 8525 | 9309 | 9039 | 8576 | 25347 | 23939 | 24914 | 26924 | 101124 |
| 2007 | 9035 | 7832 | 8870 | 8163 | 8433 | 7988 | 8092 | 9055 | 8476 | 10301 | 9716 | 9388 | 25737 | 24585 | 25624 | 29405 | 105350 |
| 2008 | 10213 | 9069 | 9320 | 9641 | 8725 | 8537 | 9111 | 8935 | 9632 | 10393 | 9041 | 9838 | 28603 | 26904 | 27678 | 29273 | 112457 |
| 2009 | 9618 | 8640 | 9349 | 9135 | 8176 | 8857 | 8825 | 9016 | 9608 | 9990 | 9172 | 9521 | 27608 | 26168 | 27449 | 28684 | 109908 |
| 2010 | 8630 | 8427 | 9708 | 8778 | 7720 | 8767 | 8197 | 8841 | 9064 | 9445 | 9685 | 9638 | 26765 | 25265 | 26102 | 28768 | 106900 |
| 2011 | 8839 | 8261 | 9577 | 8363 | 8272 | 8642 | 7902 | 9226 | 9391 | 9612 | 9746 | **9607** | 26676 | 25277 | 26520 | **28965** | **107437** |
| 2012 | **9205** | **8541** | **9373** | **8868** | **8384** | **8622** | **8471** | **9146** | **9149** | **9921** | **9461** | **9546** | **27119** | **25875** | **26767** | **28928** | **108689** |
| 11/10 | 2.4% | -2.0% | -1.4% | -4.7% | 7.1% | -1.4% | -3.6% | 4.4% | 3.6% | 1.8% | 0.6% | -0.3% | -0.3% | 0.0% | 1.6% | 0.7% | 0.5% |
| 12/11 | 4.1% | 3.4% | -2.1% | 6.0% | 1.4% | -0.2% | 7.2% | -0.9% | -2.6% | 3.2% | -2.9% | -0.6% | 1.7% | 2.4% | 0.9% | -0.1% | 1.2% |
| **As a Percentage of Total Hog Slaughter** | | | | | | | | | | | | | | | | | |
| 1997 | 96.03% | 96.04% | 96.18% | 95.97% | 95.81% | 95.64% | 95.63% | 95.86% | 96.06% | 96.15% | 95.99% | 96.12% | 96.1% | 95.8% | 95.8% | 96.1% | 96.0% |
| 1998 | 96.32% | 96.20% | 96.17% | 96.03% | 96.01% | 95.62% | 95.61% | 95.77% | 95.98% | 96.21% | 96.29% | 96.21% | 96.2% | 95.9% | 95.8% | 96.2% | 96.0% |
| 1999 | 96.23% | 96.14% | 96.19% | 96.28% | 96.20% | 96.14% | 95.97% | 95.91% | 96.20% | 96.60% | 96.46% | 96.60% | 96.2% | 96.2% | 96.0% | 96.6% | 96.2% |
| 2000 | 96.80% | 96.77% | 96.66% | 96.57% | 96.46% | 96.24% | 96.27% | 96.37% | 96.57% | 96.61% | 96.59% | 96.71% | 96.7% | 96.4% | 96.4% | 96.6% | 96.6% |
| 2001 | 96.48% | 96.69% | 96.39% | 96.45% | 96.35% | 96.37% | 96.39% | 96.56% | 96.60% | 96.68% | 96.79% | 96.86% | 96.5% | 96.4% | 96.5% | 96.8% | 96.6% |
| 2002 | 96.66% | 96.69% | 96.53% | 96.62% | 96.41% | 96.22% | 96.08% | 96.15% | 96.64% | 96.60% | 96.71% | 96.72% | 96.6% | 96.4% | 96.3% | 96.7% | 96.5% |
| 2003 | 96.68% | 96.72% | 96.42% | 96.53% | 96.25% | 96.15% | 96.18% | 96.44% | 96.44% | 96.78% | 96.91% | 96.75% | 96.6% | 96.3% | 96.4% | 96.8% | 96.5% |
| 2004 | 96.78% | 96.46% | 96.35% | 96.44% | 96.34% | 96.42% | 96.38% | 96.53% | 96.67% | 96.81% | 96.69% | 96.70% | 96.5% | 96.4% | 96.5% | 96.7% | 96.5% |
| 2005 | 96.70% | 96.74% | 96.59% | 96.73% | 96.50% | 96.53% | 96.64% | 96.65% | 96.69% | 96.83% | 96.79% | 96.82% | 96.7% | 96.6% | 96.7% | 96.8% | 96.7% |
| 2006 | 96.80% | 96.77% | 96.60% | 96.59% | 96.35% | 96.20% | 96.48% | 96.58% | 96.52% | 96.64% | 96.52% | 96.55% | 96.7% | 96.4% | 96.5% | 96.6% | 96.5% |
| 2007 | 96.48% | 96.48% | 96.39% | 96.41% | 96.25% | 96.28% | 96.34% | 96.39% | 96.62% | 96.66% | 96.68% | 96.88% | 96.5% | 96.3% | 96.5% | 96.7% | 96.5% |
| 2008 | 96.69% | 96.71% | 96.48% | 96.45% | 96.28% | 96.11% | 96.28% | 96.45% | 96.61% | 96.72% | 96.98% | 96.98% | 96.6% | 96.3% | 96.4% | 96.9% | 96.6% |
| 2009 | 96.93% | 96.93% | 96.86% | 96.80% | 96.72% | 96.46% | 96.47% | 96.53% | 96.66% | 96.81% | 96.94% | 96.82% | 96.9% | 96.7% | 96.6% | 96.9% | 96.7% |
| 2010 | 96.89% | 96.96% | 96.77% | 96.93% | 96.85% | 96.91% | 96.78% | 97.00% | 96.98% | 97.05% | 97.13% | 97.14% | 96.9% | 96.9% | 96.9% | 97.1% | 96.9% |
| 2011 | 97.08% | 97.09% | 97.00% | 96.90% | 96.84% | 96.66% | 96.86% | 96.84% | 96.94% | 97.04% | 97.04% | **97.35%** | 97.1% | 96.8% | 96.9% | **97.1%** | **97.0%** |
| 2012 | **97.32%** | **96.45%** | **97.35%** | **96.96%** | **96.80%** | **96.80%** | **96.75%** | **96.89%** | **96.92%** | **97.07%** | **96.99%** | **97.05%** | **97.0%** | **96.9%** | **96.9%** | **97.0%** | **96.9%** |

**Source: USDA, Shaded Areas - Informa Economics Projections**
Assumes distribution of non-FI slaughter to be the same as FI Slaughter

Copyright by Informa Economics, Inc.

## US Commercial Barrow and Gilt Slaughter (000 Head)

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | JFM | AMJ | JAS | OND | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1997 | 7447 | 6695 | 7293 | 7415 | 6804 | 6697 | 6992 | 7044 | 7702 | 8439 | 7432 | 8289 | 21435 | 20917 | 21738 | 24160 | 88249 |
| 1998 | 8272 | 7418 | 8150 | 7997 | 7269 | 7391 | 7907 | 7823 | 8255 | 8997 | 8482 | 9069 | 23841 | 22657 | 23985 | 26548 | 97031 |
| 1999 | 8231 | 7602 | 8770 | 8213 | 7156 | 7998 | 7589 | 8060 | 8313 | 8639 | 8581 | 8583 | 24603 | 23367 | 23965 | 25802 | 97737 |
| 2000 | 7879 | 7816 | 8528 | 6980 | 7664 | 7654 | 7082 | 8310 | 7840 | 8581 | 8458 | 7811 | 24222 | 22296 | 23234 | 24849 | 94601 |
| 2001 | 8340 | 7352 | 8029 | 7559 | 7668 | 7212 | 7179 | 8087 | 7547 | 9024 | 8436 | 8154 | 23719 | 22439 | 22813 | 25614 | 94585 |
| 2002 | 8371 | 7253 | 7710 | 8141 | 8024 | 7246 | 7752 | 8216 | 8220 | 9084 | 8370 | 8373 | 23334 | 23411 | 24187 | 25826 | 96759 |
| 2003 | 8507 | 7434 | 7876 | 8052 | 7523 | 7466 | 7806 | 7771 | 8268 | 9338 | 8331 | 9057 | 23817 | 23041 | 23845 | 26727 | 97429 |
| 2004 | 8508 | 7608 | 8708 | 8345 | 7301 | 8201 | 7802 | 8419 | 8699 | 8683 | 8676 | 8945 | 24824 | 23847 | 24921 | 26305 | 99896 |
| 2005 | 8200 | 7843 | 8645 | 8169 | 7751 | 8257 | 7405 | 8693 | 8577 | 8829 | 8840 | 8940 | 24689 | 24176 | 24675 | 26609 | 100148 |
| 2006 | 8630 | 7795 | 8922 | 7688 | 8225 | 8026 | 7604 | 8784 | 8525 | 9309 | 9039 | 8576 | 25347 | 23939 | 24914 | 26924 | 101124 |
| 2007 | 9035 | 7832 | 8870 | 8163 | 8433 | 7988 | 8092 | 9055 | 8476 | 10301 | 9716 | 9388 | 25737 | 24585 | 25624 | 29405 | 105350 |
| 2008 | 10213 | 9069 | 9320 | 9641 | 8725 | 8537 | 9111 | 8935 | 9632 | 10393 | 9041 | 9838 | 28603 | 26904 | 27678 | 29273 | 112457 |
| 2009 | 9618 | 8640 | 9349 | 9135 | 8176 | 8857 | 8825 | 9016 | 9608 | 9990 | 9172 | 9521 | 27608 | 26168 | 27449 | 28684 | 109908 |
| 2010 | 8630 | 8427 | 9708 | 8778 | 7720 | 8767 | 8197 | 8841 | 9064 | 9445 | 9685 | 9638 | 26765 | 25265 | 26102 | 28768 | 106900 |
| 2011 | 8839 | 8261 | 9577 | 8363 | 8272 | 8642 | 7902 | 9226 | 9391 | 9612 | 9746 | **9686** | 26676 | 25277 | 26520 | **29044** | **107517** |
| 2012 | **9215** | **8493** | **9352** | **8868** | **8384** | **8622** | **8471** | **9146** | **9149** | **9921** | **9461** | **9546** | **27060** | **25875** | **26767** | **28928** | **108630** |
| 11/10 | 2.4% | -2.0% | -1.4% | -4.7% | 7.1% | -1.4% | -3.6% | 4.4% | 3.6% | 1.8% | 0.6% | 0.5% | -0.3% | 0.0% | 1.6% | 1.0% | 0.6% |
| 12/11 | 4.3% | 2.8% | -2.3% | 6.0% | 1.4% | -0.2% | 7.2% | -0.9% | -2.6% | 3.2% | -2.9% | -1.4% | 1.4% | 2.4% | 0.9% | -0.4% | 1.0% |
| **As a Percentage of Total Hog Slaughter** | | | | | | | | | | | | | | | | | |
| 1997 | 96.03% | 96.04% | 96.18% | 95.97% | 95.81% | 95.64% | 95.63% | 95.86% | 96.06% | 96.15% | 95.99% | 96.12% | 96.1% | 95.8% | 95.8% | 96.1% | 96.0% |
| 1998 | 96.32% | 96.20% | 96.17% | 96.03% | 96.01% | 95.62% | 95.61% | 95.77% | 95.98% | 96.21% | 96.29% | 96.21% | 96.2% | 95.9% | 95.8% | 96.2% | 96.0% |
| 1999 | 96.23% | 96.14% | 96.19% | 96.28% | 96.20% | 96.14% | 95.97% | 95.91% | 96.20% | 96.60% | 96.46% | 96.60% | 96.2% | 96.2% | 96.0% | 96.6% | 96.2% |
| 2000 | 96.80% | 96.77% | 96.66% | 96.57% | 96.46% | 96.24% | 96.27% | 96.37% | 96.57% | 96.61% | 96.59% | 96.71% | 96.7% | 96.4% | 96.4% | 96.6% | 96.6% |
| 2001 | 96.48% | 96.69% | 96.39% | 96.45% | 96.35% | 96.37% | 96.39% | 96.56% | 96.60% | 96.68% | 96.79% | 96.86% | 96.5% | 96.4% | 96.5% | 96.8% | 96.6% |
| 2002 | 96.66% | 96.69% | 96.53% | 96.62% | 96.41% | 96.22% | 96.08% | 96.15% | 96.64% | 96.60% | 96.71% | 96.72% | 96.6% | 96.4% | 96.3% | 96.7% | 96.5% |
| 2003 | 96.68% | 96.72% | 96.42% | 96.53% | 96.25% | 96.15% | 96.18% | 96.44% | 96.44% | 96.78% | 96.91% | 96.75% | 96.6% | 96.3% | 96.4% | 96.8% | 96.5% |
| 2004 | 96.78% | 96.46% | 96.35% | 96.44% | 96.34% | 96.42% | 96.38% | 96.53% | 96.67% | 96.81% | 96.69% | 96.70% | 96.5% | 96.4% | 96.5% | 96.7% | 96.5% |
| 2005 | 96.70% | 96.74% | 96.59% | 96.73% | 96.50% | 96.53% | 96.64% | 96.65% | 96.69% | 96.83% | 96.79% | 96.82% | 96.7% | 96.6% | 96.7% | 96.8% | 96.7% |
| 2006 | 96.80% | 96.77% | 96.60% | 96.59% | 96.35% | 96.20% | 96.48% | 96.58% | 96.52% | 96.64% | 96.52% | 96.55% | 96.7% | 96.4% | 96.5% | 96.6% | 96.5% |
| 2007 | 96.48% | 96.48% | 96.39% | 96.41% | 96.25% | 96.28% | 96.34% | 96.39% | 96.62% | 96.66% | 96.68% | 96.88% | 96.5% | 96.3% | 96.5% | 96.7% | 96.5% |
| 2008 | 96.69% | 96.71% | 96.48% | 96.45% | 96.28% | 96.11% | 96.28% | 96.45% | 96.61% | 96.72% | 96.98% | 96.98% | 96.6% | 96.3% | 96.4% | 96.9% | 96.6% |
| 2009 | 96.93% | 96.93% | 96.86% | 96.80% | 96.72% | 96.46% | 96.47% | 96.53% | 96.66% | 96.81% | 96.94% | 96.82% | 96.9% | 96.7% | 96.6% | 96.9% | 96.7% |
| 2010 | 96.89% | 96.96% | 96.77% | 96.93% | 96.85% | 96.91% | 96.78% | 97.00% | 96.98% | 97.05% | 97.13% | 97.14% | 96.9% | 96.9% | 96.9% | 97.1% | 96.9% |
| 2011 | 97.08% | 97.09% | 97.00% | 96.90% | 96.84% | 96.66% | 96.86% | 96.84% | 96.94% | 97.04% | 97.04% | **97.42%** | 97.1% | 96.8% | 96.9% | **97.2%** | **97.0%** |
| 2012 | **97.33%** | **96.32%** | **97.28%** | **96.96%** | **96.80%** | **96.80%** | **96.75%** | **96.89%** | **96.92%** | **97.07%** | **96.99%** | **97.05%** | **97.0%** | **96.9%** | **96.9%** | **97.0%** | **96.9%** |

**Source: USDA, Shaded Areas - Informa Economics Projections**
Assumes distribution of non-FI slaughter to be the same as FI Slaughter

Copyright by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## US Commercial Sow Slaughter (000 Head)

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | JFM | AMJ | JAS | OND | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1997 | 255 | 226 | 240 | 257 | 249 | 259 | 269 | 255 | 269 | 289 | 268 | 287 | 721 | 764 | 793 | 844 | 3123 |
| 1998 | 270 | 252 | 284 | 286 | 265 | 293 | 314 | 301 | 303 | 314 | 292 | 321 | 806 | 845 | 918 | 927 | 3496 |
| 1999 | 289 | 270 | 308 | 280 | 252 | 283 | 282 | 307 | 294 | 276 | 284 | 272 | 866 | 814 | 883 | 832 | 3395 |
| 2000 | 235 | 236 | 268 | 226 | 252 | 266 | 245 | 285 | 255 | 275 | 272 | 240 | 738 | 744 | 785 | 787 | 3054 |
| 2001 | 276 | 226 | 270 | 249 | 262 | 247 | 244 | 260 | 242 | 279 | 256 | 242 | 772 | 758 | 746 | 777 | 3053 |
| 2002 | 264 | 228 | 252 | 260 | 275 | 263 | 292 | 305 | 266 | 297 | 261 | 264 | 745 | 797 | 863 | 822 | 3227 |
| 2003 | 272 | 233 | 271 | 268 | 273 | 278 | 290 | 268 | 283 | 289 | 248 | 284 | 777 | 818 | 840 | 821 | 3256 |
| 2004 | 263 | 259 | 305 | 286 | 258 | 285 | 271 | 281 | 281 | 267 | 273 | 279 | 827 | 829 | 834 | 818 | 3307 |
| 2005 | 258 | 242 | 281 | 250 | 257 | 273 | 236 | 277 | 269 | 266 | 268 | 269 | 782 | 780 | 783 | 802 | 3146 |
| 2006 | 260 | 239 | 289 | 248 | 285 | 288 | 254 | 286 | 270 | 285 | 286 | 269 | 788 | 821 | 811 | 839 | 3260 |
| 2007 | 288 | 250 | 287 | 263 | 286 | 269 | 269 | 296 | 260 | 314 | 292 | 266 | 825 | 818 | 825 | 873 | 3341 |
| 2008 | 306 | 273 | 301 | 313 | 298 | 308 | 308 | 289 | 301 | 312 | 249 | 274 | 880 | 919 | 898 | 836 | 3533 |
| 2009 | 269 | 240 | 269 | 264 | 242 | 288 | 285 | 291 | 297 | 293 | 259 | 277 | 778 | 794 | 872 | 828 | 3273 |
| 2010 | 244 | 231 | 283 | 246 | 221 | 249 | 242 | 246 | 253 | 260 | 260 | 255 | 758 | 716 | 742 | 775 | 2991 |
| 2011 | 240 | 222 | 267 | 239 | 243 | 270 | 231 | 272 | 268 | 267 | 270 | **234** | 729 | 752 | 772 | **771** | **3024** |
| 2012 | **230** | **295** | **234** | **252** | **252** | **257** | **258** | **265** | **262** | **270** | **267** | **262** | **759** | **761** | **786** | **799** | **3105** |
| 11/10 | -1.8% | -3.8% | -5.7% | -2.9% | 9.9% | 8.5% | -4.6% | 10.6% | 5.9% | 2.7% | 3.9% | -8.3% | -3.9% | 5.0% | 4.0% | -0.5% | 1.1% |
| 12/11 | -4.2% | 33.2% | -12.5% | 5.4% | 3.8% | -4.9% | 11.7% | -2.6% | -2.2% | 1.1% | -1.2% | 12.1% | 4.1% | 1.2% | 1.8% | 3.6% | 2.7% |
| **As a Percentage of Total Hog Slaughter** | | | | | | | | | | | | | | | | | |
| 1997 | 3.3% | 3.2% | 3.2% | 3.3% | 3.5% | 3.7% | 3.7% | 3.5% | 3.4% | 3.3% | 3.5% | 3.3% | 3.2% | 3.5% | 3.5% | 3.4% | 3.4% |
| 1998 | 3.1% | 3.3% | 3.3% | 3.4% | 3.5% | 3.8% | 3.8% | 3.7% | 3.5% | 3.4% | 3.3% | 3.4% | 3.3% | 3.6% | 3.7% | 3.4% | 3.5% |
| 1999 | 3.4% | 3.4% | 3.4% | 3.3% | 3.4% | 3.4% | 3.6% | 3.7% | 3.4% | 3.1% | 3.2% | 3.1% | 3.4% | 3.4% | 3.5% | 3.1% | 3.3% |
| 2000 | 2.9% | 2.9% | 3.0% | 3.1% | 3.2% | 3.3% | 3.3% | 3.3% | 3.1% | 3.1% | 3.1% | 3.0% | 2.9% | 3.2% | 3.3% | 3.1% | 3.1% |
| 2001 | 3.2% | 3.0% | 3.2% | 3.2% | 3.3% | 3.3% | 3.3% | 3.1% | 3.1% | 3.0% | 2.9% | 2.9% | 3.1% | 3.3% | 3.2% | 2.9% | 3.1% |
| 2002 | 3.1% | 3.0% | 3.2% | 3.1% | 3.3% | 3.5% | 3.6% | 3.6% | 3.1% | 3.2% | 3.0% | 3.0% | 3.1% | 3.3% | 3.4% | 3.1% | 3.2% |
| 2003 | 3.1% | 3.0% | 3.3% | 3.2% | 3.5% | 3.6% | 3.6% | 3.3% | 3.3% | 3.0% | 2.9% | 3.0% | 3.1% | 3.4% | 3.4% | 3.0% | 3.2% |
| 2004 | 3.0% | 3.3% | 3.4% | 3.3% | 3.4% | 3.4% | 3.3% | 3.2% | 3.1% | 3.0% | 3.0% | 3.0% | 3.2% | 3.4% | 3.2% | 3.0% | 3.2% |
| 2005 | 3.0% | 3.0% | 3.1% | 3.0% | 3.2% | 3.2% | 3.1% | 3.1% | 3.0% | 2.9% | 2.9% | 2.9% | 3.1% | 3.1% | 3.1% | 2.9% | 3.0% |
| 2006 | 2.9% | 3.0% | 3.1% | 3.1% | 3.3% | 3.5% | 3.2% | 3.1% | 3.1% | 3.0% | 3.1% | 3.0% | 3.0% | 3.3% | 3.1% | 3.0% | 3.1% |
| 2007 | 3.1% | 3.1% | 3.1% | 3.1% | 3.3% | 3.2% | 3.2% | 3.2% | 3.0% | 2.9% | 2.9% | 2.7% | 3.1% | 3.2% | 3.1% | 2.9% | 3.1% |
| 2008 | 2.9% | 2.9% | 3.1% | 3.1% | 3.3% | 3.5% | 3.3% | 3.1% | 3.0% | 2.9% | 2.7% | 2.7% | 3.0% | 3.3% | 3.1% | 2.8% | 3.0% |
| 2009 | 2.7% | 2.7% | 2.8% | 2.8% | 2.9% | 3.1% | 3.1% | 3.1% | 3.0% | 2.8% | 2.7% | 2.8% | 2.7% | 2.9% | 3.1% | 2.8% | 2.9% |
| 2010 | 2.7% | 2.7% | 2.8% | 2.7% | 2.8% | 2.8% | 2.9% | 2.7% | 2.7% | 2.7% | 2.6% | 2.6% | 2.7% | 2.7% | 2.8% | 2.6% | 2.7% |
| 2011 | 2.6% | 2.6% | 2.7% | 2.8% | 2.8% | 3.0% | 2.8% | 2.9% | 2.8% | 2.7% | 2.7% | **2.4%** | 2.6% | 2.9% | 2.8% | **2.6%** | **2.7%** |
| 2012 | **2.4%** | **3.3%** | **2.4%** | **2.8%** | **2.9%** | **2.9%** | **2.9%** | **2.8%** | **2.8%** | **2.6%** | **2.7%** | **2.7%** | **2.7%** | **2.9%** | **2.8%** | **2.7%** | **2.8%** |

**Source: USDA, Shaded Areas - Informa Economics Projections**

Assumes distribution of non-FI slaughter to be the same as FI Slaughter

Copyright by Informa Economics, Inc.

## US Commercial Boar and Stag Slaughter (000 Head)

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | JFM | AMJ | JAS | OND | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1997 | 52 | 50 | 50 | 56 | 49 | 47 | 51 | 50 | 48 | 48 | 43 | 47 | 152 | 152 | 149 | 137 | 590 |
| 1998 | 46 | 43 | 41 | 44 | 37 | 46 | 49 | 45 | 43 | 41 | 35 | 36 | 129 | 126 | 136 | 111 | 503 |
| 1999 | 34 | 36 | 40 | 38 | 32 | 38 | 36 | 36 | 35 | 28 | 31 | 31 | 109 | 107 | 106 | 90 | 411 |
| 2000 | 25 | 25 | 27 | 22 | 29 | 33 | 28 | 27 | 23 | 27 | 27 | 24 | 78 | 84 | 79 | 79 | 321 |
| 2001 | 28 | 26 | 31 | 29 | 28 | 25 | 24 | 27 | 24 | 31 | 24 | 22 | 86 | 83 | 76 | 78 | 324 |
| 2002 | 25 | 20 | 24 | 24 | 24 | 22 | 25 | 24 | 19 | 23 | 22 | 21 | 70 | 71 | 69 | 67 | 277 |
| 2003 | 20 | 18 | 21 | 21 | 21 | 21 | 20 | 19 | 22 | 21 | 18 | 20 | 60 | 64 | 62 | 60 | 245 |
| 2004 | 20 | 21 | 25 | 22 | 19 | 20 | 22 | 21 | 19 | 20 | 25 | 26 | 67 | 62 | 63 | 72 | 263 |
| 2005 | 21 | 21 | 24 | 26 | 24 | 24 | 20 | 24 | 25 | 22 | 24 | 24 | 67 | 75 | 70 | 71 | 282 |
| 2006 | 25 | 20 | 25 | 23 | 26 | 28 | 23 | 25 | 37 | 39 | 40 | 37 | 71 | 78 | 86 | 117 | 352 |
| 2007 | 41 | 35 | 45 | 40 | 42 | 40 | 38 | 42 | 36 | 41 | 41 | 36 | 122 | 123 | 117 | 119 | 482 |
| 2008 | 43 | 36 | 39 | 42 | 39 | 38 | 44 | 40 | 36 | 40 | 32 | 33 | 118 | 119 | 120 | 106 | 462 |
| 2009 | 35 | 33 | 34 | 37 | 35 | 37 | 38 | 33 | 35 | 36 | 30 | 36 | 103 | 110 | 107 | 103 | 423 |
| 2010 | 33 | 33 | 40 | 32 | 30 | 30 | 30 | 27 | 29 | 27 | 26 | 29 | 107 | 93 | 87 | 83 | 369 |
| 2011 | 26 | 26 | 29 | 28 | 27 | 28 | 25 | 28 | 28 | 26 | 27 | **23** | 82 | 84 | 82 | **77** | **324** |
| 2012 | **23** | **29** | **27** | **26** | **25** | **28** | **27** | **28** | **28** | **29** | **26** | **28** | **80** | **79** | **83** | **84** | **326** |
| 11/10 | -19.8% | -21.7% | -27.7% | -12.5% | -10.1% | -6.7% | -16.7% | 3.7% | -3.5% | -3.7% | 3.8% | -20.0% | -23.4% | -9.8% | -5.8% | -7.1% | -12.2% |
| 12/11 | -10.8% | 11.1% | -6.4% | -6.4% | -9.8% | -1.4% | 5.9% | 0.2% | 0.3% | 11.5% | -3.0% | 21.4% | -2.2% | -5.8% | 2.0% | 9.4% | 0.7% |

**As a Percentage of Total Hog Slaughter**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | JFM | AMJ | JAS | OND | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1997 | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.6% | 0.5% | 0.6% | 0.5% | 0.7% | 0.7% | 0.7% | 0.5% | 0.6% |
| 1998 | 0.5% | 0.6% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% | 0.5% | 0.5% | 0.4% | 0.4% | 0.4% | 0.5% | 0.5% | 0.5% | 0.4% | 0.5% |
| 1999 | 0.4% | 0.5% | 0.4% | 0.4% | 0.4% | 0.5% | 0.4% | 0.4% | 0.4% | 0.3% | 0.3% | 0.3% | 0.4% | 0.4% | 0.4% | 0.3% | 0.4% |
| 2000 | 0.3% | 0.3% | 0.3% | 0.3% | 0.4% | 0.4% | 0.4% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.3% |
| 2001 | 0.3% | 0.3% | 0.4% | 0.4% | 0.4% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% | 0.3% | 0.3% |
| 2002 | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.3% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% |
| 2003 | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.2% | 0.2% | 0.3% | 0.2% | 0.2% | 0.2% |
| 2004 | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% | 0.2% | 0.3% | 0.2% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.3% | 0.3% |
| 2005 | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% |
| 2006 | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.4% | 0.4% | 0.4% | 0.4% | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% |
| 2007 | 0.4% | 0.4% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.4% | 0.4% | 0.4% | 0.4% | 0.5% | 0.5% | 0.4% | 0.4% | 0.4% |
| 2008 | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.5% | 0.4% | 0.4% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.4% | 0.3% | 0.4% |
| 2009 | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.3% | 0.4% | 0.4% | 0.4% | 0.4% | 0.3% | 0.4% |
| 2010 | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.3% | 0.4% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.4% | 0.4% | 0.3% | 0.3% | 0.3% |
| 2011 | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | **0.2%** | 0.3% | 0.3% | 0.3% | **0.3%** | **0.3%** |
| 2012 | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | **0.3%** | **0.3%** | **0.3%** | **0.3%** | **0.3%** | **0.3%** | **0.3%** |

Source: USDA, Shaded Areas - Informa Economics Projections

Copyright by Informa Economics, Inc.

## US Commercial Pork Production (Million Pounds)

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | JFM | AMJ | JAS | OND | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999 | 1628 | 1501 | 1737 | 1629 | 1417 | 1584 | 1489 | 1565 | 1618 | 1698 | 1707 | 1705 | 4866 | 4630 | 4672 | 5110 | 19278 |
| 2000 | 1572 | 1558 | 1704 | 1398 | 1542 | 1538 | 1409 | 1643 | 1554 | 1717 | 1714 | 1579 | 4834 | 4478 | 4606 | 5010 | 18928 |
| 2001 | 1693 | 1486 | 1626 | 1533 | 1555 | 1458 | 1435 | 1600 | 1513 | 1838 | 1733 | 1668 | 4805 | 4546 | 4548 | 5239 | 19138 |
| 2002 | 1717 | 1482 | 1581 | 1672 | 1646 | 1479 | 1557 | 1637 | 1638 | 1831 | 1709 | 1715 | 4780 | 4797 | 4832 | 5255 | 19664 |
| 2003 | 1752 | 1523 | 1623 | 1659 | 1551 | 1531 | 1580 | 1559 | 1668 | 1912 | 1718 | 1869 | 4898 | 4741 | 4807 | 5499 | 19945 |
| 2004 | 1758 | 1571 | 1801 | 1725 | 1500 | 1672 | 1576 | 1699 | 1772 | 1779 | 1799 | 1857 | 5130 | 4897 | 5047 | 5435 | 20509 |
| 2005 | 1705 | 1629 | 1804 | 1703 | 1611 | 1707 | 1505 | 1752 | 1743 | 1816 | 1843 | 1866 | 5138 | 5021 | 5000 | 5525 | 20684 |
| 2006 | 1817 | 1637 | 1878 | 1618 | 1726 | 1663 | 1553 | 1780 | 1754 | 1932 | 1896 | 1796 | 5332 | 5008 | 5087 | 5625 | 21050 |
| 2007 | 1899 | 1636 | 1861 | 1712 | 1763 | 1654 | 1660 | 1850 | 1746 | 2145 | 2045 | 1973 | 5396 | 5128 | 5256 | 6163 | 21943 |
| 2008 | 2159 | 1903 | 1962 | 2016 | 1816 | 1762 | 1853 | 1804 | 1976 | 2160 | 1886 | 2052 | 6024 | 5593 | 5632 | 6098 | 23347 |
| 2009 | 2026 | 1816 | 1969 | 1925 | 1717 | 1848 | 1829 | 1869 | 2002 | 2089 | 1922 | 1985 | 5811 | 5490 | 5700 | 5996 | 22996 |
| 2010 | 1810 | 1758 | 2040 | 1849 | 1621 | 1832 | 1702 | 1815 | 1884 | 2003 | 2068 | 2055 | 5607 | 5302 | 5401 | 6126 | 22437 |
| 2011 | 1896 | 1769 | 2055 | 1791 | 1760 | 1820 | 1637 | 1892 | 1954 | 2034 | 2087 | **2068** | 5720 | 5371 | 5483 | **6189** | **22761** |
| 2012 | **1981** | **1836** | **1990** | **1893** | **1780** | **1822** | **1773** | **1902** | **1916** | **2105** | **2019** | **2036** | **5807** | **5495** | **5592** | **6161** | **23054** |
| 11/10 | 4.8% | 0.6% | 0.7% | -3.1% | 8.5% | -0.6% | -3.8% | 4.2% | 3.7% | 1.5% | 0.9% | 0.6% | 2.0% | 1.3% | 1.5% | 1.0% | 1.4% |
| 12/11 | 4.5% | 3.8% | -3.2% | 5.7% | 1.2% | 0.1% | 8.3% | 0.6% | -1.9% | 3.5% | -3.2% | -1.5% | 1.5% | 2.3% | 2.0% | -0.5% | 1.3% |

## Average Commercial Carcass Weights

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | JFM | AMJ | JAS | OND | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999 | 190 | 190 | 191 | 191 | 190 | 190 | 188 | 186 | 187 | 190 | 192 | 192 | 190 | 191 | 187 | 191 | 190 |
| 2000 | 193 | 193 | 193 | 193 | 194 | 193 | 192 | 191 | 191 | 193 | 196 | 196 | 193 | 194 | 191 | 195 | 193 |
| 2001 | 196 | 195 | 195 | 196 | 195 | 195 | 193 | 191 | 194 | 197 | 199 | 198 | 195 | 195 | 192 | 198 | 195 |
| 2002 | 198 | 198 | 198 | 198 | 198 | 196 | 193 | 192 | 193 | 195 | 197 | 198 | 198 | 198 | 192 | 197 | 196 |
| 2003 | 199 | 198 | 199 | 199 | 198 | 197 | 195 | 193 | 195 | 198 | 200 | 200 | 199 | 198 | 194 | 199 | 198 |
| 2004 | 200 | 199 | 199 | 199 | 198 | 197 | 195 | 195 | 197 | 198 | 200 | 201 | 199 | 198 | 195 | 200 | 198 |
| 2005 | 201 | 201 | 202 | 202 | 201 | 200 | 196 | 195 | 196 | 199 | 202 | 202 | 201 | 201 | 196 | 201 | 200 |
| 2006 | 204 | 203 | 203 | 203 | 202 | 199 | 197 | 196 | 199 | 201 | 203 | 202 | 203 | 202 | 197 | 202 | 201 |
| 2007 | 203 | 202 | 202 | 202 | 201 | 199 | 198 | 197 | 199 | 201 | 204 | 204 | 202 | 201 | 198 | 203 | 201 |
| 2008 | 204 | 203 | 203 | 202 | 200 | 198 | 196 | 195 | 198 | 201 | 202 | 202 | 203 | 200 | 196 | 202 | 200 |
| 2009 | 204 | 204 | 204 | 204 | 203 | 201 | 200 | 200 | 201 | 202 | 203 | 202 | 204 | 203 | 200 | 202 | 202 |
| 2010 | 203 | 202 | 203 | 204 | 203 | 202 | 201 | 199 | 202 | 206 | 207 | 207 | 203 | 203 | 201 | 207 | 203 |
| 2011 | 208 | 208 | 208 | 208 | 206 | 204 | 201 | 199 | 202 | 205 | 208 | **208** | 208 | 206 | 200 | **207** | **205** |
| 2012 | **209** | **208** | **207** | **207** | **206** | **205** | **203** | **202** | **203** | **206** | **207** | **207** | **208** | **206** | **202** | **207** | **206** |
| 11/10 | 2.5% | 2.8% | 2.3% | 1.6% | 1.3% | 0.5% | -0.2% | -0.3% | 0.1% | -0.2% | 0.2% | 0.4% | 2.5% | 1.2% | -0.1% | 0.1% | 0.9% |
| 12/11 | 0.5% | 0.2% | -0.5% | -0.2% | -0.2% | 0.4% | 0.9% | 1.5% | 0.7% | 0.3% | -0.4% | -0.5% | 0.0% | 0.0% | 1.0% | -0.2% | 0.2% |

Source: USDA, Shaded Areas - Informa Economics Projections

Copyright by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## US Cash Hog and Pork Prices

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | JFM | AMJ | JAS | OND | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Iowa/S. Minn. Barrow and Gilt Avg Prices** | | | | | | | | | | | | | | | | | |
| 2003 | 44.91 | 46.07 | 47.47 | 47.84 | 58.39 | 63.56 | 59.16 | 54.23 | 55.15 | 50.05 | 48.07 | 47.34 | 46.15 | 56.60 | 56.18 | 48.49 | 51.85 |
| 2004 | 52.50 | 59.60 | 64.01 | 64.26 | 77.69 | 76.92 | 77.12 | 74.12 | 75.40 | 70.61 | 76.60 | 69.93 | 58.70 | 72.96 | 75.55 | 72.38 | 69.90 |
| 2005 | 72.60 | 67.89 | 68.54 | 69.70 | 73.71 | 66.74 | 67.45 | 68.94 | 66.33 | 62.83 | 58.64 | 59.18 | 69.68 | 70.05 | 67.57 | 60.22 | 66.88 |
| 2006 | 54.37 | 58.35 | 56.55 | 55.87 | 65.51 | 74.23 | 67.74 | 71.21 | 65.61 | 63.22 | 60.65 | 59.19 | 56.42 | 65.20 | 68.19 | 61.02 | 62.71 |
| 2007 | 58.70 | 64.80 | 59.91 | 65.57 | 73.28 | 73.44 | 70.21 | 68.72 | 62.06 | 56.01 | 48.79 | 52.19 | 61.14 | 70.76 | 67.00 | 52.33 | 62.81 |
| 2008 | 49.65 | 57.69 | 51.99 | 62.92 | 77.77 | 72.17 | 75.87 | 82.51 | 70.05 | 61.76 | 51.65 | 52.22 | 53.11 | 70.95 | 76.14 | 55.21 | 63.85 |
| 2009 | 57.57 | 57.22 | 57.47 | 57.78 | 57.97 | 56.59 | 56.80 | 47.15 | 49.76 | 50.32 | 53.43 | 61.26 | 57.42 | 57.45 | 51.24 | 55.00 | 55.28 |
| 2010 | 65.80 | 65.02 | 69.50 | 78.13 | 82.48 | 76.73 | 77.06 | 80.85 | 80.28 | 66.89 | 61.38 | 67.42 | 66.77 | 79.11 | 79.40 | 65.23 | 72.63 |
| 2011 | 74.11 | 81.27 | 82.58 | 90.68 | 90.43 | 94.10 | 95.28 | 99.41 | 87.15 | 90.74 | 83.27 | 80 | 79.32 | 91.74 | 93.95 | 85 | 87 |
| 2012 | 87 | 90 | 91 | 94 | 91 | 92 | 93 | 93 | 85 | 81 | 81 | 79 | 90 | 93 | 91 | 80 | 88 |
| 11/10 | 12.6% | 25.0% | 18.8% | 16.1% | 9.6% | 22.6% | 23.6% | 23.0% | 8.6% | 35.7% | 35.7% | 19.4% | 18.8% | 16.0% | 18.3% | 30.0% | 20.4% |
| 12/11 | 17.3% | 11.3% | 10.6% | 3.9% | 1.0% | -1.7% | -2.0% | -6.7% | -1.9% | -10.8% | -3.1% | -1.7% | 12.9% | 1.0% | -3.6% | -5.4% | 0.9% |
| **CME Lean Hogs [1]** | | | | | | | | | | | | | | | | | |
| 2003 | 46.41 | 49.37 | 50.04 | 50.53 | 60.05 | 65.62 | 61.60 | 57.69 | 57.65 | 53.13 | 49.51 | 49.69 | 48.61 | 58.73 | 58.98 | 50.78 | 54.27 |
| 2004 | 53.75 | 62.20 | 66.25 | 66.28 | 79.81 | 79.04 | 79.22 | 76.72 | 75.57 | 73.06 | 76.18 | 72.80 | 60.73 | 75.05 | 77.17 | 74.01 | 71.74 |
| 2005 | 72.64 | 69.93 | 70.05 | 69.58 | 75.50 | 67.90 | 68.13 | 70.38 | 68.20 | 65.42 | 60.42 | 61.16 | 70.87 | 71.00 | 68.91 | 62.33 | 68.28 |
| 2006 | 56.23 | 58.77 | 59.10 | 56.76 | 66.94 | 75.08 | 70.68 | 72.63 | 68.52 | 64.73 | 62.45 | 61.03 | 58.03 | 66.26 | 70.61 | 62.74 | 64.41 |
| 2007 | 60.09 | 66.37 | 62.28 | 66.33 | 74.30 | 75.00 | 71.58 | 71.17 | 63.66 | 57.28 | 50.38 | 53.72 | 62.91 | 71.88 | 68.80 | 53.79 | 64.35 |
| 2008 | 50.32 | 58.63 | 53.95 | 62.18 | 79.28 | 74.89 | 77.24 | 85.49 | 72.25 | 64.65 | 53.51 | 54.54 | 54.30 | 72.11 | 78.33 | 57.57 | 65.58 |
| 2009 | 56.97 | 58.48 | 58.52 | 59.12 | 59.62 | 58.42 | 59.12 | 50.59 | 51.65 | 52.09 | 55.25 | 62.95 | 57.99 | 59.05 | 53.79 | 56.76 | 56.90 |
| 1905 | 68.39 | 67.38 | 71.95 | 78.95 | 86.30 | 79.66 | 79.90 | 83.85 | 82.78 | 71.46 | 63.76 | 69.31 | 69.24 | 81.64 | 82.18 | 68.18 | 75.31 |
| 2011 | 75.40 | 83.70 | 85.24 | 93.19 | 93.29 | 95.59 | 97.90 | 103.77 | 89.32 | 93.07 | 86.12 | 84 | 81.45 | 94.02 | 96.99 | 88 | 90 |
| 2012 | 89 | 92 | 93 | 95 | 93 | 94 | 95 | 95 | 87 | 83 | 82 | 81 | 91 | 94 | 92 | 82 | 90 |
| 11/10 | 10.3% | 24.2% | 18.5% | 18.0% | 8.1% | 20.0% | 22.5% | 23.8% | 7.9% | 30.2% | 35.1% | 21.4% | 17.6% | 15.2% | 18.0% | 28.8% | 19.6% |
| 12/11 | 17.5% | 9.9% | 9.1% | 1.9% | -0.3% | -1.7% | -3.0% | -8.5% | -2.6% | -10.8% | -4.8% | -3.8% | 12.0% | 0.0% | -4.8% | -6.6% | -0.2% |
| **USDA Composite Pork Cutout [2]** | | | | | | | | | | | | | | | | | |
| 2003 | 53.04 | 53.50 | 54.99 | 54.39 | 61.39 | 67.88 | 63.68 | 61.11 | 64.59 | 59.37 | 56.05 | 55.64 | 53.84 | 61.22 | 63.13 | 57.02 | 58.80 |
| 2004 | 58.52 | 66.01 | 69.48 | 70.77 | 81.89 | 80.58 | 80.77 | 76.83 | 73.97 | 73.58 | 75.89 | 74.16 | 64.67 | 77.75 | 77.19 | 74.54 | 73.54 |
| 2005 | 73.95 | 69.66 | 70.33 | 68.90 | 75.28 | 66.50 | 69.09 | 73.73 | 71.36 | 67.41 | 65.53 | 65.93 | 71.31 | 70.23 | 71.39 | 66.29 | 69.81 |
| 2006 | 61.10 | 61.06 | 62.85 | 60.65 | 69.11 | 76.94 | 74.09 | 74.76 | 71.47 | 67.50 | 66.08 | 64.63 | 61.67 | 68.90 | 73.44 | 66.07 | 67.52 |
| 2007 | 63.67 | 69.53 | 66.45 | 69.24 | 76.66 | 75.71 | 73.81 | 71.31 | 66.03 | 60.70 | 58.78 | 58.66 | 66.55 | 73.87 | 70.38 | 59.38 | 67.55 |
| 2008 | 56.50 | 61.39 | 57.45 | 65.55 | 79.50 | 77.78 | 82.77 | 89.53 | 75.92 | 67.26 | 57.26 | 58.45 | 58.45 | 74.28 | 82.74 | 60.99 | 69.11 |
| 2009 | 57.41 | 57.25 | 57.80 | 58.73 | 59.07 | 55.85 | 60.65 | 55.07 | 55.09 | 55.14 | 58.74 | 67.52 | 57.49 | 57.88 | 56.94 | 60.47 | 58.19 |
| 2010 | 72.58 | 69.62 | 73.64 | 83.76 | 89.20 | 83.80 | 84.02 | 92.26 | 90.56 | 79.72 | 77.39 | 77.83 | 71.95 | 85.59 | 88.95 | 78.31 | 81.20 |
| 2011 | 83.56 | 89.92 | 92.29 | 94.91 | 93.08 | 93.51 | 99.27 | 106.10 | 95.98 | 97.97 | 90.72 | 88 | 88.59 | 93.83 | 100.45 | 92 | 94 |
| 2012 | 94 | 97 | 97 | 99 | 98 | 97 | 100 | 102 | 93 | 88 | 87 | 87 | 96 | 98 | 98 | 87 | 95 |
| 11/10 | 15.1% | 29.2% | 25.3% | 13.3% | 4.3% | 11.6% | 18.2% | 15.0% | 6.0% | 22.9% | 17.2% | 13.2% | 23.1% | 9.6% | 12.9% | 17.8% | 15.5% |
| 12/11 | 12.4% | 8.4% | 5.6% | 4.5% | 4.9% | 4.2% | 0.8% | -3.9% | -3.2% | -10.0% | -4.4% | -1.4% | 8.7% | 4.5% | -2.1% | -5.4% | 1.3% |

Source: USDA, Shaded Areas - Informa Economics Projections

1 Price reflects packer purchase costs net all premiums. Mandatory Price Reporting May 2002 forward.

2 New Cutout Calculation as of Jan 1, 2006 (new cutout about $2 higher for same carcass)

Copyright by Informa Economics, Inc.

## US PORK EXPORTS, CARCASS WT BASIS (Million Pounds)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 1st | 2nd | 3rd | 4th | Annual | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | | | | | | | | | | | | | | | | | | |
| 2005 | 192.7 | 205.3 | 232.4 | 252.9 | 242.7 | 204.9 | 225.6 | 199.9 | 204.4 | 222.6 | 240.7 | 242.1 | 630.4 | 700.5 | 629.9 | 705.4 | 2666.1 | 2183.3 |
| 2006 | 230.1 | 251.5 | 285.5 | 256.3 | 269.6 | 237.5 | 216.1 | 217.5 | 220.1 | 237.7 | 294.5 | 278.8 | 767.1 | 763.4 | 653.7 | 810.9 | 2995.1 | 2421.9 |
| 2007 | 278.8 | 250.4 | 263.6 | 224.8 | 242.8 | 218.8 | 220.1 | 242.4 | 240.8 | 312.9 | 343.1 | 302.6 | 792.8 | 686.5 | 703.3 | 958.6 | 3141.2 | 2495.5 |
| 2008 | 357.1 | 392.9 | 361.2 | 440.2 | 480.8 | 461.3 | 406.0 | 372.4 | 333.6 | 391.0 | 343.5 | 311.5 | 1111.3 | 1382.3 | 1111.9 | 1046.0 | 4651.5 | 3996.5 |
| 2009 | 321.1 | 338.6 | 365.4 | 344.4 | 304.5 | 297.1 | 352.8 | 304.5 | 349.4 | 374.7 | 380.6 | 361.1 | 1025.1 | 945.9 | 1006.7 | 1116.4 | 4094.1 | 3352.4 |
| 2010 | 314.7 | 361.6 | 370.4 | 352.7 | 362.8 | 365.2 | 327.7 | 302.2 | 322.2 | 339.2 | 406.2 | 402.1 | 1046.6 | 1080.7 | 952.1 | 1147.4 | 4226.8 | 3418.6 |
| 2011 | 368.9 | 387.6 | 490.7 | 421.5 | 408.8 | 373.6 | 386.2 | 433.4 | 441.8 | 482.4 | 476 | 468 | 1247.1 | 1203.8 | 1261.3 | 1426 | 5139 | 4194.8 |
| 2012 | 424 | 431 | 456 | 438 | 407 | 390 | 383 | 358 | 372 | 412 | 438 | 426 | 1311 | 1235 | 1113 | 1276 | 4935 | 4071.0 |
| 5-Year Avg | 300.4 | 319.0 | 329.2 | 323.7 | 332.1 | 316.0 | 304.5 | 287.8 | 293.2 | 331.1 | 353.6 | 331.2 | 948.6 | 971.7 | 885.5 | 1015.9 | 3821.7 | 3137.0 |
| 11/10 | 17% | 7% | 32% | 19% | 13% | 2% | 18% | 43% | 37% | 42% | 17% | 16% | 19% | 11% | 32% | 24% | 22% | 23% |
| 12/11 | 15% | 11% | -7% | 4% | 0% | 4% | -1% | -17% | -16% | -15% | -8% | -9% | 5% | 3% | -12% | -11% | -4% | -3% |
| **Japan** | | | | | | | | | | | | | | | | | | |
| 2005 | 76.1 | 86.4 | 102.7 | 103.5 | 99.3 | 83.8 | 100.9 | 73.1 | 77.6 | 82.2 | 79.3 | 80.8 | 265.3 | 286.7 | 251.6 | 242.3 | 1046.0 | 885.8 |
| 2006 | 73.6 | 77.0 | 93.4 | 88.4 | 89.9 | 84.2 | 81.5 | 77.3 | 74.7 | 79.8 | 96.3 | 99.2 | 244.1 | 262.4 | 233.5 | 275.3 | 1015.4 | 819.9 |
| 2007 | 105.1 | 86.7 | 97.4 | 83.9 | 97.0 | 83.9 | 79.0 | 88.4 | 79.2 | 91.6 | 98.4 | 82.3 | 289.2 | 264.7 | 246.5 | 272.3 | 1072.8 | 892.1 |
| 2008 | 94.4 | 96.0 | 122.2 | 114.1 | 120.5 | 108.7 | 114.7 | 118.1 | 108.5 | 119.7 | 111.1 | 95.8 | 312.5 | 343.3 | 341.4 | 326.5 | 1323.7 | 1116.9 |
| 2009 | 113.9 | 114.6 | 114.4 | 119.8 | 103.0 | 92.1 | 113.0 | 93.3 | 93.9 | 112.4 | 102.8 | 100.5 | 342.9 | 314.9 | 300.2 | 315.7 | 1273.6 | 1070.3 |
| 2010 | 87.2 | 106.0 | 109.1 | 127.3 | 116.4 | 131.8 | 102.3 | 92.6 | 91.2 | 95.5 | 113.3 | 112.3 | 302.3 | 375.6 | 286.1 | 321.0 | 1285.0 | 1059.4 |
| 2011 | 107.2 | 117.6 | 138.9 | 127.5 | 135.5 | 111.0 | 118.4 | 125.2 | 120.9 | 131.6 | 130 | 125 | 363.7 | 374.0 | 364.5 | 387 | 1489 | 1233.8 |
| 2012 | 110 | 116 | 130 | 126 | 124 | 119 | 118 | 105 | 108 | 120 | 126 | 118 | 356 | 369 | 331 | 364 | 1420 | 1176.0 |
| 5-Year Avg | 94.8 | 96.1 | 107.3 | 106.7 | 105.3 | 100.2 | 98.1 | 93.9 | 89.5 | 99.8 | 104.4 | 98.0 | 298.2 | 312.2 | 281.5 | 302.2 | 1194.1 | 991.7 |
| 11/10 | 23% | 11% | 27% | 0% | 16% | -16% | 16% | 35% | 33% | 38% | 15% | 11% | 20% | 0% | 27% | 20% | 16% | 16% |
| 12/11 | 3% | -1% | -6% | -1% | -8% | 7% | 0% | -16% | -11% | -9% | -3% | -6% | -2% | -1% | -9% | -6% | -5% | -5% |
| **China & HK** | | | | | | | | | | | | | | | | | | |
| 2005 | 8.5 | 10.2 | 9.6 | 11.0 | 12.9 | 13.1 | 9.6 | 14.1 | 11.9 | 15.4 | 13.3 | 17.1 | 28.3 | 37.0 | 35.6 | 45.8 | 146.7 | 116.3 |
| 2006 | 12.4 | 14.9 | 14.4 | 13.5 | 9.3 | 9.0 | 8.3 | 12.5 | 15.7 | 14.5 | 16.1 | 21.2 | 41.7 | 31.8 | 36.5 | 51.9 | 161.9 | 124.5 |
| 2007 | 23.2 | 16.5 | 18.5 | 16.9 | 21.3 | 22.8 | 27.1 | 27.5 | 36.9 | 52.3 | 60.0 | 32.2 | 58.1 | 61.0 | 91.4 | 144.5 | 355.0 | 262.9 |
| 2008 | 81.1 | 102.3 | 54.8 | 107.6 | 137.4 | 140.0 | 72.9 | 36.2 | 30.7 | 37.1 | 25.9 | 25.6 | 238.1 | 384.9 | 139.7 | 88.6 | 851.4 | 799.9 |
| 2009 | 24.3 | 27.9 | 36.2 | 35.0 | 22.1 | 21.5 | 24.6 | 24.2 | 31.6 | 36.5 | 35.0 | 36.1 | 88.4 | 78.6 | 80.4 | 107.6 | 354.9 | 283.8 |
| 2010 | 20.5 | 44.9 | 27.1 | 18.2 | 22.0 | 18.1 | 28.5 | 21.1 | 36.5 | 34.5 | 43.0 | 46.1 | 92.4 | 58.3 | 86.0 | 123.6 | 360.4 | 271.3 |
| 2011 | 37.5 | 31.1 | 44.8 | 34.6 | 34.2 | 35.5 | 51.9 | 78.8 | 95.7 | 129.3 | 75 | 70 | 113.5 | 104.3 | 226.4 | 274 | 718 | 573.4 |
| 2012 | 65 | 60 | 58 | 51 | 44 | 43 | 42 | 36 | 42 | 42 | 44 | 39 | 183 | 138 | 120 | 125 | 566 | 483.0 |
| 5-Year Avg | 32.3 | 41.3 | 30.2 | 38.2 | 42.4 | 42.3 | 32.3 | 24.3 | 30.3 | 35.0 | 36.0 | 32.2 | 103.8 | 122.9 | 86.8 | 103.2 | 416.7 | 348.5 |
| 11/10 | 83% | -31% | 66% | 89% | 56% | 96% | 82% | 274% | 163% | 274% | 74% | 52% | 23% | 79% | 163% | 122% | 99% | 111% |
| 12/11 | 73% | 93% | 29% | 48% | 29% | 21% | -19% | -54% | -56% | -68% | -41% | -44% | 61% | 32% | -47% | -54% | -21% | -16% |
| **Mexico** | | | | | | | | | | | | | | | | | | |
| 2005 | 46.6 | 39.8 | 36.2 | 45.9 | 40.8 | 39.0 | 42.5 | 46.8 | 43.9 | 47.0 | 49.7 | 60.0 | 122.6 | 125.6 | 133.2 | 156.8 | 538.2 | 428.5 |
| 2006 | 60.4 | 57.0 | 51.8 | 45.4 | 56.9 | 48.5 | 44.9 | 43.6 | 44.2 | 46.5 | 50.2 | 59.6 | 169.2 | 150.9 | 132.6 | 156.3 | 608.9 | 499.2 |
| 2007 | 52.9 | 45.1 | 37.1 | 27.7 | 30.5 | 27.7 | 33.8 | 35.1 | 29.7 | 40.3 | 41.9 | 49.8 | 135.0 | 85.9 | 98.5 | 132.0 | 451.4 | 359.7 |
| 2008 | 53.3 | 47.1 | 40.7 | 43.4 | 50.8 | 48.2 | 63.5 | 55.0 | 44.7 | 69.0 | 65.0 | 77.6 | 141.0 | 142.4 | 163.2 | 211.6 | 658.1 | 515.6 |
| 2009 | 78.0 | 66.3 | 67.7 | 57.5 | 48.6 | 66.4 | 79.2 | 81.4 | 81.2 | 79.9 | 81.2 | 102.7 | 212.0 | 172.5 | 241.8 | 263.8 | 890.2 | 706.3 |
| 2010 | 100.2 | 81.5 | 86.6 | 75.9 | 72.1 | 86.4 | 79.2 | 86.1 | 71.8 | 80.6 | 105.9 | 110.6 | 268.3 | 234.4 | 237.1 | 297.2 | 1037.1 | 820.5 |
| 2011 | 99.9 | 80.6 | 88.7 | 66.4 | 91.5 | 80.7 | 75.5 | 84.7 | 80.6 | 80.8 | 104 | 109 | 269.2 | 238.6 | 240.8 | 294 | 1042 | 829.4 |
| 2012 | 102 | 86 | 85 | 82 | 83 | 87 | 86 | 89 | 81 | 92 | 100 | 115 | 273 | 252 | 256 | 307 | 1088 | 873.0 |
| 5-Year Avg | 68.9 | 59.4 | 56.8 | 50.0 | 51.8 | 55.4 | 60.1 | 60.2 | 54.3 | 63.2 | 68.9 | 80.1 | 185.1 | 157.2 | 174.7 | 212.2 | 729.1 | 580.2 |
| 11/10 | 0% | -1% | 2% | -12% | 27% | -7% | -5% | -2% | 12% | 0% | -2% | -1% | 0% | 2% | 2% | -1% | 1% | 1% |
| 12/11 | 2% | 7% | -4% | 23% | -9% | 8% | 14% | 5% | 0% | 14% | -4% | 6% | 1% | 6% | 6% | 4% | 4% | 5% |

Copyright by Informa Economics, Inc.

## US PORK EXPORTS, CARCASS WT BASIS (Million Pounds)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 1st | 2nd | 3rd | 4th | Annual | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | | | | | | | | | | | | | | | | | | |
| **Canada** | | | | | | | | | | | | | | | | | | |
| 2005 | 20.2 | 24.4 | 25.5 | 21.8 | 29.9 | 24.6 | 25.4 | 24.9 | 25.8 | 25.5 | 27.8 | 26.5 | 70.1 | 76.3 | 76.1 | 79.7 | 302.2 | 275.7 |
| 2006 | 23.9 | 23.6 | 28.9 | 26.5 | 26.1 | 27.2 | 26.0 | 25.6 | 31.7 | 24.8 | 33.2 | 27.4 | 76.4 | 79.8 | 83.2 | 85.4 | 324.9 | 297.5 |
| 2007 | 24.9 | 23.8 | 30.4 | 25.9 | 28.4 | 27.1 | 28.3 | 31.9 | 36.1 | 35.0 | 40.2 | 35.5 | 79.1 | 81.4 | 96.3 | 110.7 | 367.6 | 332.1 |
| 2008 | 34.2 | 32.9 | 32.0 | 32.9 | 33.5 | 32.8 | 38.9 | 34.0 | 39.7 | 33.5 | 43.6 | 34.2 | 99.1 | 99.3 | 112.6 | 111.2 | 422.3 | 388.1 |
| 2009 | 31.1 | 29.3 | 36.0 | 26.5 | 30.7 | 33.9 | 32.4 | 30.9 | 43.1 | 35.1 | 41.8 | 36.1 | 96.4 | 91.0 | 106.4 | 113.0 | 406.8 | 370.8 |
| 2010 | 31.8 | 33.1 | 40.1 | 31.2 | 37.6 | 34.1 | 36.7 | 35.7 | 37.1 | 34.1 | 38.2 | 43.8 | 104.9 | 102.9 | 109.5 | 116.0 | 433.3 | 389.5 |
| 2011 | 30.3 | 32.7 | 42.9 | 42.6 | 43.3 | 41.7 | 40.6 | 44.6 | 50.4 | 43.3 | 47 | 45 | 106.0 | 127.5 | 135.6 | 135 | 504 | 412.4 |
| 2012 | 42 | 44 | 43 | 41 | 42 | 40 | 42 | 41 | 45 | 42 | 46 | 45 | 129 | 123 | 128 | 133 | 513 | 422.0 |
| 5-Year Avg | 29.2 | 28.5 | 33.5 | 28.6 | 31.3 | 31.0 | 32.5 | 31.6 | 37.5 | 32.5 | 39.4 | 35.4 | 91.2 | 90.9 | 101.6 | 107.3 | 391.0 | 355.6 |
| 11/10 | -5% | -1% | 7% | 37% | 15% | 22% | 11% | 25% | 36% | 27% | 23% | 3% | 1% | 24% | 24% | 17% | 16% | 6% |
| 12/11 | 39% | 34% | 0% | -4% | -3% | -4% | 3% | -8% | -11% | -3% | -2% | 0% | 22% | -4% | -6% | -2% | 2% | 2% |
| **Russia** | | | | | | | | | | | | | | | | | | |
| 2005 | 3.8 | 4.4 | 9.8 | 11.3 | 10.9 | 6.9 | 6.4 | 8.3 | 5.7 | 10.1 | 11.5 | 5.1 | 17.9 | 29.1 | 20.4 | 26.7 | 94.1 | 77.5 |
| 2006 | 7.3 | 14.3 | 21.8 | 25.9 | 30.9 | 18.7 | 13.3 | 11.7 | 11.6 | 18.5 | 30.0 | 4.8 | 43.4 | 75.4 | 36.6 | 53.3 | 208.7 | 173.9 |
| 2007 | 11.4 | 14.4 | 16.1 | 16.4 | 19.6 | 17.0 | 14.2 | 17.7 | 20.0 | 35.4 | 38.8 | 23.2 | 42.0 | 53.0 | 51.9 | 97.4 | 244.3 | 182.3 |
| 2008 | 26.0 | 40.2 | 33.4 | 49.0 | 41.0 | 38.8 | 38.2 | 51.4 | 39.7 | 42.5 | 24.6 | 5.2 | 99.5 | 128.8 | 129.3 | 72.3 | 429.9 | 400.1 |
| 2009 | 6.5 | 23.0 | 21.3 | 23.9 | 39.1 | 23.3 | 42.8 | 14.4 | 35.2 | 24.2 | 20.2 | 10.2 | 50.9 | 86.3 | 92.3 | 54.6 | 284.1 | 253.7 |
| 2010 | 0.1 | 0.1 | 0.1 | 6.2 | 25.1 | 18.2 | 14.4 | 9.2 | 26.2 | 21.7 | 27.5 | 5.0 | 0.2 | 49.5 | 49.9 | 54.2 | 153.9 | 121.4 |
| 2011 | 6.1 | 11.7 | 12.1 | 22.4 | 18.7 | 15.6 | 14.4 | 22.3 | 28.4 | 18.9 | 30 | 25 | 30.0 | 56.6 | 65.1 | 74 | 226 | 170.6 |
| 2012 | 7 | 14 | 13 | 22 | 19 | 16 | 18 | 20 | 23 | 24 | 25 | 10 | 34 | 57 | 61 | 59 | 211 | 176.0 |
| 5-Year Avg | 10.3 | 18.4 | 18.5 | 24.3 | 31.2 | 23.2 | 24.6 | 20.9 | 26.5 | 28.5 | 28.2 | 9.7 | 47.2 | 78.6 | 72.0 | 66.4 | 264.2 | 226.3 |
| 11/10 | 7415% | 13557% | 16971% | 264% | -26% | -15% | 0% | 142% | 8% | -13% | 9% | 399% | 12486% | 14% | 30% | 36% | 47% | 41% |
| 12/11 | 15% | 19% | 7% | -2% | 2% | 3% | 25% | -10% | -19% | 27% | -17% | -60% | 13% | 1% | -6% | -20% | -6% | 3% |
| **South Korea** | | | | | | | | | | | | | | | | | | |
| 2005 | 16.1 | 18.3 | 18.2 | 15.2 | 14.1 | 10.7 | 12.6 | 11.9 | 15.8 | 16.6 | 20.5 | 20.0 | 52.5 | 40.0 | 40.4 | 57.2 | 190.1 | 149.5 |
| 2006 | 25.4 | 30.6 | 32.5 | 22.1 | 19.5 | 15.9 | 14.6 | 20.1 | 15.6 | 23.2 | 34.7 | 39.1 | 88.6 | 57.5 | 50.3 | 97.0 | 293.4 | 219.6 |
| 2007 | 34.5 | 33.5 | 28.9 | 22.6 | 14.7 | 11.3 | 11.9 | 13.0 | 11.3 | 20.6 | 27.0 | 35.4 | 96.9 | 48.6 | 36.2 | 83.1 | 264.9 | 202.4 |
| 2008 | 29.1 | 32.8 | 26.3 | 32.3 | 31.8 | 20.2 | 21.3 | 21.9 | 18.7 | 22.6 | 18.0 | 21.7 | 88.3 | 84.4 | 62.0 | 62.4 | 297.0 | 257.2 |
| 2009 | 23.3 | 24.8 | 32.0 | 35.7 | 20.7 | 14.4 | 14.2 | 12.7 | 13.2 | 22.0 | 27.1 | 18.3 | 80.0 | 70.7 | 40.1 | 67.4 | 258.3 | 212.9 |
| 2010 | 14.4 | 18.6 | 25.5 | 25.6 | 22.7 | 19.7 | 13.8 | 10.9 | 9.1 | 12.6 | 19.4 | 28.1 | 58.5 | 68.0 | 33.7 | 60.1 | 220.2 | 172.7 |
| 2011 | 35.0 | 50.3 | 87.1 | 61.5 | 30.2 | 24.1 | 33.6 | 26.7 | 18.1 | 20.7 | 30 | 35 | 172.4 | 115.7 | 78.4 | 86 | 452 | 387.3 |
| 2012 | 38 | 39 | 41 | 40 | 32 | 26 | 23 | 20 | 18 | 23 | 29 | 32 | 118 | 98 | 61 | 84 | 361 | 300.0 |
| 5-Year Avg | 25.3 | 28.1 | 29.0 | 27.7 | 21.9 | 16.3 | 15.2 | 15.7 | 13.6 | 20.2 | 25.2 | 28.5 | 82.5 | 65.8 | 44.5 | 74.0 | 266.8 | 213.0 |
| 11/10 | 144% | 170% | 242% | 140% | 33% | 23% | 143% | 146% | 99% | 64% | 54% | 25% | 195% | 70% | 132% | 43% | 105% | 124% |
| 12/11 | 8% | -22% | -53% | -35% | 6% | 8% | -32% | -25% | 0% | 11% | -3% | -9% | -32% | -15% | -22% | -2% | -20% | -23% |
| **Others** | | | | | | | | | | | | | | | | | | |
| 2005 | 21.5 | 21.7 | 30.3 | 44.2 | 34.7 | 26.8 | 28.1 | 20.8 | 23.8 | 25.8 | 38.5 | 32.6 | 73.5 | 105.7 | 72.6 | 97.0 | 348.9 | 277.7 |
| 2006 | 26.9 | 34.1 | 42.6 | 34.4 | 37.0 | 34.1 | 27.6 | 26.7 | 26.6 | 30.5 | 33.9 | 27.4 | 103.6 | 105.5 | 80.9 | 91.7 | 381.8 | 320.5 |
| 2007 | 26.9 | 30.3 | 35.2 | 31.6 | 31.2 | 29.1 | 25.8 | 28.9 | 27.6 | 37.7 | 36.8 | 44.1 | 92.4 | 91.9 | 82.3 | 118.6 | 385.2 | 304.3 |
| 2008 | 39.1 | 41.7 | 51.9 | 60.9 | 65.8 | 72.4 | 56.4 | 55.8 | 51.6 | 66.5 | 55.4 | 51.6 | 132.7 | 199.1 | 163.8 | 173.5 | 669.1 | 562.2 |
| 2009 | 44.0 | 52.7 | 57.9 | 46.1 | 40.4 | 45.5 | 46.6 | 47.6 | 51.3 | 64.5 | 72.5 | 57.2 | 154.6 | 132.0 | 145.4 | 194.2 | 626.2 | 496.4 |
| 2010 | 60.5 | 77.5 | 82.0 | 68.3 | 66.9 | 56.8 | 52.8 | 46.6 | 50.4 | 60.2 | 58.9 | 56.3 | 220.0 | 191.9 | 149.8 | 175.4 | 737.1 | 621.9 |
| 2011 | 52.8 | 63.5 | 76.1 | 66.5 | 55.5 | 65.1 | 51.8 | 51.1 | 47.8 | 57.8 | 60 | 59 | 192.4 | 187.1 | 150.6 | 177 | 707 | 587.9 |
| 2012 | 60 | 72 | 86 | 76 | 63 | 59 | 54 | 47 | 55 | 69 | 68 | 67 | 218 | 198 | 156 | 204 | 776 | 641.0 |
| 5-Year Avg | 39.5 | 47.3 | 53.9 | 48.3 | 48.3 | 47.6 | 41.8 | 41.1 | 41.5 | 51.9 | 51.5 | 47.3 | 140.7 | 144.1 | 124.4 | 150.7 | 559.9 | 461.1 |
| 11/10 | -13% | -18% | -7% | -3% | -17% | 15% | -2% | 9% | -5% | -4% | 2% | 5% | -13% | -3% | 1% | 1% | -4% | -5% |
| 12/11 | 14% | 13% | 13% | 14% | 14% | -9% | 4% | -8% | 15% | 19% | 13% | 14% | 13% | 6% | 4% | 15% | 10% | 9% |

Copyright by Informa Economics, Inc.

## US PORK IMPORTS, CARCASS WT BASIS (Million Pounds)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 1st | 2nd | 3rd | 4th | Annual | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | | | | | | | | | | | | | | | | | | |
| 2007 | 72.6 | 77.3 | 89.4 | 85.2 | 85.7 | 85.5 | 82.1 | 81.6 | 76.9 | 84.2 | 73.6 | 74.5 | 239.3 | 256.4 | 240.5 | 232.2 | 968.4 | 820.4 |
| 2008 | 73.1 | 71.8 | 72.5 | 69.9 | 67.0 | 68.5 | 68.0 | 62.9 | 60.5 | 70.7 | 69.2 | 77.8 | 217.4 | 205.5 | 191.3 | 217.7 | 831.9 | 684.9 |
| 2009 | 71.6 | 61.0 | 72.8 | 67.6 | 62.6 | 66.0 | 71.9 | 67.5 | 70.4 | 72.5 | 73.6 | 76.4 | 205.4 | 196.1 | 209.7 | 222.6 | 833.8 | 683.7 |
| 2010 | 63.7 | 65.1 | 70.3 | 64.5 | 65.3 | 74.6 | 74.7 | 83.2 | 79.1 | 77.5 | 73.9 | 67.8 | 199.0 | 204.4 | 237.0 | 219.1 | 859.6 | 717.9 |
| 2011 | 63.7 | 60.4 | 76.8 | 68.2 | 64.5 | 62.5 | 62.4 | 68.3 | 63.1 | 69.0 | 73 | 76 | 201.0 | 195.2 | 193.8 | 218 | 808 | 659.0 |
| 2012 | 65.2 | 64.0 | 73.8 | 68 | 66 | 68 | 71 | 74 | 71 | 75 | 72 | 71 | 203.0 | 203 | 216 | 218 | 840 | 697.3 |
| 5-Year Avg | 73.5 | 70.7 | 79.9 | 73.3 | 71.9 | 74.7 | 75.5 | 75.8 | 72.2 | 78.5 | 75.1 | 75.6 | 224.1 | 219.9 | 223.5 | 229.2 | 896.7 | 745.9 |
| 11/10 | 0% | -7% | 9% | 6% | -1% | -16% | -16% | -18% | -20% | -11% | -1% | 12% | 1% | -4% | -18% | 0% | -6% | -8% |
| 12/11 | 2% | 6% | -4% | 0% | 3% | 9% | 14% | 8% | 13% | 9% | -1% | -7% | 1% | 4% | 12% | 0% | 4% | 6% |
| **Canada** | | | | | | | | | | | | | | | | | | |
| 2007 | 60.2 | 61.6 | 71.4 | 65.5 | 68.1 | 69.0 | 66.6 | 64.4 | 62.3 | 64.0 | 55.5 | 56.0 | 193.2 | 202.6 | 193.3 | 175.6 | 764.8 | 653.2 |
| 2008 | 56.7 | 52.3 | 53.7 | 50.8 | 49.4 | 50.5 | 50.9 | 49.7 | 49.2 | 58.1 | 60.0 | 62.8 | 162.8 | 150.7 | 149.9 | 180.9 | 644.3 | 521.4 |
| 2009 | 56.8 | 48.9 | 59.0 | 54.2 | 52.0 | 51.7 | 57.4 | 56.4 | 56.6 | 59.1 | 62.5 | 63.5 | 164.7 | 157.9 | 170.4 | 185.1 | 678.0 | 552.0 |
| 2010 | 53.0 | 53.0 | 54.4 | 50.7 | 53.7 | 60.1 | 60.4 | 67.5 | 65.1 | 62.2 | 60.3 | 53.6 | 160.4 | 164.6 | 192.9 | 176.0 | 693.9 | 580.1 |
| 2011 | 50.5 | 47.3 | 58.5 | 52.1 | 51.6 | 49.3 | 49.1 | 56.8 | 51.2 | 53.3 | 61 | 61 | 156.3 | 153.0 | 157.1 | 175 | 642 | 519.8 |
| 2012 | 53.0 | 51.0 | 57.0 | 53 | 53 | 53 | 56 | 59 | 57 | 61 | 60 | 56 | 161.0 | 159 | 172 | 177 | 669 | 552.6 |
| 5-Year Avg | 59.2 | 55.5 | 62.4 | 56.5 | 56.9 | 58.8 | 60.2 | 61.3 | 58.7 | 62.9 | 61.8 | 60.6 | 177.1 | 172.2 | 180.2 | 185.3 | 714.8 | 592.4 |
| 11/10 | -5% | -11% | 8% | 3% | -4% | -18% | -19% | -16% | -21% | -14% | 1% | 14% | -3% | -7% | -19% | 0% | -8% | -10% |
| 12/11 | 5% | 8% | -3% | 1% | 3% | 8% | 14% | 4% | 11% | 14% | -2% | -8% | 3% | 4% | 9% | 1% | 4% | 6% |
| **Mexico** | | | | | | | | | | | | | | | | | | |
| 2007 | 2.9 | 2.7 | 3.6 | 3.4 | 3.6 | 3.6 | 4.0 | 3.9 | 3.7 | 4.4 | 3.5 | 3.5 | 9.2 | 10.6 | 11.6 | 11.4 | 42.8 | 35.8 |
| 2008 | 4.0 | 3.9 | 3.4 | 4.7 | 4.1 | 4.9 | 3.6 | 3.1 | 0.0 | 0.2 | 0.6 | 1.7 | 11.3 | 13.7 | 6.7 | 2.5 | 34.2 | 31.9 |
| 2009 | 1.6 | 0.8 | 1.0 | 1.1 | 1.5 | 2.0 | 1.7 | 1.1 | 1.6 | 1.5 | 1.2 | 1.3 | 3.5 | 4.5 | 4.4 | 3.9 | 16.2 | 13.8 |
| 2010 | 1.2 | 0.8 | 1.2 | 1.5 | 1.4 | 1.4 | 1.6 | 2.3 | 2.3 | 1.8 | 2.0 | 2.1 | 3.1 | 4.4 | 6.2 | 5.9 | 19.6 | 15.5 |
| 2011 | 2.3 | 1.6 | 1.4 | 1.2 | 1.2 | 1.3 | 1.1 | 1.1 | 1.3 | 1.4 | 1 | 2 | 5.3 | 3.6 | 3.5 | 4 | 16 | 13.7 |
| 2012 | 1.7 | 1.3 | 1.4 | 1 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 2 | 4.4 | 4 | 5 | 4 | 17 | 14.5 |
| 5-Year Avg | 2.5 | 2.0 | 2.3 | 2.6 | 2.7 | 2.9 | 2.8 | 2.8 | 2.1 | 2.2 | 2.1 | 2.4 | 6.8 | 8.1 | 7.7 | 6.6 | 29.2 | 24.8 |
| 11/10 | 94% | 103% | 18% | -24% | -18% | -8% | -31% | -49% | -45% | -26% | -49% | -20% | 67% | -17% | -43% | -32% | -16% | -11% |
| 12/11 | -25% | -17% | 0% | 0% | 14% | 35% | 20% | 74% | 6% | -12% | 0% | -6% | -16% | 17% | 33% | -6% | 4% | 6% |
| **Denmark** | | | | | | | | | | | | | | | | | | |
| 2007 | 6.3 | 8.2 | 9.6 | 11.5 | 9.4 | 7.6 | 7.4 | 7.8 | 6.4 | 7.9 | 7.7 | 8.8 | 24.2 | 28.6 | 21.7 | 24.5 | 98.9 | 82.3 |
| 2008 | 7.2 | 9.0 | 8.0 | 8.1 | 8.3 | 6.6 | 7.7 | 5.6 | 6.5 | 7.0 | 4.1 | 6.5 | 24.2 | 22.9 | 19.8 | 17.5 | 84.5 | 74.0 |
| 2009 | 9.9 | 6.8 | 5.1 | 7.7 | 5.9 | 6.8 | 8.4 | 5.4 | 7.1 | 7.0 | 5.0 | 6.3 | 21.8 | 20.5 | 20.9 | 18.3 | 81.5 | 70.2 |
| 2010 | 5.4 | 6.2 | 8.1 | 6.8 | 5.8 | 7.4 | 7.5 | 7.0 | 6.3 | 7.1 | 5.5 | 6.3 | 19.7 | 20.0 | 20.8 | 18.9 | 79.4 | 67.7 |
| 2011 | 5.4 | 5.9 | 9.6 | 8.7 | 6.6 | 6.7 | 6.9 | 6.1 | 5.5 | 8.2 | 6 | 7 | 20.9 | 22.1 | 18.5 | 21 | 82 | 69.7 |
| 2012 | 5.5 | 5.9 | 8.0 | 8 | 7 | 8 | 8 | 8 | 7 | 7 | 6 | 7 | 19.4 | 23 | 23 | 20 | 84 | 71.4 |
| 5-Year Avg | 7.6 | 8.0 | 8.8 | 9.0 | 7.6 | 7.4 | 7.7 | 6.6 | 6.5 | 7.4 | 5.8 | 7.0 | 24.4 | 24.0 | 20.8 | 20.1 | 89.4 | 76.7 |
| 11/10 | 1% | -6% | 18% | 28% | 14% | -9% | -8% | -14% | -12% | 15% | 1% | 12% | 6% | 10% | -11% | 10% | 3% | 3% |
| 12/11 | 1% | 1% | -16% | -8% | 5% | 11% | 16% | 24% | 27% | -14% | 9% | 1% | -7% | 2% | 22% | -3% | 3% | 3% |
| **"Others"** | | | | | | | | | | | | | | | | | | |
| 2007 | 3.2 | 4.7 | 4.8 | 4.7 | 4.6 | 5.3 | 4.0 | 5.5 | 4.5 | 7.8 | 6.8 | 6.1 | 12.8 | 14.6 | 13.9 | 20.7 | 62.0 | 49.1 |
| 2008 | 5.1 | 6.6 | 7.4 | 6.4 | 5.2 | 6.6 | 5.8 | 4.4 | 4.7 | 5.4 | 4.5 | 6.8 | 19.1 | 18.2 | 14.9 | 16.8 | 68.9 | 57.6 |
| 2009 | 3.3 | 4.5 | 7.7 | 4.6 | 3.1 | 5.5 | 4.3 | 4.7 | 5.0 | 5.0 | 5.0 | 5.3 | 15.5 | 13.2 | 14.1 | 15.3 | 58.0 | 47.7 |
| 2010 | 4.1 | 5.1 | 6.6 | 5.4 | 4.3 | 5.7 | 5.3 | 6.4 | 5.4 | 6.3 | 6.2 | 5.8 | 15.8 | 15.4 | 17.1 | 18.4 | 66.6 | 54.6 |
| 2011 | 5.5 | 5.7 | 7.3 | 6.2 | 5.1 | 5.3 | 5.4 | 4.3 | 5.2 | 6.2 | 6 | 7 | 18.5 | 16.5 | 14.8 | 18 | 68 | 56.0 |
| 2012 | 5.0 | 5.7 | 7.4 | 6 | 5 | 6 | 6 | 5 | 6 | 6 | 5 | 6 | 18.1 | 17 | 17 | 17 | 70 | 58.7 |
| 5-Year Avg | 4.2 | 5.0 | 6.5 | 5.3 | 4.6 | 5.6 | 4.8 | 5.1 | 4.8 | 6.0 | 5.4 | 5.7 | 15.8 | 15.6 | 14.7 | 17.2 | 63.2 | 52.1 |
| 11/10 | 34% | 11% | 11% | 16% | 19% | -8% | 2% | -34% | -5% | -3% | -12% | 12% | 17% | 8% | -14% | -1% | 2% | 2% |
| 12/11 | -9% | 1% | 1% | 1% | 1% | 14% | 13% | 18% | 18% | -2% | -9% | -8% | -2% | 5% | 16% | -6% | 3% | 5% |

Copyright by Informa Economics, Inc.

## Imports of Canadian Live Swine (Thousand Head)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 1st | 2nd | 3rd | 4th | Annual | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **> 50 kg (Slaughter)** | | | | | | | | | | | | | | | | | | |
| 2007 | 260.15 | 193.92 | 226.93 | 221.79 | 230.43 | 253.22 | 259.02 | 273.69 | 260.98 | 330.86 | 352.72 | 310.69 | 681 | 705 | 794 | 994 | 3174 | 2511 |
| 2008 | 382.26 | 256.78 | 237.06 | 189.43 | 152.37 | 159.51 | 161.81 | 143.83 | 175.80 | 124.57 | 123.09 | 127.75 | 876 | 501 | 481 | 375 | 2234 | 1983 |
| 2009 | 120.20 | 84.57 | 87.50 | 81.23 | 72.00 | 101.74 | 106.00 | 91.56 | 87.91 | 79.13 | 84.44 | 89.20 | 292 | 255 | 285 | 253 | 1085 | 912 |
| 2010 | 90.79 | 79.08 | 85.66 | 77.17 | 70.09 | 80.37 | 72.62 | 85.35 | 90.91 | 87.38 | 78.85 | 75.79 | 256 | 228 | 249 | 242 | 974 | 819 |
| 2011 | 87.47 | 69.11 | 82.54 | 64.84 | 76.60 | 79.00 | 70.15 | 76.59 | 75.47 | 79.59 | 96 | 88 | 239 | 220 | 222.2 | 264 | 945 | 761 |
| 2012 | 92 | 105 | 76 | 60 | 59 | 69 | 69 | 83 | 80 | 86 | 80 | 76 | 273 | 188 | 232 | 242 | 935 | 779 |
| 5-Year Avg | 217.4 | 157.2 | 170.2 | 150.8 | 142.3 | 158.0 | 158.7 | 162.8 | 169.7 | 183.3 | 179.7 | 170.3 | 544.8 | 451.1 | 491.3 | 533.2 | 2020.4 | 1670.5 |
| 11/10 | -4% | -13% | -4% | -16% | 9% | -2% | -3% | -10% | -17% | -9% | 22% | 16% | -6% | -3% | -11% | 9% | -3% | -7% |
| 12/11 | 5% | 51% | -8% | -7% | -23% | -13% | -2% | 8% | 6% | 8% | -17% | -14% | 14% | -15% | 4% | -8% | -1% | 2% |
| **< 50kg (Feeders)** | | | | | | | | | | | | | | | | | | |
| 2007 | 514.78 | 514.92 | 555.18 | 531.71 | 601.93 | 502.07 | 516.26 | 593.68 | 533.56 | 591.44 | 629.11 | 635.88 | 1585 | 1636 | 1643 | 1856 | 6721 | 5456 |
| 2008 | 718.81 | 666.28 | 632.39 | 557.82 | 619.90 | 455.45 | 578.52 | 559.84 | 558.22 | 571.71 | 555.30 | 562.27 | 2017 | 1633 | 1697 | 1689 | 7037 | 5919 |
| 2009 | 518.32 | 435.26 | 498.67 | 499.22 | 418.71 | 427.25 | 462.19 | 348.69 | 407.58 | 417.24 | 387.39 | 400.93 | 1452 | 1345 | 1218 | 1206 | 5221 | 4433 |
| 2010 | 405.01 | 384.04 | 385.50 | 414.61 | 366.22 | 381.63 | 408.40 | 382.11 | 421.45 | 363.00 | 375.46 | 412.51 | 1175 | 1162 | 1212 | 1151 | 4700 | 3912 |
| 2011 | 387.12 | 385.28 | 418.50 | 367.71 | 382.26 | 443.86 | 370.23 | 393.82 | 397.08 | 408.76 | 375 | 375 | 1191 | 1194 | 1161.1 | 1159 | 4705 | 3955 |
| 2012 | 375 | 380 | 389 | 374 | 365 | 400 | 380 | 355 | 375 | 360 | 356 | 390 | 1144 | 1139 | 1110 | 1106 | 4499 | 3753 |
| 5-Year Avg | 527.3 | 491.0 | 525.3 | 496.0 | 496.7 | 460.2 | 489.7 | 490.4 | 479.3 | 487.2 | 493.7 | 501.5 | 1543.7 | 1452.9 | 1459.4 | 1482.4 | 5938.4 | 4943.2 |
| 11/10 | -4% | 0% | 9% | -11% | 4% | 16% | -9% | 3% | -6% | 13% | 0% | -9% | 1% | 3% | -4% | 1% | 0% | 1% |
| 12/11 | -3% | -1% | -7% | 2% | -5% | -10% | 3% | -10% | -6% | -12% | -5% | 4% | -4% | -5% | -4% | -5% | -4% | -5% |
| **< 7kg (Isoweans)** | | | | | | | | | | | | | | | | | | |
| 2007 | 288.29 | 289.05 | 329.09 | 282.15 | 342.66 | 280.73 | 282.75 | 343.25 | 294.00 | 327.16 | 375.01 | 373.90 | 906 | 906 | 920 | 1076 | 3808 | 3059 |
| 2008 | 434.98 | 414.78 | 394.14 | 321.47 | 382.98 | 245.48 | 361.48 | 317.71 | 330.20 | 355.77 | 340.26 | 352.08 | 1244 | 950 | 1009 | 1048 | 4251 | 3559 |
| 2009 | 340.56 | 286.86 | 319.15 | 321.89 | 269.20 | 266.55 | 296.49 | 212.52 | 234.1 | 252.07 | 224.69 | 243.49 | 947 | 858 | 743 | 720 | 3268 | 2799 |
| 2010 | 234.22 | 223.40 | 217.60 | 237.19 | 207.01 | 213.86 | 247.69 | 229.70 | 260.24 | 229.19 | 232.08 | 280.81 | 675 | 658 | 738 | 742 | 2813 | 2300 |
| 2011 | 251.13 | 242.93 | 274.40 | 235.55 | 246.61 | 290.56 | 239.73 | 258.72 | 282.29 | 257.29 | 226 | 227 | 768 | 773 | 780.7 | 711 | 3033 | 2579 |
| 2012 | 235 | 242 | 245 | 228 | 229 | 232 | 240 | 207 | 219 | 221 | 214 | 241 | 722 | 689 | 667 | 676 | 2754 | 2299 |
| 5-Year Avg | 307.7 | 291.7 | 310.2 | 278.6 | 287.8 | 257.7 | 287.0 | 282.6 | 275.7 | 285.8 | 294.6 | 302.6 | 909.6 | 824.0 | 845.3 | 883.1 | 3462.0 | 2864.7 |
| 11/10 | 7% | 9% | 26% | -1% | 19% | 36% | -3% | 13% | 8% | 12% | -2% | -19% | 14% | 17% | 6% | -4% | 8% | 12% |
| 12/11 | -6% | 0% | -11% | -3% | -7% | -20% | 0% | -20% | -22% | -14% | -6% | 6% | -6% | -11% | -15% | -5% | -9% | -11% |
| **Total, Including Breeding** | | | | | | | | | | | | | | | | | | |
| 2007 | 787.25 | 719.72 | 794.93 | 760.41 | 844.88 | 764.21 | 784.84 | 878.08 | 801.02 | 928.28 | 986.67 | 954.03 | 2302 | 2370 | 2464 | 2869 | 10004.32 | 8064 |
| 2008 | 1104.54 | 933.00 | 877.00 | 747.54 | 780.70 | 621.15 | 743.97 | 713.54 | 743.74 | 704.32 | 682.93 | 695.50 | 2915 | 2149 | 2201 | 2083 | 9347.92 | 7969 |
| 2009 | 645.43 | 525.45 | 589.77 | 584.37 | 495.66 | 534.45 | 572.77 | 445.15 | 499.78 | 501.73 | 475.86 | 494.13 | 1761 | 1614 | 1518 | 1472 | 6364.55 | 5395 |
| 2010 | 500.13 | 468.73 | 477.37 | 499.78 | 440.64 | 467.50 | 488.43 | 472.10 | 518.94 | 457.21 | 464.71 | 493.58 | 1446 | 1408 | 1479 | 1416 | 5749 | 4791 |
| 2011 | 481.93 | 460.69 | 508.96 | 437.11 | 464.28 | 527.62 | 446.99 | 478.81 | 480.73 | 497.67 | 477 | 468 | 1452 | 1429 | 1406.5 | 1443 | 5730 | 4785 |
| 2012 | 473 | 490 | 471 | 439 | 429 | 474 | 455 | 444 | 461 | 453 | 443 | 471 | 1434 | 1342 | 1360 | 1367 | 5503 | 4590 |
| 5-Year Avg | 751.4 | 656.2 | 703.5 | 652.7 | 647.3 | 625.8 | 655.8 | 660.9 | 656.6 | 677.3 | 680.2 | 678.0 | 2111.2 | 1925.8 | 1973.3 | 2035.5 | 8045.9 | 6687.6 |
| 11/10 | -4% | -2% | 7% | -13% | 5% | 13% | -8% | 1% | -7% | 9% | 3% | -5% | 0% | 1% | -5% | 2% | 0% | 0% |
| 12/11 | -2% | 6% | -7% | 1% | -8% | -10% | 2% | -7% | -4% | -9% | -7% | 1% | -1% | -6% | -3% | -5% | -4% | -4% |
| **Slaughter Hogs as % of Total Imports** | | | | | | | | | | | | | | | | | | |
| 2007 | 33.0% | 26.9% | 28.5% | 29.2% | 27.3% | 33.1% | 33.0% | 31.2% | 32.6% | 35.6% | 35.7% | 32.6% | 29.5% | 29.9% | 32.3% | 34.7% | 31.6% | 31.1% |
| 2008 | 34.6% | 27.5% | 27.0% | 25.3% | 19.5% | 25.7% | 21.7% | 20.2% | 23.6% | 17.7% | 18.0% | 18.4% | 29.7% | 23.5% | 21.8% | 18.0% | 23.3% | 24.3% |
| 2009 | 18.6% | 16.1% | 14.8% | 13.9% | 14.5% | 19.0% | 18.5% | 20.6% | 17.6% | 15.8% | 17.7% | 18.1% | 16.5% | 15.8% | 18.9% | 17.2% | 17.1% | 16.9% |
| 2010 | 18.2% | 16.9% | 17.9% | 15.4% | 15.9% | 17.2% | 14.9% | 18.1% | 17.5% | 19.1% | 17.0% | 15.4% | 17.7% | 16.2% | 16.8% | 17.1% | 17.0% | 17.1% |
| 2011 | 18.2% | 15.0% | 16.2% | 14.8% | 16.5% | 15.0% | 15.7% | 16.0% | 15.7% | 16.0% | 20% | 19% | 16.5% | 15.4% | 15.8% | 18% | 16% | 15.9% |
| 2012 | 19.4% | 21.3% | 16.1% | 14% | 14% | 15% | 15% | 19% | 17% | 19% | 18% | 16% | 19.0% | 14% | 17% | 18% | 17% | 16.9% |
| 5-Year Avg | 27.4% | 22.9% | 23.2% | 22.3% | 21.0% | 24.3% | 23.3% | 23.5% | 24.7% | 25.1% | 24.3% | 23.5% | 24.5% | 22.5% | 23.8% | 24.3% | 23.8% | 23.8% |
| 11/10 | 0% | -11% | -10% | -4% | 4% | -13% | 6% | -12% | -10% | -16% | 19% | 22% | -7% | -5% | -6% | 7% | -3% | -7% |
| 12/11 | 7% | 42% | 0% | -8% | -17% | -3% | -3% | 17% | 10% | 19% | -10% | -14% | 15% | -9% | 8% | -3% | 3% | 6% |

Copyright by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**US Pork Supply/Demand Balance Table (Million Pounds)**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | JFM | AMJ | JAS | OND | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Commercial Pork Production** | | | | | | | | | | | | | | | | | |
| 2007 | 1899 | 1636 | 1861 | 1712 | 1763 | 1654 | 1660 | 1850 | 1746 | 2145 | 2045 | 1973 | 5396 | 5128 | 5256 | 6163 | 21943 |
| 2008 | 2159 | 1903 | 1962 | 2016 | 1816 | 1762 | 1853 | 1804 | 1976 | 2160 | 1886 | 2052 | 6024 | 5593 | 5632 | 6098 | 23347 |
| 2009 | 2026 | 1816 | 1969 | 1925 | 1717 | 1848 | 1829 | 1869 | 2002 | 2089 | 1922 | 1985 | 5811 | 5490 | 5700 | 5996 | 22996 |
| 2010 | 1810 | 1758 | 2040 | 1849 | 1621 | 1832 | 1702 | 1815 | 1884 | 2003 | 2068 | 2055 | 5607 | 5302 | 5401 | 6126 | 22437 |
| 2011 | 1896 | 1769 | 2055 | 1791 | 1760 | 1820 | 1637 | 1892 | 1954 | 2034 | 2087 | **2068** | 5720 | 5371 | 5483 | **6189** | **22761** |
| 2012 | **1981** | **1836** | **1990** | **1893** | **1780** | **1822** | **1773** | **1902** | **1916** | **2105** | **2019** | **2036** | **5807** | **5495** | **5592** | **6161** | **23054** |
| | | | | | | | | | | | **% Chg 11/10** | | 2.0% | 1.3% | 1.5% | 1.0% | 1.4% |
| **Pork Imports** | | | | | | | | | | | **% Chg 12/11** | | 1.5% | 2.3% | 2.0% | -0.5% | 1.3% |
| 2007 | 73 | 77 | 89 | 85 | 86 | 85 | 82 | 82 | 77 | 84 | 74 | 74 | 239 | 256 | 241 | 232 | 968 |
| 2008 | 73 | 72 | 73 | 70 | 67 | 69 | 68 | 63 | 60 | 71 | 69 | 78 | 217 | 205 | 191 | 218 | 832 |
| 2009 | 72 | 61 | 73 | 68 | 63 | 66 | 72 | 68 | 70 | 73 | 74 | 76 | 205 | 196 | 210 | 223 | 834 |
| 2010 | 64 | 65 | 70 | 64 | 65 | 75 | 75 | 83 | 79 | 77 | 74 | 68 | 199 | 204 | 237 | 219 | 860 |
| 2011 | 64 | 60 | 77 | 68 | 65 | 63 | 62 | 68 | 63 | 69 | **73** | **76** | 201 | 195 | 193.8 | **218** | **808** |
| 2012 | **65** | **64** | **74** | **68** | **66** | **68** | **71** | **74** | **71** | **75** | **72** | **71** | **203** | **203** | **216** | **218** | **840** |
| | | | | | | | | | | | **% Chg 11/10** | | 1.0% | -4.5% | -18.2% | -0.4% | -6.0% |
| **Pork Exports** | | | | | | | | | | | **% Chg 12/11** | | 1.0% | 3.9% | 11.6% | -0.1% | 3.9% |
| 2007 | 279 | 250 | 264 | 225 | 243 | 219 | 220 | 242 | 241 | 313 | 343 | 303 | 793 | 687 | 703 | 959 | 3141 |
| 2008 | 357 | 393 | 361 | 440 | 481 | 461 | 406 | 372 | 334 | 391 | 343 | 312 | 1111 | 1382 | 1112 | 1046 | 4651 |
| 2009 | 321 | 339 | 365 | 344 | 304 | 297 | 353 | 304 | 349 | 375 | 381 | 361 | 1025 | 946 | 1007 | 1116 | 4094 |
| 2010 | 315 | 362 | 370 | 353 | 363 | 365 | 328 | 302 | 322 | 339 | 406 | 402 | 1047 | 1081 | 952 | 1147 | 4227 |
| 2011 | 369 | 388 | 491 | 421 | 409 | 374 | 386 | 433 | 442 | 482 | **476** | **468** | 1247 | 1204 | 1261.3 | **1426** | **5139** |
| 2012 | **424** | **431** | **456** | **438** | **407** | **390** | **383** | **358** | **372** | **412** | **438** | **426** | **1311** | **1235** | **1113** | **1276** | **4935** |
| | | | | | | | | | | | **% Chg 11/10** | | 19.2% | 11.4% | 32.5% | 24.3% | 21.6% |
| **Domestic Pork Disappearance (Carcass Weight)** | | | | | | | | | | | **% Chg 12/11** | | 5.1% | 2.6% | -11.8% | -10.5% | -4.0% |
| 2007 | 1650 | 1464 | 1675 | 1538 | 1642 | 1545 | 1534 | 1687 | 1555 | 1907 | 1796 | 1761 | 4790 | 4725 | 4776 | 5463 | 19754 |
| 2008 | 1759 | 1545 | 1628 | 1639 | 1486 | 1418 | 1539 | 1497 | 1679 | 1838 | 1613 | 1789 | 4931 | 4543 | 4716 | 5240 | 19430 |
| 2009 | 1725 | 1521 | 1707 | 1630 | 1503 | 1623 | 1586 | 1641 | 1725 | 1799 | 1648 | 1712 | 4953 | 4756 | 4952 | 5160 | 19820 |
| 2010 | 1538 | 1437 | 1743 | 1590 | 1361 | 1574 | 1471 | 1599 | 1604 | 1684 | 1749 | 1713 | 4718 | 4526 | 4675 | 5146 | 19065 |
| 2011 | 1528 | 1406 | 1641 | 1463 | 1416 | 1562 | 1354 | 1538 | 1526 | 1623 | **1678** | **1678** | 4575 | 4441 | 4418.2 | **4979** | **18414** |
| 2012 | **1573** | **1449** | **1610** | **1508** | **1462** | **1542** | **1501** | **1636** | **1566** | **1760** | **1665** | **1679** | **4632** | **4513** | **4703** | **5104** | **18952** |
| | | | | | | | | | | | **% Chg 11/10** | | -3.0% | -1.9% | -5.5% | -3.2% | -3.4% |
| **Pork Cold Storage Stocks (End of Month & End of Quarter)** | | | | | | | | | | | **% Chg 12/11** | | 1.2% | 1.6% | 6.4% | 2.5% | 2.9% |
| 2007 | 484 | 483 | 495 | 529 | 492 | 468 | 456 | 458 | 485 | 495 | 475 | 459 | 495 | 468 | 485 | 459 | 459 |
| 2008 | 575 | 612 | 657 | 663 | 579 | 530 | 505 | 503 | 526 | 528 | 527 | 556 | 657 | 530 | 526 | 556 | 556 |
| 2009 | 607 | 624 | 594 | 612 | 585 | 578 | 540 | 530 | 529 | 516 | 483 | 471 | 594 | 578 | 529 | 471 | 471 |
| 2010 | 492 | 516 | 513 | 484 | 446 | 413 | 391 | 388 | 424 | 482 | 468 | 476 | 513 | 413 | 424 | 476 | 476 |
| 2011 | 539 | 574 | 574 | 549 | 548 | 495 | 454 | 443 | 492 | 489 | 495 | **493** | 574 | 495 | 492 | **493** | **493** |
| 2012 | **542** | **562** | **560** | **575** | **552** | **510** | **470** | **452** | **502** | **510** | **498** | **500** | **560** | **510** | **502** | **500** | **500** |
| | | | | | | | | | | | **% Chg 11/10** | | 12.0% | 19.9% | 15.9% | 3.6% | 3.6% |
| | | | | | | | | | | | **% Chg 12/11** | | -2.5% | 3.0% | 2.0% | 1.4% | 1.4% |

Copyright by Informa Economics, Inc.

## US Pork Belly Supply-Demand Balance Sheet (Million Pounds)

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | JFM | AMJ | JAS | OND | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Pork Belly Production** | | | | | | | | | | | | | | | | | |
| 2006 | 291 | 262 | 300 | 259 | 276 | 266 | 248 | 285 | 281 | 309 | 303 | 287 | 853 | 801 | 814 | 900 | 3368 |
| 2007 | 304 | 262 | 298 | 274 | 282 | 265 | 266 | 296 | 279 | 343 | 327 | 316 | 863 | 821 | 841 | 986 | 3511 |
| 2008 | 345 | 304 | 314 | 322 | 290 | 282 | 296 | 289 | 316 | 346 | 302 | 328 | 964 | 895 | 901 | 976 | 3736 |
| 2009 | 324 | 291 | 315 | 308 | 275 | 296 | 293 | 299 | 320 | 1473 | 307 | 318 | 930 | 878 | 912 | 2098 | 4818 |
| 2010 | 290 | 281 | 326 | 296 | 259 | 293 | 272 | 290 | 301 | 320 | 331 | 329 | 897 | 848 | 864 | 980 | 3590 |
| 2011 | 303 | 283 | 329 | 287 | 282 | 291 | 262 | 303 | 313 | 325 | 334 | **331** | 915 | 859 | 877 | **990** | **3642** |
| 2012 | **317** | **294** | **318** | **303** | **285** | **291** | **284** | **304** | **307** | **337** | **323** | **326** | **929** | **879** | **895** | **986** | **3689** |
| 11/10 | 4.8% | 0.6% | 0.7% | -3.1% | 8.5% | -0.6% | -3.8% | 4.2% | 3.7% | 1.5% | 0.9% | 0.6% | 2.0% | 1.3% | 1.5% | 1.0% | 1.4% |
| 12/11 | 4.5% | 3.8% | -3.2% | 5.7% | 1.2% | 0.1% | 8.3% | 0.6% | -1.9% | 3.5% | -3.2% | -1.5% | 1.5% | 2.3% | 2.0% | -0.5% | 1.3% |
| **Total Pork Belly Disappearance** | | | | | | | | | | | | | | | | | |
| 2006 | 284 | 258 | 298 | 258 | 280 | 279 | 264 | 303 | 282 | 304 | 288 | 276 | 839 | 817 | 850 | 868 | 3374 |
| 2007 | 299 | 261 | 289 | 267 | 287 | 275 | 281 | 306 | 284 | 340 | 313 | 295 | 850 | 828 | 871 | 948 | 3498 |
| 2008 | 330 | 296 | 294 | 321 | 303 | 295 | 313 | 315 | 327 | 345 | 290 | 310 | 920 | 919 | 954 | 945 | 3739 |
| 2009 | 307 | 284 | 318 | 301 | 275 | 298 | 309 | 310 | 331 | 1475 | 300 | 306 | 908 | 875 | 950 | 2080 | 4813 |
| 2010 | 293 | 279 | 323 | 305 | 265 | 302 | 286 | 305 | 304 | 302 | 316 | 316 | 895 | 872 | 895 | 934 | 3596 |
| 2011 | 303 | 283 | 327 | 286 | 278 | 300 | 281 | 317 | 318 | 326 | **316** | **307** | 913 | 863 | 917 | **948** | **3642** |
| 2012 | **312** | **289** | **317** | **302** | **290** | **297** | **298** | **319** | **311** | **334** | **309** | **310** | **918** | **889** | **928** | **953** | **3688** |
| 11/10 | 3.4% | 1.5% | 1.2% | -6.3% | 4.8% | -0.7% | -1.8% | 4.1% | 4.8% | 7.9% | -0.2% | -2.9% | 2.0% | -1.0% | 2.4% | 1.5% | 1.3% |
| 12/11 | 3.0% | 1.9% | -3.0% | 5.6% | 4.4% | -0.7% | 5.9% | 0.7% | -2.5% | 2.4% | -2.1% | 1.0% | 0.5% | 3.0% | 1.2% | 0.4% | 1.3% |
| 1905 | | | | | | | | | | | | | | | | | |
| **Pork Belly Cold Storage Stocks (End of Month & End of Quarter)** | | | | | | | | | | | | | | | | | |
| 2006 | 55 | 59 | 62 | 63 | 59 | 46 | 31 | 12 | 10 | 16 | 31 | 42 | 62 | 46 | 10 | 42 | 42 |
| 2007 | 46 | 47 | 55 | 62 | 57 | 47 | 32 | 21 | 17 | 20 | 34 | 55 | 55 | 47 | 17 | 55 | 55 |
| 2008 | 71 | 79 | 99 | 100 | 87 | 74 | 58 | 32 | 21 | 22 | 33 | 52 | 99 | 74 | 21 | 52 | 52 |
| 2009 | 69 | 76 | 73 | 80 | 79 | 76 | 60 | 49 | 38 | 37 | 45 | 57 | 73 | 76 | 38 | 57 | 57 |
| 2010 | 54 | 56 | 59 | 50 | 44 | 35 | 21 | 7 | 5 | 23 | 38 | 51 | 59 | 35 | 5 | 51 | 51 |
| 2011 | 51 | 51 | 52 | 53 | 57 | 49 | 30 | 15 | 9 | 9 | **27** | **51** | 52 | 49 | 9 | **51** | **51** |
| 2012 | **56** | **61** | **62** | **63** | **58** | **52** | **38** | **23** | **19** | **22** | **36** | **52** | **62** | **52** | **19** | **52** | **52** |
| 11/10 | -4.2% | -8.4% | -10.7% | 7.1% | 29.2% | 37.5% | 38.0% | 110.5% | 93.0% | -62.4% | -28.8% | 0.6% | -10.7% | 37.5% | 93.0% | 0.6% | 0.6% |
| 12/11 | 9.1% | 19.8% | 18.1% | 18.5% | 1.5% | 6.9% | 28.8% | 51.7% | 104.4% | 151.9% | 34.1% | 2.0% | 18.1% | 6.9% | 104.4% | 2.0% | 2.0% |
| **Average Price: 14-16# Fresh Bellies (USDA Weighted Avg)** | | | | | | | | | | | | | | | | | |
| 2006 | 77.62 | 74.80 | 80.77 | 77.75 | 88.73 | 99.09 | 99.10 | 94.35 | 89.45 | 77.66 | 79.79 | 81.80 | 77.73 | 88.52 | 94.30 | 79.75 | 85.08 |
| 2007 | 85.05 | 97.03 | 96.00 | 94.57 | 108.77 | 102.58 | 101.40 | 87.48 | 80.93 | 73.14 | 76.37 | 77.58 | 92.69 | 101.97 | 89.94 | 75.70 | 90.08 |
| 2008 | 74.41 | 80.24 | 67.28 | 70.50 | 91.67 | 78.85 | 86.47 | 91.12 | 80.22 | 76.34 | 70.22 | 73.57 | 73.98 | 80.34 | 85.94 | 73.38 | 78.41 |
| 2009 | 71.92 | 74.55 | 79.86 | 77.99 | 78.73 | 70.10 | 80.12 | 65.71 | 68.83 | 69.16 | 73.66 | 76.28 | 75.44 | 75.61 | 71.55 | 73.03 | 73.91 |
| 2010 | 89.60 | 90.10 | 90.89 | 105.45 | 120.00 | 110.6 | 118.5 | 147.18 | 152.47 | 96.48 | 90.14 | 94.55 | 90.20 | 112.03 | 139.38 | 93.72 | 108.83 |
| 2011 | 110.33 | 122.50 | 137.83 | 147.55 | 124.65 | 121.6 | 134.9 | 143.28 | 110.43 | 125.67 | 111.19 | **110** | 123.55 | 131.27 | 129.53 | **116** | **125** |
| 2012 | **118** | **129** | **135** | **151** | **127** | **131** | **144** | **150** | **113** | **108** | **112** | **114** | **127** | **136** | **135** | **112** | **128** |
| 11/10 | 23.1% | 36.0% | 51.6% | 39.9% | 3.9% | 9.9% | 13.8% | -2.6% | -27.6% | 30.3% | 23.4% | 16.3% | 37.0% | 17.2% | -7.1% | 23.4% | 14.9% |
| 12/11 | 7.2% | 5.1% | -1.8% | 2.1% | 2.0% | 8.1% | 6.5% | 4.4% | 2.2% | -13.7% | 1.0% | 3.8% | 3.2% | 3.9% | 4.5% | -3.4% | 2.2% |

Copyright by Informa Economics, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER