# Exhibit M

Message

| | |
|---|---|
| From: | Southwell, McClain [mcclain.southwell@seaboardtriumphfoods.com] |
| Sent: | 7/11/2016 2:07:21 PM |
| To: | R Serve [RServe@triumphfoods.com]; Dan Norman [DNorman@triumphfoods.com]; Dan Sponseller [DSponseller@triumphfoods.com]; Frank Papenberg [FPapenberg@triumphfoods.com]; Liz Condos [LCondos@triumphfoods.com]; Mark Bisenieks [MBisenieks@triumphfoods.com]; Mark Campbell [MCampbell@triumphfoods.com]; Matt England [MEngland@triumphfoods.com]; McClain Southwell [MSouthwell@triumphfoods.com]; Shane Brewer [SBrewer@triumphfoods.com]; Stephen Mcfarland [SMcfarland@triumphfoods.com]; Tom French [TFrench@triumphfoods.com]; Mermis, Taylor [Taylor_Mermis@seaboardfoods.com]; Ken Grannas [KGrannas@triumphfoods.com]; Willy Navarro [WNavarro@triumphfoods.com] |
| Subject: | RE: Export Loin Production Tracking - Triumph was executed at 7/9/2016 11:50:06 PM |

The frozen volume effort has been tremendous.

Having valves that enable us to take advantage of soft boneless markets and capitalize on frozen export production has a huge impact on sales.

When sales is looking for reduction in conversion, that is really based on domestic boneless sales. Having the ability to offset a reduction in conversion with increased output of frozen export has the same effect but with far better returns. Nice work.

Long term, questions relative to conversion reductions should always be matched with a question of whether or not we are maxed out on frozen (any and all codes) that could do the same thing for (choking off) domestic boneless volumes.

Thx
McClain


**From:** rserve@triumphfoods.com [mailto:rserve@triumphfoods.com]
**Sent:** Saturday, July 9, 2016 11:50 PM
**To:** Norman, Dan; Sponseller, Dan; Papenberg, Frank; Condos, Liz; Bisenieks, Mark; Campbell, Mark; England, Matt; Southwell - TRIUMPH, McClain; Southwell, McClain; Shane Brewer; McFarland, Steven; French, Tom; Mermis, Taylor; Grannas, Ken; Navarro, Willy
**Subject:** Export Loin Production Tracking - Triumph was executed at 7/9/2016 11:50:06 PM

Export Loin Production Tracking - Triumph Report including Ponytail Line Hour to Date Production for current week.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

TRI0000005773