# Exhibit N



# Pork Merchandiser's Profit Maximizer

## - Retail Edition -

© 2016 The National Pork Board, Des Moines, IA 515-223-2600;
Prepared by Steiner and Company, Manchester, NH  800-526-4612.

**February 22, 2016**

**Exports in the broader context of meat demand**

We expect meat supplies in the US to continue to expand in 2016, albeit at a slower pace than in 2015. **The latest production numbers from USDA showed combined beef, pork and poultry production in 2015 was 93.6 billion pounds, 2.7% higher than the previous year. Our working forecast is for red meat and poultry output to reach 95.8 billion pounds this year (+2.4%) and then continue to expand to 98.5 billion pounds in 2017 (+2.8%).** So by 2017, the forecast is for US beef, pork and poultry production to be up some 7.3 billion pounds (+8%) than what it was in 2014 (when meat prices hit all time record highs). All proteins are expected to increase, with chicken contributing about 45% to



Steiner and Company produces the National Pork Board Newsletter based on information we believe is accurate and reliable. However neither NPB nor Steiner and Company warrants or guarantees the accuracy of or accepts any liability for the data, opinions or recommendations expressed.

HIGHLY CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER  HFC-PORKAT0000115867

### USA Broiler Exports in 2010-2015 & Outlook for 2016
Carcass Weight Equivalent

| Main Pork Markets | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | Y/Y Ch. | % Ch. | 2016 | % Ch. |
|---|---|---|---|---|---|---|---|---|---|---|
| Angola | 325,855 | 359,498 | 400,965 | 455,851 | 509,587 | 307,372 | (202,215) | -39.7% | 435,000 | 41.5% |
| Canada | 278,497 | 312,285 | 380,726 | 371,568 | 358,449 | 399,842 | 41,393 | 11.5% | 400,000 | 0.0% |
| China (Mainland) | 122,985 | 149,560 | 209,435 | 288,020 | 260,163 | 15,070 | (245,093) | -94.2% | 245,000 | 1525.8% |
| Hong Kong | 429,802 | 516,384 | 226,004 | 157,990 | 231,275 | 293,655 | 62,380 | 27.0% | 240,000 | -18.3% |
| Iraq | 186,465 | 225,114 | 162,483 | 237,945 | 195,141 | 161,787 | (33,354) | -17.1% | 180,000 | 11.3% |
| Mexico | 965,099 | 1,006,848 | 1,236,575 | 1,407,876 | 1,535,828 | 1,469,102 | (66,726) | -4.3% | 1,525,000 | 3.8% |
| Russia | 711,898 | 469,417 | 588,360 | 608,635 | 304,644 | - | (304,644) | -100.0% | - | |
| South Korea | 155,374 | 238,198 | 131,238 | 116,923 | 141,863 | 11,195 | (130,668) | -92.1% | 135,000 | 1105.9% |
| Baltic countries | 205,435 | 146,465 | 192,969 | 151,701 | 65,039 | 48,048 | (16,990) | -26.1% | 55,000 | 14.5% |
| Caribbean | 477,090 | 425,487 | 521,203 | 492,518 | 492,630 | 435,672 | (56,958) | -11.6% | 475,000 | 9.0% |
| CIS (exc. Russia) | 519,983 | 354,977 | 581,977 | 469,345 | 399,771 | 333,158 | (66,613) | -16.7% | 375,000 | 12.6% |
| Other | 2,383,666 | 2,773,376 | 2,641,859 | 2,587,421 | 2,806,237 | 2,843,969 | 37,733 | 1.3% | 2,940,000 | 3.4% |
| Total | 6,762,148 | 6,977,612 | 7,273,793 | 7,345,793 | 7,300,625 | 6,318,872 | (952,873) | -13.4% | 7,005,000 | 10.9% |

the overall supply growth. Pork and beef are also expected to increase 2.6 billion pounds, and 1.2 billion pounds respectively.

Will this expected increase in meat production overwhelm the market and continue to drive deflation in the meat complex? At this point we expect meat prices to ease lower but export markets will determine the slope of the price decline. US meat protein production has expanded significantly in the last 20 years but robust global demand has allowed US producers to push more product into export channels. The per capita availability in the domestic market has increased only modestly, if at all, helping support overall prices. That could change quickly, however, if export demand collapses and suddenly US producers need to push more beef, pork and chicken through domestic channels. The US is a mature and well saturated market. This means that small increases in available supply tend to have a relatively large impact on prices. The most recent evidence of this was last year when a combination of higher imports and heavier carcass weights increased beef availability in the domestic market, driving fed cattle prices and the beef cutout down 15-20% in just a couple of months.

So what do we expect in terms of US meat exports and what risks do we see for our current forecast?

**Beef**: Last year beef imports hit 3.37 billion pounds on a carcass weight basis while exports were 2.266 billion pounds. This meant a negative 1.1 billion pound deficit in beef trade. We expect beef imports to decline by some 405 million pounds (-12%) while exports are forecast up 139 million pounds (+6.1%). The decline in imports will be largely driven by reduced shipments from Australia while export growth is expected due to the normal growth in beef supplies and notably lower prices for items such as briskets and short plates. This forecast could be dramatically impacted, however, by the possible entry of Brazil in the US market. No Brazilian plants have been approved to ship to the US but depending on timing and the number of plants approved the deficit in beef trade could once again shift. As for beef exports, we think we are quite aggressive and do not expect double digit

HIGHLY CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER

HFC-PORKAT0000115868

growth given weak global beef markets. At this point there is certainly more downside risk to our beef export forecast with Brazil a critical wild card.

**Pork**: The table above shows US annual pork exports in 2015 and our forecast for 2016. It is interesting to note that US pork exports peaked in 2012 and have been stuck at around 4.8-4.9 billion pounds for the last three years. We expect exports in 2016 to increase by 7.3% to 5.3 billion pounds. Higher exports to China and Japan are expected to drive much of that growth and there is certainly some downside risk to that forecast. World pork markets were thrown in disarray following the Russian decision to ban imports from a number of key markets. Russia was the largest pork buyer and their decision meant that EU, US and Brazil suddenly had to find alternatives. It appears we lost ground to the EU in the Chinese and Japanese market. We expect to gain back some of that lost business in 2016 but there are certainly risks to that forecast. The currency risk is part of that (the US dollar stays strong vs. the Euro for instance). Further expansion in EU pork production is bearish for US pork, limiting our ability to regain the markets we lost in the last two years. With robust exports (5.3 billion) we expect per capita pork disappearance in the US to actually decline 1.2% in 2016. The math on this is simple. Production is forecast to increase 1.5%, imports are forecast down 9.3% while exports are forecast up 7.3%. However, if pork exports stay at levels similar to a year ago, per capita disappearance would be up another 0.5% compared to 2015, implying weaker hog prices than the extremely weak 2015 market.

**Broilers**: Broiler exports were down 13.4% last year, in part because we no longer had access to the Russian market but also due to sharp declines in exports to China, South Korea and Angola. These countries banned all US poultry shipments following the outbreak of bird flu. We expect chicken trade to normalize somewhat in 2016 and that drives our forecast for a 10.9% increase in broiler exports this year. The downside risk to that forecast is that some countries may continue to limit entry of US product. New cases of bird flu this spring could very well continue to limit US broiler exports, implying more product will need to be absorbed by domestic channels. We expect per capita broiler disappearance in 2016 to be down 0.5% after increasing 7.3% in 2015. Per capita chicken disapperance remains significantly larger than in 2013 and 2014 and it will continue to pressure chicken prices for much of this year. The challenge for broiler producers will be if export markets do not normalize. Export volumes similar to a year ago at a time when production is forecast to increase by 2.7% would be quite devastating for broiler prices. They would also be negative for the entire meat complex, with chicken being the most consumed meat protein.

**Bottom line**: Exports have become a critical factor for the US meat industry, absorbing much of the annual increase in production and keeping domestic supplies in balance. Robust growth in exports should allow beef, pork and broiler prices to find some stability this year and stem the steep price deflation that we have seen in the last 12 months. However, if exports continue to struggle, be this because of new disease outbreaks, the strong US dollar or a global recession, it would put significant downward pressure on US meat prices, eroding much of the producer profitability for the last three years.

**Upcoming holidays:**

**2016**  Daylight Savings Time Begins in US (Sunday March 13); St. Patrick's Day (Thursday March 17); Easter (Sunday March 27); Passover (Saturday April 23); Cinco de Mayo (Thursday May 5); Mother's Day (Sunday May 8); Victoria Day [Canada] (Monday May 23); Memorial Day (Monday May 30); Father's Day [US and Canada] (Sunday June 19); Canada Day [Canada] (Friday July 1); Independence Day (Monday July 4); Labor Day [US and Canada] (Monday September 5); Rosh Hashanah (Monday October 3); Yom Kippur (Wednesday October 12); Columbus Day (Monday October 10; Canadian Thanksgiving Day (Monday October 10); Daylight Savings Time Ends [US and Canada] (Sunday November 6); Veterans Day (Friday November 11); Remembrance Day [Canada] (Friday November 11); Thanksgiving (Thursday November 24); Hanukkah (Sunday December 25); Christmas Day (Sunday December 25); Boxing Day [Canada] (Monday December 26).

---

# PORK

> **NOTE: WE ARE NOW REPORTING AND FORECASTING MANDATORY PLANT WEIGHTED AVERAGE BLUE SHEET PRICES FOR PORK CUTS.**

**Live hog.  For the week ending February 20 slaughter was 2.294 million head, up 0.9% from a year ago.  In the last two weeks hog slaughter is up 1.7% vs. year ago levels.**

**Iowa/Minnesota, Base Lean Market Hog 185 lbs. Carcass Values.**  Lean hog carcass values at about 63.44 /cwt. on Friday were up $0.3/cwt since Wed. February 10.  Prices are up about 6 $/cwt compared to year ago values.

**Loin, 1/4 Trimmed Loin VAC, FOB Plant, USDA** (page 8).  Prices finished last week at $0.8947, down about 2.5 cent since the Wed. February 10 quote and down about 11 cents from year ago levels.

**Bnls. Strap on Pork Loins**.  Prices finished the week at $1.2421 for the strap on loins, down 14.1 cent since Wed. February 10 and down about 14 cent from the year ago levels.  Strap off loins at $1.3621 are down about 17.9 cent since Wed. February 10 and down about 13 cents compared to the year ago quote.

**Boneless sirloins** at $0.9592 are down about 12 cents from the Wed. February 10 quote and down about 27.7 cents from the year ago price.

**Pork tenderloin** finished last week at $2.4467, down 0 cent since the Wed. February 10 quote and down about 4.2 cents from the year ago price.

**1/4 Trim Pork Butts** (page 10), prices finished the week at $0.8390, down 3 cents since Wed. February 10.  Prices are down 11 cents from a year ago.

**Spare Ribs, Trimmed - LGT, Vac** (page 8).  Prices finished the week at $1.6127, up about 2 cent since Wed. February 10 and up about 6 cents from year ago levels.

Rib inventories on December 31 were 134.8 million pounds,  54.9% percent from a year ago.

**Bone-in Hams**.

17/20 hams (page 9) price was $0.5975/lb., down 4.3 cents since Wed. February 10 and down about 13 cents from a year ago.

20/23 hams finished the week at 58.08 cents, down about 5 cents since Wed. February 10 and down about 9 cents from the year ago level.

23/27 hams finished the week at 55.28 , down about 3 cents from the Wed. February 10 quote and down about 6 cents from the year ago level.

Total ham cold storage stocks on December 31 at 67.8 million pounds were up 2.2% from year ago levels.

**42 CL Pork Trim** "FOB Basis". Prices finished the week at 17.85 cents, down about 1.2 cent since Wed. February 10 and down about 6 cents from the year ago price.

**72 CL Pork Trim** "FOB Basis". Prices finished the week at 58.43 cents, down 5 cents since the Wed. February 10 quote but up about 8 cents from the year ago level.

Freezer stocks of all trimmings on December 31 were 42.7 million pounds, up 16.3% percent from the year ago levels.

**72 CL Picnic Meat** "FOB Basis". Picnics prices should continue to command premiums over the price of 72CL pork trim in the spring.

# POULTRY

**Georgia Dock Broilers**. The Georgia dock price last week at $112.00 was down 1.75 cents from a year ago.

The National Whole Bird price was quoted at 81.77 on Friday, February 20, down about 11 cents from a year ago.

Broiler slaughter for the week ending February 20 was 160.04 million head, up 8.30% from a year ago. For the last two weeks slaughter was up 4.7% vs. a year ago.

**Breasts.** Prices on boneless skinless breasts finished the week at $1.0687, down 2 cents since Wed. February 10 and still down about 30 cents from year ago levels.

**Leg Quarters**. The value of this item and the timing of price moves are completely dependent on the timing of export purchases and export business. Leg quarter prices were up about 1.0 cents vs. two weeks ago but at 28.87 cents per pound prices are still down 7 cents from a year ago. Bird flu continues to be negative factor for dark meat exports so far this year.

**Wings**. Prices at $1.9388 are up about 2 cents from year ago levels.

# Turkeys

**Hens** finished last week at $1.1900, down 0.5 cent since Wed. February 10 but up about 15 cents from the year ago price.

**Toms** finished last week at $1.1900, down 0.5 cents since Wed. February 10 but up about 15 cent from the year ago price.
Total turkey supplies in the freezer on December 31 were up 3.4% from a year ago at 200.1 million pounds. Whole birds were up 10.0% from a year ago with an inventory of 53.6 million pounds.

Turkey slaughter was 4.1940 million head for the week ending February 13, up 5.30% from a year ago. For the last two weeks slaughter has been up 2.6%.

**Boneless Turkey Breast Meat.** Boneless skinless turkey breast meat prices finished last week at $3.4500, down 45 cents since Wed. February 10. Prices are up about 35 cents vs. year ago prices.

# BEEF

NOTE: WE ARE NOW REPORTING AND FORECASTING WEIGHTED AVERAGE BLUE SHEET PRICES FOR BEEF CUTS.

**Choice #115 Chucks** finished last week at $2.6316 (weighted avg.) unchanged since Wed. February 10 but down about 54 cents from the year ago price at this time.
With prices at $2.1098 for 90CL and $0.5259 for 50CL product, an 81CL meat block value is now $1.7534 and a 78CL meat block is $1.6346. Choice chucks are now being priced 87.82 cents

over 81CL meat block grinding values of 90s and 50s. A year ago the spread was 73.24 cents and the five year average spread for is 46.73 cents over.

**Select #115 chucks** are no longer being quoted.

**Choice #161 Boneless Rounds** finished last week at $2.7540, up slightly since Wed. February 10 but down about 17 cents from year ago levels.

**Choice #184 Regular Heavy top butts** finished at $3.3382 (wt. avg.) up about 19 cents since Wed. February 10 and down about 70 cents from year ago levels.

**Choice #184 ¼ inch trimmed Top Butts** finished at $3.4595 (wt. avg.) up about 17 cents since Wed. February 10 but down about 73 cents from the year ago levels.

**COARSE GROUND BEEF –**

**73CL Coarse Ground** product finished last week at $1.4900 down about 17 cents since Wed. February 10 and down about 65 cents from year ago levels.

**81CL Coarse Ground** product finished last week at $1.5347 down about 34 cent since Wed. February 10 and down about 82 cents from the year ago quote.

**90CL Bnls. Beef** prices finished the week at $2.1098 (wt. avg.) up about 3 cent since Wed. February 10 but down 79 cents compared to the year ago price quote.

**50 CL Beef Trim** prices finished last week at $0.5259, up about 3 cent since Wed. February 10 but down 33 cents compared to the year ago level.

## Retail Summary Table - WT. AVE.

| | 2015-16 History | | | | | | | | 2016 FORECAST | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Aug | Sep | Oct | Nov | Dec | Jan | 2/10/2016 | 2/19/2016 | 3/2/2016 | Feb | Mar | Apr | May | Jun | Jul |
| **PORK** | | | | | | | | | | | | | | | |
| Loin, 1/4 Trimmed Loin VAC, FOB Plant, USDA | 107.18 | 101.51 | 103.91 | 88.68 | 85.77 | 96.82 | 92.00 | 89.47 | 109 | 95 | 107 | 107 | 122 | 127 | 123 |
| Loin, 1/8 Trimmed Loin VAC, FOB Plant, USDA | 114.41 | 106.64 | 107.97 | 96.31 | 91.81 | 100.93 | 100.41 | 94.38 | 113 | 102 | 113 | 113 | 129 | 134 | 130 |
| Loin, Bnls CC Strap-off, FOB Plant, USDA | 158.05 | 151.79 | 169.72 | 145.59 | 141.82 | 148.62 | 154.07 | 136.21 | 153 | 149 | 154 | 157 | 171 | 175 | 171 |
| Butt, 1/4 Trim Butt Combo, FOB Plant, USDA | 85.34 | 83.90 | 77.97 | 72.79 | 79.80 | 80.14 | 83.60 | 73.34 | 91 | 82 | 91 | 92 | 106 | 110 | 101 |
| Sparerib, Trmd Sparerib - LGT, FOB Plant, USDA | 164.46 | 151.85 | 150.97 | 155.05 | 147.81 | 153.92 | 158.78 | 161.27 | 170 | 161 | 170 | 171 | 190 | 194 | 180 |
| Sparerib, Trmd Sparerib - MED, FOB Plant, USDA | 164.53 | 149.13 | 150.28 | 149.50 | 139.31 | 140.85 | 147.87 | 148.43 | 161 | 154 | 161 | 161 | 180 | 186 | 176 |
| Ham, 17-20# Trmd Selected Ham, FOB Plant, USDA | 73.49 | 70.29 | 75.00 | 67.87 | 67.92 | 58.01 | 64.07 | 59.75 | 67 | 66 | 65 | 64 | 70 | 75 | 77 |
| Ham, 20-23# Trmd Selected Ham, FOB Plant, USDA | 71.76 | 67.47 | 71.87 | 65.89 | 64.45 | 58.19 | 63.33 | 58.08 | 66 | 63 | 64 | 62 | 70 | 72 | 77 |
| Ham, 23-27# Trmd Selected Ham, FOB Plant, USDA | 71.59 | 61.62 | 66.21 | 60.82 | 59.10 | 55.73 | 57.87 | 55.28 | 60 | 59 | 59 | 58 | 67 | 69 | 74 |
| Belly, Skin-on Belly 14-16#, FOB Plant, USDA | 179.24 | 157.36 | 161.06 | 136.28 | 110.57 | 119.62 | 135.85 | 141.88 | 134 | 128 | 131 | 129 | 131 | 148 | 155 |
| Belly, Derind Belly 9-13#, FOB Plant, USDA | 208.35 | 192.22 | 196.61 | 140.76 | 134.44 | 141.78 | 156.41 | 161.50 | 169 | 162 | 165 | 162 | 165 | 187 | 195 |
| Belly, Derind Belly 13-17#, FOB Plant, USDA | 204.81 | 193.79 | 194.67 | 144.17 | 128.60 | 144.25 | 156.90 | 158.36 | 167 | 160 | 163 | 160 | 163 | 185 | 193 |
| Trim, 42% Trim Combo, FOB Plant, USDA | 28.75 | 31.89 | 29.95 | 24.17 | 18.25 | 19.71 | 19.06 | 17.85 | 29 | 19 | 28 | 30 | 35 | 39 | 42 |
| Trim, 72% Trim Combo, FOB Plant, USDA | 49.14 | 51.90 | 60.24 | 49.51 | 36.96 | 46.06 | 63.56 | 58.43 | 60 | 60 | 59 | 57 | 66 | 76 | 76 |
| Trim, Picnic Meat Combo Cushion Out, FOB Plant, USDA | 58.92 | 58.20 | 73.74 | 69.33 | 60.42 | 57.87 | 68.60 | 62.90 | 71 | 70 | 70 | 71 | 82 | 88 | 90 |
| Carcass Cutout, FOB Plant, USDA | 88.33 | 84.58 | 87.26 | 73.79 | 70.93 | 72.78 | 77.05 | 74.63 | 78 | 77 | 77 | 78 | 85 | 90 | 89 |
| **HOG CARCASS** | | | | | | | | | | | | | | | |
| IA/MN, Base Market Hog 185 lb Carcass Basis, Plant Dlv. | 75.24 | 68.74 | 69.39 | 52.75 | 50.63 | 54.50 | 63.15 | 63.44 | 69 | 64 | 67 | 70 | 76 | 81 | 81 |
| **BROILERS** | | | | | | | | | | | | | | | |
| WEDNESDAY'S BROILER GEORGIA F.O.B. DOCK | 115.44 | 114.95 | 114.00 | 113.31 | 113.05 | 112.81 | 112.25 | 112.00 | 112 | 113 | 113 | 113 | 113 | 113 | 115 |
| N.E. BROILER BREAST BONELESS-SKINLESS, USDA | 140.33 | 129.27 | 111.05 | 105.92 | 102.13 | 107.63 | 108.57 | 106.87 | 111 | 114 | 114 | 123 | 133 | 132 | 133 |
| N.E. BROILER BREAST LINE RUN, USDA | 91.14 | 82.80 | 77.24 | 77.39 | 77.26 | 83.19 | 85.81 | 86.01 | 88 | 88 | 89 | 91 | 96 | 96 | 96 |
| N.E. BROILER LEG QUARTERS, USDA | 24.03 | 24.38 | 22.58 | 22.59 | 23.96 | 24.74 | 27.88 | 28.87 | 29 | 28 | 29 | 30 | 31 | 30 | 30 |
| **TURKEYS** | | | | | | | | | | | | | | | |
| UB HEN TURKEYS, EAST, FROZEN 10-12LBS | 130.00 | 136.80 | 140.00 | 139.00 | 127.00 | 118.00 | 119.00 | 119.00 | 119 | 119 | 118 | 115 | 113 | 113 | 114 |
| UB TOM TURKEYS, EAST, FROZEN 16-22LBS | 130.00 | 136.80 | 140.00 | 139.00 | 127.00 | 118.00 | 119.00 | 119.00 | 119 | 119 | 118 | 115 | 113 | 113 | 114 |
| **LIVE STEERS** | | | | | | | | | | | | | | | |
| FIVE AREA DIRECT AVERAGE LIVE STEER, USDA | 148.74 | 137.16 | 127.99 | 128.97 | 121.57 | 133.18 | 134.06 | 130.60 | 136 | 134 | 137 | 139 | 133 | 127 | 123 |
| **BEEF** | | | | | | | | | | | | | | | |
| CHOICE, 115, 1 CHUCK, 2-PIECE, BONELESS, USDA | 300.68 | 297.97 | 279.01 | 280.20 | 269.41 | 292.22 | 263.17 | 263.16 | 285 | 276 | 280 | 280 | 279 | 284 | 275 |
| CHOICE, 161, 1 ROUND, BONELESS, USDA | 293.45 | 275.59 | 252.63 | 264.97 | 253.65 | 273.31 | 273.94 | 275.40 | 275 | 274 | 272 | 265 | 254 | 246 | 244 |
| CHOICE, 168, 3 TOP INSIDE ROUND, 1/4" MAX, USDA | 298.60 | 251.11 | 224.60 | 213.33 | 200.39 | 253.75 | 257.79 | 252.40 | 260 | 253 | 262 | 253 | 243 | 234 | 237 |
| CHOICE, 170, 1 BOTTOM GOOSENECK ROUND, USDA | 244.83 | 238.25 | 216.54 | 205.15 | 213.25 | 247.10 | 236.55 | 242.58 | 240 | 233 | 234 | 220 | 213 | 210 | 210 |
| CHOICE, 184, 3 TOP BUTT, BONELESS, USDA | 445.46 | 434.72 | 337.25 | 307.02 | 300.83 | 332.97 | 328.78 | 345.95 | 356 | 334 | 383 | 393 | 390 | 376 | 367 |
| CHOICE, 185A, 4 BOTTOM SIRLOIN, FLAP, USDA | 498.89 | 466.56 | 429.73 | 408.53 | 410.61 | 516.74 | 562.20 | 484.84 | 533 | 499 | 544 | 615 | 646 | 608 | 546 |
| COARSE GROUND 73%, USDA | 197.08 | 179.97 | 161.53 | 145.88 | 133.46 | 217.97 | 165.60 | 149.00 | 169 | 167 | 175 | 172 | 179 | 166 | 161 |
| COARSE GROUND 81%, USDA | 235.14 | 204.17 | 191.34 | 171.30 | 153.74 | 227.38 | 187.70 | 153.47 | 183 | 177 | 193 | 195 | 206 | 191 | 189 |
| 90% BONELESS BEEF, CENTRAL, FRESH, USDA | 281.78 | 271.84 | 232.53 | 213.25 | 197.00 | 200.84 | 207.85 | 210.98 | 216 | 209 | 225 | 234 | 230 | 227 | 224 |
| 50CL BEEF TRIM, FRESH, NATIONAL, USDA | 68.44 | 48.93 | 48.16 | 50.50 | 37.97 | 63.83 | 49.74 | 52.59 | 57 | 51 | 61 | 64 | 61 | 55 | 52 |

© 2016 Steiner Consulting Group (1-800-526-4612)

HIGHLY CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER

HFC-PORKAT0000115873





© 2016 Steiner Consulting Group (1-800-526-4612)

HIGHLY CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER

HFC-PORKAT0000115874





© 2016 Steiner Consulting Group (1-800-526-4612)

HIGHLY CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER          HFC-PORKAT0000115875





© 2016 Steiner Consulting Group (1-800-526-4612)

HIGHLY CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER

HFC-PORKAT0000115876

## ESTIMATED WEEKLY FI HOG SLAUGHTER



## ESTIMATED WEEKLY FI PORK PRODUCTION



© 2016 Steiner Consulting Group (1-800-526-4612)

HIGHLY CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER                                    HFC-PORKAT0000115877