# EXHIBITS 1 THROUGH 9

**Placeholder - Sealed**

CORE/0774506.0052/135028427.1