UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>Consumer Indirect Purchaser Plaintiff Actions | Case No. 0:18-cv-01776-JRT-HB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF DR. HAL SINGER** |

The Motion to Exclude the Testimony of Dr. Hal Singer (the "Motion"), brought by Defendants Agri Stats, Inc., Clemens Food Group, LLC, The Clemens Family Corporation, Hormel Foods Corporation, Seaboard Foods LLC, Triumph Foods, LLC, Tyson Foods, Inc., Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc. (collectively, "Defendants"), came on for hearing before the undersigned. Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

1. Defendants' Motion is **GRANTED**.

2. The testimony of Dr. Hal Singer is excluded, and Dr. Singer will not be permitted to testify at trial or in support of any motion.

Dated: _____, 2022       _____
                                          Honorable John R. Tunheim
                                          United States District Court Judge