# EXHIBIT 4

# FILED UNDER SEAL

**In the Matter Of:**

*In Re - Pork Antitrust Litigation*

*BRIAN ADAMS*

*June 07, 2022*



```
 1
 2  UNITED STATES DISTRICT COURT
 3  DISTRICT OF MINNESOTA
 4  Case No. 0:18-cv-01776-JRT-HB
 5  -----------------------------------
 6
 7  IN RE:
 8  PORK ANTITRUST LITIGATION
 9
10  -----------------------------------
11
12
13
14          REMOTE VIDEOTAPED DEPOSITION OF
15              THE GRADY CORPORATION
16                 BY BRIAN ADAMS
17
18            Tuesday, June 7, 2022
19              10:00 a.m. (CDT)
20
21
22
23  Reported by:
24  Joan Ferrara, RMR, FCRR
25  Job No. 2022-846451
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1480-4   Filed 08/25/22   Page 4 of 15
In Re - Pork Antitrust Litigation
Brian Adams
June 07, 2022

83

```
 1                    B. ADAMS
 2       Q.    Okay.  And why is that, why is
 3   that your guess?
 4       A.    I would just assume that's how it
 5   works in a lot of businesses, you know.  If
 6   I buy a case a week from somebody and
 7   somebody else buys 1,000 cases a week, the
 8   person who buys 1,000 cases a week is going
 9   to get a better price.
10       Q.    Okay.  Is one way they would get
11   a better price, for example, you know,
12   volume-based discounts?
13       A.    Yes, that would be my assumption.
14       Q.    Does Grady Corporation get any
15   significant volume-based discounts for your
16   pork purchases?
17             MR. BOZEMAN:  Object to the form.
18       A.    I don't know because I don't know
19   what other people are paying.
20       Q.    Okay.  But do you get
21   volume-based discounts just as a matter of
22   fact?
23       A.    We do, on our ribs.
24       Q.    On any other products?
25       A.    No, just pay market price.
```

```
 1                       B. ADAMS
 2       Q.    Sorry, I think I talked over you.
 3       A.    We just pay market price on the
 4  other pork products.
 5       Q.    But you don't pay market price on
 6  the ribs?
 7       A.    Well, we lock in a price for the
 8  year.  You know, we commit to a certain
 9  number of cases.  Like our pork butts price
10  changes weekly.  The rib price we lock in
11  for a year.
12       Q.    Got it.  So for pork butts that
13  change, prices that change weekly, is that
14  market price?
15       A.    Yes.
16       Q.    So it's a price that fluctuates
17  weekly kind of with the market, it sounds
18  like?
19       A.    Correct.
20       Q.    But for ribs, it sounds like you
21  lock in an annual price?  Am I hearing that
22  right?
23       A.    Correct.
24       Q.    And why do you do that for ribs
25  as opposed to pork butts?
```

                                                                            85

```
 1                       B. ADAMS
 2       A.    They're just -- the ribs are a
 3   lot more volatile in price throughout the
 4   year than pork butts are.
 5       Q.    Okay.  Do you buy a lot more ribs
 6   than you do other pork products?
 7       A.    No.  We buy -- we probably buy
 8   more pork butts than we do ribs.
 9       Q.    Got it.
10             But it's because the ribs have a
11   more volatile price, that's why you seek to
12   lock in an annual price, is that right?
13       A.    Correct.
14       Q.    If you wanted to lock in an
15   annual price for pork butts, would you be
16   able to do that?
17       A.    I don't know.  We've never tried.
18       Q.    Do you have an understanding of
19   why your pork suppliers allow you to lock
20   in an annual price for ribs?
21             MR. BOZEMAN:  Object to the form.
22       A.    No, I don't know why they allow
23   that.
24       Q.    Is it possible for a class member
25   to not have been injured at all as a result
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1480-4   Filed 08/25/22   Page 7 of 15
In Re - Pork Antitrust Litigation
Brian Adams
June 07, 2022

86

1                B. ADAMS
2  of the alleged conspiracy?
3           MR. BOZEMAN:  Object to the form.
4       A.   I don't know.
5       Q.   But you would agree with me that
6  it is possible, though, for a class member
7  to have been injured by a different amount
8  than Grady Corporation, for example?
9       A.   Yes, I would -- yes, I would
10 think that.
11      Q.   Okay.  And why is that?
12      A.   Tell me your question again?
13      Q.   Yeah.  I was just saying, so you
14 would agree with me that it's possible for
15 a class member to have been injured by a
16 different amount than Grady Corporation,
17 for example?
18           MR. BOZEMAN:  Object to the form.
19      A.   Yes.  My answer is yes.
20      Q.   Okay.  And then my follow-up
21 question was, I'm just curious about why
22 your answer is yes, why do you believe
23 that?
24           MR. BOZEMAN:  Object to the form.
25      A.   Well, because other people buy

1                        B. ADAMS
2    more product than I do.
3        Q.    Okay.  So as a result then you
4    would agree with me that it's possible for
5    a class member to be injured by a greater
6    amount, for example, than Grady Corporation
7    has been injured?
8              MR. BOZEMAN:  Object to the form.
9        A.    Yes.
10       Q.    Okay.  And you'd also agree then
11   that it's possible that another class
12   member was injured less than Grady
13   Corporation?
14             MR. BOZEMAN:  Object to the form.
15       A.    Yes.
16       Q.    Would you be happy as a class
17   representative if Grady Corporation
18   recovered some money, but the other class
19   members recovered nothing?
20       A.    Would I be happy?
21       Q.    Yeah.
22       A.    No.  I'm looking to represent
23   everybody in the class and try to get
24   everybody right.
25       Q.    Okay.  Would you be unhappy if

CASE 0:18-cv-01776-JRT-JFD   Doc. 1480-4   Filed 08/25/22   Page 9 of 15
In Re - Pork Antitrust Litigation                              Brian Adams
                                                              June 07, 2022

102

```
 1                    B. ADAMS
 2   them --
 3        A.    Yes.
 4        Q.    -- to see if there were any
 5   invoices between 2009 and 2018, is that
 6   right?
 7        A.    Yes.
 8        Q.    Okay.  And asked by your
 9   attorneys, is that right?
10        A.    Yes.
11        Q.    Okay.  And if Kevin would have
12   found any between 2009 and 2018, is it your
13   understanding he would have handed those
14   over to your attorneys?
15        A.    Yes.
16        Q.    Okay.  Is there any other record
17   of pork purchases you would have beyond
18   just the invoices that we were just kind
19   of -- that we were just discussing?
20        A.    No.
21        Q.    You mentioned that during the
22   time period of 2009 and 2018 Ben E. Keith
23   Food Distribution would have been the only
24   pork vendor that you used except for
25   emergencies when you may have gone to Sam's
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1480-4   Filed 08/25/22   Page 10 of 15
In Re - Pork Antitrust Litigation
Brian Adams
June 07, 2022

103

1                  B. ADAMS
2    Club.
3           Did I hear that right?
4       A.   Correct.
5       Q.   Okay. Can you explain to me, you
6    know, when and why you would have gone to
7    Sam's Club as opposed to buying pork from
8    Ben E. Keith?
9       A.   Yeah. I mean, if we just got an
10   order like, say, on a Friday afternoon that
11   somebody wanted for Monday and we didn't
12   have enough pork butts and we couldn't get
13   another delivery from Ben E. Keith until
14   Monday, you know, the butts have to cook
15   overnight on Sunday night, so we'd have to
16   run to Sam's just to pick up enough just so
17   we'd have enough to get through that day.
18      Q.   Okay. Would this be primarily in
19   relation to your catering business?
20      A.   Yes.
21      Q.   Okay. Would you ever have to go
22   to Sam's Club to buy pork products for your
23   restaurant business, just the brick and
24   mortar business?
25      A.   Oh, yes, we've had to on a

CASE 0:18-cv-01776-JRT-JFD   Doc. 1480-4   Filed 08/25/22   Page 11 of 15
In Re - Pork Antitrust Litigation                                    Brian Adams
                                                                     June 07, 2022

                                                                           104

```
 1                    B. ADAMS
 2    handful of occasions, but not very often.
 3         Q.    So for the catering business, you
 4    could get a call asking for a catered
 5    product that you don't have on hand from
 6    Ben E. Keith and there's not enough time to
 7    order it, so that's an instance where you
 8    would go to Sam's Club.  Am I understanding
 9    that right?
10         A.    Yes.
11         Q.    Can you describe for me the
12    instance or instances in which you'd have
13    to go to Sam's Club for the restaurant
14    business?
15         A.    Well, sometimes Ben E. Keith
16    might be short on pork butts and, you know,
17    won't have any for a day or two and then we
18    have to go supplement from Sam's.
19         Q.    Okay.
20         A.    Or if we got just a whole lot
21    busier at the restaurant, you know, than we
22    were anticipating and sold more than what
23    we thought we were going to sell, we might
24    have to run over there every now and then,
25    but it doesn't happen very often.
```

                                                                          105
                              B. ADAMS
1
2         Q.    In those instances where somebody
3    would have to go to Sam's Club to buy pork
4    products, do you know how you would
5    purchase those products?  Would it be with
6    cash or a credit card or --
7         A.    With a credit card.
8         Q.    Okay.  Would you keep the
9    receipts for those purchases?
10        A.    No.
11        Q.    Okay.  Do you have an estimate
12   of, you know, between 2009 and 2018, how
13   many instances you've had to go to Sam's
14   Club to buy pork products for your catering
15   business or restaurant?
16        A.    No.  It would be a guess.
17        Q.    So you've already told me between
18   2009 and 2018 in the realm of pork
19   distribution vendors, Ben E. Keith is the
20   only one, right?
21        A.    Yes.
22        Q.    What about in the case of
23   emergencies, is Sam's Club the only place
24   you would go to buy pork products in the
25   case of an emergency?

CASE 0:18-cv-01776-JRT-JFD   Doc. 1480-4   Filed 08/25/22   Page 13 of 15
In Re - Pork Antitrust Litigation                                Brian Adams
                                                                 June 07, 2022

219

1                    B. ADAMS
2       A.    It's price per pound is what it
3  is.  I don't know why they have it listed
4  like that.
5       Q.    Okay.  Sorry?
6       A.    No, I was about to say if you
7  took that 612.9 on the shipped weight times
8  1.19 you'll come up with the 729.35, but I
9  don't know why they have it on there as
10 average case price.  It's a weird way for
11 them to list it.
12      Q.    Okay.  So it says average case
13 price, but to the best of your knowledge
14 what that really represents is average
15 price per pound?
16      A.    Yes, price per pound on the
17 butts.
18      Q.    Okay.
19      A.    I wish a case of butts only cost
20 me $1.19.
21      Q.    Like it did in, it looks like
22 August of 2018?
23      A.    Well, no, that's not the actual
24 case price.  The case doesn't weigh a
25 pound.

220

```
 1                    B. ADAMS
 2        Q.    Got it.  Sorry.  I'm thrown by
 3   the title here.  Got it.  That makes sense.
 4              So I'm seeing here kind of for
 5   each row it ends up being what you just
 6   testified is average price per pound.  How
 7   is that price determined?
 8              MR. BOZEMAN:  Object to the form.
 9        A.    It's obviously whatever Ben E.
10   Keith pays from the packer and they put
11   their markup on it and sell it to me.  I
12   don't know what their markup is.
13        Q.    Okay.  How do you decide whether
14   or not the prices for particular pork
15   products are acceptable to you?
16        A.    Well, I don't know that I really
17   understand the question.  Just if they're
18   acceptable to me -- I mean, I guess if
19   they're not acceptable is when I start
20   shopping with other distributors.
21        Q.    Okay.  How do you decide when
22   it's time to shop at other distributors?
23        A.    It doesn't happen -- you know,
24   I've done it probably two to three times
25   over the 17 years we've been open.  But
```

221

1              B. ADAMS
2    it's usually just to make sure that I'm
3    getting a fair deal from Ben E. Keith more
4    than anything else.
5         Q.   Okay.  All right.  Do you
6    understand the class period in this case,
7    you know, the relevant time period that
8    you've alleged in your Complaint is from
9    January 2009 to June 2018?
10        A.   Correct.
11        Q.   So this entire summary of
12   invoices would be outside of that relevant
13   time?
14        A.   Yeah.  I don't know why this was
15   run.
16        Q.   Okay.  Can you explain why Grady
17   Corporation has not provided any invoices
18   for any purchases between January 1, 2009
19   to June 30, 2018?
20             MR. BOZEMAN:  Object to the form.
21        A.   I wasn't aware that we didn't.  I
22   thought Eric took them when he was there,
23   but I'd have to check.
24        Q.   Okay.  Does it surprise you to
25   hear that?  Are there invoices in that time