UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: | Case Nos.  0:18-cv-01776-JRT-JFD<br>0:21-md-02998-JRT |

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT Melissa S. Weiner, counsel for Direct Purchaser Plaintiff Maple Farms, has changed her address. The new firm address is:

PEARSON, SIMON & WARSHAW, LLP
328 Barry Avenue S.
Suite 200
Wayzata, MN 55391

Dated: August 25, 2022   By: /s/Melissa S. Weiner
Melissa S. Weiner
PEARSON, SIMON & WARSHAW, LLP
328 Barry Avenue S.
Suite 200
Wayzata, MN 55391
Tel.: (612) 389-0600
Fax.: (612) 389-0610

*Attorneys for Direct Purchaser Plaintiff Maplevale Farms*