**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

IN RE PORK ANTITRUST LITIGATION

This Document Relates To: All Actions

No. 0:18-cv-01776-JRT-HB

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jacob N. Reinig of the law firm of Husch Blackwell LLP

hereby enters his appearance in the above-captioned matter on behalf of Defendant Triumph

Foods LLC.

Dated this 29th day of August, 2022.

HUSCH BLACKWELL LLP

By: */s/ Jacob N. Reinig*
    Aaron Chapin (#06292540)
    Christopher A. Smith(*pro hac vice)*
    Christopher A. Smith (*pro hac vice*)
    Tessa K. Jacob (*pro hac vice*)
    A. James Spung (*pro hac vice*)
    Jason Husgen (*pro hac vice*)
    Sarah Zimmerman (MDL registered)
    Kate Ledden (MDL registered)
    Tanner Cook (MDL registered)
    Jacob N. Reinig (MDL registered)
    190 Carondelet Plaza, Ste 600
    St. Louis, MO 63105
    (314) 480-1500
    aaron.chapin@huschblackwell.com
    chris.smith@huschblackwell.com
    tessa.jacob@huschblackwell.com
    james.spung@huschblackwell.com
    jason.husgen@huschblackwell.com
    sarah.zimmerman@huschblackwell.com
    kate.ledden@huschblackwell.com
    tanner.cook@huschblackwell.com
    jake.reinig@huschblackwell.com

*Counsel for Triumph Foods LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29th day of August,  2022, the foregoing

document was served via the Court's CM/ECF system to all counsel of record.


/s/ *Jacob N. Reinig*