UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | No. 0:18-cv-01776-JRT-HB |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that effective September 1, 2022, **Benjamin E. Shiftan, Bruce L. Simon**, **Jill M. Manning**, **Neil J. Swartzberg**, and the San Francisco office of Pearson, Simon & Warshaw, LLP, have changed their address as follows:

**OLD ADDRESS**

> Pearson, Simon & Warshaw, LLP
> 350 Sansome Street, Suite 680
> San Francisco, CA 94104
> Telephone: (415) 433-9000
> Facsimile: (415) 433-9008

**NEW ADDRESS**

> Pearson, Simon & Warshaw, LLP
> 555 Montgomery Street, Suite 1205
> San Francisco, CA 94111

Please update your records accordingly. The firm's telephone and facsimile numbers as well as all e-mail addresses remain the same.

980259.1

Dated: September 6, 2022            By: */s/ Benjamin E. Shiftan*
                                                   Benjamin E. Shiftan (*Pro Hac Vice*)
                                                   Bruce L. Simon *(Pro Hac Vice)*
                                                   Jill M. Manning *(Pro Hac Vice)*
                                                 Neil J. Swartzberg (*Pro Hac Vice*)
                                                 PEARSON, SIMON & WARSAHW, LLP
                                                 555 Montgomery Street, Suite 1205
                                                 San Francisco, CA 94111
                                                 Telephone: (415) 433-9000
                                                 Facsimile: (415) 433-9008
                                                 bshiftan@pswlaw.com
                                                 jmanning@pswlaw.com
                                                 nswartzberg@pswlaw.com
                                                 bsimon@pswlaw.com

                                                 Clifford H. Pearson (*Pro Hac Vice*)
                                                 Daniel L. Warshaw (*Pro Hac Vice*)
                                                 Bobby Pouya (*Pro Hac Vice*)
                                                 Michael H. Pearson (*Pro Hac Vice*)
                                                 PEARSON, SIMON & WARSHAW, LLP
                                                 15165 Ventura Boulevard, Suite 400
                                                 Sherman Oaks, California 91403
                                                 Telphone: (818) 788-8300
                                                 Facsimile: (818) 788-8104
                                                 cpearson@pswlaw.com
                                                 dwarshaw@pswlaw.com
                                                 bpouya@pswlaw.com
                                                 mpearson@pswlaw.com

                                                 Melissa S. Weiner (MN #0387900)
                                                 PEARSON, SIMON & WARSHAW, LLP
                                                 328 Barry Avenue S, Suite 200
                                                 Wayzata, MN 55391
                                                 Telephone: (612) 389-0600
                                                 Facsimile: (612) 389-0610
                                                 mweiner@pswlaw.com

                                                 ***Co-Lead Class Counsel for Direct Purchaser Plaintiffs***