# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br>*All Actions* | Case No. 18-cv-1776 (JRT/JFD) |

# **JOINT STIPULATION TO AMEND THE PRETRIAL SCHEDULING ORDER**

Counsel for Defendants and Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, and Consumer Indirect Purchase Plaintiffs (together, "Class Plaintiffs") (collectively the "Parties") in the above-captioned consolidated action stipulate and hereby jointly request, pursuant to Federal Rule of Civil Procedure 16(b)(4) and D. Minn. Local Rule 16.3, that the Court amend the January 26, 2021 Pretrial Scheduling Order (ECF No. 658) to continue the deadline to file non-dispositive motions and supporting documents from September 1, 2022 to November 14, 2022, or 14 days after the close of fact discovery, whichever date is the latest, for good cause as set forth herein. The Parties agree that good cause exists to amend the deadline to file non-dispositive motions in order to provide the Parties adequate time to raise any issues arising out of discovery.

The January 26, 2021 Pretrial Scheduling Order (ECF No. 658 at 4, 10) provided that the deadline to file non-dispositive motions and the close of fact discovery were aligned, falling on September 1, 2022. On June 16, 2022, the Court granted the Parties' Joint Stipulation to Amend the Pretrial Scheduling Order (ECF No. 1393) and continued the close of fact discovery to October 31, 2022. (ECF No. 1397.) The Order Amending Pretrial Scheduling Order (ECF No. 1397), however, did not continue the deadline to file non-dispositive motions and supporting documents.

Numerous provisions of the January 26, 2021 Scheduling Order (ECF No. 658) are not applicable to Direct Action Plaintiffs' ("DAPs") cases because DAPs have objected to them. (Nov. 14, 2021 Mem. Order, ECF No. 985 at 12, ¶ 7.) DAPs and Defendants each

submitted proposals for a Case Management Order ("CMO") to govern the DAP cases.[1] The schedule in the proposed CMO for the DAP cases included the same fact discovery deadline of September 1, 2022 from ECF No. 658, and DAPs did not object to the application of that deadline in that Order. Therefore, the September 1, 2022 deadline applies to the DAP cases, and DAPs – with the exception of Sysco and Amory[2] – support this requested extension of time relating to non-dispositive motions.

The Parties now agree to continue the deadline to file non-dispositive motions and supporting documents to November 14, 2022, or until 14 days after close of fact discovery, whichever date is the latest.

---

[1] No CMO for the DAP cases has been entered to date. *See, e.g.*, ECF No. 1335 (the Court's reference on May 10, 2022 to a "forthcoming case management order").

[2] DAPs Sysco Corporation and Amory Investments LLC do not support this stipulation, believing instead that the extension should apply only to "discovery-related" non-dispositive motions. All other DAPs do support the extension.

DATED this 8th day of September 2022.

        Respectfully submitted,

        */s/ Jarod Taylor*
        Jarod Taylor (*pro hac vice*)
        AXINN, VELTROP & HARKRIDER LLP
        90 State House Square
        Hartford, CT 06103
        (860) 275-8109
        jtaylor@axinn.com

        Rachel J. Adcox (*pro hac vice*)
        Tiffany Rider Rohrbaugh (*pro hac vice*)
        Lindsey Strang Aberg (*pro hac vice*)
        Brandon Boxbaum (*pro hac vice*)
        Allison Vissichelli (*pro hac vice*)
        Keith Holleran (*pro hac vice*)
        AXINN, VELTROP & HARKRIDER LLP
        1901 L Street NW
        Washington, DC 20036
        (202) 912-4700
        radcox@axinn.com
        trider@axinn.com
        lstrang@axinn.com
        bboxbaum@axinn.com
        avissichelli@axinn.com
        kholleran@axinn.com

        Craig M. Reiser (*pro hac vice*)
        Kail Jethmalani (*pro hac vice*)
        Andrea N. Rivers (*pro hac vice*)
        Victoria J. Lu (*pro hac vice*)
        AXINN, VELTROP & HARKRIDER LLP
        114 West 47th Street
        New York, NY 10036
        (212) 728-2200
        creiser@axinn.com
        kjethmalani@axinn.com
        arivers@axinn.com
        vlu@axinn.com

        David P. Graham (#0185462)
        DYKEMA GOSSETT PLLC
        4000 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, MN 55402
        (612) 486-1521
        dgraham@dykema.com

*Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*

*/s/ Mark L. Johnson*
Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Jenna Stupar (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com

*Counsel for Clemens Food Group, LLC and The Clemens Family Corporation*

*/s/ Craig S. Coleman*
Craig S. Coleman (#0325491)
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
craig.coleman@faegredrinker.com
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Stephanie A. Koltookian (*pro hac vice*)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 842-8800
jonathan.todt@faegredrinker.com

John S. Yi (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

*Counsel for Hormel Foods Corporation*

/s/ *Peter H. Walsh*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

***Counsel for Agri Stats, Inc.***

/s/ *Donald G. Heeman*
Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402-4206
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

***Counsel for JBS USA Food Company***

/s/ *Peter J. Schwingler*
Peter J. Schwingler (#0388909)
William L. Greene (#0198730)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
peter.schwingler@stinson.com
william.greene@stinson.com
william.thomson@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

***Counsel for Seaboard Foods LLC and Seaboard Corporation***

/s/ *Christopher A. Smith*
Christopher A. Smith (*pro hac vice*)
Aaron Chapin (#0386606)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
Sarah L. Zimmerman (MDL registered)
Kate Ledden (MDL registered)
Tanner Cook (MDL registered)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
chris.smith@huschblackwell.com
aaron.chapin@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com
kate.ledden@huschblackwell.com
tanner.cook@huschblackwell.com

***Counsel for Triumph Foods, LLC***

/s/ John A. Cotter
John A. Cotter (#0134296)
John A. Kvinge (#0392303)
LARKIN HOFFMAN DALY &
LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
(972) 707-1809
brian@brownfoxlaw.com

**Counsel for Smithfield Foods, Inc.**

/s/ Bobby Pouya
Bobby Pouya (Pro Hac Vice)
Clifford H. Pearson (Pro Hac Vice)
Daniel L. Warshaw (Pro Hac Vice)
Michael H. Pearson (Pro Hac Vice)
PEARSON, SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Melissa S. Weiner (MN #0387900)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pswlaw.com

Benjamin E. Shiftan
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bshiftan@pswlaw.com

**Co-Lead Class Counsel for Direct Purchaser Plaintiffs**

- 6 -

| | |
|---|---|
| */s/ W. Joseph Bruckner*<br>W. Joseph Bruckner (MN #0147758)<br>Brian D. Clark (MN #0390069)<br>Joseph C. Bourne (MN #0389922)<br>Arielle S. Wagner (MN #0398332)<br>Simeon A. Morbey (MN #0391338)<br>Stephen M. Owen (MN # 0399370)<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>wjbruckner@locklaw.com<br>bdclark@locklaw.com<br>jcbourne@locklaw.com<br>aswagner@locklaw.com<br>samorbey@locklaw.com<br>smowen@locklaw.com<br><br>***Co-Lead Class Counsel for Direct Purchaser Plaintiffs*** | */s/ Shawn M. Raiter*<br>Shawn M. Raiter (MN# 240424)<br>LARSON • KING, LLP<br>2800 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101<br>Telephone: (651) 312-6518<br>sraiter@larsonking.com<br><br>Jonathan W. Cuneo (*pro hac vice*)<br>Blaine Finley (*pro hac vice*)<br>CUNEO GILBERT & LADUCA, LLP<br>4725 Wisconsin Avenue NW, Suite 200<br>Washington, DC 20016<br>Telephone: (202) 789-3960<br>jonc@cuneolaw.com<br>bfinley@cuneolaw.com<br><br>***Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*** |

*/s/ Shana E. Scarlett*
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com

***Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs***