## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT/JFD) |
| This Document Relates to: *All Actions* | |

## [PROPOSED] ORDER AMENDING THE PRETRIAL SCHEDULING ORDER

The Court has reviewed and considered the Joint Stipulation to Amend the Pretrial Scheduling Order (ECF No. 1486) between Defendants, Direct Purchaser Plaintiffs, Commercial Indirect Purchaser Plaintiffs, and Consumer Indirect Purchaser Plaintiffs. The Court finds that there is good cause to grant the stipulation pursuant to Federal Rule of Civil Procedure 16(b)(4) and District of Minnesota Local Rule 16.3, and hereby amends the January 26, 2021 Pretrial Scheduling Order (ECF No. 658) to continue the deadline to file non-dispositive motions and supporting documents to November 14, 2022, or until 14 days after close of fact discovery, whichever date is the latest.

Dated: _____

_____
The Honorable John F. Docherty
United States Magistrate Judge