UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| In re Pork Antitrust Litigation | Case No. 18-cv-01776-JRT-HB |
|---|---|
| This Document Relates To All Actions | NOTICE OF WITHDRAWAL OF COUNSEL |

**PLEASE TAKE NOTICE** that attorney Bryan K. Washburn of the law firm Faegre Drinker Biddle & Reath LLP hereby withdraws as counsel for Defendants Hormel Foods Corporation and Hormel Foods, LLC in the above-captioned matter. Defendants' other attorneys of record will remain as counsel in the case, and Defendants can be served or notified through such counsel of matters relating to this action.

Date: September 14, 2022

**FAEGRE DRINKER BIDDLE & REATH LLP**

*s/Bryan K. Washburn*
Bryan K. Washburn, ID No. 0397733
2200 Wells Fargo Building
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Bryan.washburn@faegredrinker.com

US.352455889.01