UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL ACTIONS | Civil Action No. 0:18-cv-01776 JRT/JFD |

**NOTICE OF HEARING ON CERTAIN DIRECT ACTION PLAINTIFFS'
MOTION TO COMPEL PRODUCTION OF SALES DATA**

PLEASE TAKE NOTICE that at a hearing to be held by ZoomGov videoconferencing on Wednesday, October 5, 2022, at 4:00 PM (CT), certain Direct Action Plaintiffs ("DAPs"), by and through their undersigned counsel, will move the Honorable John F. Docherty, Magistrate Judge for the United States District Court for the District of Minnesota, for an Order granting DAPs' Motion to Compel the production of sales data.

DATED:  September 20, 2022     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ David C. Eddy*
　　　　　　　　　　　　　　　　　　　David C. Eddy
　　　　　　　　　　　　　　　　　　　Dennis J. Lynch
　　　　　　　　　　　　　　　　　　　Travis C. Wheeler
　　　　　　　　　　　　　　　　　　　NEXSEN PRUET LLC
　　　　　　　　　　　　　　　　　　　1230 Main Street, Suite 700
　　　　　　　　　　　　　　　　　　　Columbia, SC 29201
　　　　　　　　　　　　　　　　　　　Telephone: (803) 771-8900
　　　　　　　　　　　　　　　　　　　Facsimile: (803) 253-8277
　　　　　　　　　　　　　　　　　　　deddy@nexsenpruet.com
　　　　　　　　　　　　　　　　　　　dlynch@nexsenpruet.com
　　　　　　　　　　　　　　　　　　　twheeler@nexsenpruet.com

*Attorneys for Plaintiffs Nestlé USA, Inc.; Nestlé Purina PetCare Company; Conagra Brands, Inc.; Howard B. Samuels, solely as Chapter 7 Trustee of the estate of Central Grocers, Inc.; and Compass Group USA, Inc.*

September 20, 2022                    /s/ Scott E. Gant
                                      Scott E. Gant
                                      Michael S. Mitchell
                                      BOIES SCHILLER FLEXNER LLP
                                      1401 New York Ave., NW
                                      Washington, DC 20005
                                      Tel: 202-237-2727
                                      Fax: 202-237-6131
                                      sgant@bsfllp.com
                                      mmitchell@bsfllp.com

                                      Colleen Harrison
                                      BOIES SCHILLER FLEXNER LLP
                                      333 Main Street
                                      Armonk, NY 10504
                                      Tel: 914-749-8204
                                      Fax: 914-749-8300
                                      charrison@bsfllp.com

                                      Sarah L. Jones
                                      BOIES SCHILLER FLEXNER LLP
                                      725 South Figueroa Street
                                      Los Angeles, California 90017
                                      Tel: 213-629-9040
                                      Fax: 213-629-9022
                                      sjones@bsfllp.com

                                      *Attorneys for Plaintiffs Sysco Corporation and Amory Investments LLC*