# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL ACTIONS | Civil Action No. 0:18-cv-01776 JRT/JFD<br><br>**CERTIFICATE OF COMPLIANCE** |

I, David C. Eddy, certify that this brief complies with the type-volume limitation of D. Minn. L.R. 7.1(f) and with the type-size limit of D. Minn. L.R. 7.1(h). The brief has 3,848 words of type, font size 13 and was prepared using Microsoft Word 2016, which includes all text, including headings, footnotes, and quotations in the word count.

September 20, 2022

Respectfully submitted,

*/s/ David C. Eddy*
David C. Eddy
Dennis J. Lynch
Travis C. Wheeler
NEXSEN PRUET LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 771-8900
Facsimile: (803) 253-8277
deddy@nexsenpruet.com
dlynch@nexsenpruet.com
twheeler@nexsenpruet.com

*Attorneys for Plaintiffs Nestlé USA, Inc.; Nestlé Purina PetCare Company; Conagra Brands, Inc.; Howard B. Samuels, solely as Chapter 7 Trustee of the estate of Central Grocers, Inc.; and Compass Group USA, Inc.*