# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL ACTIONS | Civil Action No. 0:18-cv-01776 JRT/JFD |

## INDEX OF EXHIBITS TO CERTAIN DIRECT ACTION PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Certain Direct Action Plaintiffs' First Requests for Production of Documents to Pork Integrator Defendants dated October 22, 2021 |
| B | JBS USA Food Company's Responses and Objections to Certain Direct Action Plaintiffs' First Requests for Production of Documents to Pork Integrator Defendants dated November 22, 2021 |
| C | Smithfield Foods, Inc.'s Responses and Objections to Certain Direct Action Plaintiffs' First Requests for Production of Documents to Pork Integrator Defendants dated November 22, 2021 |
| D | Defendants Hormel Foods Corporation and Hormel Food, LLC's Objections and Responses to Certain Direct Action Plaintiffs' First Requests for Production dated November 22, 2021 |
| E | Tyson Defendants' Responses and Objections to Certain Direct Action Plaintiffs' First Requests for Production of Documents to Pork Integrator Defendants dated November 22, 2021 |
| F | Correspondence dated May 31, 2022, from Travis Wheeler to counsel for JBS, Hormel, Smithfield, Seaboard, and Triumph seeking missing sales data |
| G | E-mail communications ending in July 1, 2022 email from Allison Silber to Sarah Jones, Travis Wheeler, and others regarding JBS Productions |
| H | E-mail communications ending in June 25, 2022 email from Craig Coleman to Sarah Jones and others regarding Hormel Productions |

| | |
|---|---|
| I | E-mail communications ending in June 13, 2022 email from Brian Robison to Elizabeth Moore and others regarding Smithfield Productions |
| J | August 10, 2022 e-mail from Lindsey Strang to Travis Wheeler and others regarding Tyson Productions |
| K | E-mail communications ending in August 25, 2022 email from Allison Silber to Travis Wheeler and others regarding JBS Data Sample |
| L | E-mail communications ending in September 1, 2022 email from Brian Robison to Travis Wheeler and others regarding Smithfield Productions |
| M | June 9, 2021 Transfer Order, *In re Pork Direct and Indirect Purchaser Antitrust Litig.*, MDL No. 2998, Docket No. 55 |
| N | May 19, 2020 Order, *In re Broiler Chicken Antitrust Litig.*, Case No. 1:16-cv-08637 (N.D. Ill.), Docket No. 3622 |