# Exhibit H

| | |
|---|---|
| **From:** | Coleman, Craig S. <craig.coleman@faegredrinker.com> |
| **Sent:** | Saturday, June 25, 2022 11:52 AM |
| **To:** | Sarah Jones; Duncan, Richard A.; Chow, Emily E.; Hall, Isaac B.; Koltookian, Stephanie A. |
| **Cc:** | Michael Mitchell; Kae Moat; Wheeler, Travis |
| **Subject:** | RE: Pork - Hormel Sales Data Product Exclusions |

{EXTERNAL EMAIL}

Sarah –

Hormel produced data related to its exports of pork products yesterday. It does not otherwise intend to produce additional structured data. As we have previously discussed, Defendants' productions of structured data were subject to extensive negotiation dating to early 2021. At Plaintiffs' insistence, Hormel Foods undertook substantial efforts to produce structured sales data last summer based on the negotiated parameters for its data and the Court's deadlines. Hormel Foods does not view it as reasonable for DAPs to join the litigation after Hormel Foods produced its sales data and then seek to relitigate data to be produced long after the Court's deadline for production of structured data has passed.

Regards, Craig


**Craig S. Coleman**
Partner
craig.coleman@faegredrinker.com
Connect: vCard

+1 612 766 6981 direct / +1 612 986 7756 mobile / +1 612 766 1600 fax

**Faegre Drinker Biddle & Reath LLP**
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

---

**From:** Sarah Jones <sjones@BSFLLP.com>
**Sent:** Thursday, June 23, 2022 1:29 PM
**To:** Coleman, Craig S. <craig.coleman@faegredrinker.com>; Duncan, Richard A. <richard.duncan@faegredrinker.com>; Chow, Emily E. <emily.chow@faegredrinker.com>; Hall, Isaac B. <isaac.hall@faegredrinker.com>; Koltookian, Stephanie A. <stephanie.koltookian@faegredrinker.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>; Kae Moat <kmoat@BSFLLP.com>; Wheeler, Travis <TWheeler@nexsenpruet.com>
**Subject:** Re: Pork - Hormel Sales Data Product Exclusions

**This Message originated outside your organization.**

---

Craig,

I am following-up on our June 13 email regarding the letter Travis Wheeler sent all Defendants, including Hormel, about sales data productions. I have cc'd Travis on this chain so that he may stay updated on Hormel's response. Thank you.

Best,
Sarah

**From:** Sarah Jones
**Sent:** Monday, June 13, 2022 6:49:55 PM
**To:** Coleman, Craig S. <craig.coleman@faegredrinker.com>; Duncan, Richard A. <richard.duncan@faegredrinker.com>; Chow, Emily E. <emily.chow@faegredrinker.com>; Hall, Isaac B. <isaac.hall@faegredrinker.com>; Koltookian, Stephanie A. <stephanie.koltookian@faegredrinker.com>
**Cc:** Michael Mitchell <mmitchell@bsfllp.com>; Kae Moat <kmoat@BSFLLP.com>
**Subject:** RE: Pork - Hormel Sales Data Product Exclusions

Craig,

On May 31, Travis Wheeler sent a letter to Hormel and several other Defendants regarding products excluded from Defendants' sales data. I follow-up regarding the letter's request that Hormel promptly produce its structured sales data in four categories. Please let me know your team's availability for a meet and confer this week. Thank you.

Best,
Sarah

**Sarah Jones**
Associate

**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, N.W.
Washington, D.C. 20005
(t) +1 202 895 7579
(m) +1 562 235 4795
sjones@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]