UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL ACTIONS | Civil Action No. 0:18-cv-01776 JRT/JFD<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENTS** |

Pursuant to Local Rule 5.6 and the Court's Protective Order, ECF No. 212, Exhibits B, C, D, E, and F to Certain Direct Action Plaintiffs' Memorandum in Support of Motion to Compel have been filed under seal. These documents were filed under seal because they contain sensitive information and/or were designated Confidential or Highly Confidential by the producing party under the Protective Order and redaction is impracticable.

September 20, 2022

Respectfully submitted,

/s/ David C. Eddy
David C. Eddy
Dennis J. Lynch
Travis C. Wheeler
NEXSEN PRUET LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 771-8900
Facsimile: (803) 253-8277
deddy@nexsenpruet.com
dlynch@nexsenpruet.com
twheeler@nexsenpruet.com

*Attorneys for Plaintiffs Nestlé USA, Inc.; Nestlé Purina PetCare Company; Conagra Brands, Inc.; Howard B. Samuels, solely as Chapter 7 Trustee of the estate of Central Grocers, Inc.; and Compass Group USA, Inc.*

September 20, 2022

*/s/ Scott E. Gant*
Scott E. Gant
Michael S. Mitchell
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, DC 20005
Tel: 202-237-2727
Fax: 202-237-6131
sgant@bsfllp.com
mmitchell@bsfllp.com

Colleen Harrison
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: 914-749-8204
Fax: 914-749-8300
charrison@bsfllp.com

Sarah L. Jones
BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street
Los Angeles, California 90017
Tel: 213-629-9040
Fax: 213-629-9022
sjones@bsfllp.com

*Attorneys for Plaintiffs Sysco Corporation and Amory Investments LLC*