UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Civil Action No. 0:18-cv-01776 JRT/JFD |

**MEET AND CONFER STATEMENT FOR CERTAIN DIRECT ACTION PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF SALES DATA**

As required by Federal Rule of Civil Procedure 37(a)(1), Local Rule 7.1, and Local Rule 37.1, certain Direct Action Plaintiffs have met and conferred with counsel for Defendants Hormel Foods Corporation, Hormel Foods, LLC, JBS USA, Inc., Smithfield Foods, Inc., Tyson Foods, Inc., Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc. and have engaged in good-faith efforts to resolve their dispute without court action. The parties were unable to resolve their dispute.

| | |
|---|---|
| DATED:  September 20, 2022 | Respectfully submitted,<br><br>*/s/ David C. Eddy*<br>David C. Eddy<br>Dennis J. Lynch<br>Travis C. Wheeler<br>NEXSEN PRUET LLC<br>1230 Main Street, Suite 700<br>Columbia, SC 29201<br>Telephone: (803) 771-8900<br>Facsimile: (803) 253-8277<br>deddy@nexsenpruet.com<br>dlynch@nexsenpruet.com<br>twheeler@nexsenpruet.com |

*Attorneys for Plaintiffs Nestlé USA, Inc.; Nestlé Purina PetCare Company; Conagra Brands, Inc.; Howard B. Samuels, solely as Chapter 7 Trustee of the estate of Central Grocers, Inc.; and Compass Group USA, Inc.*

2

September 20, 2022

/s/ Scott E. Gant
Scott E. Gant
Michael S. Mitchell
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, DC 20005
Tel: 202-237-2727
Fax: 202-237-6131
sgant@bsfllp.com
mmitchell@bsfllp.com

Colleen Harrison
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: 914-749-8204
Fax: 914-749-8300
charrison@bsfllp.com

Sarah L. Jones
BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street
Los Angeles, California 90017
Tel: 213-629-9040
Fax: 213-629-9022
sjones@bsfllp.com

*Attorneys for Plaintiffs Sysco Corporation and Amory Investments LLC*