# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL ACTIONS | Civil Action No. 0:18-cv-01776 JRT/JFD |

## [PROPOSED] ORDER GRANTING CERTAIN DIRECT ACTION PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF SALES DATA

Having come for hearing before the undersigned Magistrate Judge of the United States District Court for the District of Minnesota, and based upon all the filings, records, proceedings, and arguments of counsel, IT IS HEREBY ORDERED that the Motion to Compel filed by certain Direct Action Plaintiffs' [ECF 1493] is GRANTED in its entirety. Hormel Foods Corporation, Hormel Foods, LLC, JBS USA, Inc., Smithfield Foods, Inc., Tyson Foods, Inc., Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc. ("Defendants") shall produce the requested structured sales data within thirty (30) business days of the issuance of this Order.

IT IS SO ORDERED.

Dated: _____

_____
JOHN F. DOCHERTY
United States Magistrate Judge