## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 18-cv-01776 (JRT-JFD) |

### STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO CERTAIN DIRECT ACTION PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF SALES DATA

The undersigned parties ("Parties") stipulate and hereby request that the Court extend the deadline to respond to Certain Direct Action Plaintiffs' Motion to Compel Production of Sales Data filed on September 20, 2022. Certain Direct Action Plaintiffs' noticed the hearing on their motion for October 5, 2022.

1. Under Local Rule 7.1(b)(2), the current deadline for the Defendants against whom the motion is directed ("Certain Defendants") to respond is September 27, 2022.

2. The Parties have conferred, and Certain Defendants respectfully request and Certain Direct Action Plaintiffs do not oppose to extend the deadline for Certain Defendants to file their response in opposition to Certain Direct Action Plaintiffs' Motion to Compel Production of Sales Data to September 29, 2022.

3. The Parties thus stipulate that the deadline for Certain Defendants to file their response in opposition to Certain Direct Action Plaintiffs' Motion to Compel Production of Sales Data be moved to September 29, 2022.

Dated: September 22, 2022.

| | |
|---|---|
| /s/  Tiffany Rider Rohrbaugh | /s/ Craig. S. Coleman |
| Tiffany Rider Rohrbaugh (*pro hac vice*) | Richard A. Duncan (#0192983) |
| Rachel J. Adcox (*pro hac vice*) | Aaron D. Van Oort (#0315539) |
| Lindsey Strang Aberg (*pro hac vice*) | Craig S. Coleman (#0325491) |
| Allison Vissichelli (*pro hac vice*) | Emily E. Chow (#0388239) |
| AXINN, VELTROP & HARKRIDER LLP | Isaac B. Hall (#0395398) |
| 1901 L Street NW | FAEGRE DRINKER BIDDLE & REATH LLP |
| Washington, DC 20036 | 2200 Wells Fargo Center |
| (202) 912-4700 | 90 South Seventh Street |
| trider@axinn.com | Minneapolis, MN 55402-3901 |
| radcox@axinn.com | (612) 766-7000 |
| lstrang@axinn.com | richard.duncan@faegredrinker.com |
| avissichelli@axinn.com | aaron.vanoort@faegredrinker.com |
| | craig.coleman@faegredrinker.com |
| Jarod Taylor (*pro hac vice*) | emily.chow@faegredrinker.com |
| AXINN, VELTROP & HARKRIDER LLP | isaac.hall@faegredrinker.com |
| 90 State House Square | Jacob D. Bylund |
| Hartford, CT 06103 | Stephanie A. Koltookian |
| (860) 275-8109 | Robert C. Gallup (#0399100) |
| jtaylor@axinn.com | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 801 Grand Ave., 33rd Floor |
| Craig M. Reiser (*pro hac vice*) | Des Moines, IA 50309 |
| Kail Jethmalani (*pro hac vice*) | (515) 248-9000 |
| AXINN, VELTROP & HARKRIDER LLP | jacob.bylund@faegredrinker.com |
| 114 West 47th Street | stephanie.koltookian@faegredrinker.com |
| New York, NY 10036 | robert.gallup@faegredrinker.com |
| (212) 728-2200 | |
| creiser@axinn.com | Jonathan H. Todt |
| kjethmalani@axinn.com | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 1500 K Street NW, Suite 1100 |
| David P. Graham (#0185462) | Washington, DC 20005 |
| DYKEMA GOSSETT PLLC | (202) 842-8800 |
| 4000 Wells Fargo Center | jonathan.todt@faegredrinker.com |
| 90 South Seventh Street | |
| Minneapolis, MN 55402 | John S. Yi |
| (612) 486-1521 | FAEGRE DRINKER BIDDLE & REATH LLP |
| dgraham@dykema.com | One Logan Square, Suite 2200 |

***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.***

*/s/ Donald G. Heeman*
Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402-4206
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

***Counsel for JBS USA Food Company***

*/s/ David C. Eddy*
David C. Eddy
Dennis J. Lynch
Travis C. Wheeler
NEXSEN PRUET LLC

Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

***Counsel for Hormel Foods Corporation***

*/s/ John A. Cotter*
John A. Cotter (#0134296)
John A. Kvinge (#0392303)
LARKIN HOFFMAN DALY & LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
(972) 707-1809
brian@brownfoxlaw.com

***Counsel for Smithfield Foods, Inc.***

*/s/ Scott E. Gant*
Scott E. Gant
Michael S. Mitchell

3

| | |
|---|---|
| 1230 Main Street, Suite 700<br>Columbia, SC 29201<br>Telephone: (803) 771-8900<br>Facsimile: (803) 253-8277<br>deddy@nexsenpruet.com<br>dlynch@nexsenpruet.com<br>twheeler@nexsenpruet.com<br><br>***Counsel for Plaintiffs Nestlé USA, Inc.;<br>Nestlé Purina PetCare Company;<br>Conagra Brands, Inc.; Howard B.<br>Samuels, solely as Chapter 7 Trustee of<br>the estate of Central Grocers, Inc.; and<br>Compass Group USA, Inc.*** | BOIES SCHILLER FLEXNER LLP<br>1401 New York Ave., NW<br>Washington, DC 20005<br>Tel: 202-237-2727<br>Fax: 202-237-6131<br>sgant@bsfllp.com<br>mmitchell@bsfllp.com<br><br>Colleen Harrison<br>BOIES SCHILLER FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br>Tel: 914-749-8204<br>Fax: 914-749-8300<br>charrison@bsfllp.com<br><br>Sarah L. Jones<br>BOIES SCHILLER FLEXNER LLP<br>725 South Figueroa Street<br>Los Angeles, California 90017<br>Tel: 213-629-9040<br>Fax: 213-629-9022<br>sjones@bsfllp.com<br><br>***Counsel for Plaintiffs Sysco Corporation<br>and Amory Investments LLC*** |

4