# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 18-cv-01776 (JRT-JFD) |

## [PROPOSED] ORDER EXTENDING THE DEADLINE FOR DEFENDANTS TO RESPOND TO CERTAIN DIRECT ACTION PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF SALES DATA

The Court has reviewed and considered the Stipulation Extending the Deadline for Defendants to Respond to Certain Direct Action Plaintiffs' Motion to Compel Production of Sales Data. The Court hereby orders that the deadline for the Defendants against whom Certain Direct Action Plaintiffs' Motion to Compel Production of Sales Data to respond to the motion is extended to September 29, 2022.

**IT IS SO ORDERED.**
DATED: _____        _____
                                Hon. John F. Docherty
                                Magistrate Judge
                                United States District Court