# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-1776 (JRT/HB)<br><br>**Notice of Hearing on Motion for Final Approval of Class Action Settlement Between the Commercial and Institutional Indirect Purchaser Plaintiffs and Defendant Smithfield** |

NOTICE IS HEREBY GIVEN that at a hearing to be held on October 17, 2022 at 10:00 a.m., before the Honorable John R. Tunheim, Chief Judge for the United States Court for the District of Minnesota, via video conference, Commercial and Institutional Indirect Purchaser Plaintiffs will move the Court for final approval of the class action settlement between Commercial and Institutional Indirect Purchaser Plaintiffs and Defendant Smithfield Foods, Inc.

Pursuant to the United States District Court for the District of Minnesota's 28th Order regarding court operations (Apr. 29, 2021), the undersigned counsel will not request an in-person presentment of this Motion, and instead will present this motion by telephone or videoconference, as directed by the Court. Should the Court determine that an in-person hearing is necessary, the undersigned counsel is available at the Court's earliest availability.

Dated: September 23, 2022      **Larson · King, LLP**

By    *s/ Shawn M. Raiter*
Shawn M. Raiter (#240424)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
(651) 312-6500
sraiter@larsonking.com

Jonathan W. Cuneo (admitted *pro hac vice*)
Blaine Finley (admitted *pro hac vice*)
**Cuneo, Gilbert & LaDuca, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016
(202) 789-3960
jonc@cuneolaw.com
bfinley@cuneolaw.com

**Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**