## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT/HB) |
| This Document Relates To: | |
| COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTION | **Meet and Confer Statement** |

Pursuant to Local Rule 7.1(a)(1), Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") hereby state and certify that their counsel met and conferred with Defendant Smithfield's counsel regarding this motion for final approval of settlement. Counsel for Defendant Smithfield does not oppose CIIPPs' Motion for Final Approval of the Class Action Settlement Between Commercial and Institutional Indirect Purchaser Plaintiffs and Smithfield.

Dated: September 23, 2022

**Larson · King, LLP**

By   _s/ Shawn M. Raiter_
Shawn M. Raiter (#240424)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
sraiter@larsonking.com

Jonathan W. Cuneo (admitted *pro hac vice*)
Blaine Finley (admitted *pro hac vice*)
**Cuneo, Gilbert & LaDuca, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC  20016
(202) 789-3960
jonc@cuneolaw.com
bfinley@cuneolaw.com

**Interim Co-Lead Counsel for the Commercial
and Institutional Indirect Purchaser Plaintiffs**