# EXHIBIT A



Brian E. Robison
972-707-1809
brian@brownfoxlaw.com


April 14, 2022


<u>**VIA USPS PRIORITY MAIL**</u>

U.S. Attorney General Merrick Garland
Office of the Attorney General
U. S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

Re:   <u>**CAFA Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**</u>;
      *In re: Pork Antitrust Litigation*, No. 0:18-cv-01776-JRT-HB, in the United States
      District Court for the District of Minnesota

Dear Attorney General Garland:

Smithfield Foods, Inc. ("Smithfield") is a defendant in the above-referenced matter that is pending in the United States District Court for the District of Minnesota before the Honorable John R. Tunheim.  In compliance with the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, Smithfield hereby serves you with notice that a proposed settlement of this action between Smithfield and the Commercial and Institutional Indirect Purchaser Plaintiffs as well as a class of similarly situated purchasers ("CIIPPs") has been filed with the Court.

The CIIPPs' latest consolidated complaint asserts a claim for nationwide injunctive relief under Section 1 of the Sherman Act and claims for damages under the antitrust laws, consumer-protection acts, and common-law theory of unjust enrichment of several states.  All of the CIIPPs' causes of action arise from an alleged agreement to restrict the supply of, and thereby raise the price of, pork.  Smithfield denies all of these claims, denies all liability under all of the CIIPPs' causes of action, but has agreed to settle this lawsuit to avoid the expense, uncertainty, delay, and other risks inherent in further litigation.

## PROPOSED SETTLEMENT CLASS DEFINITION

The proposed settlement class consists of:

All entities who indirectly purchased Pork from Defendants or co-conspirators or their respective subsidiaries or affiliates in the United States during the Class Period for their own business use in commercial food preparation.

Specifically excluded from the Settlement Class are Defendants; the officers, directors or employees of any Defendant; the parent companies of any Defendant; the subsidiaries of any Defendant and any entity in which any Defendant has a controlling interest; purchasers of Pork that purchased Pork directly from any Defendant, including those that directly purchased Pork for resale in an unmodified and untransformed form; and any affiliate, legal representative, heir or assign of any Defendant. Also excluded from the Settlement Class are any federal, state or local governmental entities, any judicial officer presiding over this action and the members of his/her immediate family and judicial staff, any juror assigned to this action.

## MATERIALS REQUIRED BY 28 U.S.C. § 1715

I have enclosed a DVD containing the materials required by 28 U.S.C. § 1715(b). We have prepared this DVD in Adobe Acrobat (.pdf) format.

**(1)     A copy of the complaint and any materials filed with the complaint and any amended complaints.**

Folder 1 in the enclosed DVD contains the following complaints filed by the CIIPPs: the First Amended and Consolidated Class Action Complaint (filed on August 17, 2018); the Second Amended and Consolidated Class Action Complaint (Redacted Version) (filed on November 6, 2019); the Third Amended and Consolidated Class Action Complaint (filed on January 15, 2020); and the Fourth Amended and Consolidated Class Action Complaint (filed on June 15, 2021).

**(2)     Notice of any scheduled judicial hearing in the class action.**

The Court has not set a hearing on the CIIPPs' motion for preliminary approval of the settlement with Smithfield. The Court could set a hearing on that motion at any time. In order to monitor the Court's schedule for hearing dates and changes to hearing dates, you may find scheduling information by visiting the "CM/ECF" online docket for the above-captioned case at https://ecf.mnd.uscourts.gov/cgi-

bin/DktRpt.pl?145327783640445-L_1_1-1 or the settlement website at
www.porkcommercialcase.com.

**(3)    Any proposed or final notification to class members of — (A) (i) the members' rights to request exclusion from the class action; or (ii) if no right to request exclusion exists, a statement that no such right exists; and (B) a proposed settlement of a class action.**

The CIIPPs have not yet filed their proposed class notices with the Court or their motion for approval of a notice plan.  Once filed, those materials should be available through the "CM/ECF" online docket for the above-captioned case at https://ecf.mnd.uscourts.gov/cgi-bin/DktRpt.pl?145327783640445-L_1_1-1 and the settlement website at www.porkcommercialcase.com.

Folder 3 in the enclosed DVD includes the final long-form class action notice and the proposed email notice and banner notice that the Court eventually approved for use for the CIIPPs' prior settlement with one other defendant: JBS USA Food Company ("JBS").

**(4)    Any proposed or final class action settlement.**

Folder 4 in the enclosed DVD contains a copy of Smithfield's settlement agreement with the CIIPPs, which was fully executed on March 19, 2022.

Folder 4 in the enclosed DVD also contains a copy of the class action settlement agreement signed by the CIIPPs and JBS on March 25, 2021.

**(5)    Any settlement or other agreement contemporaneously made between class counsel and counsel for the defendants.**

As set forth in Paragraph 20 of the Settlement Agreement, Smithfield has the unilateral right to terminate the settlement if Settlement Class Members who meet certain criteria exclude themselves from the Settlement Class.  As disclosed in the settlement agreement, Smithfield and class counsel entered into a confidential letter agreement that contains information necessary for the parties to determine whether Smithfield can terminate the settlement.  Upon request, Smithfield will provide this supplemental agreement to your office on a confidential basis.  Please let us know if you need a copy.

**(6)    Any final judgment or notice of dismissal.**

Because the CIIPPs' motion for preliminary approval of their class action settlement with Smithfield was just filed on April 8, 2022, there has been no final judgment or notice of dismissal entered as to Smithfield.

Folder 6 in the enclosed DVD contains a copy of the order granting final approval of the CIIPP settlement with JBS and entering final judgment as to JBS.

**(7) (A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.**

It is not feasible to provide the information requested in subsection 7(A) at this time. Because the proposed settlement class includes entities that bought pork not only from Smithfield but also from other defendants, Smithfield does not have knowledge of the names of the class members who reside in each state or the estimated proportionate share of the claims of such class members. The names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class member names by state of residence.

Class members that properly submit claim forms and supporting documentation shall receive a share of the settlement fund.

**(8)      Any written judicial opinion relating to the materials described under subparagraphs (3) through (6).**

Because the CIIPPs' motion for preliminary approval of their class action settlement with Smithfield was just filed on April 8, 2022, there has been no written judicial opinion entered relating to the Smithfield class action settlement, the proposed notice to the Smithfield settlement class, preliminary or final approval of the Smithfield settlement, or the other matters discussed in 28 U.S.C. § 1715(b)(3)-(6).

Folder 8 in the enclosed DVD contains the Court's order granting preliminary approval of the CIIPPs' settlement with JBS and the order approving the notice plan for the JBS settlement. Other filings related to the CIIPP-JBS settlement are in other folders on the enclosed DVD.

------------

Any materials relating to the proposed settlement that are filed after the service of this notice can be found by visiting the "CM/ECF" online docket for the above-captioned case at https://ecf.mnd.uscourts.gov/cgi-bin/DktRpt.pl?145327783640445-L_1_1-1. These materials can also be obtained by visiting the settlement website at

www.porkcommercialcase.com, to which class members will be directed to obtain updated information regarding the settlement.

------------

Please be advised that the parties will ask that the Court find that this notice fully complies with CAFA, and there will be no supplement to this notice.  Please do not hesitate to contact me with any questions you may have regarding these materials.


Sincerely,

Brian E. Robison
Counsel for Smithfield Foods, Inc.

Enclosures

The Honorable Merrick Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

The Honorable Phil Weiser
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

The Honorable Steve Marshall
Office of the Attorney General
P.O. Box 300152
Montgomery, AL 36130-0152

The Honorable William Tong
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106

The Honorable Treg Taylor
Office of the Attorney General
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501-1994

The Honorable Kathy Jennings
Delaware Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

The Honorable Fainu'ulelei Falefatu Ala'ilima-Utu
Department of Legal Affairs
Executive Office Bldg., 3rd Floor
P.O. Box 7
Utulei, AS 96799

The Honorable Karl A. Racine
Office of the Attorney General
400 6th Street NW
Washington, D.C. 20001

The Honorable Mark Brnovich
Office of the Attorney General
2005 N Central Ave.
Phoenix, AZ 85004-2926

The Honorable Ashley Moody
Office of the Attorney General
State of Florida
PL 01 The Capitol
Tallahassee, FL 32399-1050

The Honorable Leslie Rutledge
Office of the Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201-2610

The Honorable Chris Carr
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334-1300

CAFA Coordinator
Office of the Attorney General
Consumer Protection Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

The Honorable Leevin T. Camacho
Office of the Attorney General
ITC Building
590 S. Marine Corps Drive, Suite 706
Tamuning, Guam 96913

The Honorable Holly T. Shikada
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813

The Honorable Jeff Landry
State of Louisiana Department of Justice
P.O. Box 94005
Baton Rouge, LA 70804

The Honorable Lawrence Wasden
Office of the Attorney General
State of Idaho
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-1000

The Honorable Aaron Frey
Office of the Attorney General
6 State House Station
Augusta, ME 04333

The Honorable Kwame Raoul
Office of the Attorney General
James R. Thompson Center
100 W. Randolph Street
Chicago, IL 60601

The Honorable Brian Frosh
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202-2202

The Honorable Todd Rokita
Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Office of Massachusetts Attorney General Maura Healey
ATTN: CAFA Coordinator/General Counsel's Office
One Ashburton Place
Boston, MA 02108

The Honorable Tom Miller
Office of the Attorney General of Iowa
Hoover State Office Building
1305 E. Walnut St.
Des Moines, IA 50319

The Honorable Dana Nessel
Department of the Attorney General
P.O. Box 30212
Lansing, MI 48909

The Honorable Derek Schmidt
Office of the Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597

The Honorable Keith Ellison
Office of the Minnesota Attorney General
445 Minnesota St., Suite 1400
Saint Paul, MN 55101-2131

The Honorable Daniel Cameron
Office of the Attorney General
700 Capitol Avenue, Suite 118
Frankfort, KY 40601-3449

The Honorable Lynn Fitch
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205

The Honorable Eric Schmitt
Missouri Attorney General's Office
Supreme Court Building
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102

CAFA Coordinator
Office of the Attorney General
28 Liberty Street, 15th Floor
New York, NY  10005

The Honorable Austin Knudsen
Office of the Attorney General
Justice Building, Third Floor
215 N. Sanders
P.O. Box 201401
Helena, MT 59620-1401

The Honorable Josh Stein
North Carolina Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001

The Honorable Doug Peterson
Nebraska Attorney General's Office
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509

The Honorable Drew Wrigley
Office of the Attorney General
600 E. Boulevard Avenue, Department 125
Bismarck, ND 58505-0040

The Honorable Aaron D. Ford
Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701

The Honorable Edward Manibusan
Office of the Attorney General
Administration Building
Caller Box 10007
Saipan, MP 96950

The Honorable John Formella
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301

The Honorable Dave Yost
Office of the Attorney General
30 E. Broad Street, 14th Floor
Columbus, OH 43215

The Honorable Matthew J. Platkin
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625

The Honorable John O'Connor
Office of the Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

The Honorable Hector Balderas
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501

The Honorable Ellen F. Rosenblum
Oregon Department of Justice
1162 Court Street, NE
Salem, OR 97301-4096

The Honorable Josh Shapiro
Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

The Honorable Sean Reyes
Office of the Attorney General
P.O. Box 142320
Salt Lake City, UT 84114-2320

The Honorable Domingo Emanuelli Hernández
Department of Justice
P.O. Box 9020192
San Juan, PR 00902-0192

The Honorable TJ Donovan
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609

The Honorable Peter F. Neronha
RI Office of the Attorney General
150 S. Main Street
Providence, RI 02903

The Honorable Denise N. George
Office of the Attorney General
3438 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, VI 00802

The Honorable Alan Wilson
Office of the Attorney General
P.O. Box 11549
Columbia, SC 29211-1549

The Honorable Jason Miyares
Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219

The Honorable Jason R. Ravnsborg
Office of the Attorney General
1302 East Highway 14
Suite 1
Pierre, SD 57501-8501

The Honorable Bob Ferguson
Office of the Attorney General
1125 Washington St., SE
P.O. Box 40100
Olympia, WA 98504-0100

The Honorable Herbert H. Slatery, III
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207

The Honorable Patrick Morrisey
Office of the Attorney General
State Capitol Complex, Bldg. 1, Rm. E-26
1900 Kanawha Blvd. E
Charleston, WV 25305

The Honorable Ken Paxton
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

The Honorable Josh Kaul
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857

The Honorable Bridget Hill
Office of the Attorney General
109 State Capitol
Cheyenne, WY  82002