# Attachment 1

Notice of Class Action Settlement
Pork Antitrust Litigation (CIIPP) <no-reply@porkcommercialcase.com>
To:

<u>Court Approved Legal Notice</u>

# If you purchased any Pork product in the United States from January 1, 2009, through April 19, 2022, for business use in commercial food preparation, a class action settlement may affect your rights.

A Settlement has been reached in a class action antitrust lawsuit filed on behalf of Commercial and Institutional Indirect Purchaser Plaintiffs with Defendant Smithfield Foods, Inc. and related or affiliated entities ("Smithfield" or "Settling Defendant"). The Settlement requires Smithfield to pay $42,000,000. There will be no payments to the Settlement Class at this time. You will be notified later of an opportunity to file a claim. Before any money is paid, the Court will hold a hearing to decide whether to approve the Settlement.

The United States District Court for the District of Minnesota authorized this notice. This Court ordered notice may affect your rights. Please read this notice carefully.

**WHO IS INCLUDED?**

For settlement purposes, members of the Settlement Class are defined as all entities who indirectly purchased Pork from Defendants or co-conspirators or their respective subsidiaries or affiliates in the United States from January 1, 2009, to April 19, 2022, for their own business use in commercial food preparation.

Only Settlement Class members in the following jurisdictions are eligible to potentially recover money from the settlement: Arkansas, Arizona, California, District of Columbia, Florida, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia and/or Wisconsin.

For purposes of the Settlement, "Pork" means porcine or swine products processed, produced or sold by Smithfield, or by any of the Defendants or their co-conspirators, including but not limited to: primals (including but not limited to loins, shoulders, picnics, butts, ribs, bellies, hams, or legs), trim or sub-primal products (including but not limited to backloins, tenderloins, backribs, boneless loins, boneless sirloins, riblets, chef's prime, prime ribs, brisket, skirt, cushion, ground meats, sirloin tip roast, or hocks), further processed and value added porcine products (including, but not limited to bacon, sausage, lunch meats, further processed ham, or jerky products), offal or variety products

(including, but not limited to hearts, tongues, livers, head products, spleens, kidneys, feet, stomach, bladder, uterus, snoot, ears, tail, brisket bone, intestines, jowls, neck bones or other bones, skin, lungs, glands, hair, or pet food ingredients), rendered product and byproducts (including, but not limited to, lard, grease, meat meal, bone meal, blood meal, or blood plasma), casings (including, but not limited to, mucosa), and carcasses.

In addition to Smithfield, the Defendants and alleged co-conspirators in this lawsuit are JBS USA Food Company, JBS USA Food Company Holdings, Swift Pork Company, Clemens Food Group, LLC, The Clemens Family Corporation, Hormel Foods Corporation, Seaboard Foods LLC, Triumph Foods, LLC, Tyson Foods, Inc., Tyson Prepared Foods, Inc., Tyson Fresh Meats, Inc., and Agri Stats, Inc.

If you are not sure you are included, you can get more information, including a detailed notice, at the Settlement Website here or by calling toll-free 1-855-867-0738.

**WHAT IS THIS LAWSUIT ABOUT?**

Commercial and Institutional Indirect Purchaser Plaintiffs allege that Defendants and their co-conspirators conspired and combined to fix, raise, maintain, and stabilize the price of Pork products, from at least January 1, 2009, with the intent and expected result of increasing prices of Pork products in the United States, in violation of federal antitrust laws and various state antitrust, consumer protection and unfair trade practices, and unjust enrichment laws. Smithfield denies it did anything wrong. The Court did not decide which side was right, but both sides agreed to the Settlement to resolve the case and get benefits to the Settlement Class. The case is still proceeding on behalf of the Commercial and Institutional Indirect Purchaser Plaintiffs against other Defendants who may be subject to separate settlements, judgments, or class certification orders.

**WHAT DOES THE SETTLEMENT PROVIDE?**

The Settlement Agreement provides that Smithfield will pay $42,000,000 to resolve all Settlement Class members' claims against Smithfield for the Released Claims (as defined in the Settlement Agreement). In addition to this monetary benefit, Smithfield has also agreed to certain injunctive relief and to provide specified cooperation in the Commercial and Institutional Indirect Purchaser Plaintiffs' continued prosecution of the litigation. No money will be distributed at this time. Settlement Class Counsel will continue to pursue the lawsuit against the other Defendants. Settlement Class Counsel may request that the Court award attorneys' fees and permit the reimbursement of certain litigation costs and expenses. Settlement Class Counsel will also seek permission to set aside up to five percent of the Settlement Fund for future litigation expenses to be used in the continuing lawsuits against the non-settling Defendants and will seek service awards for the class representatives. When Settlement Class Counsel's motion for fees, costs, expenses, and service awards is filed, it will be available on the Settlement Website here. The motion will be posted on the website at least 14 days before the deadline for objecting, commenting on, or excluding yourself from the Settlement. Settlement Class Counsel will ask the Court for attorneys' fees based on their services in this litigation, not to exceed one third of the Settlement Fund net of any expense reimbursement and class representative service awards, and will ask to be reimbursed for certain expenses already incurred on behalf of the Settlement Class in an amount not to exceed $1,400,000. All Settlement funds that remain after payment of the Court ordered attorneys' fees, costs, expenses, and service awards will be distributed at the conclusion of the lawsuit or as ordered by the Court. You will be notified later, if and when there is an opportunity to make a claim to receive a payment.

**WHAT ARE YOUR RIGHTS AND OPTIONS?**

You do not need to take any action to remain a member of the Settlement Class and be bound by the Settlement Agreement. As a Settlement Class member, you may be able to participate in (or exclude yourself from) any future settlements or judgments obtained by Commercial and Institutional Indirect Purchaser Plaintiffs against other Defendants in the case.

If you do not want to be legally bound by the Settlement Agreement, you must exclude yourself. Your exclusion request must be **postmarked** by **September 3, 2022**, or you will not be able to sue or continue to sue Settling Defendants for the Released Claims (as defined in the Settlement Agreement). If you exclude yourself, you cannot get money from the Settlement. If you do not exclude yourself from the Settlement Class, you may object to the Settlement. Your objection must be **postmarked** by **September 3, 2022**. The detailed notice explains how to exclude yourself or object. Details may also be found on the FAQs page of the Settlement website here.

While this Settlement is only with Settling Defendants at this time, the Settlement Class includes purchasers of Pork products (as defined in the Settlement Agreement) from **any** of the Defendants or their co-conspirators. If you are a member of the Settlement Class and do not exclude yourself, you may be eligible to participate in (or exclude yourself from) any additional settlements which may arise with any other Defendants in the case.

The Court will hold a hearing in this case *In re Pork Antitrust Litigation* (Commercial and Institutional Indirect Purchaser Actions), Case No. 0:18-cv-01776-JRT-HB (D. Minn.) on October 17, 2022, at 10:00 a.m., via video conference, to consider whether to approve the Settlement Agreement. You may ask to speak at the hearing, but you do not have to.

**This notice is a summary only. You can find more details about the Settlement here or by calling toll-free 1-855-867-0738. Please do not contact the Court.**

AG750_v03

To unsubscribe from this list, please click on the following link: Unsubscribe

Attachment 2

# If you purchased any Pork product in the United States from January 1, 2009, through April 19, 2022, for business use in commercial food preparation, a class action settlement may affect your rights.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

- A Settlement has been reached in a class action antitrust lawsuit filed on behalf of Commercial and Institutional Indirect Purchaser Plaintiffs with Defendant Smithfield Foods, Inc. and related or affiliated entities ("Smithfield" or "Settling Defendant"). This Settlement only applies to the Settling Defendant and does not dismiss claims against other Defendants in the case entitled *In re Pork Antitrust Litigation (Commercial and Institutional Indirect Purchaser Actions)*, Case No. 0:18-cv-01776 (D. Minn.).

- If approved by the Court, the Settlement will resolve a lawsuit over whether Smithfield combined and conspired in restraint of trade, the purpose and effect of which was to suppress competition and to allow Smithfield and other Pork producers to charge supra-competitive prices for Pork products during the Settlement Class Period, in violation of federal and state laws. If approved, the Settlement will avoid litigation costs and risks to Commercial and Institutional Indirect Purchaser Plaintiffs and Smithfield and will release Smithfield from liability to members of the Settlement Class.

- The Settlement requires Smithfield to pay $42,000,000. In addition to this monetary payment, Smithfield has agreed to certain injunctive relief and to provide specified cooperation in the Commercial and Institutional Indirect Purchaser Plaintiffs' continued prosecution of the litigation. There will be no payments to the Settlement Class at this time. You will be notified later of an opportunity to file a claim.

- In 2021, notice was provided regarding a settlement with Defendants JBS USA Food Company, JBS USA Food Company Holdings, Swift Pork Company, and related or affiliated entities ("JBS"). This Notice is for the Smithfield Settlement, a new settlement within the same lawsuit. You may be a member of the Settlement Class in either or both settlements with separate rights as to each Settlement.

- The Court has not decided whether Smithfield did anything wrong, and Smithfield denies any wrong-doing. Your legal rights are affected whether you act or do not act. Please read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS | | DEADLINE |
|---|---|---|
| **EXCLUDE YOURSELF** | Get no settlement benefits, but keep any right to file your own lawsuit or be part of any *other* lawsuit against Smithfield regarding the Released Claims (as defined in the Settlement Agreement). | **Postmarked by September 3, 2022** |
| **OBJECT** | Write to the Court about why you do not like the Settlement. | **Postmarked by September 3, 2022** |
| **ATTEND A HEARING** | Ask to speak to the Court about the fairness of the Settlement. | **Notice of Appearance: September 3, 2022** |
| **DO NOTHING** | You will remain part of the Settlement and you may participate in any monetary distribution, which may happen later. The Settlement will resolve your claims against Smithfield, and you will give up your rights to sue Smithfield about the Released Claims (as defined in the Settlement Agreement). You will be bound by the judgment. | |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

- The Court in charge of this case must still decide whether to approve the Settlement and the requested attorneys' fees and expenses.

**Questions? Go to www.PorkCommercialCase.com or call 1-855-867-0738**

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION** ...........................................................................................**PAGE 3**
    1.  What is this lawsuit about?
    2.  Why is the lawsuit a class action?
    3.  Why is there a Settlement?
    4.  What if I received previous communications regarding this lawsuit?

**WHO IS INCLUDED IN THE SETTLEMENT** ...........................................................**PAGE 4**
    5.  How do I know if I am part of the Settlement?
    6.  What Pork products are included in the Settlement?
    7.  Are there exceptions to being included in the Settlement?
    8.  What if I am still not sure whether I am part of the Settlement?

**THE BENEFITS OF THE SETTLEMENT** ...............................................................**PAGE 5**
    9.  What does the Settlement with Smithfield provide?
    10. What are the Settlement benefits being used for?
    11. What am I giving up by staying in the Settlement Class?
    12. What are the Released Claims?
    13.  What happens if I do nothing at all?

**EXCLUDING YOURSELF FROM THE SETTLEMENT** ...........................................**PAGE 6**
    14. How do I exclude myself from the Settlement with Smithfield?
    15. If I exclude myself, can I get anything from the Settlement with Smithfield?
    16. If I do not exclude myself, can I sue Smithfield for the same thing later?

**OBJECTING TO THE SETTLEMENT** ....................................................................**PAGE 7**
    17. How do I tell the Court that I do not like the Settlement?
    18. What is the difference between objecting and excluding myself?

**THE LAWYERS REPRESENTING YOU** ................................................................**PAGE 8**
    19. Do I have lawyers in this case?
    20. How will Settlement Class Counsel be paid?

**THE COURT'S FAIRNESS HEARING** ..................................................................**PAGE 8**
    21. When and where will the Court decide whether to approve the Settlement?
    22. Do I have to attend the Fairness Hearing?
    23. May I speak at the Fairness Hearing?

**GETTING MORE INFORMATION** .........................................................................**PAGE 9**
    24. How do I get more information?

**Questions? Go to www.PorkCommercialCase.com or call 1-855-867-0738**

## BASIC INFORMATION

| 1.   What is this lawsuit about? |
|---|

This class action is called *In re Pork Antitrust Litigation (Commercial and Institutional Indirect Purchaser Actions)*, Case No. 0:18-cv-01776, and is pending in the United States District Court for the District of Minnesota. United States District Court Judge John R. Tunheim is overseeing this class action. Commercial and Institutional Indirect Purchaser Plaintiffs allege that Defendants and their co-conspirators conspired and combined to fix, raise, maintain, and stabilize the price of Pork products, from at least January 1, 2009, with the intent and expected result of increasing prices of Pork products in the United States, in violation of federal antitrust laws and various state antitrust, consumer protection and unfair trade practices, and unjust enrichment laws.

The Defendants and co-conspirators named in the Commercial and Institutional Indirect Purchaser Plaintiffs' Fourth Amended and Consolidated Class Action Complaint are producers of Pork products in the United States and a company that provides benchmarking reports in certain agricultural industries. In this notice, "Defendants" refers to JBS USA Food Company, JBS USA Food Company Holdings, Swift Pork Company, Clemens Food Group, LLC, The Clemens Family Corporation, Hormel Foods Corporation, Seaboard Foods LLC, Smithfield Foods, Inc., Triumph Foods, LLC, Tyson Foods, Inc., Tyson Prepared Foods, Inc., Tyson Fresh Meats, Inc., and Agri Stats, Inc.

Commercial and Institutional Indirect Purchaser Plaintiffs have reached this Settlement with Smithfield (and a prior settlement with JBS). However, the Commercial and Institutional Indirect Purchaser Plaintiffs' case is still proceeding against other Defendants. Those other Defendants may be subject to separate settlements, judgments, or class certification orders. If applicable, you will receive a separate notice regarding the progress of the litigation and any resolution of claims against the other Defendants.

Smithfield has denied all allegations of wrongdoing in this lawsuit and would allege numerous defenses to Plaintiffs' claims if the case against it were to proceed.

| 2.   Why is the lawsuit a class action? |
|---|

In a class action lawsuit, one or more people or businesses called class representatives sue on behalf of others who have similar claims, all of whom together are a "class." Individual class members do not have to file a lawsuit to participate in the class action settlement or be bound by the judgment in the class action. One court resolves the issues for everyone in the class, except for those who exclude themselves from the class. The current class representatives in this case are the Plaintiffs: Sandee's Bakery; Confetti's; Francis T. Enterprises d/b/a Erbert & Gerbert's; Joe Lopez, d/b/a Joe's Steak and Leaf; Longhorn's Steakhouse; The Grady Corporation; Mcmjoynt LLC d/b/a The Breakfast Joynt; Edley's Restaurant Group, LLC; Basil Mt. Pleasant, LLC; Basil Charlotte, Inc.; Farah's Courtyard Deli, Inc.; and Tri-Ten LLC.

| 3.   Why is there a Settlement? |
|---|

The Court did not decide in favor of Commercial and Institutional Indirect Purchaser Plaintiffs or Smithfield. Commercial and Institutional Indirect Purchaser Plaintiffs believe they may have won at trial and possibly obtained a greater recovery. Smithfield believes the Commercial and Institutional Indirect Purchaser Plaintiffs may not have succeeded at class certification or won at a trial. But litigation involves risks to both sides, and therefore Commercial and Institutional Indirect Purchaser Plaintiffs and Smithfield have agreed to the Settlement. The Settlement requires Smithfield to pay money, as well as agree to certain injunctive relief and provide specified cooperation in the

**Questions? Go to www.PorkCommercialCase.com or call 1-855-867-0738**

3

Commercial and Institutional Indirect Purchaser Plaintiffs' continued prosecution of the litigation. Commercial and Institutional Indirect Purchaser Plaintiffs and their attorneys believe the Settlement is in the best interests of all Settlement Class members.

## 4.   What if I received previous communications regarding this lawsuit?

You may have received other communications regarding this lawsuit, including solicitations by other attorneys seeking to represent you as a plaintiff in an individual (or "direct action") lawsuit against Defendants. These communications were not approved by the Court and did not come from Court-appointed Settlement Class Counsel. You should carefully review this Notice and your rights as a potential member of the Settlement Class before deciding whether to opt out or stay in the Settlement Class.

## WHO IS INCLUDED IN THE SETTLEMENT?

## 5.   How do I know if I am part of the Settlement?

The Court decided that, for settlement purposes, members of the Settlement Class are defined as:

> All entities who indirectly purchased Pork from Defendants or co-conspirators or their respective subsidiaries or affiliates in the United States during the Settlement Class Period for their own business use in commercial food preparation.

> The Settlement Class Period is from January 1, 2009, to April 19, 2022.

All Settlement Class members are members of the nationwide class. Only Settlement Class members in the following jurisdictions are eligible to potentially recover money from the settlement funds: Arkansas, Arizona, California, District of Columbia, Florida, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia and/or Wisconsin.

While this Settlement is only with Smithfield at this time, the Settlement Class includes purchasers of Pork products (as defined in the Settlement Agreement) from *any* of the Defendants or their co-conspirators. If you are a member of the Settlement Class and do not exclude yourself, you may be eligible to participate in (or exclude yourself from) any additional settlements which may arise with any other Defendants in the case.

## 6.   What Pork products are included in the Settlement?

For purposes of the Settlement, "Pork" means porcine or swine products processed, produced or sold by Smithfield, or by any of the Defendants or their co-conspirators, including but not limited to: primals (including but not limited to loins, shoulders, picnics, butts, ribs, bellies, hams, or legs), trim or sub-primal products (including but not limited to backloins, tenderloins, backribs, boneless loins, boneless sirloins, riblets, chef's prime, prime ribs, brisket, skirt, cushion, ground meats, sirloin tip roast, or hocks), further processed and value added porcine products (including, but not limited to bacon, sausage, lunch meats, further processed ham, or jerky products), offal or variety products (including, but not limited to hearts, tongues, livers, head products, spleens, kidneys, feet, stomach, bladder, uterus, snoot, ears, tail, brisket bone, intestines, jowls, neck bones or other bones, skin, lungs, glands, hair, or pet food ingredients), rendered product and byproducts (including, but not limited to, lard, grease, meat meal, bone meal, blood meal, or blood plasma), casings (including, but not limited to, mucosa), and carcasses.

## 7.   Are there exceptions to being included in the Settlement?

Yes. Specifically excluded from the Settlement Class are the Defendants; the officers, directors, or employees of any Defendant; the parent companies of any Defendant; the subsidiaries of any Defendant and any entity in which Defendant has a controlling interest; purchasers of Pork that purchased Pork directly from any Defendant, including those that directly purchased Pork for resale in an unmodified and untransformed form; and any affiliate, legal representative, heir or assign of any Defendant. Also excluded from the Settlement Class are any federal, state or local government entities, any judicial officer presiding over this action and the members of his/her immediate family and judicial staff, any juror assigned to this action.

If you are in one of these categories, you are not a member of the Settlement Class and not eligible to participate in the Settlement.

## 8.   What if I am still not sure whether I am part of the Settlement?

If you are still not sure if you included, please review the detailed information contained in the Settlement Agreement, available at www.PorkCommercialCase.com, or call the Settlement Administrator toll-free at 1-855-867-0738.

### THE BENEFITS OF THE SETTLEMENT

## 9.   What does the Settlement with Smithfield provide?

If the Settlement is approved, Smithfield will pay $42,000,000 to resolve all Settlement Class members' claims against Smithfield for the Released Claims (as defined in the Settlement Agreement). In addition to this monetary benefit, Smithfield has also agreed to certain injunctive relief and to provide specified cooperation in the Commercial and Institutional Indirect Purchaser Plaintiffs' continued prosecution of the litigation. The Settlement Agreement is available at www.PorkCommercialCase.com.

## 10. What are the Settlement benefits being used for?

No money will be distributed at this time. Settlement Class Counsel will continue to pursue the lawsuit against the other Defendants. Settlement Class Counsel may request that the Court award attorneys' fees and permit the reimbursement of certain litigation costs and expenses. Settlement Class Counsel will also seek permission to set aside up to seven percent of the Settlement Fund for future litigation expenses to be used in the continuing lawsuits against the non-settling Defendants and will seek service awards for the class representatives. See Question 20 for more information regarding Settlement Class Counsel's attorneys' fees, costs, expenses, and class representative service awards. All Settlement funds that remain after payment of the Court ordered attorneys' fees, costs, expenses, and service awards will be distributed at the conclusion of the lawsuit or as ordered by the Court. You will be notified later, when there is an opportunity to make a claim to receive a payment.

## 11. What am I giving up by staying in the Settlement Class?

Unless you exclude yourself, you are staying in the Settlement Class, which means that you cannot sue, continue to sue, or be part of any other lawsuit against the Settling Defendant that pertains to the Released Claims (as defined in the Settlement Agreement).

**Questions? Go to www.PorkCommercialCase.com or call 1-855-867-0738**

5

It also means that all of the Court's orders will apply to you and legally bind you. The Released Claims are detailed in the Settlement Agreement, available at www.PorkCommercialCase.com.

You are not releasing your claims against any Defendant other than the Settling Defendant by staying in the Settlement Class.

## 12. What are the Released Claims?

The Settlement Agreement in paragraph 15 (titled "Release") describes the "Released Claims" and the "Released Parties" in necessary legal terminology, so read this section carefully. The Settlement Agreement is available at www.PorkCommercialCase.com or in the public court records on file in this lawsuit. For questions regarding the Releases or what they mean, you can also contact one of the lawyers listed in Question 17 for free, or you can talk to your own lawyer at your own expense.

## 13. What happens if I do nothing at all?

If you do nothing, you will remain a member of the Settlement Class and may participate in this Settlement if you submit a Valid Claim Form, if required, when that option is available at a later date. You will also have the opportunity to participate in (or exclude yourself from) any future settlements or judgments obtained by Commercial and Institutional Indirect Purchaser Plaintiffs against other Defendants in the case.

### EXCLUDING YOURSELF FROM THE SETTLEMENT

## 14. How do I exclude myself from the Settlement with Smithfield?

If you do not want the benefits offered by the Settlement and you do not want to be legally bound by the terms of the Settlement, or if you wish to pursue your own separate lawsuit against the Settling Defendant, you must exclude yourself by submitting a written request to the Settlement Administrator stating your intent to exclude yourself from the Settlement Class (an "Exclusion Request"). Your Exclusion Request must include the following:

    (a)    Your name and address;
    (b)    A statement that you want to be excluded from the Settlement Class in *In re Pork Antitrust Litigation (Commercial and Institutional Indirect Purchaser Actions)*; and
    (c)    Your signature.

You must mail your Exclusion Request, **postmarked** by **September 3, 2022**, to:

Pork Commercial and Institutional Indirect Purchaser Litigation
P.O. Box 6610
Portland, OR 97228-6610

## 15. If I exclude myself, can I still get anything from the Settlement with Smithfield?

No. If you exclude yourself, you are telling the Court that you do not want to be part of the Settlement with Smithfield. You can only get settlement benefits from the Settlement with Smithfield if you stay in the Settlement and you may obtain monetary relief if you submit a valid Claim Form when that option is available at a later date.

**16. If I do not exclude myself, can I sue Smithfield for the same thing later?**

No. Unless you exclude yourself, you give up the right to sue Smithfield for the claims that the Settlement resolves. If you have a pending lawsuit against Smithfield, speak to your lawyer for that lawsuit immediately to determine whether you must exclude yourself from this Settlement Class to continue your own lawsuit against the Settling Defendant.

By staying in the lawsuit, you are not releasing your claims in this case against any Defendant other than the Settling Defendant.

## OBJECTING TO THE SETTLEMENT

**17. How do I tell the Court that I do not like the Settlement?**

If you are a member of the Settlement Class and have not excluded yourself from the Settlement, you can object to the Settlement if you do not like part or all of it. The Court will consider your views.

To object, you must send a letter or other written statement saying that you object to the Settlement with Smithfield in *In re Pork Antitrust Litigation (Commercial and Institutional Indirect Purchaser Actions)* and the reasons why you object to the Settlement. Be sure to include your full name, current mailing address, and email address. Your objection must be signed. You may include or attach any documents that you would like the Court to consider. Do not send your written objection to the Court or the judge. Instead, mail the objection to the Settlement Administrator, Settlement Class Counsel, and counsel for Smithfield at the addresses listed below. Your objection must be **postmarked** by **September 3, 2022**.

| **Settlement Administrator:** | **Settlement Class Counsel:** | **Counsel for Smithfield:** |
|---|---|---|
| Pork Commercial and Institutional Indirect Purchaser Litigation Settlement Administrator P.O. Box 6610 Portland, OR 97228-6610 | Jonathan W. Cuneo Blaine Finley Cuneo Gilbert & LaDuca, LLP 4725 Wisconsin Ave. NW, Suite 200 Washington, DC 20016 | Richard Parker Gibson, Dunn & Crutcher LLP 1050 Connecticut Avenue, NW Washington, DC 20036 |
| | **Settlement Class Counsel:** Shawn M. Raiter Larson · King LLP 30 East Seventh St., Suite 2800 St. Paul, MN 55101 | Brian E. Robison Brown Fox PLLC 6303 Cowboys Way, Suite 450 Frisco, TX 75034 |

**18. What is the difference between objecting and excluding myself?**

Objecting is telling the Court that you do not like something about the Settlement. You can object only if you do not exclude yourself from the Settlement Class. Excluding yourself is telling the Court that you do not want to be part of the Settlement Class. If you exclude yourself, you cannot object because the Settlement no longer affects you.

**Questions? Go to www.PorkCommercialCase.com or call 1-855-867-0738**

7

## THE LAWYERS REPRESENTING YOU

| 19. Do I have a lawyer in this case? |
| --- |

Yes, the Court has appointed Cuneo Gilbert & LaDuca, LLP and Larson · King LLP as Settlement Class Counsel for the Settlement Class. If you wish to remain a member of the Settlement Class, you do not need to hire your own lawyer because Settlement Class Counsel is working on your behalf. If you wish to pursue your own case separate from this one, or if you exclude yourself from the Settlement Class, these lawyers will no longer represent you. You will need to hire your own lawyer if you wish to pursue your own lawsuit against Smithfield.

| 20. How will Settlement Class Counsel be paid? |
| --- |

Settlement Class Counsel will ask the Court for attorneys' fees based on their services in this litigation, not to exceed one third of the Settlement Fund net of any expense reimbursement and class representative service awards. Settlement Class Counsel will ask to be reimbursed for certain expenses already incurred on behalf of the Settlement Class in an amount up to $1,600,000 and will also seek permission to set aside up to five percent of the gross Settlement Fund for future litigation expenses to be used in the continuing lawsuits against the non-settling Defendants. Settlement Class Counsel will also seek service awards of up to $7,500 for each class representative. Any payment to the attorneys or class representatives will be subject to Court approval, and the Court may award less than the requested amount. The attorneys' fees, costs, expenses, and service awards that the Court orders, plus the costs to administer the Settlement, will come out of the Settlement Fund. Settlement Class Counsel may seek additional attorneys' fees, costs, expenses, and service awards from any other settlements or recoveries obtained in the future. When Settlement Class Counsel's motion for fees, costs, expenses, and service awards is filed, it will be available at www.PorkCommercialCase.com. The motion will be posted on the website at least 14 days before the deadline for objecting, commenting on, or excluding yourself from the Settlement. You will have an opportunity to comment on this request.

## THE COURT'S FAIRNESS HEARING

| 21. When and where will the Court decide whether to approve the Settlement? |
| --- |

The Court will hold a hearing to decide whether to approve the Settlement (the "Fairness Hearing"). You may attend and you may ask to speak, but you do not have to. The Court will hold a Fairness Hearing on **October 17, 2022**, at **10:00 a.m.** via video conference. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court will listen to class members who have asked to speak at the hearing. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take. Pursuant to any applicable orders relating to the COVID-19 emergency or otherwise, the Fairness Hearing may take place remotely, including via telephone or video conference. The Court may also move the Fairness Hearing to a later date without providing additional notice to the Class. Updates will be posted to the Settlement website www.PorkCommercialCase.com regarding any changes to the hearing date.

Questions? Go to www.PorkCommercialCase.com or call 1-855-867-0738

8

## 22.  Do I have to attend to the Fairness Hearing?

No. Settlement Class Counsel will answer any questions the Court may have. However, you are welcome to come at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it's not necessary.

## 23.  May I speak at the Fairness Hearing?

Yes. You may ask to speak at the Fairness Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in *In re Pork Antitrust Litigation (Commercial and Institutional Indirect Purchaser Actions)*." Be sure to include your name, current mailing address, telephone number, and signature. Your Notice of Intention to Appear must be **postmarked** by **September 3, 2022**, and it must be sent to the Clerk of the Court, Settlement Class Counsel, and counsel for Smithfield. The address for the Clerk of the Court is: 300 South Fourth Street, Courtroom 14E, Minneapolis, MN 55415. The addresses for Settlement Class Counsel and counsel for Smithfield are provided in Question 17. You cannot ask to speak at the hearing if you excluded yourself from the Settlement Class.

## GETTING MORE INFORMATION

## 24.  How do I get more information about the Settlement?

This Notice summarizes the proposed Settlement. More details are in the Settlement Agreement. You can find a copy of the Settlement Agreement, other important documents, and information about the current status of the litigation by visiting www.PorkCommercialCase.com. You may contact the Settlement Administrator at info@PorkCommercialCase.com or toll-free at 1-855-867-0738.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

# Attachment 3



☰  CNN BUSINESS   Markets   Tech   Media   Success   More          Audio   Live TV   🔍   Log In

| MARKETS | see all → | FEATURED | LATEST | |
|---|---|---|---|---|

MARKETS                    see all →

▼ DOW      30,480.77   -616.49   -1.98%
▼ S&P 500   3,745.80    -79.53   -2.08%
▼ NASDAQ   10,940.79   -187.06   -1.68%

FEATURED

Fear & Greed Index
What emotion is driving the market now? Click here to see today's reading

LATEST

Subway is redesigning its menu

Europe hasn't been this cheap for Americans in decades

Scandinavian airline SAS files for bankruptcy as pilots strike

Sign up now
E*TRADE

# The euro sinks





## Traveling to Italy, Greece or Spain hasn't been this cheap for Americans in decades

US flights returning to normal after another holiday weekend of disruption

Scandinavian airline SAS files for bankruptcy as pilots strike

Healthcare stocks may keep your portfolio from needing a checkup

Tesla posts rare drop in sales in second quarter

China's real estate crisis deepens as big Shanghai developer defaults

An FCC regulator wants TikTok removed from app stores. Here's how a company executive responded

The Mayflower 400 just crossed the Atlantic without any crew on board ▶

Inflation soars to nearly 80% in Turkey as food prices double

The surprising reason the United States is so hurt by the formula shortage

Stocks close their worst first half in 52 years, here's what you need to know

Subway is redesigning its menu

How Activia went from stodgy digestive aid to trendy wellness brand

Content by The Ascent
0% intro APR until 2024 is 100% insane



### US and China discuss economic challenges as talk of tariff rollback swirls



### 'Minions: The Rise of Gru' breaks box office records



### The surprising reason supermarkets sell flowers


If you purchased any PORK PRODUCT in the United States from January 1, 2009, to April 19, 2022, for business use in commercial food preparation,

Advertisement

MARKETS                                    ›

Quote search                          🔍

MOST ACTIVE STOCKS                     ›



| S&P 500 | S&P 1500 |
|---|---|

| ▼ | F       Ford Motor Co          | -0.60 / -5.26%  10.73 |
| ▼ | CCL     Carnival Corp          | -0.49 / -5.56%   8.33 |
| ▼ | FCX     Freeport-McMoRan Inc   | -2.29 / -7.84%  26.91 |
| ▼ | OXY     Occidental Petroleum Corp | -1.73 / -2.86%  58.71 |

Updated as of 9:51AM 7/5/2022





MARKETS                                    see all →

DOW          30,461.95      -635.31    -2.04%
S&P 500       3,743.04      -82.29     -2.15%
NASDAQ       10,932.93     -194.92    -1.75%

FEATURED

Fear & Greed Index
What emotion is driving the market now? Click here to see today's reading

LATEST

Subway is redesigning its menu

Europe hasn't been this cheap for Americans in decades

Scandinavian airline SAS files for bankruptcy as pilots strike

# The euro sinks





## US and China discuss economic challenges as talk of tariff rollback swirls



a class action settlement may affect your rights.
Learn More
www.PorkCommercialCase.com

Advertisement

## Traveling to Italy, Greece or Spain hasn't been this cheap for Americans in decades

US flights returning to normal after another holiday weekend of disruption

Scandinavian airline SAS files for bankruptcy as pilots strike

Healthcare stocks may keep your portfolio from needing a checkup

Tesla posts rare drop in sales in second quarter

China's real estate crisis deepens as big Shanghai developer defaults

An FCC regulator wants TikTok removed from app stores. Here's how a company executive responded

The Mayflower 400 just crossed the Atlantic without any crew on board ▶

Inflation soars to nearly 80% in Turkey as food prices double

The surprising reason the United States is so hurt by the formula shortage

Stocks close their worst first half in 52 years, here's what you need to know

Subway is redesigning its menu

How Activia went from stodgy digestive aid to trendy wellness brand

Content by The Ascent

0% intro APR until 2024 is 100% insane



## 'Minions: The Rise of Gru' breaks box office records



## The surprising reason supermarkets sell flowers

MARKETS                                     ›

Quote search                            🔍

MOST ACTIVE STOCKS                          ›

| S&P 500 | S&P 1500 |
|---|---|

| F Ford Motor Co | -0.60 / -5.26% 10.73 |
|---|---|
| CCL Carnival Corp | -0.49 / -5.56% 8.33 |
| FCX Freeport-McMoRan Inc | -2.29 / -7.84% 26.91 |
| OXY Occidental Petroleum Corp | -1.73 / -2.86% 58.71 |

Updated as of 9:51AM 7/5/2022



**MARKETS**   **BUSINESS**   **INVESTING**   **TECH**   **POLITICS**   **CNBC TV**   **INVESTING CLUB**   **PRO** 🔒

BUSINESS NEWS
# FOOD & BEVERAGE

TECH TO TABLE  |  BEER, WINE & SPIRITS  |  RETAIL  |  RESTAURANTS  |  HOUSEHOLD PRODUCTS



## Outdoor cooking boomed during the pandemic, and the grilling industry thinks it will stay hot

*Ian Thomas*   SAT, JUL 2ND 2022



**CLUB** Constellation Brands CEO addresses 2 main investor concerns after...

*Kevin Stankiewicz*   THU, JUN 30TH 2022





If you purchased any **PORK PRODUCT** in the United States from January 1, 2009, to April 19, 2022, for business use in commercial food preparation, a class action settlement may affect your rights.

**Learn More**

www.PorkCommercialCase.com





LVMH buys California wine giant Joseph Phelps as high-end drinks market soars

*Robert Frank*   THU, JUN 30TH 2022



**PRO** Goldman Sachs cuts Truly maker Boston Beer to sell as hard seltzer's popularity fades

*Sarah Min*   TUE, JUN 28TH 2022



Juul asks court for temporary block on FDA's ban of its e-cigarettes

*Amelia Lucas*   FRI, JUN 24TH 2022



RESTAURANTS
McDonald's simplifies franchising policies to attract more diverse candidates

THU, JUN 23RD 2022

FOOD & BEVERAGE
Mars CEO Grant Reid is retiring and will be replaced by head of pet care unit...



FOOD & BEVERAGE
FDA bans Juul e-cigarettes as government pursues broader crackdown on nicotine

THU, JUN 23RD 2022

**PRO** Bernstein downgrades Boston Beer, says guidance cut is likely

WED, JUN 22ND 2022



Paid Post For Pressboard
What your audience wants from your advertising

CNBC INVESTING CLUB
**CLUB** New analyst reports support our view of Constellation as a great defensive play

# Food Business News.

SIGN IN     CREATE ACCOUNT

Free Newsletter Sign-up

Companies ⌄   Trends ⌄   Product Development ⌄   Advertising ⌄   Subscribe ⌄   More ⌄        Search 🔍 🛒


If you purchased any **PORK PRODUCT** in the United States from January 1, 2009, to April 19, 2022, for business use in commercial food preparation,





### Global baking company relies on digital QA records

Operations
07.05.2022   By Josh Sosland



### Front-of-package 'warning' labels coming to Canada

Regulatory
07.05.2022   By Keith Nunes



### Batter and breading innovations

Ingredient Applications
07.04.2022   By Donna Berry

## Listeria outbreak linked to Florida ice cream maker

Food Manufacturers   07.05.2022   By Keith Nunes

The CDC emphasized the investigation into the outbreak is ongoing.


bake with SEB LBSC™
spore-forming, heat-stable
*Bacillus coagulans*
ENZYME INNOVATION
A Division of Specialty Enzymes



### Unilever finalizes sale of ekaterra tea business

Food Manufacturers
07.04.2022   By Keith Nunes



### Facility now producing EverGrain plant protein ingredients

Suppliers
07.01.2022   By Jeff Gelski



### Slideshow: New products from Hippeas, Sparkling Ice, Jeni's Splendid Ice Creams

Beverage
07.01.2022
By Monica Watrous

## Subscribe to our newsletter

Free analysis & market information, overnight news, breaking news, special topics and more.

Your email address        Subscribe

# Food Business News.

SIGN IN    CREATE ACCOUNT    Free Newsletter Sign-up

Companies ⌄    Trends ⌄    Product Development ⌄    Advertising ⌄    Subscribe ⌄    More ⌄    Search 🔍 🛒


a class action settlement may affect your rights.
Learn More   www.PorkCommercialCase.com



## Listeria outbreak linked to Florida ice cream maker

Food Manufacturers    07.05.2022    By Keith Nunes

The CDC emphasized the investigation into the outbreak is ongoing.



### Global baking company relies on digital QA records

Operations
07.05.2022    By Josh Sosland



### Front-of-package 'warning' labels coming to Canada

Regulatory
07.05.2022    By Keith Nunes



### Batter and breading innovations

Ingredient Applications
07.04.2022    By Donna Berry


bake with SEB LBSC™
spore-forming,
heat-stable
Bacillus coagulans
ENZYME INNOVATION
A Division of Specialty Enzymes



### Unilever finalizes sale of ekaterra tea business

Food Manufacturers
07.04.2022    By Keith Nunes



### Facility now producing EverGrain plant protein ingredients

Suppliers
07.01.2022    By Jeff Gelski



### Slideshow: New products from Hippeas, Sparkling Ice, Jeni's Splendid Ice Creams

Beverage
07.01.2022
By Monica Watrous

Free analysis & market information.

Los Angeles Times

SUBSCRIBE   LOG IN

# BUSINESS

Discover The West Coast Perspective

Limited-Time Offer
**$1 for 6 Months**

Business   Tech   Real Estate   Company Town   Autos

ADVERTISEMENT



If you purchased any **PORK PRODUCT** in the United States from January 1, 2009, to April 19, 2022, for business use in commercial food preparation, a class action settlement may affect your rights.

Learn More

www.PorkCommercialCase.com

---

## TOP HEADLINES



BUSINESS

### Water restrictions bring big profits for businesses helping SoCal cope with drought

With consumption caps in effect, obtaining, conserving and, in some cases, illegally stealing water have become pillars of the drought microeconomy.

July 2, 2022

**With a recession looming, here's what you need to know about unemployment insurance**

2 hours ago

**Flight cancellations ease slightly as July Fourth weekend ends**

July 4, 2022

PODCASTS

**Podcast: That classic VW Bug could be an electric vehicle**

2 hours ago

BUSINESS

**Should you keep paying Medicare premiums if you're moving abroad?**

July 3, 2022

BUSINESS

**Corporate boardrooms are becoming more politically polarized**

July 2, 2022

CALIFORNIA

**Six indicted in cryptocurrency and NFT fraud schemes that netted more than $130 million**

July 2, 2022

BUSINESS

**Chip shortage keeps driving up auto prices**

July 1, 2022

BUSINESS

**Google to delete user data on trips to abortion clinics**

July 1, 2022

COLUMNIST ›



MICHAEL HILTZIK

**Commentary on economics and more from a Pulitzer winner**

Column: The GOP is now complaining about environmentally responsible investing

Column: The big contributors to inflation you're not hearing about: profiteering corporations

Column: America is in the grip of a right-wing minority

ADVERTISEMENT



**Transform your business.**

Find out how you can transform customer feedback into actionable insights.



It's being the #1 hospital in New York for cardiology and heart surgery.

NewYork-Presbyterian Hospital as ranked by U.S. News & World Report 2021-22

# Food



YAHOO LIFE

**Who said dessert can't be healthy? This machine turns fresh fruit into your all-...**

Everyone's got a favorite fruit. What if you could turn it into something even more delicious? It's possible with this soft-serve...

23h ago



YAHOO LIFE

**We found the perfect thing for messy burger eaters (you know who you are)**

Keep your burger, BBQ sandwich or sloppy joe from falling apart and becoming a part of your wardrobe with these flexible silicone bowls.

2d ago



YAHOO LIFE

**Summer mocktail ideas and recipes perfect for booze-free fun in the sun**

Choosing not to drink alcohol this summer? These expert tips and recipes are perfect for summertime party sipping.

4d ago



If you purchased any PORK PRODUCT in the United States from January 1, 2009, to April 19, 2022, for business use in commercial food preparation,

## TRENDING

1. **Halsey opens up about having 3 miscarriages: 'My abortion saved my life and gave way for my son to have his'**

2. **Adele says her weight loss left some fans feeling 'very betrayed'**

3. **Kate Hudson, 43, poses topless on Instagram while sipping her morning coffee: 'Sun's out'**

4. **Rebel Wilson poses in a bathing suit to share a message about weight gain: 'Your weight doesn't define you'**



YAHOO LIFE

**What's the best way to grill corn on the cob? A restaurant chef weighs in**



YAHOO LIFE

**Want to build and create the perfect summer charcuterie board? Follow the...**



YAHOO LIFE

**Can you bake on the grill? Learn how to make grilled banana splits, strawberry...**

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    YAHOO PLUS    MORE...

yahoo! +    Upgrade Now

yahoo! life

Sign in    Mail

Life    Featured    Well-being    Inspiring Stories    Parenting    COVID-19    Style & Beauty    Watch    **Food**    Horoscopes    Shopping    Prime Day


NewYork-Presbyterian    WITH WORLD-CLASS DOCTORS FROM    COLUMBIA    Weill Cornell Medicine    Learn More

# Food



YAHOO LIFE

**Who said dessert can't be healthy? This machine turns fresh fruit into your all-...**

Everyone's got a favorite fruit. What if you could turn it into something even more delicious? It's possible with this soft-serve...

23h ago



YAHOO LIFE

**We found the perfect thing for messy burger eaters (you know who you are)**

Keep your burger, BBQ sandwich or sloppy joe from falling apart and becoming a part of your wardrobe with these flexible silicone bowls.

2d ago



YAHOO LIFE

**Summer mocktail ideas and recipes perfect for booze-free fun in the sun**

Choosing not to drink alcohol this summer? These expert tips and recipes are perfect for summertime party sipping.

4d ago


a class action settlement may affect your rights.
Learn More
www.PorkCommercialCase.com

## TRENDING

1. Halsey opens up about having 3 miscarriages: 'My abortion saved my life and gave way for my son to have his'

2. Adele says her weight loss left some fans feeling 'very betrayed'

3. Kate Hudson, 43, poses topless on Instagram while sipping her morning coffee: 'Sun's out'

4. Rebel Wilson poses in a bathing suit to share a message about weight gain: 'Your weight doesn't define you'

5. Becca Tilley explains why she kept relationship with Hayley Kiyoko private: 'I don't want anyone to think I was ashamed'



YAHOO LIFE

**What's the best way to grill corn on the cob? A restaurant chef weighs in**

Should you grill corn on the cob in its husk? Do you need to soak corn before putting it on the grill? A restaurant chef answers question...

4d ago



YAHOO LIFE

**Want to build and create the perfect summer charcuterie board? Follow the...**

Too hot for havarti? An expert cheesemaker weighs in on the perfect additions to any summertime charcuterie board.

4d ago



YAHOO LIFE

**Can you bake on the grill? Learn how to make grilled banana splits, strawberry...**

Chef Gemma Stafford at Bigger Bolder Baking says baking on the grill is a summertime must-try.

4d ago



# yahoo!

Sign in | Mail

Mail | News | Finance | Sports | Entertainment | Life | COVID-19 | Shopping | Tech Tips | Yahoo Plus | More...


If you purchased any **PORK PRODUCT** in the United States from January 1, 2009, to April 19, 2022, for business use in commercial food preparation,



## Person of interest in mass shooting left violent online trail

Robert "Bobby" E. Crimo III, taken into custody after six people were killed in Monday's shooting in a Chicago suburb, left a long trail of social media tributes to mass shootings.

**What his music videos depicted »**

 Harris could break a record. Dems wish she wouldn't.

 Pollster: Something 'weird' going o

 San Francisco couple can no

 Man, 21, in custody after 6 killed at July 4 parade

 Daughter of Blue Jays 1B coach dies in tubing accident

### Stories for you

Remove topics that you don't see in your news feed

 Politics   US News   Celebrity   Lifestyle   Sports   Business   Entertainment



**Style**   InStyle

### Dua Lipa Wore the Sexiest Corset Tube Top in the Most Controversial Print

And the tiniest copper bikini.



**Ad**   Capital One Shopping

### The Prime benefit Amazon doesn't tell you about

The little known secret that Amazon doesn't want you knowing about



**Business**   MarketWatch

### Car quality is slipping: These are the brands with the most and least complaints, study finds

---

Make Yahoo your homepage

## Trending Now

1. General Hospital
2. Clarence Thomas
3. Mitt Romney
4. Kim Kardashian
5. Walk-in Shower Seats
6. Julia Budzinski
7. Jane Iredale Cosmetics
8. Mobile Device Manag...
9. Claudia Conway
10. Kourtney Kardashian


VRBO
FIND FAMILY GETAWAYS NEARBY
Book early

## Weather

Hauppauge



| Today | Wed | Thu | Fri |
|---|---|---|---|
| 80° 69° | 87° 71° | 77° 69° | 82° 71° |

See More »

## Scoreboard

Trending

Yesterday | **Today** | Tomorrow



| | |
|---|---|
| Seattle | |
| San Diego | 4:10 PM EDT |
| NY Yankees | |
| Pittsburgh | 7:05 PM EDT |
| St. Louis | |
| Atlanta | 7:20 PM EDT |

More scores »

## Daily Horoscope

Cancer

  Sign in

# yahoo!

Mail | News | Finance | Sports | Entertainment | Life | COVID-19 | Shopping | Tech Tips | Yahoo Plus | More...

a class action settlement may affect your rights.
Learn More   www.PorkCommercialCase.com


Make Yahoo your homepage

## Trending Now

1. General Hospital
2. Clarence Thomas
3. Mitt Romney
4. Kim Kardashian
5. Walk-in Shower Seats
6. Julia Budzinski
7. Jane Iredale Cosmetics
8. Mobile Device Manag...
9. Claudia Conway
10. Kourtney Kardashian



### Person of interest in mass shooting left violent online trail

Robert "Bobby" E. Crimo III, taken into custody after six people were killed in Monday's shooting in a Chicago suburb, left a long trail of social media tributes to mass shootings.

**What his music videos depicted »**


JULY 4th SPECIAL
40% Off Credit Monitoring!
CLAIM YOUR SAVINGS NOW
TransUnion

What You Need to Know
There are various types of credit scores, and lenders use a variety of different types of credit scores to make lending decisions. The credit score you receive is based on the VantageScore 3.0 model and may not be the credit score model used by your lender.

    

Harris could break a record. Dems wish she wouldn't. | Pollster: Something 'weird' going c | San Francisco couple can no | Man, 21, in custody after 6 killed at July 4 parade | Daughter of Blue Jays 1B coach dies in tubing accident

## Stories for you

Remove topics that you don't want to see in your news feed ⊗

✓ Politics | ✓ US News | ✓ Celebrity | ✓ Lifestyle | ✓ Sports | ✓ Business | ✓ Entertainment

### Weather

Hauppauge

| Today | Wed | Thu | Fri |
|---|---|---|---|
| 80° 69° | 87° 71° | 77° 69° | 82° 71° |

See More »



**Style** InStyle

### Dua Lipa Wore the Sexiest Corset Tube Top in the Most Controversial Print

And the tiniest copper bikini.

### Scoreboard

Yesterday | **Today** | Tomorrow   Trending ⌄

| | Seattle | |
|---|---|---|
| | San Diego | 4:10 PM EDT |
| | NY Yankees | |
| | Pittsburgh | 7:05 PM EDT |
| | St. Louis | |
| | Atlanta | 7:20 PM EDT |

More scores »



**Ad** Capital One Shopping

### The Prime benefit Amazon doesn't tell you about

The little known secret that Amazon doesn't want you knowing about



**Business** MarketWatch

### Car quality is slipping: These are the brands with the most and least complaints, study finds

KELLEY BLUE BOOK New car owners are experiencing more problems in the first 90 days of

### Daily Horoscope

Cancer ⌄





If you purchased any **PORK PRODUCT** in the United States from January 1, 2009, to April 19, 2022, for business use in commercial food preparation, a class action settlement may affect your rights.

Learn More

www.PorkCommercialCase.com

| S&P 500 | Dow 30 | Nasdaq | Russell 2000 |
|---|---|---|---|
| 3,757.42 | 30,485.69 | 11,013.13 | 1,683.21 |
| -67.91 (-1.78%) | -611.57 (-1.97%) | -114.72 (-1.03%) | -44.55 (-2.58%) |

U.S. markets close in 5 hours 38 minutes





Ameritrade — Ready to roll over? We'll help.

yahoo!/finance — Get portfolio insights



**Stocks fall as recession concerns linger**
Investor jitters over the potential for a deeper economic downturn persisted.
Yahoo Finance


**'The elephant in the room for Tesla,' according to Dan Ives**
Yahoo Finance


**Experts detail the 'slowdown' in the VC space**
Yahoo Finance


**Recession fears missing still missing at happy hour: Morning Brief**
Yahoo Finance

Quote Lookup

Link brokers to track portfolios

**My Portfolio & Markets**    Customize ⚙
**Recently Viewed** ›

Your list is empty.

**Latest Research Reports** ›
Premium analysis from Morningstar & Argus

**BLK**    Bullish
BlackRock, Inc.: BlackRock Remains the Best-Positioned U.S.-Based Asset Manager to Navigate...
2 days ago · Morningstar

**CLB**    Bullish
Core Laboratories N.V.: Plenty of Project Opportunities for Core Laboratories Over Next...
4 days ago · Morningstar

**IFNNY**    Bullish
Infineon Technologies AG: Infineon Remains Upbeat About Chip Demand; Maintain EUR 40 Fai...
4 days ago · Morningstar

🔒 View all research reports


Ad : (0.30)


**Saylor: 'Crypto will grow through enlightened regulation'**
Yahoo Finance Video


**Market check: Stocks sink, Treasury yields fall as recession fears flash**
Yahoo Finance Video


**3 legal stories to watch this week**
Yahoo Finance


**Gold legend sounds off on Saudi-backed tour**
Yahoo Finance


**TopGolf CEO's plan for a downturn: Expand more**
Yahoo Finance





 

 Home   My Network   Jobs   Messaging   Notifications



**Pork Purchaser Settlement**

porkcommercialcase.com

Learn more

👍 Like     💬 Comment     ↗ Share

😊 2

## LinkedIn News

- **Hopping around Europe? Leave early**
  4h ago • 144 readers
- **Shooting at July 4 parade kills six**
  4h ago • 3,749 readers
- **Wedding season is breaking the bank**
  2h ago
- **Liquidators bask in oversupply**
  18h ago • 348 readers
- **Cost of rebuilding Ukraine at $750B**
  2h ago • 707,978 readers

Show more ⌄

About   Accessibility   Help Center

Privacy & Terms ⌄   Ad Choices

Advertising   Business Services ⌄

Get the LinkedIn app   More

LinkedIn Corporation © 2022

Attachment 4

## Pork Purchaser Settlement
## Sponsored Search Keywords

Pork Settlement
Pork Class Action
Pork Class Action Settlement
Pork Lawsuit
Pork Litigation
Pork Antitrust
Pork Antitrust Litigation
Pork Product Settlement
Pork Product Class Action
Pork Product Class Action Settlement
Pork Product Lawsuit
Pork Product Litigation
Pork Product Antitrust
Pork Product Antitrust Litigation
Pork Purchaser Settlement
Pork Purchaser Class Action
Pork Purchaser Class Action Settlement
Pork Purchaser Lawsuit
Pork Purchaser Litigation
Pork Purchaser Antitrust
Pork Purchaser Antitrust Litigation

# Attachment 5





pork settlement                                      ✕   🎤   🔍

🔍 All    📰 News    🖾 Images    🔖 Shopping    📍 Maps    ⋮ More              Tools

About 27,300,000 results (0.37 seconds)

Ad · www.porkcommercialcase.com/   ⋮

## Pork Purchaser Settlement - Legal Notice

If you purchased any pork product for business use, you may qualify for benefits.

https://porkantitrustlitigation.com   ⋮

## Pork Direct

Two **Settlements** have been finally approved in a class action antitrust lawsuit filed on behalf of Direct Purchasers of **Pork** in the United States with ...

ATTEND THE FAIRNESS HEARING: Ask to sp...

Claim Form/Audit Request Form · Contact Information · Court Documents · Español

https://www.overchargedforpork.com   ⋮

## In re Pork Indirect Purchaser Antitrust Litigation

If you indirectly purchased **Pork** for personal use in the United States from January 1, 2009, through April 2, 2021, a class action **settlement** may affect ...

FILE A CLAIM: The only way to be eligible to r...      DO NOTHING: You will remain part of the Se...

Important Documents · Español · FAQs · Contact

https://topclassactions.com › closed-settlements › jbs-sm...   ⋮

## JBS, Smithfield pork direct purchasers price-fixing $102M ...

Apr 20, 2022 — Two **pork** producers agreed to a combined **settlement** of over $100 million to resolve class action lawsuit claims they violated antitrust laws ...

https://www.porkcommercialcase.com   ⋮

## In re: Pork Antitrust Litigation Settlement - Home

If you purchased any **Pork** product in the United States from January 1, 2009, through April 19, 2022, for business use in commercial food preparation, a class

 Google

pork class action   ✕  🎤  🔍

🔍 All   📰 News   🏷 Shopping   ▷ Videos   🖼 Images   ⋮ More          Tools

About 13,800,000 results (0.39 seconds)

**Ad · www.porkcommercialcase.com/**   ⋮

### Pork Purchaser Settlement - Commercial Food Preparation

If you purchased any pork product for business use, you may qualify for benefits.

---

**Two pork producers agreed to a combined settlement of over $100 million to resolve class action claims they violated antitrust laws to raise the price of pork products**. The settlement benefits consumers and companies that purchased pork products directly from defendant pork producers between Jan.  Apr 20, 2022



https://topclassactions.com › closed-settlements › jbs-smith...   ⋮

### JBS, Smithfield pork direct purchasers price-fixing $102M ...

About featured snippets   ·   🚩 Feedback

---

https://www.overchargedforpork.com   ⋮

### In re Pork Indirect Purchaser Antitrust Litigation

If you indirectly purchased **Pork** for personal use in the United States from January 1, 2009, through April 2, 2021, a **class action settlement** may affect ...

FILE A CLAIM: The only way to be eligible to r...      DO NOTHING: You will remain part of the Se...

Important Documents · Español · FAQs · Contact

https://porkantitrustlitigation.com   ⋮

### Pork Direct

Two Settlements have been finally approved in a **class action** antitrust **lawsuit** filed on behalf of



pork antitrust

🔍 All  📰 News  🖻 Images  🛍 Shopping  ▶ Videos  ⋮ More          Tools

About 1,750,000 results (0.35 seconds)

Ad · www.porkcommercialcase.com/

### Benefits Available - Pork Purchaser Settlement

Purchasers of pork product for business use in commercial food preparation may qualify.

The multidistrict litigation currently pending before the Court consists of **three direct purchaser actions involving an alleged conspiracy among American pork producers to fix, raise, maintain, and stabilize the price of pork in the United States**.

https://www.mnd.uscourts.gov › content › pork-antitrust-l...

### Pork Antitrust Litigation MDL - District of Minnesota

❓ About featured snippets    ·    🏳 Feedback

https://porkantitrustlitigation.com

### Pork Direct

Two Settlements have been finally approved in a class action **antitrust** lawsuit filed on behalf of Direct Purchasers of **Pork** in the United States with ...

ATTEND THE FAIRNESS HEARING: Ask to sp...

Claim Form/Audit Request Form · Contact Information · Court Documents · Español

https://www.overchargedforpork.com

### In re Pork Indirect Purchaser Antitrust Litigation

If you indirectly purchased **Pork** for personal use in the United States from January 1, 2009, through April 2, 2021, a class action settlement may affect ...

FILE A CLAIM: The only way to be eligible to r...      DO NOTHING: You will remain part of the Se...

Pork Class Action

🔍 All    📰 News    🖼 Images    ▷ Videos    ⋮ More                    Anytime ⌄                     Get beautiful photos on every new browser tab. Download >>

Sign In

yahoo!

About 783,000 search results

Ad related to: Pork Class Action

www.porkcommercialcase.com
**Pork Purchaser Settlement - Legal Notice**
If you purchased any **pork** product for business use, you may qualify for benefits.

The plaintiffs' class action lawsuit alleged the defendants and others worked together and agreed to fix, raise, maintain, and stabilize the price of pork products to drive up pork prices in the U.S., violating federal and state law.


aboutsib.com

topclassactions.com/lawsuit-settlements/open-lawsuit-settlements/jbs-indirect-purchaser-pork-p...
**JBS Indirect Purchaser Pork Prices $20M Class Action ...**

### People also ask

| Did a class action settlement affect your pork product rights? | ⌄ |
| When is the hearing in the case of pork anti-trust lawsuit? | ⌄ |
| Is there a class action lawsuit against JBS? | ⌄ |
| What does the JBS settlement mean for pork producers? | ⌄ |

topclassactions.com › lawsuit-settlements › open ⌄
**JBS Indirect Purchaser Pork Prices $20M Class Action ...**
Jul 23, 2021 · July 23, 2021. (Photo Credit: LucasMT.com/Shutterstock) Pork producer JBS USA Pork has agreed to a $20 million settlement over pork prices that benefits indirect purchasers of...
Author: Top Class Actions

### 🗞 Top Stories

If you purchased any Pork product in the United States from January 1, 2009, through April 19, 2022, for business use in commercial food preparation, a class...
A settlement has been reached in a class action antitrust lawsuit filed on behalf of Commercial and Institutional Indirect Pur...

WIFR Rockford
3 hours ago

Pork Product Settlement   ✕   🎤   🔍          Sign In   ⠿   **yahoo!**

🔍 All    ▷ Videos    🖼 Images    📰 News    ⋮ More          Anytime ⌄          Get beautiful photos on every new browser tab. Download >>

About 255,000 search results

Ad related to: Pork Product Settlement

www.porkcommercialcase.com
### Pork Purchaser Settlement - Commercial Food Preparation
If you purchased any **pork product** for business use, you may qualify for benefits.

Two pork producers agreed to a combined settlement of over $100 million to resolve class action claims they violated antitrust laws to raise the price of pork products. The settlement benefits consumers and companies that purchased pork products directly from defendant pork producers between Jan. 1, 2009, and Jan. 22, 2021.

topclassactions.com/lawsuit-settlements/consumer-products/food/jbs-smithfield-pork-direct-pur...
### JBS, Smithfield Pork Direct Purchasers Price-Fixing $102M Class Action Settlement - Top Class Actions



People also ask

Who is the pork producer that has consented to a settlement?        ⌄

What is the pork price class action case?                            ⌄

What is the case number for pork antitrust lawsuit?                  ⌄

www.openclassactions.com › settlement_pork ⌄
### Pork Products Settlement - Open Class Action S
**Pork Products Settlement** Claim Form Deadline: Expired. Proof required: No. Method of payment: Cash. Submit Claim Here. Indirect Purchaser Plaintiffs allege that Defendants and their co-...

www.openclassactions.com › settlement_porkjbs ⌄
### Pork Direct Purchasers Class Action Settlement
Two **settlements** totaling $101,864,300 involving **Pork** have been **settled** as a result of class action lawsuits. The lawsuits involve two **pork** producing companies and involve price-fixing, anti-...

www.porkcommercialcase.com ⌄
### In re: Pork Antitrust Litigation Settlement - Home
If you purchased any Pork product in the United States from January 1, 2009, through April 19, 2022, for business use in commercial food preparation, a class action **settlement** may affect your...



About 45,800,000 search results

Ad related to: Pork Settlement

www.porkcommercialcase.com
**Benefits Available - Pork Purchaser Settlement**
Purchasers of **pork** product for business use in commercial food preparation may qualify.

---

People also ask

What is the settlement about the pork lawsuit?                              ⌄

What does the JBS settlement mean for pork producers?                       ⌄

How do I contact the pork antitrust litigation helpline?                    ⌄

---

www.openclassactions.com › settlement_porkjbs ⌄
**Pork Direct Purchasers Class Action Settlement**
What's This **Settlement** About? Two **settlements** totaling $101,864,300 involving **Pork** have been
settled as a result of class action lawsuits. The lawsuits involve two **pork** producing companies a...

www.porkcommercialcase.com ⌄
**In re: Pork Antitrust Litigation Settlement - Home**
If you purchased any **Pork** product in the United States from January 1, 2009, through April 19,
2022, for business use in commercial food preparation, a class action **settlement** may affect your...

www.openclassactions.com › settlement_pork ⌄
**Pork Products Settlement - Open Class Action S**
**Pork** Products **Settlement** Claim Form Deadline: Expired. Proof required: No. Method of payment:
Cash. Submit Claim Here. Indirect Purchaser Plaintiffs allege that Defendants and their co-...

www.porkantitrustlitigation.com
**Pork Direct**
The **Settlement** Benefits The final approved amount of the JBS **Settlement** is $24,500,000 and the
Smithfield **Settlement** is $77,364,300. The final Smithfield **Settlement** amount included a reductio...

www.cnbc.com › 2021/06/30 › smithfield-foods-to-pay ⌄
**Smithfield Foods to pay $83 million to settle pork price ...**
Jun 30, 2021 · The **settlement** with Smithfield resolves antitrust claims by "direct" purchasers such
as Maplevale Farms that accused the nation's largest **pork** companies of having fixed prices...



Pork Settlement

ALL    IMAGES    VIDEOS    MAPS    NEWS    SHOPPING    ⋮ MORE

149,000,000 Results        Any time ▾

**Pork Purchaser Settlement | Legal Notice**
https://www.porkcommercialcase.com ▾
Ad If you purchased any **pork** product for business use, you may qualify for benefits.



# $20 million

According to 2 sources

Pork producer JBS USA Pork has agreed to a **$20 million** settlement over pork prices that benefits indirect purchasers of pork products in the United States.

**JBS Indirect Purchaser Pork Prices $20M Class Action S…**
topclassactions.com

JBS USA Pork, a pork producer, has consented to a **$20 million** settlement that will benefit indirect pork product customers in the United States. In re: Pork Antitrust Litigation

**JBS Pork Price-Fixing Settlement 2021 - Consider …**
considertheconsumer.com

Feedback

## People also ask

| What is the settlement about the pork lawsuit? | ⌄ |
| --- | --- |
| What does the JBS settlement mean for pork producers? | ⌄ |
| How do I contact the pork antitrust litigation helpline? | ⌄ |

Feedback

**Pork Direct Purchasers Class Action Settlement**
https://www.openclassactions.com/settlement_porkjbs.php ▾
What's This **Settlement** About? Two **settlements** totaling $101,864,300 involving **Pork** have been settled as a result of class action lawsuits. The lawsuits involve two **pork** producing companies …

**In re: Pork Antitrust Litigation Settlement - Home**
https://www.porkcommercialcase.com ▾
If you purchased any **Pork** product in the United States from January 1, 2009, through April 19, 2022, for business use in commercial food preparation, a class action **settlement** may affect …

**Pork Products Settlement - Open Class Action S**
https://www.openclassactions.com/settlement_pork.php ▾
Submit Claim Here. **This **settlement** is available for claimants with or without proof.**. Indirect



■ Microsoft Bing

Pork Product Settlement

ALL   IMAGES   VIDEOS   MAPS   NEWS   SHOPPING   ⋮ MORE

2,460,000,000 Results   Any time ▾

### Pork Purchaser Settlement | Commercial Food Preparation
https://www.porkcommercialcase.com ▾
Ad If you purchased any **pork product** for business use, you may qualify for benefits.

---

Two pork producers agreed to a combined settlement of over **$100 million** to resolve class action claims they violated antitrust laws to raise the price of pork products. The settlement benefits consumers and companies that purchased pork products directly from defendant pork producers between Jan. 1, 2009, and Jan. 22, 2021.

### JBS, Smithfield Pork Direct Purchasers Price-Fixing $102M Class A...
🐟 topclassactions.com/lawsuit-settlements/consumer-products/food/jbs-smithfie...

Was this helpful?  👍  👎

## People also ask

What is the settlement about the pork lawsuit?                    ⌄

What is the pork price class action case?                          ⌄

What does the JBS settlement mean for pork producers?             ⌄

What is the case number for pork antitrust lawsuit?               ⌄

Feedback

### Pork Products Settlement - Open Class Action S
https://www.openclassactions.com/settlement_pork.php ▾
**Pork Products Settlement** Claim Form Deadline: Expired. Proof required: No. Method of payment: Cash. Submit Claim Here. Indirect Purchaser Plaintiffs allege that Defendants and their co ...

### Pork Direct Purchasers Class Action Settlement
https://www.openclassactions.com/settlement_porkjbs.php ▾
Two **settlements** totaling $101,864,300 involving **Pork** have been **settled** as a result of class action lawsuits. The lawsuits involve two **pork** producing companies and involve price-fixing, ...

### In re: Pork Antitrust Litigation Settlement - Home
https://www.porkcommercialcase.com ▾
If you purchased any Pork product in the United States from January 1, 2009, through April 19, 2022, for business use in commercial food preparation, a class action **settlement** may affect ...

### Pork Direct
https://www.porkantitrustlitigation.com
The **Settlement** Benefits The final approved amount of the JBS **Settlement** is $24,500,000 and the

■■ Microsoft Bing

Pork Class Action

Sign in    10

ALL    IMAGES    VIDEOS    MAPS    NEWS    SHOPPING    ⋮ MORE

b₂ Add Bing Chrome ex

2,290,000,000 Results    Any time ▾

## Benefits Available | Pork Purchaser Settlement

https://www.porkcommercialcase.com ▾

Ad Purchasers of **pork** product for business use in commercial food preparation may qualify.

The plaintiffs' class action lawsuit alleged the defendants and others worked together and agreed to fix, raise, maintain, and stabilize the price of pork products to **drive up pork prices** in the U.S., violating federal and state law.



### JBS Indirect Purchaser Pork Prices $20M Class Action Settlement

🔹 topclassactions.com/lawsuit-settlements/open-lawsuit-settlements/jbs-indirect...

Was this helpful? 👍 👎

## People also ask

| Did a class action settlement affect your pork product rights? | ⌄ |
|---|---|
| Who is the pork producer that has consented to a settlement? | ⌄ |
| When is the hearing in the case of pork anti-trust lawsuit? | ⌄ |
| Is there a class action lawsuit against JBS? | ⌄ |

Feedback

### JBS Indirect Purchaser Pork Prices $20M Class Action Settlement

https://topclassactions.com/lawsuit-settlements/... ▾

Jul 23, 2021 · July 23, 2021. (Photo Credit: LucasMT.com/Shutterstock) Pork producer JBS USA Pork has agreed to a $20 million settlement over pork prices that benefits indirect purchasers ...

**Author:** Top Class Actions

EXPLORE FURTHER

| | |
|---|---|
| **JBS Pork Price-Fixing Settlement 2021** - Consider The Consumer | considertheconsumer.com |
| **Tyson Foods Settlement 2021; Chicken farmers get** $200M for An... | considertheconsumer.com |
| If you purchased any **Pork** product in the United States from Janua... | finance.yahoo.com |
| $20 **Million Class Action Settlement Reached with Kellogg**'s Over ... | classaction.org |

# Attachment 6

# If you purchased any Pork product in the United States from January 1, 2009, through April 19, 2022, for business use in commercial food preparation, a class action settlement may affect your rights

NEWS PROVIDED BY
**United States District Court for the District of Minnesota** ➞
Jul 05, 2022, 08:00 ET

MINNEAPOLIS, July 5, 2022 /PRNewswire/ -- A settlement has been reached in a class action antitrust lawsuit filed on behalf of Commercial and Institutional Indirect Purchaser Plaintiffs with Defendant Smithfield Foods, Inc. and related or affiliated entities ("Smithfield" or "Settling Defendant"). The Settlement requires Smithfield to pay $42,000,000. There will be no payments to the Settlement Class at this time.  You will be notified later of an opportunity to file a claim. Before any money is paid, the Court will hold a hearing to decide whether to approve the Settlement.

The United States District Court for the District of Minnesota authorized this notice. This Court ordered notice may affect your rights. Please read this notice carefully.

**WHO IS INCLUDED?**

For settlement purposes, members of the Settlement Class are defined as all entities who indirectly purchased Pork from Defendants or co-conspirators or their respective subsidiaries or affiliates in the United States from January 1, 2009, to April 19, 2022, for their own business use in commercial food preparation.

Only Settlement Class members in the following jurisdictions are eligible to potentially recover money from the settlement: Arkansas Arizona, California, District of Columbia, Florida, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia and/or Wisconsin.

For purposes of the Settlement, "Pork" means porcine or swine products processed, produced or sold by Smithfield, or by any of the Defendants or their co-conspirators, including but not limited to: primals (including but not limited to loins, shoulders, picnics, butts, ribs, bellies, hams, or legs), trim or sub-primal products (including but not limited to backloins, tenderloins, backribs, boneless loins, boneless sirloins, riblets, chef's prime, prime ribs,

brisket, skirt, cushion ground meats, sirloin tip roast, or hocks), further processed and value-added porcine products (including, but not limited to bacon, sausage, lunch meats, further processed ham, or jerky products), offal or variety products (including, but not limited to hearts, tongues, livers, head products, spleens, kidneys, feet, stomach, bladder, uterus, snoot, ears, tail, brisket bone, intestines, jowls, neck bones or other bones, skin, lungs, glands, hair, or pet food ingredients), rendered product and byproducts (including, but not limited to, lard, grease, meat meal, bone meal, blood meal, or blood plasma), casings (including, but not limited to, mucosa), and carcasses.

In addition to Smithfield, the Defendants and alleged co-conspirators in this lawsuit are JBS USA Food Company, JBS USA Food Company Holdings, Swift Pork Company, Clemens Food Group, LLC, The Clemens Family Corporation, Hormel Foods Corporation, Seaboard Foods LLC, Triumph Foods, LLC, Tyson Foods, Inc., Tyson Prepared Foods, Inc., Tyson Fresh Meats, Inc., and Agri Stats, Inc.

If you are not sure you are included, you can get more information, including a detailed notice, at www.PorkCommercialCase.com or by calling toll-free 1-855-867-0738.

## WHAT IS THIS LAWSUIT ABOUT?

Commercial and Institutional Indirect Purchaser Plaintiffs allege that Defendants and their co-conspirators conspired and combined to fix, raise, maintain, and stabilize the price of Pork products, from at least January 1, 2009, with the intent and expected result of increasing prices of Pork products in the United States, in violation of federal antitrust laws and various state antitrust, consumer protection and unfair trade practices, and unjust enrichment laws. Smithfield denies it did anything wrong. The Court did not decide which side was right, but both sides agreed to the Settlement to resolve the case and get benefits to the Settlement Class. The case is still proceeding on behalf of the Commercial and Institutional Indirect Purchaser Plaintiffs against other Defendants who may be subject to separate settlements, judgments, or class certification orders.

## WHAT DOES THE SETTLEMENT PROVIDE?

The Settlement Agreement provides that Smithfield will pay $42,000,000 to resolve all Settlement Class members' claims against Smithfield for the Released Claims (as defined in the Settlement Agreement). In addition to this monetary benefit, Smithfield has also agreed to certain injunctive relief and to provide specified cooperation in the Commercial and Institutional Indirect Purchaser Plaintiffs' continued prosecution of the litigation. No money will be distributed at this time. Settlement Class Counsel will continue to pursue the lawsuit against the other Defendants. Settlement Class Counsel may request that the Court award attorneys' fees and permit the reimbursement of certain litigation costs and expenses. Settlement Class Counsel will also seek permission to set aside up to five percent of the Settlement Fund for future litigation expenses to be used in the continuing lawsuits against the non-settling Defendants and will seek service awards for the class representatives. When Settlement Class Counsel's motion for fees, costs, expenses, and service awards is filed, it will be available on the Settlement Website. The motion will be posted on the website at least 14 days before the deadline for objecting to, commenting on, or excluding yourself from the Settlement. Settlement Class Counsel will ask the Court for attorneys' fees based on their services in this litigation, not to exceed one third of the Settlement Fund net of any expense reimbursement and class representative service awards, and will ask to be reimbursed for

certain expenses already incurred on behalf of the Settlement Class in an amount up to $1,600,000. All Settlement funds that remain after payment of the Court ordered attorneys' fees, costs, expenses, and service awards will be distributed at the conclusion of the lawsuit or as ordered by the Court. You will be notified later, if and when there is an opportunity to make a claim to receive a payment.

**WHAT ARE YOUR RIGHTS AND OPTIONS?**

You do not need to take any action to remain a member of the Settlement Class and be bound by the Settlement Agreement. As a Settlement Class member, you may be able to participate in (or exclude yourself from) any future settlements or judgments obtained by Commercial and Institutional Indirect Purchaser Plaintiffs against other Defendants in the case.

If you do not want to be legally bound by the Settlement Agreement, you must exclude yourself.  Your exclusion request must be **postmarked** by **September 3, 2022**, or you will not be able to sue or to continue suing the Settling Defendant for the Released Claims (as defined in the Settlement Agreement). If you exclude yourself, you cannot get money from the Settlement. If you do not exclude yourself from the Settlement Class, you may object to the Settlement.  Your objection must be **postmarked** by **September 3, 2022**. The detailed notice explains how to exclude yourself or object. Details may also be found on the FAQs page of the Settlement website.

While this Settlement is only with the Settling Defendant at this time, the Settlement Class includes purchasers of Pork products (as defined in the Settlement Agreement) from *any* of the Defendants or their co-conspirators. If you are a member of the Settlement Class and do not exclude yourself, you may be eligible to participate in (or exclude yourself from) any additional settlements which may arise with any other Defendants in the case.

The Court will hold a hearing in this case *In re Pork Antitrust Litigation* (Commercial and Institutional Indirect Purchaser Actions), Case No. 0:18-cv-01776 (D. Minn.) on **October 17, 2022**, at **10:00 a.m.** via video conference, to consider whether to approve the Settlement Agreement. You may ask to speak at the hearing, but you do not have to.

**This notice is a summary only. You can find more details about the Settlement at www.PorkCommercialCase.com or by calling toll-free 1-855-867-0738. Please do not contact the Court.**

# # #

SOURCE United States District Court for the District of Minnesota