# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST
LITIGATION

_This Document Relates to_:

All Consumer Indirect Purchaser Plaintiff
Actions

Case No. 18-1776 (JRT/JFD)

**WORD COUNT CERTIFICATE OF
COMPLIANCE ON MEMORANDUM
OF POINTS AND AUTHORITIES IN
SUPPORT OF MOTION FOR
PRELIMINARY APPROVAL OF THE
CLASS ACTION SETTLEMENT
BETWEEN CONSUMER INDIRECT
PURCHASER PLAINTIFFS AND
DEFENDANT SMITHFIELD FOODS,
INC. AND THE DIRECT NOTICE TO
THE SETTLEMENT CLASS**

I, SHANA E. SCARLETT, certify that this Memorandum in Support of

Preliminary Approval of Class Action Settlement Between Consumer Indirect Purchaser

Plaintiffs and Defendant Smithfield Foods, Inc., and to Direct Notice to Settlement Class

complies with the type-volume limitation of D. Minn. L.R. 7.1(f)(1) and with the type-

size limit of D. Minn. L.R. 7.1(h)(1). The brief was prepared using Microsoft Word. It

has 7,349 words of type, inclusive of all text, including headings, footnotes, and

quotations. The font throughout is size 13.

DATED: September 27, 2022                Respectfully submitted,

                                         HAGENS BERMAN SOBOL SHAPIRO LLP

                                         By:   /s/ Shana E. Scarlett
                                               SHANA E. SCARLETT
                                         Rio Pierce
                                         715 Hearst Avenue, Suite 202
                                         Berkeley, California 94710
                                         Telephone: (510) 725-3000
                                         Facsimile: (510) 725-3001
                                         shanas@hbsslaw.com
                                         riop@hbsslaw.om

                                         Steve W. Berman
                                         Breanna Van Engelen
                                         HAGENS BERMAN SOBOL SHAPIRO LLP
                                         1301 Second Avenue, Suite 2000
                                         Seattle, Washington 98101
                                         Telephone: (206) 623-7292
                                         Facsimile: (206) 623-0594
                                         steve@hbsslaw.com
                                         breannav@hbsslaw.com

                                         Elaine T. Byszewski
                                         HAGENS BERMAN SOBOL SHAPIRO LLP
                                         301 N. Lake Ave., Suite 920
                                         Pasadena, CA 91101

Telephone: (213) 330-7150
elaine@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-Lead Counsel for Consumer
Indirect Purchaser Plaintiffs*