# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil Action No. 18-cv-1776 (JRT/HB) |
| | **DECLARATION ON BEHALF OF AMAZONFRESH, LLC** |
| | DWT REF NO.: SUB1009294 |

Sarah Reichenbach declares as follows:

1. I am a litigation paralegal and provide this declaration on behalf of AmazonFresh, LLC ("Amazon"). I make this declaration based on my personal knowledge and my review of Amazon records kept and maintained in the ordinary course of business.

2. I am well versed and experienced at searching Amazon's databases and using Amazon's tools to collect purchase and sales data. In particular, I am qualified to design and execute database queries to retrieve product, sales, and customer information.

3. I understand that Plaintiffs in this case have served a subpoena on Amazon (the "Subpoena") seeking information regarding Amazon's purchases and sales of various pork products, including, but not limited to personally identifying information regarding the consumer-purchasers of such products.

4836-4862-1004v.4 0051461-001872

4. Amazon has already produced to Plaintiffs certain information regarding consumer purchases of 283 pork products, but objects to producing its customer-purchasers' personally identifiable information.

5. If a class is ultimately certified, Amazon has the ability to identify the consumer-purchasers associated with the purchase transactions for which it has already produced information to Plaintiffs. Upon reaching agreement with Plaintiff regarding the relevant terms, Amazon has the ability and is willing to send an email notice regarding the class action litigation directly to those consumer-purchasers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 23 day of June, 2022, at Seattle, Washington.

*Sarah Reichenbach*
Sarah Reichenbach
Litigation Paralegal

4836-4862-1004v.4 0051461-001872

**CERTIFICATE OF SERVICE**

I hereby certify that on June___ 2022, I caused the foregoing document to be served by electronic mail to the following:

Breanna Van Engelen
breannav@hbsslaw.com
Abby Wolf
abbyw@hbsslaw.com
Abigail Pershing
abigailp@hbsslaw.com

DATED this ___, day of June , 2022.

DAVIS WRIGHT TREMAINE LLP
Attorneys for AmazonFresh, LLC

By /s/ Ramie O. Snodgrass
Ramie O. Snodgrass, WSBA #40689
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-757-8208
Email: RamieSnodgrass@dwt.com

4836-4862-1004v.4 0051461-001872