UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-JFD<br><br>**DECLARATION OF ERIC SCHACHTER IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT BETWEEN CONSUMER INDIRECT PURCHASER PLAINTIFFS AND DEFENDANT SMITHFIELD FOODS, INC. AND TO DIRECT NOTICE TO THE SETTLEMENT CLASS** |
| *This Document Relates to:*<br><br>All Consumer Indirect Purchaser Actions | |

I, Eric Schachter, hereby declare as follows:

1. I am a Vice President with A.B. Data, Ltd. ("A.B. Data"). A.B. Data has been acting as the Settlement Administrator for previous settlements reached in this case. I am fully familiar with the facts contained herein based upon my personal knowledge, and if called as a witness, could and would testify competently thereto.

2. In consultation with Co-Lead Counsel, I have prepared a proposed settlement notice and administration plan for this litigation. This Declaration will describe the proposed Notice Plan and how it will meet the requirements of Rule 23 of the Federal Rules of Civil Procedure and provide due process to the potential members of the Settlement Class. This Declaration is based upon my personal knowledge and upon

07069-00001/12354187.1

information provided to me by Co-Lead Counsel, my associates, and A.B. Data staff members.

3. I have implemented and coordinated some of the largest and most complex class action notice and administration plans in the country. The scope of my work includes notification, claims processing, and distribution plans in all types of class actions, including but not limited to consumer, antitrust, securities, ERISA, insurance, and government agency settlements.

4. A.B. Data has also been appointed as notice, claims, and/or settlement administrator in hundreds of high-volume consumer, antitrust, civil rights, insurance, ERISA, securities, and wage and hour class action cases. A profile of A.B. Data's background and capabilities, including representative case and client lists, is included hereto as **Exhibit A**.

## Notice Plan Overview

5. The objective of the Notice Plan, attached as **Exhibit B**, is to provide the best practicable notice, under the circumstances, of the proposed Settlement to potential Settlement Class Members. The Settlement Class is defined as follows:

> [A]ll persons and entities who indirectly purchased Pork from any of the Defendants or any co-conspirator, or their respective subsidiaries or affiliates, for personal use in the United States from at least as early as January 1, 2009 until April 2, 2021. Specifically excluded from the Settlement Class are the Defendants; the officers, directors, or employees of any Defendant; any entity in which any Defendant has a controlling interest; and any affiliate, legal representative, heir, or assign of any Defendant. Also excluded from this Settlement Class are any federal, state, or local governmental entities, any judicial officer presiding over this action and members of his/her immediate family and judicial staff, and any juror assigned to this action.

**Target Audience/Media Usage Analysis**

6.  To develop the Notice Plan, A.B. Data's media experts profiled the Settlement Class using the accredited resource MRI-Simmons 2022 Doublebase data ("MRI").[1] MRI is used by advertising agencies and other marketing professionals to understand the demographics, interests, and activities of a targeted group of people and aids in the proper selection of media to reach that target audience. It is also instrumental in developing the estimated net reach of a particular notice plan and uses the type of accepted methodology that the Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* advises be used in class action notice plans.

7.  MRI measures a combined category called "Households Used in the Last 6 Months: Pork (Chops) or Other Pork Meat Fresh/Frozen or Pork Roasts or Bacon and Breakfast Strips or Sausage or Cold Cuts or Ham or Salami or Cooked Hams," which was used to review the demographics and media habits. This research defines the target audience as having the following characteristics:

---

[1] MRI (formerly known as GfK MRI) Survey of the American Consumer is the country's largest, most comprehensive, and most reliable consumer, media, and product/service usage database. Data from MRI's Survey of the American Consumer, conducted continuously since 1979, are used in most media and marketing plans written in the United States. The firm's multidimensional database is the largest and most reliable source for integrated media planning. About 450 U.S. advertising agencies, including 90 of the top 100, subscribe to MRI Research, as does A.B. Data; and more than 200 national marketers access the MRI database. MRI-Simmons offers the most detailed and representative picture of U.S. demographics and lifestyles, including information on usage of nearly 6,000 product and service brands across 550 categories, the magazines and newspapers audiences read, the websites they look at, the television programs they watch, and the radio stations they listen to. MRI has been accredited by the Media Ratings Council ("MRC") since 1988. MRC requires its members to disclose all the methodological aspects, meet MRC standards for rating research, and submit to MRC-designed audits.

- Age 25 and older;

- Have attended/graduated from college;

- Employed full or part time;

- Married or living with partner and own their home; and

- Live in large urban and suburban metropolitan areas

8. To identify the best vehicles to deliver the message to the target audience, A.B. Data reviewed the media-quintile profiles, which measure the degree to which an audience uses media relative to the general population. This analysis showed that "Households Used in the Last 6 Months: Pork (Chops) or Other Pork Meat Fresh/Frozen or Pork Roasts or Bacon and Breakfast Strips or Sausage or Cold Cuts or Ham or Salami or Cooked Hams" spend an average amount of time using digital media.

9. Based upon this information, A.B. Data will use a combination of direct email notice, digital media, social media, and earned media to effectively and efficiently reach the target audience and deliver notice to potential members of the Settlement Class to inform them of their rights and options.

### Direct Notice

10. I understand from Co-Lead Counsel that third parties have been subpoenaed and some have produced contact information that includes names and email addresses. To date, A.B. Data has received names and contact information for approximately 17.6 million potential Settlement Class Members. I understand from Co-

Lead counsel that contact information for additional Settlement Class members is expected to be produced shortly from other entities, such as Kroger, Sam's Club, and Costco. Based on my experience from similar consumer cases involving grocery purchases, A.B. Data estimates that contact information for approximately 10 million more Settlement Class Members may become available. A.B. Data will electronically process all potential Settlement Class contact information to consolidate duplicate records and ultimately load all potential Settlement Class Member names and contact information to consolidate duplicate records and ultimately load all unique potential Settlement Class Member names and contact information into our secure notice database for the purposes of providing notice.

11. I understand from Co-Lead Counsel that one third party, Amazon, has agreed to provide notice directly to its customers of the settlement funds. As of September 19, 2022, Amazon identified 1.8 million customers to be noticed.

12. In advance of initiating a direct notice email campaign, A.B. Data will perform several tasks to maximize deliverability and avoid spam and junk filters. These tasks include running the list of recipient email addresses through a deliverability analysis to ensure the email addresses are valid, and working with our contacts at the email service providers to develop sending strategies to achieve optimal deliverability. A.B. Data will also incorporate certain best practices to maximize deliverability, such as ensuring no inclusion of words or phrases known to trigger spam or junk filters, not including attachments to the email, and sending the emails in tranches over a period of days or weeks.

13. The Email Notice, attached as **Exhibit C**, will include summary information concerning the Settlement, including that this is a class action; a description of the Settlement Class in plain and engaging language ("If you purchased any Pork product in the United States from January 1, 2009, through April 21, 2021, a class action settlement may affect your rights."); that the Settlement Class alleges antitrust claims; that a Settlement Class Member may appear through an attorney; that Settlement Class Members can be excluded, or if they remain in the Settlement Class, may object to the terms of the Settlement; the deadlines for requesting exclusion or for objecting; and the binding effect of a class judgment. A more detailed long-form notice will be available for download on the case-specific website (the "Website Notice") in English and Spanish. Attached as **Exhibit D** is the proposed Website Notice.

## Digital Media

14. To supplement direct notice efforts, targeted digital banner and newsfeed ads will be placed on websites and applications across desktop, tablet, and mobile devices. Digital advertising allows the viewer to click on a banner or newsfeed advertisement and instantly be directed to the case website or Facebook page. The digital ads will be placed in premium positioning on websites and social media sites, ensuring that they can be easily seen. We expect a minimum of 348 million impressions to be delivered across digital networks and social media, enabling maximum exposure and delivering the reach required to satisfy Rule 23 and due process. The number of impressions ultimately served will depend on how many potential Settlement Class

Members are successfully sent email notice and will be adjusted accordingly to provide sufficient reach.

15.     Guided by our in-house Comscore[2] data analysis, digital banner, text, and/or newsfeed ads will be placed via Google Display Networks and Google AdWords, and on the social media platforms Facebook, Instagram, and YouTube. All banner and newsfeed ads will include an embedded and trackable link to the case-specific website. Links will be tracked using Google Analytics and Facebook Pixel tracking codes, providing a way to optimize ads based on traffic and conversions. Images appropriate for this action and target audience will also be included in all digital ad formats, as this increases the visibility and click-through rate of the ads. Example ads are attached as **Exhibit E**.

16.     The digital impressions will be highly targeted, specifically delivered to the social media feeds of potential Settlement Class Members using their known contact information, and to digital users that have expressed an interest in information relevant to the subject of this case, such as Pork products. A case-specific Facebook page will also be created as a landing page for the links in the Facebook and Instagram newsfeed ads.

17.     To deliver highly targeted ads likely to reach potential Settlement Class Members, several campaign optimization strategies will be utilized including:

---

[2] Comscore is a global internet information provider on which leading companies and advertising agencies rely for consumer behavior insight and internet data usage. Comscore maintains a proprietary database of more than 2 million consumers who have given Comscore permission to monitor their browsing and transaction behavior, including online and offline purchasing.

- *Mobile In-App* – targeting users inside mobile applications that fit into our data pool
- *Mobile websites* – targeting phones and tablets whose users are visiting websites that are contextually relevant
- *Contextual targeting* – serving ads on websites with relevant content such as grocery stores or specialty food stores
- *Behavioral targeting* – targeting users whose owners have shown activity in the target data pools such as those interested in Pork products
- *Predictive Modeling* – Using "look alike" modeling to target users whose owners have strong similarities to users who previously clicked through to the case website

18. To reach the significant Hispanic audience that could be potential Settlement Class Members, banner ads will be served with Spanish-language copy on websites specifically serving the Hispanic community.

19. Sponsored search listings will be acquired on Google, the most visited search engine. When identified target phrases and keywords relevant to the Action are used in searches on Google, links to the Settlement website will appear on the search result pages.

20. The digital and social media ad campaign, including utilization of the digital networks and social media described above, will run for 30 days to ensure ample time to serve the targeted impressions and deliver potential Settlement Class Members to the website.

21. A.B. Data employs a fully staffed digital buying team to manage all digital and social media programs in-house for the greatest control and oversight. A.B. Data's digital media experts will monitor the success, conversions, and activity associated with

8

the digital and social media and will optimize the number of impressions delivered across each platform to achieve maximum engagement and efficiency.

### Earned Media

22. A.B. Data will disseminate a news release via *PR Newswire*'s US1 Newsline distribution list to announce the Settlement. This news release will be distributed via *PR Newswire* to the news desks of approximately 10,000 newsrooms, including those of print, broadcast, and digital websites across the United States. The news release will also be translated and published to *PR Newswire*'s U.S. Hispanic media contacts and Hispanic news websites. News about the Settlement will also be sent via Twitter to the followers of *PR Newswire* and A.B. Data.

### Website and Telephone

23. To assist potential Settlement Class Members in understanding the terms of the Settlement and their rights, A.B. Data will continue to maintain the case-specific toll-free telephone number and case-specific website.

24. A.B. Data will update the interactive voice response system on the existing toll-free telephone number with new information. The automated interactive voice response system will present callers with a series of choices to hear prerecorded information concerning the Settlement.

25. A.B. Data will also continue to maintain the case-specific website for this matter at www.overchargedforpork.com. The Website Notice, which contains a detailed summary of the terms of the Settlement, will be posted prominently. The website will also provide, among other things, a summary of the case, all relevant documents, important

dates, and any pertinent updates concerning the litigation or the settlement process. The website will be secure, with an "https" designation. Google Analytics and Facebook Pixel tracking codes will also be placed on the website to ensure accurate optimization with the digital and social media ads.

### Claims and Distribution

26. Settlement Class Members must submit a timely, valid claim through the Settlement website or by mail to be eligible to receive monetary compensation. The Claim Form, attached as **Exhibit F**, will require each Settlement Class Member to set forth their best estimate of the quantity and costs of Pork products that were purchased monthly during the Settlement Class Period. A.B. Data may request supporting documentation from Settlement Class Members for claims with potentially suspicious amounts of purchases or costs claimed.

27. Payments to eligible Settlement Class Members will not be distributed until the Court grants final approval of the Settlement and any objections or appeals are resolved. In addition, I understand that Co-Lead Counsel may request to delay the distribution to Settlement Class Members if future settlements with additional Non-Settling Defendants are reached.

28. When the distribution does occur, payments will be digitally sent to each eligible Settlement Class Member claimant using the email address provided on the submitted Claim Form. At the time of distribution, each eligible claimant will be provided with a number of digital options to instantaneously receive their payment, such as a virtual debit card, PayPal, or redemption through other ecommerce platforms. Given the large size

of the Settlement Class, a digital distribution is recommended to reduce administrative costs and to provide convenience and efficiency for claimants (who will be able to receive their funds without having to deposit a check or visit a bank). Settlement Class Members can also request a traditional paper check payment by mail.

29.     After the initial round of settlements, a second round of distribution will be made to Settlement Class Members which would take into account the efficiencies of administrative costs. This may mean that the second-round distribution will be made only to Settlement Class Members who participated in the first round of distribution, and a flat amount for distribution, or tiered amounts of distribution, would be the most efficient way to effect a second round. Any remaining funds after the second round of distribution would escheat to the relevant governmental authorities responsible for enforcing the antitrust laws.

## Conclusion

30.     It is my opinion, based on my individual expertise and experience and that of my A.B. Data colleagues, that the proposed Notice Plan is designed to effectively reach potential Settlement Class Members and provide them with the information in an informative and easy to understand manner that is necessary to effectively understand their rights and options. Through a multi-media approach that includes direct notice, microtargeted notice on digital networks and social media, and earned media, an estimated 81% of the target audience and thus potential Settlement Class Members will be reached, on average 1.9 times, as calculated by Comscore, MRI, and A.B. Data media professionals. The Notice Plan provides a reach and frequency that conforms to The

Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*, which considers reach among class members that exceeds 70% to be reasonable. For these reasons, in my opinion, the proposed Notice Plan satisfies the requirements of Rule 23 and due process, will provide ample notice to potential members of the Settlement Class, and is the best notice practicable under the circumstances.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27<sup>h</sup> day of September 2022 in Milwaukee, Wisconsin.

_____
ERIC SCHACHTER