# EXHIBIT B



A.B. Data, Ltd.
Class Action Administration Company
600 A.B. Data Drive
Milwaukee, WI 53217

# Notice Plan

*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*
No. 18-cv-01776-JRT-JFD
United States District Court for the District of Minnesota
September 26, 2022

## CONTENTS

**Case Background and Class Definition**..........................................................................**Page 3**

**Notice Plan Overview**…........................................................................................**Page 5**

**Paid-Media Planning Methodology**..........................................................................**Page 8**

**Target Audience** ............................................................................................**Page 10**

**Media-Usage Analysis**..........................................................................................**Page 13**

**Digital-Media Analysis and Recommendation**................................................................**Page 16**

**Earned-Media Notice Recommendation**.......................................................................**Page 24**

**Notice Design Strategies** ...................................................................................**Page 26**

## APPENDIX

Appendix 1     Audience Demographics

Appendix 2     Media Quintiles

Appendix 3  Digital Media Usage and Social Media/Website Usage



*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

# CASE BACKGROUND AND

# CLASS DEFINITION

*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

## CASE BACKGROUND AND CLASS DEFINITION

This Notice Plan is submitted by A.B. Data, Ltd. ("A.B. Data") to outline the efforts that will be made to provide notice of a proposed class action Settlement to potential Settlement Class Members.

The exact number of Settlement Class Members is unknown. Data from the marketing research firm MRI-Simmons[1] shows that 212,471,000 consumers have used fresh or frozen Pork chops or roasts, bacon, sausage, or ham products in the past 6 months.

2019 Statista data shows that 77% of U.S. households purchased fresh Pork products, with 97% purchasing fresh or processed Pork products[2]. In a 2021 study, the research indicates over 81% of U.S. households purchase fresh Pork, with over 80% of Pork shoppers repeating their purchase[3]. With potentially millions of Settlement Class Members nationwide, joinder is impracticable.

As stated in Rule 23(c)(2)(B) of the Federal Rules of Civil Procedure, "individual notice to all members who can be identified through reasonable effort" is the best notice option. Counsel estimates that they will receive the contact data for approximately 28 million Settlement Class Members from retail sources that can be used to serve direct notice. Since individual notice to all Settlement Class Members is not an option, a paid-media Notice Plan is necessary to reach unidentified Settlement Class Members.

The Settlement Class is defined as the following:

> All persons and entities who indirectly purchased Pork from any of the Defendants or any co-conspirator, or their respective subsidiaries or affiliates, for personal use in the United States from at least as early as January 1, 2009, until April 2, 2021.

> Specifically excluded from the Settlement Class are the Defendants; the officers, directors, or employees of any Defendant; any entity in which any Defendant has a controlling interest; and any affiliate, legal representative, heir, or assign of any Defendant. Also excluded from this Settlement Class are any federal, state, or local governmental entities, any judicial officer presiding over this action and members of his/her immediate family and judicial staff, and any juror assigned to this action.



[1] MRI-Simmons (formerly known as GfK MRI) Survey of the American Consumer is the country's largest, most comprehensive, and most reliable consumer, media, and product/service usage database. Data from MRI's Survey of the American Consumer, conducted continuously since 1979, are used in most media and marketing plans written in the United States. The firm's multidimensional database is the largest and most reliable source for integrated media planning. About 450 U.S. advertising agencies, including 90 of the top 100, subscribe to MRI Research, as does A.B. Data; and more than 200 national marketers access the MRI database. MRI-Simmons offers the most detailed and representative picture of U.S. demographics and lifestyles, including information on usage of nearly 6,000 product and service brands across 550 categories, the magazines and newspapers audiences read, the websites they look at, the television programs they watch, and the radio stations they listen to. MRI has been accredited by the Media Ratings Council ("MRC") since 1988. MRC requires its members to disclose all the methodological aspects, meet MRC standards for rating research, and submit to MRC-designed audits.

[2] https://www.statista.com/statistics/1051294/american-consumers-buying-pork-by-
type/#:~:text=As%20of%202019%2C%20about%2096,the%20United%20States%20bought%20pork.

[3] https://porkcheckoff.org/news/in-store-research-focuses-on-ground-pork-placement/



*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

# NOTICE PLAN OVERVIEW



# NOTICE PLAN OVERVIEW

## Plan Components

This document outlines the process for providing notice for the case *In re Pork Antitrust Litigation (Indirect Purchaser Actions)* to potential Settlement Class Members (the "Notice Plan"). This plan is consistent with the requirements set forth in Rule 23 of the Federal Rules of Civil Procedure.

After thorough research of the demographics of potential Settlement Class Members using MRI-Simmons, A.B. Data has identified adults age 25+ as the primary buying target audience.

A.B. Data recommends the following elements in the Notice Plan:
- Direct notice by email;
- Digital media – display ads;
- Social media – newsfeed ads;
- Google AdWords – search;
- Earned media

These paid media components, which will include online platforms, social media, and earned media vehicles, are all specifically targeted for and will reach unidentified potential members of the Settlement Class. A dedicated informational case website and Facebook page will be developed to complement the Notice Plan and to ensure Settlement Class Members' easy access to updated information. Detailed information about each component of the Notice Plan and its coverage of the target audience in this case appears in the Digital Media Analysis and Recommendation section of this plan.

## Notice Plan Summary

| Medium | Description |
|---|---|
| Direct Notice: | • Email<br>   o Contact data for approximately 28 million Settlement Class Members |
| Digital/Social Media:<br>348 million impressions | • Google Display Network<br>• Facebook<br>• Instagram<br>• YouTube<br>• Google AdWords/Search<br>   o Behavioral, contextual, predictive modeling strategies<br>   o Newsfeed ads<br>   o Links and traffic tracked via Google Analytics<br>   o Spanish-language digital media |
| Earned Media | *PR Newswire*<br>• US1 National Newswire<br>• Hispanic Newswire |



*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

| Medium | Description |
|---|---|
|  | • Tweeted via *PR Newswire* and A.B. Data Twitter accounts |

## Delivery and Due Process

This Notice Plan will deliver an estimated reach of 81.0% to the target audience of adults age 25+, as calculated by MRI, Comscore[4], and A.B. Data media professionals.

The notice efforts described herein reflect a strategic, microtargeted, and contemporary method to deploy Notice to Settlement Class Members. The Notice Plan provides a reach and frequency similar to those that Courts have approved and are recommended by The Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide,* which considers reach among class members that exceeds 70% to be reasonable.

The Notice Plan described in this document is consistent with notice plans that A.B. Data has developed and have been approved by courts and implemented for other antitrust matters with regard to the methods and tools for developing notice plans.

This Notice Plan meets due-process requirements.

---

[4] Comscore is a global Internet information provider on which leading companies and advertising agencies rely for consumer behavior insight and Internet data usage. Comscore maintains a proprietary database of more than 2 million consumers who have given Comscore permission to monitor their browsing and transaction behavior, including online and offline purchasing.



*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

# PAID-MEDIA PLANNING METHODOLOGY



*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

## PAID-MEDIA PLANNING METHODOLOGY

This Notice Plan has been developed to reach Settlement Class Members effectively and efficiently and seeks to do the following:

1. Identify the demographics of Settlement Class Members through the use of syndicated and/or peer-reviewed, accredited research to establish a primary target audience;
2. Outline the methodology for selecting the media vehicles recommended and their relationship to product/service purchase and usage by the target audience; and
3. Provide results that quantify for the Court the adequacy of the Notice based upon recognized tools of media measurement.

The first step taken to develop the paid Notice Plan involves determining the demographics of potential Settlement Class Members and defining the target audience. Media quintile usage data was analyzed next, along with the ability of each advertising medium to provide cost-efficient coverage of the target audience, to develop the direction of the Notice Plan, *i.e.*, whether notification is best done through print, online, broadcast, and/or some other methodology.

A.B. Data used reach and frequency as the standards upon which to measure whether this is an effective Notice Plan. Reach and frequency are the two primary measurements used to quantify the delivery of a proposed Notice Plan to a defined target audience. Below are the definitions of these terms as they relate to paid media.

- *Reach* – expressed as a percentage, a measurement of a target audience that was exposed at least one time to a specific media message or combination of media messages, whether via print, broadcast, online, outdoor, etc., media, within a given time period.
- *Frequency* – the estimated average number of opportunities a member of the target audience sees the Notice during the campaign.

A.B. Data used these analytical tools, provided by Comscore and MRI, to determine the publications/websites selected and the number of insertions/impressions to be purchased. MRI is the leading supplier of multimedia audience research in the United States. As a nationally accredited research firm, it presents a single-source measurement of major media, products, services, and consumer demographic, lifestyle, and psychographic characteristics.



*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

# TARGET AUDIENCE



*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

# TARGET AUDIENCE

To define the Settlement Class and develop the primary target audience for this case, we examined accredited marketing data from MRI for adults whose households used Pork chops or other Pork meat Fresh/Frozen or Pork roasts or bacon and breakfast strips or sausage or cold cuts or ham or salami or cooked hams in the Past 6 Months. See Appendix 1 for the complete results of the syndicated data from MRI regarding this demographic group.

Below is a summary of some of the key statistics of people in this category.

| Demographics | Households/Adults used in the Last 6 Months: Pork (Chops) or Other Pork Meat Fresh/Frozen or Pork (Roasts) or Bacon and Breakfast Strips or Sausage or Cold Cuts or Ham or Salami or Cooked Hams |
|---|---|
| Men | 48.0% |
| Women | 52.0% |
| Age 25-34 | 17.2% |
| Age 35-44 | 16.4% |
| Age 45-54 | 16.1% |
| Age 55-64 | 17.1% |
| Age 65+ | 22.1% |
| Graduated High School Only | 28.6% |
| Some College or Associate Degree | 27.8% |
| Bachelor's degree or Post-graduate degree | 33.6% |
| Household Income: Under $20,000 | 8.9% |
| $20,000 - $40,000 | 13.5% |
| $40,000 - $60,000 | 14.3% |
| $60,000 - $75,000 | 9.8% |
| $75,000+ | 53.5% |
| $100,000+ | 39.8% |
| Wage Earner: Sole Earner | 16.1% |
| Wage Earner: Primary Earner | 20.6% |
| Wage Earner: Secondary Earner | 21.9% |



*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

| Demographics | Households/Adults used in the Last 6 Months: Pork (Chops) or Other Pork Meat Fresh/Frozen or Pork (Roasts) or Bacon and Breakfast Strips or Sausage or Cold Cuts or Ham or Salami or Cooked Hams |
| --- | --- |
| Not Employed/Retired | 22.5% |
| Now Married | 54.8% |
| Widowed/Divorced | 17.4% |
| Living with Partner/Girlfriend/Boyfriend | 10.9% |
| Home Owned | 71.4% |
| Spanish, Hispanic, or Latino Descent | 16.3% |
| Spanish Spoken in Home | 17.1% |
| A County | 40.8% |
| B County | 30.3% |
| C County | 14.9% |
| D County | 14.1% |
| White * | 75.8% |
| Black/African-American * | 13.0% |
| Asian * | 3.6% |
| Other Race/Multiple Classifications * | 9.1% |

*May add up to more than 100%, as people could select as many classifications as applied.

Based on the data for Households/Adults that have purchased any of the different Pork products, it is noted that the target audience will have the following characteristics:

- Age 25 and older;
- Attended or graduated from college;
- Homeowners;
- Married or living with their partner;
- Working full or part time;
- Live in larger metropolitan areas.



*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

# MEDIA-USAGE ANALYSIS

# MEDIA-USAGE ANALYSIS

Everybody is exposed to and consumes media differently, sometimes with daily changes. However, we all develop patterns to our media consumption. And those patterns become our individual media habits. MRI divides those habits into five categories of media usage, from heavy consumption of media to light users of a media type. These five categories are defined by Quintiles ranked from 1 to 5, with Quintile 1 representing the heaviest user of a media vehicle and Quintile 5 representing a light user.

The media usage of the target audience in each Quintile is expressed as an index. An index of 100 is an average usage of a particular medium. Therefore, an index above 100 indicates a heavier usage of the medium than that of the average adult, and an index below 100 indicates a lighter usage of the medium than that of the average adult.

Media vehicles in the Quintile analysis summarized below include magazines, newspapers and newspaper supplements, radio, television, and the Internet.

| Media Indices | Households/Adults used in the Last 6 Months: Pork (Chops) or Other Pork Meat Fresh/Frozen or Pork (Roasts) or Bacon and Breakfast Strips or Sausage or Cold Cuts or Ham or Salami or Cooked Hams |
|---|---|
| **Magazines** | |
| Quintile 1 | 102 |
| Quintile 2 | 101 |
| **Newspapers and Supplements** | |
| Quintile 1 | 100 |
| Quintile 2 | 101 |
| **Radio** | |
| Quintile 1 | 100 |
| Quintile 2 | 100 |
| **Television** | |
| Quintile 1 | 101 |
| Quintile 2 | 102 |
| **Digital/Internet** | |
| Quintile 1 | 97 |
| Quintile 2 | 99 |



*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

Appendix 2 includes the entire media Quintile analysis for the category "Households/Adults used in the Last 6 Months: Pork (Chops) or Other Pork Meat Fresh/Frozen or Pork (Roasts) or Bacon and Breakfast Strips or Sausage or Cold Cuts or Ham or Salami or Cooked Hams."

Based upon the demographic analysis and the media Quintile results, targeted digital and social media will be utilized to reach potential Settlement Class Members.



*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

# DIGITAL-MEDIA ANALYSIS
# AND RECOMMENDATION

 *In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

## DIGITAL-MEDIA ANALYSIS AND RECOMMENDATION

MRI provides data on Internet usage by asking survey respondents about their online usage during the 30 days prior. According to the 2022 MRI survey, 97.4% of "Adults Who Purchased Pork Products" used the Internet during the last 30 days. Below is an overview of Internet usage, including the devices used to access the Internet and the types of online activities in which they participate. For a complete list of Internet usage activities, please refer to Appendix 3.

| Internet Usage | Households/Adults used in the Last 6 Months: Pork (Chops) or Other Pork Meat Fresh/Frozen or Pork (Roasts) or Bacon and Breakfast Strips or Sausage or Cold Cuts or Ham or Salami or Cooked Hams |
|---|---|
| Looked at/used Internet in the last 30 days | 97.4% |
| Have Internet access at home | 97.0% |
| **Devices Used to Access the Internet** | |
| Desktop computer | 43.8% |
| Laptop or Netbook | 58.3% |
| iPad or tablet | 37.4% |
| Smartphone | 85.7% |
| Television | 27.5% |
| **Online Activities** | |
| Obtained financial information | 31.4% |
| Paid bills online | 63.0% |
| Used email | 85.0% |
| Used Instant Messenger | 80.9% |
| Made a purchase for personal use in past 30 days | 73.3% |
| Played games in past 30 days | 37.3% |
| Obtained the latest news/current events in past 30 days | 52.9% |
| Obtained sports news in past 30 days | 27.5% |
| Obtained medical information in past 30 days | 32.8% |
| Looked for recipes online in past 30 days | 54.1% |



*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

| Internet Usage | Households/Adults used in the Last 6 Months: Pork (Chops) or Other Pork Meat Fresh/Frozen or Pork (Roasts) or Bacon and Breakfast Strips or Sausage or Cold Cuts or Ham or Salami or Cooked Hams |
|---|---|
| Looked up movie listings | 10.7% |
| Watched a movie online | 33.4% |
| Shared photos through Internet website | 27.4% |

Because the Internet is such an integral part of the lives of the target audience, it is recommended that online media drive the proposed Notice Plan. Digital media will have national coverage including Hawaii, Alaska, and the territories and possessions.

A.B. Data recommends using a variety of top websites and social media applications, enabling maximum exposure opportunities to reach the target audience. Additionally, websites and apps with audiences that include large percentages of the specific target audience will be selected. Delivery of Internet impressions to specific sites and categories, such as recipes, cooking, and healthy living, will be part of the negotiations.

Following is a summary of the search engines and websites used most frequently by the target audience. A complete list of search engines and websites reviewed by MRI is included in Appendix 3.

| Search Engines/Websites Visited | Households/Adults used in the Last 6 Months: Pork (Chops) or Other Pork Meat Fresh/Frozen or Pork (Roasts) or Bacon and Breakfast Strips or Sausage or Cold Cuts or Ham or Salami or Cooked Hams |
|---|---|
| **Search Engines Used** | |
| Google | 86.5% |
| Yahoo! | 17.0% |
| **Websites Visited** | |
| WebMD | 26.2% |
| Wikipedia | 25.6% |
| CNN | 17.1% |
| FOX News | 15.4% |
| ESPN | 15.5% |
| Zillow | 20.3% |



*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

| Search Engines/Websites Visited | Households/Adults used in the Last 6 Months: Pork (Chops) or Other Pork Meat Fresh/Frozen or Pork (Roasts) or Bacon and Breakfast Strips or Sausage or Cold Cuts or Ham or Salami or Cooked Hams |
|---|---|
| Amazon | 76.9% |
| eBay | 21.0% |
| Google Maps | 41.9% |
| Weather | 42.8% |
| **Social Media Visited** ||
| Facebook | 65.1% |
| Facebook Messenger | 48.8% |
| YouTube | 53.4% |
| Instagram | 36.9% |
| Pinterest | 19.4% |
| Twitter | 17.1% |

*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

# Digital-Media Recommendation

According to MRI-Simmons, purchasers of Pork products spent over 29 hours online in an average week. Digital banner ads will be targeted to potential Settlement Class Members described above. Settlement Class Member contact information provided by Lead Counsel will be used in targeting. Vegetarians and vegans will be excluded.

Based on our in-house Comscore data analysis, we recommend a mix of Internet banner and newsfeed ads to run using the Google Display Network via their thousands of websites, as well as mobile devices and apps, YouTube, Facebook, social media including Instagram, and Google AdWords (Search).

The recommended plan will have a minimum of 348 million impressions served to the target audience to deliver the necessary reach.

The digital media campaign will be implemented over a 30-day desktop and mobile plan utilizing standard IAB (Interactive Advertising Bureau) banner sizes (300 x 250, 728 x 90, 300 x 600, 320 x 50, 300 x 50). All banners and newsfeed ads will include embedded and trackable links to the case-specific website. Ad performance, links, and traffic will be tracked using Google Analytics and Facebook Pixel tracking codes, providing a way to optimize ads for traffic and registration data.

Ads will be served across multiple devices including mobile, tablet, and desktop. Ads will be placed in premium positioning on websites, ensuring they can be viewed without scrolling and easily seen when visitors first open the page.

To reach the significant Hispanic population that are potential Settlement Class Members, banner ads will also be served with Spanish-language copy on websites specifically serving the Hispanic community.

To deliver the reach goal efficiently and quickly, a very low frequency cap will be implemented so devices will not be served the ad multiple times.

The following websites/networks and social media will be reviewed and evaluated for this campaign:



- Adults in this demographic primarily use Google for viewing websites, maps, email, and other applications.
- Google allows for the purchase of relevant content where we want the banner ads to appear.
- Behavioral and audience look-alike targeting can be very effective on Google-owned platforms in reaching unidentified potential Settlement Class Members.
- A mix of display banner and mobile ad sizes will be utilized.



*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*



- Very popular app among people in this demographic target with over 54% of Pork users accessing YouTube within the past 30 days.
- Affinity targeting will be implemented based on users' interests and habits, *i.e.*, viewers of cooking shows, BBQ competitions, and other similar videos.
- We can implement dynamic prospecting and have our ads served to new users who are searching for videos similar to cooking shows.



- A case Facebook page will be developed so newsfeed ads can drive potential Settlement Class Members to the case-specific page and case website. The case Facebook page will be kept current with case news and documents.
- The most popular social media platform, with over 66% of adults in the target demographic visiting Facebook in the last 30 days. Many are frequent users of the network, using it to post photos and videos, send messages, and visit the pages of friends.
- Facebook allows specific demographic targeting beyond sex/age, including targeting adults who are followers of cooking shows, BBQ events and information, who are bacon lovers, plus many others.

*Instagram*

- Mobile newsfeed ads will drive potential Settlement Class Members to the case-specific page and case website.
- Instagram is one of the more popular social media sites within the target demographic, reaching 37% of Pork users.
- Instagram users can be targeted by location, interests, behaviors, and other demographic characteristics to effectively reach potential Settlement Class Members.



*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*



- More than 88% of the target demographic used Google to search for information in the past 30 days.
- Google allows the purchase of relevant content where we want the banner ads to appear. For example, we can select websites that feature Pork/ham cooking information or bacon and sausage recipes.
- Google AdWords text ads will be placed on relevant keyword searches to "pork," "ham," "ribs," "bacon," "sausage," and many other key terms.

The digital media placements will be chosen, first to meet audience notification requirements, and secondly to achieve maximum engagement with the ads. Campaigns and creative will be optimized to drive potential members of the Settlement Class to register on the website. Several campaign optimization strategies will be utilized, including:

| Digital Media Strategy | Digital Media Tactics |
|---|---|
| Mobile In-App | Targeting users inside mobile applications that fit into our data pools. This could include cooking or recipe apps, game apps, weather apps, or entertainment/event apps. |
| Mobile – Websites | Targeting phones and tablets whose users are visiting websites that are contextually relevant or websites being visited by relevant users in our data pool. |
| Contextual | Targeting websites with relevant content and context, such as cooking with Pork, BBQ, or recipe websites. |
| Behavioral | Targeting user IDs whose owners have shown activity in the target data pools, such as those interested in cooking websites. |
| Predictive Modeling | Using "look-alike" modeling to target user IDs whose owners have strong similarities to users who previously clicked through to the case website. |

Vegetarians and vegans will be eliminated from all targeting.

A.B. Data employs a fully staffed digital buying team to manage all digital and social media programs in-house for the greatest control and oversight. During the course of the digital notice schedule dates, A.B. Data's digital media experts will monitor the success, conversions, and activity associated with the digital and social media campaigns and will optimize the number of impressions delivered across each platform to achieve maximum engagement and efficiency. A.B. Data's digital media experts have



*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

the following certifications:

- Facebook's Certified Digital Marketing Associate Certification

- Google Ads Display Certification

- Google Ads Search Certification

- Google Analytics Certification

With this level of expertise, digital and social media campaigns are ensured impressions are delivered to the target audience efficiently and effectively, with online ad verification and minimal threat of bot-traffic and inappropriate content.



*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

# EARNED-MEDIA

# NOTICE RECOMMENDATION

*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

## EARNED-MEDIA NOTICE RECOMMENDATION

In addition to the digital and social media components of the Notice Plan, it is recommended that a news release regarding the case be run via *PR Newswire's* US1 Newsline. This case will gain more attention when the general-market media become aware of this news. The news release will be distributed via *PR Newswire* to more than 10,000 newsrooms across the United States, including those in general-market print, broadcast, and digital media. The news release will also be translated into Spanish and published on *PR Newswire's* National Hispanic Newsline.

News about the case will also be broadcast to the news media via Twitter. It will be tweeted from *PR Newswire's* and A.B. Data's Twitter accounts to thousands of news media and other followers. The news release will also assist with driving search engine results, which will help increase traffic to the case website.



*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

# NOTICE DESIGN STRATEGIES

*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

# NOTICE DESIGN STRATEGIES

The Federal Rules of Civil Procedure require notices in class action cases to be written in "plain, easily understood language." A.B. Data is committed to adhering to the easily-understood-language requirement of Rule 23(c)(2) and Rule 23(b)(3) and this standard will be utilized in developing the Long-Form Notice and Short-Form Notice for this case.

The plain-language notices that will be developed for this plan will be designed with large, bold headlines to be easily seen by potential Settlement Class Members. The plain, easily understood language in the text of the notices will offer potential Settlement Class Members the opportunity to read it at their leisure, helping ensure they understand the subject of the case, the steps they must take to join the Settlement Class, and the legal rights of all Settlement Class Members.

The Short-Form Notice will prominently display a case website address, a toll-free telephone number, and a mailing address so potential Settlement Class Members may review the detailed notice and other information available regarding the case.

The online social media and banner ads will be designed to alert potential Settlement Class Members about the case. The ads will each include a link to the case website or case Facebook page so potential Settlement Class Members may click on it and go directly to the website for answers and other case information. A.B. Data strongly recommends including product or usage photos as part of the Internet, social media, and banner ads to increase awareness, generate interest, and increase the click-through rate to the website.

<u>Sample Banner Ads</u>

 



*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*





*In re Pork Antitrust Litigation (Indirect Purchaser Actions)*

# APPENDICES 1-3

**Appendix A**
**Pork Indirect MRI Data**
**Audience Demographic: Adults 25+**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| **Pork Purchasers** | 212,471 | 83.81 | 100.00 | 100 |
| Adults | 212,471 | 83.81 | 100.00 | 100 |
| Men | 102,075 | 83.32 | 48.04 | 99 |
| Women | 110,396 | 84.26 | 51.96 | 101 |
| Respondent is parent of child under 18 currently living in the household | 55,370 | 85.85 | 26.06 | 102 |
| Respondent is mom of child under 18 currently living in the household | 30,058 | 86.23 | 14.15 | 103 |
| Respondent is dad of child under 18 currently living in the household | 25,312 | 85.41 | 11.91 | 102 |
| Respondent is parent of a child under 18 not currently living in the household | 17,699 | 84.18 | 8.33 | 100 |
| Age 18-24 | 23,730 | 81.12 | 11.17 | 97 |
| Age 25-34 | 36,576 | 80.26 | 17.21 | 96 |
| Age 35-44 | 34,729 | 83.42 | 16.35 | 100 |
| Age 45-54 | 34,121 | 84.63 | 16.06 | 101 |
| Age 55-64 | 36,279 | 85.80 | 17.07 | 102 |
| Age 65+ | 47,035 | 86.36 | 22.14 | 103 |
| Mean respondent age | 47.8 | N/A | N/A | 101 |
| Median respondent age | 48.3 | N/A | N/A | 102 |
| Adults 18-34 | 60,306 | 80.59 | 28.38 | 96 |
| Adults 18-49 | 111,872 | 81.97 | 52.65 | 98 |
| Adults 25-54 | 105,427 | 82.67 | 49.62 | 99 |
| Adults 35-54 | 68,850 | 84.02 | 32.40 | 100 |
| Men 18-24 | 12,030 | 81.93 | 5.66 | 98 |
| Men 18-34 | 30,232 | 80.48 | 14.23 | 96 |
| Men 18-49 | 55,218 | 81.42 | 25.99 | 97 |
| Men 25-34 | 18,202 | 79.56 | 8.57 | 95 |
| Men 25-54 | 51,475 | 81.74 | 24.23 | 98 |
| Men 35-44 | 16,952 | 82.57 | 7.98 | 99 |
| Men 35-54 | 33,273 | 82.99 | 15.66 | 99 |
| Men 45-54 | 16,321 | 83.43 | 7.68 | 100 |
| Men 55-64 | 17,205 | 85.22 | 8.10 | 102 |
| Men 65+ | 21,365 | 86.61 | 10.06 | 103 |
| Women 18-24 | 11,699 | 80.30 | 5.51 | 96 |
| Women 18-34 | 30,074 | 80.70 | 14.15 | 96 |
| Women 18-49 | 56,654 | 82.52 | 26.66 | 98 |
| Women 25-34 | 18,375 | 80.96 | 8.65 | 97 |
| Women 25-54 | 53,951 | 83.58 | 25.39 | 100 |
| Women 35-44 | 17,778 | 84.24 | 8.37 | 101 |
| Women 35-54 | 35,577 | 85.00 | 16.74 | 101 |
| Women 45-54 | 17,799 | 85.77 | 8.38 | 102 |
| Women 55-64 | 19,074 | 86.33 | 8.98 | 103 |
| Women 65+ | 25,671 | 86.14 | 12.08 | 103 |
| Highest Degree Received by Respondent: 12th grade or less (did not graduate high school) | 21,197 | 82.91 | 9.98 | 99 |
| Highest Degree Received by Respondent: Graduated high school or equivalent | 60,808 | 85.49 | 28.62 | 102 |
| Highest Degree Received by Respondent: Some college, no degree | 37,159 | 83.80 | 17.49 | 100 |
| Highest Degree Received by Respondent: Associate degree | 21,954 | 85.84 | 10.33 | 102 |
| Highest Degree Received by Respondent: Bachelor's degree | 41,967 | 82.14 | 19.75 | 98 |
| Highest Degree Received by Respondent: Post-graduate degree | 29,386 | 82.05 | 13.83 | 98 |
| Highest Degree Received by Respondent: Some college (no degree) OR Associate degree | 59,113 | 84.54 | 27.82 | 101 |
| Highest Degree Received by Respondent: Bachelor's degree OR Post-graduate degree | 71,353 | 82.10 | 33.58 | 98 |
| Employment: Working full time | 97,520 | 83.24 | 45.90 | 99 |
| Employment: Working part time | 26,904 | 82.57 | 12.66 | 99 |

**Appendix A**
**Pork Indirect MRI Data**
**Audience Demographic: Adults 25+**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Employment: Working full time or part time | 124,424 | 83.10 | 58.56 | 99 |
| Employment: Not working | 88,047 | 84.83 | 41.44 | 101 |
| If not employed: Retired | 47,777 | 86.69 | 22.49 | 103 |
| If not employed: Temporarily Unemployed | 11,595 | 81.30 | 5.46 | 97 |
| If not employed: Student | 7,165 | 79.37 | 3.37 | 95 |
| If not employed: Homemaker | 13,839 | 86.40 | 6.51 | 103 |
| If not employed: Other | 7,671 | 81.83 | 3.61 | 98 |
| Occupation: Professional and related occupations | 30,098 | 81.62 | 14.17 | 97 |
| Occupation: Management, business and financial operations | 22,607 | 81.98 | 10.64 | 98 |
| Occupation: Sales and office occupations | 24,770 | 83.89 | 11.66 | 100 |
| Occupation: Natural resources, construction and maintenance occup. | 11,864 | 87.00 | 5.58 | 104 |
| Occupation: Other employed | 35,086 | 83.30 | 16.51 | 99 |
| Respondent is a Veteran of the U.S. Armed Forces | 18,333 | 86.21 | 8.63 | 103 |
| Individual Employment Income: $250,000+ | 2,576 | 80.61 | 1.21 | 96 |
| Individual Employment Income: $200,000-$249,999 | 1,768 | 81.29 | 0.83 | 97 |
| Individual Employment Income: $150,000-$199,999 | 4,679 | 82.16 | 2.20 | 98 |
| Individual Employment Income: $100,000-$149,999 | 12,673 | 82.01 | 5.96 | 98 |
| Individual Employment Income: $75,000-$99,999 | 15,044 | 84.02 | 7.08 | 100 |
| Individual Employment Income: $60,000-$74,999 | 13,555 | 84.11 | 6.38 | 100 |
| Individual Employment Income: $50,000-$59,999 | 11,415 | 82.29 | 5.37 | 98 |
| Individual Employment Income: $40,000-$49,999 | 13,764 | 83.43 | 6.48 | 100 |
| Individual Employment Income: $30,000-$39,999 | 14,429 | 83.46 | 6.79 | 100 |
| Individual Employment Income: $20,000-$29,999 | 12,977 | 83.43 | 6.11 | 100 |
| Individual Employment Income: Under $20,000 | 21,546 | 82.92 | 10.14 | 99 |
| Wage Earner Status: Not employed | 88,047 | 84.83 | 41.44 | 101 |
| Wage Earner Status: Sole earner | 34,193 | 78.31 | 16.09 | 93 |
| Wage Earner Status: Primary earner | 43,686 | 85.04 | 20.56 | 101 |
| Wage Earner Status: Secondary earner | 46,545 | 85.10 | 21.91 | 102 |
| Household Income: $500,000+ | 2,993 | 82.16 | 1.41 | 98 |
| Household Income: $350,000-$499,999 | 2,643 | 81.61 | 1.24 | 97 |
| Household Income: $250,000-$349,999 | 6,737 | 82.26 | 3.17 | 98 |
| Household Income: $200,000-$249,999 | 10,796 | 82.16 | 5.08 | 98 |
| Household Income: $150,000-$199,999 | 22,684 | 84.46 | 10.68 | 101 |
| Household Income: $125,000-$149,999 | 15,404 | 84.33 | 7.25 | 101 |
| Household Income: $100,000-$124,999 | 23,261 | 85.51 | 10.95 | 102 |
| Household Income: $75,000-$99,999 | 29,203 | 85.76 | 13.74 | 102 |
| Household Income: $60,000-$74,999 | 20,814 | 85.45 | 9.80 | 102 |
| Household Income: $50,000-$59,999 | 15,128 | 84.50 | 7.12 | 101 |
| Household Income: $40,000-$49,999 | 15,177 | 83.79 | 7.14 | 100 |
| Household Income: $30,000-$39,999 | 15,107 | 83.56 | 7.11 | 100 |
| Household Income: $20,000-$29,999 | 13,528 | 81.51 | 6.37 | 97 |
| Household Income: Under $20,000 | 18,995 | 79.52 | 8.94 | 95 |
| Mean Household Income | 105,080.7 | N/A | N/A | 100 |
| Median Household Income | 81,408.3 | N/A | N/A | 101 |
| Household Income: $250,000+ | 12,374 | 82.10 | 5.82 | 98 |
| Household Income: $150,000+ | 45,854 | 83.27 | 21.58 | 99 |
| Household Income: $100,000+ | 84,518 | 84.07 | 39.78 | 100 |
| Household Income: $75,000+ | 113,721 | 84.49 | 53.52 | 101 |
| Household Income: $60,000+ | 134,536 | 84.64 | 63.32 | 101 |
| Household Income: $50,000+ | 149,663 | 84.63 | 70.44 | 101 |
| Household Income: $40,000+ | 164,840 | 84.55 | 77.58 | 101 |
| Household Income: $30,000+ | 179,948 | 84.46 | 84.69 | 101 |
| Total Net Worth of All HH Members: $1,000,000+ | 29,876 | 84.82 | 14.06 | 101 |
| Total Net Worth of All HH Members: $500,000-$999,999 | 35,360 | 85.14 | 16.64 | 102 |
| Total Net Worth of All HH Members: $250,000-$499,999 | 48,382 | 84.97 | 22.77 | 101 |
| Total Net Worth of All HH Members: $100,000-$249,999 | 44,189 | 84.68 | 20.80 | 101 |
| Total Net Worth of All HH Members: Under $100,000 | 54,665 | 80.81 | 25.73 | 96 |
| Census Region: North East | 36,102 | 81.53 | 16.99 | 97 |

2

**Appendix A**
**Pork Indirect MRI Data**
**Audience Demographic: Adults 25+**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Census Region: South | 82,991 | 85.36 | 39.06 | 102 |
| Census Region: Midwest | 45,555 | 86.31 | 21.44 | 103 |
| Census Region: West | 47,823 | 80.72 | 22.51 | 96 |
| Marketing Region: New England | 9,756 | 82.59 | 4.59 | 99 |
| Marketing Region: Mid Atlantic | 30,580 | 80.66 | 14.39 | 96 |
| Marketing Region: East Central | 25,604 | 87.00 | 12.05 | 104 |
| Marketing Region: West Central | 31,148 | 85.20 | 14.66 | 102 |
| Marketing Region: Southeast | 46,187 | 85.79 | 21.74 | 102 |
| Marketing Region: Southwest | 27,578 | 85.82 | 12.98 | 102 |
| Marketing Region: Pacific | 41,618 | 80.28 | 19.59 | 96 |
| Mediamarkets: Top 5 | 40,408 | 78.60 | 19.02 | 94 |
| Mediamarkets: Next 5 | 23,460 | 83.10 | 11.04 | 99 |
| Mediamarkets: New York | 12,917 | 76.67 | 6.08 | 91 |
| Mediamarkets: Los Angeles | 11,388 | 77.48 | 5.36 | 92 |
| Mediamarkets: Chicago | 6,206 | 82.84 | 2.92 | 99 |
| Metropolitan CBSA | 181,734 | 83.02 | 85.53 | 99 |
| Micropolitan CBSA/unassigned | 30,737 | 88.76 | 14.47 | 106 |
| County Size: A | 86,750 | 80.99 | 40.83 | 97 |
| County Size: B | 64,270 | 84.67 | 30.25 | 101 |
| County Size: C | 31,553 | 85.81 | 14.85 | 102 |
| County Size: D | 29,898 | 88.60 | 14.07 | 106 |
| Marital Status: Never married | 58,947 | 79.14 | 27.74 | 94 |
| Marital Status: Now married | 116,471 | 87.08 | 54.82 | 104 |
| Marital Status: Legally separated/widowed/divorced | 37,054 | 81.79 | 17.44 | 98 |
| Marital Status: Never married or Legally separated/widowed/divorced | 96,000 | 80.15 | 45.18 | 96 |
| Marital Status: Engaged | 9,137 | 82.85 | 4.30 | 99 |
| Living w/partner/fiance/boyfriend or girlfriend (same or opposite sex) | 23,150 | 82.80 | 10.90 | 99 |
| Married in last 12 months | 4,454 | 83.53 | 2.10 | 100 |
| Household size: 1 | 27,306 | 74.19 | 12.85 | 89 |
| Household size: 2 | 73,446 | 85.57 | 34.57 | 102 |
| Household size: 3-4 | 76,471 | 84.92 | 35.99 | 101 |
| Household size: 5+ | 35,248 | 86.32 | 16.59 | 103 |
| Children: Any | 76,438 | 85.60 | 35.98 | 102 |
| Children: 1 | 32,250 | 84.81 | 15.18 | 101 |
| Children: 2 | 26,752 | 86.02 | 12.59 | 103 |
| Children: 3+ | 17,437 | 86.44 | 8.21 | 103 |
| Child Age: <12 months | 9,788 | 84.43 | 4.61 | 101 |
| Child Age: 12-23 months | 5,823 | 83.96 | 2.74 | 100 |
| Child Age: <2 years | 14,797 | 84.47 | 6.96 | 101 |
| Child Age: <6 years | 33,989 | 85.15 | 16.00 | 102 |
| Child Age: 2-5 years | 25,445 | 85.36 | 11.98 | 102 |
| Child Age: 6-11 years | 33,986 | 86.03 | 16.00 | 103 |
| Child Age: 12-17 years | 38,616 | 86.12 | 18.17 | 103 |
| Life Cycle: Respondent 18-34 1 person household | 3,903 | 66.51 | 1.84 | 79 |
| Life Cycle: Respondent 18-34 married no kids | 5,911 | 79.68 | 2.78 | 95 |
| Life Cycle: Respondent 18-34 married young child under 6 | 10,597 | 86.07 | 4.99 | 103 |
| Life Cycle: Respondent 18-34 married young child 6-17 | 2,141 | 83.71 | 1.01 | 100 |
| Life Cycle: Balance of respondents 18-34 | 37,754 | 80.89 | 17.77 | 97 |
| Life Cycle: Respondent 35-49 1 person household | 3,801 | 69.60 | 1.79 | 83 |
| Life Cycle: Respondent 35-49 married no kids | 7,436 | 82.97 | 3.50 | 99 |
| Life Cycle: Respondent 35-49 married young child under 6 | 10,451 | 86.45 | 4.92 | 103 |
| Life Cycle: Respondent 35-49 married young child 6-11 | 9,065 | 86.53 | 4.27 | 103 |
| Life Cycle: Respondent 35-49 married young child 12-17 | 6,661 | 87.78 | 3.14 | 105 |
| Life Cycle: Balance of respondents 35-49 | 14,151 | 82.92 | 6.66 | 99 |
| Life Cycle: Respondent 50+ 1 person household | 18,442 | 77.06 | 8.68 | 92 |
| Life Cycle: Respondent 50+ married no kids | 55,538 | 88.97 | 26.14 | 106 |
| Life Cycle: Respondent 50+ married w/kids | 8,670 | 87.41 | 4.08 | 104 |

3

**Appendix A**
**Pork Indirect MRI Data**
**Audience Demographic: Adults 25+**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Life Cycle: Balance of respondents 50+ | 17,948 | 86.36 | 8.45 | 103 |
| Years at Present Address: Under 1 year | 20,240 | 78.60 | 9.53 | 94 |
| Years at Present Address: 1-4 years | 63,360 | 82.62 | 29.82 | 99 |
| Years at Present Address: 5+ years | 128,871 | 85.29 | 60.65 | 102 |
| Own or Rent Home: Own | 151,726 | 85.55 | 71.41 | 102 |
| Own or Rent Home: Rent | 55,929 | 79.50 | 26.32 | 95 |
| Own or Rent Home: Rent-free | 4,816 | 82.61 | 2.27 | 99 |
| Home Value: $500,000+ | 30,174 | 83.47 | 14.20 | 100 |
| Home Value: $200,000-$499,999 | 69,234 | 85.87 | 32.59 | 102 |
| Home Value: $100,000-$199,999 | 34,376 | 86.75 | 16.18 | 104 |
| Home Value: $50,000-$99,999 | 11,346 | 86.61 | 5.34 | 103 |
| Home Value: Under $50,000 | 6,596 | 84.20 | 3.10 | 100 |
| Race: White | 160,976 | 85.05 | 75.76 | 101 |
| Race: Black/African American | 27,536 | 81.98 | 12.96 | 98 |
| Race: American Indian or Alaska Native | 3,383 | 81.80 | 1.59 | 98 |
| Race: Asian | 7,677 | 72.76 | 3.61 | 87 |
| Race: Other | 19,418 | 79.73 | 9.14 | 95 |
| Race: White only | 156,092 | 85.27 | 73.47 | 102 |
| Race: Black/African American only | 25,573 | 82.37 | 12.04 | 98 |
| Race: Other race/Multiple classifications | 30,806 | 78.12 | 14.50 | 93 |
| Spanish Spoken in Home (Most Often or Other) | 36,270 | 82.29 | 17.07 | 98 |
| Hispanic Respondent Personally Speaks at Home (Hispanic respondents only): Only English | 5,873 | 82.38 | 2.76 | 98 |
| Hispanic Respondent Personally Speaks at Home (Hispanic respondents only): Mostly English, but some Spanish | 8,702 | 82.30 | 4.10 | 98 |
| Hispanic Respondent Personally Speaks at Home (Hispanic respondents only): Only Spanish | 10,017 | 82.60 | 4.71 | 99 |
| Hispanic Respondent Personally Speaks at Home (Hispanic respondents only): Mostly Spanish, but some English | 7,434 | 79.48 | 3.50 | 95 |
| Hispanic Respondent Personally Speaks at Home (Hispanic respondents only): Both English and Spanish equally at home | 2,443 | 84.69 | 1.15 | 101 |
| Hispanic Birthplace of Respondent (Hispanic respondents only): United States | 17,473 | 81.94 | 8.22 | 98 |
| Hispanic Birthplace of Respondent (Hispanic respondents only): Other country | 15,309 | 81.67 | 7.21 | 97 |
| Hispanic Birthplace of Respondent (Hispanic respondents only): Puerto Rico or other U.S. Territories | 1,839 | 83.69 | 0.87 | 100 |
| Hispanic Country of Ancestors' Origin (Hispanic respondents only): Mexico | 19,262 | 82.08 | 9.07 | 98 |
| Hispanic Country of Ancestors' Origin (Hispanic respondents only): Puerto Rico | 3,833 | 80.77 | 1.80 | 96 |
| Hispanic Country of Ancestors' Origin (Hispanic respondents only): Cuba | 2,105 | 82.42 | 0.99 | 98 |
| Hispanic Country of Ancestors' Origin (Hispanic respondents only): Dominican Republic | 1,676 | 79.80 | 0.79 | 95 |
| Hispanic Country of Ancestors' Origin (Hispanic respondents only): Other Central American Country | 3,456 | 82.48 | 1.63 | 98 |
| Hispanic Country of Ancestors' Origin (Hispanic respondents only): South America or other Spanish/Hispanic country | 7,252 | 82.20 | 3.41 | 98 |
| Hispanic Length of Time Living in the United States (Hispanic respondents, born outside the U.S. only): Less than 5 years | 2,030 | 79.35 | 0.96 | 95 |
| Hispanic Length of Time Living in the United States (Hispanic respondents, born outside the U.S. only): 5 years but less than 10 years | 2,409 | 80.38 | 1.13 | 96 |
| Hispanic Length of Time Living in the United States (Hispanic respondents, born outside the U.S. only): 10 years or more | 12,710 | 82.59 | 5.98 | 99 |
| Spanish, Hispanic or Latino Origin or Descent | 34,621 | 81.91 | 16.29 | 98 |
| Not of Spanish, Hispanic or Latino Origin/Descent | 177,850 | 84.19 | 83.71 | 100 |

4

**Appendix A**
**Pork Indirect MRI Data**
**Audience Demographic: Adults 25+**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Pet owner | 121,706 | 85.32 | 57.28 | 102 |
| Dog owner | 95,343 | 85.69 | 44.87 | 102 |
| Cat owner | 53,495 | 85.71 | 25.18 | 102 |
| Generations: Gen Z (b.1997-2010) only includes respondents 18+ | 23,413 | 80.93 | 11.02 | 97 |
| Generations: Millennials (b.1977-1996) | 71,387 | 81.72 | 33.60 | 98 |
| Generations: GenXers (b.1965-1976) | 41,365 | 84.72 | 19.47 | 101 |
| Generations: Boomers (b. 1946-1964) | 59,897 | 86.68 | 28.19 | 103 |
| Generations: Early Boomers (b. 1946-1955) | 27,387 | 87.27 | 12.89 | 104 |
| Generations: Late Boomers (b. 1956-1964) | 32,510 | 86.19 | 15.30 | 103 |
| Generations: Pre-Boomers (b. before 1946) | 16,409 | 84.93 | 7.72 | 101 |
| Respondent's Sexual Orientation:  Heterosexual/Straight | 185,522 | 84.37 | 87.32 | 101 |
| Respondent's Sexual Orientation:  NET Gay/Lesbian | 5,040 | 77.48 | 2.37 | 92 |
| Respondent's Sexual Orientation:  NET Gay/Lesbian/Bisexual/Transgender | 10,292 | 77.91 | 4.84 | 93 |

* Projections relatively unstable, use with caution
Source: 2022 GfK MRI-Simmons Spring Doublebase USA weighted to Population (000) - Base: All

5

**Appendix C**
**Pork Indirect MRI Data**
**Media Quintile/Tercile Codes: Magazines I (Heavy)**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| **Pork Purchasers** | 212,471 | 83.81 | 100.00 | 100 |
| Media Quintile/Tercile Codes: Magazines I (Heavy) | 43,558 | 85.30 | 20.50 | 102 |
| Magazines II | 42,975 | 84.63 | 20.23 | 101 |
| Magazines III | 42,295 | 83.54 | 19.91 | 100 |
| Magazines IV | 41,989 | 83.09 | 19.76 | 99 |
| Magazines V (Light) | 41,655 | 82.45 | 19.60 | 98 |
| Newspaper I (Heavy) | 43,111 | 83.75 | 20.29 | 100 |
| Newspaper II | 42,773 | 84.60 | 20.13 | 101 |
| Newspaper III | 42,086 | 83.38 | 19.81 | 99 |
| Newspaper IV | 42,385 | 83.77 | 19.95 | 100 |
| Newspaper V (Light) | 42,117 | 83.53 | 19.82 | 100 |
| Radio/Audio I (Heavy) | 42,606 | 84.16 | 20.05 | 100 |
| Radio/Audio II | 42,721 | 84.21 | 20.11 | 100 |
| Radio/Audio III | 43,118 | 84.83 | 20.29 | 101 |
| Radio/Audio IV | 42,348 | 83.45 | 19.93 | 100 |
| Radio/Audio V (Light) | 41,679 | 82.37 | 19.62 | 98 |
| Radio/Audio (Primetime) I (Heavy) | 42,897 | 84.88 | 20.19 | 101 |
| Radio/Audio (Primetime) II | 42,748 | 84.24 | 20.12 | 101 |
| Radio/Audio (Primetime) III | 42,966 | 84.39 | 20.22 | 101 |
| Radio/Audio (Primetime) IV | 42,102 | 83.05 | 19.82 | 99 |
| Radio/Audio (Primetime) V (Light) | 41,758 | 82.48 | 19.65 | 98 |
| TV (total) I (Heavy) | 43,443 | 84.96 | 20.45 | 101 |
| TV (total) II | 43,184 | 85.15 | 20.32 | 102 |
| TV (total) III | 42,674 | 84.26 | 20.08 | 101 |
| TV (total) IV | 42,246 | 83.48 | 19.88 | 100 |
| TV (total) V (Light) | 40,925 | 81.16 | 19.26 | 97 |
| Internet I (Heavy) | 41,435 | 81.69 | 19.50 | 97 |
| Internet II | 42,066 | 83.11 | 19.80 | 99 |
| Internet III | 43,113 | 85.17 | 20.29 | 102 |
| Internet IV | 43,123 | 85.19 | 20.30 | 102 |
| Internet V (Light) | 42,735 | 83.87 | 20.11 | 100 |
| Social Media I (Heavy) | 41,746 | 82.36 | 19.65 | 98 |
| Social Media II | 42,427 | 83.51 | 19.97 | 100 |
| Social Media III | 42,663 | 84.53 | 20.08 | 101 |
| Social Media IV | 42,875 | 84.49 | 20.18 | 101 |
| Social Media V (Light) | 42,760 | 84.14 | 20.12 | 100 |
| Outdoor I (Heavy) | 43,531 | 86.18 | 20.49 | 103 |
| Outdoor II | 42,996 | 85.30 | 20.24 | 102 |
| Outdoor III | 43,028 | 84.83 | 20.25 | 101 |
| Outdoor IV | 42,122 | 82.76 | 19.82 | 99 |
| Outdoor V (Light) | 40,794 | 80.00 | 19.20 | 95 |
| TV (Prime time) I (Heavy) | 43,653 | 85.57 | 20.55 | 102 |
| TV (Prime time) II | 43,031 | 85.09 | 20.25 | 102 |
| TV (Prime time) III | 42,696 | 84.34 | 20.09 | 101 |
| TV (Prime time) IV | 42,080 | 82.76 | 19.80 | 99 |
| TV (Prime time) V (Light) | 41,011 | 81.25 | 19.30 | 97 |
| TV (Day time) I (Heavy) | 27,260 | 84.23 | 12.83 | 101 |
| TV (Day time) II | 27,470 | 84.69 | 12.93 | 101 |
| TV (Day time) III (Light) | 27,566 | 84.96 | 12.97 | 101 |
| Spanish Language TV Networks I (Heavy) | 5,975 | 82.13 | 2.81 | 98 |
| Spanish Language TV Networks II | 6,149 | 83.21 | 2.89 | 99 |
| Spanish Language TV Networks III | 6,101 | 81.17 | 2.87 | 97 |
| Spanish Language TV Networks IV | 6,090 | 81.27 | 2.87 | 97 |
| Spanish Language TV Networks V (Light) | 6,059 | 81.71 | 2.85 | 97 |

* Projections relatively unstable, use with caution
Source: 2022 GfK MRI-Simmons Spring Doublebase USA weighted to Population (000) - Base: All

**Appendix B**
**Pork Indirect MRI Data**
**Digital Media Usage and Social**
**Media/Website Usage 25+**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| **Pork Purchasers** | 212,471 | 83.81 | 100.00 | 100 |
| Activities Done Using A Social Media, Photo Or Video-Sharing Service In The Last 30 Days: Post an update [previously measured as Updated your status in Waves 83-85] | 53,159 | 84.25 | 25.02 | 101 |
| Update your profile | 35,176 | 83.31 | 16.56 | 99 |
| Post picture(s) | 85,542 | 84.26 | 40.26 | 101 |
| Used a filter on a picture | 21,696 | 83.09 | 10.21 | 99 |
| Post/share a video [previously measured as Posted a video in Waves 83-85] | 34,730 | 83.59 | 16.35 | 100 |
| Post a website link | 19,890 | 83.82 | 9.36 | 100 |
| Visit a friend's profile/page | 93,127 | 84.51 | 43.83 | 101 |
| Comment on a friend's post | 91,685 | 85.12 | 43.15 | 102 |
| Posted a blog entry | 3,528 | 83.71 | 1.66 | 100 |
| Rated or reviewed a product or service | 16,555 | 84.12 | 7.79 | 100 |
| Sent a message or email | 97,903 | 84.70 | 46.08 | 101 |
| Used Instant Messaging/IM | 52,091 | 84.05 | 24.52 | 100 |
| Play a game | 36,519 | 83.99 | 17.19 | 100 |
| Invited people to an event | 8,951 | 83.94 | 4.21 | 100 |
| Sent a real or virtual gift | 4,479 | 82.25 | 2.11 | 98 |
| Posted that you "Like" something | 75,616 | 84.74 | 35.59 | 101 |
| "Follow" or become a "fan of" something or someone | 49,677 | 83.28 | 23.38 | 99 |
| Clicked on an advertisement | 32,163 | 85.22 | 15.14 | 102 |
| Watched a video | 93,955 | 83.63 | 44.22 | 100 |
| Post/share your location [previously measured as Posted your current location in Waves 83-85] | 10,608 | 83.66 | 4.99 | 100 |
| Re-post or share a post created by someone else | 39,789 | 85.30 | 18.73 | 102 |
| Amazon Prime - You Or Anyone In Your Household Currently Pay A Subscription: Yes | 145,449 | 84.15 | 68.46 | 100 |
| Chat, Instant Messenger, Or Video Chat Services, Used In The Last 30 Days: Facebook Messenger | 103,611 | 84.52 | 48.76 | 101 |
| FaceTime | 65,993 | 83.57 | 31.06 | 100 |
| Google Duo | 12,225 | 84.79 | 5.75 | 101 |
| Google Hangouts | 7,361 | 81.12 | 3.46 | 97 |
| Google Meet | 10,564 | 81.85 | 4.97 | 98 |
| Microsoft Teams | 22,756 | 82.97 | 10.71 | 99 |
| Skype | 11,694 | 82.65 | 5.50 | 99 |
| Slack | 5,661 | 78.13 | 2.66 | 93 |
| Snapchat Chat | 29,526 | 82.67 | 13.90 | 99 |
| Viber | 1,124 | 73.64 | 0.53 | 88 |
| WeChat | 1,898 | 77.92 | 0.89 | 93 |
| WhatsApp | 34,724 | 79.98 | 16.34 | 95 |
| Zoom | 69,615 | 82.55 | 32.76 | 99 |
| How Respondent Connects To The Internet From Home: Dial-up modem | 2,179 | 81.34 | 1.03 | 97 |
| Cable Modem | 91,294 | 84.01 | 42.97 | 100 |
| DSL Connection | 22,476 | 85.78 | 10.58 | 102 |
| Fiber Optic service, such as Verizon Fios or AT&T Fiber | 36,869 | 82.71 | 17.35 | 99 |
| Satellite Service | 7,663 | 87.67 | 3.61 | 105 |
| Any Broadband or High speed Connection | 198,718 | 84.07 | 93.53 | 100 |
| Internet - Activities Done: Visited a chat room | 12,229 | 80.99 | 5.76 | 97 |
| Used e-mail | 180,569 | 83.96 | 84.99 | 100 |
| Used instant messenger/IM | 171,984 | 83.67 | 80.94 | 100 |
| Participated in on-line dating | 6,396 | 75.64 | 3.01 | 90 |
| Made a purchase for personal use | 155,628 | 84.17 | 73.25 | 100 |

**Appendix B**
**Pork Indirect MRI Data**
**Digital Media Usage and Social**
**Media/Website Usage 25+**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Made a purchase for business use | 27,891 | 83.35 | 13.13 | 99 |
| Obtained information to help make a purchase | 92,115 | 84.24 | 43.35 | 101 |
| Made personal or business travel plans | 37,774 | 83.73 | 17.78 | 100 |
| Played games online | 79,287 | 84.36 | 37.32 | 101 |
| Downloaded a video game | 28,222 | 81.91 | 13.28 | 98 |
| Used on-line gambling site | 4,131 | 82.67 | 1.94 | 99 |
| Obtained financial information | 66,644 | 83.58 | 31.37 | 100 |
| Tracked investments/Traded stocks, bonds or mutual funds | 39,491 | 82.94 | 18.59 | 99 |
| Paid bills on-line | 133,880 | 83.97 | 63.01 | 100 |
| Obtained the latest news/Current events | 112,372 | 83.79 | 52.89 | 100 |
| Obtained sports news/Information | 58,444 | 84.48 | 27.51 | 101 |
| Obtained information for new or used car purchase | 21,714 | 84.91 | 10.22 | 101 |
| Obtained information about real estate | 32,577 | 83.65 | 15.33 | 100 |
| Obtained medical information | 69,749 | 84.32 | 32.83 | 101 |
| Obtained childcare or parenting information | 9,346 | 84.42 | 4.40 | 101 |
| Obtained information about entertainment or celebrities | 55,148 | 83.76 | 25.96 | 100 |
| Looked for employment | 26,450 | 81.92 | 12.45 | 98 |
| Looked for recipes | 114,868 | 84.99 | 54.06 | 101 |
| Took an online class or course | 26,177 | 81.57 | 12.32 | 97 |
| Visited a TV network or TV show's website | 37,742 | 83.41 | 17.76 | 100 |
| Looked for TV show schedules online [previously measured as Looked at TV listings online in Waves 83-85] | 22,726 | 84.89 | 10.70 | 101 |
| Looked up movie listings or showtimes | 22,734 | 84.50 | 10.70 | 101 |
| Downloaded a TV program | 6,650 | 83.67 | 3.13 | 100 |
| Watched a TV program online | 46,375 | 82.46 | 21.83 | 98 |
| Downloaded a movie | 12,759 | 83.74 | 6.01 | 100 |
| Watched a movie online | 70,963 | 82.33 | 33.40 | 98 |
| Watched other online video | 57,869 | 82.50 | 27.24 | 98 |
| Visited online blogs | 23,950 | 82.03 | 11.27 | 98 |
| Wrote an online blog | 2,455 | 79.36 | 1.16 | 95 |
| Posted a comment or review on a blog, online forum, message or bulletin board | 23,998 | 83.26 | 11.29 | 99 |
| Made a phone call | 76,423 | 83.24 | 35.97 | 99 |
| Used video chat | 75,900 | 82.95 | 35.72 | 99 |
| Uploaded or added video to website | 15,108 | 82.90 | 7.11 | 99 |
| Shared photos through Internet website | 58,215 | 84.07 | 27.40 | 100 |
| Sent an electronic greeting card | 9,621 | 83.88 | 4.53 | 100 |
| Internet - Any Usage: Any Internet/Online usage | 206,833 | 83.87 | 97.35 | 100 |
| Internet - Can Connect From Home Using A Wireless Connection (Not Including Cell Phones): Yes | 186,475 | 84.15 | 87.76 | 100 |
| Internet - Devices Used To Look At Or Use: Desktop Computer | 93,109 | 84.06 | 43.82 | 100 |
| Laptop or Netbook Computer | 123,947 | 83.59 | 58.34 | 100 |
| Any Computer | 169,164 | 83.75 | 79.62 | 100 |
| iPad or other Tablet | 79,543 | 84.63 | 37.44 | 101 |
| Cellphone or Smartphone | 182,080 | 83.92 | 85.70 | 100 |
| E-reader | 7,733 | 85.17 | 3.64 | 102 |
| iPod or other MP3 Player | 1,605 | 81.81 | 0.76 | 98 |
| Video game console | 21,316 | 82.45 | 10.03 | 98 |
| Television | 58,387 | 84.04 | 27.48 | 100 |
| Internet - Have Access At Home: Yes | 206,031 | 83.88 | 96.97 | 100 |
| Internet - Total Time Spent Using Last Saturday: 10 or more hours | 15,604 | 80.73 | 7.34 | 96 |
| 5 hrs. - less than 10 hours | 36,882 | 82.94 | 17.36 | 99 |

2

**Appendix B**
**Pork Indirect MRI Data**
**Digital Media Usage and Social**
**Media/Website Usage 25+**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| 2 hrs. - less than 5 hours | 63,157 | 84.31 | 29.72 | 101 |
| 1 hr. - less than 2 hours | 41,734 | 84.53 | 19.64 | 101 |
| ½ hr. - less than 1 hour | 20,717 | 85.24 | 9.75 | 102 |
| Less than ½ hour | 13,375 | 83.73 | 6.29 | 100 |
| Internet - Total Time Spent Using Last Sunday: 10 or more hours | 13,888 | 80.02 | 6.54 | 95 |
| 5 hrs. - less than 10 hours | 34,856 | 82.77 | 16.41 | 99 |
| 2 hrs. - less than 5 hours | 61,496 | 84.08 | 28.94 | 100 |
| 1 hr. - less than 2 hours | 42,796 | 85.32 | 20.14 | 102 |
| ½ hr. - less than 1 hour | 20,778 | 85.08 | 9.78 | 102 |
| Less than ½ hour | 13,895 | 83.62 | 6.54 | 100 |
| Internet - Total Time Spent Using Yesterday: 10 or more hours | 22,804 | 80.75 | 10.73 | 96 |
| 5 hrs. - less than 10 hours | 47,155 | 82.99 | 22.19 | 99 |
| 2 hrs. - less than 5 hours | 66,115 | 84.81 | 31.12 | 101 |
| 1 hr. - less than 2 hours | 36,887 | 85.14 | 17.36 | 102 |
| ½ hr. - less than 1 hour | 16,912 | 85.31 | 7.96 | 102 |
| Less than ½ hour | 9,697 | 82.48 | 4.56 | 98 |
| Internet - Where Looked/Used: At home | 198,907 | 84.00 | 93.62 | 100 |
| At work | 78,711 | 83.40 | 37.05 | 100 |
| At school or library | 13,362 | 82.35 | 6.29 | 98 |
| Another place | 74,708 | 83.85 | 35.16 | 100 |
| Internet Service Providers - Household: America On-line (AOL) | 2,018 | 84.85 | 0.95 | 101 |
| AT&T Internet [measured as AT&T (U-verse or DSL) in Waves 83 & 84] | 28,164 | 84.25 | 13.26 | 101 |
| CenturyLink | 8,006 | 84.34 | 3.77 | 101 |
| Cox | 9,276 | 82.71 | 4.37 | 99 |
| Frontier | 4,827 | 83.05 | 2.27 | 99 |
| Optimum | 4,517 | 79.49 | 2.13 | 95 |
| Spectrum | 44,211 | 84.04 | 20.81 | 100 |
| Suddenlink | 2,730 | 87.28 | 1.28 | 104 |
| Verizon or Fios by Verizon | 17,995 | 82.30 | 8.47 | 98 |
| Xfinity/Comcast | 47,022 | 82.97 | 22.13 | 99 |
| Any service | 206,031 | 83.88 | 96.97 | 100 |
| Social Media - Total Time Spent Using Last Saturday: 10 or more hours | 4,367 | 80.34 | 2.06 | 96 |
| 5 hrs. - less than 10 hours | 13,161 | 82.00 | 6.19 | 98 |
| 2 hrs. - less than 5 hours | 35,219 | 83.09 | 16.58 | 99 |
| 1 hr. - less than 2 hours | 40,775 | 84.02 | 19.19 | 100 |
| ½ hr. - less than 1 hour | 34,270 | 84.92 | 16.13 | 101 |
| Less than ½ hour | 33,232 | 84.14 | 15.64 | 100 |
| Social Media - Total Time Spent Using Last Sunday: 10 or more hours | 3,969 | 78.84 | 1.87 | 94 |
| 5 hrs. - less than 10 hours | 11,973 | 82.23 | 5.64 | 98 |
| 2 hrs. - less than 5 hours | 33,038 | 82.76 | 15.55 | 99 |
| 1 hr. - less than 2 hours | 39,673 | 84.16 | 18.67 | 100 |
| ½ hr. - less than 1 hour | 35,301 | 85.04 | 16.61 | 101 |
| Less than ½ hour | 33,976 | 84.18 | 15.99 | 100 |
| Social Media - Total Time Spent Using Yesterday: 10 or more hours | 4,105 | 78.63 | 1.93 | 94 |
| 5 hrs. - less than 10 hours | 14,016 | 81.26 | 6.60 | 97 |
| 2 hrs. - less than 5 hours | 39,219 | 83.63 | 18.46 | 100 |
| 1 hr. - less than 2 hours | 43,340 | 83.86 | 20.40 | 100 |
| ½ hr. - less than 1 hour | 34,839 | 84.70 | 16.40 | 101 |
| Less than ½ hour | 31,702 | 84.52 | 14.92 | 101 |

3

**Appendix B**
**Pork Indirect MRI Data**
**Digital Media Usage and Social**
**Media/Website Usage 25+**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Social Media, Photo Or Video-Sharing Services Visited Or Used In The Last 30 Days: Facebook | 138,288 | 84.62 | 65.09 | 101 |
| Flickr | 1,165 | 81.56 | 0.55 | 97 |
| Google Photos | 31,627 | 84.12 | 14.89 | 100 |
| Instagram | 78,352 | 82.67 | 36.88 | 99 |
| LinkedIn | 29,053 | 81.47 | 13.67 | 97 |
| Pinterest | 41,181 | 85.58 | 19.38 | 102 |
| Reddit | 20,612 | 80.59 | 9.70 | 96 |
| Shutterfly | 5,754 | 87.12 | 2.71 | 104 |
| Snapchat | 42,439 | 82.87 | 19.97 | 99 |
| TikTok | 37,797 | 83.34 | 17.79 | 99 |
| Tumblr | 3,691 | 79.39 | 1.74 | 95 |
| Twitch | 7,793 | 80.01 | 3.67 | 95 |
| Twitter | 36,242 | 81.00 | 17.06 | 97 |
| Vimeo | 4,449 | 83.23 | 2.09 | 99 |
| Yelp | 12,059 | 81.16 | 5.68 | 97 |
| YouTube | 113,537 | 83.45 | 53.44 | 100 |
| Any Social Media/Photo/Video-sharing services | 180,355 | 83.95 | 84.88 | 100 |
| Websites Visited Or Apps Used In The Last 30 Days: AOL Mail | 14,765 | 85.15 | 6.95 | 102 |
| Gmail | 137,212 | 83.50 | 64.58 | 100 |
| Outlook | 55,221 | 83.55 | 25.99 | 100 |
| Yahoo! Mail | 51,389 | 84.87 | 24.19 | 101 |
| ABC | 10,875 | 84.89 | 5.12 | 101 |
| BuzzFeed | 11,627 | 81.97 | 5.47 | 98 |
| CBS | 9,968 | 84.89 | 4.69 | 101 |
| Disney.com | 7,353 | 82.23 | 3.46 | 98 |
| DisneyNOW | 1,597 | 79.19 | 0.75 | 94 |
| Fandango | 2,505 | 84.28 | 1.18 | 101 |
| Fox.com/FOX NOW | 7,305 | 85.52 | 3.44 | 102 |
| IMDb | 19,591 | 82.41 | 9.22 | 98 |
| MSN Entertainment | 2,238 | 85.73 | 1.05 | 102 |
| MTV | 1,833 | 86.09 | 0.86 | 103 |
| NBC | 8,076 | 84.94 | 3.80 | 101 |
| PBS.org or PBS Video | 6,391 | 82.96 | 3.01 | 99 |
| POPSUGAR | 1,435 | 81.89 | 0.68 | 98 |
| Ticketmaster | 4,663 | 82.56 | 2.19 | 99 |
| TMZ | 6,603 | 82.91 | 3.11 | 99 |
| Vevo.com | 984 | 82.66 | 0.46 | 99 |
| Yahoo! Entertainment | 6,239 | 84.17 | 2.94 | 100 |
| CNBC | 7,148 | 81.83 | 3.36 | 98 |
| FOX Business | 6,795 | 83.22 | 3.20 | 99 |
| MSN Money | 3,127 | 82.27 | 1.47 | 98 |
| TheStreet | 1,663 | 79.80 | 0.78 | 95 |
| Yahoo! Finance | 10,171 | 81.25 | 4.79 | 97 |
| WebMD | 55,715 | 84.07 | 26.22 | 100 |
| Answers.com [measured as Answers.com/WikiAnswers in Waves 83-86] | 4,518 | 81.47 | 2.13 | 97 |
| eHow | 4,861 | 82.89 | 2.29 | 99 |
| Whitepages | 6,107 | 85.75 | 2.87 | 102 |
| Wikipedia | 54,360 | 82.65 | 25.58 | 99 |
| Zillow | 43,196 | 84.20 | 20.33 | 100 |
| Twitch.tv or Twitch | 8,887 | 79.04 | 4.18 | 94 |
| YouTube Gaming | 5,758 | 79.05 | 2.71 | 94 |
| CareerBuilder | 3,295 | 80.60 | 1.55 | 96 |
| Indeed.com or Indeed Jobs Job Search | 28,490 | 82.95 | 13.41 | 99 |

4

**Appendix B**
**Pork Indirect MRI Data**
**Digital Media Usage and Social**
**Media/Website Usage 25+**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Monster | 2,258 | 81.96 | 1.06 | 98 |
| ABCNews | 18,250 | 84.33 | 8.59 | 101 |
| BBC.com | 12,109 | 80.28 | 5.70 | 96 |
| Bloomberg.com | 7,970 | 81.17 | 3.75 | 97 |
| CBSNews | 12,776 | 83.76 | 6.01 | 100 |
| CNN | 36,389 | 82.43 | 17.13 | 98 |
| CNN en Espanol [30] | 1,709 | 81.82 | 0.80 | 98 |
| Fox News | 32,645 | 85.93 | 15.36 | 103 |
| HuffPost | 10,955 | 82.73 | 5.16 | 99 |
| NBCNews | 13,782 | 83.44 | 6.49 | 100 |
| nytimes.com | 38,040 | 79.99 | 17.90 | 95 |
| Reuters | 7,047 | 81.49 | 3.32 | 97 |
| The Washington Post | 21,519 | 82.01 | 10.13 | 98 |
| USA Today.com | 22,958 | 81.98 | 10.81 | 98 |
| WSJ.com | 20,823 | 80.22 | 9.80 | 96 |
| Yahoo! News | 18,305 | 84.22 | 8.62 | 100 |
| Amazon | 163,401 | 84.05 | 76.91 | 100 |
| Coupons | 4,449 | 84.84 | 2.09 | 101 |
| eBay | 44,652 | 84.36 | 21.02 | 101 |
| Groupon | 12,404 | 84.71 | 5.84 | 101 |
| LivingSocial | 906 | 83.21 | 0.43 | 99 |
| Overstock | 9,807 | 85.03 | 4.62 | 101 |
| Telemundo.com | 5,353 | 82.73 | 2.52 | 99 |
| Univision.com or Univision NOW | 5,773 | 84.09 | 2.72 | 100 |
| Any Spanish Language Website/App | 9,920 | 82.70 | 4.67 | 99 |
| BleacherReport.com or B-R | 6,688 | 85.09 | 3.15 | 102 |
| CBSSports | 7,639 | 85.07 | 3.60 | 102 |
| ESPN | 33,018 | 83.85 | 15.54 | 100 |
| FOX Sports | 12,454 | 86.54 | 5.86 | 103 |
| MLB [measured as MLB.com (website) MLB At Bat (app) in Waves 83-86] | 7,590 | 84.55 | 3.57 | 101 |
| NASCAR | 3,171 | 89.17 | 1.49 | 106 |
| NBA | 6,997 | 83.35 | 3.29 | 99 |
| NBCSports.com | 4,413 | 86.35 | 2.08 | 103 |
| NFL.com or NFL/NFL Mobile | 14,757 | 85.61 | 6.95 | 102 |
| WWE | 1,981 | 80.77 | 0.93 | 96 |
| Yahoo! Sports | 7,129 | 84.60 | 3.36 | 101 |
| CNET | 10,026 | 82.22 | 4.72 | 98 |
| Airbnb | 20,941 | 82.58 | 9.86 | 99 |
| Bing Maps | 1,911 | 80.97 | 0.90 | 97 |
| CheapTickets | 3,900 | 81.99 | 1.84 | 98 |
| Expedia | 14,516 | 83.74 | 6.83 | 100 |
| Google Maps | 88,909 | 83.73 | 41.85 | 100 |
| Hotels.com | 9,724 | 83.83 | 4.58 | 100 |
| Hotwire | 2,153 | 85.78 | 1.01 | 102 |
| Lyft | 6,407 | 76.13 | 3.02 | 91 |
| MapQuest | 13,810 | 87.81 | 6.50 | 105 |
| Orbitz | 2,472 | 84.53 | 1.16 | 101 |
| Priceline | 5,456 | 83.56 | 2.57 | 100 |
| Travelocity | 5,325 | 85.75 | 2.51 | 102 |
| TripAdvisor | 9,544 | 85.12 | 4.49 | 102 |
| Uber | 12,129 | 78.91 | 5.71 | 94 |
| Waze | 19,268 | 82.83 | 9.07 | 99 |
| AccuWeather | 40,712 | 84.53 | 19.16 | 101 |
| The Weather Channel (Weather.com) | 90,888 | 84.86 | 42.78 | 101 |
| WeatherBug | 10,433 | 85.78 | 4.91 | 102 |

**Appendix B**
**Pork Indirect MRI Data**
**Digital Media Usage and Social**
**Media/Website Usage 25+**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Weather Underground (wunderground.com) | 8,715 | 84.85 | 4.10 | 101 |
| Websites/Search Engines - Used In Last 30 Days: AOL/AOL.com | 6,674 | 85.46 | 3.14 | 102 |
| Ask.com | 823 | 82.58 | 0.39 | 99 |
| Bing.com | 20,429 | 84.68 | 9.62 | 101 |
| Google.com | 183,785 | 83.92 | 86.50 | 100 |
| Yahoo.com | 35,846 | 85.31 | 16.87 | 102 |

* Projections relatively unstable, use with caution
Source: 2022 GfK MRI-Simmons Spring Doublebase USA weighted to Population (000) - Base: All