UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to*:<br><br>All Consumer Indirect Purchaser Plaintiff Actions | Case No. 0:18-cv-1776 (JRT/JFD)<br><br>**MEET AND CONFER STATEMENT** |

Pursuant to Local Rule 7.1(a)(1), Consumer Indirect Purchaser Plaintiffs ("consumer IPPs") hereby state that their counsel met and conferred with Defendant Smithfield Foods, Inc. ("Smithfield") counsel regarding this motion for preliminary approval of class action settlement between consumer IPPs and Smithfield, and to direct notice to settlement class. Defendant Smithfield does not oppose the motion for preliminary approval and to direct notice.

010736-11/2030722 V1

DATED: September 27, 2022	HAGENS BERMAN SOBOL SHAPIRO LLP

By:  /s/ Shana E. Scarlett
　　　　SHANA E. SCARLETT
Rio Pierce
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
elaine@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

- 3 -

*Interim Co-Lead Counsel for Consumer
Indirect Purchaser Plaintiffs*