UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to*:<br><br>All Actions | Case No. 0:18-cv-1776 (JRT/JFD)<br><br>**NOTICE OF HEARING FOR PLAINTIFFS' MOTION FOR LETTERS ROGATORY FOR TYSON EMPLOYEE SUMIO MATSUMOTO** |

PLEASE TAKE NOTICE that on November 16, 2022 at 2:30 p.m., at a hearing to be held by ZoomGov videoconferencing, Plaintiffs[1] will bring their Motion for Letters Rogatory for Tyson Employee Sumio Matsumoto before the Honorable Judge John F. Docherty, Magistrate Judge for the United States District Court for the District of Minnesota. Plaintiffs' motion will be based upon documents to be submitted in accordance with Local Rule 7.1(b)(1).

Respectfully submitted,

DATED: September 28, 2022       HAGENS BERMAN SOBOL SHAPIRO LLP

By:   */s/ Shana E. Scarlett*
      SHANA E. SCARLETT
Rio Pierce
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

---

[1] "Plaintiffs" include the Direct Purchaser Plaintiffs, the Consumer Indirect Purchaser Plaintiffs, the Commercial and Institutional Indirect Purchaser Plaintiffs, and the Direct Action Plaintiffs.

- 1 -

- 2 -

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*