UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT/JFD) |
| This Document Relates to: *All Direct Actions* | CERTIFICATE OF COMPLIANCE |

I, Victoria J. Lu, certify that Defendants' Opposition to Certain Direct Action Plaintiffs' Motion to Compel (the "Opposition") complies with the word-count limit of Local Rule 7.1(f) as well as with the type-size limit of Local Rule 7.1(h). I further certify that: (1) the Opposition was prepared using Microsoft Word 2016, (2) the Opposition is in 13-point Times New Roman font; (3) the word-count function of Microsoft Word was applied to include all text, including headings, footnotes, and quotations (but excluding the caption, signature block, table of contents, and table of authorities), and (4) the aforementioned contains 7,793 words.

Dated: September 29, 2022

Respectfully Submitted,

/s/ *Victoria J. Lu*
Victoria J. Lu (*pro hac vice*)
Craig M. Reiser (*pro hac vice*)
Kail Jethmalani (*pro hac vice*)
Andrea N. Rivers (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
vlu@axinn.com

creiser@axinn.com
kjethmalani@axinn.com
arivers@axinn.com

Tiffany Rider Rohrbaugh (*pro hac vice*)
Rachel J. Adcox (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)
Brandon Boxbaum (*pro hac vice*)
Keith Holleran (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
lstrang@axinn.com
trider@axinn.com
radcox@axinn.com
avissichelli@axinn.com
kholleran@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc.***

2