UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT/JFD) |
| This Document Relates to: *All Direct Actions* | |

**INDEX OF EXHIBITS TO DEFENDANTS' OPPOSITION TO CERTAIN DIRECT ACTION PLAINTIFFS' MOTION TO COMPEL**

| Exhibit | Description |
|---|---|
| 1 | List of Current DAPs (Sept. 29, 2022) |
| 2 | Dec. 17, 2021 IDR Conference Tr., ECF No. 1082 (excerpt) |
| 3 | Oct. 22, 2021 MDL DAPs' First Set RFPs |
| 4 | Nov. 1, 2018 All Plaintiffs' First Set of RFPs |
| 5 | Mar. 9, 2021 B. Robison-S. Scarlett email thread |
| 6 | Aug. 2, 2019 M. Looby-R. Duncan letter |
| 7 | Mar. 30, 2021 C. Coleman-J. Bourne letter |
| 8 | Mar. 31, 2021 L. Strang-J. Bourne letter |
| 9 | Apr. 5, 2021 J. Bourne-B. Robison email thread |
| 10 | Apr. 11, 2021 J. Taylor-P. Ahern email thread |
| 11 | May 17, 2021 C. Coleman-B. Hogan email thread |
| 12 | Tyson Structured Data Productions Chart |
| 13 | Feb. 2, 2022 J. Taylor-M. Mitchell letter |
| 14 | Aug. 13, 2021 B. Robison-M. Moonsammy letter, enclosing Mar. 30, 2021 B. Robison-J. Bourne letter |
| 15 | Aug. 13, 2021 A. Berland-M. Moonsammy email, enclosing Apr. 3, 2021 R. Vagas-T. Schneider email thread |
| 16 | Jan. 4, 2022 M. Mitchell-C. Coleman letter |
| 17 | Jan. 19, 2022 P. Iovieno-B. Robison letter |
| 18 | May 31, 2022 T. Wheeler-Defendants letter |
| 19 | June 13, 2022 B. Robison-E. Moore email thread |
| 20 | June 16, 2022 R. Vagas-S. Jones email thread |
| 21 | June 25, 2022 C. Coleman-S. Jones email thread |