# EXHIBIT 1

# LIST OF CURRENT DAPS (SEPT. 29, 2022)

| |
|---|
| Action Meat Distributors |
| Albertsons Cos., Inc. |
| ALDI Inc. |
| Alex Lee, Inc. |
| Aramark Food & Support Servs. Grp., Inc. |
| Amory Invs. LLC |
| Associated Food Stores, Inc. |
| Associated Grocers of the South, Inc. |
| BJ's Wholesale Club, Inc. |
| Brookshire Grocery Co. |
| Buffalo Wild Wings, Inc. |
| Certco, Inc. |
| Cheny Bros., Inc. |
| CKE Restaurants Holdings, Inc. |
| Colorado Boxed Beef Co. (f/k/a CBBC Opco, LLC) |
| Compass Grp. USA, Inc. |
| Conagra Brands, Inc. |
| Dollar General Corp. |
| Giant Eagle, Inc. |
| Gordon Food Serv., Inc. |
| Glazier Foods Co. |
| Hamilton Meat, LLC |
| Harvest Meat Co., LLC |
| Howard B. Samuels, as Chapter 7 Trustee of the Estate of Central Grocers, Inc. |
| Hy-Vee, Inc. |
| Jetro Holdings, LLC |
| Jimmy John's Buying Grp. SPV, LLC |
| Kraft Heinz Food Co. |
| Merchants Distributors, LLC |
| Meijer, Inc. |
| Meijer Distribution, Inc. |
| Nestle Purina PetCare Co. |
| Nestle USA |
| Nicholas & Co., Inc. |
| Quality Supply Chain Co-Op, Inc. |
| PFD Enterprises, Inc. |
| Publix Super Markets, Inc. |
| Raley's |
| Restaurant Servs., Inc. |

1

2

| |
|---|
| Save Mart Supermarkets |
| Sherwood Food Distributors, Inc. |
| Spartan Nash Co. |
| Springfield Grocer Co. |
| Sonic Industries Servs., Inc. |
| Subway |
| Sysco Corp. |
| Target Corp. |
| The Distribution Grp., d/b/a Van Eerden Foodservice Co. |
| The Golub Corp. |
| The Kroger Corp. |
| Topco Associates, LLC |
| Troyer Foods, Inc. |
| UniPro Foodservice, Inc. |
| United Natural Foods, Inc. |
| SUPERVALU, Inc. |
| United Grocers, Inc. |
| Tony's Find Foods |
| URM Stores, Inc. |
| US Foods, Inc. |
| Wakefern Food Corp. |
| Wawa, Inc. |
| Western Boxed Meat Distributors, Inc. |