# EXHIBIT 8



LINDSEY STRANG
950 F STREET, NW
WASHINGTON, DC  20004
202.469.3550
LSTRANG@AXINN.COM

March 31, 2021

VIA ELECTRONIC MAIL

Joe Bourne
Lockridge Grindal Nauen P.L.L.P
Suite 2200
100 Washington Ave. South
Minneapolis, MN 55401
jcbourne@locklaw.com

Kyle G. Bates
Schneider Wallace Cottrell Konecky LLP
2000 Powell St., Suite 1400
Emeryville, California 94608
kbates@schneiderwallace.com

Re:   In re Pork Antitrust Litigation, Pork Product Scope

Dear Counsel:

On behalf of Tyson Foods, Inc., Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc., I write in response to your emails of March 26, 2021 and March 30, 2021 on behalf of all Class Plaintiffs and the Commonwealth of Puerto Rico regarding the definition of "Pork Products" and the categories of products that will be included or excluded from Tyson's production of structured data.  This letter is intended to describe how Tyson interprets your response to apply to the list of Tyson pork product categories that Tyson provided to All Plaintiffs via email on March 19, 2021 (which Class Plaintiffs requested to determine the products to be included or excluded), and to memorialize the parties' agreement on these issues.  If Class Plaintiffs or Puerto Rico do not agree with any aspect of the description and memorialization in this letter, please let us know immediately.  If Class Plaintiffs and Puerto Rico agree with the categorizations in this letter, then Tyson agrees to Plaintiffs' proposal and will proceed on this basis.

Tyson understands your email to mean that Plaintiffs propose that Tyson produce structured data on the products listed in the list of "Pork Products" below, and exclude the products listed in the list of "Non-Pork Products" below.  Please let us know if you disagree with any of the categorizations below.  In particular, we would appreciate confirmation that Plaintiffs do not expect Tyson to produce structured data on multi-protein products, such as multi-protein sausages, regardless of whether they qualify as "franks" (which does not have a precise meaning, and which was not included in the list of products that Plaintiffs requested from Tyson).

March 31, 2021
Page 2

## Pork Products

1. Fresh or Frozen Pork
    - Primals (e.g., bellies, hams, loins, shoulders, jowls)
    - Subprimals (e.g., ribs, blades, picnics, butts, shanks, centers, sirloins)
    - Retail cuts (e.g., tenderloins, pork chops, pork steaks)
    - Trim
    - Ground pork
    - Pig feet and pig hearts
2. Fresh or Frozen "Value-Added" Pork
    - Value-Added (e.g., trimmed/portion-cut, injected, marinated, seasoned, diced, smoked primals or subprimals, breaded)
    - Case-Ready (vacuum-packed fresh/frozen retail cuts)
3. Further Processed Ham
    - Smoked Ham (e.g., spiral-cut smoked ham, bone-in smoked ham, boneless smoked ham, hickory smoked, glazed, mini pit hams)
    - Highly Processed Smoked Ham (e.g., ham patties, porkroll, Canadian bacon, fully-cooked maple & brown sugar glazed ham, pre-sliced deli/lunchmeat, pre-sliced and vacuum-packed or boxed deli/lunchmeat)
    - Cooked Ham that is Not Smoked (e.g., certain lunchmeat products)
4. Bacon
    - Uncooked Bacon (e.g., cured, uncured, specialty flavored, ends and pieces)
    - Cooked Bacon (e.g., fully cooked slices, fully cooked pieces/bits)
5. Sausage
    - Uncooked Pork Sausage (e.g., loose, patties, links, roll sausage)
    - Cooked Pork Sausage (e.g., cooked patties, links)
    - Smoked Pork Sausage (e.g., andouille, kielbasa)
    - Cured Pork Sausage (e.g., salami)
6. Miscellaneous / Highly Processed Products
    - Cooked Pork Products (e.g., fully cooked ribs, fully cooked boneless pork roast, sous vide pork belly, breaded pork patty, breaded pork steak, shredded pork, pork jerky, cooked pork loin)
    - Pizza Toppings (e.g., bacon crumbles, sausage crumbles, pepperoni, diced ham)

March 31, 2021
Page 3

## **Non-Pork Products**

7. Multi-Protein and Multi-Ingredient Products

    - Uncooked (e.g., beef and pork blended trim)
    - Cooked (e.g., hot dogs, pepperoni, salami, bologna, meatballs, cocktail sausages)
    - Multi-Ingredient Products (e.g., Jimmy Dean branded products such as breakfast sandwiches, burritos, breakfast cups, pancake and french toast casserole bites, egg and cheese sausage bites, sausage tots)

8. Miscellaneous / Non-Meat Products

    - Offal/Variety Products except heart and feet (e.g., skin, organs, bones, mucosa, chitterlings, casings, head)
    - Byproducts (e.g., lard, grease, bone meal, plasma, hides)

Sincerely,

/s/ Lindsey Strang

Lindsey Strang