# EXHIBIT 12

| Date Produced | Volume | Bates Beg | End Bates | Description | Sent to DAPs |
|---|---|---|---|---|---|
| 06/19/21 | TF-P-011 | TF-P-000566488 | TF-P-000566490 | Structured: The data in the volume is responsive to Request No. 37(e), and is being provided in the format as produced to the JBS Settlement Administrator per the parties' email exchange on May 26, 2021 | Sent to DAPs 8/13/2021 (after DAPs signed Protective Order) |
| 07/07/21 | TF-P-013 | TF-P-000633789 | TF-P-000633802 | Structured: Tyson Lived Hog Procurement Data | Sent to DAPs 8/13/2021 (after DAPs signed Protective Order) |
| 07/13/21 | TF-P-015 | TF-P-000779164 | TF-P-000779187 | Structured: TF-P-000779187: These are data from an SAP system referred to at Tyson as either S4 or P41. TF-P-000779164 - TF-P-000779186: These are data from an SAP system referred to at Tyson as PR1 | Sent to DAPs 8/13/2021 (after DAPs signed Protective Order) |
| 07/21/21 | TF-P-016 | TF-P-000779188 | TF-P-000779204 | Structured: Tyson Archived Hog Procurement Data | Sent to DAPs 8/13/2021 (after DAPs signed Protective Order) |
| 08/19/21 | TF-P-023 | TF-P-002250081 | TF-P-002250097 | Structured: (1) Tyson Fresh Meats' sales for the period from January 2005 through the end of 2020. (2) Field codes | Intial Production went to DAPs |
| 08/25/21 | TF-P-024 | TF-P-002250098 | TF-P-002250157 | Structured: Plant Earnings Statements | Intial Production went to DAPs |
| 09/01/21 | TF-P-027 | TF-P-002313047 | TF-P-002313052 | Structured: Tyson Prepared Foods Sales Data – PR3 Tyson's Pork Procurement Data TF-P-002313052 | Intial Production went to DAPs |
| 09/24/21 | TF-P-030 | TF-P-002316638 | TF-P-002316638 | Structured: TF-P-002316638: A crosswalk file that categorizes the various material codes into product categories | Intial Production went to DAPs |
| 09/24/21 | TF-P-015 (Replacement) | TF-P-000779187 | TF-P-000779187 | Structured: A replacement file for S4 structured data produced as TF-P-000779187 | Intial Production went to DAPs |
| 10/21/21 | TF-P-032 | TF-P-002316640 | TF-P-002316650 | Structured: structured sales of "legacy" Tyson Prepared Foods products as stored in Tyson Data Warehouse ("TDW") from 2005 – 2015. | Intial Production went to DAPs |