# EXHIBIT 14

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

2001 Ross Avenue
Dallas, TX 75201-2911
Tel 214.698.3100
www.gibsondunn.com

Brian E. Robison
Direct: +1 214.698.3370
Fax: +1 214.571.2928
BRobison@gibsondunn.com

*VIA E-MAIL AND SHAREFILE*

**HIGHLY CONFIDENTIAL**

August 13, 2021

Mr. Mandrika Moonsammy
c/o Kaplan Fox
850 Third Avenue, 14th Floor
New York, New York 10022

Re:   *In re Pork Antitrust Litigation*,
       MDL No. 2998, No. 0-21-md-02998-JRT-HB (D. Minn.)

Mr. Mandrika:

Enclosed please find the following discovery materials from the Pre-Existing Non-MDL cases, *In re Pork Antitrust Litigation*, Civil Action Nos. 0:18-cv-01776-JRT-HB (D. Minn.), 0:19-cv-01578-JRT-HB (D. Minn.), 0:19-cv-02723-JRT-HB (D. Minn.):

1. Requests for production and interrogatories served to Smithfield Foods, Inc.;

2. Smithfield Foods, Inc.'s responses and objections to requests for production and interrogatories;

3. Requests for production and interrogatories served to the Plaintiffs;

4. Plaintiffs' responses and objections to requests for production and interrogatories;

5. Correspondence between counsel for Smithfield Foods, Inc. and counsel for Plaintiffs regarding discovery;

6. Smithfield Foods, Inc.'s Rule 26(a) Initial Disclosures; and

7. Smithfield Foods, Inc.'s Initial Response to Court's February 7, 2019 Order Regarding Disclosure of Information and Supplemental Disclosures dated July 16, 2019; February 10, 2021; and May 19, 2021.

\* \* \*

This production has been made pursuant to the Order Regarding the Production of Electronically Stored Information and Paper Documents (Dkt. 21). Please note that certain the documents in this production have been designated CONFIDENTIAL or HIGHLY

GIBSON DUNN

August 13, 2021
Page 2

CONFIDENTIAL pursuant to the protective order entered in this case on July 30, 2021 (Dkt. 18).

Thank you,

*Brian Robison*

Brian E. Robison

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

2001 Ross Avenue
Dallas, TX 75201-2911
Tel 214.698.3100
www.gibsondunn.com

Brian E. Robison
Direct: +1 214.698.3370
Fax: +1 214.571.2928
BRobison@gibsondunn.com

Client: 91389-00001

March 30, 2021

BY EMAIL

Joe Bourne
Lockridge Grindal Nauen P.L.L.P
100 Washington Ave. South
Suite 2200
Minneapolis, MN  55401

Re:   *In re Pork Antitrust Litigation*, Case No. 18-cv-01776-JRT-HB (D. Minn.)
      Negotiations Regarding the Definition of Pork

Dear Joe:

This letter continues Smithfield's negotiations with all Plaintiffs regarding the definition of Pork as defined in the complaints and, specifically, the categories of products that will be excluded from Smithfield's production of structured sales data.

We believe that the combination of my March 18 email and your March 26 email in response provides the basis for an agreement between Smithfield and all Plaintiffs. This letter merely confirms how that agreement applies to Smithfield's products. If you learn that any Plaintiff or group of Plaintiffs does not agree with the positions stated in your March 26 email, please let me know immediately.

First, from your March 26 email, Smithfield understands that all Plaintiffs agree that the products listed and described as "Offal" and "Inedible" in my March 18 email will be excluded.

Second, as for what you describe as "Franks" in your March 26 email, Smithfield understands the key distinction to be sausage that "includes non-pork meat." Smithfield sells a variety of sausage products that mix pork and beef as well as pork and turkey, including pepperoni, hot dogs, polish sausage, chorizo, and salami. Accordingly, Smithfield intends to exclude those sausage products that mix proteins from its structured-data production.

Third, your March 26 email agrees that "multi-ingredient products" may be excluded. As described previously, for Smithfield, this includes calzones (including "Rip n' Dip"), strombolis, and pretzel dogs.

GIBSON DUNN

Joe Bourne
March 30, 2021
Page 2

      While we believe this letter sets forth an agreement that will allow Smithfield to prepare for production of structured data regarding these products, I remain available to discuss anything raised in this letter.

Sincerely,

*Brian Robison*

Brian E. Robison

BER/cc

104503290.1