# EXHIBIT 15

| | |
|---|---|
| **From:** | Anais Berland |
| **Sent:** | Friday, August 13, 2021 2:53 PM |
| **To:** | mmoonsammy@kaplanfox.com |
| **Cc:** | Sami Rashid; Richard Vagas |
| **Subject:** | Pork Antitrust - JBS USA Production |

Counsel,

In response to Plaintiffs' August 5, 2021 request, please find a link to documents that are being produced on behalf of JBS USA Food Company ("JBS USA") from *In re Pork Antitrust Litigation*, Case No. 18-cv-1776 (the "*Pre-Existing Non-MDL Cases*") that we have been able to locate with reasonable efforts.  These documents are produced pursuant to the terms of the Order Regarding the Production of Electronically Stored Information and Paper Documents [Dkt. 21], and the confidentiality of these documents has been designated thereupon pursuant to the terms of the Protective Order [Dkt. 18].  Passwords to access this production will be sent via separate correspondence.

JBS USA has undertaken reasonable efforts to ensure that this production does not include materials subject to attorney-client privilege, work product protection, or any other applicable privilege or protection.  The inadvertent or unintentional production of such materials shall not waive or estop any claim of privilege, other legal protection, or other ground for withholding that may otherwise apply or to which JBS USA would otherwise be entitled.  In accordance with those terms, to the extent you become aware of any inadvertent disclosure of privileged or protected materials, please promptly inform JBS USA of such disclosure and immediately return such materials.  JBS USA will promptly notify you in the event it becomes aware of the production of any such materials.  Finally, JBS USA does not waive and expressly reserves any and all rights, privileges, and protections, including all objections to relevance, materiality, and admissibility regarding any of the documents hereby produced.

Please click on the following links to download the production:

**JBS-PORK PRODUCTION:**
Click here to download the file(s) listed below

DAP Discovery Requests.zip     12.69 MB
JBS-PORK VOL001.zip            34.83 MB

If the link above does not open, please copy and paste the following URL into your browser:
https://sendfile.quinnemanuel.com/pkg?token=0fd1291f-55dc-4991-b88a-0ec69c83b060

The secure message expires on 8/20/21 2:36:16 PM


**JBS-PORK PRODUCTION VOL. 002:**

Click here to download the file(s) listed below

JBS-PORK VOL002.zip      10.06 GB

If the link above does not open, please copy and paste the following URL into your browser:
https://sendfile.quinnemanuel.com/pkg?token=f46b81cb-cab4-4225-89ea-eb5daaca0a7e

The secure message expires on 8/20/21 8:35:36 AM

**JBS-PORK PRODUCTION VOL. 003:**

Click here to download the file(s) listed below

JBS-PORK VOL003.7z      175.01 MB

If the link above does not open, please copy and paste the following URL into your browser: https://sendfile.quinnemanuel.com/pkg?token=85cba927-86c1-4a79-9a3b-a7c641050ebf

The secure message expires on 8/20/21 7:18:59 AM


**JBS-PORK PRODUCTION VOL. 004:**

Click here to download the file(s) listed below

JBS-PORK VOL004.zip      12.14 GB

If the link above does not open, please copy and paste the following URL into your browser: https://sendfile.quinnemanuel.com/pkg?token=469d03cb-0f14-49b7-be7a-2f62cd996d93

The secure message expires on 8/20/21 9:59:04 AM


Thank you,
 Anais

**Anais Berland**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7638 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
anaisberland@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

| | |
|---|---|
| **From:** | Richard Vagas |
| **Sent:** | Saturday, April 3, 2021 3:33 PM |
| **To:** | 'tschneider@schneiderwallace.com'; 'pschneider@schneiderwallace.com'; 'kbates@schneiderwallace.com'; 'mweiler@schneiderwallace.com'; 'jorosa@justicia.pr.gov' |
| **Cc:** | Sami Rashid |
| **Subject:** | RE: JBS USA Products & Channels |

Counsel,

We write with regard to the "additional information regarding the categories of products [JBS USA] sold during the class period and channels those products are sold into" that JBS USA previously provided on March 19 pursuant to the Stipulation to Amend the Pretrial Scheduling Order Regarding Deadline on Structured Data filed on March 9 [Dkt. 727]. On March 26 and March 29, Class Plaintiffs and Puerto Rico offered to exclude the following product types made or sold by Defendants from the definition of "Pork," including with regard to the structured data to be produced:

- Renderings/Byproducts – products not used for human consumption (except lard), which are cooked for industrial/feed use, like blood meal, bone meal, and grease;
- Offal/Variety Products – products removed from the carcass during the harvest and fabrication process, such as bones, fat, headmeat, and other organs (with the exceptions of feet and hearts);
- Franks – hot dogs and various types of franks that include non-pork meat; and
- Multi-ingredient products – such as breakfast sandwiches, burritos, and sausage tots.

JBS USA agrees that those product types should be excluded from the definition of "Pork"; and, therefore, JBS USA will exclude such product types from its structured data production, including all products within the following, previously-identified categories:

- **Inedible Byproducts** (e.g. Blood Plasma, Mucosa, Pet Food);
- **Rendering** (e.g. Lard, Meat & Bone Meal);
- **Other Cuts** (e.g. Fatback Skins, Neckbones, Tails); and
- **Variety Meats** (e.g. Stomachs, Ears, Livers).

To reach resolution, JBS USA is willing to agree not to exclude feet and hearts sold to customers located in Puerto Rico from its structured data production even if such products fall within the categories indicated above. JBS USA reserves all rights to exclude such products or any additional products from the case in the future.

Thanks,
Rich

**Richard T. Vagas**
*Of Counsel,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212.849.7368 Direct
212.849.7000 Main Office Number
212.849.7100 FAX
richardvagas@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Richard Vagas
**Sent:** Friday, March 19, 2021 4:48 PM
**To:** tschneider@schneiderwallace.com; pschneider@schneiderwallace.com; kbates@schneiderwallace.com; mweiler@schneiderwallace.com; jorosa@justicia.pr.gov
**Cc:** Sami Rashid <samirashid@quinnemanuel.com>
**Subject:** JBS USA Products & Channels

Counsel,

Pursuant to the Stipulation to Amend the Pretrial Scheduling Order Regarding Deadline on Structured Data filed on March 9 [Dkt. 727], below please find "additional information regarding the categories of products [JBS USA] sold during the class period and channels those products are sold into."

Specifically, JBS USA sold the following categories of products during the class period:

- **Bacon**
- **Bellies** (e.g. Sheet Belly, Skinless Belly, Rib on Belly)
- **Butts** (e.g. Boneless Butt, Bone In Boston Butt, Shoulders)
- **Centercuts** (e.g. Bone In Rib Ends, Boneless Sirloin Ends)
- **Hams** (e.g. Boneless Ham, Bone In Ham)
- **Inedible Byproducts** (e.g. Blood Plasma, Mucosa, Pet Food)
- **Lean Trim** (e.g. Ham Trim, Blade Trim, Ground Pork)
- **Loins** (e.g. Boneless Half Loin, Back Rib, Riblets, Tenderloin)
- **Other Cuts** (e.g. Fatback Skins, Neckbones, Tails)
- **Picnics** (e.g. Bone In Whole Picnic, Cushions, Boneless Picnic Cushion In)
- **Rendering** (e.g. Lard, Meat & Bone Meal)
- **Ribs** (e.g. Spareribs, St. Louis Ribs)
- **Variety Meats** (e.g. Stomachs, Hearts, Ears, Livers)

JBS USA sold all categories listed above into the Processing channel. Further, JBS USA sold all categories listed above except Inedible Byproducts and Rendering into the Foodservice, International, and Retail channels.

Thanks,
Rich

**Richard T. Vagas**
*Of Counsel,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212.849.7368 Direct
212.849.7000 Main Office Number
212.849.7100 FAX
richardvagas@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any

review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.