# **EXHIBIT 20**

**From:** Richard Vagas
**Sent:** Thursday, June 16, 2022 11:16 AM
**To:** 'Sarah Jones' <sjones@BSFLLP.com>
**Cc:** Sami Rashid <samirashid@quinnemanuel.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Michael Mitchell <mmitchell@bsfllp.com>; Kae Moat <kmoat@BSFLLP.com>
**Subject:** RE: Pork - JBS Sales Data Product Exclusions

Sarah,

With regard to the letter sent by Travis Wheeler on May 31, the parties previously engaged in extensive negotiations addressing the scope of Defendants' structured data productions.  As indicated in JBS USA's Responses and Objections to Certain Direct Action Plaintiffs' First Requests for Production of Documents to Pork Integrator Defendants served on November 22, 2021, "[a]fter conducting multiple rounds of negotiations over several months addressing the scope of production and associated search terms, JBS USA agreed to produce documents and data in response to [All Plaintiffs' First Set of Requests for Production of Documents to the Pork Integrator Defendants, dated November 1, 2018], which largely overlap with the [DAPs'] Requests."  Specifically in response to Request 28, JBS USA indicated, "[s]ubject to and without waiving the foregoing, and with regard to the time period from January 1, 2005 through December 31, 2020 only, JBS USA has already produced responsive, nonprivileged Structured Data that it maintains in the ordinary course of business sufficient to show its sales of Pork in the U.S., and will produce any such remaining data in the same or similar format to the extent this information is in JBS USA's possession, custody or control, and able to be located by JBS USA through a reasonable search, as defined in Scope Limitation No. 5. *See* Amended Responses, 47-48 (Response to Request No. 37)."

Those Responses and Objections were served nearly seven months ago, and DAPs never raised an issue.  Yet, DAPs now for the first time demand a significant expansion of the scope of JBS USA's previously agreed upon structured data offer of production – seeking data that was explicitly considered and rejected during protracted negotiations among the parties.  Since last year, JBS USA has relied upon the agreements arising out of those previously-unchallenged negotiations when expending substantial time and resources to collect and prepare its voluminous structured data productions.  While JBS USA has cooperatively agreed to certain search strings requested by various DAPs and continues to evaluate DAPs' recent, limited request whether it has structured data from prior to 2010 regarding weight of the heads killed, JBS USA cannot accede to Mr. Wheeler's obviously burdensome request to restart data negotiations and data productions at this late stage.  We can be available to discuss further as necessary.

Thanks,
Rich

**Richard T. Vagas**
*Of Counsel,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212.849.7368 Direct
212.849.7000 Main Office Number
212.849.7100 FAX
richardvagas@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Sarah Jones [mailto:sjones@BSFLLP.com]
**Sent:** Monday, June 13, 2022 10:55 AM
**To:** Richard Vagas <richardvagas@quinnemanuel.com>
**Cc:** Sami Rashid <samirashid@quinnemanuel.com>; Allison Silber <allisonsilber@quinnemanuel.com>; Michael Mitchell <mmitchell@bsfllp.com>; Kae Moat <kmoat@BSFLLP.com>
**Subject:** Pork - JBS Sales Data Product Exclusions

**[EXTERNAL EMAIL from sjones@bsfllp.com]**

Richard,

On May 31, Travis Wheeler sent a letter to JBS and several other Defendants regarding products excluded from Defendants' sales data. I follow-up regarding the letter's request that JBS promptly produce its structured sales data in four categories. Please let me know your team's availability for a meet and confer this week. Thank you.

Best,
Sarah

**Sarah Jones**
Associate

**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, N.W.
Washington, D.C. 20005
(t) +1 202 895 7579
(m) +1 562 235 4795
sjones@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.