# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 0:18-cv-01776-JRT-JFD |
| THIS DOCUMENT RELATES TO:<br><br>Commonwealth of Puerto Rico,<br><br>  Plaintiff,<br><br>  v.<br><br>Agri Stats, Inc., et al.,<br><br>  Defendants. | Case No. 0:19-cv-2723-JRT-JFD |

## NOTICE OF APPEARANCE OF YELENA W. DEWALD

The undersigned attorney hereby notifies the Court and Counsel that Yelena W. Dewald shall appear as counsel of record for Plaintiff Commonwealth of Puerto Rico in this case.

Dated: September 30, 2022

Respectfully submitted,

/s/ *Yelena W. Dewald*
Yelena W. Dewald
**HAUSFELD LLP**
888 16th Street
Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
ydewald@hausfeld.com

*Counsel for the Commonwealth of Puerto Rico*