UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions | COURT MINUTES<br>BEFORE: JOHN F. DOCHERTY<br>U.S. MAGISTRATE JUDGE<br><br>Case No. 18-cv-1776 (JRT/JFD)<br>Date: October 5, 2022<br>Location: Videoconference<br>Court Reporter: Renee Rogge<br>Time in Court: 4:03–4:55 p.m. |

---

## MOTION HEARING

**APPEARANCES:**

Plaintiffs:

- For Moving Direct Action Plaintiffs Compass Group USA, Inc., Conagra Brands, Inc., Howard B. Samuels solely as Trustee for the estate of Central Grocers, Inc., Nestlé USA, Inc., Nestlé Purina PetCare Company, Amory Investments LLC, and Sysco Corporation: David Eddy and Dennis Lynch
- For Winn-Dixie Plaintiffs: Patrick Ahern
- For Direct Purchaser Plaintiffs: Bobby Pouya
- For Commercial and Institutional Indirect Purchaser Plaintiffs: Sterling Aldridge and Blaine Finley
- For Consumer Indirect Purchaser Plaintiffs: Shana Scarlett and Michelle Looby
- For Plaintiff Commonwealth of Puerto Rico: Kyle Bates

Defendants:

- For Clemens Foods Group, LLC, et al.: Amarto Bhattacharyya
- For Hormel Foods Corp.: Craig Coleman, Emily Chow
- For Triumph Foods, LLC: Chris Smith
- For JBS USA Food Co.: Don Heeman and Richard T. Vagas
- For Seaboard Foods LLC: Pete Schwingler
- For Smithfield Foods, Inc.: Brian Robison and John Cotter
- For Tyson Foods, Inc., et al.: Lindsey Strang Aberg and Jarod Taylor

**PROCEEDINGS**:

The Court held a hearing on Certain Direct Action Plaintiffs' Motion to Compel Hormel Foods Corporation, Hormel Foods LLC, JBS USA, INC., Smithfield Foods, Inc., Tyson Foods, Inc.,

Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc. to Produce Sales Data (Dkt. No. 1493). The motion was taken under advisement, and a written order will be issued in due course.

<u>s/ ALM</u>
Judicial Law Clerk