UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776-JRT-JFD |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF THEIR MOTIONS TO EXCLUDE
THE TESTIMONY OF CLASS PLAINTIFFS' EXPERTS**

Defendants[1] respectfully submit this notice of supplemental authority to identify a recent decision relating to their motions to exclude the expert testimony of Class Plaintiffs' experts Dr. Russell Mangum, Dr. Hal Singer, and Dr. Michael Williams. Dkt. 1449, 1453, 1466.

On September 30, 2022, in *Persian Gulf Inc., et al. v. BP West Coast Prods. LLC, et al.*, No. 3:15-cv-01749-JO-AGS (S.D. Cal.), a putative class action alleging a conspiracy to fix gas prices in California in violation of *inter alia* Section 1 of the Sherman Act, the Honorable Jinsook Ohta granted defendants' motion to exclude the testimony of plaintiffs' experts, Dr. Michael Williams and Dr. Paul Hanouna, on the issue of causal antitrust injury.

---

[1] "Defendants" refers to the following companies: Agri Stats, Inc. ("Agri Stats"); Clemens Food Group, LLC, Clemens Family Corp., and Hatfield Quality Meats (collectively, "Clemens"); Hormel Foods Corp., and Hormel Foods, LLC (collectively, "Hormel"); JBS USA Food Company ("JBS USA"); Seaboard Foods LLC ("Seaboard"); Smithfield Foods, Inc. ("Smithfield"); Triumph Foods, LLC ("Triumph"); and Tyson Foods, Inc., Tyson Fresh Meats, Inc. and Tyson Prepared Foods, Inc. (collectively, "Tyson").

1

Judge Ohta held that both experts' forecasting regression analyses were inadmissible because they rested on the selection of benchmark periods neither grounded in econometric principles nor the record, making those analyses insufficiently tied to the facts of the case. A copy of the opinion is attached hereto as **Exhibit A**. Judge Ohta's analysis of the motions to exclude the testimony of Drs. Williams and Hanouna is at Pages 82-97 of the opinion.

| | |
|---|---|
| Dated: October 10, 2022 | Respectfully submitted, |
| | */s/ Christopher A. Smith*<br>Aaron Chapin (#0386606)<br>Christopher A. Smith (*pro hac vice*)<br>Tessa K. Jacob (*pro hac vice*)<br>A. James Spung (*pro hac vice*)<br>Jason Husgen (*pro hac vice*)<br>Sarah L. Zimmerman (MDL registered)<br>Kate Ledden (MDL registered)<br>Tanner Cook (MDL registered)<br>Jacob N. Reinig (MDL registered)<br>HUSCH BLACKWELL LLP<br>190 Carondelet Plaza, Ste 600<br>St. Louis, MO 63105<br>Telephone: (314) 480-1500<br>aaron.chapin@huschblackwell.com<br>chris.smith@huschblackwell.com<br>tessa.jacob@huschblackwell.com<br>james.spung@huschblackwell.com<br>jason.husgen@huschblackwell.com<br>sarah.zimmerman@huschblackwell.com<br>kate.ledden@huschblackwell.com<br>tanner.cook@huschblackwell.com<br>jake.reinig@huschblackwell.com |
| | ***Counsel for Triumph Foods, LLC*** |
| */s/ Mark L. Johnson*<br>Mark L. Johnson (#0345520)<br>Davida S. McGhee (#0400175)<br>GREENE ESPEL PLLP | */s/ Craig. S. Coleman*<br>Richard A. Duncan (#0192983)<br>Aaron D. Van Oort (#0315539)<br>Craig S. Coleman (#0325491) |

222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Jenna Stupar (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
jenna.stupar@kirkland.com

***Counsel for Clemens Food Group, LLC and The Clemens Family Corporation***

Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com
Jacob D. Bylund (*pro hac vice*)
Stephanie A. Koltookian (*pro hac vice*)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 842-8800
jonathan.todt@faegredrinker.com

John S. Yi (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

***Counsel for Hormel Foods Corporation***

3

/s/ *Peter H. Walsh*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

**Counsel for Agri Stats, Inc.**

/s/  Tiffany Rider Rohrbaugh
Tiffany Rider Rohrbaugh (*pro hac vice*)
Rachel J. Adcox (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
trider@axinn.com
radcox@axinn.com
lstrang@axinn.com
avissichelli@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

Craig M. Reiser (*pro hac vice*)
Kail Jethmalani (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
creiser@axinn.com
kjethmalani@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

**Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.**

*/s/ Peter J. Schwingler*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

**Counsel for Seaboard Foods LLC and Seaboard Corporation**