

**Brian D. Clark**
bdclark@locklaw.com
612-339-6900

**MINNEAPOLIS**
Suite 2200
100 Washington Ave S.
Minneapolis, MN 55401
T  612.339.6900
F  612.339.0981

October 10, 2022

Hon. John R. Tunheim
United States District Judge
U.S. District Court, District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

Hon. John F. Docherty
Magistrate Judge
U.S. District Court, District of Minnesota
316 N. Robert Street
St. Paul, MN 55101

Re:   *In Re Pork Antitrust Litigation, 0:18-cv-01776-JRT-JFD*

Dear Judge Tunheim and Judge Docherty:

I write, on behalf of the Direct Purchaser Plaintiffs, Consumer Indirect Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, and the Commonwealth of Puerto Rico regarding the case management conference set for October 17, 2022 at 10:00 a.m. *See* ECF No. 1525. The Court has previously issued operative case management orders under which the close of fact discovery is October 31, 2022. There is much to do, and the parties are working hard to try to meet that deadline. Given the timing and circumstances of this litigation, the Class Plaintiffs and Puerto Rico respectfully request that the October 17 case management conference be conducted remotely via Zoom. The Defendants do not oppose this request.

The Direct Action Plaintiffs have advised the Direct Purchaser Plaintiffs that they intend to request the case management conference be moved to October 18, 2022, to make travel logistics simpler and more efficient for counsel who may also be appearing at a status conference in the *Beef Antitrust Litigation*. If the Court holds the case management conference in person, we further request that, to the extent it is feasible, the proceedings be made available for remote attendance via video for any attorneys who cannot attend in person or are not anticipated to have a speaking role.

Hon. John R. Tunheim
Hon. John F. Docherty
*In Re Pork Antitrust Litigation, 0:18-cv-01776-JRT-JFD*
October 10, 2022

    Respectfully,

LOCKRIDGE GRINDAL NAUEN

*/s/ Brian D. Clark*
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Joseph C. Bourne (MN #0389922)
Arielle S. Wagner (MN #0398332)
Craig S. Davis (MN #0148192)
Simeon A. Morbey (MN #0391338)
Stephen M. Owen (MN # 0399370)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
wjbruckner@locklaw.com
bdclark@locklaw.com
jcbourne@locklaw.com
aswagner@locklaw.com
csdavis@locklaw.com
samorbey@locklaw.com
smowen@locklaw.com