# Exhibit A

*Co – Lead Counsel for Direct Purchaser Plaintiffs*

W. Joseph Bruckner
Brian D. Clark
Arielle S. Wagner
Joseph C. Bourne
Kyle J. Pozan
Stephen M. Owen
Stephen J. Teti
Craig S. Davis
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Tel: 612-339-6900
Email: wjbruckner@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com
jcbourne@locklaw.com
kjpozan@locklaw.com
smowen@locklaw.com
sjteti@locklaw.com
csdavis@locklaw.com

Bruce L. Simon
Benjamin Ernest Shiftan
Jill Manning
Neil Swartzberg
**PEARSON SIMON & WARSHAW, LLP**
555 Montgomery Street
Suite 1205
San Francisco, CA 94111
415-433-9000
Fax: 415-433-9008
Email: bsimon@pswlaw.com
bshiftan@pswlaw.com
jmanning@pswlaw.com
nswartzberg@pswlaw.com

Daniel Warshaw
Bobby Pouya
Matthew Pearson
Clifford H. Pearson
Michael H Pearson
**PEARSON SIMON & WARSHAW, LLP**
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403
818-788-8300
Email: dwarshaw@pswlaw.com
bpouya@pswlaw.com
mapearson@pswlaw.com
cpearson@pswlaw.com
mpearson@pswlaw.com

Melissa S. Weiner
**PEARSON SIMON & WARSHAW, LLP**
328 Barry Avenue S.
Suite 200
Wayzata, MN 55391
612-389-0600
Fax: 612-389-0610
Email: mweiner@pswlaw.com

*Additional Counsel for Direct Purchaser Plaintiffs*

Bryan L. Bleichner
Christopher P Renz
Jeffrey D. Bores
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South
Suite 1700
Minneapolis, MN 55401
612-339-7300
Fax: 612-336-2940
Email:
bbleichner@chestnutcambronne.com
crenz@chestnutcambronne.com
jbores@chestnutcambronne.com

Adam J. Pessin
Jeffrey S. Istvan
Roberta D Liebenberg
**FINE, KAPLAN, AND BLACK, RPC**
One South Broad Street
Suite 2300
Philadelphia, PA 19107
215-567-6565
Email: apessin@finekaplan.com
jistvan@finekaplan.com
rliebenberg@finekaplan.com

Jonathan M Jagher
Michael E Moskovitz
**FREED KANNER LONDON & MILLEN**
923 Fayette Street
Conshohocken, PA 19428
610-234-6487
Fax: 224-632-4521
Email: jjagher@fklmlaw.com
mmoskovitz@fklmlaw.com

Robert J. Wozniak , Jr.
William H. London
**FREED KANNER LONDON & MILLEN**
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
224-632-4500
Email: rwozniak@fklmlaw.com
wlondon@fklmlaw.com

Robert G. Eisler
**GRANT & EISENHOFER P.A.**
123 Justison St.
Wilmington, DE 19801
302-622-7030
Email: reisler@gelaw.com

Steven Hart
John Shannon Marrese
**HART, MCLAUGHLIN & ELDRIDGE**
22 W. Washington Street
Suite 1600
Chicago, IL 60606-6448
312-955-0545
Email: shart@hmelegal.com
jmarrese@hmelegal.com

Renae D Steiner
**HEINS MILLS & OLSON, PLC**
310 Clifton Ave
Minneapolis, MN 55403
612-338-4605
Fax: 612-338-4692
Email: rsteiner@heinsmills.com

Cadio Zirpoli
Travis Luke Manfredi
**JOSEPH SAVERI LAW FIRM, LLP**
601 California St
Ste 1000
San Francisco, CA 94108
415-500-6800
Fax: 415-395-9940
Email: czirpoli@saverilawfirm.com
tmanfredi@saverilawfirm.com

Linda P Nussbaum
**NUSSBAUM LAW GROUP, P.C.**
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
917-438-9189
Email: lnussbaum@nussbaumpc.com

Garrett D Blanchfield , Jr
Roberta A Yard
**REINHARDT WENDORF & BLANCHFIELD**
W-1050 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
651-287-2100
Email: g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com

Eugene A. Spector
Jeffrey J Corrigan
Jeffrey L. Spector
William G. Caldes
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street
Suite 3420
Philadelphia, PA 19103
215-496-0300
Fax: 215-496-6611
Email: espector@srkattorneys.com
jcorrigan@srkattorneys.com
jspector@srkw-law.com
bcaldes@srkw-law.com