# Exhibit C

CIIPP Counsel List | Pork

**Commercial and Institutional Purchaser Plaintiff ("CIIPP") Interim Co-Lead Counsel**

Jon W. Cuneo
Joel Davidow
Daniel Cohen
Alec Blaine Finley
**Cuneo Gilbert & LaDuca, LLP**
4725 Wisconsin Avenue Nw Suite 200
Washington, DC 20016
202-789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
bfinley@cuneolaw.com

Shawn M Raiter
**Larson King, LLP**
30 E 7th St Ste 2800
St Paul, MN 55101-4922
651-312-6500
sraiter@larsonking.com

**CIIPP Steering Committee**

Jon Tostrud
Anthony Carter
Scott Lundering
**Tostrud Law Group, P.C.**
1925 Century Park East Suite 2100
Los Angeles, CA 90067
310-278-2600
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com
scott.lundering@gmail.com

John W. "Don" Barrett
Sarah Sterling Aldridge
Katherine Riley
David Malcolm McMullan, Jr
**Barrett Law Group, P.A.**
404 Court Square North
Lexington, MS 39095
662-834-2488
dbarrett@barrettlawgroup.com
saldridge@barrettlawgroup.com

kbriley@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

David M Cialkowski
Behdad C Sadeghi
John Gordon Rudd, Jr.
Ian McFarland
**Zimmerman Reed, PLLP**
1100 Ids Center 80 South Eighth Street
Minneapolis, MN 55402
612-341-0400
David.Cialkowski@zimmreed.com
Behdad.Sadeghi@zimmreed.com
Gordon.Rudd@zimmreed.com
Ian.Mcfarland@zimmreed.com

Marcus Neil Bozeman
**Bozeman Law Firm, P.A.**
Little Rock Regions Center
400 West Capitol Avenue Ste 1700
Little Rock, AR 72201
501-381-2695
mbozeman@bozemanfirm.com

**Additional CIIPP Counsel**

John Barton Goplerud
5015 Grand Ridge Drive Ste 100
West Des Moines, IA 50265
515-223-4567
Goplerud@sagwlaw.Com