# Exhibit D

## In re Pork Antitrust Litigation
### (Listed Alphabetically by DAP Moniker)

| DAP Moniker | Direct Action Plaintiff(s) (DAP) For a Given Case | DAP Group Counsel | District of Minn. Case Number |
|---|---|---|---|
| Action Meat DAPs | Action Meat Distributors; Inc.; Topco Associates, LLC; Alex Lee, Inc. and Merchants Distributors, LLC; Associated Food Stores, Inc.; Brookshire Grocery Company; Certco, Inc.; Colorado Boxed Beef Co.; The Golub Corporation; Nicholas & Co., Inc.; Pfd Enterprises, Inc.; Spartannash Company; Springfield Grocer Company; The Distribution Group d/b/a Van Eerden Foodservice Co.; Troyer Foods, Inc., URM Stores, Inc., Giant Eagle, Inc. and Unipro Foodservice, Inc. | L&G LAW GROUP LLP<br>Eric Richard Lifvendahl, Esquire<br>Ryan F. Manion, Esquire<br><br>KAPLAN FOX & KILSHEIMER, LLP<br>Robert N. Kaplan, Esquire<br><br>Gregory K. Arenson<br><br>Elana Katcher<br>Matthew P. McCahill, Esquire<br>Jason A. Uris, Esquire<br><br>THE COFFMAN LAW FIRM<br>Richard L Coffman, Esquire<br><br>MARCUS & SHAPIRA LLP<br>Bernard D. Marcus, Esquire<br>Moira Cain-Mannix, Esquire<br>Brian C. Hill, Esquire<br>Erin Allen, Esquire | 21-cv-01454<br>21-cv-01874<br>21-cv-02757 |
| Aldi DAPs | Aldi Inc. | BAKER BOTTS LLP<br>William C. Lavery, Esquire<br>Christopher P. Wilson, Esquire<br>Danielle Morello, Esquire<br>Wyatt M. Carlock, Esquire | 22-cv-00367 |
| BSF DAPs | Sysco Corporation and Armory Investments LLC | BOIES SCHILLER FLEXNER LLP<br>Scott Gant, Esquire<br>Colleen Anne Harrison, Esquire<br>Michael Mitchell, Esquire<br>Ryan T. McAllister, Esquire | 21-cv-01374<br>21-cv-01697 |
| CF DAPs | Cheney Brothers, Inc., Subway Protein Litigation Corp., Buffalo Wild Wings, Inc., Jimmy John's Buying Group SPV, LLC, Sonic Industries Services, Inc., CKE Restaurants Holdings, Inc., Wawa, Inc. and Restaurant Services, Inc. | CARLTON FIELDS, P.A<br>David B. Esau, Esquire<br>Kristin A. Gore, Esquire<br>Garth T. Yearick, Esquire<br>John C. Pitblado, Esquire<br>Roger S. Kobert, Esquire<br>Aaron A. Holman, Esquire | 21-cv-01373<br>21-cv-01605<br>21-cv-02508<br>21-cv-02509<br>21-cv-02510<br>21-cv-02511<br>21-cv-02512<br>21-cv-02513 |

| DAP Moniker | Direct Action Plaintiff(s) (DAP) For a Given Case | DAP Group Counsel | District of Minn. Case Number |
|---|---|---|---|
| CWT DAPs | Target Corporation, BJ's Wholesale Club, Inc., Kraft Heinz Foods Company, Jetro Holdings, LLC, Sherwood Food Distributors, LLC; Harvest Meat Company, Inc.; Western Boxed Meat Distributors, Inc., Quality Supply Chain Co-Op, Inc., Hamilton Meat, LLC, Aramark Food and Support Services Group, Inc., Gordon Food Service, Inc. and Glazier Foods Company | CADWALADER, WICKERSHAM & TAFT LLP<br>Philip J. Iovieno, Esquire<br>Nicholas A. Gravante, Jr., Esquire<br>Lawrence S. Brandman, Esquire<br>Jack G. Stern, Esquire<br>Gillian G. Burns, Esquire<br>Mark A. Singer, Esquire<br>Elizabeth R. Moore, Esquire<br>Zygimante Andrijauskaite, Esquire<br><br>BURKE, WILLIAMS & SORENSEN, LLP<br>Robert W. Dickerson, Jr, Esquire<br><br>AHERN & ASSOCIATES, P.C.<br>Patrick J. Ahern, Esquire<br>Theodore B. Bell, Esquire | 21-cv-01872<br>21-cv-01875<br>21-cv-02046<br>21-cv-02617<br>22-cv-01840<br>22-cv-01842<br>22-cv-01843<br>22-cv-02291 |
| Kroger DAPs | The Kroger Co.; Albertsons Companies, Inc.; Hy-Vee Inc.; Save Mart Supermarkets and US Foods, Inc. | KENNY NACHWALTER, P.A.<br>William J. Blechman, Esquire<br>Kevin J. Murray, Esquire<br>Douglas H. Patton, Esquire<br>Anna T. Neill, Esquire<br>Samuel J. Randall, Esquire<br>Michael A. Ponzoli, Esquire | 22-cv-00072 |
| Nestle DAPs | Nestlé Purina Petcare Company, Nestlé USA, Inc., Conagra Brands, Inc., Howard B. Samuels, Acting Solely in His Capacity as Chapter 7 Trustee for the Bankruptcy of The Estate of Central Grocers, Inc. and Compass Group USA, Inc. | NEXSEN PRUET LLC<br>David C. Eddy, Esquire<br>Dennis J. Lynch, Esquire<br>Travis C. Wheeler, Esquire<br><br>Central Grocers Only:<br>KEIBLER LAW<br>Chase Keibler, Esquire<br>KARON LLC<br>Daniel R. Karon, Esquire<br>Beau D. Hollowell, Esquire | 21-cv-01715<br>21-cv-01873<br>21-cv-02526<br>22-cv-01610 |
| Publix DAPs | Associated Grocers of the South, Inc.; Dollar General Corp.; Dolgencorp, LLC; Meijer, Inc.; Meijer Distribution, Inc.; Publix Super Markets, Inc.; Raley's, United Natural Foods, Inc.; Supervalu, Inc.; Associated Grocers of Florida, Inc.; Unified Grocers, Inc.; Tony's Fine Foods and Wakefern Food Corp. | SHERRARD ROE VOIGT & HARRISON, PLC<br>Christina R.B. López, Esquire<br><br>SPERLING & SLATER, P.C<br>Paul E. Slater, Esquire<br>Joseph M. Vanek, Esquire<br>David P. Germaine, Esquire<br>Phillip F. Cramer, Esquire<br>Alberto Rodriguez, Esquire<br>Jeffrey H. Bergman, Esquire | 22-cv-00071 |

| DAP Moniker | Direct Action Plaintiff(s) (DAP) For a Given Case | DAP Group Counsel | District of Minn. Case Number |
|---|---|---|---|
| Puerto Rico DAP | Commonwealth of Puerto Rico | PUERTO RICO DEPARTMENT OF JUSTICE<br>Domingo Emanuelli-Hernández, Esquire<br><br>Guarionex Díaz Martínez, Esquire<br><br>HAUSFELD LLP<br>Kyle G. Bates, Esquire<br>Yelena W. Dewald, Esquire<br><br>SCHNEIDER WALLACE COTTRELL KONECKY LLP<br><br>Peter B. Schneider, Esquire<br>Todd M. Schneider, Esquire<br>Jason H Kim, Esquire<br>Bradley R. Fagnani, Esquire<br>William Stewart, Esquire | 19-cv-02723 |
| Winn-Dixie DAPs | Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC | AHERN AND ASSOCIATES, P.C.<br>Patrick J. Ahern, Esquire<br>Theodore B. Bell, Esquire<br><br>THOMPSON TARASEK LEE O'HALLORAN PLLC<br>Patrick J. Lee-O'Halloran, Esquire | 19-cv-01578 |

651257.1

A1739220.1                                3