# Exhibit E

## In re Pork Antitrust Litigation
### (Listed by D. Mn. Case Number – Lowest to Highest)

| Direct Action Plaintiff(s) (DAP) For a Given Case | DAP Moniker | DAP Group Counsel | District Where Complaint Originally Filed | District of Minn. Case Number | Defendants Answered Complaint (Y/N) |
|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC | Winn-Dixie DAPs | AHERN AND ASSOCIATES, P.C.<br>Patrick J. Ahern<br>Theodore B. Bell<br><br>THOMPSON TARASEK LEE O'HALLORAN PLLC<br>Patrick J. Lee-O'Halloran | D. Minnesota<br>(No. 19-cv-01578) | 19-cv-01578 | Y |
| Commonwealth of Puerto Rico | Puerto Rico DAP | PUERTO RICO DEPARTMENT OF JUSTICE<br>Domingo Emanuelli-Hernández, Esquire<br><br>Guarionex Díaz Martínez, Esquire<br><br>HAUSFELD LLP<br>Kyle G. Bates, Esquire<br>Yelena W. Dewald, Esquire<br><br>SCHNEIDER WALLACE COTTRELL KONECKY LLP<br><br>Peter B. Schneider, Esquire<br>Todd M. Schneider, Esquire<br>Jason H Kim, Esquire<br>Bradley R. Fagnani, Esquire<br>William Stewart, Esquire | D. Puerto Rico<br>(No. 19-cv-01655) | 19-cv-02723 | Y |

| Direct Action Plaintiff(s) (DAP) For a Given Case | DAP Moniker | DAP Group Counsel | District Where Complaint Originally Filed | District of Minn. Case Number | Defendants Answered Complaint (Y/N) |
|---|---|---|---|---|---|
| Cheney Brothers, Inc. | CF DAPs | CARLTON FIELDS, P.A<br>David B. Esau<br>Kristin A. Gore<br>Garth T. Yearick<br>Roger S. Kobert<br>Aaron A. Holman | S.D. Florida<br>(No. 21-cv-80424) | 21-cv-01373 | N |
| Sysco Corporation | BSF DAPs | BOIES SCHILLER FLEXNER LLP<br>Scott E. Gant<br>Michael S. Mitchell<br>Colleen A. Harrison | S.D. Texas<br>(No. 21-cv-00773) | 21-cv-01374 | N |
| Action Meat Distributors; Inc.; Topco Associates, LLC; Alex Lee, Inc. and Merchants Distributors, LLC; Associated Food Stores, Inc.; Brookshire Grocery Company; Certco, Inc.; Colorado Boxed Beef Co.; The Golub Corporation; Nicholas & Co., Inc.; Pfd Enterprises, Inc.; Spartannash Company; Springfield Grocer Company; The Distribution Group d/b/a Van Eerden Foodservice Co.; Troyer Foods, Inc. and URM Stores, Inc. | Action Meat DAPs | L&G LAW GROUP LLP<br>Eric Richard Lifvendahl<br>Ryan F. Manion<br>KAPLAN FOX & KILSHEIMER, LLP<br>Robert N. Kaplan<br>Gregory K. Arenson<br>Elana Katcher<br>Matthew P. McCahill<br>THE COFFMAN LAW FIRM<br>Richard L Coffman | N.D. Illinois<br>(No. 21-cv-03002) | 21-cv-01454 | N |
| Subway Protein Litigation Corp. as litigation trustee of the Subway® Protein Litigation Trust | CF DAPs | CARLTON FIELDS, P.A<br>John C. Pitblado<br>David B. Esau<br>Kristin A. Gore<br>Garth T. Yearick | D. Connecticut<br>(No. 21-cv-00869) | 21-cv-01605 | N |

| Direct Action Plaintiff(s) (DAP) For a Given Case | DAP Moniker | DAP Group Counsel | District Where Complaint Originally Filed | District of Minn. Case Number | Defendants Answered Complaint (Y/N) |
|---|---|---|---|---|---|
| Amory Investments LLC | BSF DAPs | BOIES, SCHILLER & FLEXNER LLP<br>Scott Gant<br>Colleen Anne Harrison<br>Michael Mitchell<br>Ryan T. McAllister | N.D. New York<br>(No. 21-cv-00798) | 21-cv-01697 | N |
| Nestlé Purina Petcare Company and Nestlé USA, Inc. | Nestle DAPs | NEXSEN PRUET LLC<br>David C. Eddy<br>Dennis J. Lynch<br>Travis C. Wheeler | N.D. Ohio<br>(No. 21-cv-01324) | 21-cv-01715 | N |
| Kraft Heinz Foods Company | CWT DAPs | BURKE, WILLIAMS & SORENSEN, LLP<br>Robert W. Dickerson, Jr<br><br>CADWALADER, WICKERSHAM & TAFT LLP<br>Philip J. Iovieno<br>Nicholas A. Gravante, Jr.<br>Jack G. Stern<br>Gillian G. Burns<br>Mark A. Singer<br>Elizabeth R. Moore<br><br>AHERN & ASSOCIATES, P.C.<br>Patrick J. Ahern<br>Theodore B. Bell | N.D. California<br>(No. 21-cv-05684) | 21-cv-01872 | N |
| Conagra Brands, Inc. | Nestle DAPs | NEXSEN PRUET LLC<br>David C. Eddy<br>Dennis J. Lynch<br>Travis C. Wheeler | N.D. Illinois<br>(No. 21-cv-04085) | 21-cv-01873 | N |

| Direct Action Plaintiff(s) (DAP) For a Given Case | DAP Moniker | DAP Group Counsel | District Where Complaint Originally Filed | District of Minn. Case Number | Defendants Answered Complaint (Y/N) |
|---|---|---|---|---|---|
| Giant Eagle, Inc. | Action Meat DAPs | L&G LAW GROUP LLP<br>Eric Richard Lifvendahl<br>Ryan F. Manion<br><br>KAPLAN FOX & KILSHEIMER, LLP<br>Robert N. Kaplan<br>Matthew P. McCahill<br><br>MARCUS & SHAPIRA LLP<br>Bernard D. Marcus<br>Moira Cain-Mannix<br>Brian C. Hill<br>Erin Allen | N.D. Illinois<br>No. 21-cv-04187) | 21-cv-01874 | N |
| BJ's Wholesale Club, Inc. | CWT DAPs | CADWALADER, WICKERSNAM & TAFT LLP<br>Philip J. Iovieno<br>Nicholas A. Gravante, Jr.<br>Jack G. Stern<br>Gillian G. Burns<br>Mark A. Singer<br>Elizabeth R. Moore | E.D. New York<br>(No. 21-cv-04293) | 21-cv-01875 | N |
| Jetro Holdings, LLC | CWT DAPs | CADWALADER, WICKERSHAM & TAFT LLP<br>Philip J. Iovieno<br>Nicholas A. Gravante, Jr.<br>Lawrence S. Brandman<br>Jack G. Stern<br>Gillian G. Burns<br>Mark A. Singer<br>Elizabeth R. Moore | E.D. New York<br>(No. 21-cv-04753) | 21-cv-02046 | N |

4

| Direct Action Plaintiff(s) (DAP) For a Given Case | DAP Moniker | DAP Group Counsel | District Where Complaint Originally Filed | District of Minn. Case Number | Defendants Answered Complaint (Y/N) |
|---|---|---|---|---|---|
| Buffalo Wild Wings, Inc. | CF DAPs | CARLTON FIELDS, P.A<br>David B. Esau<br>Kristin A. Gore<br>Garth T. Yearick<br>Roger S. Kobert<br>Aaron A. Holman | S.D. Florida<br>(No. 21-cv-82015) | 21-cv-02508 | N |
| Jimmy John's Buying Group SPV, LLC | CF DAPs | CARLTON FIELDS, P.A<br>David B. Esau<br>Kristin A. Gore<br>Garth T. Yearick<br>Roger S. Kobert<br>Aaron A. Holman | S.D. Florida<br>(No. 21-cv-82017) | 21-cv-02509 | N |
| Sonic Industries Services, Inc. | CF DAPs | Carlton Fields, P.A<br>David B. Esau<br>Kristin A. Gore<br>Garth T. Yearick<br>Roger S. Kobert<br>Aaron A. Holman | S.D. Florida<br>(No. 21-cv-82018) | 21-cv-02510 | N |
| CKE Restaurants Holdings, Inc. | CF DAPs | CARLTON FIELDS, P.A<br>David B. Esau<br>Kristin A. Gore<br>Garth T. Yearick<br>Roger S. Kobert<br>Aaron A. Holman | S.D. Florida<br>(No. 21-cv-82027) | 21-cv-02511 | N |
| Wawa, Inc. | CF DAPs | CARLTON FIELDS, P.A<br>David B. Esau<br>Kristin A. Gore<br>Garth T. Yearick<br>Roger S. Kobert<br>Aaron A. Holman | S.D. Florida<br>(No. 21-cv-82031) | 21-cv-02512 | N |

| Direct Action Plaintiff(s) (DAP) For a Given Case | DAP Moniker | DAP Group Counsel | District Where Complaint Originally Filed | District of Minn. Case Number | Defendants Answered Complaint (Y/N) |
|---|---|---|---|---|---|
| Restaurant Services, Inc. | CF DAPs | CARLTON FIELDS, P.A<br>David B. Esau<br>Kristin A. Gore<br>Garth T. Yearick<br>Roger S. Kobert<br>Aaron A. Holman | S.D. Florida<br>(No. 21-cv-82032) | 21-cv-02513 | N |
| Howard B. Samuels, Acting Solely in His Capacity as Chapter 7 Trustee for the Bankruptcy of The Estate of Central Grocers, Inc. | Nestle DAPs | NEXSEN PRUET LLC<br>David C. Eddy<br>Dennis J. Lynch<br>Travis C. Wheeler<br><br>KEIBLER LAW<br>Chase C. Keibler<br><br>KARON LLC<br>Daniel R. Karon<br>Beau D. Hollowell | N.D. Illinois<br>(No. 21-cv-05883) | 21-cv-02526 | N |
| Sherwood Food Distributors, LLC; Harvest Meat Company, Inc.; Western Boxed Meat Distributors, Inc. and Hamilton Meat, LLC | CWT DAPs | CADWALADER, WICKERSHAM & TAFT LLP<br>Philip J. Iovieno<br>Nicholas A. Gravante, Jr.<br>Lawrence S. Brandman<br>Jack G. Stern<br>Gillian G. Burns<br>Mark A. Singer<br>Elizabeth R. Moore | E.D. New York<br>(No. 21-cv-06329) | 21-cv-02617 | N |

| Direct Action Plaintiff(s) (DAP) For a Given Case | DAP Moniker | DAP Group Counsel | District Where Complaint Originally Filed | District of Minn. Case Number | Defendants Answered Complaint (Y/N) |
|---|---|---|---|---|---|
| Unipro Foodservice, Inc. | Action Meat DAPs | L&G Law Group LLP<br>Eric Richard Lifvendahl<br>Ryan F. Manion<br><br>Kaplan Fox & Kilsheimer, LLP<br>Robert N. Kaplan<br>Matthew P. McCahill<br>Jason A. Uris<br><br>The Coffman Law Firm<br>Richard L Coffman | N.D. Illinois<br>(No. 21-cv-06553) | 21-cv-02757 | N |
| Associated Grocers of the South, Inc.; Dollar General Corp.; Dolgencorp, LLC; Meijer, Inc.; Meijer Distribution, Inc.; Publix Super Markets, Inc.; Raley's, United Natural Foods, Inc.; Supervalu, Inc.; Associated Grocers of Florida, Inc.; Unified Grocers, Inc.; Tony's Fine Foods and Wakefern Food Corp. | Publix DAPs | Sherrard Roe Voigt & Harrison, PLC<br>Christina R.B. López<br><br>Sperling & Slater, P.C<br>Paul E. Slater<br>Joseph M. Vanek<br>David P. Germaine<br>Phillip F. Cramer<br>Alberto Rodriguez<br>Jeffrey H. Bergman | N.D. California<br>(No. 21-cv-10038) | 22-cv-00071 | N |
| The Kroger Co.; Albertsons Companies, Inc.; Hy-Vee Inc.; Save Mart Supermarkets and US Foods, Inc. | Kroger DAPs | Kenny Nachwalter, P.A.<br>William J. Blechman<br>Kevin J. Murray<br>Douglas H. Patton<br>Anna T. Neill<br>Samuel J. Randall<br>Michael A. Ponzoli | N.D. California<br>(No. 21-cv-10037) | 22-cv-00072 | N |
| Aldi Inc. | Aldi DAPs | Baker Botts LLP<br>William C. Lavery<br>Christopher P. Wilson<br>Danielle Morello<br>Wyatt M. Carlock | N.D. Illinois<br>(No. 22-cv-00385) | 22-cv-00367 | N |

| Direct Action Plaintiff(s) (DAP) For a Given Case | DAP Moniker | DAP Group Counsel | District Where Complaint Originally Filed | District of Minn. Case Number | Defendants Answered Complaint (Y/N) |
|---|---|---|---|---|---|
| Compass Group USA, Inc. | Nestle DAPs | NEXSEN PRUET LLC<br>David C. Eddy<br>Dennis J. Lynch<br>Travis C. Wheeler | W.D. North Carolina (No. 22-cv-00251) | 22-cv-01610 | N |
| Quality Supply Chain Co-Op, Inc. | CWT DAPs | CADWALADER, WICKERSHAM & TAFT LLP<br>Philip J. Iovieno<br>Nicholas A. Gravante, Jr.<br>Lawrence S. Brandman<br>Jack G. Stern<br>Gillian G. Burns<br>Mark A. Singer<br>Elizabeth R. Moore<br>Zygimante Andrijauskaite | E.D. New York (No. 22-cv-03877) | 22-cv-01840 | N |
| CWT Corporation | CWT DAPs | CADWALADER, WICKERSHAM & TAFT LLP<br>Philip J. Iovieno<br>Nicholas A. Gravante, Jr.<br>Lawrence S. Brandman<br>Jack G. Stern<br>Gillian G. Burns<br>Mark A. Singer<br>Elizabeth R. Moore<br>Zygimante Andrijauskaite | E.D. New York (No. 22-cv-03879) | 22-cv-01842 | N |
| Aramark Food and Support Services Group, Inc. | CWT DAPs | CADWALADER, WICKERSHAM & TAFT LLP<br>Philip J. Iovieno<br>Nicholas A. Gravante, Jr.<br>Lawrence S. Brandman<br>Jack G. Stern<br>Gillian G. Burns<br>Mark A. Singer<br>Elizabeth R. Moore<br>Zygimante Andrijauskaite | E.D. New York (No. 22-cv-03883) | 22-cv-01843 | N |

| Direct Action Plaintiff(s) (DAP) For a Given Case | DAP Moniker | DAP Group Counsel | District Where Complaint Originally Filed | District of Minn. Case Number | Defendants Answered Complaint (Y/N) |
|---|---|---|---|---|---|
| Gordon Food Service, Inc. and Glazier Foods Company | CWT DAPs | CADWALADER, WICKERSHAM & TAFT LLP<br>Philip J. Iovieno<br>Nicholas A. Gravante, Jr.<br>Lawrence S. Brandman | E.D. New York (No. 22-cv-05251) | 22-cv-02291 | N |

651256.3