# Exhibit F

# Defendants' Counsel of Record

| Defendant | Counsel of Record |
|---|---|
| *Agri Stats* | **Hogan Lovells US LLP** |
| | Justin W. Bernick |
| | Peter H. Walsh |
| | William L. Monts III |
| | |
| *Clemens* | **Kirkland & Ellis LLP** |
| | Amarto Bhattacharyya |
| | Christa C. Cottrell |
| | Christina Sharkey |
| | Daniel E. Laytin |
| | Jenna Stupar |
| | Max A. Samels |
| | Nicholas M. Ruge |
| | Vanessa Anne Barsanti |
| | |
| | **Greene Espel PLLP** |
| | Davida Sheri McGhee |
| | Mark L. Johnson |
| | |
| *Hormel* | **Faegre Drinker Biddle & Reath LLP** |
| | Aaron D. Van Oort |
| | Craig S. Coleman |
| | Emily Elizabeth Chow |
| | Isaac B. Hall |
| | Jacob D. Bylund |
| | John S. Yi |
| | Jonathan H. Todt |
| | Richard A. Duncan |
| | Robert Gallup |
| | Stephanie A. Koltookian |

| | |
|---|---|
| *JBS* | **Quinn, Emanuel, Urquhart & Sullivan LLP** |
| | Andrew T. Sutton |
| | Dr. David B. Adler |
| | Heather K. Christenson |
| | Kari Wohlschlegel |
| | Michael B. Carlinsky |
| | Richard Thomas Vagas |
| | Sami H. Rashid |
| | Stephen R. Neuwirth |
| | |
| | **Spencer Fane LLP** |
| | Donald G. Heeman |
| | Jessica J. Nelson |
| | Randi J. Winter |
| | |
| *Seaboard* | **Stinson LLP** |
| | Jaclyn N. (J. Nicci) Warr |
| | Jonathan Ripa |
| | Kacie J. Phillips |
| | Logan T. Fancher |
| | Paulina L. Escobar |
| | Peter J. Schwingler |
| | William D. Thomson |
| | William L. Greene |
| | |
| *Smithfield* | **Gibson, Dunn & Crutcher LLP** |
| | Allison Kane Lewis |
| | Christopher Frederick Kopp |
| | John Matthew Butler |
| | Joshua Lipton |
| | Minae Yu |
| | Pooja Patel |

|  |  |
|---|---|
|  | Richard G. Parker |
|  | Rod Stone |
|  |  |
|  | **Brown Fox PLLC** |
|  | Brian E. Robison |
|  | Charlene Koonce |
|  | Jordan C. Campbell |
|  | Margaret Mead |
|  | Morgan M. Buller |
|  |  |
|  | **Larkin Hoffman Daly & Lindgren Ltd.** |
|  | John A. Cotter |
|  | John A. Kvinge |
|  |  |
| *Triumph* | **Husch Blackwell LLP** |
|  | A. James Spung |
|  | Aaron D. Chapin |
|  | Amanda L. Wall |
|  | Christopher A. Smith |
|  | Jacob N. Reinig |
|  | Jason Husgen |
|  | Kate Ledden |
|  | Sarah L. Zimmerman |
|  | Tanner Cook |
|  | Tessa K. Jacob |
|  |  |
| *Tyson* | **Axinn, Veltrop & Harkrider LLP** |
|  | Allison M. Vissichelli |
|  | Andrea N. Rivers |
|  | Brandon Boxbaum |
|  | Craig M. Reiser |
|  | Jarod G. Taylor |
|  | Kail J. Jethmalani |

|  | Keith J. Holleran |
|--|--|
|  | Kenina J. Lee |
|  | Lindsey Strang Aberg |
|  | Rachel J. Adcox |
|  | Tiffany Rider Rohrbaugh |
|  | Victoria J. Lu |
|  |  |
|  | **Dykema Gossett PLLC** |
|  | David P. Graham |