UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Court File No. 18-cv-1776 (JRT/JFD) <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE THAT pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the court and counsel that Robert P. Vance, Jr. withdraws as counsel for the Defendant JBS USA Food Company ("JBS").  JBS will continue to be represented by its other counsel of record.

Dated:  October 14, 2022

| SPENCER FANE LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By:  /s/ Jessica J. Nelson <br> Donald G. Heeman, #286023 <br> Jessica J. Nelson, #347358 <br> Randi J. Winter, #0391354 <br> 150 South Fifth Street, Suite 1900 <br> Minneapolis, MN  55402 <br> Telephone:  (612) 268-7000 <br> Facsimile:  (612) 268-7001 <br> dheeman@spencerfane.com <br> jnelson@spencerfane.com <br> rwinter@spencerfane.com | Stephen R. Neuwirth <br> Michael B. Carlinsky <br> Sami H. Rashid <br> Heather Christenson <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone:  (212) 849-7000 <br> Facsimile:  (212) 849-7100 <br> stephenneuwirth@quinnemanuel.com <br> michaelcarlinsky@quinnemanuel.com <br> samirashid@quinnemanuel.com <br> heatherchristenson@quinnemanuel.com |

*Attorneys for Defendant JBS USA Food Company*