AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Minnesota 

| | |
|---|---|
| In Re Pork Antitrust Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 0:18-cv-01776-JRT-HB |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Action Meat Distributors, Inc., Topco Associates, LLC, Alex Lee, Inc./Merchants Distributors, LLC, Associated Food Stores, Inc., Brookshire Grocery Company, Colorado Boxed Beef Co., Certco, Inc., The Golub Corporation, Nicholas & Co., PFD Enterprises, Inc., SpartanNash Company, Springfield Grocer Company, The Distribution Group d/b/a Van Eerden Foodservice Co., Troyer Foods, Inc., URM Stores, Inc., Giant Eagle, Inc. and UniPro Foodservice, Inc.

Date:   10/19/2022

/s/Elana Katcher
*Attorney's signature*

Elana Katcher; NY Bar No. 4226601
*Printed name and bar number*

850 Third Ave, 14th Floor
New York, NY 10022
*Address*

ekatcher@kaplanfox.com
*E-mail address*

(212) 687-1980
*Telephone number*

(212) 687-7714
*FAX number*