UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>All Consumer Indirect Purchaser Actions | Case No. 0:18-cv-1776 (JRT/JFD)<br><br>**AMENDED NOTICE OF HEARING ON MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT BETWEEN CONSUMER INDIRECT PURCHASER PLAINTIFFS AND DEFENDANT SMITHFIELD FOODS, INC. AND TO DIRECT NOTICE TO THE SETTLEMENT CLASS** |

PLEASE TAKE NOTICE that via a videoconferenced hearing November 4, 2022 at 10:00 a.m., before the Honorable John R. Tunheim, Judge for the United States District Court for the District of Minnesota, Courtroom 14E, 300 South Fourth Street, Minneapolis, MN 55415, Consumer Indirect Purchaser Plaintiffs will move the Court for an Order entering Preliminary Approval of the Class Action Settlement between Consumer Indirect Purchaser Plaintiffs and Defendant Smithfield Foods, Inc. pursuant to Federal Rule of Civil Procedure 23, and to direct notice to the Settlement Class.

DATED: October 19, 2022          HAGENS BERMAN SOBOL SHAPIRO LLP

By:     */s/ Shana E. Scarlett*
         SHANA E. SCARLETT

Rio Pierce
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

- 1 -

shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
elaine@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Counsel for Consumer Indirect Purchaser Plaintiffs*

- 2 -