# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: PORK ANTITRUST LITIGATION		**NOTICE OF APPEARANCE**

Case No: 18-cv-1776 (JRT/HB)

The undersigned attorney hereby notifies the Court and counsel that Elaine T. Byszewski, shall appear as counsel of record for Consumer Indirect Purchaser Plaintiffs in this case.

Dated: October 20, 2022		__/s/ Elaine T. Byszewski_____
		Elaine T. Byszewski
		HAGENS BERMAN SOBOL SHAPIRO LLP
		301 N. Lake Ave., Suite 920
		Pasadena, CA 91101
		Telephone: (213) 330-7150
		elaine@hbsslaw.com