**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-cv-01776 (JRT/JFD) |
| | **WORD COUNT CERTIFICATE OF COMPLIANCE** |
| This Document Relates to: *All Actions* | |

I, Tiffany Rider Rohrbaugh, certify that Tyson's Opposition to Plaintiffs' Motion for Letters of Rogatory for Tyson Employee Sumio Matsumoto (the "Opposition") complies with the word-count limit of Local Rule 7.1(f) as well as the type-size limit of Local Rule 7.1(h).  I further certify that: (1) the Opposition was prepared using Microsoft Word 2016, (2) the Opposition is in 13-point Times New Roman font; (3) the word-count function of Microsoft Word was applied to include all text, including headings, footnotes, and quotations (but excluding the caption, signature block, table of contents, and table of authorities), and (4) the aforementioned contains 3,182 words.

Dated: October 20, 2022            Respectfully submitted,

By:  /s/  Tiffany Rider Rohrbaugh
Tiffany Rider Rohrbaugh (*pro hac vice*)
Rachel J. Adcox (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
Brandon Boxbaum (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)
Keith Holleran (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
trider@axinn.com

radcox@axinn.com
lstrang@axinn.com
bboxbaum@axinn.com
avissichelli@axinn.com
kholleran@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

Kail Jethmalani (*pro hac vice*)
Craig M. Reiser (*pro hac vice*)
Andrea Rivers (*pro hac vice*)
Victoria J. Lu (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
kjethmalani@axinn.com
creiser@axinn.com
arivers@axinn.com
vlu@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.***