# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* <br><br> This Document Relates To:  All Actions | No. 0:18-cv-01776-JRT-HB |

### TYSON DEFENDANTS' DISCLOSURES PURSUANT TO ORDER REGARDING DISCLOSURE OF INFORMATION

Defendants Tyson Foods, Inc., Tyson Fresh Meats, Inc., and Tyson Prepared Foods, Inc.
(collectively, "Tyson"), by their attorneys, Axinn, Veltrop & Harkrider LLP and Dykema
Gossett PLLC, hereby provide the following disclosures to Direct Purchaser Plaintiffs,
Individual Indirect Purchaser Plaintiffs, and Commercial and Institutional Indirect Plaintiffs
(collectively, "Plaintiffs") in the above-captioned proceedings in response to the Order
Regarding Disclosure of Information (Dkt. 290) dated February 7, 2019 ("Order").  As indicated
in the Order, these limited disclosures concern the period from January 1, 2007 to June 30, 2018
and are provided "to the extent such documents [and/or information] exist and are readily
available" to Tyson at this time.

Tyson has not completed its investigation into the claims and/or defenses in this case.
The limited disclosures contained herein are based on Tyson's knowledge, information, and
belief at this time.  Although Tyson does not assume any duty to supplement these disclosures,
Tyson reserves its right to amend and/or supplement these limited disclosures at any appropriate
time if Tyson obtains additional or more accurate information and/or if it should appear at any
time that there are omissions or errors in these early disclosures.  Further, in making the
disclosures pursuant to this order, Tyson makes no representations regarding whether it may use

any documents, people, or information listed herein in support of its claims or defenses in this matter and is not agreeing that the persons or sources of information disclosed possess information relevant to the claims or defenses.

Tyson makes these limited disclosures based on its understanding of the allegations set forth in Plaintiffs' Consolidated Class Action Complaints and its understanding of the information reasonably available to Tyson as of the present date.  By making these disclosures, Tyson does not waive its right to object to discovery or admissibility of any information described herein on the basis of attorney-client privilege, work product protection, joint defense privilege, or any other applicable privilege, law, or rule.  Nor does Tyson waive its right to assert any other objection authorized by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, or any other applicable law or rule in response to requests for the production of documents, interrogatories, requests for admission, deposition questions, or any other discovery requests involving or relating to the subject matter of these disclosures.

A.   **Organizational Charts ("sufficient to show the names and titles of individuals with the following positions or responsibilities relating to pork")**

**Tyson's Disclosure**:  Tyson does not maintain organization charts in the ordinary course of its business and, thus, such charts are not "readily available" to Tyson.  As permitted by the terms of the Order, Tyson instead discloses below the requested information, to the extent it is readily available, in list format.

1.   **Members of the board of directors**

**Tyson's Disclosure:**

| Members of the Board | Years Active Within Requested Period |
|---|---|
| Albert Zapanta | 2007 - 2015 |
| Barbara Tyson | 2007 - 2018 |
| Brad Sauer | 2008 - 2017 |
| Cheryl Miller | 2016 - 2018 |
| Dean Banks | 2017 - 2018 |
| Dick Bond | 2007 - 2009 |

2

| Members of the Board | Years Active Within Requested Period |
|---|---|
| Don Tyson | 2007 - 2011 |
| Donnie Smith | 2014 - 2016 |
| Gaurdie Banister, Jr. | 2011 - 2018 |
| Jeffrey Schomburger | 2016 - 2018 |
| Jim Kever | 2007 - 2016 |
| Joann Smith | 2007 - 2010 |
| John Tyson | 2007 - 2018 |
| Kathleen Bader | 2011 - 2015 |
| Kevin McNamara | 2007 - 2018 |
| Leland Tollett | 2007 - 2008 |
| Lloyd Hackley | 2007 - 2011 |
| Mike Beebe | 2015 - 2018 |
| Mikel Durham | 2015 - 2018 |
| Noel White | 2018 |
| Robert Thurber | 2009 - 2018 |
| Scott Ford | 2007 - 2008 |
| Tom Hayes | 2016 - 2018 |

2. **All executives with the title of Director, Vice President, or higher (such as SVP, CEO, COO, CFO, etc.), as well as their administrative assistants or secretaries**

**Tyson's Disclosure:** In its regular course of business, Tyson does not maintain a historical list of each individual in each position beyond the predecessor of the current position holder. Thus, information for certain historical position-holders is not "readily available" to Tyson. Tyson discloses below information regarding positions as of June 30, 2018 based on its reasonable investigation to date. Tyson discloses executives with the title of Vice President or higher with executive responsibilities relating to Tyson's pork business, as the title of Director is not an executive position within Tyson. While Tyson also does not maintain a historical list of each administrative assistant serving each position, Tyson discloses below information about administrative assistants to the extent the information is "readily available" to Tyson based on its reasonable investigation to date.

| Name | Dates Active Within Requested Period | | Position | Department | Admin. Assistant |
|---|---|---|---|---|---|
| Leah Andersen | 4/29/2018 | 6/30/2018 | VP Processor Sales | Processor Sales | |
| Roel Andriessen | 1/1/2007 | 1/2/2017 | SVP International | International Beef & Pork Export Sales | |
| Steve Billups | 12/14/2014 | 6/30/2018 | VP Fresh Meats Controller | Fresh Meats Controller | Denise Aritong |

3

| Name | Dates Active Within Requested Period | | Position | Department | Admin. Assistant |
|---|---|---|---|---|---|
| Brad Bodine | 11/1/2013 | 11/30/2013 | VP National Account Sales | Functional Field Sales West | |
| | 12/1/2013 | 6/30/2018 | VP National Account Sales | Functional Field Sales East | |
| Richard Bond | 1/1/2007 | 1/5/2009 | President & CEO | President & CEO | |
| Jason Brester | 2/4/2018 | 5/26/2018 | VP Processor Sales | Processor Sales | |
| | 5/27/2018 | 6/30/2018 | VP Pork Procurement | Fresh Meats Hog Procurement | |
| Daniel Brooks | 1/1/2007 | 10/9/2007 | SVP Fresh Meats Operations | Dunes Fresh Meats Operations Beef / Pork | |
| | 10/3/2010 | 6/29/2013 | SVP Fresh Meats Operations | Fresh Meats Operations | |
| | 6/30/2013 | 7/15/2015 | SVP Hides & Tanneries | Fresh Meats Hides & Tanneries | |
| Paul Connor | 2/4/2018 | 6/30/2018 | VP Pork Production Planning | Pork Production Planning | |
| Keith Culver | 1/1/2007 | 11/3/2007 | VP National Account Sales | Dunes National Account Retail | |
| | 11/4/2007 | 8/17/2013 | VP National Account Sales | Functional Field Sales West | |
| | 8/18/2013 | 5/2/2015 | VP New Prod Production & Sales | New Product Production & Sales | |
| | 5/3/2015 | 6/30/2018 | VP Fresh Meats Sales | Fresh Meats Sales | |
| Jeremy Dickinson | 12/7/2015 | 6/30/2018 | VP Live Hogs | Pork Group | Amber James |
| Mark Gingerich | 1/1/2007 | 12/31/2015 | VP Fresh Meats Sales | Fresh Meats Sales | |
| Stewart Glendinning | 12/11/2017 | 2/9/2018 | EVP Finance & Accounting | Finance and Accounting | Ragan Melton |
| | 2/10/2018 | 6/30/2018 | EVP & Chief Financial Officer | Finance and Accounting | |
| Mark Gordon | 3/30/2014 | 6/30/2018 | VP Ops Case Ready | Case Ready Operations | |
| Kent Harrison | 12/9/2010 | 6/30/2018 | VP FM Mktg & Premium Programs | Fresh Meats Marketing & Premium Programs | |
| Thomas Hayes | 10/1/2014 | 6/16/2015 | President Food Service | Food Service | Karen Nagy |
| | 6/17/2015 | 1/23/2016 | Chief Commercial Officer & President FS | Food Service | |

4

| Name | Dates Active Within Requested Period | | Position | Department | Admin. Assistant |
|---|---|---|---|---|---|
| | 1/24/2016 | 6/12/2016 | Chief Commercial Officer & President FS | Commercial | Karen Nagy |
| | 6/13/2016 | 12/30/2016 | President Tyson Foods | Tyson Foods President | |
| | 12/31/2016 | 6/30/2018 | President & CEO | President & CEO | |
| Nathan Hodne | 2/4/2018 | 6/30/2018 | SVP Case Ready | Case Ready | |
| Jerry Holbrook | 1/1/2007 | 10/9/2007 | SVP Fresh Sales/Mktg | Dunes Fresh Meats Sales & Marketing | |
| | 10/10/2007 | 6/30/2018 | SVP Fresh Sales/Mktg | Functional Field Sales | |
| Raymond Hollingsworth | 1/1/2007 | 12/31/2013 | VP Pork Production Planning/Inv Mgm | Fresh Meats Production Planning and Scheduling | |
| Lanny Johnk | 9/22/2013 | 2/3/2018 | VP Pork Production Planning | Pork Group Planning | |
| | 2/4/2018 | 6/30/2018 | VP Supply Chain | Fresh Meats Supply Chain | |
| Donnie King | 8/29/2014 | 6/16/2015 | President North Am. Ops & Food Svc | Domestic Operations & Food Service | |
| | 6/17/2015 | 11/28/2015 | Pres NA Ops Fresh Beef/Pork Pltry & PrFd | NA Ops Fresh Beef/Pork Pltry & PrFd | Debbie Rogers |
| | 11/29/2015 | 2/15/2017 | President NA Ops | NA Operations | |
| Jay Krehbiel | 1/19/2014 | 2/3/2018 | VP Pork Pricing | Fresh Meats Pricing | |
| | 2/4/2018 | 6/30/2018 | VP International Sales | International Beef & Pork Export Sales | |
| Dennis Leatherby | 1/1/2007 | 6/4/2008 | SVP Finance & Treasurer | Accounting/Finance & Risk Mgmt | |
| | 6/5/2008 | 2/14/2017 | EVP & Chief Financial Officer | Finance and Accounting | |
| | 2/15/2017 | 12/11/2017 | Chief Financial Officer | Finance and Accounting | |
| James Lochner | 1/1/2007 | 10/20/2007 | Senior Group VP Fresh Meats & Margin Optim | Fresh Meats & Margin Optim | |
| | 10/21/2007 | 11/18/2009 | Senior Group VP Fresh Meats | Fresh Meats & Margin Optim | |
| | 11/19/2009 | 9/19/2014 | Chief Operating Officer | Tyson Foods Operations | |

5

| Name | Dates Active Within Requested Period | | Position | Department | Admin. Assistant |
|---|---|---|---|---|---|
| Gary Machan | 1/1/2007 | 2/7/2010 | VP Pork Procurement | Fresh Meats Hog Procurement | Stacey Murad |
| | 2/8/2010 | 1/1/2014 | SVP Pork Margin Management | Pork Margins | |
| Mona Melton | 1/1/2007 | 11/30/2007 | VP Fresh Meat Production | Dunes Fresh Meats Production | |
| Shane Miller | 7/31/2009 | 5/25/2013 | VP Pork Pricing | Fresh Meats Pricing | Jill Hansen; Mechelle Offerman |
| | 5/26/2013 | 7/15/2015 | SVP Pork Margin Management | Pork Margins | |
| | 7/16/2015 | 2/3/2018 | SVP Pork | Pork Margins | Jill Hansen |
| | 2/4/2018 | 6/30/2018 | SVP GM Value Added & Case Ready | Value Added & Case Ready | Jill Hansen; Sue Conway |
| Wade Miquelon | 1/1/2007 | 6/16/2008 | Chief Financial Officer | Finance and Accounting | |
| Todd Neff | 1/1/2007 | 2/7/2010 | VP Boxed Pork Pricing | Dunes Boxed Pork Pricing | |
| | 2/8/2010 | 2/3/2018 | VP Pork Procurement | Fresh Meats Hog Procurement | Mechelle Offerman |
| | 2/4/2018 | 6/30/2018 | SVP Pork | Pork Margins | |
| Todd Nogelmeier | 8/1/2016 | 6/30/2018 | VP Fresh Meat Food Services Sales | Fresh Meats Food Service Sales | |
| Jerry Pfeifer | 1/1/2007 | 4/30/2015 | VP Fresh Meats Controller | Dunes Fresh Meats Controller | |
| Charles Randall Chambers | 10/7/2013 | 6/30/2018 | VP Sourcing & Risk Management | Fresh Meats Commodity - Sourcing & Risk Management | |
| Jason Robertson | 1/26/2007 | 9/29/2007 | VP National Account Sales | Dunes National Account Retail | |
| | 9/30/2007 | 2/26/2009 | VP National Account Sales | Functional Field Sales East | |
| | 2/27/2009 | 8/19/2012 | VP Case Ready Beef & Pork | Case Ready Business Operations | |
| | 8/20/2012 | 6/30/2018 | VP Case Ready Beef & Pork | Business Operations | |
| Scott Rouse | 1/1/2007 | 3/31/2007 | SVP Retail Sales | Retail Sales | |
| | 4/1/2007 | 9/13/2008 | SVP Customer Development | Customer Development | |
| | 9/14/2008 | 9/27/2014 | SVP Customer Development | Customer Development Sales | |

6

| Name | Dates Active Within Requested Period | | Position | Department | Admin. Assistant |
|---|---|---|---|---|---|
| | 12/4/2017 | 6/30/2018 | EVP & Chief Customer Officer | Customer | |
| Malik Sadiq | 6/11/2007 | 12/1/2007 | VP IS Manufacturing Systems | Operations | |
| | 12/2/2007 | 6/30/2008 | VP IS Manufacturing Systems | Manufacturing Applications | |
| | 7/1/2008 | 5/31/2011 | VP General Mgr - India | International India | |
| | 11/1/2011 | 2/28/2014 | VP Operations | International China | |
| | 3/1/2014 | 10/31/2015 | SVP Asia Pacific | International Asia Pacific | |
| | 11/1/2015 | 9/2/2017 | SVP Business Development | International Business Development | |
| | 9/3/2017 | 6/30/2018 | SVP International | International China | |
| James Schmitz | 1/1/2007 | 10/9/2007 | VP Fresh Meat Prod | Dunes Fresh Meats Production | Mechelle Offerman; Stacy Murad |
| | 10/10/2007 | 6/30/2018 | VP Pork Prod Operations | Pork Production Operations | |
| Robert Shuey | 1/1/2007 | 11/8/2009 | VP Int'l Sales | Dunes International Staff | |
| | 11/9/2009 | 5/31/2016 | VP Tanning Hides Margin Management | Tanning Hides Marginal Management | |
| | 6/1/2016 | 10/8/2016 | VP International Sales | International Sales Beef & Pork | |
| | 10/9/2016 | 6/4/2017 | VP International Sales | International Beef & Pork Export Sales | |
| | 6/5/2017 | 6/30/2018 | SVP International | International Beef & Pork Export | |
| Donnie Smith | 11/19/2009 | 6/12/2016 | President & CEO | President & CEO | |
| | 6/13/2016 | 12/31/2016 | CEO | Tyson Foods SLT | Brenda Kendrick |
| James Solsma | 2/4/2018 | 6/30/2018 | VP Pork Pricing | Fresh Meats Pricing | |
| Stephen Stouffer | 7/31/2009 | 2/22/2012 | VP Pricing Ground Beef, Trim & VM | Fresh Meats Pricing Trim & Ground Beef | |
| | 10/27/2013 | 6/30/2018 | President Fresh Meats | Fresh Meats | Aimee Hanson |

| Name | Dates Active Within Requested Period | | Position | Department | Admin. Assistant |
|---|---|---|---|---|---|
| Glenn Strickholm | 7/13/2008 | 8/9/2008 | VP Fresh Meat Fd Svcs Sales | Dunes VP FM FD SVC Sales | |
| | 8/10/2008 | 7/17/2016 | VP Fresh Meat Fd Svcs Sales | Fresh Meats Food Service Sales | |
| | 7/18/2016 | 2/3/2018 | VP Food Service Sales | Accounts / Groups / CVP Sales | |
| | 2/4/2018 | 6/30/2018 | VP Intl Sales Value Added | International Sales Value-Added | |
| Leland Tollett | 1/4/2009 | 11/18/2009 | President & CEO | President & CEO | |
| John Thomas | 1/1/2007 | 12/6/2015 | VP Live Hogs | Pork Group | |
| Margarito Torrez | 2/4/2018 | 6/30/2018 | VP FM National Food Service Chain Accts | Fresh Meats National Food Service Chain Accounts | |
| Noel White | 1/1/2007 | 10/9/2007 | Group VP Fresh Meats Ops & Comm Sales | Beef / Pork Group | Roberta Gonzalez |
| | 10/10/2007 | 12/3/2009 | SVP Pork Margin Management | Pork Margins | |
| | 12/4/2009 | 11/14/2013 | Senior Group VP Fresh Meats | Fresh Meats & Margin Optimization | |
| | 2/15/2017 | 8/1/2017 | Chief Operations Officer | Tyson Foods Operations | |
| | 8/2/2017 | 6/30/2018 | Group President Fresh Meats & Intl | International | |
| Kevin Younger | 4/26/2009 | 11/30/2013 | VP National Account Sales | Functional Field Sales East | |
| | 12/1/2013 | 6/30/2018 | VP National Account Sales | Functional Field Sales West | |

### 3. Investor and/or creditor relations

**Tyson's Disclosure:** In its regular course of business, Tyson does not maintain a historical list of each individual in each position beyond the predecessor of the current position holder. Thus, information for certain historical position-holders is not "readily available" to Tyson. Tyson discloses below information regarding investor and/or creditor relations positions as of June 30, 2018 based on its reasonable investigation to date.

| Name | Dates Active Within Requested Period | | Position | Department |
|---|---|---|---|---|
| Jon Kathol | 10/10/2011 | 6/30/2018 | VP Investor Relations & Asst Secretary | Investor Relations |
| Sandra Cartmell | 1/1/2007 | 6/30/2018 | Coordinator Shareholder Relations | Investor Relations |

8

| Name | Dates Active Within Requested Period | | Position | Department |
|---|---|---|---|---|
| Julie Kegley | 2/18/2007 | 7/14/2007 | Manager Investor Communications | Investor Relations |
| | 7/15/2007 | 12/10/2011 | Dir. Financial Communication | Investor Relations |
| | 12/11/2011 | 10/8/2016 | Dir. Investor Relations | Investor Relations |
| | 10/9/2016 | 6/30/2018 | Associate Dir. Investor Relations | Investor Relations |
| Gary Mickelson | 10/9/2016 | 6/30/2018 | Sr Dir. Public Relations | Corporate Public Relations |
| Jennifer Davis | 5/7/2018 | 6/30/2018 | VP Corp Communications | Corporate Communications |

4.  **a) Person(s) who have primary responsibility for managing or overseeing the reporting and transmitting of data directly to and from Agri Stats, Express Markets, Inc., Urner Barry, or USDA relating to pork pricing, supply, slaughter, inventory, export, or production levels**

**Tyson's Disclosure:** Based on its reasonable investigation to date, Tyson is not aware of any employee with primary responsibility for managing or overseeing the reporting and transmitting of data directly to and/or from Express Markets or Urner Barry relating to pork pricing, supply, slaughter, inventory, export, or production levels.

With respect to transmission of data directly to and from Agri Stats, Tyson discloses as follows:

| Name | Dates Active Within Requested Period | | Position | Department |
|---|---|---|---|---|
| Deborah McConnell | 1/1/2007 | 10/8/2016 | Division Controller II | Dunes Fresh Meats Pork Accounting |
| | 10/9/2016 | 12/31/2016 | Controller II | Dunes Fresh Meats Pork Accounting |
| | 1/1/2017 | 5/5/2018 | Senior Controller | Dunes Fresh Meats Pork Accounting |
| | 5/6/2018 | 6/30/2018 | Assoc. Group Controller | Dunes Fresh Meats Pork Accounting |

With respect to the transmission of data directly to and from USDA, Tyson discloses as follows:

| Name | Dates Active Within Requested Period | | Position | Department |
|---|---|---|---|---|
| Jerry Pfeifer | 1/1/2007 | 4/30/2015 | VP Fresh Meats Controller | Dunes Fresh Meats Controller |
| Steve Billups | 12/14/2014 | 6/30/2018 | VP Fresh Meats Controller | Dunes Fresh Meats Controller |

9

**4. b) Persons who regularly receive the Agri Stats report entitled the "Bottom Line Report"**

**Tyson's Disclosure:** Based on its reasonable investigation to date, Tyson discloses that it is not aware of any persons who receive an Agri Stats "Bottom Line Report" related to pork.

**4. c) Person(s) who have primary responsibility for analyzing data received from Agri Stats to identify data pertaining to specific competitors**

**Tyson's Disclosure:** Based on its reasonable investigation to date, Tyson discloses that the following individual has primary responsibility for analyzing data received from Agri Stats.

| Name | Dates Active Within Requested Period | | Position | Department |
|---|---|---|---|---|
| Deborah McConnell | 1/1/2007 | 10/8/2016 | Division Controller II | Dunes Fresh Meats Pork Accounting |
| | 10/9/2016 | 12/31/2016 | Controller II | Dunes Fresh Meats Pork Accounting |
| | 1/1/2017 | 5/5/2018 | Senior Controller | Dunes Fresh Meats Pork Accounting |
| | 5/6/2018 | 6/30/2018 | Assoc. Group Controller | Dunes Fresh Meats Pork Accounting |

**4. d) Person(s) who receive any other survey of pork producers that concerns the profitability, supply, or pricing of pork products**

**Tyson's Disclosure:** Based on its reasonable investigation to date, Tyson is not aware of other surveys of pork producers that concern profitability, supply, or pricing of pork products.

**5. Person(s) who supervise the department responsible for pork sales to, purchases from, trades with, or co-packing transactions with other pork producers**

**Tyson's Disclosure:** With respect to supervision of the department responsible for pork sales to other pork producers, Tyson discloses as follows:

| Name | Dates Active Within Requested Period | | Position | Department |
|---|---|---|---|---|
| John Thomas | 1/1/2007 | 12/6/2015 | VP Live Hogs | Pork Group |
| Jeremy Dickinson | 12/7/2015 | 6/30/2018 | VP Live Hogs | Pork Group |

With respect to supervision of the department responsible for pork purchases from other pork producers, Tyson discloses as follows:

10

| Name | Dates Active Within Requested Period | | Position | Department |
|---|---|---|---|---|
| Gary Machan | 1/1/2007 | 2/7/2010 | VP Pork Procurement | Fresh Meats Hog Procurement |
| Todd Neff | 2/8/2010 | 2/3/2018 | VP Pork Procurement | Fresh Meats Hog Procurement |
| Jason Brester | 5/27/2018 | 6/30/2018 | VP Pork Procurement | Fresh Meats Hog Procurement |

6. **All executives with the title of Director, Vice President, or higher, as well as certain limited executives with the title of Manager, whose primary responsibilities include determining or setting pork pricing, supply, slaughter, inventory, export, or production levels, and who were an officer or board member of, or otherwise formally-designated participant (such as the member of a relevant committee) in any of the following: National Pork Board; National Pork Producers Council; National Pork Industry Conference; North American Meat Institute; American Meat Institute; American Meat Institute Foundation; Minnesota Pork Producers Association; North Carolina Pork Council; or South Carolina Pork Board.**

**Tyson's Disclosure:** In its regular course of business, Tyson does not maintain records of each executive's current or historical formally-designated participation in trade associations, so such information is not "readily available" to Tyson. However, Tyson is aware of, and hereby discloses the following based on its reasonable investigation to date.

| Name | Position | Trade Association | Years Active Within Requested Period |
|---|---|---|---|
| Todd Neff | SVP, Pork | Board, National Pork Producers Council | 2007-2011 |
| Shane Miller | SVP GM Value Added & Case Ready | USDA Wholesale Pork Reporting Negotiated Rulemaking Committee, appointed by National Meat Association (since merged to become part of North American Meat Institute) | 2011 |
| Thomas Hayes | President & CEO | President/Board, North American Meat Institute | 2016-2018 |

7. **All executives with the title of Director, Vice President, or higher, as well as certain limited executives with the title of Manager, whose primary responsibilities include determining or approving a Defendant's own pork pricing, supply, slaughter, inventory, export, or production levels.**

**Tyson's Disclosure:** In its regular course of business, Tyson does not maintain a historical list of each individual in each position beyond the predecessor of the current position holder.  Thus,

11

information for certain historical position-holders is not "readily available" to Tyson.  Tyson discloses below information as of June 30, 2018 for executives with the title of Vice President or higher whose primary responsibilities include determining or approving a Defendant's own pork pricing, supply, slaughter, inventory, export, or production levels, as the title of "Director" and "Manager" are not executive positions within Tyson.

| Name | Dates Active Within Requested Period | | Position | Department |
|---|---|---|---|---|
| Jason Brester | 5/27/2018 | 6/30/2018 | VP Pork Procurement | Fresh Meats Hog Procurement |
| Paul Connor | 2/4/2018 | 6/30/2018 | VP Pork Production Planning | Pork Production Planning |
| Jeremy Dickinson | 12/7/2015 | 6/30/2018 | VP Live Hogs | Pork Group |
| Raymond Hollingsworth | 1/1/2007 | 12/31/2013 | VP Pork Production Planning/Inv Mgm | Fresh Meats Production Planning and Scheduling |
| Lanny Johnk | 9/22/2013 | 2/3/2018 | VP Pork Production Planning | Pork Group Planning |
| | 2/4/2018 | 6/30/2018 | VP Supply Chain | Fresh Meats Supply Chain |
| Jay Krehbiel | 1/19/2014 | 2/3/2018 | VP Pork Pricing | Fresh Meats Pricing |
| James Lochner | 1/1/2007 | 10/20/2007 | Senior Group VP Fresh Meats & Margin Optim | Fresh Meats & Margin Optim |
| | 10/21/2007 | 11/18/2009 | Senior Group VP Fresh Meats | Fresh Meats & Margin Optim |
| Gary Machan | 1/1/2007 | 2/7/2010 | VP Pork Procurement | Fresh Meats Hog Procurement |
| | 2/8/2010 | 1/1/2014 | SVP Pork Margin Management | Pork Margins |
| Shane Miller | 7/31/2009 | 5/25/2013 | VP Pork Pricing | Fresh Meats Pricing |
| | 5/26/2013 | 7/15/2015 | SVP Pork Margin Management | Pork Margins |
| | 7/16/2015 | 2/3/2018 | SVP Pork | Pork Margins |
| Todd Neff | 1/1/2007 | 2/7/2010 | VP Boxed Pork Pricing | Dunes Boxed Pork Pricing |
| | 2/8/2010 | 2/3/2018 | VP Pork Procurement | Fresh Meats Hog Procurement |
| | 2/4/2018 | 6/30/2018 | SVP Pork | Pork Margins |
| Charles Randall Chambers | 10/7/2013 | 6/30/2018 | VP Sourcing & Risk Management | Fresh Meats Commodity - Sourcing & Risk Management |
| James Schmitz | 10/10/2007 | 6/30/2018 | VP Pork Production | Pork Production Operations |
| James Solsma | 2/4/2018 | 6/30/2018 | VP Pork Pricing | Fresh Meats Pricing |
| Stephen Stouffer | 10/27/2013 | 6/30/2018 | President Fresh Meats | Fresh Meats |

| Name | Dates Active Within Requested Period | | Position | Department |
|---|---|---|---|---|
| Noel White | 1/1/2007 | 10/9/2007 | Group VP Fresh Meats Ops & Comm Sales | Beef / Pork Group |
| | 10/10/2007 | 12/3/2009 | SVP Pork Margin Management | Pork Margins |
| | 12/4/2009 | 11/14/2013 | Senior Group VP Fresh Meats | Fresh Meats & Margin Optimization |

## B.    Email Systems

**Tyson's Disclosure:**

| Email System Used | Version Number | Dates Active |
|---|---|---|
| Microsoft Exchange | Exchange 2013 | 2015 - present |
| Microsoft Exchange | Exchange 2010 | 2011 - 2015 |
| Microsoft Exchange | Exchange 2007 | 2008 - 2011 |
| Microsoft Exchange | Exchange 2003 | 2005 - 2008 |

Email data for its employees is further stored in Tyson's implementation of Enterprise Vault which has been active since 2009.

## C.    Non-Custodial Data Sources

**Tyson's Disclosure:**

| Unstructured Data Sources |
|---|
| <ul><li>Email</li><li>Departmental Shares<ul><li>Investor Relations</li><li>Pork Pricing</li><li>Pricing Files</li><li>Pork Projections</li><li>Agristats</li><li>Specs</li><li>Pork Futures</li></ul></li><li>Departmental Laptops<ul><li>Fresh Meats Accounting Shared Laptop</li></ul></li><li>Sharepoints<ul><li>Pork Dashboard</li><li>Accounting</li></ul></li></ul> |
| **Structured Data Sources** |
| <ul><li>CRM (Customer Relationship Management System)</li></ul> |

13

- SAP (Invoice, Billing, Sales Orders, and Inventory Management)
- Data Warehouse
- Power BI
- Mainframe

### D.    Document Retention Policies

**Tyson's Disclosure**:  Tyson has produced its document retention policies with Bates numbers TF-P-000000011 – TF-P-000000038.

### E.    Employee Technology Use Policies

**Tyson's Disclosure**: Tyson has produced its Employee Technology Use Policies with Bates numbers TF-P-000000039 – TF-P-000000127.

### F.    Inaccessible Data

**Tyson's Disclosure:** Tyson discloses that the following sources are not reasonably accessible: (1) deleted, slack, fragmented, corrupt or unallocated data, (2) residual data from internet or other online activities, including, but not limited to, temporary internet files, history, cache and cookies, (3) random access memory (RAM) or other ephemeral data that is difficult to preserve without disabling an operating system and server or system logs, (4) data maintained on disaster recovery tapes, back-up drives, or stored by other disaster proofing methods, and (5) data and databases for which applications no longer exist or are no longer maintained. Tyson further discloses that the forensic images of the mobile devices captured in the course of this case for Steve Billups, Jay Krehbiel and Stewart Glendinning are currently inaccessible due to forgotten passwords. Efforts to access the forensic images are ongoing, and intermediary steps to ensure the preservation of data on the mobile devices has occurred.

\*\*

Dated: March 8, 2019

By: /s/ David P. Graham_____
David P. Graham
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)

14

AXINN, VELTROP & HARKRIDER LLP
950 F Street, N.W.
Washington, D.C. 20004
(202) 912-4700
radcox@axinn.com
trider@axinn.com


*Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*