# **EXHIBIT G**

HIGHLY CONFIDENTIAL

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2                DISTRICT OF MINNESOTA

3

4

5

6

7      CIVIL NO.:  18-1776 (JRT/HB)

8

9

10     IN RE PORK ANTITRUST LITIGATION

11

12     This Document Relates to:

13     All Actions

14

15

16

17

18

19              HIGHLY CONFIDENTIAL

20      REMOTE VIDEO DEPOSITION TESTIMONY OF:

21               SHANE MILLER

22               May 26, 2022

23

24

25

HIGHLY CONFIDENTIAL

Page 320

1      products to.
2          Q.   Did the hog producers make their
3      own decisions of level of supply or --
4              MR. LIFVENDAHL:   Objection,
5      calls for speculation.
6              MS. ROHRBAUGH:   Strike -- strike
7      that.
8          Q.   Did the independent hog
9      producers or farmers -- well, let me
10     strike that.
11             Did you as Tyson control the
12     amount of hogs that independent hog
13     farmers raise?
14             MR. LIFVENDAHL:   Objection,
15     form, foundation.
16         A.   No, we do not.
17         Q.   Based on your knowledge of Agri
18     Stats, do you believe that any of the
19     Agri Stats reports Tyson used allowed
20     Tyson to determine its competitors' past
21     or future pork production levels?
22             MR. LIFVENDAHL:   Objection to
23     form.
24         A.   No.
25         Q.   To the best of your knowledge,

Page 321

1    did anyone at Tyson use Agri Stats to
2    monitor whether Tyson's competitors were
3    expanding or reducing their total pork
4    production?
5         MR. LIFVENDAHL:  Objection,
6    foundation.
7      A.   No, we did not.
8      Q.   Do you have an understanding of
9    Tyson's broad strategy regarding pork
10   exports?
11        MR. LIFVENDAHL:  Just
12   (inaudible).
13        THE COURT REPORTER:  I'm sorry,
14   I didn't hear what you said, Eric.
15        MR. LIFVENDAHL:  Tiffany, could
16   we get a time period as to their
17   strategy?
18     Q.   Oh.  For pork exports for the
19   2009 through 2018.
20        MR. LIFVENDAHL:  Thank you.
21     A.   I'm sorry, what was the -- can
22   you ask that question --
23     Q.   Yeah.
24     A.   -- one more time, please.
25     Q.   Do you have an understanding of