# EXHIBIT I

| | |
|---|---|
| **From:** | Strang, Lindsey |
| **To:** | Bourne, Joseph C.; Taylor, Jarod G.; Clark, Brian D.; Wagner, Arielle S.; Lundberg, Sarah M.; Bobby Pouya - Pearson, Simon & Warshaw, LLP (bpouya@pswlaw.com); mpearson@pswlaw.com; Shiftan, Benjamin E.; Swartzberg, Neil J.; Shana Scarlett; riop@hbsslaw.com; breannav@hbsslaw.com; Hannah Song; dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; Joshua Rissman; bfinley@cuneolaw.com; saldridge@barrettlawgroup.com; Matthew McCahill; Michael Mitchell; Scott Gant; Sarah Jones; kbates@hausfeld.com; Adcox, Rachel J; Rider, Tiffany; Oppenheimer, Brooke J.; David Graham; Robert Kaplan; Eric R. Lifvendahl; Mandrika Moonsammy; Abigail Pershing; Raak, Amber M.; Schindler, Elizabeth A.; Cadio Zirpoli |
| **Cc:** | AxinnServicePork |
| **Subject:** | RE: In re Pork - upcoming depositions and 30(b)(6) topics |
| **Date:** | Friday, September 30, 2022 3:23:44 PM |
| **Attachments:** | image001.png AxinnLogo_dd529d1a-7f78-430f-ab93-0b88b8611e63.png |

Joe:

Roel Andriessen has no availability in October, so we can offer **November 2** for his deposition. Please note that this is without prejudice to our ability to enforce the October 31 discovery cut-off date as to other Tyson witnesses.

Thanks,


**Lindsey Strang**
*Associate*



Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
Office 202.469.3550
Fax 202.912.4701
lstrang@axinn.com
**Axinn.com**


**From:** Bourne, Joseph C. <jcbourne@locklaw.com>
**Sent:** Tuesday, September 27, 2022 1:37 PM
**To:** Strang, Lindsey <lstrang@axinn.com>; Taylor, Jarod G. <jtaylor@axinn.com>; Clark, Brian D. <bdclark@locklaw.com>; Wagner, Arielle S. <aswagner@locklaw.com>; Lundberg, Sarah M. <smlundberg@locklaw.com>; Bobby Pouya - Pearson, Simon & Warshaw, LLP (bpouya@pswlaw.com) <bpouya@pswlaw.com>; mpearson@pswlaw.com; Shiftan, Benjamin E. <bshiftan@pswlaw.com>; Swartzberg, Neil J. <nswartzberg@pswlaw.com>; Shana Scarlett <shanas@hbsslaw.com>; riop@hbsslaw.com; breannav@hbsslaw.com; Hannah Song <HannahSo@hbsslaw.com>; dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; Joshua Rissman <jrissman@gustafsongluek.com>; bfinley@cuneolaw.com; saldridge@barrettlawgroup.com; Matthew McCahill <mmccahill@kaplanfox.com>; Michael Mitchell <mmitchell@bsfllp.com>; Scott Gant <sgant@bsfllp.com>; Sarah Jones <sjones@bsfllp.com>; kbates@hausfeld.com; Adcox, Rachel J <radcox@axinn.com>; Rider, Tiffany <trider@axinn.com>; Oppenheimer, Brooke J. <boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>; Robert Kaplan <RKaplan@kaplanfox.com>; Eric R. Lifvendahl <elifvendahl@lgcounsel.com>;

Mandrika Moonsammy <mmoonsammy@kaplanfox.com>; Abigail Pershing
<abigailp@hbsslaw.com>; Raak, Amber M. <amraak@locklaw.com>; Schindler, Elizabeth A.
<easchindler@locklaw.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>
**Cc:** AxinnServicePork <AxinnServicePork@axinn.com>
**Subject:** RE: In re Pork - upcoming depositions and 30(b)(6) topics

**Caution: External Email**

Lindsey – November 3 works for Plaintiffs for the deposition of Jay Krehbiel. Plaintiffs would like a
stipulation to take his deposition after the close of fact discovery.

Best,
Joe

Joseph C. Bourne | he/him | Senior Counsel
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S | Suite 2200 | Minneapolis MN  55401
V: 612-339-6900 | F: 612-339-0981 | www.locklaw.com

**From:** Strang, Lindsey <lstrang@axinn.com>
**Sent:** Monday, September 26, 2022 3:04 PM
**To:** Bourne, Joseph C. <jcbourne@locklaw.com>; Taylor, Jarod G. <jtaylor@axinn.com>; Clark, Brian
D. <bdclark@locklaw.com>; Wagner, Arielle S. <aswagner@locklaw.com>; Lundberg, Sarah M.
<smlundberg@locklaw.com>; Bobby Pouya - Pearson, Simon & Warshaw, LLP
(bpouya@pswlaw.com) <bpouya@pswlaw.com>; mpearson@pswlaw.com; Shiftan, Benjamin E.
<bshiftan@pswlaw.com>; Swartzberg, Neil J. <nswartzberg@pswlaw.com>; Shana Scarlett
<shanas@hbsslaw.com>; riop@hbsslaw.com; breannav@hbsslaw.com; Hannah Song
<HannahSo@hbsslaw.com>; dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; Joshua
Rissman <jrissman@gustafsongluek.com>; bfinley@cuneolaw.com;
saldridge@barrettlawgroup.com; Matthew McCahill <mmccahill@kaplanfox.com>; Michael Mitchell
<mmitchell@bsfllp.com>; Scott Gant <sgant@bsfllp.com>; Sarah Jones <sjones@bsfllp.com>;
kbates@hausfeld.com; Adcox, Rachel J <radcox@axinn.com>; Rider, Tiffany <trider@axinn.com>;
Oppenheimer, Brooke J. <boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>;
Robert Kaplan <RKaplan@kaplanfox.com>; Eric R. Lifvendahl <elifvendahl@lgcounsel.com>;
Mandrika Moonsammy <mmoonsammy@kaplanfox.com>; Abigail Pershing
<abigailp@hbsslaw.com>; Raak, Amber M. <amraak@locklaw.com>; Schindler, Elizabeth A.
<easchindler@locklaw.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>
**Cc:** AxinnServicePork <AxinnServicePork@axinn.com>
**Subject:** RE: In re Pork - upcoming depositions and 30(b)(6) topics

Joe:

October 31 doesn't work for Krehbiel. In this instance due to limitations in the witness's
availability, we can offer November 3 for Jay Krehbiel.  Please note that this is without
prejudice to our ability to enforce the October 31 discovery cut-off date as to other Tyson
witnesses.

Thanks,

**Lindsey Strang**
*Associate*



Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
Office 202.469.3550
Fax 202.912.4701
lstrang@axinn.com
**Axinn.com**


**From:** Bourne, Joseph C. <jcbourne@locklaw.com>
**Sent:** Friday, September 23, 2022 4:55 PM
**To:** Strang, Lindsey <lstrang@axinn.com>; Taylor, Jarod G. <jtaylor@axinn.com>; Clark, Brian D. <bdclark@locklaw.com>; Wagner, Arielle S. <aswagner@locklaw.com>; Lundberg, Sarah M. <smlundberg@locklaw.com>; Bobby Pouya - Pearson, Simon & Warshaw, LLP (bpouya@pswlaw.com) <bpouya@pswlaw.com>; mpearson@pswlaw.com; Shiftan, Benjamin E. <bshiftan@pswlaw.com>; Swartzberg, Neil J. <nswartzberg@pswlaw.com>; Shana Scarlett <shanas@hbsslaw.com>; riop@hbsslaw.com; breannav@hbsslaw.com; Hannah Song <HannahSo@hbsslaw.com>; dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; Joshua Rissman <jrissman@gustafsongluek.com>; bfinley@cuneolaw.com; saldridge@barrettlawgroup.com; Matthew McCahill <mmccahill@kaplanfox.com>; Michael Mitchell <mmitchell@bsfllp.com>; Scott Gant <sgant@bsfllp.com>; Sarah Jones <sjones@bsfllp.com>; kbates@hausfeld.com; Adcox, Rachel J <radcox@axinn.com>; Rider, Tiffany <trider@axinn.com>; Oppenheimer, Brooke J. <boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>; Robert Kaplan <RKaplan@kaplanfox.com>; Eric R. Lifvendahl <elifvendahl@lgcounsel.com>; Mandrika Moonsammy <mmoonsammy@kaplanfox.com>; Abigail Pershing <abigailp@hbsslaw.com>; Raak, Amber M. <amraak@locklaw.com>; Schindler, Elizabeth A. <easchindler@locklaw.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>
**Cc:** AxinnServicePork <AxinnServicePork@axinn.com>
**Subject:** RE: In re Pork - upcoming depositions and 30(b)(6) topics


**Caution: External Email**

Lindsey,

Those dates don't work for the plaintiffs. Is Mr. Krehbiel available on October 31? I also believe we are still waiting to hear from you about Andriessen — please correct me if I missed a response.

Thanks,
Joe

Joseph C. Bourne | he/him | Senior Counsel
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S | Suite 2200 | Minneapolis MN  55401
V: 612-339-6900 | F: 612-339-0981 | www.locklaw.com

**From:** Strang, Lindsey <lstrang@axinn.com>
**Sent:** Friday, September 23, 2022 2:33 PM
**To:** Bourne, Joseph C. <jcbourne@locklaw.com>; Taylor, Jarod G. <jtaylor@axinn.com>; Clark, Brian D. <bdclark@locklaw.com>; Wagner, Arielle S. <aswagner@locklaw.com>; Lundberg, Sarah M. <smlundberg@locklaw.com>; Bobby Pouya - Pearson, Simon & Warshaw, LLP (bpouya@pswlaw.com) <bpouya@pswlaw.com>; mpearson@pswlaw.com; Shiftan, Benjamin E. <bshiftan@pswlaw.com>; Swartzberg, Neil J. <nswartzberg@pswlaw.com>; Shana Scarlett <shanas@hbsslaw.com>; riop@hbsslaw.com; breannav@hbsslaw.com; Hannah Song <HannahSo@hbsslaw.com>; dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; Joshua Rissman <jrissman@gustafsongluek.com>; bfinley@cuneolaw.com; saldridge@barrettlawgroup.com; Matthew McCahill <mmccahill@kaplanfox.com>; Michael Mitchell <mmitchell@bsfllp.com>; Scott Gant <sgant@bsfllp.com>; Sarah Jones <sjones@bsfllp.com>; kbates@hausfeld.com; Adcox, Rachel J <radcox@axinn.com>; Rider, Tiffany <trider@axinn.com>; Oppenheimer, Brooke J. <boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>; Robert Kaplan <RKaplan@kaplanfox.com>; Eric R. Lifvendahl <elifvendahl@lgcounsel.com>; Mandrika Moonsammy <mmoonsammy@kaplanfox.com>; Abigail Pershing <abigailp@hbsslaw.com>; Raak, Amber M. <amraak@locklaw.com>; Schindler, Elizabeth A. <easchindler@locklaw.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>
**Cc:** AxinnServicePork <AxinnServicePork@axinn.com>
**Subject:** RE: In re Pork - upcoming depositions and 30(b)(6) topics

Joe:

I am following up on Jay Krehbiel. Can you confirm one of the two proposed dates will work so we can nail it down?  Please note that the witness has requested an 8am Central (9 Eastern) start time for that deposition.

Thanks,

**Lindsey Strang**
*Associate*



Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
Office 202.469.3550

Fax 202.912.4701
lstrang@axinn.com
**Axinn.com**


**From:** Bourne, Joseph C. <jcbourne@locklaw.com>
**Sent:** Friday, September 16, 2022 4:01 PM
**To:** Taylor, Jarod G. <jtaylor@axinn.com>; Strang, Lindsey <lstrang@axinn.com>; Clark, Brian D. <bdclark@locklaw.com>; Wagner, Arielle S. <aswagner@locklaw.com>; Lundberg, Sarah M. <smlundberg@locklaw.com>; Bobby Pouya - Pearson, Simon & Warshaw, LLP (bpouya@pswlaw.com) <bpouya@pswlaw.com>; mpearson@pswlaw.com; Shiftan, Benjamin E. <bshiftan@pswlaw.com>; Swartzberg, Neil J. <nswartzberg@pswlaw.com>; Shana Scarlett <shanas@hbsslaw.com>; riop@hbsslaw.com; breannav@hbsslaw.com; Hannah Song <HannahSo@hbsslaw.com>; dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; Joshua Rissman <jrissman@gustafsongluek.com>; bfinley@cuneolaw.com; saldridge@barrettlawgroup.com; Matthew McCahill <mmccahill@kaplanfox.com>; Michael Mitchell <mmitchell@bsfllp.com>; Scott Gant <sgant@bsfllp.com>; Sarah Jones <sjones@bsfllp.com>; kbates@hausfeld.com; Adcox, Rachel J <radcox@axinn.com>; Rider, Tiffany <trider@axinn.com>; Oppenheimer, Brooke J. <boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>; Robert Kaplan <RKaplan@kaplanfox.com>; Eric R. Lifvendahl <elifvendahl@lgcounsel.com>; Mandrika Moonsammy <mmoonsammy@kaplanfox.com>; Abigail Pershing <abigailp@hbsslaw.com>; Raak, Amber M. <amraak@locklaw.com>; Schindler, Elizabeth A. <easchindler@locklaw.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>
**Cc:** AxinnServicePork <AxinnServicePork@axinn.com>
**Subject:** RE: In re Pork - upcoming depositions and 30(b)(6) topics


**Caution: External Email**

Jarod and Lindsey,

October 21 for Jerry Holbrook works for the plaintiffs. We will serve a notice.

We will follow up shortly about Krehbiel. I believe we are still waiting to hear from you about Matsumoto, but please let me know if I missed something.

Finally, we request Roel Andriessen's availability as well.

Best,
Joe

Joseph C. Bourne | he/him | Senior Counsel
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S | Suite 2200 | Minneapolis MN  55401
V: 612-339-6900 | F: 612-339-0981 | www.locklaw.com

**From:** Taylor, Jarod G. <jtaylor@axinn.com>
**Sent:** Wednesday, September 14, 2022 3:57 PM
**To:** Strang, Lindsey <lstrang@axinn.com>; Bourne, Joseph C. <jcbourne@locklaw.com>; Clark, Brian
D. <bdclark@locklaw.com>; Wagner, Arielle S. <aswagner@locklaw.com>; Lundberg, Sarah M.
<smlundberg@locklaw.com>; Bobby Pouya - Pearson, Simon & Warshaw, LLP
(bpouya@pswlaw.com) <bpouya@pswlaw.com>; mpearson@pswlaw.com; Shiftan, Benjamin E.
<bshiftan@pswlaw.com>; Swartzberg, Neil J. <nswartzberg@pswlaw.com>; Shana Scarlett
<shanas@hbsslaw.com>; riop@hbsslaw.com; breannav@hbsslaw.com; Hannah Song
<HannahSo@hbsslaw.com>; dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; Joshua
Rissman <jrissman@gustafsongluek.com>; bfinley@cuneolaw.com;
saldridge@barrettlawgroup.com; Matthew McCahill <mmccahill@kaplanfox.com>; Michael Mitchell
<mmitchell@bsfllp.com>; Scott Gant <sgant@bsfllp.com>; Sarah Jones <sjones@bsfllp.com>;
kbates@hausfeld.com; Adcox, Rachel J <radcox@axinn.com>; Rider, Tiffany <trider@axinn.com>;
Oppenheimer, Brooke J. <boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>;
Robert Kaplan <RKaplan@kaplanfox.com>; Eric R. Lifvendahl <elifvendahl@lgcounsel.com>;
Mandrika Moonsammy <mmoonsammy@kaplanfox.com>; Abigail Pershing
<abigailp@hbsslaw.com>; Raak, Amber M. <amraak@locklaw.com>; Schindler, Elizabeth A.
<easchindler@locklaw.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>
**Cc:** AxinnServicePork <AxinnServicePork@axinn.com>
**Subject:** RE: In re Pork - upcoming depositions and 30(b)(6) topics

Joe:

Jerry Holbrook is available October 21.  Let us know if that will work.

Thank you,
Jarod


**Jarod G. Taylor**
*Counsel*



Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
Office 860.275.8109
Fax 860.275.8101
jtaylor@axinn.com
**Axinn.com**


**From:** Strang, Lindsey <lstrang@axinn.com>
**Sent:** Tuesday, September 13, 2022 4:03 PM
**To:** Taylor, Jarod G. <jtaylor@axinn.com>; 'Bourne, Joseph C.' <jcbourne@locklaw.com>; Clark, Brian
D. <bdclark@locklaw.com>; Wagner, Arielle S. <aswagner@locklaw.com>; Lundberg, Sarah M.

<smlundberg@locklaw.com>; Bobby Pouya - Pearson, Simon & Warshaw, LLP
(bpouya@pswlaw.com) <bpouya@pswlaw.com>; mpearson@pswlaw.com; Shiftan, Benjamin E.
<bshiftan@pswlaw.com>; Swartzberg, Neil J. <nswartzberg@pswlaw.com>; Shana Scarlett
<shanas@hbsslaw.com>; riop@hbsslaw.com; breannav@hbsslaw.com; Hannah Song
<HannahSo@hbsslaw.com>; dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; Joshua
Rissman <jrissman@gustafsongluek.com>; bfinley@cuneolaw.com;
saldridge@barrettlawgroup.com; Matthew McCahill <mmccahill@kaplanfox.com>; Michael Mitchell
<mmitchell@bsfllp.com>; Scott Gant <sgant@bsfllp.com>; Sarah Jones <sjones@bsfllp.com>;
kbates@hausfeld.com; Adcox, Rachel J <radcox@axinn.com>; Rider, Tiffany <trider@axinn.com>;
Oppenheimer, Brooke J. <boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>;
Robert Kaplan <RKaplan@kaplanfox.com>; Eric R. Lifvendahl <elifvendahl@lgcounsel.com>;
Mandrika Moonsammy <mmoonsammy@kaplanfox.com>; Abigail Pershing
<abigailp@hbsslaw.com>; Raak, Amber M. <amraak@locklaw.com>; Schindler, Elizabeth A.
<easchindler@locklaw.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>
**Cc:** AxinnServicePork <AxinnServicePork@axinn.com>
**Subject:** RE: In re Pork - upcoming depositions and 30(b)(6) topics

Joe:

We can offer October 19 or October 20 for Jay Krehbiel – do either of those dates work for
your side?

Thanks,


**Lindsey Strang**
*Associate*



Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
Office 202.469.3550
Fax 202.912.4701
lstrang@axinn.com
**Axinn.com**


**From:** Taylor, Jarod G. <jtaylor@axinn.com>
**Sent:** Friday, September 9, 2022 4:42 PM
**To:** 'Bourne, Joseph C.' <jcbourne@locklaw.com>; Clark, Brian D. <bdclark@locklaw.com>; Wagner,
Arielle S. <aswagner@locklaw.com>; Lundberg, Sarah M. <smlundberg@locklaw.com>; Bobby Pouya
- Pearson, Simon & Warshaw, LLP (bpouya@pswlaw.com) <bpouya@pswlaw.com>;
mpearson@pswlaw.com; Shiftan, Benjamin E. <bshiftan@pswlaw.com>; Swartzberg, Neil J.
<nswartzberg@pswlaw.com>; Shana Scarlett <shanas@hbsslaw.com>; riop@hbsslaw.com;
breannav@hbsslaw.com; Hannah Song <HannahSo@hbsslaw.com>;

dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; Joshua Rissman
<jrissman@gustafsongluek.com>; bfinley@cuneolaw.com; saldridge@barrettlawgroup.com;
Matthew McCahill <mmccahill@kaplanfox.com>; Michael Mitchell <mmitchell@bsfllp.com>; Scott
Gant <sgant@bsfllp.com>; Sarah Jones <sjones@bsfllp.com>; kbates@hausfeld.com; Adcox, Rachel J
<radcox@axinn.com>; Rider, Tiffany <trider@axinn.com>; Oppenheimer, Brooke J.
<boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>; Robert Kaplan
<RKaplan@kaplanfox.com>; Eric R. Lifvendahl <elifvendahl@lgcounsel.com>; Mandrika Moonsammy
<mmoonsammy@kaplanfox.com>; Abigail Pershing <abigailp@hbsslaw.com>; Raak, Amber M.
<amraak@locklaw.com>; Schindler, Elizabeth A. <easchindler@locklaw.com>; Cadio Zirpoli
<czirpoli@saverilawfirm.com>
**Cc:** AxinnServicePork <AxinnServicePork@axinn.com>
**Subject:** RE: In re Pork - upcoming depositions and 30(b)(6) topics

Joe—received and we will follow up.  Have a good weekend.


**Jarod G. Taylor**
*Counsel*



Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
Office 860.275.8109
Fax 860.275.8101
jtaylor@axinn.com
**Axinn.com**


**From:** Bourne, Joseph C. <jcbourne@locklaw.com>
**Sent:** Friday, September 9, 2022 3:24 PM
**To:** Taylor, Jarod G. <jtaylor@axinn.com>; Clark, Brian D. <bdclark@locklaw.com>; Wagner, Arielle S.
<aswagner@locklaw.com>; Lundberg, Sarah M. <smlundberg@locklaw.com>; Bobby Pouya -
Pearson, Simon & Warshaw, LLP <bpouya@pswlaw.com> <bpouya@pswlaw.com>;
mpearson@pswlaw.com; Shiftan, Benjamin E. <bshiftan@pswlaw.com>; Swartzberg, Neil J.
<nswartzberg@pswlaw.com>; Shana Scarlett <shanas@hbsslaw.com>; riop@hbsslaw.com;
breannav@hbsslaw.com; Hannah Song <HannahSo@hbsslaw.com>;
dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; Joshua Rissman
<jrissman@gustafsongluek.com>; bfinley@cuneolaw.com; saldridge@barrettlawgroup.com;
Matthew McCahill <mmccahill@kaplanfox.com>; Michael Mitchell <mmitchell@bsfllp.com>; Scott
Gant <sgant@bsfllp.com>; Sarah Jones <sjones@bsfllp.com>; kbates@hausfeld.com; Adcox, Rachel J
<radcox@axinn.com>; Rider, Tiffany <trider@axinn.com>; Oppenheimer, Brooke J.
<boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>; Robert Kaplan
<RKaplan@kaplanfox.com>; Eric R. Lifvendahl <elifvendahl@lgcounsel.com>; Mandrika Moonsammy
<mmoonsammy@kaplanfox.com>; Abigail Pershing <abigailp@hbsslaw.com>; Raak, Amber M.
<amraak@locklaw.com>; Schindler, Elizabeth A. <easchindler@locklaw.com>; Cadio Zirpoli

<czirpoli@saverilawfirm.com>
**Cc:** AxinnServicePork <AxinnServicePork@axinn.com>
**Subject:** RE: In re Pork - upcoming depositions and 30(b)(6) topics

**Caution: External Email**

Jarod,

Can you please provide a few available dates for each of the following witnesses?

1. Sumio Matsumoto
2. Jerry Holbrook
3. Jay Krehbiel

Thanks,
Joe

Joseph C. Bourne | he/him | Senior Counsel
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S | Suite 2200 | Minneapolis MN  55401
V: 612-339-6900 | F: 612-339-0981 | www.locklaw.com

**From:** Taylor, Jarod G. <jtaylor@axinn.com>
**Sent:** Friday, June 3, 2022 3:00 PM
**To:** Bourne, Joseph C. <jcbourne@locklaw.com>; Clark, Brian D. <bdclark@locklaw.com>; Wagner, Arielle S. <aswagner@locklaw.com>; Lundberg, Sarah M. <smlundberg@locklaw.com>; Bobby Pouya - Pearson, Simon & Warshaw, LLP (bpouya@pswlaw.com) <bpouya@pswlaw.com>; mpearson@pswlaw.com; Shiftan, Benjamin E. <bshiftan@pswlaw.com>; Swartzberg, Neil J. <nswartzberg@pswlaw.com>; Shana Scarlett <shanas@hbsslaw.com>; riop@hbsslaw.com; breannav@hbsslaw.com; Hannah Song <HannahSo@hbsslaw.com>; dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; Joshua Rissman <jrissman@gustafsongluek.com>; bfinley@cuneolaw.com; saldridge@barrettlawgroup.com; Matthew McCahill <mmccahill@kaplanfox.com>; Michael Mitchell <mmitchell@bsfllp.com>; Scott Gant <sgant@bsfllp.com>; Sarah Jones <sjones@bsfllp.com>; kbates@hausfeld.com; Adcox, Rachel J <radcox@axinn.com>; Rider, Tiffany <trider@axinn.com>; Oppenheimer, Brooke J. <boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>; Robert Kaplan <RKaplan@kaplanfox.com>; Eric R. Lifvendahl <elifvendahl@lgcounsel.com>; Mandrika Moonsammy <mmoonsammy@kaplanfox.com>; Abigail Pershing <abigailp@hbsslaw.com>; Raak, Amber M. <amraak@locklaw.com>; Schindler, Elizabeth A. <easchindler@locklaw.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>
**Cc:** AxinnServicePork <AxinnServicePork@axinn.com>
**Subject:** RE: In re Pork - upcoming depositions and 30(b)(6) topics

Joe:

Thank you for the call just now.  As discussed, we are checking on a few additional dates for Mr. Brester, and we will provide dates for Mr. Machan.

Regards,
Jarod


**Jarod G. Taylor**
*Counsel*



Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
Office 860.275.8109
Fax 860.275.8101
jtaylor@axinn.com
**Axinn.com**

**From:** Bourne, Joseph C. <jcbourne@locklaw.com>
**Sent:** Friday, June 3, 2022 3:43 PM
**To:** Taylor, Jarod G. <jtaylor@axinn.com>; Clark, Brian D. <bdclark@locklaw.com>; Wagner, Arielle S. <aswagner@locklaw.com>; Lundberg, Sarah M. <smlundberg@locklaw.com>; Bobby Pouya - Pearson, Simon & Warshaw, LLP (bpouya@pswlaw.com) <bpouya@pswlaw.com>; mpearson@pswlaw.com; Shiftan, Benjamin E. <bshiftan@pswlaw.com>; Swartzberg, Neil J. <nswartzberg@pswlaw.com>; Shana Scarlett <shanas@hbsslaw.com>; riop@hbsslaw.com; breannav@hbsslaw.com; Hannah Song <HannahSo@hbsslaw.com>; dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; Joshua Rissman <jrissman@gustafsongluek.com>; bfinley@cuneolaw.com; saldridge@barrettlawgroup.com; Matthew McCahill <mmccahill@kaplanfox.com>; Michael Mitchell <mmitchell@bsfllp.com>; Scott Gant <sgant@bsfllp.com>; Sarah Jones <sjones@bsfllp.com>; kbates@hausfeld.com; Adcox, Rachel J <radcox@axinn.com>; Rider, Tiffany <trider@axinn.com>; Oppenheimer, Brooke J. <boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>; Robert Kaplan <RKaplan@kaplanfox.com>; Eric R. Lifvendahl <elifvendahl@lgcounsel.com>; Mandrika Moonsammy <mmoonsammy@kaplanfox.com>; Abigail Pershing <abigailp@hbsslaw.com>; Raak, Amber M. <amraak@locklaw.com>; Schindler, Elizabeth A. <easchindler@locklaw.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>
**Cc:** AxinnServicePork <AxinnServicePork@axinn.com>
**Subject:** RE: In re Pork - upcoming depositions and 30(b)(6) topics


**Caution: External Email**

Jarod,

Can you provide an update as to Jason Brester's availability? In particular, we requested a date in mid-August, and when you said that didn't work well, we requested a date in late August, and now

are waiting to hear back from you.

In addition, can you please provide some available dates for Gary Machan?

Thanks,
Joe

Joseph C. Bourne | he/him | Senior Counsel
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S | Suite 2200 | Minneapolis MN  55401
V: 612-339-6900 | F: 612-339-0981 | www.locklaw.com

**From:** Bourne, Joseph C. <jcbourne@locklaw.com>
**Sent:** Friday, May 27, 2022 5:44 PM
**To:** Taylor, Jarod G. <jtaylor@axinn.com>; Clark, Brian D. <bdclark@locklaw.com>; Wagner, Arielle S. <aswagner@locklaw.com>; Lundberg, Sarah M. <smlundberg@locklaw.com>; Bobby Pouya - Pearson, Simon & Warshaw, LLP (bpouya@pswlaw.com) <bpouya@pswlaw.com>; mpearson@pswlaw.com; Shiftan, Benjamin E. <bshiftan@pswlaw.com>; Swartzberg, Neil J. <nswartzberg@pswlaw.com>; Shana Scarlett <shanas@hbsslaw.com>; riop@hbsslaw.com; breannav@hbsslaw.com; Hannah Song <HannahSo@hbsslaw.com>; dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; Joshua Rissman <jrissman@gustafsongluek.com>; bfinley@cuneolaw.com; saldridge@barrettlawgroup.com; Matthew McCahill <mmccahill@kaplanfox.com>; Michael Mitchell <mmitchell@bsfllp.com>; Scott Gant <sgant@bsfllp.com>; Sarah Jones <sjones@bsfllp.com>; kbates@hausfeld.com; Adcox, Rachel J <radcox@axinn.com>; Rider, Tiffany <trider@axinn.com>; Oppenheimer, Brooke J. <boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>; Robert Kaplan <RKaplan@kaplanfox.com>; Eric R. Lifvendahl <elifvendahl@lgcounsel.com>; Mandrika Moonsammy <mmoonsammy@kaplanfox.com>; Abigail Pershing <abigailp@hbsslaw.com>; Raak, Amber M. <amraak@locklaw.com>; Schindler, Elizabeth A. <easchindler@locklaw.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>
**Cc:** AxinnServicePork <AxinnServicePork@axinn.com>
**Subject:** Re: In re Pork - upcoming depositions and 30(b)(6) topics

Thanks for the clarification, Jarod. Have a good weekend.

**From:** Taylor, Jarod G. <jtaylor@axinn.com>
**Sent:** Friday, May 27, 2022 5:19:25 PM
**To:** Bourne, Joseph C. <jcbourne@locklaw.com>; Clark, Brian D. <bdclark@locklaw.com>; Wagner, Arielle S. <aswagner@locklaw.com>; Lundberg, Sarah M. <smlundberg@locklaw.com>; Bobby Pouya - Pearson, Simon & Warshaw, LLP (bpouya@pswlaw.com) <bpouya@pswlaw.com>; mpearson@pswlaw.com <mpearson@pswlaw.com>; Shiftan, Benjamin E. <bshiftan@pswlaw.com>; Swartzberg, Neil J. <nswartzberg@pswlaw.com>; Shana Scarlett <shanas@hbsslaw.com>; riop@hbsslaw.com <riop@hbsslaw.com>; breannav@hbsslaw.com <breannav@hbsslaw.com>; Hannah Song <HannahSo@hbsslaw.com>; dhedlund@gustafsongluek.com <dhedlund@gustafsongluek.com>; mlooby@gustafsongluek.com <mlooby@gustafsongluek.com>; Joshua Rissman <jrissman@gustafsongluek.com>; bfinley@cuneolaw.com

<bfinley@cuneolaw.com>; saldridge@barrettlawgroup.com <saldridge@barrettlawgroup.com>; Matthew McCahill <mmccahill@kaplanfox.com>; Michael Mitchell <mmitchell@bsfllp.com>; Scott Gant <sgant@bsfllp.com>; Sarah Jones <sjones@bsfllp.com>; kbates@hausfeld.com <kbates@hausfeld.com>; Adcox, Rachel J <radcox@axinn.com>; Rider, Tiffany <trider@axinn.com>; Oppenheimer, Brooke J. <boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>; Robert Kaplan <RKaplan@kaplanfox.com>; Eric R. Lifvendahl <elifvendahl@lgcounsel.com>; Mandrika Moonsammy <mmoonsammy@kaplanfox.com>; Abigail Pershing <abigailp@hbsslaw.com>; Raak, Amber M. <amraak@locklaw.com>; Schindler, Elizabeth A. <easchindler@locklaw.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>

**Cc:** AxinnServicePork <AxinnServicePork@axinn.com>
**Subject:** RE: In re Pork - upcoming depositions and 30(b)(6) topics

Joe:

I did not say or intend to imply that we are attempting to withdraw Mr. Neff's date, refusing to look into dates for Mr. Brester, or would refuse to look into dates for other witnesses. I meant only that Tyson reserves its right to challenge any attempt to depose any single witness twice, including in the event Tyson designates a witness noticed in his individual capacity. But we understand what Plaintiffs' position is and believe a meet and confer on that issue can wait until we see the draft topics, which will inform how likely Tyson is to actually designate a noticed individual. If for some reason Plaintiffs have not provided draft topics as we get nearer to the remaining witnesses' deposition dates, we can similarly meet and confer then and seek resolution from the Court if necessary.

Jarod


**Jarod G. Taylor**
*Counsel*



Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
Office 860.275.8109
Fax 860.275.8101
jtaylor@axinn.com
**Axinn.com**

**From:** Bourne, Joseph C. <jcbourne@locklaw.com>
**Sent:** Friday, May 27, 2022 2:57 PM
**To:** Taylor, Jarod G. <jtaylor@axinn.com>; Clark, Brian D. <bdclark@locklaw.com>; Wagner, Arielle S. <aswagner@locklaw.com>; Lundberg, Sarah M. <smlundberg@locklaw.com>; Bobby Pouya - Pearson, Simon & Warshaw, LLP (bpouya@pswlaw.com) <bpouya@pswlaw.com>; mpearson@pswlaw.com; Shiftan, Benjamin E. <bshiftan@pswlaw.com>; Swartzberg, Neil J. <nswartzberg@pswlaw.com>; Shana Scarlett <shanas@hbsslaw.com>; riop@hbsslaw.com; breannav@hbsslaw.com; Hannah Song <HannahSo@hbsslaw.com>;

dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; Joshua Rissman
<jrissman@gustafsongluek.com>; bfinley@cuneolaw.com; saldridge@barrettlawgroup.com;
Matthew McCahill <mmccahill@kaplanfox.com>; Michael Mitchell <mmitchell@bsfllp.com>; Scott
Gant <sgant@bsfllp.com>; Sarah Jones <sjones@bsfllp.com>; kbates@hausfeld.com; Adcox, Rachel J
<radcox@axinn.com>; Rider, Tiffany <trider@axinn.com>; Oppenheimer, Brooke J.
<boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>; Robert Kaplan
<RKaplan@kaplanfox.com>; Eric R. Lifvendahl <elifvendahl@lgcounsel.com>; Mandrika Moonsammy
<mmoonsammy@kaplanfox.com>; Abigail Pershing <abigailp@hbsslaw.com>; Raak, Amber M.
<amraak@locklaw.com>; Schindler, Elizabeth A. <easchindler@locklaw.com>; Cadio Zirpoli
<czirpoli@saverilawfirm.com>
**Cc:** AxinnServicePork <AxinnServicePork@axinn.com>
**Subject:** RE: In re Pork - upcoming depositions and 30(b)(6) topics


**Caution: External Email**

Jarod,

Under the Pretrial Scheduling Order, "Plaintiffs shall not be forced to prematurely engage in Rule
30(b)(6) depositions, or notice topics for such depositions, before they determine it is most efficient
to do so." Plaintiffs are working on Rule 30(b)(6) topics and will send them soon. As noted below, we
are going to need the full 7 hours of 30(b)(1) testimony with each of the individuals you identified
below, so if you designate one of them pursuant to Rule 30(b)(6), they will need to give two
depositions, but if feasible we are happy to work with you to conduct the 30(b)(6) deposition the day
after the individual deposition.

That said, this cannot be used as a basis to hold up the 30(b)(1) depositions Plaintiffs have scheduled
and requested. If your position is you will not look into dates for these individuals, we do not believe
that is appropriate, and request your earliest availability for a meet and confer so we can attempt to
resolve this dispute or seek court intervention if necessary.

Best,
Joe

Joseph C. Bourne | he/him | Senior Counsel
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S | Suite 2200 | Minneapolis MN 55401
V: 612-339-6900 | F: 612-339-0981 | www.locklaw.com

**From:** Taylor, Jarod G. <jtaylor@axinn.com>
**Sent:** Thursday, May 26, 2022 9:49 AM
**To:** Bourne, Joseph C. <jcbourne@locklaw.com>; Clark, Brian D. <bdclark@locklaw.com>; Wagner,
Arielle S. <aswagner@locklaw.com>; Lundberg, Sarah M. <smlundberg@locklaw.com>; Bobby Pouya
- Pearson, Simon & Warshaw, LLP (bpouya@pswlaw.com) <bpouya@pswlaw.com>;
mpearson@pswlaw.com; Shiftan, Benjamin E. <bshiftan@pswlaw.com>; Swartzberg, Neil J.
<nswartzberg@pswlaw.com>; Shana Scarlett <shanas@hbsslaw.com>; riop@hbsslaw.com;

breannav@hbsslaw.com; Hannah Song <HannahSo@hbsslaw.com>;
dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; Joshua Rissman
<jrissman@gustafsongluek.com>; bfinley@cuneolaw.com; saldridge@barrettlawgroup.com;
Matthew McCahill <mmccahill@kaplanfox.com>; Michael Mitchell <mmitchell@bsfllp.com>; Scott
Gant <sgant@bsfllp.com>; Sarah Jones <sjones@bsfllp.com>; kbates@hausfeld.com; Adcox, Rachel J
<radcox@axinn.com>; Rider, Tiffany <trider@axinn.com>; Oppenheimer, Brooke J.
<boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>; Robert Kaplan
<RKaplan@kaplanfox.com>; Eric R. Lifvendahl <elifvendahl@lgcounsel.com>; Mandrika Moonsammy
<mmoonsammy@kaplanfox.com>; Abigail Pershing <abigailp@hbsslaw.com>; Raak, Amber M.
<amraak@locklaw.com>; Schindler, Elizabeth A. <easchindler@locklaw.com>; Cadio Zirpoli
<czirpoli@saverilawfirm.com>
**Cc:** AxinnServicePork <AxinnServicePork@axinn.com>
**Subject:** RE: In re Pork - upcoming depositions and 30(b)(6) topics

Joe:

Thank you for endeavoring to provide draft 30(b)(6) topics by the end of the month.  Recall
that the Parties' Rule 26(f) report (ECF No. 569) states, "In the event that any percipient
witness who has received a deposition notice also is likely to be designated as a Rule 30(b)
(6) representative, or in the event that any Rule 30(b)(6) designee also is likely to be
deposed in his or her individual capacity, the parties will use their best efforts to coordinate
so as to avoid multiple depositions of the same witness . . . ."  Tyson expects Plaintiffs to
adhere to this agreement as required.

We will wait to receive Plaintiffs' draft notice and then request a meet and confer to discuss
coordination of any 30(b)(6) deposition and the noticed 30(b)(1) depositions pursuant to the
26(f) report.

Thank you,
Jarod


**Jarod G. Taylor**
*Counsel*



Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
Office 860.275.8109
Fax 860.275.8101
jtaylor@axinn.com
**Axinn.com**

**From:** Bourne, Joseph C. <jcbourne@locklaw.com>
**Sent:** Friday, May 20, 2022 4:00 PM
**To:** Taylor, Jarod G. <jtaylor@axinn.com>; Clark, Brian D. <bdclark@locklaw.com>; Wagner, Arielle S.

<aswagner@locklaw.com>; Lundberg, Sarah M. <smlundberg@locklaw.com>; Bobby Pouya -
Pearson, Simon & Warshaw, LLP (bpouya@pswlaw.com) <bpouya@pswlaw.com>;
mpearson@pswlaw.com; Shiftan, Benjamin E. <bshiftan@pswlaw.com>; Swartzberg, Neil J.
<nswartzberg@pswlaw.com>; Shana Scarlett <shanas@hbsslaw.com>; riop@hbsslaw.com;
breannav@hbsslaw.com; Hannah Song <HannahSo@hbsslaw.com>;
dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; Joshua Rissman
<jrissman@gustafsongluek.com>; bfinley@cuneolaw.com; saldridge@barrettlawgroup.com;
Matthew McCahill <mmccahill@kaplanfox.com>; Michael Mitchell <mmitchell@bsfllp.com>; Scott
Gant <sgant@bsfllp.com>; Sarah Jones <sjones@bsfllp.com>; kbates@hausfeld.com; Adcox, Rachel J
<radcox@axinn.com>; Rider, Tiffany <trider@axinn.com>; Oppenheimer, Brooke J.
<boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>; Robert Kaplan
<RKaplan@kaplanfox.com>; Eric R. Lifvendahl <elifvendahl@lgcounsel.com>; Mandrika Moonsammy
<mmoonsammy@kaplanfox.com>; Abigail Pershing <abigailp@hbsslaw.com>; Raak, Amber M.
<amraak@locklaw.com>; Schindler, Elizabeth A. <easchindler@locklaw.com>; Cadio Zirpoli
<czirpoli@saverilawfirm.com>
**Cc:** AxinnServicePork <AxinnServicePork@axinn.com>
**Subject:** RE: In re Pork - upcoming depositions and 30(b)(6) topics


**Caution: External Email**

Jarod,

Plaintiffs are entitled to a full 7 hours with each of those Rule 30(b)(1) witnesses. See Order
Concerning Depositions ¶ II(C). Given their roles and the documents Tyson has produced from their
files, we anticipate needing the full 7 hours with each of them in their individual capacity.

Plaintiffs are considering whether to take a Rule 30(b)(6) deposition of Tyson. The coordination issue
is minimized here because most depositions in this case, including all of Tyson's witnesses so far,
have proceeded remotely.

That said, Plaintiffs are fine proceeding on consecutive days if scheduling constraints permit it. With
Shane Miller's individual deposition set for May 26, there is not sufficient time to take a Rule 30(b)
(6) deposition on the day after (May 27). But that would be fine for Todd Neff (individual deposition
set for July 12) or Jason Brester (we are trying to schedule this in August).

Plaintiffs will endeavor to provide a draft of any Rule 30(b)(6) topics to Tyson, for discussion and
logistical purposes, by the end of May. We can make ourselves available to meet and confer if you
would like to discuss further.

Best,
Joe

Joseph C. Bourne | he/him | Senior Counsel
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S | Suite 2200 | Minneapolis MN  55401

V: 612-339-6900 | F: 612-339-0981 | www.locklaw.com

**From:** Taylor, Jarod G. <jtaylor@axinn.com>
**Sent:** Wednesday, May 18, 2022 8:00 AM
**To:** Clark, Brian D. <bdclark@locklaw.com>; Wagner, Arielle S. <aswagner@locklaw.com>; Lundberg, Sarah M. <smlundberg@locklaw.com>; Bobby Pouya - Pearson, Simon & Warshaw, LLP (bpouya@pswlaw.com) <bpouya@pswlaw.com>; mpearson@pswlaw.com; Shiftan, Benjamin E. <bshiftan@pswlaw.com>; Swartzberg, Neil J. <nswartzberg@pswlaw.com>; Shana Scarlett <shanas@hbsslaw.com>; riop@hbsslaw.com; breannav@hbsslaw.com; Hannah Song <HannahSo@hbsslaw.com>; dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; Joshua Rissman <jrissman@gustafsongluek.com>; bfinley@cuneolaw.com; saldridge@barrettlawgroup.com; Matthew McCahill <mmccahill@kaplanfox.com>; Michael Mitchell <mmitchell@bsfllp.com>; Scott Gant <sgant@bsfllp.com>; Sarah Jones <sjones@bsfllp.com>; kbates@hausfeld.com; Adcox, Rachel J <radcox@axinn.com>; Rider, Tiffany <trider@axinn.com>; Oppenheimer, Brooke J. <boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>; Robert Kaplan <RKaplan@kaplanfox.com>; Eric R. Lifvendahl <elifvendahl@lgcounsel.com>; Mandrika Moonsammy <mmoonsammy@kaplanfox.com>; Abigail Pershing <abigailp@hbsslaw.com>; Raak, Amber M. <amraak@locklaw.com>; Schindler, Elizabeth A. <easchindler@locklaw.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Bourne, Joseph C. <jcbourne@locklaw.com>
**Cc:** AxinnServicePork <AxinnServicePork@axinn.com>
**Subject:** RE: In re Pork - upcoming depositions and 30(b)(6) topics

Thanks, Brian; I appreciate your forwarding to Joe.  I believe I used an addressee list from an email of Joe's on a related topic, but obviously failed to then add him to the list by mistake.  We always use the service list for documents that need to be served, and often for communications that do not constitute "service," but sometimes that's overkill.  Again, thank you for sending to Joe.  We look forward to hearing from Plaintiffs on the below.


**Jarod G. Taylor**
*Counsel*



Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
Office 860.275.8109
Fax 860.275.8101
jtaylor@axinn.com
**Axinn.com**

**From:** Clark, Brian D. <bdclark@locklaw.com>
**Sent:** Wednesday, May 18, 2022 8:44 AM
**To:** Taylor, Jarod G. <jtaylor@axinn.com>; Wagner, Arielle S. <aswagner@locklaw.com>; Lundberg, Sarah M. <smlundberg@locklaw.com>; Bobby Pouya - Pearson, Simon & Warshaw, LLP

(bpouya@pswlaw.com) <bpouya@pswlaw.com>; mpearson@pswlaw.com; Shiftan, Benjamin E.
<bshiftan@pswlaw.com>; Swartzberg, Neil J. <nswartzberg@pswlaw.com>; Shana Scarlett
<shanas@hbsslaw.com>; riop@hbsslaw.com; breannav@hbsslaw.com; Hannah Song
<HannahSo@hbsslaw.com>; dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; Joshua
Rissman <jrissman@gustafsongluek.com>; bfinley@cuneolaw.com;
saldridge@barrettlawgroup.com; Matthew McCahill <mmccahill@kaplanfox.com>; Michael Mitchell
<mmitchell@bsfllp.com>; Scott Gant <sgant@bsfllp.com>; Sarah Jones <sjones@bsfllp.com>;
kbates@hausfeld.com; Adcox, Rachel J <radcox@axinn.com>; Rider, Tiffany <trider@axinn.com>;
Oppenheimer, Brooke J. <boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>;
Robert Kaplan <RKaplan@kaplanfox.com>; Eric R. Lifvendahl <elifvendahl@lgcounsel.com>;
Mandrika Moonsammy <mmoonsammy@kaplanfox.com>; Abigail Pershing
<abigailp@hbsslaw.com>; Raak, Amber M. <amraak@locklaw.com>; Schindler, Elizabeth A.
<easchindler@locklaw.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Bourne, Joseph C.
<jcbourne@locklaw.com>
**Cc:** AxinnServicePork <AxinnServicePork@axinn.com>
**Subject:** RE: in re Pork - upcoming depositions and 30(b)(6) topics

**Caution: External Email**

Adding Joe Bourne to this chain, who was omitted below. We'd appreciate Tyson using the service
list we have provided for plaintiffs.

Brian D. Clark | Partner
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S | Suite 2200 | Minneapolis MN  55401
V: 612-596-4089 | F: 612-339-0981 | www.locklaw.com

**From:** Taylor, Jarod G. <jtaylor@axinn.com>
**Sent:** Tuesday, May 17, 2022 11:23 AM
**To:** Clark, Brian D. <bdclark@locklaw.com>; Wagner, Arielle S. <aswagner@locklaw.com>; Lundberg,
Sarah M. <smlundberg@locklaw.com>; Bobby Pouya - Pearson, Simon & Warshaw, LLP
(bpouya@pswlaw.com) <bpouya@pswlaw.com>; mpearson@pswlaw.com; Shiftan, Benjamin E.
<bshiftan@pswlaw.com>; Swartzberg, Neil J. <nswartzberg@pswlaw.com>; Shana Scarlett
<shanas@hbsslaw.com>; riop@hbsslaw.com; breannav@hbsslaw.com; Hannah Song
<HannahSo@hbsslaw.com>; dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; Joshua
Rissman <jrissman@gustafsongluek.com>; bfinley@cuneolaw.com;
saldridge@barrettlawgroup.com; Matthew McCahill <mmccahill@kaplanfox.com>; Michael Mitchell
<mmitchell@bsfllp.com>; Scott Gant <sgant@bsfllp.com>; Sarah Jones <sjones@bsfllp.com>;
kbates@hausfeld.com; Adcox, Rachel J <radcox@axinn.com>; Rider, Tiffany <trider@axinn.com>;
Oppenheimer, Brooke J. <boppenheimer@axinn.com>; David Graham <dgraham@dykema.com>;
Robert Kaplan <RKaplan@kaplanfox.com>; Eric R. Lifvendahl <elifvendahl@lgcounsel.com>;
Mandrika Moonsammy <mmoonsammy@kaplanfox.com>; Abigail Pershing
<abigailp@hbsslaw.com>; Raak, Amber M. <amraak@locklaw.com>; Schindler, Elizabeth A.
<easchindler@locklaw.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>
**Cc:** AxinnServicePork <AxinnServicePork@axinn.com>

**Subject:** In re Pork - upcoming depositions and 30(b)(6) topics

Dear Counsel,

As you are aware, the fact discovery deadline is less than four months away, and we have not yet received plaintiffs' anticipated 30(b)(6) topics.  Assuming that plaintiffs do in fact intend to take a 30(b)(6) deposition of Tyson Foods, Tyson is considering designating either Shane Miller, Todd Neff, and/or Jason Brester as its 30(b)(6) designee(s).  However, since we do not have your topics, we are unable to make our determination, risking needlessly subjecting a single witness to multiple depositions.  Given that plaintiffs are noticing Messrs. Miller, Neff, and Brester as 30(b)(1) witnesses, in the interest of efficiency, please provide at least a draft of your 30(b)(6) topics so that we can discuss combining their 30(b)(1) and Tyson's 30(b)(6) depositions, or at least scheduling the 30(b)(6) deposition on consecutive days after the respective 30(b)(1) depositions.  Let us know if we should meet and confer regarding this request.

Thank you,
Jarod

**Jarod G. Taylor**
*Counsel*



Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
Office 860.275.8109
Fax 860.275.8101
jtaylor@axinn.com
**Axinn.com**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Notice: The information contained in this electronic mail and any attached documents from Axinn, Veltrop & Harkrider LLP is confidential. This email may be an attorney-client communication, and as such is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this electronic mail in error, please notify us immediately by telephone (212) 728-2200/(860) 275-8100 or by reply electronic mail to the sender. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Notice: The information contained in this electronic mail and any attached documents from Axinn, Veltrop & Harkrider LLP is confidential. This email may be an attorney-client communication, and as such is privileged and confidential. If you are not the intended

recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this electronic mail in error, please notify us immediately by telephone (212) 728-2200/(860) 275-8100 or by reply electronic mail to the sender. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
*************************************************************************
*************************************************************************
Notice: The information contained in this electronic mail and any attached documents from Axinn, Veltrop & Harkrider LLP is confidential. This email may be an attorney-client communication, and as such is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this electronic mail in error, please notify us immediately by telephone (212) 728-2200/(860) 275-8100 or by reply electronic mail to the sender. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
*************************************************************************
*************************************************************************
Notice: The information contained in this electronic mail and any attached documents from Axinn, Veltrop & Harkrider LLP is confidential. This email may be an attorney-client communication, and as such is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this electronic mail in error, please notify us immediately by telephone (212) 728-2200/(860) 275-8100 or by reply electronic mail to the sender. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
*************************************************************************
*************************************************************************
Notice: The information contained in this electronic mail and any attached documents from Axinn, Veltrop & Harkrider LLP is confidential. This email may be an attorney-client communication, and as such is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this electronic mail in error, please notify us immediately by telephone (212) 728-2200/(860) 275-8100 or by reply electronic mail to the sender. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
*************************************************************************
*************************************************************************

Notice: The information contained in this electronic mail and any attached documents from Axinn, Veltrop & Harkrider LLP is confidential. This email may be an attorney-client communication, and as such is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this electronic mail in error, please notify us immediately by telephone (212) 728-2200/(860) 275-8100 or by reply electronic mail to the sender. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
**********************************************************************
**********************************************************************
Notice: The information contained in this electronic mail and any attached documents from Axinn, Veltrop & Harkrider LLP is confidential. This email may be an attorney-client communication, and as such is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this electronic mail in error, please notify us immediately by telephone (212) 728-2200/(860) 275-8100 or by reply electronic mail to the sender. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
**********************************************************************
**********************************************************************
Notice: The information contained in this electronic mail and any attached documents from Axinn, Veltrop & Harkrider LLP is confidential. This email may be an attorney-client communication, and as such is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this electronic mail in error, please notify us immediately by telephone (212) 728-2200/(860) 275-8100 or by reply electronic mail to the sender. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
**********************************************************************