## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br>*MDL DAP Actions* | Civil No. 18-cv-01776 (JRT/JFD)<br>Civil No. 21-cv-02998 (JRT/JFD) |

### [PROPOSED] ORDER AMENDING THE PRETRIAL CASE MANAGEMENT AND SCHEDULING ORDER WITH RESPECT TO MDL DAPS' CONSOLIDATED COMPLAINT

The Court has reviewed and considered the Stipulation to Amend the Pretrial Scheduling Order Regarding MDL DAPs' Consolidated Complaint. The Court hereby orders that:

1. MDL DAPs shall file a single consolidated complaint by December 5, 2022;

2. Each Defendant family shall answer or otherwise respond to the consolidated complaint by January 20, 2023; and

3. The Parties shall file a proposed order (1) governing the process by which any future MDL DAP shall join the consolidated complaint, including a proposed short-form complaint if appropriate, and (2) governing the process by which Defendants shall answer or otherwise respond to complaints filed by any future MDL DAPs (or by which their prior answer to the consolidated complaint shall apply to complaints filed by any future MDL DAPs) by December 12, 2022.

**IT IS SO ORDERED.**
Dated: _____                                           _____
                                                                                        Hon. John R. Tunheim
                                                                                        United States District Judge