UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br>*Howard B. Samuels, solely as Chapter 7 Trustee of the Estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc., and SVT, LLC.* | Civil No. 18-cv-01776 (JRT/JFD) |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

PLEASE TAKE NOTICE that Chase C. Keibler of the law firm Keibler Law Group LLC hereby enters his appearance as counsel on behalf of Plaintiff Howard B. Samuels, solely as Chapter 7 Trustee of the Estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc., and SVT, LLC.  Mr. Keibler is admitted or otherwise authorized to practice in this Court.

This 25th day of October, 2022.

/s/ Chase Keibler
Chase C. Keibler
Keibler Law Group LLC
6923 N Trenholm Rd
Columbia, SC 29206
PHONE:  803.830.7241
FAX:  803.803. 7264
Chase@KeiblerLaw.com

*Attorney for Plaintiff Howard B. Samuels, solely as Chapter 7 Trustee of the Estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc., and SVT, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of October, 2022, I caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system on all counsel of record.