# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-1776 (JRT/JFD) |
| | **CONSUMER INDIRECT PURCHASER PLAINTIFFS' AND WALMART'S STIPULATION TO EXTEND THE FACT DISCOVERY DEADLINE** |
| *This Document Relates to:* | |
| All Consumer Indirect Purchaser Actions | |

WHEREAS, on February 15, 2021, Consumer Indirect Purchaser Plaintiffs (Plaintiffs) issued a subpoena to Wal-Mart Stores, Inc. (Walmart) seeking production of, among other things, transactional data relating to Walmart's purchases and sales of pork products;

WHEREAS, the subpoena also sought production from Walmart's subsidiary, Sam's Club;

WHEREAS, Walmart has made numerous data productions in response to Plaintiffs' subpoena requests, including a production on October 28, 2022.

WHEREAS, on October 30, 2022, Plaintiffs raised various questions about Walmart's data productions;

WHEREAS, Plaintiffs, on the one hand, and Walmart, on the other hand, agree that Walmart will investigate the data questions raised by Plaintiffs and, if necessary, produce additional data;

WHEREAS, the current deadline for fact discovery is October 31, 2022;

WHEREAS, given the complexities of this data, good cause exists for an extension of the current fact discovery deadline;

WHEREAS, Plaintiffs and Walmart have conferred and agree to a two (2) week extension of the current fact discovery deadline for the sole purpose of Walmart investigating the data questions raised by Plaintiffs and, if necessary, producing additional data;

WHEREAS, a two (2) week extension would move the fact discovery deadline from October 31, 2022, to November 11, 2022;

ACCORDINGLY, Plaintiffs and Walmart stipulate and hereby request that the Court extend the fact discovery deadline from October 31, 2022, to November 11, 2022.

DATED: October 31, 2022

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: ___/s/ Shana E. Scarlett_____
    SHANA E. SCARLETT
Rio Pierce
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
elaine@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com

- 1 -

dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Counsel for Consumer Indirect Purchaser
Plaintiffs*

By: */s/ Ravi Bhalla*

Neal S. Manne
Ryan Caughey
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Phone:  (713) 651-9366
nmanne@susmangodfrey.com
rcaughey@susmangodfrey.com

Shawn J. Rabin
Steven M. Shepard
Ravi P.S. Bhalla
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Phone:  (212) 336-8330
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
rbhalla@susmangodfrey.com

*Counsel for Walmart Inc.*