UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to*:<br><br>All Consumer Indirect Purchaser Actions | Case No. 18-1776 (JRT/JFD)<br><br>**[PROPOSED] ORDER GRANTING CONSUMER INDIRECT PURCHASER PLAINTIFFS' AND WALMART'S STIPULATION TO EXTEND THE FACT DISCOVERY DEADLINE** |

The Court has reviewed and considered Consumer Indirect Purchaser Plaintiffs and Walmart's Stipulation to Extend the Deadline for Third Party Production of Supplemental Data ("Stipulation"). The Court hereby grants the Stipulation and extends the fact discovery deadline from October 31, 2022, to November 11, 2022 for the purposes described in the Stipulation.

**IT IS SO ORDERED.**

DATED: _____

_____

HON. JOHN F. DOCHERTY
UNITED STATES MAGISTRATE
JUDGE

- 2 -

Presented by:

HAGENS BERMAN SOBOL SHAPIRO LLP

Shana E. Scarlett
Rio Pierce
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile:  (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

- 2 -