UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

Civil No. 18-1776 (JRT/JFD)

This Document Relates To:

ALL ACTIONS

**ORDER AMENDING THE PRETRIAL CASE MANAGEMENT AND SCHEDULING ORDER WITH RESPECT TO MDL DAP'S CONSOLIDATED COMPLAINT**

The Court has reviewed and considered the Stipulation to Amend the Pretrial Scheduling Order Regarding MDL DAP's[1] Consolidated Complaint. (Oct. 25, 2022, Docket No. 1565.) The Court will amend Pretrial Order No. 1 (Oct. 4, 2022, Docket No. 1525) as follows:

1. MDL DAPs shall file a single consolidated complaint by December 5, 2022;

2. Each Defendant family shall answer or otherwise respond to the consolidated complaint by January 20, 2023; and

3. The Parties shall file a proposed order (1) governing the process by which any future MDL DAP shall join the consolidated complaint, including a proposed short-form complaint if appropriate, and (2) governing the process by which Defendants

---

[1] "MDL DAPs" refers to the Direct Action Plaintiffs in all cases transferred to this Court as part of this MDL proceeding as of the date of this Order.

-2-

shall answer or otherwise respond to the complaints filed by any future MDL DAPs (or by which their prior answer to the consolidated complaint shall apply to future DAPs' complaints) by December 12, 2022.

DATED: November 1, 2022
at Minneapolis, Minnesota.

                                            JOHN R. TUNHEIM
                                      United States District Judge