# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: PORK ANTITRUST LITIGATION     NOTICE OF APPEARANCE

Case No: 18-cv-1776 (JRT/HB)

The undersigned attorney hereby notifies the Court and counsel that Abby Wolf, shall appear as counsel of record for Consumer Indirect Purchaser Plaintiffs in this case.

Dated: November 1, 2022         /s/ Abby Wolf
Abby Wolf
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
abbyw@hbsslaw.com