**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br><br>This Document Relates To:<br>*All Actions* | Case No. 0:18-cv-1776 (JRT/JFD) |

**STIPULATION REGARDING COMPLETION**
**OF CERTAIN DISCOVERY AFTER THE  FACT DISCOVERY DEADLINE**

Direct Purchaser Plaintiffs; Commercial Indirect Purchaser Plaintiffs; Consumer Indirect Purchaser Plaintiffs; the Commonwealth of Puerto Rico; and Direct Action Plaintiffs (collectively "Plaintiffs"), and Defendants Agri Stats, Inc. ("Agri Stats"); Clemens Food Group, LLC, Clemens Family Corporation ("Clemens"); Hormel Foods Corporation, Hormel Foods, LLC ("Hormel"); JBS USA Food Company ("JBS"); Seaboard Foods, LLC ("Seaboard"); Smithfield Foods, Inc. ("Smithfield"); Triumph Foods, LLC ("Triumph"); and Tyson Foods, Inc., Tyson Prepared Foods, Inc., Tyson Fresh Meats, Inc. ("Tyson") (collectively "the Stipulating Defendants") (and together, the "Stipulating Parties"), reserving all rights, hereby stipulate as follows and move as follows:

1. **Plaintiffs and Clemens stipulate and move as follows:**

   a. On September 26, 2022, Plaintiffs and Clemens agreed to schedule the deposition of Clemens witness George Wean for November 15, 2022, based on the witness's availability. Plaintiffs and Clemens are unable to schedule the deposition of Mr. Wean prior to the close of fact discovery.

b.     Plaintiffs and Clemens respectfully request the Court to order that Plaintiffs may take the deposition of Mr. Wean on November 15, 2022, or another mutually agreeable date and time after the close of fact discovery.

c.     Plaintiffs discussed scheduling the deposition of Clemens witness Craig Edsill during the summer and fall of 2022. They initially scheduled Mr. Edsill's deposition for September 30, 2022, which was subsequently rescheduled to October 27, 2022, and then November 1, 2022, to accommodate his schedule.

d.     Plaintiffs and Clemens respectfully request the Court to order that Plaintiffs may take the deposition of Mr. Edsill after the close of fact discovery on November 1, 2022, or another mutually agreeable date and time.

2.     **Plaintiffs and Hormel stipulate and move as follows:**

a.     On September 16, 2022, Plaintiffs served a Rule 30(b)(6) notice and schedule of topics for examination on Defendant Hormel, to take place by agreement on September 29, 2022, and October 25, 2022. Plaintiffs deposed Hormel for approximately 3.5 hours on September 29, 2022. Due to later-arising witness conflicts on October 25, 2022, Hormel subsequently requested, and Plaintiffs agreed, to complete the remaining portion of the Rule 30(b)(6) deposition on November 3, 2022.

b.     Plaintiffs and Hormel respectfully request the Court to order that Plaintiffs may complete the noticed Rule 30(b)(6) deposition of Hormel after the close of fact discovery at a mutually agreeable date and time.

3.      **Plaintiffs and JBS stipulate and move as follows:**

a.      On September 26, 2022, Plaintiffs requested the deposition of JBS witness Ryan Andersland. On October 20, 2022, JBS counsel stated that Mr. Andersland's deposition would need to be rescheduled.

b.      Plaintiffs and JBS respectfully request that the Court order that Plaintiffs may take the deposition of Mr. Andersland after the close of fact discovery at a mutually agreeable date and time.

4.      **Plaintiffs and Seaboard stipulate and move as follows:**

a.      On June 11, 2022, Plaintiffs requested the deposition of Seaboard witness Duke Sand. On October 12, 2022, the first part of Mr. Sand's deposition occurred. Plaintiffs, Seaboard and counsel for Mr. Sand are in discussions to schedule the second part of Mr. Sand's deposition.

b.      Plaintiffs and Seaboard respectfully request that the Court order that Plaintiffs may complete the deposition of Mr. Sand after the close of fact discovery at a mutually agreeable date and time.

5.      **Plaintiffs and Smithfield stipulate and move as follows:**

a.      Plaintiffs served a Rule 30(b)(6) notice and schedule of topics for examination on Defendant Smithfield. Plaintiffs and Smithfield have been unable to schedule Smithfield's Rule 30(b)(6) deposition prior to the close of fact discovery. Plaintiffs will depose one of Smithfield's corporate representatives on November 17. The date for the other representative is still being negotiated.

b.      Plaintiffs and Smithfield respectfully request the Court to order that Plaintiffs may take the noticed Rule 30(b)(6) deposition of Smithfield after the close of fact discovery at a mutually agreeable date and time.

6.      **Plaintiffs and Tyson stipulate and move as follows:**

a.      On September 16, 2022, Plaintiffs requested the deposition of Tyson witness Roel Andriessen. Due to Mr. Andriessen's schedule, Plaintiffs and Tyson were unable to schedule the deposition of Mr. Andriessen prior to the close of fact discovery.

b.      Plaintiffs took Mr. Andriessen's deposition on November 2, 2022, and Plaintiffs and Tyson respectfully request that the Court order *nunc pro tunc* that Plaintiffs may take the deposition of Mr. Andriessen on November 2, 2022.

c.      On September 9, 2022, Plaintiffs requested the deposition of Tyson witness Jay Krehbiel. Due to Mr. Krehbiel's schedule, Plaintiffs and Tyson were unable to schedule the deposition of Mr. Krehbiel prior to the close of fact discovery.

d.      Plaintiffs and Tyson respectfully request that the Court order that Plaintiffs may take the deposition of Mr. Krehbiel on November 16, 2022, or at a mutually agreeable date and time after the close of fact discovery.

e.      Plaintiffs served a Rule 30(b)(6) notice and schedule of topics for examination on Defendant Tyson. Plaintiffs and Tyson have been unable to schedule Tyson's Rule 30(b)(6) deposition prior to the close of fact discovery. Tyson have agreed the deposition shall occur from November 16-17, 2022.

f.     Plaintiffs and Tyson respectfully request the Court to order that Plaintiffs may take the noticed Rule 30(b)(6) deposition of Tyson after the close of fact discovery on November 16-17, 2022, or at a mutually agreeable date and time.

7.     **The Stipulating Parties agree and move as follows:**

a.     The agreement for written discovery is as follows:

i.     Defendants served interrogatories on Plaintiffs in 2021 (and on certain later-filing Direct Action Plaintiffs in 2022), and in their Responses and Objections, Plaintiffs objected to certain of such interrogatories on the grounds that they were premature contention interrogatories.

ii.     Defendants served additional interrogatories on Plaintiffs in late September 2022.

iii.     Defendants served requests for admission on Plaintiffs in late September 2022.

iv.     Plaintiffs served interrogatories on Defendants in late September 2022.

v.     By November 30, 2022, the Parties will identify any such interrogatory or request for admission to which they intend to stand on their prior objection(s) or to object in whole, without providing any substantive response. For the avoidance of doubt, a denial of a request for admission and/or answering an interrogatory pursuant to Rule 33(d) is a substantive response and need not be made by November 30, 2022.

vi.      By January 18, 2023, the Parties will provide or amend substantive responses to any written discovery covered in subsections i., ii., iii., and/or iv. above, unless a written discovery request was identified pursuant to subsection v. above.

b.      The deposition of Indiana Packers Corporation, to be taken pursuant to deposition subpoenas served by Plaintiffs and Defendants on September 16, 2022, may be taken at a mutually agreeable date and time on or before November 30, 2022.

c.      As specified in the Parties' Joint Case Management Conference Statement for October 17, 2022 Case Management Conference and at the October 17, 2022 conference, the previously noticed depositions of certain DAPs listed by Defendants in the Joint Statement (at 3-4) may occur after the fact discovery deadline on agreed-upon or mutually agreeable dates and times. Specifically, 30(b)(1) and 30(b)(6) depositions of the following DAPs may occur after the fact discovery deadline on agreed upon or mutually agreeable dates and times: Target, Compass Group, Aramark, QSCC, Gordon Foods, Conagra Brands, Aldi, UniPro, Kraft, and U.S. Foods; Rule 30(b)(6) depositions of the following DAPs may occur after the fact discovery deadline on agreed upon or mutually agreeable dates and times: Wakefern, Hy-Vee, Albertson's, Howard B Samuels as Trustee for Central Grocers and Strack & Van Til, Winn-Dixie & Bi-Lo Holdings, BJs, Giant Eagle, Cheney Brothers, Meijer, UNFI (including Supervalu, Associated Grocers of Florida, Unified Grocers, and Tony's Fine Foods), Nestle Purina PetCare Company, Nestle USA, Inc., and the Commonwealth of Puerto Rico; Rule 30(b)(1) depositions of the following DAPs may occur after the fact discovery deadline on agreed upon or mutually agreeable dates and times: Wakefern, Savemart, and Publix; and depositions of the

following DAPs may occur after the fact discovery deadline pursuant to agreement between counsel: Raley's and Dollar General. This stipulation will not impact any other dates in the litigation schedule.

        d.     The Stipulating Parties agree to comply with this Joint Stipulation pending the Court's approval.

        e.     The Stipulating Parties are simultaneously submitting a Proposed Order with this Joint Stipulation.

**IT IS SO STIPULATED.**

DATED: November 3, 2022          Respectfully submitted,

          */s/ Tiffany Rider Rohrbaugh*
          Tiffany Rider Rohrbaugh (pro hac vice)
          Rachel J. Adcox (pro hac vice)
          Lindsey Strang Aberg (pro hac vice)
          Brandon Boxbaum (pro hac vice)
          Allison Vissichelli (pro hac vice)
          Keith Holleran (pro hac vice)
          AXINN, VELTROP & HARKRIDER LLP
          1901 L Street NW
          Washington, DC 20036
          (202) 912-4700
          radcox@axinn.com
          trider@axinn.com
          lstrang@axinn.com
          bboxbaum@axinn.com
          avissichelli@axinn.com
          kholleran@axinn.com

          Jarod Taylor (pro hac vice)
          AXINN, VELTROP & HARKRIDER LLP
          90 State House Square
          Hartford, CT 06103
          (860) 275-8109
          jtaylor@axinn.com

Kail Jethmalani (pro hac vice)
Craig M. Reiser (pro hac vice)
Andrea Rivers (pro hac vice)
Victoria J. Lu (pro hac vice)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
kjethmalani@axinn.com
creiser@axinn.com
arivers@axinn.com
vlu@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

***Counsel for Tyson Foods, Inc., Tyson
Prepared Foods, Inc. and Tyson Fresh Meats,
Inc.***

*/s/ Shana E. Scarlett*
Shana E. Scarlett
Rio Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292

Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
elaine@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

***Counsel for Consumer Indirect Purchaser
Plaintiffs***

*/s/ Joseph C. Bourne*
Joseph C. Bourne (MN #0389922)
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Arielle S. Wagner (MN #0398332)
Stephen M. Owen (MN # 0399370)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
jcbourne@locklaw.com
wjbruckner@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com
smowen@locklaw.com

*/s/ Bobby Pouya*
Bobby Pouya
Clifford H. Pearson
Daniel L. Warshaw
Michael H. Pearson
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T: (818) 788-8300
cpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Melissa S. Weiner (MN #0387900)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
T: (612) 389-0600
mweiner@pswlaw.com

Bruce L. Simon
Benjamin E. Shiftan
Neil Swartzberg
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
bsimon@pswlaw.com
bshiftan@pswlaw.com
nswartzberg@pswlaw.com

***Co-Lead Class Counsel for Direct Purchaser Plaintiffs***

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
T: (651) 312-6518
sraiter@larsonking.com

*/s/ Blaine Finley*
Jonathan W. Cuneo
Joel Davidow
Blaine Finley
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
T: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.co

***Co-Lead Counsel for Commercial and
Institutional Indirect Purchaser Plaintiffs***

*/s/ Kyle G. Bates*
Kyle G. Bates
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
T: (415) 633-1908
kbates@hausfled.com

Peter B. Schneider
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
3700 Buffalo Speedway, Suite 300
Houston, Texas 77098
T: (713) 338-2560
F: (415)421-7105
pschneider@schneiderwallace.com

Todd M. Schneider
Matthew S. Weiler
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell St., Suite 1400
Emeryville, California 94608
T: (415) 421-7100
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
T: (480) 428-0145
gwotkyns@schneiderwallace.com

Domingo Emanuelli-Hernández
Attorney General
Guarionex Díaz Martínez
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
T: (787) 721-2900, ext. 2600, 2601
F: (787) 721-3223
gdiaz@justicia.pr.gov

***Counsel for the Commonwealth of Puerto Rico***

/s/ Robert N. Kaplan
Robert N. Kaplan
Matthew P. McCahill
Jason A. Uris
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, New York 10022
T: (212) 687-1980
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com
juris@kaplanfox.com

/s/ Eric R. Lifvendahl
Eric R. Lifvendahl
Ryan F. Manion
L&G LAW GROUP, LLP
175 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
T: (312) 364-2500
elifvendahl@lgcounsel.com
rmanion@lgcounsel.com

/s/ Richard L. Coffman
Richard L. Coffman
THE COFFMAN LAW FIRM
3355 W. Alabama St., Suite 240
Houston, Texas 77098
T: (713) 528-6700
rcoffman@coffmanlawfirm.com

/s/ Bernard D. Marcus
Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
Rachel A. Beckman
MARCUS & SHAPIRA LLP
One Oxford Center, 35th Floor
Pittsburgh, Pennsylvania 15219
T: (412) 471-3490
marcus@marcus-shapira.com
cain-mannix@marcus-shapira.com
hill@marcus-shapira.com
beckman@marcus-shapira.com

*Counsel for MDL DAPs Action Meat Distributors, Inc., Topco Associates, LLC, Alex Lee, Inc./Merchants Distributors, LLC, Associated Food Stores, Inc., Brookshire Grocery Company, Colorado Boxed Beef Co., Certco, Inc., The Golub Corporation, Nicholas & Co., PFD Enterprises, Inc., SpartanNash Company, Springfield Grocer Company, The Distribution Group d/b/a Van Eerden Foodservice Co., Troyer Foods, Inc., URM Stores, Inc., and Giant Eagle, Inc*.

*/s/ David C. Eddy*
David C. Eddy
Dennis J. Lynch
Travis C. Wheeler
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, South Carolina 29201
T: (803) 771-8900
deddy@nexsenpruet.com
dlynch@nexsenpruet.com
twheeler@nexsenpruet.com

**Counsel for MDL DAPs Conagra Brands, Inc., Nestlé USA, Inc.; Nestlé Purina PetCare Co.; Compass Group USA, Inc.; and Howard B. Samuels, solely as Chapter 7 Trustee of the Estate of Central Grocers, Inc.**

*/s/ David B. Esau*
**CARLTON FIELDS, P.A.**
David B. Esau
Email: desau@carltonfields.com
Kristin A. Gore
Email: kgore@carltonfields.com
Garth T. Yearick
Email: gyearick@carltonfields.com
Amanda R. Jesteadt
Email: ajesteadt@carltonfields.com
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070
Fax: (561) 659-7368

Roger S. Kobert
Email: rkobert@carltonfields.com
405 Lexington Avenue, 36th Floor
New York, New York 10174-3699
Tel: (212) 785-2577
Fax: (212) 785-5203

Aaron A. Holman
Email: aholman@carltonfields.com
Chelsey J. Clements
Email: cclements@carltonfields.com
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Tel: (407) 849-0300
Fax: (407) 648-9099

**CARLTON FIELDS, LLP**
Scott L. Menger
Email: smenger@carltonfields.com
2029 Century Park East, Suite 1200
Los Angeles, California 90067
Tel: (310) 843-6300
Fax: (301) 843-6301

**Counsel for Cheney Brothers, Inc.; Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust;**

/s/ Scott E. Gant
Scott E. Gant
Michael S. Mitchell
Sarah L. Jones
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, DC 20005
T: 202-237-2727
sgant@bsfllp.com
mmitchell@bsfllp.com
sjones@bsfllp.com

*Buffalo Wild Wings, Inc.; Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc.; and Restaurant Services, Inc.*

/s/ Colleen Harrison
Colleen Harrison
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
T: 914-749-8204
charrison@bsfllp.com

*Counsel for MDL DAPs Sysco Corporation and Amory Investments LLC*

/s/ *Patrick J. Ahern*
Patrick J. Ahern
Theodore B. Bell
AHERN & ASSOCIATES, P.C.
Willoughby Tower
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
T: (312) 404-3760
patrick.ahern@ahernandassociatespc.com
theo.bell@ahernandassociatespc.com

**Counsel for Plaintiffs Winn-Dixie Stores, Inc.; Bi-Lo Holdings, LLC; and Kraft Heinz Foods Company**

/s/ *Philip J. Iovieno*
Philip J. Iovieno
Nicholas A. Gravante, Jr.
Lawrence S. Brandman
Jack G. Stern
Gillian Groarke Burns
Mark A. Singer
Elizabeth R. Moore
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
T: (212) 504-6000
philip.iovieno@cwt.com
nicholas.gravante@cwt.com
lawrence.brandman@cwt.com
jack.stern@cwt.com
gillian.burns@cwt.com
mark.singer@cwt.com
elizabeth.moore@cwt.com

**Counsel for MDL DAPs Jetro Holdings, LLC and BJ's Wholesale Club, Inc. and Co-Counsel for Plaintiffs Kraft Heinz Foods Company; Winn-Dixie Stores, Inc.; and Bi-Lo Holdings, LLC**

By: /s/ *David P. Germaine*
Paul E. Slater
Joseph M. Vanek
David P. Germaine
Phillip F. Cramer
Alberto Rodriguez
Jeffrey H. Bergman
**SPERLING & SLATER, P.C.**
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
pes@sperling-law.com
jvanek@sperling-law.com
dgermaine@sperling-law.com
pcramer@sperling-law.com
arodriguez@sperling-law.com
jbergman@sperling-law.com

Christina Lopez
**SHERRARD ROE VOIGT & HARBISON, PLC**
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Phone: (615) 742-4200
clopez@srvhlaw.com

**Counsel for Direct Action Plaintiffs Associated Grocers of the South, Inc., Dollar General Corporation, Dolgencorp, LLC, Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc., Raley's, United Natural Foods, Inc., Supervalu, Inc., Associated Grocers of Florida, Inc., Unified Grocers, Inc., Tony's Fine Foods, and Wakefern Food Co**

/s/ Samuel J. Randall
Richard Alan Arnold, Esquire
William J.  Blechman, Esquire
Kevin J.  Murray, Esquire
Douglas H.  Patton, Esquire
Samuel J.  Randall, Esquire
Michael A.  Ponzoli, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida  33131
Tel:     (305) 373-1000
Fax:    (305) 372-1861
E-mail: rarnold@knpa.com
            wblechman@knpa.com
            kmurray@knpa.com
            dpatton@knpa.com
            srandall@knpa.com
            mponzoli@knpa.com

**Counsel for The Kroger Co., Albertsons Companies, Inc.,**
**Hy-Vee, Inc., Save Mart Supermarkets, and US Foods, Inc.**

/s/ Mark L. Johnson
Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200 Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (pro hac vice)
Christa Cottrell, P.C. (pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
**Counsel for Clemens Food Group, LLC**
**and The Clemens Family Corporation**

/s/ Craig. S. Coleman
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
FAEGRE DRINKER BIDDLE &
REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com

Jacob D. Bylund (pro hac vice)
Stephanie A. Koltookian (pro hac vice)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE &
REATH LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

Jonathan H. Todt (pro hac vice)
FAEGRE DRINKER BIDDLE &
REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 842-8800
jonathan.todt@faegredrinker.com

John S. Yi (pro hac vice)
FAEGRE DRINKER BIDDLE &
REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

**Counsel for Hormel Foods Corporation**

*/s/ Christopher A. Smith*
Aaron Chapin (#0386606)
Christopher A. Smith (pro hac vice)
Tessa K. Jacob (pro hac vice)
A. James Spung (pro hac vice)
Jason Husgen (pro hac vice)
Sarah L. Zimmerman (MDL registered)
Kate Ledden (MDL registered)
Tanner Cook (MDL registered)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com
kate.ledden@huschblackwell.com
tanner.cook@huschblackwell.com

**Counsel for Triumph Foods, LLC**

*/s/ Jessica J. Nelson*
Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402-4206
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (pro hac vice)
Michael B. Carlinsky (pro hac vice)
Sami H. Rashid (pro hac vice)
Richard T. Vagas (pro hac vice)
David B. Adler (pro hac vice)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor

New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

**Counsel for JBS USA Food Company**

*/s/ Peter H. Walsh*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (pro hac vice)
Justin W. Bernick (pro hac vice)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com
**Counsel for Agri Stats, Inc.**

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600 Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com peter.schwingler@stinson.com
william.thomson@stinson.com

J. Nicci Warr (pro hac vice)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105

2

(314) 863-0800
nicci.warr@stinson.com
**Counsel for Seaboard Foods LLC and Seaboard Corporation**

/s/ John A. Cotter
John A. Cotter (#0134296)
John A. Kvinge (#0392303)
LARKIN HOFFMAN DALY & LINDGREN LTD.
8300 Norman Center Drive, Suite 1000 Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (pro hac vice)
Josh Lipton (pro hac vice)
GIBSON, DUNN &CRUTCHER, LLP
1050 Connecticut Avenue, N.W. Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (pro hac vice)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
(972) 707-1809
brian@brownfoxlaw.com
**Counsel for Smithfield Foods, Inc.**