# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: PORK ANTITRUST LITIGATION        **NOTICE OF APPEARANCE**

Case No: 18-cv-1776 (JRT/HB)

The undersigned attorney hereby notifies the Court and counsel that Abigail Pershing, shall appear as counsel of record for Consumer Indirect Purchaser Plaintiffs in this case.

Dated: November 3, 2022            */s/ Abigail Pershing*
                                                    Abigail Pershing
                                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                                    1301 2nd Ave Suite 2000
                                                    Seattle, WA 98101
                                                    Telephone: (206) 623-7292
                                                    Facsimile: (206) 623-0594
                                                    abigailp@hbsslaw.com