UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | **COURT MINUTES**<br>BEFORE: JOHN F. DOCHERTY |
| This Document Relates to:<br>All Actions | U.S. MAGISTRATE JUDGE |
| | Case No. 18-cv-1776 (JRT/JFD)<br>Date: November 4, 2022<br>Location: Videoconference<br>Court Reporter: Erin Drost<br>Time in Court: 10:01–10:46 a.m. |

---

## MOTION HEARING

**APPEARANCES:**

Plaintiffs:

    For Direct Purchaser Plaintiffs: Joseph Bourne, Joseph Bruckner, Brian Clark, Jill Manning
    For Commercial and Institutional Indirect Purchaser Plaintiffs: Blaine Finley
    For Consumer Indirect Purchaser Plaintiffs: Daniel Nordin, Abby Wolf
    For MDL Direct Action Plaintiffs: Matt McCahill

Defendants:

    For Tyson Foods, Inc., et al.: Lindsey Strang Aberg, Jarod Taylor

**PROCEEDINGS**:

The Court held a hearing on Plaintiffs' Motion for Letters Rogatory for Tyson Employee Sumio Matsumoto (Dkt. No. 1536). For the reasons stated fully on the record, the Court **GRANTED** the motion. No written order will be issued, and the Court's oral ruling is the Court's formal order.

                                                *s/ ALM*
                                                Judicial Law Clerk