T 510.725.3000 F 510.725.3001




Shana Scarlett
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 HEARST AVENUE, SUITE 202
BERKELEY, CA 94710
www.hbsslaw.com
**Direct (510) 725-3032**
**shanas@hbsslaw.com**

November 8, 2022

**VIA ECF AND UPS**

Hon. John F. Docherty
United States Magistrate Judge
United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

Re: *In re Pork Antitrust Litigation*, No. 18-cv-01776 (JRT-JFD) (D. Minn.)
Request for International Judicial Assistance (Letter Rogatory)

Dear Judge Docherty,

Consistent with the Court's order on November 4, 2022, Plaintiffs have prepared a revised letter rogatory for the Court's signature and seal. A physical copy will be delivered to chambers, along with a prepaid return envelope. Once the Court returns the signed and sealed letter rogatory, Plaintiffs will work with their Canadian counsel to submit the letter rogatory to through the proper channels in Canada.

So that the electronic record contains a complete copy of materials provided to chambers, Plaintiffs are filing this letter and a copy of the letter rogatory on the ECF system.

Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP

S. Scarlett

Shana Scarlett
Attorney

SES:brm

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-1776 (JRT/JFD) |
| *This Document Relates to*: | **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)** |
| All Actions | |

Letters Rogatory to the Supreme Court of British Columbia:

The United States District Court for the District of Minnesota presents its compliments to the Supreme Court of British Columbia and requests international judicial assistance to obtain evidence to be used in a civil proceeding before this Court in the above captioned matter. The requested deposition is material to the facts at issue in this action and the discovery sought cannot be obtained without the assistance of the Supreme Court of British Columbia.

## I. STATEMENT OF REQUEST

Assistance is necessary in the interests of justice. The Court requests that the appropriate judicial authority of Canada compel the appearance of the person identified below to appear for a deposition, which may take place either by remote means or in a Canadian city of his choice.

**Witness Name:** Sumio Matsumoto
**Title:** Director of International Pork Sales at Tyson Foods
**Nationality:** Japan
**Current Residence:** British Columbia, Canada
**Witness Address:** 429-15168 33 Avenue Surrey, BC V3Z 0N7

## II. FACTS

In this consolidated proceeding, Plaintiffs[1] have brought civil antitrust and consumer protection claims alleging that Defendants[2] engaged in a price-fixing conspiracy to artificially constrict the supply of pork products in the domestic market of the United States, a *per se* violation of § 1 of the Sherman Act, 15. U.S.C. § 1.

Defendants allegedly implemented the conspiracy in part by exchanging detailed, competitively sensitive, and closely guarded non-public information about prices, capacity, sales volume, and demand through their co-conspirator, Defendant Agri Stats.

[1] There are three categories of class-action Plaintiffs who purchased pork products from Defendants: the Direct Purchaser Plaintiffs (DPPs), the Consumer Indirect Purchaser Plaintiffs (CIPPs), and the Commercial and Institutional Indirect Purchaser Plaintiffs (CIIPs). In addition, numerous entities have brought claims on their own behalf, instead of proceeding with the Class – these entities are referred to as the Direct Action Plaintiffs. Finally, the Commonwealth of Puerto Rico has brought its own claims. All Plaintiffs allege that Defendants engaged in a price-fixing conspiracy, in violation of § 1 of the Sherman Act, 15. U.S.C. § 1. DPPs bring a claim for treble damages under § 4 of the Clayton Act, 15 U.S.C. § 15(a). Some plaintiffs have also brought claims under consumer state antitrust and consumer protection statutes. *See* Amended Memorandum Opinion and Order, ECF No. 520 (October 20, 2020).

[2] Defendants include: Agri Stats, Inc. ("Agri Stats"), Clemens Food Group, LLC and The Clemens Family Corporation (together and separately, "Clemens"); Hormel Foods Corporation and Hormel Foods, LLC (together and separately, "Hormel"; JBS USA Food Company ("JBS"); Seaboard Foods LLC and Seaboard Corporation (together and separately, "Seaboard"); Smithfield Foods, Inc. ("Smithfield"); Triumph Foods, LLC ("Triumph"); and Tyson Foods, Inc., Tyson Fresh Meats, Inc. and Tyson Prepared Foods, Inc. (together and separately, "Tyson"). *See* Amended Memorandum Opinion and Order, ECF No. 520 (October 20, 2020).

*See* Amended Memorandum Opinion and Order, ECF No. 520 (October 20, 2020). Agri Stats is a company that each of the Defendants worked with; it gathered detailed financial information from the Defendants, which it then standardized and made accessible to each Defendant. *Id.* Through the "benchmarking" reports generated by Agri Stats, Defendants were able to decipher which data belonged to which Defendant, thereby allowing them to monitor one another's pork production "and hence control supply and price[.]" *Id.* (quoting DPP complaint). The Agri Stats information was not publicly available.

During the conspiracy period, Sumio Matsumoto worked for Defendant Tyson and worked in the United States. Mr. Matsumoto is now an employee of Hillshire Canada (a Tyson subsidiary). Documents and deposition testimony presented to the Court indicate that Mr. Matsumoto was involved in Tyson's attempts to deanonymize the Agri Stats reports to identify competitors. Mr. Matsumoto served as a source for deanonymizing the reports and a check on the other Tyson employees' own deanonymization attempts. Only Sumio Matsumoto can testify to his process for identifying competitors in the reports.

On September 16, 2022, Defendant Tyson informed Plaintiffs that its counsel represented Mr. Matsumoto, but that he would not willingly sit for a deposition. Plaintiffs asked this Court to issue these letters rogatory. Plaintiffs intend to take the deposition of Mr. Matsumoto to ask him about his role in the alleged conspiracy. This Court finds that if it had jurisdiction over Mr. Matsumoto, it would compel him to appear for a deposition – either by remote means through video conferencing technology, or in a city of his choice. Under this Court's prior orders, Plaintiffs may take up to 7 hours to question the witness.

## III. RECIPROCITY

In the furtherance of justice and by the proper and usual process of this court, the United States District Court for the District of Minnesota assures the judicial authorities of Canada that it is willing to provide similar cooperation and assistance to the judicial authorities of Canada if Canada requests similar assistance.

## IV. THE EVIDENCE SOUGHT WILL ONLY BE USE IN SUPPORT OF THE ABOVE CAPTIONED MATTER

The Court has entered a protective order requiring the confidential treatment of documentary evidence secured during this action. The protective order precludes parties from using such evidence in other legal proceedings apart from the within action, without the consent of the person or entity producing the materials.

## V. REIMBURSEMENT FOR COSTS

Plaintiffs are willing to reimburse the judicial authorities of Canada for its costs incurred in the execution of this Court's Letter Rogatory. The contact information for the party submitting the payment is as follows:

Shana Scarlett
Counsel for the Consumer Indirect Purchaser Plaintiffs
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

DATED: _______________

_______________________________________________
HONORABLE JOHN F. DOCHERTY
UNITED STATES MAGISTRATE JUDGE

SEAL OF THE COURT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-1776 (JRT/JFD) |
|---|---|
| *This Document Relates to*: All Actions | |

**PLAINTIFFS' NOTICE OF DEPOSITION OF SUMIO MATSUMOTO**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, Consumer Indirect Purchaser Plaintiffs, the Commonwealth of Puerto Rico, and Direct Action Plaintiffs (collectively "Plaintiffs") will take the deposition of Sumio Matsumoto on a date to be determined, commencing at 09:00 a.m. Central Time, with counsel appearing remotely via Zoom.

Plaintiffs reserve the right to proceed via remote deposition pursuant to the Deposition Protocol Order dated November 30, 2021 (ECF No. 1018). The deposition will be taken before an officer authorized to administer oaths pursuant to the Federal Rules of Civil Procedure and the Court's Remote Deposition Protocol Order. Plaintiffs reserve the right to make a video recording of the deposition testimony, and to use such video at the time of any trial.

NOTICE IS FURTHER GIVEN that Plaintiffs reserve the right to utilize electronic exhibit software during the deposition.

**Attorneys intending to appear remotely should provide their name and email address to the Veritext Court Reporting Service (pork@veritext.com) at least 48 hours prior to the commencement of the deposition.**

DATED: November 8, 2022

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *_/s/ Shana E. Scarlett_*
SHANA E. SCARLETT
Rio Pierce
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

*/s/ Bobby Pouya*
Bobby Pouya (Pro Hac Vice)
Clifford H. Pearson (Pro Hac Vice)
Daniel L. Warshaw (Pro Hac Vice)
Michael H. Pearson (Pro Hac Vice)
PEARSON, SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com
mpearson@pswlaw.com

Melissa S. Weiner (MN #0387900)
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pswlaw.com

*/s/ Kyle G. Bates*
Kyle G. Bates
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
T: (415) 633-1908
kbates@hausfled.com

Peter B. Schneider
SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP
3700 Buffalo Speedway, Suite 300
Houston, Texas 77098
T: (713) 338-2560
F: (415)421-7105
pschneider@schneiderwallace.com

Todd M. Schneider
Matthew S. Weiler
SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP
2000 Powell St., Suite 1400
Emeryville, California 94608
T: (415) 421-7100
tschneider@schneiderwallace.com

Benjamin E. Shiftan
PEARSON, SIMON & WARSHAW, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bshiftan@pswlaw.com

***Co-Lead Class Counsel for Direct Purchaser Plaintiffs***

mweiler@schneiderwallace.com

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
T: (480) 428-0145
gwotkyns@schneiderwallace.com

Domingo Emanuelli-Hernández
Attorney General
Guarionex Díaz Martínez
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
T: (787) 721-2900, ext. 2600, 2601
F: (787) 721-3223
gdiaz@justicia.pr.gov

***Counsel for the Commonwealth of Puerto Rico***

*/s/ W. Joseph Bruckner*
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Joseph C. Bourne (MN #0389922)
Arielle S. Wagner (MN #0398332)
Simeon A. Morbey (MN #0391338)
Stephen M. Owen (MN # 0399370)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
jcbourne@locklaw.com
aswagner@locklaw.com

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN# 240424)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

Jonathan W. Cuneo (*pro hac vice*)
Blaine Finley (*pro hac vice*)
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
bfinley@cuneolaw.com

samorbey@locklaw.com
smowen@locklaw.com

***Co-Lead Class Counsel for Direct Purchaser Plaintiffs***

*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

*/s/ Matthew P. McCahill*
Matthew P. McCahill
Robert N. Kaplan
Jason A. Uris
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, New York 10022
T: (212) 687-1980
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com
juris@kaplanfox.com

Eric R. Lifvendahl
Ryan F. Manion
L&G LAW GROUP, LLP
175 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
T: (312) 364-2500
elifvendahl@lgcounsel.com
rmanion@lgcounsel.com

Richard L. Coffman
THE COFFMAN LAW FIRM
3355 W. Alabama St., Suite 240
Houston, Texas 77098
T: (713) 528-6700
rcoffman@coffmanlawfirm.com

Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
Rachel A. Beckman
MARCUS & SHAPIRA LLP
One Oxford Center, 35th Floor
Pittsburgh, Pennsylvania 15219
T: (412) 471-3490
marcus@marcus-shapira.com
cain-mannix@marcus-shapira.com
hill@marcus-shapira.com
beckman@marcus-shapira.com

***Counsel for MDL DAPs Action Meat Distributors, Inc., Topco Associates, LLC, Alex Lee, Inc./Merchants Distributors, LLC, Associated Food Stores, Inc., Brookshire Grocery***

Scott E. Gant
Michael S. Mitchell
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, DC 20005
T: 202-237-2727
sgant@bsfllp.com
mmitchell@bsfllp.com
sjones@bsfllp.com

Colleen Harrison
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
T: 914-749-8204
charrison@bsfllp.com

Sarah L. Jones
BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street
Los Angeles, California 90017
T: 213-629-9040
sjones@bsfllp.com

***Counsel for Sysco Corporation and Amory Investments LLC***

David C. Eddy
Dennis J. Lynch
Travis C. Wheeler
Chase C. Keibler
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, South Carolina 29201
Telephone: (803) 771-8900
Facsimile: (803) 253-8277
Email: deddy@nexsenpruet.com
Email: dlynch@nexsenpruet.com
Email: twheeler@nexsenpruet.com
Email: ckeibler@nexsenpruet.com

***Counsel for Plaintiffs Conagra Brands, Inc.; Nestlé USA, Inc.; Nestlé Purina PetCare Co.; Howard B. Samuels, acting solely in his capacity as Chapter 7 trustee for the***

***Company, Colorado Boxed Beef Co., Certco, Inc., The Golub Corporation, Nicholas & Co., PFD Enterprises, Inc., SpartanNash Company, Springfield Grocer Company, The Distribution Group d/b/a Van Eerden Foodservice Co., Troyer Foods, Inc., URM Stores, Inc., and Giant Eagle, Inc. on behalf of all Direct Action Plaintiffs***

Patrick J. Ahern
Theodore B. Bell
AHERN & ASSOCIATES, P.C.
Willoughby Tower
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
T: (312) 404-3760
patrick.ahern@ahernandassociatespc.com
theo.bell@ahernandassociatespc.com

***Counsel for Plaintiffs Winn-Dixie Stores, Inc.; Bi-Lo Holdings, LLC; and Kraft Heinz Foods Company***

William C. Lavery
Christopher P. Wilson
Danielle Morello
Wyatt M. Carlock
BAKER BOTTS LLP
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
william.lavery@bakerbotts.com
christopher.wilson@bakerbotts.com
danielle.morello@bakerbotts.com
wyatt.carlock@bakerbotts.com

***bankruptcy of the estate of Central Grocers, Inc.; and Compass Group USA, Inc.***

Richard A. Arnold, Esquire
William J. Blechman, Esquire
Kevin A. Murray, Esquire
Douglas H. Patton, Esquire
Samuel J. Randall, Esquire
Michael A. Ponzoli, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com
dpatton@knpa.com
srandall@knpa.com
mponzoli@knpa.com

***Counsel for The Kroger Co., Albertsons Companies, Inc., Hy-Vee Inc., Save Mart Supermarkets, and US Foods, Inc.***

David B. Esau
Email: desau@carltonfields.com
Kristin A. Gore
Email: kgore@carltonfields.com
Garth T. Yearick
Email: gyearick@carltonfields.com
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070
Fax: (561) 659-7368

Roger S. Kobert
Email: rkobert@carltonfields.com
405 Lexington Avenue, 36th Floor
New York, New York 10174-3699
Tel: (212) 785-2577
Fax: (212) 785-5203

Aaron A. Holman
Email: aholman@carltonfields.com
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Tel: (407) 849-0300
Fax: (407) 648-9099

***Counsel for Cheney Brothers, Inc.; Subway Protein Litigation Corp., as***

***Attorneys for Plaintiff ALDI, Inc.***

Philip J. Iovieno
Nicholas A. Gravante, Jr.
Karen C. Dyer
Lawrence S. Brandman
Jack G. Stern
Gillian Groarke Burns
Mark A. Singer
Elizabeth R. Moore
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
T: (212) 504-6000
philip.iovieno@cwt.com
nicholas.gravante@cwt.com
karen.dyer@cwt.com
lawrence.brandman@cwt.com
jack.stern@cwt.com
gillian.burns@cwt.com
mark.singer@cwt.com
elizabeth.moore@cwt.com

***Counsel for MDL DAPs Jetro Holdings, LLC and BJ's Wholesale Club, Inc. and Co-Counsel for Plaintiffs Kraft Heinz Foods Company; Winn-Dixie Stores, Inc.; and Bi-Lo Holdings, LLC***

***Litigation Trustee of the Subway® Protein Litigation Trust; Buffalo Wild Wings, Inc.; Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc; and Restaurant Services, Inc.***

Paul E. Slater
Joseph M. Vanek
David P. Germaine
Alberto Rodriguez
Jeffrey H. Bergman
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
pes@sperling-law.com
jvanek@sperling-law.com
dgermaine@sperling-law.com
arodriguez@sperling-law.com
jbergman@sperling-law.com

Phillip F. Cramer
Christina Lopez
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Tel: (615) 742-4200
pcramer@srvhlaw.com
clopez@srvhlaw.com

***Counsel for Associated Grocers of the South, Inc., Dollar General Corporation, Dolgencorp, LLC, Meijer, Inc., Meijer Distribution Inc., Publix Super Markets, Inc., Raley's, United Natural Foods, Inc., SuperValu, Inc., Associated Grocers of Florida, Inc., Unified Grocers, Inc., Tony's Fine Foods, and Wakefern Food Corp.***