# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## STATUS CONFERENCE

In Re: Pork Antitrust Litigation

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 18-1776 JRT/JFD |
| Date: | November 4, 2022 |
| Deputy: | Heather Arent |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 10:32 a.m. |
| Time Concluded: | 10:44 a.m. |
| Time in Court: | 12 Minutes |

Hearing on: Settlement Preliminary Approval

**PROCEEDINGS**

The parties presented arguments in favor of their Motion for Preliminary Approval of the Class Action Settlement Between Consumer Indirect Purchaser Plaintiffs and Defendant Smithfield Foods, Inc. and to Direct Notice to the Settlement Class. [ECF No. 1513.]

The Court granted the motion. Written order forthcoming.

**APPEARANCES BY VIDEOCONFERENCE:**

**Plaintiffs:** Shana Scarlett, Michelle J. Looby

**Defendant:** Brian Robison

s/Heather Arent
Courtroom Deputy Clerk