## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-cv-01776 (JRT/JFD) |
| This Document Relates to: *The Actions of Certain DAPs and The Commonwealth of Puerto Rico* | |

## CERTIFICATE OF COMPLIANCE REGARDING MEMORANDUM OF CERTAIN DAPS AND THE COMMONWEALTH OF PUERTO RICO IN SUPPORT OF MOTION TO COMPEL

I, Sarah Jones, certify that this brief complies with the type-volume limitation of D. Minn. L.R. 7.1(f) and with the type-size limit of D. Minn. L.R. 7.1(h).  The brief has 2,466 words of type, font size 13 and was prepared using Microsoft Word, which includes all text, including headings, footnotes, and quotations in the word count.

Dated: November 14, 2022

/s/ Sarah L. Jones
Sarah L. Jones
**BOIES SCHILLER FLEXNER LLP**
725 South Figueroa Street
Los Angeles, California 90017
Tel: 213-629-9040
Fax: 213-629-9022
sjones@bsfllp.com

*Counsel for Plaintiffs Sysco Corporation and Amory Investments LLC*