UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*The Actions of Certain DAPs and The Commonwealth of Puerto Rico* | Civil No. 18-cv-01776 (JRT/JFD) |

**DECLARATION OF MICHAEL S. MITCHELL IN SUPPORT OF
THE MOTION TO COMPEL OF CERTAIN DAPS AND THE
COMMONWEALTH OF PUERTO RICO**

I, Michael S. Mitchell, declare as follows:

1. I am an attorney with the law firm of Boies Schiller Flexner LLP and counsel in this matter for the Direct Action Plaintiffs Sysco Corporation and Amory Investments LLC. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

| EXHIBIT | DESCRIPTION |
|---|---|
| A | September 14, 2022 Notice of 30(b)(6) Deposition to JBS USA Food Company |
| B | September 20, 2022 Responses and Objections to the Notice of 30(b)(6) Deposition |
| C | September 22, 2022 Amended Notice of 30(b)(6) Deposition |
| D | September 22, 2022 Email Correspondence From Michael S. Mitchell to Counsel for JBS |

| | |
|---|---|
| E | September 23, 2022 Responses and Objections to the Amended Notice of 30(b)(6) Deposition |
| F | Code of Conduct of JBS (JBS-PORK-02531078- JBS-PORK-02531087) |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 14th day of November, 2022 at Washington, D.C.

                                                  Respectfully submitted,

                                                  */s/ Michael S. Mitchell*

Michael S. Mitchell
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave., NW
Washington, DC 20005
Tel: 202-237-2727
Fax: 202-237-6131
mmitchell@bsfllp.com

*Counsel for Plaintiffs Sysco Corporation and Amory Investments LLC*