# Exhibit F

**Redacted Version**