UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*The Actions of Certain DAPs and The Commonwealth of Puerto Rico* | Civil No. 18-cv-01776 (JRT/JFD) |

**[PROPOSED] ORDER GRANTING THE MOTION TO COMPEL
OF CERTAIN DAPS AND THE COMMONWEALTH OF PUERTO RICO**

Having come for hearing before the undersigned Magistrate Judge of the United States District Court for the District of Minnesota, and based upon all the filings, records, proceedings, and arguments of counsel,

**IT IS HEREBY ORDERED** that the Motion to Compel filed by certain Direct Action Plaintiffs' [ECF 1593] is **GRANTED** in its entirety. JBS USA ("JBS") shall prepare and provide a witness for the 30(b)(6) deposition of JBS on the following portions of Topics 20 and 23 of the Amended Notice:

> **Topic 20:** Your policies and/or codes of conduct, including any discussions of: communications with competitors or their employees; participation in industry trade groups, conferences, or meetings; . . . and compliance with, or training related to, the antitrust laws.

**Topic 23:** The existence and language of Your written policies and/or codes of conduct concerning: communications with competitors or their employees; participation in industry trade groups, conferences, or meetings; . . . and compliance with, or training related to, the antitrust laws (including certification and frequency of such training). This Topic includes when and how the language of such written policies were changed.

**IT IS SO ORDERED.**

Dated:

                                          JOHN F. DOCHERTY
                                          United States Magistrate Judge