

4725 Wisconsin Ave, NW
Suite 200
Washington, DC 20016
Tel: (202) 789-3960
Fax: (202) 789-1813
www.cuneolaw.com

Blaine Finley
bfinley@cuneolaw.com
Admitted in: NY, NJ, DC

November 15, 2022

**VIA CM/ECF**
The Honorable John R. Tunheim
Chief U.S. District Judge
District of Minnesota
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

    Re:    *In re Pork Antitrust Litigation,* No. 18-cv-01776 JRT/JFD
               Unopposed Request for Additional Words for Reply in Support of Class Certification

Dear Judge Tunheim:

    I write on behalf of Commerical and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") to respectfully request that the Court increase the word limit for CIIPPs' forthcoming reply brief in support of class certification, which is due to be filed on November 18, 2022.[1]

    On April 29, 2022, the Court granted a request by Consumer Plaintiffs, Direct Purchaser Plaintiffs, and Commercial and Institutional Indirect Purchaser Plaintiffs (collectively, "Class Plaintiffs") to exceed the word limits prescribed by D. Minn. LR 7-1 (f)(1)(B)-(C) for their briefs in support of their class certification motions.[2] The Court

---

[1] Plaintiffs submit this letter in accordance with the Court's Local Rules, which state in relevant part: "A party who seeks to exceed these [page or word count] limits must first obtain permission to do so by filing and serving a letter of no more than two pages requesting such permission." LR 7.1(f)(1)(D). The Court's practice pointers and preferences further notes that "[p]age or word count extensions may be in a form of a motion or a letter and must be requested in advance." Judge John R. Tunheim, Practice Pointers and Preferences 1, https://www.mnd.uscourts.gov/sites/mnd/files/JRT.pdf.
[2] ECF Nos. 1273, 1274.



ordered that each putative class was allowed 24,000 total words for their opening and reply briefing, and non-settling Defendants ("Defendants")[3] were allowed 24,000 words for their oppositions to each of the three putative class's opening briefs.[4] Subsequently, the Court granted Defendants' request to re-allocate the word count among their class certification briefs, allowing Defendants to file four opposition briefs, including one omnibus brief and three other briefs responding to each putative class individually.[5]

Defendants' reliance on an omnibus brief, however, has in effect increased the words to which CIIPPs must respond. Instead of having to respond to a total of 24,000 words, CIIPPs must respond to the 17,286 words in the omnibus opposition plus the 9,161 words in the opposition specific to the CIIPPs.[6] This new total of 26,447 words is 2,447 more words than CIIPPs had anticipated.

When CIIPPS were expecting to respond to 24,000 words total, CIIPPs reserved 8,660 words—or 36.08% of their 24,000 word limit—for reply.[7] Applying the same reserve rate to the extra 2,447 words to which CIIPPs now need to respond equates to an extra 882 words on reply. CIIPPs respectfully request 882 additional words to enable them to respond in full.

Counsel for CIIPPs have conferred with counsel for Defendants, and counsel for Defendants have stated that Defendants do not oppose this request.[8] Accordingly, this request is submitted unopposed.

In sum, CIIPPs respectfully ask that the Court grant their request to increase the word limit of their reply in support of class certification by 882 words.

Sincerely,

/s/ Blaine Finley
Blaine Finley

---

[3] Clemens Food Group, LLC, Clemens Family Corp., Hatfield Quality Meats (collectively, "Clemens"); Hormel Foods Corp., Hormel Foods, LLC (collectively, "Hormel"); Seaboard Foods LLC ("Seaboard"); Triumph Foods, LLC ("Triumph"); and Tyson Foods, Inc., Tyson Fresh Meats, Inc. and Tyson Prepared Foods, Inc. (collectively, "Tyson").
[4] ECF Nos. 1273, 1274.
[5] ECF No. 1440.
[6] ECF No. 1475.
[7] ECF No. 1428-1.
[8] Email from V. Lu, on behalf of Defendants, to B. Finley (Nov. 15, 2022).

