UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | No. 0:18-cv-01776-JRT-HB |
| This Document Relates To: All Actions | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Timothy B. Wells, of the law firm of Brown Fox PLLC, hereby enters his appearance in the above-captioned matter on behalf of Smithfield Foods, Inc.

Dated: November 15, 2022

Respectfully submitted,

*/s/ Timothy B. Wells*
Timothy B. Wells (*pro hac vice*)
Texas Bar No. 24131941
tim@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
T: (214) 327-5000
F: (214) 327-5001

*Attorney for Defendant Smithfield Foods, Inc.*