UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Court File No. 18-cv-1776 (JRT/JFD) |
| This Document Relates To: *The Actions of Certain DAPs and The Commonwealth of Puerto Rico* | STIPULATION FOR MODIFIED BRIEFING SCHEDULE |

Plaintiffs Sysco Corporation, Amory Investments LLC, and the Commonwealth of Puerto Rico (collectively "Plaintiffs") and Defendant JBS USA Food Company ("JBS USA"), through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Motion to Compel against JBS USA on November 14, 2022 [ECF No. 1593] ("Motion");

WHEREAS, the hearing on Plaintiffs' Motion is scheduled for December 9, 2022 [ECF No. 1602];

WHEREAS, JBS USA has requested and Plaintiffs have consented to an extension of time for JBS USA to file its opposition to the Motion; and

WHEREAS, the hearing date on the Motion will not be affected by the proposed extension.

NOW THEREFORE, subject to the Court's approval, the parties hereby stipulate that JBS USA's opposition to Plaintiffs' Motion to Compel shall be due on or before December 2, 2022.

Dated:  November 17, 2022                    By: */s/ Michael S. Mitchell*
                                                                  Michael S. Mitchell
                                                                  Scott E. Gant
                                                                  **BOIES SCHILLER FLEXNER LLP**
                                                                  1401 New York Ave., NW
                                                                  Washington, DC 20005
                                                                  Tel: 202-237-2727
                                                                  Fax: 202-237-6131
                                                                  mmitchell@bsfllp.com
                                                                  sgant@bsfllp.com

                                                                  Sarah L. Jones
                                                                  **BOIES SCHILLER FLEXNER LLP**
                                                                  725 South Figueroa Street
                                                                  Los Angeles, CA 90017
                                                                  Tel: 213-629-9040
                                                                  Fax: 213-629-9022
                                                                  sjones@bsfllp.com

*Attorneys for Plaintiffs Sysco Corporation and Amory Investments LLC*

Dated:  November 17, 2022                         By: */s/ Kyle G. Bates*
                                                  Kyle G. Bates
                                                  **HAUSFELD LLP**
                                                  600 Montgomery Street, Suite 3200
                                                  San Francisco, CA 94111
                                                  T: (415) 633-1908
                                                  kbates@hausfled.com

                                                  Peter B. Schneider
                                                  **SCHNEIDER WALLACE COTTRELL**
                                                  **KONECKY WOTKYNS LLP**
                                                  **3**700 Buffalo Speedway, Suite 300
                                                  Houston, Texas 77098
                                                  T: (713) 338-2560
                                                  F: (415)421-7105
                                                  pschneider@schneiderwallace.com

                                                  Todd M. Schneider
                                                  Matthew S. Weiler
                                                  **SCHNEIDER WALLACE COTTRELL**
                                                  **KONECKY WOTKYNS LLP**
                                                  2000 Powell St., Suite 1400
                                                  Emeryville, California 94608
                                                  T: (415) 421-7100
                                                  tschneider@schneiderwallace.com
                                                  mweiler@schneiderwallace.com

                                                  Garrett W. Wotkyns
                                                  **SCHNEIDER WALLACE COTTRELL**
                                                  **KONECKY WOTKYNS LLP**
                                                  8501 N. Scottsdale Road, Suite 270
                                                  Scottsdale, Arizona 85253
                                                  T: (480) 428-0145
                                                  gwotkyns@schneiderwallace.com

                                                  Domingo Emanuelli-Hernández
                                                  Attorney General
                                                  Guarionex Díaz Martínez
                                                  **Assistant Attorney General**
                                                  **Antitrust Division**

3

        **Puerto Rico Department of Justice**
        P.O. Box 9020192
        San Juan, Puerto Rico 00902-0192
        T: (787) 721-2900, ext. 2600, 2601
        F: (787) 721-3223
        gdiaz@justicia.pr.gov

*Attorneys for the Commonwealth of Puerto Rico*

Dated:  November 17, 2022

| **SPENCER FANE LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| By: */s/ Jessica J. Nelson*<br>    Donald G. Heeman, #286023<br>    Jessica J. Nelson, #347358<br>    Randi J. Winter, #391354<br>    100 South Fifth Street, Suite 2500<br>    Minneapolis, MN  55402<br>    Telephone:  (612) 268-7000<br>    Facsimile:  (612) 268-7001<br>    dheeman@spencerfane.com<br>    jnelson@spencerfane.com<br>    rwinter@spencerfane.com | Stephen R. Neuwirth (*pro hac vice*)<br>Michael B. Carlinsky (*pro hac vice*)<br>Sami H. Rashid (*pro hac vice*)<br>Richard T. Vagas (*pro hac vice*)<br>David B. Adler (*pro hac vice*)<br>Heather Christenson (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>Facsimile:  (212) 849-7100<br>stephenneuwirth@quinnemanuel.com<br>michaelcarlinsky@quinnemanuel.com<br>samirashid@quinnemanuel.com<br>richardvagas@quinnemanuel.com<br>davidadler@quinnemanuel.com<br>heatherchristenson@quinnemanuel.com |

*Attorneys for Defendant JBS USA Food Company*