# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Court File No. 18-cv-1776 (JRT/JFD) |
| This Document Relates To: *The Actions of Certain DAPs and The Commonwealth of Puerto Rico* | **[PROPOSED] ORDER** |

Pursuant to the Stipulation for Modified Briefing Schedule [Doc. No. 1609] filed by Plaintiffs Sysco Corporation, Amory Investments LLC, and the Commonwealth of Puerto Rico (collectively "Plaintiffs") and Defendant JBS USA Food Company ("JBS USA"), **IT IS HEREBY ORDERED THAT**:

JBS USA shall file its opposition to Plaintiffs' Motion to Compel [Doc. No. 1593] on or before December 2, 2022.

Dated: November ___, 2022

_____
The Honorable John F. Docherty
United States Magistrate Judge