

LAW OFFICES
**PEARSON, SIMON & WARSHAW, LLP**
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403
(818) 788-8300
WWW.PSWLAW.COM

Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T  612.339.6900
F  612.339.0981

November 17, 2022

<u>VIA ECF</u>

Judge John R. Tunheim
United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

    Re:  *IN RE PORK ANTITRUST LITIGATION*
        Case No. 0:18-cv-01776-JRT-JRD (MDL No. 2998)

Dear Judge Tunheim:

  In response to the Court's Order dated November 9, 2022 (ECF No. 1589), which requested designation of an individual attorney to serve as lead counsel for coordination purposes, Direct Purchaser Plaintiffs interim co-lead counsel Lockridge Grindal Nauen P.L.L.P. ("LGN") and Pearson, Simon & Warshaw, LLP ("PSW"), nominate Bobby Pouya.

  Mr. Pouya was born in Iran. His family obtained political asylum in Germany, before immigrating to the United States. Mr. Pouya is a partner at PSW and has extensive experience litigating complex antitrust class actions, including cases involving the protein industry. Mr. Pouya has been one of the primary attorneys representing the Direct Purchaser Plaintiffs in this case since its inception. The experience and credentials of Mr. Pouya are more fully set forth in his declaration filed in support of the Direct Purchaser Plaintiffs' Motion to Appoint Interim Co-Lead Counsel. (ECF No. 104.)

  Mr. Pouya's certificate of good standing is attached hereto as Exhibit A. Direct Purchaser Plaintiffs and Mr. Pouya are willing to provide additional information to the Court in support of his nomination upon request.

                PEARSON, SIMON & WARSHAW, LLP

                */s/ Bobby Pouya*

                BOBBY POUYA

cc:  All Counsel via ECF

# EXHIBIT A



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>*BOBBY POUYA*</u>

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that BOBBY POUYA, #245527, was on the 1st day of December 2006 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 14th day of November 2022.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
T. Ma Deputy Clerk