UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-JFD<br><br>Honorable John R. Tunheim<br><br>**REPLY DECLARATION OF BOBBY POUYA IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Bobby Pouya, declare and state:

1.  I am an attorney licensed to practice in the State of California and have been admitted to practice in several courts across the country, including this Court *pro hac vice*. I am a partner of the law firm Pearson, Simon & Warshaw, LLP ("PSW"), Interim Co-Lead Class Counsel for the Direct Purchaser Plaintiff Class ("DPPs" or "Plaintiffs") in this litigation, along with Lockridge Grindal Nauen P.L.L.P. ("LGN").

2.  On May 2, 2022, the DPPs filed a Motion for Class Certification. ECF No. 1318. This declaration is in further support of that Motion, including the concurrently filed Reply brief. I have personal knowledge of the facts in this declaration and could competently testify to them if called as a witness.

**Submission of Evidence in Support of DPPs' Motion for Class Certification**

3.  The exhibits cited in support of Plaintiffs' Reply in support of DPPs' Motion for Class Certification are set forth in the chart below. True and correct copies of these exhibits are attached hereto. All depositions referenced have been limited to the relevant portions cited in support of the Motion for Class Certification. As required by the Protective

984182.4

1

Order (ECF No. 212), and further set forth in the forthcoming motion to seal, any exhibits that have been designated as Confidential or Highly Confidential will be filed under seal and are denoted as such in the chart below.

| Exhibit No. | Description | Designated as Confidential or Highly Confidential |
|---|---|---|
| 1 | Letter to Husch Blackwell re Olean dated September 19, 2022 | Yes |
| 2 | Excerpts from the deposition transcript of Dr. Laila Haider | Yes |
| 3 | Excerpts from the deposition transcript of James Mintert, Ph.D. | Yes |
| 4 | SMITHFIELD01144316 | Yes |
| 5 | TF-P-000665127 | Yes |
| 6 | SMITHFIELD00302315 | Yes |
| 7 | TF-P-000797249 | Yes |
| 8 | DPPs' Second Amended Rule 26(a)(1) Disclosures dated August 8, 2021 | Yes |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of November, 2022 at Sherman Oaks, California.

<i>/s/ Bobby Pouya</i><br>
Bobby Pouya