UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-JFD)<br><br>Honorable John R. Tunheim<br><br>**INDEX OF EXHIBITS OF REPLY DECLARATION OF BOBBY POUYA IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

| Exhibit No. | Description | Public | Filed Under Seal |
|---|---|---|---|
| 1 | Letter to Husch Blackwell re Olean dated September 19, 2022 | | X |
| 2 | Excerpts from the deposition transcript of Dr. Laila Haider | | X |
| 3 | Excerpts from the deposition transcript of James Mintert, Ph.D. | | X |
| 4 | SMITHFIELD01144316 | | X |
| 5 | TF-P-000665127 | | X |
| 6 | SMITHFIELD00302315 | | X |
| 7 | TF-P-000797249 | | X |
| 8 | DPPs' Second Amended Rule 26(a)(1) Disclosures dated August 8, 2021 | | X |

984182.2

1