# EXHIBIT 1
# (Filed Under Seal)

# EXHIBIT 2
# (Filed Under Seal)

# EXHIBIT 3
# (Filed Under Seal)

# EXHIBIT 4
# (Filed Under Seal)

# EXHIBIT 5
# (Filed Under Seal)

# EXHIBIT 6
# (Filed Under Seal)

# EXHIBIT 7
# (Filed Under Seal)

# EXHIBIT 8
# (Filed Under Seal)