# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-01776 (JRT-JFD) |
| | Honorable John R. Tunheim |
| This Document Relates To: | **LOCAL RULE 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |
| THE DIRECT PURCHASER PLAINTIFF ACTION | |

I, W. Joseph Bruckner, certify that Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Exclude the Expert Report and Testimony of Dr. Russell Mangum complies with Local Rule 7.1(f).

This Memorandum contains 10,701 words and was prepared using Microsoft Word, which includes all text, including headings, footnotes, and quotations.

Date: November 18, 2022

*/s/ W. Joseph Bruckner*
W. Joseph Bruckner (MN #0147758)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
T:  (612) 339-6900
F:  (612) 339-0981
*wjbruckner@locklaw.com*

0984279.1