UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

This Document Relates to All Actions

Case No. 18-cv-1776 (JRT/JFD)

## ORDER ON STIPULATION

The Court has reviewed and considered the Stipulation (Dkt. No. 1600) between Plaintiffs and custodians (including former Hormel employees) Cory Bollum, Donald Temperley, Eric Steinbach, James Fiala, Jeffrey Ettinger, James Snee, Steven Binder, Thomas Day, Glenn Leitch, and Jim Sheehan, for the custodians to produce data by a date certain and to extend the motion deadline. The Court hereby grants the Stipulation and Orders counsel for the Ten Custodians to image, search, and produce any responsive text message data as described by the Court's Order and the parties' agreement by December 9, 2022. The Court also grants the stipulated request to extend the deadline for filing any motions concerning deficiencies in this production to two weeks after the complete production of the data.

IT IS SO ORDERED.

Dated: November 18, 2022

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge