# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST
LITIGATION

_This Document Relates to:_

All Consumer Indirect Purchaser Actions

Case No. 0:18-cv-01776 (JRT-JFD)

**FURTHER DECLARATION OF
SHANA E. SCARLETT IN
SUPPORT OF CONSUMER
INDIRECT PURCHASER
PLAINTIFFS' (1) REPLY IN
SUPPORT OF MOTION FOR
CLASS CERTIFICATION; AND (2)
OPPOSITION TO DEFENDANTS'
MOTION TO EXCLUDE THE
TESTIMONY OF DR. HAL SINGER**

I, Shana E. Scarlett, state under oath, as follows:

1.      I am a partner at Hagens Berman Sobol Shapiro LLP.  I am admitted to this

Court *pro hac vice* and am one of the Interim Co-Lead Counsel (along with Gustafson

Glueck PLLC) for the Consumer Indirect Purchaser Plaintiffs appointed by the Court to

represent the Consumer Indirect Class in this litigation.  I submit this declaration in

support of CIPPs' Reply in Support of Motion for Class Certification and CIPPs'

Opposition to Defendants' Motion to Exclude the Testimony of Dr. Hal Singer. I have

full knowledge of the matters stated herein and would testify to these facts if called upon.

2.      Attached hereto are true and correct copies of the following exhibits:

| Exhibit | Description |
|---------|-------------|
| 152. | SMITHFIELD01061844 |
| 153. | Deposition of Jerry Lehenbauer (Sept. 21, 2022) |
| 154. | Deposition of Rodney Brenneman (Aug. 4, 2022) |
| 155. | Deposition of Douglas C. Clemens (Aug. 17, 2022) |
| 156. | JBS Foods International B.V. Form F-1 (2017), available at https://www.sec.gov/Archives/edgar/data/1691004/0001193125 16785274/d304020df1.htm |
| 157. | JBS-PORK-00143705 |
| 158. | TF-P-002024677 |
| 159. | TF-P-000743209 |
| 160. | Deposition of Shayle D. Shagam (June 1, 2022) |
| 161. | Deposition of Dr. James Mintert, Ph.D. (Nov. 9, 2022) |
| 162. | TF-P-001864370 |

| 163. | AGSTAT-P-0003406624 |
|------|---------------------|
| 164. | Deposition of Jason Kurtz (Aug. 29, 2022) |
| 165. | JBS-PORK-02096990 |
| 166. | KERNS00181720 |
| 167. | KERNS00042249 |
| 168. | TF-P-001563315 |
| 169. | HFC-PORKAT0000261842 |
| 170. | KERNS00028102 |
| 171. | Our Story - Prestage Foods, available at https://www.prestagefoods.com/about/ (last visited Nov. 17, 2022) |
| 172. | SMITHFIELD00433644 |
| 173. | TF-P-002246725 |
| 174. | Deposition of Dale DeGroot (Sept. 23, 2023) |
| 175. | SMITHFIELD00828142 |
| 176. | KERNS00188623 |
| 177. | KERNS00193870 |
| 178. | KERNS00195812 |
| 179. | KERNS00215077 |
| 180. | KERNS00195683 |
| 181. | HFC-PORKAT0000060138 |
| 182. | TF-P-002388199 |
| 183. | KERNS00200709 |
| 184. | SMITHFIELD02229051 |
| 185. | SMITHFIELD01064551 |

| 186. | Deposition of Daniel Groff (Dec. 15, 2021) |
|------|---------------------------------------------|
| 187. | SMITHFIELD00874019 |
| 188. | Deposition of Steven Meyer, Ph.D. (Apr. 26, 2022) |
| 189. | HFC-PORKAT0000258382 |
| 190. | JBS-PORK-02476820 |
| 191. | SBF0184924 |
| 192. | AGSTAT-P-0003014046 |
| 193. | JBS-PORK-00729359 |
| 194. | SMITHFIELD01091105 |
| 195. | SMITHFIELD00837722 |
| 196. | Deposition of Howard Thomas Hill (Aug. 29, 2022) |
| 197. | TRI0000052167 |
| 198. | Deposition of Donald J. Temperley (Aug. 31, 2022) |
| 199. | Deposition of Brian Taphorn (Jan. 25, 2022) |
| 200. | SMITHFIELD02021865 |
| 201. | TF-P-002153432 |
| 202. | JBS-PORK-02182977 |
| 203. | TF-P-000134683 |
| 204. | SMITHFIELD04914384 |
| 205. | HFC-PORKAT0000153244 |
| 206. | TF-P-000128976 |
| 207. | SMITHFIELD00460210 |
| 208. | TF-P-000219855 |

| 209. | TF-P-000642134 |
| 210. | SBF0311731 |
| 211. | Exhibit 1648 to the deposition of Duke Sand (Oct. 12, 2022) |
| 212. | JBS-PORK-01141336 |
| 213. | SBF0314725 |
| 214. | SBF0971082 |
| 215. | SMITHFIELD04912814 |
| 216. | HFC-PORKAT0000068283 |
| 217. | HFC-PORKAT0000064704 |
| 218. | VG-P-0000005281 |
| 219. | VG-P-0000005312 |
| 220. | SMITHFIELD01167346 |
| 221. | TF-P-001996515 |
| 222. | SMITHFIELD04803907 |
| 223. | TF-P-002001290 |
| 224. | JBS-PORK-02481149 |
| 225. | JBS-PORK-02479335 |
| 226. | JBS-PORK-02444744 |
| 227. | SBF0080489 |
| 228. | JBS-PORK-02477717 |
| 229. | HFC-PORKAT0000095315 |
| 230. | Deposition of Nick Schweitzer (Oct. 12, 2022) |
| 231. | TF-P-000036196 |

| 232. | JBS-PORK-01983967 |
|------|-------------------|
| 233. | JBS-PORK-00570261 |
| 234. | SMITHFIELD00302238 |
| 235. | SMITHFIELD04831155 |
| 236. | SBF0437621 |
| 237. | JBS-PORK-01215771 |
| 238. | TRI0000313900 |
| 239. | TRI0000313664 |
| 240. | CLMNS-0000333998 |
| 241. | CLMNS-0000655538 |
| 242. | HFC-PORKAT0000209857 |
| 243. | JBS-PORK-01993559 |
| 244. | SBF0149705 |
| 245. | Deposition of Kenneth M. Grannas, Jr. (Dec. 17, 2021) |
| 246. | TF-P-000218497 |
| 247. | SMITHFIELD00882452 |
| 248. | Deposition of Scott Saunders (Aug. 11, 2022) |
| 249. | Deposition of Curtis Stegall (May 25, 2022) |
| 250. | Members Discuss Trade Responses to H1N1 flu (June 25, 2009), available at https://www.wto.org/english/news_e/news09_e/sps_25jun09_e.htm |
| 251. | Exhibit 8 to the deposition of Seth Meyer, Ph. D. (June 15, 2022) |
| 252. | China Reopens Market to U.S. Pork (May 14, 2010), available at https://www.farmanddairy.com/news/china-reopens-market-to-us-pork/14922.html |

| 253. | TF-P-002349999 |
|------|----------------|
| 254. | SBF0276226 |
| 255. | SMITHFIELD02239928 |
| 256. | TF-P-000076737 |
| 257. | SBF0459029 |
| 258. | SMITHFIELD04934968 |
| 259. | TF-P-001572423 |
| 260. | JBS-PORK-00754219 |
| 261. | TF-P-000304473 |
| 262. | TF-P-000538548 |
| 263. | TF-P-000515626 |
| 264. | SBF0459029 |
| 265. | TRI0000089336 |
| 266. | SBF0490482 |
| 267. | SBF0538947 |
| 268. | Compilation of named plaintiff deposition transcripts cited in Appendix A to Reply in Support of Motion for Class Certification |
| 269. | SMITHFIELD04739834 |
| 270. | AGSTAT-P-0003410325 |
| 271. | 21CForum-0000008944 |
| 272. | HFC-PORKAT0000200877 |
| 273. | Deposition of Tim Hiller (Oct. 14, 2022) |
| 274. | HFC-PORKAT0000192472 |
| 275. | HFC-PORKAT0000197300 |

| 276. | Deposition of Brian Snyder (Oct. 20, 2022) |
| 277. | Publix 30(b)(6) Deposition of Keith Barthelme (Oct. 4, 2022) |
| 278. | The Golub Corp. 30(b)(6) Deposition of Christopher Wagner, Jr. (Oct. 10, 2022) |
| 279. | Deposition of Dan Schneider (July 27, 2022) |
| 280. | Deposition of Paul Peil (Dec. 9, 2021) |
| 281. | SBF0143013 |
| 282. | SBF0175459 |
| 283. | HFC-PORKAT0000196923 |
| 284. | SMITHFIELD00676667 |
| 285. | TF-P-002345939 |
| 286. | JBS-PORK-01335804 |
| 287. | TF-P-002420429 |
| 288. | Deposition of Matthew McNeal (Sept. 13, 2022) |
| 289. | Deposition of Josh Edwards (Oct. 14, 2022) |
| 290. | Deposition of Hal Singer (June 24, 2022) |
| 291. | TF-P-001564729 |
| 292. | TF-P-002574206 |
| 293. | AGSTAT-P-0003392076 |

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: November 18, 2022

/s/ Shana E. Scarlett

SHANA E. SCARLETT