# EXHIBIT 160

```
                                                                    1
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF MINNESOTA

 3

 4      - - - - - - - - - - - - - - -+
                                     |
 5                                   |
        IN RE: PORK ANTITRUST        |
 6                                   |
        LITIGATION                   |   Case Number:
 7                                   |
                                     |   0:18-cv-01776
 8      This document relates to     |   JRT-HB
        all actions.                 |
 9                                   |
        - - - - - - - - - - - - - - -+
10

11

12            Rule 30(b)(6) and Rule 30(b)(1)

13                  Video Deposition of

14                    SHAYLE D. SHAGAM

15                Wednesday, June 1, 2022

16                       9:20 a.m.

17

18

19

20

21

22

23     Job No. 845663

24     Reported by:  Laurie Donovan, RPR, CRR, CLR

25
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1627-2   Filed 11/18/22   Page 3 of 5
IN RE: PORK ANTITRUST LITIGATION
30(b)(6)
Shayle Shagam
June 01, 2022

309

```
 1   BY MR. RISSMAN:
 2       Q   Well, let me ask my question again.  Or
 3   I'll just ask you -- and for the record, this is
 4   as a 30(b)(6) witness.
 5           What did you, what did you mean when you
 6   said that you were aware of vertical integration
 7   increasing over time?  What does that mean?
 8       A   Well, we know that there's been an
 9   increase in the number of hogs raised under
10   contract as opposed to raised by independent
11   producers.  You know, we -- as was pointed out, I
12   mean the proportion of hogs bought by packers has
13   changed over time, but again, a lot of that was
14   looking at other studies done by say Jim MacDonald
15   at ERS on, on, on concentration in the various
16   industries.
17       Q   And so what is -- so you mentioned hogs
18   raised under contract.  In that scenario, can you
19   tell me what hogs raised under contract means?
20               MS. COTTRELL:  Objection to form.
21               THE WITNESS:  It would be, it would
22       be -- rather than, than an individual
23       producer going out and buying some pigs and,
24       you know, basically getting the corn, the
25       soybean meal, and then selling them to --
```

310

1        selling them at the time they were ready on
2        the spot market, there has been some sort of
3        agreement, either with a packer or some other
4        entity, that they would, that they would
5        raise a certain number of hogs at a certain
6        price.
7                 You know, the nature of the
8        contracts will vary as to, you know, whether
9        they're buying their genetics or, you know,
10       what the company is supplying to them, and,
11       you know, whether that person is essentially
12       working, you know, selling their labor and
13       their facilities to the company, or whether
14       or not they are making their own production
15       decisions.
16   BY MR. RISSMAN:
17       Q    Okay, and so, and so you would consider
18   hogs raised under contract in the scenario you
19   described to be part of a vertical integration; is
20   that right?
21       A    Yes, I would.
22       Q    And there would also be packer-owned; is
23   that right?
24       A    That's correct.
25       Q    And that would, that would be vertical

CASE 0:18-cv-01776-JRT-JFD   Doc. 1627-2   Filed 11/18/22   Page 5 of 5
IN RE: PORK ANTITRUST LITIGATION
30(b)(6)
Shayle Shagam
June 01, 2022

396

```
 1
 2
 3
 4
 5    CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC

 6                I, Laurie Donovan, Registered
      Professional Reporter, Certified Realtime
 7    Reporter, and notary public for the District
      of Columbia, the officer before whom the
 8    foregoing deposition was taken, do hereby
      certify that the foregoing transcript is a
 9    true and correct record of the testimony
      given; that said testimony was taken by me
10    stenographically and thereafter reduced to
      typewriting under my supervision; and that I
11    am neither counsel for, related to, nor
      employed by any of the parties to this case
12    and have no interest, financial or otherwise,
      in its outcome.
13
                  IN WITNESS WHEREOF, I have hereunto
14    set my hand and affixed my notarial seal this
      6th day of June 2022.
15

16    My commission expires:  March 14, 2023

17

18    [signature: Laurie Bangar Donovan]

19    _____

20    LAURIE DONOVAN
      NOTARY PUBLIC IN AND FOR
21    THE DISTRICT OF COLUMBIA

22
23
24
25
```