# EXHIBIT 171



 (https://www.prestagefoods.com)

TURKEY (/turkey)

PORK (/pork)

‹

›

# QUALITY PRODUCT

To the Prestage family, it's about supplying our communities and families everywhere with top of the line products.

 

201 Prestage Foods® (https://www.prestagefoods.com)  2021 



## PRESTAGE CONSTRUCTS A PORK PROCESSING PLANT IN IOWA

Construction began on Prestage Foods of Iowa – a 700,000 square-foot pork processing plant in Eagle Grove, Iowa. ==The modern and efficient plant opened in March of 2019 and represented the single largest investment in the future of the company's swine business.==



## PRESTAGE BEGINS CONSTRUC PROCESSING PLANT

Prestage Farms of South Carolina processing plant in Camden, South of-the-art greenfield plant to be ope

# INSTILLING THE HIGHEST OF STANDARDS