# EXHIBIT 268

1

```
 1              UNITED STATES DISTRICT COURT
 2               DISTRICT OF MINNESOTA

 3    --------------------------X

 4    IN RE:                    :  Court File No.

 5    PORK ANTITRUST LITIGATION  :  0:18-cv-01776-JRT-HB

 6               Plaintiff,:

 7    --------------------------X

 8

 9     REMOTE VIDEOTAPED STENOGRAPHIC DEPOSITION OF

10                  JEFFREY ALLISON

11               Friday, March 18, 2022

12                   10:03 a.m.

13

14

15

16

17

18

19

20

21

22    Job No.:  832183

23    Pages:  1 - 153

24    STENOGRAPHICALLY REPORTED BY:

25    GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR, CSR
```

44

```
 1   we're in -- in Exhibit A.  What does Exhibit A

 2   refer to?

 3        A.   The receipts.

 4        Q.   Okay.

 5        A.   That I provided.

 6        Q.   Okay.  Aside from the receipts that

 7   you have provided, do you have any other

 8   knowledge of instances where you purchased

 9   pork from one of the defendants?

10        A.   I've purchased pork many, many

11   times.

12        Q.   Do you recall purchasing it from --

13   I'm just trying to figure out what brands you

14   purchased -- you purchased.

15                   Was it Smithfield?  Was it

16   Hormel?  Was it store brand?  Do you have any

17   recollection?

18                   MR. GREAVES:  Objection.  Lack

19        of personal knowledge.

20                   THE WITNESS:  Yeah.

21                   MR. KOPP:  Okay.  I'm not --

22        can you explain that objection?  I mean,

23        if he is the one buying the pork, how

24        would he not have personal knowledge of

25        what the brand was?
```

In Re - Pork Antitrust Litigation                    Jeffrey Allison
                                                     March 18, 2022

59

1    a commodity product?  Or do they differ based

2    on processor?  Do they differ based on cut?

3                   Can you explain that to me?

4                   MR. GREAVES:  Objection.  Form.

5        A.   I don't know.

6        Q.   Okay.  What about pork bellies?  Do

7    you buy pork bellies?

8        A.   I have.

9        Q.   Okay.  And how frequently do you buy

10   pork bellies?

11       A.   I don't know the frequency.

12       Q.   Like once a year --

13       A.   On occasion.

14       Q.   Once a month?  Occasionally?

15       A.   Yes.

16       Q.   Okay.  What about jowls?  Do you by

17   jowls?

18       A.   No.

19       Q.   Okay.  Tenderloins?  Pork

20   tenderloins?

21       A.   I believe I have.  Not frequently.

22       Q.   Okay.  What about pork chops?

23       A.   Sometimes.  Yes.

24       Q.   Pork steaks?

25       A.   No.

1

1          UNITED STATES DISTRICT COURT
2            DISTRICT OF MINNESOTA

3    -------------------------X

4    IN RE:                    :  Court File No.

5    PORK ANTITRUST LITIGATION  :  0:18-cv-01776-JRT-HB

6    -------------------------X

7

8    REMOTE VIDEOTAPED STENOGRAPHIC DEPOSITION OF

9              MICHAEL ANDERSON

10            Monday, April 25, 2022

11          10:32 a.m. Mountain Time

12

13

14

15

16

17

18

19

20

21

22   Job No.:  2022-836283

23   Pages:  1 - 138

24   STENOGRAPHICALLY REPORTED BY:

25   GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR, CSR

1   Albertson's and Safeway, than I would see

2   brand in Costco or Sam's Club.

3        Q.   Okay.  And how about Winco?  Why do

4   you like to shop there?

5        A.   It's owned by the people.  And you

6   can check out, and they have --

7        Q.   I didn't catch the second half of

8   your answer.

9        A.   Oh.  I'm sorry.

10       Q.   Could you say that again?

11       A.   Yeah.  I said because it has bulk

12  items.  And when you have a seven-year-old,

13  she kind of likes cookies and candies, so it's

14  kind of nice.

15            Plus, it's very large.  And they

16  have every brand known to man.

17       Q.   Okay.  And does that include pork?

18       A.   Yes.

19       Q.   They've got a good variety?

20       A.   Yes.  They do.  They have everything

21  from pork necks; to ham hocks; to pig's feet.

22  And everything in-between.

23       Q.   Do you buy hocks and pig's feet?

24       A.   I have bought smoked ham hocks

25  before for some beans, and they were pretty

32

1    good.

2          Q.   And you have --

3          A.   And it was actually the -- and it

4    was actually the Hormel brand.

5          Q.   And how do their prices compare to

6    Costco?

7          A.   Well --

8          Q.   Or Sam's Club?  Or Safeway?

9          A.   Their --

10         Q.   Or Alberta's?

11         A.   Their price is really good.  They

12   are a little bit in the middle.  But having so

13   much variety, they are able to -- when they do

14   have sales, they have a lot in stock.

15         Q.   And have you been shopping at all

16   these stores since 2008?

17         A.   The only one that we have not since

18   2008 is Winco, because they just came to the

19   valley approximately seven years ago.

20         Q.   Okay.  And as far as you can

21   remember, you primarily bought pork products

22   only at these five stores since 2008?

23         A.   Yes.

24         Q.   So, earlier, you said that you lived

25   out of state for approximately -- well, for a

21

```
 1        Q.   Is there any other types of pork

 2   products that you buy that are not listed

 3   here?

 4        A.   Some bacon, once in a while, at

 5   Albertson's.  And some sausage from Winco.

 6        Q.   Okay.  And the "Amount Purchased"

 7   column is empty.  Does that mean you just

 8   don't remember how much you purchased?

 9        A.   I --

10             MR. MALMSTROM:  Object to the

11        form of the question.

12        Q.   You could go ahead and answer.

13        A.   I had saved -- I had saved receipts.

14   But the problem was, is when we moved and we

15   shuffled this house around, I was not able to

16   find those.

17             So I was not able to remember the

18   exact value.

19        Q.   Okay.  Sitting here today, are you

20   able to -- you know, as best as you can, are

21   you able to approximate how much you buy from

22   each store, let's say, in a month?

23        A.   About -- just in pork products?  I'd

24   say about a hundred, to maybe $125 a month.

25        Q.   And do you remember approximately
```

1

1              UNITED STATES DISTRICT COURT

2               DISTRICT OF MINNESOTA

3           Case No. 0:18-cv-01776-JRT-HB

4

5

6   -------------------------------------------

7  IN RE PORK ANTITRUST LITIGATION

8  This Document Relates to: All Actions

9   -------------------------------------------

10

11

12

13

14                 CONFIDENTIAL

15       REMOTE TESTIMONY OF ISABELLE BELL

16        MAY 10, 2022 - 10:00 A.M. CDT

17

18

19

20

21

22  JOB NO. 2022-843066

36

1    about whether Smithfield -- about where

2    Smithfield Foods harvests its pigs?

3         A    I do not.

4         Q    Do you know if Smithfield -- do

5    you have any information about whether

6    Smithfield Foods produces other meat

7    products, like beef or chicken?

8         A    I am unsure.

9         Q    To your knowledge, have you ever

10   purchased any pork produced -- pork

11   products produced by Smithfield Foods?

12        MR. AMARA:  Objection.

13   Foundation.

14        THE WITNESS:  Yes.

15   BY MR. HALL:

16        Q    And what products have you

17   purchased that you understand to have

18   been produced by Smithfield Foods?

19        A    Ham.

20        Q    Anything else?

21        A    Not that I remember.

22        Q    Just so I am aware, when you say

80

1    from Walmart?

2        A    It would be the same; bacon,

3    sausage, pork chops, pork ribs, pork

4    loin, ham -- that whole ham or ham shank.

5        Q    And then in Tennessee, from

6    Kroger and Walmart, what kind of pork

7    products would you purchase?

8        A    Again, the same; sausage, bacon,

9    pork chops, pork loin, very occasionally

10   I will get a pork roast, ham shank, whole

11   ham, ribs.

12       Q    Has your purchases of pork in

13   terms of frequency remained consistent

14   throughout 2008 through 2018?

15       A    It is gradually declined, but we

16   do like pork.

17       Q    How often during this timeframe

18   from 2008 to 2018, how often, say, per

19   week, were you purchasing pork products?

20       A    Averaging once per week or --

21   well, one shopping trip per week.

22       Q    Do you have anything like a

1

```
 1        IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MINNESOTA
 2

 3    _____    )
                                         )
 4    IN RE:                             )
                                         )  Case No.
 5    PORK ANTITRUST LITIGATION          )  0:18-cv-01776-
                                         )  JRT-HB
 6    _____    )

 7

 8

 9     VIDEOCONFERENCE DEPOSITION OF DUNCAN BIRCH

10                 Remote via Zoom

11              Thursday, March 3, 2022

12

13

14

15

16

17

18

19

20

21

22

23   Reported by:

24   RACHEL F. GARD, CSR, RPR, CRR

25   JOB NO. 2022-832737
```

44

1    Seamless, I believe.

2         Q.    Not in Maine?

3         A.    I don't believe so.  We tend to go

4    directly to the place because we find that

5    those vendors are a little, you know, too much

6    involved with them.

7         Q.    What do you mean by that?

8         A.    It's too complicated.  I'd rather

9    just pick up the phone and talk to someone.  Up

10   in Maine, they're not as adept at using them.

11   I hope that's not being recorded.

12        Q.    Do you know which defendants

13   produced the pork you bought while you were in

14   Maine from 2018 on?

15        A.    I believe some of it said

16   Smithfield, which would be my primary

17   indicator.  But I didn't really buy them by

18   producer.  I bought them by type of pork

19   product.  We have the good old Jimmy Dean

20   breakfast sandwich -- breakfast sausage, sorry.

21        Q.    How do you know some of the pork you

22   bought was from Smithfield?

23        A.    I believe it had the big letters,

24   Smithfield ham.

25        Q.    So the ham you bought was from

53

```
 1   box store is like 10 bucks.

 2        Q.    Understood.  And then two columns

 3   over, there's an entry -- under column heading

 4   Brand, there's an entry for Smithfield and

 5   Hormel.  Do you see that?

 6        A.    Yes.

 7        Q.    We talked about Smithfield earlier,

 8   right?

 9        A.    Yes.

10        Q.    What are the Hormel products you

11   believe you bought from BJ's Warehouse?

12        A.    I believe it would be some frozen

13   pork product.  I'm not a hundred percent at

14   this moment as to the name.

15        Q.    When you provided the information

16   for these interrogatories, were you looking at

17   documents to get the information or were you

18   relying solely on your memory?

19        A.    I was probably -- I was probably

20   like looking at the product and flipping it

21   over to, you know, read where it came from.

22        Q.    But you don't remember for sure?

23        A.    Not at this moment, no, sorry.

24        Q.    Are you claiming damages for the

25   pork products you testified you purchased from
```

1   with the grocery store in Brooklyn.  So, for

2   example, if there were -- if there had been

3   cheaper pork products at another store in

4   Brooklyn, it still might have been worth it for

5   you to hit the store you actually used because

6   it was on your commute; is that fair to say?

7        A.    In Brooklyn, we would go to the

8   butcher, you know, for our meat products

9   because we had a rapport with him.  So and, you

10  know, C-Town was the sole grocery store --

11  well, the closest grocery store to us and it

12  was at the subway stop.  So we could, you know,

13  get off the subway and pick up eggs or milk if

14  we needed to.  Mainly we would do grocery

15  shopping on the weekend, and we would walk

16  there.

17       Q.    How did the prices at your butcher,

18  Model T Meats, compare to the price of pork

19  that was available elsewhere?

20       A.    I want to say generally cheaper.

21  You know, it was known as a good butcher in the

22  neighborhood.

23       Q.    So it sounds like convenience,

24  proximity to your house, price, and rapport all

25  factor into your decision of where to get --

1

1        UNITED STATES DISTRICT COURT
              DISTRICT OF MINNESOTA
2

3
Court File No. 0:18-cv-01776-JRT-HB
4

5 IN RE:

6 PORK ANTITRUST LITIGATION

7 _____/

8

9             ORAL VIDEOTAPED DEPOSITION

10                    KORY BIRD

11                  MARCH 8, 2022

12

13     ORAL VIDEOTAPED DEPOSITION OF KORY BIRD, via Zoom,

14 produced as a witness at the instance of the Defendants

15 Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson

16 Fresh Meat, Inc., and duly sworn, was taken in the

17 above-styled and numbered cause on the 8th day of March,

18 2022, from 9:00 a.m. to 12:54 p.m., before Melinda

19 Barre, Certified Shorthand Reporter in and for the State

20 of Texas, reported by computerized stenotype machine,

21 all parties appearing remotely via web videoconference,

22 pursuant to the rules of procedure and the provisions

23 stated on the record or attached hereto.

24

25

In Re Pork Antitrust Litigation                                    Kory Bird
                                                                March 08, 2022

35

1     A.   I would say at least once a month, if not

2 twice.

3     Q.   And is this trip to Sam's Club made by yourself

4 or made by your wife?

5     A.   Myself.

6     Q.   And where is this Sam's Club located?

7     A.   In Windsor Heights.  The one that I frequent

8 the most is Windsor Heights.  There's one in Ankeny

9 also, but they're both about the same distance from my

10 house.

11    Q.   And is the Windsor Heights Sam's Club located

12 in Iowa?

13    A.   Yes.

14    Q.   And is the Ankeny location located in Iowa?

15         I think we lost you for a second there.

16 Do you need me to repeat the question?

17    A.   I heard the Ankeny.  The other Sam's Club is,

18 yes, in Ankeny, Iowa.  That's all I heard.

19    Q.   And what pork products do you purchase at this

20 Sam's Club?

21    A.   I get precooked Hormel's bacon there.  I get

22 ribs.  I get my pork butts.  Usually when I'm getting

23 pork chops, I'll usually get those from Fareway's.

24    Q.   And where is Fareway's?

25    A.   In Johnston, Iowa.

In Re Pork Antitrust Litigation

1    Q.   And about how often do you go to Fareway's?

2    A.   I would say twice a month.

3    Q.   And do you purchase any other pork products at

4  Fareway's?

5    A.   Yeah.  I'll get some bacon there occasionally.

6    Q.   And when your wife goes grocery shopping for

7  your household, I believe you said she shops at grocery

8  stores typically.  Is that correct?

9    A.   HyVee grocery store is where she usually goes.

10    Q.   And between 2008 and 2018 do you know if your

11  wife shopped at any other grocery stores?

12    A.   HyVee or Fareway's are the two grocery stores

13  that she'll go to.

14    Q.   And I believe you said you moved in or around

15  2008.  At your prior household did you shop at different

16  grocery stores?

17    A.   Occasionally maybe Dull's but they went

18  bankrupt, so ...

19    Q.   And is this Dull's also located in Iowa?

20    A.   Yes.  They were.  They're not located in Iowa

21  anymore.

22    Q.   And did you purchase any different pork

23  products at this Dull's location?

24    A.   No.

25    Q.   Did you ever purchase pork at any superstores

39

1        A.    Yes.

2        Q.    And how often would you visit these Sam's

3   Clubs?   I believe you said once a month?

4        A.    Yep.   At least once a month I visit Sam's Club.

5        Q.    Do you recall purchasing pork products from any

6   other wholesale clubs between 2008 and 2018?

7        A.    No.

8        Q.    Between 2008 and 2018 did you ever purchase

9   pork products at a convenience store?

10       A.    No.

11       Q.    Between 2008 and 2018 did you ever purchase

12  pork products at a butcher?

13       A.    No, I don't believe so.   But I guess

14  (transmission interference).

15       Q.    I'm sorry, Mr. Bird.   I think we're losing you

16  again.

17       A.    When I go to Sam's Club, they do have a

18  butcher's market in there.   So I can buy whole things,

19  and they will cut them up for me if I want.   So the

20  answer would be yes because I would say Sam's Club is a

21  butcher's market, too.

22       Q.    So these purchases are still made at Sam's

23  Club, correct?

24       A.    Yes.

25       Q.    And between 2008 and 2018 did you ever purchase

1

1        VOLUME 1
         PAGES:  1-168
2        EXHIBITS:  See Index

3

         UNITED STATES DISTRICT COURT
4        FOR THE DISTRICT OF MINNESOTA

5

_____ )
6                                 )
IN RE:                           )  No. 0:18-cv-01776-JRT-HB
7                                 )
PORK ANTITRUST LITIGATION )
8                                 )
_____ )
9

10

11

12        VIDEOTAPED DEPOSITION of

13              EDWIN BLAKEY

14      - CONDUCTED BY VIDEOCONFERENCE -

15        Thursday, February 24, 2022

16      10:02 a.m. Eastern Standard Time

17

18

19

20        Michelle Keegan, RMR, CRR

21              Lexitas

22      508-478-9795 ~ 508-478.0595 (Fax)

23          www.LexitasLegal.com

24

25

83

11:42:59  1     products was fluctuating?

11:43:01  2         A. The price is different.  Yeah.

11:43:03  3         Q. All right.  Column F, which is entitled

11:43:09  4     "date(s) of purchase," under your name it says

11:43:11  5     "once a month."  Do you see that?

11:43:13  6         A. Yup.

11:43:13  7         Q. Is that about how often you remember

11:43:15  8     purchasing pork products?

11:43:17  9         A. Yup.

11:43:18  10        Q. And then G is entitled "brand."  And in

11:43:25  11    that section of your response it says, "store

11:43:29  12    brand; Jimmy Dean sausage; Hormel bacon and

11:43:33  13    sausage."  Do you see that?

11:43:34  14        A. Yup.

11:43:35  15        Q. And do you remember purchasing any other

11:43:37  16    brands of pork products from 2008 to 2018?

11:43:41  17        A. I also remember buying Smithfield.

11:43:44  18        Q. Any others?

11:43:46  19        A. I couldn't tell you the name of any other

11:43:50  20    brands.  No.

11:43:51  21        Q. Do you remember which Smithfield pork

11:43:54  22    products you bought?

11:43:54  23        A. It would have been bacon.

11:43:55  24        Q. Bacon?

11:43:57  25        A. Bacon.

1

1            UNITED STATES DISTRICT COURT
2               DISTRICT OF MINNESOTA

3   -------------------------X

4   IN RE:                    :  Court File No.

5   PORK ANTITRUST LITIGATION  :  0:18-cv-01776-JRT-HB

6   -------------------------X

7

8    REMOTE VIDEOTAPED STENOGRAPHIC DEPOSITION OF

9                  DONYA COLLINS

10              Wednesday, March 30, 2022

11               9:03 a.m. Mountain Time

12

13

14

15

16

17

18

19

20

21

22   Job No.:  2022-834719

23   Pages:  1 - 156

24   STENOGRAPHICALLY REPORTED BY:

25   GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR, CSR

84

```
 1   to you?

 2                   MS. WANG:  Objection.  Form.

 3        A.   Yes.

 4        Q.   Okay.  And when did you notice these

 5   variations?  Was it when you took them from

 6   the aisle?  When you proceeded to check out?

 7   After you had paid?

 8                   Sort of, when did that occur?

 9                   MS. WANG:  Objection.  Form.

10        A.   I don't remember exactly when.

11        Q.   All right.  So you had testified

12   earlier that when you were purchasing pork

13   products, you would reach for what was in

14   front of you.

15                   And so, would you look at the

16   price when you would reach for what's in front

17   of you?  Or would that occur later, when you

18   would notice the variation in price?

19                   MS. WANG:  Objection.  Form.

20        A.   I mean, there is no answer to that.

21   You know, we purchased pork.

22        Q.   Okay.  Do you remember any of the

23   brands that you purchased at Midvale, at the

24   Winco there?

25        A.   Do I remember what specific brands I
```

Donya Collins
                                                                                        March 30, 2022

85

1    would purchase?  Not all of them.  No.

2        Q.   Okay.  Do you remember some of them?

3        A.   Yeah.  I mean, some of them were

4    kind of staples in my household.  Tyson.

5    Hormel.

6        Q.   Okay.  And besides Tyson or Hormel,

7    do you remember any other brands?

8        A.   I don't remember specific brands

9    after that.  No.

10       Q.   Okay.  So now, if we look at the top

11   of this document, over on the right-hand side,

12   you'll see there is a column for "Hog

13   Producer."

14            Is that correct?

15       A.   I believe so.  Yes.

16       Q.   Okay.  Do you have an understanding

17   of what a hog producer does?

18            MS. WANG:  Objection.  Form.

19       A.   No.

20       Q.   Okay.  And as to you, in the section

21   concerning your purchases, in fact, the "Hog

22   Producer" is left blank.

23            Is that correct?

24       A.   I believe so.  Yes.

25       Q.   Yeah.  So, is it safe to say, then,

Donya Collins
March 30, 2022

81

1    purchased pork products there, roughly once a

2    week.  And it lists about six products.

3    Right?

4                 Do you see that?

5         A.   Yes.

6         Q.   Okay.  And when it says "once per

7    week," does it mean that you purchased each of

8    those products once per week?  Or one of those

9    products once per week?  Or some of them once

10   per week?

11                What -- what does that mean?

12        A.   I don't understand the question.

13        Q.   Sure.  So, it says that you

14   purchased bacon, sausage, ham, pork chops,

15   ground pork and pork loin from Winco in

16   Midvale, Utah.  And then, in the column that

17   reads "Dates of Purchase," it says "once per

18   week."

19                And I'm trying to get a sense

20   of whether you purchased all of those

21   products each week, or whether, you know, it

22   was one product per week.  You know, multiple,

23   but not all of them?

24                You know, what did you mean by

25   that there?

82

1        A.    Usually, all these, once per week.

2        Q.    Sure.  And when you say once per

3   week, was it, you know, every week?  Or was

4   it, you know, roughly every week with some

5   deviation here and there?

6        A.    Every week.

7        Q.    Okay.  But, to be clear, this

8   wouldn't have been every week for the entire

9   period from 2008 to 2018.

10                 Is that correct?

11       A.    That is correct.

12       Q.    Okay.  And so, just to get a sense,

13  then, you know, which weeks within that

14  period -- and you can just give me the

15  years -- would you say that you purchased

16  these products from Winco, in Midvale, Utah?

17       A.    Could you say that for me one more

18  time, please?

19       Q.    Absolutely.  So, what years did you

20  make weekly purchases of these pork products

21  from the Winco in Midvale, Utah?

22       A.    You said what years?

23       Q.    Yes.

24       A.    I don't remember exact years.  Let's

25  see here.  Oh.  It should have been the whole

1

1         UNITED STATES DISTRICT COURT
              DISTRICT OF MINNESOTA
2

3
 Court File No. 0:18-cv-01776-JRT-HB
4

5 IN RE:

6 PORK ANTITRUST LITIGATION

7 _____/

8

9              ORAL VIDEOTAPED DEPOSITION

10                  THOMAS COSGROVE

11                  APRIL 18, 2022

12

13     ORAL VIDEOTAPED DEPOSITION OF THOMAS COSGROVE, via

14 Zoom, produced as a witness at the instance of the

15 Defendant Triumph Foods, LLC, and duly sworn, was taken

16 in the above-styled and numbered cause on the 18th day

17 of April, 2022, from 10:02 a.m. to 2:32 p.m. EST, before

18 Melinda Barre, Certified Shorthand Reporter in and for

19 the State of Texas, reported by computerized stenotype

20 machine, all parties appearing remotely via web

21 videoconference, pursuant to the rules of procedure and

22 the provisions stated on the record or attached hereto.

23

24

25

53

1          THE WITNESS:  That's great.  I was

2  actually going to ask.

3     Q.   (By Ms. Wall)  I didn't mention before -- or

4  maybe I did and I forgot -- that we'll try to break

5  roughly every hour.  But if you need a break, anybody,

6  before then, let me know.  And once we just kind of

7  finish the line of questioning, then that will be fine.

8          Did you want to take just like five, ten

9  minutes?  I know you guys are East Coast.  Did you want

10 to break for lunch now or go another hour?

11    A.   Just five or ten minutes would be fine.

12    Q.   Okay.  Perfect.

13          THE VIDEOGRAPHER:  The time is 11:27 a.m.

14 We're now going off the record.

15          (Recess taken)

16          THE VIDEOGRAPHER:  The time is 11:36 a.m.

17 We're now back on the record.

18    Q.   (By Ms. Wall)  Mr. Cosgrove, we're back on the

19 record.  You understand that you're still under oath,

20 correct?

21    A.   Yes.

22    Q.   We were just talking about various places you

23 purchased pork from from 2012 to 2018, correct?

24    A.   Yes.

25    Q.   Which defendants or co-conspirators did you

54

1  purchase pork from in that time period?

2      A.   I believe probably primarily Smithfield and

3  Hormel.

4      Q.   What types of pork products have you purchased

5  from Smithfield in that time period?

6      A.   I purchased mostly bacon and pork loin, usually

7  the premarinated.

8      Q.   And what about from Hormel?

9      A.   I'm not sure which one has which products.

10 Those are the primary ones that I purchased.

11     Q.   So your response bacon and pork loins, I think

12 you said, goes for both Smithfield and Hormel?

13     A.   It's likely.

14     Q.   Did the prices of those pork products increase

15 between 2012 and 2018?

16     A.   I am not certain.  It's likely.

17     Q.   Why do you say it's likely?

18     A.   I am not sure what metrics they're using to

19 raise their prices, but it's likely because a lot of the

20 prices for everything have risen as well over the course

21 of those years.

22     Q.   What other things do you recall increasing in

23 price from the 2012 to 2018 time frame?

24               MR. MALSTROM:  Object to the form of the

25 question as vague.

36

1  would not have had any pork purchases in Vermont,

2  correct?

3      A.   Correct.

4      Q.   So super broad.  Have you purchased any pork

5  products from 2008 to 2018?

6      A.   Yes.

7           MR. MALSTROM:  Hold on.  Quick objection.

8  I believe we just established that we're discussing the

9  time period since Mr. Cosgrove moved to Vermont, which

10 is in 2012.  But I just want to make sure.  For the

11 purposes of making sure the question is crystal clear,

12 you said between 2008 and 2018?

13          MS. WALL:  Yes.  I will ask questions from

14 the relevant time period, and then we'll get back to the

15 focus of 2012.  Thank you.

16          MR. MALSTROM:  Okay.

17     Q.   (By Ms. Wall)  Okay.  I'm sorry.  What was your

18 response, Mr. Cosgrove?

19     A.   That I have purchased pork products.

20     Q.   What types of pork products do you purchase?

21     A.   Primarily raw pork, some of which is like a

22 pork loin that has been premarinated but primarily raw

23 pork from a supermarket.

24     Q.   And I take it from 2012 since you moved until

25 2018, how much pork would you estimate you have

37

1  purchased during that time frame?

2      A.   I do not purchase it once a week, but I may

3  make anywhere from like three to four purchases a month

4  of pork.

5      Q.   That three to four purchases of pork per month,

6  has that --

7      A.   That would be packages or products.

8      Q.   Okay.

9      A.   I don't know offhand the weight of those

10  products if you're looking for like a pound.

11      Q.   No.  That's fair.  So three to four packages of

12  pork products per month?

13      A.   Roughly, yeah.

14      Q.   And has that been consistent throughout the

15  period 2012 through 2018?

16      A.   There may be a few months where I purchased two

17  to three instead of four but yes.

18      Q.   Who typically does the grocery shopping for

19  your household?

20      A.   That would be me.  I'm also the cook.

21      Q.   You're the primary purchaser of pork then in

22  your household.  Is that correct?

23      A.   Yes.

24      Q.   Are there occasions that your wife or another

25  member of your household does the grocery shopping?

1

1          VOLUME 1
           PAGES:  1-186
2          EXHIBITS:  See Index

3
            UNITED STATES DISTRICT COURT
4           FOR THE DISTRICT OF MINNESOTA

5

   _____ )
6                                  )
   IN RE:                          ) No. 0:18-cv-01776-JRT-HB
7                                  )
   PORK ANTITRUST LITIGATION )
8                                  )
   _____ )
9

10

11

12

13     VIDEOTAPED DEPOSITION of CHRISTOPHER DEERY

14        - CONDUCTED BY VIDEOCONFERENCE -

15          Tuesday, March 29, 2022

16       9:00 a.m. Central Standard Time

17

18

19

20

21

22        Michelle Keegan, RMR, CRR

23               Lexitas

24     508-478-9795 ~ 508-478.0595 (Fax)

25            www.LexitasLegal.com

72

10:53:09  1      A. Yeah.  It looks like it.  I don't see a

10:53:15  2  poundage on that one.  It looks like the other one

10:53:19  3  might be a brat, B-R-A-T.  Bratwurst.

10:53:36  4      Q. For the butt, bone-in butt, $10.25 was the

10:53:42  5  price you paid.  Is that correct?

10:53:43  6      A. It appears so.  Yes.

10:53:44  7      Q. Do you know what brand the butt was?

10:53:53  8      A. Usually Hornbacher's had only Smithfield.

10:54:02  9      Q. So up above for the pork loin, do you know

10:54:07 10  what brand that was?

10:54:08 11      A. I'm guessing Hormel.

10:54:11 12      Q. It looks like to me -- receipts are kind

10:54:19 13  of weird.  It has what I think is an abbreviation

10:54:25 14  for Smithfield pork loin.  Do you see that?  It

10:54:30 15  says S-M -- I can barely make it out, but I think

10:54:33 16  it's an S.

10:54:35 17      A. I can't really tell either on that.

10:54:36 18      Q. Okay.  But you think -- you believe you

10:54:41 19  typically buy Hormel pork loins from Hornbacher's?

10:54:45 20      A. Typically.  Yeah.  We're just a small town

10:54:50 21  here.  So we get, like, the Tysons, Hormels,

10:54:53 22  Smithfields of the world.

10:54:56 23      Q. And then for the bone-in butt, you think

10:54:59 24  that was Smithfield?

10:55:00 25      A. I believe so.  Yes.

In Re - Pork Antitrust Litigation

Christopher Deery
March 29, 2022

73

| | | |
|---|---|---|
| 10:55:01 | 1 | Q. Is the brat a pork product? |
| 10:55:16 | 2 | MR. AMARA:  Objection, form. |
| 10:55:23 | 3 | A. I believe so.  Yes.  That would be a pork |
| 10:55:26 | 4 | product. |
| 10:55:26 | 5 | Q. What brand would that have been? |
| 10:55:34 | 6 | A. The same. |
| 10:55:39 | 7 | Q. Either Hormel or Smithfield? |
| 10:55:41 | 8 | A. Yeah.  Probably Hormel, I'm guessing. |
| 10:55:44 | 9 | Q. Are there any other brands besides Hormel |
| 10:55:48 | 10 | and Smithfield that is sold at Hornbacher's? |
| 10:55:53 | 11 | MR. AMARA:  Objection, foundation. |
| 10:55:57 | 12 | Q. In your personal observation being a |
| 10:55:59 | 13 | shopper at Hornbacher's, are there other brands of |
| 10:56:02 | 14 | pork products other than Hormel and Smithfield? |
| 10:56:05 | 15 | A. I'm sure there are. |
| 10:56:10 | 16 | Q. Do you know the names of any of those |
| 10:56:16 | 17 | other brands? |
| 10:56:16 | 18 | A. No, I don't.  You just kind of get what |
| 10:56:24 | 19 | you get.  Like I said, these are small grocery |
| 10:56:26 | 20 | stores.  This is what we have. |
| 10:56:40 | 21 | Q. So digging into that comment a little bit |
| 10:56:42 | 22 | more, small grocery store, we have what we have, |
| 10:56:46 | 23 | what kind of a variety do you see at Hornbacher's |
| 10:56:51 | 24 | if you were looking at different pork products? |
| 10:56:55 | 25 | Were you typically limited to just one brand or |

In Re - Pork Antitrust Litigation

Christopher Deery
March 29, 2022

52

10:07:31  1    house?

10:07:31  2        A.  It's right next to the Sam's Club, so a

10:07:35  3    mile and a half.

10:07:36  4        Q.  Are there multiple Walmarts in Fargo?

10:07:41  5        A.  Yes.

10:07:41  6        Q.  Do you shop at more than one location or

10:07:45  7    just the location that we -- that's next to Sam's?

10:07:48  8        A.  Just that one location.

10:07:50  9        Q.  How often would you say you're buying pork

10:08:02 10    products from Walmart?

10:08:03 11        A.  Maybe twice a week or twice every two

10:08:14 12    weeks, something like that.

10:08:15 13        Q.  Was that the same frequency in the time

10:08:21 14    period 2008 to 2018?

10:08:23 15        A.  Yeah.

10:08:27 16        Q.  Is there a day of the week that you

10:08:37 17    typically go to certain grocery stores?

10:08:40 18        A.  It would either be lunch break or after

10:08:45 19    work before I pick up my kids at daycare.

10:08:48 20        Q.  Any certain day of the week?

10:08:49 21        A.  Certain day?  No.

10:08:53 22        Q.  Are there any farmer's markets that you

10:09:04 23    purchase pork products from?

10:09:06 24        A.  No.  It's too cold for that here.

10:09:11 25        Q.  Even in the summer?

1

1                            VOLUME 1
                            PAGES:  1-94
2                            EXHIBITS:  See Index

3

            UNITED STATES DISTRICT COURT
4            FOR THE DISTRICT OF MINNESOTA

5

      _____ )
6                              )
      IN RE:                 ) No. 0:18-cv-01776-JRT-HB
7                              )
      PORK ANTITRUST LITIGATION )
8                              )
      _____)
9

10

11

12        VIDEOTAPED DEPOSITION of WANDA DURYEA

13           - CONDUCTED BY VIDEOCONFERENCE -

14             Tuesday, March 1, 2022

15           10:07 a.m. Eastern Standard Time

16

17

18

19           Michelle Keegan, RMR, CRR

20                Lexitas

21        508-478-9795 ~ 508-478.0595 (Fax)

22            www.LexitasLegal.com

23

24

25

In Re Pork Antitrust Litigation                                    Wanda Duryea
March 01, 2022

35

1      A. The lawyers.

2      Q. And you haven't done any independent

3   research aside from what the attorneys have told

4   you?

5      A. No, I have not.

6      Q. Let's go to page 94, Paragraph 213.

7          MR. KOPP:  Can you go up a little bit

8   more?

9      A. I'm sorry?

10     Q. I'm sorry.  I was talking to Jacob.

11         MR. KOPP:  213, the paragraph.

12     Q. So this says that at all relevant times

13  you were a resident in Farmington, New Hampshire.

14  I think we covered that earlier.

15     A. Right.

16     Q. It's accurate that you lived in Farmington

17  except for the few months that you described in

18  2018, 2019.  Is that accurate?

19     A. Yes.

20     Q. Okay.  And between 2008 and 2018, which

21  defendants did you purchase pork from?

22     A. I probably purchased from Smithfield,

23  Hormel, Tyson, maybe Hatfield and various "I don't

24  know" from store brand.

25     Q. And do you know for the private label, you

57

```
 1        Q. You do not buy -- okay.

 2           Do you know how Walmart sets its prices?

 3        A. I do not.

 4        Q. BJ's and Market Basket, do you know the

 5    wholesale price that they pay?

 6        A. No.

 7        Q. Do you ever shop at farmer's markets?

 8        A. No.

 9        Q. What about -- I think you mentioned some

10    wholesale clubs like Costcos or Sam's Club.  Do

11    you shop at either of those or any other wholesale

12    clubs?

13        A. Costco is too far away from me in

14    New Hampshire.  It's about two hours.  Sam's Club,

15    I do go to.

16        Q. Okay.  How far away is Sam's Club?

17        A. About an hour and 15 minutes.

18        Q. And like how often would you purchase pork

19    from Sam's Club?

20        A. Maybe once every two or three months.

21        Q. Do you know how Sam's Club sets its

22    prices?

23        A. I do not.

24        Q. And I assume you don't know the wholesale

25    price that they pay or the markup?
```

1

1          VOLUME 1
           PAGES:  1-120
2          EXHIBITS:  See Index

3

           UNITED STATES DISTRICT COURT
4          FOR THE DISTRICT OF MINNESOTA

5

_____ )
6                                )
   IN RE:                        ) No. 0:18-cv-01776-JRT-HB
7                                )
   PORK ANTITRUST LITIGATION )
8                                )
_____ )
9

10

11

12          VIDEOTAPED DEPOSITION of

13          CHARLES RICHARD DYE, JR.

14       - CONDUCTED BY VIDEOCONFERENCE -

15        Wednesday, February 23, 2022

16       9:05 a.m. Eastern Standard Time

17

18

19

20

21        Michelle Keegan, RMR, CRR

22               Lexitas

23      508-478-9795 ~ 508-478.0595 (Fax)

24          www.LexitasLegal.com

25

In Re Pork Antitrust Litigation

Charles Dye
February 23, 2022

28

09:43:38  1    pigs?

09:43:39  2        A. No.

09:43:40  3        Q. Do you know what pork products Hormel

09:43:45  4    Foods produces?

09:43:46  5            MR. RISSMAN:  I object to form.

09:43:54  6            You can answer unless I instruct you not

09:43:56  7    to.

09:43:57  8        A. Yes.

09:43:57  9        Q. What pork products does it produce?

09:44:01  10       A. I've purchased bacon.

09:44:05  11       Q. Do you know if Hormel Foods produces other

09:44:10  12   meat products like beef, chicken, or turkey?

09:44:14  13       A. No.

09:44:22  14       Q. Have you purchased any pork produced by

09:44:27  15   Hormel Foods?

09:44:28  16       A. Yes.

09:44:28  17           MR. RISSMAN:  Objection.

09:44:31  18           Sorry.  Asked and answered, but he gave

09:44:33  19   his answer.

09:44:41  20       Q. Can you just restate your answer?

09:44:43  21       A. Yes.

09:44:43  22       Q. Have you heard of JBS USA?

09:44:45  23       A. Yes.

09:44:46  24       Q. Do you know where JBS USA is

09:44:51  25   headquartered?

In Re Pork Antitrust Litigation

Charles Dye
February 23, 2022

31

| 09:47:03 | 1 | produce? |
| 09:47:08 | 2 | MR. RISSMAN:  I object to form. |
| 09:47:09 | 3 | A. I know of bacon. |
| 09:47:10 | 4 | Q. Do you know if Smithfield Foods produces |
| 09:47:14 | 5 | other meat products like beef, chicken, or turkey? |
| 09:47:17 | 6 | A. I do not know. |
| 09:47:18 | 7 | Q. Have you purchased any pork produced by |
| 09:47:21 | 8 | Smithfield Foods? |
| 09:47:22 | 9 | MR. RISSMAN:  I object to form. |
| 09:47:23 | 10 | A. Yes. |
| 09:47:25 | 11 | Q. What pork products produced by Smithfield |
| 09:47:36 | 12 | Foods have you purchased? |
| 09:47:36 | 13 | A. Ham and bacon. |
| 09:47:42 | 14 | Q. Have you heard of Triumph Foods? |
| 09:47:45 | 15 | A. Yes. |
| 09:47:47 | 16 | Q. Do you know where Triumph Foods is |
| 09:47:54 | 17 | headquartered? |
| 09:47:54 | 18 | A. No. |
| 09:47:55 | 19 | Q. Does Triumph Foods raise its own pigs? |
| 09:47:58 | 20 | A. I don't know. |
| 09:47:58 | 21 | Q. Does Triumph Foods buy pigs? |
| 09:48:03 | 22 | A. I do not know. |
| 09:48:04 | 23 | Q. Where does Triumph Foods harvest pigs? |
| 09:48:08 | 24 | A. I do not know. |
| 09:48:09 | 25 | Q. What pork products does Triumph Foods |

10:38:13  1    package of bacon or a bulk package of bacon in

10:38:16  2    West Virginia every month from 2018 -- 2008 to

10:38:21  3    2018?

10:38:21  4        A. I don't recall.

10:38:25  5        Q. Did you purchase either an individual

10:38:33  6    package of bacon or bulk package of bacon in

10:38:36  7    West Virginia every month from 2015 to 2018?

10:38:39  8        A. Again, I don't recall.

10:38:42  9        Q. Do you have any recollection of the prices

10:38:48 10    that you paid when you purchased bacon?

10:38:53 11        MR. RISSMAN:  I object to form.

10:38:55 12        A. I do not.

10:38:56 13        Q. Do you remember what brands of bacon you

10:39:03 14    purchased between 2008 and 2018?

10:39:09 15        MR. RISSMAN:  Objection, asked and

10:39:10 16    answered.

10:39:10 17        A. I don't recall.

10:39:11 18        MR. RISSMAN:  Go ahead.  I'm sorry.

10:39:12 19        A. I do not remember all brands.

10:39:14 20        Q. Do you remember any of the brands of bacon

10:39:29 21    you purchased between 2008 and 2018?

10:39:31 22        A. Yes.  I'm sure some.

10:39:40 23        Q. Can you name for me the brands of bacon

10:39:48 24    you purchased between 2008 and 2018?

10:39:51 25        A. Oscar Meyer, Smithfield, Great Value,

1

1           UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
2

3
   Court File No. 0:18-cv-01776-JRT-HB
4

5  IN RE:

6  PORK ANTITRUST LITIGATION

7  _____/

8

9               ORAL VIDEOTAPED DEPOSITION

10                     JAMES EATON

11                    MARCH 10, 2022

12

13    ORAL VIDEOTAPED DEPOSITION OF JAMES EATON, via Zoom,

14 produced as a witness at the instance of the Defendant

15 Hormel Food Corporation, and duly sworn, was taken in

16 the above-styled and numbered cause on the 10th day of

17 March, 2022, from 9:04 a.m. to 12:02 p.m., before

18 Melinda Barre, Certified Shorthand Reporter in and for

19 the State of Texas, reported by computerized stenotype

20 machine, all parties appearing remotely via web

21 videoconference, pursuant to the rules of procedure and

22 the provisions stated on the record or attached hereto.

23

24

25

36

1   shopping duties.  My wife doesn't do that a lot of

2   times.

3       Q.   Okay.  Who shops more often in your household?

4       A.   You know, it just depends.  Could be 50/50, you

5   know.

6       Q.   Okay.  I'd like to go back to talking about

7   the -- your understanding of the lawsuit.

8            We talked a little bit about this, but can

9   you remind me again of your understanding of who is part

10  of this alleged conspiracy.

11      A.   Yes.  Agri Stats was the company that compiled

12  and shared the data amongst the pork producers.  The

13  ones off the top of my head were Tyson, Hormel,

14  Smithfield, Seaboard.  And, again, I'm failing on the

15  other names; but JBS is the one that has already agreed

16  to a settlement.

17      Q.   What's your understanding of the goal of the

18  conspiracy?

19      A.   For them to increase profit margins by falsely

20  shortening supply creating higher demand, increasing

21  prices.

22      Q.   Was there a ring leader of this alleged

23  conspiracy?

24      A.   I would say it would be the Agri Stats that

25  provided the data and presented it to everybody.

James Eaton
March 10, 2022

83

1      Q.    Okay.  And do you have a smartphone?

2      A.    I do.

3      Q.    What kind?

4      A.    iPhone.

5      Q.    Do you use any online banking apps on your

6   phone?

7      A.    I do.

8      Q.    Which ones?

9      A.    Banking for my bank specifically, Entrust.

10     Q.    Would you be able to check the amount of your

11  pork purchases on your smartphone?

12     A.    I would be able to check the full amount of my

13  purchase.  Again, it's not going -- it was inclusive of

14  my groceries.  So if I spend $175 at the store, that's

15  all it's going to say.  But yes, I could find that.

16     Q.    Has your counsel asked you to produce any of

17  your credit card or bank statements?

18     A.    No.

19     Q.    Are you aware that defendants have requested

20  that your credit card and bank statements be produced?

21           MR. HEDLUND:  Object to the form.

22     A.    I don't think so.

23     Q.    (By Ms. Koltookian)  We talked a little bit

24  about different factors that you consider when you're

25  purchasing pork earlier.  Do you remember that

80

1      Q.    I know that HyVee has that kind of reward

2 system.   Does Price Chopper also have some sort of

3 reward or point system?

4      A.    They do.

5      Q.    Okay.   And would you sometimes choose products

6 based on the rewards or points that you would get?

7      A.    No.   I believe theirs -- and, again, my wife

8 does the shopping there; but I believe theirs is just a

9 percentage of your bill.

10      Q.    And you mentioned that you haven't kept all of

11 your receipts.   Is that right?

12      A.    Correct.

13      Q.    When did you join this lawsuit?

14      A.    Fall of 2019.

15      Q.    And since fall of 2019, have you kept all of

16 your receipts from your purchases of pork?

17      A.    Yes.   I've tried to.   I could have missed one

18 unintentionally; but yeah, I've paid attention to it

19 more.

20      Q.    Okay.   And are the receipts that you have saved

21 reflected in the receipt exhibit that we just looked at?

22      A.    I would assume.   For some reason I thought

23 there were more, but I'm sure they included whatever I

24 sent them.

25      Q.    Okay.   Has your counsel ever instructed you to

**Video-Recorded Zoom Videoconference Deposition of Robert Eccles - 3/7/2022**
**In Re Pork Antitrust Litigation**

Page 1

1            UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF MINNESOTA

2

3

4    _____

5    IN RE PORK ANTITRUST

6    LITIGATION                No. 0:18-cv-10776-JRT-HB

7    _____

8

9

10

11

12

13   --------------------------------------------------

     VIDEO-RECORDED ZOOM VIDEOCONFERENCE DEPOSITION OF

14                 ROBERT ECCLES

     --------------------------------------------------

15

16

17

18

19

20

21

22

23

24

25   TAKEN MARCH 7, 2022        BY CARA NASI-PINARDI, RPR

**Video-Recorded Zoom Videoconference Deposition of Robert Eccles - 3/7/2022**
**In Re Pork Antitrust Litigation**

Page 42

```
1    BY MR. RIPA:
2    Q  So I'm going to ask you some questions about the
3       time period between January 2009 to the president --
4       sorry, to the present.
5          Does that -- does that sound okay?
6    A  Yes, sir.
7    Q  So during that time period have you purchased pork
8       products?
9    A  I have.
10   Q  And what types have you purchased?
11   A  My biggest purchase would be bacon, also
12      occasionally breakfast sausages.  I'm not sure if
13      it's relevant, but occasionally we get a Honey Baked
14      Ham for the holidays.
15   Q  Okay.
16   A  That's pretty much it.
17   Q  And do you have an understanding of how much of
18      those pork products you've purchased over the whole
19      time period between January 2009 and the present?
20   A  Not over the whole period.  I could give you like a
21      monthly snapshot or something if you would like.
22   Q  Sure.
23   A  Bacon probably once or twice a month.  Sausages
24      probably less frequently, maybe once every four
25      months-ish.  Honey Baked Hams obviously just
```

Page 43

```
1       probably around Easter or Christmas.
2    Q  Okay.  And so who actually purchased the pork you're
3       referencing?  Was it you or a spouse or someone
4       else?
5    A  It was me.
6    Q  Okay.  Was it always you?
7    A  Yes.
8    Q  And whose money was used for the purchase?
9    A  Mine, our family's money, I guess.
10   Q  I would like to ask you some questions about where
11      you purchased this pork.  Is that all right?
12   A  Certainly.
13   Q  Great.  So did you ever purchase the pork products
14      you just referenced at grocery stores?
15   A  Yes.
16   Q  Can you tell me which grocery stores?
17   A  Sure.  That's pretty easy.  Just one, Meijer is our
18      local grocery store, Meijer, M-E-I-J-E-R, I think.
19   Q  Okay.  And where is this grocery store located?
20   A  It's in Monroe, Michigan.
21   Q  Okay.  And about how far away is that from you?
22   A  About 15 minutes.
23   Q  All right.  And were there any other grocery stores
24      that you purchased these pork products at?
25   A  It's possible I went to the Meijer store in Ann
```

Page 44

```
1       Arbor maybe on the way home from work at some point,
2       but I think the vast, vast majority would have been
3       from Meijer in Monroe.  It would have been rare for
4       me to go to the Meijer in Ann Arbor.  It is only out
5       of necessity that I need something right away I go
6       there generally.
7    Q  Got it.  So mostly the Meijer located in Monroe,
8       Michigan, but it does sound like there may have been
9       instances when you purchased pork products at a
10      Meijer located in Ann Arbor.
11         Am I hearing that right?
12   A  I would say it's unlikely, but possible, yes.
13   Q  Okay.  Any other grocery stores?
14   A  No, sir.
15   Q  And that's for the entire time period we're
16      discussing, January 2009 to the present.
17         Is that right?
18   A  Yes, sir.  Correct.
19   Q  And again, I think we covered this in the beginning,
20      but I just want to make sure I'm recalling this
21      correctly.  From January 2009 to the present, you've
22      lived at your current address the entire time?
23   A  Yes, sir.
24   Q  Can you recall any instances in which you bought
25      pork products at the Meijer store in Ann Arbor,
```

Page 45

```
1       Michigan?
2    A  No, I cannot.
3    Q  Have you ever bought pork products at superstores,
4       and by that I mean, you know, like a Walmart or a
5       Target superstore or anything like that?
6    A  Not that I can recall, no.
7    Q  What about at farmers' markets?
8    A  No, sir, definitely not.
9    Q  How about wholesale clubs?  Some, you know, examples
10      of that would be Costco or Sam's Club.
11   A  No.  No, sir.
12   Q  And how about convenience stores?
13   A  I don't believe so.
14   Q  What about butchers or specialty shops?
15   A  No, sir.
16   Q  Dollar Stores?
17   A  No, sir.
18   Q  And how about restaurants?
19   A  As far as ordering bacon on a menu, certainly, but,
20      you know, not actually buy it to take home and cook
21      it or anything.
22   Q  Okay.  What restaurants might you have ordered pork
23      products at from January 2009 to the present?
24   A  There's probably a bunch, wherever I would have had
25      breakfast, I guess.  Maybe someplace like Denny's.
```

1

1          UNITED STATES DISTRICT COURT
2              DISTRICT OF MINNESOTA

3    -------------------------X

4    IN RE:                    :   Court File No.

5    PORK ANTITRUST LITIGATION  :   0:18-cv-01776-JRT-HB

6    -------------------------X

7

8    REMOTE VIDEOTAPED STENOGRAPHIC DEPOSITION OF

9                   CHRISTINA HALL

10              Friday, April 22, 2022

11                 9:00 a.m. Eastern

12

13

14

15

16

17

18

19

20

21

22   Job No.:  2022-837402

23   Pages:  1 - 207

24   STENOGRAPHICALLY REPORTED BY:

25   GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR, CSR

81

```
 1        Q.   Did you do that every single month

 2   for that entire 10-year time period?

 3        A.   Yes.

 4        Q.   In the next column over to the

 5   right, it says "Wright's bacon."  Is that

 6   correct?

 7        A.   Yes.

 8        Q.   Do you know if Wright's is owned by

 9   any of the defendants in this case?

10        A.   I'm not sure.

11        Q.   Did you only purchase Wright's bacon

12   from Walmart?

13        A.   No.

14        Q.   You would purchase other brands as

15   well?

16        A.   Yes.  If Wright's was not available.

17        Q.   And what brands were those?

18        A.   Hormel or Smithfield.  Mainly

19   Smithfield.

20        Q.   And that was only if Wright's was

21   unavailable?

22        A.   Yes.

23        Q.   In the "Price" column, it says

24   "Varied."  Is that right?

25        A.   Yes.
```

In Re Pork Antitrust Litigation                                    Christina Hall
                                                                April 22, 2022

35

```
 1        A.   They produce pork products.

 2        Q.   And I believe you also mentioned

 3   Hormel.  What is Hormel?

 4        A.   They produce food products as well.

 5        Q.   And what is JBS?

 6        A.   They, as well, produce pork

 7   products.

 8        Q.   And how did you come to understand

 9   that JBS produces pork products?

10        A.   The complaint.

11        Q.   Is that same for how you came to

12   understand what Tyson, Smithfield, and Hormel

13   are, as well?

14        A.   No.

15        Q.   How did you come to understand what

16   Tyson is?

17        A.   I purchase their products.

18        Q.   And what products do you purchase

19   from Tyson?

20        A.   I've purchased chicken.  Other

21   things.  I can't remember.  But I've purchased

22   bacon and all kind of products from those

23   producers.

24        Q.   When you say "those producers," who

25   are you referring to?
```

In Re Pork Antitrust Litigation                                    Christina Hall
                                                                   April 22, 2022

36

1          A.    Tyson, Smithfield, and Hormel.

2          Q.    So you've purchased chicken, bacon,

3    and other products from Tyson, Smithfield, and

4    Hormel?

5                 MR. RISSMAN:  Objection.

6          Mischaracterizes testimony.

7          A.    Correct.

8          Q.    And how do you know that you've

9    purchased products from those companies?

10         A.    The names on the label.

11         Q.    Which laws do you think the

12   defendants have violated in this case?

13                MR. RISSMAN:  Objection.  Calls

14         for a legal conclusion.

15         A.    I don't know.

16         Q.    Before joining this case, did you

17   take any steps to investigate the claims you

18   asserted in the complaint?

19                MR. RISSMAN:  Object to form.

20         A.    No.

21                THE WITNESS:  Quick question

22         before you jump to the next one.  Can we

23         take a quick five-minute break?

24                MS. ZIMMERMAN:  Of course.

25                THE WITNESS:  Okay.

52

1        Q.   Have you purchased pork products?

2        A.   Yes.

3        Q.   What types of pork products have you

4    purchased?

5        A.   Bacon; sausage; pork tenderloin;

6    pork chops; pork butt; ham.  That's pretty

7    much it.  Did I say pork tenderloin?  I think

8    I did.

9        Q.   How often would you say you

10   purchased some type of pork product?

11       A.   Once or twice a month.

12       Q.   Who typically does the grocery

13   shopping in your household?

14       A.   Me.  I apologize.

15       Q.   Are there others in your household

16   with you?

17       A.   My children.

18       Q.   And how many children do you have?

19       A.   I have three, and one on the way.

20   But only two live here now.

21       Q.   And of your two children that live

22   with you, do they also eat pork?

23       A.   Yes.

24       Q.   How often do you grocery shop?

25       A.   Once or twice a month.

1

```
 1                                    VOLUME 1
                                      PAGES:  1-148
 2                                    EXHIBITS:   See Index

 3
                  UNITED STATES DISTRICT COURT
 4                FOR THE DISTRICT OF MINNESOTA

 5

    _____ )
 6                                  )
    IN RE:                          ) No. 0:18-cv-01776-JRT-HB
 7                                  )
    PORK ANTITRUST LITIGATION       )
 8                                  )
    _____ )
 9

10

11

12

13        VIDEOTAPED DEPOSITION of SARAH ISOLA

14          - CONDUCTED BY VIDEOCONFERENCE -

15             Friday, April 8, 2022

16         9:58 a.m. Central Daylight Time

17

18

19

20

21

22        Michelle Keegan, RMR, CRR

23                   Lexitas

24       508-478-9795 ~ 508-478.0595 (Fax)

25              www.LexitasLegal.com
```

37

10:43:48  1      A. Yes.

10:43:49  2      Q. What types of pork products have you

10:43:52  3  purchased during that time period?

10:43:53  4      A. So I purchased bacon, sausage, ribs, and

10:44:08  5  then pork shoulder or pork butt.

10:44:14  6      Q. Can you think of -- I'm sorry.

10:44:16  7      A. I'm sorry.  There's a lot.  I'm trying

10:44:19  8  to . . .

10:44:20  9          Ham and, like, pork chorizo.

10:44:26  10     Q. Okay.  Can you think of any other pork

10:44:29  11  products you purchased during the 2009-to-present

10:44:32  12  time period?

10:44:40  13         MS. WANG:  I object to form.

10:44:41  14     A. Occasionally I get pork chops.

10:44:43  15     Q. Okay.

10:44:52  16     A. And I think that's about it.

10:44:55  17     Q. How much pork have you -- excuse me.

10:45:00  18         How much pork have you purchased during

10:45:01  19  that 2009 to the present time period?  And I think

10:45:06  20  that's -- I'm going to change that question

10:45:08  21  because I think that's an unfair question.

10:45:09  22         About how frequently during that

10:45:11  23  January 2009 to the present time period do you

10:45:19  24  purchase pork?

10:45:20  25         A. I'm going to say pork in general I

In Re - Pork Antitrust Litigation

Sarah Isola
April 08, 2022

38

10:45:30  1    purchase on a monthly basis.

10:45:38  2         Q. And how do you know that you purchase pork

10:45:40  3    usually on a monthly basis?

10:45:42  4         A. Well, actually, I might get bacon more

10:45:45  5    than that.  Just because of my normal routine.  My

10:45:53  6    husband, he likes to smoke meat.  He makes pulled

10:45:56  7    pork.  He does ribs.  We do that at least one

10:46:00  8    weekend a month.

10:46:02  9         And then I have bacon here quite

10:46:04 10    frequently because that's my husband's favorite

10:46:06 11    thing to have on the weekends for breakfast.  I

10:46:12 12    live -- I go -- I'm farther from the store, so I

10:46:15 13    like to go and buy a bigger amount once a month.

10:46:18 14         Q. So is it fair to say that your usual habit

10:46:20 15    is to kind of do grocery shopping about once a

10:46:23 16    month?  Is that right?

10:46:24 17         A. Once to twice.  Yeah.

10:46:25 18         Q. Okay.  And it sounds like -- is it fair to

10:46:31 19    say that you purchase more bacon than any other

10:46:33 20    pork product?  It sounds like that might be the

10:46:36 21    case.

10:46:36 22         MS. WANG:  Objection to form.

10:46:40 23         Sorry.  You can answer.

10:46:41 24         A. We purchase more bacon than anything, but

10:46:44 25    we still purchase a good amount of other stuff

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

_____

IN RE PORK ANTITRUST

LITIGATION              No. 0:18-cv-10776-JRT-HB

_____

--------------------------------------------------

VIDEO RECORDED ZOOM VIDEOCONFERENCE DEPOSITION OF

KENNETH KING

--------------------------------------------------

TAKEN FEBRUARY 28, 2022    BY CARA NASI-PINARDI, RPR

**Video Recorded Zoom Videoconference Deposition of Kenneth King - 2/28/2022**
**In Re Pork Antitrust Litigation**

Page 96

1      BY MR. THOMSON:

2      Q   What about Tyson pork, have you ever bought Tyson

3          pork?

4              MR. AMARA:  Same objection.

5              Mr. King, you may answer.

6              THE WITNESS:  Yes, sir.

7      BY MR. THOMSON:

8      Q   When did you buy Tyson pork?

9      A   In that timeframe, I have.  That's one of the main

10         brands at our store.

11     Q   And which store is that?

12     A   Walmart.

13     Q   Do you know if it's sold at County Market?

14     A   Offhand, no.

15     Q   Okay.  And what Tyson pork product did you buy?

16     A   Offhand, I'm not sure.

17     Q   Okay.  Do you recall what brand of Tyson pork you

18         bought?

19     A   No, sir.

20     Q   Okay.  Do you have a sense of how much Tyson pork

21         you bought over the January 2009 to present period?

22             MR. AMARA:  Objection, calls for

23         speculation.

24             Mr. King, you may answer.

25             THE WITNESS:  No, sir.

**Video Recorded Zoom Videoconference Deposition of Kenneth King - 2/28/2022**
**In Re Pork Antitrust Litigation**

Page 72

1    Q  Okay.  Do you know about how often you purchase pork

2        tenderloins?

3    A  I would say about every week or every two weeks.

4    Q  And about how much loins do you purchase?

5    A  Per month, four packs total.

6    Q  I'm sorry, Mr. King, I didn't catch that response.

7    A  Yeah, each month, it's four packs total.

8    Q  Okay.  Do you ever buy pork shoulders?

9    A  No, sir.

10   Q  Do you ever buy pork ribs?

11   A  No, sir.

12   Q  What about jowls?

13   A  No, sir.

14   Q  Let's talk about pork chops.  I know you buy those.

15      Could you tell me what brand of pork chops you buy?

16   A  As far as the brand, I don't know the name of it to

17      be honest.

18   Q  Okay.  How often do you buy pork chops?

19   A  I would say every two weeks, and that would be one

20      pack, which would be five chops each visit.

21   Q  Okay.  Thank you.  What about pork steaks, do you

22      ever buy pork steaks?

23   A  No, sir.

24   Q  Do you ever buy ground pork?

25   A  No, sir.

1

1    UNITED STATES DISTRICT COURT
        DISTRICT OF MINNESOTA
2

3
Court File No. 0:18-cv-01776-JRT-HB
4

5  IN RE:

6  PORK ANTITRUST LITIGATION

7  _____/

8

9              ORAL VIDEOTAPED DEPOSITION

10                     RYAN KUTIL

11                 JANUARY 25, 2022

12

13    ORAL VIDEOTAPED DEPOSITION OF RYAN KUTIL, via Zoom,

14  produced as a witness at the instance of the Defendants

15  Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson

16  Fresh Meat, Inc., and duly sworn, was taken in the

17  above-styled and numbered cause on the 25th day of

18  January, 2022, from 9:02 a.m. to 2:53 p.m., before

19  Melinda Barre, Certified Shorthand Reporter in and for

20  the State of Texas, reported by computerized stenotype

21  machine, all parties appearing remotely via web

22  videoconference, pursuant to the rules of procedure and

23  the provisions stated on the record or attached hereto.

24

25

Ryan Kutil - January 25, 2022

102

1    A.    No.

2    Q.    Do you factor in particular brands in deciding

3  what pork products to buy?

4    A.    Not really, no.

5    Q.    Can you name any -- strike that.

6          Do you typically buy the store brand for

7  the pork products you buy?

8    A.    Probably more so than a package with a brand

9  name on it.  Probably more so, yes.

10   Q.    When you say "more so," do you mean over

11 70 percent of the time?

12   A.    I guess it's more about the type of product.

13 So packaged bacon would probably be more like the brand

14 name than the store brand.  But when it comes to pork

15 chops or -- you know, probably more so pork chops than

16 anything.  But yeah, you know, name brand packaged pork

17 loins and bacon would probably be what I'd buy more so

18 than the store.

19   Q.    What brands of pork loins do you buy?

20   A.    Smithfield and Hormel.  I believe those are

21 probably the two most common of those pork loins.

22   Q.    And how do you decide between Smithfield and

23 Hormel if you are looking to buy pork loins?

24   A.    They're typically like a marinated pork loin.

25 So just depending on the flavors available.

75

1  non-defendant hog producer produced the pork that you

2  purchased at County Market that are listed in this

3  exhibit?

4              MR. RISSMAN:  Same objection.

5      A.   That's correct.

6      Q.   (By Ms. Lee)  I'm going to go over some other

7  types of pork products to see if you purchased them

8  between 2008 and 2018.  I'll try to skip over ones that

9  you've already established that you purchased.

10             Between 2008 and 2018 did you ever

11  purchase ham?

12     A.   Yes.

13     Q.   How often did you purchase hams?

14     A.   Not as often as other pork products.  Once

15  every few months maybe.

16     Q.   Were there any particular brands that you would

17  purchase of hams?

18     A.   It would probably -- no, not off the top of my

19  head.

20     Q.   And where did you purchase these hams?

21     A.   Could have been any of the grocery stores I've

22  listed.

23     Q.   Between 2008 and 2018 did you purchase pork

24  loins?

25     A.   Yes.

Ryan Kutil - January 25, 2022

76

1    Q.   And how often would you purchase pork loins?

2    A.   Probably more frequently, a couple times a

3    month.

4    Q.   And where would you purchase the pork loins

5    from?

6    A.   Any of the stores we discussed.

7    Q.   I think you mentioned earlier that you

8    purchased pork shoulder at grocery stores.  Is that

9    correct?

10   A.   Correct.

11   Q.   And how often would you purchase pork shoulder?

12   A.   Maybe once a month.

13   Q.   Also at the variety of grocery stores that you

14   mentioned?

15   A.   Correct.

16   Q.   Between 2008 and 2018 did you purchase pork

17   belly?

18   A.   Probably never.

19   Q.   Between 2008 and 2018 did you purchase pork

20   jowls?

21   A.   No.

22   Q.   Between 2008 and 2018 did you purchase ribs?

23   A.   Yes.

24   Q.   How often would you purchase pork ribs?

25   A.   Probably more so in the spring, summer and fall

1

```
 1                              VOLUME 1
                               PAGES:  1-88
 2                             EXHIBITS:  See Index


 3
                   UNITED STATES DISTRICT COURT
 4                 FOR THE DISTRICT OF MINNESOTA


 5

   _____)
 6                                 )
   IN RE:                          )  No. 0:18-cv-01776-JRT-HB
 7                                 )
   PORK ANTITRUST LITIGATION )
 8                                 )
   _____)
 9


10


11


12


13         VIDEOTAPED DEPOSITION of DAVID LOOK

14            - CONDUCTED BY VIDEOCONFERENCE -

15              Thursday, March 24, 2022

16        8:28 a.m. Hawaii-Aleutian Standard Time

17


18


19


20


21


22          Michelle Keegan, RMR, CRR

23                    Lexitas

24       508-478-9795 ~ 508-478.0595 (Fax)

25              www.LexitasLegal.com
```

In Re Pork Antitrust Litigation

David Look
March 24, 2022

81

| | | |
|---|---|---|
| 11:21:20 | 1 | at a higher price due to the collusion. |
| 11:21:22 | 2 | Q. How much more than you should have? |
| 11:21:30 | 3 | MR. AMARA:  Objection, form, calls for |
| 11:21:32 | 4 | speculation and calls for a legal conclusion. |
| 11:21:37 | 5 | A. Yeah.  I really wouldn't know exactly how |
| 11:21:50 | 6 | much. |
| 11:21:50 | 7 | Q. Did you ever buy pork directly from |
| 11:21:52 | 8 | Clemens? |
| 11:21:52 | 9 | A. Did you say Clemens? |
| 11:21:55 | 10 | Q. Yes. |
| 11:22:06 | 11 | A. I don't know. |
| 11:22:06 | 12 | Q. Did you ever buy pork directly from any |
| 11:22:11 | 13 | defendant? |
| 11:22:11 | 14 | A. I can -- sorry. |
| 11:22:27 | 15 | MR. AMARA:  Objection, form. |
| 11:22:39 | 16 | A. I can only confidently say Hormel and |
| 11:22:42 | 17 | Tyson. |
| 11:22:47 | 18 | Q. Did you buy those directly from Hormel and |
| 11:22:50 | 19 | Tyson or through a grocery store? |
| 11:22:52 | 20 | A. Through a grocery store. |
| 11:22:59 | 21 | Q. So wasn't it the grocery store setting the |
| 11:23:02 | 22 | prices? |
| 11:23:02 | 23 | MR. AMARA:  Objection, form, calls for |
| 11:23:04 | 24 | speculation. |
| 11:23:04 | 25 | Go ahead and answer. |

1

1        UNITED STATES DISTRICT COURT

2           DISTRICT OF MINNESOTA

3    ------------------------------------x
     IN RE:  PORK ANTITRUST LITIGATION       0:18-cv-01776
4    ------------------------------------x   JRT-HB

5

6

7

8        VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                  KENNETH L. NEAL
9              Monday, March 14, 2022
               9:04 a.m. - 1:08 p.m.
10      Reported Remotely through Videoconference

11

12

13

14

15

16

17

18

19

20

21

22           Reported stenographically by:
          Richard Germosen, CA CSR No. 14391
23      RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
        NCRA/NJ/NY/CA Certified Realtime Reporter
24         NCRA Realtime Systems Administrator
                 Job No. 2022-835333
25

56

```
 1                    Do you understand?

 2         A.    Yes.

 3         Q.    During that time period, have you

 4   purchased pork products?

 5         A.    Yes.

 6         Q.    What types of?

 7         A.    Ribs, shoulder, sausage, bacon,

 8   things of that nature.

 9         Q.    How much volume would you say over

10   the whole period?

11         A.    Oh, man.  I would say -- I would say

12   a good bit.

13         Q.    And which defendants did you purchase

14   pork from between 2008 to 2018?

15                MR. AMARA:  Objection.  Form.

16         A.    I -- I know for sure Hormel.  I'm for

17   certain I've gotten Tyson and Smithfield also.  I

18   can't quite remember -- can't quite remember them

19   all.

20         Q.    Do you know if the pork that you've

21   purchased originated from a farm that was owned by

22   one of the defendants?

23                MR. AMARA:  Objection.  Foundation.

24   Objection.  Form.

25         A.    No.
```

69

```
 1    would have gone shopping at Food Lion between 2008

 2    to present?

 3            A.      Say that again?  Repeat that.

 4            Q.      Do you know which years you typically

 5    would have gone shopping at Food Lion between 2008

 6    to present?

 7            A.      Which year?

 8            Q.      Which years, yeah.  I mean, if it's

 9    all those years, that's fine, but the question is:

10    You said that you go once or twice a week?

11            A.      Yeah, I mean, it would be -- it would

12    be all those years.

13            Q.      All those years.  Okay.

14                    And what type of pork product would

15    you typically purchase from Food Lion?

16            A.      Shoulders, ribs, sausage, ham, bacon.

17            Q.      Do you shop at Food Lion more

18    frequently than other food retailers?

19            A.      I would say so.

20            Q.      You would say so?

21            A.      Yeah.

22            Q.      Why is that?

23            A.      There is three or four Food Lions in

24    town versus the one Walmart.

25            Q.      On the receipt, do you see the line
```

1

1          UNITED STATES DISTRICT COURT

2             DISTRICT OF MINNESOTA

3          Case No. 0:18-cv-01776-JRT-HB

4

5

6    ------------------------------------------

7    IN RE PORK ANTITRUST LITIGATION

8    This Document Relates to: All Actions

9    ------------------------------------------

10

11

12

13

14              CONFIDENTIAL

15        REMOTE TESTIMONY OF CHAD NODLAND

16          MAY 31, 2022 - 9:00 A.M. CDT

17

18

19

20

21

22

23

24

25       JOB NO. 2022-845985

91

```
 1          CHAD NODLAND - CONFIDENTIAL

 2      Q      Okay.

 3             Are you claiming damages on

 4   the pork you purchased from that store?

 5      A      I don't know the answer to

 6   that.  I don't -- I don't honestly know

 7   whether they get the pork locally or if

 8   they get it from one of the defendants, so

 9   probably not there.  But I don't --

10             (Simultaneous Crosstalk.)

11      Q      Sure.

12             What about the other stores

13   that you had mentioned, are you claiming

14   damages on all of the purchases made from

15   those stores?

16      A      Yes.

17      Q      Do you know the brands of any

18   of the products that you have purchased

19   from those stores?

20      A      I know for sure that I

21   purchased Little Sizzler breakfast

22   sausages, which I believe are Hormel.  And

23   I am pretty sure I have bought Smithfield

24   bacon.

25             And I honestly don't remember
```

132

```
 1        CHAD NODLAND - CONFIDENTIAL

 2        Q      Okay.

 3               Mr. Nodland, getting a little

 4   more into the broader purchasing habits,

 5   did you always purchase the same amount of

 6   pork over the course of the year?

 7        A      I would say no.  Like I think

 8   I mentioned earlier, I would buy pork

 9   butts more in the summer.

10        Q      Sure.

11               And would that also be true,

12   say, Thanksgiving or Christmas, around the

13   holiday time, would you buy more or less

14   pork?

15        A      That's possible.  I am not --

16   I am a turkey guy, so I don't know that

17   would be relevant to me so much.  Other

18   than when I make turkeys, I would buy, as

19   I said before, the ground -- the ground

20   pork because I put it in my stuffing.

21               But -- but, no, I don't

22   know -- there's a chance in there you

23   might see a bump up in me buying a ham at

24   Easter time, but that's probably about it.

25        Q      Okay.
```

1           CHAD NODLAND - CONFIDENTIAL

2    can buy sausage, sort of what was your

3    criteria for choosing one over the other?

4         A     I don't know that I had a

5    criteria for that.

6                Here is what I can tell you,

7    and you can figure it out from here.  I

8    tried to make a hot breakfast for my boys

9    every morning, and it can be hard to come

10   up with protein or meat products to give

11   them because they would get sick of things

12   if I only gave them sausage or only gave

13   them bacon every morning.

14                And so I try to rotate

15   things, and that's how I would -- and so

16   there wasn't really this or that, it was

17   get all of it, and then -- so I had a

18   variety to make for breakfast.

19         Q     So it would just sort of be a

20   way to kind of cycle out different pork

21   products.

22                There was no real rhyme or

23   reason to it; is that fair to say?

24         A     I would say there's rhyme and

25   reason to what I was doing.

1

```
 1                                  VOLUME 1
                                    PAGES:  1-109
 2                                  EXHIBITS:  See Index

 3
                    UNITED STATES DISTRICT COURT
 4                  FOR THE DISTRICT OF MINNESOTA

 5

 6   _____)
     IN RE:                        )  No. 0:18-cv-01776-JRT-HB
 7                                  )
     PORK ANTITRUST LITIGATION )
 8                                  )
     _____)
 9

10

11

12

13        VIDEOTAPED DEPOSITION of MICHAEL PICKETT

14            - CONDUCTED BY VIDEOCONFERENCE -

15               Wednesday, April 13, 2022

16          11:04 a.m. Eastern Daylight Time

17

18

19

20

21

22            Michelle Keegan, RMR, CRR

23                     Lexitas

24       508-478-9795 ~ 508-478.0595 (Fax)

25                www.LexitasLegal.com
```

72

13:15:22  1        A. No.

13:15:23  2        Q. Okay.

13:15:29  3           MR. SAMELS:  Can we please jump up to

13:15:31  4    page 7, which I think would be PDF page 15.

13:15:39  5    Perfect.  Could you please zoom in on

13:15:43  6    Paragraph 15.

13:15:51  7        Q. Mr. Pickett, I'll give you a moment to

13:15:53  8    read that paragraph to yourself.  Can you just let

13:15:56  9    me know when you're done.

13:15:58  10       A. Okay.

13:16:14  11          (Pause)

13:16:27  12       A. Okay.

13:16:27  13       Q. Have you heard the name "Tyson" before?

13:16:34  14       A. Yes.

13:16:37  15       Q. Do you recognize them as a pork company?

13:16:41  16       A. Pork and chicken.  They do all types.

13:16:51  17       Q. Have you ever bought a Tyson pork product?

13:16:56  18       A. Occasionally because Tyson's is -- like I

13:17:10  19    said, they do all types.  When it comes to Tyson,

13:17:13  20    they do chicken, pork, all of that.

13:17:15  21          So it was like occasionally when I want to

13:17:17  22    come to actually -- when it comes to actual

13:17:20  23    pork-pork, like I said, Smithfield or Oscar Meyer,

13:17:27  24    or something like that, or Hormel when it comes to

13:17:31  25    pork-pork.

1

1              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA

2

3
   Court File No. 0:18-cv-01776-JRT-HB

4

5  IN RE:

6  PORK ANTITRUST LITIGATION

7  _____/

8

9                 ORAL VIDEOTAPED DEPOSITION

10                      JOSEPH REALDINE

11                      MARCH 31, 2022

12

13     ORAL VIDEOTAPED DEPOSITION OF JOSEPH REALDINE, via

14  Zoom, produced as a witness at the instance of the

15  Defendants Tyson Foods, Inc., Tyson Prepared Foods, Inc.

16  and Tyson Fresh Meats, Inc., and duly sworn, was taken

17  in the above-styled and numbered cause on the 31st day

18  of March, 2022, from 8:09 a.m. to 12:25 p.m. Hawaii

19  Standard Time, before Melinda Barre, Certified Shorthand

20  Reporter in and for the State of Texas, reported by

21  computerized stenotype machine, all parties appearing

22  remotely via web videoconference, pursuant to the rules

23  of procedure and the provisions stated on the record or

24  attached hereto.

25

In Re - Pork Antitrust Litigation                                    Joseph Realdine
                                                                      March 31, 2022

85

1  how often you purchased pork chops from Costco?

2      A.   I do not.

3      Q.   Do you know the price of the pork chops that

4  you paid at Costco?

5      A.   I do not.

6      Q.   In terms of Date Purchased it says "monthly."

7  So is it fair to say that you purchased pork chops on a

8  monthly basis from Costco?

9      A.   Yes.  Could be.  It's more of an average.

10     Q.   So sometimes it might be more than once a

11  month, sometimes less.  Is that fair?

12     A.   Could be.

13     Q.   Then for brand it lists several different

14  brands.  Do you know what brand of pork chops you

15  purchased from Costco?

16     A.   No, I don't.  Hormel was basically bacon that

17  we used to purchase.

18     Q.   So Hormel would be for bacon.  Keoki's Kalua

19  pork would be for the Kalua pork.  Is that correct?

20     A.   Yes.

21     Q.   So is it fair to say that other than bacon and

22  the Kalua pork all of the other pork products shown here

23  were Kirkland brand?

24     A.   Could be.  I'm not sure.

25     Q.   And do you know the hog producer who produced

In Re - Pork Antitrust Litigation                                 Joseph Realdine
March 31, 2022

64

1      A.   Yes, ma'am.

2      Q.   And before I get into this line of questioning,

3  and I'll try to be clear but I am -- when I ask these

4  questions, I am talking about the time period between

5  2008 and 2018.

6           So between 2008 and 2018 which grocery

7  stores did you purchase pork at?

8      A.   Malama Market and Foodland primarily.

9      Q.   Did you say Malama?

10     A.   Yes, Malama.  It's just the name of a market.

11 Malama is Hawaiian to care for.  Just the name of the

12 store, Malama.

13     Q.   And what type of pork did you purchase at

14 Malama Market?

15     A.   Pork loin, bacon, spare ribs, on occasion

16 ground pork, intact muscle, center-cut St. Louis ribs,

17 those kind of -- pork chops, those type of cuts.

18     Q.   And between 2008 and 2018 how often would you

19 purchase pork at Malama Market?

20     A.   I don't know.

21     Q.   Would you purchase pork there every week?

22     A.   Probably not.

23     Q.   Would you purchase pork at Malama Market every

24 month?

25     A.   Most likely.

HIGHLY CONFIDENTIAL

Page 1

1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MINNESOTA
2
3                          - - -
4
   IN RE:  PORK ANTITRUST    :  No. 0:18-cv-
5           LITIGATION       :  01776-JRT-HB
                             :
6                            :
                             :
7                            :
   This Document Relates to  :
8       All Actions          :
9
                           - - -
10
                   WEDNESDAY, JUNE 1, 2022
11                   HIGHLY CONFIDENTIAL
12                         - - -
13
         Remote Zoom Videotape Deposition of
14
   MICHAEL REILLY, taken pursuant to Notice, in
15
   Albuquerque, New Mexico, commencing at
16
   approximately 9:02 a.m., Mountain Time, on the
17
   above date, before Rose A. Tamburri, RPR, CM,
18
   CCR, CRR, USCRA Speed and Accuracy Champion
19
   and Notary Public.
20
21                         - - -
22
23               VERITEXT LEGAL SOLUTIONS
                   Mid-Atlantic Region
24            1801 Market Street - Suite 1800
              Philadelphia, Pennsylvania  19103
25

HIGHLY CONFIDENTIAL

Page 31

1  products are raw or cooked?

2          MS. WANG:  Object to form.

3          THE WITNESS:  I don't know.

4          MR. BOXBAUM:  All right.  We

5  can -- I think we can take that document down

6  for now.

7  BY MR. BOXBAUM:

8      Q.  I would like to ask you now generally

9  just about your own purchases of pork.  For

10  the most part, the questions that I'm going to

11  ask you are going to relate to the 2008 to the

12  2018 time period, unless I specify otherwise.

13          Do you understand?

14      A.  Yes.

15      Q.  All right.

16          Generally, have you purchased pork

17  products in that time period?

18      A.  Yes.

19      Q.  And can you tell me what types?

20      A.  Mostly we -- I purchased bacon, ham,

21  sausage and pork chops.

22      Q.  When you buy bacon, is there any

23  particular type of bacon that you buy?

24      A.  Almost always I would buy Hormel

25  Black Label.

HIGHLY CONFIDENTIAL

Page 32

1      Q.    Can you tell me what Hormel Black

2   Label is?

3      A.    It's a type of raw bacon.

4      Q.    Is it flavored in any way?

5      A.    I -- I would buy the plain, but I

6   also would buy the maple often.

7      Q.    And the same with ham; can you tell

8   me what type of ham you would buy?

9      A.    Usually it was my ex-wife who would

10  buy that, so I don't know that she had a ton

11  of brand loyalty to that.  We -- both my

12  stepson and my son at that time did enjoy ham

13  quite a bit, so that would be something we

14  would buy pretty often.

15     Q.    And do you know if that ham that any

16  member of your family bought was flavored in

17  any way?

18     A.    Typically it was not.  Sometimes

19  around the holidays, maybe Easter or

20  Christmas, we might do one of the -- the

21  honey-type hams.

22     Q.    And when you say, "ham," is that

23  sliced sandwich meat ham?

24     A.    No.

25     Q.    Was it --

HIGHLY CONFIDENTIAL

Page 35

1      A.    No, sir.

2      Q.    Were they --

3      A.    Those would have probably been -- my

4  apologies -- store bought, store brand.

5      Q.    Did you buy them out of a deli case?

6      A.    Usually they'd be pre-packaged.

7      Q.    And they would be -- they would carry

8  the brand of the grocery store that you were

9  buying it from?

10     A.    Yes, sir.

11     Q.    Okay.

12           How -- from that time period of

13  2008 to 2018, how frequently did you buy pork

14  products?

15           MS. WANG:  Object to form.

16           THE WITNESS:  I would guess twice

17  a month at least.

18  BY MR. BOXBAUM:

19     Q.    From 2008 until 2017, when you were

20  living with your ex-wife and two children, who

21  made the pork purchases?

22     A.    It was probably a 60/40 split, that

23  she shopped more often.

24     Q.    And did the purchases -- well, strike

25  that.

1

1

2          UNITED STATES DISTRICT COURT

3             DISTRICT OF MINNESOTA

4     -------------------------------X

5     IN RE PORK ANTITRUST LITIGATION,        Civil No.
                                        18-cv-1776(JRT/HB)
6     -------------------------------X
      This Document Relates To:
7
      All Consumer Indirect
8     Purchaser Actions
      -------------------------------X
9

10

11

12

13          REMOTE VIDEOTAPED DEPOSITION

14                   OF

15                ERIC SCHAUB

16          Wednesday, April 20, 2022

17

18

19

20

21              Reported by:
          AYLETTE GONZALEZ, RPR, CLR, CCR
22            JOB NO. 2022-839394

23

24

25

30

```
 1                  ERIC SCHAUB (4/20/22)

 2              MR. AMARA:  Objection; form.

 3       A.    I do not know.

 4       Q.    Where does Triumph Foods

 5   harvest pigs?

 6       A.    I do not know.

 7       Q.    What pork products does Triumph

 8   Foods produce?

 9              MR. AMARA:  Objection; form.

10       A.    I do not know.

11       Q.    Does Triumph Foods raise other

12   meat products like beef or chicken?

13              MR. AMARA:  Objection;

14         foundation.

15       A.    I do not know.

16       Q.    Have you purchased any pork

17   produced by Tyson Foods?

18              MR. AMARA:  Objection; form.

19       A.    Yes.

20       Q.    What pork products produced by

21   Tyson Foods have you purchased?

22       A.    Pork chops.

23       Q.    Where is Tyson Foods

24   headquartered?

25       A.    I do not know.
```

28

```
 1              ERIC SCHAUB (4/20/22)

 2   harvest pigs?

 3        A.    I do not know.

 4        Q.    What pork products does

 5   Seaboard Foods produce?

 6              MR. AMARA:  Same objection.

 7        A.    I do not know.

 8        Q.    To your knowledge, does

 9   Seaboard Foods produce other meat products

10   like beef or chicken?

11              MR. AMARA:  Objection; form.

12        A.    I do not know.

13        Q.    Have you purchased any pork

14   produced by Smithfield Foods?

15              MR. AMARA:  Objection; form.

16        A.    Yes.

17        Q.    Do you know where Smithfield

18   Foods is headquartered?

19        A.    No.

20        Q.    Does Smithfield Foods raise its

21   own pigs?

22              MR. AMARA:  Objection; form.

23        A.    I do not know.

24        Q.    Where does Smithfield Foods

25   harvest pigs?
```

24

```
 1                 ERIC SCHAUB (4/20/22)

 2             MR. AMARA:  Objection to form.

 3        A.    To my understanding, analytics

 4   about pork processing.

 5        Q.    Did all of the defendants

 6   subscribe to Agri Stats?

 7             MR. AMARA:  Objection; form.

 8        A.    I'm sorry, could you repeat

 9   that.

10        Q.    Do you know if all the

11   defendants subscribed to Agri Stats?

12             MR. AMARA:  Same objection.

13        A.    I do not know.

14        Q.    Have you heard of Hormel Foods

15   Corporation?

16        A.    Yes.

17        Q.    Have you purchased any pork

18   produced by Hormel Foods Corporation?

19        A.    Yes.

20        Q.    Do you know where Hormel Foods

21   Corporation is headquartered?

22        A.    No.

23        Q.    Do you know if Hormel Foods

24   Corporation raises its own pigs?

25             MR. AMARA:  Objection to form.
```

40

```
 1              ERIC SCHAUB (4/20/22)
 2         A.    We do weekly shopping, so once
 3  a week.
 4         Q.    Okay.  What cuts of pork would
 5  you normally buy at a grocery store?
 6         A.    Pork butt, pork chops, bacon,
 7  ground pork, ground sausage, sausage, and
 8  bones when available.
 9         Q.    Did you ever purchase pork at a
10  wholesale club like Costco?
11         A.    Yes.
12         Q.    Where or what city is the
13  Costco you shop at located?
14         A.    Again, I shopped at multiple
15  Costcos in Broward County and Miami Dade,
16  Florida.
17         Q.    How often would you purchase
18  pork from Costco?
19         A.    About once a month, we make
20  Costco trips.
21         Q.    What cut of pork would you
22  normally buy at Costco?
23         A.    At Costco, we get pork loin,
24  pork chops, and ground pork, when
25  available, as well as ribs.
```

50

```
 1              ERIC SCHAUB (4/20/22)

 2         for a legal conclusion.

 3         A.    I'm not sure.

 4         Q.    All right.  So looking at the

 5    third column -- my apologies.  The second

 6    column is a list of pork products there.  I

 7    think we had talked and you said this

 8    should also -- that you also purchased pork

 9    bones and pork trotters; is that correct?

10         A.    Correct, yes, sir.

11         Q.    And then looking at the next

12    column, it says you purchased one time per

13    month at Costco, two times per month at

14    Walmart and two times per month at Publix;

15    did I read that correctly?

16         A.    Yes, sir.

17         Q.    How often do you purchase pork

18    products from Doris Italian Market?

19         A.    It varies.  About two times per

20    month.

21         Q.    And to confirm, these numbers

22    mean -- or do these numbers mean the number

23    of times you purchased each listed pork

24    product at each store?

25         A.    No, they represent a visit to
```

1

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

-------------------------------------------

IN RE:

PORK ANTITRUST LITIGATION,

                          Case No.
                          0:18-cv-01776-JRT-HB

-------------------------------------------

REMOTE VIDEOTAPED DEPOSITION OF KATE SMITH

                 Monday, May 9, 2022

                   10:19 a.m. (CST)

Reported by:

Joan Ferrara, RMR, FCRR

Job No. 2022-843065

45

```
 1                K. Smith

 2    marked as Smith Exhibit 3, the amended

 3    class action complaint.

 4        A    Okay.

 5        Q    Okay.  Drawing your attention to

 6    paragraph 226 of the complaint, do you see

 7    that on my screen?

 8        A    I do.

 9        Q    So that paragraph reads:

10    Plaintiff Kate Smith was a resident at all

11    times of Bellevue, Nebraska during the

12    class period and while residing in Nebraska

13    plaintiff Smith indirectly purchased pork

14    and pork products for her own use and not

15    for resale that was produced by one or more

16    defendants or their co-conspirators.

17    Defendant Smith suffered injury as a result

18    of defendant's conduct alleged herein.

19             Did I read that correctly?

20        A    You did.

21        Q    Which defendants or

22    co-conspirators did you purchase pork from

23    between 2008 and 2018?

24             MR. AMARA:  Objection.  Form.

25        A    I know I bought Smithfield,
```

46

```
 1                    K. Smith
 2     Tyson and Hormel.
 3          Q    Do you know if the prices of
 4     pork produced by defendants or
 5     co-conspirators increased between 2008 and
 6     2018?
 7          A    I assume they did.  I don't know
 8     they did.
 9          Q    So you don't -- just to confirm,
10     you don't know if prices increased -- if
11     pork prices increased between 2008 and
12     2018?
13               MR. AMARA:  Objection.  Form.
14          A    No.
15          Q    Do you know if the prices of
16     pork produced by defendants or their
17     co-conspirators ever decreased between 2008
18     and 2018?
19          A    No.
20          Q    Okay.  I'm going to share my
21     screen with you again.
22          A    Okay.
23          Q    Are you able to see my screen?
24          A    I am.
25          Q    Okay.  I'm showing you what I've
```

30

```
1                    K. Smith

2    grocery stores that you purchase pork

3    products from?

4         A    Bakers, Walmart, Family Fare.

5         Q    What cities are these grocery

6    stores located in?

7         A    Bellevue, Papillion.

8         Q    How do you spell Papillion?

9         A    Yeah, it's P-A-P-I-L-L-I-O-N.

10        Q    Is that in Nebraska?

11        A    Correct.

12        Q    How often would you purchase

13   pork products from these grocery stores?

14        A    At least once a week, maybe

15   twice a week.

16        Q    How much pork would you purchase

17   when you would purchase pork?

18        A    I'm sorry, I don't understand

19   that question.

20        Q    How many pounds of pork would

21   you purchase when you would go to the

22   grocery store, generally?

23             MR. AMARA:  Objection.  Calls

24        for speculation.

25        A    Maybe 2 pounds.
```

## Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   DISTRICT OF MINNESOTA
 4   Case No. 0:18-cv-01776-JRT-HB
 5   -----------------------------------
 6
 7   IN RE:
 8   PORK ANTITRUST LITIGATION
 9
10   -----------------------------------
11
12
13
14     REMOTE VIDEO DEPOSITION OF SANDRA STEFFEN
15
16           Friday, April 29, 2022
17              11:00 a.m. (PT)
18
19
20
21
22   Reported by:
23   Joan Ferrara, RMR, FCRR
24   Job No. 2022-837310
25
```

## Page 2

```
 1
 2
 3
 4              April 29, 2022
 5              11:00 a.m. (PT)
 6
 7
 8
 9         Videotaped Deposition of SANDRA
10   STEFFEN, held remotely via Zoom, before
11   Joan Ferrara, a Registered Merit Reporter,
12   Federal Certified Realtime Reporter and
13   Notary Public.
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1
 2   REMOTE APPEARANCES:
 3
 4   KIRKLAND & ELLIS LLP
 5   Counsel for Clemens Food Group, LLC and The
 6   Clemens Family Corporation
 7          60 East South Temple Street
 8          Salt Lake City, Utah 84111
 9   BY:    BRYANT WATSON, ESQ.
10          JENNA STUPAR, ESQ.
11
12
13   GUSTAFSON GLUEK PLLC
14   Counsel for Consumer Indirect Purchasers and
15   The Witness
16          120 South 6th Street
17          Suite 2600
18          Canadian Pacific Plaza
19          Minneapolis, Minnesota 55402
20   BY:    LING S. WANG, ESQ.
21
22
23   ALSO PRESENT:
24          CAYLOB SUAREZ, Videographer
25
```

## Page 4

```
 1
 2   ---------------- I N D E X ---------------
 3   WITNESS            EXAMINATION BY       PAGE
 4   SANDRA STEFFEN   MR. WATSON              6
 5
 6
 7   DOCUMENT REQUEST:                       PAGE
 8   1)  Three receipts not already
 9       produced                           77
10
11
12   ---------------- EXHIBITS ----------------
13   STEFFEN                          FOR ID.
14      (PROVIDED ELECTRONICALLY TO REPORTER)
15   Exhibit 1   Resumé of Sandra Steffen    27
16   Exhibit 2   Document                    32
17   Exhibit 3   Receipts                    63
18   Exhibit 4   Receipts                    71
19   Exhibit 5   Receipt                     73
20   Exhibit 6   Updated Resumé of Sandra
21               Steffen                     90
22   Exhibit 7   Bankruptcy petition         99
23
24
25
```

Page 17

```
1          S. STEFFEN
2      A.   45 Isabelle, Camarillo,
3  California 93012.
4      Q.   And who lives there?
5      A.   I do.
6      Q.   Anyone else?
7      A.   No.
8      Q.   Has anyone else -- strike that.
9           Have you shared a household with
10  anyone since 2009?
11      A.   Yes.
12      Q.   Who?
13      A.   When I first moved to California,
14  I looked at my nephew's house.
15      Q.   About how long did you live at
16  your nephew' house?
17      A.   Six months.
18      Q.   And where does he live?
19      A.   Thousand Oaks.
20      Q.   And how many people live there?
21      A.   Just he and I did.
22      Q.   Is he a vegetarian?
23      A.   No.
24      Q.   Are you?
25      A.   No.
```

Page 18

```
1          S. STEFFEN
2      Q.   Did you both eat pork?
3      A.   Yes.
4      Q.   Who did the cooking in the house?
5      A.   Both of us.
6      Q.   Who is the better cook?
7      A.   Depends on your taste.  If you
8  like spicy, it was Michael.  If you like
9  meat and potatoes, it was me.
10      Q.   Fair enough.
11           Who did the grocery shopping?
12      A.   Both of us.
13      Q.   And did you share food that you
14  purchased?
15      A.   Yes.
16      Q.   Did you keep track of who was
17  buying what and sort it out later of who
18  owed what for a given item?
19      A.   No.
20      Q.   So you shared a refrigerator?
21      A.   Yes.
22      Q.   What was his favorite type of
23  pork?
24      A.   Probably bacon.
25      Q.   What brand of bacon?
```

Page 19

```
1          S. STEFFEN
2      A.   I don't know that there was a
3  favorite.  I tend to buy in all aspects of
4  groceries, name brands.
5      Q.   Why is that?
6      A.   Why is that?  Years ago in food
7  purchases, I have not had very good luck
8  with store brands or off brands, so I just
9  don't do it.
10      Q.   What happened with the off
11  brands?
12      A.   It's so silly.  I brought a can
13  of green beans, it was a store brand, or no
14  brand or something.  It wasn't a nationally
15  recognized brand.  And when I opened up the
16  can of green beans, it was full of -- I
17  want to say sticks, but it's the part that
18  the beans attach to the plant by.
19      Q.   Stems.
20      A.   Stems, thank you.
21           And I was very put off by that
22  and decided that's what off brands gave you
23  and I wasn't getting the value for my
24  money, so...
25      Q.   Are you willing to pay a higher
```

Page 20

```
1          S. STEFFEN
2  price for name brand of a bacon that you
3  recognize?
4      A.   Yes.
5      Q.   Are you willing to pay a higher
6  price for a name brand of a work product
7  that you recognize?
8      A.   Yes.
9      Q.   Do you have any particular pork
10  brands that you look to when you go to the
11  grocery store?
12      A.   Name brands that everybody knows,
13  Hormel, Tyson.
14      Q.   Thank you.
15           And when you were living with
16  your nephew, what was your favorite pork?
17      A.   Probably what I ate the most of
18  was bacon, but ham also.
19      Q.   What kind of ham?
20      A.   I really like Hillshire Farms,
21  ham lunch meat.
22      Q.   Any particular smoking or flavor
23  of the ham meat?
24      A.   Honey, usually honey ham.
25      Q.   Was that for lunch?
```

Page 37

1          S. STEFFEN
2    **A.    Butter.**
3    Q.    And how about meat?
4    **A.    Meat goes on sale.**
5    Q.    What cuts of meat do you get the
6    best deals on when it goes on sale?
7          MS. WANG:  Object to form.
8    **A.    Pork chops, bacon, sometimes**
9    **lunch meat, ground beef.**
10    Q.    Does the Hillshire Farms lunch
11    meat ever go on sale?
12    **A.    Yes, it does.**
13    Q.    And how much of that will you buy
14    when that goes on sale?
15          MS. WANG:  Object to form.
16    **A.    It depends on the type of year**
17    **actually.  In the summer I have a tendency**
18    **to eat more sandwiches than I do in the**
19    **winter.  So if it's on sale in the summer,**
20    **I might purchase two packages.**
21    Q.    Thank you.
22    **A.    I don't buy large quantities of**
23    **stuff typically because it's only me I'm**
24    **cooking for now.**
25    Q.    Since you're cooking for only

Page 38

1          S. STEFFEN
2    yourself, do you believe you end up paying
3    a slightly higher price for pork?
4          MS. WANG:  Object to form.
5    **A.    I'm sorry, could you repeat that,**
6    **please?**
7    Q.    I'll ask it a different way.
8          Do you buy large packages of pork
9    where the price of the pork has been
10    reduced because you're buying a large
11    amount of it?
12          MS. WANG:  Object to form.
13    **A.    I would venture to say I do --**
14    **like Costco has the best pork chops ever**
15    **and those are a large quantity package.**
16    Q.    When is the last time that you
17    bought those, would you say?
18    **A.    From Costco, it's been a while.**
19    **I bought some at a store -- I don't know**
20    **exactly when it was.  It's on one of my**
21    **receipts.**
22    Q.    How do you prepare the pork
23    chops?
24    **A.    Usually I bread them and fry**
25    **them.**

Page 39

1          **S. STEFFEN**
2    Q.    What kind of pork besides pork
3    chops do you eat?
4    **A.    Pork roast, ham, bacon.**
5    Q.    Do you eat pulled pork?
6    **A.    Pardon me?**
7    Q.    Do you eat pulled pork?
8    **A.    No, I don't.**
9    Q.    Do you eat sausage?
10    **A.    Once in a while.**
11    Q.    Do you eat hot dogs?
12    **A.    Yes.**
13    Q.    What kind of hot dogs do you
14    like?
15    **A.    For the most part I buy all-beef**
16    **hot dogs.**
17    Q.    Why is that?
18    **A.    I like the taste of them better.**
19    Q.    When you lived with your nephew,
20    did he have a preference on hot dogs?
21    **A.    No.**
22    Q.    He ate the all-beef?
23    **A.    He ate everything.**
24    Q.    Is there any type of pork that
25    you buy every week?

Page 40

1          S. STEFFEN
2    **A.    No, there is nothing I buy every**
3    **week.**
4    Q.    How about every month?
5    **A.    Probably not.  Typically when I**
6    **buy -- the thing I buy the most of is**
7    **bacon, I eat a lot of bacon, and typically**
8    **what I have been doing is buying it from**
9    **Costco and you get in the package from**
10    **Costco, you get four one-pound packages.**
11    **So that lasts me a while.  So**
12    **every two to three months I'm baking bacon,**
13    **though.  And again, it depends on what I'm**
14    **doing.  If I'm dieting I eat a lot more**
15    **bacon and pork, you know, chops and beef**
16    **than I do when I'm not dieting.**
17    Q.    Does your diet require you to eat
18    more meat?
19    **A.    When I go on a diet, yes.  I go**
20    **on high protein diets, low carbohydrate.**
21    Q.    How often do you diet?
22    **A.    Oh, maybe once a year.**
23    Q.    Does Costco have discounts for
24    pork?
25          MS. WANG:  Object to form.

1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA


Court File No. 0:18-cv-01776-JRT-HB

IN RE:

PORK ANTITRUST LITIGATION

_____/


ORAL VIDEOTAPED DEPOSITION

JENNIFER SULLIVAN

APRIL 15, 2022


    ORAL VIDEOTAPED DEPOSITION OF JENNIFER SULLIVAN, via

Zoom, produced as a witness at the instance of the

Defendant Seaboard Foods, LLC and Seaboard Corporation,

and duly sworn, was taken in the above-styled and

numbered cause on the 15th day of April, 2022, from

10:32 a.m. to 2:05 p.m., before Melinda Barre, Certified

Shorthand Reporter in and for the State of Texas,

reported by computerized stenotype machine, all parties

appearing remotely via web videoconference, pursuant to

the rules of procedure and the provisions stated on the

record or attached hereto.

46

1    Q.   No worries.  So I'll just read this out loud.

2  It says, "Plaintiff Jennifer Sullivan was a resident at

3  all relevant times of Elk River, Minnesota.  During the

4  class period and while residing in Minnesota, Plaintiff

5  Sullivan indirectly purchased pork and pork products for

6  her own use and not for resale that was produced by one

7  or more defendants or their co-conspirators.  Plaintiff

8  Sullivan suffered injury as a result of defendants'

9  conduct alleged herein."

10              Did I read that correctly?

11   A.   Yes, you did.

12   Q.   All right.  Do you have a recollection of which

13  defendants or co-conspirators you purchased pork from

14  between January 2009 and the present?

15              MS. WANG:  Object to form.

16   A.   You want -- I'm sorry.  Can you say that again?

17  You just want the names?

18   Q.   (By Mr. Ripa)  Yeah.  Which defendants or

19  co-conspirators did you purchase pork from between

20  January 2009 and present?

21              MS. WANG:  Object to form.

22   A.   Hormel, Smithfield.  Well, Tyson but that's --

23  those are the main ones.

24   Q.   (By Mr. Ripa)  Okay.  Can you tell me as a

25  matter of fact that the prices of pork produced by

Jennifer Sullivan
April 15, 2022

62

1  that are listed on row 79 here.

2              We've talked about hams.  Did you buy any

3  pork loins?

4              MS. WANG:  Object to form.

5      A.   Loin, no, no, unless it's a roast.

6      Q.   (By Mr. Ripa)  Did you buy any pork shoulders?

7              MS. WANG:  Object to form.

8      A.   Yes.

9      Q.   (By Mr. Ripa)  Do you recall what brand of pork

10  shoulders you purchased?

11             MS. WANG:  Object to form.

12     A.   Cub Foods.

13     Q.   (By Mr. Ripa)  How often did you buy pork

14  shoulders during the class period?

15     A.   Once a month.

16             MS. WANG:  Same objection.

17     Q.   (By Mr. Ripa)  Do you have an understanding of

18  why pork shoulders are not listed on this appendix A if

19  you bought those once a month during the class period?

20     A.   They're roasts.

21     Q.   Okay.  So you would include pork shoulder under

22  pork roasts?

23             MS. WANG:  Object to form.

24     A.   Yeah.  That's what I had said at the beginning,

25  if the pork shoulder is a roast.

1

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

------------------------------------x
IN RE:  PORK ANTITRUST LITIGATION        0:18-cv-01776
------------------------------------x    JRT-HB

VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
STACEY M. TROUPE
Thursday, April 7, 2022
8:31 a.m. - 11:46 a.m.
Reported Remotely through Videoconference

Reported stenographically by:
Richard Germosen, CA CSR No. 14391
RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
NCRA/NJ/NY/CA Certified Realtime Reporter
NCRA Realtime Systems Administrator
Job No. 2022-838202

IN RE: PORK ANTITRUST LITIGATION

51

```
 1        A.      I don't know.

 2        Q.      Have you heard of Smithfield Foods?

 3        A.      Yes.

 4        Q.      Have you purchased any pork produced

 5   by Smithfield Foods?

 6        A.      Pretty sure I have.

 7        Q.      Where is Smithfield Foods

 8   headquartered?

 9                MR. AMARA:  Objection.  Foundation.

10        A.      I don't know.

11        Q.      Does Smithfield Foods raise its own

12   pigs?

13                MR. AMARA:  The same objection.

14        A.      I don't know.

15        Q.      Where does Smithfield Foods harvest

16   pigs?

17                MR. AMARA:  The same objection.

18        A.      And I don't know.

19        Q.      What pork products does Smithfield

20   Foods produce?

21                MR. AMARA:  The same objection.

22        A.      I don't know.

23        Q.      Does Smithfield Foods produce other

24   meat products, like beef or chicken?

25                MR. AMARA:  The same objection.
```

53

```
1        A.      I don't know, sir.

2        Q.      Have you heard of Tyson Foods?

3        A.      Yes.

4        Q.      Have you purchased any pork produced

5   by Tyson Foods?

6        A.      Yes.

7        Q.      Where is Tyson Foods headquartered?

8                MR. AMARA:  Objection.  Foundation.

9        A.      I don't know.

10       Q.      Does Tyson Foods raise its own pigs?

11               MR. AMARA:  The same objection.

12       A.      I don't know.

13       Q.      Where does Tyson Foods harvest pigs?

14               MR. AMARA:  The same objection.

15       A.      I don't know.

16       Q.      What pork products does Tyson Foods

17  produce?

18               MR. AMARA:  The same objection.

19       A.      All kind of products.

20       Q.      Does Tyson Foods produce other meat

21  products, like beef or chicken?

22               MR. AMARA:  Objection.  Foundation.

23       A.      I don't know.

24       Q.      What pork products manufactured or

25  produced by Smithfield Foods have you purchased?
```

35

```
 1                    MR. AMARA:  Objection.  Asked and
 2      answered.  Objection.  Calls for speculation.
 3           A.      And I said I don't know.
 4           Q.      Okay.  Are you familiar with the
 5      company called Agri Stats?
 6           A.      No.
 7           Q.      Is that a no?
 8           A.      That's a no.
 9           Q.      Have you heard of Hormel Foods
10      Corporation?
11           A.      Oh, yeah.
12           Q.      Have you purchased any product
13      produced by Hormel Foods Corporation?
14           A.      Yes.
15           Q.      Do you know where Hormel Foods
16      Corporation is headquartered?
17           A.      No.
18                    MR. AMARA:  Objection.  Foundation.
19           A.      And no is my answer.
20           Q.      Do you know if Hormel Foods --
21           A.      Do I know if Hormel Foods what?
22           Q.      Do you know if Hormel Foods raises
23      its own pigs?
24                    MR. AMARA:  Objection.  Form.
25           A.      No, I don't know.
```

62

```
1        Q.       Okay.  So where are these grocery

2   stores located at?

3        A.       Anywhere between San Francisco and

4   Fremont.

5        Q.       Okay.  Would you purchase pork from

6   the grocery store or how often would you purchase

7   pork from a grocery store?

8        A.       Whenever I felt the need.

9        Q.       Was that once a week?

10       A.       Whenever I felt the need.  It could

11  be once a week.  It could be twice a week.  It

12  varied.

13       Q.       What cuts of pork would you normally

14  buy at a grocery store?

15       A.       I thought we did this already.

16       Q.       Which of the cuts that we previously

17  discussed would you purchase at a grocery store?

18       A.       I don't remember.

19       Q.       I think you said you'd purchased pork

20  at Costco; is that right?

21       A.       I have.

22       Q.       Where is the Costco you shop at

23  located?

24       A.       It used to be in San Francisco on

25  Eighth Street, then San Mateo Hayward and Fremont in
```

1

| | |
|---|---|
| 1 | VOLUME 1 |
| | PAGES:  1-128 |
| 2 | EXHIBITS:  See Index |

3

UNITED STATES DISTRICT COURT
4          FOR THE DISTRICT OF MINNESOTA

5

_____ )
6                                )
IN RE:                         ) No. 0:18-cv-01776-JRT-HB
7                                )
PORK ANTITRUST LITIGATION )
8                                )
_____)
9

10

11

12

13          VIDEOTAPED DEPOSITION of LAURA WHEELER

14              - CONDUCTED BY VIDEOCONFERENCE -

15                 Tuesday, April 5, 2022

16            9:03 a.m. Eastern Standard Time

17

18

19

20

21

22            Michelle Keegan, RMR, CRR

23                     Lexitas

24        508-478-9795 ~ 508-478.0595 (Fax)

25                www.LexitasLegal.com

51

| | | |
|---|---|---|
| 09:58:07 | 1 | MR. RISSMAN:  I object to form. |
| 09:58:08 | 2 | A. No. |
| 09:58:09 | 3 | Q. Okay.  Ms. Wheeler, what factual basis do |
| 09:58:13 | 4 | you have for saying that these products varied |
| 09:58:14 | 5 | from week to week? |
| 09:58:17 | 6 | MR. RISSMAN:  I object to form. |
| 09:58:18 | 7 | A. Because that's how I shop. |
| 09:58:20 | 8 | Q. But you can't state what the prices were |
| 09:58:23 | 9 | at any given time? |
| 09:58:24 | 10 | A. No. |
| 09:58:25 | 11 | Q. And so you can't recall any specific |
| 09:58:28 | 12 | increase or decrease in the price at any given |
| 09:58:31 | 13 | time? |
| 09:58:31 | 14 | A. No. |
| 09:58:33 | 15 | Q. Now, Ms. Wheeler, you'll see there's a |
| 09:58:39 | 16 | column labeled "brand" at the top.  Is that |
| 09:58:42 | 17 | correct? |
| 09:58:42 | 18 | A. Yes. |
| 09:58:42 | 19 | Q. Okay.  And then for you, it says in that |
| 09:58:46 | 20 | column, "Smithfields, Hormel, Jimmy Dean, and |
| 09:58:49 | 21 | Butcher cut."  Is that correct? |
| 09:58:50 | 22 | A. Yes. |
| 09:58:51 | 23 | Q. And did you purchase any products from any |
| 09:58:54 | 24 | other brands?  Pork products, that is. |
| 09:58:57 | 25 | A. Not that I remember. |

49

| | | |
|---|---|---|
| 09:56:12 | 1 | you did not purchase pork every other week from |
| 09:56:15 | 2 | BJ's in Middletown, Rhode Island? |
| 09:56:16 | 3 | A. Repeat the question, please. |
| 09:56:21 | 4 | Q. Sure.  So did you purchase pork every |
| 09:56:23 | 5 | other week from BJ's in Middletown, Rhode Island, |
| 09:56:27 | 6 | from 2015 to 2018? |
| 09:56:28 | 7 | A. Yeah. |
| 09:56:30 | 8 | Q. Okay.  Now, you'll see there's a price |
| 09:56:36 | 9 | column on Exhibit A.  It says, "price paid" at the |
| 09:56:39 | 10 | top.  Is that correct? |
| 09:56:40 | 11 | A. Uh-hmm.  Yes. |
| 09:56:41 | 12 | Q. All right.  And then as to you in that |
| 09:56:45 | 13 | column it says "varied."  Is that correct? |
| 09:56:47 | 14 | A. Yes. |
| 09:56:48 | 15 | Q. So does that mean that the price of the |
| 09:56:52 | 16 | products that you purchased every other week from |
| 09:56:53 | 17 | BJ's varied? |
| 09:56:55 | 18 | A. Yes. |
| 09:56:56 | 19 | Q. Okay.  And in what way did they vary? |
| 09:56:59 | 20 | A. Depending what you purchased. |
| 09:57:03 | 21 | Q. As to those specific pork products, did |
| 09:57:06 | 22 | the prices of those specific pork products vary? |
| 09:57:08 | 23 | A. Yes. |
| 09:57:09 | 24 | Q. Okay.  And again, in what way did they |
| 09:57:12 | 25 | vary? |

Exhibit A - ROG 5-6 - 2022

| Consumer | where purchased from | pork product | amount purchased | | price paid | date(s) of purchase | brand | hog producer | hog processor |
|---|---|---|---|---|---|---|---|---|---|
| Jeffrey Allison | Ideal Food Basket, 1301 Church Ave, Brooklyn, NY | ground pork, pork shoulder | 1 each | | Pork shoulder was roughly $20 per package; ground pork varied | Once a month from March 2017 to the present | Indiana Packers | | |
| | Key Food, 1610 Cortelyou Rd, Brooklyn, NY | pork shoulder, bacon | 1 each | | varied | Once a month from September 2013 to March 2017 | Indiana Packers | | |
| | R&R Meat Market, 1624 Cortelyou Rd, Brooklyn, NY | pork shoulder | 1 each | | varied | Once every three months from September 2013 to March 2017 | | | |
| | Paisanos Butcher Shop, 162 Smith St, Brooklyn, NY 11201 | Pork spare ribs, boneless chops, pork butt | varied | | varied | Semiregularly, from roughly 2018 to the present | Hatfield | | |
| | Whole Foods, 214 3rd St Brooklyn, New York 11215 | sausage patties | varied | | varied | Semiregularly, from roughly 2018 to the present | Applegate | | |
| Michael Anderson | Costco | loin, shoulder, butt, chops | | | varied | 2/month since 2009 | kirkland | | |
| | Sam's Club | loin, shoulder, butt, chops | | | varied | 2/month since 2009 | Sam's Club | | |
| | Safeway | loin, shoulder, butt, chops | | | varied | 2/month since 2009 | Smithfield / Hormel | | |
| | Alberta's | loin, shoulder, butt, chops | | | varied | 2/month since 2009 | Smithfield / Hormel | | |
| | Winnco | loin, shoulder, butt, chops | | | varied | 2/month since 2009 | Smithfield / Hormel | | |
| Duncan Birch | BJ's Warehouse | bacon, ham | 5-6 packages total | | approx $10 | fall 2017 to present | Smithfield / Hormel | | |
| | C-Town Brooklyn, NY | bacon | 5-10 packages | | approx $5 | 2013-2018 | | | |
| | Model T Meats, Brooklyn, NY | bacon, loins, chops | 20-30 packages | | varies | 2013-2018 | Liedy's | | |
| Kory Bird | Sam's Club, Des Moines, IA | precooked bacon | 2 packages | | | 8/7/2018 | Hormel | | |
| | HyVee, Johnston, IA | pork chops | 4 chops | | | July 2018 | Iowa Chops | | |
| Edwin Blakey | Hannaford | Bacon; Pork loin; Ham; Sausage; | | | | once a month | store brand; Jimmy Dean sausage; Hormel bacon and sausage | | |
| Jordan Chambers | Meijer, Portage, MI | pork loin | 2 packages | | | 8/1/2018 | Tyson, Hormel | | |
| | | pork shoulder | 1 package | | | 7/4/2018 | Tyson, Hormel | | |
| Donya Collins | Sam's Club | | | | | | | | |
| | Costco | | | | | | | | |
| | Winco, Midvale, UT | bacon; sausage; ham; pork chops; ground pork; pork loin | 1 package | | varied | once per week | | | |
| Thomas Cosgrove | Costco | pork ribs; salt pork; bacon | | | | | | | |
| | Shaw's, Vergennes, VT | pork roast | 2 packages | | $7 00 | 8/13/2018 | Hormel | | |
| | | tenderloin | | 1 | $7.99 | 8/13/2018 | Smithfield | | |
| | | cubed ham | | 1 | $4 98 | 8/13/2018 | Smithfield | | |
| | | pork loins | | 2 | $13 98 | 3/26/2021 | Smithfield | | |
| | | bacon | | 1 | $11 49 | 11/25/2020 | Smithfield | | |
| | | pork chops | | 1 | $4.99 | 3/26/2021 | Vermont Country Farms | | |
| | | Maple ham | 1lb | | $9 26 | 10/16/2020 | McKenzie | | |
| Chris Deery | Costco, West Fargo, ND | bacon | 3 packages | | varied | once a month from May 2017 to current | Kirkland | | |
| | | links | 1 bag | | varied | once a month from May 2017 to current | Hormel | | |
| | Hornbachers, 32nd Ave S, Fargo, Nd | patties | 1 package | | varied | June 2016 to current | Hormel | | |
| | Cashwise, West Fargo, ND | sausage | 1 package | | varied | July 2018 | Cashwise brand | | |
| Wanda Duryea | Walmart | Ham; Pork loin; bacon; pulled pork | | | varied | once per month or more | Hormel, Smithfield, Oscar Meyer, store brand | | |
| | Sam's Club | ham; pork loin; pork chops; pork roasts; bacon | | | varied | once per month or less | Hormel, Smithfield, Oscar Meyer, store brand | | |
| | BJs | ham; pork loin; pork chops; sausage; pork roasts; bacon | | | varied | once per month or less | Hormel, Smithfield, Oscar Meyer, store brand | | |

| Consumer | where purchased from | pork product | amount purchased | price paid | date(s) of purchase | brand | hog producer | hog processor |
|---|---|---|---|---|---|---|---|---|
| | Costco | ham; pork loin; pork chops; bacon | | varied | once per month or less | Hormel, Smithfield, Oscar Meyer, store brand | | |
| | Market Basket | ham; pork loin; pork chops; sausage; pork roasts; bacon | | varied | twice per week or more | Hormel, Smithfield, Oscar Meyer, store brand | | |
| **Charles Dye** | Costco | | | | | | | |
| | Sam's Club, Beckley WV; Walmart, Fayetteville WV; Kroger, Oak Hill WV; Foodline, Summersville WV | bacon | bulk packages at Sam's Club; individual packages at stores | varies | once a month | Sam's Club brand, varies at others stores | | |
| | | sausage | 1 | varies | once a month | Jimmy Dean sausage, Johnsonville brats, Hickory Farms summer sausage | | |
| | | pork chops | | varies | once a month | | | |
| | | ribs | | varies | twice a year | | | |
| | | ham | | varies | every two weeks | deli dept | | |
| **Robert Eccles** | Meijer | bacon | | varied | once a month throughout class period | Oscar Meyer | | |
| | | smoky links | | varied | 4 times a year throughout class period | Eckrich | | |
| **Christina Hall** | Walmart | Bacon; Pork chops; Pork loin; Ground pork ; | | varied | once a month 2 bacon, 2 chops, ground sausage x2 and then freeze | Wright's bacon; walmart brand for others; Johnsonville sausage; Caroline Pride bologna | | |
| | Bi-Lo | Bacon; Pork chops; Pork loin; Ground pork ; | | varied | alternate months | | | |
| | Sam's | Bacon; Pork chops; Pork loin; Ground pork | | varied | alternate months | | | |
| **Kenneth King** | Walmart, 1307 State Hwy K, O'Fallon, MO 63366 | bacon, pork chops, ham | 2 bacon, 10 chops, 2 packs of ham | bacon $4 00; chops $6 00/pack; ham $5 00 | 8/3/2018 | Fresh Pork | | |
| | County Market, 11 Winfield Plaza, Winfield, MO, 63389 | pork tenderloins | 4 packs | $6 88/pack | 8/8/2018 | | | |
| **Kenneth Neal** | Food Lion, 525 Jake Alexander Blvd W, | Bacon | 2 packs | | 7/27/2018 | Hormel | | |
| | | pork shoulder | 1 | | 7/10/2018 | | | |
| **Chad Nodland** | Sam's Club | | | | | | | |
| | Dan's Supermarket; Bismarck, ND (2 stores: Arrowhead Plaza and S Washington St ) | bacon; little sizzlers | 2-3 packages | $4 00 | 2x/month from 1/1/2009 to present | Hormel | | |
| **Michael Pickett** | Sam's Club | | | | | | | |
| | Shoppers, District Heights, Maryland | bacon, sausage, deli ham, pork chops | 1 package each | varied | 1 time per month | Oscar Meyer, Hampshire, various others | | |
| | Giants, Marlow Heights, Maryland | | | | | | | |
| **Joseph Realdine** | Costco, 94-1231 Ka Uka Blvd, Waipahu, Oahu, HI | pork ribs (seasoned St  Louis Ribs - Dry Rub Ribs) | | $20 79 | 8/10/2018 | Kirkland | | |
| | | pork chops; pork loins; kalua pork; bacon; italian sausage (cooked/raw); pork ribs | | | monthly | Keoki's Kalua Pork; Kirkland brand; Hormel brand for raw pork items | | |
| **Michael Reilly** | Smith's, Albuquerque | Bacon; Ham; Pork loin; | | | once a month | Hormel bacon | | |
| | Walmart | ham; pork loins | | | since 2020, wife does shopping | Walmart brand ham | | |
| | | bacon | | | once a season | Kroger, Hormel, Oscar Meyer, Smithfield | | |

Exhibit A - ROG 5-6 - 2022

| Consumer | where purchased from | pork product | amount purchased | price paid | date(s) of purchase | brand | hog producer | hog processor |
|---|---|---|---|---|---|---|---|---|
| Sandra Steffen | Kroger / Ralph's | ham | | | once a season | Kroger spiral ham, Hillshire Farms honey ham lunch meat | | |
| | Costco | ham steaks | | | | Kirkland | | |
| Jennifer Sullivan | Cub Foods; Walmart; Target, Aldi's | Pork chops; Ham; Bacon; pork roasts; delisliced lunch meat | | | once a month | Hormel, Smithfield, Jimmy Dean's, Schweigert, Hillshire Farm, Oscar Meyer, store brands | | |
| Craig Thomsen | HyVee, North Fork, NE | bacon, pork chops, ribs | 1 package | $4 99 (bacon) | every other week | Hormel | | |
| | Pac N Sav, Wayne, NE | bacon, pork chops, ribs | 2 package | | every other week | Hormel | | |
| Laura Wheeler | BJ's, 173 East Main Rd, Middletown, RI | ribs, bacon, sausage, chops, roast | multiple | varied | varied through the last 3 years; every other week | Smithfields, Hormel, Jimmy Dean, Butcher cut | | |
| Ryan Kutil | County Market, Champaign, IL | pork chops | 1 package | $6 00 | weekly | | | |
| | | brats | 1 package | $5 00 | monthly | Johnsonville | | |
| | | sausage | 1 package | $3 00 | monthly | Jimmy Dean | | |
| | | ribs | 1 package | $10 00 | monthly | | | |
| David Look | Safeway, 848 Ala Lilikoi St, Times Supermarket, 1772 | Spam | 1 package | | monthly | Hormel | | |
| | | Bacon | 1 package | $5 00 | every 4-6 months | | | |
| | | Bologna | 1-2 packages | $4-$5 | every 4-6 months | Sugardale | | |
| | | Cotto Salami | 1-2 packages | $4-$6 | every 4-6 months | Oscar Meyer | | |
| Stacy Troupe | Foodmaxx Costco Smart n Final | bacon | 1 package per month | | 2014-2021 | Aidells Johnsonville Jimmy Dean Farmer Johns Banquet | | |
| | | ham shank | | varied | | | | |
| | | pork chops | 8 per month | | | | | |
| | | sausage links | | | | | | |
| | | ham steak | | | | | | |
| | | pork rinds | | | | | | |
| James Eaton | HyVee, Overland Park South | sausage | | varied | | | | |
| | | canadian bacon | | | | Hormel | | |
| | | ham | | varied | | HyVee | | |
| | | brats | | varied | | Johnsonville | | |
| Isabelle Bell | Korger's | Sausages, breakfast sausages, pork roasts, pork chops | Various amounts since at least 2011 | varied | Twice per month and purchase pork each time at least for the past 10 years | Smithfield, Korger Brand, Hillshire Farms, Oscar Meyer, Hormel | | |
| Sarah Isola | Sam's Club 7100 Arroyo Crossing Pkwy, Las Vegas, NV | pork ribs | 1 package | $21 62 | 10/4/2019 | Member's Mark | | |
| | | bacon | 1 3lb package | $11 38 | 10/16/2019 | Member's Mark | | |
| | | bacon | 1 3lb package | $9 56 | 11/4/2019 | Member's Mark | | |
| | | pork ribs | 1 package | $22 14 | | Member's Mark | | |
| | | bacon | 1 3lb package | $10 81 | 11/12/2019 | | | |
| | | sausage | 1 2lb package | $5 58 | | | | |
| | | pork chorizo | 1 package | $6 58 | | El Mexicano | | |
| | | Boston Butt | 1 package | $9 23 | | Member's Mark | | |
| | | Boston butt | 1 package | $11 44 | 11/26/2019 | Member's Mark | | |
| | | loin roast | 1 package | $6 90 | | Member's Mark | | |
| | | bacon | 1 3lb package | $10 52 | | Member's Mark | | |
| | | bacon | 1 3lb package | $8 98 | 3/18/2020 | Member's Mark | | |
| | | pork ribs | 3 pack package | $26 94 | 5/15/2020 | Member's Mark | | |
| | | bacon | 1 3lb package | $9 48 | 8/24/2020 | Member's Mark | | |
| | | boston butt | 1 package | $9 04 | | Member's Mark | | |
| | | pork ribs | 3 pack package | $30 04 | 11/10/2020 | Member's Mark | | |
| | | country ribs | 1 package | $8 13 | | Member's Mark | | |
| | | bacon | 1 package | $16 44 | | Farmer John | | |
| | | pork ribs | 3 pack package | $29 58 | 12/30/2020 | Member's Mark | | |
| | | pork ribs | 3 pack package | $38 50 | 1/15/2021 | Member's Mark | | |
| | | pork ribs | 3 pack package | $46 32 | 10/15/2021 | Member's Mark | | |
| | | bacon crumbles | 1 package | $9 97 | 4/1/2020 | Member's Mark | | |
| | | bacon crumbles | 1 package | $8 88 | | Member's Mark | | |
| | | Applewood bacon | 1 package | $18 98 | 5/19/2021 | Wright | | |
| | | Hot Link sausage | 1 package | $7 98 | | Evergood | | |
| | | Pork chorizo | 1 package | $7 28 | | El Mexicano | | |
| | | bacon crumbles | 1 package | $12 97 | 10/20/2021 | Member's Mark | | |
| | | ham butt | 1 package | $1 49 per lb | 8/6/2020 | Sugardale | | |
| | | sausage links | 1 package | $10 | | Denmark | | |
| | | ham butt | 1 package | $1 69 per lb | 11/21/2021 | Sugardale | | |
| | Smith's Grocery 601 S Hwy | ham butt | 1 package | $1 49 per lb | 8/6/2020 | Sugardale | | |
| | | ham butt | 1 package | $1 69 per lb | 11/21/2021 | Sugardale | | |
| | | sausage links | 1 package | $10 | 11/21/2021 | Denmark | | |

Exhibit A - ROG 5-6 - 2022

| Consumer | where purchased from | pork product | amount purchased | price paid | date(s) of purchase | brand | hog producer | hog processor |
|---|---|---|---|---|---|---|---|---|
| **Eric Schaub** | Walmart (Broward County, FL) Costco (Broward County), Publix & Doris Italian Market (Pembroke Pines) | Bacon, Ribs, pork belly, pork loin, Pork Sausage, and Breakfast Sausage Links and Patties | 1 time per month at Costo, 2 times per month at Walmart, 2 times per month at Publix | varied | Numerous times during period | Smithfield, Swift, IPP | | |
| **Kate Smith** | Walmart 105045 S 15th St Bellevue NE 68123 | bacon | 1 package per month | varied | Several times during period | Hormel | | |
| | | sausage roll | 1 package per month | varied | Several times during period | Jimmy Dean | | |
| | Bakers 801 Galvin Rd Bellevue NE 68005 | pork loin | 1 package | $5 99 | 2016 - present | Smithfield | | |
| | | cubed ham | 1 package | varied | every couple months since 2016 | Smithfield | | |
| | Bakers 3614 Twin Creek Drive Bellevue NE 68123 | ham steak | 2 packages | $2 79 each | Several times during period | Smithfield | | |