# EXHIBIT 271

*People. Pigs. Planet.*℠

# Building Fresh Pork Sales

## Angie Krieger, Director – Packer Relations
## National Pork Board



# Just The Facts



## U.S. consumers purchase fresh pork loin cuts just 6.2x per year.

- Half of Americans purchasing fresh loin cuts just once more/year results in **$419 million boost.**
  - *Source: Nielsen Homescan 2017 study*
- U.S. pork has lost hundreds of millions of dollars over past 20 years due to discounted loin prices.
  - *Source: Steiner Consulting Value Proposition Report, Nov. 2017*
- U.S. consumers would buy loin cuts more often (and pay more) if they found consistent quality.
  - *Source: NPB Consumer Willingness to Pay Study, 2016*
- **There's demand for all pork categories.** Labels offer consumers a way to find consistent quality, every time.
  - *Source: NPB Consumer Willingness to Pay Study, 2016*
- U.S. consumers trust USDA as a 3rd-party administrator of pork loin quality grading.
  - *Source: NPB Consumer Willingness to Pay Study, 2016*
- U.S. pork packers already register and sort product based on quality attributes in following the USDA Process Verified Program standard.
  - *Source: www.ams.usda.gov/sites*
- Japanese consumers prefer dark colored loin. Total pork exports to Japan are valued at $1.6 billion, up 4%.
  - *Source: USMEF report (Feb. 2018 report)*

