# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776 (JRT-JFD) <br><br> **STATEMENT INSTEAD OF REDACTED DOCUMENTS** |
| *This Document Relates to:* <br><br> All Consumer Indirect Purchaser Actions | |

Pursuant to Local Rule 5.6 and the Court's Amended Protective Order, ECF No. 1155, Consumer Indirect Purchaser Plaintiffs have filed the following documents under seal: (1) CIPPs' Reply in Support of Motion for Class Certification; (2) CIPPs' Opposition to Defendants' Motion to Exclude the Testimony of Dr. Hal Singer; and (3) Exhibits 152-155, 157-159, 161-170, 172-195, 197-217, 220-249, 251, 253-267, 269-270 and 272-293 to the Further Declaration of Shana E. Scarlett in Support of CIPPs' Reply in Support of Motion for Class Certification and CIPPs' Opposition to Defendants' Motion to Exclude the Testimony of Dr. Hal Singer.  These documents were filed under seal because they were designated Confidential or Highly Confidential by the producing party under the Amended Protective Order and redaction is impracticable.

DATED: November 18, 2022        Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By:    */s/ Shana E. Scarlett*
SHANA E. SCARLETT
Rio Pierce
715 Hearst Avenue, Suite 202
Berkeley, California 94710
(510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
(206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski

HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
(213) 330-7150
elaine@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Co-Lead Counsel for Consumer Indirect Purchaser Class*