UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 0:18-cv-01776-JRT-JFD |
| This Document Relates To:<br><br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Judge John R. Tunheim<br>Magistrate John F. Docherty<br><br>**DECLARATION OF BLAINE FINLEY IN SUPPORT OF COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |

I, Blaine Finley, declare and state as follows:

1. I am a partner at Cuneo Gilbert & LaDuca, LLP ("CGL"). During the pendency of this litigation, my firm has acted as co-lead counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs"). I make this declaration based on my personal knowledge and if called as a witness, I could and would competently testify to the matters stated herein.

2. I submit this declaration in support of CIIPPs' Motion for Class Certification and for Appointment of Lead Counsel and Plaintiffs' Steering Committee.

3. Attached as Exhibit 1 is a true and correct copy of the Expert Reply Report of Michael A. Williams (filed under seal).

4. Attached as Exhibit 2 is a true and correct copy of cited excerpts from the deposition transcript of Chris Beckler, the Rule 30(b)(6) witness for Edley's Restaurant Group, LLC.

5. Attached as Exhibit 3 is a true and correct copy of cited excerpts from the deposition transcript of Brian Adams, the Rule 30(b)(6) witness for The Grady Corporation.

6. Attached as Exhibit 4 is a true and correct copy of cited excerpts from the deposition transcript of Gregory Farah, the Rule 30(b)(6) witness for Farah's Courtyard Deli, Inc.

7. Attached as Exhibit 5 is a true and correct copy of cited excerpts from the deposition transcript of Steve Sizemore, the Rule 30(b)(6) witness for Longhorn's Steakhouse.

8. Attached as Exhibit 6 is a true and correct copy of cited excerpts from the deposition transcript of David Phelps, the Rule 30(b)(6) witness for The Breakfast Joynt.

9. Attached as Exhibit 7 is a true and correct copy of cited excerpts from the deposition transcript of Joe Lopez, the Rule 30(b)(6) witness for Joe's Steak and Leaf.

10. Attached as Exhibit 8 is a true and correct copy of cited excerpts from the deposition transcript of Chhay Eang, the Rule 30(b)(6) witness for Basil Charlotte, Inc.

11. Attached as Exhibit 9 is a true and correct copy of cited excerpts from the deposition transcript of Henry Eang, the Rule 30(b)(6) witness for Basil Mt. Pleasant, LLC.

12. Attached as Exhibit 10 is a true and correct copy of cited excerpts from the deposition transcript of Rob Foti, the Rule 30(b)(6) witness for Sandee's Bakery.

13. Attached as Exhibit 11 is a true and correct copy of cited excerpts from the deposition transcript of Peter Schippers, the Rule 30(b)(6) witness for Francis T. Enterprises.

14. Attached as Exhibit 12 is a true and correct copy of cited excerpts from the deposition transcript of David Allen, the Rule 30(b)(6) witness for Pacific Food Distributors (filed under seal).

15. Attached as Exhibit 13 is a true and correct copy of Victoria Cherrie, *Long Journey to American dream,* CAAI News Media, May 24, 2009, available at <u>Long journey to American dream (khmernz.blogspot.com)</u>.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 18, 2022, in Washington, District of Columbia.

*/s/ Blaine Finley*
Blaine Finley