# EXHIBIT 2

**In the Matter Of:**

*In Re - Pork Antitrust Litigation*

*CHRIS BECKLER*

*June 07, 2022*



```
 1                UNITED STATES DISTRICT COURT
                    DISTRICT OF MINNESOTA
 2

 3
   Court File No. 0:18-cv-01776-JRT-HB
 4

 5  IN RE:

 6  PORK ANTITRUST LITIGATION

 7  _____/

 8

 9              30(b)(6) DEPOSITION OF

10                   CHRIS BECKLER

11     ON BEHALF OF EDLEY'S RESTAURANT GROUP, LLC

12                   JUNE 7, 2022

13

14     ORAL VIDEOTAPED DEPOSITION OF CHRIS BECKLER, via

15  Zoom, produced as a witness at the instance of the

16  Defendants Tyson Foods, Inc., Tyson Prepared Foods, Inc.

17  and Tyson Fresh Meat, Inc., and duly sworn, was taken in

18  the above-styled and numbered cause on the 7th day of

19  June, 2022, from 9:02 a.m. to 12:46 p.m., before Melinda

20  Barre, Certified Shorthand Reporter in and for the State

21  of Texas, reported by computerized stenotype machine,

22  all parties appearing remotely via web videoconference,

23  pursuant to the rules of procedure and the provisions

24  stated on the record or attached hereto.

25
```

12

1    Q.   And starting with your role as president, what
2 are your general responsibilities?
3    A.   I like to describe them as I'm accountable for
4 everything that happens within the company.  So all
5 departments report to me: operations, training, finance,
6 marketing.  You know, those are the main departments.
7 They all report in to me.  So my duties are day-to-day
8 running the business.
9    Q.   And do you report to anyone?
10   A.   Our founder and CEO, Will Newman.
11   Q.   And has that remained the same since you
12 started at Edley's?
13   A.   Yes.
14   Q.   And who are your primary direct reports?
15   A.   I have five.  One is a director of culinary.
16 His name is Jacob Burke, B-u-r-k-e.  We have a regional
17 manager.  His name is Bill Dubuc, D-u-b-u-c.  We have a
18 director of marketing.  Her name is Chastity Fox.  We
19 have our chief of staff.  Her name is Sarah Finnegan.
20 We have our director of franchise.  His name is Dick
21 Sveum, S-v-e-u-m.  And our director of training, Holly
22 Peters.
23   Q.   (By Mr. Holleran)  Thank you.  And do you have
24 any responsibilities pertaining to pork specifically?
25   A.   I have responsibilities for all financial

13

1 results and menu direction.
2     Q.   Anything relating to pork procurement?
3     A.   So we have a third party that works for us, a
4 consultant that does purchasing.  His name is Wayne
5 O'Quinn.  He doesn't directly report to me; but, you
6 know, I'm the person that oversees his activities.  And
7 he is responsible for pork procurement for us.
8     Q.   And Mr. O'Quinn, does he work for a specific
9 company?
10    A.   Yes.  But I don't know the name of that
11 company.  I've worked with him on and off for 20 years,
12 and I just always call it Wayne O'Quinn.  He's a one-man
13 purchasing show.
14    Q.   And so do you directly oversee Mr. O'Quinn in
15 his role as procuring pork for Edley's?
16    A.   Yes.
17    Q.   And do you recall when Mr. O'Quinn began his
18 role for Edley's?
19    A.   I don't know exactly.  I know he was in place
20 prior to me joining the organization.
21    Q.   And does anyone else at Edley's have
22 responsibilities relating to the procurement of pork?
23    A.   No.
24    Q.   And do you have any understanding of if any
25 other individual or company had responsibilities

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-2   Filed 11/18/22   Page 6 of 7
In Re - Pork Antitrust Litigation                                    Chris Beckler
                              30(b)(6)                              June 07, 2022

14

1 relating to the procurement of pork between 2009 and
2 2018?
3    A.   I don't know if it's direct; but Wayne works
4 with, you know, our food purveyors.  During the times of
5 this allegation, it would be U.S. Foods and Reinhart.
6 They have their own groups of people that do purchasing
7 and procurement.  So Wayne was our liaison, so to speak,
8 for those groups.
9    Q.   So does Wayne handle the selection of suppliers
10 for Edley's pork products?
11   A.   Wayne recommends.  We decide on who we do that
12 with.
13   Q.   And does that ultimate decision-making
14 authority rest with you?
15   A.   Yes.
16   Q.   And prior to your employment at Edley's, do you
17 have any understanding of who had that final
18 decision-making authority?
19   A.   The gentleman that was in my role prior to me
20 joining, his name is Henry Lariscey.  I believe that's
21 L-a-r-i-s-c-e-y.
22   Q.   And do you know how long Mr. Lariscey was at
23 Edley's?
24   A.   I don't know exactly.
25   Q.   Do you know if he started before 2009?

                                                                            15

1    A.   I don't know the answer to that.
2    Q.   And turning to your previous role as
3 vice-president of operations, what were your general
4 responsibilities in that role?
5    A.   They were the same.  The organizational chart
6 didn't change.  It was still the same reporting group.
7         You know, Will, our CEO and founder, likes
8 to call me his No. 2.  So that's kind of a title we use.
9 But, you know, internally the function of the role
10 didn't change at all.  It was just a title change.
11   Q.   Before joining Edley's where did you work?
12   A.   Directly right before Edley's it was
13 O'Charley's restaurant group in Nashville and prior to
14 that Craftworks restaurant group.
15   Q.   Starting with O'Charley's, how long did you
16 work there?
17   A.   O'Charley's, I was there for four years.
18   Q.   And you said they're a restaurant in Nashville
19 as well.  Is that correct?
20   A.   Correct, uh-huh.
21   Q.   And what position did you have at O'Charley's?
22   A.   Regional vice-president of operations.  They're
23 a much larger group with over 200 restaurants.  So it
24 was divided into divisions.  So I had, you know, a
25 division of 80 restaurants.