# EXHIBIT 3

**In the Matter Of:**

*In Re - Pork Antitrust Litigation*

*BRIAN ADAMS*

*June 07, 2022*



```
 1
 2   UNITED STATES DISTRICT COURT
 3   DISTRICT OF MINNESOTA
 4   Case No. 0:18-cv-01776-JRT-HB
 5   -----------------------------------
 6
 7   IN RE:
 8   PORK ANTITRUST LITIGATION
 9
10   -----------------------------------
11
12
13
14          REMOTE VIDEOTAPED DEPOSITION OF
15               THE GRADY CORPORATION
16                  BY BRIAN ADAMS
17
18             Tuesday, June 7, 2022
19                10:00 a.m. (CDT)
20
21
22
23   Reported by:
24   Joan Ferrara, RMR, FCRR
25   Job No. 2022-846451
```

101

1          B. ADAMS
2  you've got invoices dating back sometime
3  between 2009 and 2018?
4       A.   Yeah, it's possible.
5       Q.   Okay.  At any point during the
6  course of this litigation, were you asked
7  to look through those invoices to see if
8  you had any in the time period of 2009 and
9  2018?
10      A.   Yes.
11      Q.   Okay.  And did you look through
12 those to see if you had any?
13      A.   I didn't.  Kevin did.  And I
14 don't remember if we did or not.
15      Q.   Okay.  So you know you were asked
16 to look through them, but you don't know if
17 anybody actually did?
18      A.   Well, yeah, Kevin looked through
19 them, but I don't know if he found any or
20 not.  I never did ask him.
21      Q.   Got it.
22           So just to be clear, you know,
23 you were asked to look through them, you
24 also know Kevin, the co-owner that we've
25 previously discussed, did look through

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-3   Filed 11/18/22   Page 5 of 10
In Re - Pork Antitrust Litigation                                Brian Adams
June 07, 2022

102

1                 B. ADAMS
2    them --
3         A.    Yes.
4         Q.    -- to see if there were any
5    invoices between 2009 and 2018, is that
6    right?
7         A.    Yes.
8         Q.    Okay.  And asked by your
9    attorneys, is that right?
10        A.    Yes.
11        Q.    Okay.  And if Kevin would have
12   found any between 2009 and 2018, is it your
13   understanding he would have handed those
14   over to your attorneys?
15        A.    Yes.
16        Q.    Okay.  Is there any other record
17   of pork purchases you would have beyond
18   just the invoices that we were just kind
19   of -- that we were just discussing?
20        A.    No.
21        Q.    You mentioned that during the
22   time period of 2009 and 2018 Ben E. Keith
23   Food Distribution would have been the only
24   pork vendor that you used except for
25   emergencies when you may have gone to Sam's

103

1               B. ADAMS

2    Club.

3           Did I hear that right?

4    A.    Correct.

5    Q.    Okay.  Can you explain to me, you

6    know, when and why you would have gone to

7    Sam's Club as opposed to buying pork from

8    Ben E. Keith?

9    A.    Yeah.  I mean, if we just got an

10   order like, say, on a Friday afternoon that

11   somebody wanted for Monday and we didn't

12   have enough pork butts and we couldn't get

13   another delivery from Ben E. Keith until

14   Monday, you know, the butts have to cook

15   overnight on Sunday night, so we'd have to

16   run to Sam's just to pick up enough just so

17   we'd have enough to get through that day.

18   Q.    Okay.  Would this be primarily in

19   relation to your catering business?

20   A.    Yes.

21   Q.    Okay.  Would you ever have to go

22   to Sam's Club to buy pork products for your

23   restaurant business, just the brick and

24   mortar business?

25   A.    Oh, yes, we've had to on a

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-3   Filed 11/18/22   Page 7 of 10
In Re - Pork Antitrust Litigation                                Brian Adams
                                                                 June 07, 2022

104

1                    B. ADAMS
2    handful of occasions, but not very often.
3         Q.    So for the catering business, you
4    could get a call asking for a catered
5    product that you don't have on hand from
6    Ben E. Keith and there's not enough time to
7    order it, so that's an instance where you
8    would go to Sam's Club.  Am I understanding
9    that right?
10        A.    Yes.
11        Q.    Can you describe for me the
12   instance or instances in which you'd have
13   to go to Sam's Club for the restaurant
14   business?
15        A.    Well, sometimes Ben E. Keith
16   might be short on pork butts and, you know,
17   won't have any for a day or two and then we
18   have to go supplement from Sam's.
19        Q.    Okay.
20        A.    Or if we got just a whole lot
21   busier at the restaurant, you know, than we
22   were anticipating and sold more than what
23   we thought we were going to sell, we might
24   have to run over there every now and then,
25   but it doesn't happen very often.

157

```
1                 B. ADAMS
2    just from their Little Rock Distribution
3    Center.  You know, they've got other
4    distribution centers that I have absolutely
5    no idea what they stock at those.
6         Q.   Okay.  I guess what I'm trying to
7    understand is, you know, they carry and
8    offer you Seaboard pork products primarily
9    because that's what you prefer, not because
10   that's what they generally just do and you
11   accept?
12        A.   Correct.
13        Q.   Okay.  So if your preferences
14   changed or you wanted to try out a
15   different pork packer, they would stop
16   buying as much from Seaboard and start
17   buying from someone else it sounds like?
18        A.   Yes.
19        Q.   Okay.  What about promotions on
20   pork products such as discounts or rebates,
21   is that something that factors into your
22   decision as to whether you use a particular
23   pork vendor?
24             MR. BOZEMAN:  Object to the form.
25        A.   No.  There's not ever any
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-3   Filed 11/18/22   Page 9 of 10
In Re - Pork Antitrust Litigation                                 Brian Adams
                                                                  June 07, 2022

158

1                B. ADAMS
2    promotions on pork unfortunately, at least
3    none that I'm aware of.
4        Q.   Okay.  Are there any type of
5    discounts that you're aware of on pork, you
6    know, volume-based discounts or anything
7    else you can think of?
8        A.   Yeah.  Not that I'm aware.  I
9    mean, Ben E. Keith might be getting a
10   volume-based discount.  I'm not.
11       Q.   Okay.  Is that because of the
12   size of your restaurant just being a single
13   location entity?
14       A.   Yeah, yeah.
15            MR. BOZEMAN:  Object to form.
16       A.   Yes.
17       Q.   You buy primarily fresh pork
18   products or frozen pork products?
19       A.   The pork butts are fresh and the
20   ribs are frozen.
21       Q.   Have you ever negotiated any
22   discounts or other price reductions for
23   pork products for Grady Corporation from
24   Ben E. Keith Food Service Distributor?
25       A.   No.

159

1                    B. ADAMS
2        Q.    When you're doing -- when you're
3   looking in your annual rib price, are you
4   getting any volume discount because you're
5   committing upfront to a certain amount of
6   annual purchase?
7              MR. BOZEMAN:  Object to the form.
8        A.    I'm assuming I am.
9        Q.    Okay.
10       A.    But I don't know what other
11  customers are paying for their ribs.
12       Q.    Got it.  So on the rib contract,
13  for example, is there anything in that
14  contract that says you're getting X
15  percentage discount because you're
16  committing to, you know, 1,500 cases a
17  year?  That's a hypothetical, but I'm just
18  trying to understand, are you getting any
19  kind of price reduction upfront because of
20  that or are you just getting price
21  certainty throughout the year?
22             MR. BOZEMAN:  Object to the form.
23       A.    You know, we're just getting a
24  price so that we know we can lock the price
25  in for the year to know how to set our