# EXHIBIT 6

## In the Matter Of:

*In Re: Pork Antitrust Litigation*

## DAVID PHELPS

*May 25, 2022*



```
                                                                        1
 1              UNITED STATES DISTRICT COURT
                    DISTRICT OF MINNESOTA
 2

 3
   Court File No. 0:18-cv-01776-JRT-HB
 4

 5  IN RE:

 6  PORK ANTITRUST LITIGATION

 7  _____/

 8

 9              ORAL VIDEOTAPED DEPOSITION

10                     DAVID PHELPS

11                    MAY 25, 2022

12

13      ORAL VIDEOTAPED DEPOSITION OF DAVID PHELPS, via

14  Zoom, produced as a witness at the instance of the

15  Defendant Clemens Food Group and duly sworn, was taken

16  in the above-styled and numbered cause on the 25th day

17  of May, 2022, from 8:23 a.m. to 10:32 a.m., before

18  Melinda Barre, Certified Shorthand Reporter in and for

19  the State of Texas, reported by computerized stenotype

20  machine, all parties appearing remotely via web

21  videoconference, pursuant to the rules of procedure and

22  the provisions stated on the record or attached hereto.

23

24

25
```

33

1  information?

2              MR. CIALKOWSKI:  Objection, vague.

3      Q.    (By Mr. Samels)  Let me rephrase, Mr. Phelps.

4              Do you consult any restaurant industry
5  newsletters, databases or other similar sources in the
6  process of setting your prices?

7      A.    Not for the most part.  I'll shop my purveyors
8  and see where they're at on pricing.  If they've got the
9  same item at a lower price, I'll go with that purveyor
10 for that particular time period.

11     Q.    Have you had multiple purveyors on your roster
12 since 2008?

13     A.    I primarily had Sysco and Shamrock.
14 Performance Food came in for a while.  I have had people
15 from U.S. Foods, Gordon Foods come in and talk to me;
16 and I'll ask them questions about their product.  But
17 for the most part it's just been Sysco and Shamrock for
18 15 years.

19     Q.    And would you say that price is the primary
20 motivator for why you might shop at Sysco versus
21 Shamrock?

22     A.    Well, price for the consistency on the same
23 product.  I've been offered many variations over the
24 years, and I don't budge on my staples.  So I have to
25 remain true to those items.

34

1  Q.  Because those specific brands and pork products
2 are what lets you ensure your restaurant's quality,
3 right?
4  A.  Absolutely.
5  Q.  So when you have multiple -- I'm going to refer
6 to them as distributors, the Sysco and Shamrocks.  When
7 you have multiple distributors, do you ever try to bid
8 them against each other?
9  A.  Yes.
10  Q.  And how does that work?
11  A.  Well, I'll check every week -- for example, say
12 bacon.  I have that going on even as we speak.  One
13 purveyor has it for $74.  The other one has it for $77.
14 So I'll go with the $74 one; but I'll let the $77 one
15 know that, Hey, I'm getting it for 74 over here.  If you
16 want my business, let's go 73, you know.
17          So we go kind of back and forth with that
18 a little bit.  Not a whole lot changes, though.  I don't
19 get a lot of give and take.
20  Q.  But you share that pricing information because
21 it's good business, right?
22  A.  Yes.  Well, they ask me.  My purveyors will ask
23 me, What do I have to do to get this back, or, What do I
24 have to do to get that back?
25          And I'll say, Well, this is what I'm

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-6   Filed 11/18/22   Page 6 of 6
In Re: Pork Antitrust Litigation                                       David Phelps
                                                                       May 25, 2022

35

1 paying.

2 Sometimes they can meet it; sometimes they 3 can't.

4   Q.   So just to make sure I understand, it could be 5 that Sysco comes to you and says, Hey, what are you 6 getting from Shamrock to see if I can meet it, that kind 7 of thing?

8       MS. LEDDEN:  Objection, calls for 9 speculation and form.

10   Q.   (By Mr. Samels)  You can answer.

11   A.   They will say, Why did we lose your bacon 12 business?

13       I'll say, Because they have it for $74 and 14 you have it for 77.

15   Q.   Apologies.  We're having slight tech slowdown. 16 Looks like we got that last answer down correctly.

17       Do you ever use a pricing formula for your 18 products?

19       MR. CIALKOWSKI:  Object to form.

20   A.   Not necessarily.  I'll take a look at cost per 21 item as it's broken down and make my decisions on if 22 anything needs to be increased or decreased.

23   Q.   (By Mr. Samels)  Okay.  So we've been going 24 about more than an hour with the tech issues.  Do you 25 want to break, Mr. Phelps, or do you want to keep going?