# EXHIBIT 7

## In the Matter Of:

*IN RE: PORK ANTITRUST LITIGATION*

*JOE LOPEZ*

*June 10, 2022*



```
                                                              1

 1

 2   UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MINNESOTA
 3   ----------------------------------------------X

 4
     IN RE:  PORK ANTITRUST LITIGATION
 5   ----------------------------------------------X

 6

 7      VIDEOTAPED DEPOSITION OF 30(b)(6)

 8              JOE LOPEZ

 9

10

11

12   DATE:  June 10, 2022

13   TIME:  11:04 a.m.

14   PLACE:   ***REMOTE***

15   BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

16   JOB NO:  2022-847224

17

18

19

20

21

22

23

24

25
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-7   Filed 11/18/22   Page 4 of 6
IN RE: PORK ANTITRUST LITIGATION                                Joe Lopez
30(b)(6)                                                    June 10, 2022

68

1                    J. LOPEZ

2              THE WITNESS:  Go ahead, Jon.

3              MR. TOSTRUD:  No, go ahead.

4       A.    Well, you know, like, most

5    in-store purchases, I would say for the

6    majority of anyone, you just throw it away.

7    It's just a receipt.  There's no reason to

8    keep this paper, in my opinion, at that time.

9    I just didn't see a reason to keep receipts

10   or, you know, the bags that they came in, you

11   know.  It's just...

12      Q.    How did you calculate your profit

13   margins?

14             MR. TOSTRUD:  Object to

15        downstream discovery.  The witness may

16        answer in his 30(b)(1) capacity.

17      A.    If I spent $20 and I got in return

18   30, then I knew that I was making profit.

19      Q.    How did you know you had spent $20

20   in that scenario?

21             MR. TOSTRUD:  Object to

22        downstream discovery.

23      A.    Well, when I go to the Restaurant

24   Depot and I swipe my Amex for, say, $200, and

25   the cash register says $250 at the end of

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-7   Filed 11/18/22   Page 5 of 6
IN RE: PORK ANTITRUST LITIGATION
30(b)(6)
Joe Lopez
June 10, 2022

69

1         J. LOPEZ
2  that transaction, then I knew there was
3  profit on there.
4       Q.   Okay.  Did you ever use another
5  distributor?
6       A.   Restaurant Depot was my primary
7  source.
8       Q.   Did you ever negotiate with
9  Restaurant Depot on price?
10           MR. TOSTRUD:  Object to
11      downstream discovery.  The witness may
12      answer in his 30(b)(1) capacity.
13      A.   No.  Unfortunately, I'm not at the
14  level of the big conglomerates to be able to
15  do that.  I was just a smaller, strong
16  independent owner.
17      Q.   Do you consider Restaurant Depot
18  to be a sophisticated operation?
19           MR. TOSTRUD:  Objection.  Calls
20      for speculation.
21      A.   Yes.
22      Q.   Do you think Restaurant Depot
23  conducts research on pork prices?
24           MR. TOSTRUD:  Objection to
25      downstream discovery.  The witness may

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-7   Filed 11/18/22   Page 6 of 6
IN RE: PORK ANTITRUST LITIGATION                                Joe Lopez
30(b)(6)                                                    June 10, 2022

70

1                      J. LOPEZ
2      answer.  Calls for speculation.
3          A.    I have no idea.
4          Q.    Did you ever buy pork for Joe's
5    Steak and Leaf from someone other than
6    Restaurant Depot?
7          A.    Restaurant Depot was my primary
8    source.
9          Q.    Where else did you buy pork?
10         A.    I can't think of any other place.
11   The Restaurant Depot was my main source.
12         Q.    Okay.  You were indicating that it
13   was your main source.  Were there other
14   sources?
15         A.    I may have had vegetables, you
16   know, from, you know, a produce store or
17   something, tomatoes and whatnot, but as far
18   as the pork goes, you can only buy in those
19   large quantities from Restaurant Depot.
20         Q.    Did you ever run out during a busy
21   shift and needed to go elsewhere for your
22   pork purchases?
23         A.    No.
24         Q.    What did you do -- strike that.
25               Did you make regular trips to