# EXHIBIT 8

**In the Matter Of:**

*IN RE: PORK ANTITRUST LITIGATION*

*CHHAY EANG*

*June 10, 2022*



```
                                                                    1
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MINNESOTA
 2

 3  IN RE: PORK              | No. 0:18-cv-01776-JRT-HB
    LITIGATION               |
 4  ANTITRUST                |
    LITIGATION               |
 5

 6  **********************************************

 7     REMOTE ORAL AND VIDEOTAPED DEPOSITION OF

 8                 CHHAY 'CHAI' EANG

 9                   JUNE 10, 2022

10  **********************************************

11
            REMOTE ORAL AND VIDEOTAPED DEPOSITION
12  of CHHAY 'CHAI' EANG, produced as a witness
    at the instance of the Defendants, and duly
13  sworn, was taken in the above-styled and
    numbered cause on June 10, 2022, from 10:11
14  a.m. EST to 12:54 p.m. EST before Mendy A.
    Schneider, CSR, RPR, in and for the State of
15  Texas, recorded by machine shorthand,
    remotely at the offices of MENDY SCHNEIDER,
16  LLC, The Woodlands, Texas, pursuant to the
    Texas Rules of Civil Procedure and the
17  provisions stated on the record or attached
    hereto; that the deposition shall be read and
18  signed.

19

20

21

22

23

24

25
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-8   Filed 11/18/22   Page 4 of 13
IN RE: PORK ANTITRUST LITIGATION                          Chhay Eang
                                                          June 10, 2022

45

1                I don't remember.
2         Q.     Okay.  Who decides what
3    specific pork products to buy for Basil
4    Charlotte?
5         A.     That would be the founder who
6    set up the menu.
7         Q.     And that's your brother Henry
8    Eang?
9         A.     Yes.
10        Q.     Do you have any discretion to
11   purchase different pork products?
12        A.     No.
13               I don't mess with his menu.  I
14   run my restaurants the way I run my
15   restaurants, but the menu, I -- the menu
16   itself, it's -- I leave that alone.
17        Q.     Has your brother, Henry Eang,
18   always been the same -- always been in charge
19   of deciding what specific pork products to
20   purchase?
21        A.     Yes.
22        Q.     And who decides how much of
23   each specific pork product Basil Charlotte
24   purchases?
25        A.     That would be based on our

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-8   Filed 11/18/22   Page 5 of 13
IN RE: PORK ANTITRUST LITIGATION
Chhay Eang
June 10, 2022

46

1  previous period's sale, previous week's
2  sales.
3       Q.    And who does that analysis to
4  decide how much to buy?
5       A.    Whoever the kitchen manager is
6  doing the purchase sheet and looking at what
7  the par or par is and...
8       Q.    Okay.  What distributors has
9  Basil Charlotte purchased pork from?
10            MR. COHEN:  Objection; lack of
11       foundation.
12            You can answer the question.
13      A.    Between Sysco and US Food, we
14 fluct-- we varied, depending.  Sometimes we
15 buy from Sysco; sometimes we buy from US
16 Food.
17      Q.    (BY MR. GALLUP)  Has Basil
18 Charlotte ever purchased pork from Concept
19 Foods?
20      A.    I don't remember.  I don't
21 recall.  Possibly.
22      Q.    What does Basil Charlotte
23 purchase from Concept Foods?
24            MR. COHEN:  Objection.
25            You can answer the question.

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-8   Filed 11/18/22   Page 6 of 13
IN RE: PORK ANTITRUST LITIGATION
Chhay Eang
June 10, 2022

47

1        A.     Whatever we can't buy from
2   US Food and/or Sysco, we buy from Concept; or
3   specialty items.
4        Q.     (BY MR. GALLUP)  All right.
5   I'm going to share my screen here in a
6   moment.
7               (Marked Basil Exhibit No. C5.)
8               MR. GALLUP:  Okay.  Everybody
9        able to see my screen?
10       A.     Yes.
11       Q.     (BY MR. GALLUP)  All right.
12  I'm showing you documents Bates-numbered from
13  BASILC00000281 through 283.
14              MR. GALLUP:  I'll note for the
15  record that these documents were extracted
16  from a larger collection of scanned invoices
17  produced as a single document with Bates
18  numbers ranging from BASILC00000062 to
19  BASILC00002028, and this larger collection of
20  documents was produced without a cover
21  e-mail.
22       Q.     (BY MR. GALLUP)  Do you
23  recognize this document?
24       A.     It looks familiar.
25       Q.     What is it?

1      speculation.
2              You can answer.
3              MS. JONES:  Objection; lack of
4      foundation and calls for speculation.
5      A.     I don't know.
6      Q.     (BY MR. GALLUP)  Has US Foods
7  ever provided pricing analyses to Basil
8  Charlotte?
9              MR. COHEN:  Objection; lack of
10     foundation.
11             You can answer.
12     A.     No.
13     Q.     (BY MR. GALLUP)  Did Sysco ever
14  provide pricing analyses to Basil Charlotte?
15             MR. COHEN:  Objection --
16             MS. JONES:  Objection --
17             MR. COHEN:  -- foundation.
18             MS. JONES:  Objection; lack of
19     foundation.
20             MR. COHEN:  You can answer,
21     Mr. Eang.
22             You can answer that question,
23     Mr. Eang.
24             THE WITNESS:  I'm sorry.  I'm
25     sorry.  I thought I did.

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-8   Filed 11/18/22   Page 8 of 13
IN RE: PORK ANTITRUST LITIGATION                                  Chhay Eang
                                                                June 10, 2022

62

1       A.      No.
2       Q.      (BY MR. GALLUP)  Okay.  Did
3  Basil Charlotte ever negotiate with
4  distributors on pork prices?
5       A.      No.  We're -- for the most
6  part, they tell us the price.  We either pay
7  that price or shop around.
8       Q.      Did Basil Charlotte ever ask
9  one distributor to meet the other
10 distributor's prices for pork?
11              MR. COHEN:  Object to form.
12              MS. JONES:  Objection; calls
13        for speculation and vague.
14      A.      No.  Like I said, their --
15 their price is set, so...
16      Q.      (BY MR. GALLUP)  You didn't
17 think that Basil Charlotte could ever get a
18 better deal by pushing a distributor to meet
19 a different distributor's prices?
20              MR. COHEN:  Object to form and
21        lack of foundation.  Calls for
22        speculation.
23              MS. JONES:  Objection -- same
24        objections.
25      A.      Are you asking what I think?

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-8   Filed 11/18/22   Page 9 of 13
IN RE: PORK ANTITRUST LITIGATION                                    Chhay Eang
                                                                 June 10, 2022

                                                                          63

```
 1        Q.      (BY MR. GALLUP)   Yeah.   If you
 2   think that would be something that could --
 3   that you could -- that Basil Charlotte could
 4   have done.
 5        A.      We could, yes.
 6        Q.      But you're testifying that
 7   Basil Charlotte never did that; is that
 8   right?
 9        A.      I don't remember if we did or
10   didn't.
11               I'm sure we probably -- I'm
12   sure -- I'm sure we asked for the best price.
13   Whatever price they gave us is what we
14   accept.
15        Q.      Do any of the distributors
16   Basil Charlotte purchases pork from ever
17   offer rebates or discounts?
18        A.      No.  We're not involved in any
19   rebates or discount program that I -- to my
20   knowledge.
21               They've tried to get us
22   involved in -- in rebate and discount
23   program, but I didn't.  We like to -- but
24   that usually requires a -- more of a
25   commitment of purchasing, but we like to be
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-8   Filed 11/18/22   Page 10 of 13
IN RE: PORK ANTITRUST LITIGATION                                                Chhay Eang
                                                                              June 10, 2022

67

1   only thing that US Foods does to compete for
2   Basil Charlotte's business?
3        A.    And quality.
4        Q.    How do they compete -- or how
5   does US Foods compete on quality?
6             MR. COHEN:  Objection; lack of
7        foundation.
8        A.    I -- I don't know how they -- I
9   don't know how US Foods...
10       Q.    (BY MR. GALLUP)  What -- or to
11  your knowledge, what else does Sysco do to
12  compete for Basil Charlotte's business?
13            MR. COHEN:  Objection; calls
14       for speculation, lack of foundation.
15            MS. JONES:  Same objections.
16       A.    Try to offer the best price.
17       Q.    (BY MR. GALLUP)  To your
18  knowledge, does Sysco compete for Basil
19  Charlotte's business based on quality as
20  well?
21            MR. COHEN:  Objection; calls
22       for speculation.
23            MS. JONES:  Same objection, and
24       lack of foundation.
25       A.    I -- I'm -- I'm sure they try.

68

1    Q.    (BY MR. GALLUP)  Is quality of
2    the pork products available ever a
3    consideration in choosing -- for Basil
4    Charlotte in choosing to purchase pork from
5    either Sysco or US Foods?
6              MR. COHEN:  Objection; lack of
7         foundation.
8              MS. JONES:  Same objection, and
9         vague.  It's not particularized to
10        a --
11   A.    Purchasing --
12             MS. JONES:  -- specific --
13   A.    Purchasing was price-based.
14   Quality, we don't know quality because we
15   don't -- we -- we don't know which brand --
16   well, the price was -- was the reason.
17   Q.    (BY MR. GALLUP)  Does Basil
18   Charlotte ever purchase pork from an entity
19   other than a distributor?
20   A.    Than -- I'm sorry -- the two
21   distributors?
22   Q.    Yes.
23   A.    Or the other distributors?
24             Not to my knowledge.  It's been
25   pretty consistent with US Food or Sysco.

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-8   Filed 11/18/22   Page 12 of 13
IN RE: PORK ANTITRUST LITIGATION                                Chhay Eang
                                                             June 10, 2022

69

1    Q.    Does US -- or, strike that.
2          Has Basil Charlotte ever
3    purchased pork from someone other than US
4    Foods or Sysco?
5    A.    No, not to my knowledge.
6    Q.    Has Basil Charlotte ever
7    purchased pork through a buying group or a
8    cooperative?
9    A.    That -- no.
10   Q.    Was the amount of pork Basil
11   Charlotte purchased consistent between when
12   it opened and 2018?
13         MR. COHEN:  Objection; calls
14      for speculation.  Lack of foundation.
15   A.    I don't -- yeah.  No, I don't
16   know.
17   Q.    (BY MR. GALLUP)  Did Basil
18   Charlotte ever buy less of a product because
19   the price went up?
20   A.    Specifically or generally?
21   Q.    Generally for now.
22   A.    Generally, yes.
23   Q.    What products would Basil
24   Charlotte buy less of if the price went up?
25   A.    Wine.

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-8   Filed 11/18/22   Page 13 of 13
IN RE: PORK ANTITRUST LITIGATION                                      Chhay Eang
                                                                      June 10, 2022

70

1        Q.    Is that the only product that
2   Basil Charlotte would buy less of if the
3   price went up?
4        A.    What else?  Well, we wouldn't
5   buy less.  We would buy something else,
6   another brand, but we don't buy less of
7   anything.
8              We just buy something else.
9        Q.    And when you --
10       A.    Because we need -- we need --
11  we need products to run our restaurants.  We
12  cannot not have it.
13       Q.    Did Basil Charlotte ever buy
14  less of -- or strike that.
15             Did Basil Charlotte ever buy
16  less pork when the price went up?
17             MR. COHEN:  Object to form.
18       A.    No, because we need a product
19  to sell -- we need the product to sell it on
20  the menu.
21       Q.    (BY MR. GALLUP)  Did Basil
22  Charlotte ever purchase organic pork?
23             MR. COHEN:  Objection; calls
24        for speculation.
25       A.    I don't think so, no.  I don't