# EXHIBIT 9

**In the Matter Of:**

*In Re - Pork Antitrust Litigation*

*HENRY EANG*

*June 08, 2022*



```
 1               UNITED STATES DISTRICT COURT
                    DISTRICT OF MINNESOTA
 2

 3
     Court File No. 0:18-cv-01776-JRT-HB
 4

 5   IN RE:

 6   PORK ANTITRUST LITIGATION

 7   _____/

 8

 9                  30(b)(6) DEPOSITION OF

10                       HENRY EANG

11            ON BEHALF OF BASIL MT. PLEASANT

12                      JUNE 8, 2022

13

14      ORAL VIDEOTAPED DEPOSITION OF HENRY EANG, via Zoom,

15   produced as a witness at the instance of the Defendant

16   Hormel Foods Corporation and duly sworn, was taken in

17   the above-styled and numbered cause on the 8th day of

18   June, 2022, from 10:00 a.m. to 12:25 p.m. EST, before

19   Melinda Barre, Certified Shorthand Reporter in and for

20   the State of Texas, reported by computerized stenotype

21   machine, all parties appearing remotely via web

22   videoconference, pursuant to the rules of procedure and

23   the provisions stated on the record or attached hereto.

24

25
```

1    A.   Same, blending in appetizer special.

2    Q.   Did Basil Mt. Pleasant ever purchase organic
3 pork?

4         MS. JONES:  Objection, calls for
5 speculation and vague and lacks foundation.

6    A.   I do not know.

7    Q.   (By Mr. Gallup)  Does Basil Mt. Pleasant ever
8 purchase antibiotic-free pork?

9         MR. COHEN:  Objection to foundation and to
10 form.

11        MS. JONES:  Objection to foundation.

12   A.   I do not know.

13   Q.   (By Mr. Gallup)  Did Basil Mt. Pleasant ever
14 ask a Sysco sales rep about organic pork?

15        MR. COHEN:  Objection, lack of foundation.

16        MS. JONES:  Same objection.

17   A.   No.

18   Q.   (By Mr. Gallup)  Did Basil Mt. Pleasant ever
19 ask a Sysco sales rep about purchasing antibiotic-free
20 pork?

21        MR. COHEN:  Objection, lack of foundation.

22        MS. JONES:  Same objection.

23   A.   No.

24   Q.   (By Mr. Gallup)  Did Basil Mt. Pleasant ever
25 purchase pork from a supplier other than Sysco?

29

1    A.   Yes.
2    Q.   What other supplier has Basil Mt. Pleasant
3 purchased pork from?
4    A.   U.S. Food.
5    Q.   Do you recall when Basil Mt. Pleasant purchased
6 pork from U.S. Food?
7    A.   We purchased pork from both U.S. Food and Sysco
8 simultaneously on a weekly basis.
9    Q.   So between 2008 and 2018 Basil Mt. Pleasant
10 purchased some quantity of pork from U.S. Food?
11   A.   Yes.
12   Q.   Did you ever ask U.S. Food for a summary of
13 your pork purchases -- of Basil Mt. Pleasant's pork
14 purchases?
15            MR. COHEN:  Objection, lack of foundation.
16   A.   Yes.
17   Q.   (By Mr. Gallup)  Did you ever receive a summary
18 of Basil Mt. Pleasant's pork purchases from U.S. Food?
19   A.   I don't recall getting it.
20   Q.   Do you recall what kinds of pork you purchased
21 from U.S. Food?
22   A.   Between the two I remember seeing the labels
23 like I mentioned prior, and I don't recall who's who
24 carry what brand.
25   Q.   Do you recall what cuts of pork Basil

1  Mt. Pleasant purchased from U.S. Food between 2008 and
2  2018?
3               MR. COHEN:  Object to form.
4      A.   Tenderloin.
5      Q.   (By Mr. Gallup)  Were there any other pork cuts
6  that Basil Mt. Pleasant purchased from U.S. Food?
7      A.   Same.  Occasionally we do the pork belly, pork
8  fat and occasionally pork butt, Boston butt.
9      Q.   Just to clarify, when you say "tenderloin," you
10 mean --
11     A.   Pork tenderloin, pork loin.
12     Q.   Okay.  Pork loin, yeah.
13              Has Basil Mt. Pleasant ever purchased ham?
14     A.   No.
15     Q.   Has Basil Mt. Pleasant ever purchased bacon?
16     A.   No.
17     Q.   Has Basil Mt. Pleasant ever purchased sausage?
18     A.   No.
19     Q.   Has Basil Mt. Pleasant ever purchased precooked
20 pork products?
21     A.   No.
22     Q.   Has Basil Mt. Pleasant ever purchased pork
23 jowls?
24     A.   I do not what that is.
25     Q.   Has Basil Mt. Pleasant ever purchased pork