# EXHIBIT 10

# In the Matter Of:

*IN RE: PORK ANTITRUST LITIGATION*

*ROB FOTI*

*July 07, 2022*



CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-10   Filed 11/18/22   Page 3 of 13
IN RE: PORK ANTITRUST LITIGATION
Rob Foti
July 07, 2022

1

```
 1

 2   UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MINNESOTA
 3   ----------------------------------------------X

 4
     IN RE:   PORK ANTITRUST LITIGATION
 5   ----------------------------------------------X

 6

 7

 8

 9

10       VIDEOTAPED DEPOSITION OF ROB FOTI

11

12

13

14   DATE:  July 7, 2022

15   TIME:  9:36 a.m. Eastern

16   PLACE:   ***REMOTE***

17   BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

18   JOB NO:  2022-846889

19

20

21

22

23

24

25
```

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-10   Filed 11/18/22   Page 4 of 13
IN RE: PORK ANTITRUST LITIGATION                                Rob Foti
                                                           July 07, 2022

23

1                       R. FOTI
2           calls for a legal conclusion, but
3           witness may answer.
4        A.    No.
5        Q.    But who is responsible for
6    purchasing the pork that Sandee's Bakery
7    sells?
8        A.    I am.
9        Q.    Do you decide which specific pork
10   products to purchase?
11       A.    Yes, they have no choice.  You can
12   only purchase what they have.  They only have
13   one company, that's the company you get.
14   There is no -- the price is what the price
15   is.  There's no choices.
16       Q.    Do you also decide how much of
17   each specific pork product to buy?
18       A.    Yes.
19       Q.    And you've had those
20   responsibilities since 2008?
21       A.    Since 1976.
22       Q.    Are you familiar with the
23   distributors that Sandee's Bakery has
24   purchased pork from?
25       A.    Yes.

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-10   Filed 11/18/22   Page 5 of 13
IN RE: PORK ANTITRUST LITIGATION
Rob Foti
July 07, 2022

24

1                    R. FOTI
2      Q.    What distributors has
3  Sandee's Bakery used to purchase pork?
4      A.    Maplevale Farms, Restaurant Depot,
5  C.A. Curtze.
6            THE COURT REPORTER:  Can you
7      repeat the last name, please.
8      A.    Curtze, C-U-R-T-Z-E.  And if you
9  go back to 2008, probably Sysco Foods.
10     Q.    Any other distributors that you
11 can recall?
12     A.    Going back to 2008, Whitehawk.
13     Q.    Okay.  All right.  So I'm going
14 share my screen with you here.
15           Okay.  Do you see -- are you able
16 to see my screen?
17     A.    Yes.
18           MR. COHEN:  Can you expand it
19      and make it bigger?
20           THE WITNESS:  I can see it,
21      but...
22           THE COURT REPORTER:  Counsel, do
23      you want this marked as an exhibit and
24      if so, what tab number?
25           MR. GALLUP:  Okay.  So it's

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-10   Filed 11/18/22   Page 6 of 13
IN RE: PORK ANTITRUST LITIGATION
Rob Foti
July 07, 2022

25

1              R. FOTI
2        tab 1, Exhibit 1.
3              (Whereupon, Foti Exhibit 1,
4        SANDEES00000233 through '0235 was
5        marked for identification as of this
6        date by the Reporter.)
7   BY MR. GALLUP:
8        Q.   Okay.  I'm showing you a document
9   with Bates range SANDEES0000233 through '235.
10  You see that on the bottom here.
11             I'll note for the record that this
12  document was extracted from a larger
13  collection of scanned invoices produced as a
14  single document with Bates numbers ranging
15  from SANDEES00000208 through '259, and this
16  document was released without a cover email.
17             So drawing your attention to the
18  second page, which ends in Bates number 234,
19  do you recognize this document?
20       A.   Yes.
21       Q.   What is it?
22       A.   Invoice from C.A. Curtze.
23       Q.   Would you have received this in
24  the normal course of business?
25       A.   Yes.

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-10   Filed 11/18/22   Page 7 of 13
IN RE: PORK ANTITRUST LITIGATION
Rob Foti
July 07, 2022

38

1           R. FOTI
2      Q.    Is there any particular reason
3  Sandee's Bakery would choose to purchase pork
4  from Maplevale Farms?
5           MR. COHEN:  Objection to
6      foundation.
7           You can answer.
8      A.    No.  Just needed pork.  You know,
9  one of our suppliers.
10     Q.    What pork product is listed on
11 this document?
12     A.    Pork butt.
13     Q.    Can you tell what brand the pork
14 butt was?
15     A.    No.  It says "PACKER."  I'm not
16 sure where it was.
17     Q.    What is your understanding of what
18 "PACKER" means for the brand here?
19          MR. FINLEY:  Objection to form.
20     A.    Not sure.
21     Q.    Would the brand have varied as it
22 has for the other distributors we talked
23 about so far?
24     A.    Yes.
25     Q.    Do you recall what defendant

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-10   Filed 11/18/22   Page 8 of 13
IN RE: PORK ANTITRUST LITIGATION
Rob Foti
July 07, 2022

39

1              R. FOTI

2    produced this product?

3         MR. FINLEY:  Objection to form.

4         A.   No.

5         Q.   Do you recall what brands

6    Maplevale Farms ordinarily would sell?

7         MR. FINLEY:  Object to form.

8         A.   We sell most the main brands:

9    Seaboard, Hormel, Tyson.  Whatever brand they

10   got.  Smithfield.  Got them all different

11   ones from them.

12        Q.   What price is listed for the

13   pork butts on this invoice?

14        A.   1.64.

15        Q.   Is the date on this invoice

16   June 29th, 2018?

17        A.   Yes.

18        Q.   Did Sandee's Bakery negotiate the

19   price it paid for this product?

20        A.   No.

21        Q.   Was Sandee's Bakery ever able to

22   negotiate the prices it paid for pork

23   products purchased from Maplevale Farms?

24        A.   No.

25        Q.   Was there a contract that set the

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-10   Filed 11/18/22   Page 9 of 13
IN RE: PORK ANTITRUST LITIGATION
Rob Foti
July 07, 2022

40

1              R. FOTI

2    price of pork that Sandee's Bakery purchased

3    from Maplevale Farms?

4        A.    No.

5        Q.    Did Sandee's Bakery pay whatever

6    price Maplevale Farms set?

7        A.    Yes.

8        Q.    Do you contend the price that

9    Maplevale Farms charged Sandee's Bakery was

10   affected by the alleged conspiracy?

11             MR. FINLEY:  Objection; calls

12       for a legal conclusion.

13             The witness may answer.

14       A.    Yes.

15       Q.    How was the price that

16   Maplevale Farms charged Sandee's Bakery

17   affected by the alleged conspiracy?

18             MR. FINLEY:  Same objection.

19             MR. COHEN:  Calls for a legal

20       conclusion.

21       A.    They have to charge whatever their

22   cost is.  They increased it.  They have to

23   increase it to us.

24       Q.    Did Sandee's Bakery pay the full

25   overcharge that Maplevale Farms paid?

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-10   Filed 11/18/22   Page 10 of 13
IN RE: PORK ANTITRUST LITIGATION
Rob Foti
July 07, 2022

41

1                    R. FOTI
2          MR. FINLEY:  Same objection.
3     A.    Yes.
4     Q.    Were -- were the pork butts that
5  Sandee's Bakery purchased from
6  Maplevale Farms ever enhanced or brined in
7  any way?
8     A.    No.
9     Q.    What impression do you have of the
10 pork products that Sandee's Bakery purchased
11 from Maplevale Farms?
12         MR. COHEN:  Objection;
13     foundation.
14         MR. FINLEY:  Objection; vague.
15    A.    Good quality.
16    Q.    Did Maplevale Farms ever offer
17 branded pork products?
18         MR. FINLEY:  Objection; asked
19     and answered.
20    A.    No.
21    Q.    All right.  I'm going to share my
22 screen with you again.  This is tab 4.  It's
23 marked as Sandee's Exhibit 4.  I'm going to
24 flip the screen so we can read the Bates
25 numbers.

CASE 0:18-cv-01776-JRT-JFD   Doc. 1634-10   Filed 11/18/22   Page 11 of 13
IN RE: PORK ANTITRUST LITIGATION
Rob Foti
July 07, 2022

51

1                      R. FOTI

2       Q.    I'll zoom in a little bit more.

3             Is that better?

4       A.    Yes, Fiorucci.

5       Q.    And do you know which defendant
6  produced that capicola?

7             MR. FINLEY:  Objection; form.

8       A.    Fiorucci.

9       Q.    What price is listed?

10      A.    3.89 -- 3.80 a pound.

11      Q.    And then to the ham, is that a
12  Hormel product?

13      A.    Yes.

14      Q.    What price is listed for the ham?

15      A.    1.68.

16      Q.    What is your understanding of what
17  the 10 percent -- after Hormel ham on this
18  document, what's your understanding what that
19  10 percent number means?

20            MR. COHEN:  Objection; calls for
21       speculation, form.

22      A.    Ten percent water.

23      Q.    Okay.  And what price is listed
24  for the Hormel ham?

25      A.    1.68 a pound.

```
                                                              52
 1                      R. FOTI
 2        Q.    And then to the salami, do you
 3   know which -- what brand is the salami?
 4        A.    Margherita.
 5        Q.    And do you know which defendant
 6   produced that salami?
 7              MR. FINLEY:  Objection; form.
 8        A.    Margherita.
 9        Q.    What price is listed?
10        A.    3.89 a pound.
11        Q.    Was Sandee's Bakery able to
12   negotiate the prices it paid for any of these
13   pork products?
14        A.    No.
15        Q.    Was there a contract that set the
16   prices for the pork products Sandee's
17   purchased?
18        A.    No.
19        Q.    Did Sandee's Bakery pay whatever
20   prices J. Mills set for pork products?
21        A.    Yes.
22        Q.    Do you contend that the prices
23   J. Mills charged you were affected by the
24   alleged conspiracy?
25              MR. FINLEY:  Objection; calls
```

53

1               R. FOTI
2        for a legal conclusion.  Calls for
3        content of expert witness testimony.
4             The witness may answer.
5        A.   Yes.
6        Q.   And how were the prices that
7   J. Mills charged Sandee's Bakery affected by
8   the alleged conspiracy?
9             MR. FINLEY:  Same objections.
10            The witness may answer.
11       A.   They passed the increase down to
12  us.  Cost more.  Our cost goes up.
13       Q.   Did J. Mills pass the full
14  overcharge that they were forced pay down to
15  Sandee's Bakery?
16            MR. FINLEY:  Same objection.
17            The witness may answer.
18       A.   Yes.
19       Q.   And how does Sandee's Bakery use
20  these particular pork products in its
21  restaurant?
22            MR. FINLEY:  Downstream
23       discovery objection.
24       A.   Some in sandwiches.  Some in
25  sales.  Pepperoni was just sold stick by