# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>All Actions | Case No. 0:18-cv-01776 (JRT-JFD)<br><br>**JOINT RESPONSE REGARDING CONTINUED SEALING** |

Documents have been filed under temporary seal in connection with the following motion:

| | |
|---|---|
| Plaintiffs' Motion for Letters Rogatory for Tyson Employee Sumio Matsumoto filed by the Consumer Indirect Purchaser Plaintiffs, the Direct Purchaser Plaintiffs, the Commercial and Institutional Indirect Purchaser Plaintiffs, the Commonwealth of Puerto Rico, and Direct Action Plaintiffs | Dkt. 1536 |

Pursuant to LR 5.6 and Dkt. 1603, parties have met and conferred regarding the continued sealing of these documents and agree that none of these documents warrant continued sealing. Each document is described in the table beginning on the next page.

1

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOC. | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) the information the parties agree should be unsealed; and c) the information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 1536 | 1539 | Unredacted Plaintiffs' Motion for Letters Rogatory for Tyson Employee Sumio Matsumoto | The parties agree that the entirety of Dkt. 1536 should be unsealed. | N/A | This document referenced materials that defendants marked as confidential. Defendants have reviewed the underlying documents and the information does not appear to be commercially sensitive now in 2022. |
| 1537 | 1540 | Unredacted Declaration Shana E. Scarlett in Support of Motion for Letters Rogatory for Tyson Employee Sumio Matsumoto | The parties agree that the entirety of Dkt. 1537 should be unsealed. | N/A | This document referenced materials that defendants marked as confidential. Defendants have reviewed the underlying documents and the information does not appear to be commercially sensitive now in 2022. |

| 1554 | 1556 | Unredacted copy of Defendant Tyson's Opposition to Plaintiffs' Motion for Letters of Rogatory for Tyson Employee Sumio Matsumoto | The parties agree that the entirety of Dkt. 1554 should be unsealed. | N/A | This document referenced materials that defendants marked as confidential. Defendants have reviewed the underlying documents and the information does not appear to be commercially sensitive now in 2022. |
|---|---|---|---|---|---|
| 1555 | N/A | Declaration of Lindsey Strang Aberg in Support of Tyson's Opposition to Plaintiffs' Motion for Letters of Rogatory for Tyson Employee Sumio Matsumoto | The parties agree that the entirety of 1555 should be unsealed. | N/A | This document referenced materials that defendants marked as confidential. Defendants have reviewed the underlying documents and the information does not appear to be commercially sensitive now in 2022. |

Dated: November 22, 2022         Respectfully submitted,

| | |
|---|---|
| */s/ Shana Scarlett* | */s/Jarod Taylor* |
| Shana E. Scarlett | Jarod Taylor (*pro hac vice*) |
| Rio Pierce | AXINN, VELTROP & HARKRIDER LLP |
| 715 Hearst Avenue, Suite 202 | 90 State House Square |
| Berkeley, California 94710 | Hartford, CT 06103 |
| Telephone: (510) 725-3000 | (860) 275-8109 |
| Facsimile: (510) 725-3001 | jtaylor@axinn.com |
| shanas@hbsslaw.com | |
| riop@hbsslaw.om | Tiffany Rider Rohrbaugh (*pro hac vice*) |
| | Rachel J. Adcox (*pro hac vice*) |
| Steve W. Berman | Lindsey Strang Aberg (*pro hac vice*) |
| Breanna Van Engelen | Brandon Boxbaum (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Allison Vissichelli (*pro hac vice*) |
| | Keith Holleran (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | AXINN, VELTROP & HARKRIDER LLP |
| Seattle, Washington 98101 | 1901 L Street NW |
| Telephone: (206) 623-7292 | Washington, DC 20036 |
| Facsimile: (206) 623-0594 | (202) 912-4700 |
| steve@hbsslaw.com | trider@axinn.com |
| breannav@hbsslaw.com | radcox@axinn.com |
| | lstrang@axinn.com |
| Daniel E. Gustafson (#202241) | bboxbaum@axinn.com |
| Daniel C. Hedlund (#258337) | avissichelli@axinn.com |
| Michelle J. Looby (#388166) | kholleran@axinn.com |
| Joshua J. Rissman (#391500) | |
| GUSTAFSON GLUEK PLLC | |
| 120 South 6th Street, Suite 2600 | |
| Minneapolis, MN 55402 | |
| Telephone: (612) 333-8844 | |
| Facsimile: (612) 339-6622 | |
| dgustafson@gustafsongluek.com | |
| dhedlund@gustafsongluek.com | |
| mlooby@gustafsongluek.com | |
| jrissman@gustafsongluek.com | |
| | |
| Counsel for Consumer Indirect Purchaser Plaintiffs | |

Kail Jethmalani (*pro hac vice*)
Craig M. Reiser (*pro hac vice*)
Andrea Rivers (*pro hac vice*)
Victoria J. Lu (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
kjethmalani@axinn.com
creiser@axinn.com
arivers@axinn.com
vlu@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

*Counsel for Defendants Tyson Foods, Inc., Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc.*