# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

In Re: Pork Antitrust Litigation

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

John F. Docherty
Magistrate Judge

| | |
|---|---|
| Case No: | 18-1776 JRT/JFD |
| Date: | November 18, 2022 |
| Deputy: | Heather Arent |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 10:10 a.m. |
| Time Concluded: | 10:37 a.m. |
| Time in Court: | 27 Minutes |

Hearing on: Status Conference

### I. Case Management Schedule

The parties presented their proposed deadlines for future litigation, including merits expert discovery and dispositive motions. The Court indicated that it will take the parties' arguments under advisement and issue a case management schedule.

### II. DAPs' Leadership

The DAPs explained their response to the Court's Pretrial Order No. 1. They indicated that all DAPs are in support of having Robert Kaplan serve as liaison counsel for the DAPs. The Court will review the matter and issue an order early next week.

### III. Scheduling of Open Depositions

The parties agreed to continue working on scheduling open depositions and no action by the Court is necessary at this time.

### IV. Class Certification Hearing

The Court asked the Defendants for their positions on having a single class certification hearing, which is currently scheduled for January 31, 2023.  The Defendants indicated that four hours should be sufficient to present their class certification arguments, and a separate evidentiary hearing may be unnecessary.  The Court granted the Defendants' request for extra time to confirm their opinions on the matter and file any necessary papers with the Court by November 22, 2022.

### V.     Next Status Conference

The Court has scheduled the next status conference for December 20, 2022 at 10:00 a.m. via Zoom.

**APPEARANCES:**
**Plaintiffs:** Bobby Pouya, Joseph Bourne, Michael Pearson, Clifford Pearson, Yelena Dewald, Daniel Hedlund, Joshua Rissman, Shana Scarlett, Blaine Finley, Alberto Rodriguez, Christina Lopez, David Germain, Phillip Cramer, Aaron Holman Garth Yearick, William Blechman, Moira Cain-Mannix, Robert Kaplan, Sarah Jones, Jack Stern, Patrick Ahern, David Eddy
**Defendants:** Daniel Laytin, Max Samels, Craig Coleman, David Adler, Jessica Nelson, Sami Rashid, Peter Schwingler, Brian Robison, James Spung, Christopher Smith, Jarod Taylor, Tiffany Rider Rohrbaugh

s/Heather Arent_____
Courtroom Deputy Clerk
