# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT/JFD) |
| This Document Relates To: *All Class Actions* | **[PROPOSED] ORDER ON CLASS CERTIFICATION HEARING** |

Pursuant to the Stipulation for Class Certification Hearing Time Allotment [ECF No. ___] filed by Defendants and Class Plaintiffs, IT IS HEREBY ORDERED THAT:

The hearing on Class Plaintiffs' motions for class certification (ECF Nos. 1449, 1453, 1466) and Defendants' motions to exclude the expert reports and testimony of Class Plaintiffs' experts (ECF Nos. 1449, 1453, 1466) on January 31, 2023 at 10:00 AM CST will be scheduled for four hours of argument, in which 1.) Class Plaintiffs will have two hours on the record to argue in support of their motions for class certification and oppose Defendants' motions to exclude Drs. Mangum, Williams, and Singer; and 2.) Defendants will have two hours on the record to oppose Class Plaintiffs' motions for class certification and argue in support of their motions to exclude Drs. Mangum, Williams, and Singer.

Dated: _____

                                                                The Honorable John R. Tunheim
                                                                United States District Judge