

4725 Wisconsin Ave, NW
Suite 200
Washington, DC 20016
Tel: (202) 789-3960
Fax: (202) 789-1813
www.cuneolaw.com

Blaine Finley
bfinley@cuneolaw.com
Admitted in: NY, NJ, DC

November 28, 2022

**BY CM/ECF**

| | |
|---|---|
| Hon. John R. Tunheim | Hon. John F. Docherty |
| U.S. District Court for the | U.S. District Court for the |
| District of Minnesota | District of Minnesota |
| 300 South Fourth Street, | 316 North Robert Street, |
| Courtroom 14E | Courtroom 6A |
| Minneapolis, MN 55415 | St. Paul, MN 55101 |

Re:   *IN RE PORK ANTITRUST LITIGATION*
      Case No. 0:18-cv-01776-JRT-JRD (MDL No. 2998)

Dear Judge Tunheim and Judge Docherty:

In response to the Court's Order dated November 9, 2022 (ECF No. 1589), which requested designation of an individual attorney to serve as lead counsel for coordination purposes, Commercial and Institutional Indirect Purchaser Plaintiff ("CIIPP") interim co-lead counsel, Larson • King, LLP ("LK") and Cuneo Gilbert & LaDuca, LLP ("CGL"), nominate me, Blaine Finley.

I am a partner at CGL. Although I have significant experience litigating complex antitrust class actions on behalf of classes of food preparers, such as restaurants, I am a comparatively new attorney, having graduated law school in 2014. I have been one of the primary attorneys representing the CIIPPs in this case since its inception approximately four years into my legal career. Virtually everything surrounding the litigation of this matter has been formative and instructive. CGL maintains a commitment to diversity, and the team at CGL that has performed material work on this matter in connection with the management and coordination of the CIIPP actions has been diverse on the basis of gender and LGBTQIA+ status. My experience and credentials, along with additional details about the resources of CGL, are more fully set forth in the declaration filed in support of the Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Class Certification and for Appointment of Lead Counsel and a Plaintiffs' Steering



Committee (ECF No. 1339), as well as the CGL firm resume submitted therewith (ECF No. 1339-1).

My certificate of good standing is attached hereto as Exhibit A, and my resume is attached hereto as Exhibit B. I am willing to provide additional information to the Court in support of this nomination upon request.

Sincerely,

*/s/ Blaine Finley*
Blaine Finley