

**MINNESOTA OFFICE**
CANADIAN PACIFIC PLAZA
120 S. 6TH ST., STE 2600
MINNEAPOLIS, MN 55402

**CALIFORNIA OFFICE**
600 W. BROADWAY
SUITE 3300
SAN DIEGO, CA 92101

**DANIEL C. HEDLUND**
dhedlund@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622
MINNESOTA OFFICE

November 29, 2022

**BY CM/ECF**
Hon. John R. Tunheim
U.S. District Court, District of Minnesota
Diana E. Murphy U.S. Courthouse
300 South Fourth Street, Courtroom 14E
Minneapolis, MN 55415

Re:  *In re: Pork Antitrust Litigation*, Case No. 0:18-cv-1776 (JRT/JFD)
     This Document Relates To: All Actions

Dear Judge Tunheim:

Pursuant to the Court's Order dated November 9, 2022 (ECF No. 1589), I write to inform the Court that Interim Co-Lead Class Counsel for Consumer Indirect Purchaser Plaintiffs ("CIPPs") propose that Shana E. Scarlett, serve as Liaison Counsel for CIPPs. Hagens Berman Sobol Shapiro LLP, along with Gustafson Gluek PLLC, is one of two firms appointed by the Court to serve as Interim Co-Lead Class Counsel for Consumer Indirect Purchaser Plaintiffs. *See* Order (ECF No. 151). Ms. Scarlett is a partner at Hagens Berman Sobol Shapiro LLP, the regional managing partner of Hagens Berman's Berkeley, California office and a member of the firm's Management Committee. She has extensive experience in litigating complex class actions and has served in many leadership roles. Attached hereto as Exhibit A is Hagen Berman's firm resume for additional information regarding her qualifications and experience.

Respectfully submitted,

*/s/Daniel C. Hedlund*
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC

Hon. John R. Tunheim
Page 2
November 29, 2022

> 120 South 6th Street, Suite 2600
> Minneapolis, MN 55402
> T: (612) 333-8844
> F: (612) 339-6622
> dgustafson@gustafsongluek.com
> dhedlund@gustafsongluek.com
> mlooby@gustafsongluek.com
> jrissman@gustafsongluek.com
>
> Shana E. Scarlett (*Pro Hac Vice*)
> Rio S. Pierce (*Pro Hac Vice*)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 300
> Berkeley, CA 94710
> T: (510) 725-3000
> F: (510) 725-3001
> ShanaS@hbsslaw.com
> RioP@hbsslaw.com
>
> Steve W. Berman (*Pro Hac Vice*)
> Breanna Van Engelen (*Pro Hac Vice*)
> 1301 Second Avenue, Suite 2000
> HAGENS BERMAN SOBOL SHAPIRO LLP
> Seattle, Washington 98101
> T: (206) 623-7292
> F: (206) 623-0594
> steve@hbsslaw.com
> breannav@hbsslaw.com
>
> *Interim Co-Lead Class Counsel for Consumer Indirect Purchaser Plaintiffs*