# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Court File No. 18-cv-1776 (JRT/JFD) |
| This Document Relates To:<br><br>*Commonwealth of Puerto Rico v. Agri Stats, et al.*, No. 19-cv-2723 (JRT/JFD)<br><br>*Sysco Corporation v. Agri Stats Inc., et al.*, No. 21-cv-1374 (JRT/JFD)<br><br>*Amory Investments LLC v. Agri Stats, Inc.*, et al., No: 21-cv-1697 (JRT/JFD) | **STATEMENT THAT ENTIRE DOCUMENTS ARE CONFIDENTIAL OR IMPRACTICABLE TO REDACT** |

Exhibits 1-9 attached to the Declaration of Jessica J. Nelson in support of JBS USA's Opposition to Motion to Compel have been filed under seal in this matter pursuant to District of Minnesota Local Rule 5.6(c), because the entire documents are confidential and redaction is impracticable.

Dated: December 2, 2022

| **SPENCER FANE LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| By: */s/ Jessica J. Nelson* | Stephen R. Neuwirth (*pro hac vice*) |
| Donald G. Heeman, #286023 | Michael B. Carlinsky (*pro hac vice*) |
| Jessica J. Nelson, #347358 | Sami H. Rashid (*pro hac vice*) |
| Randi J. Winter, #391354 | Richard T. Vagas (*pro hac vice*) |
| 100 South Fifth Street, Suite 2500 | David B. Adler (*pro hac vice*) |
| Minneapolis, MN 55402 | Heather Christenson (*pro hac vice*) |
| Telephone: (612) 268-7000 | 51 Madison Avenue, 22nd Floor |
| Facsimile: (612) 268-7001 | New York, NY 10010 |
| dheeman@spencerfane.com | Telephone: (212) 849-7000 |
| jnelson@spencerfane.com | Facsimile: (212) 849-7100 |
| rwinter@spencerfane.com | stephenneuwirth@quinnemanuel.com |
| | michaelcarlinsky@quinnemanuel.com |
| | samirashid@quinnemanuel.com |
| | richardvagas@quinnemanuel.com |
| | davidadler@quinnemanuel.com |
| | heatherchristenson@quinnemanuel.com |

*Attorneys for Defendant JBS USA Food Company*