UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Class Actions* | Case No. 18-cv-1776 (JRT/JFD) |

**JOINT STIPULATION TO CONTINUE DEADLINES
FOR JOINT MOTIONS REGARDING CONTINUED SEALING**

Counsel for the undersigned Defendants;[1] Direct Purchaser Plaintiffs ("DPPs"), Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs"), and Consumer Indirect Purchaser Plaintiffs ("IPPs") (together, "Class Plaintiffs") (collectively, the "Parties") in the above-captioned consolidated action stipulate and hereby jointly request, pursuant to Federal Rules of Civil Procedure 16(b)(5) and D. Minn. Local Rule 16.3, that the Court continue the existing deadlines, as set by D. Minn. Local Rule 5.6(d)(2) ("L.R. 5.6"), for the joint motions regarding continued sealing concerning Class Plaintiffs' motions for class certification, as set forth in this stipulation.

---

[1] Agri Stats, Inc.; Clemens Food Group, LLC, Clemens Family Corp., and Hatfield Quality Meats; Hormel Foods Corp., and Hormel Foods, LLC; Seaboard Foods LLC; Triumph Foods, LLC; and Tyson Foods, Inc., Tyson Fresh Meats, Inc. and Tyson Prepared Foods, Inc.

The Parties agree that good cause exists to continue the standard deadline set by L.R. 5.6 (i.e., 21 days after the filing of the final memorandum authorize) given the length of the Parties' briefs and number of filings filed under seal by the Parties.[2]

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| DPPs and Defendants' Joint Motion Regarding Continued Sealing, including redacted versions of Defendants' omnibus and DPP briefs opposing class certification | December 9, 2022 | January 27, 2023 |
| CIIPPs and Defendants' Joint Motion Regarding Continued Sealing, including the redacted version of Defendants' CIIPP brief opposing to class certification | December 9, 2022 | January 27, 2023 |
| IPPs and Defendants' Joint Motion Regarding Continued Sealing, including redacted versions of IPPs' brief ISO motion for class certification, Defendants' IPP brief opposing class certification, and IPPs' reply ISO class certification | December 9, 2022 | January 27, 2023 |
| Defendants and DPPs' Joint Motion Regarding Continued Sealing, including the redacted version of Defendants' brief ISO motion to exclude the report and testimony of Dr. Mangum and Defendants' reply brief | January 27, 2023 | January 27, 2023 (no change) |

---

[2] In total, the Parties filed 578 exhibits under seal regarding class certification: DPPs filed 119 exhibits under seal, CIIPPs filed 73 exhibits under seal, IPPs filed 282 exhibits under seal, and Defendants filed 104 exhibits under seal. In addition, IPPs and Defendants plan to file redacted versions of their respective briefs.

| | | |
|---|---|---|
| Defendants and CIIPPs' Joint Motion Regarding Continued Sealing, including the redacted version of Defendants' brief ISO motion to exclude the report and testimony of Dr. Williams and Defendants' reply brief | January 27, 2023 | January 27, 2023 (no change) |
| Defendants and IPPs' Joint Motion Regarding Continued Sealing, including redacted versions of Defendants' brief ISO motion to exclude the report and testimony of Dr. Singer, IPPs' brief opposing the motion, and Defendants' reply | January 27, 2023 | January 27, 2023 (no change) |

The proposed deadline of January 27, 2023 is the deadline, as set by L.R. 5.6, for the joint motions regarding continued sealing concerning Defendants' motions to exclude the reports and testimony of Drs. Mangum, Williams, and Singer (i.e., 21 days after January 6, 2023).

Dated:  December 7, 2022

Respectfully submitted,

*/s/ Jarod Taylor*
Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
Kenina J. Lee (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
Brandon Boxbaum (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)
Keith Holleran (*pro hac vice*)

3

AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
radcox@axinn.com
trider@axinn.com
klee@axinn.com
lstrang@axinn.com
bboxbaum@axinn.com
avissichelli@axinn.com
kholleran@axinn.com

Craig M. Reiser (*pro hac vice*)
Kail Jethmalani (*pro hac vice*)
Andrea N. Rivers (*pro hac vice*)
Victoria J. Lu (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
creiser@axinn.com
kjethmalani@axinn.com
arivers@axinn.com
vlu@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.***

| | |
|---|---|
| */s/ Peter H. Walsh* | */s/ Mark L. Johnson* |
| Peter H. Walsh (#0388672) | Mark L. Johnson (#0345520) |
| HOGAN LOVELLS US LLP | Davida S. McGhee (#0400175) |
| 80 South Eighth Street, Suite 1225 | GREENE ESPEL PLLP |

4

Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

**Counsel for Agri Stats, Inc.**

/s/ Christopher A. Smith
Aaron Chapin (#0386606)
Christopher A. Smith (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
Sarah L. Zimmerman (MDL registered)
Kate Ledden (MDL registered)
Tanner Cook (MDL registered)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com
kate.ledden@huschblackwell.com
tanner.cook@huschblackwell.com

**Counsel for Triumph Foods, LLC**

222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com

**Counsel for Clemens Food Group, LLC and The Clemens Family Corporation**

/s/ William L. Greene
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

**Counsel for Seaboard Foods LLC and Seaboard Corporation**

5

| | |
|---|---|
| */s/ Craig. S. Coleman* <br> Craig S. Coleman (#0325491) <br> Richard A. Duncan (#0192983) <br> Aaron D. Van Oort (#0315539) <br> Emily E. Chow (#0388239) <br> Isaac B. Hall (#0395398) <br> FAEGRE DRINKER BIDDLE & REATH LLP <br> 2200 Wells Fargo Center <br> 90 South Seventh Street <br> Minneapolis, MN 55402-3901 <br> (612) 766-7000 <br> richard.duncan@faegredrinker.com <br> aaron.vanoort@faegredrinker.com <br> craig.coleman@faegredrinker.com <br> emily.chow@faegredrinker.com <br> isaac.hall@faegredrinker.com <br><br> Jacob D. Bylund (*pro hac vice*) <br> Stephanie A. Koltookian (*pro hac vice*) <br> Robert C. Gallup (#0399100) <br> FAEGRE DRINKER BIDDLE & REATH LLP <br> 801 Grand Ave., 33rd Floor <br> Des Moines, IA 50309 <br> (515) 248-9000 <br> jacob.bylund@faegredrinker.com <br> stephanie.koltookian@faegredrinker.com <br> robert.gallup@faegredrinker.com <br><br> Jonathan H. Todt (*pro hac vice*) <br> FAEGRE DRINKER BIDDLE & REATH LLP <br> 1500 K Street NW, Suite 1100 <br> Washington, DC 20005 <br> (202) 842-8800 <br> jonathan.todt@faegredrinker.com <br><br> John S. Yi (*pro hac vice*) <br> FAEGRE DRINKER BIDDLE & REATH LLP <br> One Logan Square, Suite 2200 | */s/ Joseph C. Bourne* <br> Joseph C. Bourne (MN #0389922) <br> W. Joseph Bruckner (MN #0147758) <br> Brian D. Clark (MN #0390069) <br> Arielle S. Wagner (MN #0398332) <br> Stephen M. Owen (MN # 0399370) <br> LOCKRIDGE GRINDAL NAUEN P.L.L.P. <br> 100 Washington Avenue South, Suite 2200 <br> Minneapolis, MN 55401 <br> T: (612) 339-6900 <br> jcbourne@locklaw.com <br> wjbruckner@locklaw.com <br> bdclark@locklaw.com <br> aswagner@locklaw.com <br> smowen@locklaw.com <br><br> */s/ Bobby Pouya* <br> Bobby Pouya <br> Clifford H. Pearson <br> Daniel L. Warshaw <br> Michael H. Pearson <br> PEARSON SIMON & WARSHAW, LLP <br> 15165 Ventura Boulevard, Suite 400 <br> Sherman Oaks, CA 92403 <br> T: (818) 788-8300 <br> cpearson@pswlaw.com <br> dwarshaw@pswlaw.com <br> bpouya@pswlaw.com <br> mpearson@pswlaw.com <br><br> Melissa S. Weiner (MN #0387900) <br> PEARSON, SIMON & WARSHAW, LLP <br> 800 LaSalle Avenue, Suite 2150 <br> Minneapolis, MN 55402 <br> T: (612) 389-0600 <br> mweiner@pswlaw.com <br><br> Bruce L. Simon <br> Benjamin E. Shiftan <br> Neil Swartzberg <br> PEARSON, SIMON & WARSHAW, LLP |

6

Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

**Counsel for Hormel Foods Corporation**

/s/ Shawn M. Raiter
Shawn M. Raiter (MN# 240424)
LARSON KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
T: (651) 312-6518
sraiter@larsonking.com

/s/ Blaine Finley
Blaine Finley
Jonathan W. Cuneo
Joel Davidow
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
T: (202) 789-3960
bfinley@cuneolaw.com
jonc@cuneolaw.com
joel@cuneolaw.com

**Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs**

350 Sansome Street, Suite 680
San Francisco, CA 94104
T: (415) 433-9000
F: (415) 433-9008
bsimon@pswlaw.com
bshiftan@pswlaw.com
nswartzberg@pswlaw.com

**Co-Lead Class Counsel for Direct Purchaser Plaintiffs**

/s/ Shana E. Scarlett
Shana E. Scarlett
Rio Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
elaine@hbsslaw.com

Daniel E. Gustafson (#202241)

        Daniel C. Hedlund (#258337)
        Michelle J. Looby (#388166)
        Joshua J. Rissman (#391500)
        GUSTAFSON GLUEK PLLC
        120 South 6th Street, Suite 2600
        Minneapolis, MN 55402
        Telephone: (612) 333-8844
        Facsimile: (612) 339-6622
        dgustafson@gustafsongluek.com
        dhedlund@gustafsongluek.com
        mlooby@gustafsongluek.com
        jrissman@gustafsongluek.com

***Counsel for Consumer Indirect Purchaser Plaintiffs***