UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*All Class Actions* | Case No. 18-cv-1776 (JRT/JFD) |

**[PROPOSED] ORDER ON JOINT MOTIONS REGARDING
CONTINUED SEALINGS FOR CLASS CERTIFICATION MOTIONS**

The Court has reviewed and considered the Joint Stipulation to Continue the Deadlines for the Joint Motions regarding Continued Sealing for the Motions for Class Certification (ECF No. 1661) between Defendants, Direct Purchaser Plaintiffs, Commercial Indirect Purchaser Plaintiffs, and Consumer Indirect Purchaser Plaintiffs. The Court finds that there is good cause to grant the stipulation pursuant to Federal Rule of Civil Procedure 16(b)(4) and D. Minn. Local Rule 16.3, and hereby continues the deadlines, as set forth below.

| Event | Old Deadline | New Deadline |
|---|---|---|
| DPPs and Defendants' Joint Motion Regarding Continued Sealing, including redacted versions of Defendants' omnibus and DPP briefs opposing class certification | December 9, 2022 | January 27, 2023 |
| CIIPPs and Defendants' Joint Motion Regarding Continued Sealing, including the redacted version of Defendants' CIIPP brief opposing to class certification | December 9, 2022 | January 27, 2023 |
| IPPs and Defendants' Joint Motion Regarding Continued Sealing, including redacted versions of IPPs' brief ISO motion for class certification, Defendants' IPP brief opposing class certification, and IPPs' reply ISO class certification | December 9, 2022 | January 27, 2023 |
| Defendants and DPPs' Joint Motion Regarding Continued Sealing, including the redacted version of Defendants' brief ISO motion to exclude the report and testimony of Dr. Mangum and Defendants' reply brief | January 27, 2023 | January 27, 2023 (no change) |
| Defendants and CIIPPs' Joint Motion Regarding Continued Sealing, including the redacted version of Defendants' brief ISO motion to exclude the report and testimony of Dr. Williams and Defendants' reply brief | January 27, 2023 | January 27, 2023 (no change) |
| Defendants and IPPs' Joint Motion Regarding Continued Sealing, including redacted versions of Defendants' brief ISO motion to exclude the report and testimony of Dr. Singer, IPPs' brief opposing the motion, and Defendants' reply | January 27, 2023 | January 27, 2023 (no change) |

Dated:                                                 _____
                                                             The Honorable John F. Docherty
                                                             Magistrate Judge, District of Minnesota