UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions | **COURT MINUTES**<br>BEFORE: JOHN F. DOCHERTY<br>U.S. MAGISTRATE JUDGE<br><br>Case No. 18-cv-1776 (JRT/JFD)<br>Date: December 9, 2022<br>Location: Videoconference<br>Court Reporter: n/a<br>Time: 3:00 –3:51 p.m. |

## MOTION HEARING

**APPEARANCES:**

Plaintiffs:

- For Moving Direct Action Plaintiffs Amory Investments LLC and Sysco Corporation: Michael S. Mitchell
- For Plaintiff Commonwealth of Puerto Rico: Bradley Fagnani

Defendants:

- For JBS USA Food Co.: Jessica Nelson and Sami Rashid
- For Hormel Foods Corp.: Craig Coleman
- For Triumph Foods, LLC: Jason Husgen
- For Smithfield Foods, Inc.: Brian Robison
- For Tyson Foods, Inc., et al.: Allison Vissichelli

**PROCEEDINGS**:

The Court held a hearing on Amory Investments LLC, Sysco Corporation, and the Commonwealth of Puerto Rico's Motion to Compel (Dkt. No. 1593). For the reasons stated fully on the record, the Court **DENIED** the motion from the Bench. No written order will issue, and the Court's oral ruling is the Court's formal order.

*s/ ALM*
Judicial Law Clerk
