| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA<br>(Rev. 03/2018) | TRANSCRIPT ORDER<br>*CJA counsel please complete an AUTH24 in CJA eVoucher*<br>*Please read instructions on next page.* | COURT USE ONLY<br>**NOTES:** |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>Kae Moat | 2a. CONTACT PHONE NUMBER<br>518-694-4240 | 3. CONTACT EMAIL ADDRESS<br>kmoat@bsfllp.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>Michael Mitchell | 2b. ATTORNEY PHONE NUMBER<br>202-274-1125 | 3. ATTORNEY EMAIL ADDRESS<br>mmitchell@bsfllp.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Boies Schiller Flexner LLP<br>30 South Pearl St. 11th Floor<br>Albany, NY 12207 | 5. CASE NAME (Include defendant number, for criminal cases only)<br>In re Pork Antitrust Litigation | 6. CASE NUMBER<br>0:18-cv-01776 |
|---|---|---|
| 7. COURT REPORTER NAME, if applicable | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):   CJA: Do not use this form: use AUTH24 in CJA.<br>☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)<br>X NON-APPEAL   X CIVIL<br>☐ Standing Order (**MDL** only) | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. SELECT FORMAT(S)<br>NOTE: ECF access is included. | | | | c. DELIVERY TYPE<br>Delivery times are not guaranteed. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
| 12/9/2022 | JRT/JFD | | 1 | | | | | | | X | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:
This was a videoconference, but we would like a transcript, **NOT** an audio recording.

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE /s/ Kae Moat | 12. DATE<br>12/12/2022 |
|---|---|