| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA<br>(Rev. 03/2018) | TRANSCRIPT ORDER<br>CJA counsel please complete an AUTH24 in CJA eVoucher<br>Please read instructions on next page. | COURT USE ONLY<br>**NOTES:** |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER<br>Brian Miller | 2a. CONTACT PHONE NUMBER<br>(510) 725-3000 | 3. CONTACT EMAIL ADDRESS<br>brianm@hbsslaw.com |
| 1b. ATTORNEY NAME (if different)<br>Shana E. Scarlett | 2b. ATTORNEY PHONE NUMBER<br>(510) 725-3000 | 3. ATTORNEY EMAIL ADDRESS<br>shanas@hbsslaw.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710 | 5. CASE NAME (Include defendant number, for criminal cases only)<br>In re Pork Antitrust Litigation | 6. CASE NUMBER<br>18-cv-01776 |
| 7. COURT REPORTER NAME, if applicable | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):   CJA: Do not use this form; use AUTH24 in CJA.<br>☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)<br>☒ NON-APPEAL   ☒ CIVIL<br>☐ Standing Order (**MDL** only) | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)   b. SELECT FORMAT(S) — NOTE: ECF access is included.   c. DELIVERY TYPE — Delivery times are not guaranteed.

| DATE | JUDGE (initials) | PORTION (If requesting less than full hearing, specify portion e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/9/2022 | JFD | | XX | | | | | | XX | | | | |
| | | | | | | | | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE<br>/s/ Shana E. Scarlett | 12. DATE<br>12/12/2022 |
|---|---|