| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA<br>(Rev. 03/2018) | TRANSCRIPT ORDER<br>*CJA counsel please complete an AUTH24 in CJA eVoucher*<br>*Please read instructions on next page.* | COURT USE ONLY<br>**NOTES:** |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER<br>Jessica J. Nelson | 2a. CONTACT PHONE NUMBER<br>612-268-7006 | 3. CONTACT EMAIL ADDRESS<br>jnelson@spencerfane.com |
| 1b. ATTORNEY NAME (if different)<br>Jessica J. Nelson | 2b. ATTORNEY PHONE NUMBER<br>612-268-7006 | 3. ATTORNEY EMAIL ADDRESS<br>jnelson@spencerfane.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>100 South 5th Street, Suite 2500<br>Minneapolis, MN 55402 | 5. CASE NAME (Include defendant number, for criminal cases only)<br>In re Pork Antitrust Litigation | 6. CASE NUMBER<br>18-cv-1776 (JRT/JFD) |
|---|---|---|
| 7. COURT REPORTER NAME, if applicable | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):   CJA: Do not use this form: use AUTH24 in CJA.<br>☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)<br>X NON-APPEAL   X CIVIL<br>☐ Standing Order (**MDL** only) | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. SELECT FORMAT(S)<br>*NOTE: ECF access is included.* | | | | c. DELIVERY TYPE<br>*Delivery times are not guaranteed.* | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE<br>(initials) | PORTION<br>If requesting less than full hearing, specify portion (e.g. witness or time) | PDF<br>(email) | TEXT/ASCII<br>(email) | PAPER | CONDENSED | ORDINARY<br>(30-day) | 14-Day | EXPEDITED<br>(7-day) | EXPEDITED<br>(3-day) | DAILY<br>(Next day) | HOURLY<br>(2 hrs) | REALTIME<br>(rough draft) |
| 12/9/22 | JFD | | X | | | | | | X | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE   /s/ Jessica J. Nelson | 12. DATE<br>December 13, 2022 |
|---|---|