| UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA (Rev. 03/2018) | TRANSCRIPT ORDER<br>*CJA counsel please complete an AUTH24 in CJA eVoucher*<br>*Please read instructions on next page.* | COURT USE ONLY<br>**NOTES:** |
|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER**<br>Morgan Boho | **2a. CONTACT PHONE NUMBER**<br>6123351874 | **3. CONTACT EMAIL ADDRESS**<br>mpl.lssteam1@stinson.com |
| **1b. ATTORNEY NAME (if different)**<br>William D. Thomson | **2b. ATTORNEY PHONE NUMBER**<br>6123351605 | **3. ATTORNEY EMAIL ADDRESS**<br>william.thomson@stinson.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Stinson LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402 | 5. CASE NAME (Include defendant number, for criminal cases only)<br>In re Pork Antitrust Litigation | 6. CASE NUMBER<br>0:18-cv-01776-JRT-JFD |
|---|---|---|
| 7. COURT REPORTER NAME, if applicable | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):     CJA: Do not use this form; use AUTH24 in CJA.<br>☐ APPEAL     ☐ CRIMINAL         ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)<br>x NON-APPEAL   x CIVIL<br>☐ Standing Order (**MDL** only) | |

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. SELECT FORMAT(S) *NOTE: ECF access is included.* | | | | c. DELIVERY TYPE *Delivery times are not guaranteed.* | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
| 12/09/2022 | JRT/JFD | | 1 | | | | X | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**
We would like a transcript not an audio recording please.

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>**11. SIGNATURE** /s/ Morgan Boho | **12. DATE**<br>12/13/2022 |
|---|---|