| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA<br>(Rev. 03/2018) | **TRANSCRIPT ORDER**<br>*CJA counsel please complete an AUTH24 in CJA eVoucher*<br>*Please read instructions on next page.* | COURT USE ONLY<br>**NOTES:** |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>Kate Lovett | 2a. CONTACT PHONE NUMBER<br>(202) 941-2975 | 3. CONTACT EMAIL ADDRESS<br>klovett@axinn.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>Victoria Lu | 2b. ATTORNEY PHONE NUMBER<br>(212) 261-5659 | 3. ATTORNEY EMAIL ADDRESS<br>vlu@axinn.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Axinn, Veltrop & Harkrider LLP
114 W 47th Street, 22nd Floor
New York, NY 10036

**5. CASE NAME** (Include defendant number, for criminal cases only)
In re Pork Antitrust Litigation

**6. CASE NUMBER**
0:18-cv-01776-JRT-JFD

**7. COURT REPORTER NAME, if applicable**
N/A

**8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):** CJA: <u>Do not use this form; use AUTH24</u> in CJA.

❏ APPEAL   ❏ CRIMINAL   ❏ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)
❏ NON-APPEAL   X CIVIL   ❏ Standing Order (**MDL** only)

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)   b. SELECT FORMAT(S) *NOTE: ECF access is included.*   c. DELIVERY TYPE *Delivery times are not guaranteed.*

| DATE | JUDGE (initials) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/9/2022 | JRT/JFD | | x | | | | | | x | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE**

**12. DATE**
12/13/2022