UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br>*All Actions* | Case No. 18-cv-1776 (JRT/JFD)<br><br>**CERTIFICATE OF COMPLIANCE** |

I, Allison Vissichelli, certify that Defendants' Response to Certain Direct Action Plaintiffs' Objections, Made Subject to Local Rule 72.2, to Magistrate Judge's Order Dated November 16, 2022 Denying Motion to Compel (the "Response") complies with the word-count limit of Local Rule 72.2(c)(1) as well as with the type-size limit of Local Rule 72.2(c)(2). I further certify that: (1) the Response was prepared using Microsoft Word 2016, (2) the Response is in 13-point Times New Roman font; (3) the word-count function of Microsoft Word was applied to include all text, including headings, footnotes, and quotations (but excluding the caption, the signature block, and this certificate of compliance), and (4) the aforementioned contains 3,492 words.

Dated:  December 14, 2022

Respectfully Submitted,

/s/ *Allison Vissichelli*
Allison Vissichelli (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
Rachel J. Adcox (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
Brandon Boxbaum (*pro hac vice*)
Keith Holleran (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP

1901 L Street NW
Washington, DC 20036
(202) 912-4700
avissichelli@axinn.com
trider@axinn.com
radcox@axinn.com
lstrang@axinn.com
bboxbaum@axinn.com
kholleran@axinn.com

Craig M. Reiser (*pro hac vice*)
Kail Jethmalani (*pro hac vice*)
Andrea N. Rivers (*pro hac vice*)
Victoria J. Lu (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
creiser@axinn.com
kjethmalani@axinn.com
arivers@axinn.com
vlu@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

**Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc.**