# EXHIBIT 2

| | |
|---|---|
| **From:** | Michael Mitchell <mmitchell@bsfllp.com> |
| **Sent:** | Thursday, August 5, 2021 9:08 AM |
| **To:** | justin.bernick@hoganlovells.com; william.monts@hoganlovells.com; peter.walsh@hoganlovells.com; liam.phibbs@hoganlovells.com; olga.fleysh@hoganlovells.com; holden.steinhauer@hoganlovells.com; dlaytin@kirkland.com; ccottrell@kirkland.com; christina.sharkey@kirkland.com; adam.collins@kirkland.com; mjohnson@greeneespel.com; nicholas.ruge@kirkland.com; amarto.bhattacharyya@kirkland.com; vanessa.barsanti@kirkland.com; max.samels@kirkland.com; jenna.stupar@kirkland.com; christina.briesacher@kirkland.com; Richard.Duncan@FaegreDrinker.com; Craig.Coleman@FaegreDrinker.com; Emily.Chow@FaegreDrinker.com; Isaac.Hall@FaegreDrinker.com; Stephanie.Koltookian@FaegreDrinker.com; aaron.vanoort@faegredrinker.com; bryan.washburn@faegredrinker.com; stephenneuwirth@quinnemanuel.com; michaelcarlinsky@quinnemanuel.com; samirashid@quinnemanuel.com; richardvagas@quinnemanuel.com; bobbyvance@quinnemanuel.com; davidadler@quinnemanuel.com; anaisberland@quinnemanuel.com; allison.silber@quinnemanuel.com; andrew.mollard@quinnemanuel.com; michaelguerrero@quinnemanuel.com; dheeman@spencerfane.com; jnelson@spencerfane.com; rwinter@spencerfane.com; amcclintic@spencerfane.com; william.greene@stinson.com; nicci.warr@stinson.com; peter.schwingler@stinson.com; zachary.hemenway@stinson.com; william.thompson@stinson.com; courtney.harrison@stinson.com; rparker@gibsondunn.com; jlipton@gibsondunn.com; brobison@gibsondunn.com; rrobertson@gibsondunn.com; spearl@gibsondunn.com; PPatel@gibsondunn.com; jcotter@larkinhoffman.com; jkvinge@larkinhoffman.com; cfitzgerald@gibsondunn.com; rstone@gibsondunn.com; myu@gibsondunn.com; aaron.chapin@huschblackwell.com; gene.summerlin@huschblackwell.com; marnie.jensen@huschblackwell.com; ryann.glenn@huschblackwell.com; kamron.hasan@huschblackwell.com; sierra.faler@huschblackwell.com; Tessa.Jacob@huschblackwell.com; Chris.Smith@huschblackwell.com; LegalSupportTeam-Law-OMA@huschblackwell.com; Adcox, Rachel J; Rider, Tiffany; Strang, Lindsey; Oppenheimer, Brooke J.; David Graham; Boxbaum, Brandon; Greathouse, Madeline A.; Taylor, Jarod G.; Leon, Daniel O.; Holleran, Keith J. |
| **Cc:** | Scott Gant; Eddy, David C.; Robert Kaplan; Matthew McCahill; Mandrika Moonsammy; Ryan Manion; Eric R. Lifvendahl; David B. Esau; Kristin A. Gore; Lynch, Dennis J.; Surratt, Gina Y.; Patrick Ahern; jonc@cuneolaw.com; bfinley@cuneolaw.com; kbates@hausfeld.com; jcbourne@locklaw.com; bdclark@locklaw.com |
| **Subject:** | FW: Discovery requests |

**Caution: External Email**

Counsel for Defendants,

Now that the Protective Order has been entered in the Pork MDL Proceeding, the MDL DAPs request that the Defendants provide the following discovery materials from *In re Pork Antitrust Litigation*, Case No. 18cv1776 (the "*Pre-Existing Non-MDL Cases*"):

1. Defendants' responses to the written discovery requests listed as Nos. 1-3 in the July 6 email below, i.e., (i) all class plaintiffs' first set of RFPs to the pork-producing defendants; (ii) the IPP class plaintiffs' separate RFPs to

1

the pork-producing defendants; and (iii) all class plaintiffs' first set of Interrogatories to the pork-producing defendants.

2. Defendants' Initial/Required Disclosures (and related materials) (per ECF No. 290).

3. Any additional written discovery served by plaintiffs on Defendants, and Defendants' responses to any such discovery.

4. All correspondence or other materials memorializing any agreements between the parties as to Defendants' responses to any written discovery, including related to: [1] search terms, [2] custodians, [3] non-custodial document /data sources, including structured data sources.

5. Any third party subpoenas in the *Pre-Existing Non-MDL Pork Cases*, responses to such subpoenas, and documents produced.

6. The search terms Defendants have already used to search for responsive documents in the *Pre-Existing Non-MDL Pork Cases*, and documents and structured data already produced (per the proposed CMO).

Thank you.

**Michael S. Mitchell**
Partner

BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
(t) +1 202 274 1125
(m) +1 301 452 5764
mmitchell@bsfllp.com
www.bsfllp.com

**From:** Robison, Brian E. <BRobison@gibsondunn.com>
**Sent:** Tuesday, July 6, 2021 1:55 PM
**To:** Scott Gant <sgant@bsfllp.com>; Garth Yearick <gyearick@carltonfields.com>; Kristin A. Gore <kgore@carltonfields.com>; David B. Esau <desau@carltonfields.com>; Michael Mitchell <mmitchell@bsfllp.com>; elifvendahl@lgcounsel.com; Ryan Manion <RManion@lgcounsel.com>; Robert Kaplan <RKaplan@kaplanfox.com>; Matthew McCahill <mmccahill@kaplanfox.com>; Jason Uris <juris@kaplanfox.com>; Richard Coffman <rcoffman@coffmanlawfirm.com>
**Subject:** Discovery requests

Dear New DAP Counsel:
I have attached the following discovery requests that you requested during our June 23 call:
1. All class plaintiffs' first set of RFPs to the pork-producing defendants
2. The IPP class plaintiffs' separate RFPs to the pork-producing defendants
3. All class plaintiffs' first set of Interrogatories to the pork-producing defendants
4. The defendants' first set of RFPs to the DPPs
5. The defendants' first set of Interrogatories to the DPPs
6. The defendants' first set of RFPs to the Winn-Dixie DAPs
Once the New DAPs confirm that they will abide by the Protective Order, I can start sending you Smithfield's discovery responses and the search terms that Smithfield used when searching its documents.
Best regards,
Brian

**Brian E. Robison**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3370 • Fax +1 214.571.2928
BRobison@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

| | |
|---|---|
| **From:** | Matthew McCahill |
| **To:** | Strang, Lindsey; elifvendahl@lgcounsel.com; Ryan Manion; sgant@bsfllp.com; Michael Mitchell; Robert Kaplan; Jason A. Uris; charrison@bsfllp.com; Richard Coffman; David B. Esau; Kristin A. Gore; Garth Yearick; Eddy, David C.; Lynch, Dennis J.; Wheeler, Travis; ckeibler@nexsenpruet.com |
| **Cc:** | Rider, Tiffany; Taylor, Jarod G.; Oppenheimer, Brooke J.; brobison@gibsondunn.com; Samels, Max; Duncan, Richard A.; samirashid@quinnemanuel.com; Heather Christenson; peter.schwingler@stinson.com; Smith, Chris |
| **Subject:** | RE: In re Pork - Production of Defendant Discovery Materials |
| **Date:** | Thursday, August 5, 2021 9:16:41 AM |
| **Attachments:** | image001.png |

**Caution: External Email**

Lindsay,
You can send the materials to my colleague Mandrika Moonsammy: mmoonsammy@kaplanfox.com
We will get back to you on the service list.
Thanks,
Matt

**From:** Strang, Lindsey
**Sent:** Thursday, August 5, 2021 9:09 AM
**To:** elifvendahl@lgcounsel.com; Ryan Manion ; sgant@bsfllp.com; Michael Mitchell ; Robert Kaplan ; Matthew McCahill ; Jason A. Uris ; charrison@bsfllp.com; Richard Coffman ; David B. Esau ; Kristin A. Gore ; Garth Yearick ; Eddy, David C. ; Lynch, Dennis J. ; Wheeler, Travis ; ckeibler@nexsenpruet.com
**Cc:** Rider, Tiffany ; Taylor, Jarod G. ; Oppenheimer, Brooke J. ; brobison@gibsondunn.com; Samels, Max ; Duncan, Richard A. ; samirashid@quinnemanuel.com; Heather Christenson ; peter.schwingler@stinson.com; Smith, Chris
**Subject:** In re Pork - Production of Defendant Discovery Materials
Dear Counsel,
As you are aware, we are in the process of gathering discovery correspondence and previous document and data productions to send to the MDL DAPs. Would the MDL DAPs be amenable to designating one person to receive these materials on behalf of all the MDL DAPs? Given that some Defendants have produced dozens of production volumes, it would save considerable time and expense for Defendants to produce the materials to just one (or a few) designated individuals rather than generating file share access information for each MDL DAP. Please also let us know if there is one addressee and physical address to which Defendants can send hard drives.
Relatedly, would the DAPs please send us a service list listing all MDL DAP counsel that should be served with any papers? Attached is the most recent service list for Defendants.
Thanks,

**Lindsey Strang**
*Associate*



Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
Office 202.469.3550
Fax 202.912.4701
lstrang@axinn.com
**Axinn.com**

*******************************************************************

Notice: The information contained in this electronic mail and any attached documents from Axinn, Veltrop & Harkrider LLP is confidential. This email may be an attorney-client communication, and as such is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this electronic mail in error, please notify us immediately by telephone (212) 728-2200/(860) 275-8100 or by reply electronic mail to the sender. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
******************************************************************