IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MINNESOTA

| IN RE PORK PROCESSING ANTITRUST LITIGATION<br><br>This Document Relates To All Class Actions | Civil No. 18-cv-1776 (JRT/JFD)<br><br>**INDEX OF APPENDICES TO SUR-REPLY IN SUPPORT OF DEFENDANTS' OPPOSITION TO ALL CLASS PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION** |
|---|---|

| Appendix | Description | Public | Filed Under Seal |
|---|---|---|---|
| A | Complaint Allegations That Conspiracy Was Effectuated Through Reductions of Defendant-Owned Sows and Hogs | | X |
| B | Excerpt of the Court's October 10, 2020 Amended Memorandum Opinion and Order, In re Pork Antitrust Litig., 495 F. Supp. 3d 753, 768-71 (D. Minn. 2020). | X | |
| C | Plaintiffs' Contradictory Expert Reports | | X |