# APPENDIX C
# (Filed Under Seal)

**Plaintiffs' Contradictory Expert Reports**

| CIIPPs' Expert Williams Initial Report (Dkt. 1339-6) | CIIPPs' Expert Williams Reply Report (Dkt. 1635) |
|---|---|
| "In this section I briefly describe **the relationship between the size of a producer's sow herd and its production of hogs.** *Understanding this relationship is relevant for understanding certain actions Defendants' took to restrict the supply of pork products.* There is a direct relationship between the number of hogs that can be produced by a farm and the size of its sow herd." Williams Initial Rpt. ¶ 29.<br><br>"These developments have given Defendants a *significant degree of control over hog farming production.*" *Id.* ¶ 48.<br><br>"*Defendants possessed, and were able to exercise, a high degree of control over hog production* throughout the Class Period . . . ." *Id.* ¶ 55. | It is *"irrelevant … whether Defendants controlled the supply of hogs."* Williams Reply Rpt. ¶ 203. |
| "In 2020, Seaboard reported that *it raises 85% of hogs supplied to its processing plant* in Guymon, Oklahoma at its own farms . . ." *Id.* ¶ 50.<br><br>"Triumph Food itself is comprised of several hog farming operations (Christensen Farms, Hanor, Applied Producers' Cooperative, New Fashion Pork, and Eichelberger Farms, Inc.). Eichelberger Farms describes the *integrated nature of the Triumph group* on its website . . ." *Id.* ¶ 53.<br><br>"Clemens Food Group describes itself on its website as a '*vertically coordinated* company [that] directly oversees the entire production chain, *from the farm* all the way to our retail and foodservice customers.' It further states that 'Country View Family Farms is our hog production and procurement division with over 250 company-owned and independent family Farms . . .'" *Id.* ¶ 54. | "This reduction in the quantity supplied of hogs *does not depend on whether Defendant pork producers own or contractually control* the supply of hogs." *Id.* ¶¶ 53, 57. |

| CIIPPs' Expert Williams Initial Report (Dkt. 1339-6) | CIIPPs' Expert Williams Reply Report (Dkt. 1635) |
|---|---|
| "Defendants made numerous public announcements signaling to industry participants that *they were cutting back the production of live hogs*." *Id.* ¶ 132. | |
| "In May 2009, Larry Pope (CEO and President of Smithfield) stated at a conference: 'In terms of chronology of how I say we proactively managed this business, in February of last year—February of '08, not February of '09—we made the decision with the oversupply of livestock to take the leadership position and start *reducing our sow herds* because we saw the overproduction and the oversupplies of the hogs into the market, which was driving our hog market down. We *started a reduction of 50,000 sows* and 1 million of our 18 million pigs, we started taking out of the system.'" *Id.* ¶ 135. | It is "true" that "*pork processors do want more hogs—not less.*" *Id.* ¶ 58 (cleaned up); *see also id.* ¶¶ 194, 196, 200. |
| Larry Pope stated "[w]e are initiating a further reduction of 3% of our U.S. sow herd, effective immediately." *Id.* ¶ 137. | "My Opening Report does *not make [the] assumption" that "'Defendants would be more profitable when hog supplies are lower*.'" *Id.* ¶ 194. |
| "[T]hese public announcements of *supply reductions* by individual firms constitute actions against competitors' unilateral self-interests, as it is in each firm's self-interest that discovery of a reduction in output by competitors would occur at a later time rather than sooner. *Announcing a supply reduction is, however, consistent with a firm's self-interest* under collusion, as discussed above." *Id.* ¶¶ 141, 124. | It "is true" that "*Defendants would be negatively affected*" by a "shortage of hogs[.]" *Id.* ¶ 200. |

| DPPs' Expert Mangum Initial Report (Dkt. 1330) | DPPs' Expert Mangum Reply Report (Dkt. 1617) |
|---|---|
| *Hog production cuts* were one of the "methods [Defendants used] to effectuate the alleged conspiracy" Mangum Initial Rpt. ¶ 13.<br><br>"The most straightforward way to reduce the supply of pork in the United States is to *reduce the number of hogs that come to market.* The number of hogs that come to market is a function of the number of sows who produce piglets, and the number of piglets retained from the farrowing process." *Id.* ¶ 74.<br><br>"[A]n increase in *hog production* should lead to lower hog prices, which should in turn lead to lower pork prices." *Id.* ¶ 175<br><br>"[A] *supply restriction on hogs* should impact all pork cuts and products" *Id.* ¶ 210.<br><br>"[A] *conspiracy that affects the supply of hogs* . . . also affect[s] the supply of pork" *Id.* ¶ 211. | The "focus on *the upstream hog market is a red herring*." Mangum Reply Rpt. ¶ 17. |
| "*Defendants have significant influence—either through direct ownership or through extensive contracting—over the volume of hogs* that are raised domestically." *Id.* ¶ 73.<br><br>"Defendants' *control of the upstream hog market*—either through vertical integration or through leverage as an oligopsony—*is a factor that would facilitate the creation and success of the alleged conspiracy*." *Id.* ¶¶ 113, 114.<br><br>"Smithfield's *expansive hog operations give it the power* to influence both the number of hogs it slaughters for its own pork production, and the number of hogs that are available for sale to other pork packers." *Id.* ¶ 115.<br><br>"Seaboard and Triumph have a high degree of *vertical integration*." *Id.* ¶ 116.<br><br>Clemens "has *significant control over its supply of hogs*." *Id.* ¶ 117. | "Assessing anticompetitive impact need not involve a corresponding analysis of upstream input markets or other methods of indirect analysis, *nor does it require that the alleged conspirators be vertically integrated*." *Id.* ¶ 17. |

| DPPs' Expert Mangum<br>Initial Report (Dkt. 1330) | DPPs' Expert Mangum<br>Reply Report (Dkt. 1617) |
|---|---|
| "***Defendants undertook cuts to sow herds during the Conspiracy Period***." *Id.* ¶ 75.<br><br>"Larry Pope of Smithfield explained that his company had taken 'the leadership position' in early 2008 with '***a reduction of 50,000 sows*** and 1 million of our 18 million pigs.'" *Id.* ¶ 75.<br><br>"Industry reports indicate that Tyson, Hormel, and Triumph also dramatically ***reduced the size of their sow herds***. By fall 2008, Hormel had ***reduced its sow herd*** size from 63,000 to 54,000 (over 14%). . . . Tyson ***reduced its [sow] herd*** from 70,000 sows in 2008 to 52,000 (nearly 26%) in 2009. . . . Triumph ***cut its sow herd*** by 24,500 head for 2009." *Id.* ¶ 75.<br><br>"Defendants ***continued [sow] reductions*** throughout 2009" *Id.* ¶ 76.<br><br>Defendants "continued to stress" the need for ***sow cuts*** for "all in the industry." *Id.* ¶¶ 76-79. | "***[A] conspiracy in the hog market itself" is "a conspiracy different from the one alleged by DPPs in this case***." *Id.* ¶ 32.<br><br><br><br>"[T]he alleged conspiracy pertains to prices for pork products, ***not hogs***. *Id.* ¶ 32. |

| Consumer IPPs' Expert Singer<br>Initial Report (Dkt. 1347) | Consumer IPPs' Expert Singer<br>Reply Report (Dkt. 1626) |
|---|---|
| "I outline three methods Defendants used to reduce their output … *(1) Liquidation, which reduces herd size over the long term by taking sows out of production* …" Singer Initial Rpt. ¶ 208; *id.* ¶ 209 (same); *see also* ¶¶ 39, 210-12, 224, 226-29.<br><br>"Record evidence shows that Defendant's [sic] *liquidated the herd sizes they controlled*." *Id.* ¶ 210. | "Defendants' *'control' over the hog market would make no difference* for my analysis of Defendants' monopoly power in the Pork market." *Id.* ¶ 171; *see also id.* ¶ 27. |
| *Herd liquidation was deemed an important method of output restraint* early in the conspiracy . . ." *Id.* ¶ 211.<br><br>"Smithfield described itself" as "'le[ading] the industry in announcing *plans to reduce its U.S. sow herd* . . .'" *Id.* ¶ 224 (alteration in original).<br><br>In 2009, "Smithfield stated . . . that it was 'initiating a *further reduction of three percent of [its] U.S. sow herd*'" *Id.* ¶ 226.<br><br>"Tyson announced . . . 'it will *reduce its sow herd* . . .'" *Id* | "The relevant antitrust market at issue is the market for Pork products—*not hogs*—" and "[w]hether Defendants also 'control' hogs (however defined) *has no bearing on any of my empirical analyses*." Singer Reply Rpt. ¶¶ 32-33.<br><br>The alleged conspiracy may occur *regardless of the situation in the hog (the input) market*." *Id.* ¶ 33. |