UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-cv-01776 (JRT/JFD) |
| This Document Relates to: *The Actions of Certain DAPs[1] and The Commonwealth of Puerto Rico* | |

**DECLARATION OF MICHAEL S. MITCHELL IN SUPPORT OF THE OBJECTION OF CERTAIN DAPS AND THE COMMONWEALTH OF PUERTO RICO**

I, Michael S. Mitchell, declare as follows:

1. I am an attorney with the law firm of Boies Schiller Flexner LLP and counsel in this matter for Direct Action Plaintiffs Sysco Corporation and Amory Investments LLC. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Transcript of the December 9, 2022 Motion Hearing (ECF 1680) |
| 2 | November 14, 2022 Email Correspondence from Michael S. Mitchell to Sami Rashid |

---

[1] Certain DAPs are Sysco Corporation (0:21-cv-01374) and Amory Investments LLC (0:21-cv-01697).

| | |
|---|---|
| 3 | July 27, 2022 to August 31, 2022 Email Correspondence Between Counsel for Amory Investments LLC and Counsel for Defendants |
| 4 | May 27, 2022 Email Correspondence from Robert Gallup, Counsel for Defendant Hormel, to Counsel for Plaintiffs and Counsel for other Defendants |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of December, 2022.

                                              Respectfully submitted,

                                              */s/ Michael S. Mitchell*

                                              Michael S. Mitchell
                                              **BOIES SCHILLER FLEXNER LLP**
                                              1401 New York Ave., NW
                                              Washington, DC 20005
                                              Tel: 202-237-2727
                                              Fax: 202-237-6131
                                              mmitchell@bsfllp.com

                                              ***Counsel for Plaintiffs Sysco Corporation and Amory Investments LLC***