# EXHIBIT 3

| | |
|---|---|
| **From:** | Spung, James |
| **To:** | Scott Gant; Zimmerman, Sarah; Colleen Harrison; Sarah Jones; Michael Mitchell; Blake Atherton |
| **Cc:** | Smith, Chris; Husgen, Jason; Cook, Tanner; Ledden, Kate; Murphy, Audrey |
| **Subject:** | RE: In re Pork - Amory Investments |
| **Date:** | Wednesday, August 31, 2022 5:23:40 PM |
| **Attachments:** | 4894-0088-9648.1 2022.08.31 - Defendants" Notice of Rule 30(b)(6) Deposition of Amory.pdf |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Hello Scott: Please find attached and served upon you a Notice of Rule 30(b)(6) Deposition of Amory Investments.

**A. James Spung**
**Partner**
Direct (Chattanooga*):  423-755-2652
Direct (St. Louis): 314-345-6664
James.Spung@huschblackwell.com

*Registered to practice pending admission in TN.

**From:** Spung, James
**Sent:** Wednesday, August 24, 2022 2:50 PM
**To:** Scott Gant <sgant@bsfllp.com>; Zimmerman, Sarah <Sarah.Zimmerman@huschblackwell.com>; Colleen Harrison <CHarrison@BSFLLP.com>; Sarah Jones <sjones@BSFLLP.com>; Michael Mitchell <mmitchell@bsfllp.com>; Blake Atherton <batherton@BSFLLP.com>
**Cc:** Smith, Chris <Chris.Smith@huschblackwell.com>; Husgen, Jason <Jason.Husgen@huschblackwell.com>; Cook, Tanner <Tanner.Cook@huschblackwell.com>; Ledden, Kate <Kate.Ledden@huschblackwell.com>; Murphy, Audrey <Audrey.Murphy@huschblackwell.com>
**Subject:** RE: In re Pork - Amory Investments

Scott: We have been getting our class opposition briefing done, so I've been delayed in responding to your e-mail from this weekend.  When we spoke on the phone, we agreed to get a revised set of topics to you by end of month, and we still anticipate doing so.

**A. James Spung**
**Partner**
Direct (Chattanooga*):  423-755-2652
Direct (St. Louis): 314-345-6664
James.Spung@huschblackwell.com

*Registered to practice pending admission in TN.

**From:** Scott Gant <sgant@bsfllp.com>
**Sent:** Saturday, August 20, 2022 7:36 PM
**To:** Spung, James <James.Spung@huschblackwell.com>; Zimmerman, Sarah <Sarah.Zimmerman@huschblackwell.com>; Colleen Harrison <CHarrison@BSFLLP.com>; Sarah Jones <sjones@BSFLLP.com>; Michael Mitchell <mmitchell@bsfllp.com>; Blake Atherton

<batherton@BSFLLP.com>
**Cc:** Smith, Chris <Chris.Smith@huschblackwell.com>; Husgen, Jason <Jason.Husgen@huschblackwell.com>; Cook, Tanner <Tanner.Cook@huschblackwell.com>; Ledden, Kate <Kate.Ledden@huschblackwell.com>; Murphy, Audrey <Audrey.Murphy@huschblackwell.com>
**Subject:** RE: In re Pork - Amory Investments

[EXTERNAL EMAIL]

James and Kate – When can we expect to receive amended 30(b)(6) topics from Defendants?

Thank you,

Scott

---

**From:** Scott Gant
**Sent:** Thursday, August 11, 2022 12:01 PM
**To:** Spung, James <James.Spung@huschblackwell.com>; Zimmerman, Sarah <Sarah.Zimmerman@huschblackwell.com>; Colleen Harrison <CHarrison@BSFLLP.com>; Sarah Jones <sjones@BSFLLP.com>; Michael Mitchell <mmitchell@bsfllp.com>; Blake Atherton <batherton@BSFLLP.COM>
**Cc:** Smith, Chris <Chris.Smith@huschblackwell.com>; Husgen, Jason <Jason.Husgen@huschblackwell.com>; Cook, Tanner <Tanner.Cook@huschblackwell.com>; Ledden, Kate <Kate.Ledden@huschblackwell.com>; Murphy, Audrey <Audrey.Murphy@huschblackwell.com>
**Subject:** RE: In re Pork - Amory Investments

James and Kate,

Thanks for the productive call just now. As discussed, we're attaching Sysco's objections and responses to Defendants' 30(b)(6) notice.

Scott

---

**From:** Spung, James <James.Spung@huschblackwell.com>
**Sent:** Thursday, August 11, 2022 11:17 AM
**To:** Scott Gant <sgant@bsfllp.com>; Zimmerman, Sarah <Sarah.Zimmerman@huschblackwell.com>; Colleen Harrison <CHarrison@BSFLLP.com>; Sarah Jones <sjones@BSFLLP.com>; Michael Mitchell <mmitchell@bsfllp.com>; Blake Atherton <batherton@BSFLLP.com>
**Cc:** Smith, Chris <Chris.Smith@huschblackwell.com>; Husgen, Jason <Jason.Husgen@huschblackwell.com>; Cook, Tanner <Tanner.Cook@huschblackwell.com>; Ledden, Kate <Kate.Ledden@huschblackwell.com>; Murphy, Audrey <Audrey.Murphy@huschblackwell.com>
**Subject:** RE: In re Pork - Amory Investments

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Scott, I think you are on the invite, but:

Information for the Conference Call:

Toll-Free Dial-In Number: 866-677-2133
Local/Toll Number: 1-203-280-4144

Participant Passcode: 28352604

**A. James Spung**
**Partner**
Direct (Chattanooga*):  423-755-2652
Direct (St. Louis): 314-345-6664
James.Spung@huschblackwell.com

*Registered to practice pending admission in TN.

---

**From:** Scott Gant <sgant@bsfllp.com>
**Sent:** Thursday, August 11, 2022 11:16 AM
**To:** Spung, James <James.Spung@huschblackwell.com>; Zimmerman, Sarah <Sarah.Zimmerman@huschblackwell.com>; Colleen Harrison <CHarrison@BSFLLP.com>; Sarah Jones <sjones@BSFLLP.com>; Michael Mitchell <mmitchell@bsfllp.com>; Blake Atherton <batherton@BSFLLP.com>
**Cc:** Smith, Chris <Chris.Smith@huschblackwell.com>; Husgen, Jason <Jason.Husgen@huschblackwell.com>; Cook, Tanner <Tanner.Cook@huschblackwell.com>; Ledden, Kate <Kate.Ledden@huschblackwell.com>; Murphy, Audrey <Audrey.Murphy@huschblackwell.com>
**Subject:** RE: In re Pork - Amory Investments

[EXTERNAL EMAIL]

We have not received the requested dial-in or Zoom link.

---

**From:** Scott Gant
**Sent:** Tuesday, August 9, 2022 1:32 PM
**To:** Spung, James <James.Spung@huschblackwell.com>; Zimmerman, Sarah <Sarah.Zimmerman@huschblackwell.com>; Colleen Harrison <CHarrison@BSFLLP.com>; Sarah Jones <sjones@BSFLLP.com>; Michael Mitchell <mmitchell@bsfllp.com>; Blake Atherton <batherton@BSFLLP.COM>
**Cc:** Smith, Chris <Chris.Smith@huschblackwell.com>; Husgen, Jason <Jason.Husgen@huschblackwell.com>; Cook, Tanner <Tanner.Cook@huschblackwell.com>; Ledden, Kate <Kate.Ledden@huschblackwell.com>; Murphy, Audrey <Audrey.Murphy@huschblackwell.com>
**Subject:** RE: In re Pork - Amory Investments

Thanks.  Could you please send dial-in or Zoom link?

**From:** Spung, James <James.Spung@huschblackwell.com>
**Sent:** Tuesday, August 9, 2022 1:30 PM
**To:** Scott Gant <sgant@bsfllp.com>; Zimmerman, Sarah <Sarah.Zimmerman@huschblackwell.com>; Colleen Harrison <CHarrison@BSFLLP.com>; Sarah Jones <sjones@BSFLLP.com>; Michael Mitchell <mmitchell@bsfllp.com>; Blake Atherton <batherton@BSFLLP.com>
**Cc:** Smith, Chris <Chris.Smith@huschblackwell.com>; Husgen, Jason <Jason.Husgen@huschblackwell.com>; Cook, Tanner <Tanner.Cook@huschblackwell.com>; Ledden, Kate <Kate.Ledden@huschblackwell.com>; Murphy, Audrey <Audrey.Murphy@huschblackwell.com>
**Subject:** RE: In re Pork - Amory Investments

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Thursday at 11:30 ET works for us.

**A. James Spung**
**Partner**
Direct (Chattanooga*):  423-755-2652
Direct (St. Louis): 314-345-6664
James.Spung@huschblackwell.com

*Registered to practice pending admission in TN.

**From:** Scott Gant <sgant@bsfllp.com>
**Sent:** Monday, August 8, 2022 9:57 PM
**To:** Spung, James <James.Spung@huschblackwell.com>; Zimmerman, Sarah <Sarah.Zimmerman@huschblackwell.com>; Colleen Harrison <CHarrison@BSFLLP.com>; Sarah Jones <sjones@BSFLLP.com>; Michael Mitchell <mmitchell@bsfllp.com>; Blake Atherton <batherton@BSFLLP.com>
**Cc:** Smith, Chris <Chris.Smith@huschblackwell.com>; Husgen, Jason <Jason.Husgen@huschblackwell.com>; Cook, Tanner <Tanner.Cook@huschblackwell.com>; Ledden, Kate <Kate.Ledden@huschblackwell.com>; Murphy, Audrey <Audrey.Murphy@huschblackwell.com>
**Subject:** RE: In re Pork - Amory Investments

[EXTERNAL EMAIL]

What about Thursday at 11:30 am ET, or Friday at 11 or 11:30 am?

**From:** Spung, James <James.Spung@huschblackwell.com>
**Sent:** Monday, August 8, 2022 9:09 PM
**To:** Scott Gant <sgant@bsfllp.com>; Zimmerman, Sarah <Sarah.Zimmerman@huschblackwell.com>; Colleen Harrison <CHarrison@BSFLLP.com>; Sarah Jones <sjones@BSFLLP.com>; Michael Mitchell <mmitchell@bsfllp.com>; Blake Atherton <batherton@BSFLLP.com>

**Cc:** Smith, Chris <Chris.Smith@huschblackwell.com>; Husgen, Jason <Jason.Husgen@huschblackwell.com>; Cook, Tanner <Tanner.Cook@huschblackwell.com>; Ledden, Kate <Kate.Ledden@huschblackwell.com>; Murphy, Audrey <Audrey.Murphy@huschblackwell.com>
**Subject:** RE: In re Pork - Amory Investments

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

3 ET?

If Wednesday doesn't work, let us know if you have windows Thurs or Fri.

**A. James Spung**
**Partner**
Direct (Chattanooga*):  423-755-2652
Direct (St. Louis): 314-345-6664
James.Spung@huschblackwell.com

*Registered to practice pending admission in TN.

---

**From:** Scott Gant <sgant@bsfllp.com>
**Sent:** Monday, August 8, 2022 3:55 PM
**To:** Spung, James <James.Spung@huschblackwell.com>; Zimmerman, Sarah <Sarah.Zimmerman@huschblackwell.com>; Colleen Harrison <CHarrison@BSFLLP.com>; Sarah Jones <sjones@BSFLLP.com>; Michael Mitchell <mmitchell@bsfllp.com>; Blake Atherton <batherton@BSFLLP.com>
**Cc:** Smith, Chris <Chris.Smith@huschblackwell.com>; Husgen, Jason <Jason.Husgen@huschblackwell.com>; Cook, Tanner <Tanner.Cook@huschblackwell.com>; Ledden, Kate <Kate.Ledden@huschblackwell.com>; Murphy, Audrey <Audrey.Murphy@huschblackwell.com>
**Subject:** RE: In re Pork - Amory Investments

[EXTERNAL EMAIL]

That time does not work for me.  Please propose some others.

**From:** Spung, James <James.Spung@huschblackwell.com>
**Sent:** Monday, August 8, 2022 2:37 PM
**To:** Scott Gant <sgant@bsfllp.com>; Zimmerman, Sarah <Sarah.Zimmerman@huschblackwell.com>; Colleen Harrison <CHarrison@BSFLLP.com>; Sarah Jones <sjones@BSFLLP.com>; Michael Mitchell <mmitchell@bsfllp.com>; Blake Atherton <batherton@BSFLLP.com>
**Cc:** Smith, Chris <Chris.Smith@huschblackwell.com>; Husgen, Jason <Jason.Husgen@huschblackwell.com>; Cook, Tanner <Tanner.Cook@huschblackwell.com>; Ledden, Kate <Kate.Ledden@huschblackwell.com>; Murphy, Audrey <Audrey.Murphy@huschblackwell.com>
**Subject:** RE: In re Pork - Amory Investments

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Scott, how about 4 ET on Wednesday.

**A. James Spung**
**Partner**
Direct (Chattanooga*):  423-755-2652
Direct (St. Louis): 314-345-6664
James.Spung@huschblackwell.com

*Registered to practice pending admission in TN.

---

**From:** Scott Gant <sgant@bsfllp.com>
**Sent:** Tuesday, August 2, 2022 10:37 PM
**To:** Spung, James <James.Spung@huschblackwell.com>; Zimmerman, Sarah <Sarah.Zimmerman@huschblackwell.com>; Colleen Harrison <CHarrison@BSFLLP.com>; Sarah Jones <sjones@BSFLLP.com>; Michael Mitchell <mmitchell@bsfllp.com>; Blake Atherton <batherton@BSFLLP.com>
**Cc:** Smith, Chris <Chris.Smith@huschblackwell.com>; Husgen, Jason <Jason.Husgen@huschblackwell.com>; Cook, Tanner <Tanner.Cook@huschblackwell.com>; Ledden, Kate <Kate.Ledden@huschblackwell.com>; Murphy, Audrey <Audrey.Murphy@huschblackwell.com>
**Subject:** RE: In re Pork - Amory Investments

[EXTERNAL EMAIL]

Wednesday afternoon might work, depending on the time.

**From:** Spung, James <James.Spung@huschblackwell.com>
**Sent:** Tuesday, August 2, 2022 8:26 PM
**To:** Scott Gant <sgant@bsfllp.com>; Zimmerman, Sarah <Sarah.Zimmerman@huschblackwell.com>; Colleen Harrison <CHarrison@BSFLLP.com>; Sarah Jones <sjones@BSFLLP.com>; Michael Mitchell <mmitchell@bsfllp.com>; Blake Atherton <batherton@BSFLLP.com>
**Cc:** Smith, Chris <Chris.Smith@huschblackwell.com>; Husgen, Jason <Jason.Husgen@huschblackwell.com>; Cook, Tanner <Tanner.Cook@huschblackwell.com>; Ledden, Kate <Kate.Ledden@huschblackwell.com>; Murphy, Audrey <Audrey.Murphy@huschblackwell.com>
**Subject:** RE: In re Pork - Amory Investments

---

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Thanks, Scott.  This week is going to be a challenge for me due to obligations in various other matters.  How does Tuesday afternoon or Wednesday morning next week look for you.

**A. James Spung**
**Partner**
Direct (Chattanooga*):  423-755-2652
Direct (St. Louis): 314-345-6664
James.Spung@huschblackwell.com

*Registered to practice pending admission in TN.

---

**From:** Scott Gant <sgant@bsfllp.com>
**Sent:** Tuesday, August 2, 2022 12:00 AM
**To:** Spung, James <James.Spung@huschblackwell.com>; Zimmerman, Sarah <Sarah.Zimmerman@huschblackwell.com>; Colleen Harrison <CHarrison@BSFLLP.com>; Sarah Jones <sjones@BSFLLP.com>; Michael Mitchell <mmitchell@bsfllp.com>; Blake Atherton <batherton@BSFLLP.com>
**Cc:** Smith, Chris <Chris.Smith@huschblackwell.com>; Husgen, Jason <Jason.Husgen@huschblackwell.com>; Cook, Tanner <Tanner.Cook@huschblackwell.com>; Ledden, Kate <Kate.Ledden@huschblackwell.com>; Murphy, Audrey <Audrey.Murphy@huschblackwell.com>
**Subject:** RE: In re Pork - Amory Investments

[EXTERNAL EMAIL]

We'd like to discuss most or all of the proposed topics in the draft notice—asking any questions we have, and conveying our tentative positions.  We did this for Sysco with counsel for Hormel, during an hour-long call after receiving draft topics.  Following that call, Defendants substantially reduced the number of proposed topics.

**From:** Spung, James <James.Spung@huschblackwell.com>
**Sent:** Monday, August 1, 2022 9:50 PM
**To:** Scott Gant <sgant@bsfllp.com>; Zimmerman, Sarah <Sarah.Zimmerman@huschblackwell.com>; Colleen Harrison <CHarrison@BSFLLP.com>; Sarah Jones <sjones@BSFLLP.com>; Michael Mitchell <mmitchell@bsfllp.com>; Blake Atherton <batherton@BSFLLP.com>
**Cc:** Smith, Chris <Chris.Smith@huschblackwell.com>; Husgen, Jason <Jason.Husgen@huschblackwell.com>; Cook, Tanner <Tanner.Cook@huschblackwell.com>; Ledden, Kate <Kate.Ledden@huschblackwell.com>; Murphy, Audrey <Audrey.Murphy@huschblackwell.com>
**Subject:** RE: In re Pork - Amory Investments

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Scott: One of our team will get back to you tomorrow with some good times this week or next.  Also, given the number of topics, it could make a call more productive if you can give us a sense of what you'd like to address (specific topics, general issues, etc.).

Thanks.

**A. James Spung**
**Partner**
Direct (Chattanooga*):  423-755-2652
Direct (St. Louis): 314-345-6664
James.Spung@huschblackwell.com

*Registered to practice pending admission in TN.

---

**From:** Scott Gant <sgant@bsfllp.com>
**Sent:** Monday, August 1, 2022 6:19 PM
**To:** Zimmerman, Sarah <Sarah.Zimmerman@huschblackwell.com>; Colleen Harrison <CHarrison@BSFLLP.com>; Sarah Jones <sjones@BSFLLP.com>; Michael Mitchell <mmitchell@bsfllp.com>; Blake Atherton <batherton@BSFLLP.com>
**Cc:** Smith, Chris <Chris.Smith@huschblackwell.com>; Husgen, Jason <Jason.Husgen@huschblackwell.com>; Cook, Tanner <Tanner.Cook@huschblackwell.com>; Ledden, Kate <Kate.Ledden@huschblackwell.com>; Murphy, Audrey <Audrey.Murphy@huschblackwell.com>; Spung, James <James.Spung@huschblackwell.com>
**Subject:** RE: In re Pork - Amory Investments

[EXTERNAL EMAIL]

Following up on our request to schedule a call.

Thank you.

---

**From:** Scott Gant
**Sent:** Thursday, July 28, 2022 11:44 PM
**To:** Zimmerman, Sarah <Sarah.Zimmerman@huschblackwell.com>; Colleen Harrison <CHarrison@BSFLLP.com>; Sarah Jones <sjones@BSFLLP.com>; Michael Mitchell <mmitchell@bsfllp.com>; Blake Atherton <batherton@BSFLLP.COM>
**Cc:** Smith, Chris <Chris.Smith@huschblackwell.com>; Husgen, Jason <Jason.Husgen@huschblackwell.com>; Cook, Tanner <Tanner.Cook@huschblackwell.com>; Ledden, Kate <Kate.Ledden@huschblackwell.com>; Murphy, Audrey <Audrey.Murphy@huschblackwell.com>; Spung, James <James.Spung@huschblackwell.com>
**Subject:** RE: In re Pork - Amory Investments

Amory would like to schedule a call to discuss the draft deposition topics.  Please let us know Defendants' availability for days/times next week.

Thank you.

---

**From:** Zimmerman, Sarah <Sarah.Zimmerman@huschblackwell.com>
**Sent:** Wednesday, July 27, 2022 5:19 PM
**To:** Scott Gant <sgant@bsfllp.com>; Colleen Harrison <CHarrison@BSFLLP.com>; Sarah Jones <sjones@BSFLLP.com>; Michael Mitchell <mmitchell@bsfllp.com>; Blake Atherton

<batherton@BSFLLP.com>; Kae Moat <kmoat@BSFLLP.com>
**Cc:** Smith, Chris <Chris.Smith@huschblackwell.com>; Husgen, Jason <Jason.Husgen@huschblackwell.com>; Zimmerman, Sarah <Sarah.Zimmerman@huschblackwell.com>; Cook, Tanner <Tanner.Cook@huschblackwell.com>; Ledden, Kate <Kate.Ledden@huschblackwell.com>; Murphy, Audrey <Audrey.Murphy@huschblackwell.com>; Spung, James <James.Spung@huschblackwell.com>
**Subject:** In re Pork - Amory Investments

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Counsel:

Please let us know available dates in August and September for the Rule 30(b)(6) deposition of Amory Investments. We have attached draft topics for same.

Additionally, Amory has not supplemented its custodian lists to include the time periods for which the custodians had roles relevant to pork purchasing. This information is central to Defendants' ability to meaningfully evaluate the completeness of Amory's production. It is also essential for moving forward with depositions in this case. Similarly, Amory has not updated its initial disclosures to include individuals likely to have discoverable information that Plaintiff may use to support its claims, as it is required to do under Rule 26(a)(1)(i). At present, Amory has disclosed only "[f]ormer Maines employees still being identified by Plaintiff" and "[i]ndividuals identified during discovery in the case as having discoverable information." Given the amount of time and discovery that has taken place since Amory served its initial disclosures, Defendants request that Amory provide a more fulsome, specific response for its Rule 26(a)(1)(i) disclosure.

Please provide this information within 10 days of receiving this correspondence.

Thank you,
Sarah

**Sarah L. Zimmerman**
**Attorney**
she/her/hers

**HUSCH BLACKWELL LLP**
190 Carondelet Plaza,
Suite 600
St. Louis, MO 63105-3443
Direct: 314-345-6248
Fax: 314-480-1505
Sarah.Zimmerman@huschblackwell.com
huschblackwell.com
View Bio | View VCard

**Husch Blackwell is redefining partnership and client service. With 800+ lawyers in 25 offices across the United States, including The Link virtual office, we are a national law firm with a coast-to-coast footprint focused on tackling the most complex business challenges.**

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]