# EXHIBIT 4

| | |
|---|---|
| **From:** | Gallup, Robert C. |
| **To:** | Thomson, William D.; wjbruckner@locklaw.com; bdclark@locklaw.com; samorbey@locklaw.com; aswagner@locklaw.com; emsipe@locklaw.com; smowen@locklaw.com; jcbourne@locklaw.com; galoeding@locklaw.com; dwarshaw@pswlaw.com; bpouya@pswlaw.comv; mweiner@pswlaw.com; mpearson@pswlaw.com; cpearson@pswlaw.com; tnolan@pswlaw.com; bshiftan@pswlaw.com; nswartzberg@pswlaw.com; jmanning@pswlaw.com; egrant@pswlaw.com; dgustafson@gustafsongluek.com; dhedlund@gustafsongluek.com; mlooby@gustafsongluek.com; jrissman@gustafsongluek.com; mmorgan@gustafsongluek.com; aamara@gustafsongluek.com; steve@hbsslaw.com; andrew@hbsslaw.com; shanas@hbsslaw.com; breannav@hbsslaw.com; riop@hbsslaw.com; Hannahso@hbsslaw.com; AbigailP@hbsslaw.com; sraiter@larsonking.com; jjohnson@larsonking.com; jonc@cuneolaw.com; joel@cuneolaw.com; bfinley@cuneolaw.com; tschneider@schneiderwallace.com; pschneider@schneiderwallace.com; kbates@hausfeld.com; mweiler@schneiderwallace.com; gdiaz@justicia.pr.gov; Patrick Ahern; Theo Bell; patrick@ttlolaw.com; Scott Gant; Colleen Harrison; Sarah Jones; Michael Mitchell; Blake Atherton; Kae Moat; David B. Esau; Kristin A. Gore; Aaron Holman; Roger Kobert; Scott L. Menger; ksadlo@carltonfields.com; Garth Yearick; Richard Coffman; bfox@kaplanfox.com; Robert Kaplan; Matthew McCahill; mmoonsammy@kaplanfox.com; Jason Uris; tyagman@kaplanfox.com; elifvendahl@lgcounsel.com; Christopher R. Sullivan; Nicholas LaCourt; Moira Moira Cain-mannix; Bernard D. Marcus; Hill@marcus-shapira.com; DEddy@nexsenpruet.com; CKeibler@nexsenpruet.com; DLynch@nexsenpruet.com; CSteele@nexsenpruet.com; GSurratt@nexsenpruet.com; TWheeler@nexsenpruet.com; RRicard@nexsenpruet.com; William J. Blechman; srandall@knpa.com; Michael Ponzoli; dpatton@knpa.com; David Germaine; arodriguez@sperling-law.com; jbergman@sperling-law.com; Martin Amaro; Phillip Cramer; Christina Lopez; Jack G. Stern; Mark Singer; Philip Iovieno; Nicholas Gravante; Gillian Burns; Elizabeth Moore; christopher.wilson@bakerbotts.com; william.lavery@bakerbotts.com; danielle.morello@bakerbotts.com; wyatt.carlock@bakerbotts.com |
| **Cc:** | justin.bernick@hoganlovells.com; william.monts@hoganlovells.com; peter.walsh@hoganlovells.com; liam.phibbs@hoganlovells.com; Olga.Fleysh@HoganLovells.com; Holden.Steinhauer@HoganLovells.com; dlaytin@kirkland.com; ccottrell@kirkland.com; christina.sharkey@kirkland.com; adam.collins@kirkland.com; mjohnson@greeneespel.com; nicholas.ruge@kirkland.com; amarto.bhattacharyya@kirkland.com; vanessa.barsanti@kirkland.com; max.samels@kirkland.com; bryant.watson@kirkland.com; thomas.lis@kirkland.com; Duncan, Richard A.; Coleman, Craig S.; Chow, Emily E.; Hall, Isaac B.; Yi, John S.; Koltookian, Stephanie A.; stephenneuwirth@quinnemanuel.com; michaelcarlinsky@quinnemanuel.com; samirashid@quinnemanuel.com; richardvagas@quinnemanuel.com; davidadler@quinnemanuel.com; anaisberland@quinnemanuel.com; allisonsilber@quinnemanuel.com; heatherchristenson@quinnemanuel.com; michaelguerrero@quinnemanuel.com; dheeman@spencerfane.com; jnelson@spencerfane.com; rwinter@spencerfane.com; amcclintic@spencerfane.com; kariwohlschlegel@quinnemanuel.com; Greene, William L.; Warr, J. Nicci; Schwingler, Peter J.; Hemenway, Zachary H.; Harrison, Courtney J.; Ripa, Jon W.; Richard Parker; jlipton@gibsondunn.com; brian@brownfoxlaw.com; ckopp@gibsondunn.com; PPatel@gibsondunn.com; jcotter@larkinhoffman.com; jkvinge@larkinhoffman.com; cfitzgerald@gibsondunn.com; rstone@gibsondunn.com; myu@gibsondunn.com; aaron.chapin@huschblackwell.com; chris.smith@huschblackwell.com; tessa.jacob@huschblackwell.com; james.spung@huschblackwell.com; jason.husgen@huschblackwell.com; amanda.wall@huschblackwell.com; tanner.cook@huschblackwell.com; sarah.zimmerman@huschblackwell.com; LegalSupportTeam-Law-OMA@huschblackwell.com; Adcox, Rachel J; Rider, Tiffany; Strang, Lindsey; Oppenheimer, Brooke J.; David Graham; Boxbaum, Brandon; Greathouse, Madeline A.; Taylor, Jarod G.; Holleran, Keith J.; Lovett, Kate; Jethmalani, Kail J.; AxinnServicePork |
| **Subject:** | In re Pork Antitrust Litigation / Sysco Corporation 30(b)(6) Deposition Dates |
| **Date:** | Friday, May 27, 2022 4:44:25 PM |
| **Attachments:** | 2022-05-27 - [DRAFT] Sysco 30(b)(6) Schedule A.pdf |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Counsel,

Defendants plan to notice the Rule 30(b)(6) deposition of Sysco Corporation. So that Sysco Corporation can better assess who its 30(b)(6) designee(s) will be for scheduling purposes, we are also attaching an informal draft set of topics. Please note that we are providing these draft topics to you for scheduling purposes and that they may be subject to modification once the formal notice goes out.

Could you please let us know your witness' availability in July?

Thank you,

**Robert C. Gallup**
Associate
*Admitted to Practice in Iowa and Minnesota*
robert.gallup@faegredrinker.com
Connect: vCard

+1 515 447 4728 direct / +1 515 248 9010 fax

**Faegre Drinker Biddle & Reath LLP**
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.