# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*The Actions of Certain DAPs[1] and The Commonwealth of Puerto Rico* | Civil No. 18-cv-01776 (JRT/JFD) |

## CERTIFICATE OF COMPLIANCE REGARDING OBJECTION OF CERTAIN DAPS AND THE COMMONWEALTH OF PUERTO RICO

I, Sarah Jones, certify that this objection complies with the type-volume limitation of D. Minn. L.R. 72.2(c)(1) and with the type-size limit of D. Minn. L.R. 72.2(c)(2). The brief has 3,498 words of type, font size 13 and was prepared using Microsoft Word, which includes all text, including headings, footnotes, and quotations in the word count.

Dated: December 23, 2022

/s/ *Sarah L. Jones*
Sarah L. Jones
**BOIES SCHILLER FLEXNER LLP**
725 South Figueroa Street
Los Angeles, California 90017
Tel: 213-629-9040
Fax: 213-629-9022
sjones@bsfllp.com

*Counsel for Plaintiffs Sysco Corporation and Amory Investments LLC*

---

[1] Certain DAPs are Sysco Corporation (0:21-cv-01374) and Amory Investments LLC (0:21-cv-01697).