UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*Commonwealth of Puerto Rico v. Agri Stats, et al.*, No. 19-cv-2723 (JRT/JFD)<br><br>*Sysco Corporation v. Agri Stats Inc., et al.*, No. 21-cv-1374 (JRT/JFD)<br><br>*Amory Investments LLC v. Agri Stats, Inc.*, et al., No: 21-cv-1697 (JRT/JFD) | Court File No. 18-cv-1776 (JRT/JFD)<br><br>**JOINT MOTION REGARDING CONTINUED SEALING** |

Documents have been filed under temporary seal in connection with the Certain DAPs and the Commonwealth of Puerto Rico's Motion to Compel (Dkt. No. 1593). Pursuant to Local Rule 5.6, Plaintiff Commonwealth of Puerto Rico, Direct Action Plaintiffs Sysco Corporation and Armory Investments LLC, and Defendant JBS USA Food Company ("JBS USA") submit this Joint Motion Regarding Continued Sealing.

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDEN-TIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 1594 | 1595 | Unredacted Memorandum of Certain DAPs and The Commonwealth of Puerto Rico in Support of Motion to Compel | The parties agree that this document should remain sealed, as a public redacted version was filed contemporaneously. | | This document should remain sealed as the redacted portions quote nonpublic information from JBS USA's confidential policies and procedures, designated as "Highly Confidential" by JBS USA under the Protective Order (Dkt. No. 1155). |
| 1597 | | Exhibit F to the Declaration of Michael S. Mitchell in Support of the Motion to Compel Certain DAPs and the Commonwealth of Puerto Rico (JBS USA Code of Conduct) | | | This document should remain sealed as it contains nonpublic information relating to JBS USA's policies and procedures, designated as "Highly Confidential" by JBS USA under the Protective Order (Dkt. No. 1155). |

| 1654 | 1655 | Unredacted JBS USA Food Company's Opposition to Motion to Compel | The parties agree that this document should remain sealed, as a public redacted version was filed contemporaneously. | | This document should remain sealed as the redacted portions quote nonpublic information regarding JBS USA's business and confidential policies and procedures, from depositions designated as "Highly Confidential" by JBS under the Protective Order (Dkt. No. 1155). |
|---|---|---|---|---|---|
| 1657 | | Exhibit 1 to Declaration of Jessica J. Nelson (Excerpts of the transcript of the deposition of Ross Manternach) | The parties agree that this document should remain sealed in its entirety. | | This document should remain sealed as it is an excerpt of deposition testimony containing nonpublic information relating to JBS USA's business and confidential policies and procedures, designated as "Highly Confidential" by JBS USA under the Protective Order (Dkt. No. 1155). |

3

| 1657-1 | | Exhibit 2 to Declaration of Jessica J. Nelson (Excerpts of the transcript of the deposition of Martin Dooley) | The parties agree that this document should remain sealed in its entirety. | | This document should remain sealed as it is an excerpt of deposition testimony containing nonpublic information relating to JBS USA's business and confidential policies and procedures, designated as "Highly Confidential" by JBS USA under the Protective Order (Dkt. No. 1155). |
|---|---|---|---|---|---|
| 1657-2 | | Exhibit 3 to Declaration of Jessica J. Nelson (Excerpts of the transcript of the deposition of Garry Albright) | The parties agree that this document should remain sealed in its entirety. | | This document should remain sealed as it is an excerpt of deposition testimony containing nonpublic information relating to JBS USA's business and confidential policies and procedures, designated as "Highly Confidential" by JBS USA under the Protective Order (Dkt. No. 1155). |

| | | | | | |
|---|---|---|---|---|---|
| 1657-3 | | Exhibit 4 to Declaration of Jessica J. Nelson (Excerpts of the transcript of the deposition of Tim Hiller) | The parties agree that this document should remain sealed in its entirety. | | This document should remain sealed as it is an excerpt of deposition testimony containing nonpublic information relating to JBS USA's business and confidential policies and procedures, designated as "Highly Confidential" by JBS USA under the Protective Order (Dkt. No. 1155). |
| 1657-4 | | Exhibit 5 to Declaration of Jessica J. Nelson (Excerpts of the transcript of the deposition of Jerry Brooks) | The parties agree that this document should remain sealed in its entirety. | | This document should remain sealed as it is an excerpt of deposition testimony containing nonpublic information relating to JBS USA's business and confidential policies and procedures, designated as "Highly Confidential" by JBS USA under the Protective Order (Dkt. No. 1155). |

| | | | | | |
|---|---|---|---|---|---|
| 1657-5 | | Exhibit 6 to Declaration of Jessica J. Nelson (Excerpts of the transcript of the deposition of Brad Lorenger) | The parties agree that this document should remain sealed in its entirety. | | This document should remain sealed as it is an excerpt of deposition testimony containing nonpublic information relating to JBS USA's business and confidential policies and procedures, designated as "Highly Confidential" by JBS USA under the Protective Order (Dkt. No. 1155). |
| 1657-6 | | Exhibit 7 to Declaration of Jessica J. Nelson (Excerpts of the transcript of the deposition of Shawn Mills) | The parties agree that this document should remain sealed in its entirety. | | This document should remain sealed as it is an excerpt of deposition testimony containing nonpublic information relating to JBS USA's business and confidential policies and procedures, designated as "Highly Confidential" by JBS USA under the Protective Order (Dkt. No. 1155). |

| | | | | | |
|---|---|---|---|---|---|
| 1657-7 | | Exhibit 8 to Declaration of Jessica J. Nelson (Excerpts of the transcript of the deposition of Tim Uber) | The parties agree that this document should remain sealed in its entirety. | | This document should remain sealed as it is an excerpt of deposition testimony containing nonpublic information relating to JBS USA's business and confidential policies and procedures, designated as "Highly Confidential" by JBS USA under the Protective Order (Dkt. No. 1155). |
| 1657-8 | | Exhibit 9 to Declaration of Jessica J. Nelson (Excerpts of the transcript of the deposition of Dale DeGroot) | The parties agree that this document should remain sealed in its entirety. | | This document should remain sealed as it is an excerpt of deposition testimony containing nonpublic information relating to JBS USA's business and confidential policies and procedures, designated as "Highly Confidential" by JBS USA under the Protective Order (Dkt. No. 1155). |

Dated: December 27, 2022          By: */s/ Sarah L. Jones*
                                      Michael S. Mitchell
                                      Scott E. Gant
                                      **BOIES SCHILLER FLEXNER LLP**
                                      1401 New York Ave., NW
                                      Washington, DC 20005
                                      Tel: 202-237-2727
                                      Fax: 202-237-6131
                                      mmitchell@bsfllp.com
                                      sgant@bsfllp.com

                                      Sarah L. Jones
                                      **BOIES SCHILLER FLEXNER LLP**
                                      725 South Figueroa Street
                                      Los Angeles, CA 90017
                                      Tel: 213-629-9040
                                      Fax: 213-629-9022
                                      sjones@bsfllp.com

*Attorneys for Plaintiffs Sysco Corporation and Amory Investments LLC*

Dated:  December 27, 2022        By: */s/ Kyle G. Bates*

Kyle G. Bates
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
T: (415) 633-1908
kbates@hausfled.com

Peter B. Schneider
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
**3**700 Buffalo Speedway, Suite 300
Houston, Texas 77098
T: (713) 338-2560
F: (415)421-7105
pschneider@schneiderwallace.com

Todd M. Schneider
Matthew S. Weiler
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
2000 Powell St., Suite 1400
Emeryville, California 94608
T: (415) 421-7100
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com

Garrett W. Wotkyns
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
T: (480) 428-0145
gwotkyns@schneiderwallace.com

Domingo Emanuelli-Hernández
Attorney General
Guarionex Díaz Martínez
**Assistant Attorney General**
**Antitrust Division**

9

**Puerto Rico Department of Justice**
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
T: (787) 721-2900, ext. 2600, 2601
F: (787) 721-3223
gdiaz@justicia.pr.gov

*Attorneys for the Commonwealth of Puerto Rico*

Dated:  December 27, 2022

| | |
|---|---|
| **SPENCER FANE LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Jessica J. Nelson* | Stephen R. Neuwirth (*pro hac vice*) |
| Donald G. Heeman, #286023 | Michael B. Carlinsky (*pro hac vice*) |
| Jessica J. Nelson, #347358 | Sami H. Rashid (*pro hac vice*) |
| Randi J. Winter, #391354 | Richard T. Vagas (*pro hac vice*) |
| 100 South Fifth Street, Suite 2500 | David B. Adler (*pro hac vice*) |
| Minneapolis, MN  55402 | Heather Christenson (*pro hac vice*) |
| Telephone:  (612) 268-7000 | 51 Madison Avenue, 22nd Floor |
| Facsimile:  (612) 268-7001 | New York, NY 10010 |
| dheeman@spencerfane.com | Telephone:  (212) 849-7000 |
| jnelson@spencerfane.com | Facsimile:  (212) 849-7100 |
| rwinter@spencerfane.com | stephenneuwirth@quinnemanuel.com |
| | michaelcarlinsky@quinnemanuel.com |
| | samirashid@quinnemanuel.com |
| | richardvagas@quinnemanuel.com |
| | davidadler@quinnemanuel.com |
| | heatherchristenson@quinnemanuel.com |

*Attorneys for Defendant JBS USA Food Company*