## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 0:18-cv-01776-JRT-JFD<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND CLASS PLAINTIFFS' TIME TO FILE REPLY TO DEFENDANTS' SUR-REPLY** |

The Court hereby finds, upon the Joint Stipulation submitted by Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, and Consumer Indirect Purchaser Plaintiffs (collectively, "Class Plaintiffs") and Defendants Clemens Food Group, LLC, the Clemens Family Corporation, Hormel Foods Corporation, Tyson Foods, Inc., Tyson Prepared Foods, Inc., Tyson Fresh Meats, Inc., Agri Stats, Inc., Seaboard Foods LLC, Seaboard Corporation, and Triumph Foods, LLC (collectively, "Defendants"), that:

1. On December 20, 2022, the Court held a status conference which addressed, *inter alia*, Defendants' request for leave from the Court to file a sur-reply in support of their opposition to Class Plaintiffs' class certification motions.

2. During the December 20, 2022 status conference, the Court granted Defendants' request for a sur-reply and held that the sur-reply "must be filed within one week" and "Class Plaintiffs will then have one week to file a sur-surreply in response to the Defendants' surreply." Dkt. 1692 at 2.

3. On December 22, 2022, Defendants filed their sur-reply, making the deadline for Class Plaintiffs to reply to Defendants' sur-reply one week later, December 29, 2022.

4. Class Plaintiffs and Defendants conferred about extending the deadline for Class Plaintiffs to file their reply to Defendants' sur-reply.

5. As a result of those negotiations, Class Plaintiffs and Defendants agreed that the deadline for Class Plaintiffs to file their reply to Defendants' sur-reply would be January 5, 2023.

NOW, THEREFORE, it is hereby ordered that the deadline for Class Plaintiffs to file their reply to Defendants' sur-reply is January 5, 2023.

**SO ORDERED.**

Dated: _____, 2022

_____
THE HONORABLE JOHN R. TUNHEIM
U.S. DISTRICT JUDGE