UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*McDonald's Corporation v. Agri Stats, Inc. et al.*, 22-cv-07182 (E.D.N.Y.) | Case No. 0:18-cv-01776-JRT-JFD |

**MCDONALD'S CORPORATION'S NOTICE OF JOINDER IN DIRECT ACTION PLAINTIFFS' CONSOLIDATED COMPLAINT**

1. Pursuant to Pretrial Order No. 4, dated December 13, 2022 (ECF No. 1675), McDonald's Corporation ("McDonald's"), by and through the undersigned counsel, hereby joins Direct Action Plaintiffs' Consolidated Complaint, dated December 5, 2022 (ECF No. 1659) (the "Consolidated Complaint").

2. McDonald's joins the Consolidated Complaint, adding the following to specify McDonald's cause of action as well as the Defendants and named co-conspirators in McDonald's action:

| Direct Action Plaintiff Group | Plaintiff | Named Defendants | Named Co-Conspirators | Cause of Action |
|---|---|---|---|---|
| CWT DAPs | McDonald's Corporation | Agri Stats, Inc.; Clemens Food Group, LLC; The Clemens Family Corporation; Hormel Foods Corporation; Hormel Foods, LLC; JBS USA Food Company; Seaboard Foods LLC; Smithfield Foods, Inc.; Triumph Foods, LLC; Tyson Foods, Inc.; Tyson Prepared Foods, Inc.; and Tyson Fresh Meats, Inc. | Indiana Packers Corporation; Daily's Premium Meats, LLC; Seaboard Triumph Foods, LLC | Count I: 15 U.S.C. § 1 |

3. McDonald's claims are based on assignments with The HAVI Group LP,

HAVI Global Solutions LLC, Armada Supply Chain Solutions, LLC, ATEC Systems, Ltd., IBD Foods, Inc., OSI Group, LLC, Lopez Foods, Inc., Dorada Poultry LLC, DeOro Foods LLC, and The Martin Brower Company L.L.C. and their affiliates and predecessors with respect to direct purchases made in the United States for McDonald's company-owned, franchised and developmental licensee locations in the United States, U.S. territories, and Latin America.

4. McDonald's adopts the following definition of "pork." "Pork" includes all pork products, regardless of the form in which they are sold, and all products containing pig meat, whether purchased fresh or frozen, including but not limited to smoked ham, sausage, and bacon.

Dated: December 30, 2022

                Respectfully submitted,

                */s/ Philip J. Iovieno*
                Philip J. Iovieno
                Nicholas A. Gravante, Jr.
                Lawrence S. Brandman
                Jack G. Stern
                Gillian Groarke Burns
                Mark A. Singer
                Elizabeth R. Moore
                Zygimante Andrijauskaite
                CADWALADER, WICKERSHAM & TAFT LLP
                200 Liberty Street
                New York, NY 10281
                Tel: (212) 504-6000
                Fax: (212) 504-6666
                E-mail: philip.iovieno@cwt.com
                          nicholas.gravante@cwt.com
                          lawrence.brandman@cwt.com
                          jack.stern@cwt.com
                          gillian.burns@cwt.com
                          mark.singer@cwt.com
                          elizabeth.moore@cwt.com
                          zygimante.andrijauskaite@cwt.com