UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Maximum Quality Foods, Inc. v. Agri Stats, Inc. et al.*, 22-cv-07327 (E.D.N.Y.) | Case No. 0:18-cv-01776-JRT-JFD |

### MAXIMUM QUALITY FOODS, INC.'S NOTICE OF JOINDER IN DIRECT ACTION PLAINTIFFS' CONSOLIDATED COMPLAINT

1. Pursuant to Pretrial Order No. 4, dated December 13, 2022 (ECF No. 1675), Maximum Quality Foods, Inc. ("Maximum"), by and through the undersigned counsel, hereby joins Direct Action Plaintiffs' Consolidated Complaint, dated December 5, 2022 (ECF No. 1659) (the "Consolidated Complaint").

2. Maximum joins the Consolidated Complaint, adding the following to specify Maximum's cause of action as well as the Defendants and named co-conspirators in Maximum's action:

| Direct Action Plaintiff Group | Plaintiff | Named Defendants | Named Co-Conspirators | Cause of Action |
|---|---|---|---|---|
| CWT DAPs | Maximum Quality Foods, Inc. | Agri Stats, Inc.;<br>Clemens Food Group, LLC;<br>The Clemens Family Corporation;<br>Hormel Foods Corporation;<br>Hormel Foods, LLC;<br>Seaboard Foods LLC;<br>Smithfield Foods, Inc.;<br>Triumph Foods, LLC;<br>Tyson Foods, Inc.;<br>Tyson Prepared Foods, Inc.; and<br>Tyson Fresh Meats, Inc. | JBS USA Food Company; Indiana Packers Corporation; Daily's Premium Meats, LLC; Seaboard Triumph Foods, LLC | Count I:<br>15 U.S.C. § 1 |

3. Maximum adopts the following definition of "pork." "Pork" includes all pork products, regardless of the form in which they are sold, and all products containing pig meat, whether purchased fresh or frozen, including but not limited to smoked ham, sausage, and bacon.

Dated: December 30, 2022

                                            Respectfully submitted,

                                            */s/ Philip J. Iovieno*
Philip J. Iovieno
Nicholas A. Gravante, Jr.
Lawrence S. Brandman
Jack G. Stern
Gillian Groarke Burns
Mark A. Singer
Elizabeth R. Moore
Zygimante Andrijauskaite
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
E-mail: philip.iovieno@cwt.com
        nicholas.gravante@cwt.com
        lawrence.brandman@cwt.com
        jack.stern@cwt.com
        gillian.burns@cwt.com
        mark.singer@cwt.com
        elizabeth.moore@cwt.com
        zygimante.andrijauskaite@cwt.com