UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case Nos.  0:18-cv-01776-JRT-JFD<br><br>Honorable John R. Tunheim<br><br>**NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESSES** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Pearson, Simon & Warshaw, LLP hereby advises the Court and all parties in this matter that as of January 1, 2023, the firm's new name is:

**PEARSON WARSHAW, LLP**

The address, telephone and facsimile numbers remain the same.  The e-mail addresses for the attorneys in this matter have been changed as follows:

Clifford H. Pearson        cpearson@pwfirm.com

Daniel L. Warshaw       dwarshaw@pwfirm.com

| | |
|---|---|
| Bobby Pouya | bpouya@pwfirm.com |
| Michael H. Pearson | mpearson@pwfirm.com |
| Matthew A. Pearson | mapearson@pwfirm.com |
| Bruce L. Simon | bsimon@pwfirm.com |
| Jill M. Manning | jmanning@pwfirm.com |
| Benjamin E. Shiftan | bshiftan@pwfirm.com |
| Neil Swartzberg | nswartzberg@pwfirm.com |
| Melissa S. Weiner | mweiner@pwfirm.com |

Date: January 3, 2023

*/s/ Bobby Pouya*
Clifford H. Pearson (*Pro Hac Vice*)
Daniel Warshaw (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 92403
T:  (818) 788-8300
F:  (818) 788-8104
*cpearson@pwfirm.com*
*dwarshaw@pwfirm.com*
*bpouya@pwfirm.com*
*mpearson@pwfirm.com*

Bruce L. Simon (*Pro Hac Vice*)
Benjamin E. Shiftan (*Pro Hac Vice*)
Neil Swartzberg (*Pro Hac Vice*)
**PEARSON WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, CA 94104
T:  (415) 433-9000
F:  (415) 433-9008
*bsimon@pwfirm.com*
*bshiftan@pwfirm.com*
*nswartzberg@pwfirm.com*

Melissa S. Weiner (MN #0387900)
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
T:  (612) 389-0600
F:  (612) 389-0610
*mweiner@pwfirm.com*

*Co-Lead Class Counsel for the Direct Purchaser Plaintiffs*