UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>US FOODS, INC., etc.,<br><br>Plaintiff,<br><br>vs.<br><br>SMITHFIELD FOODS, INC., etc.<br><br>Defendants. | Case No: 18-cv-1776<br>Judge John R. Tunheim<br><br>Individual Case No. 22-cv-00072 (D. MN)<br><br>Individual Case No. 21-cv-10037 (N.D. CA) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF US FOODS, INC.'S CLAIMS AGAINST DEFENDANT SMITHFIELD FOODS, INC.

Plaintiff US Foods, Inc. and Defendant Smithfield Foods, Inc. in the above-styled action, through counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

This Stipulation is between Plaintiff US Foods, Inc. (US Foods) and Defendant Smithfield Foods, Inc. ("Smithfield").

1. This Stipulation relates only to *US Foods, Inc. v. Smithfield Foods, Inc.,* Case No. 22-cv-00072 (D. MN.), transferred from Case No. 21-cv-10037 (N.D. CA) (the "US Foods' Action"), and only to US Foods and Smithfield in the US Foods' Action.

2. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, US Foods and Smithfield stipulate and agree to the dismissal, with prejudice, of US Foods' claims against Smithfield in the US Foods' Action, including US Foods' claims against Smithfield in the Direct Action Plaintiffs' ("DAPs") Consolidated Complaint, ECF No. 1659, in *In re Pork Antitrust*

*Litigation*, Case No. 18-cv-1776 (D. MN.) ("MDL 1776"), with US Foods and Smithfield each bearing its own attorneys' fees and costs.

3. This Stipulation of Dismissal, with prejudice, does not apply to and has no bearing on any plaintiff or defendant in the US Foods' Action -- including any of the parties identified in the DAPs' Consolidated Complaint at ECF No. 1659 in MDL 1776 -- other than US Foods and Smithfield.

Dated:  January 4, 2023

Respectfully submitted,

By:  s/ William J. Blechman
    William J. Blechman, Esquire
    Samuel J. Randall, Esquire
    KENNY NACHWALTER, P.A.
    1441 Brickell Avenue
    Suite 1100
    Miami, Florida  33131
    Tel:  (305) 373-1000
    E-mail:  wblechman@knpa.com
           srandall@knpa.com

***Counsel for Plaintiff US Foods, Inc.***

By:  s/ Richard Parker
    Richard Parker, Esquire
    Josh Lipton, Esquire
    GIBSON, DUNN & CRUTCHER, LLP
    1050 Connecticut Avenue, N.W.
    Washington, D.C.  20036-5306
    Tel:  (202) 955-8500
    E-mail:  rparker@gibsondunn.com

    --and --

    Brian Robison, Esquire
    BROWN FOX PLLC
    6303 Cowboys Way
    Suite 450
    Frisco, Texas  75034
    E-mail:  brian@brownfoxlaw.com

    ***Counsel for Defendant Smithfield Foods, Inc.***

653583 1