UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*PJ Food Service, Inc. v. Agri Stats, Inc. et al.*, 1:22-cv-07677 (E.D.N.Y.) | Case No. 0:18-cv-01776-JRT-JFD |

**PJ FOOD SERVICE, INC.'S NOTICE OF JOINDER IN DIRECT ACTION PLAINTIFFS' CONSOLIDATED COMPLAINT**

1. Pursuant to Pretrial Order No. 4, dated December 13, 2022 (ECF No. 1675), PJ Food Service, Inc. ("PJFS"), by and through the undersigned counsel, hereby joins Direct Action Plaintiffs' Consolidated Complaint, dated December 5, 2022 (ECF No. 1659) (the "Consolidated Complaint").

2. PJFS joins the Consolidated Complaint, adding the following to specify PJFS's cause of action as well as the Defendants and named co-conspirators in PJFS's action:

| Direct Action Plaintiff Group | Plaintiff | Named Defendants | Named Co-Conspirators | Cause of Action |
|---|---|---|---|---|
| CWT DAPs | PJ Food Service, Inc. | Agri Stats, Inc.;<br>Clemens Food Group, LLC;<br>The Clemens Family Corporation;<br>Hormel Foods Corporation;<br>Hormel Foods, LLC;<br>JBS USA Food Company;<br>Seaboard Foods LLC;<br>Smithfield Foods, Inc.;<br>Triumph Foods, LLC;<br>Tyson Foods, Inc.;<br>Tyson Prepared Foods, Inc.; and<br>Tyson Fresh Meats, Inc. | Indiana Packers Corporation;<br>Daily's Premium Meats, LLC;<br>Seaboard Triumph Foods, LLC | Count I:<br>15 U.S.C. § 1 |

3. PJFS adopts the following definition of "pork." "Pork" includes all pork products, regardless of the form in which they are sold, and all products containing pig meat,

-2-

whether purchased fresh or frozen, including but not limited to smoked ham, sausage, and bacon.

Dated: January 13, 2023

                              Respectfully submitted,

                              */s/ Philip J. Iovieno*
                              Philip J. Iovieno
                              Nicholas A. Gravante, Jr.
                              Jack G. Stern
                              Gillian Groarke Burns
                              Mark A. Singer
                              Justin V. Arborn
                              Elizabeth R. Moore
                              Zygimante Andrijauskaite
                              CADWALADER, WICKERSHAM & TAFT LLP
                              200 Liberty Street
                              New York, NY 10281
                              Tel: (212) 504-6000
                              Fax: (212) 504-6666
                              E-mail: philip.iovieno@cwt.com
                                                nicholas.gravante@cwt.com
                                                jack.stern@cwt.com
                                                gillian.burns@cwt.com
                                                mark.singer@cwt.com
                                                justin.arborn@cwt.com
                                                elizabeth.moore@cwt.com
                                                zygimante.andrijauskaite@cwt.com