# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No: 18-1776 (JRT/JFD) |
| US FOODS, INC., etc., | Individual Case No. 22-cv-00072 (D. MN) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SMITHFIELD FOODS, INC.** |
| vs. | |
| SMITHFIELD FOODS, INC., etc. | |
| Defendants. | |

William J Blechman, **KENNY NACHWALTER SEYMOUR ARNOLD CRITCHLOW & SPECTOR,** 201 South Biscayne Boulevard, Suite 1100, Miami, FL 33131, for plaintiffs.

Richard G. Parker, **GIBSON, DUNN & CRUTCHER,** 1050 Connecticut Avenue, N.W., Washington, DC 20036, for defendant Smithfield Foods, Inc.

The parties have filed a Stipulation between Plaintiff US Foods, Inc. and Defendant Smithfield Foods, Inc. for the Dismissal, With Prejudice, of Plaintiff US Foods, Inc.'s claims in this case against Defendant Smithfield Foods, Inc. (Case No. 22-cv-00072, Stip. of Dismissal, Jan. 4, 2023, Docket No. 19.)

Based on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that the parties' Stipulation is **GRANTED** as follows:

1. The claims in the above-referenced case numbers by Plaintiff US Foods, Inc. against Defendant Smithfield Foods, Inc. are Dismissed With Prejudice as to Defendant

Smithfield Foods, Inc., with Plaintiff US Foods, Inc. and Defendant Smithfield Foods, Inc. each bearing its own attorneys' fees and costs.  This Order includes Plaintiff US Foods, Inc.'s claims against Defendant Smithfield Foods, Inc. in the Direct Action Plaintiffs' ("DAPs") Consolidated Complaint, ECF No. 1659, in *In re Pork Antitrust Litigation*, Case No. 18-cv-1776 (D. MN.) ("MDL 1776");

2. This Order does not apply to and has no bearing on any other plaintiff or defendant in the above-referenced case numbers, including any of the parties identified in the DAPs' Consolidated Complaint at ECF No. 1659 in MDL 1776.

DATED:  January 18, 2023
at Minneapolis, Minnesota.

                                                JOHN R. TUNHEIM
                                            United States District Judge