UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>All Actions | Case No. 0:18-cv-1776 (JRT/JFD)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING COMPLETION OF CERTAIN WRITTEN DISCOVERY** |

Direct Purchaser Plaintiffs; Commercial Indirect Purchaser Plaintiffs; Consumer Indirect Purchaser Plaintiffs; the Commonwealth of Puerto Rico; and Direct Action Plaintiffs (collectively "Plaintiffs"), and Defendants Agri Stats, Inc. ("Agri Stats"); Clemens Food Group, LLC, Clemens Family Corporation ("Clemens"); Hormel Foods Corporation, Hormel Foods, LLC ("Hormel"); JBS USA Food Company ("JBS"); Seaboard Foods, LLC ("Seaboard"); Smithfield Foods, Inc. ("Smithfield"); and Triumph Foods, LLC ("Triumph"); Tyson Foods, Inc., Tyson Prepared Foods, Inc., Tyson Fresh Meats, Inc. ("Tyson") (collectively "the Stipulating Defendants") (and together, the "Stipulating Parties"), submitted a Stipulating Regarding Completion of Certain Written Discovery (ECF No. 1744).

It is hereby that the Stipulation is **GRANTED**. The deadline for the parties to provide written responses to certain interrogatories and requests for admission is extended from January 18, 2023, *see* ECF Nos. 1576, 1582, to January 25, 2023.

**IT IS SO ORDERED.**

DATED: January __, 2023

_____
The Honorable John F. Docherty
United States Magistrate Judge

4863-1858-0811, v. 2