UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL ACTIONS BROUGHT BY DIRECT ACTION DAPS | Civil No. 18-cv-1776-JRT-JFD<br><br>The Honorable Judge John R. Tunheim |

**NOTICE OF HEARING ON DEFENDANTS' JOINT MOTION
TO DISMISS THE DIRECT-ACTION PLAINTIFFS' CLAIMS**

**PLEASE TAKE NOTICE** that the undersigned Defendants' Joint Motion to Dismiss the Direct-Action Plaintiffs' Claims will be heard before the Honorable John R. Tunheim at a time and place to be determined by the Court.

| | |
|---|---|
| Dated: January 20, 2023 | /s/ Richard Parker |
| | Richard Parker (*pro hac vice*) |
| | Josh Lipton (*pro hac vice*) |
| | GIBSON, DUNN &CRUTCHER, LLP |
| | 1050 Connecticut Avenue, N.W. |
| | Washington, D.C. 20036-5306 |
| | (202) 955-8500 |
| | rparker@gibsondunn.com |
| | jlipton@gibsondunn.com |
| | |
| | Brian Robison (*pro hac vice*) |
| | BROWN FOX PLLC |
| | 6303 Cowboys Way, Suite 450 |
| | Frisco, TX 75034 |
| | (972) 707-1809 |
| | brian@brownfoxlaw.com |
| | |
| | John A. Cotter (#0134296) |
| | John A. Kvinge (#0392303) |
| | LARKIN HOFFMAN DALY & LINDGREN LTD. |
| | 8300 Norman Center Drive, Suite 1000 |
| | Minneapolis, MN 55427-1060 |
| | (952) 835-3800 |
| | jcotter@larkinhoffman.com |
| | jkvinge@larkinhoffman.com |
| | |
| | ***Counsel for Smithfield Foods, Inc.*** |

<div style="columns:2">

*/s/ Daniel E. Laytin, P.C.*
Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Jenna M. Stupar (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
Jenna.stupar@kirkland.com

**Counsel for Clemens Food Group, LLC and The Clemens Family Corporation**

*/s/ Craig S. Coleman*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Stephanie A. Koltookian (*pro hac vice*)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

John S. Yi (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 842-8800
jonathan.todt@faegredrinker.com

**Counsel for Hormel Foods Corporation and Hormel Foods, LLC**

</div>

*/s/ Sami H. Rashid*
Sami H. Rashid (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
samirashid@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402-4206
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

***Counsel for JBS USA Food Company***

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
Jon W. Ripa (#0402069)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com
jon.ripa@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

***Counsel for Seaboard Foods LLC***

| | |
|---|---|
| */s/ Christopher A. Smith* | */s/ Tiffany Rider Rohrbaugh* |
| Aaron Chapin (#0386606) | Tiffany Rider Rohrbaugh (*pro hac vice*) |
| Christopher A. Smith (*pro hac vice*) | Rachel J. Adcox (*pro hac vice*) |
| Tessa K. Jacob (*pro hac vice*) | AXINN, VELTROP & HARKRIDER LLP |
| A. James Spung (*pro hac vice*) | 1901 L Street NW |
| Jason Husgen (*pro hac vice*) | Washington, DC 20036 |
| HUSCH BLACKWELL LLP | (202) 912-4700 |
| 190 Carondelet Plaza, Ste 600 | trider@axinn.com |
| St. Louis, MO 63105 | radcox@axinn.com |
| Telephone: (314) 480-1500 | |
| aaron.chapin@huschblackwell.com | Jarod Taylor (*pro hac vice*) |
| chris.smith@huschblackwell.com | AXINN, VELTROP & HARKRIDER LLP |
| tessa.jacob@huschblackwell.com | 90 State House Square |
| james.spung@huschblackwell.com | Hartford, CT 06103 |
| jason.husgen@huschblackwell.com | (860) 275-8109 |
| | jtaylor@axinn.com |
| **Counsel for Triumph Foods, LLC** | |
| | David P. Graham (#0185462) |
| | DYKEMA GOSSETT PLLC |
| | 4000 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402 |
| | (612) 486-1521 |
| | dgraham@dykema.com |
| | |
| | **Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.** |

*/s/ William L. Monts III*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

**Counsel for Agri Stats, Inc.**