UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL ACTIONS BROUGHT BY DIRECT ACTION DAPS | Civil No. 18-cv-1776-JRT-JFD<br><br>The Honorable Judge John R. Tunheim |

## LOCAL RULE 7.1(f)(2) CERTIFICATE OF COMPLIANCE

I, Richard Parker, certify that the Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Direct-Action Plaintiffs' Claims complies with the limits in Local Rule 7.1(f) and the type-size limit of Local Rule 7.1(h).  I further certify that: (1) the memorandum was prepared using Microsoft Word 2019; (2) the memorandum is in 13-point Times New Roman font; (3) the word-count function of Microsoft Word 2019 was applied to the memorandum specifically to include all text, including headings, footnotes, and quotations; and (4) the memorandum contains 7,992 words.

| | |
|---|---|
| Dated: January 20, 2023 | /s/ Richard Parker |
| | Richard Parker (*pro hac vice*) |
| | Josh Lipton (*pro hac vice*) |
| | GIBSON, DUNN &CRUTCHER, LLP |
| | 1050 Connecticut Avenue, N.W. |
| | Washington, D.C. 20036-5306 |
| | (202) 955-8500 |
| | rparker@gibsondunn.com |
| | jlipton@gibsondunn.com |
| | |
| | Brian Robison (*pro hac vice*) |
| | BROWN FOX PLLC |
| | 6303 Cowboys Way, Suite 450 |
| | Frisco, TX 75034 |
| | (972) 707-1809 |
| | brian@brownfoxlaw.com |
| | |
| | John A. Cotter (#0134296) |
| | John A. Kvinge (#0392303) |
| | LARKIN HOFFMAN DALY & LINDGREN LTD. |
| | 8300 Norman Center Drive, Suite 1000 |
| | Minneapolis, MN 55427-1060 |
| | (952) 835-3800 |
| | jcotter@larkinhoffman.com |
| | jkvinge@larkinhoffman.com |
| | |
| | **Counsel for Smithfield Foods, Inc.** |