# EXHIBIT B



# ANNUAL MEAT CONFERENCE 2016

### the BEST IN MEAT on one PLATE

February 21-23, 2016

**GAYLORD OPRYLAND RESORT & CONVENTION CENTER NASHVILLE, TENNESSEE**

www.meatconference.com



FMI — THE VOICE OF FOOD RETAIL



NAMI Foundation — NORTH AMERICAN MEAT INSTITUTE

**The Annual Meat Conference aims to satisfy your appetite for learning and professional growth and brings you the best in meat on one plate!**

**92%** of last year's attendees rated the conference as good or very good

- Understand the global market to remain competitive into the future.
- Foster new supplier and retailer partnerships through networking and social activities.
- Learn about current consumer trends, needs and behaviors to improve your offerings and increase sales.
- Discover new technologies in packaging and product freshness applications.
- See and taste a variety of new products offered by suppliers from across the country.
- Become better prepared to take on the challenges of today and tomorrow.

## Back by Popular Demand!

The Annual Meat Conference has combined the traditional Innovative Technology Solutions exhibit with the Product Tasting Reception to create one larger and longer exhibit opportunity. We anticipate more than 75 exhibiting companies to showcase their meat and poultry products as well as state-of-the-art technology to more than 200 retailer representatives. This is the only event dedicated to the retail segment of the meat and poultry industry.

**Last year's overall conference rating was 4.26 out of 5.**



**Overall rating of last year's general sessions was 4.52 out of 5**

This exhibit opportunity will be the feast of great tastes that has always been showcased during the Product Tasting Reception, with the addition of innovative technology and services retailers need to improve their bottom line.

Join your meat and poultry industry colleagues at the one and only meat retail event of the year!

# Schedule-at-a-Glance

## SUNDAY, FEBRUARY 21

| | |
|---|---|
| **10:00 AM – 6:00 PM** | Registration |
| **1:00 PM – 1:15 PM** | Opening Remarks |
| **1:15 PM – 2:15 PM** | Opening General Session |
| **2:15 PM – 2:30 PM** | Break |
| **2:30 PM – 3:30 PM** | *Concurrent Workshops (3)*<br>• Regulatory Update<br>• Polarized Consumers are the New Norm<br>• Connect with Consumers at the Speed of Technology |
| **3:30 PM – 3:45 PM** | Break |
| **3:45 PM – 4:45 PM** | General Session: Consumer Trends Driving Meat Innovation<br>*Sponsored by:* National Beef. |
| **4:45 PM – 6:15 PM** | Welcome Reception<br>*Sponsored by:* Certified Angus Beef / Tyson Foods, Inc. |

## MONDAY, FEBRUARY 22

| | |
|---|---|
| **7:00 AM – 6:00 PM** | Registration |
| **7:00 AM – 8:00 AM** | Breakfast |
| **8:00 AM – 9:45 AM** | General Session: Market Outlook for Meat and Poultry |
| **9:45 AM – 10:00 AM** | Break |

*Register today at meatconference.com*

**MONDAY, FEBRUARY 22 CONTINUED**

| | |
|---|---|
| **10:00 AM – 10:30 AM** | *Concurrent Workshops (3)*<br>• Market Outlook Extended Q&A<br>• Dynamics of the Meat Case<br>• E-commerce Trends and Growth |
| **10:30 AM – 10:45 AM** | Break |
| **10:45 AM – 11:15 AM** | *Concurrent Workshops (3)*<br>• Addressing Consumer Concerns with GMOs<br>• Dynamics of the Meat Case (repeat)<br>• E-commerce Trends and Growth (repeat) |
| **11:15 AM – 11:30 AM** | Break |
| **11:30 AM – 12:30 PM** | General Session: 2016: An Election Year to Remember |
| **12:30 PM – 5:00 PM** | Exhibit Hall Open<br>*(includes lunch and reception on exhibit floor)* |

# TUESDAY, FEBRUARY 23

| | |
|---|---|
| **7:00 AM – 10:00 AM** | Registration |
| **7:00 AM – 8:00 AM** | Breakfast |
| **8:00 AM – 9:00 AM** | General Session: "Meat"ing Millennials! |
| **9:00 AM – 9:15 AM** | Break |
| **9:15 AM – 10:00 AM** | *Concurrent Workshops (3)*<br>• Consumer Consumption Trends<br>• Dietary Guidelines & Industry Response<br>• Live Animal Issues Update |
| **10:00 AM – 10:15 AM** | Break |
| **10:15 AM – 11:30 AM** | Closing General Session:<br>The Power of Meat: An In-depth Look at Meat Through the Shopper's Eyes<br>*Sponsored by:* Sealed Air Re-imagine |

*Register today at* **meatconference.com**

# Program Highlights

## 2016: AN ELECTION YEAR TO REMEMBER



We will have a new president in 2017, but who will it be? The parties struggle to choose nominees as issues divide them. Yet the government needs to function even as prospective leaders battle to determine our national direction. As senior editor and correspondent for NPR's Washington Desk, Ron Elving covers the stories, the issues, and the people driving policy and the 2016 campaign. In his engaging style, Ron will discuss where things stand in Washington, both in Congress and the White House, as well as on the campaign trail.

- *Ron Elving, Senior Washington Editor, National Public Radio*

## "MEAT"ING MILLENNIALS!



Millennials are the fastest growing segment in today's US population and are among the most diverse cultures the US has ever seen. Over the course of their lifetimes, Millennials will have buying power that surpasses trillions of dollars. However, this group is also the most misunderstood. Some of the stereotypes surrounding Millennials are fair, but the vast majority are actually unfounded myths. IRI, an internationally recognized leader in trend spotting, has completed a Millennial segmentation that identifies which of the six segments of Millennial consumers is most heavily involved in purchasing and consuming meat and poultry. Join us as we delve into this story, which will be anchored by the voices of these segments discussing their interaction with meat and poultry. Marketers and retailers will learn what it takes to satisfy these important and highly influential buyers.

- *Larry Levin, Executive Vice President, IRI Innovations*
- *Steve Ramsey, Executive Vice President, IRI Protein Vertical*

## THE POWER OF MEAT: AN IN-DEPTH LOOK AT MEAT THROUGH THE SHOPPERS' EYES



As the number one-rated session for eight years running, the Power of Meat is the peer-recommended, can't-miss update of shopper habits regarding meat and poultry pre-trip, in-store and at home. This highly valued shopper research, unveiled at the conference, provides unique perspective on how consumer preferences and buying patterns have shifted in the past decade, while addressing hot new trends affecting the meat department.

- Are money-saving measures still important when buying meat? Understand how shoppers prepare for the trip and the importance of in-store execution.
- Where do shoppers buy meat and poultry and why? Learn about channel shifting and the growing influence of alternative outlets.
- How does the meat purchasing decision stack up? Hear about the importance of price and value versus quality, convenience, nutrition and customer service.
- What do shoppers purchase and how much influence do mega trends have? Find out more about the importance of brands, local, organic, health and wellness, GMOs and more.
- How does the retail industry perform in meeting shopper expectations? Learn about areas of strength and opportunity as we work to maximize satisfaction, sales and profits.

- *Anne-Marie Roerink, Principal, 210 Analytics, LLC*

**Register today at meatconference.com**

## MARKET OUTLOOK FOR MEAT AND POULTRY



The economic impact of changing meat, poultry, and livestock supply and demand conditions provide challenges for producers and retailers alike. This session will take an in-depth look at the beef, pork, and poultry markets and explore how factors including weather, animal health, and changing export markets continue to impact domestic availability and prices. Understanding changes in consumer spending and worldwide economic trends, combined with the knowledge of what to expect in livestock markets, will help you prepare for the coming years.

- *Paul Aho, Economist and Consultant, Poultry Perspective*
- *Randy Blach, CEO, Cattlefax*
- *Steve Meyer, Vice President, Pork Analysis, EMI Analytics*

## POLARIZED CONSUMERS ARE THE NEW NORM



With incomes in the US more polarized than ever, meat departments need to understand the new norm of price challenges across consumers segments. In addition to pricing challenges, managing the meat case has become more dynamic than ever, driven by changing consumer demands/eating occasions. This presentation will share the latest elasticity impacts of supply/pricing challenges to help the audience understand the real trends of the meat case. Attendees will walk away with specific recommendations to drive sales by leveraging the importance of the meat department in total store success as well as a deeper understanding of consumer missions to drive new meat department sales.

- *Sherry Frey, Senior Vice President, Nielsen Perishables Group*

## CONNECT WITH CONSUMERS AT THE SPEED OF TECHNOLOGY



Technology is changing shopper behavior in every phase of the purchase cycle. This session will focus on how the increased speed of information affects consumer opinions on meat preparation, nutrition, and animal welfare issues. Determine what information you should be providing to consumers, and learn best practices for your team when connecting digitally in order to use technology to engage and inspire consumers to eat more fresh meat.

- *Art Yerecic, President, Yerecic Label*
- *Kristin Yerecic, Marketing Manager, Yerecic Label*

## CONSUMER TRENDS DRIVING MEAT INNOVATION



The most effective way to sell meat is to sell what you can do with it. Today's consumer wants solutions, and this session from Datassential reveals how your company can leverage the latest food and flavor trends to make meat more meaningful to consumers. Datassential will cover the latest food trends, consumers' changing attitudes toward health & wellness, and examples of popular restaurant menu items to inspire your retail innovation pipeline.

- *Jack Li, Managing Director, Datassential*

## DYNAMICS OF THE MEAT CASE



This session will review top-line results from the fifth installment of the National Meat Case Study, and provide a comprehensive look at meat merchandising from across the country. The study includes data from a variety of retail formats and the trend data reveals many dynamic changes in the meat case over a 13 year span — knowledge that can help you improve your own meat case strategies.

- *Jerry Kelly, National Business Development Manager, Sealed Air Corporation*

*Register today at* **meatconference.com**

# Questions

### REGISTRATION

Valencia Covington
Food Marketing Institute
202.220.0662
register@fmi.org

### EXHIBITS AND SPONSORSHIP

Tina Marmor
North American Meat Institute
202.587.4242
tmarmor@meatinstitute.org

Eric Zito
North American Meat Institute
202.587.4223
ezito@meatinstitute.org

### EDUCATION PROGRAM

Laurie Gethin
Food Marketing Institute
202.220.0715
lgethin@fmi.org

Ann Wells
North American Meat Institute
202.587.4252
awells@meatinstitute.org

# Sponsors












# Conference Partners







Funded by The Beef Checkoff





*Register today at meatconference.com*

# Conference Information

## HOTEL INFORMATION

Gaylord Opryland Resort & Convention Center
2800 Opryland Drive
Nashville, TN 37214
615.889.1000

*Room rate:* Single/Double - $194/night
A daily resort fee of $18 will be added and includes complimentary internet, fitness club access and designated in-room beverages to all guest rooms booked within the AMC block.

Reservations should be made directly with the Gaylord Opryland Resort and Conference Center by calling 615.889.1000 or 1.877.491.7397 (toll free) or by visiting meatconference.com/content/location. We encourage you to make your reservations early, as the hotel may sell out before this date. Reservations made after the cutoff date will be accepted on a space-available basis and higher rates may apply. Please mention the Annual Meat Conference to receive the special group rate of $194/night. Reservations should be made before **January 27, 2016**.

Please be advised that no 3rd party vendors, including housing providers, are affiliated with the Annual Meat Conference. Book directly with the Gaylord Opryland to ensure conference rates and accommodations.

Hotel reservations can be made online at *meatconference.com/content/location*

## REGISTRATION INFORMATION

Please visit **meatconference.com** to register online.

### Registration Rates:

| | |
|---|---|
| FMI member retailer/wholesaler | $745 |
| Exhibiting supplier/broker | $745 |
| Non-member retailer/wholesaler | $1500 |
| Non-exhibiting supplier/broker (member) | $1500 |
| Non-exhibiting supplier/broker (non-member) | $2250 |
| Companion/Spouse (non-industry guest) | $100 |

## Special Offers:

**EARLY-BIRD DISCOUNT:** Register by **January 8, 2016**, and receive $100 off! Exhibiting brokers/suppliers and FMI retailer/wholesaler members only.

**BUY 2, GET 1 FREE:** FMI supermarket retailer/wholesaler members only. To receive the special FMI retailer/wholesaler offer, three people from the same FMI member company must register for the conference. In order to receive the discount coupon, please email register@fmi.org with the names of the two individuals that are REGISTERED and PAID for the event.

**COMPLIMENTARY COPY OF 2016 POWER OF MEAT:**
Your conference registration entitles you to a complimentary copy of the 2016 Power of Meat report, which explores purchasing, preparation and consumption trends through the eyes of the shopper.

SPONSORED BY Sealed Air Re-imagine

**96%** of last year's attendees achieved their networking goals at the Annual Meat Conference

Register today at **meatconference.com**

We've designed this program for our peers and industry partners...please join us at this outstanding event!

## 2016 Annual Meat Conference Planning Committee

**JERRY KELLY**
*(Co-Chair)*
National Business Development Manager
Sealed Air Corporation

**MARK G. WESTMOLAND**
*(Co-Chair)*
Director of Meat Operations and Procurement
Associated Grocers, Inc. (LA)

**JACK BELL**
Fresh Pork and Poultry Buyer
Sam's Club

**LEE BONECUTTER**
Business Development
Cargill Case Ready

**DALE A. BRAZDIS**
Senior Vice President, Perishables
Gelson's Markets

**BRUCE BROOKING**
Vice President,
Case Ready Meat
Alex Lee, Inc.

**PETE ECKES**
President and Chief Executive Officer
Global Perishable Strategies

**JIM ETHRIDGE**
Executive Director, Strategic Account Management
National Cattlemen's Beef Association

**PATRICK FLEMING**
Director, Retail Marketing
National Pork Board

**LAURIE A. GETHIN**
Director, Education
Food Marketing Institute

**JOHN HAGERLA**
President, Sales and Marketing
Hartley Ranch Angus Beef

**CHRISTOPHER HALLER**
Vice President,
Sales Operations
Tyson Foods, Inc.

**STEVE HOLLOWAY**
Director of Meat and Seafood Operations
K-VA-T Food Stores, Inc.

**GREGG IBES**
Vice President, Sales
Everson Spice Company, Inc.

**JIM JONES**
Vice President, Marketing
Food Technology Service Inc.

**LUKE LAPERRIERE**
Vice President, Meat and Seafood
Harris Teeter LLC

**GARY LUECHAUER**
Director of Meat, Seafood and Deli, Bakery Procurement
The Kroger Co.

**CODY MARBURGER**
Director of Operations
Nolan Ryan Beef

**MATT MONKIEWICZ**
Vice President, Marketing
Kayem Foods Inc.

**KELLY R. MORTENSEN**
Meat Director
Associated Food Stores, Inc.

**TOM SARGENT**
Vice President of Meat Merchandising
SUPERVALU INC.

**TOM SUPER**
Vice President, Communications
National Chicken Council

**MICHAEL UETZ**
Principal
Midan Marketing

**MICHAEL WATTS**
Category Manager Beef, Veal and Lamb
Delhaize America

**ANN WELLS**
Director, Education and Workforce Development
North American Meat Institute

**KEITH WELTY**
Vice President, Marketing
National Beef Packing Company, LLC

**RANDY WHITTEMORE**
Executive Account Manager
Certified Angus Beef, LLC

**KEITH WILLIAMS**
Vice President, Communications and Marketing
National Turkey Federation

**ART YERECIC**
President
Yerecic Label

*Register today at* **meatconference.com**





*"This conference keeps us up-to-date with what's going on in the industry and helps us stay ahead of the curve, whether it's government relations, product lines, or consumer trends we need to know about to succeed in our businesses."*
— MARK WESTMOLAND, ASSOCIATED GROCERS

*"After over 2 decades of attendance, the Meat Conference has given me the unique opportunity to both meet new industry colleagues as well allow me to re-engage with both retailers and customers alike. It has proven time and time again to be the perfect platform to meet with these key industry influencers."*
— JERRY KELLY, SEALED AIR CORPORATION