# EXHIBIT D

# KALAHARI RESORT, WISCONSIN DELLS, WI
## JULY 9 - 12, 2023

| 170 | 14 | 53 | 26 |
|---|---|---|---|
| DAYS | HOURS | MINS | SECS |

## WELCOME TO THE PORK CONFERENCE



### Networking

Network with the more than 900 attendees at NPIC with most producer participants representing the top 150 pork production systems in North America. Participants represent areas of management, production, nutrition, health, finance, human resources and more.



### Speakers

NPIC will showcase over 25 highly qualified speakers who will bring their expertise to mainstage and breakout sessions.



### Break-outs

Break-out sessions are presented on Monday afternoon of the conference. Participants will have the opportunity to choose between 10+ sessions focused on relevant industry topics.



### Family Fun

Wisconsin Dells, better known as "The Waterpark Capital of the World!®" offers fun for all ages. Enjoy the endless hours of fun at the NPIC host hotel,



### Golf

Year after year folks look forward to the annual NPIC golf tournament held on Tuesday afternoon at the award winning Trappers Turn Golf Course in



### Hope to see you there!

Once again, three days of exceptional presentations, networking and collaboration will take place during the conference. We hope to see you in July!

Kalahari, where there is an exciting mix of rides, slides and adventures for the whole family in the resort waterpark and thrilling indoor theme park. Plus, check out the resort's other amenities such as Spa Kalahari & Salon and exceptional dining options.

Wisconsin Dells. Please visit the Registration section of the web page to register for the golf tournament.

## ABOUT CONFERENCE

### NATIONAL PORK INDUSTRY CONFERENCE

The National Pork Industry Conference (NPIC) was the vision of Larry Graham and has roots back to the early 90's. The current generation of NPIC was founded by Larry & Jean Graham in 1996 and was initially held at various upper Midwest locations. As the conference attendance grew, it ultimately found a home at the Four Seasons Resort, then Tan-Tar-A at Lake of the Ozarks, before moving in 2010 to its current location at the Kalahari Waterpark and Conference Center in Wisconsin Dells, WI.

The NPIC conference is built upon three pillars: education, networking, and family. The conference offers a wide array of sessions focused on current swine industry topics, nutrition, health, safety, marketing and more. 21st Century Strategic Forums, L.L.C. produces and hosts the conference and partners with leading allied industry companies to deliver what some call, "The Best Pork Producer Event in North America".

The National Pork Industry Conference is held annually the 2nd week of July and attracts 900 attendees with most producer participants representing the Top 150 Pork Production Systems in North America.



### GET THE KIDS INVOLVED

The National Pork industry Conference (NPIC) is partnering with Smithfield Foods and the National Pork Board to offer the Youth Workshop event to elementary and middle school-age youth.

The workshop is an exciting and interactive way to get our youth involved in the pork industry – and have some fun along the way!

Youth learn about the pork supply chain, food safety and handling and have a chance to cook up their very own pork creation.

**Registration Coming Spring 2023**

Date: Tuesday, July 11, 2023
Time: 9:00 a.m – 11:30 a.m.
Location: Kalahari Resort, Wisconsin Dells, WI



## Lead Sponsors






   

 

## Cooperating Sponsors

     

     

     

     

     

     

     

   

REGISTRATION

COMING SPRING 2023

### Address

21st Century Strategic Forums
Clear Lake, Iowa 50428

### Send Email

NPIC@21stForums.com

### Phone

(712) 898-8076

## CONTACT US

FULL NAME *

EMAIL *

SUBJECT *

YOUR MESSAGE *

RECAPTCHA

I'm not a robot
reCAPTCHA
Privacy - Terms

SUBMIT

COPYRIGHT © 2007 - 2023 NPIC

PRIVACY POLICY    TERMS OF USE