UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL ACTIONS BROUGHT BY DIRECT ACTION DAPS | Civil No. 18-cv-1776-JRT-JFD<br><br>The Honorable Judge John R. Tunheim |

**DEFENDANTS' JOINT MEET AND CONFER STATEMENT ON
JOINT MOTION TO DISMISS THE DIRECT-ACTION PLAINTIFFS' CLAIMS**

The undersigned counsel, representing Smithfield Foods, Inc. in the above-captioned actions, hereby certify on behalf of all Defendants that the parties have met and conferred on Defendants' Joint Motion to Dismiss the Direct Action Plaintiffs' Claims and that the parties were not able to reach agreement.

[*Remainder of page intentionally left blank.*]

|  |  |
|---|---|
| Dated: January 20, 2023 | /s/ Richard Parker |
|  | Richard Parker (*pro hac vice*) |
|  | Josh Lipton (*pro hac vice*) |
|  | GIBSON, DUNN &CRUTCHER, LLP |
|  | 1050 Connecticut Avenue, N.W. |
|  | Washington, D.C. 20036-5306 |
|  | (202) 955-8500 |
|  | rparker@gibsondunn.com |
|  | jlipton@gibsondunn.com |
|  |  |
|  | Brian Robison (*pro hac vice*) |
|  | BROWN FOX PLLC |
|  | 6303 Cowboys Way, Suite 450 |
|  | Frisco, TX 75034 |
|  | (972) 707-1809 |
|  | brian@brownfoxlaw.com |
|  |  |
|  | John A. Cotter (#0134296) |
|  | John A. Kvinge (#0392303) |
|  | LARKIN HOFFMAN DALY & LINDGREN LTD. |
|  | 8300 Norman Center Drive, Suite 1000 |
|  | Minneapolis, MN 55427-1060 |
|  | (952) 835-3800 |
|  | jcotter@larkinhoffman.com |
|  | jkvinge@larkinhoffman.com |
|  |  |
|  | ***Counsel for Smithfield Foods, Inc.*** |

| | |
|---|---|
| */s/ Daniel E. Laytin, P.C.* | */s/ Craig S. Coleman* |
| Mark L. Johnson (#0345520) | Richard A. Duncan (#0192983) |
| Davida S. McGhee (#0400175) | Aaron D. Van Oort (#0315539) |
| GREENE ESPEL PLLP | Craig S. Coleman (#0325491) |
| 222 South Ninth Street, Suite 2200 | Emily E. Chow (#0388239) |
| Minneapolis, MN 55402 | Isaac B. Hall (#0395398) |
| (612) 373-0830 | FAEGRE DRINKER BIDDLE & REATH LLP |
| mjohnson@greeneespel.com | 2200 Wells Fargo Center |
| dwilliams@greeneespel.com | 90 South Seventh Street |
| | Minneapolis, MN 55402-3901 |
| Daniel Laytin, P.C. (*pro hac vice*) | (612) 766-7000 |
| Christa Cottrell, P.C. (*pro hac vice*) | richard.duncan@faegredrinker.com |
| Jenna M. Stupar (*pro hac vice*) | aaron.vanoort@faegredrinker.com |
| KIRKLAND & ELLIS LLP | craig.coleman@faegredrinker.com |
| 300 North LaSalle | emily.chow@faegredrinker.com |
| Chicago, IL 60654 | isaac.hall@faegredrinker.com |
| (312) 861-2000 | |
| daniel.laytin@kirkland.com | Jacob D. Bylund (*pro hac vice*) |
| christa.cottrell@kirkland.com | Stephanie A. Koltookian (*pro hac vice*) |
| Jenna.stupar@kirkland.com | Robert C. Gallup (#0399100) |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| **Counsel for Clemens Food Group, LLC** | 801 Grand Ave., 33rd Floor |
| **and The Clemens Family Corporation** | Des Moines, IA 50309 |
| | (515) 248-9000 |
| | jacob.bylund@faegredrinker.com |
| | stephanie.koltookian@faegredrinker.com |
| | robert.gallup@faegredrinker.com |
| | |
| | John S. Yi (*pro hac vice*) |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | One Logan Square, Suite 2200 |
| | Philadelphia, PA 19103 |
| | (215) 988-2700 |
| | john.yi@faegredrinker.com |
| | |
| | Jonathan H. Todt (*pro hac vice*) |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 1500 K Street NW, Suite 1100 |
| | Washington, DC 20005 |
| | (202) 842-8800 |
| | jonathan.todt@faegredrinker.com |
| | |
| | **Counsel for Hormel Foods Corporation and Hormel Foods, LLC** |

| | |
|---|---|
| */s/ Sami H. Rashid* | */s/ William L. Greene* |
| Sami H. Rashid (*pro hac vice*) | William L. Greene (#0198730) |
| Michael B. Carlinsky (*pro hac vice*) | Peter J. Schwingler (#0388909) |
| Richard T. Vagas (*pro hac vice*) | William D. Thomson (#0396743) |
| David B. Adler (*pro hac vice*) | Jon W. Ripa (#0402069) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | STINSON LLP |
| 51 Madison Avenue, 22nd Floor | 50 South Sixth Street, Suite 2600 |
| New York, NY 10010 | Minneapolis, MN 55402 |
| (212) 849-7000 | (612) 335-1500 |
| samirashid@quinnemanuel.com | william.greene@stinson.com |
| michaelcarlinsky@quinnemanuel.com | peter.schwingler@stinson.com |
| richardvagas@quinnemanuel.com | william.thomson@stinson.com |
| davidadler@quinnemanuel.com | jon.ripa@stinson.com |

/s/ Sami H. Rashid on left column; /s/ William L. Greene on right column.

Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402-4206
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

**Counsel for JBS USA Food Company**

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

**Counsel for Seaboard Foods LLC**

4

<div style="column-count:2">

*/s/ Christopher A. Smith*
Aaron Chapin (#0386606)
Christopher A. Smith (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com

**Counsel for Triumph Foods, LLC**

*/s/ Tiffany Rider Rohrbaugh*
Tiffany Rider Rohrbaugh (*pro hac vice*)
Rachel J. Adcox (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
trider@axinn.com
radcox@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

**Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.**

</div>

*/s/ William L. Monts III*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

**Counsel for Agri Stats, Inc.**