# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS BROUGHT BY DIRECT ACTION DAPS | Civil No. 18-cv-1776-JRT-JFD<br><br>The Honorable Judge John R. Tunheim<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS DIRECT ACTION PLAINTIFFS' CLAIMS** |

This matter came for hearing before the undersigned on Defendants' Joint Motion to Dismiss Direct Action Plaintiffs' Claims. Based upon all the files, records, proceedings, and arguments of counsel, **IT IS HEREBY ORDERED** that Defendants' Joint Motion to Dismiss the Direct Action Plaintiffs' Claims is **GRANTED**.

Direct Action Plaintiffs' (1) Sherman Act claims that accrued prior to June 29, 2014; (2) Packers and Stockyards Act claims in their entirety; and (3) claims based on multi-ingredient products or pork-by products in their entirety are **DISMISSED WITH PREJUDICE.  LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: _____

By the Court

_____
The Honorable John R. Tunheim
United States District Judge