## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT- JFD |
| This Document Relates To: | |
| THE DIRECT PURCHASER PLAINTIFFS ACTION | **DECLARATION OF CHRISTOPHER A. SMITH IN SUPPORT OF DEFENDANT TRIUMPH FOODS, LLC'S MOTION FOR SUMMARY JUDGMENT** |

I, Christopher A. Smith, declare as follows:

1.      I am over the age of majority, am competent to testify, and I have personal knowledge of the matters addressed in this declaration.

2.      I am a partner at the law firm of Husch Blackwell LLP and have been admitted to practice *pro hac vice* in the District of Minnesota in the above-captioned lawsuit.

3.      This declaration is submitted in support of Defendant Triumph Foods, LLC's Motion for Summary Judgment.

4.      Attached as Exhibit A is a true and correct copy of excerpts from the Deposition of Jerry Lehenbauer.

5.      Attached as Exhibit B is a true and correct copy of excerpts from the Deposition of Matt England.

6.     Attached as Exhibit C is a true and correct copy of excerpts from the Deposition of Mark Campbell.

7.     Attached as Exhibit D is a true and correct copy of excerpts from the Deposition of Rick Hoffman.

8.     Attached as Exhibit E is a demonstrative chart I created comparing the number of "Working Days" to the number of "Triumph Working Days" from 2008 through 2018.

9.     The number of "Triumph Working Days" for each year was determined using the data included in the "Operating Days" tab of the Excel file attached as Exhibit A to the Declaration of Jerry Lehenbauer. The chart includes a fair and accurate representation of this data.

10.    The number of "Working Days" was calculated by taking the number of days in the given year and subtracting weekends and public holidays.  This calculation does not account for vacation time, unforeseen weather events, or other uncontrollable shut down events.

11.    Attached as Exhibit F is a true and correct copy of Exhibit England 1, from the Deposition of Matt England, bates labeled TRI0000544439-40.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 20, 2023          /s/ *Christopher Andrew Smith*
                                 Christopher A. Smith

# EXHIBIT A

# DEPOSITION OF JERRY LEHENBAUER TRIUMPH VICE PRESIDENT OF HOG PROCUREMENT

HIGHLY CONFIDENTIAL

Page 1

1                UNITED STATES DISTRICT COURT
                    DISTRICT OF MINNESOTA

2

3      IN RE                      : CIVIL NO.:
                                  : 18-1776 (JRT/HB)

4      PORK ANTITRUST            :
       LITIGATION                :

5

6                          *   *   *

7      VIDEOTAPED DEPOSITION OF JERRY LEHENBAUER

8             WEDNESDAY, SEPTEMBER 21, 2022

9                 HIGHLY CONFIDENTIAL

10                         *   *   *

11

12          Videotaped deposition of JERRY

13     LEHENBAUER, taken remotely, commencing at

14     8:28 a.m. before Debbie Leonard, Registered

15     Diplomate Reporter, Certified Realtime

16     Reporter.

17

18

19

20

21

22                         *   *   *

              VERITEXT LEGAL SOLUTIONS
23               MID-ATLANTIC REGION
            1801 Market Street - Suite 1800

24          Philadelphia, Pennsylvania 19103

HIGHLY CONFIDENTIAL

Page 10

1              THE VIDEOGRAPHER:  We are on

2       the record.  Today's date is September

3       the 21st, 2022.  We are going on the

4       record at 10:28 a.m.

5              This is the video deposition of

6       Jerry Lehenbauer in the matter of Pork

7       Antitrust Litigation.  Case number is

8       18-1776 (JRT/HB).

9              This deposition is taking place

10      at Husch Blackwell, Kansas City,

11      Missouri.

12             Will the court reporter please

13      swear in the witness.

14             (Witness sworn.)

15             MS. VAN ENGELEN:  Good morning,

16      sir.  Just for the record, we're

17      starting at 8:28 Pacific time today or

18      10:28, I think, your time, and that's

19      because there were some issues getting

20      the Zoom set up in the room that you

21      are in.

22             Also, I sent a box of exhibits

23      to you guys, and you've opened it

24      prior to the start of the deposition,

HIGHLY CONFIDENTIAL

Page 49

1   the premium or discount factor that's applied

2   to that individual carcass when it's

3   purchased.

4         Q.      And then you mentioned hog

5   carcass weight.  How does that factor in?

6         A.      Yeah, all of Triumph's market

7   hog purchases are based on carcass weight,

8   not on live weight.  So we record the carcass

9   weight at the time of slaughter.

10         Q.      Do members who -- do members of

11  Triumph get any other compensation in

12  addition to the compensation they get from

13  selling hogs?

14              MR. SPUNG:  Objection.  Form.

15         Foundation.

16              THE WITNESS:  Triumph Foods

17         members are owners of the Triumph

18         Foods LLC, and there are distributions

19         that are made to the owners of the LLC

20         that are independent of market hog

21         purchases.

22  BY MS. VAN ENGELEN:

23         Q.      And how often are these

24  distributions made to members, if you know?

HIGHLY CONFIDENTIAL

Page 50

1          A.      I don't know.

2          Q.      Can you estimate what portion

3    of Triumph's hogs are supplied by Triumph's

4    members?

5                  MR. SPUNG:  Objection.  Form.

6          At a given time period, Counsel, or

7          just across the whole time period?

8                  MS. VAN ENGELEN:  Well, let's

9          start with the 2009 to 2019 time

10         frame.

11   BY MS. VAN ENGELEN:

12         Q.      And, sir, just let me know if

13   you think it varies too much to give an

14   estimate.

15                 But between 2009 and 2019, can

16   you give me an estimate for what portion of

17   Triumph's hogs were supplied by members?

18         A.      Yes.  On our member hog supply,

19   approximately in 2009 it would have been

20   about 80 percent, I believe.

21                 And then 2019, it would have

22   increased.  It probably was, I believe,

23   around 90 percent at that time.

24         Q.      Why did it increase, if you

HIGHLY CONFIDENTIAL

Page 51

1    know?

2           A.      Yeah, it's -- it's varied based

3    on our supply commitments with other

4    producers that supply hogs with -- to Triumph

5    Foods.

6           Q.      When you're talking about these

7    supply commitments with other producers, are

8    you talking about supply commitments with

9    non-members?

10          A.      Yes, that would be included in

11   that.

12          Q.      How are non-members paid for

13   their hogs?

14                 MR. SPUNG:  Objection.  Form.

15                 You can answer.

16                 THE WITNESS:  There are

17          different base price mechanisms that

18          we use for non-members.

19   BY MS. VAN ENGELEN:

20          Q.      And what are the different base

21   price mechanisms you use for non-members?

22          A.      We've used several different

23   methods.  One of the more predominant methods

24   uses the USDA Western Corn Belt carcass --

HIGHLY CONFIDENTIAL

Page 220

```
 1                    THE WITNESS:  Yes.
 2    BY MR. SPUNG:
 3          Q.     Okay.  Do you believe the
 4    capacity information at the time of this
 5    e-mail was confidential --
 6                    MS. VAN ENGELEN:  Object to
 7          form.
 8    BY MR. SPUNG:
 9          Q.     -- [indiscernible] Seaboard
10    Triumph Foods?
11                    MS. VAN ENGELEN:  Object to
12          form.
13                       *   *   *
14                    (Court reporter clarification.)
15                       *   *   *
16    BY MR. SPUNG:
17          Q.     At this time in 2015, do you
18    believe the capacity information about
19    Seaboard Triumph Foods was confidential?
20                    MS. VAN ENGELEN:  Same
21          objection.
22                    THE WITNESS:  No, I don't
23          believe it was confidential.
24    BY MR. SPUNG:
```

HIGHLY CONFIDENTIAL

Page 221

```
 1          Q.     Okay.  You can put that aside.
 2                 Mr. Lehenbauer, this might be
 3     a -- might seem a fairly basic question,
 4     given how much testimony you've already
 5     provided today, but can you just tell me at a
 6     high level, what is Triumph Foods?
 7                 MS. VAN ENGELEN:  Object to
 8          form.
 9                 THE WITNESS:  Triumph Foods is
10          a pork processing company that has a
11          pork processing plant located in
12          St. Joe, Missouri.
13     BY MR. SPUNG:
14          Q.     Okay.  And so to be a pork
15     processor, what does that mean?
16          A.     That means that we slaughter
17     market hogs to produce pork products.
18          Q.     Does Triumph grow hogs?
19          A.     No.
20          Q.     Does Triumph have sow farm
21     operations?
22                 MS. VAN ENGELEN:  Object to
23          form.
24                 THE WITNESS:  No.
```

HIGHLY CONFIDENTIAL

Page 222

1    BY MR. SPUNG:

2         Q.      Has Triumph ever had sow farm

3    operations?

4                 MS. VAN ENGELEN:   Object to

5         form.

6                 THE WITNESS:   No.

7    BY MR. SPUNG:

8         Q.      Does Triumph own sows?

9                 MS. VAN ENGELEN:   Object to

10        form.

11                THE WITNESS:   No.

12   BY MR. SPUNG:

13        Q.      Has Triumph ever owned sows?

14                MS. VAN ENGELEN:   Object to

15        form.

16                THE WITNESS:   No.

17   BY MR. SPUNG:

18        Q.      Okay.  Has Triumph ever reduced

19   its sow herd?

20                MS. VAN ENGELEN:   Object to

21        form.

22                THE WITNESS:   No.

23   BY MR. SPUNG:

24        Q.      Okay.  Are you familiar with

HIGHLY CONFIDENTIAL

Page 223

1    the term "contract hogs"?

2          A.      Yes.

3          Q.      Okay.  And so if I define that

4    to mean a hog that a pork processor raised

5    but some other company [indiscernible]?

6                      *   *   *

7                (Court reporter clarification.)

8                      *   *   *

9    BY MR. SPUNG:

10         Q.      If I define it to mean -- if I

11   define "contract hog" to mean a hog that a

12   pork processor owns while the hog is raised,

13   but some other company, like a farm operator,

14   actually raises it, is that -- does that

15   align with your definition of "contract hog"?

16                MS. VAN ENGELEN:  Object to

17         form.

18                THE WITNESS:  Yes.

19   BY MR. SPUNG:

20         Q.      Okay.  Does Triumph own

21   contract hogs?

22                MS. VAN ENGELEN:  Object to

23         form.

24                THE WITNESS:  No.

Page 224

1    BY MR. SPUNG:

2            Q.      Has Triumph ever owned contract

3    hogs?

4                    MS. VAN ENGELEN:   Object to

5            form.

6                    THE WITNESS:   No.

7    BY MR. SPUNG:

8            Q.      Okay.  Is it safe to say, then,

9    that Triumph has procured every hog it has

10   ever processed from hog producers?

11                   MS. VAN ENGELEN:  Object to

12           form.

13                   THE WITNESS:  Yes.

14   BY MR. SPUNG:

15           Q.      Okay.  And does Triumph own any

16   hogs before it receives them at its facility

17   in St. Joseph?

18                   MS. VAN ENGELEN:  Object to

19           form.

20                   THE WITNESS:  No.

21   BY MR. SPUNG:

22           Q.      Has it ever owned any hogs

23   before it receives them at its facility in

24   St. Joseph?

HIGHLY CONFIDENTIAL

Page 225

```
 1                    MS. VAN ENGELEN:  Object to
 2          form.
 3                    THE WITNESS:  No.
 4    BY MR. SPUNG:
 5          Q.    With that background, has
 6    Triumph ever reduced its level of hog
 7    production?
 8                    MS. VAN ENGELEN:  Object to
 9          form.
10                    THE WITNESS:  No.
11    BY MR. SPUNG:
12          Q.    Because it has no hog
13    production?
14          A.    Correct.
15                    MS. VAN ENGELEN:  Object to
16          form.
17    BY MR. SPUNG:
18          Q.    At a general level, you're
19    aware that Triumph is a defendant in
20    antitrust litigation, right?
21                    MS. VAN ENGELEN:  Object to
22          form.
23                    THE WITNESS:  Yes.
24    BY MR. SPUNG:
```

HIGHLY CONFIDENTIAL

                                          Page 226

 1          Q.     And that's what you're here
 2    today for, correct?
 3                  MS. VAN ENGELEN:  Object to
 4          form.
 5                  THE WITNESS:  Yes.
 6    BY MR. SPUNG:
 7          Q.     Okay.
 8                  MR. SPUNG:  Counsel, we can
 9          give you a standing objection if you
10          want.  I'm not sure what the basis for
11          the objections are.
12                  MS. VAN ENGELEN:  The last
13          question was leading.
14    BY MR. SPUNG:
15          Q.     Are you aware of who the
16    plaintiffs are, generally, in the case?
17          A.     Yes.
18          Q.     Okay.  Could you, at a very
19    high level, describe them for me?
20                  MS. VAN ENGELEN:  Object to
21          form.
22                  THE WITNESS:  I believe it
23          includes foodservice companies and
24          restaurants and other purchasers of

HIGHLY CONFIDENTIAL

Page 227

```
 1        pork products.
 2   BY MR. SPUNG:
 3        Q.    Okay.  I'm going to read you a
 4   few allegations the plaintiffs have made in
 5   this case and get your response or reaction
 6   to them.
 7             Does that make sense?
 8        A.    Yes.
 9        Q.    Okay.  Here's one.  So, quote,
10   "During 2009, Triumph reduced the number of
11   sows that it had from 396,000 to 371,500,"
12   unquote.
13             How would you respond to that,
14   Mr. Lehenbauer?
15             MS. VAN ENGELEN:  Object to
16        form.
17             MR. SPUNG:  Bree, you can
18        object, but at least let me get my
19        question finished.
20             MS. VAN ENGELEN:  Sorry.
21        Sometimes the Zoom cuts out.  I'm
22        trying.
23             THE WITNESS:  That is an
24        inaccurate statement.  Triumph does
```

HIGHLY CONFIDENTIAL

Page 228

1               not own any sows.

2     BY MR. SPUNG:

3               Q.      Okay.   Another allegation,

4     quote, "In 2009, Triumph reported substantial

5     cutbacks of approximately 24,500 sows

6     representing over 6 percent of its sow herd,"

7     unquote.

8                    How do you respond to that,

9     sir?

10                   MS. VAN ENGELEN:   Object to

11          form.

12                   THE WITNESS:   That also is an

13          inaccurate statement.   Triumph Foods

14          does not own and has not owned any

15          sows.

16    BY MR. SPUNG:

17              Q.      Okay.   Another allegation,

18    "Triumph reduced the number of sows by 14,500

19    at its Christensen facility."

20                   How do you respond to that

21    allegation?

22                   MS. VAN ENGELEN:   Object to

23          form.

24                   THE WITNESS:   That is an

Page 229

 1        inaccurate statement.  Triumph Foods

 2        does not own any sows and we do not

 3        own or control operations at any

 4        Christensen Farms facilities.

 5   BY MR. SPUNG:

 6        Q.     Okay.  Has Triumph ever had a

 7   Christensen facility, quote/unquote?

 8              MS. VAN ENGELEN:  Object to

 9        form.

10              THE WITNESS:  No, we have not.

11   BY MR. SPUNG:

12        Q.     And you mentioned it -- you

13   mentioned the phrase "Christensen Farms."  To

14   the extent that Christensen facility could

15   refer to Christensen Farms, let me ask you

16   this:  Does Triumph own Christensen Farms?

17              MS. VAN ENGELEN:  Object to

18        form.

19              THE WITNESS:  No, we do not.

20   BY MR. SPUNG:

21        Q.     Does Triumph have any control

22   over the number of sows maintained by

23   Christensen Farms?

24        A.     No, we do not.

HIGHLY CONFIDENTIAL

Page 230

1           Q.      Does Triumph have any influence
2    whatsoever over the number of sows maintained
3    by Christensen Farms?
4                   MS. VAN ENGELEN:  Object to
5           form.
6                   THE WITNESS:  No.
7    BY MR. SPUNG:
8           Q.      Okay.  What about the number of
9    hogs produced?  Does Triumph have any control
10   over the number of hogs produced by
11   Christensen Farms?
12          A.      No.
13                  MS. VAN ENGELEN:  Object to
14          form.
15   BY MR. SPUNG:
16          Q.      Does Triumph have any influence
17   whatsoever over the hogs produced by
18   Christensen Farms?
19                  MS. VAN ENGELEN:  Object to
20          form.
21                  THE WITNESS:  No.
22   BY MR. SPUNG:
23          Q.      [Indiscernible]?
24                      *   *   *

HIGHLY CONFIDENTIAL

Page 238

1                    How do you respond to that

2      allegation?

3                         MS. VAN ENGELEN:  Object to

4              form.

5                         THE WITNESS:  Triumph Foods

6              does not own any sows, so that's an

7              inaccurate statement.

8      BY MR. SPUNG:

9              Q.     Okay.  I believe this is the

10     last one to present to you.  Quote, "In

11     August 2009, Smithfield considered publishing

12     an op-ed saying Seaboard had not taken steps

13     to reduce its pork supply but, quote,

14     'withdrew it' after receiving assurances that

15     Triumph was in the process of reducing its

16     production levels by approximately 32,000

17     sows, an 8 percent reduction from its 2007

18     levels," unquote.

19                    How do you respond to that

20     allegation, sir?

21             A.     Yeah, that --

22                         MS. VAN ENGELEN:  Object to

23             form.

24                         THE WITNESS:  That's an

HIGHLY CONFIDENTIAL

Page 239

1           inaccurate statement.  Triumph Foods

2           does not own any sows.

3    BY MR. SPUNG:

4           Q.      Has it ever owned any?

5           A.      No.

6           Q.      Does Triumph sell any of the

7    pork products it produces as a result of its

8    processing operations?

9           A.      No.

10          Q.      Okay.  Who does that?

11          A.      Seaboard Foods.

12          Q.      We've covered a little bit of

13   this before, but just to clarify for the

14   record.  Who owns Triumph?

15          A.      Triumph Foods is a hundred

16   percent owned by pork producers.

17          Q.      And what does it mean to be a

18   pork producer?

19          A.      A pork producer --

20                  MS. VAN ENGELEN:  Object to

21          form.

22                  THE WITNESS:  A pork producer

23          is an entity that produces market

24          hogs.

HIGHLY CONFIDENTIAL

Page 240

```
 1   BY MR. SPUNG:
 2          Q.     Okay.  Does Triumph have any
 3   ownership interest in any of its owners --
 4   I'm sorry -- its members?
 5                 MS. VAN ENGELEN:  Object to
 6          form.
 7                 THE WITNESS:  No.
 8   BY MR. SPUNG:
 9          Q.     Has it ever had any ownership
10   interest in any of its members?
11                 MS. VAN ENGELEN:  Object to
12          form.
13                 THE WITNESS:  No.
14   BY MR. SPUNG:
15          Q.     Does Triumph have any control
16   over the size of any of its members' sow
17   herds?
18                 MS. VAN ENGELEN:  Object to
19          form.
20                 THE WITNESS:  No, it does not.
21   BY MR. SPUNG:
22          Q.     Does Triumph have any influence
23   over the size of any of its members' herds?
24                 MS. VAN ENGELEN:  Object to
```

HIGHLY CONFIDENTIAL

Page 241

1          form.

2                    THE WITNESS:   No, it does not.

3     BY MR. SPUNG:

4          Q.     Does Triumph have any control

5     over the number of hogs produced by any of

6     its members?

7                    MS. VAN ENGELEN:   Object to

8          form.

9                    THE WITNESS:   No, it does not.

10    BY MR. SPUNG:

11         Q.     Okay.  Does Triumph have any

12    influence over the number of hogs produced by

13    its members?

14                   MS. VAN ENGELEN:   Object to

15         form.

16                   THE WITNESS:   No.

17    BY MR. SPUNG:

18         Q.     Has it ever?

19         A.     No.

20                   MS. VAN ENGELEN:  Object to

21         form.

22    BY MR. SPUNG:

23         Q.     You may not know the answer to

24    this, but I'll ask it anyway.  Do Triumph's

HIGHLY CONFIDENTIAL

Page 242

```
 1    members sell hogs to hog processors that are
 2    not Triumph Foods?
 3                    MS. VAN ENGELEN:  Object to
 4           form.
 5                    THE WITNESS:  At times, yes,
 6           members have sold to other processors.
 7    BY MR. SPUNG:
 8           Q.    Okay.  And then Triumph, of
 9    course, itself procures hogs from its
10    members, fair?
11                    MS. VAN ENGELEN:  Object to
12           form.
13                    THE WITNESS:  Yes.
14    BY MR. SPUNG:
15           Q.    And we covered this a little
16    bit earlier today, but to ask it again, is
17    there a contract of some kind governing
18    Triumph's procurement of hogs from its
19    members?
20           A.    Yes, Triumph Foods has a hog
21    procurement agreement in place with each of
22    its members.
23           Q.    Okay.  And if I refer to those
24    as member HPAs, can you follow me?
```

HIGHLY CONFIDENTIAL

Page 243

1           A.      Yes.

2           Q.      Okay.   Per your understanding

3    as vice president of procurement at Triumph,

4    are there any requirements in any member HPA

5    regarding hog production volume from each

6    member?

7                   MS. VAN ENGELEN:   Object to

8           form.

9                   THE WITNESS:   No.

10   BY MR. SPUNG:

11          Q.      There are no -- are there -- is

12   there any minimum that each member is

13   required to meet in terms of hog production?

14                  MS. VAN ENGELEN:   Object to

15          form.

16                  THE WITNESS:   Yes, there are

17          delivery requirements for delivery of

18          market hogs to Triumph by its members.

19   BY MR. SPUNG:

20          Q.      Okay.   If a member fails to

21   meet their production volume commitment to

22   Triumph, does the contract address that

23   situation?

24          A.      Yes, it does.

HIGHLY CONFIDENTIAL

Page 244

1          Q.     Okay.  What would the

2    consequence be for that?

3          A.     It has provisions for delivery

4    requirements, and failure to meet those

5    requirements may result in a replacement

6    damage penalty.

7          Q.     Okay.  And are there any other

8    potential consequences that a member may face

9    for failing to deliver hogs to Triumph --

10                MS. VAN ENGELEN:  Object to

11         form.

12                MR. SPUNG:  Sorry.  "The

13         required number" is the end of that

14         question.

15                MS. VAN ENGELEN:  I apologize.

16         Object to form.

17                THE WITNESS:  Yes.  So they can

18         be assessed a replacement damage

19         penalty, and if they fail to pay the

20         penalty, the company can take steps to

21         remove them as a member for failure to

22         pay.

23    BY MR. SPUNG:

24         Q.     Okay.  So why would Triumph

HIGHLY CONFIDENTIAL

Page 245

1    require its own owners to commit to certain

2    hog production at its processing facility?

3            A.      So that it can maintain

4    efficient operating capacities.

5            Q.      And why would Triumph penalize

6    its own owners who didn't meet those

7    commitments?

8                    MS. VAN ENGELEN:  Object to

9            form.

10                   THE WITNESS:  So that we can

11           plan our operating schedule and ensure

12           that we have adequate hog supplies to

13           meet our operating schedule

14           requirements.

15   BY MR. SPUNG:

16           Q.      And do you know if Triumph has,

17   in fact, assessed replacement damages to

18   members who failed to meet their hog

19   production commitments since 2008?

20           A.      Yes, it --

21                   MS. VAN ENGELEN:  Object --

22                   THE WITNESS:  -- did.

23   BY MR. SPUNG:

24           Q.      And by the way, is it possible

HIGHLY CONFIDENTIAL

Page 246

1    for a member -- a Triumph member to supply

2    Triumph with what you would refer to as a --

3    as a member -- let me strike that and ask it

4    again.

5                    Can Triumph members supply

6    Triumph with both member and non-member hogs?

7         A.    Yes, it can.

8         Q.    Okay.  How do you explain that?

9    What would a member hog be in that situation?

10        A.    A member hog would be a market

11   hog delivered as a Triumph member and a

12   delivery requirement as a Triumph member.

13                   If that member had additional

14   market hogs that it wanted to sell to

15   Triumph, we could procure those under a

16   non-member hog procurement agreement with

17   that Triumph member.

18        Q.    Okay.  So, in other words, if a

19   Triumph member is supplying Triumph what you

20   would call non-member hogs [indiscernible]?

21                        *   *   *

22                   (Court reporter clarification.)

23                        *   *   *

24   BY MR. SPUNG:

Page 247

1          Q.    In other words, Mr. Lehenbauer,

2     if a Triumph member supplies Triumph with

3     what you would call a non-member hog, that

4     would just be a hog that's provided outside

5     the member HPA?

6                    MS. VAN ENGELEN:   Object to

7          form.

8                    THE WITNESS:   Yes, that's

9          correct.

10    BY MR. SPUNG:

11         Q.    Okay.  Does Triumph source hogs

12    for processing from non-member hog producers

13    as well?

14         A.    Yes, it does.

15         Q.    And how does Triumph source

16    those hogs?

17         A.    It sources those hogs through

18    written hog procurement agreements and also

19    through verbal agreements and also purchases

20    through spot market negotiated prices.

21         Q.    Okay.  Does Triumph procure

22    hogs in any other way that you didn't just

23    mention?

24         A.    Not that I'm aware of.

HIGHLY CONFIDENTIAL

Page 248

1          Q.     Okay.  All right.  So to make

2     sure I'm understanding, every single hog

3     Triumph slaughters and processes since 2008

4     has been acquired via one of its owners or

5     from non-owner hog producers, correct?

6                    MS. VAN ENGELEN:  Object to

7          form.

8                    THE WITNESS:  That is correct.

9     BY MR. SPUNG:

10         Q.     Why does Triumph source hogs

11    for processing from non-member hog producers?

12         A.     We source non-member hogs from

13    non-member producers to fulfill our plant

14    operating capacity requirements.

15         Q.     Okay.  Does Triumph ever accept

16    hogs from non-members for less than ideal

17    economic terms --

18                    MS. VAN ENGELEN:  Object --

19    BY MR. SPUNG:

20         Q.     -- to ensure that Triumph

21    maintains relationships and a steady supply

22    of hogs from non-members?

23                    MS. VAN ENGELEN:  Object to

24         form.

HIGHLY CONFIDENTIAL

Page 251

1              MS. VAN ENGELEN:  Object to
2        form.
3              THE WITNESS:  Yes.
4    BY MR. SPUNG:
5         Q.    Do you know what Triumph's
6    processing capacity at the St. Joseph plant
7    was in 2018?
8         A.    Approximately 21,500.
9         Q.    Okay.  Do you -- do you know
10   what Triumph's processing capacity was when
11   it began operations?
12        A.    When we began operations in
13   2006, we started out with a single-shift
14   operation.  We still had some inefficiencies
15   due to start-up.  We were processing 6- to
16   7,000 head a day in the early weeks of our
17   start-up.
18        Q.    Okay.  How about in 2008?  Do
19   you recall what Triumph's processing
20   [indiscernible]?
21                     *   *   *
22              (Court reporter clarification.)
23                     *   *   *
24   BY MR. SPUNG:

HIGHLY CONFIDENTIAL

Page 252

1          Q.     Do you recall what Triumph's

2     processing capacity was in 2008?

3          A.     In 2008, I believe we would

4     have been around 19,000 operating capacity.

5          Q.     Okay.  How long did it take

6     Triumph to reach the capacity of 21,500 from

7     its 19,000 capacity in 2008?

8                 MS. VAN ENGELEN:  Object to

9            form.

10                THE WITNESS:  We had to make

11           some capital improvements on some of

12           our facility and had to reorganize

13           some of our operating schedules to

14           work through some breaks.  So it took

15           a couple of years, several years to

16           increase that capacity.

17    BY MR. SPUNG:

18         Q.     If I were to use the term

19    "capacity utilization," do you have an

20    understanding of what I mean?

21                MS. VAN ENGELEN:  Object to

22           form.

23                THE WITNESS:  Yes.

24    BY MR. SPUNG:

Page 253

1        Q.     Okay.  What was Triumph's usual

2    capacity utilization during your tenure at

3    Triumph?

4        A.     Our normal utilization is to be

5    running at full -- at near full capacity,

6    with the exception of downtime -- downtime or

7    other unusual events.

8        Q.     Okay.  Has there ever been a

9    prolonged period since 2008 when Triumph has

10   operated significantly below its capacity?

11            MS. VAN ENGELEN:   Object to

12        form.

13            THE WITNESS:   No.

14   BY MR. SPUNG:

15        Q.     Okay.  Would it ever have been

16   in Triumph's interest or to its benefit in

17   any way to operate significantly below its

18   capacity for a prolonged period of time?

19            MS. VAN ENGELEN:   Object to

20        form.

21            THE WITNESS:   No.

22   BY MR. SPUNG:

23        Q.     This is a bit of an odd

24   question.  Bear with me.

HIGHLY CONFIDENTIAL

Page 254

1          Throughout your tenure at

2    Triumph Foods, how would you describe the

3    number one operational objective that you

4    had?

5          A.    The number one operational

6    objective is to run our facility as

7    efficiently as we can and to operate at full

8    available capacity of our facility.

9          Q.    Are you aware, sir, of any

10   infrastructure capital investments Triumph

11   made to support those objectives?

12         A.    Yes.

13               MS. VAN ENGELEN:   Object to

14         form.

15               THE WITNESS:   Yes.

16   BY MR. SPUNG:

17         Q.    Can you describe those for me?

18         A.    It would --

19               MS. VAN ENGELEN:   Object to

20         form.

21               THE WITNESS:   It would include

22         a capital project to expand our

23         equilibration bays [indiscernible].

24               *   *   *

HIGHLY CONFIDENTIAL

Page 255

1                    (Court reporter clarification.)

2                          *  *  *

3                    THE WITNESS:   It would include

4          capital projects to include the

5          expansion of our equilibration bays so

6          that we can store more carcasses that

7          we process from the kill floor.

8                    We also made investments for

9          equipment to provide additional

10         automated technology to help improve

11         our line efficiencies.

12    BY MR. SPUNG:

13              Q.      Anything else that you'd like

14    to add?

15                   MS. VAN ENGELEN:   Object to

16         form.

17                   THE WITNESS:  We also made --

18         added a freezer to our plant to allow

19         for more temporary storage of frozen

20         product to help with logistics of

21         moving product from our plant to

22         customers.

23    BY MR. SPUNG:

24              Q.    Okay.  What would your personal

HIGHLY CONFIDENTIAL

Page 256

1    role have been in achieving the operational

2    objective you said a moment ago?

3                    MS. VAN ENGELEN:  Object to

4            form.

5                    THE WITNESS:  My primary

6            responsibility is to ensure that we

7            have adequate hog supplies available

8            on a daily basis to fulfill our

9            operating capacity of our plant.

10   BY MR. SPUNG:

11           Q.     Do you believe you've been

12   successful in -- in reaching that goal?

13           A.     Yes, I do.

14           Q.     Do you know who the defendants

15   are in this case specifically?

16           A.     I don't know that I could list

17   all of them.

18           Q.     Okay.  I'll represent to you

19   the defendants are Smithfield, JBS, Clemens,

20   Hormel, Seaboard, Tyson, Agri Stats, and at

21   one point Indiana Packers.

22                  So when I say the word

23   "defendants" from here on, will you

24   understand that word to refer to those

HIGHLY CONFIDENTIAL

Page 284

1                    ACKNOWLEDGMENT OF DEPONENT

2

3          I, __Jerry Lehenbauer____, do hereby

4     certify that I have read the foregoing pages

5     _1 to 282 and that the same is a correct

6     transcription of the answers given by me to

7     the questions therein propounded, except for

8     the corrections or changes in form or

9     substance, if any, noted in the attached

10    Errata Sheet.

11

12    11/10/2022                    _Jerry Lehenbauer_____

13    DATE                          SIGNATURE

14

15

16

17

18

19

20

21

22

23

24

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

# EXHIBIT B

# DEPOSITION OF MATT ENGLAND
# TRIUMPH CEO

HIGHLY CONFIDENTIAL

Page 1

1           UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA

2

3     IN RE                    : CIVIL NO.:
                                : 18-cv-1776 (JRT/JFD)
4     PORK ANTITRUST            :
      LITIGATION                :

5

6                      *   *   *

7      VIDEOTAPED DEPOSITION OF MATTHEW ENGLAND
8           THURSDAY, SEPTEMBER 22, 2022
9               HIGHLY CONFIDENTIAL
10                     *   *   *
11

12        Videotaped deposition of MATTHEW
13    ENGLAND, taken remotely, commencing at
14    9:14 a.m. before Debbie Leonard, Registered
15    Diplomate Reporter, Certified Realtime
16    Reporter.

17

18

19

20

21

22                     *   *   *

             VERITEXT LEGAL SOLUTIONS
23             MID-ATLANTIC REGION
            1801 Market Street - Suite 1800
24         Philadelphia, Pennsylvania 19103

HIGHLY CONFIDENTIAL

Page 11

```
 1              THE VIDEOGRAPHER:  Good
 2         morning.  We are on the record.
 3         Today's date is September the 22nd,
 4         2022, and we are going on the record
 5         at 9:14 a.m.
 6                  This is the video deposition of
 7         Matt England in the matter of Pork
 8         Antitrust Litigation.  The case number
 9         is 18-1776 (JRT/HB).
10                  This deposition is taking place
11         at Husch Blackwell, Kansas City,
12         Missouri.
13                  Will the court reporter please
14         swear in the witness.
15                       *   *   *
16                  MATTHEW ENGLAND,
17    having been first duly sworn, testified as
18    follows:
19                       *   *   *
20                     EXAMINATION
21                       *   *   *
22    BY MR. SHIFTAN:
23         Q.    Good morning, Mr. England.
24         A.    Good morning.
```

HIGHLY CONFIDENTIAL

Page 77

1            So the marketing agreement is a

2       pretty unusual document.  So part of

3       the challenge for Triumph, the

4       producers were concerned about how do

5       we get our product sold because you

6       have to have a sales system.  You have

7       to have codes and brand information,

8       et cetera.

9            So they entered into this

10      agreement with Seaboard.  And it's an

11      interesting document because it's not

12      like what we might encounter in normal

13      pork processing operations with, like,

14      a co-packer, for example.

15           So sometimes what happens for a

16      processor is they might either pay

17      somebody a fixed fee to do some

18      element of processing.  So let's say

19      we wanted to do co-packed hams.  We

20      might pay a company to do the smoking,

21      injecting, slicing, and packaging of

22      the hams and give them back to us, and

23      they'd receive only a fee.

24           Or the other model is you sell

HIGHLY CONFIDENTIAL

Page 78

1          the hams to the co-packer and then you

2          buy them back.  Well, that's not what

3          this arrangement is.

4                    This arrangement is a little

5          bit more analogous to kind of buying

6          half of Seaboard's sales force.

7                    So what happened, Triumph

8          entered into this agreement, and for

9          pork, Triumph was precluded from

10         selling or to making marketing efforts

11         directly or indirectly for the

12         products produced at the St. Joe

13         plant.

14                    In exchange, Seaboard Foods

15         assumed the obligation to market the

16         products from the St. Joe plant and to

17         get the highest aggregate margins for

18         the products, to handle scheduling, to

19         handle distribution, and to do so in a

20         non-discriminatory way.

21                    So the marketing agreement is a

22         little bit unusual because part of the

23         challenge is what you have to do in

24         monitoring the agreement is to make

HIGHLY CONFIDENTIAL

Page 79

1          sure you're indifferent.

2                  So the classic example, if I

3          was telling somebody, if Seaboard was

4          producing a high-value Japanese export

5          loin, right.

6                  So both plants from their

7          inception were designed with

8          capabilities to produce high-quality,

9          long-shelf-life product to export to

10         the most valuable market in the world,

11         and if that loin was scheduled for

12         Guymon, Oklahoma, and another type of

13         loin, a different style, different

14         production, but with less margin, was

15         scheduled for St. Joe and that

16         happened on a regular basis, that

17         could be problematic in terms of what

18         total returns are.

19                 So the way the marketing

20         agreement works is it allows for each

21         entity to receive back their cost of

22         production based on a standard

23         calculation.

24                 And then margins are shared

HIGHLY CONFIDENTIAL

Page 232

1          seems like a strange way of phrasing
2          something if it was an internal
3          document, like, if it was a note from
4          me to Joe or Joe to Rick or somebody.
5                  But yeah, my testimony was that
6          I was unsure exactly who authored or
7          who was involved in the preparation of
8          this draft.
9                  I do remember there was a
10         notable change when we did the
11         financing with Bank of America, their
12         people were much more involved in kind
13         of putting together the documents and
14         records.
15                 I think Bank of America does a
16         lot more business for syndicate
17         lending than the Farm Credit System.
18    BY MR. SMITH:
19         Q.     And I believe you also
20    testified that the reference on -- in this --
21    references in this document were to Triumph
22    member-owned sows, not Triumph-owned sows,
23    correct?
24         A.     Yeah.  I think --

HIGHLY CONFIDENTIAL

Page 233

1              MR. SHIFTAN:  Objection to

2         form.

3              THE WITNESS:  I think what

4         happened was I kind of explained to

5         plaintiffs' counsel that effectively

6         in this business is a shorthand, that

7         everybody would have understood that

8         Triumph Foods in this context for hog

9         producers referred to the Triumph

10        members.

11              And I think when I went through

12        here, I identified, it's clearly

13        referenced in that table who the

14        members are, and it's their sows that

15        are aggregated, much like -- and I

16        think I gave counsel the example of

17        the Pipestone system or the Carthage

18        system or other producer collectives.

19   BY MR. SMITH:

20        Q.    You also referenced the

21   context -- the financials and the overall

22   context of this agreement in which, I believe

23   you said as well, made it very clear that

24   Triumph does not own sows and had no sow

HIGHLY CONFIDENTIAL

Page 234

1    operations, correct?

2              A.      Right.

3                      MR. SHIFTAN:   Objection to

4         form.

5                      THE WITNESS:   There would not

6         have been any confusion.   When we put

7         together the lending documents they

8         would have had our financial

9         statements.   The financial statements

10        would have had footnotes that

11        described our business, which is pork

12        processing.

13                     But it would not have had sows.

14        It would not have had piglets.   It

15        would not have had inventory

16        associated with raising pigs, futures

17        contracts associated with grain.

18                     When the banks formed the

19        covenants for the loan, they wouldn't

20        have had a security interest and they

21        would not have had a security in any

22        hog production assets since Triumph

23        has no hog production assets.

24   BY MR. SMITH:

HIGHLY CONFIDENTIAL

Page 235

1          Q.      Okay.  And I'd like to, if we

2     could, turn to a couple other pages that

3     counsel did not show you.  If you could go to

4     the page Bates-stamped in the bottom

5     TRI373911.  That's page 5 of the draft

6     presentation.

7                  Do you see at the top it's --

8     again, we're early in this document.

9     "Transaction Summary."  There's a section

10    heading "Introduction"?

11         A.      Introduction, yes.

12         Q.      And below -- at the very bottom

13    of the page there's a paragraph, and I'm just

14    going to read it.  "Formed and owned by a

15    small group of independent hog producers (the

16    "Members"), Triumph began operations in

17    January of 2006.  The Members include some of

18    the most recognized and successful hog

19    producers in the nation and, in aggregate,

20    would represent the second-largest hog

21    producer in the US."

22                 Mr. England, is that consistent

23    with your understanding that Triumph was

24    consistent in representing that the members,

HIGHLY CONFIDENTIAL

Page 240

1   number of sows that they produce, an

2   estimated number of pigs that they deliver to

3   Triumph.

4                    Importantly, generally

5   speaking, the number of sows that they have

6   would result in a number of pigs greater than

7   their delivery obligation.

8                    And then it also generally, for

9   each of the members, identifies their

10  ownership percentage in Triumph Foods.

11                   In a few of them, so, for

12  example, in Allied Producers' Cooperative, it

13  acknowledges the fact that that member is

14  made up of a group of multiple family-owned

15  producers, and so they are kind of a small

16  aggregate group within our larger aggregate

17  group.

18                   It also gives kind of some just

19  basic background talking about Eichelberger

20  Farms, a family-owned operation that Dave

21  Eichelberger and his family started in 1972.

22       Q.    In addition, as with the

23  previous bulleted list that we looked at, I

24  believe on page 6, do these bullets tell us

Page 241

1    anything about sow ownership associated with

2    the members of Triumph farms?

3                    MR. SHIFTAN:  Objection.  Form.

4                    THE WITNESS:  Triumph --

5    BY MR. SMITH:

6            Q.    I'm sorry.  Do these -- let me

7    strike that.

8                    Again, consistent with what we

9    looked at on page 5 of this -- 6 of this

10   document, do these bullets tell us anything

11   about sow ownership by the members of Triumph

12   Foods?

13                   MR. SHIFTAN:  Same objection.

14                   THE WITNESS:  So these bullets

15           talk about the sows that are owned by

16           the members of Triumph Foods.  There

17           are no sows owned by Triumph.  You

18           know, for an example, what I just

19           said, I mean, Dave Eichelberger

20           started his hog farming operations in

21           1972.  He owned sows before Triumph

22           was even conceived and he continued

23           his ownership after Triumph was

24           started.

Page 242

```
 1                  He did not transfer his
 2             ownership of his sows.  He bought
 3             equity in the Triumph processing plant
 4             and he signed a member HPA.
 5    BY MR. SMITH:
 6        Q.    And I believe you've testified
 7    to this previously, but just to be clear, do
 8    you believe there was any confusion, at least
 9    in this document, or frankly, in the pork
10    industry, as to whether or not Triumph had
11    live farm operations and owned sows?
12                  MR. SHIFTAN:  Objection to
13             form.
14                  THE WITNESS:  It's a little
15             difficult for me to give a complete
16             answer to that because Triumph Foods,
17             we're different than other hog
18             companies.
19                  I mean, we are not involved in
20             the sales of our pork products.  We
21             don't raise pigs.  We just process.
22             We don't go around to the industry
23             very often with communications.  We're
24             pretty self-focused.
```

HIGHLY CONFIDENTIAL

Page 243

1              But I believe not only would
2          the bankers and lenders who are
3          associated here understand that
4          Triumph Foods doesn't own sows, the
5          industry would understand that Triumph
6          Foods doesn't own sows, the customers
7          would understand that Triumph Foods
8          doesn't own sows.  Legislators and
9          other people who interact with our hog
10         producers across the states would
11         understand that those sows are owned
12         by Christensen Farms or New Fashion
13         Pork or Eichelberger.
14              I think generally and fairly
15         easily it can be discerned that
16         Triumph Foods does not own sows.
17    BY MR. SMITH:
18         Q.    Does Triumph grow hogs?
19         A.    Triumph doesn't raise any pigs.
20    We don't contract any barns.  We don't own
21    any feed mills.  We don't buy any grain.  We
22    don't raise pigs.
23         Q.    And I believe you said that
24    would be clear from anyone who looked at any

HIGHLY CONFIDENTIAL

Page 244

1    of Triumph's audited financial statements,

2    correct?

3                    MR. SHIFTAN:   Objection to

4         form.

5                    THE WITNESS:   I believe that it

6         would be clear if you looked at our

7         audited financial statements.   I mean,

8         part of the challenge is they're --

9         and we talked about this earlier when

10        plaintiff -- counsel was asking

11        questions.

12                   You know, it's important to

13        understand pork isn't chicken, and so

14        there's a much longer lifecycle from

15        when you breed the sow to when you

16        deliver animals.

17                   And so you build up a

18        tremendous amount of inventory, and

19        customarily, I think the standard

20        practice for most people who are

21        feeding pigs would be to have

22        derivative contracts associated with

23        soybean meal or corn.

24                   We don't have any of those

HIGHLY CONFIDENTIAL

Page 245

1          contracts.  We don't have the

2          inventory associated with live pigs.

3          We don't have contracts or other

4          things in place with feed milling

5          operations or transportation.

6                   We don't disclose any of that

7          on our financial statements.  And we

8          don't have to because that's not the

9          business we're in.

10    BY MR. SMITH:

11          Q.     Has Triumph ever had live farm

12    or sow operations?

13          A.     No, we have never had live farm

14    operations or sow operations.

15          Q.     Has Triumph ever owned sows?

16          A.     We have never owned sows.

17          Q.     And I assume this is fair, but

18    if Triumph has never owned sows, has Triumph

19    ever reduced a sow herd?

20          A.     We have never --

21                 MR. SHIFTAN:  Objection to --

22                    *   *   *

23                 (Court reporter clarification.)

24                    *   *   *

Page 246

```
 1    BY MR. SMITH:
 2              Q.    Has Triumph ever reduced a sow
 3    herd?
 4                    MR. SHIFTAN:  Objection to
 5              form.
 6                    THE WITNESS:  We don't have a
 7              sow herd to reduce.  And we don't have
 8              the ability to make that decision.
 9              We've never made that decision.  And
10              it -- it's -- part of the thing about
11              it is talking about sows is really a
12              complete misunderstanding of what we
13              do.
14                    At Triumph Foods, we process
15              market hogs.  And sows are related to
16              market hogs but the relationship is
17              not one to one.
18                    So there are some hog producers
19              who have a lot of sows but they may
20              not have very much output.  Maybe they
21              have raised those pigs in an area
22              that's hot or they have disease or
23              other morbidity challenges.
24                    But over time, and if you look
```

HIGHLY CONFIDENTIAL

Page 247

1           at the publicly available USDA

2           information, sows become more

3           productive.  So just because you have

4           a sow, over time, you'd actually

5           produce more pigs, and if the pigs

6           were healthier or if they were

7           impacted by morbidity, it would change

8           the delivery.

9                 So part of the challenge that's

10          interesting on that question is we

11          don't care about sows.  Our contracts

12          are only for pigs delivered to our

13          plant.

14   BY MR. SMITH:

15          Q.    And is it safe to say that

16   Triumph has procured or purchased every hog

17   that it has ever processed from -- strike

18   that.

19                Is it fair to say that Triumph

20   has processed every hog that it has ever

21   purchased from hog producers?

22                MR. SHIFTAN:  Objection to

23          form.

24                THE WITNESS:  None of them

HIGHLY CONFIDENTIAL

Page 248

1          ended up as pets, right.  So whatever
2          we process -- now, I want to be -- so
3          for kind of complete accuracy, when
4          pigs come in, if a non-market hog is
5          delivered, so let's say it's a pig
6          that has a tail bite abscess, a water
7          belly -- Debbie, am I at, like, 300
8          words a minute?
9                  THE REPORTER:  Kind of, yes.
10                 THE WITNESS:  I apologize.
11          Please feel free to pipe in.  I want
12          to make sure it's accurate.
13                 So if we have a defect with a
14          pig that comes in, those would be a
15          resale pig.  And generally, we could
16          process those, although the USDA would
17          kind of frown upon it because we want
18          to make wholesome pork.  And we're not
19          a cold hog operation.  We're a market
20          hog operation.
21                 So we usually resell those pigs
22          so that we can continue to maximize
23          throughput, but we don't process
24          boars.  We don't process sows.

HIGHLY CONFIDENTIAL

Page 249

1                When we receive the pigs, we

2           don't pay for the pigs until they've

3           been dressed, and we pay for them at

4           the hot scale.  There's probably a

5           couple of times when we've paid for a

6           pig because it stayed in the yard for

7           longer than 24 hours, but every pig

8           that we've ever paid for at Triumph

9           Foods, we paid for it and we received

10          it with the original intent of

11          processing that pig and turning it

12          into pork.

13   BY MR. SMITH:

14          Q.     So fair to say Triumph doesn't

15   have any interest in any hog or hog product

16   until it receives them and processes them at

17   the Triumph facility?

18                 MR. SHIFTAN:  Objection to

19          form.

20                 THE WITNESS:  No, we don't have

21          any interest in contract pigs.  We

22          don't procure them ahead of time.  We

23          have contracts, but we don't go out

24          and kind of essentially, like, sort of

HIGHLY CONFIDENTIAL

Page 250

1          purchase them on the farm knowing

2          they're coming to us.

3                 To my knowledge -- and this

4          would be a better question for Jerry

5          Lehenbauer -- but I don't believe that

6          we actually have an account at the

7          Mercantile Exchange to even buy hog

8          futures.

9                 We don't do that as a part of

10         our procurement.  We have negotiated

11         transactions, formula transactions,

12         and hog contracts.

13    BY MR. SMITH:

14         Q.     Does Triumph have any ownership

15    interest in any of its members?

16         A.     No.

17         Q.     Has it ever?

18         A.     No.

19         Q.     Does Triumph have any control

20    over the size of its members' sow herds?

21         A.     No.

22         Q.     Has it ever?

23         A.     No.

24         Q.     Does Triumph have any influence

HIGHLY CONFIDENTIAL

Page 251

1    over the size of its members' sow herds?

2              A.      No.

3                    MR. SHIFTAN:  Objection to

4          form.

5                    THE WITNESS:  And that's one of

6          those where more than just a simple

7          no.  It's important to understand.

8              The members produce more pigs

9          than we need, and they produce them in

10         different geographies.

11                   So not only do I not have any

12         say in how many sows Dave Eichelberger

13         has, but it really wouldn't be

14         appropriate because I've got five

15         minority shareholders, members, in the

16         company, and to try to influence what

17         they do with their sow production

18         would be inappropriate given their

19         different circumstances, different

20         markets, different history, different

21         relative sizes.

22   BY MR. SMITH:

23             Q.      And not just sow production,

24   but does Triumph have any control over the

HIGHLY CONFIDENTIAL

Page 252

1    total number of hogs produced by its members?

2              A.      We have no --

3                      MR. SHIFTAN:    Objection to

4         form.

5                      THE WITNESS:    -- control over

6         the total number of -- the only thing

7         we control at Triumph Foods is our

8         ability to operate our plant.    And

9         every day we operate our plant to try

10        to process as many pigs as we can.

11   BY MR. SMITH:

12             Q.      Okay.   I think you just

13   answered this, but do you -- and you may not

14   have direct knowledge of this, but I'm

15   curious.   Do you know if Triumph members are

16   then selling hogs to hog processors --

17   processors that are not Triumph Foods?

18                     MR. SHIFTAN:    Objection to

19        form.

20                     THE WITNESS:    So we don't get

21        involved in the members' business

22        outside of Triumph.    But I told you

23        that based on what their sows were and

24        based on what's in this document, I

HIGHLY CONFIDENTIAL

Page 253

1          believe -- and I'm not exactly sure

2          which page it is.  We can flip to it

3          if it's necessary.

4                  But it refers to 8 million

5          market pigs being produced as an

6          estimate, and that's greater than what

7          we processed.

8                  I mean, we started out and we

9          processed, you know, around 4 or 5

10         million pigs.  We got up to 6 million,

11         kind of 6.1 at our peak, but 8 is

12         beyond that.

13                 And unless there's a new trend

14         in American companion animals, those 2

15         million pigs didn't show up in

16         households.  So somebody had to

17         process them, and they were

18         responsible for making those

19         arrangements.

20    BY MR. SMITH:

21         Q.     All right.  Thank you,

22    Mr. England.  I want to ask you a few more

23    questions about some of the documents that

24    counsel showed you.

HIGHLY CONFIDENTIAL

Page 254

1          A.      Are we done --

2          Q.      And we can put this one -- yes,

3     we're done with that one.  And we can

4     probably put this one on the screen.  I don't

5     know that we need to dig for it.  This is

6     Plaintiffs' Exhibit, I believe, 2066.

7                    MR. SHIFTAN:  Do you have the

8          tab number still?

9                    MR. SMITH:  I think it's JJ.

10    BY MR. SMITH:

11         Q.      Mr. England, can you see what

12    has been put on the screen as Plaintiffs'

13    Exhibit 2066?

14         A.      I can.

15         Q.      Do you recognize this document?

16         A.      This is what we were just

17    talking about with plaintiffs.  This was --

18    appears to be an e-mail sent from me to Shane

19    Brewer.

20         Q.      And counsel didn't ask you a

21    single question about this document, did he?

22         A.      I think we talked --

23                   MR. SHIFTAN:  Objection to

24         form.

HIGHLY CONFIDENTIAL

Page 260

1          A.      Well, I set this aside while I
2     was flipping through the exhibit when
3     plaintiffs' counsel gave it to me.
4               And I -- so I remember this
5     chart for a couple different reasons.  But I
6     believe what this was a survey of the
7     buyers of our product.  So Seaboard
8     engaged -- and they may have engaged a
9     third-party survey company to do the
10    interviews to ensure they were impartial, or
11    they may have done it on their own.  I don't
12    recall the specifics.
13              But effectively, they were
14    asking buyers of pork, probably likely
15    plaintiffs, although I don't know.  I don't
16    have the specifics.  I'm sure there's some
17    sort of record.  But attributes about
18    Seaboard's sales of pork relative to other
19    providers of pork in the industry.
20              So this table has Seaboard
21    Foods, has Smithfield/Farmland, Tyson,
22    JBS/Swift, Hormel, and Other.
23              And what it says in it, it says
24    a couple of things that I think are pretty

HIGHLY CONFIDENTIAL

Page 261

1    interesting.  It says that, you know,

2    Seaboard did a good job of delivering

3    available product, service, response.  The

4    product quality is decisively in favor of

5    Seaboard Foods, and probably from an overall

6    margin maximizing standpoint, I don't know if

7    this is the case, because being the best in

8    quality and the best in value is probably not

9    always a winner, but it's an opportunity

10   where the customers said that what they were

11   buying, they believed that they were getting

12   good value for their money's worth in terms

13   of competitive pricing, product availability,

14   and price/quality ratio.

15          Q.      Thank you, Mr. England.

16                  I'd like to ask a little bit

17   more about the St. Joe facility.  Does -- how

18   many -- how many shifts does Triumph operate

19   at St. Joe?

20          A.      Triumph operates a day shift,

21   an A shift and a B shift.  So we have a

22   two-shift kill.  There's a sanitation shift

23   that gets cleaned up overnight, but the

24   facility -- and it's -- it's gigantic.  It's

HIGHLY CONFIDENTIAL

Page 262

1    800,000 square feet.

2                    The way you kind of generally

3    would refer to the facility is a two-shift

4    plant because we have two shifts of

5    inspection.  Every day we've got, you know,

6    11 federal inspectors available per shift for

7    operations.

8                    We're never operating without

9    federal inspection.  And so each shift has

10   those 11.  There's 22 in total.  And that's

11   our regular operating schedule.

12         Q.    Is a two-shift approach common

13   among pork processors?

14         A.     No.  Well, let me kind of

15   clarify.  There are a number of two-shift

16   plants in the US.  But there's an awful lot

17   of one-shift plants.

18                    If you take a look at the

19   Agri Stats summaries, you'll see, you know,

20   kind of dramatically different processing

21   volumes.  Those would be one-shifters, like

22   Monmouth that I recently just talked about.

23                    Recently -- it's -- I think if

24   you go way back in time, the two-shift plant

HIGHLY CONFIDENTIAL

Page 263

1    was more common.  So, for example, I talked

2    about the Sioux Falls plant that's been

3    around since the early 1900s, but in almost

4    the last 30 years, kind of going from the

5    construction of Guymon to today, you know,

6    Guymon was built, Milan was built, St. Joe

7    was built, Windom was built, Rantoul was

8    built, Moon Ridge, Prestage, Clemens'

9    Coldwater plant, Sioux City.

10              You look at all those and

11   even -- and in the press, Wholestone has made

12   significant investments in its Fremont plant

13   to add the capability to process a second

14   shift.

15              But of all the plants I listed,

16   there are only three plants that have

17   successfully gone to double shift, even

18   though, like, the Clemens plant in Coldwater

19   or the Prestage plant in Eagle Grove are

20   constructed state-of-the-art plants; they are

21   big enough to support a second shift.  But

22   the challenge is, is that actually pulling

23   off a second shift is pretty difficult.

24              I mean, we've gone on each

HIGHLY CONFIDENTIAL

Page 264

1    shift, you know, a little bit more than a

2    thousand people, and having people that come

3    in at night and are willing to do that and

4    all the people that have to support it and

5    clean, you have to be able to clean a very

6    large facility in a hurry.

7                    It takes obviously more time to

8    clean a bigger facility -- or more work to

9    clean a bigger facility -- but in a two-shift

10   operation, you have substantially less time

11   for a cleaning cycle than you do in a

12   one-shift operation.  So there are --

13                    *   *   *

14                    (Court reporter clarification.)

15                    *   *   *

16                    THE WITNESS:  So there are

17         two-shift plants, and I wouldn't

18         necessarily say they are uncommon, but

19         in recent history, they're relatively

20         uncommon.  There's a lot more

21         operating at one-shift right now.

22   BY MR. SMITH:

23         Q.    Just to clarify, in recent

24   history, of those you listed, which ones, if

HIGHLY CONFIDENTIAL

Page 265

1    you know, were able to successfully achieve a
2    second shift?
3            A.    To my knowledge, Guymon,
4    Oklahoma, and that's Seaboard's plant.
5            Q.    Okay.
6            A.    St. Joseph, Missouri, Triumph's
7    plant, and Sioux City, Iowa, the Seaboard
8    Triumph Foods plant.
9            Q.    Okay.  Thank you, Mr. England.
10            I'd like to ask you a couple
11   questions about the allegations in this case.
12   Obviously, you're aware that Triumph is a
13   defendant in this antitrust litigation.
14   That's why we're here today.
15            And I think you testified
16   earlier you have a general understanding of
17   who the plaintiffs are, correct?
18            A.    I do.  I -- I mean, I know that
19   there's opt-outs and other things.  I looked
20   at the Third Amended Complaint.  So in my
21   mind, it's buyers of pork.
22            Q.    I'm going to read to you a few
23   of the allegations that plaintiffs have made
24   in this case, and I'd like to get your

HIGHLY CONFIDENTIAL

Page 266

1    response or reaction to those.  Is that okay?

2         A.    Yeah.

3         Q.    During 2009, Triumph reduced

4    the number of sows that it had from 396,000

5    to 371,500.  How would you respond to that

6    allegation, Mr. England?

7         A.    Well, a couple of things.

8         First of all, Triumph Foods

9    doesn't have any sows.  So on its face,

10   that's incorrect.

11             And, I mean, I don't know what

12   the implications are because that many sows

13   doesn't have anything to do with Triumph

14   Foods' ability to fully operate its plant and

15   produce at optimum and deliver pork into the

16   market.

17             So we don't have any sows, and

18   any of that change would not have affected

19   Triumph's ability to produce pork.

20        Q.    Okay.  In 2009, Triumph

21   reported substantial cutbacks of

22   approximately 24,500 sows representing over

23   6 percent of its sow herd.

24             How would you respond to that

HIGHLY CONFIDENTIAL

Page 267

1    allegation, Mr. England?

2              A.      So much like the previous

3    question.   And we went through this

4    extensively.   Triumph doesn't have any sows.

5    So the first part would be Triumph couldn't

6    have made any cuts, didn't make any cuts in

7    its sow herd because it didn't have a sow

8    herd.

9              The second thing is -- and I

10   talked about this a little bit earlier in my

11   testimony.   We're interested in pigs, and so

12   if -- if I said I've got a plant with

13   generally a fixed capacity, and every day

14   we're processing a certain number of pigs --

15   and you have to do that because the way you

16   have flows through the system.   So pigs are

17   born from sows on sow farms and then they go

18   to potentially nurseries or finishers in a

19   wean-to-finish operation.   And there's a flow

20   because pigs go to market and then new pigs

21   come in.

22             So once you have that flow, all

23   other things equal, just given the general

24   trend -- and you can see this in USDA

HIGHLY CONFIDENTIAL

Page 268

1    numbers -- productivity of the sows is

2    increasing.

3              And things like the circovirus

4    vaccine are introduced all the time, so not

5    only do the sows give more piglets, but when

6    the circo vaccine comes in, those piglets are

7    more likely to thrive and come to market.

8              So if you had a fixed finisher

9    system, you would, over time, have to reduce

10   your sows just in order to make sure that you

11   didn't produce pigs that you didn't have any

12   ability to finish.

13             So I think there's a couple of

14   different things.  I don't want to get too

15   carried away or give Debbie carpal tunnel.

16             Triumph doesn't own any sows

17   and could not and did not make any decisions

18   to reduce its sow herd.  And the decision or

19   the reduction made by anybody out in the

20   market related to sows does not by itself

21   necessarily influence the availability of

22   market hogs, which is what we process at our

23   plant to produce pork.

24        Q.    Okay.  Next one:  Triumph

Page 269

1    reduced the number of sows by 14,500 at its
2    Christensen facility.
3          A.      Without repeating all the
4    caveats before, we don't own sows.  We don't
5    own the Christensen facility.  We didn't make
6    any decisions to reduce sows.
7          Q.      Has Triumph ever owned a
8    Christensen facility?
9          A.      We've never owned a Christensen
10   facility.
11         Q.      To the extent that phrase
12   refers to Christensen Farms, does Triumph own
13   Christensen Farms?
14         A.      Triumph does not own
15   Christensen Farms.
16         Q.      Does Triumph have control over
17   the number of sows maintained by Christensen
18   Farms?
19         A.      We have no control --
20               MR. SHIFTAN:  Objection to
21         form.
22   BY MR. SMITH:
23         Q.      How about the number of hogs
24   produced --

HIGHLY CONFIDENTIAL

Page 270

1                    *   *   *

2              (Court reporter clarification.)

3                    *   *   *

4              THE WITNESS:  We have no

5        control over the sows that Christensen

6        makes.  We have no control over the

7        number of pigs that they produce.  We

8        don't have control over their

9        approaches with marketing, target

10       weights, other things.

11              Those decisions are all made by

12       Christensen Farms, and they have a

13       staff that does that on their behalf.

14       Q.    Okay.  Next one:  Triumph

15  reduced the number of sows by 4,000 at its

16  New Fashion Pork facility.

17              How would you respond to that

18  allegation, Mr. England?

19       A.    I'm going to sound a little bit

20  like a broken record, but Triumph Foods

21  doesn't have any sows.  Triumph Foods didn't

22  make any decisions to reduce sows.  Triumph

23  Foods doesn't have a New Fashion facility.

24  Triumph Foods has never had a New Fashion

HIGHLY CONFIDENTIAL

Page 271

1    facility.   Triumph Foods makes no decisions

2    about New Fashion Pork facilities.

3         Q.     Okay.  Next one:  Triumph

4    reduced the number of sows by 5,000 at its

5    Eichelberger facility.

6              How would you respond to that

7    allegation, Mr. England?

8         A.     Triumph doesn't have any sows.

9    Triumph didn't make any decisions to reduce

10   sows.  Triumph doesn't have an Eichelberger

11   facility.  Triumph doesn't make any decisions

12   about Eichelberger operations or facilities

13   or sow numbers.

14        Q.     Has Triumph ever had an

15   Eichelberger facility?

16        A.     Triumph has never had an

17   Eichelberger facility.

18        Q.     Next one:  Triumph and Seaboard

19   have a longstanding marketing agreement where

20   hogs processed by Triumph were marketed by

21   Seaboard.

22              How would you respond to that

23   allegation, Mr. England?

24        A.     Talked to plaintiffs' counsel

HIGHLY CONFIDENTIAL

Page 272

1    about it.  We have a marketing agreement and

2    we hired Triumph -- or Seaboard Foods to

3    market and sell all of the products produced

4    out of the St. Joe plant.

5            Q.     So that one is true?

6            A.     It is true.

7            Q.     Okay.  Next one:  Thus, the

8    reduction in supply of sows raised by Triumph

9    may result in a reduction in the amount of

10   pork that was sold by Seaboard.

11              How would you respond to that

12   allegation, Mr. England?

13           A.     So I want to do that in two

14   parts.  First, and I hope I can just kind of

15   refer to my previous testimony about the

16   relationship of sows and productivity and why

17   that doesn't matter.

18              But I also -- I prepared a

19   schedule today to help kind of talk a little

20   bit about Triumph Foods and its history, and

21   what's important to understand is we've had

22   nothing but increased growth at Triumph

23   Foods.  I think actually, if you look in the

24   marketing agreement or in the Premium Pork

HIGHLY CONFIDENTIAL

Page 275

1          to 1,144,343,100 pounds carcass weight

2          to sell.  So an increase of over 50

3          million pounds.

4               So I think part of the

5          challenge here is that the allegations

6          are -- I mean, they're not accurate

7          because we don't own sows.  They're

8          not accurate because they're not tied

9          to pork.

10               And they're not in any way

11          accurate because Triumph Foods has an

12          almost unbroken chain of increasing

13          pork production in the sale of pork

14          into the market.

15     BY MR. SMITH:

16          Q.    Thank you, Mr. England.  Next

17     one:  In August 2009, Smithfield considered

18     publishing an op-ed saying Seaboard had not

19     taken steps to reduce its pork supply but,

20     quote, "withdrew it after receiving

21     assurances that Triumph was in the process of

22     reducing its production levels by

23     approximately 32,000 sows, an 8 percent

24     reduction from its 2007 levels."

HIGHLY CONFIDENTIAL

Page 276

1              How would you respond to that

2    allegation?

3         A.      First of all, I have no idea

4    what Smithfield or Seaboard or anybody would

5    have thought or how that originated or any

6    other process that would relate to a

7    reduction.

8              What I do know is that in 2007,

9    we made a multimillion dollar expansion for a

10   new equilibration bay at Triumph Foods.  In

11   2008, we added a capacity to our snap chill

12   to allow us to process bigger pigs and

13   produce higher quality.

14             In 2009, we expanded our

15   capacity all the way up to 19,000.  In 2013,

16   we made an additional capital expansion.  So

17   right after we built the most -- the newest

18   state-of-the-art facility in 2006, by

19   November of 2007, we were investing in

20   capacity expansions on the newest plant in

21   the industry.  And, again, in 2013, we were

22   expanding beyond that.

23             In 2014, because we were

24   limited because we couldn't process under the

HIGHLY CONFIDENTIAL

Page 277

1    HIMP program at rates beyond 1,106, we added

2    new positions to enable continuous throughput

3    in terms of processing to take our total

4    processing capability above 21,000.

5                    And so the idea that there was

6    some change in pork production orchestrated

7    by Triumph Foods at the same time while

8    Triumph Foods is actively and demonstrably

9    increasing the supply of pork on the market,

10   not only because we're processing more pigs,

11   but during this time we're increasing the

12   overall weights of the pigs so each

13   particular pig brought to market is producing

14   more pork.

15        Q.      Okay.  Last allegation:  In

16   February 2017, Seaboard and Triumph Foods

17   announced plans to expand their joint

18   processing -- pork processing facility in

19   Sioux City, Iowa, operated by their 50-50

20   joint venture, Seaboard Triumph Foods LLC, to

21   include a second shift.

22                    In announcing the potential

23   second shift, Mark Porter, Seaboard Triumph

24   Foods chief operating officer, stated, quote,

HIGHLY CONFIDENTIAL

Page 278

1      "The timing of the expansion for a second

2      shift is a result of growing demand for the

3      Seaboard Foods' line of quality pork

4      products, as well as ongoing growth in the

5      industry," close quote.

6                      However, consistent with the

7      conspiracy, Triumph Seaboard postponed the

8      addition of a second shift.

9                      How would you respond to that

10     allegation, Mr. England?

11          A.     So I think the first part of

12     that allegation -- the allegation is

13     categorically wrong.  But it's wrong in such

14     a big way that it needs a little bit more

15     detail.

16                      So the first part of the

17     statement that you started reading was

18     February, right?  So there's a February

19     announcement.  Now, what -- I don't have

20     anything in front of me, but I believe you

21     said February.

22                      What's important about that is

23     the plant wasn't fully constructed in

24     February.  The plant began operations in

HIGHLY CONFIDENTIAL

Page 297

 1           on.
 2                   MR. SMITH:  We did ask, and I
 3           thought everyone was ready, so --
 4                   MR. SHIFTAN:  I certainly
 5           didn't say I'm on, given that I
 6           wasn't.  We were in the breakout room.
 7                   MR. SMITH:  Okay.  Well, I
 8           apologize.
 9                   MR. SHIFTAN:  Move to strike
10           everything before Sam says we weren't
11           in the room.
12                   MR. SMITH:  Okay.
13   BY MR. SMITH:
14           Q.    Mr. England, is Triumph
15   vertically integrated?
16           A.     No.  I think the best
17   description of Triumph Foods -- and it's what
18   I talked earlier with plaintiffs' counsel
19   about, and it's what was in our documents for
20   the lenders.
21                   Triumph Foods is best described
22   as a farmer-owned processor that is able,
23   because of the ownership by its farmers, to
24   achieve some of the benefits of integration

HIGHLY CONFIDENTIAL

Page 298

1      associated with a stable hog supply, you

2      know, understood genetics or nutrition.

3                  But it's really better to

4      characterize Triumph Foods as a farmer-owned

5      processor.

6           Q.     Okay.  But, in fact, Triumph --

7      just to reiterate.  Triumph is not vertically

8      integrated, does not own hog sow operations

9      and it does not make pork sales.  Is that

10     fair?

11                 MR. SHIFTAN:  Objection to

12          form.

13                 THE WITNESS:  Correct.  I mean,

14          Triumph is pretty unique.  You know, I

15          can't -- I -- I don't know if there's

16          any other similar businesses where

17          we're just focused so specifically on

18          operations.  We don't own pigs, we

19          don't produce pigs.  We just process

20          pigs and turn them into pork.  We

21          don't sell pork products.  We've

22          contracted that out.

23                 It's a -- Triumph Foods

24          actually, in many ways, it's almost

HIGHLY CONFIDENTIAL

Page 299

1           the opposite.  I hadn't really thought
2           about it before I'm sitting here.  But
3           it's almost the opposite because we're
4           so hyper-focused on running our plant.
5     BY MR. SMITH:
6           Q.    If the cost to acquire hogs for
7     processing were to increase, what would that
8     mean for Triumph Foods?
9           A.    I mean, all other things equal,
10    if the cost of pigs goes up, the profits at
11    Triumph Foods goes down.
12          Q.    Okay.  Do -- do Triumph pork
13    products get exported?
14          A.    So Triumph was built for the
15    export market, but a couple of things.
16                I know that there were, at
17    least in the Third Amended Complaint, some
18    statements about exports.  And I think,
19    again, it goes to people probably not
20    understanding, you know, just pork is pork,
21    right?
22                For example, if you were
23    familiar with the chicken industry, you kind
24    of think chicken breast or thighs, and

HIGHLY CONFIDENTIAL

                                                Page 300

1    they're kind of interchangeable.  But when

2    you think about the products that we

3    produce -- I'll slow down for a second,

4    Debbie.

5                   For most customers, the

6    products we produce like pork loin are

7    certainly distinguishable from ribs and even

8    more distinguishable from stomachs or pork

9    rectums, right?

10                  I remember when I first joined

11   Triumph, I told plaintiffs' counsel, I was an

12   accountant and not from a processing

13   background.  I wasn't a meat scientist.  And

14   I remember the first thing that one of my

15   friends asked me was is it true what they say

16   about hot dogs?  And I thought, well, no,

17   it's not true.  All that stuff is way too

18   valuable to go into hot dogs.

19                  So things like stomachs and

20   snout and rectums, while they're not a part

21   of the traditional or predominant American

22   diet, we get high prices for pork rectums

23   from South Korea.  We get high prices for

24   scalded stomachs in China.

HIGHLY CONFIDENTIAL

Page 302

1        Q.      Did Triumph's overall export

2    strategy change significantly at any point

3    between when you started at Triumph and

4    today?

5        A.      I don't think so.  I mean, I

6    think the tactics of how we achieved exports

7    probably changed.  Plaintiffs' counsel

8    identified with that first amendment that we

9    made some investments in the plant to produce

10   particular types of product styles.

11              So over time, we would have

12   made, you know -- let me pause for a second.

13              Again, different than chicken

14   breast.  A pork loin can be trimmed in any

15   number of different styles.  So to say, like,

16   the price of pork loins means maybe an

17   aggregate yielded back, but there can be a

18   whole range of different prices.

19              So, for example, when we first

20   started selling, we sold what's called

21   chilled fresh pork loins for Japan.  That's a

22   product that we can sell out of the United

23   States and Canada, but European competitors

24   are unable to sell because the shipping times

HIGHLY CONFIDENTIAL

Page 303

1    are just too long.

2              And there's a premium.  The

3    premium is largely derived because it takes

4    time to get from the US to Japan, and so that

5    additional age creates more elements of

6    tenderness and quality.

7              But over time, we also started

8    to compete in producing frozen loins because

9    we had the capability of producing a

10   high-quality frozen loin, so quick chilled so

11   it maintained color and processing

12   attributes.  And we had the skill and the

13   labor to do the type of supplemental trimming

14   that was necessary to produce that product.

15             So there were, I would call

16   them, tactical adjustments in terms of how we

17   service the markets.  Other markets, maybe

18   value-added markets like China or Russia may

19   have changed over time depending on the

20   political situation with the US and Russia or

21   requirements for the import of meat, but

22   exports have always been important and remain

23   important.

24        Q.     I think you said this, but

Page 304

1    Seaboard handles all of the export of

2    products produced at the St. Joe plant?

3         A.    Right.  For the sale of pork,

4    when Triumph signed the marketing agreement,

5    we agreed that we would not engage in direct

6    or indirect efforts to market our pork

7    products and that Seaboard would handle and

8    be obligated to handle the sale of those

9    products.

10         Q.    Do you know if Seaboard ever

11    exported pork for the purpose of affecting

12    domestic pork prices in some sway?

13         A.    First of all --

14              MR. SHIFTAN:  Objection to

15         form.

16              THE WITNESS:  -- I can't

17         testify to what would have been in the

18         minds of anybody at Seaboard, but to

19         my knowledge, Seaboard would never

20         have exported products to affect

21         domestic prices.

22              I think at all times Seaboard

23         would have -- I hope that they would

24         have because it's their obligation --

HIGHLY CONFIDENTIAL

Page 305

1           maximize aggregate margins and find
2           the best homes for the products that
3           were available for them to sell.
4    BY MR. SMITH:
5           Q.      Are you familiar with the
6    concept of a distressed sale?
7           A.      Yeah.  So let's say a good
8    example would be we produce a product and we
9    ship it and it gets rejected.  Maybe a
10   customer's plant is down.  Maybe there's a
11   quality complaint or a foreign material
12   complaint.
13                  So a product leaves.  The
14   product comes back to the plant, maybe gets
15   reworked.
16                  It's going to seem kind of
17   funny, but the shelf life on the meat that we
18   produce at the plant is pretty long, much
19   longer than what you're used to buying if you
20   just bought fresh pork at your grocery store,
21   right, because we start at the very beginning
22   of the chain.
23                  And at Triumph Foods, the shelf
24   life is a little bit longer just because of

HIGHLY CONFIDENTIAL

Page 340

1          A.        Extensively.

2          Q.        Topic 17:  High-level testimony

3    on Triumph's efforts to monitor packer

4    competition.

5                    Mr. England, were you prepared

6    to provide testimony on this topic today?

7          A.        I am.

8          Q.        And do you have an

9    understanding of what efforts, if any,

10   Triumph took to monitor packer competition?

11         A.        I think I've talked about

12   benchmarking.  I think I've talked about

13   understanding of publicly available reports.

14   In terms of monitoring overall production,

15   Triumph Foods was focused on maximizing the

16   throughput of the Triumph Foods facility.

17         Q.        Topic 18:  High-level testimony

18   on Triumph's systems and mechanisms for

19   analyzing, budgeting or forecasting its

20   processing volume and/or production of

21   processed pork.

22                    Mr. England, were you prepared

23   to provide testimony on this topic today?

24         A.        I am prepared.

HIGHLY CONFIDENTIAL

Page 341

1          Q.     And do you believe you did

2     provide testimony on this topic today?

3          A.     I don't know if we've covered

4     that already.  I mean, our -- we have

5     contracts that dictate what we're going to

6     produce, and usually sometime in the fall of

7     each particular year, Jerry Lehenbauer sends

8     out a calendar and says next year we're going

9     to work 280 days or 283 days.  Every once in

10    a while, a Saturday gets added.

11               Although I will say, for

12    anybody who's looking at this schedule, when

13    you look at the operating days, remember,

14    there's 52 weeks in a year.  There's five

15    weekdays, so 260 days.  We observe Memorial

16    Day, 4th of July, Labor Day, Thanksgiving,

17    New Year's, and Christmas.  So we observe six

18    of those.

19               If we just worked weekdays and

20    we didn't work on holidays, that would mean

21    our operating schedule would be 254 days.

22    But you can see that we would be working

23    usually in excess of 30 Saturdays.  And it's

24    a lot of work.

HIGHLY CONFIDENTIAL

Page 342

1            As Debbie and I were talking

2       earlier, it's, you know, a lot of hand

3       exercises and tough work.  But I think the

4       team at Triumph Foods has always been very

5       interested and takes a tremendous pride in

6       maximizing the facility and what we do.

7            Q.      If I'm reading this right, it

8       looks like for a large period of that period,

9       at least from 2008 to 2018, you were around,

10      looks like, what, 290 days a year?

11           A.      Yeah.  The most -- some of this

12      was probably a consequence -- the highest

13      days were 2014 and after.  Remember, I told

14      you we contracted so many pigs that if they

15      all showed up, they would have been back to

16      City Hall.

17                The challenge is those

18      contracts didn't necessarily end right at the

19      end of 2014, and to the credit of the US hog

20      production industry, the PEDv epidemic really

21      ended as a significant impact on production

22      pretty rapidly in 2015.

23                So they got back to normal

24      production.  You can see fairly sharp

HIGHLY CONFIDENTIAL

Page 345

1           So it's certainly analysis that
2    we have done, but I believe on that topic I
3    came prepared and that I have testified on
4    that today.
5           Q.    Topic 21:  High-level testimony
6    on Triumph's financial relationship with
7    AgStar.
8                 Mr. England, were you prepared
9    to provide testimony on that topic today?
10          A.    I am.  And I believe I did so
11   when we talked about the information
12   memoranda.
13          Q.    Okay.  Topic 22:  High-level
14   testimony on Triumph's financial relationship
15   with Rabobank.
16                Mr. England, were you prepared
17   to provide testimony on that topic today?
18          A.    I am.
19          Q.    And what, if any, relationship
20   has Triumph had with Rabobank?
21          A.    Rabobank was a member of the
22   lender significant -- syndicate.  So -- and I
23   don't remember if they came into the lending
24   in the 2009 refinance or in the 2011

HIGHLY CONFIDENTIAL

Page 346

1   refinance.

2                    But we don't have our credit

3   facility with any single bank.  We have them

4   with farm credit banks as well as commercial

5   banks, and Rabobank was a lender within the

6   commercial bank system.

7         Q.        Mr. England, counsel asked you

8   earlier today what you thought of the

9   allegations in this lawsuit, and I think

10  you've said several times today, at least at

11  a high level, what your reaction is.

12                   But if someone were to say that

13  Triumph participated in some sort of a

14  conspiracy or cartel to reduce the supply of

15  pork in the US, how would you respond?

16        A.        I mean, it's unbelievable on

17  its face.  I mean, just -- and I can only

18  really talk about Triumph Foods.

19                   And I think probably at this

20  point in time, everybody understands Triumph

21  Foods is a pretty unique company.  There

22  aren't a lot of processor-owned companies and

23  there aren't a lot of companies in our space

24  that aren't engaged in the sale of their pork

HIGHLY CONFIDENTIAL

Page 347

1    products.

2              So maybe somebody who was ill

3    informed about the industry kind of saw our

4    name and thought we were like others, but

5    Triumph Foods, we operate a greenfield plant.

6              I mean, the idea that we

7    reduced pork processing -- I go to work every

8    day in a plant that was constructed in 2006.

9              I am part of a company that

10   owns another greenfield plant that's the only

11   plant that got to second shift.  I mean,

12   Prestage didn't do it.  Coldwater didn't do

13   it.  We got it done in Sioux City and added

14   pork production.

15             And this -- and I didn't cover

16   it with plaintiffs' counsel earlier today,

17   but the allegations come across a little bit

18   more personal for me as I think about it,

19   just because, you know, I mentioned earlier

20   my responsibilities for food safety and

21   sanitation, and during this time frame, I

22   mean, I -- I was personally out on the floor

23   with a stopwatch as we were looking to shrink

24   our sanitation time, and in some cases

HIGHLY CONFIDENTIAL

Page 348

1   engaged in a little bit of scrubbing as well,

2   because we would say, okay, we can't run the

3   lines any faster than 1,106.  The USDA has

4   capped us.

5           So the only thing we can do to

6   get more volume through this plant is figure

7   out how we can lengthen the day for our

8   harvest side.

9           And so we grew, and that's not

10   just a unique Triumph item or only within

11   Triumph's control.  When we have a schedule,

12   we have to go talk to USDA.  And we have a

13   union facility, so we had to negotiate

14   provisions with the union because when we

15   lengthened the schedule, for example, we

16   started out when we negotiated, because

17   that's all we knew, with two eight-hour

18   shifts.

19           Sorry, Debbie.

20           When we started to lengthen the

21   schedule, so let's say we reduced sanitation

22   by 15 minutes, what we had to do was go talk

23   to the union because after eight hours, the

24   workers are entitled to a break, and we would

HIGHLY CONFIDENTIAL

Page 349

1    say, guys, they're working eight hours.  What
2    if we work eight hours and 15 minutes, and
3    then on top of that, we pay the 15 minutes at
4    overtime rates?  Would that be acceptable?
5    Or do you want to make the people lengthen
6    their workday by an additional 15 minutes so
7    we can get this schedule?  And the union said
8    we can agree to modify our contract to allow
9    you to pay the break.
10                   So we engaged in all these
11   efforts and figured out how we could get the
12   most possible capacity.
13                   So part of the challenge of
14   this -- and really, as I think about the
15   topic and I can kind of get emotional about
16   the topic, I mean, I've spent my career in
17   pork processing entirely at Triumph Foods,
18   and every day figured out how do I process
19   more pigs, how do I get more out of
20   rendering, can I save brains, can we save,
21   you know -- we didn't used to sell hind feet.
22   Then we figured out how we could sell hind
23   feet because there's processing attributes.
24                   And I know plaintiffs don't

HIGHLY CONFIDENTIAL

Page 350

1    understand all of that or appreciate it, but

2    really, at Triumph Foods, we were working to

3    try to produce the highest quality, the most

4    product at the most efficient cost we

5    possibly could.

6            Q.     And do you believe you did

7    everything within your power and control to,

8    in fact, produce the highest quality and the

9    most product as efficiently as you could

10   throughout the period from 2008 to the

11   present?

12           A.     All the time.

13                  MR. SHIFTAN:  Objection to

14           form.

15                  THE WITNESS:  And we came up

16           with ideas to try to figure out if

17           there was something outside of our

18           control, what we could do to control

19           it to produce more product.

20                  MR. SMITH:  Thank you,

21           Mr. England.  I have no further

22           questions at this time.  Plaintiffs

23           may have some recross.

24                  MR. SHIFTAN:  Sure.  Were you

HIGHLY CONFIDENTIAL

Page 351

1       going to introduce the exhibit with
2       the drawing on it?
3               MR. SMITH:  Yeah, we'll have to
4       scan that.
5               MR. SHIFTAN:  Okay.  Why don't
6       we take a break, then.
7               MR. SMITH:  Okay.
8               THE VIDEOGRAPHER:  Please stand
9       by.  The time is 5:30 p.m., and we're
10      going off the record.
11                      *   *   *
12              (Recess taken from 5:30 p.m. to
13      5:39 p.m.)
14                      *   *   *
15              THE VIDEOGRAPHER:  The time is
16      5:39 p.m., and we are back on the
17      record.
18              MR. SHIFTAN:  Chris, did you
19      want to formally introduce that
20      document?
21              MR. SMITH:  Yeah, sure.  We're
22      going to introduce as England
23      Exhibit 2 the copy of Mr. England's
24      spreadsheet that I mentioned that he

HIGHLY CONFIDENTIAL

Page 357

1          ACKNOWLEDGMENT OF DEPONENT

2

3          I, __Matthew Ellisano_____, do hereby

4    certify that I have read the foregoing pages

5    __ to ___ and that the same is a correct

6    transcription of the answers given by me to

7    the questions therein propounded, except for

8    the corrections or changes in form or

9    substance, if any, noted in the attached

10   Errata Sheet.

11

12   __11/14/22__              _____

13   DATE                      SIGNATURE

14

15

16

17

18

19

20

21

22

23

24

# EXHIBIT C

# DEPOSITION OF MARK CAMPBELL
# FORMER TRIUMPH CEO

HIGHLY CONFIDENTIAL

Page 1

1           UNITED STATES DISTRICT COURT

2             DISTRICT OF MINNESOTA

3

4   IN RE:  PORK ANTITRUST        :

5   LITIGATION,                   :   Civil No.

6   This Document Relates to:     :   18-1776 (JRT/BH)

7   All Actions,                  :

8

9

10              HIGHLY CONFIDENTIAL

11

12   VIDEOTAPED ZOOM DEPOSITION OF MARK CAMPBELL

13

14          Wednesday, May 25, 2022 - 9:25 a.m.

15              Husch Blackwell, LLP

16           4801 Main Street, Suite 1000

17           Kansas City, Missouri  64112

18

19

20          Kathy J. Davis, RMR, CRR, CRC

21

22           VERITEXT LEGAL SOLUTIONS

                MID-ATLANTIC REGION

23         1801 MARKET STREET - SUITE 1800

              PHILADELPHIA, PA  19103

24

25

HIGHLY CONFIDENTIAL

Page 11

1              May 25, 2022.

2                    P R O C E E D I N G S

3              (Time noted 9:25 a.m.)

4              VIDEO TECHNICIAN:  We are on the record.

5    Today's date is May the 25th, 2022.  We are going on the

6    record at 9:25 a.m.

7                    This is the video deposition of Mark

8    Campbell in the matter of Pork Antitrust Litigation.

9    This case number is 18-1776 (JRT/HB).

10                   This deposition is taking place at Husch

11   Blackwell in Kansas City, Missouri.

12                   Will the court reporter please swear in

13   the witness?

14                        MARK CAMPBELL

15   was called as a witness by and on behalf of the Direct

16   Purchaser Plaintiffs, and, after having been duly sworn,

17   was examined and testified as follows:

18                        EXAMINATION

19   BY MR. SHIFTAN:

20       Q.   Good morning, Mr. Campbell.

21       A.   Good morning.

22       Q.   My name is Ben Shiftan, and I represent the

23   direct purchaser plaintiffs in this litigation against

24   various pork processors.

25                   Can you just state and spell your full name for

HIGHLY CONFIDENTIAL

Page 194

1              MR. SHIFTAN:  Going once.

2              MR. SMITH:  All right.  Let's take --

3    let's take ten minutes.  I'm going to have a few

4    questions.

5              VIDEO TECHNICIAN:  Stand by.  The time is

6    4:42 p.m., and we're going off the record.

7              (A recess was taken.)

8              VIDEO TECHNICIAN:  The time is 4:59 p.m.,

9    and we are back on the record.

10                        EXAMINATION

11   BY MR. SMITH:

12        Q.   Good afternoon, Mr. Campbell.  I have just a

13   few questions for you.  I want to follow up on some of

14   the things that plaintiffs asked you about today.

15              First, just to make sure we're on the same

16   page, how long have you been employed by Triumph Foods?

17        A.   I started in 2004, so that would be

18   approximately 18 years.

19        Q.   And, again, you were a chief operating officer

20   from inception until 2014?

21        A.   Correct.

22        Q.   Okay.  And then you were a CEO from 2014 until

23   2021, right?

24        A.   Correct.

25        Q.   And you're now executive vice president?

HIGHLY CONFIDENTIAL

Page 195

1     A.   Correct.

2     Q.   Okay.  You said this earlier, but just to

3   clarify.  What is Triumph?  How would you describe

4   Triumph?

5     A.   Triumph is a fresh pork processor.

6     Q.   What does a pork processor mean?

7     A.   A pork processor means that we buy live animals

8   and convert them into boxed and comboed pork primals and

9   we produce pork products.  We're a production company.

10    Q.   Does Triumph have sow farm operations?

11    A.   No.

12    Q.   Has it ever?

13    A.   No.

14    Q.   Does Triumph own sows?

15    A.   No.

16    Q.   Has it ever?

17    A.   No.

18    Q.   Before they arrive at Triumph's processing

19   facility for slaughter, does Triumph own any hogs?

20    A.   No.

21           MR. SHIFTAN:  Object to form.

22   BY MR. SMITH:

23    Q.   Has it ever?

24    A.   Triumph does not own any hogs?

25    Q.   Okay.

HIGHLY CONFIDENTIAL

Page 196

1      A.    The production hogs.

2      Q.    Understood.  When they arrive at the facility,

3   at some point title transfers --

4      A.    Correct.

5      Q.    -- pursuant to your contracts with hog

6   suppliers?

7      A.    Correct.  Upon receipt at the plant.

8      Q.    So based on -- with that background, would it

9   be fair to say Triumph has never reduced its sow herd?

10          MR. SHIFTAN:  Objection to form.

11          THE WITNESS:  We don't have a sow herd at

12   all so we can't reduce one or expand one.  We have no

13   sows.

14   BY MR. SMITH:

15      Q.    Okay.  Fair to say Triumph's never reduced its

16   hog production level?

17          MR. SHIFTAN:  Objection to form.

18          THE WITNESS:  There's no production done

19   by Triumph Foods.  We are not a producer.

20   BY MR. SMITH:

21      Q.    I want to read to you a couple -- a few of the

22   allegations that have been made by the plaintiffs in

23   case and get your response or reaction to them.  Okay?

24      A.    Okay.

25      Q.    "During 2009 Triumph reduced the number of sows

Page 197

1    that it had from 396,000 to 371,500."

2            How would you respond to that?

3      A.   That's -- it's -- we don't own sows.  That

4    would be a ridiculous statement.  We don't control the

5    production, don't participate in production, so we

6    couldn't reduce a sow herd we didn't have.

7      Q.   Okay.  "In 2009 Triumph reported substantial

8    cutbacks of approximately 24,500 sows representing over

9    6 percent of its sow herd."

10           How would you respond to that allegation,

11   Mr. Campbell?

12     A.   It would be -- it would be inaccurate.  You

13   cannot reduce a sow herd that the company does not own.

14     Q.   "Triumph reduced the number of sows by 14,500

15   at its Christensen Facility."  Capital F, by the way.

16           MR. SHIFTAN:  Object to the form.

17           THE WITNESS:  I'm speechless.  I don't

18   know how to answer that other than to suggest we do not

19   engage in the operations, ownership of the sows or the

20   offspring thereof of any of the Christensen activities.

21   That would be an inappropriate statement.

22   BY MR. SMITH:

23     Q.   Does Triumph have a Christensen facility?

24     A.   No.

25     Q.   Has Triumph ever had a Christensen facility?

HIGHLY CONFIDENTIAL

Page 198

1      A.   No.

2      Q.   "Triumph reduced the number of sows by 4,000 at

3   its New Fashion Pork Facility."  Again, capital F.

4           How would you respond to that, sir?

5      A.   Similar to the last comment.  It would be a

6   silly accusation.  There is no -- there's no ownership

7   of sows at Triumph Foods.  The -- Triumph doesn't own

8   sows.  The members own Triumph Foods.  That's how that

9   works.  So there is no sows or offspring at New Fashion

10  Pork owned or operated or overseen or managed by Triumph

11  Foods.

12     Q.   Okay.  Does Triumph have a New Fashion pork

13  facility?

14     A.   No, it does not.

15     Q.   Okay.  Has it ever had a New Fashion pork

16  facility?

17     A.   It has not.

18     Q.   Okay.  "Triumph reduced the number of sows by

19  5,000 at its Ickelberger facility."

20          How would you respond that allegation, sir?

21     A.   It does not have sows, so it has no Ickelberger

22  facility, no control management oversight engagement.

23  That's just an inappropriate statement.

24     Q.   Did Triumph ever have an Ickelberger facility?

25     A.   No.

HIGHLY CONFIDENTIAL

Page 199

1     Q.   Here's another one.  "Triumph and Seaboard have

2   a longstanding marketing agreement where hogs processed

3   by Triumph were marketed by Seaboard.  Thus, the

4   reduction in supply of sows raised by Triumph may result

5   in a reduction in the amount of pork that was sold by

6   Seaboard."

7          How would you respond to that allegation, sir?

8     A.   My response to that would be we don't own any

9   sows so we can't reduce a herd.  That's not been any of

10  the responsibility or authority of Triumph Foods.  We

11  don't own sows.  To the contrary, Triumph Foods is a hog

12  production -- or, excuse me, a hog processor.  And, as a

13  result, since it's inception in 2006, has sought to

14  increase the supply of raw material through its

15  slaughter operations at any chance.  It would be a core

16  part of our operational excellence culture.

17    Q.   Okay.  To increase your hog processing?

18    A.   To increase hog processing.

19          MR. SHIFTAN:  Objection to foundation.

20  BY MR. SMITH:

21    Q.   Okay.  Thank you, sir.

22          Here's another one.  "In August 2009 Smithfield

23  considered publishing an op-ed saying Seaboard had not

24  taken steps to redo its pork supply, but, quote,

25  withdrew it, after receiving assurance that Triumph was

HIGHLY CONFIDENTIAL

Page 200

1    in the processing of reducing its production levels by

2    approximately 32,000 sows, an 8 percent reduction from

3    its 2007 levels."

4            How would you respond to that allegation, sir?

5        A.    Well, first, I'll say we don't own any sows, as

6    I've said before.   But, more importantly, as, at that

7    time, the chief operating officer of the company

8    responsible for all the activities of the plant, it was

9    our goal, our mission -- and I'm happy to expand upon

10   that -- to increase the amount of throughput at our

11   plant to increase the supply of pork products to the

12   marketplace.

13       Q.    And I'm going to ask -- I'm going to want to

14   understand how you expanded to that, and we're going to

15   get into that in a minute, sir.

16            Aside from inedible byproducts, does Triumph

17   sell pork products processed at its facility?

18       A.    No.

19       Q.    Has Triumph ever sold pork products processed

20   at its facility while you worked there?

21       A.    The answer is yes, in this exception.   We

22   actually have meat sales that we supply meat to our

23   employees on a periodic basis.   It's part of our union

24   contract to have meat sales, and so we'll have some

25   various cuts that we offer periodically to employees.

HIGHLY CONFIDENTIAL

Page 201

1    We also merchandise some of the cafeteria for, you know,

2    a package.  You can pick up for, I think, 3 to $5 a

3    package of product in the cafeteria.  And we get a

4    request I think -- I believe it's once a year where

5    there's a Christmas pack that some of the board members

6    would like to provide a pork package to their employees

7    at holiday time, and we may actually prepare a box of

8    miscellaneous pork items for them at Christmastime.

9        Q.    Okay.  Other than those examples that you just

10   gave, does Triumph sell any pork?

11       A.    No.

12       Q.    Okay.  Who owns Triumph?

13       A.    Triumph Foods is owned by the members.  They

14   are a group of hog producers that make an equity

15   investment in the company back when it was originated.

16       Q.    What does it mean to be a hog producer?

17       A.    A hog producer would be someone that, in my

18   opinion, is either through -- has engaged in the

19   breeding of sows, the management of that process, the

20   nutrition, the animal husbandry practices day in, day

21   out, make decisions to expand or contract or -- excuse

22   me -- expand or contract their supplies, and to sell the

23   offspring into the marketplace to fresh pork packers

24   like ourselves that turn that -- those pigs into pork

25   products.

HIGHLY CONFIDENTIAL

Page 202

1       Q.    And I think you testified to this earlier, but

2   does Triumph have any ownership interest in any of its

3   members?

4       A.    It does not.

5       Q.    Has Triumph ever had any ownership interest in

6   any of its members?

7       A.    It has not.

8       Q.    Does Triumph have any control or influence over

9   its members' sow herds?

10              MR. SHIFTAN:   Objection to form.

11              THE WITNESS:   No, none.

12  BY MR. SMITH:

13      Q.    Does Triumph have any control or influence over

14  its members' hog production hulls?

15              THE WITNESS:   No.

16              MR. SHIFTAN:   Same objection.

17  BY MR. SMITH:

18      Q.    If you know, do Triumph members sell hogs to

19  hog processors other than Triumph?

20      A.    I'm sorry.  Ask that question again, please.

21      Q.    If you know, do Triumph's members sell hogs to

22  hog processors other than Triumph?

23      A.    The answer is I have knowledge of their

24  reported sow based quantities, and it would -- unless

25  their production levels were extraordinarily board, they

HIGHLY CONFIDENTIAL

Page 203

1    would be selling quantities of animals in excess of

2    those they supply to Triumph Foods.

3        Q.   Okay.  So you have no firsthand knowledge of

4    their hog sales, but, based on your knowledge of their

5    reported sow herds, it is your understanding and

6    expectation that, in fact, they are supplying hogs to

7    other pork processors?

8        A.   They have and --

9                MR. SHIFTAN:  Objection to form.

10               THE WITNESS: -- some would continually do

11   so, yes.

12   BY MR. SMITH:

13       Q.   Thank you, sir.

14            But Triumph does procure hogs from its members,

15   correct?

16       A.   It does.

17       Q.   Okay.  Is there a contract or written

18   instrument governing Triumph procurement of hogs from

19   its members?

20       A.   There is.

21       Q.   Okay.  If I refer to those as member HPAs or

22   hog procurement agreements, will you know what I'm

23   referring to?

24       A.   I will.

25       Q.   Okay.  Understand I'm not going to show you an

HIGHLY CONFIDENTIAL

Page 204

1    HPA right now, but I want to get your understanding as

2    former COO and CEO of Triumph.  To your knowledge, are

3    there any requirements in each member HBA -- HPA

4    regarding hog production volume from each member?

5         A.   Yes.  Absolutely there is.

6         Q.   And you testified to that earlier today, sir,

7    right?

8         A.   Yes.

9         Q.   Okay.  If a member fails to meet their

10   production volume commitment to Triumph, does the

11   contract address that situation?

12        A.   It does.

13        Q.   Okay.  And what are the consequences to a

14   member for failing to meet volume commitments to

15   Triumph?

16        A.   There will be a penalty for replacement damages

17   assessed against the member that does not deliver their

18   requirements under their HPA.

19        Q.   In addition to replacement damages, if a member

20   failed to meet hog production requirements to Triumph,

21   are there other potential consequences that member could

22   face?

23        A.   Yes.  It's a core part important to note that

24   the members set up a minimum quantity that the members

25   had to supply in terms of gross quantity of animals,

HIGHLY CONFIDENTIAL

Page 210

1    be their goal.

2    BY MR. SMITH:

3         Q.    Okay.  Does Triumph have quality criteria that

4    it uses to accept or disqualify hogs for processing?

5         A.    Yes.

6         Q.    And can you give me a high-level overview of

7    what those might be?

8         A.    Yes.  I mean, if there is -- there's a series

9    of things that could be the case.  If the animal is down

10   or injured and it's received at the plant, there could

11   be some reason why it was injured either when it was

12   loaded or in transportation that we may not accept

13   delivery of that animal at the plant because it could

14   not make its way to the kill floor and be handled

15   humanely to do that.

16          So there's instances where -- your question is

17   are there, you know, animals that we would not accept at

18   the plant upon their delivery?  Is that your question?

19        Q.    Yeah.  Or are there certain characteristics

20   that you require of the hogs that you're processing?

21        A.    Well, the HPAs have a series of requirement.

22   All of them have -- for those that probably have seen

23   one of the HPAs -- and every company's got their own.

24   There are a set of characteristics that contractually

25   the people that deliver these animals must adhere to.

Page 211

1    They would include nutritional standards.  They would

2    include genetic standards.  There would be animal

3    handling standards.  Clearly there's quantity standards.

4    But a whole number of provisions that would have to be

5    adhered to by the party that are selling those animals

6    to the company.  And we would constantly monitor the

7    ability for them to conform to those.

8        Q.   I think you mentioned one of those instances

9    earlier today when you testified that you were -- when

10   there was a change in the acceptability of certain

11   products in hogs, you were doing testing to make sure

12   that those products were not in the hogs that you were

13   processing?

14       A.   A transition from -- in that instance, as I

15   testified earlier, Paylean was a good example,

16   Ractopamine, for people to remove that when they've

17   historically included it in their diets.  That took a

18   transition, and we definitely had to conduct tests and

19   provide feedback to ensure and validate that that

20   removal had taken place.

21       Q.   Is Triumph a vertically integrated company?

22       A.   Triumph is not -- No, Triumph's not vertically

23   integrated.

24       Q.   Triumph doesn't own sows?

25       A.   To be vertically integrated, we would have to

HIGHLY CONFIDENTIAL

Page 212

1    own everything from the farm to table and everything in

2    between.   Triumph Foods is solely a pork processer.

3    Again, we receive live animals.   We slaughter them, we

4    kill them, we convert them, and sell fresh pork items.

5    That's all Triumph Foods does.

6        Q.   You don't actually sell them.

7        A.   Excuse me.   When I say "sell them," we provide

8    them to Seaboard who actually does the sales activity.

9    But we provide pork products available for sale for

10   Seaboard to do under the marketing agreement.

11            MR. SHIFTAN:  Objection to form to the

12   question.

13   BY MR. SMITH:

14       Q.   If the cost to acquire hogs for processing were

15   to increase, what would that mean for Triumph?  Does it

16   need to may more or less for hogs?

17       A.   If the price of hogs increase, Triumph would

18   pay more for hogs, and our profits would decline.

19       Q.   Okay.  Was there ever a time that you recall

20   during your tenure at Triumph when the cost to procure

21   hogs rose significantly?

22       A.   Yes.

23       Q.   And can you give me an example when that would

24   have been?

25       A.   Well, there's always variability in the

HIGHLY CONFIDENTIAL

Page 213

1    marketplace where the price of hogs can go up and down,

2    but there are extreme conditions.  I remember where

3    there was a huge disease that went through the hog

4    production systems and there was a decline in the supply

5    of hogs, and we wanted to keep our throughput and we did

6    everything we could to procure and source animals to

7    keep the throughput of the plant as high as we

8    practically could, so the price rose.

9        Q.   And was that disease you're referencing, was

10   that the PEDv virus?

11       A.   Yes.

12       Q.   And earlier today counsel showed you a

13   document.  I believe it was Plaintiff's 562.  It was a

14   newsletter that you published.

15            MR. SMITH:  I don't know if the Plaintiff's

16   can --

17               THE WITNESS:  Yeah.  I recall the

18   newsletter.

19   BY MR. SMITH:

20       Q.   And I want to read you something from that

21   newsletter.  This is from the CEO's desk at the time

22   you, Mark Campbell, were CEO.  You say, "The swine

23   production industry was plagued by a virus referred to

24   as PEDv that caused significant fetal losses on the

25   farm.  As 2014 progressed, many plants dropped to two to

HIGHLY CONFIDENTIAL

Page 216

1    the 280s, which would still be much more than, you know,

2    what would otherwise be somewhere in the neighborhood of

3    about 250 days to 252 days a year on a

4    Monday-through-Friday basis.

5           So the point I'm trying to make is we ran our

6    plant, I think, at rates well above most people would do

7    because of our culture of throughput.

8       Q.   I want to ask you a little bit more about that,

9    the idea of capacity and how it changed during your

10   tenure.

11          Let's start with today.  What is Triumph's

12   processing capacity today?

13      A.   Today -- again, it's not the same number every

14   day.  There's variabilities of issues in the production

15   system.  But I would tell you, on average, the plant

16   processes approximately 21,500 head a day.

17      Q.   And what was Triumph's processing capacity when

18   it began operations in 2006?

19      A.   I'll answer that like this, if I may.  Of

20   course, when it started it was zero, so there was no

21   production.  But when it started, the design and the

22   expectations that we put together when we built the

23   facility was that we wanted to process 16,000 head a day

24   at Triumph Foods, and that would be a perfect day.  So

25   if we processed 16,000 animals through that plant, we

HIGHLY CONFIDENTIAL

Page 217

1   would say we achieved the objective of the performance

2   we prepared for the project.

3        Q.    How long did it take Triumph to reach the

4   capacity today of roughly 21,500?

5        A.    Well if you look -- I'm going to play off that

6   a little bit.  I have been fortunate enough to be with a

7   number of startups of pork processing plants.  I'm not

8   saying this boastfully, but I've had the opportunity to

9   participate from a ground zero up for three fresh pork

10  plants of scale, a big scale, and so I have a little bit

11  of experience with the challenges that come with that.

12  But I will tell you, the culture, as I've described, of

13  operational excellence would be to how do we get as much

14  volume through this plant as we practically can.  And so

15  as we went from that zero to that 16,000 -- and I can't

16  tell you as I sit here today, the exact timing of when

17  we hit that 16,000, but I would tell you within

18  approximately 18 months we were able to obtain somewhere

19  in that vicinity with regularity.  But we started to say

20  what can we do to expand that further?  So if you get

21  into, you know, 2000- -- late 2007 into 2008, we started

22  to ask ourselves how much time does it take to sanitize

23  our plant?  We're running two shifts.  But we have to

24  clean our plant every night, and we have to ask

25  ourselves, can we clean it quicker?  Because if we can

HIGHLY CONFIDENTIAL

Page 218

1   clean it quicker, we can operate our production shifts

2   longer.

3         And so part of that culture is we started to

4   ask ourselves what changes in our operating practices

5   can we do or resource allocation at the plant to

6   optimize the throughput.  And I can talk about in that

7   in great detail here, but what you're going to find that

8   we -- you know, through and integrated process over the

9   course of several years, we moved that 16,000 head a day

10  to 18,000 to 19,000 by shrinking the amount of time that

11  we would use to sanitize the plant.  And you say, "Well,

12  gosh, you know.  Well, was the plant clean or not?"  We

13  would conduct our own Q/A inspections each day, take

14  swabs to make sure we would pass the cleanliness

15  factors.  And each day the plant had the opportunity for

16  the USDA to do its inspection, which they did quite

17  regularly.

18        So we shrunk that time to increase the

19  slaughter time that we had available to us to get more

20  animals into the system and to process more pork out of

21  the plant almost continuously.

22        If you had a chart -- and I don't know if

23  somebody's got one.  But if you had a chart of the time

24  period from startup through today, you would see a

25  nearly continuous ramp up year after year of throughput

Page 219

1    through the plant to provide more pork for the

2    marketplace.

3                I will add -- and I take some pride in this --

4    when we got to a point where we said we think we've

5    gotten all the blood out of that turnip, we stepped back

6    and we said, "You know what?  Let's not stop thinking.

7    Let's continually think about how we can get more pork

8    products out of this facility and do it with the right

9    amount of the quality."  And we came up with some ideas

10   about how we actually might stage people out for breaks

11   where we can actually do what we call a continuous work

12   process where we would typically stop our plant -- it

13   was running 1,106 an hour -- and let everybody go out

14   for 15 minutes for a break or 30 minutes for a lunch or

15   another break in the afternoon.  And we shrunk those

16   times to allow our kill floor to continue to operate

17   through the breaks at the plant.  Again, further

18   increasing the throughput all through this period.

19        Q.   Since you're continuing to increase throughput,

20   do you have an understanding of what Triumph's usual

21   capacity utilization as a percentage of its actual

22   capacity was during your tenure at Triumph?

23        A.   Yeah.  We would measure that for clarity.  That

24   1,106 that I testified to earlier today is a limitation

25   on the slaughter side of the business particularly where

HIGHLY CONFIDENTIAL

Page 220

1    the USDA inspectors conduct their inspection.  There's

2    seven USDA inspectors examining carcasses and carcass

3    parts and doing a final inspection for that carcass and

4    stamping the USDA stamp on it.

5               So, you know, that continuous expansion process

6    -- we assess our speed -- excuse me.  We continued to

7    push the volume -- even up until recent months, we

8    continue to look at how we can squeeze more blood out of

9    that turnip.

10              Your question is how do we know how we're

11   doing.

12        Q.   Yeah.  What's the percentage?  If you were to

13   say percentage utilization --

14        A.   98 percent.

15        Q.   And that's been relatively consistent?

16        A.   It has.  98 percent -- well, it's been

17   consistent really since we've gotten to our full

18   capacity.  So when we go from, let's say, 18,000 to

19   19,000, that 98-percent plus has been our target all

20   along.  And we'll assess how much against that 1,106 per

21   hour of line time are we able to achieve.

22        Q.   So to the best of your recollection, that

23   98-plus percent of utilization has been consistent

24   throughout your tenure at Triumph Foods both as COO and

25   CEO, correct?

HIGHLY CONFIDENTIAL

Page 221

1      A.    It has.  And if it -- if it would ever drop,

2  trust me, it would garner a lot of attention as to -- it

3  has been, but there are periodic dips that can influence

4  that average.  So for clarity it's -- it's not a perfect

5  science.  There is some ups and downs, but I think the

6  records would clearly show that we achieve approximately

7  98-percent plus.

8      Q.    Has there ever been a prolonged period during

9  which Triumph processed significantly below that

10 capacity, to your recollection?

11     A.    No.

12     Q.    Okay.  Would it ever have been in Triumph's

13 interest or to its benefit in any way to process

14 significantly below capacity for a long period of time?

15     A.    No.

16          MR. SHIFTAN:  Object to form.

17 BY MR. SMITH:

18     Q.    In one of your answers, I think you mentioned a

19 chart and actually think there's one that plaintiffs --

20 plaintiff showed you this document.  They didn't

21 actually show you the chart, and I'd like to show it to

22 you.

23          MR. SMITH:  Can we -- can we put up

24 Plaintiff's 556?

25 BY MR. SMITH:

HIGHLY CONFIDENTIAL

Page 222

1    Q.  And I'd like to show you, sir -- let's start

2  with I think it's page 11.  This is from the -- what was

3  I think marked as a Triumph Foods AgStar October 8,

4  2015, presentation.

5         There's a graph at the top of this page and

6  it's labeled "Historical Daily Head Process."

7         Do you know what this graph is representing,

8  Mr. Campbell?

9    A.  Yes.  It would reflect the average number of

10  animals slaughtered each day at the processing plant

11  over a period of time.

12    Q.  And if you're looking at the graph, what does

13  that, if anything, indicate to you?

14              MR. SHIFTAN:  Objection to form.

15              THE WITNESS:  Well, I'll give you its pros

16  and its cons.  It doesn't go back to 2006 to where the

17  plant commenced, so there is a window from 2006 to 2008

18  that would show that number all the way back to zero.

19  So you'll see that ramp up before then.  But you'll also

20  see from 2008 to 2015, the continued efforts -- you

21  know, again, these drops that you'll see in here have to

22  do with mechanical downtime issues, bad weather, you

23  know, exceptions that can occur from time to time in a

24  meat processing plant.  But you can see the continued

25  ramp up in volume.  And, again, the output of that is

HIGHLY CONFIDENTIAL

Page 225

1    entered into this conspiracy to restrict supply and

2    reduce your output.

3             What does that pattern show you from 2009, '10,

4    '11, '12, '13, and '14, and projected into '15?

5                  MR. SHIFTAN:  Objection to form.

6                  THE WITNESS:  Well, it reflects what I

7    told you earlier is that -- is that culturally we have

8    continuously worked as a team operationally to find ways

9    to get more throughput out of the asset that the Triumph

10   Foods members invested in.  And, again, I call it

11   operational excellence, but it is one of the core

12   strategies of our company to, you know, obviously

13   leverage the capabilities of the plant both in volume

14   and in weight.  And so we have -- you know, even in some

15   of our HPAs we've challenged ourselves to encourage some

16   heavier weights.  Every shackle that goes through the

17   plant carries a carcass, and if that carcass weighed

18   200 pounds or 220 pounds, so long as we could produce

19   the conforming product to meet the specifications at

20   1,106 an hour, you could do the math.  That's a lot of

21   weight through the plant that advertises our cost.

22   BY MR. SMITH:

23       Q.   And if we went back to, I think, the founding

24   of the company and then forward to the present, is it

25   your testimony that this would be an even more dramatic

HIGHLY CONFIDENTIAL

Page 226

1   example of an constant effort to increase throughput and

2   process pork at Triumph Foods?

3                MR. SHIFTAN:  Object to the form.

4                THE WITNESS:  I -- you couldn't find

5   anyone at Triumph Foods that would tell you otherwise.

6   That has been our mission.  It has been our goal.  It

7   has been our mantra.  It certainly has been our culture.

8   And the numbers will demonstrate that.

9   BY MR. SMITH:

10      Q.    Does Triumph export its own pork, or does

11   Seaboard do that?

12      A.    Triumph Foods does not export product.  We

13   actually operationally handle the packaging of the pork

14   and we will assemble it for shipment on to a container,

15   but we don't sell it, nor do we handle the finished

16   shipment of that out the door on to the customer.

17   That's Seaboard's responsibility.

18      Q.    Do you have any knowledge of how Seaboard makes

19   decisions regarding which markets to export to?

20      A.    We do not.  I mean, we know there's consuming

21   markets for pork, but they make the determinations

22   ultimately where they think the best margins are for the

23   product.  And we may challenge them to look at

24   opportunities.  Certainly it's good business practice

25   for the revenue of our company to -- hey, let's make

HIGHLY CONFIDENTIAL

Page 227

1   sure we're -- you're doing your job, Seaboard, of

2   maximizing the realizations for the pork products that

3   are produced at Triumph Foods, but we don't sell the

4   pork.  That's their duty within the agreement.

5       Q.   So you're not involved in the day-to-day

6   decisions, but it's your expectation based on the

7   marketing agreements and other arrangements with

8   Seaboard that when Seaboard is making decisions about

9   sales, domestic or abroad, those decisions are based on

10  maximizing margins?

11      A.   That's a duty and obligation of the marketing

12  agreement.

13      Q.   Okay.  Does exporting certain cuts of pork and

14  not others enhance profitability by getting an overall

15  higher carcass value?

16              MR. SHIFTAN:  Objection to form.

17              THE WITNESS:  Sometimes maybe it does and

18  sometimes maybe it doesn't.

19  BY MR. SMITH:

20      Q.   Okay.  Do you know if -- do you have any

21  knowledge of whether Seaboard ever exported pork for the

22  purpose of affecting domestic or pork prices in some

23  way?

24      A.   No.

25      Q.   Do you know whether, in your opinion, based on

HIGHLY CONFIDENTIAL

Page 229

1    occur.

2    BY MR. SMITH:

3       Q.    Okay.  Thank you, sir.

4            Both -- and you can separate it if it's

5    different.  But during your tenure as COO and then CEO

6    of Triumph, how would you describe the number one

7    operational objective that you had?  And you may have

8    already testified to this, but I just want to make sure

9    we're --

10               MR. SHIFTAN:  Objection to form.

11               THE WITNESS:  If you ask me for the number

12   one item, I would tell the folks listening is that it's

13   operational excellence.  It's how do we take this

14   processing plant and make sure we manage the throughput,

15   optimize the yields that we recover from the carcasses.

16   I mean, you can imagine -- you've seen the numbers

17   earlier.  Billions of pounds -- a billion-plus pounds a

18   year.  So if we leave a pound on a bone and we throw it

19   away to our rendering system and we don't recover that

20   and put it in a box that we sell to customers -- or

21   excuse me -- that Seaboard sells to customers in

22   instance, it is a loss.

23               And so we focus operationally on

24   production.  And yield as a key part of that, throughput

25   is a key part of that.  Labor management, you'll see in

HIGHLY CONFIDENTIAL

Page 230

1   some of the communications we've had -- but, you know,

2   we're trying to make sure we optimize the use of people.

3   And so there's a little bit of planning.  You can't just

4   turn something on today and turn it off tomorrow.  So

5   there's labor management elements in that operational

6   excellence component.  I've said cost management,

7   safety, and people.  You know, you've got -- you've got

8   2,000 people working in this production facility.  And

9   our ability to do a good job, you have to relate and

10  connect with those people and make sure we create an

11  environment where people will want to come to work.

12  BY MR. SMITH:

13      Q.   With respect to your production, your

14  throughput, your efficiency goals, are you aware of any

15  infrastructure or capital investments that Triumph made

16  to support those objectives during your tenure?

17              MR. SHIFTAN:   Object to the form.

18              THE WITNESS:   Well, Triumph continuously

19  -- we talked about the A/R process in the testimony

20  earlier today.  Triumph would always look at is there

21  capital necessary to revamp a line, make the work

22  simpler to do.  Sometimes it's not automation; it's just

23  how do we make the work simpler and that individuals can

24  do that work more simply without having to either use a

25  knife or even have to turn something.  We can do that

HIGHLY CONFIDENTIAL

Page 231

1   just with a simplification to how a conveyor operates.

2              But I will tell you over the course of my

3   tenure as the chief operating officer and CEO, I would

4   tell you that the company spent in the neighbor of 8- to

5   $10 million a year on average capital projects to

6   enhance its ability to perform.

7   BY MR. SMITH:

8        Q.   And by enhancing it's ability to perform --

9        A.   To process pork.

10       Q.   -- to process more pork?

11       A.   To process pork.  More pork.

12       Q.   Counselor today asked you a little about the

13  STF facility in Sioux City.

14            Do you have an understanding of the approximate

15  cost of Triumph's investment in that STF facility?

16       A.   I do.

17       Q.   Okay.  What was that?

18       A.   That investment -- the capital cost for that

19  investment in totality as -- when it was finished, as it

20  was designed, would have been in the neighborhood of

21  $330 million.

22       Q.   Okay.  Do you have an understanding of how

23  Triumph's business strategy, so opening a new facility,

24  growing that facility, has affected pork production in

25  the United States since inception, if at all?

HIGHLY CONFIDENTIAL

Page 232

1      A.   I think that if you provide an avenue to

2   slaughter and turn live animals into pork products, the

3   comment I would make is it -- if there's margin there

4   that can be done -- so it can be done sustainably, over

5   the long term, they'll be more pork in the marketplace

6   through that expansion.

7      Q.   Okay.  Do -- did you have any involvement in

8   the build-out of the STF facility in Sioux City?

9      A.   Absolutely I did.

10     Q.   Okay.  And can you tell me what your

11  involvement was?

12     A.   Yes.  It was -- it was the design of the

13  facility.  So heavily involved in leveraging my

14  knowledge from Triumph Foods to that build-out and the

15  lessons learned from that as well as try to make sure

16  we're efficient in how we operate and layout that

17  facility to achieve optimal efficiencies in the plant.

18  I worked on the design of that facility and worked with

19  the engineers on their engineering activity and the

20  contracts with the engineering groups and equipment

21  suppliers to equip that facility.

22     Q.   Were you involved in the implementation of the

23  rollout of that design and the startup of that facility?

24     A.   I was involved in calling the mayor of

25  Sioux City and asking him if he would be willing to meet

HIGHLY CONFIDENTIAL

Page 248

1    In Re: Pork Antitrust

2    MARK CAMPBELL

3

4               ACKNOWLEDGMENT OF DEPONENT

5

6          I, _Mark Campbell_ , do hereby

7    certify that I have read the foregoing pages and that

8    the same is a correct transcription of the answers

9    given by me to the questions therein propounded, except

10   for the corrections or changes in form or substance, if

11   any, noted in the attached Errata Sheet.

12

13

14   7/7/22

15   DATE                SIGNATURE

16

17

18

19

20

21

22

23

24

25   5221622

# EXHIBIT D

# DEPOSITION OF RICK HOFFMAN
# FOUNDING TRIUMPH CEO

Page 1

1          UNITED STATES DISTRICT COURT

2             DISTRICT OF MINNESOTA

3                    CIVIL NO. 18-1776 (JRT/HB)

4

5   _____

6   IN RE:  PORK ANTITRUST LITIGATION

7

    This document relates to:

8   All Actions

9   _____/

10

                       April 26, 2022

11                     10:04 a.m. - 3:51 p.m. CDT

12

13

14       VIDEOTAPED DEPOSITION OF RICCI HOFFMAN

15          TAKEN VIA ZOOM TELECONFERENCE

16

17

18       Taken on behalf of the Plaintiffs before

19   Alice J. Teslicko, Registered Professional Reporter,

20   Registered Merit Reporter and Notary Public, pursuant

21   to Plaintiffs' Notice of Deposition in the above

22   cause.

23

24

25

Page 9

1        THE VIDEOGRAPHER:  We are on the record.

2     Today's date is April the 26th, 2022 and we are

3     going on the record at 10:04 a.m.  This is the

4     video deposition of Rick Hoffman in the matter of

5     Pork Antitrust Litigation.  Case Number is

6     18-1776 (JRT/HB).  This deposition is taking

7     place at Husch Blackwell in Kansas City,

8     Missouri.

9        Appearances will be noted on the

10    stenographic record.  Will the court reporter

11    please swear the witness.

12  Thereupon:

13                    RICCI HOFFMAN

14  was called as a witness and having been first duly

15  sworn, was examined and testified as follows:

16       THE WITNESS:  Yes, I do.

17       THE COURT REPORTER:  Thank you.

18                 DIRECT EXAMINATION

19  BY MR. SHIFTAN:

20     Q   Good morning, Mr. Hoffman.

21     A   Good morning.

22     Q   My name is Ben Shiftan and I represent the

23  Direct Purchaser Plaintiffs in this litigation.

24       Can you just state and spell your full name

25  for the record?

Page 148

1             MR. SHIFTAN:  Subject to any redirect, I

2        don't have anything further.  Pass the witness.

3             MR. COHEN:  No questions from me.

4             MR. SMITH:  Is that it from plaintiffs then?

5        I'm sorry, is that yes?

6             MR. HEDLUND:  No, no questions.

7             MR. SMITH:  Okay, let's take five minutes

8        and then we can come back.

9             MR. SHIFTAN:  Sounds good.

10            MR. SMITH:  Thanks.

11            THE VIDEOGRAPHER:  Stand by.  The time is

12       3:18 p.m. and we're going off the record.

13            (Whereupon a recess was taken from 3:18 p.m.

14       to 3:23 p.m.)

15            THE VIDEOGRAPHER:  Please stand by.  The

16       time is 3:23 p.m. and we're back on the record.

17                      CROSS EXAMINATION

18   BY MR. SMITH:

19   BY MR. SMITH:

20        Q    All right, Mr. Hoffman.  I have just a few

21   questions for you.  Some of this you've already

22   covered, but I want to make sure we're clear.

23            Approximately how long were you employed by

24   Triumph Foods?

25        A    Well, I don't remember -- I started working

1    for Bob Christensen in 2002 and I left employment at

2    Triumph Foods at the end of June 2014.

3         Q    Okay.  Fair to say you were at Triumph or

4    its predecessor and LLC from inception to starting to

5    operational.  Would that be a fair description?

6         A    It is.

7         Q    And during that time, was Triumph anything

8    other than a pork processer?

9              MR. SHIFTAN:  Objection to form.

10        A    No.  First of all, it started out, all it

11   was was my vehicle.  So I started out raising equity

12   and debt to build a pork processing facility, and that

13   was our only business, was pork processing.

14        Q    And during your entire tenure Triumph had to

15   acquire the hogs that it processed; is that fair?

16        A    It is.

17        Q    Did Triumph own a sow herd at anytime during

18   your tenure with Triumph?

19        A    No.

20        Q    To your knowledge, has Triumph ever owned a

21   sow herd?

22        A    No.

23        Q    Mr. Hoffman, if the cost to acquire hogs for

24   processing were to increase -- again, this is during

25   your tenure at Triumph -- what would that have meant

Page 150

1    for Triumph?

2         MR. SHIFTAN:  Objection to form.

3    A    Well, if the price of hogs went up, our

4    profits would go down.

5    Q    So --

6    A    It all depended.  If the sales price was

7    going up, our profits would go down.

8    Q    So if all things remained the same, if hog

9    prices went up, that would negatively impact Triumph's

10   profitability?

11        MR. SHIFTAN:  Same objection, sorry.

12   A    Yes.

13   Q    Aside from inedible byproducts, did Triumph

14   ever sell pork products processed at its facility?

15   A    We sold pork products to our kitchen, but

16   other than that, no.

17   Q    How would you describe the primary

18   operational objective that you set at Triumph while

19   CEO of Triumph Foods?

20   A    Okay.  Well, we outlined our objectives as a

21   company when we were organized and right after we

22   entered into the marketing agreement with Seaboard,

23   and our objectives were to be the lowest-cost

24   processer in the industry, and we did that by

25   executing a strategy to take advantage of economies of

Page 151

1    scale.

2             We invested in our facility when we built

3    it.  We made additions over time.  We created a line

4    of genetics and we implemented a strategy that allowed

5    us to process bigger pigs than the industry was

6    processing.  Our average pig size started out at

7    280 pounds and when we had good days, the pigs were

8    bigger than that.

9             We processed more pigs at our facility than

10   any standalone plant in the pork industry and the

11   combination of bigger pigs, more business, and finally

12   leaner pigs generated more pork for a facility of that

13   size than had ever been accomplished in the pork

14   industry; and that was our basic strategy, to take

15   advantage of these economies of scale.

16            In terms of our facility, what we did -- a

17   280-pound pig weighs a lot more than a 250-pound pig

18   and so it requires structural components to carry all

19   those pigs.  Because the pigs are larger, it requires

20   more refrigeration capability.  So we installed a

21   quick-chill system to be able to refrigerate a carcass

22   that large.

23            We had to build our equilibration cooler,

24   where we stored the dead pigs, dead carcasses

25   overnight.  We had to build those large enough and

Page 154

1    implemented.

2       Q    So you mentioned a lot of things and I just

3    want to break it down just a little bit.

4       A    Okay.

5       Q    With respect to Triumph's operations, would

6    you describe that as unique in the industry?

7       A    For sure.

8       Q    And how so?  I mean, why couldn't others do

9    what you were doing or why didn't they do it?

10           MR. SHIFTAN:  Object to form.

11      A    Well, the good news at Triumph, we didn't

12   own any processing plants when we started and so over

13   time what happened was that product mix -- or what the

14   market wanted in terms of products changed from when

15   old plants were built in our industry.

16           Because we were going to build a brand new

17   facility, we had visibility to what customers wanted

18   today and because of what we know they want today, we

19   could build our facility to do things to the product

20   that no other company could do in a standalone

21   operation.  Most plants in our industry have add-ons

22   all over the plant.

23           Say, for instance, we want to bone more

24   hams.  We want to make a particular -- a loin cap

25   product for loins and they don't have any space to do

1   it, as a result they added another room onto their

2   building and that's highly inefficient.

3           If you saw the Triumph facility, you would

4   see the product comes in the front door, goes out the

5   back door.  It doesn't go off to different rooms.

6   There are conveyers everywhere to convey the product.

7   It's an extremely efficient operation.

8           So in that respect, because we had a brand

9   new facility -- and there are a couple more today than

10  when we started at Triumph -- you had some huge

11  advantages in building a facility around the types of

12  strategies that I'm talking about.

13          Secondly, Triumph didn't sell any pork

14  products and in our industry, that's somewhat unique.

15  Other processers conduct their own sales activities.

16  At Triumph we don't have any salesmen.  We don't

17  control any sales, have nothing to do with it.

18          Basically, we produce the products and

19  that's handled -- information is provided to Seaboard

20  about what we produced and they're responsible for

21  selling the products.

22          That wasn't one of our company objectives.

23  We wanted to produce products that would generate high

24  margins for sure and we wanted those to be high

25  quality because we knew that would generate better

1   products, higher sales values.

2          Because we know that customers prefer

3   higher-quality products and we know in terms of a mix

4   of products, we can start to understand -- and

5   Agri Stats, for example, helped us understand a mix of

6   products that might create more total value.

7          But we had nothing to do with sales

8   activities and directly involved in sales and as a

9   result, that is quite a unique structure.

10         We also had our genetic line, allowing us to

11  try to execute these strategies I'm talking about,

12  bigger pigs.  Because you can't just grow a bigger

13  pig, because they'll get really fat.  Also, when you

14  grow bigger pigs it might generate meat that's kind of

15  floppy, kind of poor texture and poor fat content.

16         But because we had our own genetic line

17  which is very unique -- it's a genetic line that is

18  owned by Triumph, that would be trademarked to Triumph

19  Genetics, and we contracted with PIC for that

20  activity.

21         In addition to that, because of our

22  structure, our owners were our producers and that

23  structure in and of itself is somewhat unique.  Our

24  hog procurement agreements in the industry, I'm not

25  familiar -- I think there may be another one now,

Page 157

1    perhaps -- no, not similar to our structure.

2           I'm not sure there is another structure

3    similar in our industry similar to Triumph Foods in

4    which the owners of the company were hog producers and

5    had signed agreements to deliver hogs to the company

6    for it to process.  That is a unique structure in and

7    of itself.

8           Farmland was somewhat similar in its

9    structure as a cooperative, but really different than

10   Triumph Foods.

11     Q    So I know this is a tough question, but if

12   you were to ballpark the capital improvements that

13   Triumph made to reach these efficiencies, to develop a

14   more efficient, more competitive product, what would

15   that -- during your tenure, what would that ballpark

16   have been?

17          MR. SHIFTAN:  Objection to form.

18     Q    Tens of millions?

19          MR. SHIFTAN:  Same objection.

20     A    Well, obviously, just to build a basic

21   plant, a plant could have perhaps been built for in

22   those days maybe a hundred million dollars or

23   something like that.

24          I think our capital expenditure, and some

25   was capitalized and some was -- we used lease

Page 172

1   In Re: Pork Antitrust Litigation

2   Ricci Hoffman

3         ACKNOWLEDGMENT OF DEPONENT

4         I, _____Ricci J. Hoffman_____, do

5   hereby certify that I have read the foregoing

6   pages and that the same is a correct

7   transcription of the answers given by

8   me to the questions therein propounded,

9   except for the corrections or changes in form

10   or substance, if any, noted in the attached

11   Errata Sheet.

12

13   6/9/2022

14   DATE              SIGNATURE

15

16

17

18

19

20

21

22

23

24

25   5178788

# EXHIBIT E

# TRIUMPH WORKING DAYS CHART



# EXHIBIT F

# MATT ENGLAND DEPOSITION EX. 1 (TRI0000544439-40)

Highly-Confidential Subject to Protective Order

# Triumph Foods Processing History

*Unless otherwise indicated numbers are St. Joe only and do not include STF, which would show an even greater increase if included.

- Triumph's processing output **increased** between 2008 -2018
  - •Average Head/Day *increased* by almost 3,000 head
  - •Total HCW *increased* from 1.1B in 2008 to 1.3B in 2018 (**over 200,000,000 lbs. increase**)
- •Triumph's focus was increasing and meeting processing capacity
  - §Capacity in Spring 2009 = Appx. **19,000** hogs/day; Spring 2011 = 20,000; Spring 2012 = 21,300; Winter 2014 = 21,500
  - §2007 capital expansion for equilibration bay
  - §2008 added snapchill
  - §2013 capital expansion for add'l equilibration bay
  - §2014 implementation of program to utilize idle break times for processing
  - §System designed to handle increased hog weights to maximize efficiency
  - §Daily Capacity by 2014 = **21,500** hogs/day

| Op. Days | Year | Harvested Head | Live Wt | Hot Wt | Total Hot Carcass Weight | Avg Head per Day | Theo. Capacity |
|---|---|---|---|---|---|---|---|
| 261.0 | 2006 | 2,220,065 | 278.5 | 213.7 | 474,427,891 | 8,506 | |
| 278.0 | 2007 | 4,520,753 | 275.2 | 212.7 | 961,564,163 | 16,262 | |
| 289.0 | 2008 | 5,253,794 | 270.4 | 208.3 | 1,094,365,290 | 18,179 | |
| 286.0 | 2009 | 5,385,144 | 276.0 | 212.5 | 1,144,343,100 | 18,829 | 19,000 |
| 283.0 | 2010 | 5,449,110 | 279.1 | 215.0 | 1,171,558,650 | 19,255 | |
| 285.0 | 2011 | 5,688,920 | 278.3 | 214.3 | 1,219,135,556 | 19,961 | 20,000 |
| 288.0 | 2012 | 5,833,153 | 278.5 | 214.4 | 1,250,628,003 | 20,254 | 21,300 |
| 287.5 | 2013 | 6,001,575 | 277.8 | 213.9 | 1,283,736,893 | 20,875 | |
| 289.0 | 2014 | 6,103,146 | 286.2 | 220.4 | 1,345,133,378 | 21,118 | 21,400 |
| 288.0 | 2015 | 6,116,734 | 284.1 | 218.8 | 1,338,341,399 | 21,239 | 21,500 |
| 292.0 | 2016 | 6,162,060 | 282.3 | 217.4 | 1,339,631,844 | 21,103 | 21,500 |
| 289.0 | 2017 | 6,123,236 | 284.3 | 219.0 | 1,340,988,684 | 21,188 | 21,500 |
| 286.0 | 2018 | 6,029,637 | 285.2 | 219.6 | 1,324,108,285 | 21,083 | 21,500 |



Harvested Head - St. Joe



Exhibit
In Re: Pork Antitrust Litigation
Matt England
England 1

Highly-Confidential Subject to Protective Order





| Year | Total Hot Carcass Weight St. Joe | Total Hot Carcass Weight - STF | HCW St. Joe + 1/2 STF |
|------|-----------------------------------|--------------------------------|------------------------|
| 2006 | 474,427,891 | | 474,427,891 |
| 2007 | 961,564,163 | | 961,564,163 |
| 2008 | 1,094,365,290 | | 1,094,365,290 |
| 2009 | 1,144,343,100 | | 1,144,343,100 |
| 2010 | 1,171,558,650 | | 1,171,558,650 |
| 2011 | 1,219,135,556 | | 1,219,135,556 |
| 2012 | 1,250,628,003 | | 1,250,628,003 |
| 2013 | 1,283,736,893 | | 1,283,736,893 |
| 2014 | 1,345,133,378 | | 1,345,133,378 |
| 2015 | 1,338,341,399 | | 1,338,341,399 |
| 2016 | 1,339,631,844 | | 1,339,631,844 |
| 2017 | 1,340,988,684 | 82,513,296 | 1,382,245,332 |
| 2018 | 1,324,108,285 | 611,280,882 | 1,629,918,409 |

