# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFFS ACTION | Case No. 0:18-cv-01776-JRT- JFD<br><br>**DECLARATION OF JERRY LEHENBAUER IN SUPPORT OF DEFENDANT TRIUMPH FOODS, LLC'S MOTION FOR SUMMARY JUDGMENT** |

I, Jerry Lehenbauer, declare as follows:

1. I am over the age of majority, am competent to testify, and I have personal knowledge of the matters addressed in this declaration.

2. I am the Vice President of Hog Procurement for Triumph Foods, LLC ("Triumph") and have been employed in that position since 2004.

3. In this role, I have personal knowledge of, and familiarity with, Triumph's purchase and processing of hogs including the maintenance of our hog purchasing data, and I maintain data on Triumph's hog procurement, including the total number of hogs processed by Triumph per year and the number of hogs supplied by Triumph's members per year.

4. In 2009, Triumph processed 5,385,144 hogs. Triumph's members supplied, in aggregate, 4,289,475 hogs that year to Triumph.

1

5. In 2010, Triumph processed 5,449,110 hogs. Triumph's members supplied, in aggregate, 4,412,864 hogs that year to Triumph..

6. In 2011, Triumph processed 5,688,920 hogs. Triumph's member supplied, in aggregate, 4,510,723 hogs that year to Triumph.

7. This data is contained in a Microsoft Excel file that I understand has been produced in this litigation bates labeled TRI0000544441. This record and the data contained therein are maintained in the course of regularly conducted activity at Triumph, made as a regular practice of Triumph's processing operations, and made at or near the time of the events reflected therein.

8. If called as a witness, I would competently testify to the above.

9. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 20, 2023

*Jerry Lehenbauer* (signature)
Jerry Lehenbauer