## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>All Consumer Indirect Purchaser Plaintiff Actions | Case No. 0:18-cv-01776 (JRT-HB)<br><br>**CONSUMER INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES** |

Pursuant to Federal Rule of Civil Procedure 23(h) and Federal Rule of Civil Procedure 54(d)(2), Interim Co-Lead Counsel for the Consumer Indirect Purchaser Plaintiffs (Consumer IPPs) respectfully move this Court for an Order awarding attorneys' fees, reimbursement of expenses, and service awards for each of the named plaintiffs.

This motion is supported by Consumer IPPs' Memorandum of Law in Support of Consumer IPPs' Motion for an Award of Attorneys' Fees and Expenses, the Declaration of Shana Scarlett in Support of Consumer IPPs' Motion for an Award of Attorneys' Fees and Expenses and attached exhibits; the Declaration of Marc H. Edelson in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Litigation Expenses and attached exhibits; the Declaration of Kevin Landau in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Litigation Expenses and attached exhibits; the Declaration of Carl V. Malmstrom in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Litigation Expenses and attached exhibits; the Declaration of Dianne M. Nast in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Litigation Expenses and attached exhibit; the Declaration of Simon B. Paris in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Litigation Expenses and attached exhibits; the Declaration of Brian D. Penny in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Litigation Expenses and attached exhibit; the Declaration of Ashlea Schwarz in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Litigation Expenses and attached exhibits; and all of the files, records, and the proceedings herein.

DATED: January 24, 2023                    HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Shana E. Scarlett*
  SHANA E. SCARLETT

Rio Pierce
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*