UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL CONSUMER INDIRECT PURCHASER ACTIONS | Civil No. 18-1776 (JRT/JFD)<br><br>**DECLARATION OF DIANNE M. NAST IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES SUBMITTED ON BEHALF OF NASTLAW LLC** |

I, Dianne M. Nast, hereby declare and state as follows:

1. I am the owner of NastLaw LLC. I submit this declaration in support of Plaintiffs' Motion for an award of attorneys' fees and expenses in connection with the services rendered, and costs and expenses incurred, in the above-captioned action (the "Action"). I make this declaration based on my personal knowledge and if called as a witness, I could and would competently testify to the matters stated herein.

2. My firm and I serve as Counsel for Plaintiffs in this matter.

3. Attached hereto as **Exhibit 1** is my firm's total hours and lodestar, computed at current rates, for the periods: (1) from the inception of the case through December 31, 2022, and (2) from July 1, 2021 through December 31, 2022. The total number of hours spent by my firm from the inception of the case through December 31, 2022 was 5.2 hours with a corresponding current lodestar of $4,688.[1] For the time period

---

[1] Such time does not include any time expended in completing this declaration.

July 1, 2021 through and including December 31, 2022, NastLaw LLC did not spend any time working on this Action, so there are no corresponding hours and lodestar to report. This summary was prepared from contemporaneous, daily time records regularly prepared and maintained by the firm.

4.   The lodestar amount reflected in **Exhibit 1** is for work assigned by Plaintiffs' Co-Lead Counsel and was performed by professional staff at NastLaw LLC for the benefit of the Class/Plaintiffs during the aforementioned time periods. In preparing this time, I followed Co-Lead Counsel's protocol for time keeping and assignments and have audited my time to comply with that protocol. In connection with representing Plaintiffs in the Action, from inception through December 31, 2022 , NastLaw LLC did the following: assisted with drafting and filing a class action complaint in the District of Minnesota captioned *Realdine et al v. Agri Stats, Inc. et al* (18-cv-02044); attended conference calls and shared correspondence with co-counsel regarding information discussed at status conferences and interactions with defense counsel; met with co-counsel regarding letters for named class representatives concerning preservation of documents; and worked with co-counsel to identify additional class representatives from several states.  The hourly rates for the attorneys and professional staff in my firm reflected in **Exhibit 1** are the usual and customary hourly rates charged by my firm in similar complex litigation matters.

3

5. NastLaw LLC is not seeking the reimbursement of costs associated with this case.

I declare under the laws of the United States of America that the foregoing information is true and correct.

Executed on January 18, 2023, in Philadelphia, Pennsylvania.

<u>s/Dianne M. Nast</u>

# EXHIBIT 1

## NASTLAW LLC

**Reported Hours and Lodestar for the Entire Case Period**
Inception of the case through December 31, 2022

| Timekeeper | Professional Status | Hours | Current Rate | Total Lodestar |
|---|---|---|---|---|
| Dianne M. Nast | P | 3.4 | $995 | $3,383 |
| Erin C. Burns | A | 1.8 | $725 | $1,305 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Grand Total** | | 5.2 | | $4,688 |

**Reported Hours and Lodestar Following the JBS Settlement**
July 1, 2021 through December 31, 2022

| Timekeeper | Professional Status | Hours | Current Rate | Total Lodestar |
|---|---|---|---|---|
| See below* | | | | |
| | | | | |
| | | | | |
| **Grand Total** | | | | |

\* From July 1, 2021 to December 31, 2022, NastLaw LLC did not spend any time working on this Action, so there are no corresponding hours and lodestar to report.

### Role Legend
P     Partner/Shareholder
OC    Of Counsel
A     Associate
LC    Law Clerk
PL    Paralegal
I      Investigator
SA    Staff Attorney
CA    Contract Attorney