UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 0:18-cv-01776-JRT-JFD |
| This Document Relates To:<br><br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Judge John R. Tunheim<br>Magistrate John F. Docherty<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENT** |

Pursuant to Local Rule 5.6, the Errata to Expert Reply Report of Michael A. Williams, Ph.D. Dated November 18, 2022 in Support of Commercial and Institutional Indirect Purchaser Plaintiffs' Reply Memorandum in Support of Motion for Class Certification (ECF No. 1632) has been filed under seal because the material contained within either references or directly discusses materials that have been designated as confidential or highly confidential by the producing parties pursuant to the Protective Order in this action (ECF No. 212). The underlying expert declaration has also been submitted under seal in its entirety (*see* Exhibit 1, ECF No. 1635, filed November 18, 2022).

This errata was previously served on counsel for Defendants on December 28, 2022 and is filed here for completeness of the record.

Dated: January 26, 2023  **CUNEO GILBERT & LADUCA, LLP**

By: */s/ Blaine Finley*
Jonathan W. Cuneo (*pro hac vice*)
Joel Davidow (*pro hac vice*)
Blaine Finley (p*ro hac vice*)
4725 Wisconsin Ave. NW
Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com

Shawn M. Raiter (MN#240424)
**LARSON · KING LLP**
30 East Seventh Street Suite 2800 St. Paul, MN 55101
Telephone: (651)312-6518
sraiter@larsonking.com

*Interim Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*