# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

In Re: Pork Antitrust Litigation

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

John F. Docherty
Magistrate Judge

| | |
|---|---|
| Case No: | 18-1776 JRT/JFD |
| Date: | January 24, 2023 |
| Deputy: | Heather Arent |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 11:40 a.m. |
| Time Concluded: | 11:59 a.m. |
| Time in Court: | 19 Minutes |

Hearing on: Status Conference

### I.     DAPs' Consolidated Complaint

The parties discussed the Direct Action Plaintiffs' recently-filed Consolidated Complaint, and the Defendants' corresponding Motion to Dismiss and Defendant Triumph Foods, LLC's request for leave to file a Motion for Summary Judgment based on the Consolidated Complaint. The Court agreed to the parties' proposed briefing schedule for the Motion to Dismiss. The Direct Action Plaintiffs will file a response letter to Triumph's request by February 3, 2023, and Triumph should inform the Court shortly thereafter if it believes a reply is necessary.

### II.    Class Certification Hearing

The parties discussed the timing and details of the upcoming class certification hearing on January 31, 2023. The Court indicated that the hearing will be held in person and all individuals who intend to speak at the hearing should be present. Individuals who wish to attend the hearing but will not be speaking may join by audio. The hearing will begin at 10 AM CST with a presentation from the Class Plaintiffs. The Defendants will begin their presentation after lunch, leaving time for the Class Plaintiffs to present a rebuttal if

necessary.  The Court suggested the parties focus their argument on the Motions for Class Certification.

### III.    Sioux-Preme and USDA Depositions

The parties provided an update on their requests to schedule the Sioux-Preme and USDA depositions.

### IV.    Next Status Conference

The Court scheduled the next status conference for Wednesday, February 22, 2023, at 1PM CST via Zoom.


**APPEARANCES:**

Plaintiffs: Jill Manning, Joseph Bourne, Michael Pearson, Martin Amaro, W. Joseph Bruckner, Daniel Hedlund, Shana Scarlett, Abigail Pershing, Blaine Finley, Sarah Sterling Aldridge, Kyle Bates, Alberto Rodriguez, David Germaine, William Blechman, Samuel Randall, Michael Ponzoli, Robert Kaplan, David Eddy, Michael Mitchell, Scott Gant, Patrick Ahern

Defendants: Liam Phibbs, Jenna Stupar, Craig Coleman, Donald Heeman, Sami Rashid, Peter Schwingler, Brian Robison, James Spung, Christopher Smith, Jarod Taylor, Tiffany Rider Rohrbaugh

s/Heather Arent_____  
Courtroom Deputy Clerk
