# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*All Class Actions* | Case No. 18-cv-1776 (JRT/JFD) |

### [PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE DEADLINES FOR JOINT MOTIONS REGARDING <u>CONTINUED SEALING</u>

The Court has reviewed and considered the Joint Stipulation to Continue Deadlines for Joint Motions Regarding Continued Sealing (ECF No. 1785) between Direct Purchaser Plaintiffs, Commercial Indirect Purchaser Plaintiffs, Consumer Indirect Purchaser Plaintiffs, and Defendants. The Court finds that there is good cause to grant the stipulation pursuant to Federal Rule of Civil Procedure 16(b)(4) and D. Minn. Local Rule 16.3, and hereby continues the deadlines, as set forth below.

| Event | Old Deadline | New Deadline |
|---|---|---|
| DPPs and Defendants' Joint Motion Regarding Continued Sealing, including redacted versions of Defendants' omnibus, DPP, and sur-reply briefs opposing class certification | January 27, 2023 | February 10, 2023 |
| CIIPPs and Defendants' Joint Motion Regarding Continued Sealing, including the redacted version of Defendants' CIIPP brief opposing to class certification | January 27, 2023 | February 10, 2023 |
| IPPs and Defendants' Joint Motion Regarding Continued Sealing, including redacted versions of IPPs' brief ISO motion for class certification, Defendants' IPP brief opposing class certification, and IPPs' reply ISO class certification | January 27, 2023 | February 10, 2023 |
| Defendants and DPPs' Joint Motion Regarding Continued Sealing, including the redacted version of Defendants' brief ISO motion to exclude the report and testimony of Dr. Mangum and Defendants' reply brief | January 27, 2023 | February 10, 2023 |
| Defendants and CIIPPs' Joint Motion Regarding Continued Sealing, including the redacted version of Defendants' brief ISO motion to exclude the report and testimony of Dr. Williams and Defendants' reply brief | January 27, 2023 | February 10, 2023 |
| Defendants and IPPs' Joint Motion Regarding Continued Sealing, including redacted versions of Defendants' brief ISO motion to exclude the report and testimony of Dr. Singer, IPPs' brief opposing the motion, and Defendants' reply brief | January 27, 2023 | February 10, 2023 |

4895-9537-6205, v. 1

Dated: _____                    _____
                                         The Honorable John F. Docherty
                                         Magistrate Judge, District of Minnesota