# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## STATUS CONFERENCE

In Re: Pork Antitrust Litigation

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 18-1776 (JRT/JFD) |
| Date: | January 31, 2023 |
| Deputy: | Heather Arent |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 10:12 a.m. |
| Time Concluded: | 5:47 p.m. |
| Time in Court: | 5 Hours & 54 Minutes |

Hearing on: Class Certification

The Court heard the parties' arguments on Direct Purchaser Plaintiffs, Consumer Indirect Purchaser Plaintiffs, and Commercial and Institutional Indirect Purchaser Plaintiffs' motions for class certification. [Docket Nos. 1318, 1334, 1340.] The parties also presented arguments on Defendants' *Daubert* motions to exclude the expert testimony relied upon by Class Plaintiffs in their motions for class certification. [Docket Nos. 1449, 1453, 1466.] The Court will take the issues under advisement.

**APPEARANCES:**

Plaintiffs: Shana Scarlett, W. Joseph Bruckner, Alec Blaine Finley, Jill M. Manning, Joshua J. Rissman, Joseph Bourne, Steven Owen, Sarah Lundberg, Daniel Hedlund, David Cialkowski, Shawn Raiter

Defendants: Daniel E. Laytin, Peter J. Swingler, Craig S. Coleman, Tiffany Rider Rohrbaugh, Liam Phibbs, Mark Johnson, Emily Chow, Jessica Nelson, Christopher Smith, Allison Vissichelli

s/Heather Arent
Courtroom Deputy Clerk