UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Action Meat Distributors, Inc. et al. v. Agri Stats, Inc. et al.,* Case No. 1:21-cv-01454 (D. Minn.);<br><br>*Giant Eagle, Inc. v. Agri Stats, Inc. et al.,* Case No. 1:21-cv-01874 (D. Minn.); and<br><br>*UniPro Foodservice, Inc. v. Agri Stats, Inc. et al.,* Case No. 1:21-cv-02757 (D. Minn.) | Case No. 18-cv-01776 (JRT/JFD)<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION** |

Notice is hereby given that the undersigned, Eric R. Lifvendahl, is now affiliated with the law firm of Lifvendahl Law, LLC, effective February 1, 2023, and the undersigned states the following:

1. The undersigned was previously associated with the firm known as L&G Law Group, LLP.

2. The undersigned formerly affiliated with L&G Law Group, LLP has now become affiliated with Lifvendahl Law, LLC.

3. New contact information for the undersigned is:

> Eric R. Lifvendahl
> LIFVENDAHL LAW, LLC
> 265 Latrobe, Avenue
> Northfield, IL 60093
> Tel: (847) 830-7002
> eric@liflaw.com

Dated: February 8, 2023                    Respectfully submitted,

By:  /s/ *Eric R. Lifvendahl*
Eric R. Lifvendahl
LIFVENDAHL LAW, LLC
265 Latrobe Avenue
Northfield, IL 60093
Tel: (847) 830-7002
eric@liflaw.com

## CERTIFICATE OF SERVICE

On February 8, 2023, I caused to be filed a copy of the foregoing document with the Clerk of the Court for the United States District Court for the District of Minnesota, via the Court's CM/ECF system, which sends a notification of a filing to all counsel of record.

                      By:    /s/ Eric Lifvendahl
                              Eric Lifvendahl