UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re: Pork Antitrust Litigation

Case No. 0:18-cv-01776-JRT-JFD

This Document Relates To:

All Commercial and Institutional
Indirect Purchaser Plaintiffs Actions

**JOINT MOTION REGARDING CONTINUED SEALING**

Documents have been filed under temporary seal in connection with the following motion:

| | |
|---|---|
| Defendants' Motion to Exclude the Testimony of Dr. Michael Williams | Doc. No. 1453 |

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

1

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| 1459 | N/A | Memorandum in Support of Defendants' Motion to Exclude the Testimony of Dr. Michael Williams | Parties agree that the document should remain sealed, but a redacted copy should be filed with only minimal redactions. Those redactions are limited to (1) discussions of confidential data produced by a third party, and (2) quotes or descriptions of confidential documents. | | Document should be unsealed except portions discussing confidential business information and methods of parties and third-parties. |
| 1465-01 | N/A | Exhibit 1 to Thomson Declaration in Support of Defendants' Motion to Exclude the Testimony of Dr. Michael Williams | Parties agree that the document should remain sealed, but a redacted copy should be filed with only minimal redactions. Those redactions are limited to discussions of confidential data produced by a third party. | | Exhibit consists of excerpts of deposition transcript which contains discussions of confidential data produced by a third party. |
| 1465-02 | N/A | Exhibit 8 to Thomson Declaration in Support of Defendants' Motion to Exclude the Testimony of Dr. Michael Williams | Parties agree document should remain sealed. | | Contains information regarding confidential business methods. |
| 1465-03 | N/A | Exhibit 10 to Thomson Declaration in Support of Defendants' Motion to Exclude the Testimony of Dr. Michael Williams | Parties agree document should remain sealed. | | Contained information regarding confidential business methods. |

| | | | | | |
|---|---|---|---|---|---|
| 1729 | N/A | Reply Memorandum in Support of Defendants' Motion to Exclude the Testimony of Dr. Michael Williams | Parties agree that the document should remain sealed, but a redacted copy should be filed with only minimal redactions limited to discussions of confidential data produced by a third party. | | Document should be unsealed except portions discussing confidential business information of third-party. |
| 1733 | N/A | Exhibit 1 to Second Thomson Declaration in Support of Defendants' Motion to Exclude the Testimony of Dr. Michael Williams. | Parties agree document should be unsealed. | | Exhibit consists of excerpts of deposition. Deposition transcript was designated confidential at time of filing but designation has been withdrawn as to excerpted portions. |
| 1637 | 1638 | Opposition to Motion to Exclude Expert Testimony of Dr. Michael Williams | The Parties agree that the redacted information should remain redacted. | | Redacted portions of the document contain and/or discuss confidential business information and methods of parties and third-parties. |

---

[i] This explanation should be very brief.  For example:

CORE/3508162.0002/180129061.1

1. contains information designated as confidential by a nonparty
2. contains information designated as confidential under a non-disclosure agreement between plaintiff and nonparty
3. discovery materials filed in connection with a motion under Fed R. Civ. P. 37
4. reveals trade secrets of defendant
5. reveals proprietary business methods of plaintiff
6. confidential financial records
7. confidential medical records
8. contains termination information regarding former employees of defendant
9. reveals information regarding a minor
10. contains information ordered sealed by the court on DATE [Docket No. XX]

Dated: February 10, 2023

Respectfully submitted,

By: /s/ *William D. Thomson*
Peter J. Schwingler (#0388909)
William L. Greene (#0198730)
William D. Thomson (#0396743)
Jon W. Ripa (#0402069)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com
jon.ripa@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

***Counsel for Seaboard Foods LLC and Seaboard Corporation***

/s/ *Mark L. Johnson*
Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP

/s/ *Craig. S. Coleman*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com

5

300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com

***Counsel for Clemens Food Group, LLC and The Clemens Family Corporation***

aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Stephanie A. Koltookian (*pro hac vice*)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 842-8800
jonathan.todt@faegredrinker.com

John S. Yi (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

***Counsel for Hormel Foods Corporation***

6

/s/ *Peter H. Walsh*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

**Counsel for Agri Stats, Inc.**

/s/ *Tiffany Rider Rohrbaugh*
Tiffany Rider Rohrbaugh (*pro hac vice*)
Rachel J. Adcox (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
trider@axinn.com
radcox@axinn.com
lstrang@axinn.com
avissichelli@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

/s/ *Christopher A. Smith*
Aaron Chapin (#0386606)
Christopher A. Smith (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
Sarah L. Zimmerman (*pro hac vice filed*)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com

**Counsel for Triumph Foods, LLC**

Craig M. Reiser (*pro hac vice*)
Kail Jethmalani (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
creiser@axinn.com
kjethmalani@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.***

*/s/ Blaine Finley*
**CUNEO GILBERT & LADUCA, LLP**
Jonathan W. Cuneo (*pro hac vice*)
Joel Davidow (*pro hac vice*) Blaine Finley (*pro hac vice*) 4725
Wisconsin Ave. NW Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com

*/s/ Sterling Aldridge*
Don Barrett (*pro hac vice*)
Katherine Barrett Riley (*pro hac vice*)
Sterling Aldridge (*pro hac vice*)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

**Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs**