UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/HB)<br><br>**NOTICE OF CHANGE OF ADDRESS** |
| This Document Relates to:<br><br>All Actions | |

010736-11/2130968 V1

**PLEASE TAKE NOTICE THAT** effective immediately, the contact information for Abigail D. Pershing will be as follows:

> Abigail D. Pershing
> Hagens Berman Sobol Shapiro LLP
> 301 N. Lake Avenue, Suite 920
> Pasadena, CA 91101
> (213) 330-7145
> abigailp@hbsslaw.com

Please update your records for all notification and service purposes.

DATED: February 10, 2023

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Abigail D. Pershing*
   ABIGAIL D. PERSHING (*pro hac vice*)
Elaine T. Byszewski (*pro hac vice*)
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Tel.: (213) 330-7150
Fax: (213) 330-7152
abigailp@hbsslaw.com
elaine@hbsslaw.com

Shana E. Scarlett (*pro hac vice*)
Rio S. Pierce (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel.: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Breanna Van Engelen (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

*Counsel for Consumer Indirect Purchaser Plaintiffs*