UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT/JFD) |
| This Document Relates To:<br>*All Class Actions* | |

**[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE DEADLINES FOR JOINT MOTIONS REGARDING <u>CONTINUED SEALING</u>**

The Court has reviewed and considered the Joint Stipulation to Continue Deadlines for Joint Motions Regarding Continued Sealing (ECF No. 1811) between Direct Purchaser Plaintiffs ("DPPs"), Commercial and Institutional Indirect Purchaser Plaintiffs, Consumer Indirect Purchaser Plaintiffs (together, "Class Plaintiffs"), and Defendants.  The Court finds that there is good cause to grant the stipulation pursuant to Federal Rule of Civil Procedure 16(b)(4) and D. Minn. Local Rule 16.3. The deadline to file joint motions regarding continued sealing regarding (1) DPPs' motion for class certification and (2) the omnibus motion papers regarding Class Plaintiffs' motions for class certification is hereby extended to February 17, 2023.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable John F. Docherty
Magistrate Judge, District of Minnesota