UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>All Consumer Indirect Purchaser Actions | Case No. 0:18-cv-01776 (JRT-JFD)<br><br>**NOTICE REGARDING JOINT MOTION REGARDING CONTINUED SEALING** |

    Defendants have filed the parties' Joint Motion Regarding Continued Sealing. Defendants attached their proposed redactions to that Motion. Consumer Indirect Purchaser Plaintiffs propose their own redactions, filed herewith.[1]

---

[1] ECF No. 1627 is the unredacted filed version of ECF Nos. 1628, 1629, and 1630.

Dated:  February 10, 2023

*/s/ Shana E. Scarlett*
Shana E. Scarlett
Rio Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Abigail D. Pershing
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N Lake Ave. #920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile:  (213) 330-7152
abigailp@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

***Counsel for Consumer Indirect Purchaser Plaintiffs***