UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT/JFD) |
|---|---|
| This Document Relates To: *All Class Actions* | |

### ORDER ON JOINT STIPULATION TO CONTINUE DEADLINES FOR JOINT MOTIONS REGARDING CONTINUED SEALING

The Court has reviewed and considered the Joint Stipulation to Continue Deadlines for Joint Motions Regarding Continued Sealing (Dkt. No. 1811) between Direct Purchaser Plaintiffs ("DPPs"), Commercial and Institutional Indirect Purchaser Plaintiffs, Consumer Indirect Purchaser Plaintiffs (together, "Class Plaintiffs"), and Defendants. The Court finds that there is good cause to grant the stipulation pursuant to Federal Rule of Civil Procedure 16(b)(4) and D. Minn. Local Rule 16.3. The deadline to file joint motions regarding continued sealing regarding (1) DPPs' motion for class certification and (2) the omnibus motion papers regarding Class Plaintiffs' motions for class certification is hereby extended to February 17, 2023.

IT IS SO ORDERED.

Dated: February 13, 2023

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge