UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* <br><br> This Document Relates To: <br><br> ALL ACTIONS | Case No. 0:18-cv-01776-JRT-JFD <br><br> **JOINT REPORT IN ADVANCE OF FEBRUARY 22, 2023 STATUS CONFERENCE** |

Counsel for Direct Purchaser Plaintiffs, Consumer Indirect Purchaser Plaintiffs, and Commercial and Institutional Indirect Purchaser Plaintiffs, the Commonwealth of Puerto Rico, and the Direct Action Plaintiffs (collectively, "Plaintiffs") and Defendants (collectively, the "Parties"), in the above-captioned consolidated action submit the following report in advance of the February 22, 2023 status conference.

The parties have no issues to raise with the Court at this time. The Parties note that depositions continue to be scheduled for a few remaining Direct Action Plaintiffs, and that the Parties are expecting a response from the USDA shortly relating to deposition topics pursuant to the USDA's *Touhy* regulations. There are no disputes on these topics ripe for Court intervention. The Parties do not believe a status conference is necessary at this time, but will of course be happy to make themselves available at the Court's discretion.

DATED: February 17, 2023                                         Respectfully submitted,

*/s/ Bobby Pouya*                                                           */s/ Joseph C. Bourne*
Bobby Pouya                                                                   Joseph C. Bourne (MN #0389922)
Clifford H. Pearson                                                         W. Joseph Bruckner (MN #0147758)
Daniel L. Warshaw                                                         Brian D. Clark (MN #0390069)
Michael H. Pearson                                                        Arielle S. Wagner (MN #0398332)
**PEARSON WARSHAW, LLP**                                       Craig S. Davis (MN #0148192)
15165 Ventura Boulevard, Suite 400                            Simeon A. Morbey (MN #0391338)
Sherman Oaks, CA 92403                                              Stephen M. Owen (MN # 0399370)
T: (818) 788-8300                                                              **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
cpearson@pwfirm.com                                                   100 Washington Avenue South, Suite 2200
dwarshaw@pwfirm.com                                                Minneapolis, MN 55401
bpouya@pwfirm.com                                                      T: (612) 339-6900
mpearson@pwfirm.com                                                 jcbourne@locklaw.com
                                                                                          wjbruckner@locklaw.com
Melissa S. Weiner (MN #0387900)                                bdclark@locklaw.com
**PEARSON WARSHAW, LLP**                                       aswagner@locklaw.com
328 Barry Avenue South, Suite 200                              csdavis@locklaw.com
Wayzata, MN 55391                                                         samorbey@locklaw.com
T: (612) 389-0600                                                              smowen@locklaw.com
mweiner@pwfirm.com

Bruce L. Simon
Benjamin E. Shiftan
Neil Swartzberg
**PEARSON WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
T: (415) 433-9000
F: (415) 433-9008
bsimon@pwfirm.com
bshiftan@pwfirm.com
nswartzberg@pwfirm.com

                                                                                          *Co-Lead Class Counsel for Direct Purchaser*
                                                                                          *Plaintiffs*

2

*/s/ Shana E. Scarlett*
Shana E. Scarlett
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
T: (510) 725-3000
shanas@hbsslaw.com

Steve. W. Berman
Breanna Van Engelen
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

*/s/ Daniel E. Gustafson*
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

*/s/ Shawn M. Raiter*
Shawn M. Raiter (MN# 240424)
**LARSON • KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
T: (651) 312-6518
sraiter@larsonking.com

*/s/ Blaine Finley*
Jonathan W. Cuneo
Joel Davidow
Blaine Finley
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
T: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.co

*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

3

*/s/ Kyle G. Bates*
Kyle G. Bates
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
T: (415) 633-1908
kbates@hausfled.com

Peter B. Schneider
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
3700 Buffalo Speedway, Suite 300
Houston, Texas 77098
T: (713) 338-2560
F: (415)421-7105
pschneider@schneiderwallace.com

Todd M. Schneider
Matthew S. Weiler
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
2000 Powell St., Suite 1400
Emeryville, California 94608
T: (415) 421-7100
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com

Garrett W. Wotkyns
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
T: (480) 428-0145
gwotkyns@schneiderwallace.com

Domingo Emanuelli-Hernández
Attorney General
Guarionex Díaz Martínez
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
T: (787) 721-2900, ext. 2600, 2601
F: (787) 721-3223
gdiaz@justicia.pr.gov

*Counsel for the Commonwealth of Puerto Rico*

*/s/ Robert N. Kaplan*
Robert N. Kaplan
Matthew P. McCahill
Jason A. Uris
**KAPLAN FOX & KILSHEIMER, LLP**
850 Third Avenue, 14th Floor
New York, New York 10022
T: (212) 687-1980
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com
juris@kaplanfox.com

*/s/ Richard L. Coffman*
Richard L. Coffman
**THE COFFMAN LAW FIRM**
3355 W. Alabama St., Suite 240
Houston, Texas 77098
T: (713) 528-6700
rcoffman@coffmanlawfirm.com

*/s/ Eric R. Lifvendahl*
Eric R. Lifvendahl
**L&G LAW GROUP, LLP**
175 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
T: (312) 364-2500
elifvendahl@lgcounsel.com

*/s/ Bernard D. Marcus*
Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
**MARCUS & SHAPIRA LLP**
One Oxford Center, 35th Floor
Pittsburgh, Pennsylvania 15219
T: (412) 471-3490
marcus@marcus-shapira.com
cain-mannix@marcus-shapira.com
hill@marcus-shapira.com

*Counsel for MDL DAPs Action Meat Distributors, Inc., Topco Associates, LLC, Alex Lee, Inc./Merchants Distributors, LLC, Associated Food Stores, Inc., Brookshire Grocery Company, Colorado Boxed Beef Co., Certco, Inc., The Golub Corporation, Nicholas & Co., PFD Enterprises, Inc., SpartanNash Company, Springfield Grocer Company, The Distribution Group d/b/a Van Eerden Foodservice Co., Troyer Foods, Inc., URM Stores, Inc., and Giant Eagle, Inc*

.

5

*/s/ David C. Eddy*
David C. Eddy
Dennis J. Lynch
Travis C. Wheeler
**NEXSEN PRUET, LLC**
1230 Main Street, Suite 700
Columbia, South Carolina 29201
T: (803) 771-8900
deddy@nexsenpruet.com
dlynch@nexsenpruet.com
twheeler@nexsenpruet.com

*Counsel for MDL DAPs Conagra Brands, Inc., Nestlé USA, Inc.; Nestlé Purina PetCare Co.; Compass Group USA, Inc.; and Howard B. Samuels, solely as Chapter 7 Trustee of the estate of Central Grocers, Inc.*


*/s/ Patrick J. Ahern*
Patrick J. Ahern
**AHERN & ASSOCIATES, P.C.**
Willoughby Tower
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
T: (312) 404-3760
patrick.ahern@ahernandassociatespc.com

*Counsel for Plaintiffs Winn-Dixie Stores,
Inc.; Bi-Lo Holdings, LLC; and Kraft Heinz Foods Company*

*/s/ David B. Esau*
David B. Esau
Kristin A. Gore
Garth T. Yearick
Amanda R. Jesteadt
**CARLTON FIELDS,** P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
T: (561) 659-7070
F: (561) 659-7368
desau@carltonfields.com
kgore@carltonfields.com
gyearick@carltonfields.com
ajesteadt@carltonfields.com

Roger S. Kobert
405 Lexington Avenue, 36th Floor
New York, New York 10174-3699
T: (212) 785-2577
F: (212) 785-5203
rkobert@carltonfields.com

Aaron A. Holman
Chelsey J. Clements
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
T: (407) 849-0300
F: (407) 648-9099
aholman@carltonfields.com
cclements@carltonfields.com

Scott L. Menger
2029 Century Park East, Suite 1200
Los Angeles, California 90067
T: (310) 843-6300
F: (301) 843-6301
smenger@carltonfields.com

*Counsel for Cheney Brothers, Inc.; Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust; Buffalo Wild Wings, Inc.;*

6

*Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc.; and Restaurant Services, Inc.*

<div style="display: flex;">

<div>

*/s/ Philip J. Iovieno*
Philip J. Iovieno
Nicholas A. Gravante, Jr.
Lawrence S. Brandman
Jack G. Stern
Gillian Groarke Burns
Mark A. Singer
Elizabeth R. Moore
**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, New York 10281
T: (212) 504-6000
philip.iovieno@cwt.com
nicholas.gravante@cwt.com
lawrence.brandman@cwt.com
jack.stern@cwt.com
gillian.burns@cwt.com
mark.singer@cwt.com
elizabeth.moore@cwt.com

*Counsel for MDL DAPs Jetro Holdings, LLC and BJ's Wholesale Club, Inc. and Co- Counsel for Plaintiffs Kraft Heinz Foods Company; Winn-Dixie Stores, Inc.; and Bi-Lo Holdings, LLC*

</div>

<div>

*/s/ Scott E. Gant*
Scott E. Gant
Michael S. Mitchell
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave., NW
Washington, DC 20005
T: 202-237-2727
sgant@bsfllp.com
mmitchell@bsfllp.com

Colleen Harrison
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, New York 10504
T: (914) 749-8204
charrison@bsfllp.com

Sarah L. Jones
**BOIES SCHILLER FLEXNER LLP**
725 South Figueroa Street
Los Angeles, California 90017
sjones@bsfllp.com

*Counsel for MDL DAPs Sysco Corporation and Amory Investments LLC*

</div>

</div>

By: */s/ Samuel J. Randall*
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
Douglas H. Patton
Samuel J. Randall
Michael A. Ponzoli
**KENNY NACHWALTER, P.A.**
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
T: (305) 373-1000
F: (305) 372-1861
rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com
dpatton@knpa.com
srandall@knpa.com
mponzoli@knpa.com

*Counsel for The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc., Save Mart Supermarkets, and US Foods, Inc.*

By: */s/ Christopher P. Wilson*
William C. Lavery
Christopher P. Wilson
Danielle Morello
Wyatt M. Carlock
**BAKER BOTTS LLP**
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 539-7890
william.lavery@bakerbotts.com
christopher.wilson@bakerbotts.com
danielle.morello@bakerbotts.com
wyatt.carlock@bakerbotts.com

*Counsel for Direct Action Plaintiff ALDI Inc.*

By: */s/ David P. Germaine*
Paul E. Slater
Joseph M. Vanek
David P. Germaine
Phillip F. Cramer
Alberto Rodriguez
Jeffrey H. Bergman
**SPERLING & SLATER, LLC**
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
T: (312) 641-3200
F: (312) 641-6492
pes@sperling-law.com
jvanek@sperling-law.com
dgermaine@sperling-law.com
pcramer@sperling-law.com
arodriguez@sperling-law.com
jbergman@sperling-law.com

*Counsel for Direct Action Plaintiffs Associated Grocers of the South, Inc., Dollar General Corporation, Dolgencorp, LLC, Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc., Raley's, United Natural Foods, Inc., Supervalu, Inc., Associated Grocers of Florida, Inc., Unified Grocers, Inc., Tony's Fine Foods, and Wakefern Food Co.*

8

*/s/ Tiffany Rider Rohrbaugh*
Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
Brandon Boxbaum (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)
Keith Holleran (*pro hac vice*)
**AXINN, VELTROP &
HARKRIDER LLP**
1901 L Street NW
Washington, DC 20036
(202) 912-4700
radcox@axinn.com
trider@axinn.com
lstrang@axinn.com
bboxbaum@axinn.com
avissichelli@axinn.com
kholleran@axinn.com

Jarod Taylor (*pro hac vice*)
**AXINN, VELTROP &
HARKRIDER LLP**
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

Kail Jethmalani (*pro hac vice*)
Craig M. Reiser (*pro hac vice*)
Andrea Rivers (*pro hac vice*)
Victoria J. Lu (*pro hac vice*)
**AXINN, VELTROP &
HARKRIDER LLP**
114 West 47th Street
New York, NY 10036
(212) 728-2200
kjethmalani@axinn.com
creiser@axinn.com
arivers@axinn.com
vlu@axinn.com

*/s/ Craig. S. Coleman*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
**FAEGRE DRINKER BIDDLE &
REATH LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Stephanie A. Koltookian (*pro hac vice*)
Robert C. Gallup (#0399100)
**FAEGRE DRINKER BIDDLE &
REATH LLP**
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
**FAEGRE DRINKER BIDDLE &
REATH LLP**
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 842-8800
jonathan.todt@faegredrinker.com

David P. Graham (#0185462)
**DYKEMA GOSSETT PLLC**
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

*Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*

*/s/ Mark L. Johnson*
Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
**GREENE ESPEL PLLP**
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com

*Counsel for Clemens Food Group, LLC and The Clemens Family Corporation*

John S. Yi (*pro hac vice*)
**FAEGRE DRINKER BIDDLE & REATH LLP**
One Logan Square, Suite 2200
Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

*Counsel for Hormel Foods Corporation*

*/s/ John A. Cotter*
John A. Cotter (#0134296)
John A. Kvinge (#0392303)
**LARKIN HOFFMAN DALY & LINDGREN LTD.**
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
**GIBSON, DUNN &CRUTCHER, LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
**BROWN FOX PLLC**
6303 Cowboys Way, Suite 450
Frisco, TX 75034
(972) 707-1809
brian@brownfoxlaw.com

*Counsel for Smithfield Foods, Inc.*

10

| | |
|---|---|
| /s/ *Peter H. Walsh* <br> Peter H. Walsh (#0388672) <br> **HOGAN LOVELLS US LLP** <br> 80 South Eighth Street, Suite 1225 <br> Minneapolis, MN 55402 <br> (612) 402-3000 <br> peter.walsh@hoganlovells.com <br><br> William L. Monts (*pro hac vice*) <br> Justin W. Bernick (*pro hac vice*) <br> **HOGAN LOVELLS US LLP** <br> Columbia Square <br> 555 Thirteenth Street, NW <br> Washington, D.C. 20004 <br> (202) 637-5600 <br> william.monts@hoganlovells.com <br> justin.bernick@hoganlovells.com <br><br> ***Counsel for Agri Stats, Inc.*** | */s/ Christopher A. Smith* <br> Aaron Chapin (#0386606) <br> Christopher A. Smith (*pro hac vice*) <br> Tessa K. Jacob (*pro hac vice*) <br> A. James Spung (*pro hac vice*) <br> Jason Husgen (*pro hac vice*) <br> Sarah L. Zimmerman (MDL registered) <br> Kate Ledden (MDL registered) <br> Tanner Cook (MDL registered) <br> **HUSCH BLACKWELL LLP** <br> 190 Carondelet Plaza, Ste 600 <br> St. Louis, MO 63105 <br> Telephone: (314) 480-1500 <br> aaron.chapin@huschblackwell.com <br> chris.smith@huschblackwell.com <br> tessa.jacob@huschblackwell.com <br> james.spung@huschblackwell.com <br> jason.husgen@huschblackwell.com <br> sarah.zimmerman@huschblackwell.com <br> kate.ledden@huschblackwell.com <br> tanner.cook@huschblackwell.com <br><br> ***Counsel for Triumph Foods, LLC*** |

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com

J. Nicci Warr (*pro hac vice*)
**STINSON LLP**
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

***Counsel for Seaboard Foods LLC and Seaboard Corporation***

*/s/ Jessica J. Nelson*
Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
**SPENCER FANE LLP**
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402-4206
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Richard T. Vagas (*pro hac vice*)
David B. Adler (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

***Counsel for JBS USA Food Company***