IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*All Class Plaintiff Actions* | Case No. 18-cv-1776-JRT-JFD |

## JOINT MOTION REGARDING CONTINUED SEALING

Documents have been filed under temporary seal in connection with the following motion:

| | |
|---|---|
| Defendants' Omnibus Memorandum in Opposition to All Class Plaintiffs' Motions for Class Certification | Doc No. 1441 |
| Sur-Reply in Support of Defendants' Opposition to All Class Plaintiffs' Motions for Class Certification | Doc No. 1684 |
| Class Plaintiffs' Sur-Rebuttal in Support of Plaintiffs' Motions for Class Certification | Doc No. 1722 |

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 1441 | N/A | Defendants' Omnibus Memorandum in Opposition to All Class Plaintiffs' Motions for Class Certification | Defendants propose to that this document can be unsealed except with respect to limited redactions for confidential business analyses and methods as outlined in the attached redacted memorandum. | | Plaintiffs request that this document be unsealed as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the information obtained from the documents cited therein does not appear to be commercially sensitive now in 2023.<br><br>Defendants: redacted as per sealed documents below because documents contain confidential business methods and analysis. |

2

| | | | | | |
|---|---|---|---|---|---|
| 1442 | 1443 | Declaration of Lindsey Strang Aberg In Support Of Defendants' Omnibus Memorandum in Opposition to All Class Plaintiffs' Motions for Class Certification ("Declaration of Lindsey Strang Aberg") | The parties agree that this document can be unsealed | | |
| 1442-1 | | Exhibit 1 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed except with respect to limited redactions for confidential business information provided by third parties, as outlined in the attached redacted version of Exhibit 1. | | |
| 1442-2 | | Exhibit 2 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed except with respect to limited redactions for confidential business information provided by third parties, as outlined in the attached redacted version of Exhibit 2. | | |
| 1442-5 | | Exhibit 5 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed | | |
| 1442-6 | | Exhibit 6 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed | | |

| | | | | | |
|---|---|---|---|---|---|
| 1442-7 | | Exhibit 7 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed | | |
| 1442-9 | | Exhibit 9 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed | | |
| 1442-10 | | Exhibit 10 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed | | |
| 1442-16 | | Exhibit 16 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed | | |
| 1442-17 | | Exhibit 17 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed | | |
| 1442-18 | | Exhibit 18 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed | | |
| 1442-19 | | Exhibit 19 to the Declaration of Lindsey Strang Aberg | Defendants submit this document should remain sealed | | Defendants: Contains information regarding confidential business methods and analysis.<br><br>Plaintiffs request that this document be unsealed as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the information obtained from the documents cited therein |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | does not appear to be commercially sensitive now in 2023. |
| 1442-20 | | Exhibit 20 to the Declaration of Lindsey Strang Aberg | Defendants submit this document should remain sealed | | Defendants: Contains information regarding confidential business methods and analysis.<br><br>Plaintiffs request that this document be unsealed as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the information obtained from the documents cited therein does not appear to be commercially sensitive now in 2023. |
| 1442-22 | | Exhibit 22 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed | | |
| 1442-23 | | Exhibit 23 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed | | |
| 1442-30 | | Exhibit 30 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed | | |
| 1442-36 | | Exhibit 36 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed | | |

| | | | | | |
|---|---|---|---|---|---|
| 1442-37 | | Exhibit 37 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed | | |
| 1442-38 | | Exhibit 38 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed | | |
| 1442-41 | | Exhibit 41 to the Declaration of Lindsey Strang Aberg | Defendants submit this document should remain sealed | | Defendants: Contains information regarding confidential business methods and analysis.<br><br>Plaintiffs request that this document be unsealed as this case is of public significance, the proposed absent class members have due process interests in the evidence of defendants' wrongdoing, and the information obtained from the documents cited therein does not appear to be commercially sensitive now in 2023. |
| 1442-42 | | Exhibit 42 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed | | |
| 1442-43 | | Exhibit 43 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed | | |
| 1442-44 | | Exhibit 44 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed | | |

6

| | | | | | |
|---|---|---|---|---|---|
| 1442-47 | | Exhibit 47 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed | | |
| 1442-48 | | Exhibit 48 to the Declaration of Lindsey Strang Aberg | The parties agree that this document can be unsealed | | |
| 1684 | | Sur-Reply in Support of Defendants' Opposition to all Class Plaintiffs' Motions for Class Certification | The parties agree that this document can be unsealed | | |
| 1686 | | Appendix A to the Sur-Reply in Support of Defendants' Opposition to all Class Plaintiffs' Motions for Class Certification | The parties agree that this document can be unsealed | | |
| 1687 | | Appendix C to the Sur-Reply in Support of Defendants' Opposition to all Class Plaintiffs' Motions for Class Certification | The parties agree that this document can be unsealed | | |
| 1721 | 1722 | Class Plaintiffs' Sur-Rebuttal in Support of Plaintiffs' Motions for Class Certification | The parties agree that this document can be unsealed | | |
| 1724 | | Declaration of Shana E. Scarlett In Support Of Class Plaintiffs' Sur-Rebuttal In Support Of Plaintiffs' Motions for Class Certification ("Declaration of Shana E. Scarlett") | The parties agree that this document can be unsealed | | |
| 1724-1 | | Exhibit 1 to the Declaration of Shana E. Scarlett | The parties agree that this document can be unsealed | | |

Dated: February 17, 2023

*/s/ Tiffany Rider Rohrbaugh*
Tiffany Rider Rohrbaugh (pro hac vice)
Rachel J. Adcox (pro hac vice)
AXINN, VELTROP &
HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
trider@axinn.com
radcox@axinn.com

Jarod Taylor (pro hac vice)
AXINN, VELTROP &
HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.***

*/s/ Daniel E. Laytin, P.C.*
Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

*/s/ Craig S. Coleman*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
Bryan K. Washburn (#0397733)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com

*Counsel for Clemens Food Group, LLC and The Clemens Family Corporation*

Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com
bryan.washburn@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Stephanie A. Koltookian (*pro hac vice*)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

John S. Yi (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 842-8800
jonathan.todt@faegredrinker.com

*Counsel for Hormel Foods Corporation and Hormel Foods, LLC*

*/s/ William L. Monts III*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

***Counsel for Agri Stats, Inc***


*/s/ Christopher A. Smith*
Aaron Chapin (#0386606)
Christopher A. Smith (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
(314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com

***Counsel for Triumph Foods, LLC***

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
Jon W. Ripa (#0402069)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com
jon.ripa@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

***Counsel for Seaboard Foods LLC***

*/s/ Joseph C. Bourne*
W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Joseph C. Bourne (MN #0389922)
Arielle S. Wagner (MN #0398332)
Stephen M. Owen (MN #0399370)
Sarah M. Lundberg (MN #0390026)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
wjbruckner@locklaw.com
bdclark@locklaw.com
jcbourne@locklaw.com
aswagner@locklaw.com
smowen@locklaw.com
smlundberg@locklaw.com

Bobby Pouya (Pro Hac Vice)
Clifford H. Pearson (Pro Hac Vice)
Daniel L. Warshaw (Pro Hac Vice)
Michael H. Pearson (Pro Hac Vice)
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
cpearson@pwfirm.com
dwarshaw@pwfirm.com
bpouya@pwfirm.com
mpearson@pwfirm.com

Melissa S. Weiner (MN #0387900)
PEARSON WARSHAW, LLP
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
Telephone: (612) 389-0600
mweiner@pwfirm.com

Bruce L. Simon (Pro Hac Vice)
Benjamin E. Shiftan (Pro Hac Vice)
Neil Swartzberg (Pro Hac Vice)

*/s/ Shana E. Scarlett*
Shana E. Scarlett
Rio S. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
Abigail D. Pershing
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com
abigailp@hbsslaw.com

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
Abou Amara
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 333-8844
dgustaftson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
aamara@gustafsongluek.com

*Co-Lead Class Counsel for Consumer Indirect Purchaser Plaintiffs*

PEARSON WARSHAW, LLP
555 Montgomery Street, Suite 1205
San Francisco, CA 94104
Telephone: (415) 433-9000
bsimon@pwfirm.com
bshiftan@pwfirm.com
nswartzberg@pwfirm.com

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

 /s/ Blaine Finley
Jonathan W. Cuneo (pro hac vice)
Joel Davidow (pro hac vice)
Blaine Finley (pro hac vice)
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave. NW
Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.589.1813
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com

Shawn M. Raiter (MN#240424)
LARSON · KING LLP
30 East Seventh Street Suite 2800 St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

*Interim Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*