UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-HB<br><br>**MDL 2998** |
| This document relates to:<br><br>Cheney Brothers, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-01373-JRT-HB |
| Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust v. Agri Stats, Inc. et al. | Case No. 0:21-cv-01605-JRT-HB |
| Buffalo Wild Wings, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02508-JRT-HB |
| Jimmy John's Buying Group SPV, LLC v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02509-JRT-HB |
| Sonic Industries Services Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02510-JRT-HB |
| CKE Restaurants Holdings, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02511-JRT-HB |
| Wawa, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02512-JRT-HB |
| Restaurant Services, Inc. v. Agri Stats, Inc. et al. | Case No. 0:21-cv-02513-JRT-HB |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that attorney Casey R. Hardy McGowan of the law firm of Carlton Fields, P.A. hereby enters her appearance as additional counsel of record for Plaintiffs Cheney Brothers, Inc.; Subway Protein Litigation Corp., as Litigation Trustee of

132119799.1

the Subway® Protein Litigation Trust; Buffalo Wild Wings, Inc.; Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc.; and Restaurant Services, Inc. in the above-captioned matter.

| | |
|---|---|
| Dated:  February 20, 2023 | /s/ *Casey R. Hardy McGowan* |

Casey R. Hardy McGowan
Email: chardymcgowan@carltonfields.com
CARLTON FIELDS, P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida  33401
Tel: (561) 659-7070

*Counsel for Cheney Brothers, Inc.; Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust; Buffalo Wild Wings, Inc.; Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc.; and Restaurant Services, Inc.*

132119799.1