UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-HB<br><br>**MDL 2998** |
| This document relates to: | |
| Cheney Brothers, Inc. v.<br>Agri Stats, Inc. et al. | Case No. 0:21-cv-01373-JRT-HB |
| Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust v. Agri Stats, Inc. et al. | Case No. 0:21-cv-01605-JRT-HB |
| Buffalo Wild Wings, Inc. v.<br>Agri Stats, Inc. et al. | Case No. 0:21-cv-02508-JRT-HB |
| Jimmy John's Buying Group SPV, LLC v.<br>Agri Stats, Inc. et al. | Case No. 0:21-cv-02509-JRT-HB |
| Sonic Industries Services Inc. v.<br>Agri Stats, Inc. et al. | Case No. 0:21-cv-02510-JRT-HB |
| CKE Restaurants Holdings, Inc. v.<br>Agri Stats, Inc. et al. | Case No. 0:21-cv-02511-JRT-HB |
| Wawa, Inc. v.<br>Agri Stats, Inc. et al. | Case No. 0:21-cv-02512-JRT-HB |
| Restaurant Services, Inc. v.<br>Agri Stats, Inc. et al. | Case No. 0:21-cv-02513-JRT-HB |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that attorney Holli M. Credit of the law firm of Carlton Fields, P.A. hereby enters her appearance as additional counsel of record for Plaintiffs Cheney Brothers, Inc.; Subway Protein Litigation Corp., as Litigation Trustee of the

132120532.1

Subway® Protein Litigation Trust; Buffalo Wild Wings, Inc.; Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc.; and Restaurant Services, Inc. in the above-captioned matter.

| | |
|---|---|
| Dated:  February 20, 2023 | */s/ Holli M. Credit* |
| | Holli M. Credit |
| | Email: hcredit@carltonfields.com |
| | CARLTON FIELDS, P.A. |
| | 700 NW 1st Avenue, Suite 1200 |
| | Miami, Florida  33136 |
| | Tel: (305) 530-0050 |

*Counsel for Cheney Brothers, Inc.; Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust; Buffalo Wild Wings, Inc.; Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc.; and Restaurant Services, Inc.*

132120532.1