UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA



FEB 28 2023

CARLTON X. MATHEWS
Plaintiff,

v.

PORK ANTITRUST
Defendants

Case No.: 0:18-CV-01775 (D. Minn)

RECEIVED BY MAIL
MAR 07 2023
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
MAR 07 2023
U.S. DISTRICT COURT MPLS

## MOTION FOR SETTLEMENT JUDGEMENT/OR WHAT EVERY DEEMS APPROPRIATE

Pursuant to Fed. R. Civ. P., the Plaintiff, Carlton Mathews, Pro Se, hereby moves this Court to direct settlement payment. In support of Plaintiff motion, he state as follows:

### STATEMENT OF FACTS

On or about September 16, 2022, Plaintiff filed a supplemental complaint requesting this Court to include him as a member in the class action lawsuit. Subsequently, Plaintiff was send the necessary paper work from lead counsels requesting him to fill-out and return (to receive settlement payment). Plaintiff complied with counsels by filling out papers and returning. However, the counsel used him as a Plaintiff in the case, but has failed to pay him his share of settlement payment. Therefore, Plaintiff direct this Court to issue an Order directing counsels to pay Plaintiff a sum of 10,000 dollars.

/S/ Carlton Mathews