Carlton [name] #J21354
Santa Rosa Correction Institution
5850 East Milton Road
Milton, FL 32583

Clerk, U.S. District Court
300 South 4th Street
Minneapolis, MN 55415

SCANNED
MAR 0 7 2023
U.S. DISTRICT COURT MPLS

RECEIVED BY MAIL
MAR 0 7 2023
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

MAILED FROM A STATE
CORRECTIONAL INSTITUTION

PENSACOLA FL 325
2 MAR 2023 PM 1 L

PROVIDED TO
SANTA ROSA CI ON

FEB 2 8 2023

FOR MAILING BY



US POSTAGE  ~TNEY BOWES

ZIP 32583  $00.00⁰
02 4W
0000368  28 2023