UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions | Case No. 18-CV-1776 (JRT/JFD)<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Jonathan W. Ripa of Stinson LLP withdraws as counsel for Defendants Seaboard Foods LLC in the above matter. Seaboard Foods LLC will continue to be represented by its other counsel of record.

Dated:  March 9, 2023

/s/ *Jonathan W. Ripa*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
Jonathan W. Ripa (#0402069)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com
jon.ripa@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Phone: (314) 863-0800
nicci.warr@stinson.com

**Attorneys for Defendant Seaboard Foods LLC**

CORE/3508162.0002/180649323.1