UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>All Consumer Indirect Purchaser Actions | Case No. 0:18-cv-1776 (JRT/JFD)<br><br>**CONSUMER INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO *PRO SE* MOTION FOR SETTLEMENT JUDGMENT [ECF No. 1835]** |

Consumer Indirect Purchaser Plaintiffs (Consumer IPPs) hereby respond to the Motion for Settlement Judgement / or What Every Deems Appropriate, filed by Mr. Carlton X. Matthews on March 7, 2023 (ECF No. 1835).

Consumer IPPs are unaware of an independent complaint filed on Mr. Matthews's behalf beyond the pending *Duryea* complaint on behalf of the consumer class. Mr. Matthews is not a named representative in the pending *Duryea* complaint.

Consumer IPPs understand from the court appointed claims administrator that Mr. Matthews submitted a claim form on October 24, 2022. As a member of the settlement class, counsel for the consumer class will undertake to ensure that Mr. Matthews receives his portion of the settlement funds at the time of distribution.

DATED: March 9, 2023          HAGENS BERMAN SOBOL SHAPIRO LLP

                              By:   */s/ Shana E. Scarlett*
                                    SHANA E. SCARLETT

- 1 -

Rio Pierce
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski
Abigail D. Pershing
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
elaine@hbsslaw.com
abigailp@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Counsel for Consumer Indirect Purchaser Plaintiffs*