## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE: PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>*Sysco Corporation v. Agri Stats, Inc., et al.*<br>Case No. 21-CV-1374 | Case No. 18-CV-1776 (JRT/JFD)<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, as follows:

1. Boies Schiller Flexner LLP ("BSF") and DAP Sysco Corporation ("Plaintiff") consent to BSF's withdrawal as Plaintiff's counsel, effective immediately;

2. BSF's withdrawal is without prejudice to either BSF or Plaintiff asserting any claim or defense that they may have against each other with respect to BSF's representation of Plaintiff or BSF's withdrawal as counsel; and

**Continued on Following Page**

3. The Court's entry of this Order shall not operate as an adjudication of any claims or defenses that Plaintiff or BSF may have against each other relating to BSF's representation of Plaintiff or BSF's withdrawal.

Dated: March 9, 2023

| BOIES SCHILLER FLEXNER LLP | FRANKFURT KURNIT KLEIN & SELZ, P.C. |
|---|---|
| By: /s/ Scott E. Gant<br>Scott E. Gant<br>1401 New York Ave., NW Washington, DC 20005<br>(202) 237-2727<br>sgant@bsfllp.com<br><br>*Attorneys for DAP Sysco Corporation* | By: /s/ Nicole I. Hyland<br>Ronald C. Minkoff<br>Nicole I. Hyland<br>Amanda B. Barkin<br>28 Liberty Street, 35th Fl.<br>New York, NY 10005<br>(212) 980-0120<br>rminkoff@fkks.com<br>nhyland@fkks.com<br>abarkin@fkks.com<br><br>Arthur G. Boylan (#338229)<br>aboylan@anthonyostlund.com<br>Joseph R. Richie (#400615)<br>jrichie@anthonyostlund.com<br>Joseph T. Janochoski (#399952)<br>jjanochoski@anthonyostlund.com<br>ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.<br>3600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Telephone: (612) 349-6969<br>Facsimile: (612) 349-6996<br><br>*Attorneys in Limited Capacity for DAP Sysco Corporation* |