UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE: PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>*Sysco Corporation v. Agri Stats, Inc., et al.*<br>Case No. 21-CV-1374 | Case No. 18-CV-1776 (JRT/JFD)<br><br>**[PROPOSED] ORDER** |

Pursuant to the Stipulation filed at Docket No. 1841, it is hereby ORDERED:

1. Boies Schiller Flexner LLP ("BSF") and DAP Sysco Corporation ("Plaintiff") consent to BSF's withdrawal as Plaintiff's counsel, effective immediately;

2. BSF's withdrawal is without prejudice to either BSF or Plaintiff asserting any claim or defense that they may have against each other with respect to BSF's representation of Plaintiff or BSF's withdrawal as counsel; and

3. The Court's entry of this Order shall not operate as an adjudication of any claims or defenses that Plaintiff or BSF may have against each other relating to BSF's representation of Plaintiff or BSF's withdrawal.

BY THE COURT:

Dated:_____  _____
John R. Tunheim, U.S.D.J.