# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 18-CV-1776 (JRT/JFD) |
| This Document Relates To:<br>*Sysco Corporation v. Agri Stats, Inc., et al.*<br>Case No. 21-CV-1374 | **NOTICE OF HEARING REGARDING SYSCO CORPORATION'S MOTION FOR LIMITED STAY** |

PLEASE TAKE NOTICE that Plaintiff Sysco Corporation ("Sysco") will move the Court on a date and at a time to be determined by the Court before The Honorable John R. Tunheim, United States District Court, 300 South Fourth Street, Minneapolis, MN  55415, for an Order staying this proceeding as to Sysco for up to 60 days to permit Sysco time to obtain replacement counsel, which Sysco is diligently pursuing (the "Limited Stay").

Dated:  March 10, 2023

**ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**

 *s/ Arthur G. Boylan*
Arthur G. Boylan (#338229)
aboylan@anthonyostlund.com
Joseph R. Richie (#400615)
jrichie@anthonyostlund.com
Joseph T. Janochoski (#399952)
jjanochoski@anthonyostlund.com
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  (612) 349-6969
Facsimile:  (612) 349-6996

2

Ronald C. Minkoff
Nicole I. Hyland
Amanda B. Barkin
**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
28 Liberty Street, 35th Fl.
New York, NY 10005
Tel.:  (212) 980-0120
rminkoff@fkks.com
nhyland@fkks.com
abarkin@fkks.com

*Attorneys in Limited Capacity for Plaintiff Sysco Corporation*

2