## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 18-CV-1776 (JRT/JFD) |
| This Document Relates To:<br>*Sysco Corporation v. Agri Stats, Inc., et al.*<br>Case No. 21-CV-1374 | **SYSCO CORPORATION'S LOCAL RULE 7.1 WORD COUNT COMPLIANCE** |

I, Arthur G. Boylan, certify that Plaintiff Sysco Corporation's Memorandum in Support of Motion for Limited Stay complies with Local Rule 7.1(f).

I further certify that, in preparation of the Memorandum, I used Microsoft Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 1,437 words.

Dated: March 10, 2023

**ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**

 *s/ Arthur G. Boylan*
Arthur G. Boylan (#338229)
aboylan@anthonyostlund.com
Joseph R. Richie (#400615)
jrichie@anthonyostlund.com
Joseph T. Janochoski (#399952)
jjanochoski@anthonyostlund.com
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 349-6969
Facsimile: (612) 349-6996

2

Ronald C. Minkoff
Nicole I. Hyland
Amanda B. Barkin
**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
28 Liberty Street, 35th Fl.
New York, NY 10005
Tel.: (212) 980-0120
rminkoff@fkks.com
nhyland@fkks.com
abarkin@fkks.com

*Attorneys in Limited Capacity for Plaintiff Sysco Corporation*

2