## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE: PORK ANTITRUST LITIGATION* | Case No. 18-CV-1776 (JRT/JFD) |
| This Document Relates To: *Sysco Corporation v. Agri Stats, Inc., et al.* Case No. 21-CV-1374 | **SYSCO CORPORATION'S LOCAL RULE 7.1 MEET-AND-CONFER STATEMENT** |

I, Arthur G. Boylan, limited counsel for Plaintiff Sysco Corporation, hereby certify that I met and conferred with counsel for all parties via email on March 10, 2023, regarding Sysco Corporation's Motion for Limited Stay.  The parties were unable to agree on a resolution of any part of the motion.

Dated:  March 10, 2023

**ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**

 *s/ Arthur G. Boylan*
Arthur G. Boylan (#338229)
aboylan@anthonyostlund.com
Joseph R. Richie (#400615)
jrichie@anthonyostlund.com
Joseph T. Janochoski (#399952)
jjanochoski@anthonyostlund.com
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  (612) 349-6969
Facsimile:  (612) 349-6996

Ronald C. Minkoff
Nicole I. Hyland
Amanda B. Barkin
**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
28 Liberty Street, 35th Fl.
New York, NY 10005
Tel.: (212) 980-0120
rminkoff@fkks.com
nhyland@fkks.com
abarkin@fkks.com

*Attorneys in Limited Capacity for Plaintiff Sysco Corporation*

2