UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 18-CV-1776 (JRT/JFD) |
| This Document Relates To:<br>*Sysco Corporation v. Agri Stats, Inc., et al.*<br>Case No. 21-CV-1374 | **[PROPOSED] ORDER GRANTING SYSCO'S MOTION FOR LIMITED STAY** |

The above-captioned matter came on for hearing before The Honorable John R. Tunheim upon Plaintiff Sysco Corporation's Motion for Limited Stay. Appearances were noted in the record.

The Court having considered the motion, files, records, and memoranda submitted herein and the arguments of the parties,

IT IS ORDERED THAT this action is stayed for sixty (60) days to allow Sysco Corporation to obtain replacement counsel.

BY THE COURT:

Dated: _____

_____
John R. Tunheim
United States District Court Judge