UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS BROUGHT BY DIRECT ACTION PLAINTIFFS | Case No. 18–cv–01776–JRT–JFD<br><br>Honorable John R. Tunheim<br><br>**DEFENDANT TRIUMPH FOODS, LLC'S MOTION FOR LEAVE TO FILE AMENDED ANSWER TO DIRECT ACTION PLAINTIFFS' COMPLAINT** |

Defendant Triumph Foods, LLC hereby moves this Court, pursuant to Fed. R. Civ. P. 16 and D. Minn. LR 15.1, for an order granting its Motion for Leave to File Amended Answer and permitting it to file its Amended Answer to Direct Action Plaintiffs' Consolidated Complaint.  This motion is based on the accompanying Memorandum of Law in Support of Defendant Triumph Foods, LLC's Motion for Leave to File Amended Answer to Direct Action Plaintiffs' Complaint, the accompanying exhibits, the pleadings and papers on file in this action, and such other matters as the Court may consider in hearing the motion should the Court see fit.

Dated: March 15, 2023

Respectfully submitted,

/s/ A. James Spung
Aaron Chapin (#0386606)
Christopher A. Smith (*pro hac vice*)
A. James Spung (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
Jason Husgen (*pro hac vice*)
Sarah L. Zimmerman (MDL registered)
Kate Ledden (MDL registered)
Tanner Cook (MDL registered)
Jake Reinig (MDL registered)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
james.spung@huschblackwell.com
tessa.jacob@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com
kate.ledden@huschblackwell.com
tanner.cook@huschblackwell.com
jake.reinig@huschblackwell.com

**Counsel for Triumph Foods, LLC**