UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS BROUGHT BY DIRECT ACTION PLAINTIFFS | Case No. 18–cv–01776–JRT–JFD<br><br>Honorable John R. Tunheim<br><br>**WORD-COUNT COMPLIANCE CERTIFICATE REGARDING MEMORANDUM IN SUPPORT OF DEFENDANT TRIUMPH FOODS, LLC'S MOTION FOR LEAVE TO FILE AMENDED ANSWER** |

I, A. James Spung, hereby certify that Defendant Triumph Foods, LLC's Memorandum of Law in Support of its Motion for Leave to File Amended Answer complies with the word-count limits in Local Rule 7.1(f) and the type-size limits in Local Rule 7.1(h).

I further certify that, in preparation of the aforementioned memorandum, I used Microsoft Word 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations (but excluding the caption, signature block, table of contents, and table of authorities) in the following word count.

I certify that the aforementioned memorandum contains 934 words.

Dated: March 15, 2023                    Respectfully submitted,

                                         /s/ A. James Spung
                                         Aaron Chapin (#0386606)
                                         Christopher A. Smith (*pro hac vice*)
                                         Tessa K. Jacob (*pro hac vice*)
                                         A. James Spung (*pro hac vice*)
                                         Jason Husgen (*pro hac vice*)
                                         Sarah L. Zimmerman (MDL registered)
                                         Kate Ledden (MDL registered)

Tanner Cook (MDL registered)
Jake Reinig (MDL registered)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com
kate.ledden@huschblackwell.com
tanner.cook@huschblackwell.com
jake.reinig@huschblackwell.com

***Counsel for Triumph Foods, LLC***