**EXHIBIT C**

| | |
|---|---|
| **From:** | Zimmerman, Sarah |
| **To:** | sgant@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; mmitchell@bsfllp.com; batherton@bsfllp.com; kmoat@bsfllp.com; desau@carltonfields.com; kgore@carltonfields.com; aholman@carltonfields.com; rkobert@carltonfields.com; smenger@carltonfields.com; ksadlo@carltonfields.com; gyearick@carltonfields.com; rcoffman@coffmanlawfirm.com; bfox@kaplanfox.com; RKaplan@kaplanfox.com; mmccahill@kaplanfox.com; mmoonsammy@kaplanfox.com; juris@kaplanfox.com; tyagman@kaplanfox.com; elifvendahl@lgcounsel.com; csullivan@lgcounsel.com; nlacourt@lgcounsel.com; Cain-Mannix@marcus-shapira.com; marcus@marcus-shapira.com; Hill@marcus-shapira.com; DEddy@nexsenpruet.com; DLynch@nexsenpruet.com; CSteele@nexsenpruet.com; GSurratt@nexsenpruet.com; TWheeler@nexsenpruet.com; RRicard@nexsenpruet.com; jack.stern@cwt.com; mark.singer@cwt.com; Philip.iovieno@cwt.com; nicholas.gravante@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; wblechman@knpa.com; srandall@knpa.com; mponzoli@knpa.com; dpatton@knpa.com; dgermaine@sperling-law.com; arodriguez@sperling-law.com; jbergman@sperling-law.com; mamaro@sperling-law.com; pcramer@srvhlaw.com; clopez@srvhlaw.com; christopher.wilson@bakerbotts.com; william.lavery@bakerbotts.com; danielle.morello@bakerbotts.com; wyatt.carlock@bakerbotts.com; tschneider@schneiderwallace.com; pschneider@schneiderwallace.com; kbates@hausfeld.com; mweiler@schneiderwallace.com; gdiaz@justicia.pr.gov; patrick.ahern@ahernandassociatespc.com; theo.bell@ahernandassociatespc.com; patrick@ttlolaw.com |
| **Cc:** | Spung, James; Smith, Chris; Husgen, Jason; Jacob, Tessa |
| **Subject:** | RE: In Re Pork Antitrust Litigation - Case No. 18-cv-01776-JRT-HB |
| **Date:** | Thursday, June 30, 2022 5:06:08 PM |
| **Attachments:** | Triumph Amended Affirmative Defenses 6.30.22 Redline.pdf<br>Triumph Amended Affirmative Defenses 6.30.22.pdf |

Counsel,

Attached and served upon you please find Defendant Triumph Foods LLC's Amended List of Affirmative Defenses to DAP Complaints. I have also attached a redline showing changes to Triumph's previous list of affirmative defenses served on May 27, 2022.

Thank you,
Sarah

**Sarah L. Zimmerman**
Attorney
Direct:  314-345-6248
Sarah.Zimmerman@huschblackwell.com

---

**From:** Zimmerman, Sarah
**Sent:** Friday, May 27, 2022 4:51 PM
**To:** sgant@bsfllp.com; charrison@bsfllp.com; sjones@bsfllp.com; mmitchell@bsfllp.com; batherton@bsfllp.com; kmoat@bsfllp.com; desau@carltonfields.com; kgore@carltonfields.com; aholman@carltonfields.com; rkobert@carltonfields.com; smenger@carltonfields.com; ksadlo@carltonfields.com; gyearick@carltonfields.com; rcoffman@coffmanlawfirm.com; bfox@kaplanfox.com; RKaplan@kaplanfox.com; mmccahill@kaplanfox.com; mmoonsammy@kaplanfox.com; juris@kaplanfox.com; tyagman@kaplanfox.com; elifvendahl@lgcounsel.com; csullivan@lgcounsel.com; nlacourt@lgcounsel.com; Cain-Mannix@marcus-shapira.com; marcus@marcus-shapira.com; Hill@marcus-shapira.com; DEddy@nexsenpruet.com; DLynch@nexsenpruet.com; CSteele@nexsenpruet.com; GSurratt@nexsenpruet.com; TWheeler@nexsenpruet.com; RRicard@nexsenpruet.com; jack.stern@cwt.com; mark.singer@cwt.com; Philip.iovieno@cwt.com; nicholas.gravante@cwt.com; gillian.burns@cwt.com; elizabeth.moore@cwt.com; wblechman@knpa.com; srandall@knpa.com; mponzoli@knpa.com; dpatton@knpa.com; dgermaine@sperling-law.com; arodriguez@sperling-

law.com; jbergman@sperling-law.com; mamaro@sperling-law.com; pcramer@srvhlaw.com; clopez@srvhlaw.com; christopher.wilson@bakerbotts.com; william.lavery@bakerbotts.com; danielle.morello@bakerbotts.com; wyatt.carlock@bakerbotts.com; tschneider@schneiderwallace.com; pschneider@schneiderwallace.com; kbates@hausfeld.com; mweiler@schneiderwallace.com; gdiaz@justicia.pr.gov; patrick.ahern@ahernandassociatespc.com; theo.bell@ahernandassociatespc.com; patrick@ttlolaw.com
**Cc:** Spung, James <James.Spung@huschblackwell.com>; Smith, Chris <Chris.Smith@huschblackwell.com>; Husgen, Jason <Jason.Husgen@huschblackwell.com>; Jacob, Tessa <Tessa.Jacob@huschblackwell.com>
**Subject:** In Re Pork Antitrust Litigation - Case No. 18-cv-01776-JRT-HB

Counsel,

Attached and served upon you please find Triumph Foods LLC's List of Affirmative Defenses to DAPs' amended complaints.

Thank you,
Sarah

**Sarah L. Zimmerman**
**Attorney**
she/her/hers

**HUSCH BLACKWELL LLP**
190 Carondelet Plaza,
Suite 600
St. Louis, MO 63105-3443
Direct:  314-345-6248
Fax:  314-480-1505
Sarah.Zimmerman@huschblackwell.com
huschblackwell.com
View Bio | View VCard

**Husch Blackwell is redefining partnership and client service. With 800+ lawyers in 25 offices across the United States, including The Link virtual office, we are a national law firm with a coast-to-coast footprint focused on tackling the most complex business challenges.**