UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS BROUGHT BY DIRECT ACTION PLAINTIFFS | Case No. 18–cv–01776–JRT–JFD<br><br>Honorable John R. Tunheim<br><br>**NOTICE OF HEARING ON DEFENDANT TRIUMPH FOODS, LLC'S MOTION FOR LEAVE TO FILE AMENDED ANSWER** |

**PLEASE TAKE NOTICE** that Defendant Triumph Foods, LLC's ("Triumph") Motion for Leave to File Amended Answer will be heard before the Honorable John R. Tunheim at a time and place to be determined by the Court, should the Court believe a hearing necessary.

Dated: March 15, 2023

Respectfully submitted,

/s/ *A. James Spung*
Aaron Chapin (#0386606)
Christopher A. Smith (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
Sarah L. Zimmerman (MDL registered)
Kate Ledden (MDL registered)
Tanner Cook (MDL registered)
Jake Reinig (MDL registered)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com

james.spung@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com
kate.ledden@huschblackwell.com
tanner.cook@huschblackwell.com
jake.reinig@huschblackwell.com

***Counsel for Triumph Foods, LLC***