# EXHIBIT B





If You Purchased Any PORK PRODUCTS for Personal Consumption

A Class Action Settlement May Affect Your Rights

Learn More Here >>   overchargedforpork.com