# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-1776 (JRT/JFD) |
| | **MEET AND CONFER STATEMENT** |
| *This Document Relates to*: | |
| All Consumer Indirect Purchaser Plaintiff Actions | |

Pursuant to Local Rule 7.1(a)(1), Consumer Indirect Purchaser Plaintiffs ("Consumer IPPs") hereby state that their counsel met and conferred with Defendant Smithfield Foods, Inc. ("Smithfield") counsel regarding this motion for final settlement approval between Consumer IPPs and Smithfield. Defendant Smithfield does not oppose the motion for final approval.

DATED: March 16, 2023    HAGENS BERMAN SOBOL SHAPIRO LLP

         By: */s/ Shana E. Scarlett*
            SHANA E. SCARLETT

         Rio Pierce
         715 Hearst Avenue, Suite 202
         Berkeley, California 94710
         Telephone: (510) 725-3000
         Facsimile: (510) 725-3001
         shanas@hbsslaw.com
         riop@hbsslaw.om

         Steve W. Berman
         Breanna Van Engelen
         HAGENS BERMAN SOBOL SHAPIRO LLP
         1301 Second Avenue, Suite 2000
         Seattle, Washington 98101
         Telephone: (206) 623-7292
         Facsimile: (206) 623-0594
         steve@hbsslaw.com
         breannav@hbsslaw.com

         Abigail D. Pershing
         HAGENS BERMAN SOBOL SHAPIRO LLP
         301 North Lake Avenue, Suite 920
         Pasadena, CA 91101
         Telephone: (213) 330-7150
         abigailp@hbsslaw.com

         Daniel E. Gustafson (#202241)
         Daniel C. Hedlund (#258337)
         Michelle J. Looby (#388166)
         Joshua J. Rissman (#391500)
         GUSTAFSON GLUEK PLLC
         120 South 6th Street, Suite 2600
         Minneapolis, MN 55402
         Telephone: (612) 333-8844
         Facsimile: (612) 339-6622
         dgustafson@gustafsongluek.com
         dhedlund@gustafsongluek.com
         mlooby@gustafsongluek.com
         jrissman@gustafsongluek.com

010736-11/1705474 V1

*Interim Co-Lead Counsel for Consumer*
*Indirect Purchaser Plaintiffs*

010736-11/1705474 V1