UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to*:<br><br>All Consumer Indirect Purchaser Plaintiff Actions | Case No. 0:18-cv-01776 (JRT/JFD)<br><br>**AMENDED NOTICE OF HEARING ON MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT BETWEEN CONSUMER INDIRECT PURCHASER PLAINTIFFS AND DEFENDANT SMITHFIELD FOODS, INC., AND CONSUMER INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES** |

Please take notice that at a video-conferenced hearing on April 3, 2023 at 3:30 p.m. Central Time, before the Honorable John R. Tunheim, Judge for the United States District Court for the District of Minnesota, Courtroom 14E, 300 South Fourth Street, Minneapolis, Minnesota 55415, Consumer Indirect Purchaser Plaintiffs ("Consumer IPPs") will move the Court:

1. For an order granting Consumer IPPs' motion for final approval of the class action settlement between Consumer IPPs and Defendant Smithfield Foods, Inc. The original notice regarding final approval of the class action settlement between Consumer IPPs and Defendant Smithfield Foods, Inc. was filed on March 16, 2023 (ECF No. 1858).

2. For an order granting Consumer IPPs' motion for an award of attorneys' fees, reimbursement of expenses, and service awards for each of the named plaintiffs. The original notice regarding Consumer IPP's motion for an award of attorneys' fees and other expenses was filed on January 24, 2023 (ECF No. 1764).

DATED: March 20, 2023

HAGENS BERMAN SOBOL SHAPIRO LLP

By:   /s/ Shana E. Scarlett
         SHANA E. SCARLETT

Rio Pierce
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski
Abigail D. Pershing
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
elaine@hbsslaw.com
abigailp@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Interim Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

- 2 -