**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL ACTIONS BROUGHT BY DIRECT ACTION PLAINTIFFS | Civil No. 18-cv-1776-JRT-JFD<br><br>The Honorable Judge John R. Tunheim |

**LOCAL RULE 7.1(f)(2) CERTIFICATE OF COMPLIANCE**

I, Richard Parker, certify that the Reply in Support of Defendants' Joint Motion to Dismiss the Direct-Action Plaintiffs' Claims complies with the limits in Local Rule 7.1(f) and the type-size limit of Local Rule 7.1(h). I further certify that: (1) the reply brief was prepared using Microsoft Word 2019; (2) the reply brief is in 13-point Times New Roman font; (3) the word-count function of Microsoft Word 2019 was applied to the reply brief specifically to include all text, including headings, footnotes, and quotations; and (4) the Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Direct-Action Plaintiffs' Claims contained 7,992 words and the Reply contains 3,988 words, for a total of 11,980 words.

| | |
|---|---|
| Dated: March 21, 2023 | /s/ Richard Parker |

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN &CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
(972) 707-1809
brian@brownfoxlaw.com

John A. Cotter (#0134296)
John A. Kvinge (#0392303)
LARKIN HOFFMAN DALY &
LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

***Counsel for Smithfield Foods, Inc.***