## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 18–cv–01776–JRT–JFD<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the law firm of Husch Blackwell LLP hereby advises the Court and all parties in this matter that the St. Louis office address has changed to:

8001 Forsyth Boulevard
Suite 1500
St. Louis, MO 63105

The telephone number remains the same.

Dated: March 21, 2023

Respectfully submitted,

/s/ A. James Spung
Aaron Chapin (#0386606)
Christopher A. Smith (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
Sarah L. Zimmerman (MDL registered)
Kate Ledden (MDL registered)
Tanner Cook (MDL registered)
Jake Reinig (MDL registered)
HUSCH BLACKWELL LLP
8001 Forsyth Blvd., Ste. 1500
St. Louis, MO 63105

Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com
kate.ledden@huschblackwell.com
tanner.cook@huschblackwell.com
jake.reinig@huschblackwell.com

***Counsel for Triumph Foods, LLC***