**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE PORK ANTITRUST
LITIGATION

This document relates to:
ALL ACTIONS BROUGHT BY DIRECT
ACTION PLAINTIFFS

Case No. 18-CV-1776 (JRT/JFD)

**ORDER GRANTING DEFENDANT TRIUMPH FOODS, LLC'S MOTION FOR**
**LEAVE TO FILE AMENDED ANSWER**

This matter is before the Court on Defendant Triumph Foods, LLC's Motion for
Leave to File Amended Answer (Dkt. No. 1850). No party filed a memorandum in
opposition or other response, and the Court finds good cause to grant leave to amend.
Accordingly, **IT IS HEREBY ORDERED** that Defendant Triumph Foods, LLC's Motion
for Leave to File Amended Answer (Dkt. No. 1850) is **GRANTED**, and the April 6, 2023,
hearing is canceled. Defendant Triumph Foods, LLC must file the amended answer within
seven days.

Dated: March 23, 2023

 s/ John F. Docherty
JOHN F. DOCHERTY
United States Magistrate Judge