# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

In Re: Pork Antitrust Litigation

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

John F. Docherty
Magistrate Judge

| | |
|---|---|
| Case No: | 18-1776 JRT/JFD |
| Date: | March 22, 2023 |
| Deputy: | Heather Arent |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 2:39 p.m. |
| Time Concluded: | 3:10 p.m. |
| Time in Court: | 31 Minutes |

Hearing on: Status Conference

### I. Sysco's Motion to Stay

The parties discussed Sysco's Motion to Stay filed on March 10, 2023. The Court indicated that it will deny the relevant stipulation, and requests that the parties comply with Local Rule 83.7. The Court further requires that Anthony Ostlund Louwagie Dressen & Boylan P.A. and Frankfurt Kurnit Klein & Selz, P.C. file with the Court an explanation of their intended role as attorneys in limited capacity for Sysco by Friday, March 24, 2023. Any other interested parties may file a response on Sysco's Motion to Stay by Friday, March 24, 2023.

### II. Depositions, Final Approval, Authenticity and Admissibility of Potential Trial Exhibits

The Court briefly mentioned the outstanding depositions, final approval hearing for Consumer IPPs' settlement with Smithfield, and the process for authenticity and admissibility of potential trial exhibits. The Court and the parties concluded that no action or updated was needed on these matters.

### III. Triumph's Motion to Amend Answer

The Court discussed Defendant Triumph's motion to alter/amend/supplement its answer to the Direct Action Plaintiffs' consolidated complaint.  The Court indicated that it will rule on this motion shortly.

### IV. Next Status Conference

The Court scheduled the next status conference for Thursday, April 20, 2023, at 1 p.m. CST via Zoom.


**APPEARANCES:**

Plaintiffs: Bobby Pouya, Daniel Warshaw, Michael H. Pearson, Joseph Bruckner, Breanna Van Engelen, Daniel Hedlund, Rio Pierce, Shanna Scartlett, Abigail Pershing, Blaine Finley, Kyle Bates, Alberto Rodriguez, William Blechman, Robert Kaplan, Scott Gant, Arthur Boyland, Nicole Hyland, Joe Janochoski, Lina Bensman, Brian Byrne,

Defendants: Liam Phibbs, Max Samels, Emily Chow, David Adler, Donald Heeman, Sami Rashid, William Greene, William Thomson, Brian Robison, James Spung, Christopher Smith, Jason Husgen, Jarod Taylor, Tiffany Rider Rohrbaugh

                                                                s/Heather Arent_____
                                                                Courtroom Deputy Clerk