## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

*IN RE PORK ANTITRUST LITIGATION*

This Document Relates To:

ALL ACTIONS BROUGHT BY DIRECT
ACTION PLAINTIFFS

Civil No. 18-cv-1776-JRT-JFD

The Honorable Judge John R. Tunheim

## DECLARATION OF BRIAN ROBISON IN SUPPORT OF DEFENDANTS' RESPONSE TO SYSCO CORPORATION'S MOTION FOR A LIMITED STAY

I, Brian Robison, hereby declare as follows:

   1.  I am counsel of record in this MDL for Defendant Smithfield Foods, Inc.  I am over the age of 18. I am fully familiar with the facts contained herein based upon my personal knowledge, and if called as a witness, could and would testify competently thereto. I file this Declaration in support of the Defendants' Response to Sysco Corporation's Motion for a Limited Stay.

   2.  Attached as Exhibit A is a true and correct copy of the Standing Order Regarding Third-Party Litigation Funding Arrangements signed by Chief Judge Connolly in the United States District Court for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of March, 2023 in Frisco, Texas.

_____
BRIAN ROBISON

1