## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 18-CV-1776 (JRT/JFD) |
| This Document Relates To:<br>*Sysco Corporation v. Agri Stats, Inc., et al.*<br>Case No. 21-CV-1374 | DECLARATION OF<br>NICOLE HYLAND |

I, Nicole Hyland, state and declare as follows:

1. I am an attorney with the law firm of Frankfurt Kurnit Klein & Selz, P.C. and one of the attorneys appearing in a limited capacity as professional responsibility counsel for Sysco Corporation in the above-referenced proceeding. I make and submit this declaration in support of Sysco Corporation's Memorandum Regarding Boies Schiller Flexner LLP's Motion to Withdraw.

2. Attached hereto as **Exhibit A** is a true and correct copy of my email to Scott E. Gant dated March 22, 2023.

3. Attached hereto as **Exhibit B** is a true and correct copy of the transcript of the status conference before Judge John R. Tunheim in the matter entitled *In Re: Pork Antitrust Litigation*, Case No. 18-CV-1776 (JRT/JFD).

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Middlesex County, New Jersey.

Dated:  March 24, 2023                              *s/ Nicole Hyland*
                                                                      Nicole Hyland