**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Court File No. 18-cv-1776 (JRT/JFD) |
| This Document Relates to: ALL ACTIONS | **NOTICE OF WITHDRAWAL OF COUNSEL** |

---

PLEASE TAKE NOTICE THAT pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the court and counsel that Richard T. Vagas withdraws as counsel for Defendant JBS USA Food Company ("JBS"). JBS will continue to be represented by its other counsel of record.

Dated: March 30, 2023

| SPENCER FANE LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By:   /s/ Jessica J. Nelson      | Michael B. Carlinsky (*pro hac vice*) |
| Donald G. Heeman, #286023 | Sami H. Rashid (*pro hac vice*) |
| Jessica J. Nelson, #347358 | David B. Adler (*pro hac vice*) |
| Randi J. Winter, #0391354 | Heather Christenson (*pro hac vice*) |
| 150 South Fifth Street, Suite 1900 | 51 Madison Avenue, 22nd Floor |
| Minneapolis, MN  55402 | New York, NY 10010 |
| Telephone:  (612) 268-7000 | Telephone:  (212) 849-7000 |
| Facsimile:  (612) 268-7001 | Facsimile:  (212) 849-7100 |
| dheeman@spencerfane.com | michaelcarlinsky@quinnemanuel.com |
| jnelson@spencerfane.com | samirashid@quinnemanuel.com |
| rwinter@spencerfane.com | davidadler@quinnemanuel.com |
| | heatherchristenson@quinnemanuel.com |

*Attorneys for Defendant JBS USA Food Company*