UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 0:18-cv-01776 (JRT/JFD)<br><br>**JOINT MOTION REGARDING CONTINUED SEALING** |

A document has been filed under temporary seal in connection with the following:

| | |
|---|---|
| Notice by Commercial and Institutional Indirect Purchase Plaintiffs, Consumer Indirect Purchaser Plaintiffs, Direct Purchase Plaintiffs of Filing Class Plaintiffs Hearing Slide From Motions for Class Certification | Dkt. 1833 |

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| ECF. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 1833 | 1832-1 | Excerpt from Paul Peil, Hormel Director of Fresh Meat Sales | Hormel's position: The document should remain sealed. | Hormel | Plaintiffs oppose sealing as this case is of public significance, the absent class members have due process interests in the evidence of defendants' wrongdoing, and the document is not a trade secret and does not appear to be commercially sensitive now in 2023.<br><br>Hormel Foods requests continued sealing of the document as it includes the Company's internal reasoning for a decision to change prices with reference to the activities of a competitor. Hormel objects to public disclosure of its strategic decision-making about pricing. Disclosure of this information is inconsistent with Plaintiffs' litigation position that Defendants' pricing decisions should remain confidential. |

| | |
|---|---|
| Dated: April 3, 2023 | Respectfully submitted, |

| | |
|---|---|
| */s/ Joseph C. Bourne* | */s/Bobby Pouya* |
| Joseph C. Bourne (MN #0389922) | Bobby Pouya |
| W. Joseph Bruckner (MN #0147758) | Clifford H. Pearson |
| Brian D. Clark (MN #0390069) | Daniel L. Warshaw |
| Arielle S. Wagner (MN #0398332) | Michael H. Pearson |
| Stephen M. Owen (MN # 0399370) | PEARSON WARSHAW, LLP |
| LOCKRIDGE GRINDAL NAUEN P.L.L.P. | 15165 Ventura Boulevard, Suite 400 |
| 100 Washington Avenue S., Suite 2200 | Sherman Oaks, CA 92403 |
| Minneapolis, MN 55401 | T: (818) 788-8300 |
| T: (612) 339-6900 | cpearson@pwfirm.com |
| jcbourne@locklaw.com | dwarshaw@pwfirm.com |
| wjbruckner@locklaw.com | bpouya@pwfirm.com |
| bdclark@locklaw.com | mpearson@pwfirm.com |
| aswagner@locklaw.com | |
| smowen@locklaw.com | Melissa S. Weiner (MN #0387900) |
| | PEARSON WARSHAW, LLP |
| | 328 Barry Avenue South, Suite 200 |
| | Wayzata, MN 55391 |
| | Minneapolis, MN 55402 |
| | T: (612) 389-0600 |
| | mweiner@pwfirm.com |
| | |
| | Bruce L. Simon |
| | Benjamin E. Shiftan |
| | Neil Swartzberg |
| | PEARSON WARSHAW, LLP |
| | 555 Montgomery Street, Suite 1205 |
| | San Francisco, CA 94111 |
| | T: (415) 433-9000 |
| | F: (415) 433-9008 |
| | bsimon@pwfirm.com |
| | bshiftan@pwfirm.com |
| | nswartzberg@pwfirm.com |
| | |
| | ***Co-Lead Class Counsel for Direct Purchaser Plaintiffs*** |

/s/Shawn M. Raiter
Shawn M. Raiter (MN# 240424)
LARSON KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
T: (651) 312-6518
sraiter@larsonking.com

/s/ Blaine Finley
Blaine Finley
Jonathan W. Cuneo
Joel Davidow
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
T: (202) 789-3960
bfinley@cuneolaw.com
jonc@cuneolaw.com
joel@cuneolaw.com

**Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs**

/s Shana E. Scarlett
Shana E. Scarlett
Rio Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
elaine@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

**Counsel for Consumer Indirect Purchaser Plaintiffs**

4

*/s/ Craig. S. Coleman*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Stephanie A. Koltookian (*pro hac vice*)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 842-8800
jonathan.todt@faegredrinker.com

John S. Yi (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

**Counsel for Hormel Foods Corporation**

4860-3157-7940, v. 2