UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This document relates to: *Sysco Corporation v. Agri Stats, Inc.*, Case No. 21-cv-1374 | Case No. 18-cv-1776 (JRT/JFD)<br><br>**COURT MINUTES**<br>**MOTION HEARING**<br><br>Before: John F. Docherty, United States Magistrate Judge<br><br>Date: April 5, 2023<br>Location: Videoconference<br>Court Reporter: Tim Willette<br>Time: 8:32–9:03 a.m.<br><br>Time distribution: 16 minutes in No. 18-cv-1776, 15 minutes in No. 22-md-3031 |
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>This document relates to: *Sysco Corporation v. Cargill, Inc.*, Case No. 22-cv-1750 | Case No. 22-md-3031 (JRT/JFD) |

**APPEARANCES:**

Plaintiffs: Blaine Finley, Patrick McGahan, Dan Hedlund, Joshua Rissman, Shana Scarlett, Brian Clark, Arthur Boylan, Joseph Janochoski, Nicole Hyland, Ronald Minkoff, Lina Bensman, Robert Kaplan, and Kyle Bates

Defendants: Michelle Fischer, Tiffany Lipscomb-Jackson, Benjamin Ellison, Sami Rashid, Don Heeman, Brian Robison, Jon Jacobs, Jarod Taylor, Tiffany Rider Rohrbaugh, and Davida Williams

Movant Boies Schiller Flexner LLP: Scott Gant

1

**PROCEEDINGS**:

The Court held a hearing on Sysco Corporation's Motion for a Limited Stay (Dkt. No. 1843 in Case No. 18-cv-1776; Dkt. No. 164 in Case No. 22-md-3031) and on Boies Schiller Flexner LLP's Motion to Withdraw as Counsel for Sysco Corporation (Dkt. No. 1882 in Case No. 18-cv-1776; Dkt. No. 185 in Case No. 22-md-3031).

For the reasons stated fully on the record, the Court ruled as follows.

- Boies Schiller Flexner LLP's Motion to Withdraw as Counsel (Dkt. No. 1882 in Case No. 18-cv-1776; Dkt. No. 185 in Case No. 22-md-3031) was **GRANTED**.
- Sysco Corporation's Motion for a Limited Stay (Dkt. No. 1843 in Case No. 18-cv-1776; Dkt. No. 164 in Case No. 22-md-3031) was **GRANTED** in that these proceedings are stayed only as to Sysco and only until May 3, 2023.
- In Case No. 22-md-3031, the deadline for Sysco Corporation to complete document productions for 2 Priority Custodians, as required by the Court's Order of January 24, 2023 (Dkt. No. 129), is extended to May 3, 2023.

No written order will issue, and the Court's oral ruling is the Court's formal order.

*s/ ALM*
Judicial Law Clerk
