# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>All Consumer Indirect Purchaser Plaintiff Actions | Case No. 0:18-cv-01776 (JRT-JFD)<br><br>**DECLARATION OF DANIEL C. HEDLUND IN FURTHER SUPPORT OF CONSUMER INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES** |

I, Daniel C. Hedlund, state under oath, as follows:

1. I am a partner at Gustafson Gluek PLLC ("Gustafson Gluek"). My firm and I serve as Co-Lead Counsel (along with Hagens Berman Sobol Shapiro LLP) in this matter for the Consumer Indirect Purchaser Plaintiff Class. I submit this declaration in support of the Consumer IPPs' Motion for an Award of Attorney's Fees and Expenses. I have full knowledge of the matters stated herein and would testify to these facts if called upon.

2. Gustafson Gluek's lodestar is calculated using two sets of fees.

    a) The first set of fees is for work performed from the inception of this case through June 30, 2021. Historic 2021 hourly rates are applied to these hours.

    b) The second set of fees is for work performed from July 1, 2021, through December 31, 2022. Current hourly rates for 2023 are applied to these hours.

3. The regular hourly rates charged by Gustafson Gluek for the timekeepers involved in this litigation, including both 2021 rates and current rates, are boxed in red in the chart below:

**SUMMARY OF TIME AND LODESTAR FOR GUSTAFSON GLUEK PLLC**
REPORTED HOURS AND LODESTAR-INCEPTION THROUGH DECEMBER 31, 2022

| Name | Inception through June 30, 2021 | | | July 1, 2021 through December 31, 2022 | | | Inception through December 31, 2022 | |
|---|---|---|---|---|---|---|---|---|
| | 2021 Hourly Rate | Hours Worked This Period | 2021 Lodestar | Current Hourly Rate | Hours Worked This Period | Lodestar This Period | Total Hours Worked on Case | Total Lodestar |
| Daniel E. Gustafson (P) | $1,100 | 76.20 | $83,820.00 | $1,200 | 12.40 | $14,880.00 | 88.60 | $98,700.00 |
| Karla M. Gluek (P) | $975 | 0.80 | $780.00 | | | | 0.80 | $780.00 |
| Dennis J. Stewart (P) | | | | $1,200 | 61.00 | $73,200.00 | 61.00 | $73,200.00 |
| Jason S. Kilene (P) | $925 | 50.00 | $46,250.00 | $950 | 56.70 | $53,865.00 | 106.70 | $100,115.00 |
| Daniel C. Hedlund (P) | $925 | 246.50 | $228,012.50 | $1,025 | 442.90 | $453,972.50 | 689.40 | $681,985.00 |
| Amanda M. Williams (P) | $725 | 4.30 | $3,117.50 | | | | 4.30 | $3,117.50 |
| David A. Goodwin (P) | $675 | 30.70 | $20,722.50 | | | | 30.70 | $20,722.50 |
| Michelle J. Looby (P) | $675 | 766.30 | $517,252.50 | $900 | 591.20 | $532,080.00 | 1357.50 | $1,049,332.50 |
| Joshua J. Rissman (P) | $600 | 75.20 | $45,120.00 | $800 | 901.80 | $721,440.00 | 977.00 | $766,560.00 |
| Daniel J. Nordin (P) | | | | $775 | 61.50 | $47,662.50 | 61.50 | $47,662.50 |
| Kaitlyn L. Dennis (A) | $500 | 0.20 | $100.00 | $650 | 19.40 | $12,610.00 | 19.60 | $12,710.00 |
| Ling S. Wang (A) | $425 | 17.00 | $7,225.00 | $550 | 240.90 | $132,495.00 | 257.90 | $139,720.00 |
| Brittany N. Resch (A) | $500 | 642.00 | $321,000.00 | $600 | 116.00 | $69,600.00 | 758.00 | $390,600.00 |
| Mickey L. Stevens (A) | $450 | 123.30 | $55,485.00 | $575 | 181.30 | $104,247.50 | 304.60 | $159,732.50 |
| Mickey L. Stevens (A) | | | | $350 | 56.30 | $19,705.00 | 56.30 | $19,705.00 |
| Noah L. Cozad (A) | | | | $350 | 41.40 | $14,490.00 | 41.40 | $14,490.00 |
| Tony J. Stauber (A) | | | | $500 | 4.20 | $2,100.00 | 4.20 | $2,100.00 |
| Tony J. Stauber (A) | | | | $350 | 156.80 | $54,880.00 | 156.80 | $54,880.00 |
| Abou Amara (A) | | | | $500 | 1186.40 | $593,200.00 | 1186.40 | $593,200.00 |
| Abou Amara (A) | | | | $350 | 133.40 | $46,690.00 | 133.40 | $46,690.00 |
| Frances Mahoney Mosedale (A) | $275 | 8.40 | $2,310.00 | | | | 8.40 | $2,310.00 |
| Kathryn M. McDonald (A) | $540 | 5.20 | $2,808.00 | | | | 5.20 | $2,808.00 |
| Ellison A. Snider (LC) | $200 | 1.80 | $360.00 | $225 | 44.00 | $9,900.00 | 45.80 | $10,260.00 |
| Peter H. Nguyen (CA) | $350 | 386.00 | $135,100.00 | $350 | 2881.00 | $1,008,350.00 | 3267.00 | $1,143,450.00 |
| Mark L. Goldman (CA) | | | | $350 | 29.00 | $10,150.00 | 29.00 | $10,150.00 |
| Deborah M. Gilman (CA) | $350 | 354.80 | $124,180.00 | $350 | 2577.40 | $902,090.00 | 2932.20 | $1,026,270.00 |
| Eric M. Laidlaw (CA) | $350 | 5.50 | $1,925.00 | $350 | 2661.00 | $931,350.00 | 2666.50 | $933,275.00 |
| Shirley J. Menard (CA) | $350 | 466.80 | $163,380.00 | $350 | 1022.00 | $357,700.00 | 1488.80 | $521,080.00 |
| Diana Arnold (CA) | $350 | 412.50 | $144,375.00 | | | | 412.50 | $144,375.00 |
| Sarah A. Moen (PL) | $225 | 1.50 | $337.50 | | | | 1.50 | $337.50 |
| Diana Jakubauskiene (PL) | $200 | 1.00 | $200.00 | $325 | 159.10 | $51,707.50 | 160.10 | $51,907.50 |
| Melanie L. Morgan (PL) | $175 | 260.40 | $45,570.00 | $300 | 217.80 | $65,340.00 | 478.20 | $110,910.00 |
| Jamie L. Holzer (PL) | $200 | 4.60 | $920.00 | | | | 4.60 | $920.00 |
| Chelsea M. Noble (PL) | $150 | 1.50 | $225.00 | $250 | 10.10 | $2,525.00 | 11.60 | $2,750.00 |
| **TOTALS:** | | **3,942.50** | **$1,950,575.50** | | **13,865.00** | **$6,286,230.00** | **17,807.50** | **$8,236,805.50** |

Partner (P)   Associate (A)   Law Clerk (LC)   Contract Attorney (CA)   Paralegal (PL)

- 4 -

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: April 5, 2023

                                                  */s/Daniel C. Hedlund*
                                                  DANIEL C. HEDLUND