# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776 (JRT-JFD) <br><br> **SUPPLEMENTAL DECLARATION OF ERIC SCHACHTER IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT** |
| This Document Relates to: <br><br> All Consumer Indirect Purchaser Actions | |

I, Eric Schachter, hereby declare as follows:

1. I am a Senior Vice President with A.B. Data, Ltd. ("A.B. Data"). I am fully familiar with the facts contained herein based upon my personal knowledge, and if called as a witness, could and would testify competently thereto. I submit this declaration at the request of Co-Lead Counsel in connection with the above-captioned action.

2. This declaration supplements my prior declaration filed with this Court on March 16, 2023 (ECF 1861).

3. A.B. Data has received three (3) requests for exclusion from the Smithfield settlement. A list of these exclusions is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of April 2023 in Milwaukee, Wisconsin.

_____
ERIC SCHACHTER

# EXHIBIT A

## Pork Indirect - Consumer
## Exclusion Report

| | Name | Postmark Date | City / State |
|---|---|---|---|
| 1) | Robert Michelucci | 12/20/2022 | Pittsburgh, Pennsylvania |
| 2) | Tessa Sharman | 12/21/2022 | Not Provided |
| 3) | Larry Hanes | 12/29/2022 | Geneva, Illinois |