# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## STATUS CONFERENCE

In Re: Pork Antitrust Litigation

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 18-1776 JRT/JFD |
| Date: | April 3, 2023 |
| Deputy: | Heather Arent |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 3:55 p.m. |
| Time Concluded: | 4:09 p.m. |
| Time in Court: | 14 Minutes |

Hearing on: Consumer Indirect Purchaser Plaintiffs' Motion for Final Approval of the Class Action Settlement Between Consumer Indirect Purchaser Plaintiffs and Defendant Smithfield Foods, Inc. and Consumer Indirect Purchaser Plaintiffs' Motion for an Award of Attorneys' Fees and Expenses

**PROCEEDINGS**
The parties presented arguments in favor of the motion for attorneys' fees and expenses (Docket No. 1763) and motion for final approval of the settlement (Docket No. 1857). The Court indicated that it intends to grant the motion for final approval, but the parties will first confirm that the proposed order correctly states the number of opt-out class members. The Court also indicated that it intends to grant the motion for the service awards and expenses, but requests that the Consumer Indirect Purchaser Plaintiffs file an affidavit that outlines their typical hourly rates for partners and associates by April 10, 2023, at which point it will then issue an order on their motion for attorneys' fees.

**APPEARANCES:**
Plaintiffs: Jill Manning, Michael Pearson, Abou Amara, Jr, Ashlea Schwarz, Daniel Hedlund, Joshua Rissman, Shana Scarlett, Blaine Finley, William Blechman

Defendants: Paulina Escobar, Brian Robison

s/Heather Arent
Courtroom Deputy Clerk