## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*Quality Supply Chain Co-op, Inc. v. Agri Stats, Inc. et al., 0:22-cv-01840 (D.M.N)* | Case No. 0:18-cv-01776-JRT-JFD |

### QUALITY SUPPLY CHAIN CO-OP, INC.'S NOTICE OF JOINDER IN DIRECT ACTION PLAINTIFFS' CONSOLIDATED COMPLAINT

1.      Pursuant to Pretrial Order No. 4, dated December 13, 2022 (ECF No. 1675), by and through its undersigned counsel, QSCC re-states its joinder in the Direct Action Plaintiffs' Consolidated Complaint, dated December 5, 2022 (ECF No. 1659) (the "Consolidated Complaint").

2.      QSCC's First Amended Complaint does not alter its causes of action, any of the parties, or its definition of Pork.  Rather, QSCC amends its complaint only to reflect an additional assignment from Y. Hata & Company, Limited, which was obtained after QSCC filed its original complaint.

Dated: April 10, 2023

Respectfully submitted,

*/s/ Philip J. Iovieno*
Philip J. Iovieno
Nicholas A. Gravante, Jr.
Jack G. Stern

Gillian Groarke Burns
Mark A. Singer
Justin V. Arborn
Elizabeth R. Moore
Zygimante Andrijauskaite
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
E-mail: philip.iovieno@cwt.com
         nicholas.gravante@cwt.com
         jack.stern@cwt.com
         gillian.burns@cwt.com
         mark.singer@cwt.com
         justin.arborn@cwt.com
         elizabeth.moore@cwt.com
         zygimante.andrijauskaite@cwt.com