# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| QUALITY SUPPLY CHAIN CO-OP, INC.,<br><br>Plaintiff,<br>v.<br><br>AGRI STATS, INC., CLEMENS FOOD GROUP, LLC, THE CLEMENS FAMILY CORPORATION, HORMEL FOODS CORPORATION, HORMEL FOODS, LLC, JBS USA FOOD COMPANY, SEABOARD FOODS LLC, SMITHFIELD FOODS, INC., TRIUMPH FOODS, LLC, TYSON FOODS, INC., TYSON PREPARED FOODS, INC., AND TYSON FRESH MEATS, INC.,<br><br>Defendants. | Case No. 18-cv-1776<br>Individual Case No. 0:22-cv-01840<br><br>**JOINT STIPULATION OF CONSENT FOR LEAVE TO FILE QUALITY SUPPLY CHAIN CO-OP, INC.'S FIRST AMENDED COMPLAINT** |

Direct Action Plaintiff Quality Supply Chain Co-Op, Inc. ("QSCC") and Defendants hereby stipulate as follows:

1. QSCC may file a First Amended Complaint in this matter, attached as Exhibit A (Proposed Redline Complaint) and Exhibit B (Proposed QSCC First Amended Complaint) pursuant to Fed. R. Civ. P. 15(a)(2), which permits a party to amend its pleading with the opposing party's written consent, *see Thomas v. United Steelworkers Local 1938*, 743 F.3d 1134, 1140 (8th Cir. 2014), *reh'g denied* (Apr. 8, 2014).

2. The purpose of the amendment is to reflect an assignment of claims received by QSCC from Y. Hata & Company, Limited.

3. Defendants hereby consent to the Court, granting QSCC leave to file a First Amended Complaint, attached hereto as Exhibit B.

4. By entering into this stipulation, the parties agree that Defendants do not concede the efficacy of the amendments or that the claims set forth in QSCC's First Amended Complaint are properly pleaded, nor do they waive any arguments that they could have raised in the context of an opposition to the motion for leave to amend.

5. The parties further agree that this motion will not affect any of the pending deadlines in this action.

Dated: April 10, 2023

Respectfully submitted,

/s/ Philip J. Iovieno
Philip J. Iovieno
Nicholas A. Gravante, Jr.
Jack G. Stern
Gillian Groarke Burns
Mark A. Singer
Justin V. Arborn
Elizabeth R. Moore
Zygimante Andrijauskaite
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
E-mail: philip.iovieno@cwt.com
         nicholas.gravante@cwt.com
         jack.stern@cwt.com
         gillian.burns@cwt.com
         mark.singer@cwt.com
         justin.arborn@cwt.com
         elizabeth.moore@cwt.com
         zygimante.andrijauskaite@cwt.com

s/ Craig S. Coleman
Craig S. Coleman (#0325491)
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Stephanie A. Koltookian (*pro hac vice*)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 842-8800
jonathan.todt@faegredrinker.com

s/ Craig S. Coleman
Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
Kenina J. Lee (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
Brandon Boxbaum (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)
Keith Holleran (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
radcox@axinn.com
trider@axinn.com
klee@axinn.com
lstrang@axinn.com
bboxbaum@axinn.com
avissichelli@axinn.com
kholleran@axinn.com

Craig M. Reiser (*pro hac vice*)
Kail Jethmalani (*pro hac vice*)
Andrea N. Rivers (*pro hac vice*)
Victoria J. Lu (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
creiser@axinn.com
kjethmalani@axinn.com
arivers@axinn.com
vlu@axinn.com

John S. Yi (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

*Counsel for Hormel Foods Corporation*

*/s/ William L. Monts*
William L. Monts (pro hac vice)
Justin W. Bernick (pro hac vice)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

*Counsel for Agri Stats, Inc.*

*/s/ Christopher A. Smith*
Christopher A. Smith (*pro hac vice*)
Aaron Chapin (#0386606)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
chris.smith@huschblackwell.com
aaron.chapin@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

**Michael A Stephani**
Best & Flanagan
60 South Sixth Street
Suite 2700
Minneapolis, MN 55124
612-339-7121
Fax: 612-339-5897
Email: mstephani@bestlaw.com

*Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*

*/s/ Daniel Laytin*
Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Jenna M. Stupar (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
jenna.stupar@kirkland.com

**Amarto Bhattacharyya**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
312-862-3829
Email: amarto.bhattacharyya@kirkland.com

**Christina Sharkey**
Kirkland & Ellis LLP
300 N LaSalle
Chicago, IL 60654

**Amanda Wall**
Husch Blackwell LLP
13330 California Street
Ste 200
Omaha, NE 68154
402-964-5000
Fax: 402-964-5050
Email: amanda.wall@huschblackwell.com

**Jacob Newton Reinig**
Husch Blackwell LLP
801 Main St.
Suite 1000
Kansas City, MO 64112
816-983-8000
Fax: 816-983-8080
Email: jake.reinig@huschblackwell.com

**Kate Ledden**
Husch Blackwell LLP
8001 Forsyth Boulevard
Suite 1500
Saint Louis, MO 63105
314-480-1500
Email: kate.ledden@huschblackwell.com

**Sarah Zimmerman**
Husch Blackwell LLP
8001 Forsyth Boulevard
Suite 1500
St. Louis, MO 63105
314-480-1500
Email:sarah.zimmerman@huschblackwell.com

**Tanner Cook**
Husch Blackwell LLP
8001 Forsyth Boulevard
Suite 1500
St. Louis, MO 63105
314-480-1500
Email: tanner.cook@huschblackwell.com

*Counsel for Triumph Foods, LLC*

312-862-2000
Email: christina.sharkey@kirkland.com

**Max Samels**
Kirkland & Ellis
300 N. LaSalle
Chicago, IL 60654
312-862-3467
Email: max.samels@kirkland.com

**Nicholas Ruge**
Kirkland & Ellis LLP
300 N LaSalle
Chicago, IL 60654
312-862-2854
Email: nicholas.ruge@kirkland.com

**Vanessa Anne Barsanti**
Kirkland & Ellis LLP
300 N LaSalle
Chicago, IL 60654
312-862-2205
Email: vanessa.barsanti@kirkland.com

Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

*Counsel for Clemens Food Group, LLC and The Clemens Family Corporation*

*/s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

**Kacie Jo Phillips Tawfic**
Stinson LLP
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402
612-335-1704
kacie.tawfic@stinson.com

**Lauren Fleming**
Stinson LLP
1201 Walnut St.
Ste 2900
Kansas City, MO 64106
816-691-2693
lauren.fleming@stinson.com

william.thomson@stinson.com

**Logan Fancher**
Stinson LLP
1201 Walnut Street
Suite 2900
Kansas City, MO 64106
816-691-2692
Email: logan.fancher@stinson.com

**Paulina Lisset Escobar**
Stinson LLP
1201 Walnut Street
Suite 2900
Kansas City, MO 64105
816-691-2683
Email: paulina.escobar@stinson.com

*Counsel for Seaboard Foods LLC*

**Allison Kane Lewis**
Gibson, Dunn & Crucher LLP
050 Connecticut Ave NW
Washington, DC 20001
650-796-3468
Email: alewis@gibsondunn.com

**Brian Edward Robison**
Brown Fox PLLC
6303 Cowboys Way
Suite 450
Frisco, TX 75034
972-707-2809
Email: brian@brownfoxlaw.com

**Charlene Cantrell Koonce**
Brown Fox PLLC
8111 Preston Road
Suite 300
Dallas, TX 75225
214-327-5000
Fax: 214-327-5001
Email: charlene@brownfoxlaw.com

**Christopher Frederick Kopp**
Gibson, Dunn & Crutcher LLP
DC - District of Columbia
1050 Connecticut Ave NW
Washington, DC 20036
202-955-8619
Email: ckopp@gibsondunn.com

**Matthew Butler**
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
202-887-3739
Email: mbutler@gibsondunn.com

**John A Cotter**
Larkin Hoffman Daly & Lindgren, Ltd
8300 Norman Center Drive, Ste 1000
Mpls, MN 55437-1060
952-896-3340
Fax: 952-896-1599
Email: jcotter@larkinhoffman.com

**David B. Adler**
Quinn Emanuel LLP
51 Madison Avenue
Ste 22nd Floor
New York, NY 10010
212-849-7305
Fax: 212-849-7100
Email: davidadler@quinnemanuel.com

**Donald G Heeman**
Spencer Fane LLP
100 South Fifth St
Suite 2500
Minneapolis, MN 55402
612-268-7000
Email: dheeman@spencerfane.com

**Heather K. Christenson**
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, Floor 22
New York, NY 10001
212-849-7536
Email: heatherchristenson@quinnemanuel.com

**Jessica J Nelson**
Spencer Fane
100 South Fifth St
Suite 2500
Minneapolis, MN 55402
612-268-7000
Email: jnelson@spencerfane.com

**Michael B Carlinsky**
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010
212-849-7000
Fax: 212-849-7100
Email: michaelcarlinsky@quinnemanuel.com

**John Anders Kvinge**
Larkin Hoffman Daly & Lindgren, Ltd
Litigation
8300 Norman Center Drive
Suite 1000
Minneapolis, MN 55437
952-835-3800
Fax: 952-896-3333
Email: jkvinge@larkinhoffman.com

**Jordan Campbell**
Brown Fox PLLC
8111 Preston Road
Suite 300
Dallas, TX 75225
214-396-9284
Fax: 214-327-5001
Email: jordan@brownfoxlaw.com

**Joshua Lipton**
Gibson, Dunn & Crutcher
1050 Connecticut Avenue, N.W.
Washington, DC 20036
202-955-8226
Email: jlipton@gibsondunn.com

**Margaret Mead**
Brown Fox PLLC
Texas
8111 Preston Road
Ste 300
Dallas, TX 75225
214-327-5000
Fax: 214-327-5001
Email: margaret@brownfoxlaw.com

**Morgan Buller**
Brown Fox PLLC
6303 Cowboys Way
Suite 450
Frisco, TX 75034
972-707-1860
Email: morgan@brownfoxlaw.com

**Richard Thomas Vagas**
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
Ste 22nd Floor
New York, NY 10010
212-849-7368
Email: richardvagas@quinnemanuel.com

**Sami H Rashid**
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010
212-849-7000
Email: samirashid@quinnemanuel.com

*Counsel for JBS USA Food Company*

**Pooja Patel**
Gibson, Dunn, & Crutcher, LLP
2001 Ross Avenue
Suite 2100
Dallas, TX 75201
214-698-3193
Email: ppatel@gibsondunn.com

**Richard G. Parker**
Gibson, Dunn & Crutcher
1050 Connecticut Avenue, N.W.
Washington, DC 20036
202-955-8503
Email: rparker@gibsondunn.com

**Rod Stone**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
213-229-7256
Email: RStone@gibsondunn.com

**Tim B. Wells**
Brown Fox PLLC TX
8111 Preston Rd
Ste 300
Dallas, TX 75225
214-327-5000
Email: tim@brownfoxlaw.com

*Counsel for Smithfield Foods, Inc.*