UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| QUALITY SUPPLY CHAIN CO-OP, INC., <br><br> Plaintiff, <br> v. <br><br> AGRI STATS, INC., CLEMENS FOOD GROUP, LLC, THE CLEMENS FAMILY CORPORATION, HORMEL FOODS CORPORATION, HORMEL FOODS, LLC, JBS USA FOOD COMPANY, SEABOARD FOODS LLC, SMITHFIELD FOODS, INC., TRIUMPH FOODS, LLC, TYSON FOODS, INC., TYSON PREPARED FOODS, INC., AND TYSON FRESH MEATS, INC., <br><br> Defendants. | Case No. 18-cv-1776 <br><br> Individual Case No. 0:22-cv-01840 <br><br> **[PROPOSED] ORDER APPROVING JOINT STIPULATION OF CONSENT FOR LEAVE TO FILE QUALITY SUPPLY CHAIN CO-OP, INC.'S FIRST AMENDED COMPLAINT** |

This matter comes before the Court on the parties' Joint Stipulation of Consent for Leave to file Direct Action Plaintiff Quality Supply Chain Co-op, Inc.'s First Amended Complaint, ECF No. 1901.

After consideration of the stipulation, and all the files, records, and proceedings in this case, IT IS HEREBY ORDERED:

1. The Stipulation of Consent is GRANTED.

2. Direct Action Plaintiff Quality Supply Chain Co-op, Inc. shall file its First Amended Complaint, which was attached to the Stipulation, (ECF No. 1901) as Exhibit B by _____, 2023.

**SO ORDERED.**

Dated: _____                            BY THE COURT:

-2-

_____
THE HONORABLE HILDY BOWBEER
UNITED STATES MAGISTRATE JUDGE