# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**NOTICE OF APPEARANCE**

Case No: 0:18-cv-01776-JRT-JFD

IN RE PORK ANTITRUST LITIGATION

The undersigned attorney hereby notifies the Court and counsel that Cody McCracken, shall appear as counsel of record for Commercial & Institutional Indirect Purchaser Plaintiffs in this case.

Dated: __April 13, 2023_____            _____/s/ Cody McCracken_____
/s/ Cody McCracken
Bar No. 90005203
Cuneo Gilbert & LaDuca, LLP
4725 Wisconsin Ave NW
Suite 200
Washington DC 20016
Tel: 202-789-3960
cmccracken@cuneolaw.com