**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| *IN RE: PORK ANTITRUST LITIGATION* | Case No. 18-CV-1776 (JRT/JFD) |
| This Document Relates To: *Sysco Corporation v. Agri Stats, Inc., et al.* Case No. 21-CV-1374 | **JOINT MOTION REGARDING CONTINUED SEALING** |

Documents have been filed under temporary seal in connection with the following motion:

Sysco Corporation's Motion for Limited Stay          Dkt. No. 1843

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

1

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 1847 | 1846-1 | Petition to Vacate Arbitration Award in *Sysco Corporation v. Glaz LLC, et al.*, Case No. 23-CV-1451 (N.D. Ill.) (ECF No. 1) | Triumph Foods takes no position as to this motion.  The remaining parties agree the document should remain sealed.<br><br>However, many of the redactions applied in this Petition were later unsealed by an Amended Petition filed in Illinois.  The remaining parties agree that Sysco Corporation will offer to submit a replacement redacted copy of the original Petition with far more limited redactions in light of information that has subsequently been made public as a result of the Amended Petition. | N/A | Filed under seal in original Illinois action |

Dated:  April 14, 2023

 *s/ Arthur G. Boylan*
Arthur G. Boylan (#338229)
aboylan@anthonyostlund.com
Joseph R. Richie (#400615)
jrichie@anthonyostlund.com
Joseph T. Janochoski (#399952)
jjanochoski@anthonyostlund.com
**ANTHONY OSTLUND LOUWAGIE
DRESSEN & BOYLAN P.A.**
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  (612) 349-6969
Facsimile:  (612) 349-6996

Ronald C. Minkoff
Nicole I. Hyland
Amanda B. Barkin
**FRANKFURT KURNIT KLEIN &
SELZ, P.C.**
28 Liberty Street, 35th Fl.
New York, NY 10005
Tel.:  (212) 980-0120
rminkoff@fkks.com
nhyland@fkks.com
abarkin@fkks.com

***Counsel for Plaintiff Sysco Corporation***

Dated:  April 12, 2023

 *s/ Shana E. Scarlett*
Shana E. Scarlett
Rio Pierce
**HAGENS BERMAN SOBOL SHAPIRO
LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
T: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Steve. W. Berman
Breanna Van Engelen
**HAGENS BERMAN SOBOL SHAPIRO
LLP**
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski
**HAGENS BERMAN SOBOL SHAPIRO
LLP**
301 N. Lake Avenue, Suite 920
Pasadena, CA  91101
T: (213) 330-7150
elaine@hbsslaw.com

3

Daniel C. Hedlund (#258337)
Daniel E. Gustafson (#202241)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

***Co-Lead Counsel for Consumer Indirect
Purchaser Plaintiffs***

Dated:  April 13, 2023

 *s/ Garth T. Yearick*
David B. Esau
Kristin A. Gore
Garth T. Yearick
**CARLTON FIELDS, P.A.**
525 Okeechobee Boulevard
Suite 1200
West Palm Beach, FL 33401
desau@carltonfields.com
kgore@carltonfields.com
gyearick@carltonfields.com

***Counsel for Cheney Brothers, Inc.;
Subway Protein Litigation Corp., as
Litigation Trustee of the Subway® Protein
Litigation Trust; Buffalo Wild Wings,
Inc.; Jimmy John's Buying Group SPV,
LLC; Sonic Industries Services Inc.; CKE
Restaurants Holdings, Inc.; Wawa, Inc.;
Restaurant Services, Inc.; and McLane
Company, Inc. et al.***

Dated:  April 12, 2023

 *s/ Joseph C. Bourne*

Joseph C. Bourne (#0389922)
W. Joseph Bruckner (#0147758)
Brian D. Clark (#0390069)
Arielle S. Wagner (#0398332)
Stephen M. Owen (#0399370)
**LOCKRIDGE GRINDAL NAUEN**
**P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
jcbourne@locklaw.com
wjbruckner@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com
smowen@locklaw.com

Bobby Pouya
Clifford H. Pearson
Daniel L. Warshaw
Michael H. Pearson
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA  92403
T: (818) 788-8300
cpearson@pwfirm.com
dwarshaw@pwfirm.com
bpouya@pwfirm.com
mpearson@pwfirm.com

Bruce L. Simon
Benjamin E. Shiftan
Neil Swartzberg
**PEARSON WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
T: (415) 433-9000
F: (415) 433-9008
bsimon@pwfirm.com
bshiftan@pwfirm.com
nswartzberg@pwfirm.com

Melissa S. Weiner (#0387900)
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, MN  55391
T: (612) 389-0600
mweiner@pwfirm.com

***Co-Lead Class Counsel for Direct***
***Purchaser Plaintiffs***

Dated:  April 12, 2023

_s/ Blaine Finley_
Jonathan W. Cuneo
Joel Davidow
Blaine Finley
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
T: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.co

Shawn M. Raiter (#240424)
**LARSON • KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
T: (651) 312-6518
sraiter@larsonking.com

***Co-Lead Counsel for Commercial and
Institutional Indirect Purchaser Plaintiffs***

Dated:  April 11, 2023

_s/ Brian Robison_
Brian Robison (*pro hac vice*)
**BROWN FOX PLLC**
6303 Cowboys Way, Suite 450
Frisco, TX 75034
Tel:  (972) 707-1809
brian@brownfoxlaw.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
**GIBSON, DUNN &CRUTCHER, LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Tel:  (202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

John A. Cotter (#0134296)
John A. Kvinge (#0392303)
**LARKIN HOFFMAN DALY &
LINDGREN LTD.**
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

***Counsel for Smithfield Foods, Inc.***

Dated:  April 13, 2023

 _s/ Daniel Laytin_
Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Jenna M. Stupar (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
Jenna.stupar@kirkland.com

Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
**GREENE ESPEL PLLP**
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
Tel:  (612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

***Counsel for Clemens Food Group, LLC
and The Clemens Family Corporation***

Dated:  April 13, 2023

 _s/ Sami H. Rashid_
Sami H. Rashid (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
David B. Adler (*pro hac vice*)
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel:  (212) 849-7000
samirashid@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
davidadler@quinnemanuel.com

Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
**SPENCER FANE LLP**
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402-4206
Tel:  (612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

***Counsel for JBS USA Food Company***

Dated:  April 13, 2023

 *s/ William L. Greene*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
Jon W. Ripa (#0402069)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel:  (612) 335-1500
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com
jon.ripa@stinson.com

J. Nicci Warr (*pro hac vice*)
**STINSON LLP**
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Tel:  (314) 863-0800
nicci.warr@stinson.com

***Counsel for Seaboard Foods LLC***

Dated:  April 13, 2023

 *s/ Craig S. Coleman*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
Isaac B. Hall (#0395398)
**FAEGRE DRINKER BIDDLE &
REATH LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel:  (612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Stephanie A. Koltookian (*pro hac vice*)
Robert C. Gallup (#0399100)
**FAEGRE DRINKER BIDDLE &
REATH LLP**
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
Tel:  (515) 248-9000
jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

John S. Yi (*pro hac vice*)
**FAEGRE DRINKER BIDDLE &
REATH LLP**
One Logan Square, Suite 2200
Philadelphia, PA 19103
Tel:  (215) 988-2700
john.yi@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
**FAEGRE DRINKER BIDDLE &
REATH LLP**
1500 K Street NW, Suite 1100
Washington, DC 20005
Tel:  (202) 842-8800
jonathan.todt@faegredrinker.com

***Counsel for Hormel Foods Corporation
and Hormel Foods, LLC***

Dated:  April 14, 2023

Dated:  April 14, 2023

 *s/ A. James Spung*

Aaron Chapin (#0386606)
Christopher A. Smith (*pro hac vice*)
Tessa K. Jacob (*pro hac vice*)
A. James Spung (*pro hac vice*)
Jason Husgen (*pro hac vice*)
Sarah L. Zimmerman (MDL registered)
Kate Ledden (MDL registered)
Tanner Cook (MDL registered)
Jacob N. Reinig (MDL registered)
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Ste 600
St. Louis, MO 63105
Telephone: (314) 480-1500
aaron.chapin@huschblackwell.com
chris.smith@huschblackwell.com
tessa.jacob@huschblackwell.com
james.spung@huschblackwell.com
jason.husgen@huschblackwell.com
sarah.zimmerman@huschblackwell.com
kate.ledden@huschblackwell.com
tanner.cook@huschblackwell.com
jake.reinig@huschblackwell.com

***Counsel for Triumph Foods, LLC***

 *s/ William L. Monts III*

William L. Monts III (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel:  (202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

Peter H. Walsh (#0388672)
**HOGAN LOVELLS US LLP**
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Tel:  (612) 402-3000
peter.walsh@hoganlovells.com

***Counsel for Agri Stats, Inc.***

Dated:  April 13, 2023

 *s/ Jarod G. Taylor*
Jarod G. Taylor (*pro hac vice*)
**AXINN, VELTROP & HARKRIDER
LLP**
90 State House Square
Hartford, CT 06103
Tel:  (860) 275-8109
jtaylor@axinn.com

Tiffany Rider Rohrbaugh (*pro hac vice*)
Rachel J. Adcox (*pro hac vice*)
**AXINN, VELTROP & HARKRIDER
LLP**
1901 L Street NW
Washington, DC 20036
Tel:  (202) 912-4700
trider@axinn.com
radcox@axinn.com

David P. Graham (#0185462)
**DYKEMA GOSSETT PLLC**
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel:  (612) 486-1521
dgraham@dykema.com

***Counsel for Tyson Foods, Inc., Tyson
Prepared Foods, Inc. and Tyson Fresh
Meats, Inc.***