## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Actions*. | Case No. 0:18-cv-01776-JRT-JFD<br><br>**NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the court and counsel that William C. Lavery withdraws as counsel for Plaintiff ALDI Inc. ("ALDI"). ALDI will continue to be represented by its other counsel of record.

Dated: April 18, 2023

By: */s/ Christopher P. Wilson*
    Michael Calhoon
    Julie B. Rubenstein
    Christopher P. Wilson
    Danielle Morello
    Wyatt M. Carlock
    **BAKER BOTTS L.L.P.**
    700 K Street NW
    Washington, DC 20001
    Telephone: (202) 639-7700
    Facsimile: (202) 539-7890
    william.lavery@bakerbotts.com
    christopher.wilson@bakerbotts.com
    danielle.morello@bakerbotts.com
    wyatt.carlock@bakerbotts.com

    Brian C. Kerr
    **BAKER BOTTS L.L.P.**
    30 Rockefeller Plaza
    New York, NY 10112
    Telephone: (212) 408-2500
    Facsimile: (212) 408-2501

    *Attorneys for Defendant ALDI, Inc.*