- 1 -

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-cv-1776 (JRT/JFD) |
| This Document Relates to:<br><br>All Actions | **NOTICE OF WITHDRAWAL** |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned hereby notifies this Court that Peter J. Schwingler withdraws as counsel of record for Defendant Seaboard Foods LLC in the above-captioned matter. All other counsel for Defendant Seaboard Foods LLC remain counsel of record.

Dated: April 19, 2023

*/s/ Peter J. Schwingler*
William L. Greene (#0198730)
Peter J. Schwingler (#0388909)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 335-1500
Fax:   (612) 335-1657
william.greene@stinson.com
peter.schwingler@stinson.com
william.thomson@stinson.com

- 1 -

- 2 -

        J. Nicci Warr (*pro hac vice*)
        STINSON LLP
        7700 Forsyth Boulevard, Suite 1100
        St. Louis, MO 63105
        Phone: (314) 863-0800
        Fax:    (314) 863-9388
        nicci.warr@stinson.com

*Counsel for Defendant*
*Seaboard Foods LLC*

- 2 -