UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 18-CV-1776 (JRT/JFD) |
| This Document Relates To:<br>*Sysco Corporation v. Agri Stats, Inc., et al.*<br>Case No. 21-CV-1374 | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7(b), of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court and counsel that Michael Calhoon, Christopher Wilson, Julie B. Rubenstein, Danielle Morello, and Brian Kerr of the law firm Baker Botts L.L.P. are noticing their appearance and will substitute as counsel for Plaintiff Sysco Corporation in connection with the above-captioned matter.  Michael Calhoon, Christopher Wilson, Julie B. Rubenstein, Danielle Morello, and Brian Kerr are replacing Arthur G. Boylan, Joseph R. Richie, and Joseph T. Janochoski of Anthony Ostlund Louwagie Dressen & Boylan P.A., as well as Ronald C. Minkoff, Nicole I. Hyland, and Amanda B. Barkin, of Frankfurt Kurnit Klein & Selz, P.C., who hereby withdraw as counsel.  Please direct all future correspondence, pleadings, and communications to Michael Calhoon, Christopher Wilson, Julie B. Rubenstein, Danielle Morello, and Brian Kerr.

| | |
|---|---|
| Dated:  April 19, 2023 | **ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**<br><br> *s/ Arthur G. Boylan*<br>Arthur G. Boylan (#338229)<br>aboylan@anthonyostlund.com<br>Joseph R. Richie (#400615)<br>jrichie@anthonyostlund.com<br>Joseph T. Janochoski (#399952)<br>jjanochoski@anthonyostlund.com<br>3600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Telephone:  (612) 349-6969<br>Facsimile:  (612) 349-6996 |
| Dated:  April 19, 2023 | **FRANKFURT KURNIT KLEIN & SELZ, P.C.**<br><br> *s/ Ronald C. Minkoff*<br>Ronald C. Minkoff<br>rminkoff@fkks.com<br>Nicole I. Hyland<br>nhyland@fkks.com<br>Amanda B. Barkin<br>abarkin@fkks.com<br>28 Liberty Street, 35th Fl.<br>New York, NY 10005<br>Telephone:  (212) 980-0120 |

2

Dated:  April 19, 2023          **BAKER BOTTS L.L.P.**

 *s/ Christopher Wilson*
Michael Calhoon
michael.calhoon@bakerbotts.com
Christopher Wilson
christopher.wilson@bakerbotts.com
Julie B. Rubenstein
julie.rubenstein@bakerbotts.com
Danielle Morello
danielle.morello@bakerbotts.com
700 K Street, N.W.
Washington, DC  20001-5692
Telephone:  (202) 639-7700
Facsimile:  (202) 639-7890

Brian Kerr
brian.kerr@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112
Telephone:  (212) 408-2500
Facsimile:  (212) 408-2501

*Counsel for Plaintiff Sysco Corporation*