UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE: PORK ANTITRUST LITIGATION     Case No. 18-CV-1776 (JRT/JFD)

This Document Relates To:

*ALL ACTIONS*

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE THAT pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the court and counsel that Erin Gibson Allen is no longer employed by Marcus & Shapira LLP and withdraws as counsel for Plaintiff Giant Eagle, Inc. Giant Eagle, Inc. will continue to be represented by the remaining Marcus & Shapira LLP counsel listed on record. This withdrawal will not adversely affect Giant Eagle, Inc.'s case or its interest.

Dated: April 21, 2023     Respectfully submitted,

*/s/ Brian C. Hill*
Bernard D. Marcus (PA ID #01293)
Moira Cain-Mannix (PA ID #81131)
Brian C. Hill (PA ID #204489)

Marcus & Shapira LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA  15219
(412) 471-3490
marcus@marcus-shapira.com
cain-mannix@marcus-shapira.com
hill@marcus-shapira.com

*Counsel for Giant Eagle, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2023, a copy of the foregoing **Notice of Withdrawal of Counsel** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Brian C. Hill*
Brian C. Hill
