UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | No. 0:18-cv-01776-JRT-HB |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF ISAAC B. HAL

To: The Clerk of Court and to All Parties and Counsel of Record

PLEASE TAKE NOTICE that, pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, Isaac B. Hall of the law firm Faegre Drinker Biddle & Reath LLP is hereby withdrawn as counsel of record for Hormel Foods Corporation and Hormel Foods, LLC, in the above-captioned matter. Mr. Hall should be removed from the Court's service list with respect to this action. Faegre Drinker Biddle & Reath LLP continue to serve as Counsel for Defendants Hormel Foods Corporation and Hormel Foods, LLC.

Dated April 21, 2023

*/s/ Isaac B. Hall*

| | |
|---|---|
| Richard A. Duncan (#0192983) | Jacob D. Bylund (*pro hac vice*) |
| Aaron D. Van Oort (#0315539) | Stephanie A. Koltookian (*pro hac vice*) |
| Craig S. Coleman (#0325491) | Robert C. Gallup (#0399100) |
| Emily E. Chow (#0388239) | FAEGRE DRINKER BIDDLE |
| Isaac B. Hall (#0395398) | & REATH LLP |
| FAEGRE DRINKER BIDDLE & REATH LLP | 801 Grand Ave., 33rd Floor |
| 2200 Wells Fargo Center | Des Moines, IA 50309 |
| 90 South Seventh Street | 515-248-9000 |
| Minneapolis, MN 55402-3901 | Jacob.bylund@faegredrinker.com |
| (612) 766-7000 | stephanie.koltookian@faegredrinker.com |
| richard.duncan@faegredrinker.com | robert.gallup@faegredrinker.com |
| aaron.vanoort@faegredrinker.com | |
| craig.coleman@faegredrinker.com | |
| emily.chow@faegredrinker.com | |
| isaac.hall@faegredrinker.com | |

**Counsel for Hormel Foods Corporation and Hormel Foods, LLC**