# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 18-CV-1776 (JRT/JFD) |
| This Document Relates To:<br>*Sysco Corporation v. Agri Stats, Inc., et al.*<br>Case No. 21-CV-1374 | **REQUEST FOR NO FURTHER ECF NOTICES** |

The undersigned appeared in this proceeding on behalf of Plaintiff Sysco Corporation. Pursuant to the Notice of Withdrawal and Substitution of Counsel filed April 19, 2023 (ECF 1910), Arthur G. Boylan, Joseph R. Richie, and Joseph T. Janochoski request that they be removed from the CM/ECF counsel listing and receive no further CM/ECF notifications in this matter.

Dated:  April 21, 2023

**ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**

 *s/ Arthur G. Boylan*
Arthur G. Boylan (#338229)
aboylan@anthonyostlund.com
Joseph R. Richie (#400615)
jrichie@anthonyostlund.com
Joseph T. Janochoski (#399952)
jjanochoski@anthonyostlund.com
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  (612) 349-6969
Facsimile:  (612) 349-6996