UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*IN RE: PORK ANTITRUST LITIGATION*                Case No. 18-cv-1776 (JRT/JFD)

This Document Relates To:                    **NOTICE OF APPEARANCE**
*All Actions*

The undersigned attorney hereby notifies the Court and counsel that Julie B.

Rubenstein from Baker Botts L.L.P. shall appear as counsel of record for Direct Action

Plaintiff Sysco Corporation in the above-captioned action.

Dated: April 21, 2023

                                        *s/ Julie B. Rubenstein*
                                        Julie B. Rubenstein
                                        **BAKER BOTTS L.L.P.**
                                        700 K Street NW
                                        Washington, DC 20001
                                        Telephone: (202) 639-7700
                                        Facsimile: (202) 639-7890
                                        julie.rubenstein@bakerbotts.com

                                        *Counsel for Direct Action Plaintiff Sysco Corporation*