UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE: PORK ANTITRUST LITIGATION             Case No. 18-cv-1776 (JRT/JFD)

This Document Relates To:                    **NOTICE OF APPEARANCE**
*All Actions*

   The undersigned attorney hereby notifies the Court and counsel that Brian C. Kerr from Baker Botts L.L.P. shall appear as counsel of record for Direct Action Plaintiff Sysco Corporation in the above-captioned action.

Dated: April 21, 2023

                                    *s/ Brian C. Kerr*
                                    Brian C. Kerr
                                    **BAKER BOTTS L.L.P.**
                                    30 Rockefeller Plaza
                                    New York, NY 10112
                                    Telephone: (212) 408-2500
                                    Facsimile: (212) 408-2501
                                    brian.kerr@bakerbotts.com

                                    *Counsel for Direct Action Plaintiff Sysco Corporation*