UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE: PORK ANTITRUST LITIGATION* | Case No. 18-cv-1776 (JRT/JFD) |
| This Document Relates To: *All Actions* | **NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Michael Calhoon from Baker Botts L.L.P. shall appear as counsel of record for Direct Action Plaintiff Sysco Corporation in the above-captioned action.

Dated: April 21, 2023

        *s/ Michael Calhoon*
        Michael Calhoon
        **BAKER BOTTS L.L.P.**
        700 K Street NW
        Washington, DC 20001
        Telephone: (202) 639-7700
        Facsimile: (202) 639-7890
        michael.calhoon@bakerbotts.com

        ***Counsel for Direct Action Plaintiff Sysco Corporation***