UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KRAFT HEINZ FOODS COMPANY,<br><br>               Plaintiff,<br><br>v.<br><br>AGRI STATS, INC., CLEMENS FOOD GROUP, LLC, THE CLEMENS FAMILY CORPORATION, HORMEL FOODS CORPORATION, HORMEL FOODS, LLC, JBS USA FOOD COMPANY, SEABOARD FOODS LLC, SMITHFIELD FOODS, INC., TRIUMPH FOODS, LLC, TYSON FOODS, INC., TYSON PREPARED FOODS, INC., AND TYSON FRESH MEATS, INC.,<br><br>               Defendants. | Case No. 0:18-cv-01776–JRT–JFD<br><br>ORDER |

Pursuant to the Joint Stipulation Regarding Kraft Heinz Food Company's Document Production and Deposition Deadlines (Dkt. No. 1920), **IT IS HEREBY ORDERED**:

(1) Kraft's counsel will, upon the filing of the Stipulation, immediately certify in writing to counsel for Defendants that its document production is complete;

(2) the deposition of Kraft's 30(b)(6) corporate representative(s) will proceed on a mutually agreed date on or before **May 26, 2023**; and

(3) Defendants will be entitled to seek any and all appropriate relief from this Court in the event Kraft violates any of these deadlines.

Dated: May 9, 2023

                                                                         *s/ John F. Docherty*
                                                            JOHN F. DOCHERTY
                                                            United States Magistrate Judge