UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-JFD)<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY BENJAMIN E. SHIFTAN** |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Benjamin E. Shiftan withdraws as counsel for the Direct Purchaser Plaintiffs. Mr. Shiftan is no longer associated with the law firm Pearson Warshaw, LLP. Clifford H. Pearson, Daniel L. Warshaw, Bobby Pouya, Michael H. Pearson, Melissa S. Weiner, Jill M. Manning and Neil Swartzberg of Pearson Warshaw, LLP remain as counsel of record for the Direct Purchaser Plaintiffs. Direct Purchaser Plaintiffs also continue to be represented by W. Joseph Bruckner, Brian D. Clark, Arielle S. Wagner, Stephen M. Owen and Joseph C. Bourne of Lockridge Grindal Nauen P.L.L.P.

Date: May 15, 2023

*/s/ Daniel L. Warshaw*
Clifford H. Pearson (*Pro Hac Vice*)
Daniel Warshaw (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 92403
T:  (818) 788-8300

Bruce L. Simon (*Pro Hac Vice*)
Jill M. Manning (*Pro Hac Vice*)
Neil Swartzberg (*Pro Hac Vice*)
**PEARSON WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
T:  (415) 433-9000
F:  (415) 433-9008
*bsimon@pwfirm.com*
*jmanning@pwfirm.com*

957432.1

F:  (818) 788-8104
*cpearson@pwfirm.com*
*dwarshaw@pwfirm.com*
*bpouya@pwfirm.com*
*mpearson@pwfirm.com*

W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Arielle S. Wagner (MN #0398332)
Joseph C. Bourne (MN #0389922)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
T:  (612) 339-6900
F:  (612) 339-0981
*wjbruckner@locklaw.com*
*bdclark@locklaw.com*
*aswagner@locklaw.com*
*jcbourne@locklaw.com*

*nswartzberg@pwfirm.com*

Melissa S. Weiner (MN #0387900)
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
T: (612) 389-0600
F: (612) 389-0610
*mweiner@pwfirm.com*

*Co-Lead Class Counsel for Direct Purchaser Plaintiffs*