UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| IN RE PORK ANTITRUST LITIGATION | No. 0:18-cv-01776-JRT-JFD |
|---|---|
| This Document Relates To:<br><br>All Actions | |

**[PROPOSED] ORDER ON STIPULATION TO AMEND THE PRETRIAL SCHEDULING ORDER REGARDING SCHEDULE FOR MERITS EXPERT DISCOVERY, DISPOSITIVE MOTIONS, AND CERTAIN EVIDENTIARY ISSUES**

Pursuant to the Stipulation to Amend Order on Proposed Schedule for Merits Expert Discovery, Dispositive Motions, and Certain Evidentiary Issues (Dkt. No. ___) entered into by the parties, and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the Stipulation (Dkt. No. ___) is **APPROVED**, and the deadlines for events relating to merits expert discovery or dispositive motion briefing shall be modified as follows:

| Event Relating to Merits Expert Discovery or Dispositive Motion Briefing | Deadline |
|---|---|
| Identification and Rule 26(a)(2)(B) and 26(a)(2)(C) disclosures for any Plaintiff expert who may testify at trial | June 16, 2023 |
| Identification and Rule 26(a)(2)(B) and 26(a)(2)(C) disclosures for any Defendant affirmative and/or rebuttal expert who may testify at trial | December 11, 2023 |
| Expert reports from Plaintiffs' experts rebutting Defendants' affirmative expert reports | March 21, 2024 |
| Dispositive motions and merits expert Daubert motions | May 31, 2024 |
| Responses to dispositive motions and merits expert Daubert motions | August 26, 2024 |
| Replies in support of dispositive motions and merits expert Daubert motions, and motions to exclude evidence on summary judgment, if any | October 11, 2024 |

1

2

All remaining provisions in the Order on Proposed Schedule for Merits Expert Discovery, Dispositive Motions, and Certain Evidentiary Issues (Dkt. No. 1651) remain in effect.

**IT IS SO ORDERED.**


Date: \_\_\_\_ \_\_\_, 2023

_____
JOHN F. DOCHERTY
United States Magistrate Judge