# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | No. 0:18-cv-01776-JRT-JFD |
| This Document Relates To: All Actions | |

### ORDER ON STIPULATION TO AMEND THE PRETRIAL SCHEDULING ORDER REGARDING SCHEDULE FOR MERITS EXPERT DISCOVERY, DISPOSITIVE MOTIONS, AND CERTAIN EVIDENTIARY ISSUES

Pursuant to the Stipulation to Amend Order on Proposed Schedule for Merits Expert Discovery, Dispositive Motions, and Certain Evidentiary Issues (Dkt. No. 1926) entered into by the parties, and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the Stipulation (Dkt. No. 1926) is **APPROVED**, and the deadlines for events relating to merits expert discovery or dispositive motion briefing shall be modified as follows:

| **Event Relating to Merits Expert Discovery or Dispositive Motion Briefing** | **Deadline** |
|---|---|
| Identification and Rule 26(a)(2)(B) and 26(a)(2)(C) disclosures for any Plaintiff expert who may testify at trial | June 16, 2023 |
| Identification and Rule 26(a)(2)(B) and 26(a)(2)(C) disclosures for any Defendant affirmative and/or rebuttal expert who may testify at trial | December 11, 2023 |
| Expert reports from Plaintiffs' experts rebutting Defendants' affirmative expert reports | March 21, 2024 |
| Dispositive motions and merits expert Daubert motions | May 31, 2024 |
| Responses to dispositive motions and merits expert Daubert motions | August 26, 2024 |
| Replies in support of dispositive motions and merits expert Daubert motions, and motions to exclude evidence on summary judgment, if any | October 11, 2024 |

All remaining provisions in the Order on Proposed Schedule for Merits Expert Discovery, Dispositive Motions, and Certain Evidentiary Issues (Dkt. No. 1651) remain in effect.

**IT IS SO ORDERED.**

Date: June 1, 2023

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge