# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | **COURT MINUTES** <br> BEFORE: JOHN F. DOCHERTY <br> U.S. MAGISTRATE JUDGE |
| This Document Relates to: <br> All Actions | |
| | Case No. 18-cv-1776 (JRT/JFD) <br> Date: June 1, 2023 <br> Location: Videoconference <br> Court Reporter: n/a <br> Time Commenced: 9:30 am <br> Time Concluded:   9:42 am <br> Time in Court:     12 minutes |

## STATUS CONFERENCE

**APPEARANCES:**

    For DAPS: Bob Kaplan
    For Classes: Joseph Bourne
    For Tyson Foods, Inc., et al.: Lindsey Strang

    The parties scheduled this conference call with the Court to advise the Court that a stipulation to extend some of the deadlines in this case was going to be filed and that one of the deadlines for which an extension was sought would expire on Monday, June 5. The Court reviewed the stipulation, which was filed the evening before the call, and advised the parties it say no issue with it, and anticipated signing it.

    *s/ TJS*
    Courtroom Deputy