**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*All Actions* | Case No. 1:18-cv-1776 |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), the undersigned hereby notifies the Court and counsel that Keith Holleran will no longer be with the firm Axinn, Veltrop & Harkrider LLP as of June 8, 2023, and is withdrawing his representation of (1) Tyson Foods, Inc., (2) Tyson Prepared Foods, Inc., and (3) Tyson Fresh Meats, Inc. in this matter. All other Axinn, Veltrop & Harkrider LLP counsel of record shall remain the same.

Dated: June 7, 2023                                                         Respectfully Submitted,

                                                                                          */s/ Keith Holleran*
                                                                                          Keith Holleran
                                                                                          AXINN, VELTROP &
                                                                                          HARKRIDER LLP
                                                                                          1901 L Street NW
                                                                                          Washington, D.C. 20036
                                                                                          T: 202-912-4700
                                                                                          E: kholleran@axinn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all ECF registrants.

                                              */s/ Keith Holleran*
                                              Keith Holleran