## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions | Case No. 18-CV-01776 (JRT/JFD)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Peter J. Schwingler, of the law firm of Jones Day, hereby enters his appearance in the above-captioned matter on behalf of defendant Seaboard Foods LLC.

Dated: June 15, 2023

/s/ *Peter J. Schwingler*
Peter J. Schwingler (MN #0388909)
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Phone: (612) 217-8800
Fax:    (844) 345-3178
pschwingler@jonesday.com

**Attorney for Defendant Seaboard Foods LLC**