# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions | Case No. 18-CV-01776 (JRT/JFD)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Jordan M. Baumann, of the law firm of Jones Day, hereby enters her appearance in the above-captioned matter on behalf of defendant Seaboard Foods LLC.

Dated:  June 15, 2023

/s/ *Jordan M. Baumann*
Jordan M. Baumann
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Phone: (614) 469-3939
Fax:    (614) 461-4198
jbaumann@jonesday.com

**Attorney for Defendant Seaboard Foods LLC**