# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF CLASS ACTION | Case No. 18-cv-01776 (JRT)<br><br>**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF THE DIRECT PURCHASER CLASS ACTION SETTLEMENT WITH SEABOARD FOODS LLC AND MOTION FOR APPROVAL OF CLASS NOTICE** |

PLEASE TAKE NOTICE that at a hearing to be held on a date and time to be determined, before the Honorable John R. Tunheim, Judge for the United States District Court for the District of Minnesota, Plaintiffs will move the Court for an Order entering Preliminary Approval of the Direct Purchaser Class Action Settlement with Seaboard Foods LLC and Motion for Approval of Class Notice pursuant to Federal Rule of Civil Procedure 23.

The undersigned counsel will not request an in-person presentment of this Motion, and instead will propose to present this motion by telephone or videoconference, as directed by the Court. Should the Court determine that an in-person hearing is necessary, the undersigned counsel is available at the Court's earliest availability.

994327.4

Date:  June 22, 2023

<u>/s/ Michael H. Pearson</u>

| | |
|---|---|
| Clifford H. Pearson (*Pro Hac Vice*) | Joseph Bruckner (MN #0147758) |
| Daniel L. Warshaw (*Pro Hac Vice*) | Brian D. Clark (MN #0390069) |
| Bobby Pouya (*Pro Hac Vice*) | Joseph C. Bourne (MN #0389922) |
| Michael H. Pearson (*Pro Hac Vice*) | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| PEARSON WARSHAW, LLP | 100 Washington Avenue South, Suite 2200 |
| 15165 Ventura Boulevard, Suite 400 | Minneapolis, MN 55401 |
| Sherman Oaks, CA 91403 | Telephone: (612) 339-6900 |
| Telephone: (818) 788-8300 | Facsimile: (612) 339-0981 |
| Facsimile: (818) 788-8104 | wjbruckner@locklaw.com |
| cpearson@pwfirm.com | bdclark@locklaw.com |
| dwarshaw@pwfirm.com | jcbourne@locklaw.com |
| bpouya@pwfirm.com | |
| mpearson@pwfirm.com | |

Bruce L. Simon (*Pro Hac Vice*)
Jill M. Manning (*Pro Hac Vice*)
PEARSON WARSHAW, LLP
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pwfirm.com
jmanning@pwfirm.com

*Direct Purchaser Plaintiffs Co-Lead Class Counsel*

994327.4