UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-01776 (JRT-HB)<br><br>**LOCAL RULE 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |

I, Michael H. Pearson, certify that the Memorandum of Law in Support of Motion for Preliminary Approval of the Direct Purchaser Class Action Settlement with Seaboard Foods LLC and Motion for Approval of Class Notice complies with Local Rule 7.1(f).

This Memorandum contains 5820 words and was prepared using Microsoft Word, which includes all text, including headings, footnotes, and quotations.

Dated: June 22, 2023

/s/ Michael H. Pearson
Michael H. Pearson (*Pro Hac Vice*)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
mpearson@pwfirm.com