# EXHIBIT D

# If You Purchased Any Pork Products

directly from a Pork producer for use or delivery in the U.S. from 6/29/14 through 6/30/18

## A CLASS ACTION SETTLEMENT MAY AFFECT YOUR RIGHTS

PorkAntitrustLitigation.com

Learn More Here