# EXHIBIT C

**If You Purchased Any Pork Products**

directly from a Pork producer for use or delivery in the U.S. from 6/29/14 through 6/30/18

**A CLASS ACTION SETTLEMENT MAY AFFECT YOUR RIGHTS**

PorkAntitrustLitigation.com

Learn More Here