Carlton X. Matthews DC#J27519
Santa Rosa Correction Institution
5850 East Milton Road
Milton, FL 32583

PENSACOLA FL 325
20 JUN 2023 PM 1 L



RECEIVED
BY MAIL
JUN 26 2023
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

U.S. District Court
300 S. 4th Street
Minneapolis, MN 55415

SCANNED
JUN 26 2023
U.S. DISTRICT COURT MPLS

55415$1320 C093

MAILED FROM STATE 
CORRECTIONAL INSTITUTION
PENSACOLA FL 325
20 JUN 2023 PM 1

US POSTAGE IMI PITNEY BOWES

ZIP 32583  $ 000.00⁰
02 4W
0000368416 JUN 19 2023



PROVIDED TO
SANTA ROSA CI ON
JUN 19 2023
FOR MAILING BY