UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Sysco Corp. v. Agri Stats, Inc., et al.*,<br>Case No. 21-cv-1374 (D. Minn.) | Civil Action No. 18-cv-01776<br><br>Honorable John R. Tunheim<br>Honorable John F. Docherty |

**LOCAL RULE 7.1 MEET AND CONFER STATEMENT**

Yesterday, counsel for Carina Ventures LLC ("Carina") asked counsel for Defendants whether any Defendant objects to Carina and Sysco Corporation's Joint Motion for Substitution of Plaintiff. Counsel for Tyson stated it opposes the motion. Counsel for Triumph stated: "I don't have enough information to respond." Counsel for the other Defendants each stated they do not consent to the motion.

Dated: June 29, 2023

Respectfully submitted,

/s/ Scott E. Gant
Scott E. Gant
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: sgant@bsfllp.com

Colleen A. Harrison
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8204
Email: charrison@bsfllp.com

*Counsel for Carina Ventures LLC*