# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-JFD |
| This Document Relates To:<br><br>ALL DIRECT PURCHASER PLAINTIFF ACTIONS | **SEABOARD FOODS LLC'S NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715** |

PLEASE TAKE NOTICE that on June 28, 2023, Defendant Seaboard Foods LLC caused notice of its proposed class action settlement with the Direct Purchaser Plaintiffs (*see* ECF Nos. 1934-38) to be provided to each appropriate Federal and State official by U.S. Postal Service Priority Mail or (where requested by the appropriate official) email, pursuant to 28 U.S.C. § 1715(b).

Dated: June 29, 2023

Respectfully submitted,

*/s/ William D. Thomson*
William L. Greene (#0198730)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
william.thomson@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

*Counsel for Seaboard Foods LLC*

182853745