# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**In Re: Pork Antitrust Litigation**  Case No.: 18-cv-01776

**NOTICE OF APPEARANCE**

This Document Relates to:

*Sysco Corporation v. Agri Stats Inc et al*
Case No. 21-cv-01374

---

The undersigned attorney hereby notifies the Court and counsel that Christopher A. Seeger of Seeger Weiss LLP shall appear as counsel of record for Plaintiff Carina Ventures LLC in this case.

Dated: June 29, 2023    */s/ Christopher A. Seeger*
Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, NJ 07660
Phone: 212-584-0700
Email: cseeger@seegerweiss.com