# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**In Re: Pork Antitrust Litigation**  Case No.: 18-cv-01776

**NOTICE OF APPEARANCE**

This Document Relates to:

*Sysco Corporation v. Agri Stats Inc et al*
Case No. 21-cv-01374

The undersigned attorney hereby notifies the Court and counsel that Jennifer Scullion of Seeger Weiss LLP, shall appear as counsel of record for Plaintiff Carina Ventures LLC in this case.

Dated: June 29, 2023                    */s/ Jennifer Scullion*
                                        Jennifer Scullion
                                        **SEEGER WEISS LLP**
                                        55 Challenger Road
                                        Ridgefield Park, NJ 07660
                                        Phone: 212-584-0700
                                        Email: jscullion@seegerweiss.com