# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

In Re: Pork Antitrust Litigation

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 18-1776 JRT/JFD |
| Date: | June 28, 2023 |
| Deputy: | Heather Arent |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 10:12 a.m. |
| Time Concluded: | 11:14 a.m. |
| Time in Court: | I Hour & 2 Minutes |

Hearing on:  Motion to Dismiss

**PROCEEDINGS**

The parties presented arguments pertaining to the Defendants' Joint Motion to Dismiss the Direct Action Plaintiffs' Consolidated Complaint [Docket No. 1754].  The Court will take the motion under advisement.  Written order forthcoming.

**APPEARANCES:**

**Plaintiffs:** Kyle Bates, Samuel Randall, Robert Kaplan, Christopher Wilson

**Defendant:** Brian Robison, Emily Chow, Donald Heeman, Peter Schwingler, William Thomson, John Kvinge, Christopher Smith, Jarod Taylor

s/Heather Arent_____
Courtroom Deputy Clerk