UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil Action No. 18-cv-01776 |
| THIS DOCUMENT RELATES TO: *Sysco Corp. v. Agri Stats, Inc., et al.*, Case No. 21-cv-1374 (D. Minn.) | Honorable John R. Tunheim<br>Honorable John F. Docherty |

**AMENDED LOCAL RULE 7.1 MEET AND CONFER STATEMENT**

Pursuant to the Court's July 5, 2023 Order (ECF 1947), Carina Ventures LLC ("Carina") and Sysco Corporation ("Sysco") respectfully submit this amended meet and confer statement with respect to the Joint Motion for Substitution of Plaintiff filed by Carina and Sysco on June 29, 2023 (ECF 1940).

**Carina and Sysco's Statement:**

On July 6, 2023, counsel for Carina, Sysco, and each Defendant met and conferred via Zoom for approximately one hour. At Carina's request, counsel for Defendants emailed a list of questions they had about the Motion to counsel for Carina and Sysco on the evening of July 5. During the meet-and-confer, counsel for Carina and Sysco answered each of those questions and others posed by Defendants to the best of their ability.

**Defendants' Statement:**[1]

The parties met and conferred by telephone on Thursday, July 6, 2023. In advance of that call Defendants provided counsel for Sysco and Carina Ventures with a list of questions about the proposed substitution. Defendants' core questions remain unanswered and Defendants intend to oppose the motion.

*   *   *

Pursuant to Local Rule 7.1(b)(2), any response to the Motion from Defendants is due by July 14, 2023. Carina and Sysco respectfully request permission to file respective replies by July 21, 2023.

Dated: July 7, 2023                          Respectfully submitted,

/s/ *Scott E. Gant*                          /s/ *Christopher P. Wilson*
Scott E. Gant                                Michael Calhoon
BOIES SCHILLER FLEXNER LLP                   Julie B. Rubenstein
1401 New York Avenue, NW                     Brian C. Kerr
Washington, DC 20005                         Christopher P. Wilson
Tel: (202) 237-2727                          Danielle Morello
Fax: (202) 237-6131                          Wyatt M. Carlock
Email: sgant@bsfllp.com                      BAKER BOTTS L.L.P.
                                             700 K Street NW
Colleen A. Harrison                          Washington, DC 20001
BOIES SCHILLER FLEXNER LLP                   Telephone: (202) 639-7739
333 Main Street                              Facsimile: (202) 585-1058
Armonk, NY 10504                             michael.calhoon@bakerbotts.com
Tel: (914) 749-8204                          julie.rubenstein@bakerbotts.com
Email: charrison@bsfllp.com                  brian.kerr@bakerbotts.com
                                             christopher.wilson@bakerbotts.com
*Counsel for Carina Ventures LLC*            danielle.morello@bakerbotts.com
                                             wyatt.carlock@bakerbotts.com

                                             *Counsel for Sysco Corporation*

---

[1] Counsel for Defendants provided the statement above for inclusion in this filing.