UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sysco Corp. v. Agri Stats, Inc., et al.*,<br><br>Case No. 21-cv-1374 (D. Minn.) | Civil No. 18-cv-1776-JRT-JFD<br><br><br>The Honorable John R. Tunheim<br>The Honorable John F. Docherty |

**[PROPOSED] ORDER ON STIPULATION REGARDING SUBMISSION OF MEMORANDA RELATED TO JOINT MOTION FOR SUBSTITUTION OF PLAINTIFF**

The Court has reviewed and considered the Stipulation Regarding Submission of Memoranda Related to Joint Motion for Substitution of Plaintiff [ECF No. 1958]. The Court hereby orders that: 1. Defendants are permitted leave to file a memorandum of law opposing the Joint Motion on or before July 21, 2023; and 2. Movants are permitted leave to file reply memoranda in support of the Joint Motion on or before July 28, 2023.

**IT IS SO ORDERED.**

Dated: _____            _____
                                                             Hon. John F. Docherty
                                                             Magistrate Judge
                                                             United States District Court