# EXHIBIT A

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187678248 | $150,766,624.76 |
| 187678264 | $511,170,383.47 |
| 187678267 | $2,318,384.62 |
| 187678373 | $70,888,930.14 |
| 187678523 | $122,138,491.63 |
| 187678663 | $7,887,532.46 |
| 187678728 | $252,323.50 |
| 187678751 | $6,438,497.45 |
| 187678753 | $894,450.52 |
| 187678755 | $28,135,724.71 |
| 187678757 | $109,332,931.10 |
| 187678760 | $22,141,100.71 |
| 187678761 | $74.63 |
| 187678764 | $127,997.37 |
| 187678765 | $10,122.00 |
| 187678767 | $152,706.75 |
| 187678769 | $78,864.04 |
| 187678771 | $61,964.16 |
| 187678774 | $3,424,135.60 |
| 187678775 | $4,679,015.90 |
| 187678776 | $1,827,920.54 |
| 187678777 | $107,427.74 |
| 187678780 | $1,518,570.01 |
| 187678781 | $65,733.69 |
| 187678784 | $425,428.27 |
| 187678785 | $4,321,439.55 |
| 187678786 | $23,238,020.72 |
| 187678787 | $45,372.13 |
| 187678788 | $28,058.68 |
| 187678793 | $5,065,974.03 |
| 187678795 | $3,290,236.74 |
| 187678796 | $29,963,257.08 |
| 187678800 | $595,875.77 |
| 187678801 | $191,822.30 |
| 187678803 | $77,337,544.81 |
| 187678805 | $11,957,130.44 |
| 187678806 | $114,634.49 |
| 187678808 | $872,067.54 |
| 187678809 | $675,305.80 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187678810 | $861,009.64 |
| 187678811 | $12,145,415.39 |
| 187678812 | $22,548,097.88 |
| 187678813 | $39,992,094.87 |
| 187678815 | $732,801.02 |
| 187678816 | $5,544,471.48 |
| 187678818 | $19,049,599.44 |
| 187678819 | $111,903.44 |
| 187678820 | $51,504.52 |
| 187678821 | $89,332,496.00 |
| 187678823 | $666,233.68 |
| 187678824 | $18,589,976.56 |
| 187678829 | $183,637.96 |
| 187678830 | $11,779.55 |
| 187678833 | $17,799,698.46 |
| 187678834 | $2,656,918,824.34 |
| 187678835 | $53,493,302.95 |
| 187678836 | $10,640,296.38 |
| 187678837 | $12,313,357.89 |
| 187678838 | $19,286.75 |
| 187678839 | $143,592.24 |
| 187678840 | $150,470,139.98 |
| 187678842 | $2,738.31 |
| 187678843 | $270,796.19 |
| 187678844 | $8,612,826.80 |
| 187678845 | $8,654,716.16 |
| 187678847 | $172,959,570.17 |
| 187678854 | $2,618.00 |
| 187678873 | $6,528.57 |
| 187678876 | $722,075.00 |
| 187678877 | $309,584.79 |
| 187678878 | $230,683.43 |
| 187678880 | $126,179,292.84 |
| 187678882 | $4,169,306.22 |
| 187678883 | $1,126,482.40 |
| 187678884 | $22,175.66 |
| 187678885 | $128,095,487.43 |
| 187678886 | $84,524.71 |
| 187678891 | $1,630,892.40 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187678894 | $32,866,928.36 |
| 187678898 | $80,620,840.65 |
| 187678899 | $2,250.32 |
| 187678900 | $586,823.53 |
| 187678903 | $1,385,653.86 |
| 187678905 | $518,018.55 |
| 187678908 | $16,041,439.67 |
| 187678909 | $16,765.00 |
| 187678911 | $65,363,963.04 |
| 187678912 | $819,965.39 |
| 187678913 | $53,285,231.81 |
| 187678914 | $4,617.66 |
| 187678915 | $1,335,684.19 |
| 187678917 | $23,657,572.61 |
| 187678918 | $13,700,108.00 |
| 187678919 | $213,166,458.45 |
| 187678920 | $234,907.34 |
| 187678921 | $12,497,222.18 |
| 187678922 | $3,526,138.00 |
| 187678923 | $345,409.77 |
| 187678924 | $72,046,037.32 |
| 187678925 | $0.00 |
| 187678927 | $812,555.53 |
| 187678928 | $1,910,052.91 |
| 187678929 | $2,976,418.82 |
| 187678931 | $1,022,473.81 |
| 187678933 | $870,532.29 |
| 187678936 | $12,835,312.09 |
| 187678938 | $57,212,686.59 |
| 187678939 | $1,331,703.89 |
| 187678940 | $38,225.48 |
| 187678941 | $6,083,281.14 |
| 187678942 | $493,607.44 |
| 187678943 | $28,966.39 |
| 187678944 | $13,396,977.88 |
| 187678946 | $1,393,846.40 |
| 187678947 | $1,234,621.62 |
| 187678949 | $7,268,283.72 |
| 187678954 | $1,914,216.18 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187678958 | $238,148.80 |
| 187678960 | $2,350,961.16 |
| 187678962 | $54,895,180.26 |
| 187678963 | $40,619,069.17 |
| 187678964 | $572,250.51 |
| 187678966 | $7,228,310.02 |
| 187678967 | $113,796.07 |
| 187678968 | $3,775,800.48 |
| 187678970 | $3,642,011.58 |
| 187678971 | $73,327,684.98 |
| 187678976 | $2,076,587.40 |
| 187678977 | $2,409,598.35 |
| 187678979 | $200,499.24 |
| 187678982 | $9,251,928.31 |
| 187678983 | $1,035,994.85 |
| 187678984 | $232.80 |
| 187678987 | $7,165.55 |
| 187678988 | $2,345,984.88 |
| 187678989 | $77,316,816.76 |
| 187678990 | $1,435,502.00 |
| 187679001 | $5,009,733.45 |
| 187679007 | $67,329.06 |
| 187679016 | $7,795,501.35 |
| 187679022 | $3,734,840.59 |
| 187679023 | $81,818.05 |
| 187679025 | $149,397.60 |
| 187679026 | $43,450,191.38 |
| 187679031 | $969,787.86 |
| 187679032 | $225,762.15 |
| 187679034 | $38.60 |
| 187679035 | $9,717,040.59 |
| 187679036 | $969,453.18 |
| 187679037 | $14,783,366.56 |
| 187679038 | $149,104,689.51 |
| 187679039 | $52,624,470.64 |
| 187679041 | $5,535,951.98 |
| 187679042 | $10,344,640.71 |
| 187679043 | $1,366,753.71 |
| 187679045 | $324,620.14 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187679046 | $117,251.34 |
| 187679047 | $795,562,446.49 |
| 187679048 | $379,871.92 |
| 187679050 | $1,538,061.02 |
| 187679052 | $220,100.69 |
| 187679053 | $210,595.57 |
| 187679055 | $1,912,111.50 |
| 187679056 | $299,148.64 |
| 187679062 | $55,169,252.26 |
| 187679063 | $197,787.17 |
| 187679065 | $319,593.20 |
| 187679066 | $20,049,148.51 |
| 187679067 | $56,825,822.93 |
| 187679068 | $12,115,522.38 |
| 187679070 | $238,128.68 |
| 187679072 | $6,348,763.87 |
| 187679073 | $2,139,633.82 |
| 187679075 | $1,301,358.10 |
| 187679077 | $1,760,335.95 |
| 187679078 | $178,511,232.54 |
| 187679083 | $1,456,102.59 |
| 187679084 | $119,927,214.41 |
| 187679085 | $19,436,009.57 |
| 187679086 | $225,727.30 |
| 187679087 | $2,010.60 |
| 187679097 | $284,907.73 |
| 187679099 | $997,780.92 |
| 187679107 | $37,501.03 |
| 187679115 | $1,222.60 |
| 187679118 | $4,473.44 |
| 187679122 | $2,365,591.28 |
| 187679124 | $10,845,844.02 |
| 187679127 | $785,546.21 |
| 187679128 | $18,070.80 |
| 187679129 | $53,827.38 |
| 187679134 | $587,504.79 |
| 187679135 | $1,776,498.48 |
| 187679136 | $21,187.72 |
| 187679138 | $1,435.00 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187679139 | $7,720,172.41 |
| 187679142 | $80,645.28 |
| 187679145 | $51,334.20 |
| 187679146 | $9,440,504.18 |
| 187679147 | $94,058.71 |
| 187679152 | $1,013,244.65 |
| 187679153 | $536,609.00 |
| 187679160 | $514,864.00 |
| 187679161 | $94,058.60 |
| 187679162 | $57,253.72 |
| 187679165 | $488,346.88 |
| 187679166 | $588,461.98 |
| 187679167 | $11,959,869.94 |
| 187679168 | $2,204,781.16 |
| 187679170 | $567,202.59 |
| 187679171 | $991,382.70 |
| 187679175 | $472,649.00 |
| 187679188 | $32,166,617.86 |
| 187679189 | $15,006,633.59 |
| 187679190 | $29,475,368.51 |
| 187679192 | $3,894,932.11 |
| 187679193 | $136,102,250.74 |
| 187679196 | $3,529,826.06 |
| 187679197 | $746.90 |
| 187679200 | $1,928,702.91 |
| 187679201 | $30,858,256.70 |
| 187679203 | $399,422.99 |
| 187679204 | $6,582,834.56 |
| 187679205 | $439,106.42 |
| 187679206 | $336,651.42 |
| 187679207 | $30,248.76 |
| 187679211 | $161,630,087.61 |
| 187679227 | $133,333.80 |
| 187679230 | $45,516.49 |
| 187679232 | $1,263,140.63 |
| 187679234 | $2,123,665.63 |
| 187679235 | $561,821.61 |
| 187679238 | $407,993.99 |
| 187679239 | $16,561,132.75 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187679240 | $1,941,134.13 |
| 187679241 | $104,420.20 |
| 187679243 | $581,533.78 |
| 187679244 | $23,792.66 |
| 187679245 | $77,642.70 |
| 187679256 | $143,992.78 |
| 187679261 | $76,456.96 |
| 187679264 | $1,186,791.68 |
| 187679277 | $60,570,321.94 |
| 187679279 | $133,416.00 |
| 187679280 | $1,413,326.74 |
| 187679282 | $630.80 |
| 187679283 | $18,777.42 |
| 187679286 | $21,694.16 |
| 187679288 | $16,334,819.02 |
| 187679291 | $2,162,991.60 |
| 187679292 | $1,122,403.58 |
| 187679293 | $24,906.96 |
| 187679294 | $12,804,440.01 |
| 187679295 | $219,642.76 |
| 187679296 | $23,906,927.58 |
| 187679298 | $93,327.36 |
| 187679300 | $2,198,895.88 |
| 187679301 | $901,974.81 |
| 187679315 | $7,500,071.33 |
| 187679316 | $219,975.82 |
| 187679318 | $1,200,340.65 |
| 187679319 | $47,881.99 |
| 187679325 | $8,474,699.51 |
| 187679329 | $16,727,066.51 |
| 187679335 | $22,913,247.31 |
| 187679336 | $10,309,999.42 |
| 187679337 | $8,616,929.18 |
| 187679338 | $17,740,727.03 |
| 187679340 | $240,869.82 |
| 187679342 | $170,444.85 |
| 187679343 | $427,399.86 |
| 187679345 | $22,717,770.77 |
| 187679348 | $1,747.83 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187679350 | $11,723,800.62 |
| 187679357 | $441,249.00 |
| 187679367 | $15,280,969.46 |
| 187679371 | $2,237,780.24 |
| 187679373 | $6,172,088.20 |
| 187679374 | $335,007,859.65 |
| 187679375 | $1,656,408.03 |
| 187679377 | $15,783,400.13 |
| 187679378 | $44,674,116.36 |
| 187679379 | $32,352,995.41 |
| 187679381 | $2,562,062.66 |
| 187679384 | $849.79 |
| 187679385 | $139,189.86 |
| 187679390 | $308,810.22 |
| 187679391 | $74,569.22 |
| 187679418 | $185.28 |
| 187679424 | $36,250,120.29 |
| 187679426 | $81,513.00 |
| 187679431 | $1,716,122.49 |
| 187679432 | $1,252,660.48 |
| 187679435 | $3,752,871.39 |
| 187679436 | $228,358.25 |
| 187679439 | $1,518,719.11 |
| 187679442 | $9,458,415.01 |
| 187679447 | $6,607,259.98 |
| 187679449 | $4,016,011.89 |
| 187679455 | $8,522.35 |
| 187679463 | $395,864.80 |
| 187679477 | $4,342,231.00 |
| 187679479 | $94,233,200.05 |
| 187679481 | $337,547.59 |
| 187679482 | $833.00 |
| 187679492 | $135,708.83 |
| 187679500 | $7,318,067.89 |
| 187679502 | $410,044.00 |
| 187679503 | $130,426.42 |
| 187679524 | $226,698.10 |
| 187679530 | $21,995.30 |
| 187679539 | $51,521.92 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187679545 | $2,672.26 |
| 187679546 | $151,295.92 |
| 187679547 | $1,146,095.76 |
| 187679557 | $165,339,637.84 |
| 187679560 | $647,239,758.58 |
| 187679562 | $71,562,695.88 |
| 187679568 | $892,947.85 |
| 187679569 | $536,414,199.28 |
| 187679571 | $6,531.12 |
| 187679585 | $83,415,731.74 |
| 187679586 | $11,895.80 |
| 187679603 | $2,647,783.98 |
| 187679604 | $71,123,379.94 |
| 187679606 | $8,114,295.94 |
| 187679615 | $439,214,272.74 |
| 187679618 | $8,342,141.06 |
| 187679619 | $280,539,963.04 |
| 187679620 | $1,969,362.37 |
| 187679624 | $6,083,869.81 |
| 187679625 | $19,859,094.00 |
| 187679630 | $315,032.50 |
| 187679633 | $968,207.48 |
| 187679650 | $0.00 |
| 187679653 | $30,241,170.73 |
| 187679654 | $125,843.00 |
| 187679655 | $14,237,858.94 |
| 187679656 | $3,964,957.92 |
| 187679657 | $10,143,015.11 |
| 187679658 | $8,595,984.36 |
| 187679662 | $15,975,264.62 |
| 187679667 | $1,103.24 |
| 187679668 | $70,443.61 |
| 187679669 | $48,261.34 |
| 187679670 | $3,224,333.35 |
| 187679675 | $30,331,153.75 |
| 187679678 | $424,154.30 |
| 187679719 | $18,290,016.13 |
| 187679722 | $753,944.50 |
| 187679724 | $3,852,959.84 |

## Exhibit A to Schachter Declaration
## Validated Claims

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187679726 | $143,180,751.68 |
| 187679727 | $209,535.09 |
| 187679728 | $23,552.36 |
| 187679730 | $83,037.69 |
| 187679731 | $62,710,869.89 |
| 187679732 | $150,349.16 |
| 187679741 | $3,076,362.00 |
| 187679757 | $44,907,267.22 |
| 187679759 | $58,079.15 |
| 187679760 | $380,817,881.76 |
| 187679761 | $493,053.32 |
| 187679763 | $45,197.49 |
| 187679764 | $53,145.73 |
| 187679770 | $618,329.13 |
| 187679771 | $5,513,746.87 |
| 187679791 | $837,783,378.76 |
| 187679798 | $183,834.31 |
| 187679829 | $31,051,311.71 |
| 187679830 | $14,252,757.48 |
| 187679831 | $6,907,512.92 |
| 187679834 | $4,136,069.30 |
| 187679840 | $632,401.00 |
| 187679842 | $10,757,145.55 |
| 187679845 | $31,891,733.08 |
| 187679846 | $80,084.00 |
| 187679847 | $12,021,532.86 |
| 187679848 | $1,781,161.99 |
| 187679849 | $27,615.00 |
| 187679850 | $201,621.03 |
| 187679854 | $632,324.75 |
| 187679857 | $34,641,300.25 |
| 187679859 | $4,941.55 |
| 187679860 | $4,663.40 |
| 187679862 | $27,882,884.42 |
| 187679867 | $38,824,524.04 |
| 187679868 | $1,390,164.00 |
| 116301000 | $392.60 |
| 187679877 | $156.00 |
| 187679885 | $422,291.51 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187679901 | $24,130,774.05 |
| 187679902 | $21,797,019.18 |
| 116301002 | $24,099,769.93 |
| 187679916 | $4,543,822.40 |
| 187679919 | $17,012,873.87 |
| 187679926 | $706,016.76 |
| 187679927 | $142,382.90 |
| 187679929 | $10,871,009.29 |
| 187679934 | $492,447.69 |
| 187679935 | $8,687,779.81 |
| 187679938 | $1,126,887.74 |
| 187679959 | $7,633,732.23 |
| 187679961 | $1,983,883.88 |
| 187679969 | $10,711,389.49 |
| 187679979 | $455,102,082.53 |
| 187679981 | $488,346.88 |
| 187679993 | $4,723,845.00 |
| 116301003 | $28,769,895.92 |
| 187679997 | $287.60 |
| 187679999 | $9,314,808.40 |
| 187680001 | $609,742.06 |
| 187680002 | $12,430,294.25 |
| 187680003 | $2,618.12 |
| 187680013 | $215,088,983.82 |
| 187680046 | $1,886,071.45 |
| 187680049 | $5,306,015.86 |
| 187680050 | $9,354,594.11 |
| 187680051 | $17,261,058.81 |
| 187680052 | $4,379,135.30 |
| 187680066 | $7,005.18 |
| 187680067 | $38,325.82 |
| 187680068 | $546,145.89 |
| 187680069 | $4,460.05 |
| 187680072 | $10,732,933.67 |
| 187680074 | $88,651.29 |
| 187680075 | $35,971,486.24 |
| 187680076 | $29,731,099.45 |
| 187680077 | $295,498,829.89 |
| 187680078 | $5,564,957.00 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187680079 | $10,811,713.75 |
| 187680080 | $808,669.93 |
| 187680083 | $14,211,569.42 |
| 187680084 | $298,289,745.11 |
| 187680085 | $671,147.82 |
| 187680087 | $17,994,539.20 |
| 187680088 | $76,500,434.02 |
| 187680089 | $24,072.81 |
| 187680097 | $134,602,378.11 |
| 187680104 | $160,851,564.95 |
| 187680105 | $24,257,499.52 |
| 187680107 | $197,293.26 |
| 187680111 | $15,491,872.41 |
| 187680113 | $84,211.20 |
| 187680118 | $1,322,980.69 |
| 187680121 | $51,480,544.96 |
| 187680122 | $9,919,777.60 |
| 187680137 | $132,169.46 |
| 187680138 | $14,529.70 |
| 187680140 | $5,064,889.41 |
| 187680141 | $35,815.04 |
| 187680143 | $19,966,778.95 |
| 187680144 | $68,059,062.19 |
| 187680147 | $24,894,732.88 |
| 187680148 | $230,933.25 |
| 187680149 | $12,665.00 |
| 187680150 | $24,238.00 |
| 187680152 | $84,897,002.25 |
| 187680154 | $230,066.30 |
| 187680155 | $225,962.72 |
| 187680158 | $36,134,883.84 |
| 187680159 | $1,997,716.92 |
| 187680175 | $225,682.00 |
| 187680181 | $28,238,573.10 |
| 187680182 | $371,664.50 |
| 187680184 | $113,339,159.92 |
| 187904133 | $39,013,527.24 |
| 187680185 | $1,023,009,827.66 |
| 187680187 | $557,667.19 |

### Exhibit A to Schachter Declaration
### Validated Claims

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187680188 | $120,553.90 |
| 187680189 | $1,393,724.46 |
| 187680192 | $664.00 |
| 187680193 | $32,915,134.96 |
| 187680194 | $2,967,769.89 |
| 187680195 | $15,772,426.97 |
| 187680197 | $2,391,197.36 |
| 187680200 | $564,295.38 |
| 187680203 | $39,973,226.76 |
| 187680204 | $7,338,500.71 |
| 187680214 | $4,353,278.70 |
| 187680215 | $7,497,967.83 |
| 187680222 | $54,425.00 |
| 187680235 | $84,495,707.03 |
| 187680236 | $403.61 |
| 187680237 | $7,956,248.22 |
| 187680238 | $48,454,025.49 |
| 187680239 | $221,255,978.26 |
| 187680240 | $1,251,965.78 |
| 187680241 | $6,023,702.00 |
| 187680242 | $43,615.66 |
| 187680244 | $1,869,688.10 |
| 187680245 | $830.65 |
| 187680246 | $39,780,886.53 |
| 187680247 | $21,559,189.06 |
| 187680249 | $6,305,293.18 |
| 187680267 | $267,464.50 |
| 187680280 | $414,374.41 |
| 187680292 | $502,279.95 |
| 187680311 | $158,465.75 |
| 187680312 | $31,988,131.53 |
| 187680332 | $7,748,939.85 |
| 187680334 | $6,352.37 |
| 187680339 | $1,159,758.30 |
| 187680340 | $430,363.51 |
| 187680341 | $63,923,526.23 |
| 187680346 | $1,097,760,686.11 |
| 187680348 | $2,340,236.68 |
| 187680349 | $143,795,810.88 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187680351 | $3,494,401.50 |
| 187680353 | $146,338.33 |
| 187680354 | $76,668,639.26 |
| 187680355 | $259,399.00 |
| 187680357 | $364,186.90 |
| 187680361 | $13,858,118.81 |
| 187680362 | $84,882,426.00 |
| 187680363 | $3,760,652.91 |
| 187680367 | $1,435,509.57 |
| 187680368 | $1,628,262.44 |
| 187680369 | $844,036.20 |
| 187680370 | $6,497,121.19 |
| 187680371 | $13,409,060.96 |
| 187680372 | $10,807,098.92 |
| 187680373 | $3,656,363.34 |
| 187680374 | $6,618,808.47 |
| 187680376 | $10,668,244.04 |
| 187680377 | $300,992,564.49 |
| 187680378 | $11,070,638.67 |
| 187680380 | $31,156,251.25 |
| 187680382 | $113,797,435.44 |
| 187680383 | $101,580,357.83 |
| 187680387 | $25,256.56 |
| 187680409 | $2,539,336.46 |
| 187680414 | $45,059,990.20 |
| 187680416 | $6,082.09 |
| 187680417 | $9,621,081.77 |
| 187680418 | $15,667,686.37 |
| 187680423 | $3,568,996.96 |
| 187680426 | $69,132,415.36 |
| 187680427 | $593,367.96 |
| 187680428 | $36,476.52 |
| 187680439 | $66,906,749.20 |
| 187680443 | $3,997,825.60 |
| 187680444 | $2,936,604.05 |
| 187680448 | $400,112.78 |
| 187680453 | $31,075,601.18 |
| 187680454 | $6,233,850.92 |
| 187680459 | $424,041,105.88 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187680461 | $1,073,290.47 |
| 187680462 | $13,041,219.15 |
| 187680465 | $2,995,942.40 |
| 187680467 | $37,382.08 |
| 187680469 | $96,455,261.95 |
| 187680470 | $868,785.15 |
| 187680471 | $2,286,578.48 |
| 187680474 | $2,534,584.28 |
| 187680475 | $3,183,535.66 |
| 187680488 | $193,049,559.93 |
| 187680491 | $38,603.05 |
| 187680492 | $11,314.22 |
| 187680494 | $6,136,513.18 |
| 187680495 | $0.00 |
| 187680496 | $7,911,864.68 |
| 187680500 | $3,369,594.39 |
| 187680504 | $8,817,742.81 |
| 187680505 | $29,883,574.08 |
| 187680507 | $69,896,577.05 |
| 187680512 | $2,606,132.98 |
| 187680513 | $73,648.04 |
| 187680515 | $7,857,526.58 |
| 187680516 | $11,077,439.12 |
| 187680517 | $1,355,240.43 |
| 187680518 | $27,888,686.39 |
| 187680520 | $3,221,225.26 |
| 187680521 | $4,415,108.20 |
| 187680522 | $1,214,883.50 |
| 187680524 | $14,517.79 |
| 187680525 | $6,085,302.93 |
| 187680526 | $2,545,338.68 |
| 187680527 | $4,899,982.33 |
| 187680528 | $2,624,828.04 |
| 187680529 | $762,171.83 |
| 187680530 | $172,375.54 |
| 187680532 | $2,261,754.84 |
| 187680533 | $13,457,434.99 |
| 187680535 | $11,818,184.46 |
| 187680568 | $115,911.33 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187680595 | $320,652.00 |
| 187680600 | $1,611.69 |
| 187680607 | $1,298.00 |
| 187680616 | $102,890,769.09 |
| 187680619 | $9,396.64 |
| 187904209 | $120,070,481.87 |
| 187680621 | $71,344,065.17 |
| 187680622 | $131,912,521.67 |
| 187680623 | $160,677,107.31 |
| 187680624 | $2,667,289.12 |
| 187680626 | $7,386,466.15 |
| 187680628 | $363,739,108.18 |
| 187680631 | $3,391,656.33 |
| 187680632 | $1,044,576.54 |
| 187680633 | $60,205.92 |
| 187680636 | $2,216,805.00 |
| 187680641 | $430,829,352.18 |
| 187680642 | $1,108,482.28 |
| 187680645 | $61,122.71 |
| 187680648 | $42,802,481.82 |
| 187680649 | $39,428,961.44 |
| 187680650 | $257,314,110.57 |
| 187680651 | $41,246,876.35 |
| 187680653 | $38,443,102.65 |
| 187680654 | $3,071,942.63 |
| 187680655 | $14,280,615.93 |
| 187680660 | $13,297,003.81 |
| 187680662 | $92,926,363.01 |
| 187680663 | $27,111,625.78 |
| 187680675 | $88,695,890.30 |
| 187680676 | $19,514.30 |
| 187680678 | $101,560.99 |
| 187680679 | $14,564,503.38 |
| 187680682 | $46,329,331.81 |
| 187680691 | $10,289,337.12 |
| 187680692 | $2,038,746.25 |
| 187680693 | $15,678,331.32 |
| 187680695 | $24,995,592.08 |
| 187680700 | $5,940,430.16 |

## Exhibit A to Schachter Declaration
## Validated Claims

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187680705 | $47,347,067.73 |
| 187680715 | $1,780,431.88 |
| 187680718 | $17,534,514.14 |
| 187680720 | $86,921,211.40 |
| 187680726 | $22,160,469.71 |
| 187680729 | $28,006,224.68 |
| 187680737 | $26,950,448.45 |
| 187680738 | $100,384.89 |
| 187680745 | $6,981,506.90 |
| 187680759 | $35,911,257.67 |
| 187680760 | $11,012,017.32 |
| 187680769 | $1,349,451,765.03 |
| 187680776 | $42,457,129.18 |
| 187680777 | $65,222,565.11 |
| 187680781 | $13,568,333.69 |
| 187680783 | $364,186.90 |
| 187680785 | $262,011,122.55 |
| 187680788 | $60,479,716.50 |
| 187680798 | $61,506.93 |
| 187680809 | $2,305,261.38 |
| 187680810 | $2,018,425.78 |
| 187680811 | $5,361,961.64 |
| 187680813 | $20,087,121.00 |
| 187680815 | $12,104,558.87 |
| 187680816 | $79,886.20 |
| 187680817 | $213,085.56 |
| 187680818 | $17,980,343.70 |
| 187680819 | $8,787,109.69 |
| 187680834 | $5,141,292.03 |
| 187680842 | $39,983.06 |
| 187680843 | $124,871.30 |
| 187680851 | $26,863,157.04 |
| 187680854 | $231,874.17 |
| 187680856 | $3,910,515.16 |
| 187680866 | $11,931.00 |
| 187680867 | $435,189.40 |
| 187680870 | $338,178,322.64 |
| 187680872 | $275,468,312.73 |
| 116301005 | $1,020,357.36 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187680874 | $46,957.53 |
| 187680875 | $30,038,773.93 |
| 187680876 | $10,043,292.92 |
| 187680877 | $100,138.29 |
| 187680878 | $353,213,364.06 |
| 187680879 | $27,025,285.89 |
| 187680881 | $8,573,282.67 |
| 187680882 | $34,896,756.57 |
| 187680883 | $322,644.70 |
| 187680884 | $41,043.53 |
| 187680885 | $181,613.16 |
| 187680886 | $119,893,713.49 |
| 187680888 | $13,612.00 |
| 187680892 | $1,078,816.98 |
| 187680893 | $35,556.85 |
| 187680894 | $7,039.07 |
| 187680895 | $5,272,327.09 |
| 187680896 | $6,089,162.58 |
| 187680898 | $200,739,536.70 |
| 187680900 | $51,413,744.76 |
| 187680901 | $513,944.93 |
| 187680902 | $1,469,275.09 |
| 187680903 | $17,965,681.14 |
| 187680904 | $690,169.90 |
| 187680905 | $45,894,104.50 |
| 187680907 | $9,329,372.27 |
| 187680908 | $4,023,959.33 |
| 187680909 | $210,983,789.30 |
| 187680910 | $418,022.54 |
| 187680911 | $5,395,149.96 |
| 187680912 | $1,079,932,866.21 |
| 187680913 | $3,575,594.21 |
| 187680917 | $23,053,225.45 |
| 187680924 | $32,152.95 |
| 187680925 | $6,670,446.51 |
| 187680926 | $289,160,135.14 |
| 187680927 | $165,041.48 |
| 187680934 | $210,595.57 |
| 116301006 | $54,015,128.20 |

### Exhibit A to Schachter Declaration
### Validated Claims

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187680947 | $111,833,855.39 |
| 187680948 | $39,400,375.00 |
| 187680949 | $16,636,169.84 |
| 187680950 | $665,159,541.93 |
| 187680951 | $662,378.85 |
| 187680957 | $81,441,602.90 |
| 187680958 | $162,562,438.48 |
| 187680959 | $829,783.74 |
| 187680960 | $152,422,711.33 |
| 187680963 | $85,882,873.52 |
| 187680964 | $3,891,139.27 |
| 187680965 | $11,400.00 |
| 187680967 | $18,486,856.98 |
| 187680968 | $45,046,806.80 |
| 187680969 | $11,204,822.00 |
| 187680970 | $164,501,655.50 |
| 187680971 | $9,445,745.93 |
| 187680972 | $185,197,299.73 |
| 187680975 | $110,089,080.38 |
| 187680976 | $4,552,046.00 |
| 187680977 | $137,695.95 |
| 187680978 | $21,932,825.78 |
| 187680979 | $26,722,404.55 |
| 187680980 | $1,258,456.47 |
| 187680981 | $293,953.46 |
| 187680983 | $8,713,540.32 |
| 187680984 | $214,131.83 |
| 187680985 | $3,163,343.13 |
| 187680987 | $855,314,929.53 |
| 187680993 | $4,687,377,584.71 |
| 187680996 | $25,900,380.59 |
| 187680998 | $838,372.12 |
| 187680999 | $16,115,171.18 |
| 187681007 | $2,120,259.00 |
| 187681008 | $3,872,607.51 |
| 187681012 | $102,288,390.44 |
| 187681020 | $11,730.00 |
| 187681026 | $156.40 |
| 187681027 | $91,363,738.66 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187681033 | $3,883,856.02 |
| 187681035 | $126,041.19 |
| 187681036 | $29,319.22 |
| 187681038 | $175,858.81 |
| 187681039 | $232,175.84 |
| 187681040 | $52,457,740.68 |
| 187681041 | $4,496,541.80 |
| 187681042 | $7,377,242.63 |
| 187681043 | $3,023,239.08 |
| 187681044 | $23,123,196.02 |
| 187681045 | $278,370,384.02 |
| 187681050 | $139,696,229.34 |
| 187681051 | $16,492,361.30 |
| 187681052 | $12,657,625.70 |
| 187681054 | $11,624,787.77 |
| 187681056 | $15,579,977.39 |
| 187681057 | $1,372,451.83 |
| 187681059 | $20,133,517.75 |
| 187681060 | $90,974.57 |
| 187681062 | $321,855,807.28 |
| 187681063 | $9,786,646.67 |
| 187681064 | $16,427,693.30 |
| 187681065 | $202.26 |
| 187681066 | $2,377,224.65 |
| 187681067 | $33,806,542.85 |
| 187681068 | $44,922,997.62 |
| 187681069 | $5,594,175.56 |
| 187681071 | $1,528,040.36 |
| 187681073 | $850,320.97 |
| 187681074 | $441,674.32 |
| 187681076 | $1,651,763.83 |
| 187681083 | $15,195.91 |
| 187681085 | $34,584,569.04 |
| 187681088 | $677,465,965.79 |
| 187681089 | $1,376,726.62 |
| 187681090 | $118,341,983.12 |
| 187681091 | $18,111,534.75 |
| 187681092 | $7,588,022.82 |
| 187681093 | $521,569,491.68 |

### Exhibit A to Schachter Declaration
### Validated Claims

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187681095 | $1,093,331,587.02 |
| 187681096 | $48,660,163.91 |
| 187681097 | $11,332,684.96 |
| 187681098 | $62,094,026.64 |
| 187681099 | $927,618,062.31 |
| 187681101 | $1,908,202.88 |
| 187681102 | $5,778,523.13 |
| 187681103 | $1,236,592,723.07 |
| 187681105 | $123,535.64 |
| 187681107 | $3,241,910.00 |
| 187681109 | $6,090,782.49 |
| 187681110 | $365,619,190.20 |
| 187681111 | $289,955,947.52 |
| 187681112 | $1,122,702.60 |
| 187681113 | $33,695,994.16 |
| 187681115 | $469,344.20 |
| 187681117 | $1,735,450.19 |
| 187681118 | $24,164,231.04 |
| 187681120 | $12,965,105.00 |
| 187681122 | $24,254,760.59 |
| 187681123 | $1,018,355,360.08 |
| 187681124 | $232,447,469.51 |
| 187681125 | $6,970,622.66 |
| 187681126 | $574,234,365.62 |
| 187681127 | $44,394,813.93 |
| 187681128 | $2,150,266.61 |
| 187681130 | $544,913.09 |
| 187681132 | $247,233,039.79 |
| 187681133 | $23,642,224.93 |
| 187681136 | $116,791,832.52 |
| 187681137 | $834,676.61 |
| 187681140 | $27,128,070.65 |
| 187681141 | $1,944,750.21 |
| 187681143 | $31,242,559.58 |
| 187681144 | $530,092.74 |
| 187681145 | $61,172,853.57 |
| 187681146 | $27,155,243.34 |
| 187681147 | $69,153,690.24 |
| 187681148 | $298,324,526.21 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187681149 | $312,377.60 |
| 187681150 | $18,245,447.59 |
| 187681151 | $6,073,796.70 |
| 187681152 | $14,634,123.68 |
| 187681153 | $4,129,603.16 |
| 187681164 | $46,335,513.23 |
| 187681166 | $72,368,747.23 |
| 187681167 | $291,925,176.59 |
| 187681170 | $8,191,872.82 |
| 187681172 | $17,523,255.19 |
| 187681174 | $1,482,916.82 |
| 187681175 | $51,749,003.65 |
| 187681200 | $302,269.76 |
| 187681202 | $1,821,916.12 |
| 187681203 | $684,622.14 |
| 187681204 | $2,544,720.05 |
| 187681205 | $1,658,888.00 |
| 187681211 | $158,219,434.12 |
| 187681218 | $11,760,049.37 |
| 187681220 | $145,104.07 |
| 187681221 | $25,839,500.72 |
| 187681223 | $5,967,547.88 |
| 187681224 | $32,793,346.14 |
| 187681225 | $7,344,466.53 |
| 187681227 | $988,330.00 |
| 187681228 | $23,033,436.25 |
| 187681235 | $3,446,226,064.28 |
| 187681236 | $1,708,561,204.23 |
| 187681238 | $16,513,804.03 |
| 187681239 | $853,846.61 |
| 187681242 | $10,129,106.64 |
| 187681243 | $36,928,257.25 |
| 187681244 | $6,121,562.32 |
| 187681245 | $3,683,493.53 |
| 187681247 | $1,110,115.08 |
| 187681249 | $7,779,339.42 |
| 116301012 | $9,565,236.48 |
| 116301015 | $78,483,637.08 |
| 116301016 | $559,295,352.01 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187681259 | $28,779.20 |
| 187681266 | $11,092,705.33 |
| 187681267 | $2,449,349.69 |
| 187681270 | $613,048,642.73 |
| 187681280 | $25,000,000.00 |
| 187681287 | $4,530,669.83 |
| 187681289 | $277,807.42 |
| 187681291 | $861,189.00 |
| 187681296 | $13,041,310.28 |
| 187681301 | $90,003,651.24 |
| 187681302 | $3,699,336.81 |
| 187681303 | $66,725,172.84 |
| 187681310 | $76,602,740.36 |
| 187681316 | $674,861.09 |
| 187681317 | $5,746,028.07 |
| 187681318 | $6,456,105.27 |
| 187681319 | $3,294,737.93 |
| 187681320 | $196,530,533.59 |
| 187681321 | $5,841.37 |
| 187681326 | $20,774,385.82 |
| 187681327 | $13,785,236.09 |
| 187681329 | $305,623,915.78 |
| 187681330 | $115.56 |
| 187681331 | $5,229,472.88 |
| 187681332 | $51,948,588.70 |
| 187681334 | $998,297.27 |
| 187681336 | $22,166,348.29 |
| 187681338 | $1,823,290.05 |
| 187681341 | $62,222,149.01 |
| 187681343 | $3,028,508.72 |
| 187681345 | $3,384,665.87 |
| 187681346 | $50,460,221.59 |
| 187681349 | $15,238,091.69 |
| 187681351 | $634,857.14 |
| 187681352 | $70,042,965.46 |
| 187681353 | $15,164,715.48 |
| 187681354 | $116,311.00 |
| 187681355 | $2,532,324.11 |
| 187681356 | $20,114,922.04 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187681357 | $5,463,978.96 |
| 187681358 | $297,194.00 |
| 187681359 | $20,280,215.69 |
| 187681360 | $225,985,613.33 |
| 187681361 | $22,467,727.00 |
| 187681362 | $2,783,926.99 |
| 187681365 | $15,720.21 |
| 187681366 | $38,849,433.43 |
| 187681367 | $11,693,350,725.34 |
| 187681368 | $40,126,874.17 |
| 187681369 | $375,486,131.64 |
| 187681370 | $481,991,575.78 |
| 187681373 | $160,094,618.91 |
| 187681374 | $165,049,070.58 |
| 187681375 | $19,440.00 |
| 187681378 | $94,849,167.95 |
| 187681380 | $25,643,485.12 |
| 187681381 | $236,628,059.69 |
| 187681382 | $1,645,502.70 |
| 187681384 | $86,695,304.42 |
| 187681386 | $1,315,082,792.00 |
| 187681387 | $126,002,141.00 |
| 187681389 | $5,475.00 |
| 187681390 | $9,333,497.44 |
| 187681395 | $346,789.07 |
| 187681397 | $11,115,634.94 |
| 187681398 | $135,874,953.10 |
| 187681401 | $321,977.72 |
| 187681403 | $2,364,323.48 |
| 187681404 | $65,336,510.88 |
| 187681405 | $7,334,531.39 |
| 187681406 | $16,409.90 |
| 187681409 | $365,646,661.89 |
| 187681410 | $297,666,268.52 |
| 187681411 | $11,764,278.42 |
| 187681419 | $1,003,905.39 |
| 187681424 | $56,653,785.85 |
| 187681425 | $768,902.63 |
| 187681426 | $16,115,904.69 |

### Exhibit A to Schachter Declaration
### Validated Claims

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187681427 | $2,614,331.00 |
| 187681429 | $2,802,750.68 |
| 187681430 | $12,827,435.73 |
| 187681431 | $1,821,916.12 |
| 187681433 | $93,224,954.05 |
| 187681434 | $9,788,674.43 |
| 187681435 | $112,283,292.27 |
| 187681437 | $371,664.50 |
| 187681438 | $17,492,008.14 |
| 187681440 | $104,166,584.05 |
| 187681445 | $45,316,799.96 |
| 187681446 | $126,297,296.55 |
| 187681447 | $18,807,172.44 |
| 187681453 | $52,608,785.22 |
| 187681458 | $86,921,972.16 |
| 187681460 | $125,146,520.21 |
| 187681461 | $5,839,827.44 |
| 187681462 | $9,556,576.57 |
| 187681463 | $2,733,731.48 |
| 187681470 | $4,011,054.30 |
| 187681472 | $916,637,722.66 |
| 187681475 | $17,011,733.16 |
| 187681479 | $1,827,442,851.06 |
| 187681507 | $537,348.53 |
| 187681509 | $183,318.54 |
| 187681520 | $13,114.95 |
| 187681533 | $12,292,266.05 |
| 187681538 | $169,968,940.65 |
| 187681539 | $52,724.34 |
| 187681548 | $1,860,833.80 |
| 187681554 | $313,986.84 |
| 187681555 | $3,289,703.22 |
| 187681558 | $4,372,015.07 |
| 187681559 | $1,068,871.79 |
| 187681560 | $37,917,000.00 |
| 187903725 | $52,392.15 |
| 187903732 | $447,639.87 |
| 187903733 | $14,968.80 |
| 187903735 | $135,558.49 |

### Exhibit A to Schachter Declaration
### Validated Claims

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187903737 | $92,453.31 |
| 187903738 | $103,721.82 |
| 187903739 | $735,534.38 |
| 187903740 | $358,700.27 |
| 187903741 | $6,827.92 |
| 187903743 | $4,690,484.68 |
| 187903744 | $921,097.51 |
| 187903745 | $1,039,395.05 |
| 187903746 | $50,233.69 |
| 187903747 | $1,754,947.57 |
| 187903749 | $2,163,996.35 |
| 187903750 | $532,951.80 |
| 187903751 | $73,428.00 |
| 187903752 | $724,728.40 |
| 187903753 | $221,388.63 |
| 187903754 | $4,416,787.20 |
| 187903748 | $783.85 |
| 187903755 | $89.40 |
| 187903757 | $70,561.63 |
| 187903758 | $123,182.10 |
| 187903759 | $2,165.33 |
| 187903760 | $13,577.36 |
| 187903762 | $20,413.28 |
| 187903763 | $110,630,655.17 |
| 187903764 | $69,907.01 |
| 187903767 | $182,964.27 |
| 187903766 | $104,983.60 |
| 187903768 | $511,741.79 |
| 187903765 | $550,702.74 |
| 187903769 | $5,650,979.30 |
| 187903771 | $95,599.32 |
| 187903772 | $210,412.00 |
| 187903773 | $454,884.00 |
| 187903774 | $78,328.87 |
| 187903770 | $24,079.50 |
| 187903775 | $3,072.99 |
| 187903776 | $298,998.00 |
| 187903779 | $109,069.66 |
| 187903780 | $14,544.18 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187903781 | $563,077.02 |
| 187903782 | $36,146.46 |
| 187903783 | $375,271.43 |
| 187903786 | $9,756.16 |
| 187903789 | $871,315.00 |
| 187903790 | $127,602.27 |
| 187903785 | $1,544,594.22 |
| 187903788 | $157,866.46 |
| 187903792 | $4,450,185.68 |
| 187903793 | $44,016.00 |
| 187903794 | $8,275.32 |
| 187903795 | $5,971.47 |
| 187903796 | $5,515,930.00 |
| 187903797 | $33,622.15 |
| 187903800 | $1,632,821.95 |
| 187903801 | $73,034.40 |
| 187903803 | $346,164,481.56 |
| 187903804 | $1,168.60 |
| 187903802 | $403,416.09 |
| 187903805 | $20.10 |
| 187903806 | $530.53 |
| 187903807 | $68,244.00 |
| 187903809 | $24,453.23 |
| 187903808 | $3,272.24 |
| 187903810 | $59,012.80 |
| 187903811 | $25,905,756.88 |
| 187903812 | $6,570.94 |
| 187903813 | $33,276.60 |
| 187903814 | $40,366.89 |
| 187903815 | $3,316,803.77 |
| 187903818 | $8,505.00 |
| 187903819 | $2,226,818.14 |
| 187903820 | $510.00 |
| 187903821 | $363,708,714.85 |
| 187903822 | $121,890.01 |
| 187903823 | $851,622.88 |
| 187903825 | $19,332.72 |
| 187903826 | $262,248.69 |
| 187903827 | $44,154.70 |

### Exhibit A to Schachter Declaration
### Validated Claims

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187903828 | $3,069.59 |
| 187903829 | $462,340.56 |
| 187903817 | $8,186.52 |
| 187903830 | $18,329,221.47 |
| 187903832 | $51,528.27 |
| 187681569 | $3,779,088.60 |
| 187681572 | $19,018,529.85 |
| 187903833 | $461.35 |
| 187903831 | $860,176.90 |
| 187903834 | $21,679,723.03 |
| 187903835 | $3,057,541.21 |
| 187903840 | $7,982.77 |
| 187903841 | $294,074.58 |
| 187903837 | $319,593.20 |
| 187903843 | $5,045.25 |
| 187903844 | $1,083,292.87 |
| 187903845 | $264,718.12 |
| 187903847 | $172,999,252.23 |
| 187903848 | $48,462.97 |
| 187903850 | $7,618,608.56 |
| 187903849 | $1,070,286.87 |
| 187903852 | $44,618.38 |
| 187903853 | $1,166,627.25 |
| 187903846 | $23,955.26 |
| 187903855 | $49,867,250.58 |
| 187903857 | $78,869.58 |
| 187903858 | $480,331.75 |
| 187903856 | $104,498.43 |
| 187903860 | $3,910,515.16 |
| 187903859 | $409,466.07 |
| 187903861 | $461.74 |
| 187903862 | $2,316.58 |
| 187903865 | $2,081,896.27 |
| 187903863 | $230,354.06 |
| 187903866 | $107,160.23 |
| 187903864 | $19,507.43 |
| 187903869 | $2,537,058.22 |
| 187903871 | $3,385,145.24 |
| 187903868 | $778,094.53 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187903872 | $298,583.21 |
| 187903873 | $5,652.14 |
| 187903874 | $471,673.14 |
| 187903875 | $8,711,389.04 |
| 187903876 | $1,187,132.27 |
| 187903877 | $4,580,408.52 |
| 187903882 | $31,029.56 |
| 187903883 | $3,910,515.16 |
| 187903884 | $71,098,341.99 |
| 187903885 | $1,133,441.26 |
| 187903886 | $268,270.66 |
| 187903888 | $28,934,797.99 |
| 187903887 | $7,106,142.73 |
| 187903889 | $19,459.52 |
| 187903890 | $182,797,857.67 |
| 187903893 | $41,940.51 |
| 187903892 | $439,486.13 |
| 187903895 | $10,245.46 |
| 187903896 | $231,838.73 |
| 187903897 | $6,123,611.69 |
| 187903870 | $3,451.97 |
| 187903899 | $13,109,776.13 |
| 187903901 | $2,197.00 |
| 187903906 | $45,870.70 |
| 187903907 | $5,476.80 |
| 187903908 | $29,414,523.04 |
| 187903909 | $3,430,136.62 |
| 187903911 | $40,880,191.16 |
| 187903914 | $165,485.31 |
| 187903915 | $306,197.16 |
| 187903916 | $48,917,308.82 |
| 187903917 | $2,826,209.69 |
| 187903912 | $1,002,238.89 |
| 187903919 | $113,551.44 |
| 187903920 | $140,257.27 |
| 187903923 | $75,155.00 |
| 187903925 | $1,008,548.31 |
| 187903927 | $213,146,385.59 |
| 187903931 | $4,750,739.00 |

### Exhibit A to Schachter Declaration
### Validated Claims

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187903932 | $5,074,145.38 |
| 187903933 | $41,996.10 |
| 187903930 | $3,803,554,788.18 |
| 187903934 | $2,617.13 |
| 187903936 | $31,664.27 |
| 187903937 | $49,413.60 |
| 187903939 | $39,691.57 |
| 187903943 | $650,623.13 |
| 187903945 | $5,601,775.87 |
| 187903942 | $34,497,435.10 |
| 187903941 | $523,660.54 |
| 187903946 | $10,138,409.19 |
| 187903947 | $536,435.80 |
| 187903948 | $18,954,707.86 |
| 187903950 | $2,177,747.93 |
| 187903952 | $4,043,928.68 |
| 187903953 | $10,291,981.10 |
| 187903954 | $46,660.50 |
| 187903955 | $174,726.77 |
| 187903957 | $4,788,101.37 |
| 187903956 | $49,899.26 |
| 187903958 | $77.20 |
| 187903960 | $10,916.86 |
| 187903959 | $1,606,162.56 |
| 187903961 | $204,365.39 |
| 187903964 | $8,811,564.88 |
| 187903966 | $10,144,542.89 |
| 187903967 | $166,256.98 |
| 187903968 | $305,406.40 |
| 187903969 | $71,374.42 |
| 187903970 | $1,722,934.08 |
| 187903971 | $5,695.00 |
| 187903972 | $56,792.00 |
| 187903962 | $1,948,186.00 |
| 187903973 | $41,875.60 |
| 187903974 | $3,984.97 |
| 187903975 | $181,042.67 |
| 187903977 | $186.30 |
| 187903978 | $318,987.87 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187903979 | $112,565.74 |
| 187903980 | $5,057.71 |
| 187903982 | $77,846.04 |
| 187903981 | $168.00 |
| 187903983 | $0.00 |
| 187903985 | $6,972.68 |
| 187903986 | $370,653.99 |
| 187903987 | $6,946.29 |
| 187903989 | $387,156.77 |
| 187903965 | $1,756,982.43 |
| 187903991 | $26,272.40 |
| 187903992 | $21,135.48 |
| 187903994 | $19,638,789.58 |
| 187903995 | $362,521.17 |
| 187903996 | $4,432.82 |
| 187903998 | $7,487,420.17 |
| 187903999 | $418,733.91 |
| 187904000 | $12,367,136.10 |
| 187904001 | $289,500.20 |
| 187904003 | $125,942,988.18 |
| 187904004 | $40.20 |
| 187904007 | $30,297.57 |
| 187904005 | $28,268.35 |
| 187904008 | $1,892,250.48 |
| 187904010 | $38,200.24 |
| 187904011 | $30,157.72 |
| 187904006 | $6,450.32 |
| 187904012 | $72,094,544.60 |
| 187904014 | $415,469.26 |
| 187904015 | $2,285,017.36 |
| 187904017 | $31,157.86 |
| 187904016 | $142,011.68 |
| 187904018 | $309,021.02 |
| 187904021 | $32,238.94 |
| 187904019 | $37,797.00 |
| 187904024 | $1,860,535.17 |
| 187904029 | $44,508.45 |
| 187904031 | $18,478,708.50 |
| 187904020 | $216,564.20 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187904032 | $947,818.68 |
| 187904036 | $40.20 |
| 187904038 | $4,197,172.69 |
| 187904039 | $2,037,942.40 |
| 187904040 | $525.27 |
| 187904042 | $75,775.02 |
| 187904037 | $39,011.38 |
| 187904041 | $363,027.34 |
| 187904043 | $275,798.85 |
| 187904044 | $124,288,091.06 |
| 187904045 | $6,053,725.54 |
| 187904046 | $22,502,842.68 |
| 187904047 | $1,642,598.01 |
| 187904048 | $83,263.58 |
| 187904049 | $238,820.39 |
| 187904050 | $11,296.59 |
| 187904051 | $72,265.96 |
| 187904052 | $7,702.29 |
| 187904055 | $4,129,267.42 |
| 187904059 | $2,110,443.37 |
| 187904061 | $34,044.11 |
| 187904062 | $1,858.82 |
| 187904066 | $199,205.17 |
| 187904067 | $7,865.06 |
| 187904065 | $50.90 |
| 187904069 | $6,432.30 |
| 187904070 | $263,021.87 |
| 187904071 | $92,887.47 |
| 187904068 | $1,278,132.42 |
| 187904075 | $63,514.38 |
| 187904076 | $4,934.65 |
| 187904077 | $778,220.66 |
| 187904078 | $25,033,407.95 |
| 187904079 | $95,144.02 |
| 187904080 | $4,395,577.00 |
| 187904074 | $66,957.00 |
| 187904083 | $48,851.96 |
| 187904084 | $154,677.86 |
| 187904085 | $71,428,248.12 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187904086 | $82,374.47 |
| 187904108 | $82,374.47 |
| 187904123 | $82,374.47 |
| 187904126 | $321.60 |
| 187904127 | $6,482.44 |
| 187904128 | $12,296.19 |
| 187904129 | $90,950.30 |
| 187904130 | $1,804,102.31 |
| 187904131 | $44,959.70 |
| 187904132 | $27,972.40 |
| 187904135 | $26,754,081.58 |
| 187904136 | $124,459.34 |
| 187904137 | $212,054.90 |
| 187904138 | $140.70 |
| 187904139 | $2,748.25 |
| 187904140 | $22,243,376.89 |
| 187904141 | $7,349,109.89 |
| 187904143 | $22,148.42 |
| 187904147 | $317,132.32 |
| 187904148 | $39,287.28 |
| 187904149 | $321,030,626.98 |
| 187904150 | $31,035,618.43 |
| 187904151 | $4,295.35 |
| 187904152 | $2,317,441.83 |
| 187904154 | $344,719,727.23 |
| 187904155 | $4,183,498.00 |
| 187904156 | $103,335,613.56 |
| 187904157 | $421,616.34 |
| 187904158 | $4,502,903.37 |
| 187904159 | $608,632.40 |
| 187904160 | $639,814.97 |
| 187904161 | $215,899,590.97 |
| 187904163 | $3,312,576.28 |
| 187904165 | $37,853,220.37 |
| 187904166 | $76,787,076.39 |
| 187904167 | $14,001,974.13 |
| 187904168 | $172,812.15 |
| 187904169 | $4,361,347.51 |
| 187904170 | $1,014,467.77 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187904171 | $4,798,262.30 |
| 187904172 | $21,237,769.00 |
| 187904173 | $24,783,218.84 |
| 187904174 | $6,163,423.67 |
| 187904177 | $415,762.50 |
| 187904178 | $1,281,099.18 |
| 187904179 | $125,600,235.10 |
| 187904180 | $1,318,618.11 |
| 187904181 | $24,523,543.27 |
| 187904182 | $56,168,186.89 |
| 187904185 | $17,097,013.08 |
| 187904186 | $14,366,352.42 |
| 187904187 | $1,766,653.11 |
| 187681574 | $30,786,965.18 |
| 187904188 | $132,392.03 |
| 187904189 | $47,396.00 |
| 187904190 | $2,187,395.04 |
| 187904191 | $321,034.06 |
| 187904192 | $25,849.63 |
| 187904193 | $26,248.32 |
| 187904194 | $213,191.97 |
| 187904195 | $1,190,807.82 |
| 187904197 | $94,796.61 |
| 187904198 | $67,022.64 |
| 187904199 | $14,511,269.45 |
| 187904200 | $837,613.32 |
| 187904201 | $308,772.67 |
| 187904203 | $56,503.60 |
| 187904205 | $17,950.06 |
| 187904206 | $50,124.18 |
| 187904208 | $215,688.56 |
| 187904207 | $22,169,193.98 |
| 187904214 | $395,413.61 |
| 187904215 | $539,896.78 |
| 187681580 | $27,905,339.75 |
| 187904218 | $105,460.43 |
| 187904219 | $1,219,058.56 |
| 187904221 | $1,193.31 |
| 187904222 | $1,861,184.48 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187904225 | $26,142.44 |
| 187904224 | $2,326.54 |
| 187904227 | $1,656.45 |
| 187904229 | $168,856.20 |
| 187904230 | $1,245.40 |
| 187904231 | $1,230,150.95 |
| 187904233 | $680,670.32 |
| 187904234 | $3,214,333.22 |
| 187904237 | $6,786,751.14 |
| 187904238 | $14,900,165.79 |
| 187904239 | $3,214,333.22 |
| 187904240 | $492,670.40 |
| 187904241 | $129,354.42 |
| 187904244 | $33,346.39 |
| 187904246 | $134,588.72 |
| 187904248 | $3,214,333.22 |
| 187904251 | $24,205.99 |
| 187904254 | $5,670.86 |
| 187904253 | $671,301.93 |
| 187904256 | $494,705.39 |
| 187904259 | $5,171,210.26 |
| 187904260 | $2,000,813.28 |
| 187904263 | $139,066.56 |
| 187904265 | $7,093.12 |
| 187904267 | $3,247,546.80 |
| 187904268 | $9,809,422.64 |
| 187904272 | $241,141.29 |
| 187904273 | $13,404,034.41 |
| 187904274 | $214.87 |
| 187904275 | $107,419.35 |
| 187904276 | $2,391,670.00 |
| 187904278 | $3,179,216.32 |
| 187904279 | $2,606,755.40 |
| 187904281 | $120,895.33 |
| 187904282 | $105.60 |
| 187904284 | $19,052,434.42 |
| 187904283 | $216,314.00 |
| 187904285 | $162,706.86 |
| 187904288 | $7,366,973.00 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187904287 | $30,577,749.30 |
| 187904290 | $36,299.50 |
| 187904291 | $55,201,918.93 |
| 187904292 | $8,951,088.52 |
| 187904294 | $799.92 |
| 187904296 | $432,811.88 |
| 187904298 | $513,902.55 |
| 187904299 | $6,336.00 |
| 187904300 | $30,325,384.72 |
| 187904295 | $2,750.13 |
| 187904337 | $622,159,331.64 |
| 187904301 | $1,656,385.29 |
| 187904302 | $2,416,885.22 |
| 187904303 | $435,353.00 |
| 187904304 | $1,654,532.51 |
| 187904309 | $7,939,244.18 |
| 187904308 | $13,909,727.17 |
| 187904311 | $125,805.21 |
| 187904313 | $10,919,037.29 |
| 187904315 | $11,835,076.05 |
| 187904317 | $75,923,150.90 |
| 187904319 | $5,983,555.65 |
| 187904321 | $4,434,116.45 |
| 187904323 | $305,105.95 |
| 187904324 | $136,019.60 |
| 187904325 | $18,700.56 |
| 187904329 | $4,168,081.87 |
| 187904330 | $171,767.51 |
| 187904333 | $1,418,978.84 |
| 187904334 | $16,119,395.78 |
| 187904339 | $2,866,313.59 |
| 187904342 | $18,394,230.32 |
| 187904343 | $944,430.38 |
| 187904345 | $13,273.17 |
| 187904346 | $10,075,962.17 |
| 187904348 | $164,676,813.68 |
| 187904360 | $2,926.75 |
| 187904364 | $29,078,621,767.89 |
| 187904367 | $6,785.41 |

### Exhibit A to Schachter Declaration
### Validated Claims

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187904368 | $32,324.45 |
| 187904370 | $84,465.31 |
| 187904340 | $72,753,626.00 |
| 187904371 | $31,470.19 |
| 187904341 | $35,415.98 |
| 187904372 | $281.70 |
| 187904373 | $5,029,114.00 |
| 187904374 | $6,131,450.96 |
| 187904375 | $1,437.44 |
| 187904376 | $332,573.00 |
| 187904379 | $9,154.60 |
| 187904383 | $5,029.50 |
| 187904385 | $595,658.02 |
| 187904392 | $956,739,386.14 |
| 187904394 | $70,798,452.83 |
| 187681581 | $11,035,207.05 |
| 187681582 | $1,709,662.62 |
| 187681584 | $30,692,095.07 |
| 187681587 | $1,176,526.74 |
| 187681588 | $8,251,427.51 |
| 187681596 | $14,146,043.37 |
| 187904395 | $621.82 |
| 187904396 | $9,103,384.06 |
| 187904397 | $70.44 |
| 187681606 | $8,090,930.82 |
| 187681607 | $11,807,342.80 |
| 187681608 | $32,012,305.41 |
| 187681610 | $791,938,423.85 |
| 187681611 | $4,346,854,299.00 |
| 187681612 | $6,736,168.51 |
| 187681613 | $80,986,304.76 |
| 187681614 | $697,090.09 |
| 187681616 | $3,811,107.36 |
| 187681617 | $1,067,094,178.91 |
| 116301020 | $44,776,060.19 |
| 187904398 | $106,777.07 |
| 187681620 | $182,862,914.35 |
| 187681621 | $82,374.47 |
| 187681625 | $35,398,895.32 |

**Exhibit A to Schachter Declaration**
**Validated Claims**

| ClaimNumber | Final Validated Purchase Amount |
|---|---|
| 187681626 | $1,170,610,143.58 |
| 187681628 | $7,835,643.79 |
| 187681629 | $4,831,429.72 |
| 187681630 | $60,905,879.73 |
| 187681631 | $315,812,135.89 |
| 187681634 | $41,863,780.82 |
| 187681635 | $2,498,366.19 |
| 187681636 | $8,958,925.86 |
| 187681637 | $27,509.55 |
| 187681638 | $12,288,749.08 |
| 187681639 | $46,666,962.53 |
| 187681640 | $657,698.92 |
| 187681642 | $1,940,481.15 |
| 187904400 | $53,127.41 |
| 187904401 | $4,933,425.00 |
| 187904403 | $189,017.35 |
| 187681645 | $37,208.07 |
| 187904407 | $26,781,111.87 |
| 187904408 | $25,354.90 |
| 187681653 | $1,832,157.27 |
| 187681654 | $104,600,807.61 |
| **Total Claimed Commerce** | $121,307,977,478.28 |