**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF CLASS ACTION | Case No. 18-cv-01776 (JRT/JFD)<br><br>**LOCAL RULE 7.1(f) CERTIFICATE OF COMPLIANCE** |

I, Michael H. Pearson, certify that the **MEMORANDUM IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR DISTRIBUTION OF NET SETTLEMENT PROCEEDS** complies with Local Rule 7.1(f). I further certify that, in preparation of this document, I used Microsoft Word and that this word processing program was applied specifically to include all text, including headings, footnotes, and quotations in the word count. I further certify that this document contains the following number of words: 4,183.

Dated: July 19, 2023

*/s/ Michael H. Pearson*
Michael H. Pearson (*Pro Hac Vice*)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
mpearson@pwfirm.com

995493.1