## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | Case No. 18-CV-1776 (JRT/JFD)<br><br>**ORDER** |

This matter is before the Court on Sysco Corporation and Carina Ventures LLC's Joint Motion for Substitution of Plaintiff (Dkt. No. 1940). The parties filed a stipulation (Dkt. No. 1958) which granted Movants leave to file a reply memorandum in support of the Joint Motion. The Court decided that it would not allow a reply unless, after reviewing the submissions, it determined that a reply would be helpful (Dkt. No. 1961).

Upon reviewing the submissions, the Court grants Movants leave to file a reply memorandum in support of the Joint Motion on or before July 28, 2023.

Further, the Court notes that the hearing on the Joint Motion has been scheduled for August 21, 2023 at 10:00 a.m. central time via Zoom. The Court prefers the hearing on this motion be held in-person, and hereby notices the parties that the hearing is converted to in-person, Courtroom 6A, St. Paul.

Dated: July 25, 2023

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge