UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Sysco Corp. v. Agri Stats, Inc., et al.*,<br>Case No. 21-cv-1374 (D. Minn.) | Civil Action No. 18-cv-01776<br><br>Honorable John R. Tunheim<br>Honorable John F. Docherty |

**STIPULATION REGARDING SUBMISSION OF REPLY MEMORANDA
RELATED TO JOINT MOTION FOR SUBSTITUTION OF PLAINTIFF**

Carina Ventures LLC ("Carina"), Sysco Corporation ("Sysco") (collectively "Movants"), and Defendants (collectively the "Parties"), each reserving all rights, jointly represent and stipulate as follows:

WHEREAS, Movants filed a Joint Motion for Substitution of Plaintiff on June 29, 2023 (Dkt. 1940).

WHEREAS, following the Court's direction to engage in additional meeting and conferring about the motion, on July 7, 2023 Movants filed an Amended Meet and Confer Statement in support of the Joint Motion for Substitution of Plaintiff, and Carina filed an accompanying memorandum of law in support of that motion (Dkt. 1952).

WHEREAS, the Court has scheduled an August 21, 2023 hearing on the Joint Motion (Dkt. 1951).

WHEREAS, the Court, following a stipulation by the Parties, ordered that Defendants' memorandum of law opposing the Joint Motion was due on or before July 21,

but declined to schedule a due date for a reply memorandum from Movants, stating: "[I]f the Court believes a reply would be helpful after reviewing the submissions of the parties, it will request a reply from the moving parties." (Dkt. 1961).

WHEREAS, Defendants filed a memorandum of law opposing the Joint Motion on July 21, 2023 (Dkt. 1971).

WHEREAS, on July 25, 2023, the Court issued an order stating: "Upon reviewing the submissions, the Court grants Movants leave to file a reply memorandum in support of the Joint Motion on or before July 28, 2023."  (Dkt. 1976).

WHEREAS, Carina desires a brief extension of time until August 7, 2023 to file its reply, Sysco joins in that request, and Defendants do not oppose that request.

WHEREAS, the requested extension of time will not require alteration of any other deadlines or rescheduling of the August 21, 2023 hearing on the Joint Motion.

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED by undersigned counsel that the Court enter an order that:

1. extends the deadline for Movants to file reply memoranda in support of the Joint Motion to August 7, 2023.

This stipulation does not otherwise alter the Court's rules applicable to consideration of the Joint Motion.

IT IS SO STIPULATED.

Dated: July 27, 2023

<div style="display: flex;">

<div>

*/s/ Scott E. Gant*
Scott E. Gant
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
(202) 237-2727
sgant@bsfllp.com

Colleen A. Harrison
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
(914) 749-8204
charrison@bsfllp.com

**Counsel for Carina Ventures LLC**

</div>

<div>

*/s/ Julie B. Rubenstein*
Michael Calhoon
Julie B. Rubenstein
Brian C. Kerr
Christopher P. Wilson
Danielle Morello
Wyatt M. Carlock
BAKER BOTTS L.L.P.
700 K Street NW
Washington, DC 200001
(202) 639-7739
michael.calhoon@bakerbotts.com
julie.rubenstein@bakerbotts.com
brian.kerr@bakerbotts.com
christopher.wilson@bakerbotts.com
danielle.morello@bakerbotts.com
wyatt.carlock@bakerbotts.com

**Counsel for Sysco Corporation**

</div>

</div>

/s/ Craig S. Coleman
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Stephanie A. Koltookian (*pro hac vice*)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
stephanie.koltookian@faegredrinker.com
robert.gallup@faegredrinker.com

John S. Yi (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 842-8800
jonathan.todt@faegredrinker.com

**Counsel for Hormel Foods Corporation and Hormel Foods, LLC**

/s/ Daniel E. Laytin, P.C.
Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Jenna M. Stupar (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
Jenna.stupar@kirkland.com

**Counsel for Clemens Food Group, LLC and The Clemens Family Corporation**

/s/ Brian Robison
Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN &CRUTCHER, LLP
1050 Connecticut Avenue, N.W. Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
(972) 707-1809
brian@brownfoxlaw.com

John A. Cotter (#0134296)
John A. Kvinge (#0392303)
LARKIN HOFFMAN DALY & LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

**Counsel for Smithfield Foods, Inc.**

*/s/ Sami H. Rashid*
Sami H. Rashid (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
samirashid@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
davidadler@quinnemanuel.com

Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402-4206
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

***Counsel for JBS USA Food Company***

*/s/ Peter J. Schwingler*
Peter J. Schwingler (#0388909)
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
(612) 217-8800
pschwingler@jonesday.com

Jordan M. Baumann
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215-2673
(614) 469-3939
jbaumann@jonesday.com

William L. Greene (#0198730)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600 Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
william.thomson@stinson.com

J. Nicci Warr (pro hac vice)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

***Counsel for Seaboard Foods LLC***

6

| | |
|---|---|
| */s/ Christopher A. Smith* | */s/ Tiffany Rider Rohrbaugh* |
| Aaron Chapin (#0386606) | Tiffany Rider Rohrbaugh (*pro hac vice*) |
| Christopher A. Smith (*pro hac vice*) | Rachel J. Adcox (*pro hac vice*) |
| Tessa K. Jacob (*pro hac vice*) | AXINN, VELTROP & HARKRIDER LLP |
| A. James Spung (*pro hac vice*) | 1901 L Street NW |
| Jason Husgen (*pro hac vice*) | Washington, DC 20036 |
| HUSCH BLACKWELL LLP | (202) 912-4700 |
| 190 Carondelet Plaza, Ste 600 | trider@axinn.com |
| St. Louis, MO 63105 | radcox@axinn.com |
| Telephone: (314) 480-1500 | |
| aaron.chapin@huschblackwell.com | Jarod Taylor (*pro hac vice*) |
| chris.smith@huschblackwell.com | AXINN, VELTROP & HARKRIDER LLP |
| tessa.jacob@huschblackwell.com | 90 State House Square |
| james.spung@huschblackwell.com | Hartford, CT 06103 |
| jason.husgen@huschblackwell.com | (860) 275-8109 |
| | jtaylor@axinn.com |
| **Counsel for Triumph Foods, LLC** | |
| | David P. Graham (#0185462) |
| | DYKEMA GOSSETT PLLC |
| | 4000 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402 |
| | (612) 486-1521 |
| | dgraham@dykema.com |
| | |
| | **Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.** |

*/s/ William L. Monts III*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

***Counsel for Agri Stats, Inc.***