# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Sysco Corp. v. Agri Stats, Inc., et al.*,<br>Case No. 21-cv-1374 (D. Minn.) | Civil Action No. 18-cv-01776<br><br>Honorable John R. Tunheim<br>Honorable John F. Docherty |

## [PROPOSED] ORDER ON STIPULATION REGARDING SUBMISSION OF REPLY MEMORANDA RELATED TO JOINT MOTION FOR SUBSTITUTION OF PLAINTIFF

The Court has reviewed and considered the Stipulation Regarding Submission of Reply Memoranda Related to Joint Motion for Substitution of Plaintiff [ECF No. 1977]. The Court hereby orders that the deadline for Movants to file reply memoranda in support of the Joint Motion is extended to August 7, 2023.

**IT IS SO ORDERED.**

Dated: _____      _____
                                                  Hon. John F. Docherty
                                                  Magistrate Judge
                                                  United States District Court