UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil Action No. 18-cv-01776 |
| THIS DOCUMENT RELATES TO:<br>*Sysco Corp. v. Agri Stats, Inc., et al.*,<br>Case No. 21-cv-1374 (D. Minn.) | Honorable John R. Tunheim<br>Honorable John F. Docherty |

### ORDER ON STIPULATION REGARDING SUBMISSION OF REPLY MEMORANDA RELATED TO JOINT MOTION FOR SUBSTITUTION OF PLAINTIFF

The Court has reviewed and considered the Stipulation Regarding Submission of Reply Memoranda Related to Joint Motion for Substitution of Plaintiff [ECF No. 1977]. The Court hereby orders that the deadline for Movants to file reply memoranda in support of the Joint Motion is extended to August 7, 2023.

**IT IS SO ORDERED.**

Dated: July 27, 2023

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge