# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

*This Document Relates to:*

All Actions

Case No.: 18-cv-1776 (JRT/JFD)

**ORDER ON JOINT MOTIONS REGARDING CONTINUED SEALING**

Before the Court are Joint Motions Regarding Continued Sealing (Dkt. Nos. 1806, 1809), pursuant to Local Rule 5.6(d), concerning the confidential documents filed under seal. Having reviewed the motions and the documents filed under seal, as well as all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Joint Motions (Dkt No. 1806, 1809) are **GRANTED**, as follows:

1. The following confidential documents filed under seal shall remain sealed and the Clerk is directed to keep the following documents sealed:

    Dkt. Nos. 1465-02, 1465-03, and 1637

2. The Clerk is directed to unseal the following documents 28 days after the issuance of this Order unless a timely motion for further consideration is filed pursuant to Local Rule 5.6(d)(3):

    Dkt. Nos. 1450, 1452, 1620, 1733, 1734, and 1734-1

3. As to Dkt. No. 1459, the parties agree, and the Court concurs, that the document contains some information that is entitled to continued sealing, but that a publicly available version should be filed that redacts only the information entitled to continued sealing. Accordingly,

   a. The Clerk is directed to keep the following document sealed.

      Dkt. No. 1459.

   b. On or before **August 31, 2023,** the filing party must file a redacted public version of Dkt. No. 1459 that redacts only discussions of confidential data produced by a third party and quotes or descriptions of confidential documents.

4. As to Dkt. Nos. 1465-01 and 1729, the parties agree, and the Court concurs, that the documents contain some information that is entitled to continued sealing, but that publicly available versions should be filed that redacts only the information entitled to continued sealing. Accordingly,

   a. The Clerk is directed to keep the following documents sealed.

      Dkt. Nos. 1465-01 and 1729.

   b. On or before **August 31, 2023,** the filing party must file redacted public versions of Dkt. Nos. 1465-01 and 1729 that redacts only discussions of confidential data produced by a third party.

Dated: August 1, 2023

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge