UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

Case No. :18-cv-1776 (JRT/JFD)

*This Document Relates to:*

All Actions

**ORDER ON JOINT MOTION REGARDING CONTINUED SEALING**

Before the Court is the Joint Motion Regarding Continued Sealing (Dkt. No.1807) pursuant to Local Rule 5.6(d), concerning confidential documents filed under seal. Having reviewed the motions and the documents filed under seal, as well as all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Joint Motion (Dkt No. 1807) is

**GRANTED**, as follows:

1. The following confidential documents filed under seal shall remain sealed and the Clerk is directed to keep the following documents sealed:

    Dkt. Nos. 1428, 1480-1, 1480-7, 1632, and 1635-1.

2. The Clerk is directed to unseal the following documents 28 days after the issuance of this Order unless a timely motion for further consideration is filed pursuant to Local Rule 5.6(d)(3):

    Dkt. Nos. 1429-2, 1429-3, 1480, 1480-2, 1480-3, 1480-4, 1480-5, 1480-6, and 1480-9.

3. The parties disagree as to Dkt. Nos. 1429, 1635, and 1778 Having reviewed the documents, the Court finds that the documents contain only limited information for which there is good cause for continued sealing and that a redacted version can be prepared.

    Accordingly, the Clerk is directed to keep the following documents

sealed:

    Dkt. Nos. 1429, 1635, and 1778.

On or before **August 31, 2023,** the filing party must file redacted public versions of Dkt. Nos. 1429, 1635, and 1778 that redacts only discussions of confidential data produced by third parties.

4. As to Dkt. Nos. 1473 and 1480-8, the parties agree, and the Court concurs, that the documents contain some information that is entitled to continued sealing, but that publicly available versions should be filed that redacts only the information entitled to continued sealing.  Accordingly,

   a. The Clerk is directed to keep the following documents sealed.

   Dkt. Nos. 1473 and 1480-8.

   b. On or before **August 31, 2023,** the filing party must file redacted public versions of Dkt. No. 1473 and 1480-8 that redacts only discussions of confidential data produced by third parties.

5. As to Dkt. Nos. 1429-1. 1429-4, 1429-5 and 1429-6, the parties agree, and the Court concurs, that the documents contain some information that is entitled to continued sealing, but that publicly available versions should be filed that redact only the information entitled to continued sealing.  Accordingly,

   c. The Clerk is directed to keep the following document sealed.

   Dkt. No. 1429-1. 1429-4, 1429-5 and 1429-6

   d. On or before **August 31, 2023,** the filing party must file a redacted public version of Dkt. No. 1429-1. 1429-4, 1429-5 and 1429-6 that redacts only confidential business information and methods of parties and third parties.

Dated:  August 1, 2023

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge