## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

Case No. :18-cv-1776 (JRT/JFD)

*This Document Relates to:*

All Actions

**ORDER ON JOINT MOTION REGARDING CONTINUED SEALING**

Before the Court is the Joint Motion Regarding Continued Sealing (Dkt. No. 1813) pursuant to Local Rule 5.6(d), concerning the confidential documents filed under seal. Having reviewed the motion and the documents filed under seal, as well as all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Joint Motion (Dkt No. 1813) is

**GRANTED**, as follows:

1. The following confidential documents filed under seal shall remain sealed and the Clerk is directed to keep the following documents sealed:

    Dkt. Nos. 1628-12, 1628-13, 1628-16, 1628-21, 1628-22, 1628-23, 1628-24, 1628-25, 1628-28, 1628-33, 1630-29, 1630-30, and 1630-31.

2. The Clerk is directed to unseal the following documents 28 days after the issuance of this Order unless a timely motion for further consideration is filed pursuant to Local Rule 5.6(d)(3):

    Dkt. Nos. 1345, 1463, 1463-1, 1463-3, 1463-4, 1463-5, 1463-7, 1463-9, 1463-12, 1463-14, 1463-16, 1463-18, 1463-19, 1463-21, and 1463-22**.**

3. The parties disagree as to the scope of redactions at Dkt. No. 1343, 1460, and 1624. Having reviewed the documents, the Court finds that the redactions should be limited to (1) discussion of confidential data produced by parties and third parties and (2) quotes or descriptions of confidential documents.

    a. Accordingly, the clerk is directed to keep the following documents sealed:

    > Dkt. No. 1343, 1460, and 1624.

    b. On or before **August 31, 2023**, the filing party must re-file redacted public versions of Dkt. Nos. 1343, 1460, and 1624 that redact only: (1) discussion of confidential data produced by parties and third parties and (2) quotes or descriptions of confidential documents.

4. The parties disagree as to Dkt. Nos. 1345-1, 1345-2, 1345-3, 1345-6, 1345-7, 1345-8, 1345-9, 1345-10, 1345-11, 1345-12, 1345-13, 1345-14, 1345-15, and 1626. Having reviewed the documents, the Court finds that the documents contain some information that is entitled to continued sealing, but that a publicly available version should be filed that redacts only the information entitled to continued sealing.

    a. Accordingly, the clerk is directed to keep the following documents sealed:

    > Dkt. Nos. 1345-1, 1345-2, 1345-3, 1345-6, 1345-7, 1345-8, 1345-9, 1345-10, 1345-11, 1345-12, 1345-13, 1345-14, 1345-15, and 1626.

    b. On or before **August 31, 2023,** the filing party must re-file a redacted public version of Dkt. Nos. 1345-1, 1345-2, 1345-3, 1345-6, 1345-7, 1345-8, 1345-9, 1345-10, 1345-11, 1345-12, 1345-13, 1345-14, 1345-15, and 1626 that redacts documents and data provided by third parties, discussion of confidential data produced by the parties and quotes or descriptions of confidential documents.

5. The parties disagree as to Dkt. No. 1345-4, 1345-5, and 1463-23. Having reviewed the documents, the Court finds that the documents contain some information that is entitled to continued sealing, but that a publicly available version should be filed that redacts only the information entitled to continued sealing.

    a. Accordingly, the clerk is directed to keep the following documents sealed:

       Dkt. Nos. 1345-4, 1345-5, and 1463-23.

    b. On or before **August 31, 2023,** the filing party must re-file a redacted public version of Dkt. Nos. 1345-4, 1345-5, and 1463-23 that redacts confidential third-party data and documents.

6. The parties disagree as to Dkt. Nos. 1347 and 1380. Having reviewed the documents, the Court finds that that good cause has been shown for continued sealing because the documents contain confidential business information and methods of parties and third parties, including sales data.

    a. Accordingly, the clerk is directed to keep the following documents sealed:

    Dkt. Nos. 1347 and 1380.

7. As to Dkt. Nos. 1463-2, 1463-6, 1463-8, 1463-10, 1463-11, 1463-13, 1463-15, 1463-17, and 1463-20, the parties agree, and the Court concurs, that the document contains some information that is entitled to continued sealing, but that a publicly available version should be filed that redacts only the information entitled to continued sealing. Accordingly,

    a. The Clerk is directed to keep the following documents sealed.

       Dkt. No. 1463-2, 1463-6, 1463-8, 1463-10, 1463-11, 1463-13, 1463-15, 1463-17, and 1463-20.

    b. On or before **August 31, 2023,** the filing party must re-file a redacted public version of Dkt. Nos. 1463-2, 1463-6, 1463-8, 1463-10, 1463-11, 1463-13, 1463-15, 1463-17, 1463-20 in the form attached to the Joint Sealing Motion.

8. As to Dkt. Nos. 1628, 1628-1, 1628-2, 1628-7, 1628-15, 1628-17, 1628-29, 1628-30, 1628-31, 1628-36, 1628-37, 1629, 1629-27, 1629-36, 1630-1, 1630-4, 1630-6, 1630-22, and 1630-42, the parties agree, and the Court concurs, that the document contains some information that is entitled to continued sealing, but that a publicly available version should be filed that redacts only the information entitled to continued sealing. Accordingly,

    a. The Clerk is directed to keep the following documents sealed.

       Dkt. Nos. 1628, 1628-1, 1628-2, 1628-7, 1628-15, 1628-17, 1628-29, 1628-30, 1628-31, 1628-36, 1628-37, 1629, 1629-27, 1629-36, 1630-1, 1630-4, 1630-6, 1630-22, and 1630-42.

    b. On or before **August 31, 2023,** the filing party must re-file a redacted public version of Dkt. Nos. 1628, 1628-1, 1628-2, 1628-7, 1628-15, 1628-17, 1628-29, 1628-30, 1628-31, 1628-36, 1628-37, 1629, 1629-27, 1629-36, 1630-1, 1630-4, 1630-6, 1630-22, and 1630-42 that redacts only documents and data provided by third parties.

9. The parties disagree as to Dkt. Nos. 1628-3 through 1628-6, 1628-8 through 1628-11, 1628-14, 1628-18, 1628-19, 1628-20, 1628-26, 1628-27, 1628-32, 1628-34, 1628-35, 1628-38 through 1628-45, 1629-1 through 1629-26, 1629-28 through 1629-35, 1629-37 through 1629-39, 1630, 1630-2, 1630-3, 1630-5, 1630-7 through 1630-21, 1630-23 through 1630-28, 1630-32 through 1630-41, and 1630-43 through 1630-45. Having reviewed the documents, the Court finds that that good cause has been shown for continued sealing because the documents contain information regarding confidential business methods and analysis.

    a. The Clerk is directed to keep the following documents sealed:

        Dkt. Nos. 1628-3 through 1628-6, 1628-8 through 1628-11, 1628-14, 1628-18, 1628-19, 1628-20, 1628-26, 1628-27, 1628-32, 1628-34, 1628-35, 1628-38 through 1628-45, 1629-1 through 1629-26, 1629-28 through 1629-35, 1629-37 through 1629-39, 1630, 1630-2, 1630-3, 1630-5, 1630-7 through 1630-21, 1630-23 through 1630-28, 1630-32 through 1630-41, and 1630-43 through 1630-45.

Dated: August 1, 2023

        *s/ John F. Docherty*
        JOHN F. DOCHERTY
        United States Magistrate Judge