# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION     Civil Action No. 18-cv-01776

THIS DOCUMENT RELATES TO:     **NOTICE OF APPEARANCE**
*Sysco Corp. v. Agri Stats, Inc., et al.*
Case No. 21-cv-01374 (D. Minn.)

---

The undersigned attorney hereby notifies the Court and counsel that Derek T. Ho, shall appear as counsel of record for Plaintiff Carina Ventures LLC in this case.

Dated: August 2, 2023            */s/ Derek T. Ho*
                                        Derek T. Ho
                                        KELLOGG, HANSEN, TODD, FIGEL
                                        & FREDERICK, P.L.L.C.
                                        1615 M Street N.W., Suite 400
                                        Washington, D.C. 20036
                                        Phone: (202) 326-7900
                                        Email: dho@kellogghansen.com