# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION        Civil Action No. 18-cv-01776

THIS DOCUMENT RELATES TO:              **NOTICE OF APPEARANCE**
*Sysco Corp. v. Agri Stats, Inc., et al.*
Case No. 21-cv-01374 (D. Minn.)

The undersigned attorney hereby notifies the Court and counsel that Dustin G. Graber, shall appear as counsel of record for Plaintiff Carina Ventures LLC in this case.

Dated: August 2, 2023                  */s/ Dustin G. Graber*
                                       Dustin G. Graber
                                       KELLOGG, HANSEN, TODD, FIGEL
                                       & FREDERICK, P.L.L.C.
                                       1615 M Street N.W., Suite 400
                                       Washington, D.C. 20036
                                       Phone: (202) 326-7900
                                       Email: dgraber@kellogghansen.com