# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil Action No. 18-cv-01776 |
| THIS DOCUMENT RELATES TO:<br>*Sysco Corp. v. Agri Stats, Inc., et al.*<br>Case No. 21-cv-01374 (D. Minn.) | **NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Travis G. Edwards, shall appear as counsel of record for Plaintiff Carina Ventures LLC in this case.

Dated: August 7, 2023     /s/ Travis G. Edwards
Travis G. Edwards
KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, P.L.L.C.
1615 M Street N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7933
Email: tedwards@kellogghansen.com