UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Sysco Corp. v. Agri Stats, Inc., et al.*,<br>Case No. 21-cv-1374 (D. Minn.) | Civil Action No. 18-cv-01776<br><br>Honorable John R. Tunheim<br>Honorable John F. Docherty |

**LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE**

I, Derek T. Ho, certify that Carina Ventures LLC's Reply Memorandum in Support of Joint Motion for Substitution of Plaintiff complies with Local Rule 7.1(f) and (h). I further certify that, in preparation of the above document, I used Microsoft Word 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, in the following word count. I further certify that the Memorandum contains 9,332 words.

Dated:  August 7, 2023

Respectfully submitted,

*/s/ Derek T. Ho*
Derek T. Ho
KELLOGG, HANSEN, TODD, FIGEL
   & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
dho@kellogghansen.com