UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 18-cv-1776-JRT-JFD<br>MDL No. 2998 |
| THIS DOCUMENT RELATES TO:<br>*Sysco Corp. v. Agri Stats Inc. et al.* | Case No. 21-cv-01374-JRT-JFD |

I, Julie B. Rubenstein, certify that the

[X] Memorandum titled: Sysco Corporation's Reply in Support of Motion for Substitution, complies with Local Rule 7.1(f).

or

[ ] Objection or Response to the Magistrate Judge's Ruling complies with Local Rule 72.2(d).

I further certify that, in preparation of the above document, I:

[X] Used the following word processing program and version: Microsoft Word 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

or

[ ] Counted the words in the document.

I further certify that the above document contains the following number of words: 4,454.

Date:  August 7, 2023                     */s/ Julie B. Rubenstein*

Julie B. Rubenstein
BAKER BOTTS L.L.P.
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7739
Facsimile: (202) 585-1058
julie.rubenstein@bakerbotts.com
Bar I.D. 1003328