# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Case No. 18-cv-1776-JRT-JFD |
| THIS DOCUMENT RELATES TO:<br><br>*ALDI Inc. v. Agri Stats, Inc. et al.* | Case No. 22-cv-00367-JRT-JFD |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE THAT pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the court and counsel that Danielle Morello withdraws as counsel for ALDI Inc. ("ALDI"). ALDI will continue to be represented by its other counsel of record.

Dated: August 10, 2023            Respectfully submitted,

<u>/s/ Christopher P. Wilson</u><br>
Michael Calhoon<br>
Julie B. Rubenstein<br>
Brian C. Kerr<br>
Christopher P. Wilson<br>
Wyatt M. Carlock<br>
BAKER BOTTS L.L.P.<br>
700 K Street NW<br>
Washington, DC 20001<br>
Telephone: (202) 639-7739<br>
Facsimile: (202) 585-1058<br>
michael.calhoon@bakerbotts.com

2

julie.rubenstein@bakerbotts.com  
brian.kerr@bakerbotts.com  
christopher.wilson@bakerbotts.com  
wyatt.carlock@bakerbotts.com

*Counsel for Sysco Corporation*