UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 0:18-cv-01776-JRT-JFD |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JONATHAN W. CUNEO**

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Jonathan W. Cuneo withdraws as counsel for Commercial Institutional and Indirect Purchaser Plaintiffs by cause of death.

Commercial and Institutional Indirect Purchaser Plaintiffs will continue to be represented by co-lead counsel Blaine Finley of Cuneo Gilbert & LaDuca, LLP and Shawn Raiter of Larson • King LLP, in addition to other counsel of record.

Dated: August 14, 2023					Respectfully submitted,

By: */s/ Blaine Finley*
Blaine Finley (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW, Suite 200
Washington, D.C. 20016
202-789-3960
bfinley@cuneolaw.com

Shawn M. Raiter (MN#240424)
**LARSON · KING LLP**
30 East Seventh Street Suite 2800 St. Paul, MN 55101 Telephone: (651)312-6518 sraiter@larsonking.com

*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiff Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all ECF registrants.

*/s/ Blaine Finley*
Blaine Finley