# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Chief Judge John R. Tunheim |
| | Mag. Judge Hildy Bowbeer |
| This Document Relates To: | 18-cv-1776 |
| *All Actions* | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Tasneem U. Chowdhury of the law firm of Axinn, Veltrop & Harkrider LLP hereby enters her appearance in the above-captioned matter on behalf of Defendants Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; and Tyson Prepared Foods, Inc.

Dated: August 15, 2023

Respectfully submitted,

By: */s/ Tasneem U. Chowdhury*
Tasneem U. Chowdhury
Axinn, Veltrop & Harkrider LLP
1901 L Street
Washington, DC 20036
Telephone: (202) 469-3535
Facsimile: (202) 912-4701
tchowdhury@axinn.com