# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**In Re: Pork Antitrust Litigation**　　　　　Case No.: 18-cv-01776

**NOTICE OF APPEARANCE**

This Document Relates to:

*Amory Investments LLC v. Agri Stats, Inc et al*
Case No. 21-cv-1697

---

The undersigned attorney hereby notifies the Court and counsel that Jennifer Scullion of Seeger Weiss LLP, shall appear as counsel of record for Plaintiff Amory Investments LLC in this case.

Dated: August 18, 2023　　　　　　　　　*/s/ Jennifer Scullion*
　　　　　　　　　　　　　　　　　　　Jennifer Scullion
　　　　　　　　　　　　　　　　　　　**SEEGER WEISS LLP**
　　　　　　　　　　　　　　　　　　　55 Challenger Road
　　　　　　　　　　　　　　　　　　　Ridgefield Park, NJ 07660
　　　　　　　　　　　　　　　　　　　Phone: 212-584-0700
　　　　　　　　　　　　　　　　　　　Email: jscullion@seegerweiss.com