# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**In Re: Pork Antitrust Litigation**         Case No.: 18-cv-01776

**NOTICE OF APPEARANCE**

This Document Relates to:

*Amory Investments LLC v. Agri Stats, Inc et al*
Case No. 21-cv-1697

---

The undersigned attorney hereby notifies the Court and counsel that Christopher A. Seeger of Seeger Weiss LLP shall appear as counsel of record for Plaintiff Amory Investments LLC in this case.

Dated: August 18, 2023        */s/ Christopher A. Seeger*
                                               Christopher A. Seeger
                                               **SEEGER WEISS LLP**
                                               55 Challenger Road
                                               Ridgefield Park, NJ 07660
                                               Phone: 212-584-0700
                                               Email: cseeger@seegerweiss.com