# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No.: 18-CV-1776 (JRT/JFD) |
| This Document Relates to: All Actions | **NOTICE OF WITHDRAWAL OF COUNSEL** |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Kacie Phillips Tawfic of Stinson LLP withdraws as counsel for Defendant Seaboard Foods LLC in the above matter. Seaboard Foods LLC will continue to be represented by its other counsel of record.

Dated:  August 24, 2023

*/s/ Kacie Phillips Tawfic*
Kacie Phillips Tawfic (#0399980)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
kacie.tawfic@stinson.com