UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS BROUGHT BY COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF CLASS, CONSUMER INDIRECT PURCHASER PLAINTIFF CLASS, AND THE COMMONWEALTH OF PUERTO RICO | Case No. 0:18-cv-01776-JRT-JFD<br><br>**DEFENDANT SEABOARD FOODS LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWERS TO CIIPP, CIPP, AND PUERTO RICO COMPLAINTS** |

Defendant Seaboard Foods LLC, hereby moves the Court, pursuant to Fed. R. Civ. P. 15, for an order granting its Unopposed Motion for Leave to File Amended Answers and permitting it to file amended answers to the complaints of the Commercial and Institutional Purchaser Plaintiff (CIIPP) Class, Consumer Indirect Purchaser Plaintiff (CIPP) Class, and the Commonwealth of Puerto Rico. This motion is based on the accompanying memorandum of law and exhibits, the pleadings and papers on file in this action, and such other matters as the Court may consider in hearing the motion should the Court see fit.

Dated: August 29, 2023

Respectfully submitted,

*/s/ William D. Thomson*
Peter J. Schwingler (#0388909)
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
(612) 217-8800
pschwingler@jonesday.com

1

2

        Jordan M. Baumann
        JONES DAY
        325 John H. McConnell Boulevard, Suite 600
        Columbus, OH  43215-2673
        (614) 469-3939
        jbaumann@jonesday.com

        William L. Greene (#0198730)
        William D. Thomson (#0396743)
        STINSON LLP
        50 South Sixth Street, Suite 2600
        Minneapolis, MN 55402
        (612) 335-1500
        william.greene@stinson.com
        william.thomson@stinson.com

        J. Nicci Warr (*pro hac vice*)
        STINSON LLP
        7700 Forsyth Blvd., Suite 1100
        St. Louis, MO 63105
        (314) 863-0800
        nicci.warr@stinson.com

        *Counsel for Seaboard Foods LLC*

2