# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS BROUGHT BY COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF CLASS, CONSUMER INDIRECT PURCHASER PLAINTIFF CLASS, AND THE COMMONWEALTH OF PUERTO RICO | Case No. 0:18-cv-01776-JRT-JFD<br><br>**LR 7.1(F) CERTIFICATE OF COMPLIANCE** |

  I, William D. Thomson, certify that the Memorandum in Support of Defendant Seaboard Foods LLC's Unopposed Motion for Leave to File Amended Answers to CIIPP, CIPP, and Puerto Rico Complaints complies with the limits in Local Rule 7.1(f) and type-size limit of Local Rule 7.1(h).  I further certify that, in preparation of the above document, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations (excluding the caption and signature block) in the following word count.  I further certify that the length of this Memorandum is 1,857 words.

184093858.1

| | |
|---|---|
| Dated: August 29, 2023 | Respectfully submitted,<br><br>*/s/ William D. Thomson*<br>Peter J. Schwingler (#0388909)<br>JONES DAY<br>90 South Seventh Street, Suite 4950<br>Minneapolis, MN 55402<br>(612) 217-8800<br>pschwingler@jonesday.com<br><br>Jordan M. Baumann<br>JONES DAY<br>325 John H. McConnell Boulevard, Suite 600<br>Columbus, OH  43215-2673<br>(614) 469-3939<br>jbaumann@jonesday.com<br><br>William L. Greene (#0198730)<br>William D. Thomson (#0396743)<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>(612) 335-1500<br>william.greene@stinson.com<br>william.thomson@stinson.com<br><br>J. Nicci Warr (*pro hac vice*)<br>STINSON LLP<br>7700 Forsyth Blvd., Suite 1100<br>St. Louis, MO 63105<br>(314) 863-0800<br>nicci.warr@stinson.com<br><br>***Counsel for Seaboard Foods LLC*** |

184093858.1