## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS BROUGHT BY COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF CLASS, CONSUMER INDIRECT PURCHASER PLAINTIFF CLASS, AND THE COMMONWEALTH OF PUERTO RICO | Case No. 0:18-cv-01776-JRT-JFD<br><br>**DECLARATION OF WILLIAM D. THOMSON IN SUPPORT OF SEABOARD FOODS LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWERS TO CIIPP, CIPP, AND PUERTO RICO COMPLAINTS** |

I, William D. Thomson, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner with the law firm of Stinson LLP and am a member in good standing of the bars of the State of Minnesota and the District of Minnesota. I am one of the attorneys representing Defendant Seaboard Foods LLC in this matter. I am familiar with the matters that follow, and I make this declaration based on my own knowledge.

2. Attached to my declaration as exhibits are true and correct copies of the following documents:

    Exhibit 1:    Defendant Seaboard Foods LLC's proposed amended affirmative defenses to CIIPP & CIPP complaints.

    Exhibit 2:    A redlined copy of Defendant Seaboard Foods LLC's proposed amended affirmative defenses to CIIPP & CIPP complaints, showing how the proposed amended

1

|  |  |
|---|---|
|  | affirmative defenses differ from the currently operative versions. |
| Exhibit 3: | Defendant Seaboard Foods LLC's proposed amended affirmative defenses to Puerto Rico complaint. |
| Exhibit 4: | A redlined copy of Defendant Seaboard Foods LLC's proposed amended affirmative defenses to Puerto Rico complaint, showing how the proposed amended affirmative defenses differ from the currently operative version. |
| Exhibit 5: | CIPPs' Objections and Responses to Defendants' First Set of Interrogatories. |
| Exhibit 6: | CIIPPs' Objections and Responses to Defendants' First Set of Interrogatories. |
| Exhibit 7: | Plaintiff Commonwealth of Puerto Rico's Responses and Objections to Defendants' First Set of Interrogatories. |
| Exhibit 8: | CIPPs' Responses to Defendants' First, Second, and Third Set of Interrogatories.  **(Filed under seal.)** |
| Exhibit 9: | CIIPPs' Supplemental Objections and Responses to Defendants' First Set of Interrogatories.  **(Filed under seal.)** |

184089143

3

Exhibit 10:     The Commonwealth of Puerto Rico's Objections and Responses to Defendants' First and Second Sets of Interrogatories.  **(Filed under seal.)**

Exhibit 11:     *Hearing to Review the Economic Conditions Facing the Pork Industry: Hearing Before the Subcommittee on Livestock, Dairy, and Poultry of the Committee on Agriculture*, 111th Cong. 56-58 (2009) (statement of Rod K. Brenneman).

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 29, 2023.

*/s/ William D. Thomson*
William D. Thomson