UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS BROUGHT BY COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF CLASS, CONSUMER INDIRECT PURCHASER PLAINTIFF CLASS, AND THE COMMONWEALTH OF PUERTO RICO | Case No. 0:18-cv-01776-JRT-JFD<br><br>**ORDER GRANTING DEFENDANT SEABOARD FOODS LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWERS TO CIIPP, CIPP, AND PUERTO RICO COMPLAINTS** |

This matter is before the Court on Defendant Seaboard Foods LLC's Unopposed Motion for Leave to Amend to File Amended Answers to CIIPP, CIPP, and Puerto Rico Complaints (the "Motion") (Dkt. No. 2019). Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

1. Defendant's Motion is **GRANTED**.

2. Defendant may add the following affirmative defense to its answers to the complaints of the Commercial and Institutional Indirect Purchaser Plaintiff Class, Consumer Indirect Purchaser Plaintiff Class, and the Commonwealth of Puerto Rico: "Plaintiff's [Plaintiffs'] claims are barred, in whole or in part, to the extent Plaintiff[s] seek[s] to impose liability on Seaboard based on the exercise of any person or entity's right to petition federal, state, and local legislative bodies,

1

because such conduct was immune under the *Noerr-Pennington* doctrine and privileged under the First Amendment to the U.S. Constitution."

Dated: August 31, 2023      *s/ John F. Docherty*
　　　　　　　　　　　　　　　JOHN F. DOCHERTY
　　　　　　　　　　　　　　　United States Magistrate Judge