# EXHIBIT 11



**Sent:** Wednesday, April 5, 2017 12:45 PM
**To:** Matt McNeal

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000466138

# EXHIBIT 12



- SUBJECT TO PROTECTIVE ORDER

TF-P-000105985

# EXHIBIT 13



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000529625

Jp

This email and any files transmitted with it are confidential and intended solely for the use of the addressee. If you are not the intended addressee, then you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please notify us immediately of your unintended receipt by reply and then delete this email and your reply. Tyson Foods, Inc. and its subsidiaries and affiliates will not be held liable to any person resulting from the unintended or unauthorized use of any information contained in this email or as a result of any additions or deletions of information originally contained in this email.

CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure. If you are not the intended recipient of this email or the attachments, be aware that any disclosure, copying, distribution or use of this email or any attachment is strictly prohibited and you should not read the message or read or open any attachment. If you have received this email by mistake, please immediately notify the sender and delete it permanently from your system. Agri Stats, Inc. and its subsidiaries will not be held liable to any person or entity resulting from the unintended or unauthorized use of any information contained in this email.

TF-P-000529626

# EXHIBIT 14



HIGHLY CONFIDENTIAL

# EXHIBIT 15



HIGHLY CONFIDENTIAL

# EXHIBIT 16

HIGHLY CONFIDENTIAL

Page 48

1      A     So we -- can you restate the question,

2   please?  I want to make sure that I answer correctly.

3      Q     Sure.  What I'm just trying to get at is, is

4   it correct that one of the values that Agri Stats

5   brought to its clients was to ensure a standardization

6   of data?

7            MR. BERNICK:  Same objection.

8      A     And you mentioned the SKU-level data.  So

9   all of that data would be coded at the SKU level and

10  great care was made to ensure that all of those

11  product codes were coded correctly, to ensure that

12  apples-to-apples comparison that you mentioned.

13     Q     In the Data Miner, could pork clients search

14  by SKU?

15     A     I don't recall specifically the inner

16  workings of the Data Miner tool.  So I don't know the

17  capabilities that it had.

18     Q     Who would be the person at Agri Stats most

19  knowledgeable about the Data Miner tool?

20     A     I don't know at this stage.

21     Q     During your tenure there in charge of the

22  pork program, who would have been the person most

23  knowledgeable about the Data Miner tool?

24     A     During my tenure, that person would have

25  been Greg Dess.

HIGHLY CONFIDENTIAL

Page 201

1              CERTIFICATE OF OATH

2

3          I, Alice J. Teslicko, RMR, a Notary Public

4       for the State of Florida at large, do hereby

5       certify that the witness, Stacey Edwards,

6       appeared via teleconference before me and was

7       duly sworn.

8          Signed and sealed this 8th day of February,

9       2022.

10

11

12

13                      Alice J. Teslicko, RMR

14

15   Commission No. GG249076

     My Commission Expires:

16   December 14, 2022

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 202

1                          CERTIFICATE
2    STATE OF FLORIDA        )
                             )   ss.
3    COUNTY OF MARTIN        )
4
              I, ALICE TESLICKO, RMR, a Registered
5    Merit Reporter and Notary Public for the State of
     Florida at Large, do hereby certify that I reported the
6    deposition of Stacey Edwards, a witness called by the
     Plaintiffs in the above-styled cause; and that the
7    foregoing pages constitute a true and correct
     transcription of my shorthand report of the deposition of
8    said witness.
9             I further certify that I am not an attorney
     or counsel of any of the parties, nor a relative or
10   employee of counsel connected with the action, nor
     financially interested in the action.
11
              WITNESS my hand and official seal in the
12   City of Stuart, County of Martin, State of Florida, this
     8th day of February, 2022.
13
14
15                           Alice J. Teslicko, RMR
16   My commission expires:
     December 14, 2022
17   Commission No. GG249076
18
19
20
21
22
23
24
25



Plaintiff Exhibit
In Re: Pork Antitrust Lit
Stacey Edwards
0218

AGSTAT-P-0002835941

# EXHIBIT 17



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000047827

# EXHIBIT 18



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 19

**Document Produced Natively**

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER









{DATE}

# EXHIBIT 20

HIGHLY CONFIDENTIAL

Page 321

1                    CERTIFICATE OF OATH

2

3          I, Alice J. Teslicko, RMR, a Notary Public

4       for the State of Florida at large, do hereby

5       certify that the witness, Joshua Rennells,

6       appeared via teleconference before me and was

7       duly sworn.

8          Signed and sealed this 10th day of March,

9       2022.

10

11

12

13                    Alice J. Teslicko, RMR

14

15   Commission No. GG249076

     My Commission Expires:

16   December 14, 2022

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 322

1                              CERTIFICATE
2    STATE OF FLORIDA        )
                             )   ss.
3    COUNTY OF MARTIN        )
4
                I, ALICE TESLICKO, RMR, a Registered
5    Merit Reporter and Notary Public for the State of
     Florida at Large, do hereby certify that I reported the
6    deposition of Joshua Rennells, a witness called by the
     Plaintiffs in the above-styled cause; and that the
7    foregoing pages constitute a true and correct
     transcription of my shorthand report of the deposition
8    of said witness.
9               I further certify that I am not an attorney
     or counsel of any of the parties, nor a relative or
10   employee of counsel connected with the action, nor
     financially interested in the action.
11
                WITNESS my hand and official seal in the
12   City of Stuart, County of Martin, State of Florida, this
     10th day of March, 2022.
13
14
15                              Alice J. Teslicko, RMR
16   My commission expires:
     December 14, 2022
17   Commission No. GG249076
18
19
20
21
22
23
24
25