# EXHIBIT 21



Mark A. Copa
Smithfield Foods, Inc
757.357.8180 (o)
757.357.8187 (f)
markcopa@smithfieldfoods.com

CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure. If you are not the intended recipient of this email or the attachments, be aware that any disclosure, copying, distribution or use of this email or any attachment is strictly prohibited and you should not read the message or read or open any attachment. If you have received this email by mistake, please immediately notify the sender and delete it permanently from your system. Agri Stats, Inc. and its subsidiaries will not be held liable to any person or entity resulting from the unintended or unauthorized use of any information contained in this email.

This communication (including any attachments) is confidential and is intended to be privileged pursuant to applicable law.

If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, then

you are hereby notified that the dissemination, distribution or copying of this communication is prohibited. If you

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

SMITHFIELD00548308

# EXHIBIT 22



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000515626



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000515627

# EXHIBIT 23



**CONFIDENTIAL BUSINESS INFORMATION**

HIGHLY CONFIDENTIAL

# EXHIBIT 24



HIGHLY CONFIDENTIAL



**From:** Greg Bilbrey [mailto:gbilbrey@agristats.com]
**Sent:** Tuesday, January 28, 2014 11:23 AM
**To:**

**From:**
**Sent:** Monday, January 27, 2014 9:39 AM
**To:** Greg Bilbrey
**Subject:** RE: Agri Stats

HIGHLY CONFIDENTIAL

AGSTAT-P-0002613529

# EXHIBIT 25



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

AGSTAT-P-0003472187



HIGHLY CONFIDENTIAL

# EXHIBIT 26



HIGHLY CONFIDENTIAL

# EXHIBIT 27



# EXHIBIT 28

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 29

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

1              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
2

3

4    ATL 4842831 IN RE: PORK      Civil No. 18-1776 (JRT/HB)
     ANTITRUST LITIGATION,
5                                 0:21-md-02998-JRT-HB

     ~~~~~~~~~~~~~~~~~~~~~~~~~~~
6    This Document Relates to:    MDL No. 2998
7    All Actions
8

9

                 REMOTE VIDEO DEPOSITION OF
10

                   DAMON DALE GINTHER
11

                   HIGHLY CONFIDENTIAL
12

13

14

                    December 7, 2021
15

                       9:07 a.m.
16

17

18

                      Suite 2900
19                  1201 Walnut Street
                   Kansas City, Missouri
20

21

22

23          S. Julie Friedman, CCR-B-1476
24

25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 401

1                C E R T I F I C A T E

2

3

4        STATE OF GEORGIA:

5        COUNTY OF FULTON:

6

7                I hereby certify the foregoing transcript

8            was taken down, as stated in the caption, and

9            the questions and answers thereto were reduced

10           to typewriting under my direction; that the

11           foregoing pages 1 through 400 represent a true,

12           complete, and correct transcript of the evidence

13           given upon said hearing, and I further certify

14           that I am not of kin or counsel to the parties

15           in the case; am not in the regular employ of

16           counsel for any of said parties; nor am I in

17           anywise interested in the result of said case.

18               This, the 10th day of December, 2021.

19

20

             S. JULIE FRIEDMAN, CCR-B-1476

21

22

23

24

25





CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SBF0538947

# EXHIBIT 30

HIGHLY CONFIDENTIAL

Page 1

1                 UNITED STATES DISTRICT COURT

2                    DISTRICT OF MINNESOTA

3                          CIVIL NO. 18-1776 (JRT/HB)

4

5      _____

6      IN RE:  PORK ANTITRUST LITIGATION

7

       This document relates to:

8      All Actions

9      _____/

10

                        January 27, 2022

11                      10 a.m. - 3:17 p.m. EST

12

13

14          VIDEOTAPED DEPOSITION OF MARK COPA

15             TAKEN VIA ZOOM TELECONFERENCE

16

17

18        Taken on behalf of the Plaintiffs before

19     Alice J. Teslicko, Registered Professional Reporter,

20     Registered Merit Reporter and Notary Public, pursuant to

21     Plaintiffs' Notice of Deposition in the above cause.

22

23

24

25

HIGHLY CONFIDENTIAL

Page 172

1                    CERTIFICATE OF OATH

2

3          I, Alice J. Teslicko, RMR, a Notary Public

4      for the State of Florida at large, do hereby

5      certify that the witness, Mark Copa, appeared via

6      teleconference before me and was duly sworn.

7          Signed and sealed this 10th day of February,

8      2022.

9

10

11

12                    Alice J. Teslicko, RMR

13

14  Commission No. GG249076

    My Commission Expires:

15  December 14, 2022

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 173

1                        CERTIFICATE
2     STATE OF FLORIDA        )
                             )   ss.
3     COUNTY OF MARTIN        )
4
              I, ALICE TESLICKO, RMR, a Registered
5     Merit Reporter and Notary Public for the State of
      Florida at Large, do hereby certify that I reported the
6     deposition of Mark Copa, a witness called by the
      Plaintiffs in the above-styled cause; and that the
7     foregoing pages constitute a true and correct
      transcription of my shorthand report of the deposition of
8     said witness.
9             I further certify that I am not an attorney
      or counsel of any of the parties, nor a relative or
10    employee of counsel connected with the action, nor
      financially interested in the action.
11
              WITNESS my hand and official seal in the
12    City of Stuart, County of Martin, State of Florida, this
      10th day of February, 2022.
13
14
15                        Alice J. Teslicko, RMR
16    My commission expires:
      December 14, 2022
17    Commission No. GG249076
18
19
20
21
22
23
24
25