# EXHIBIT 31



HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 32



CONFIDENTIALITY NOTICE:  The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure.  If you are not the intended recipient of this email or the attachments, be aware that any disclosure, copying, distribution or use of this email or any attachment is strictly prohibited and you should not read the message or read or open any attachment.  If you have received this email by mistake, please immediately notify the sender and delete it permanently from your system.  Agri Stats, Inc. and its subsidiaries will not be held liable to any person or entity resulting from the unintended or unauthorized use of any information contained in this email.
Sent via my Blackberry

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HFC-PORKAT0000019130

# EXHIBIT 33



HIGHLY CONFIDENTIAL

# EXHIBIT 34

# Document Produced in Native Format

CONFIDENTIAL

CLMNS-0000529020



# Primal Strategy Butts



# EXHIBIT 35



# Final Transcript

> **SMITHFIELD FOODS, INC.: 2015 3rd Quarter Results**
>
> October 28, 2015/9:00 a.m. EDT

**SPEAKERS**

Keira Lombardo – Vice President of Corporate Affairs
Ken Sullivan – President and Chief Operating Officer
Glenn Nunziata – Chief Financial Officer

**ANALYSTS**

Brian Hunt – Wells Fargo
Hale Holden – Barclays
Lisa Deng – Goldman Sachs

**PRESENTATION**

Moderator
Ladies and gentlemen, thank you for standing by, and welcome to the Smithfield Foods 2015 Third Quarter Results conference call. At this time all participants are in a listen-only mode. Later we will conduct a question and answer session. Instructions will be given at that time. (Operator instructions.) And also, as a reminder, today's teleconference is being recorded.

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

G. Nunziata        Thank you.

B. Hunt        My first question is more a broad question.  When you look at the recent announcement out of China that they're listing trade sanctions on multiple pork plants and distribution centers, and we've also seen the stats that there's been significant pork inflation in China and a decline in the sow population, can you give us an idea what your exports are year-to-date and what the outlook is for export growth into Asia over the next year, in your opinion?

K. Sullivan        Sure.  Brian, this is Ken.  I'll handle that question.  The facts are our exports are up about 40% year-over-year to China.  So we continue to develop these programs with Shuanghui Development, our sister company.  In fact, just last night I was on a conference call talking about yet another deal that we're trying to move forward with there, so bottom line, exports volume to China is very good.

The idea of the restrictions being lifted for other pork companies is not a negative for us.  We view that as a positive.  The fact is the more US pork that gets out of the country, the better for the values of the meat that

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

SMITHFIELD01071538

remains in the United States.  And so on a net net basis, the idea that some of our competitors would begin to export in the Chinese marketplace is not a negative.

As you may know, China bans ractopamine.  We have the competitive advantage as it relates to our China exports, because we've got the ability to control our feed regimens and we control the pig supply, and so we've got an advantage.  That's not to say that others don't have ractopamine free production.  In fact, increasingly, we see other packers are developing ractopamine free programs, and so—but on a net basis, again, we're not at all discouraged by that.  We think that the more pork that flows out of the country, the better.

B. Hunt       Great.  My next question is, and I will not argue with you, your packaged meats business has done well year-to-date.  However, when I look at Q3, margins were down in round figures 450 basis points sequentially after showing very strong year-over-year positive comparisons in Q1 and Q2.  I was wondering, can you explain the sequential change?  Was there startup costs in a plant, promotional costs?  What's driving the margins back down to the high single-digit level?

EXHIBIT 36



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 37



HIGHLY CONFIDENTIAL

CONFIDENTIAL

# EXHIBIT 38



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 39

**PRODUCED IN NATIVE FORMAT**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER





# EXHIBIT 40



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER