# EXHIBIT 41

**PRODUCED IN NATIVE FORMAT**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

 PRINT ALL 4 PAGES

# PORK DOMESTIC AVAILABILITY - WEEKLY AVERAGES

**DISTRIBUTED 06-22-2011**

| Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | Oct | Nov | Dec | YTD |
|-----|-----|-----|-----|-----|------|------|-----|-----|-----|-----|-----|-----|

{DATE}

{DATE}{FILEPATH}{FILENAME}

**PORK DOMESTIC AVAILABILITY - WEEKLY AVERAGES**

DISTRIBUTED 06-22-2011

**PORK DOMESTIC AVAILABILITY - TFM ESTIMATE**

DISTRIBUTED 06-22-2011

| | Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | Oct | Nov | Dec | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**PORK DOMESTIC AVAILABILITY - TFM ESTIMATE**

DISTRIBUTED 06-22-2011





{DATE}

DISTRIBUTED 06-22-2011



{DATE}



{DATE}





# EXHIBIT 42



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 43



HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD01095552

# EXHIBIT 44

HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD01286583

# EXHIBIT 45



**Jason Richter**
**Smithfield Foods Int. Group**

(816) 243-1701 tel
(816) 243-1799 fax
(816) 728-8640 mobile

## Smithfield.

*Good food. Responsibly.*

Smithfield Foods
11500 NW Ambassador Drive, Ste. 300
Kansas City, MO  64153

HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

SMITHFIELD00705612

# EXHIBIT 46



HIGHLY CONFIDENTIAL



DXY00 - U.S. Dollar Index - Daily OHLC Chart





HIGHLY CONFIDENTIAL

CLMNS-0000298049

# EXHIBIT 47

# Pork Merchandiser's **Profit Maximizer**

## - Retail Edition -



© *2016 The National Pork Board, Des Moines, IA 515-223-2600;*
*Prepared by Steiner and Company, Manchester, NH   800-526-4612.*

**February 22, 2016**

### Exports in the broader context of meat demand



Steiner and Company produces the National Pork Board Newsletter based on information we believe is accurate and reliable. However neither NPB nor Steiner and Company warrants or guarantees the accuracy of or accepts any liability for the data, opinions or recommendations expressed.



# EXHIBIT 48



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 49



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SBF0375666



Begin forwarded message:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 50

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2                  DISTRICT OF MINNESOTA

3

4    CIVIL NO. 18-1776 (JRT/HB)

5    0:21-MD-02998-JRT-HB

6    MDL NO. 2998

7

8    IN RE:  PORK ANTITRUST LITIGATION

9    This Document Relates to:  All Actions

10

11

12

13                  HIGHLY CONFIDENTIAL

14           REMOTE VIDEO DEPOSITION OF

15              KENNETH M. GRANNAS, JR.

16                 December 17, 2021

17

18

19

20

21

22   REPORTED BY:    Laura H. Nichols

23                   Certified Realtime Reporter,

24                   Registered Professional

25                   Reporter and Notary Public

HIGHLY CONFIDENTIAL

Page 223

1                  C E R T I F I C A T E

2

3

4    STATE OF ALABAMA

5    JEFFERSON COUNTY

6

7              I hereby certify that the above and

8    foregoing deposition was taken down by me in

9    stenotypy, and the questions and answers thereto

10   were reduced to typewriting under my supervision,

11   and that the foregoing represents a true and

12   correct transcript of the deposition given by said

13   witness upon said hearing, to the best of my

14   ability.

15             I further certify that I am neither

16   of counsel nor of kin to the parties to the action,

17   nor am I in anywise interested in the result of

18   said cause.

19

20

21        /s/ LAURA H. NICHOLS

          Commissioner-Notary Public, State of AL

22        ACCR License No. 3, Exp. 9/30/2022

          GA CCR No. 2714, Exp. 4/1/2022

23        TN LCR No. 679, Exp. 6/30/2022

          Transcript Certified on 12/17/2021

24

25