# EXHIBIT 51

HIGHLY CONFIDENTIAL

Page 1

1                UNITED STATES DISTRICT COURT
                    DISTRICT OF MINNESOTA
2

3

4      ATL 4842831 IN RE: PORK       Civil No. 18-1776 (JRT/HB)
       ANTITRUST LITIGATION,
5                                    0:21-md-02998-JRT-HB

       ~~~~~~~~~~~~~~~~~~~~~~~~~~
6      This Document Relates to:    MDL No. 2998
7      All Actions
8

9

                     REMOTE VIDEO DEPOSITION OF
10

                     CORWYN "CORY" BOLLUM
11

                       HIGHLY CONFIDENTIAL
12

13

14

                        December 1, 2021
15

                          9:45 a.m.
16

17

18

                          Suite 2200
19                       90 S. 7th Street
                     Minneapolis, Minnesota
20

21

22

23            S. Julie Friedman, CCR-B-1476
24

25

HIGHLY CONFIDENTIAL

Page 378

1              C E R T I F I C A T E

2

3

4      STATE OF GEORGIA:

5      COUNTY OF FULTON:

6

7              I hereby certify the foregoing transcript

8           was taken down, as stated in the caption, and

9           the questions and answers thereto were reduced

10          to typewriting under my direction; that the

11          foregoing pages 1 through 377 represent a true,

12          complete, and correct transcript of the evidence

13          given upon said hearing, and I further certify

14          that I am not of kin or counsel to the parties

15          in the case; am not in the regular employ of

16          counsel for any of said parties; nor am I in

17          anywise interested in the result of said case.

18              This, the 14th day of December, 2021.

19

20

                        S. JULIE FRIEDMAN, CCR-B-1476

21

22

23

24

25

# EXHIBIT 52

Message

| | |
|---|---|
| **From**: | Donald_J._Temperley/Corp/Hormel [Donald_J._Temperley/Corp/Hormel] |
| **Sent**: | 2/25/2014 8:22:18 AM |
| **To**: | Greg Bilbrey [gbilbrey@agristats.com] |
| **BCC**: | Jeff_A._Nuytten/Corp/Hormel%Hormel |
| **Subject**: | RE: Fw: Agri Stats Setup |

Good Morning Greg,



I appreciate your follow up and hope all is well with you.

Have a great day,

Donnie

Greg Bilbrey ---02/17/2014 08:31:19 PM---Donnie: I hope you had a good holiday season and all is going well for you in 2014! Hormel announce

From: Greg Bilbrey <gbilbrey@agristats.com>
To: "djtemperley@hormel.com" <djtemperley@hormel.com>,
Date: 02/17/2014 08:31 PM
Subject: RE: Fw: Agri Stats Setup

Donnie:



Thanks!

Greg

-----Original Message-----
From: djtemperley@hormel.com [mailto:djtemperley@hormel.com]
Sent: Tuesday, December 17, 2013 11:54 AM
To: Greg Bilbrey
Subject: Re: Fw: Agri Stats Setup

Good Morning Greg,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HFC-PORKAT0000356426

EXHIBIT 53

Message

| | |
|---|---|
| **From:** | Greg Bilbrey [/O=AGRI STATS, INC./OU=AGRISTATS/CN=RECIPIENTS/CN=GREGORY BILBREY] |
| **Sent:** | 6/2/2011 9:56:10 AM |
| **To:** | Stacey Edwards [sedwards@agristats.com] |
| **Subject:** | RE: Agristats Reports - PDF Format |



**From:** Stacey Edwards
**Sent:** Thursday, June 02, 2011 9:39 AM
**To:** Greg Bilbrey
**Subject:** FW: Agristats Reports - PDF Format



*Stacey*

**From:** Mike Donohue
**Sent:** Thursday, June 02, 2011 9:37 AM
**To:** Stacey Edwards
**Subject:** Re: Agristats Reports - PDF Format

Stacey

Mike

CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure. If you are not the intended recipient of this email or the attachments, be aware that any disclosure, copying, distribution or use of this email or any attachment is strictly prohibited and you should not read the message or read or open any attachment. If you have received this email by mistake, please immediately notify the sender and delete it permanently from your system. Agri Stats, Inc. and its subsidiaries will not be held liable to any person or entity resulting from the unintended or unauthorized use of any information contained in this email. Sent via my Blackberry

**From:** Stacey Edwards
**To:**
**Sent:** Thu Jun 02 08:28:19 2011
**Subject:** RE: Agristats Reports - PDF Format

HIGHLY CONFIDENTIAL

AGSTAT-P-0002819700

# EXHIBIT 54

| | |
|---|---|
| **From:** | Kathol, Jon </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=KATHOLJ> |
| **To:** | Smith, Donnie; White, Noel; Lochner, James; Leatherby, Dennis; Carper, Hal; Kegley, Julie |
| **Sent:** | 9/20/2012 4:33:50 PM |
| **Subject:** | Feedback from ▮▮▮▮ |

Feedback section highlighted below.

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, September 19, 2012 5:32 PM
**To:** Kathol, Jon
**Subject:** RE: Note of Thanks

-------- Original Message --------

From :    "Kathol, Jon" <Jon.Kathol@tyson.com>
To : ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Cc :
Sent on : 09/19 04:24:00 PM EDT
Subject : Note of Thanks

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Regards,

**Jon Kathol** | Vice President - Investor Relations
**Tyson Foods, Inc.** | 2200 Don Tyson Pkwy | CP 051 | Springdale, AR  72762-6999
**T** 479.290.4235 | **F** 479.757.6712

**jon.kathol@tyson.com** | **http://www.tyson.com**

This email and any files transmitted with it are confidential and intended solely for the use of the addressee. If you are not the intended addressee, then you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please notify us immediately of your

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 55

# Document Produced Natively

HIGHLY CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 56

# EXHIBIT 57

# EXHIBIT 58

| | |
|---|---|
| **From:** | McConnell, Deb </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=WAOPDAM> |
| **To:** | Coburn, Crystal |
| **Sent:** | 8/2/2012 7:54:00 PM |
| **Subject:** | FW: We still do not have a FINAL may book.. |

**From:** Josh Edwards [mailto:jedwards@agristats.com]
**Sent:** Thursday, August 02, 2012 2:35 PM
**To:** McConnell, Deb; John Monroe
**Subject:** RE: We still do not have a FINAL may book..

█████████████████████████████████████████████████████

**From:** McConnell, Deb [mailto:Deb.McConnell@tyson.com]
**Sent:** Thursday, August 02, 2012 3:23 PM
**To:** John Monroe; Josh Edwards
**Subject:** We still do not have a FINAL may book..

Greg is out of office.

**From:** McConnell, Deb
**Sent:** Thursday, August 02, 2012 2:22 PM
**To:** 'Greg Dess'
**Subject:** We still do not have a FINAL may book..

█████████████████████████████████████████████████████

This email and any files transmitted with it are confidential and intended solely for the use of the addressee. If you are not the intended addressee, then you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please notify us immediately of your unintended receipt by reply and then delete this email and your reply. Tyson Foods, Inc. and its subsidiaries and affiliates will not be held liable to any person resulting from the unintended or unauthorized use of any information contained in this email or as a result of any additions or deletions of information originally contained in this email.
CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure. If you are not the intended recipient of this email or the attachments, be aware that any disclosure, copying, distribution or use of this email or any attachment is strictly prohibited and you should not read the message or read or open any attachment. If you have received this email by mistake, please immediately notify the sender and delete it permanently from your system. Agri Stats, Inc. and its subsidiaries will not be held liable to any person or entity resulting from the unintended or unauthorized use of any information contained in this email.

# EXHIBIT 59

**From:** Miller, Shane </C=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=DCSASMM>
**To:** McConnell, Deb
**Sent:** 11/9/2010 10:35:15 PM
**Subject:**

You too

**From:** McConnell, Deb
**Sent:** Tuesday, November 09, 2010 4:34 PM
**To:** Miller, Shane

Yes you do……everyday!!! Great job…..you are just VERY quick witted and I couldn't help but firing back that quick response!!! J have a great evening!!

**From:** Miller, Shane
**Sent:** Tuesday, November 09, 2010 4:33 PM
**To:** McConnell, Deb

I never win!

**From:** McConnell, Deb
**Sent:** Tuesday, November 09, 2010 4:32 PM
**To:** Miller, Shane

**From:** Miller, Shane
**Sent:** Tuesday, November 09, 2010 4:31 PM
**To:** McConnell, Deb

Was there any doubt?

**From:** McConnell, Deb
**Sent:** Tuesday, November 09, 2010 4:23 PM
**To:** White, Noel; Machan, Gary; Schmitz, Jim; Neff, Todd; Miller, Shane; Krehbiel, Jay; Brester, Jason; Solsma, Jim; Gaes, Scott; Matsumoto, Sumio; Gingerich, Mark; Connor, Paul

Thanks, Debbie

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 60

**From:** Matsumoto, Sumio </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=MATSUMOTOS>
**To:** McConnell, Deb
**Sent:** 2/5/2010 11:39:34 PM
**Subject:** RE: Agristats.xls
**Attachments:** Agristats -su.xls

Sumio

**From:** McConnell, Deb
**Sent:** Friday, February 05, 2010 3:53 PM
**To:** Matsumoto, Sumio
**Cc:** McConnell, Deb
**Subject:** Agristats.xls



Have a nice weekend..... J

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000257671