# EXHIBIT 71

**To:** Freed, Ronald D.[ron@clemensfoodgroup.com]; Freed, Ralph D.[RALPH@clemensfoodgroup.com]
**From:** Schmerbeck, Justin R.[/O=HATFIELD/OU=HATFIELDLAN/CN=RECIPIENTS/CN=JSCHMERBECK]
**Sent:** Mon 9/30/2013 12:44:12 PM Eastern Daylight Time
**Subject:** RE: Export Feet

Thanks for the information Ron.. Since I was not at the Agristats meeting.. can you advise what this was in reference too?

**From:** Freed, Ronald D.
**Sent:** Monday, September 30, 2013 9:18 AM
**To:** Freed, Ralph D.; Schmerbeck, Justin R.
**Subject:** FW: Export Feet

Thanks

**From:** Josh Edwards [mailto:jedwards@agristats.com]
**Sent:** Monday, September 30, 2013 8:48 AM
**To:** Freed, Ronald D.
**Subject:** Export Feet

Ron – I did some digging on                    What I feel I can share without divulging anything is the following:

Josh

Josh Edwards
Account Manager/Swine
Agri Stats, Inc.
jedwards@agristats.com
Office: 260-407-6000
Cell: 260-437-3974

CONFIDENTIALITY NOTICE: The information contained in this email (and any attachments) is privileged and confidential and protected from disclosure. If you are not the intended recipient of this email or the attachments, be aware that any disclosure, copying, distribution or use of this email or any attachment is strictly prohibited and you should not read the message or read or open any attachment. If you have received this email by mistake, please immediately notify the sender and delete it permanently from your system. Agri Stats, Inc. and its subsidiaries will not be held liable to any person or entity resulting from the unintended or unauthorized use of any information contained in this email.

# EXHIBIT 72



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 73

Message

| From: | Price, George ["Price, George" <George.Price@jbssa.com>] |
|---|---|
| on behalf of | Price, George [George.Price@jbssa.com] |
| Sent: | 2/8/2014 12:02:20 PM |
| To: | Manternach, Ross [Ross.Manternach@jbssa.com] |
| Subject: | Re: November Pork AgriStats Processing Recap |
| Attachments: | image001.jpg; image002.jpg; image003.jpg |

Need to!

Sent from my iPhone

On Feb 8, 2014, at 11:50 AM, "Manternach, Ross" <Ross.Manternach@jbssa.com> wrote:

That's big!!!

Hopefully we can do that for all of CY 2014.

<image001.jpg>

**Ross Manternach**
<image002.jpg>
National Account Sales
JBS Pork
ross.manternach@jbssa.com

<image003.jpg>

O: 970.506.7498
C: 970.988.8164
www.jbssa.com
1770 Promontory Circle
Greeley, CO 80634

**From:** Price, George
**Sent:** Saturday, February 08, 2014 11:36 AM
**To:** Manternach, Ross
**Subject:** Re: November Pork AgriStats Processing Recap

For the most part.

Sent from my iPhone

On Feb 8, 2014, at 11:01 AM, "Manternach, Ross" <Ross.Manternach@jbssa.com> wrote:



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 74

**From:**       Brester, Jason </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=DCSAJAB>
**To:**         Uecker, Gregg
**Sent:**       6/17/2013 4:09:20 PM
**Subject:**    RE: Smithfield Q4 and FY13 Earnings Release

**From:** Uecker, Gregg
**Sent:** Monday, June 17, 2013 10:59 AM
**To:** Brester, Jason
**Subject:** FW: Smithfield Q4 and FY13 Earnings Release

Jason

GU

**From:** Yayock, Ashley
**Sent:** Friday, June 14, 2013 10:41 AM
**To:** Baker, Brian; Billups, Steve; Bryan, Marty; Gean, Paul; Hammett, Kristin; Helt, Jeremy; Hudson, Read; Johnk, Lanny; Kathol, Jon; Leatherby, Dennis; Lochner, James; Middlebrook, Mike; Pfeifer, Jerry; Smith, Donnie; Thomas, Phillip; Wilson, Todd; Tucker, Kelly; Yayock, Ashley; Ahlers, Lauren; Uecker, Gregg; Morris, Wes; Emmanuel, Joe; White, Noel; White, Susan; Peters, Scott
**Subject:** FW: Smithfield Q4 and FY13 Earnings Release



Please let me know if you have any questions or would like more information.

TF-P-000986521

# EXHIBIT 75

| From: | McConnell, Deb </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=WAOPDAM> |
|-------|------|
| To: | Messerole, Noel; Kizer, Mrylon; Kies, Wayne; Winn, Steven; Slater, Peggy; Stough, Elizabeth; Holst, Jonathan; Mauch, Jason; Louthan, Nancy |
| CC: | McConnell, Deb |
| Sent: | 12/4/2012 9:00:06 PM |
| Subject: | Agristats - Sept '12 |
| Attachments: | Book2.xlsx |

DO NOT DISTRIBUTE via e-mail.  If you make hard copies for group discussion, please collect at end of meeting.

Thanks, Debbie

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000329939

# EXHIBIT 76

| | |
|---|---|
| **From:** | Schaecher, Brandon </O=TYSON/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SCHAECHER, BRANDON02B> |
| **To:** | McConnell, Deb |
| **Sent:** | 8/16/2013 1:16:45 PM |
| **Subject:** | Agristats June '13 |
| **Attachments:** | Agristats June '13.xlsx |

Good morning!

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000368308

# EXHIBIT 77



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TF-P-000408067

# EXHIBIT 78

| | |
|---|---|
| **From:** | Holst, Jonathan </O=TYSON/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HOLSTJ> |
| **To:** | McConnell, Deb |
| **Sent:** | 9/10/2015 7:15:37 PM |
| **Subject:** | Agristats June '15.xlsx |
| **Attachments:** | Agristats June '15.xlsx |

To review quickly before I print

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 79

| | |
|---|---|
| **From:** | McConnell, Deb </O=TYSON/OU=TYSONET/CN=RECIPIENTS/CN=WAOPDAM> |
| **To:** | Connor, Paul |
| **CC:** | McConnell, Deb |
| **Sent:** | 9/7/2016 12:47:27 PM |
| **Subject:** | Agristats June '16.xlsx |
| **Attachments:** | Agristats June '16.xlsx |



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 80