# EXHIBIT 202

Document Produced Natively

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

JBS-PORK-02182977





# EXHIBIT 231





# EXHIBIT 240

