# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>The Consumer Indirect Purchaser Plaintiff Action | Case No. 0:18-cv-01776 (JRT/JFD)<br><br>**CONSUMER INDIRECT PURCHASER PLAINTIFFS' UNCONTESTED MOTION TO APPROVE THE MANNER AND FORM OF CLASS NOTICE** |

Pursuant to Federal Rule of Civil Procedure 23(c)(2)(B), Consumer Indirect Purchaser Plaintiffs respectfully move this Court for an order approving the manner and form of class notice to the certified class.

DATED: September 5, 2023                HAGENS BERMAN SOBOL SHAPIRO LLP

By:   */s/ Shana E. Scarlett*
           SHANA E. SCARLETT

Rio Pierce
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski
Abigail D. Pershing
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
elaine@hbsslaw.com
abigailp@hbsslaw.com

GUSTAFSON GLUEK PLLC

By:   *Daniel C. Hedlund*
           DANIEL C. HEDLUND

- 1 -

- 2 -

    Daniel E. Gustafson (#202241)
    Daniel C. Hedlund (#258337)
    Michelle J. Looby (#388166)
    Joshua J. Rissman (#391500)
    GUSTAFSON GLUEK PLLC
    120 South 6th Street, Suite 2600
    Minneapolis, MN 55402
    Telephone: (612) 333-8844
    Facsimile: (612) 339-6622
    dgustafson@gustafsongluek.com
    dhedlund@gustafsongluek.com
    mlooby@gustafsongluek.com
    jrissman@gustafsongluek.com

*Interim Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*