# EXHIBIT A

<u>COURT-APPROVED LEGAL NOTICE</u>

**If you purchased any Pork product in the United States from June 28, 2014, through June 30, 2018, a class action lawsuit may affect your rights.**

*Para una notificacion in español, llame gratis al 1-877-777-9594*
*o visite nuestro www.overchargedforpork.com.*

The purpose of this notice is to inform you of your rights related to the class action lawsuit *In re Pork Antitrust Litigation (Indirect Purchaser Actions)*, Case No. 0:18-cv-01776, pending in the United States District Court for the District of Minnesota (the "Court"). On March 29, 2023, Judge John R. Tunheim issued an Order certifying a class of indirect purchasers generally defined as: "All persons and entities who indirectly purchased raw pork, bacon, or one or more of the following types of raw pork, whether fresh or frozen: bellies, loins, shoulder, ribs, or pork chops from defendants or co-conspirators for personal consumption in the Repealer Jurisdictions from June 28, 2014, to June 30, 2018 (the "Certified Class")."

This notice provides Class Members with an opportunity to opt out of the Certified Class defined above. If you exclude yourself from the Certified Class, you will not be able to recover any award from any future settlements or judgments obtained by the lawyers for the Class, if settlements or judgments occur. Your decision to exclude yourself (or not) from the Certified Class will not affect your ability to participate in the previous settlements reached in this litigation. Your legal rights may be affected whether you act or do not act. Please read this notice carefully.

Defendants have not admitted any liability and continue to deny the legal claims alleged in this lawsuit. No additional settlements have been reached with the Non-Settling Defendants. If there are any future settlements or judgments, you will receive additional notice.

<u>WHO IS INCLUDED?</u>

The Certified Class is defined as:

All persons and entities who indirectly purchased raw pork, bacon, or one or more of the following types of raw pork, whether fresh or frozen: bellies, loins, shoulder, ribs, or pork chops from defendants or co-conspirators for personal consumption in the Repealer Jurisdictions from June 28, 2014, to June 30, 2018. For this lawsuit, pork excludes any product that is marketed as organic, no-antibiotics ever (NAE), and any product other than bacon that is marinated, seasoned, flavored, or breaded.

The "Repealer Jurisdictions" are: California, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, and Wisconsin.

If you are a member of the Certified Class and do not exclude yourself, you may be eligible to participate in any additional settlements which may arise with the Non-Settling Defendants.

<u>WHAT IS THIS LAWSUIT ABOUT?</u>

This class action is called *In re Pork Antitrust Litigation (Indirect Purchaser Actions)*, Case No. 0:18-cv-01776 (D. Minn.), and is pending in the United States District Court for the District of Minnesota. U.S. District Court Judge John R. Tunheim is in charge of this class action.

Indirect Purchaser Plaintiffs allege that Defendants and their co-conspirators conspired and combined to fix, raise, maintain, and stabilize the price of Pork products with the intent and expected result of increasing prices of Pork products in the United States, in violation of federal and state consumer and antitrust laws.

The Defendants and co-conspirators named in Consumer Indirect Purchaser Plaintiffs' Second Amended Consolidated Class Action Complaint are producers of Pork products in the United States, as well as Agri Stats, Inc. In this notice, "Defendants" refers to: JBS USA Food Company and JBS USA Food Company Holdings (the "JBS Defendants"); Clemens Food Group, LLC and The Clemens Family Corporation; Hormel Foods Corporation; Seaboard Foods LLC; Smithfield Foods, Inc. (the "Smithfield Defendants"); Triumph Foods, LLC; Tyson Foods, Inc.; Tyson Prepared Foods, Inc.; Tyson Fresh Meats, Inc.; and Agri Stats, Inc.

The Court previously gave final approval to settlements between the Plaintiffs and the JBS Defendants and the Smithfield Defendants. The Indirect Purchaser Plaintiffs' case is proceeding against all other Defendants who have not settled the case, known as the "Non-Settling Defendants." If you are a member of the Certified Class, you may receive additional notices regarding the progress of the litigation and any resolution of claims against the Non-Settling Defendants.

<u>WHAT ARE YOUR RIGHTS AND OPTIONS?</u>

If you do not want to remain a member of the Certified Class and you do not want to be legally bound by the terms of any potential settlements or judgments, or if you wish to pursue your own separate lawsuit against Defendants, you must exclude yourself by

submitting a written request to the Administrator stating your intent to exclude yourself from the Certified Class (an "Exclusion Request").

Your Exclusion Request must include the following: (a) your name and address; (b) a statement that you want to be excluded from the End-User Consumer Certified Class in *In re Pork Antitrust Litigation (Indirect Purchaser Actions),* Case No. 0:18-cv-01776; and (c) your signature. You must mail your Exclusion Request, postmarked by ▓▓▓▓▓▓▓▓, **2023**, to: Pork Consumer Litigation, Attn: EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217.

This notice is only a summary. You can find more details about the Certified Class at www.overchargedforpork.com or by calling toll-free 1-877-777-9594.  Please do not contact the Court.