## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT/JFD) |
| | Civil No. 21-2998 (JRT/JFD) |
| This Document Relates To: | Civil No. 21-1454 (JRT/JFD) |
| | Civil No. 21-1875 (JRT/JFD) |
| *Action Meat* Direct Action Plaintiffs' and Direct Action Plaintiff Giant Eagle, Inc.'s claims against Defendant Smithfield Foods, Inc. | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SMITHFIELD FOODS, INC.** |

Robert N. Kaplan, Gregory K. Arenson, and Matthew P. McCahill, **KAPLAN FOX & KILSHEIMER, LLP**, 800 Third Avenue, 38th Floor, New York, NY 10022; Eric R. Lifvendahl, **LIFVENDAHL LAW, LLC**, 265 Latrobe Avenue, Northfield, IL 60093; Richard L. Coffman, **THE COFFMAN LAW FIRM**, 3355 West Alabama, Suite 240, Houston, TX 77098; Bernard D. Marcus and Moira Cain-Mannix, **MARCUS & SHAPIRA LLP**, One Oxford Center, 35th Floor, Pittsburgh, PA 15219, for Action Meat Plaintiffs.

*Action Meat* Direct Action Plaintiffs ("*Action Meat* Plaintiffs"), Direct Action Plaintiff Giant Eagle, Inc. ("Giant Eagle"), and Defendant Smithfield Foods, Inc. have filed a Stipulation for the Dismissal, With Prejudice, of the *Action Meat* Plaintiffs' and Giant Eagle's claims in this case against Defendant Smithfield Foods, Inc. Based on all the files, records, and proceedings in this case, **IT IS SO ORDERED** that the parties' Stipulation is **GRANTED** as follows:

1. This Order relates only to the *Action Meat* Plaintiffs' and Giant Eagle's claims against Defendant Smithfield Foods, Inc. in *In re: Pork Antitrust Litigation*, Case No. 18-cv-1776 (D. Minn.); *In re: Pork Antitrust Litigation*, Case No. 0:21-md-02998-JRT-HB (MDL No. 2998); *Action Meat Distributors, Inc., et al. v. Agri Stats, Inc., et al.*, Case No. 0:21-cv-01454-JRT-HB; and *Giant Eagle, Inc. v. Agri Stats, Inc., et al.*, Case No. 0:21-cv-01874-JRT-HB (collectively referred to as "Actions").

2. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the *Action Meat* Plaintiffs' and Giant Eagle's claims against Defendant Smithfield Foods, Inc. in the Actions are hereby **DISMISSED WITH PREJUDICE**, with each side bearing its own attorneys' fees and costs.

3. This Order has no bearing on the *Action Meat* Plaintiffs' or Giant Eagle's claims against any Defendant other than Smithfield Foods, Inc.

DATED: September 13, 2023
at Minneapolis, Minnesota.

                                                    JOHN R. TUNHEIM
                                         United States District Judge