# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*All Actions* | Judge John R. Tunheim<br><br>Mag. Judge John F. Docherty<br><br>18-cv-1776 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nicholas E.O. Gaglio of the law firm of Axinn, Veltrop & Harkrider LLP hereby enters his appearance in the above-captioned matter on behalf of Defendants Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; and Tyson Prepared Foods, Inc.

Dated: September 18, 2023

Respectfully submitted,

By: */s/ Nicholas E.O. Gaglio*
Nicholas E.O. Gaglio
Axinn, Veltrop & Harkrider LLP
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Facsimile: (212) 728-2201
ngaglio@axinn.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of September, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all ECF registrants.

                                                 */s/ Nicholas E.O. Gaglio*
                                                   Nicholas E.O. Gaglio