# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*All Actions* | Case No. 1:18-cv-1776 |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), the undersigned hereby notifies the Court and counsel that Brandon Boxbaum will no longer be with the firm Axinn, Veltrop & Harkrider LLP as of September 22, 2023 and is withdrawing his representation of (1) Tyson Foods, Inc., (2) Tyson Prepared Foods, Inc., and (3) Tyson Fresh Meats, Inc. in this matter. All other Axinn, Veltrop & Harkrider LLP counsel of record shall remain the same.

Dated: September 19, 2023

Respectfully Submitted,

*/s/ Brandon Boxbaum*
Brandon Boxbaum
AXINN, VELTROP &
HARKRIDER LLP
1901 L Street NW
Washington, D.C. 20036
T: 202-912-4700
E: bboxbaum@axinn.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of September 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all ECF registrants.

      */s/ Brandon Boxbaum*
      Brandon Boxbaum