## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

Case No.: 18-cv-1776 (JRT/JFD)

*This Document Relates to:*

All Actions

**ORDER ON JOINT MOTION REGARDING CONTINUED SEALING**

Before the Court is a Joint Motion Regarding Continued Sealing (Dkt. No. 1823), pursuant to Local Rule 5.6(d), concerning the confidential documents filed under seal. Having reviewed the motions and the documents filed under seal, as well as all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Joint Motion (Dkt No. 1823) is **GRANTED IN PART**, as follows:

1. The parties agree that unsealing of the following documents is appropriate. The Clerk is directed to unseal the following documents 28 days after the issuance of this Order unless a timely motion for further consideration is filed pursuant to Local Rule 5.6(d)(3):

    Dkt. Nos. 1330, 1324, 1324-2, 1324-4, 1324-5, 1324-6, 1324-7, 1324-8, 1324-9, 1324-10, 1324-11, 1324-12, 1324-14, 1324-15, 1324-16, 1324-17, 1324-20, 1324-21, 1324-22, 1324-23, 1324-24, 1324-25, 1324-26, 1325, 1325-1, 1325-2, 1325-3, 1325-4, 1325-5, 1325-6, 1325-7, 1325-8, 1325-9, 1325-10, 1325-11, 1325-12, 1325-13, 1325-14, 1325-15, 1325-16, 1325-17, 1326, 1326-1, 1326-2, 1326-3, 1326-4, 1326-5, 1326-6, 1326-8, 1326-9, 1326-10, 1326-11, 1326-12, 1326-13, 1326-15, 1326-16, 1326-17, 1326-18, 1326-19, 1326-23, 1326-24, 1326-26, 1326-27, 1326-28, 1326-29, 1326-32, 1326-33, 1326-34, 1326-36, 1327-5, 1327-7, 1327-8, 1327-9, 1327-10, 1327-11, 1327-13, 1327-14, 1327-15, 1327-16, 1327-17, 1327-19, 1327-20, 1327-

    21, 1327-22, 1327-23, 1616-1, 1616-2, 1616-3, 1616-4, 1616-5, 1616-6, 1616-7, 1616-8, 1617, 1446, 1446-2, 1446-3, 1446-4, 1446-6, 1446-7, 1446-8, 1446-10, 1446-13, 1446-16, 1446-17, and 1446-18.

2. The parties disagree as to Dkt. Nos. 1320, 1324-1, 1324-3, 1324-13, 1324-18, 1324-19, 1326-14, 1326-20, 1326-21, 1326-22, 1326-25, 1326-31, 1326-35, 1326-37, 1326-38, 1326-39, 1326-40, 1327-2, 1327-3, 1327-6, 1327-12, 1327-24, 1446-1, 1446-5 and 1613. Having reviewed the documents, the Court finds that good cause has not been shown for continued sealing. Accordingly,

    a. The Clerk is directed to unseal the following documents 28 days after the issuance of this Order unless a timely motion for further consideration is filed pursuant to Local Rule 5.6(d)(3:

    Dkt. Nos. 1320, 1324-1, 1324-3, 1324-13, 1324-18, 1324-19, 1326-14, 1326-20, 1326-21, 1326-22, 1326-25, 1326-31, 1326-35, 1326-37, 1326-38, 1326-39, 1326-40, 1327-2, 1327-3, 1327-6, 1327-12, 1327-24, 1446-1, 1446-5, and 1613.

3. The parties disagree as to Dkt. Nos. 1326-7, 1327, 1327-1, 1327-4, 1327-18, and 1446-12. Having reviewed the documents, the Court finds that good cause has been shown for continued sealing. Accordingly,

    a. The Clerk is directed to keep the following documents sealed:

    Dkt. Nos. 1326-7, 1327, 1327-1, 1327-4, 1327-18, and 1446-12.

4. The parties disagree as to Dkt. No. 1326-30. Having reviewed the document, the Court finds that the document contains only limited information for which there is good cause for continued sealing, and that a redacted version can be prepared. Accordingly,

    a. The Clerk is directed to keep the following document sealed:

    Dkt. No. 1326-30

    b. On or before **October 17, 2023,** the filing party must file a redacted public version of Dkt. No. 1326-30 that redacts only the last page of the document.

5. The parties disagree as to Dkt. No. 1445. Having reviewed the document, the Court finds that the document contains only limited

information for which there is good cause for continued sealing and that a redacted version can be prepared. Accordingly,

    a.    The Clerk is directed to keep the following document sealed:

        Dkt. No. 1445.

    b.    On or before **October 17, 2023**, the filing party must file a redacted public version of Dkt. No. 1445 in the form attached to the Joint Sealing Motion.

Dated:  September 14, 2023

        *s/ John F. Docherty*
        JOHN F. DOCHERTY
        United States Magistrate Judge