UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

<u>In Re: Pork Antitrust Litigation</u>

Case No. <u>0:18-cv-01776-JRT-JFD</u>

This Document Relates To:

All Actions Brought by Commercial and Institutional Indirect Purchaser Plaintiff Class, Consumer Indirect Purchaser Plaintiff Class, and the Commonwealth of Puerto Rico

**JOINT MOTION REGARDING CONTINUED SEALING**

Documents have been filed under temporary seal in connection with the following motion:

| | |
|---|---|
| Defendant Seaboard Foods LLC's Unopposed Motion for Leave to File Amended Answers to CIIPP, CIPP, and Puerto Rico Complaints | Doc. No. 2019 |

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

1

184358825

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY:<br>a) The information that the parties agree should remain sealed;<br>b) The information the parties agree should be unsealed; and<br>c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 2022 | N/A | Exhibit 8 to Thomson Declaration in Support of Motion | Parties agree that the document should remain sealed, but a redacted copy should be filed that redacts pages 35-103 of the exhibit. The remainder of the exhibit (pages 1-34 and 104-151) should be unredacted. | All defendants (including non-parties to this motion) have marked information included within the document as confidential or highly confidential. | Document should be unsealed except portions describing or quoting documents and testimony that (1) discuss confidential business information and methods of parties and third-parties, and (in most instances) (2) have been marked confidential or highly confidential under the Protective Order, including by non-parties to the motion. |
| 2022-1 | N/A | Exhibit 9 to Thomson Declaration in Support of Motion | Parties agree that the document should remain sealed, but a redacted copy should be filed that redacts pages 33-62 of the exhibit. The remainder of the exhibit (pages 1-32 and 63-182) should be unredacted. | All defendants (including non-parties to this motion) have marked information included within the document as confidential or highly confidential. | Document should be unsealed except portions describing or quoting documents and testimony that (1) discuss confidential business information and methods of parties and third-parties, and (in most instances) (2) have been marked confidential or highly confidential under the Protective Order, including by non-parties to the motion. |

184358825

| 2022-2 | N/A | Exhibit 10 to Thomson Declaration in Support of Motion | Parties agree that the document should remain sealed, but a redacted copy should be filed that redacts pages 32-54 of the exhibit. The remainder of the exhibit (pages 1-31) should be unredacted. | All defendants (including non-parties to this motion) have marked information included within the document as confidential or highly confidential. | Document should be unsealed except portions describing or quoting documents and testimony that (1) discuss confidential business information and methods of parties and third-parties, and (in most instances) (2) have been marked confidential or highly confidential under the Protective Order, including by non-parties to the motion. |
|---|---|---|---|---|---|
| | | | | | |

184358825

Dated: September 19, 2023            Respectfully submitted,

*/s/ William D. Thomson*
Peter J. Schwingler (#0388909)
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
(612) 217-8800
pschwingler@jonesday.com

Jordan M. Baumann
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH  43215-2673
(614) 469-3939
jbaumann@jonesday.com

William L. Greene (#0198730)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
william.thomson@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

**Counsel for Seaboard Foods LLC**

4

*/s/ Breanna Van Engelen*
Shana E. Scarlett
Rio Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
elaine@hbsslaw.com

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

5

184358825

Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Counsel for Consumer Indirect Purchaser Plaintiffs*

*/s/ Blaine Finley*
Shawn M. Raiter (MN#240424)
LARSON KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
T: (651) 312 6518
sraiter@larsonking.com

Blaine Finley
Jonathan W. Cuneo
Joel Davidow
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
T: (202) 789-3960
bfinley@cuneolaw.com
jone@cuneolaw.com
joel@cuneolaw.com

Cody McCracken
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave NW
Suite 200
Washington DC 20016
T:202-789-3960
cmccracken@cuneolaw.com

*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

6

184358825

*/s/ Kyle G. Bates*
Anthony J Nemo, Sr
Meshbesher & Spence, Ltd
1616 Park Ave S
Mpls, MN 55404
612-339-9121
Fax: 612-339-9188
Email: tnemo@meshbesher.com

Jason Kim
Schneider Wallace Cottrell Konecky LLP
300 S Grand Avenue
Suite 2700 Los Angeles, CA 90071
415-421-7100
Email: jkim@schneiderwallace.com

Kyle G. Bates
Housefeld LLP
600 Montgomery Street
Ste 3200
San Francisco, CA 94111
415-633-1908
Fax: 415-633-4980
Email: kbates@hausfeld.com

Matthew Sinclair Weiler
Schneider Wallace Cottrell Konecky LLP
2000 Powell Street
Suite 1400
Emeryville, CA 94612
510-740-2930
Email: mweiler@scchneiderwallace.com

Peter Brian Schneider
Schneider Wallace Cottrell Konecky LLP
3700 Buffalo Speedway
Suite 960
Houston, TX 77098
713-338-2560
Email: pschneider@schneiderwallace.com

Todd M. Schneider
Schneider Wallace Cottrell Konecky LLP
2000 Powell Street
Suite 1400
Emeryville, CA 94608
415-421-7100
Email: tschneider@schneiderwallace.com

William Stewart
Schneider Wallace
2000 Powell st.
Ste 1400
Emeryville, CA 94608
510-499-3405
Email: wstewart@schneiderwallace.com

***Attorneys for Plaintiff Commonwealth of Puerto Rico***