# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 0:18-cv-01776-JRT-JFD |
| THIS DOCUMENT RELATES TO: | Case No. 0:19-cv-2723-JRT-JFD |
| Commonwealth of Puerto Rico, | |
| Plaintiff, | |
| v. | |
| Agri Stats, Inc., et al., | |
| Defendants. | |

## NOTICE OF APPEARANCE OF JOSE ROMAN LAVERGNE

The undersigned attorney hereby notifies the Court and Counsel that Jose Roman Lavergne shall appear as counsel of record for Plaintiff Commonwealth of Puerto Rico in this case.

Dated: September 21, 2023

Respectfully submitted,

/s/ *Jose Roman Lavergne*
Jose Roman Lavergne
**HAUSFELD LLP**
888 16th Street
Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
jlavergne@hausfeld.com

*Counsel for the Commonwealth of Puerto Rico*

## **CERTIFICATE OF SERVICE**

I certify that on September 21, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will then send electronic copies to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Jose Roman Lavergne
Jose Roman Lavergne