UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 0:18-cv-01776-JRT-JFD |
| THIS DOCUMENT RELATES TO:<br><br>Commonwealth of Puerto Rico,<br><br>    Plaintiff,<br><br>    v.<br><br>Agri Stats, Inc., et al.,<br><br>    Defendants. | Case No. 0:19-cv-2723-JRT-JFD |

## NOTICE OF WITHDRAWAL OF YELENA W. DEWALD

**TO THE CLERK OF COURT AND TO ALL PARTIES OF RECORD**

**PLEASE TAKE NOTICE** that Yelena W. Dewald is no longer associated with the law firm of Hausfeld LLP and has withdrawn her appearance as counsel for Plaintiff Commonwealth of Puerto Rico in this case.

Kyle Bates and Jose Roman Lavergne of Hausfeld LLP remain as counsel of record for Plaintiff Commonwealth of Puerto Rico.

Dated: September 25, 2023                Respectfully submitted,

/s/ *Jose Roman Lavergne*
Jose Roman Lavergne
**HAUSFELD LLP**
888 16th Street
Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
jlavergne@hausfeld.com

*Counsel for the Commonwealth of Puerto Rico*

## CERTIFICATE OF SERVICE

     I certify that on September 25, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will then send electronic copies to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        /s/ *Jose Roman Lavergne*
                                        Jose Roman Lavergne