UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Wanda Duryea, et al.,

    Plaintiffs,

v.                                                                                        Civil No. 18-1776 (JRT/JFD)

Agri Stats, Inc., et al.,

    Defendants.
_____

United States of America,

    Plaintiff,

v.                                                                                        Civil No. 23-3009 (PJS/JFD)

Agri Stats Inc.,

    Defendant.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

Case No. 18-cv-1776 having been assigned to Judge John R. Tunheim and Judge John F. Docherty and Case No. 23-cv-3009 having later been assigned to Chief Judge Patrick J. Schiltz and Judge John F. Docherty, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 23-cv-3009 be assigned to Judge John R. Tunheim, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system.  The Clerk of Court is directed to reuse a card from the same deck from which the

original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: October 4, 2023            s/John R. Tunheim
                                  JOHN R. TUNHEIM
                                  Judge, United States District Court

Dated: October 4, 2023            s/Patrick J. Schiltz
                                  PATRICK J. SCHILTZ
                                  Chief Judge, United States District Court