UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Quirch Foods, LLC v. Agri Stats, Inc.*, 0:23-cv-02872 | Case No. 18-cv-1776 (JRT/JFD) |

**STIPULATION FOR CERTAIN
DIRECT ACTION PLAINTIFFS' DISCOVERY DEADLINES**

Defendants and the undersigned Direct Action Plaintiffs[1] (together, the "Parties") in the above-captioned action (the "Action"), through their respective counsel, hereby stipulate as follows:

WHEREAS, Quirch Foods filed its complaint in the Northern District of Illinois on August 24, 2023;[2]

WHEREAS, Quirch Foods' case was transferred into this Action on September 28, 2023 (ECF No. 12), after the October 31, 2022, close of fact discovery (ECF No. 1397) and after the June 16, 2023, deadline for Plaintiffs in this Action to identify and disclose testifying experts pursuant to Fed. R. Civ. P 26(a)(2)(B) and 26(a)(2)(C) (ECF No. 1927); and

---

[1] Quirch Foods, LLC (f/k/a/ Quirch Foods Co.); Butts Foods, LP (f/k/a Butts Foods, Inc.); and Quirch Louisiana LLC (f/k/a Scariano Brothers, LLC, a/k/a Scariano Wholesale Foods Distribution) (collectively, "Quirch Foods").

[2] *Quirch Foods, LLC v. Agri Stats, Inc.*, 1:23-cv-06040, ECF No. 1 (filed N.D. Ill. Aug. 24, 2023).

WHEREAS, the Parties have discussed and agreed for Quirch Foods to complete discovery in time to be subject to the May 31, 2024 summary judgment deadline applicable to the other parties in this Action (ECF No. 1927).

NOW THEREFORE, subject to the Court's approval, the Parties hereby stipulate that Quirch Foods will be subject to the following deadlines for discovery.[3]

| Event | Proposed Deadline |
|---|---|
| Commencement of Rolling Production of Documents by Quirch Foods | Oct. 13, 2023 |
| Substantial Completion of Structured-Data Productions by Quirch Foods | Nov. 13, 2023 |
| Plaintiffs' Deadline for Objections and Responses to Initial Rule 36 Requests | Nov. 13, 2023 |
| Substantial Completion of Document Productions by Quirch Foods | Nov. 13, 2023 |
| Deadline for Quirch Foods's Supplemental Expert Disclosures to a previously disclosed Plaintiff expert[4] | Nov. 17, 2023 |
| Deadline for Defendants' Response to Quirch Foods's Supplemental Expert Disclosures | Dec. 11, 2023 |

---

[3] For all deadlines after December 11, 2023, Quirch Foods will be subject to the operative Pretrial Scheduling Order (ECF No. 1927).

[4] Quirch Foods has confirmed they will submit a limited supplement to a previously disclosed expert report, setting forth their respective alleged damages estimates. Defendants' agreement to this schedule—in particular Defendants' commitment to respond to Quirch Foods's expert disclosures in relatively short order—is predicated on that commitment.

Respectfully Submitted,

Dated: October 12, 2023

/s/ *Craig S. Coleman*
Richard A. Duncan (#0192983)
Aaron D. Van Oort (#0315539)
Craig S. Coleman (#0325491)
Emily E. Chow (#0388239)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegredrinker.com
aaron.vanoort@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
Robert C. Gallup (#0399100)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
robert.gallup@faegredrinker.com

John S. Yi (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2200
Philadelphia, PA 19103
(215) 988-2700
john.yi@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 842-8800
jonathan.todt@faegredrinker.com

**Counsel for Hormel Foods Corporation and Hormel Foods, LLC**

*/s/ Daniel E. Laytin, P.C.*
Mark L. Johnson (#0345520)
Davida S. McGhee (#0400175)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
dwilliams@greeneespel.com

Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Jenna M. Stupar (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
jenna.stupar@kirkland.com

**Counsel for Clemens Food Group, LLC and The Clemens Family Corporation**

*/s/ John A. Cotter*
John A. Cotter (#0134296)
John A. Kvinge (#0392303)
LARKIN HOFFMAN DALY & LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN &CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
(972) 707-1809
brian@brownfoxlaw.com

**Counsel for Smithfield Foods, Inc.**

4

*/s/ Sami H. Rashid*
Sami H. Rashid (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
David B. Adler (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
samirashid@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402-4206
(612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

**Counsel for JBS USA Food Company**

*/s/ Peter J. Schwingler*
Peter J. Schwingler (#0388909)
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
(612) 217-8800
pschwingler@jonesday.com

Jordan M. Baumann
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH  43215-2673
(614) 469-3939
jbaumann@jonesday.com

William L. Greene (#0198730)
William D. Thomson (#0396743)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
william.thomson@stinson.com

J. Nicci Warr (*pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

**Counsel for Seaboard Foods LLC**

| | |
|---|---|
| */s/ Christopher A. Smith*<br>Aaron Chapin (#0386606)<br>Christopher A. Smith (*pro hac vice*)<br>Tessa K. Jacob (*pro hac vice*)<br>A. James Spung (*pro hac vice*)<br>Jason Husgen (*pro hac vice*)<br>HUSCH BLACKWELL LLP<br>8001 Forsyth Boulevard, Ste 1500<br>St. Louis, MO 63105<br>Telephone: (314) 480-1500<br>aaron.chapin@huschblackwell.com<br>chris.smith@huschblackwell.com<br>tessa.jacob@huschblackwell.com<br>james.spung@huschblackwell.com<br>jason.husgen@huschblackwell.com<br><br>***Counsel for Triumph Foods, LLC*** | */s/ Tiffany Rider Rohrbaugh*<br>Tiffany Rider Rohrbaugh (*pro hac vice*)<br>Rachel J. Adcox (*pro hac vice*)<br>Lindsey Strang Aberg (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>1901 L Street NW<br>Washington, DC 20036<br>(202) 912-4700<br>trider@axinn.com<br>radcox@axinn.com<br>lstrang@axinn.com<br><br>Jarod Taylor (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103<br>(860) 275-8109<br>jtaylor@axinn.com<br><br>David P. Graham (#0185462)<br>DYKEMA GOSSETT PLLC<br>4000 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>(612) 486-1521<br>dgraham@dykema.com<br><br>***Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*** |

*/s/ William L. Monts III*
Peter H. Walsh (#0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com

William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

**Counsel for Agri Stats, Inc.**

*/s/ Matthew P. McCahill*
Robert N. Kaplan
Matthew P. McCahill
KAPLAN FOX & KILSHEIMER, LLP
800 Third Avenue, 38th Floor
New York, NY 10022
Tel: (212) 687-1980
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com

Eric R. Lifvendahl
LIFVENDAHL LAW, LLC
265 Latrobe Avenue
Northfield, IL 60093
Tel: (847) 830-7002
eric@liflaw.com

Jay B. Shapiro (pro hac admission forthcoming)
Carlos J. Canino (pro hac admission forthcoming)
Sam O. Patmore (pro hac admission forthcoming)
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: 305.789.3200
Fax: 305.789.3395
jshapiro@stearnsweaver.com
ccanino@stearnsweaver.com
spatmore@stearnsweaver.com

Richard L. Coffman
THE COFFMAN LAW FIRM
3355 West Alabama, Suite 240
Houston, TX 77098
Tel: (713) 528-6700
rcoffman@coffmanlawfirm.com

**Counsel for Quirch Foods, LLC (f/k/a/ Quirch Foods Co.); Butts Foods, LP (f/k/a Butts Foods, Inc.); and Quirch Louisiana LLC (f/k/a Scariano Brothers, LLC, a/k/a Scariano Wholesale Foods Distribution)**