UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Quirch Foods, LLC v. Agri Stats, Inc.*, 0:23-cv-02872 | Case No. 18-cv-1776 (JRT/JFD) |

### ORDER ON STIPULATION FOR CERTAIN
### DIRECT ACTION PLAINTIFFS' DISCOVERY DEADLINES

The Stipulation for Certain Direct Action Plaintiffs'[1] Discovery Deadlines (Dkt. No. 2059) IS HEREBY ORDERED AND APPROVED.

Quirch Foods will be subject to the following deadlines for discovery:[2]

| Event | Proposed Deadline |
|---|---|
| Commencement of Rolling Production of Documents by Quirch Foods | Oct. 13, 2023 |
| Substantial Completion of Structured-Data Productions by Quirch Foods | Nov. 13, 2023 |
| Quirch Foods's Deadline for Objections and Responses to Initial Rule 36 Requests | Nov. 13, 2023 |
| Substantial Completion of Document Productions by Quirch Foods | Nov. 13, 2023 |
| Deadline for Quirch Foods's Supplemental Expert Disclosures to a previously disclosed Plaintiff expert[3] | Nov. 17, 2023 |

---

[1] Quirch Foods, LLC (f/k/a/ Quirch Foods Co.); Butts Foods, LP (f/k/a Butts Foods, Inc.); and Quirch Louisiana LLC (f/k/a Scariano Brothers, LLC, a/k/a Scariano Wholesale Foods Distribution) (collectively, "Quirch Foods").

[2] For all deadlines after December 11, 2023, Quirch Foods will join the operative Pretrial Scheduling Order (ECF No. 1927).

[3] Quirch Foods has confirmed they intend to submit a limited supplement to a previously disclosed expert report that is already in the record and not an entirely new report, setting

2

| Event | Proposed Deadline |
|---|---|
| Deadline for Defendants' Response to Quirch Foods's Supplemental Expert Disclosures | Dec. 11, 2023 |

Dated: October 17, 2023

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge

---

forth their respective alleged damages estimates.  Defendants' agreement to this schedule—in particular Defendants' commitment to respond to Quirch Foods's expert disclosures in relatively short order—is predicated on that commitment.