# EXHIBIT 89
# (Filed Under Seal)

| | |
|---|---|
| **Message** | |
| From: | Nick_G._Schweitzer/Corp/Hormel [Nick_G._Schweitzer/Corp/Hormel] |
| Sent: | 12/28/2016 9:53:57 AM |
| To: | Eric_J._Steinbach/Corp/Hormel%Hormel |
| CC: | Brett_T._Johnson/Corp/Hormel%Hormel; Mark_A._Conner/Corp/Hormel%Hormel; Megan_M._Kubsch/Corp/Hormel%Hormel |
| Subject: | Re: Fw: Market Close Report |

We are doing the same for hams.

Nick Schweitzer
Sr. Brand Manager - Legacy Brands
Meat Products Marketing, Hormel Foods
Phone: 507-434-6645
Cell: 920-464-0128

---

Eric J. Steinbach----12/28/2016 09:52:29 AM----Smithfield shut down their Tarheel plant last week one day last week and they are doing the same thi

From: Eric J. Steinbach/Corp/Hormel
To: Mark A. Conner/Corp/Hormel@Hormel, Brett T. Johnson/Corp/Hormel@Hormel, Megan M. Kubsch/Corp/Hormel@Hormel, Nick G. Schweitzer/Corp/Hormel@Hormel
Date: 12/28/2016 09:52 AM
Subject: Fw: Market Close Report

---

Smithfield shut down their Tarheel plant last week one day last week and they are doing the same this week...."maintenance" .... more like "manipulating the market"

Eric Steinbach
Director of Marketing - Fresh Pork and Legacy Brands
Phone : 507-434-6636
Cell: 507.206.9833
ejsteinbach@hormel.com

----- Forwarded by Eric J. Steinbach/Corp/Hormel on 12/28/2016 09:50 AM -----

From: Sarah Schmeichel/Corp/Hormel
To: James M. Splinter/Corp/Hormel@Hormel, Chad C. Sendzik/Corp/Hormel@Hormel, Patrick J. Schwab/Corp/Hormel@Hormel, Joseph A. Ciola/Corp/Hormel@Hormel, James W. Lemar/Corp/Hormel@Hormel, Jeffrey A. Grev/Corp/Hormel@Hormel, Paul L. Peil/Corp/Hormel@Hormel, Luis A. Nieto/Corp/Hormel@Hormel, David L. Jordan/MPSales/Hormel@Hormel, Scott J. Leathers/CPSales/Hormel@Hormel, Larry L. Vorpahl/Corp/Hormel@Hormel, M. Jack Shao/Corp/Hormel@Hormel, T. Jeffrey Schultz/Corp/Hormel@Hormel, Daniel A. Goldman - C.O./Corp/Hormel@Hormel, Steven G. Binder/Corp/Hormel@Hormel, David L. Longacre/Corp/Hormel@Hormel, Feng H. Walkup/Corp/Hormel@Hormel, Jennifer S. Lindsey/CPSales/Hormel@Hormel, Kent A. Kreuer/Corp/Hormel@Hormel, Jeffrey R. Baker/Corp/Hormel@Hormel, Cortney L. Bally/Corp/Hormel@Hormel, Terrill W. Bacon/MegaMex/Hormel@Hormel, Jason G. Baskin/Corp/Hormel@Hormel, Eric J. Steinbach/Corp/Hormel@Hormel, Ryan L. Michaelis/CPSales/Hormel@Hormel, Nicole L. Behne/Corp/Hormel@Hormel, Kal C. Hill/CPSales/Hormel@Hormel, Nick G. Schweitzer/Corp/Hormel@Hormel, Jennifer L. Nolander/Corp/Hormel@HORMEL, Jeffrey R. Olson/Corp/Hormel@Hormel, Suzanne R. Bartley/Corp/Hormel@HORMEL, Amy M. Sand/Corp/Hormel@Hormel, Stephen P. Matthews/CPSales/Hormel@Hormel, Kurt L. Hochstein/SPSales/Hormel@Hormel, Michael A. Gyarmaty/Corp/Hormel@Hormel, Steven J. Venenga/Corp/Hormel@Hormel, Craig S. Drefcinski/CPSales/Hormel@Hormel, Daniel J. Spurling/Corp/Hormel@Hormel, Charles C. Pountney/Corp/Hormel@Hormel, rrowe@hormelfoods.com.au, Marc A. Lipari/CPSales/Hormel@Hormel, Ryan E. Vossler/Corp/Hormel@Hormel, Kacy B. VanderHorst/CPSales/Hormel@Hormel, Marianne Pollock/Corp/Hormel@Hormel, Jeff W. Meyer/CPSales/Hormel@Hormel, Rae Ann Elliott/CPSales/Hormel@Hormel, Eldon O. Quam/Corp/Hormel@Hormel, Michael R. Goodenough/CPSales/Hormel@Hormel, Maxwell A. Faust/Corp/Hormel@Hormel, Angela R. VanDeusen/MegaMex/Hormel@Hormel, Kareen C. Coleman/Corp/Hormel@Hormel, brooksmeats@fuse.net, Anthony F. Otto/Corp/Hormel@Hormel, Thomas W. Byom/CPSales/Hormel@Hormel, Randall L. Zellmer/Corp/Hormel@Hormel, Todd A. Mickelson/Corp/Hormel@Hormel, Matthew R. Zarse/CPSales/Hormel@Hormel, sandsm@try-angle.com, Jeffrey A. Zadow/Corp/Hormel@Hormel, Anthony F. Hoffman/CPSales/Hormel@Hormel, Keith Lenhart <KLenhart@acosta.com>, Luis G. Marconi/Corp/Hormel@Hormel, Eric M. Gudgel/Corp/Hormel@Hormel, Thomas D. Parsons/CPSales/Hormel@Hormel, Sebastian N. Friedman/MegaMex/Hormel@Hormel, Megan M. Kubsch/Corp/Hormel@Hormel, Scott M. Schultz/Justins/Hormel@Hormel, Paul D. Atwater/Corp/Hormel@Hormel, Mark E. Beierle/Corp/Hormel@Hormel, Michael

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HFC-PORKAT0000153245