# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*All Actions* | Case No. 1:18-cv-1776 |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), the undersigned hereby notifies the Court and counsel that Andrea N. Rivers will no longer be with the firm Axinn, Veltrop & Harkrider LLP as of October 20, 2023, and is withdrawing her representation of (1) Tyson Foods, Inc., (2) Tyson Prepared Foods, Inc., and (3) Tyson Fresh Meats, Inc. in this matter. All other Axinn, Veltrop & Harkrider LLP counsel of record shall remain the same.

Dated: October 17, 2023

Respectfully Submitted,

*/s/ Andrea N. Rivers*
Andrea N. Rivers
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, D.C. 20036
T: 202-912-4700
E: arivers@axinn.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all ECF registrants.

                                                      */s/ Andrea N. Rivers*
                                                      Andrea N. Rivers