UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

GOLDEN CORRAL CORPORATION,

    Plaintiff,

v.

AGRI STATS, INC.; CLEMENS FOOD GROUP, LLC; THE CLEMENS FAMILY CORPORATION; JBS USA FOOD COMPANY; AND TRIUMPH FOODS, LLC

    Defendants.
_____/

Individual Case No.: 23-cv-01833-JRT-JFD

Main Case No.: 0:18-cv-01776-JRT-JFD

### [PROPOSED] ORDER ADOPTING STIPULATION EXTENDING CERTAIN DISCOVERY DEADLINES FOR GOLDEN CORRAL CORPORATION

The parties in the above-styled action, through counsel, having stipulated and agreed, and the Court being fully advised, IT IS HEREBY ORDERED THAT:

1. The Stipulation between Golden Corral Corporation (the "Stipulating Plaintiff" or "Golden Corral") and Defendants Agri Stats, Inc.; Clemens Food Group, LLC; The Clemens Family Corporation; JBS USA Food Company; and Triumph Foods, LLC (collectively, the "Stipulating Defendants") filed on October 27, 2023, is adopted by Order of the Court.

2. The Order and Stipulation relate only to *Golden Corral Corporation v. Agri Stats, Inc. et al.*, Case No. 0:23-cv-01833-JRT-JFD.

3. On September 25, 2023, this Court entered its Order on Stipulation for Certain Direct Action Plaintiffs' Discovery Deadlines (the "Discovery Order"). [ECF 2054].

4. Among other deadlines, the Discovery Order set a deadline of October 27, 2023 for Golden Corral to substantially complete its production of structured data, and a deadline of October 30, 2023 for Golden Corral to provide its supplemental expert disclosures.

5. Golden Corral requires a brief extension of time to produce its structured data and to provide its supplemental expert disclosures, and the Stipulating Defendants have agreed to extend Golden Corral's deadlines by one week each, until November 3, 2023, and November 6, 2023, respectively.

6. Golden Corral's deadlines to substantially complete its production of structured data and to provide its supplemental expert disclosures are hereby extended one week each, until November 3, 2023, and November 6, 2023, respectively.

**SO ORDERED**

Dated: October ___, 2023

_____
The Honorable John R. Tunheim
Chief Judge United States District Court