UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CARLTON X. MATHEWS

vs.

Case No.: 0:23-cv-02872

OUIACH FOODS, LLC
V. Agri Stats, Inc.

## PLAINTIFF'S SUPPLEMENTAL COMPLAINT

COMES NOW, the Plaintiff, Carlton X. Mathews, pro se, pursuant to Federal Rules of Civil Procedure, move this Honorable Court, and hereby file supplemental complaint requesting to be added as a party in class action lawsuit. In support of complaint, Plaintiff state as follows:

Plaintiff, was also a victim in this lawsuit. Plaintiff suffered from defendant's misconduct as well. Plaintiff assert the same claims as alleged in complaint.

WHEREFORE, Plaintiff respectfully request this Honorable Court to add Plaintiff as a class member in this class action lawsuit.

Carlton X. Mathews DC# J27519
Santa Rosa C.I.
5850 East Milton Rd
Milton, FL 32583