Carlton X. Matthews #J27519
Santa Rosa Correction Institution
5850 East Milton Rd
Milton, FL 32583



RECEIVED BY MAIL
NOV 22 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court
District of Minnesota
U.S. Courthouse, Suite 202
300 South Fourt St.
Minneapolis, MN 55415

SCANNED
NOV 22 2023 LT
U.S. DISTRICT COURT MPLS

554152263 C093




MAILED FROM A STATE
CORRECTIONAL INSTITUTION
PENSACOLA FL 325
14 NOV 2023 PM 1

NOV 13 2023
FOR MAILING BY

US POSTAGE IMI PITNEY BOWES
ZIP 32583  $ 000.00⁰
02 4W
0000368416 NOV 13 2023