UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to: *All Actions* | Civil No. 18-cv-01776 (JRT/JFD)<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENTS** |

Pursuant to Local Rule 5.6 and the Court's Amended Protective Order, ECF No. 1155, Exhibit B to the Declaration of Lindsey Strang Aberg in Support of Tyson's Opposition to Plaintiffs' Motion for Depose Noel White and Jeremy Dickinson, or in the Alternative to Strike the Declarations of Noel White and Jeremy Dickinson has been filed under seal. These documents were filed under seal because they contain sensitive information and/or were designated Confidential or Highly Confidential by the producing party under the Amended Protective Order and redaction is impracticable.

DATED: February 12, 2024

Respectfully submitted,

By: /s/ Tiffany Rider Rohrbaugh
Tiffany Rider Rohrbaugh (*pro hac vice*)
Rachel J. Adcox (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
trider@axinn.com
radcox@axinn.com
lstrang@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8109
jtaylor@axinn.com

David P. Graham (#0185462)
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

*Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*