UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION* | Case No. 0:18-cv-01776-JRT-JFD |
| This Document Relates To:<br><br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | |

**[PROPOSED ORDER] GRANTING MOTION FOR
APPOINTMENT OF SUBSTITUTE CO-LEAD CLASS COUNSEL**

Having considered the Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Appointment of Substitute Co-Lead Class Counsel, and for good cause shown, the Motion is hereby **GRANTED**.

Michael J. Flannery of Cuneo Gilbert & LaDuca, LLP is **HEREBY** substituted and appointed as Co-Lead Counsel in place of Blaine Finley, who has withdrawn. Mr. Flannery shall have the same duties and responsibilities as delineated in this Court's Order appointing Interim Co-Lead Class Counsel for CIIPPs (*See* Dkt. 150).

**Dated:** _____

**IT IS SO ORDERED.**

_____
John R. Tunheim
United States Judge