UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>Associated Grocers of the South, Inc., *et al.* v. Agri Stats, Inc., *et al.* | Case No. 0:18-cv-1776 (JRT/JFD)<br><br><br>Case No. 0:22-cv-00071 |

**[PROPOSED] ORDER GRANTING STIPULATION FOR
DISMISSAL WITH PREJUDICE OF SMITHFIELD FOODS, INC.**

This matter came before the undersigned Judge based on the Stipulation of Dismissal, with prejudice, between Direct Action Plaintiffs Dollar General Corporation and Dolgencorp, LLC (collectively, "Dollar General") and Defendant Smithfield Foods, Inc. ("Smithfield").

Based on all the files, records, and proceedings in this case, IT IS SO ORDERED that the parties Stipulation is GRANTED as follows:

1.  The claims in the above-referenced case number by Dollar General against Smithfield are Dismissed with Prejudice as to Smithfield, with each party bearing their own attorneys' fees and costs. This Order includes Dollar General's claims against Smithfield in the Direct Action Plaintiffs' Consolidated Complaint ("Consolidated Complaint"), ECF No. 1659, in *In re Pork Antitrust Litigation*, Case No. 0:18-cv-1776 (D. Minn.) ("MDL 1776").

2.	This Order does not apply to and has no bearing on any other plaintiff or defendant in the above-referenced case number, including any of the parties identified in the Consolidated Complaint at ECF No. 1659 in MDL 1776, other than Dollar General and Smithfield.

Dated:_____, 2024	By the Court

	_____
	The Honorable John R. Tunheim
	Chief United States District Judge