IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To All Direct and Class Actions | Case: 0:18-cv-01776-JRT-JFD<br><br>Honorable John R. Tunheim |

**DECLARATION OF DANIEL LAYTIN
IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT ON ALL
<u>REMAINING CLAIMS AGAINST DEFENDANTS</u>**

I, Daniel Laytin, hereby declare:

1. I am an attorney at the law firm of Kirkland & Ellis LLP. I represent Defendants Clemens Food Group, LLC and The Clemens Family Corporation ("Clemens") in the above-referenced matter.

2. The exhibits and appendices cited in support of Defendants' Memorandum of Law in Support of Defendants' Joint Motion for Summary Judgment on All Remaining Claims Against Defendants are set forth in the chart below. True and correct copies of the following exhibits and appendices are attached hereto. All deposition transcripts and expert reports referenced have been limited to the relevant portions cited in support of Defendants' Joint Motion for Summary Judgment on All Remaining Claims Against Defendants. As required by the Amended Protective Order (Dkt. 1155), any exhibits that have been designated as Confidential or Highly Confidential will be filed under seal and are denoted as such in the chart below.

| Appendix | Description | Under Seal |
|---|---|---|
| 1 | State Antitrust Claims | No |
| 2 | State Consumer Protection Claims | No |
| 3 | Unjust Enrichment Claims | No |

| Exhibit | Description | Under Seal |
|---|---|---|
| Misc-Ex. 1 | Luis Cabral (Consumer IPP Expert) Deposition Transcript | Yes |
| Misc-Ex. 2 | Merits Report of Luis Cabral (Consumer IPP Expert) | Yes |
| Misc-Ex. 3 | AGSTAT-P-0003767209, Aug. 12, 2015 Email from E. Scholer to B. Snyder re EMI Update | Yes |
| Misc-Ex. 4 | Steve Meyer (Agri Stats) Deposition Transcript | Yes |
| Misc-Ex. 5 | Eric Scholer (Agri Stats) Deposition Transcript | Yes |
| Misc-Ex. 6 | AGSTAT-P-0002341847, 2017 Report re Operations Profits | Yes |
| Misc-Ex. 7 | Merits Rebuttal Report of Luis Cabral (Consumer IPP Expert) | Yes |
| Misc-Ex. 8 | George Wean (Clemens) Deposition Transcript | No |
| Misc-Ex. 9 | Ronald Freed (Clemens) Deposition Transcript | No |
| Misc-Ex. 10 | TF-P-001871743, Jan. 31, 2012 Email from D. McConnell to Recipients re Agristats.xlsx | Yes |
| Misc-Ex. 11 | TRI0000049900, Agristats December 2014 Margin Over Processing Summary | Yes |
| Misc-Ex. 12 | Deborah McConnell (Tyson) Deposition Transcript | Yes |
| Misc-Ex. 13 | Corrected Expert Report of Bruce A. Babcock (Clemens' Expert) | Yes |
| Misc-Ex. 14 | Expert Report of Dr. Russell L. Lamb (DAP Expert) | Yes |
| Misc-Ex. 15 | Expert Report of J. Douglas Zona (DAP Expert) | Yes |
| Misc-Ex. 16 | DAPs' Contention Interrogatory Responses | Yes |

| | | |
|---|---|---|
| Misc-Ex. 17 | Kirk Laboyteaux (Brookshire 30(b)(6)) Deposition Transcript | Yes |
| Misc-Ex. 18 | Martin Berlin (Associated Food Stores 30(b)(6)) Deposition Transcript | Yes |
| Misc-Ex. 19 | Glenn Shields (21st Century) Deposition Transcript | Yes |
| Misc-Ex. 20 | TF-P-002026588, July 6, 2011 Email from S. Schrum to Recipients re NPIC attendees | Yes |
| Misc-Ex. 21 | Prescott Worrell (Unified Grocers 30(b)(6)) Deposition Transcript | Yes |
| Misc-Ex. 22 | Shawn Spencer (Kroger 30(b)(6)) Deposition Transcript | Yes |
| Misc-Ex. 23 | Paul Peil (Hormel) Deposition Transcript | No |
| Misc-Ex. 24 | Seth Meyer (USDA) Deposition Transcript | No |
| Misc-Ex. 25 | Shayle Shagam (USDA) Deposition Transcript | No |
| Misc-Ex. 26 | Taylor Cox (USDA 30(b)(6)) Deposition Transcript | No |
| Misc-Ex. 27 | Benjamin Lesneski (Meijer 30(b)(6)) Deposition Transcript | Yes |
| Misc-Ex. 28 | Catherine East (Albertsons 30(b)(6)) Deposition Transcript | Yes |
| Misc-Ex. 29 | Suzanne Grosso (Amory (30(b)(6)) Deposition Transcript | Yes |
| Misc-Ex. 30 | Mark Furlano (CertCo) Deposition Transcript | Yes |
| Misc-Ex. 31 | John Saterbo (Colorado Boxed Beef) Deposition Transcript | Yes |
| Misc-Ex. 32 | Alberto Imperatori (Subway 30(b)(6)) Deposition Transcript | Yes |
| Misc-Ex. 33 | Donald Hecht (Aramark 30(b)(6)) Deposition Transcript | Yes |
| Misc-Ex. 34 | Brian Frey (Giant Eagle 30(b)(6)) Deposition Transcript | Yes |
| Misc-Ex. 35 | Dennis Barber (Shamrock 30(b)(6)) Deposition Transcript | Yes |
| Misc-Ex. 36 | Karen Anderson (US Foods 30(b)(6)) Deposition Transcript | Yes |
| Misc-Ex. 37 | Keith Bollman (Topco) Deposition Transcript | No |

| | | |
|---|---|---|
| Misc-Ex. 38 | Chris Sandbothe (Topco) Deposition Transcript | Yes |
| Misc-Ex. 39 | Timothy Kent (SpartanNash 30(b)(6)) Deposition Transcript | No |
| Misc-Ex. 40 | Jeff Tynes (Springfield Grocer 30(b)(6)) Deposition Transcript | No |
| Misc-Ex. 41 | Harold Elliott (Tony's Fine Foods 30(b)(6)) Deposition Transcript | Yes |
| Misc-Ex. 42 | Ramon Botella (Associated Grocers 30(b)(6)) Deposition Transcript | Yes |
| Misc-Ex. 43 | Hal Singer (CIIPP Expert) Deposition Transcript | Yes |
| Misc-Ex. 44 | Hal Singer (CIIPP Expert) Deposition Exhibit 14 | Yes |
| Misc-Ex. 45 | Expert Report of Michael A. Williams (CIIPP, PR Expert) | Yes |
| Misc-Ex. 46 | Sheb Cotter (Sysco 30(b)(6)) Deposition Transcript | Yes |
| Misc-Ex. 47 | AGSTAT-P-0002615008, Agri Stats Customer Swine Processing Sales Definition/Calculation Manual | Yes |
| Misc-Ex. 48 | Greg Dess (Agri Stats) Deposition Transcript | Yes |
| Misc-Ex. 49 | Justin Schmerbeck (Clemens) Deposition Transcript | Yes |
| Misc-Ex. 50 | J. Douglas Zona (DAP Expert) Deposition Transcript | Yes |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of June 2024 in Chicago, Illinois.

              */s/ Daniel Laytin*
              Daniel Laytin, P.C.