## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Sysco Corp. v. Agri Stats, Inc., et al.*, Case No. 21-cv-1374 (D. Minn.) | Court File No. 18-cv-1776 (JRT/JFD)<br><br>**JBS USA FOOD COMPANY'S MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

Defendant JBS USA Food Company ("JBS") respectfully moves the Court for an Order enforcing the parties' settlement agreement. This motion is supported by all files, records, and proceedings herein, including (1) the memoranda of law, declarations, and exhibits filed by JBS, and (2) the oral arguments of counsel.

Dated: June 7, 2024

| SPENCER FANE LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: */s/ Jessica J. Nelson*<br>Donald G. Heeman, #286023<br>Jessica J. Nelson, #347358<br>Randi J. Winter, #0391354<br>100 South Fifth Street, Suite 2500<br>Minneapolis, MN 55402<br>Telephone: (612) 268-7000<br>Facsimile: (612) 268-7001<br>dheeman@spencerfane.com<br>jnelson@spencerfane.com<br>rwinter@spencerfane.com | Sami H. Rashid<br>Michael B. Carlinsky<br>David B. Adler<br>Heather Christenson<br>Allison Silber<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>samirashid@quinnemanuel.com<br>michaelcarlinsky@quinnemanuel.com<br>davidadler@quinnemanuel.com<br>heatherchristenson@quinnemanuel.com<br>allisonsilber@quinnemanuel.com |

*Attorneys for Defendant JBS USA Food Company*