**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To All Direct and Class Actions | Case: 0:18-cv-01776-JRT-JFD<br><br>Honorable John R. Tunheim |

**DECLARATION OF DANIEL LAYTIN IN SUPPORT OF CLEMENS FOOD
GROUP, LLC'S AND THE CLEMENS FAMILY CORPORATION'S
MOTION FOR SUMMARY JUDGMENT**

I, Daniel Laytin, hereby declare:

1.     I am an attorney at the law firm of Kirkland & Ellis LLP.  I represent

Defendants Clemens Food Group, LLC and The Clemens Family Corporation ("Clemens")

in the above-referenced matter.  I have personal knowledge of the facts set forth in this

Declaration in support of Clemens' Motion for Summary Judgment.

2.     A true and correct copy of the following exhibits are attached to this

declaration:[1]

| Exhibit | Description | Under Seal |
|---|---|---|
| CLMNS-Ex.1 | Report of Plaintiffs' Expert Dr. Russell Lamb | Yes |
| CLMNS-Ex.2 | Reply Report of Plaintiffs' Expert Dr. Hal Singer | Yes |
| CLMNS-Ex.3 | Report of Plaintiffs' Expert Dr. Russell Mangum | Yes |
| CLMNS-Ex.4 | Deposition of Plaintiffs' Expert Dr. J. Douglas Zona | Yes |

---

[1]   All expert reports and deposition transcripts are excerpted with the exception of
CLMNS-Ex.18, the Corrected Report of Clemens' Expert Dr. Bruce Babcock, which is
included in full.

| | | |
|---|---|---|
| CLMNS-Ex.5 | Deposition of Robert Ruth, Former President of Clemens' hog-production affiliate Country View Family Farms | No |
| CLMNS-Ex.6 | Report of Plaintiffs' Expert Dr. J. Douglas Zona | Yes |
| CLMNS-Ex.7 | Deposition of Joshua Rennells, Clemens' former Senior Vice President and CFO | No |
| CLMNS-Ex.8 | Deposition of George Wean, Clemens' former Director of Fresh Pork Sales | No |
| CLMNS-Ex.9 | Deposition of Jeffrey Ettinger, Hormel's former CEO | No |
| CLMNS-Ex.10 | Deposition of Clemens Corporate Representative under Federal Rule of Civil Procedure 30(b)(6) | No |
| CLMNS-Ex.11 | Deposition of Craig Edsill, Clemens' CEO | No |
| CLMNS-Ex.12 | CLMNS-0000614890 | No |
| CLMNS-Ex.13 | Reply Report of Plaintiffs' Expert Russell Mangum | Yes |
| CLMNS-Ex.14 | Deposition of Daniel Groff, Clemens' Senior Vice President of Supply Chain | No |
| CLMNS-Ex.15 | CLMNS-0000651270 | No |
| CLMNS-Ex.16 | CLMNS-0000381840 | No |
| CLMNS-Ex.17 | CLMNS-0000598058 | No |
| CLMNS-Ex.18 | Corrected Report of Clemens' Expert Dr. Bruce Babcock | Yes |
| CLMNS-Ex.19 | Deposition of Jason Kurtz, Owner of Keystone Mills | Yes |
| CLMNS-Ex.20 | CLMNS-0000294761 | No |
| CLMNS-Ex.21 | Rabo_0000109498 | Yes |
| CLMNS-Ex.22 | Deposition of Erin Borror, Vice President of Economic Analysis at the United States Meat Export Federation | No |

| CLMNS-Ex.23 | Reply Report of Plaintiffs' Expert Dr. J. Douglas Zona | Yes |
| --- | --- | --- |
| CLMNS-Ex.24 | Deposition of Sioux Preme's Corporate Representative under Federal Rule of Civil Procedure 30(b)(6) | Yes |
| CLMNS-Ex.25 | TF-P-002170364 | Yes |
| CLMNS-Ex.26 | TF-P-000080340 | Yes |
| CLMNS-Ex.27 | TF-P-001265967 | Yes |
| CLMNS-Ex.28 | SMITHFIELD00978852 | Yes |
| CLMNS-Ex.29 | Zona Report Backup Materials | Yes |
| CLMNS-Ex.30 | CLMNS-0000097091 | No |
| CLMNS-Ex.31 | Report of Plaintiffs' Expert Dr. Michael Williams | Yes |
| CLMNS-Ex.32 | Deposition of Plaintiffs' Expert Dr. Hal Singer | Yes |
| CLMNS-Ex.33 | Deposition of Ronald Freed, Clemens' former Senior Sales Representative | No |
| CLMNS-Ex.34 | AGSTAT-P-0002366389 | Yes |
| CLMNS-Ex.35 | USMEF0000000222 | Yes |
| CLMNS-Ex.36 | Report of Plaintiffs' Expert Dr. Hal Singer | Yes |
| CLMNS-Ex.37 | Deposition of David Budnick, Clemens' former CFO | No |
| CLMNS-Ex.38 | Commercial Indirect and Institutional Purchaser Plaintiff Interrogatory Responses | Yes |
| CLMNS-Ex.39 | Deposition of Mark Bricker, Owner of Franklin Family Farms | Yes |
| CLMNS-Ex.40 | CLMNS-0000096060 | No |
| CLMNS-Ex.41 | Deposition of Plaintiffs' Expert Dr. Russell Lamb | Yes |
| CLMNS-Ex.42 | CLMNS-0000645909 | No |

| CLMNS-Ex.43 | Exhibit 661 to the Deposition of Shayle Shagam, the Livestock, Poultry, and Dairy Analyst for the USDA's World Agricultural Outlook Board | No |
|---|---|---|
| CLMNS-Ex.44 | UPRO-0001899446 | Yes |
| CLMNS-Ex.45 | Exhibit 2 to the Deposition of Clemens' Expert Dr. Bruce Babcock | No |
| CLMNS-Ex.46 | Deposition of Phil Clemens, Clemens' former CEO | No |
| CLMNS-Ex.47 | CLMNS-0000030330 | No |
| CLMNS-Ex.48 | Exhibit 6 to the Deposition of Plaintiffs' Expert Dr. Hal Singer | No |

Dated:  June 7, 2024

*/s/ Daniel Laytin*
Daniel Laytin, P.C.