UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Sysco Corp. v. Agri Stats, Inc., et al.*, Case No. 21-cv-1374 (D. Minn.) | Court File No. 18-cv-1776 (JRT/JFD)<br><br>**EXHIBIT INDEX TO JBS USA FOOD COMPANY'S MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

| Exhibit | Description | Filed Under Seal |
|---|---|---|
| A | Declaration of Theodore Sangalis in Support of Pilgrim's Pride Corporation's Motion to Enforce Settlement Agreement with Sysco Corporation dated September 8, 2023, with Exhibits 1-12 | X |
| B | Declaration of Theodore Sangalis in Support of JBS USA's Motion for Summary Judgment dated June 4, 2024 | X |
| C | Declaration of Michael D. Bonanno in Support of Pilgrim's Pride Corporation's Motion to Enforce Settlement Agreement with Sysco Corporation September 8, 2023, with Exhibits 1-8 | X |