# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Sysco Corp. v. Agri Stats, Inc., et al.,*<br>Case No. 21-cv-1374 (D. Minn.) | Court File No. 18-cv-1776 (JRT/JFD)<br><br>**STATEMENT THAT ENTIRE DOCUMENT IS CONFIDENTIAL OR IMPRACTIABLE TO REDACT** |

JBS USA Food Company filed its Memorandum of Law in Support of its Motion to Enforce Settlement Agreement and Exhibits A through C, under seal pursuant to Local Rule 5.6 and the Court's Amended Protective Order (Dkt. 1155). These documents were filed under seal because they contain sensitive commercial information and/or were designated confidential or highly confidential under the Amended Protective Order. The entirety of these documents is confidential and/or the documents are impracticable to redact.

Dated: June 7, 2024

| | |
|---|---|
| SPENCER FANE LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| By:   */s/ Jessica J. Nelson*<br>Donald G. Heeman, #286023<br>Jessica J. Nelson, #347358<br>Randi J. Winter, #0391354<br>100 South Fifth Street, Suite 2500<br>Minneapolis, MN 55402<br>Telephone: (612) 268-7000<br>Facsimile: (612) 268-7001<br>dheeman@spencerfane.com<br>jnelson@spencerfane.com<br>rwinter@spencerfane.com | Sami H. Rashid<br>Michael B. Carlinsky<br>David B. Adler<br>Heather Christenson<br>Allison Silber<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>samirashid@quinnemanuel.com<br>michaelcarlinsky@quinnemanuel.com<br>davidadler@quinnemanuel.com<br>heatherchristenson@quinnemanuel.com<br>allisonsilber@quinnemanuel.com |

*Attorneys for Defendant JBS USA Food Company*