UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE PORK ANTITRUST LITIGATION*<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Actions* | Case: 0:18-cv-01776-JRT-JFD<br><br>Honorable John R. Tunheim |

### **DEFENDANT AGRI STATS, INC.'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendant Agri Stats, Inc. ("Agri Stats") hereby moves for summary judgment on the claims asserted against it by Plaintiffs.

Discovery in this matter has produced no evidence that Agri Stats's reports and services facilitated a conspiracy among pork processors to restrict output and raise prices of pork in the United States, or any other anticompetitive purpose. Plaintiffs' theories that Defendant Pork Processors used the information in Agri Stats's benchmarking reports to either (a) coordinate their output levels, or (b) "police" their own output agreement fail because the undisputed facts in the record show that Agri Stats reports do not contain current or future production output about any company. The bases for this Motion are more fully set forth in the Memorandum of Law in Support of Defendant Agri Stats, Inc.'s Motion for Summary Judgment and the Memorandum of Law in Support of Defendants' Joint Motion for Summary Judgment on All Remaining Claims (collectively "Memoranda"), filed contemporaneously with this motion.

1

**WHEREFORE**, for the reasons set forth above and in the Memoranda, Agri Stats requests that the Court grant its motion for summary judgment.

Dated: June 7, 2024                   Respectfully submitted,

/s/ *Justin W. Bernick*

Peter H Walsh (MN# 0388672)
Hogan Lovells US LLP
80 South 8th Street Ste 1225
Minneapolis, MN 55402
Tel: (612) 402-3017
Fax: (612) 339-5167
Email: peter.walsh@hoganlovells.com

William L. Monts III (Pro Hac Vice)
Justin W. Bernick (Pro Hac Vice)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*