# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-1776 (JRT/HB)<br><br>**Notice of Settlement Between Commercial and Institutional Indirect Purchaser Plaintiffs and Defendant Seaboard Foods LLC** |

Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") respectfully write to provide notice that CIIPPs have reached an agreement with Seaboard Foods LLC ("Seaboard") to settle all claims against Seaboard. This agreement is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, CIIPPs will move for preliminary—and ultimately, final—approval of a proposed settlement in the near future.

Dated: June 20, 2024

**Larson • King, LLP**

By  *s/ Shawn M. Raiter*
Shawn M. Raiter (#240424)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
sraiter@larsonking.com

Michael Flannery (admitted *pro hac vice*)
**Cuneo Gilbert & LaDuca, LLP**
Two CityPlace Drive
Second Floor
St. Louis, MO  63141
Telephone:  (314) 226-1015
mflannery@cuneolaw.com

**Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**