UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | No. 18-cv-01776 |

**MOTION FOR LEAVE TO SUBSTITUTE COUNSEL FOR
PLAINTIFF TROYER FOODS, INC.**

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Direct Action Plaintiff Troyer Foods, Inc. ("Troyer") has retained Patrick J. Ahern from the law firm of Ahern and Associates, P.C. to substitute as counsel for Eric R. Lifvendahl of Lifvendahl Law, LLC, Richad Coffman of The Coffman Law Firm, and Robert N. Kaplan, Matthew P. McCahill and Jason A. Uris of Kaplan, Fox & Kilsheimer, LLP in this case. Mr. Ahern has been admitted *pro hac vice* in this action. This substitution will not cause any delay to the prosecution of the case by Plaintiff Troyer Foods, Inc. or the current Case Management Schedule.

Respectfully submitted,

Dated: July 8, 2024

s/ *Patrick J. Ahern*
Patrick J. Ahern
Ahern and Associates, P.C.
8 South Michigan Avenue
Suite 3600
Chicago, Illinois 60603
(312) 404-3760
patrick.ahern@ahernandassociatespc.com

/s/ *Eric R. Lifvendahl*
Eric R. Lifvendahl
**LIFVENDAHL LAW, LLC**
265 Latrobe Avenue
Northfield, Illinois 60093

Telephone: (847) 830-7002
Email: eric@liflaw.com

*/s/ Richard L. Coffman*
**THE COFFMAN LAW FIRM**
Richard L. Coffman
3355 W. Alabama, Suite 240
Houston, Texas 77098
Telephone: (713) 528-6700
Email: rcoffman@coffmanlawfirm.com

*/s/ Robert N. Kaplan*
**KAPLAN FOX & KILSHEIMER, LLP**
Robert N. Kaplan
Matthew P. McCahill
Jason A. Uris
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: mmccahill@kaplanfox.com
Email: juris@kaplanfox.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>*/s/ Patrick J. Ahern*</u>

Patrick J. Ahern