## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT/JFD) |
|---|---|
| This Document Relates To:<br><br>COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | **ORDER GRANTING MOTION TO APPROVE THE MANNER AND FORM OF CLASS NOTICE REGARDING SETTLEMENT WITH HORMEL FOODS CORPORATION AND HORMEL FOODS, LLC** |

Commercial and Institutional Indirect Purchaser Plaintiffs' ("CIIPPs") filed a Motion to Approve the Manner and Form of Class Notice Regarding Settlement with Hormel Foods Corporation and Hormel Foods, LLC ("Hormel Foods").

The Court, having reviewed the Motion, its accompanying memorandum and the exhibits thereto, hereby **ORDERS** that the Motion is **GRANTED** and a schedule shall be established for the execution of the notice program and for final approval.

1. CIIPPs propose the following schedule, which the Court finds appropriate:

| DATE | EVENT |
|---|---|
| Within 10 days from order directing notice | Settlement Administrator to provide direct mail and email notice, and commence implementation of the publication notice plan |
| 45 days after the commencement of Notice | Last day for Settlement Class members to request exclusion from the Settlement Class; for Settlement Class members to object to the Settlement; and for Settlement Class members to file notices to appear at the Final Fairness Hearing |

| DATE | EVENT |
| --- | --- |
| 7 days after last day to request exclusion from the Settlement | Co-Lead Counsel to provide Hormel Foods with a list of all persons and entities who have timely and adequately requested exclusion from the Settlement Class |
| 7 days before the Final Settlement Fairness Hearing | Co-Lead Counsel shall file a motion for final approval of the Settlement and all supporting papers |
| December 10, 2024 | Final Fairness Hearing |

2. Co-Lead Counsel for the CIIPPs are authorized to utilize Epiq Class Action & Claims Solutions, Inc. ("Epiq") and Hilsoft Notifications ("Hilsoft") as the notice administrator for the settlement with Hormel Foods. As described in the settlement agreement, Co-Lead Counsel may use a portion of the settlement funds to pay for the implementation of the notice plan.

3. The proposed forms of notice, including the long and short form notices and digital media notices, comply with Rule 23 and due process requirements. Co-Lead Counsel and the notice administrator are authorized to disseminate these notices in forms substantially like those presented to the Court with this motion.

DATED:  October 4, 2024
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge