UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

Case No. 18-cv-1776 (JRT/JFD)

This Document Relates To:

COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTION

**COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, SET ASIDE FOR FUTURE LITIGATION EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS**

Pursuant to Federal Rule of Civil Procedure 23(h) and Federal Rule of Civil Procedure 54(d)(2), the Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs will move the Court for an Order awarding attorneys' fees, reimbursement of past expenses, allowing them to set aside a fund for future litigation expenses, and granting class representative service awards.

Dated: December 2, 2024

**Larson · King, LLP**

By  *s/ Shawn M. Raiter*
Shawn M. Raiter (#240424)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
sraiter@larsonking.com

**Cuneo Gilbert & LaDuca, LLP**
Two CityPlace Drive
St. Louis, MO  63141
(314) 226-1015
mflannery@cuneolaw.com

**Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**