UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTION | Case No. 18-cv-1776 (JRT/JFD)<br><br>**Motion for Final Approval of Class Action Settlement Between the Commercial and Institutional Indirect Purchaser Plaintiffs and Defendants Hormel Foods Corporation, Hormel Foods, LLC, and Seaboard Foods LLC** |

Commercial and Institutional Indirect Purchaser Plaintiffs respectfully move the Court for final approval of the class action settlement between Commercial and Institutional Indirect Purchaser Plaintiffs and Defendants Hormel Foods Corporation, Hormel Foods, LLC, and Seaboard Foods LLC. This motion is based on Federal Rule of Civil Procedure 23, the concurrently filed Memorandum of Law and supporting declarations, and all other evidence and arguments presented in the briefings and at the hearing on this motion.

Dated: December 3, 2024

**Larson · King, LLP**

By  *s/ Shawn M. Raiter*
Shawn M. Raiter (#240424)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
sraiter@larsonking.com

>Jonathan W. Cuneo (admitted *pro hac vice*)
>Blaine Finley (admitted *pro hac vice*)
>**Cuneo, Gilbert & LaDuca, LLP**
>4725 Wisconsin Ave NW, Suite 200
>Washington, DC  20016
>(202) 789-3960
>jonc@cuneolaw.com
>bfinley@cuneolaw.com
>
>**Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**

2