**GreenspoonMarder LLP**

James J. McGuire
New York Managing Partner
1345 Avenue of the Americas, Suite 2200
New York, NY 10105
Phone: 212.524.5000
Fax: 212.524.5050
Direct Phone: 212.524.5040
Direct Fax:
Email: james.mcguire@gmlaw.com

December 15, 2024

**BY ECF**

Honorable John R. Tunheim
United States District Court
Courtroom 14E
300 South Fourth Street
Minneapolis, MN 55415

    Re:    <u>In re Pork Antitrust Litigation</u>,
                Case No. 0:18-cv-1776-JRT/JFD

Your Honor:

This Firm serves as counsel to plaintiff Sysco Corporation ("Sysco") in the above-referenced action. We submit this letter to clarify one point that arose during the December 13, 2024 oral argument upon defendants' joint motion for summary judgment against, among others, Sysco.

At argument, Your Honor inquired whether the relationship between Sysco and its subsidiaries was publicly disclosed prior to the assignment to Sysco of its subsidiaries' claims in this case. Sysco hereby confirms that it publicly discloses its subsidiaries on an annual basis in Exhibit 21.1 to its Annual Report (Form 10-K), which Sysco files with the SEC. In addition to being available on the SEC's website, Sysco's Annual Reports from 2007 to the present (2024) are readily available on Sysco's website at https://investors.sysco.com/annual-reports-and-sec-filings/annual-reports.

Thank you for your attention and consideration.

                                            Respectfully,

                                            *s/James J. McGuire*

                                            James J. McGuire

cc: All counsel of record

Atlanta  Boca Raton  Chicago  Denver  Ft. Lauderdale  Las Vegas  Los Angeles  Miami
Newark  New York  Orlando  Scottsdale  Tallahassee  West Palm Beach

80977.0003
59300839.2