UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Case No. 0:23-cv-01831 | Case No. 0:18-cv-01776-JRT-JFD |

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL
WITH PREJUDICE OF DEFENDANT SMITHFIELDS FOODS, INC.**

This matter came before the Court based on Plaintiffs Domino's Pizza LLC and Domino's Pizza Distribution LLC (collectively, "Domino's") Stipulation of Dismissal with Prejudice of Defendant Smithfield Foods, Inc. ("Smithfield") (the "Stipulation").

Based on all the files, records, and proceedings in this case, the parties' Stipulation is **GRANTED** as follows:

1. All claims brought by Domino's against Smithfield in the above-captioned actions are dismissed with prejudice as to Smithfield. Each party shall bear their respective fees and costs.

2. This Order does not apply to and has no bearing on any plaintiff or defendant in the above-captioned actions other than Domino's and Smithfield.

**SO ORDERED:**

Dated: _____, 2024    _____
                                Honorable John R. Tunheim
                                United States District Judge