UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE PORK ANTITRUST LITIGATION

This Document Relates to All Actions

Case No. 18-cv-1776 (JRT/JFD)

**ORDER ON JOINT STIPULATION TO CONTINUE DEADLINES FOR JOINT
MOTIONS REGARDING CONTINUED SEALING**

The Court has reviewed and considered the Joint Stipulation to Continue Deadlines

for Joint Motions Regarding Continued Sealing and finds that there is good cause to grant

the stipulation pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 16.3.

The Court hereby continues the deadlines, as forth below.

| Joint Sealing Motion | Deadline |
|---|---|
| The Parties' Joint Sealing Motion regarding Defendants' Motion for Summary Judgment on Plaintiffs' Per Se Claims (ECF No. 2245) | January 27, 2025 |
| The Parties' Joint Sealing Motion regarding Defendants' Motion for Summary Judgment on All Remaining Claims (ECF No. 2266) | January 27, 2025 |
| Consumer IPPs and Defendants' Joint Sealing Motion regarding Consumer IPPs' Partial Motion for Summary Judgment on their Rule of Reason Claim (ECF No. 2350), including any redacted versions of memorandums of law not already filed | January 27, 2025 |
| Agri Stats and Plaintiffs' Joint Sealing Motion regarding Agri Stats' Motion for Summary Judgment (ECF No. 2379), including any redacted versions of memorandums of law not already filed | January 27, 2025 |

| | |
|---|---|
| Clemens and Plaintiffs' Joint Sealing Motion regarding Clemens' Motion for Summary Judgment (ECF No. 2323), including any redacted versions of memorandums of law not already filed | January 27, 2025 |
| Hormel Foods and DAPs' Joint Sealing Motion regarding Hormel Foods' Motion for Summary Judgment (ECF No. 2273), including any redacted versions of memorandums of law not already filed | January 27, 2025 |
| JBS and certain DAPs' Joint Sealing Motion regarding JBS' Motion for Summary Judgment (ECF No. 2338), including any redacted versions of memorandums of law not already filed | January 27, 2025 |
| Seaboard and certain DAPs' Joint Sealing Motion regarding Seaboard's Motion for Summary Judgment (ECF No. 2275), including any redacted versions of memorandums of law not already filed | January 27, 2025 |
| Smithfield and certain DAPs' Joint Sealing Motion regarding Smithfield's Motion for Summary Judgment (ECF No. 2344), including any redacted versions of memorandums of law not already filed | January 27, 2025 |
| Triumph and Plaintiffs' Joint Sealing Motion regarding Triumph's Motion for Summary Judgment (ECF No. 2284), including any redacted versions of memorandums of law not already filed | January 27, 2025 |
| Tyson and Plaintiffs' Joint Sealing Motion regarding Tyson's Motion for Summary Judgment (ECF No. 2271), including any redacted versions of memorandums of law not already filed | January 27, 2025 |
| The Parties' Joint Sealing Motion regarding Defendants' Omnibus Daubert Motion (ECF No. 2336), including any redacted versions of memorandums of law not already filed | January 27, 2025 |

| | |
|---|---|
| Certain Plaintiffs and Defendants' Joint Sealing Motion regarding Certain Plaintiffs' Omnibus Daubert Motion (ECF No. 2354), including any redacted versions of memorandums of law not already filed | January 27, 2025 |
| Certain DAPs and Tyson's Joint Sealing Motion regarding Certain DAPs' Daubert motion (ECF No. 2252), including any redacted versions of memorandums of law not already filed | January 27, 2025 |

Dated: January 16, 2025

*s/  John F. Docherty*

JOHN F. DOCHERTY
United States Magistrate Judge

3