UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-JFD |
| This Document Relates To:<br><br>*All Actions* | Hon. John R. Tunheim<br>Hon. John F. Docherty |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7(a), the undersigned hereby notifies the Court and counsel that, after March 3, 2025, she will no longer be associated with Boies Schiller Flexner LLP, and she therefore withdraws her representation of Amory Investments LLC ("Amory") in this matter. All other counsel of record for Amory shall remain the same.

Dated: February 28, 2025

Respectfully Submitted,

*/s/ Colleen A. Harrison*
Colleen A. Harrison
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
Tel: 914-749-8204
charrison@bsfllp.com