KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

April 4, 2025

*Via CM/ECF*

The Honorable John R. Tunheim
U.S. District Judge, District of Minnesota
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

    Re:    *In re Pork Antitrust Litigation*, Case No. 18-cv-01776-JRT-JFD (D. Minn.)

Dear Judge Tunheim:

    I write on behalf of Direct Action Plaintiffs ("DAPs"). The Court previously indicated, *see* ECF No. 2082 at 2, that it would hold a status conference to discuss the timing and process of remand of cases that were transferred to this Court pursuant to the MDL statute. In light of the Court's summary judgment order on March 31, 2025, DAPs request that the Court hold this status conference at its earliest convenience. DAPs understand that Class Plaintiffs and Puerto Rico have also requested a status conference pursuant to the Court's January 17, 2025 Order (ECF No. 2865) to discuss pretrial matters. *See* ECF No. 2931. DAPs are happy to have a joint status conference with the Classes and Puerto Rico if that is the Court's preference.

                                        Respectfully submitted,

                                        Derek T. Ho