# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF CLASS ACTION | Case No. 18-cv-01776 (JRT)<br><br>**DIRECT PURCHASER PLAINTIFFS' MOTION TO PRELIMINARILY APPROVE THE PROPOSED SETTLEMENTS WITH THE TYSON, CLEMENS, AND TRIUMPH DEFENDANTS, AND TO APPROVE CLASS NOTICE** |

Please take notice that the Direct Purchaser Plaintiffs hereby move the Court for an Order granting preliminary approval of the settlements with the Tyson, Clemens, and Triumph Defendants, and to approve class notice. This motion is based on the concurrently filed Memorandum and supporting declarations, and all other evidence and arguments presented in the briefing and at the hearing (if held) on this motion.

1031653.2

Date:  April 22, 2025

*/s/ Michael H. Pearson*
Clifford H. Pearson (*Pro Hac Vice*)
Daniel L. Warshaw (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
Michael H. Pearson (*Pro Hac Vice*)
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pwfirm.com
dwarshaw@pwfirm.com
bpouya@pwfirm.com
mpearson@pwfirm.com

Melissa S. Weiner (MN #0387900)
PEARSON WARSHAW, LLP
328 Barry Avenue South, Suite 200
Wayzata, MN 55391
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pwfirm.com

*Direct Purchaser Plaintiffs Co-Lead Class Counsel*

W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Joseph C. Bourne (MN #0389922)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
jcbourne@locklaw.com