UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | No. 0:18-cv-01776-JRT-JFD |

**DEFENDANTS' MOTION TO CERTIFY ORDER FOR
INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**

Defendants Agri Stats, Inc., Clemens Food Group, LLC, The Clemens Family Corporation, JBS USA Food Company, Seaboard Foods LLC, Seaboard Corporation, Smithfield Foods LLC, Triumph Foods, LLC, Tyson Foods, Inc., Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc. (collectively, "Defendants") move the Court to amend and certify for interlocutory appeal under 28 U.S.C. § 1292(b) its April 28, 2025 Amended Memorandum Opinion and Order, ECF No. 2955.

Interlocutory appeal is proper for the reasons set forth in Defendants' Memorandum of Law in Support of their Motion.

Date: April 29, 2025

**JONES DAY**

*/s/ Peter J. Schwingler*
Peter J. Schwingler (#0388909)
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
(612) 217-8800
pschwingler@jonesday.com

**STINSON LLP**

William L. Greene (#0198730)
William D. Thomson (#0396743)
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
william.thomson@stinson.com

J. Nicci Warr (*pro hac vice*)
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-0800
nicci.warr@stinson.com

*Counsel for Seaboard Foods LLC*

**LARKIN HOFFMAN DALY & LINDGREN LTD.**

*/s/ Brian Robison*
John A. Cotter (#0134296)
John A. Kvinge (#0392303)
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 835-3800
jcotter@larkinhoffman.com
jkvinge@larkinhoffman.com

Respectfully submitted,

**AXINN, VELTROP & HARKRIDER LLP**

*/s/ Tiffany Rider Rohrbaugh*
Tiffany Rider Rohrbaugh (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
1901 L Street NW
Washington, DC 20036
(202) 912-4700
trider@axinn.com
lstrang@axinn.com

Denise L. Plunkett (*pro hac vice*)
630 Fifth Avenue, 33rd Floor
New York, NY 10111
(212) 728-2200
dplunkett@axinn.com

Jarod Taylor (*pro hac vice*)
90 State House Square
Hartford, CT 06103
(860) 275-8100
jtaylor@axinn.com

**TAFT STETTINIUS & HOLLISTER LLP**

Scott M. Rusert (#0231113)
A. Christopher Brown (#0403283)
SRusert@taftlaw.com
CBrown@taftlaw.com
2200 IDS Center 80 South 8th Street
Minneapolis, MN 55402-2210
(612) 977-8400

*Counsel for Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; and Tyson Prepared Foods, Inc.*

**MILBANK LLP**

Richard Parker (*pro hac vice*)
1850 K St. NW
Washington, DC 20006
(202) 835-7530
rparker@milbank.com

**GIBSON, DUNN & CRUTCHER, LLP**

Josh Lipton (*pro hac vice*)
1700 M Street, NW
Washington, D.C. 20036-4504
(202) 955-8500
jlipton@gibsondunn.com

**BROWN FOX PLLC**

Brian Robison (*pro hac vice*)
6303 Cowboys Way, Suite 450
Frisco, TX 75034
(972) 707-1809
brian@brownfoxlaw.com

*Counsel for Smithfield Foods, Inc.*


**SPENCER FANE LLP**

*/s/ Donald G. Heeman*
Donald G. Heeman (#0286023)
Randi J. Winter (#0391354)
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402-4206
(612) 268-7000
dheeman@spencerfane.com
rwinter@spencerfane.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Sami H. Rashid (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)

**KIRKLAND & ELLIS LLP**

*/s/ Daniel E. Laytin, P.C.*
Daniel Laytin, P.C. (*pro hac vice*)
Christa Cottrell, P.C. (*pro hac vice*)
Jenna M. Stupar (*pro hac vice*)
Amarto Bhattacharyya (*pro hac vice*)
Nicholas M. Ruge (*pro hac vice*)
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
jenna.stupar@kirkland.com
amarto.bhattacharyya@kirkland.com
nicholas.ruge@kirkland.com

*Counsel for Clemens Food Group, LLC and The Clemens Family Corporation*


**HOGAN LOVELLS US LLP**

*/s/ Justin W. Bernick*
Peter H. Walsh (#0388672)
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
(612) 402-3000
peter.walsh@hoganlovells.com
William L. Monts (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Agri Stats, Inc.*

| | |
|---|---|
| David B. Adler (*pro hac vice*)<br>Heather Christenson (*pro hac vice*)<br>Allison Silber (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>samirashid@quinnemanuel.com<br>michaelcarlinsky@quinnemanuel.com<br>davidadler@quinnemanuel.com<br>heatherchristenson@quinnemanuel.com<br>allisonsilber@quinnemanuel.com<br><br>Michael D. Bonanno (*pro hac vice*)<br>Christopher G. Michel (*pro hac vice*)<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br>mikebonanno@quinnemanuel.com<br>christophermichel@quinnemanuel.com<br><br>*Counsel for JBS USA Food Company* | **HUSCH BLACKWELL LLP**<br><br>*/s/ Christopher A. Smith*<br>Aaron Chapin (#0386606)<br>Christopher A. Smith (*pro hac vice*)<br>Tessa K. Jacob (*pro hac vice*)<br>A. James Spung (*pro hac vice*)<br>Jason Husgen (*pro hac vice*)<br>Sarah L. Zimmerman (MDL registered)<br>Kate Ledden (MDL registered)<br>Tanner Cook (MDL registered)<br>8001 Forsyth Blvd., Ste. 1500<br>St. Louis, MO 63105<br>Telephone: (314) 480-1500<br>aaron.chapin@huschblackwell.com<br>chris.smith@huschblackwell.com<br>tessa.jacob@huschblackwell.com<br>james.spung@huschblackwell.com<br>jason.husgen@huschblackwell.com<br>sarah.zimmerman@huschblackwell.com<br>kate.ledden@huschblackwell.com<br>tanner.cook@huschblackwell.com<br><br>*Counsel for Triumph Foods, LLC* |