UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF CLASS ACTION | Case No. 18-cv-01776 (JRT-JFD)<br><br>**DIRECT PURCHASER PLAINTIFFS' MOTION FOR PAYMENT OF ATTORNEYS' FEES AND CLASS REPRESENTATIVE SERVICE AWARDS** |

Pursuant to Federal Rules of Civil Procedure 23(h) and 54(d)(2), Direct Purchaser Plaintiffs hereby move and respectfully request that the Court approve and order the payment of attorneys' fees and service awards, as described in the submissions accompanying this Motion.

This Motion is based on the documents filed concurrently herewith in support thereof, the pleadings on file in this litigation, the advocacy of counsel at hearing of this Motion, and any other matters the Court may consider.

Date: May 12, 2025

*/s/ W. Joseph Bruckner*

| | |
|---|---|
| W. Joseph Bruckner (MN #0147758) | Clifford H. Pearson (*Pro Hac Vice*) |
| Brian D. Clark (MN #0390069) | Daniel L. Warshaw (*Pro Hac Vice*) |
| Joseph C. Bourne (MN #0389922) | Bobby Pouya (*Pro Hac Vice*) |
| **LOCKRIDGE GRINDAL NAUEN PLLP** | Michael H. Pearson (*Pro Hac Vice*) |
| 100 Washington Avenue South | **PEARSON WARSHAW, LLP** |
| Suite 2200 | 15165 Ventura Boulevard |
| Minneapolis, MN 55401 | Suite 400 |
| Telephone: (612) 339-6900 | Sherman Oaks, CA 91403 |
| Facsimile: (612) 339-0981 | Telephone: (818) 788-8300 |
| *wjbruckner@locklaw.com* | Facsimile: (818) 788-8104 |
| *bdclark@locklaw.com* | *cpearson@pwfirm.com* |
| *jcbourne@locklaw.com* | *dwarshaw@pwfirm.com* |
| | *bpouya@pwfirm.com* |
| | *mpearson@pwfirm.com* |

Melissa S. Weiner (MN #0387900)
**PEARSON WARSHAW, LLP**
328 Barry Avenue South
Suite 200
Wayzata, MN 55391
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
*mweiner@pwfirm.com*

*Direct Purchaser Plaintiffs Co-Lead Class Counsel*