### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776-JRT-JFD |
| THIS DOCUMENT RELATES TO: | |
| *Amory Investments LLC v. Agri Stats, Inc. et al.* | Case No. 21-cv-1697-JRT-JFD |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Scott Gant, Michael Mitchell, and Sarah Jones withdraw as counsel for Plaintiff Amory Investments LLC in the above-captioned action.

Attorneys at Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C. have appearances on file and will continue to represent Plaintiff Amory Investments LLC.

Dated: May 14, 2025

Respectfully submitted,

/s/ *Scott E. Gant*
Scott E. Gant
**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (201) 237-6131
sgant@bsfllp.com