UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Consumer Indirect Purchaser Actions | Civil No. 0:18-cv-1776-JRT-JFD<br><br>**MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT BETWEEN THE CONSUMER INDIRECT PURCHASER PLAINTIFFS AND CLEMENS FOOD GROUP, LLC, THE CLEMENS FAMILY CORPORATION, AND HATFIELD QUALITY MEATS** |

Consumer Indirect Purchaser Plaintiffs respectfully move the Court, the Honorable John R. Tunheim, Senior Judge for the United States District Court for the District of Minnesota, for preliminary approval of the Class Action Settlement between Consumer Indirect Purchaser Plaintiffs and Clemens Food Group, LLC, The Clemens Family Corporation, and Hatfield Quality Meats ("Clemens"). This motion is based on Federal Rule of Civil Procedure 23, the concurrently filed Memorandum of Law and supporting declarations, and any other evidence and arguments presented in the briefings and at any hearing on this motion to be set by the Court.

Dated: May 15, 2025

Respectfully submitted,

By: */s/ Daniel C. Hedlund*
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
Abou B. Amara, Jr.(#401146)
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402

1

Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
aamara@gustafsongluek.com


By: */s/ Shana E. Scarlett*
Shana E. Scarlett
Rio S. Pierce
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski
Abigail D. Pershing
**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 N. Lake Ave., Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
elaine@hbsslaw.com
abigailp@hbsslaw.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*