UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776-JRT-JFD |
| This Document Relates To: | Judge John R. Tunheim<br>Magistrate John F. Docherty |
| COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | **Motion for Preliminary Approval of Class Action Settlement Between the Commercial and Institutional Indirect Purchaser Plaintiffs and Defendants Clemens Food Group, LLC and The Clemens Family Corporation** |

Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") respectfully move the Court for preliminary approval of the class action settlement between Commercial and Institutional Indirect Purchaser Plaintiffs and Defendants Clemens Food Group, LLC and The Clemens Family Corporation. This motion is based on Rule 23 of the Federal Rules of Civil Procedure and the concurrently filed memorandum of law and supporting declaration.

CIIPPs do not request a hearing on this motion.

Dated: May 19, 2025          By      *s/ Shawn M. Raiter*

                                          Shawn M. Raiter (240424)
                                          **Larson · King, LLP**
                                          2800 Wells Fargo Place
                                          30 East Seventh Street
                                          St. Paul, MN 55101
                                          (651) 312-6500
                                          sraiter@larsonking.com

Michael Flannery (admitted *pro hac vice*)
**Cuneo Gilbert & LaDuca, LLP**
Two CityPlace Drive
Second Floor
St. Louis, MO 63141
(314) 226-1015
mflannery@cuneolaw.com

**Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**