# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 18-cv-1776 (JRT/JFD) |
| This Document Relates To:<br><br>COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | **Commercial and Institutional Indirect Purchaser Plaintiffs' Motion to Approve the Manner and Form of Class Notice Regarding Settlement with Clemens Food Group, LLC and The Clemens Family Corporation** |

Commercial and Institutional Indirect Purchaser Plaintiffs respectfully move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order approving the manner and form of class notice regarding their Settlement with Clemens Food Group, LLC and The Clemens Family Corporation and granting any such further relief as the Court may deem just and proper.

Dated: June 19, 2025              By   *s/ Shawn M. Raiter*
                                  Shawn M. Raiter (240424)
                                  **Larson · King, LLP**
                                  2800 Wells Fargo Place
                                  30 East Seventh Street
                                  St. Paul, MN 55101
                                  (651) 312-6500
                                  sraiter@larsonking.com

Michael Flannery (admitted *pro hac vice*)
**Cuneo Gilbert & LaDuca, LLP**
Two CityPlace Drive
Second Floor
St. Louis, MO 63141
(314) 226-1015
mflannery@cuneolaw.com

**Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**