UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776<br>Judge John R. Tunheim |
| McDonald's Corporation,<br><br>         Plaintiff,<br><br>   v.<br><br>Agri Stats, *et al.*,<br><br>         Defendants. | Case No. 0:22-cv-03106-JRT-JFD |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF MCDONALD'S CORPORATION'S CLAIMS AGAINST JBS USA FOOD COMPANY**

Plaintiff McDonald's Corporation ("McDonald's") and Defendant JBS USA Food Company ("JBS"), through counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

1. This Stipulation relates to *In re Pork Antitrust Litigation*, Case No. 0:18-cv-01776-JRT-JFD ("MDL 1776"); and *McDonald's Corporation v. Agri Stats, et al.*, Case No. 0:22-cv-03106-JRT-JFD (collectively referred to as "Actions").

2. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, McDonald's and JBS stipulate and agree to the dismissal, with prejudice, of McDonald's claims asserted against JBS in the Actions with each side bearing its own attorneys' fees and costs.

3. The Stipulation of Dismissal, with prejudice, has no bearing on McDonald's claims against Defendants other than JBS.

Dated: July 1, 2025                                   Respectfully submitted:

*/s/ Philip J. Iovieno*  
Philip J. Iovieno  
Nicholas A. Gravante, Jr.  
Jack G. Stern  
Gillian Groarke Burns  
Mark A. Singer  
Justin V. Arborn  
Elizabeth R. Moore  
CADWALADER, WICKERSHAM & TAFT LLP  
200 Liberty Street New York, NY 10281  
Tel: (212) 504-6000  
Fax: (212) 504-6666  
E-mail: philip.iovieno@cwt.com  
 nicholas.gravante@cwt.com  
 jack.stern@cwt.com  
 gillian.burns@cwt.com  
 mark.singer@cwt.com  
 justin.arborn@cwt.com  
 elizabeth.moore@cwt.com  

*Counsel for McDonald's Corporation*

*/s/ Sami H. Rashid*  
Donald G. Heeman, #286023  
Randi J. Winter, #0391354  
Luke J. Wolf, #0399986  
SPENCER FANE, LLP  
100 South Fifth Street, Suite 2500  
Minneapolis, MN 55402  
Telephone: (612) 268-7000  
Facsimile: (612) 268-7001  
 dheeman@spencerfane.com  
 rwinter@spencerfane.com  
 lwolf@spencerfane.com  

Sami H. Rashid  
Michael B. Carlinsky  
David B. Adler  
Heather Christenson  
QUINN EMANUEL URQUHART & SULLIVAN, LLP  
295 Fifth Avenue,  
New York, NY 10016  
Telephone: (212) 849-7000  
Facsimile: (212) 849-7100  
 samirashid@quinnemanuel.com  
 michaelcarlinsky@quinnemanuel.com  
 davidadler@quinnemanuel.com  
 heatherchristenson@quinnemanuel.com  

Michael D. Bonanno  
Christopher G. Michel  
QUINN EMANUEL URQUHART & SULLIVAN, LLP  
1300 I Street NW, Suite 900  
Washington, D.C. 20005  
Telephone: (202) 538-8000  
Facsimile: (202) 538-8100  
 mikebonanno@quinnemanuel.com  
 christophermichel@quinnemanuel.com  

*Counsel for Defendant JBS USA Food Company*