UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-1776<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS BY SHERWOOD FOOD DISTRIBUTORS, L.L.C., HARVEST MEAT COMPANY, INC., WESTERN BOXED MEAT DISTRIBUTORS, INC., AND HAMILTON MEAT, LLC AGAINST JBS USA FOOD COMPANY** |
| SHERWOOD FOOD DISTRIBUTORS, L.L.C., HARVEST MEAT COMPANY, INC., WESTERN BOXED MEAT DISTRIBUTORS, INC., and HAMILTON MEAT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AGRI STATS, *et al.,*<br><br>Defendants. | Case No. 0:21-cv-2617-JRT-JFD |

Pursuant to the Stipulation of Dismissal with Prejudice of Claims by Sherwood Food Distributors, L.L.C., Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., and Hamilton Meat, LLC, Against JBS USA Food Company, filed by Sherwood Food Distributors, L.L.C., Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., and Hamilton Meat, LLC ("Plaintiffs") and JBS USA Food Company ("Defendant"), [ECF No. 3125], the Stipulation is approved, and **IT IS HEREBY ORDERED THAT**:

1

2

1. This Order relates only to Plaintiffs' claims in *In re: Pork Antitrust Litigation*, Case No. 0:18-cv-01776-JRT-JFD ("MDL 1776"); and *Sherwood Food Distributors, L.L.C., et al. v. Agri Stats, et al.*, Case No. 0:21-cv-2617-JRT-JFD (collectively referred to as "Actions").

2. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs' claims against Defendant in the Actions are hereby **DISMISSED WITH PREJUDICE**, with each side bearing its own attorneys' fees and costs.

3. This Order does not apply to and has no bearing on any other plaintiff or defendant in the above-referenced case numbers, including any of the other parties identified in the DAPs' Consolidated Complaint at ECF No. 1659 in MDL 1776.

DATED: August 22, 2025
at Minneapolis, Minnesota

                                                s/John R. Tunheim
                                                JOHN R. TUNHEIM
                                                United States District Judge