# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*ALL CONSUMER INDIRECT PURCHASER PLAINTIFF CLASS ACTIONS* | Case No. 18-cv-1776-JRT-JFD<br><br>**CONSUMER INDIRECT PURCHASER PLAINTIFFS' NOTICE OF SETTLEMENT WITH TYSON FOODS, INC., TYSON FRESH MEATS, INC., AND TYSON PREPARED FOODS, INC.** |

## NOTICE OF SETTLEMENT

Consumer Indirect Purchaser Plaintiffs ("Consumer IPPs") respectfully write to the Court to provide notice that Consumer IPPs have reached an agreement with Tyson Foods, Inc., Tyson Fresh Meats, Inc., and Tyson Prepared Foods, Inc. (collectively, "Tyson," and together with Consumer IPPs, the "Parties") to settle all claims against Tyson.

This agreement is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, Consumer IPPs will move for preliminary – and ultimately, final – approval of a proposed settlement in the near future.

Dated: September 25, 2025     HAGENS BERMAN SOBOL SHAPIRO LLP

By: *s/ Shana E. Scarlett*
SHANA E. SCARLETT

HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman
Breanna Van Engelen (*Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com


BY: *s/ Daniel C. Hedlund*
     DANIEL C. HEDLUND

Daniel E. Gustafson (#202241)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Co-lead Counsel for Consumer Indirect Purchaser Plaintiffs*