UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Consumer Indirect Purchaser Actions | Case No. 0:18-cv-1776-JRT-JFD<br><br>**MEET AND CONFER STATEMENT REGARDING MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT BETWEEN THE CONSUMER INDIRECT PURCHASER PLAINTIFFS AND TYSON FOODS, INC., TYSON FRESH MEATS, INC., AND TYSON PREPARED FOODS, INC.** |

Pursuant to Local Rule 7.1(a)(1), Consumer Indirect Purchaser Plaintiffs hereby state and certify that their counsel met and conferred with counsel for the Settled Defendants (Tyson Foods, Inc., Tyson Fresh Meats, Inc., and Tyson Prepared Foods, Inc.) regarding this Motion for Preliminary Approval of the Class Action Settlement. The Settled Defendants do not oppose the Motion for Preliminary Approval.

Respectfully submitted,

Dated: October 1, 2025

By: */s/ Daniel Hedlund*
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
Abou B. Amara, Jr. (#401146)
Gabrielle M. Kolb (#504386)
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600

Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
aamara@gustafsongluek.com
gkolb@gustafsongluek.com

By: */s/ Shana E. Scarlett*
Shana E. Scarlett
Rio Pierce
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski
Abigail D. Pershing
**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
elaine@hbsslaw.com
abigailp@hbsslaw.com

*Co-Lead Counsel for the Consumer Indirect Purchaser Plaintiffs*