UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Case No. 18-cv-1776 (JRT/JFD)<br><br>**Motion for Preliminary Approval of Class Action Settlement Between Commercial and Institutional Indirect Purchaser Plaintiffs and Tyson and for Leave to Disseminate Notice** |

Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") respectfully move the Court for preliminary approval of the class action settlement between the CIIPPs and Defendants Tyson Foods, Inc., Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc. ("Tyson"). CIIPPs further seek the Court's approval of the form and manner of notice regarding this class action settlement, and request that the Court grant leave to disseminate notice. This motion is based on Rule 23 of the Federal Rules of Civil Procedure and the concurrently filed memorandum of law and supporting declarations as well as any other evidence and argument presented to the Court at any hearing on this motion.

Dated: January 27, 2026        By    *s/ Shawn M. Raiter*
                                Shawn M. Raiter (240424)
                                **Larson · King, LLP**
                                2800 Wells Fargo Place
                                30 East Seventh Street
                                St. Paul, MN 55101
                                (651) 312-6500
                                sraiter@larsonking.com

1

Michael Flannery (*pro hac vice*)
**Cuneo Gilbert Flannery & LaDuca, LLP**
Two CityPlace Drive
Second Floor
St. Louis, MO 63141
(314) 226-1015
mflannery@cuneolaw.com

**Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**