Attachment 2

COURT APPROVED LEGAL NOTICE

# If you purchased any Pork product in the United States from June 28, 2014, through June 30, 2018, for business use in commercial food preparation, a class action settlement may affect your rights.

A Settlement has been reached in a class action antitrust lawsuit filed on behalf of Commercial and Institutional Indirect Purchaser Plaintiffs with Tyson Foods, Inc., Tyson Fresh Meats, Inc., Tyson Prepared Foods, Inc., and related or affiliated entities ("Tyson" or "Settling Defendant"). The Settlement requires Tyson to pay $48,000,000. In addition to this monetary benefit, Tyson has also agreed to certain non-monetary relief and to provide specified cooperation in the Commercial and Institutional Indirect Purchaser Plaintiffs' continued pursuit of the lawsuit. There will be no payments to the Settlement Classes at this time. You will be notified later of an opportunity to file a Claim Form. Before any money is paid, the Court will hold a hearing to decide whether to approve the Settlement.

The United States District Court for the District of Minnesota authorized this Notice. This Court ordered Notice may affect your rights. Please read this notice carefully.

**WHO IS INCLUDED?**

For settlement purposes, members of the Settlement Classes are defined as:

 **Injunctive Class:** All entities that indirectly purchased uncooked pork bacon, or one or more of the following types of raw pork, whether fresh or frozen: loins, shoulder, ribs, hams, or pork chops from defendants or co-conspirators for their own use in commercial food preparation in the United States from June 28, 2014 to June 30, 2018. For this lawsuit, pork excludes any product that is marketed as organic and/or no antibiotics ever and any product other than bacon that is marinated, seasoned, flavored, or breaded, but it includes uncooked and cooked ham water added products.

**Damages Class:** All entities that indirectly purchased uncooked pork bacon, or one or more of the following types of raw pork, whether fresh or frozen: bellies, loins, shoulder, ribs, hams, or pork chops from defendants or co-conspirators for their own use in commercial food preparation in the Repealer Jurisdictions from June 28, 2014 to June 30, 2018. For this lawsuit, pork excludes any product that is marketed as organic, no antibiotics and/or no antibiotics ever (NAE) and any product other than bacon that is marinated, seasoned, flavored, or breaded, but it includes uncooked and cooked ham water added products.

All Settlement Class members are members of the nationwide Injunctive Class. Only Settlement Class members in the following jurisdictions ("Repealer Jurisdictions") are eligible to potentially

recover money from the settlement funds available in the Damages Class: Arkansas, Arizona, California, District of Columbia, Florida, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia and/or Wisconsin. The class period for Kansas, Massachusetts, Mississippi, South Carolina, and Tennessee class members begins June 28, 2015.

For purposes of the Settlement, "Pork" means porcine or swine products processed, produced or sold by Tyson, or by any of the Defendants or their co-conspirators: uncooked pork bacon, or one or more of the following types of raw pork, whether fresh or frozen: loins, shoulder, ribs, hams, or pork chops. "Pork" excludes any product that is marketed as organic and/or no-antibiotics ever and any product other than bacon that is marinated, seasoned, flavored, or breaded, but it includes uncooked and cooked ham water added products.

In addition to Tyson, the Defendants and alleged co-conspirators in this lawsuit are Agri Stats, Inc., Clemens Food Group, LLC, The Clemens Family Corporation, JBS USA Food Company, Hormel Foods Corporation, Hormel Foods, LLC, Seaboard Foods LLC, Seaboard Corporation, Smithfield Foods, Inc., and Triumph Foods, LLC.

If you are not sure you are included, you can get more information, including a detailed notice, at the Settlement Website here or by calling toll-free 1-855-867-0738.

## WHAT IS THIS LAWSUIT ABOUT?

Commercial and Institutional Indirect Purchaser Plaintiffs allege that Defendants and their co-conspirators conspired and combined to fix, raise, maintain, and stabilize the price of Pork products, from at least January 1, 2009, with the intent and expected result of increasing prices of Pork products in the United States, in violation of federal antitrust laws and various state antitrust, consumer protection and unfair trade practices, and unjust enrichment laws. Tyson denies it did anything wrong. The Court did not decide which side was right, but both sides agreed to the Settlement to resolve the lawsuit and get benefits to the Settlement Classes. The lawsuit is still proceeding on behalf of the Commercial and Institutional Indirect Purchaser Plaintiffs against other Defendants who may be subject to separate settlements, judgments, or class certification related orders. A separate notice was previously sent regarding the progress of the lawsuit.

## WHAT DOES THE SETTLEMENT PROVIDE?

The Settlement Agreement provides that Tyson will pay $48,000,000 to resolve all Settlement Class members' legal claims against Tyson for the Released Claims (as defined in the Settlement Agreement). In addition to this monetary benefit, Tyson has also agreed to certain non-monetary relief and to provide specified cooperation in the Commercial and Institutional Indirect Purchaser Plaintiffs' continued pursuit of the lawsuit. No money will be distributed at this time. You will be notified later, if and when there is an opportunity to submit a Claim Form to receive a payment. Settlement Class Counsel will continue to pursue the lawsuit against the other Defendants.

Settlement Class Counsel will ask the Court for attorneys' fees based on their services in this lawsuit not to exceed one-third of the Settlement Fund. Settlement Class Counsel will also request

that the Court reimburse them for litigation expenses, allow them to set aside up to four percent of the Settlement Fund for future litigation expenses, and award each class representative a service payment of $2,500.00. Any payment to the attorneys or class representatives will be subject to Court approval, and the Court may award less than the requested amount. The attorneys' fees, costs, expenses, and service payments that the Court orders, plus the costs to administer the Settlement, will come out of the Settlement Fund. Settlement Class Counsel may seek additional attorneys' fees, costs, expenses, and service payments from any other settlements or recoveries obtained in the future. When Settlement Class Counsel's motion for fees and service payments is filed, it will be available at www.PorkCommercialCase.com. The motion will be posted on the website before the deadline for objecting to the Settlement. You will have an opportunity to object to this request.

**WHAT ARE YOUR RIGHTS?**

You do not need to take any action to remain a member of the Settlement Classes and be bound by the Settlement Agreement. As a Settlement Class member, you may be able to participate in any future settlements or judgments obtained by Commercial and Institutional Indirect Purchaser Plaintiffs against other Defendants in the case.

If you do not like something about the Settlement and you have not previously excluded yourself from the Settlement Class, you can object to the Tyson Settlement. Instructions on how to object are found at the Settlement website here.

While the Settlement is only with Tyson at this time, the Settlement Class includes purchasers of Pork products (as defined in the Settlement Agreements) from *any* of the Defendants or their co-conspirators. If you are a member of the Settlement Classes, you may be eligible to participate in any additional settlements which may arise with any other Defendants in the case.

The Court will hold a hearing in this case *In re Pork Antitrust Litigation* (Commercial and Institutional Indirect Purchaser Actions), Case No. 0:18-cv-01776 (D. Minn.) on **MM DD, 20YY**, at **00:00 a.m./p.m.** to consider whether to approve the Settlement Agreement. You may ask to speak at the hearing, but you do not have to.

**This notice is a summary only. You can find more details about the Settlement here or by calling toll-free 1-855-867-0738. Please do not contact the Court.**