# Attachment 3

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

# If you purchased any Pork product in the United States from June 28, 2014, through June 30, 2018, for business use in commercial food preparation, a class action settlement may affect your rights.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

- A Settlement has been reached in a class action antitrust lawsuit filed on behalf of Commercial and Institutional Indirect Purchaser Plaintiffs with Tyson Foods, Inc., Tyson Fresh Meats, Inc., Tyson Prepared Foods, Inc., and related or affiliated entities ("Tyson" or "Settling Defendant"). This Settlement only applies to the Settling Defendant and does not dismiss legal claims against other Defendants in the case entitled *In re Pork Antitrust Litigation (Commercial and Institutional Indirect Purchaser Actions)*, Case No. 0:18-cv-01776 (D. Minn.).

- If approved by the Court, the Settlement will resolve a lawsuit, alleging that Tyson combined and conspired in restraint of trade, the alleged purpose and effect of which was to suppress competition and to allow Tyson and other Pork producers to charge supra-competitive prices for Pork products during the Settlement Class Period, in violation of federal and state laws. If approved, the Settlement will avoid litigation costs and risks to Commercial and Institutional Indirect Purchaser Plaintiffs and Tyson and will release Tyson from liability to members of the Settlement Classes.

- The Settlement requires Tyson to pay $48,000,000. In addition to this monetary benefit, Tyson has also agreed to certain non-monetary relief and to provide specified cooperation in the Commercial and Institutional Indirect Purchaser Plaintiffs' continued pursuit of the lawsuit. There will be no payments to the Settlement Classes at this time. You will be notified later of an opportunity to file a Claim Form.

- Recently, notice was provided because the Court established or "certified," the lawsuit as a class action. In 2021, notice was provided regarding a settlement with Defendants JBS USA Food Company, JBS USA Food Company Holdings, Swift Pork Company, and related or affiliated entities ("JBS"). In 2022, notice was provided regarding a settlement with Defendant Smithfield Foods, Inc. and related or affiliated entities ("Smithfield"). In 2024, notice was provided regarding a settlement with Defendant Seaboard Foods LLC and related or affiliated entities ("Seaboard") and with Defendant Hormel Foods Corporation and Hormel Foods, LLC and related or affiliated entities ("Hormel"). In 2025, notice was provided regarding a settlement with Defendants Clemens Food Group, LLC, The Clemens Family Corporation and related or affiliated entities ("Clemens"). This Notice is for the Tyson Settlement, a new settlement within the same lawsuit. You may be a member of the Settlement Classes.

- The Court has not decided whether Tyson did anything wrong, and Tyson denies any wrong-doing, and continues to deny the allegations in the Commercial and Institutional Indirect Purchaser Plaintiffs' complaint. Your legal rights are affected whether you act or do not act. Please read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS | | DEADLINE |
|---|---|---|
| **OBJECT** | Write to the Court about why you do not like the Settlement. | **Postmarked by MM DD, 20YY** |
| **ATTEND A HEARING** | Ask to speak to the Court about the fairness of the Settlement. | **Notice of Appearance: MM DD, 20YY** |
| **DO NOTHING** | You will remain part of the Settlement, and you may participate in any monetary distribution, which may happen later. The Settlement will resolve your legal claims against Tyson, and you will give up your rights to sue Tyson about the Released Claims (as defined in the Settlement Agreement). You will be bound by the judgment. | |

- These rights and options **and the deadlines to exercise them** are explained in this Notice.
- The Court in charge of this lawsuit must still decide whether to approve the Settlement and the requested attorneys' fees and expenses.

**Questions? Go to www.PorkCommercialCase.com or call 1-855-867-0738**

## BASIC INFORMATION

### 1. What is this lawsuit about?

This class action is called *In re Pork Antitrust Litigation (Commercial and Institutional Indirect Purchaser Actions)*, Case No. 0:18-cv-01776, and is pending in the United States District Court for the District of Minnesota. United States District Court Judge John R. Tunheim is overseeing this class action. Commercial and Institutional Indirect Purchaser Plaintiffs allege that Defendants and their co-conspirators conspired and combined to fix, raise, maintain, and stabilize the price of Pork products, from at least January 1, 2009, with the intent and expected result of increasing prices of Pork products in the United States, in violation of federal antitrust laws and various state antitrust, consumer protection and unfair trade practices, and unjust enrichment laws.

The Defendants and co-conspirators named in the Commercial and Institutional Indirect Purchaser Plaintiffs' Fourth Amended and Consolidated Class Action Complaint are producers of Pork products in the United States and a company that provides benchmarking reports in certain agricultural industries. In this Notice, "Defendants" refers to JBS USA Food Company, Clemens Food Group, LLC, The Clemens Family Corporation, Hormel Foods Corporation, Hormel Foods, LLC, Seaboard Foods LLC, Seaboard Corporation, Smithfield Foods, Inc., Triumph Foods, LLC, Tyson Foods, Inc., Tyson Prepared Foods, Inc., Tyson Fresh Meats, Inc., and Agri Stats, Inc. and "Settling Defendant" refers to "Tyson"—that is, collectively, Tyson Foods, Inc., Tyson Prepared Foods, Inc., Tyson Fresh Meats, Inc., and related or affiliated entities.

Commercial and Institutional Indirect Purchaser Plaintiffs have reached this Settlement with Tyson (and prior settlements with JBS, Smithfield, Seaboard, Hormel, and Clemens). However, the Commercial and Institutional Indirect Purchaser Plaintiffs' lawsuit is still proceeding against other Defendants. Those other Defendants may be subject to separate settlements, judgments, or class certification orders. A separate notice was previously sent regarding the progress of the lawsuit. If applicable, you will receive a separate notice regarding the progress of the lawsuit and any resolution of legal claims against the other Defendants.

Tyson denies all allegations of wrongdoing in this lawsuit and would allege numerous defenses to Plaintiffs' legal claims if the lawsuit against it were to proceed.

### 2. Why is the lawsuit a class action?

In a class action lawsuit, one or more people or businesses called class representatives sue on behalf of others who have similar legal claims, all of whom together are a "class." Individual class members do not have to file a lawsuit to participate in the class action settlement or be bound by the judgment in the class action. One court resolves the issues for everyone in the class, except for those who have excluded themselves from the class.

### 3. Why is there a Settlement?

The Court did not decide in favor of Commercial and Institutional Indirect Purchaser Plaintiffs or Tyson. Commercial and Institutional Indirect Purchaser Plaintiffs believe they may have won at trial and possibly obtained a greater recovery. Tyson believes the Commercial and Institutional Indirect Purchaser Plaintiffs may not have succeeded at a trial. But a lawsuit involves risks to both sides, and therefore Commercial and Institutional Indirect Purchaser Plaintiffs and Tyson have agreed to the Settlement. The Settlement requires Tyson to pay money, as well as to provide certain non-monetary relief in the form of a declaration from a records custodian addressing the factual predicates for authentication of documents that the Commercial and Institutional Indirect Purchaser Plaintiffs

**Questions? Go to www.PorkCommercialCase.com or call 1-855-867-0738**

2

include in an exhibit list for trial. Commercial and Institutional Indirect Purchaser Plaintiffs and their attorneys believe the Settlement is in the best interests of all Settlement Class members.

| 4. What if I received previous communications regarding this lawsuit? |
|---|

You may have received other communications regarding this lawsuit, including solicitations by other attorneys seeking to represent you as a plaintiff in an individual (or "direct action") lawsuit against Defendants. These communications were not approved by the Court and did not come from Court-appointed Settlement Class Counsel. You should carefully review this Notice and your rights as a potential member of the Settlement Class.

## WHO IS INCLUDED IN THE SETTLEMENT?

| 5. How do I know if I am part of the Tyson Settlement? |
|---|

The Court decided that, for settlement purposes, members of the Settlement Classes are defined as:

**Injunctive Class:** All entities that indirectly purchased uncooked pork bacon, or one or more of the following types of raw pork, whether fresh or frozen: loins, shoulder, ribs, hams, or pork chops from defendants or co-conspirators for their own use in commercial food preparation in the United States from June 28, 2014 to June 30, 2018. For this lawsuit, pork excludes any product that is marketed as organic and/or no antibiotics ever and any product other than bacon that is marinated, seasoned, flavored, or breaded, but it includes uncooked and cooked ham water added products.

**Damages Class:** All entities that indirectly purchased uncooked pork bacon, or one or more of the following types of raw pork, whether fresh or frozen: bellies, loins, shoulder, ribs, hams, or pork chops from defendants or co-conspirators for their own use in commercial food preparation in the Repealer Jurisdictions from June 28, 2014 to June 30, 2018. For this lawsuit, pork excludes any product that is marketed as organic, no antibiotics and/or no antibiotics ever (NAE) and any product other than bacon that is marinated, seasoned, flavored, or breaded, but it includes uncooked and cooked ham water added products.

The Settlement Class Period is from June 28, 2014 through June 30, 2018.

All Settlement Class members are members of the nationwide Injunctive Class. Only Settlement Class members in the following jurisdictions ("Repealer Jurisdictions") are eligible to potentially recover money from the settlement funds available in the Damages Class: Arkansas, Arizona, California, District of Columbia, Florida, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia and/or Wisconsin. The class period for Kansas, Massachusetts, Mississippi, South Carolina, and Tennessee class members begins June 28, 2015.

While this Settlement is only with Tyson at this time, the Settlement Classes include purchasers of Pork products (as defined in the Settlement Agreement) from *any* of the Defendants or their co-conspirators. If you are a member of the Damages Class, you may be eligible to participate in any additional settlement which has or may arise with any other Defendants in the lawsuit.

### 6. What Pork products are included in the Tyson Settlement?

For purposes of the Settlement, "Pork" means porcine or swine products processed, produced or sold by Tyson, or by any of the Defendants or their co-conspirators: uncooked pork bacon, or one or more of the following types of raw pork, whether fresh or frozen: loins, shoulder, ribs, hams, or pork chops. "Pork" excludes any product that is marketed as organic and/or no-antibiotics ever and any product other than bacon that is marinated, seasoned, flavored, or breaded, but it includes uncooked and cooked ham water added products.

### 7. Are there exceptions to being included in the Tyson Settlement?

Yes. Specifically excluded from the Settlement Classes are Natural persons who purchased pork for their personal use and not for commercial food preparation (End-User Consumers); purchases of pork directly from Defendants; purchases of pork for resale in unaltered form; purchases of pork from an intermediary who has further processed the pork; the Defendants; the officers, directors or employees of any Defendant; any entity in which any Defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any Defendant; any federal, state or local governmental entities, any judicial officer presiding over this action and the members of his/her immediate family and judicial officer presiding over this action and the members of his/her immediate family and judicial staff, any juror assigned to this action; and any coconspirator identified in this action. If you are in one of these categories, you are not a member of the Settlement Classes and not eligible to participate in the Settlement.

### 8. What if I am still not sure if I am part of the Tyson Settlement?

If you are still not sure if you are included, please review the detailed information contained in the Settlement Agreement, available at www.PorkCommercialCase.com, or call the Settlement Administrator toll-free at 1-855-867-0738.

## THE BENEFITS OF THE SETTLEMENT

### 9. What does the Settlement with Tyson provide?

If the Settlement is approved, Tyson will pay $48,000,000 to resolve all Settlement Class members' legal claims against Tyson for the Released Claims (as defined in the Settlement Agreement). In addition to this monetary benefit, Tyson has also agreed to certain non-monetary relief and to provide specified cooperation in the Commercial and Institutional Indirect Purchaser Plaintiffs' continued pursuit of the lawsuit. The Settlement Agreement is available at www.PorkCommercialCase.com.

### 10. What are the Settlement benefits being used for?

No money will be distributed at this time. Settlement Class Counsel will continue to pursue the lawsuit against the other Defendants. Settlement Class Counsel will request that the Court award attorneys' fees and the reimbursement of certain litigation costs and expenses and service payments. See Question 20 for more information regarding Settlement Class Counsel's attorneys' fees, costs, expenses, and class representative service payments. All Settlement funds that remain after payment of the Court ordered attorneys' fees, costs, expenses, and service payments will be distributed at the conclusion of the lawsuit or as ordered by the Court. You will be notified later, when there is an opportunity to submit a Claim Form to receive a payment.

### 11. What am I giving up by staying in the Settlement Class?

You cannot sue, continue to sue, or be part of any other lawsuit against Tyson that pertains to the Released Claims (as defined in the Settlement Agreement).

It also means that all of the Court's orders will apply to you and legally bind you. The Released Claims are detailed in Paragraph 14 of the Settlement Agreement, available at www.PorkCommercialCase.com.

You are not releasing your legal claims against any Defendant other than Tyson.

### 12. What are the Released Claims?

The Tyson Settlement Agreement in paragraph 14 (titled "Release") describes the "Released Claims" and the "Released Parties" in necessary legal terminology, so read this section carefully. The Settlement Agreement is available at www.PorkCommercialCase.com or in the public court records on file in this lawsuit. For questions regarding the Releases or what they mean, you can also contact one of the lawyers listed in Question 19 for free, or you can talk to your own lawyer at your own expense.

### 13. What happens if I do nothing at all?

If you do nothing, you will remain a member of the Settlement Classes and may participate in the Tyson Settlement if you are in a Repealer Jurisdiction and submit a timely and valid Claim Form, if required, when that option is available at a later date. You will also have the opportunity to participate in any future settlements or judgments obtained by Commercial and Institutional Indirect Purchaser Plaintiffs against other Defendants in the lawsuit.

## OBJECTING TO THE SETTLEMENT

### 14. How do I tell the Court that I do not like the Tyson Settlement?

Objecting is telling the Court that you do not like something about the Settlement. If you are a member of the Settlement Classes and have not previously excluded yourself from the Settlement Classes, you can object to the Tyson Settlement, if you do not like part or all of it. The Court will consider your views.

To object, you must send a letter or other written statement saying that you object to the Tyson Settlement in *In re Pork Antitrust Litigation (Commercial and Institutional Indirect Purchaser Actions)* and the reasons why you object. Be sure to include your full name, current mailing address, and email address. Your objection must be signed. You may include or attach any documents that you would like the Court to consider. Do not send your written objection to the Court or the judge. Instead, mail the objection to the Settlement Administrator, Settlement Class Counsel, and counsel for Tyson at the addresses listed below. Your objection must be **postmarked** by **MM DD, 20YY**.

Questions? Go to www.PorkCommercialCase.com or call 1-855-867-0738

5

| Settlement Administrator | Settlement Class Counsel | Counsel for Tyson |
|---|---|---|
| Pork Commercial and Institutional Indirect Purchaser Litigation Settlement Administrator P.O. Box 6610 Portland, OR 97228-6610 | Shawn M. Raiter Larson · King LLP 30 East Seventh Street, Suite 2800 St. Paul, MN 55101<br><br>Michael J. Flannery Cuneo Gilbert & LaDuca, LLP Two City Place Drive St. Louis, MO 63141 | Tiffany Rider Axinn, Veltrop & Harkrider, LLP 1901 L Street NW Washington, DC 20036<br><br>John Terzaken Simpson Thacher & Bartlett 900 G Street NW Washington, DC 20001 |

### 15. If I previously excluded myself from the Settlement Class, can I object?

No, if you previously excluded yourself from the Settlement Class you cannot object to the Tyson Settlement because the Settlement no longer affects you. You can object only if you have not previously excluded yourself from the Settlement Class.

## THE LAWYERS REPRESENTING YOU

### 16. Do I have lawyers in this case?

Yes, the Court has appointed Larson · King LLP and Cuneo Gilbert & LaDuca, LLP as Settlement Class Counsel for the Settlement Classes. If you wish to remain a member of the Settlement Classes, you do not need to hire your own lawyer because Settlement Class Counsel is working on your behalf. If you wish to pursue your own lawsuit separate from this one, these lawyers will no longer represent you.

### 17. How will Settlement Class Counsel be paid?

Settlement Class Counsel will ask the Court for attorneys' fees based on their services in this lawsuit not to exceed one-third of the Settlement Fund. Settlement Class Counsel will also request that the Court reimburse them for litigation expenses, allow them to set aside up to four percent of the Settlement Fund for future litigation expense, and award each class representative a service payments of $2,500.00. Any payment to the attorneys or class representatives will be subject to Court approval, and the Court may award less than the requested amount. The attorneys' fees, costs, expenses, and service payments that the Court orders, plus the costs to administer the Settlement, will come out of the Settlement Fund. Settlement Class Counsel may seek additional attorneys' fees, costs, expenses, and service payments from any other settlements or recoveries obtained in the future.

When Settlement Class Counsel's motion for fees, costs, expenses, and service payments is filed, it will be available at www.PorkCommercialCase.com. The motion will be posted on the website before the deadline for objecting to the Settlement. You will have an opportunity to object to this request.

Questions? Go to www.PorkCommercialCase.com or call 1-855-867-0738

6

## THE COURT'S FAIRNESS HEARING

**18. When and where will the Court decide whether to approve the Tyson Settlement?**

The Court will hold a hearing to decide whether to approve the Settlement (the "Fairness Hearing"). You may attend and you may ask to speak, but you do not have to. The Court will hold a Fairness Hearing on **MM DD, 20YY**, at **00:00 a.m./p.m.** At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court may listen to Settlement Class members who have asked to speak at the hearing. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take. The Court may also move the Fairness Hearing to a later date without providing additional notice to the Settlement Class members. Updates will be posted to the Settlement website www.PorkCommercialCase.com regarding any changes to the hearing date.

**19. Do I have to attend to the Fairness Hearing?**

No. Settlement Class Counsel will answer any questions the Court may have. However, you are welcome to come at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

**20. May I speak at the Fairness Hearing?**

Yes. You may ask to speak at the Fairness Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in *In re Pork Antitrust Litigation (Commercial and Institutional Indirect Purchaser Actions)*." Be sure to include your name, current mailing address, telephone number, and signature. Your Notice of Intention to Appear must be **postmarked** by **MM DD, 20YY**, and it must be sent to the Clerk of the Court, Settlement Class Counsel, and counsel for Tyson. The address for the Clerk of the Court is: 300 South Fourth Street, Courtroom 14E, Minneapolis, MN 55415. The addresses for Settlement Class Counsel and counsel for Tyson are provided in Question 17. You cannot ask to speak at the hearing if you excluded yourself from the Settlement's Damages Class.

## GETTING MORE INFORMATION

**21. How do I get more information about the Tyson Settlement?**

This Notice summarizes the proposed Settlement. More details are in the Settlement Agreement. You can find a copy of the Settlement Agreement, other important documents, and information about the current status of the lawsuit by visiting www.PorkCommercialCase.com. You may contact the Settlement Administrator at info@PorkCommercialCase.com or toll-free at 1-855-867-0738.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

Questions? Go to www.PorkCommercialCase.com or call 1-855-867-0738

7