# Attachment 4

*Pork Antitrust Litigation*
*Banner Advertisement*

**300 x 250 Online Display Banner**

Frame 1 (on screen for 10 seconds):



Frame 2 (on screen for 7 seconds):



1

### Facebook Newsfeed Ad
(Static)



### Facebook Right Hand Column Ad
(Static)



### LinkedIn Text Ad
(Static)

