# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil No. 18-1776 (JRT-JFD) |
| | Honorable John R. Tunheim |
| This Document Relates to: | |
| All Consumer Indirect Purchaser Actions | |

## MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS BETWEEN CONSUMER INDIRECT PURCHASER PLAINTIFFS AND TRIUMPH FOODS, LLC AND AGRI STATS, INC.

Consumer Indirect Purchaser Plaintiffs respectfully move the Court, the Honorable John R. Tunheim, District Judge, for preliminary approval of the Class Action Settlements between Consumer Indirect Purchaser Plaintiffs and Triumph Foods, LLC and Agri Stats, Inc. This motion is based on Federal Rule of Civil Procedure 23, the concurrently filed Memorandum of Points and Authorities and supporting declarations, and any other evidence and arguments presented in the briefings and at any hearing on this motion to be set by the Court.

DATED: March 31, 2026

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Shana E. Scarlett*
       SHANA E. SCARLETT

John M. Grant
715 Hearst Avenue, Suite 202

- 1 -

Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
john.grant@hbsslaw.om

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

GUSTAFSON GLUEK PLLC

By: */s/ Joshua J. Rissman*
　　　JOSHUA J. RISSMAN

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Joshua J. Rissman (#391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

*Co-Lead Counsel for Consumer Indirect
Purchaser Plaintiffs*