**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DIRECT PURCHASER PLAINTIFF CLASS ACTION | Case No. 0:18-cv-01776 (JRT-JFD)<br><br>**DECLARATION OF BRIAN DEVERY IN SUPPORT OF MOTION TO PRELIMINARILY APPROVE THE DIRECT PURCHASER PLAINTIFF CLASS'S PROPOSED SETTLEMENT WITH AGRI STATS, INC., AND TO APPROVE NOTICE THEREOF** |

I, Brian Devery, declare as follows:

1.      I am a Director of Client Services with A.B. Data, Ltd. ("A.B. Data"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      A.B. Data was appointed by the Court to act as the Notice, Claims, and Settlement Administrator in the above-captioned action (the "Action"). In these roles, A.B. Data, provided notice to inform Class Members about the settlements with JBS USA Food Company Holdings ("JBS") and Smithfield Foods, Inc. ("Smithfield"); claims process for the settlements with JBS and Smithfield; class certification and settlement with Seaboard Foods LLC ("Seaboard"); settlement with Hormel Foods Corporation ("Hormel Foods"); and settlements with Clemens Food Group, LLC and The Clemens Family Corporation ("Clemens"); Triumph Foods, LLC ("Triumph"); and Tyson Foods, Inc., Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc. ("Tyson") and claims process. A.B. Data completed the first distribution of the Net Settlement Fund from the JBS and Smithfield settlements and is currently implementing the second distribution of the Net Settlement Fund from the Seaboard, Hormel Foods, Clemens, Triumph, and Tyson settlements.

3.      In consultation with Co-Lead Class Counsel, I prepared a proposed notice plan for the Settlement with Agri Stats, Inc. ("Agri Stats"). The proposed notice plan is substantially similar to the previous notice plans implemented in this Action. This Declaration will describe the proposed notice plan and how it will meet the requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23") and provide due process to the potential members of the Certified Class. This Declaration is based upon my personal

1

knowledge and information provided to me by Co-Lead Class Counsel, my associates, and A.B. Data staff members.

4.    Previously, Eric Schachter submitted declarations, including the *Declaration of Eric Schachter in Support of Motion to Preliminarily Approve the Direct Purchaser Plaintiff Class's Proposed Settlements with the Tyson, Clemens, and Triumph Defendants, and to Approve Class Notice* (ECF No. 2946), outlining A.B. Data's credentials. A.B. Data has been appointed as notice, claims, and/or settlement administrator in hundreds of large consumer, antitrust, securities, ERISA, insurance, and government agency matters.

5.    The objective of the proposed notice plan is to provide the best practicable notice under the circumstances to potential Class Members. The Certified Class (*see* ECF No. 1887) is defined as follows:

> All persons and entities who directly purchased one or more of the following types of pork, or products derived from the following types of pork, from Defendants, or their respective subsidiaries or affiliates, for use or delivery in the United States from June 29, 2014, through June 30, 2018: fresh or frozen loins, shoulders, ribs, bellies, bacon, or hams. For this lawsuit, pork excludes any product that is marketed as organic or as no antibiotics ever (NAE); any product that is fully cooked or breaded; any product other than bacon that is marinated, flavored, cured, or smoked; and ready-to-eat bacon.

> Excluded from this Class are the Defendants, the officers, directors or employees of any Defendant; any entity in which any Defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any Defendant. Also excluded from this Class are any federal, state or local governmental entities, any judicial officer presiding over this action and the members of his/her immediate family and judicial staff, any juror assigned to this action, and any Co-Conspirator identified in this action.

## NOTICE PLAN

6.      The proposed notice plan includes direct notice by mail and/or email to approximately 43,000 addresses associated with potential Class Members identified previously through notice and claims processes in this litigation. To supplement this direct notice and reach potential Class Members who may not receive direct notice, A.B. Data will implement a print and digital media campaign as discussed below.

7.      The Long-Form Notice with detailed information regarding the Settlement will be posted to the settlement website, attached hereto as **Exhibit A**.

8.      Direct notice will be provided via a Postcard Notice, attached as **Exhibit D**, that will be mailed to approximately 43,000 addresses associated with potential Class Members with a known mailing address and posted on the case-specific website, www.PorkAntitrustLitigation.com. A Short-Form Notice, attached as **Exhibit B**, will be formatted as an email and sent to the approximately 1,000 addresses associated with potential Class Members with a known email address.

9.      The Postcard Notice and Short-Form Notice sent directly to potential Class Members will include summary information concerning the Certified Class and the Settlement, including: that this is a class action; the Certified Class definition in plain and engaging language ("If you purchased any Pork product directly from a Pork producer for use or delivery in the United States from June 29, 2014, through June 30, 2018, a class action may affect your rights."); that the Action alleges antitrust violations and price-fixing claims, that a Class Member may appear through an attorney, that Class Members can no longer request exclusion from the Certified Class or submit claims in the earlier

3

settlements, that Class Members can object to the Settlement, the time and manner for submitting an objection, important dates and deadlines, and the binding effect of a judgment on the Certified Class. The Short-Form Notice will also include a hyperlink to www.PorkAntitrustLitigation.com, so Class Members can access the more detailed Long-Form Notice and additional important documents and information.

10.    For emailed notice, A.B. Data implements certain best practices to increase deliverability and bypass SPAM and junk filters, and A.B. Data will verify how many emails were successfully delivered. For mailed notice, A.B. Data will track any mail returned as undeliverable by the United States Postal Service ("USPS"), and using third-party information providers, attempt to ascertain an updated address and resend the Long-Form Notice accordingly.

11.    To supplement the direct notice efforts, A.B. Data will publish the Short-Form Notice one time in *Supermarket News* and *Nation's Restaurant News. Supermarket News* is a trade journal targeting retail grocer executives and wholesale buyers. *Nation's Restaurant News* is a trade journal targeting management in large multi-unit national chain restaurants and onsite food service facilities like hotels, clubs, and healthcare. A.B. Data will also implement a digital media banner ad campaign that will run for 30 days on the websites for each of these trade journals (www.supermarketnews.com and www.nrn.com). A sample banner ad is attached as **Exhibit C**. Comparable alternatives will be considered if any of these proposed platforms will not accept legal notices or inventory is not available at the time of placement.

4

## WEBSITE AND TELEPHONE

12.    To assist potential Class Members in understanding their rights about the litigation and the Settlement, the current case-specific toll-free telephone number and website from the previous settlements in this matter will continue to be maintained and updated with information about the Settlement with Agri Stats. A.B. Data will respond to any and all email inquiries regarding this Settlement as necessary. With regards to the toll-free telephone line, A.B. Data will receive calls and respond to all inquiries regarding the Settlement as necessary.

## CONCLUSION

13.    It is my opinion, based on my individual expertise and experience and that of my A.B. Data colleagues, that the proposed notice plan is designed to effectively reach potential Class Members, will deliver plain language notices that capture the attention of the reader, and will provide relevant information in an informative and easy to understand manner that is necessary to effectively understand the rights and options associated with this Settlement. This proposed notice plan conforms to the standards employed by A.B. Data in notification plans designed to reach potential class members of settlement groups or classes that are national in scope and reach narrowly defined entities and demographic targets. For all these reasons, in my opinion, the proposed notice plan if the best notice practicable under the circumstances.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st day of May 2026, in Oakdale, New York.

By: _____

Brian Devery

6