**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE PORK ANTITRUST LITIGATION

This Document Relates To:
  *Sysco Corporation v. Agri Stats, Inc., et al.*, Civil No. 21-1374 (JRT/JFD)

Civil No. 18-1776 (JRT/JFD)

---

IN RE CATTLE AND BEEF ANTITRUST LITIGATION

This Document Relates To:
  *Sysco  Corporation v. Cargill Inc., et al.*, Civil No. 22-1750 (JRT/JFD)

MDL No. 22-3031 (JRT/JFD)

---

**ORDER GRANTING SYSCO CORPORATION'S MOTION FOR RECONSIDERATION**

On April 21, 2026, Plaintiff Sysco Corporation ("Sysco") moved for Reconsideration of the Court's Memorandum Opinion and Order of March 25, 2025,[1] in which the Court granted a motion by Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A. (collectively, "JBS") to enforce a settlement agreement.  JBS does not oppose Sysco's motion for reconsideration.

---

[1] *In re Pork Antitrust Litigation*, Civil No. 18-1776, Docket No. 2925; *In re Cattle and Beef Antitrust Litigation*, MDL No. 22-3031, Docket No. 1222.

The Court, having considered all the files, records, and proceedings herein and the Seventh Circuit's recent decision in *In re Broiler Chicken Antitrust Litig.*, 167 F.4th 430 (7th Cir. 2026), will grant Sysco's motion for reconsideration.  Accordingly, the Court will deny JBS's motions to enforce the settlement agreement with Sysco and will reinstate Sysco's claims against JBS in both of the above-captioned matters.

**ORDER**

**IT IS HEREBY ORDERED** that:

1.  Plaintiff Sysco Corporation's Motion for Reconsideration (Civil No. 18-1776, Docket No. [3360]; MDL No. 22-3031, Docket No. [1572]) is **GRANTED**.

2.  The Court's Memorandum Opinion and Order Adopting Report and Recommendation (Civil No. 18-1776, Docket No. [2925]; MDL No. 22-3031, Docket No. [1222]), and the judgments entered thereon (Civil No. 18-1776, Docket No. [2927]; MDL No. 22-3031, Docket No. [1223]) are **VACATED**.

3.  Defendant JBS USA Food Company's Motion to Enforce Settlement with Sysco Corporation (Civil No. 18-1776, Docket No. [2327]) and Defendants JBS USA Food Company, Swift Beef Company, JBS Packerland, Inc., and JBS S.A.'s Motion for Summary Dismissal of Sysco Corporation's Claims (MDL No. 22-3031, Docket No. [834]), are **DENIED**.

DATED:  May 4, 2026                          _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                         JOHN R. TUNHEIM
                                                United States District Judge