**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE PORK ANTITRUST LITIGATION

This Document Relates To:

*The Kroger Co., et al v. Agri Stats, Inc. et al.*, Civil No. 22-72 (JRT/JFD)[1]

Civil No. 18-1776 (JRT/JFD)

**ORDER OF DISMISSAL**
**WITH PREJUDICE**

---

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by Plaintiff US Foods, Inc. and Defendants Clemens Food Group, LLC and The Clemens Family Corporation.

**ORDER**

**IT IS HEREBY ORDERED** that:

1.  The Stipulation of Dismissal with Prejudice (Docket No. [31] in Civil No. 22-72) is approved in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff US Foods, Inc.'s claims against Defendants Clemens Food Group, LLC and The Clemens Family Corporation (collectively, "Clemens") in the above-captioned Actions are **DISMISSED WITH PREJUDICE** as to Clemens.  US Foods, Inc. and Clemens shall each bear their respective attorneys' fees and costs.

---

[1] Transferred from the Northern District of California (Case No. 21-cv-10037).

- 1 -

- 2 -

2.      This Order does not apply to and has no bearing on any plaintiff or defendant

in the above-captioned actions other than US Foods, Inc. and Clemens.


DATED:  May 7, 2026                                   _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                                  JOHN R. TUNHEIM
                                                            United States District Judge