**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE PORK ANTITRUST LITIGATION

This Document Relates To:

*Associated Grocers of the South, Inc. et al.*
*v. Agri Stats, et al.* Civil No. 22-71
(JRT/JFD);[1]

*The Kroger Co., et al. v. Agri Stats et al.*,
Civil No. 22-72 (JRT/JFD)[2]

Civil No. 18-1776 (JRT/JFD)

**ORDER OF DISMISSAL**
**WITH PREJUDICE**

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by Plaintiffs Albertsons Companies, Inc., Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Dolgencorp, LLC, Dollar General Corporation, Hy-Vee, Inc., Meijer Distribution, Inc., Meijer, Inc., Publix Super Markets, Inc., Raley's, Save Mart Supermarkets, Supervalu, Inc., The Kroger Co., Tony's Fine Foods, Unified Grocers, Inc., United Natural Foods, Inc., and Wakefern Food Corp. (collectively, the "Kroger and Publix DAPs") and Defendants Clemens Food Group, LLC and The Clemens Family Corporation (collectively, "Clemens").

---

[1] Transferred from the Northern District of California (Case No. 21-cv-10038).

[2] Transferred from the Northern District of California (Case No. 21-cv-10037).

**IT IS HEREBY ORDERED** that:

1.  The Stipulation for Dismissal with Prejudice of the Kroger and Publix DAPs' Claims Against Clemens Defendants (Docket No. [3377]) is approved in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  All claims brought by the Kroger and Publix DAPs against Clemens in the above-captioned Actions are **DISMISSED WITH PREJUDICE** as to Clemens.  The Kroger and Publix DAPs and Clemens shall each bear their respective attorneys' fees and costs.

2.  This Order does not apply to and has no bearing on any plaintiff or defendant in the above-captioned actions other than the Kroger and Publix DAPs and Clemens.


DATED:  May 7, 2026                              _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                   JOHN R. TUNHEIM
                                  United States District Judge