**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE PORK ANTITRUST LITIGATION

This Document Relates To:

*Winn-Dixie Stores, Inc. et al. v. Agri Stats,*
*Inc. et al.*, Civil No. 19-1578 (JRT/JFD)

Civil No. 18-1776 (JRT/JFD)

**ORDER OF DISMISSAL**
**WITH PREJUDICE**

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by Direct Action Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC (collectively, "Winn-Dixie") and Tyson Foods, Inc., Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc.'s (collectively, "Tyson").  (Docket No. 3418 ("Stipulation").)

**IT IS HEREBY ORDERED** that:

1.      The Stipulation (Docket No. [3418]) is approved in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  All claims brought by Winn-Dixie against Tyson in the above-captioned actions are **DISMISSED WITH PREJUDICE** as to Tyson.  Winn-Dixie and Tyson shall each bear their respective attorneys' fees and costs.

2.      This Order has no bearing on any claim brought by Winn-Dixie against Defendants other than Tyson.

DATED:  July 30, 2026
at Minneapolis, Minnesota.

_____/s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge