**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

IN RE PORK ANTITRUST LITIGATION                    Civil No. 18-1776 (JRT/JFD)

This Document Relates To:                    **ORDER OF DISMISSAL
WITH PREJUDICE**

*Cracker Barrel Old Country Store, Inc. et al. v. Smithfield Foods, Inc. et al.*, Civil No. 23-1830 (JRT/JFD)

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by Direct Action Plaintiffs Cracker Barrel Old Country Store, Inc. and CBOCS Distribution, Inc. (collectively "Cracker Barrel") and Defendant Triumph Foods, LLC ("Triumph"). (Docket No. 3421 in Civil No. 18-1776; Docket No. 23 in Civil No. 19-1578 ("Stipulation").)

**IT IS HEREBY ORDERED** that:

1.      The Stipulation (Docket No. [3421] in Civil No. 18-1776; Docket No. [23] in Civil No. 23-1830) is approved in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  All claims brought by Cracker Barrel against Triumph in the above-captioned actions are **DISMISSED WITH PREJUDICE** as to Triumph.  Cracker Barrel and Triumph shall each bear their respective attorneys' fees and costs.

2.      This Order does not apply to and has no bearing on any plaintiff or defendant in the above-captioned actions other than Cracker Barrel and Triumph.

-2-

DATED:  July 30, 2026                                    _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                                    JOHN R. TUNHEIM
                                                          United States District Judge