**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE PORK ANTITRUST LITIGATION

This Document Relates To:

*Golden Corral Corporation v. Agri Stats,*
*Inc. et al.*, Civil No. 23-1833 (JRT/JFD)

Civil No. 18-1776 (JRT/JFD)

**ORDER OF DISMISSAL**
**WITH PREJUDICE**

---

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by Direct Action Plaintiff Golden Corral Corporation ("Golden Corral") and Defendant Triumph Foods, LLC ("Triumph").  (Docket No. 3425 in Civil No. 18-1776; Docket No. 17 in Civil No. 23-1833 ("Stipulation").)

**IT IS HEREBY ORDERED** that:

1.      The Stipulation (Docket No. [3425] in Civil No. 18-1776; Docket No. [17] in Civil No. 23-1833) is approved in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  All claims brought by Golden Corral against Triumph in the above-captioned actions are **DISMISSED WITH PREJUDICE** as to Triumph.  Golden Corral and Triumph shall each bear their respective attorneys' fees and costs.

2.      This Order does not apply to and has no bearing on any plaintiff or defendant in the above-captioned actions other than Golden Corral and Triumph.

DATED:  July 31, 2026
at Minneapolis, Minnesota.

_____/s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge