**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE PORK ANTITRUST LITIGATION

Civil No. 18-1776 (JRT/JFD)

This Document Relates To:

ALL ACTIONS

**ORDER**

---

In this multidistrict litigation alleging price-fixing in the pork industry, the non-Minnesota Direct Action Plaintiffs (DAPs) have previously requested that the Court suggest remand to the Judicial Panel on Multidistrict Litigation (JPML or Panel). (Docket No. 3331.) Defendants Agri Stats, Inc.; Clemens Food Group, LLC; The Clemens Family Corporation; Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; and Tyson Prepared Foods, Inc. opposed remand at that time (Docket No. 3338). While the Court previously concluded that continuing to coordinate proceedings in this action until the first trial was complete was the most efficient and just outcome, the majority of parties have now settled or requested dismissal, or both.

The power to remand a case to the transferor court lies solely with the Judicial Panel on Multidistrict Litigation (JPML). The Court, as the transferee court, is directed to provide a suggestion to the JPML when it believes remand is appropriate. *See, e.g.*, *In re Evergreen Valley Project Litig.*, 435 F. Supp. 923, 924 (J.P.M.L. 1977). "In considering the question of remand, the Panel has consistently given great weight to the transferee

judge's determination that remand of a particular action at a particular time is appropriate because the transferee judge, after all, supervises the day-to-day pretrial proceedings." *In re Data Gen. Corp. Antitrust Litig.*, 510 F. Supp. 1220, 1226 (J.P.M.L. 1979) (quoting *In re Holiday Magic Sec. & Antitrust Litig.*, 433 F. Supp. 1125, 1126 (J.P.M.L. 1977)).

Accordingly, the parties will be ordered to indicate if there is any reason why the Court should **not** recommend that the remaining non-Minnesota Direct Action Plaintiffs be remanded to their home districts for trial.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the parties shall inform the Court—by no later than August 19, 2026—as to why the Court should not recommend that the remaining non-Minnesota Direct Action Plaintiffs be remanded to their home districts for trial.

DATED: July 31, 2026
at Minneapolis, Minnesota.

_____/s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge