---

IN RE PORK ANTITRUST LITIGATION

This Document Relates To:

All Direct Action Cases

Civil No. 18-1776 (JRT/JFD)

**ORDER DENYING MOTION FOR**
**CLARIFICATION OF ORDER**

---

Defendant Triumph Foods, LLC ("Triumph") moves for clarification of the Court's March 10, 2026 Order Denying Defendant Triumph Food, LLC's Motion for Reconsideration (Docket No. 3315). (Def. Triumph Foods, LLC's Mot. Clarification ("Mot."), Mar. 24, 2026, Docket No. 3335.) In particular, Triumph asks the Court to clarify "the impact of a stipulation entered into by Triumph and certain Direct Action Plaintiffs[.]" (*Id.* at 1.) The Kroger Direct Action Plaintiffs oppose the motion. (*See* Docket No. 3348.)

The Court will deny the motion because it declines to opine on a stipulation made between the parties without the Court's involvement that at most, according to Triumph, "**may** impact later proceedings in this case[.]" (Mot. ¶ 6 (emphasis added).)

**ORDER**

**IT IS HEREBY ORDERED** that Defendant Triumph Foods, LLC's Motion for Clarification of Order Denying Motion for Reconsideration [Docket No. 3335] is **DENIED**.

DATED: August 4, 2026
at Minneapolis, Minnesota.

_____/s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge