**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE PORK ANTITRUST LITIGATION

Civil No. 18-1776 (JRT/JFD)

This Document Relates To:

**ORDER OF DISMISSAL**
**WITH PREJUDICE**

*Winn-Dixie Stores, Inc. et al v. Agri Stats, Inc. et al* , Civil No. 19-1578 (JRT/JFD)

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by Direct Action Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC (collectively, "Winn Dixie") and Defendant Agri Stats, Inc. ("Agri Stats").   (Docket No. 3438 ("Stipulation").)

**IT IS HEREBY ORDERED** that:

1.      The Stipulation (Docket No. [3438]) is approved in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  All claims brought by Winn Dixie against Agri Stats in the above-captioned actions are **DISMISSED WITH PREJUDICE** as to Agri Stats.  Winn Dixie and Agri Stats shall each bear their respective attorneys' fees and costs.

2.      This Order does not apply to and has no bearing on any plaintiff or defendant in the above-captioned actions other than Winn Dixie and Agri Stats.

DATED:  August 4, 2026
at Minneapolis, Minnesota.

_____/s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge