# EXHIBIT 1

| Plaintiff Counsel Group | Smithfield | JBS | Tyson | Seaboard | Triumph | Clemens | Hormel (dismissed) | Agri Stats |
|---|---|---|---|---|---|---|---|---|
| DPP Class | * | * | * | * | * | * | * | * |
| Commercial IPP Class | * | * | * | * | * | * | * | * |
| Consumer IPP Class | * | * | * | * | * | * | * | * |
| Puerto Rico | * | * | * | * | X | * | SJ | * |
| MDL DAPs Cheney Brothers, Inc.; Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust; Buffalo Wild Wings, Inc.; Jimmy John's Buying Group SPV, LLC; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Wawa, Inc.; and Restaurant Services, Inc. | * | * | * | * | X | X | SJ | X |
| MDL DAP McLane Company, Inc. et al. | # | X | * | * | X | X | SJ | X |
| MDL DAP SpartanNash | * | - | * | * | X | * | SJ | X |
| MDL DAPs Action Meat Distributors, Inc.; Alex Lee, Inc.; Associated Food Stores, Inc.; Brookshire Grocery Company; Certco, Inc.; Colorado Boxed Beef Co.; Giant Eagle, Inc.; The Golub Corporation; Nicholas & Co., Inc.; PFD Enterprises Inc.; Springfield Grocer Company; The Distribution Group d/b/a Van Eerden Foodservice Co.; Topco; URM Stores; UniPro Foodservice, Inc. | * | * | * | * | X | * | SJ | X |
| MDL DAPs Quirch Foods, LLC (f/k/a Quirch Foods Co.); Butts Foods, LP (f/k/a Butts Foods, Inc.); Quirch Louisiana LLC (f/k/a Scariano Brothers, LLC, a/k/a Scariano Wholesale Food Distribution) | * | # | * | * | X | * | SJ | X |
| DAP Amory Investments LLC | X | X | X | X | X | X | SJ | X |
| MDL DAPs Nestlé USA, Inc.; Nestlé Purina PetCare Company; Conagra Brands, Inc.; Compass Group USA, Inc.; Gregg Szilagyi solely as Trustee of the Estate of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC | * | * | * | * | X | * | SJ | X |
| MDL DAPs Aramark; BJ's Wholesale; Jetro Holdings; Sherwood Harvest Food Distributors; McDonald's; PJ Food Service; QSCC; Target | X | * | X | X | X | X | SJ | X |

**LEGEND:**

X = active claims

* = settlement agreement (signed or reached in principle)

- = dismissed from litigation without settlement

# = not named as defendant

SJ = summary judgment granted per DE 2929

| Plaintiff Counsel Group | Smithfield | JBS | Tyson | Seaboard | Triumph | Clemens | Hormel (dismissed) | Agri Stats |
|---|---|---|---|---|---|---|---|---|
| MDL DAPs Gordon Food Service and Glazier; Maximum Quality Foods | X | # | X | X | X | X | SJ | X |
| MDL DAP Kraft-Heinz | X | * | X | X | X | X | SJ | X |
| Minnesota DAP Winn-Dixie and Bi-Lo | * | * | * | * | * | * | SJ | * |
| MDL DAP Troyer Foods, Inc. | * | * | X | X | X | X | SJ | X |
| DAP ALDI Inc. | X | # | X | X | X | X | SJ | X |
| DAP Sodexo, Inc.; Sodexo Operations, LLC. | # | # | X | X | X | * | SJ | X |
| Minnesota DAP Cracker Barrel Old Country Store, Inc. and CBOCS Distribution, Inc. | * | * | * | # | * | * | SJ | * |
| Minnesota DAP Domino's Pizza LLC and Domino's Piza Distribution LLC | * | * | * | * | * | * | SJ | * |
| Minnesota DAP Golden Corral Corporation | # | * | # | # | * | * | SJ | * |
| Minnesota DAP Shamrock Foods Company and United Food Service Inc. | # | # | * | # | # | # | # | # |
| MDL DAPs Kroger and Publix Plaintiffs (Albertson Companies, Associated Grocers of Florida, Associated Grocers of the South, Dollar General, Hy-Vee, Kroger, Meijer, Publix, Raley's, Save Mart Companies, Supervalu, Tony's Fine Foods, Unified Grocers, UNFI, US Foods, and Wakefern) | * | # except Raley's and Dollar General, who did name JBS as a defendant but have now settled with JBS | X except US Foods, who has settled with Tyson | * | X | * | SJ | X |
| DAP Sysco Corporation | X | X | X | X | X | X | SJ | X |