Dear Clerk

RECEIVED
BY MAIL
AUG 31 2026
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

18-cv-1776

I will request the name and address of lead counsel who besides over case No.

Thank you

SCANNED
AUG 31 2026
U.S. DISTRICT COURT ST. PAUL

Carlton Mathews
DC# J27519
Martin Corrections Ins.
1150 S.W. Allapattah Rd
Indiantown, FL 34956

tbriscoe@defectattorney.com, bchapin@defectattorney.com, jmicheals@defectattorney.com, enzo@defectattorney.com
Thomas Joseph O'Reardon toreardon@bholaw.com
Marshall H Tanick mtanick@meyernjus.com
Jonathan Mesle Soper jms@hfmlegal.com, las@hfmlegal.com
Anne T Regan jkuehn@hjlawfirm.com, aregan@hjlawfirm.com
Steve W Berman nicolleh@hbsslaw.com, heatherw@hbsslaw.com, steve@hbsslaw.com
Julie A. Line jline@cozen.com
Michael R. Reck mrreck@belinmccormick.com
Kenneth J. Rubin dmchilelli@vorys.com, kjrubin@vorys.com
Satenik Sati Harutyunyan sharutyunyan@jenner.com
Jordan Bryan Everakes gzamudio@ghlaw-llp.com, jeverakes@ghlaw-llp.com
Steven G Madison stevemadison@quinnemanuel.com
Christopher J. Jessen cjessen@belinmccormick.com
Kate Spelman docketing@jenner.com, kgarcia@jenner.com, 7019227420@filings.docketbird.com, kspelman@jenner.com, crangel@jenner.com
Catharine Michelle Tolson ctolson@gnhllp.com, arojas@gnhllp.com
Richard A. Schuster cpogorzelski@mwl-law.com, rschuster@mwl-law.com
Charles M. Stam charles@thompsonstam.com
Melanie Calandra Teresa Ash mmomplai@law.nyc.gov, mash@law.nyc.gov
Elizabeth M. Dassow edassow@jenner.com
Donald K. Birner d.birner@comcast.net
David A. Futscher david@futscherlaw.com
Michaela Hohwieler mhohwieler@ntrial.com
Ashton Kirsch akirsch@mwl-law.com
Timothy J Becker tbecker@johnsonbecker.com
Daniel R. Ferri dferri@dicellolevitt.com, 8838291420@filings.docketbird.com
Scott Evan Schlafer scottschlafer@quinnemanuel.com
Alicia Cobb aliciacobb@quinnemanuel.com
Dean N. Kawamoto cate-brewer-0141@ecf.pacerpro.com, dean-kawamoto-6396@ecf.pacerpro.com, bwatson@kellerrohrback.com, dkawamoto@kellerrohrback.com, johill@kellerrohrback.com, dloeser@kellerrohrback.com, cbrewer@kellerrohrback.com
Matthew D. Schelkopf mds@sstriallawyers.com
James M Sabovich jsabovich@callahan-law.com, dconrad@callahan-law.com, srobinson@callahan-law.com
Robert T Dassow rdassow@hovdelaw.com
Melanie Alexis Guzman melanieguzman@quinnemanuel.com
Andrianna D. Kastanek akastanek@jenner.com
Christine Forsline aketcher@bergerkahn.com, cforsline@bergerkahn.com
Justin J. Gillette jgillette@jenner.com
Sean Matt sean@hbsslaw.com
Elliott R. Feldman calbright@cozen.com, efeldman@cozen.com
Jonathan Tofilon jtofilon@ghlaw-llp.com
Andrew K. Smith aks@hfmlegal.com
Shantel M. Chapple Knowlton docket@edelson.com, 9783928420@filings.docketbird.com, schappleknowlton@edelson.com
John D Blythin jblythin@ademilaw.com
Adam Michael Romney gzamudio@ghlaw-llp.com, lpreiss@ghlaw-llp.com, aromney@ghlaw-llp.com