Carlton X. Mathews #J21517
Martin Corrections Institution
1150 S.W. Allapattah Rd
Indiantown, FL 34956

WEST PALM BCH FL 334
25 AUG 2026AM 2 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 34956
02 7H
0006199740
$ 000.78⁰
AUG 24 2026

RECEIVED
BY MAIL
AUG 31 2026
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

SCANNED
AUG 31 2026
U.S. DISTRICT COURT ST. PAUL
Ck

United States District Court
District of Minnesota
316 N. Robert Street
St. Pual, MN 55101

PROVIDED TO
MARTIN CORRECTIONAL INSTITUTION
ON 8/24/26
FOR MAILING
CM SB

55101-147783