# UNITED STATES
# DISTRICT COURT
# DISTRICT OF MINNESOTA

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

September 2, 2026

Carlton X. Mathews,
DC #J27519
Martin Correctional Institution
1150 S. W. Allapattah Rd
Indiantown, FL 34956

Re: 18-cv-1776 JRT/JFD

Dear Carlton Mathews:

In our previous response earlier this year, the Clerk's Office had provided to you, with direction from Judge Docherty's chambers, a list of attorneys who are Co-Lead Counsel for Plaintiffs' in this matter. For further reference, please see the chart below. Please contact one of the listed attorneys and they may be able to provide more direction.

| | | |
|---|---|---|
| **Breanna Van Engelen**<br>Hagens Berman Sobol Shapiro LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101 | **Daniel E Gustafson**<br>Gustafson Gluek PLLC<br>120 South 6th Street<br>Suite 2600<br>Mpls, MN 55402 | **Daniel C Hedlund**<br>Gustafson Gluek PLLC<br>120 South 6th Street<br>Suite 2600<br>Mpls, MN 55402 |
| **Daniel J Nordin**<br>Gustafson Gluek PLLC<br>Canadian Pacific Plaza<br>120 South 6th Street, Suite 2600<br>Mpls, MN 55402 | **Joshua J Rissman**<br>Gustafson Gluek PLLC<br>Canadian Pacific Plaza<br>120 South 6th Street<br>Suite 2600<br>Mpls, MN 55402 | **Michael J. Flannery**<br>Cuneo Gilbert & LaDuca, LLP<br>Two CityPlace Drive<br>Ste Second Floor<br>Saint Louis, MO 63141 |
| **Michelle J Looby**<br>Gustafson Gluek PLLC | **Shana Scarlett**<br>Hagens Berman Sobol | **Steve W. Berman**<br>Hagens Berman |

| | | |
|---|---|---|
| 120 South 6th Street, Suite 2600<br>Mpls, MN 55402 | Shapiro LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, CA 94710 | 1301 2nd Ave., Suite 2000<br>Seattle, WA 98101 |

Sincerely,

**Kate M. Fogarty, Clerk**